**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors, | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780 (LTS) |

**CERTIFICATE OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on February 17, 2023 as directed by Sepulvado, Maldonado & Couret , true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

DOCKET 3227 NOTICE OF APPEARANCE;
DOCKET 3228 OBJECTION BY AHIMSA FOUNDATION TO DISCLOSURE STATEMENT FOR FIRST AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

DOCKET 23568 NOTICE OF APPEARANCE;
DOCKET 23569 OBJECTION BY AHIMSA FOUNDATION TO DISCLOSURE STATEMENT FOR FIRST AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February 17, 2023

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Legal Notice Provider
info@bmcgroup.com; 888.909.0100

Exhibit A
Master Service List
Served via email where email provided, first class mail where no email

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E., and Consolidated Waste Services LLC | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Alexandra Casellas-Cabrera, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>pjime@icepr.com | Email |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer<br>Excelerate Energy Limited Partnership<br>2445 Technology Forest Blvd., Level 6<br>The Woodlands TX 77381 | daniel.bustos@excelerateenergy.com | Email |
| Counsel to Atlantic Medical Center, Inc., Camuy Health Services, Inc, Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc, Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc. and Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini, Brad M. Kahn<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>sbaldini@akingump.com<br>bkahn@akingump.com | Email |
| Co-counsel to Cobra Acquisitions LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: Scott M. Heimberg, Allison S. Thornton, Cynthia Simpson<br>2001 K Street, N.W.<br>Washington DC 20006 | csimpson@akingump.com<br>sheimberg@akingump.com<br>athornton@akingump.com | Email |
| Counsel to Alianza Comunitaria Ambientalista del Sureste, Inc. (ACASE) | Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle<br>Apartado 10140<br>Humacao PR 00972 | acasepr@gmail.com | Email |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 and Plaintiff in Adversary Proceeding 18-00134 | American Federation of State, County and Municipal Employees | Attn: Teague P. Paterson, & Michael L. Artz<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | tpaterson@afscme.org<br>martz@afscme.org | Email |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico, Marathon Asset Management, LP, Solus Alternative Asset Management LP, Sola Ltd, Ultra Master Ltd, Ultra NB LLC, Solus Opportunities Fund 5 LP, AES Puerto Rico, L.P., Arc American, Inc., Duff & Phelps LLC, and Bonistas del Patio, Inc. | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, José L. Ramirez-Coll & Carolina V. Cabrera Bou<br>PO Box 13128<br>San Juan PR 00908 | jramirez@amrclaw.com<br>Kellyrivero@hotmail.com<br>ccabrera@amrclaw.com | Email |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709<br>Ponce PR 00733-1709 | | First Class Mail |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco<br>Edificio Union Plaza, Piso 17, Oficina 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan PR 00918 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico y Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg<br>472 Tito Castro Ave<br>Edificio Marvesa, Suite 106<br>Ponce PR 00716 | jessica@emmanuelli.law | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico y Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg<br>PO Box 10779<br>Ponce PR 00732 | jessica@emmanuelli.law | Email |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. and Hermandad de Empleados del Fondo del Seguro del Estado, Inc, et al. Plaintiff in Adversary Proceeding 18-00091 | Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Mendez Colberg, Esq.<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 | jessica@emmanuelli.law | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico y Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno<br>PO Box 10779<br>Ponce PR 00732 | rolando@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>remmanuelli@me.com | Email |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, Unión de Empleados de la Corporación del Fondo del Seguro del Estado, Asociacion de Empleados Gerenciales del Fondo del Seguro del Estado Corp., Union de Medicos de la Corporacion del Fondo del Seguro del Estado Corp., Prosol-Utier and Federación de Maestros de Puerto Rico y Sistema de Retiro de los Empleados de la Autoridad de Energa Elctrica (SREAEE), Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. ("APRUM"), Plaintiff in Adversary Proceeding 17-00197, Hermandad de Empleados del Fondo del Seguro del Estado, Inc , et al. Plaintiff in Adversary Proceeding 18-00091, and Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER") | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Wilbert López Moreno, Wendolyn Torres Rivera, Zoe Negron Comas<br>472 Tito Castro Ave<br>Edificio Marvesa, Suite 106<br>Ponce PR 00716 | rolando@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com<br>wilbert_lopez@yahoo.com<br>zoe@emmanuelli.law | Email |
| Counsel to Whitefish Energy Holdings, LLC, Integra Design Group, PSC, Huellas Therapy, Corp. and Procesos de Informatica, Inc., Bacardi International Limited, Bacardi Corporation, Institucion Educativa Nets, LLC, Von Win Capital Management, L.P., Cantor-Katz Collateral Monitor LLC | C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq.<br>San Jose Street #254<br>Suite 5<br>Old San Juan PR 00901-1253 | condecarmen@condelaw.com<br>ls.valle@condelaw.com<br>notices@condelaw.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Thomas J. Curtin, Casey J. Servais, Jared Stanisci, William J. Natbony, and Jaclyn A. Hall<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>bill.natbony@cwt.com<br>jaclyn.hall@cwt.com<br>Jared.Stanisci@cwt.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority, Cooperativa de Farmacias Puertorriqueñas (COOPHARMA) | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Díaz-Angueira & Katiuska Bolaños-Lugo, Carlos M. Rivera-Vicente<br>PO Box 364966<br>403 Munoz Rivera Avenue<br>San Juan PR 00918-3345 | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com<br>crivera@cnr.law | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 7

Page 2 of 8

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc.,  Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC), Jimenez-Gandara Estate and Dr. Carlos Suarez Vazquez | Cardona-Jimenez Law Offices, PSC | Attn: José F. Cardona Jiménez<br>PO Box 9023593<br>San Juan PR 00902-3593 | jf@cardonalaw.com | Email |
| Counsel to Cooperativa A/C Vegabajeña,  Cooperativa A/C Roosevelt Roads, Quality Equipment, Inc., and Cooperativa A/C La Comerieña | Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | PO Box 9020895<br>San Juan PR 00902-0895 | quilichinipazc@microjuris.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu<br>PO Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors, Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor), Drivetrain, LLC | Casillas, Santiago & Torres, LLC | Attn: Diana M. Batlle-Barasorda, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres, Luis Llach Zuniga, Juan Casillas Ayala, Juan Nieves Gonzalez, Edna Tejeda Oyola, Israel Fernandez Rodriguez, Cristina B. Fernandez Niggemann<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan PR 00901-2419 | dbatlle@cstlawpr.com<br>emontull@cstlawpr.com<br>ltorres@cstlawpr.com<br>lllach@cstlawpr.com<br>jcasillas@cstlawpr.com<br>jnieves@cstlawpr.com<br>etejeda@cstlawpr.com<br>ifernandez@cstlawpr.com<br>cfernandez@cstlaw.com | Email |
| Counsel to Cedar Glade LP | Cedar Glade LP | Attn: General Counsel<br>600 Madison Ave<br>17th Floor<br>New York NY 10022 | rminkoff@cedargladecapital.com | Email |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York NY 10007-1312 | SwainDPRCorresp@nysd.uscourts.gov | Email |
| Counsel to Pedro L. Casasnovas Balado, Olga I. Trinidad Nieves, Raúl E. Casasnovas Balado, Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, Asociación de Empleados del Estado Libre Asociado de Puerto Rico, Sucesion Pastor Mandry Mercado, Med Centro, Inc. formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc., Sky High Elevators Corp., Luis P. Costas Elena, Professional Consulting International Group, Inc. | Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández<br>356 Fortaleza Street<br>Second Floor<br>San Juan PR 00901 | ccuprill@cuprill.com | Email |
| Counsel to Arc American, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com | Email |
| Counsel to SOMOS, Inc. | Cintron-Garcia Law | Attn: Carlos A. Cintrón García, Esq.<br>PO Box 7222<br>Caguas PR 00726-7222 | cintrongarcialaw@gmail.com | Email |
| Counsel to Coalición de Organizaciones Anti Incineración, Inc. (COAI), Amigos del Río Guaynabo, Inc. (ARG) | Coalición de Organizaciones Anti Incineración, Inc. &  Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty<br>Valle Escondido #9<br>Guaynabo PR 00971-8000 | gmchg24@gmail.com | Email |
| Counsel to Comité Diálogo Ambiental, Inc. (CDA) | Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado<br>Urb. Las Mercedes<br>Calle 13 #71<br>Salinas PR 00751 | valvarados@gmail.com | Email |
| Counsel to Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE) | Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz<br>HC04 Box 6901<br>Yabucoa PR 00767-9511 | ausubopr88@gmail.com | Email |
| Counsel to PFZ Properties, Inc., Manuel Gonzalez Joy | David Carrion Baralt | PO Box 364463<br>San Juan PR 00936-4463 | davidcarrionb@aol.com | Email |
| Counsel to Syncora Guarantee, Inc., Syncora Capital Assurance, Inc., GoldenTree Asset Management LP, McKinsey & Company Puerto Rico Consulting, Inc. and certain of its affiliates | Debevoise & Plimpton, LLP | Attn: Craig A. Bruens, Elie J. Worenklein, Andrew Ceresney, Lisa Zornberg, M. Natasha Labovitz, Erica S. Weisgerber<br>919 Third Avenue<br>New York NY 10022 | cabruens@debevoise.com<br>eworenklein@debevoise.com<br>aceresney@debevoise.com<br>lzornberg@debevoise.com<br>nlabovitz@debevoise.com<br>eweisgerber@debevoise.com | Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Counsel to UTIER, Plaintiff in Adversary Proceeding 19-00298,  Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico (ICSE). | Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina<br>PO Box 22763<br>UPR Station<br>San Juan PR 00931-2763 | gramlui@yahoo.com | Email |
| Counsel to the University of Puerto Rico, Puerto Rico Fiscal Agency and Financial  Advisory Authority and the Puerto Rico Treasury Department | DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |
| Counsel to El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática (ELAC) | El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz<br>800 Ave. RH Todd<br>Suite 318 (Piso 3), Comercial 18, Pda. 18<br>Santurce PR 00907 | | First Class Mail |
| The Estates of Yesmin Galib and Lucas Valdivieso Torruella through its members Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina Valdivieso Galib | Estates of Yesmin Galib and Lucas Valdivieso Torruella | Attn: Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina Valdivieso Galib<br>PO Box 7351<br>Ponce PR 00732-7352 | | First Class Mail |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Municipio de San Juan | Ferrari Law, PSC | Attn: Carla Ferrari-Lugo<br>PO Box 988<br>Aguadilla PR 00605-0988 | cflaw.bk@gmail.com | Email |
| Counsel to Pan American Grain Co., Inc., Rocket Learning LLC | Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq.<br>3415 Alejandrino Ave., Apt 703<br>Guaynabo PR 00969-4956 | figueroaymorgadelaw@yahoo.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Michael J. Small<br>321 N. Clark St.<br>Suite 2800<br>Chicago IL 60654 | msmall@foley.com | Email |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Tamar Dolcourt<br>500 Woodward Ave., Suite 2700<br>Detroit MI 48226 | tdolcourt@foley.com | Email |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodriguez Vidal & Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com | Email |
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez<br>PO Box 9024055<br>San Juan PR 00902-4055 | Jnieves@gonzalezmunozlaw.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes<br>200 Park Avenue<br>New York NY 10016 | Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com | Email |
| Counsel to Jose Ramon Rivera Rivera, Ralphie Dominicci Rivera, Angel R. Figueroa Jaramillo and Erasto Zayas Lopez, Plaintiffs in Adversary Proceeding 18-00047, and Cooperativa De Ahorro Y Crédito Abraham Rosa, et al., Plaintiff in Adversary Proceeding 18-00028 and Co-Counsel to Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Díaz, PV Properties (Windmar Renewable, Energy, Inc., Mapfre PRAICO Insurance Company | Guillermo Ramos Luiña | P. O. Box 22763, UPR Station<br>San Juan PR 00931-2763 | gramlui@yahoo.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez<br>455 N. Cityfront Plaza Dr., Suite 2410<br>Chicago IL 60611 | MARKV@HBSSLAW.com | Email |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman<br>1918 Eighth Avenue, Suite 3300<br>Seattle WA 98101 | steve@hbsslaw.com | Email |
| Counsel to the Puerto Rico Energy Commission | HALS, PSC | Attn: Yarymar González Carrasquillo<br>PO Box 365061<br>San Juan PR 00936-5061 | ygc@rclopr.com<br>ygc1@prtc.net | Email |
| Counsel to Isla del Rio Inc., Estates of Yesmin Galib and Lucas Valdivieso Torruella through its members Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina Valdivieso Galib; Lcdo Jorge Lucas Valdivieso Torruella | Isabel Fullana-Fraticeli & Assoc PSC | Attn: Isabel M. Fullana<br>268 Ponce de Leon Ave.<br>Suite 1002<br>San Juan PR 00918 | ifullana@gaflegal.com | Email |
| Counsel to Isla del Rio Inc. | Isla del Rio Inc. | Attn: President or General Counsel<br>PO Box 7351<br>Ponce PR 00732-7352 | | First Class Mail |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Ismael Marrero Rolon | Attn: Jane Becker Whitaker<br>PO Box 9023914<br>San Juan PR 00902 | janebeckerwhitaker@gmail.com | Email |
| Jaime Rodríguez Avilés | Jaime Rodríguez Avilés | 128 Apartamento 201<br>Edificio Bernardo Torres, Sector La Trocha<br>Yauco PR 00698 | | First Class Mail |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege<br>353 N. Clark Street<br>Chicago IL 60654 | mroot@jenner.com<br>csteege@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com<br>csteege@jenner.com | Email |
| Counsel to Marie Algarín Serrano, Sandra Ayala Cruz, María Luisa Vélez Quiñones, Gamaliel Sánchez Pellot | Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado<br>P O Box 22518<br>San Juan PR 00931 | info@jesusriveradelgado.com | First Class Mail and Email |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq.<br>Centro de Seguros Bldg.<br>701 Ponce de Leon Ave., Ste 414<br>San Juan PR 00907 | javrua@gmail.com | Email |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE<br>PO Box 13978<br>San Juan PR 00908-3978 | | First Class Mail |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon<br>700 W. St. Clair Ave., Suite 200<br>Cleveland OH 44113 | dkaron@karonllc.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 3 of 7

Page 4 of 8

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Major COFINA Bondholders, Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, Ad Hoc Group of PREPA Bondholders, Invesco/Oppenheimer Funds, HTA Insured Bondholder Group, Franklin Advisers, Inc. and Nuveen Asset Management | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Alice J. Byowitz, and Natan Hamerman<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>boneill@kramerlevin.com | Email |
| Counsel to Instituto de Competitividad Y Sostenibilidad Economica de Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait<br>701 Avenida Ponce De Leon<br>Edificio Centro de Seguros, Oficina 414<br>San Juan PR 00907 | agraitfe@agraitlawpr.com | Email |
| Counsel to Sonnedix USA Services Limited and its affiliated Sonnedix controlled entities GS Fajardo Solar LLC, Horizon Energy LLC, Oriana Energy LLC, YFN Yabucoa Solar, LLC, M Solar Generating, LLC, Elam LLC | Law Offices of Herrero III & Associates, P.S.C | Attn: Ismael Herrero III<br>PO Box 362159<br>San Juan PR 00936-2159 | herreroiLLL@herrerolaw.com | Email |
| Counsel to ELAM LLC | Law Offices of Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero III<br>P.O. Box 362159<br>San Juan PR 00936-2159 | herreroiLLL@herrerolaw.com | Email |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298, Plaintiffs-appellants of case Vazquez Velazquez v. Puerto Rico Highways Authority 21-1739 | Law Offices of John E. Mudd | Attn: John E. Mudd<br>PO Box 194134<br>San Juan PR 00919 | johnmuddlaw@gmail.com | First Class Mail and Email |
| Counsel to Lcdo Jorge Lucas Valdivieso Torruella | Lcdo Jorge Lucas Valdivieso Torruella | PO Box 7351<br>Ponce PR 00732-7352 | | First Class Mail |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | abhishek.kalra@lehmanholdings.com | Email |
| Counsel to Cooperativa de Ahorro y Credito de Empleadoes Municipales de Guaynabo (a/k/a MUNICOOP) | Luis Fred Salgado, Esq. | PMB 15<br>267 Sierra Morena St.<br>San Juan PR 00926-5583 | luisfredsalgado@hotmail.com | Email |
| Counsel to Centro Del Sur Mall, LLC, 65 Infanteria Shopping Center, LLC and Bard Shannon Limited | María Fernanda Vélez Pastrana | PO Box 195582<br>San Juan PR 00919-5582 | mfvelezquiebras@gmail.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority and Wanda Vazques Garced, Plaintiff in Adversary Proceedings 20-00082 - 20-00085, Ricardo Rossello Nevares, and Government Development Bank for Puerto Rico | Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Ivan Garau-Gonzalez, Esq.<br>250 Ave Ponce De Leon, Suite 900<br>San Juan PR 00918 | lmarini@mpmlawpr.com<br>cvelaz@mpmlawpr.com<br>mmuniz@mpmlawpr.com | Email |
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey<br>90 South Seventh Street, Suite 3300<br>Minneapolis MN 55402 | clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com<br>bill.pentelovitch@maslon.com<br>john.duffey@maslon.com | Email |
| Counsel to Mayagüezanos por la Salud y el Ambiente, Inc. (MSA) | Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci<br>P.O. Box 3422<br>Mayaguez PR 00681-3422 | julia.mignuccisanchez@gmail.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, LLC, UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Cousel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc., Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc., MMM Healthcare, LLC, Auotpistas Metropolitanas de Puerto Rico, LLC, UBS Financial Services of Puerto Rico, UBS Trust Company of Puerto Rico, Foreman Electric Services Inc., PPG Industries, Inc., and American Bankers Life Assurance Company of Florida, Federal Warranty Service Corporation, and Caribbean American Life Assurance Company, Bristol-Meyers Squibb PR, Inc., Cedar Glade LP, AT&T Services Inc. | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Antonio A. Arias, Eduardo A. Zayas-Marxuach, Alejandro J., Cepeda-Diaz & Roberto C. Quiñones-Rivera, Myrgia M. Palacios-Cabrera, Juan Marqués; Gabriela A. Pérez-Vélez, Leany P. Prieto Rodriguez, Arturo J. García Sola, Isabel Torres-Sastre, Lizzie M. Portela<br>270 Muñoz Rivera Avenue<br>Suite 7<br>San Juan PR 00918 | nze@mcvpr.com<br>aaa@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com<br>MPC@mcvpr.com<br>jam@mcvpr.com<br>gpv@mcvpr.com<br>lpp@mcvpr.com<br>ajg@mcvpr.com<br>its@mcvpr.com<br>lpf@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC, AmeriNational Community Services, LLC, UBS Financial Services Inc., UBS Securities LLC., RBC Capital Markets, LLC, RBC Dominion Securities Inc., Barclays Capital Inc./LE, Limited Cousel to Cantor-Katz Collateral Monitor LLC, and Counsel to Wells Fargo Bank, National Association, Wells Fargo Clearing Services LLC AKA or FKA First Clearing LLC, Wells Fargo Securities, LLC, Raymond James, TransCore Atlantic, Inc., N. Harris Computer Corporation, ManpowerGroup, Inc., Populicom, Inc. and Ramírez & Co., TD Ameritrade Clearing, Inc., Scottrade, Inc., Barclays Cap/Fixed, and Barclays Cap/ London, the Bank of Nova Scotia, Badillo Saatchi & Saatchi Inc., Destilerias Serralles, Inc., AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, the Schoenberg/SFT Bondholders, Evertec Group, LLC, Bio-Medical Applications of Puerto Rico, Inc., Promotions & Direct, Inc., MMM Healthcare, LLC, Auotpistas Metropolitanas de Puerto Rico, LLC, Bristol-Meyers Squibb PR, Inc., Cedar Glade LP | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Antonio A. Arias, Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz, Roberto C. Quiñones-Rivera, Gabriela A. Pérez-Vélez, Leany P. Prieto Rodriguez, Arturo J. García Sola, Isabel Torres-Sastre<br>PO Box 364225<br>San Juan PR 00936-4225 | aaa@mcvpr.com<br>ezm@mcvpr.com<br>rcq@mcvpr.com<br>ajc@mcvpr.com<br>MPC@mcvpr.com<br>gpv@mcvpr.com<br>lpp@mcvpr.com<br>ajg@mcvpr.com<br>its@mcvpr.com | Email |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: Brandon Q. White, Esq, Felicia Perlman, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | bqwhite@mwe.com<br>fperlman@mwe.com | Email |
| Counsel for Puerto Rico Electric Power Authority | McGuirewoods LLP | Attn: John J. Feliciano-Acosta<br>Fifth Third Center<br>201 North Tryon St Ste 3000<br>Charlotte NC 28202 | jfelicianoacosta@mcguirewoods.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland, John J. Hughes, III<br>55 Hudson Yards<br>New York NY 10001 | ddunne@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br>jhughes2@milbank.com | Email |
| Counsel to Goldman Sachs Asset Management, LP, Goldman Sachs & Co., LLC., Citigroup Inc., Citigroup Global Markets Inc., and Citibank, N.A. | Morell, Cartagena & Dapena | Attn: Ramon E. Dapena, Victor J. Quinones Martinez and Ivan J Llado<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to Debtor and to the Oversight Board and UTIER | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, & Carla García Benítez, Carlos Valldejuly<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com<br>gabriel.miranda@oneillborges.com<br>carlos.valldejuly@oneillborges.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., William J. Sushon, Maria J. DiConza, Esq., Matthew Kremer; Gabriel L. Olivera<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com<br>mdiconza@omm.com<br>wsushon@omm.com<br>mkremer@omm.com<br>golivera@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer<br>400 South Hope Street<br>18th Floor<br>Los Angeles CA 90071 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha<br>1999 Avenue of the Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | mpocha@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Ismael Rivera Grau, Lourdes Morales Reyes, La Sociedad Legal de Gananciales Compuesta Por Ambos, Maria Elena Garcia Caballero T/C/C Maria E. Garcia, Elena Garcia Caballero, Luls Enrique Pacheco Núñez T/C/C Luls Pacheco Núñez, Hector Cesario Santiago Rivera, Virginia Diaz Delagdo, Félix Omar Colón Bernard, José Vázquez Feliciano, Marta Vázquez Torres, Neftaly Méndez Vázquez, Joseph Negrón Vázquez, and the Succession of Armando Negrón Vázquez Comprised by his heirs, Raymond Armando Negrón López and Alondra Janisse Negrón Santana, Rey Reyes Reyes, Ruth Rosado Berrios by herself and respresentation of her Son Janzel Daniel Quintana Rosado, Jetstream Federal Credit Union, Carmen Lydia Ríos Arroyo, Pablo Juan Ríos Arroyo, Elena Marie Marrero Ríos By Herself and in representation of her sons, Deborah Marie Santana Marrero and Erick Joel Santana Marrero, Lorna Lee Marrero Ríos by herself and in representation of her daughter Dariana Liz Marrero Marrero and Elena Arroyo Vázquez | Osvaldo Toledo Martinez, Esq. | PO Box 190938<br>San Juan PR 00919-0938 | toledo.bankruptcy@gmail.com | Email |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Attn: George Otero Calero<br>PO Box 732<br>Bayamon PR 00960 | Otero_and_assoc@hotmail.com | Email |
| Counsel to Pattern Santa Isabel LLC | Pattern Energy Group Inc. | Attn: General Counsel<br>Pier 1, Bay 3<br>San Francisco CA 94111 | daniel.elkort@patternenergy.com | Email |
| Counsel to the Official Committee of Unsecured Creditors, Drivetrain, LLC | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., and G. Alexander Bongartz, Esq., Nicholas A. Bassett, Pedro A. Jimenez<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>alexbongartz@paulhastings.com<br>pedrojimenez@paulastings.com<br>nicholasbassett@paulhastings.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Nicholas Bassett<br>875 15th Street, N.W.<br>Washington DC 20005 | nicholasbassett@paulhastings.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Guy Brenner, Colin Kass, & M. Rina Kim<br>1001 Pennsylvania Avenue, NW<br>Suite 600 South<br>Washington DC 20004 | gbrenner@proskauer.com<br>ckass@proskauer.com<br>rkim@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors), Financial Oversight and Management Board as representative for PREPA | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Marissa Tillem, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Margaret A. Dale, Mark Harris, Michael T. Mervis<br>Eleven Times Square<br>New York NY 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>mtillem@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com<br>dmunkittrick@proskauer.com<br>mmervis@proskauer.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen, Laura E. Stafford<br>One International Place<br>Boston MA 02110 | wdalsen@proskauer.com<br>MHackett@proskauer.com<br>lstafford@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Paul V. Possinger<br>Three First National Plaza<br>70 West Madison, Suite 3800<br>Chicago IL 602110 | ppossinger@proskauer.com | Email |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport, Michael A. Firestein<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | sweise@proskauer.com<br>LRappaport@proskauer.com<br>mfirestein@proskauer.com | Email |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 | | First Class Mail |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocio Valentin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Rocio.Valentin@aafaf.pr.gov | Email |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 | | First Class Mail |
| Counsel to The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramirez and Alvin Román, Jose Ramon Rivera-Rivera, Ralphie Dominicci-Rivera, Erasto Zayas-Lopez, Sammy Rodriguez; Altol Chemical Environmental Laboratory Inc.; and Altol Environmental Services, Inc. | Rafael A. Ortiz-Mendoza | Edificio Banco Cooperativo Plaza<br>623 Avenida Ponce de León, Ste. 701-B<br>San Juan PR 00917-4805 | rafael.ortiz.mendoza@gmail.com | Email |
| Counsel to Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana | Ramon Torres Rodriguez, Esq. | PO Box 361163<br>San Juan PR 00936-1163 | rtorres@torresrodlaw.com | Email |
| Counsel to Cobra Acquisitions LLC | Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana<br>PO Box 364148<br>San Juan PR 00936-4148 | vizcarrondo@reichardescalera.com | Email |
| Counsel to the COFINA Senior Bondholders Coalition, Lawful Constitutional Debt Coalition, Cobra Acquisitions LLC, Suiza Dairy Corp., Centro de Recaudacion de Ingresos Municpales., McKinsey & Company Puerto Rico Consulting, Inc. and certain of its affiliates, Syncora Guarantee, Inc. | Reichard & Escalera, LLC | Attn: Rafael Escalera Rodríguez, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Christopher A. Davila, Joshua Rodriguez-Rivera<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>fvander@reichardescalera.com<br>riverac@reichardescalera.com<br>cdavila@reichardescalera.com<br>jrodriguez@reichardescalera.com | Email |
| Counsel to ReSun (Barceloneta), LLC | ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro<br>PO Box 13332<br>San Juan PR 00908-3332 | maria.baco@msn.com | Email |
| Counsel to Lord Electric Company of Puerto Rico | Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach<br>400 Juan Calaf PMB 232<br>San Juan PR 00918 | nrickenbach@rickenbachpr.com | Email |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for various Bond Issues; U.S. Bank National Association, in its capacity as Indenture Trustee | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Manuel Rivera Aguilo<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>marivera@riveratulla.com | Email |
| Counsel to Federación Central de Trabajadores, U.F.C.W., Local 481, Plaintiff in Adversary Proceeding 18-00134, Counsel to SOMOS, Inc. | Rodriguez Banchs, CSP | Attn: Rosa M. Seguí-Cordero<br>PO Box 368006<br>San Juan PR 00936-8006 | rosasegui@yahoo.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier<br>2099 Pennsylvania Avenue, NW<br>Washington DC 20006-6807 | Douglas.Hallward-Driemeier@ropesgray.com | Email |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Ropes & Gray LLP | Attn: Gregg Galardi, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | Daniel.Egan@ropesgray.com<br>gregg.galardi@ropesgray.com | Email |
| Counsel to King & Spalding LLP | Sanchez LRV LLC | Attn: Janelle Reyes-Maisonet<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jreyes@sanchezlrv.com | Email |
| Counsel to Filsinger Energy Partners, Inc., Attorneys for Edward D. Jones & Corp. and counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc. Puerto Rico AAA Portfolio Bond Fund, Inc. Puerto Rico AAA Portfolio Target Maturity Fund, Inc. Puerto Rico Fixed Income Fund, Inc. Puerto Rico Fixed Income Fund II, Inc. Puerto Rico Fixed Income Fund III, Inc. Puerto Rico Fixed Income Fund IV, Inc. Puerto Rico Fixed Income Fund V, Inc. Puerto Rico GNMA & US Government Target Maturity Fund, Inc. Puerto Rico Mortgage-Backed & US Government Securities Fund, Inc. Tax-Free Puerto Rico Target Maturity Fund, Inc. Tax-Free Puerto Rico Fund, Inc. Tax-Free Puerto Rico Fund II, Inc. Puerto Rico Investors Bond Fund I, Inc. Puerto Rico Investors Tax-Free Fund, Inc. Puerto Rico Investors Tax-Free Fund II, Inc. Puerto Rico Investors Tax-Free Fund III, Inc. Puerto Rico Investors Tax-Free Fund IV, Inc. Puerto Rico Investors Tax-Free Fund V, Inc. Puerto Rico Investors Tax-Free Fund VI, Inc. UBS IRA Select Growth & Income in Adversary Proceeding 19-00367 | Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | gviviani@sanpir.com<br>jreyes@sanpir.com<br>jsanchez@sanpir.com<br>alavergne@sanpir.com | Email |
| Counsel to GG Alternative Energy Corp. and the Cooperativa de Ahorro y Credito Oriental | Santos Berrios Law Offices LLC | Attn: Juan A Santos-Berrios<br>PO Box 9102<br>Humacao PR 00792-9102 | santosberriosbk@gmail.com | Email |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque<br>Garden Hills Sur<br>Guaynabo PR 00969 | | First Class Mail |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | Scotiabank Plaza<br>290 Jesus T. Pinero Avenue, 8th Floor<br>San Juan PR 00918 | Rgf@mcvpr.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 6 of 7

Page 7 of 8

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger, collectively the Marrero Plaintiffs | Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines IA 50265-5749 | goplerud@sagwlaw.com<br>howie@sagwlaw.com | Email |
| Counsel to Sierra Club Puerto Rico, Inc. (Sierra Club PR) | Sierra Club Puerto Rico, Inc. | Attn: Jose Menendez<br>1016 Avenida Ponce de León<br>Río Piedras PR 00925 | jmenen6666@gmail.com | Email |
| Counsel to Sola Ltd, Ultra Master Ltd, Ultra NB LLC and Solus Opportunities Fund 5 LP | Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman, Nicholas Baker<br>425 Lexington Avenue<br>New York NY 10017-3954 | bfriedman@stblaw.com<br>nbaker@stblaw.com | Email |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978<br>San Juan PR 00908-3978 | MARIAE.HERNANDEZ@prepa.com<br>carmen.herrero@prepa.com | Email |
| Counsel to Vitol Inc. and Vitol S.A | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Shana A. Elberg<br>One Manhattan West<br>New York NY 10001 | shana.elberg@skadden.com | Email |
| SOMOS, Inc. | SOMOS, Inc. | 1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan PR 00909 | | First Class Mail |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling, Sherry J. Millman, Kenneth Pasquale<br>180 Maiden Lane<br>New York NY 10038-4982 | cmechling@stroock.com<br>smillman@stroock.com | Email |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saúl Toledo Mejias<br>Ave. Miramar, Bldg. 5, Suite 801<br>Paseo Caribe<br>San Juan PR 00901 | Saultoledo22@yahoo.com | Email |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 | | First Class Mail |
| Counsel to Oppenheimer Funds, Franklin Funds, First Puerto Rico Family of Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it, and Invesco/Oppenheimer Funds, and Fir Tree Capital Management, LP | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk<br>PO Box 195383<br>San Juan PR 00919-5383 | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Laura Hunt, Rebecca M. Curti-Kohart<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington DC 20530 | | First Class Mail |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward<br>950 Pennsylvania Ave., NW<br>Rm 3131<br>Washington DC 20530 | | First Class Mail |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramon Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| US Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Mary Ida Townson<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq.<br>51 West 52nd Street<br>New York NY 10019 | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Gabriel A. Morgan<br>700 Louisiana Street<br>Suite 1700<br>Houston TX 77002 | gabriel.morgan@weil.com | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel A. Morgan, Jonathan D. Polkes, Gregory Silbert, & Matthew S. Barr<br>767 Fifth Avenue<br>New York NY 10153-0119 | kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com<br>matt.barr@weil.com | Email |
| Counsel to Elias Sánchez-Sifonte, Attorneys for Defendants State Insurance Fund Corporation and Jesús M. Rodríguez Rosa. | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba<br>González-Padín Building - Penthouse<br>154 Rafael Cordero Street, Plaza de Armas<br>Old San Juan PR 00901 | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com | Email |
| Counsel to Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE), Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc. and Amigos del Río Guaynabo, Inc. | William Santiago-Sastre | P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq.<br>200 Madison Ave<br>Morristown NJ 07960 | JLawlor@wmd-law.com | Email |