**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>TITLE III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>*at al.,* | **This filing relates to HTA. 17 BK-03567**<br>**Teresa Vizcarrondo Toro,**<br>**Adrián Mercado Jiménez y su** |
| Debtors | **Sociedad Legal de Gananciales**<br>**CLAIM #44390** |

## RESPONSE

**COMES NOW,** respondents, **TERESA VIZCARRONDO TORO, ADRIÁN MERCADO JIMÉNEZ Y SU SOCIEDAD LEGAL DE GANANCIALES,** and very respectfully ALLEGE and PRAY:

1.     That respondents filed on May 30, 2018, in the above captioned matter Proof of Claim (enclosed as Exhibit I).

2.     Said Proof of Claim at page 3 exposes that in Puerto Rico case TS/SJ 2011-0240 HTA left the expropriated real estate enclosed (enclavada).

3.     Herein appearing party owns 25% of the 40-acre enclosed parcel known as Perseverancia P-2 "C" (Exhibit II).

4.     None of the other co-owners filed Proof of Claim.

5.     That this parcel of land has been enclosed (enclavada) since, at least, August 1, 2011, depriving herein appearing party of any use of the property.

Case:17-03283-LTS  Doc#:23612-1  Filed:02/23/23  Entered:02/23/23 16:01:35  Desc:
Exhibit Response of June 9   2022   Page 2 of 24

2

6.    That on May 31, 2022, herein appearing party received notice titled "IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASONG LISTED BELOW". (Exhibit III)

7.    The reason given by the HTA seeking to disallow this party's claim is misleading at the very least, as it does not address the reason for the claim, only mention certain amounts paid by the expropriation of other parts of the parcel.

8.    Appearing party received the funds there mentioned, but the HTA never complied with the agreement reached so that the parcel will have proper access.

9.    Enclosed e-mails sent to HTA on January 20 and 31, 2022 pertaining to this situation which were never acknowledged. (Exhibit IV and V)

10.    Enclosed 10 pictures taken on or about January 30, 2022, showing the fully enclosed parcel of land. (Exhibit VI)

11.    The request to disallow the present claim by HTA is completely irrelevant to the claim and misleading to this Honorable Court as mentioned above.

12.    Damages suffered by herein appearing party are continuous, at present are calculated in a sum no less than $100,000.00 as punitive and/or regular damages.

13.    The cost of filing this motion with all the study and review involved took 12 hours x $400.00 equals $5,200.00, which should be reimbursed to the herein appearing party. The undersigned is an attorney admitted to practice in Puerto Rico on September 30, 1963, and in this Honorable Court on July 24, 1964

Case:17-03283-LTS   Doc#:23612-1   Filed:02/23/23   Entered:02/23/23 16:01:35   Desc:
Exhibit Response of June 9   2022   Page 3 of 24

3

WHEREFORE, it is respectfully REQUESTED FROM THIS Honorable Court that Orders HTA to provide an immediate access to the parcel of land belonging to respondents, award $100,000.00 in damages, punitive or otherwise, to the herein appearing party, and also Order HTA to reimburse herein appearing party $5,200.00 for costs as the HTA's seek to disallow respondants claim as frivolous, filed as bad faith or negligently, and totally irrelevant, plus attorney's fees.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 9 day of June 2022.

**ADRIÁN MERCADO**
USDC-PR 111304
PO Box 9023980
San Juan, PR  00902-3980
TEL.: (787) 273-0611
MOB.: (787) 567-0025
E-Mail: amercado@mercadosotolaw.com

CERTIFY that copy of this motion has been sent by Priority Mail on this date to: 1) **Clerk's Office**, United States District Court, Room 150 Federal Building, San Juan, Puerto Rico 00918-1767; 2) **Counsel for the Oversight Board, Proskauer Rose LLP, Attn: Martin J. Bienenstock and Brian S. Rosen** to Eleven Time Square, New York, New York 10036-8299; 3) **Counsel for the Creditors' Committee, Paul Hastings LLP, Attn. Luc A. Despins, James Bliss, James Worthington and G. Alexander Bongartz** to 200 Park Avenue, New York, New York 10166.

You may also submit your claim electronically by visiting https://cases.primeclerk.com/EPOC-Index   *Exhibit I*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 168560 |
|---|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 | EPOC ID: 1703283007322 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 | |
| ☒ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 | |

2018 MAY 30 P 1: 08   RECEIVED

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G – Income Tax Refunds - Corporations and Individuals as a Contingent general unsecured claim in the amount of $376.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G – Reembolso de Impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $376.00. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado   CDS 5 / 30 / 18

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratado con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☒ No Copy Provided

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1 Who is the current creditor?**

¿Quién es el acreedor actual?

TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ
Y SU SOCIEDAD LEGAL DE GANANCIALES

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

RECEIVED

JUN 01 2018

PRIME CLERK LLC.

**Claim Number: 44390**



Proof of Claim

170328300732231

**2** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes From whom?
Si ¿De quién? _____

**3** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

ADRIAN MERCADO
PO BO< 9023980
SAN JUAN, PR 00902-3980

787-273-0611
Contact phone / Teléfono de contacto

avmj720@mail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sean diferente)

Name / Nombre _____

Number / Número _____ Street / Calle _____

City / Ciudad _____ State / Estado _____ ZIP Code / Código postal _____

Contact phone / Teléfono de contacto _____

Contact email / Correo electrónico de contacto _____

**4** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes Claim number on court claims registry (if known)
Si Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
Filed on / Presentada el _____ (MM/DD/YYYY / DD/MM/AAAA)

**5** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien mas presentó una evidencia de reclamacion para esta reclamación?

☒ No / No
☐ Yes Who made the earlier filing?
Si ¿Quién hizo la reclamación anterior?

---

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at https://cases.primeclerk.com/puertorico/ )
Si. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico esta disponible en https://cases.primeclerk.com/puertorico/)

_____

**7** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes Provide the additional information set forth below. Si Proporcione la información adicional establecida a continuación

Vendor / Contract Number | Número de proveedor / contrato _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

**8   How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 100,000.00 Estimado

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9   What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Expropiación caso TS/SJ 2011-0240 dejó parte del inmueble no expropiada enclavada.   Ver Anejo I

**10   Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☑ No / No

☐ Yes  The claim is secured by a lien on property.
Sí  La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other  Describe
Otro  Describir:

Basis for perfection / Fundamento de la realización de pasos adicionales:

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención)

Value of property / Valor del bien.  $ 1000,000.00 Estimado

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $  -0-

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $  100,000.00
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____ %   N/A
☐ Fixed / Fija
☐ Variable / Variable

**11   Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes  Amount necessary to cure any default as of the Petition Date.
Sí  Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $

12 Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☒ No / No

☐ Yes. Identify the property /
Sí. Identifique el bien _____

13 Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C ?

☒ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.      $ _____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

## Part 3 / Parte 3:

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005 / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutada el       05/23/2018      (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name     ADRIAN                                    MERCADO
         First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo     CLAIMANT/ABOGADO

Company / Compañía _____

Identify the corporate servicer as the company if the authorized agent is a servicer / Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador

Address / Dirección     C.L.M Edificio I #100 Carr. 165
         Number / Número    Street / Calle

         Guaynabo                    PR          00965
         City / Ciudad               State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto    787-273-0611     Email / Correo electrónico    avmj7@gmail.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO      **ANEJO**
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br>parte peticionaria | CIVIL NÚM.: KEF2011-0240<br>SALA: 1003 |
| V. | SOBRE: |
| LUIS ALBERTO MERCADO JIMÉNEZ Y OTROS<br>parte con interés | EXPROPIACIÓN FORZOSA |

ORDEN

En cuanto a la "Oposición a Comparecencia especial solicitando devolución de suma consignada presentada por la parte con interés" presentada por la parte con interés, el Tribunal dispone lo siguiente:

Orden del 7 de mayo en relación a dejar sin efecto la consignación efectuada el 7 de marzo de 2018 y ordenar su devolución a la peticionaria, sin efecto.

No obstante, caso continúa paralizado.

NOTIFÍQUESE.

En San Juan, Puerto Rico, a 16 de mayo de 2018

LETICIA D. ORTIZ FELICIANO
JUEZ SUPERIOR

Número identificador:
ORD2018

Prime Clerk
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED  DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT  GENERAL COUNSEL

ODB

# FedEx International Air Waybill
Express

**Origin Copy**

## 1 From
Date _____  Sender's FedEx Account Number _____

Sender's Name _____  Phone _____

Company _____

Address _____

Address _____

City _____  State/Province _____

Country _____  ZIP/Postal Code _____

Your Internal Billing Reference _____

## 2 To

**2B** Residential Delivery

Recipient's Name _____  Phone _____

Company _____ PRIME CLERK

Address _____

Address: 850 3RD AVE STE 412

City BROOKLYN  State/Province NY

Country US  ZIP/Postal Code _____

Email Address _____

Recipient's Tax ID Number for Customs Purposes _____

## 3 Shipment Information

Total Packages _____  Total Weight _____  DIM _____

Commodity Description _____

RECEIVED
JUN 01 2018
PRIME CLERK LLC

FedEx tracking number **8120 6424 3553   0402**

## 4 Express Package Service
NOTE: Service order has changed. Please select carefully.

- **06** FedEx Int'l First
- **01** FedEx Int'l Priority
- **03** FedEx Int'l Economy

## 5 Packaging

- **06** FedEx Envelope
- **02** FedEx Pak
- **03** FedEx Box
- **04** FedEx Tube
- **15** FedEx 10kg Box
- **25** FedEx 25kg Box
- **01** Other

## 6 Special Handling and Delivery Signature Options

- **01** HOLD at FedEx Location
- **03** SATURDAY Delivery
- **10** Direct Signature
- **34** Indirect Signature

## 7 Payment

Bill transportation charges to:

1. Sender
2. Recipient
3. Third Party
4. Credit Card
5. Cash/Check/Charge

Bill duties and taxes to:

1. Sender
2. Recipient
3. Third Party
5. Cash/Check/Charge

## 8 Required Signature

Sender's Signature _____

Receipt Line 3 Signature _____

662

Origin Station ID _____  Country Code/Destination Station ID _____  URSA Routing _____

ESTUDIOS Y SEGUROS DE TITULOS

CONDOMINIO EL CENTRO II OFICINA 254 SAN JUAN, PUERTO RICO 00918
TEL (787) 763-0570 • 753-1011 / TELEFAX (787) 758-4445 • 753-4005 / E-mail lrvtitle@prtc.net

JAN 18 2017

CERTIFICADO DE ESTUDIO DE TITULO

*Exhibit II*

SOLICITANTE: LCDO. ADRIAN MERCADO        REGISTRO: PONCE II
   ATENCION: MERCADO & SOTO   ROSA VELAZCO
      REF: FINCA 14953// PARCELAS 021-01 Y 021-04

El que suscribe CERTIFICA:

PRIMERO: Que ha examinado todos los libros del Registro de la Propiedad y demás récords públicos relativos a la descripción, títulos y cargas de la propiedad descrita a continuación:

-----PARCELA P-2AC RUSTICA: Radicada en dos Barrios Canas y Magüeyes del término municipal de Ponce, compuesto de cincuenta y seis cuerdas y treinta y uno setenta y nueve milésimas de cuerdas. (56.3179cdas), equivalentes a doscientos veintiún mil trescientos cincuenta y uno punto cinco mil ciento ochenta y un metros cuadrados (221,351.5181 m/c) de las cuales quince punto trece dieciocho cuerdas (15.1318 cdas.) son de terrenos llanos y cuarenta y uno punto dieciocho sesenta y una cuerdas (41.1861 cdas.) son de terrenos escarpados estando divididos los terrenos llanos de los terrenos escarpados por la porción Camino" estando compuesta la presente porción de las siguientes porciones: "PORCIÓN"P-2A 2 "RUSTICA: Parcela identificada como P-2 "A" Llana en el plano de segregación, radicado en los barrios Canas y Magüeyes del término municipal de Ponce, con un área superficial de quince punto mil trescientos dieciocho cuerdas (15.1318 cdas.) equivalente a cincuenta y nueve mil cuatrocientos setenta y cuatro punto cero quinientos veintiuno metros cuadrados (59,474.0521 m c). En lindes por el NORTE, en cuatrocientos veintinueve punto trescientos ochenta y dos metros (429.382 mts) con la parcela P-2 B" llana del plano de seguridad, por el SUR, en tres alineaciones en cuatrocientos diez y nueve punto doscientos noventa y nueve metros (419.299 mts.) con la Hacienda Persovelasur, de wrishige y compañía; por el ESTE, en cuatro alineaciones con ciento sesenta y dos punto cuatrocientos treinta y un metros (162.431 mts) con el Río Canas; y por el OESTE, en ciento cuarenta y cinco punto setecientos cincuenta y uno metros (145.751 mts) con Parcela Camino" Esta porción esta identificada en el plano de segregación como Parcela P-2 A" Llana. "Porción "B: Rustica compuesta de cuarenta y una cuerda mil ochocientos sesenta y un milésimas (41.1861cdas) de terreno escarpado, equivalentes a ciento sesenta y uno mil doscientos sesenta y siete punto cuatro mil seiscientos setenta metros cuadrados que radica en los barrios Canas y Magüeyes del término municipal de Ponce, colinda por el norte en quinientos veintitrés punto quinientos treinta y ocho metros (523.538 mts) con la parcela P-2 B" escarpada del plano de segregación; por el sur en Seis alineaciones, en doscientos cuatro punto ochocientos cuarenta y nueve (204.849 mts) con la Carretera Estatal número treinta treinta y dos y en trescientos sesenta punto quinientos ochenta y ocho, (360.588 mts) con la Parcela P-1 escarpada del plano de segregación y con dos alineaciones en cuatrocientos noventa y cuatro punto quinientos treinta metros (494.530 mts,) con la Parcela P-2 "A" escarpada del plano de segregación; por el Este en quinientos noventa y nueve punto setecientos ochenta metros (599.780 mts), con la Parcela P-1 escarpada del plano de segregación y en ciento cuarenta y cinco punto doscientos sesenta y tres metros (145.263 mts), con la parcela Camino" y por el Oeste, en trescientos setenta y nueve punto seiscientos ocho metros.) (379.608 mts)   Parcela P-2 "B" escarpada del plano de segregación. Esta Porción está identificada en el plano de segregación como Parcela P-2 "C" escarpada.



---No consta presentado, ni segregada las Parcelas #021—01 y #021-04 en el Registro.

de la finca #14,196, Inscrita al folio #127 del tomo #678 de Ponce II

EXHIBIT III

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES | 44390 | 5/30/2018 | Puerto Rico Highways and Transportation Authority | $100,000.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim asserts claim related to litigation case KEF-2011-0240. Partial settlement was entered in the case, with respect to this creditor, and HTA deposited funds with the Commonwealth court in compliance with the stipulation. The funds were withdrawn, in a total amount of $31,641.32, on 2/15/2015, 2/7/2019 and 8/12/2019. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| TERESA VIZCARRONDO TORO, ADRIAN MERCADO JIMENEZ Y SU SOCIEDAD LEGAL DE GANANCIALES | 44390 | 5/30/2018 | Puerto Rico Highways and Transportation Authority | $100,000.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo invoca un reclamo vinculado al litigio KEF-2011-0240. Se dictó un acuerdo parcial en el caso, con respecto al acreedor, y la ACT depositó los fondos ante el tribunal del Estado Libre Asociado para cumplir con la estipulación. Se retiraron fondos por un total de $31,641.32, el 15/2/2015, el 7/2/2019 y el 12/8/2019. | | | |

Copies of the Omnibus Objection and all other filings in the Title III cases are available free online at https://cases.ra.kroll.com/puertorico. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administración LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

Gmail

## K EF2011-0240

1 message

Exhibit II

Adrian Mercado <amercado@mercadosotolaw.com>
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo <isisramirezlaw@gmail.com>

Thu, Jan 20, 2022 at 1:39 PM

Anita ,saludos y felicidades en el 2022
Anita ,este caso lo que tiene es una  Sentencia Administrativa Parcial
del 23 de enero 2019  Se dicto para fines administrativos solamente.
No adjudica los meritos de los planteamientos,ni las reclamaciones formuladas.
Aqui ,la finca quedo enclavada y El Peticionario acordo corregir esa situacion
Hubo vista ocular.
Al dia de hoy nada ha ocurrido con lo acordado
Es necesario reunirnos en tu oficina con la Lcda Isis Ramirez y resolver esta situacion lo antes posible
La semana entrante yo puedo 24,25,26,27pm y 28
Danos fecha,gracias
Adrian Mercado
Parte con Interes



Exhibit II



Adrian Mercado <amercado@mercadosotolaw.com>

## K EF2011-0240

1 message

**Adrian Mercado** <amercado@mercadosotolaw.com>
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo <isisramirezlaw@gmail.com>

Mon, Jan 31, 2022 at 11:22 AM

Anita,buenos dias,en relacion al caso del epigrafe sirva la presente para
solicitar nuevamente una reunion urgente en tus oficinas pues mi propiedad continua ENCLAVADA privandome de todo
uso y disfrute de la misma
Lcda Ramirez desea estar presente en dicha reunion pues sus clientes estan
afectados igualmente
Tengo disponibles martes pm ,miercoles y jueves todo el dia y viernes am
Gracias por tu atencion
Adrian Mercado
Parte con Interes

Case:17-03283-LTS Doc#:23612-1 Filed:02/23/23 Entered:02/23/23 16:01:35 Desc: Exhibit Response of June 9 2022 Page 16 of 24















