


**GOBIERNO DE PUERTO RICO**
Autoridad de Carreteras y Transportación

8 de junio de 2018

Lcdo. Adrián Mercado
PO Box 9023980
San Juan, Puerto Rico 00902-3980

**ACT-000911, PONCE, KEF-2011-0240**
**PARCELA: 021-01 Y 021-04**
**ACT VS LUIS A. MERCADO JIMÉNEZ, et als**
**KEF-2011-0240 (1003)**

Estimado licenciado Mercado:

En cuanto a las parcelas 021-01 y 021-04 le indico lo siguiente:

a. El 25 de agosto de 2011 se consignó $14,300 por la parcela 021-01.

b. El 25 de agosto de 2011 se consignó $7,700 por la parcela 021-04.

c. El total consignado fue $22,000.00.

d. De ese total usted, su esposa y la sociedad legal de gananciales compuesta por ambos, son dueños del 25% que asciende a $5,500.00 ya retirados.

e. El 23 de febrero de 2018 consignamos a su favor $16,448.00 equivalente al aumento en valor del 25% de su interés en dichas parcelas, a razón de $12,000.00 por cuerda.

f. La revaloración realizada por el Sr. Esteban Núñez arrojó un unitario de $17,300 por cuerda.

g. El 25% de valor de ambas parcelas, que es lo de su interés, asciende a $31,641.30.

h. A esos $31,641.30 le restamos $5,500.00 retirados al principio del caso y $16,448.00 consignados el 23 de febrero de 2018, sólo quedarían por consignar $9,693.00.



Centro Gubernamental Roberto Sánchez Vilella, Torre Sur / P.O. Box 42007, San Juan, Puerto Rico 00940-2007
Teléfonos 787 721 8787 / Fax 787 797 5456 / www.dtop.pr.gov

Lcdo. Adrián Mercado
8 de junio de 2018
Página 2

Así las cosas, hemos procedido a solicitar el cheque correspondiente. Cualquier duda o pregunta, no dude en llamarnos al (787) 721-8787 extensiones 1241 ó 1228.

Cordialmente,

Lcda. Anita Cortés Centeno
Abogada III
Oficina Legal Adquisición de Propiedades

6407/ACC/smo