# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of | Title III |
| | No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors, | |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of | Title III |
| | No. 17-BK-4780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF WILLIAM W. KANNEL

COMES NOW William W. Kannel, applicant herein, according to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding in accordance with Federal Bankruptcy Rule 9029, pursuant to §3010 of the Puerto Rico Oversight, Management and Economic Stability Act and respectfully states:

Applicant is an attorney at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., with offices at:

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
Direct: (617) 348-1665
Fax: (617) 542-2241
E-mail: WKannel@mintz.com

2. Applicant will sign all pleadings with the name William W. Kannel.

3. Applicant has been retained as a member of the above-named firm by AHIMSA FOUNDATION ("Ahimsa"), a non-profit foundation and creditor and party-in-interest, to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 1985 applicant has been and presently is a member in good standing of the bar of the Commonwealth of Massachusetts, where applicant regularly practices law. Applicant's Commonwealth of Massachusetts bar license number is 546724.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| Commonwealth of Massachusetts | December 1, 1985 |
| United States Court of Appeals for the First Circuit | January 1, 1986 |
| United States Court of Appeals for the Second Circuit | November 1, 2007 |
| United States Court of Appeals for the Seventh Circuit | December 20, 2004 |
| United States District Court for the District of Massachusetts | December 1, 1985 |
| United States Supreme Court | September 1, 1992 |

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. Local counsel of record associated with applicant in this matter is:

Elaine M. Maldonado-Matías
USDC-PR Bar No. 217309
Walter P. Lebrón-Ramírez
USDC-PR Bar No. 305901
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, PR 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073
Email: emaldonado@smclawpr.com; wlebron@smclawpr.com

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Dated: February 23, 2023.                    Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**

*/s/ William W. Kannel*
William W. Kannel (subject to *pro hac vice*)
USDC-MA Bar No. 546724
One Financial Center
Boston, Massachusetts 02111
Tel.: (617) 542-6000
Direct: (617) 348-1665
Facsimile: (617) 542-2241
Email: WKannel@mintz.com
Counsel for *Ahimsa Foundation*

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that I consent to the

designation of local counsel of record for all purposes.

Date: February 23, 2023.                                    Respectfully submitted.

                                                           **SEPULVADO, MALDONADO & COURET**

By:    */s/ Elaine M. Maldonado-Matías*
        Elaine M. Maldonado-Matías
        USDC-PR Bar No. 217309
        304 Ponce de León Ave. – Suite 990
        San Juan, PR 00918
        Telephone: (787) 765-5656
        Facsimile: (787) 294-0073
        Email: emaldonado@smclawpr.com

        */s/ Walter P. Lebrón-Ramírez*
        Walter P. Lebrón-Ramírez
        USDC-PR Bar No. 305901
        304 Ponce de León Ave. – Suite 990
        San Juan, PR 00918
        Telephone: (787) 765-5656
        Facsimile: (787) 294-0073
        Email: wlebron@smclawpr.com

502955173v.1