# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors, | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780 (LTS) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF NATHAN F. COCO

COMES NOW Nathan F. Coco, applicant herein, according to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding in accordance with Federal Bankruptcy Rule 9029, pursuant to §3010 of the Puerto Rico Oversight, Management and Economic Stability Act and respectfully states:

Applicant is an attorney at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., with offices at:

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, New York 10022
Tel: (212) 935-3000
Direct: (212) 692-6795
E-mail: NFCoco@mintz.com

2. Applicant will sign all pleadings with the name Nathan F. Coco.

3. Applicant has been retained as a member of the above-named firm by AHIMSA FOUNDATION ("Ahimsa"), a non-profit foundation and creditor and party-in-interest, to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Applicant has been and presently is a member in good standing, and is admitted to practice of the following state bars:

| Court | Year of Admission | Bar Number |
|---|---|---|
| State of New York | 2022 | 5968672 |
| State of Texas | 2014 | 2409112 |
| State of Illinois | 1996 | 6236870 |

6. Applicant is admitted to practice in the District Court for the Northern District of Illinois (admitted December 18, 1996) and the District Court for the Southern District of Texas (admitted February 12, 2015).

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. Local counsel of record associated with applicant in this matter is:

Elaine M. Maldonado-Matías
USDC-PR Bar No. 217309
Walter P. Lebrón-Ramírez
USDC-PR Bar No. 305901
SEPULVADO, MALDONADO & COURET
304 Ponce de León Avenue, Suite 990
San Juan, PR 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073
Email: emaldonado@smclawpr.com; wlebron@smclawpr.com

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Dated: February 23, 2023.	Respectfully submitted,

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*/s/ Nathan F. Coco*
Nathan F. Coco (subject to *pro hac vice*)
USDC-NY Bar No. 5968672
919 Third Avenue
New York, New York 10022
Office No.: (212) 692-6795
Email: NFCoco@mintz.com

Counsel for *Ahimsa Foundation,*

3

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: February 23, 2023.  Respectfully submitted.

**SEPULVADO, MALDONADO & COURET**

By: */s/ Elaine M. Maldonado-Matías*
Elaine M. Maldonado-Matías
USDC-PR Bar No. 217309
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: emaldonado@smclawpr.com


*/s/ Walter P. Lebrón-Ramírez*
Walter P. Lebrón-Ramírez
USDC-PR Bar No. 305901
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: wlebron@smclawpr.com

4