UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the<br><br>Commonwealth, HTA and PBA |

### MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED TRANSLATION OF DOCUMENTS IN SUPPORT OF ANSWER TO OBJECTION TO CLAIM KROLL NO. 174166

**TO THE HONORABLE COURT:**

COMES NOW Aireko Construction, LLC ("Aireko"), through its undersigned counsel, and respectfully states and requests:

1. On January 27, 2023, the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Buildings Authority (the "PBA"), represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed their Five Hundred Sixty-First Omnibus Objection (Non-Substantive) to Deficient Claims, objecting Aireko's proof of claim Kroll number 174166, sustaining that it fails to provide any basis or supporting documentation for asserting a claim, such that the debtors are unable to determine whether Aireko has a valid claim against the PBA or any of the other Title III debtors (the Objection") [ECF No. 23355]

2. Contemporaneously herewith, Aireko is filing its answer to the Objection, which includes as attachments thereto the following documents, the majority of which are in the Spanish language and consist of 232 pages (the "Answer"):

A. Contract CO0036 (2011-2012) dated February 23, 2012

B. Amendment to Contract dated March 8, 2012

C. Amendment to Contract dated January 22, 2013

D. Certification #2 (Statement A1-24-080022) dated August 23, 2012 and related documents

E. Certification #3 (Statement A1-24-020022) dated January 22, 2014 and related documents

F. Certification #4 Retainage (Statement A1-26-12046) for the period ending June 30, 2012 and related documents

G. Certification #5 (Statement A1-24-080022) dated September 18, 2013 and related documents

H. Certification #6 (Statement A1-24-080023) dated May 14, 2014

I. Certification #7 (Statement A1-24-08024) dated September 13, 2013 and related documents

J. Certification #8 (Statement A1-24-08025) dated September 13, 2013 and related documents

K. Supporting documents as to interest due on Certifications (statements A1-26-08065, A1-26-12020 and A1-24-080027)

L. Certification #9 (Statement A1-24-08098) dated May 14, 2014 and related documents

M. Documents in support of Certifications (Statements A1-08057, A1-26-12022 and A1-27-04029

3. Rule 5(g) of the Local Rules of the United States District for the District of Puerto Rico provides for translation of filed documents stating that:

"All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English prepared by:

(1) An interpreter certified by the Administrative Office of the U.S. Courts, or

(2) a translator who has approved Phase I (written legal translation) of the Federal Court Interpreters Certification Examination, or

(3) a translator, certified by the American Translator Association, or who has a post-graduate degree from an accredited post-graduate education translation program.

In lieu of the above, by stipulation of the parties."

4. Therefore, Aireko respectfully requests for the Court to take notice of the above, grant it leave to file those documents in the Spanish language, included with those listed in paragraph 2 above, and thirty (30) days to provide the Court with certified translations in the English language thereof.

**WHEREFORE,** it is respectfully requested that the Court to grants Aireko leave to file the aforesaid documents in the Spanish language and thirty (30) days to provide the Court with certified translations thereof in English, as set forth in the attached order.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this 24th day of February 2023

| *s/Fernando E. Agrait* | *s/Charles A. Cuprill-Hernandez* |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Debtors | PROMESA <br><br> Title III <br><br> **Case No. 17 BK 3283-LTS** <br><br> **(Jointly Administered)** <br><br> **This filing relates to the** <br><br> **Commonwealth, HTA and PBA** |

# ORDER

The Court has considered The Court has considered Aireko Construction, LLC's ("Aireko") Motion for Extension of Time to File Certified Translation of Documents in Support of Answer to Objection to Claim Kroll Number 174166, and good cause appearing therefor, the Motion is granted.

Dated: _____, 2023

_____
Laura Taylor Swain
United States District Judge