# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> Debtors | PROMESA <br><br> Title III <br><br> **Case No. 17 BK 3283-LTS** <br><br> **(Jointly Administered)** <br><br> **This filing relates to the** <br><br> **Commonwealth, HTA and PBA** |

### AIREKO CONSTRUCTION LLC'S ANSWER TO FIVE HUNDRED SIXTY-FIRST OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO DEFICIENT CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW Aireko Construction, LLC ("Aireko"), through its undersigned counsel, and answer the non-substantive objection to its proof of claim Kroll number 174166 for $969,292.22 filed against the Puerto Rico Public Building Authority (the "PBA"), as follows:

1.      As it appears from the docket of the captioned case, on July 1, 2020 Aireko filed proofs of claim Kroll No. 173808 and 174166, both in Case No. 19-05523-LTS, the first one having been expunged for duplicating the second.

2.      Existing claim Kroll number 174166 is for Aireko's construction and rehabilitation work on several floors at the Minillas North Tower building in San Juan, Puerto Rico.

3.      On January 27, 2023, the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Puerto Rico Buildings Authority (the "PBA"), represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board"), filed their Five Hundred Sixty-First Omnibus Objection (Non-Substantive) to Deficient

Claims, objecting Aireko's proof of claim Kroll number 174166 (the "Claim"), sustaining that it

fails to provide any basis or supporting documentation for asserting a claim against the PBA, such

that the debtors are unable to determine whether Aireko has a valid claim against the PBA or any

of the other Title III debtors [ECF No. 23355] (the "Objection")

4. Aireko is attaching hereto the following documents in support of the Claim:

I. Copy of amended complaint filed in the case styled Aireko Construction, LLC v.
Autoridad de Edificios Públicos del Estado Libre Asociado de Puerto Rico, Civil

No. KCD2016cv0937 (602) for breach of contract and collection of money, filed
with the Court of First Instance of Puerto Rico, Superior Section of San Juan (the
"Complaint")

II. Aireko's motion for summary judgment in Case No. KCD2016cv0937 and
attachments thereto.

5. The Claim is premised on a contract awarded to Aireko as the successful bidder in

the remodeling of 17 floors at the Minillas North building in San Juan, Puerto Rico and refers to

work performed and equipment acquired by Aireko and not paid by the PBA, corresponding to

floors 3, 7, 9 and 17 for written contracts duly registered with the office of Puerto Rico's

comptroller, as more specifically set forth in the Amended Complaint and as recognized by PBA.

The Claim is further supported by Aireko's motion for summary judgment and the attachments or

exhibits thereto consisting of:

A) Contract CO0036 (2011-2012) dated February 23, 2012

B) Amendment to Contract dated March 8, 2012

C) Amendment to Contract dated January 22, 2013

D) Certification #2 (Statement A1-24-080022) dated August 23, 2012 and related
documents

E) Certification #3 (Statement A1-24-020022) dated January 22, 2014 and related
documents

2

F) Certification #4 Retainage (Statement A1-26-12046) for the period ending June 30, 2012 and related documents

G) Certification #5 (Statement A1-24-080022) dated September 18, 2013 and related documents

H) Certification #6 (Statement A1-24-080023) dated May 14, 2014

I) Certification #7 (Statement A1-24-08024) dated September 13, 2013 and related documents

J) Certification #8 (Statement A1-24-08025) dated September 13, 2013 and related documents

K) Supporting documents as to interest due on Certifications (statements A1-26-08065, A1-26-12020 and A1-24-080027)

L) Certification #9 (Statement A1-24-08098) dated May 14, 2014 and related documents

M) Documents in support of Certifications (Statements A1-08057, A1-26-12022 and A1-27-04029

**WHEREFORE**, it is respectfully requested that the Objection to the Claim be denied, and the Claim granted in the amount of $869,292.22.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this 24th day of February 2023

| *s/Fernando E. Agrait* | *s/Charles A. Cuprill-Hernandez* |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR  00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

3

EXHIBITS
DOCUMENTS IN SUPPORT OF THE CLAIM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| AIREKO CONSTRUCTION LLC<br>Demandante<br><br>v.<br><br>AUTORIDAD DE EDIFICIO PÚBLICOS<br>ESTADO LIBRE ASOCIADO DE<br>PUERTO RICO<br>Demandados | CIVIL NUMERO: KCD2016-0937 (602)<br><br><br>SOBRE:<br><br>INCUMPLIMIENTO DE CONTRATO,<br>COBRO DE DINERO |

**DEMANDA ENMENDADA**

AL HONORABLE TRIBUNAL:

Comparece la parte demandante por conducto del abogado que suscribe y muy respetuosamente expone, alega y solicita:

1.      Aireko es una Limited Liability Company (compañía de responsabilidad limitada) organizada y haciendo negocios de construcción y servicios relacionados en Puerto Rico.  Su dirección es Las Casas Street, Lot #20, Bairoa Industrial Park, Caguas, PR 00725

2.      La Autoridad de Edificios Públicos (AEP) es una corporación pública del Estado Libre Asociado de Puerto Rico, titular de propiedades públicas que se utiliza para alquiler a entidades gubernamentales.  Su subdirector ejecutivo interino es Ing. Israel Torres Santiago.  Su dirección es Ave. José De Diego, Centro Gubernamental Minillas, Torre Norte, Piso 6, Santurce, Puerto Rico.

3.      La Autoridad de Edificios Públicos celebró subastas públicas para la remodelación de 17 pisos del edificio Minillas Torre Norte. Las subastas se adjudicaron por pisos.

4.      Aireko fue el postor a quien se le otorgó la buena pro de las subastas para la **remodelación de 8 de los 17 pisos** del edificio Minillas Torre Norte.

5.      Entre los pisos que Aireko obtuvo la buena pro de las subastas, estuvieron los pisos 3, 4, 7 y 17.

6.      A petición de la AEP, los trabajos del piso 4 fueron sustituidos por el piso 9.

7.      La reclamación de esta demanda se limita a los trabajos realizados y no pagados de los pisos 3, 9, 7 y 17. AEP pagó los trabajos realizados en los otros pisos pero sobre los pisos 3, 9, 7 y 17 quedan facturas de Aireko pendientes de pago..

8.      Los pisos 3,4, 7 y 17,  corresponden a los contratos **C00036** – 2011-2012 (pisos 3-4 **AEP1120-W – 23 de febrero de 2012**); **C00031** 2011-2012 (piso 7 **AEP 1120 –X – 21 de diciembre 2011**); y **C00035 –** 2011-2012 (piso 17  **AEP 1120 –M – 13 de enero de 2012**). Estos contratos fueron otorgados por escrito y fueron registrados en la Oficina del Contralor. Véase Anejos 1, 2,  3, 5 y 8.

9.      A solicitud de la parte demandada AEP, el contrato C00036 (AEP 1120-W) fue enmendado y el piso 4 fue sustituido por el piso 9. La enmienda al contrato tiene el número C00036 (2011-2012)-A firmado el 8 de marzo de 2012. Véase Anejo 2.  Esta enmienda fue registrada en la Oficina del Contralor.

10.      A solicitud de la parte demandada AEP, el contrato C00036 (AEP 1120-W) fue enmendado en una segunda ocasión para cambiar el piso 9 de vuelta al piso 4 que era el original. Esta segunda enmienda al contrato tiene el número C00036 (2011-2012)- B  y fue firmada  el 22 de enero de 2013. Véase Anejo 3. **En esta segunda enmienda AEP reconoció que al 22 de enero de 2013 ya Aireko "había comenzado a realizar trabajos en el piso nueve (9)"** y que el cambio del contrato va a requerir cambio al "Scope of Work".

11.      Sobre los pisos 3 y 9 la reclamación de Aireko se limita a los trabajos realizados solamente.

12.      Conforme a contratos escritos y debidamente registrados en la Oficina del Contralor, Aireko realizó los trabajos y se terminaron los trabajos en 8 pisos del Edificio Minillas Norte, todos aceptados y ocupados por la AEP.

13.      En cuanto a los **pisos 7 y 17** (AEP 1120-X y AEP 1120-M) los trabajos fueron realizados por Aireko **y fueron aceptados por AEP mediando documento de "Final Acceptance" debidamente firmado por AEP. Véase Anejos 6 y 9.**

14.      El desglose de las cuantías adeudadas por la AEP, según surge en los Anejos 4, 7, 10, 15 y 16, es:

| Piso #3 & #9 | | |
|---|---|---|
| Certificación #2 (Factura #A1-24-080022) | Mayo '12 | $304,369.67 |

| | | |
|---|---|---|
| Certificación #3 (Factura #A1-24-080022) | Junio '12 | 116,946.96 |
| Intereses sobre Certificaciones (Factura #A1-26-08055) | 31-Aug-15 | 64,683.54 |
| Intereses sobre Certificaciones (Factura #A1-26-08055) | 31-Dic-15 | 8,566.77 |
| Intereses sobre Certificaciones (Factura #A1-27-04028) | 26-Apr-16 | 8,496.55 |
| Retenido a Junio '12 | Junio '12 | 124,637.38 |
| Pérdida Ganancia Contratista (Balance Terminar $830,405.14 * 15%) | | 124,560.77 |
| | | |
| **Total Reclamación Pisos 3 & 9** | | **$752,261.64** |
| | | |
| **Piso #7** | | |
| Certificación #7 (Factura #A1-24-08024) | | $26,486.38 |
| Certificación #8 (Factura #A1-24-08025) | | 67,359.86 |
| Intereses sobre Certificaciones (Factura #A1-26-08056) | 31-Aug-15 | 10,353.61 |
| Intereses sobre Certificaciones (Factura #A1-26-12020) | 31-Dic-15 | 1,908.20 |
| Intereses sobre Certificaciones (Factura #A1-27-04027) | 27-Apr-16 | 1,892.57 |
| **Total Reclamación Piso #7** | | **$108,000.62** |
| | | |
| **Piso #17** | | |
| Certificación #5 (Factura #A1-24-080022) | | $29,529.06 |
| Certificación #6 (Factura #A1-24-080023) | | 7,455.17 |
| Certificación #7 (Factura #A1-24-08098) | | 60,248.77 |
| Intereses sobre Certificaciones (Factura #A1-26-08057) | 31-Aug-15 | 7,859.03 |
| Intereses sobre Certificaciones (Factura #A1-26-12022) | 31-Dic-15 | 1,977.07 |
| Intereses sobre Certificaciones (Factura #A1-27-04029) | 27-Apr-16 | 1,960.86 |
| **Total Reclamación Piso #17** | | **$109,029.96** |
| | | |
| **Total Reclamación Pisos #3, #9, #7 y #17** | | **$969,292.22** |

15.     La deuda está compuesta por facturas sobre trabajos realizados y ,completados, equipo adquirido con la anuencia de AEP, así como los intereses acumulados a los cuales tiene derecho la parte demandante, según surge de las facturas.

16.     Aireko ha realizado múltiples gestiones de cobro sin lograr que AEP emita los pagos correspondientes. Véase Anejos 11, 12 y 13.

17.     La AEP tiene conocimiento sobre los trabajos completados por Aireko y aceptados por AEP, y aun así se ha negado a pagar. Véase Anejos 6, 9, 11, 12 y 13.

18.     En cuanto a los trabajos contratados de los pisos 3 y 9, AEP pagó al subcontratista de Aireko, "Integrated Design Solution", por los muebles que fueron entregados a la AEP. Para ello medió un acuerdo de pago entre AEP, Aireko y el subcontratista de Aireko ("Integrated") por la suma de $345,270.67, que según el acuerdo, se descontaron de la factura de Aireko. Véase Anejo 14.

19.     No existe controversia alguna en cuanto a que los trabajos de los pisos 7 y 17, objeto de esta reclamación, se realizaron por Aireko y se aceptaron por la AEP.

20.     Aireko ha realizado gestiones de buena fe para obtener el pago de esta deuda sin que la AEP pague, ni exponga fundamento para no pagar.

21.     En particular los pisos 7 y 17 están siendo utilizados por la AEP y/o sus inquilinos desde hace varios años.

22.     La cantidad reclamada es líquida y exigible.

POR TODO LO CUAL, se solicita muy respetuosamente de este Honorable Tribunal declare ha lugar la presente demanda y ordene el pago de las cuantías reclamadas que suman $969,292.22, más los intereses que se continúan acumulando. Se solicita además costas y honorarios de abogado.

RESPETUOSAMENTE SOMETIDO.

CERTIFICO: Que he enviado copia fiel y exacta de este documento a Lcda. Marilena Roman Gandulla y Lcda. Natalia Ramírez Díaz, 252 Ave. Ponce de León, Citibank Tower Piso 12, San Juan, Puerto Rico 00918.

En San Juan, Puerto Rico, a ____4____ de octubre de 2016.

FERNANDO E. AGRAIT
T.S. NÚM. 3772
701 AVENIDA PONCE DE LEON
EDIFICIO CENTRO DE SEGUROS
OFICINA 414
SAN JUAN, PUERTO RICO  00907
TELS. 787-725-3390/3391
FAX 787-724-0353
EMAIL:  agraitfe@agraitlawpr.com

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| AIREKO CONSTRUCTION LLC<br>Demandante<br><br>v.<br><br>AUTORIDAD DE EDIFICIO PÚBLICOS<br>ESTADO LIBRE ASOCIADO DE<br>PUERTO RICO<br>Demandados | CIVIL NUMERO: KCD2016-0937 (602)<br><br>SOBRE:<br><br>INCUMPLIMIENTO DE CONTRATO,<br>COBRO DE DINERO |

## SOLICITUD DE SENTENCIA SUMARIA

AL HONORABLE TRIBUNAL:

Comparece la parte demandante Aireko Construction L.L.C. (Parte Demandante, Aireko) por conducto del abogado que suscribe y muy respetuosamente expone, alega y solicita:

### INTRODUCCION

1. El 5 de octubre de 2016, se presentó demanda enmendada contra la Autoridad de Edificios (Parte Demandada, AEP) por incumplimiento de contrato y cobro de dinero por trabajos realizados debidamente facturados y no pagados en el edificio Minillas Torre Norte. La reclamación de esta demanda se limita a los trabajos realizados y no pagados de los pisos 3, 9, 7 y 17. AEP pagó los trabajos realizados en los otros pisos pero sobre los pisos 3, 9, 7 y 17 quedan facturas de Aireko pendientes de pago.

2. No existe controversia alguna en cuanto a que los trabajos de los pisos 7 y 17, objeto de esta Demanda se realizaron por Aireko y se aceptaron por la AEP. Incluso, los pisos 7 y 17 están siendo utilizados por la AEP o sus inquilinos desde hace varios años.

3. Aireko ha realizado gestiones de buena fe para obtener el pago de esta deuda sin que la AEP pague, ni exponga fundamento para no pagar. La deuda está compuesta por facturas sobre trabajos realizados y completados, equipo adquirido con la anuencia de AEP, así como los intereses acumulados a los cuales tiene derecho la parte demandante, según surge de las facturas. La cantidad reclamada es líquida y exigible.

4. **Ante esta actuación y aceptación de la AEP de aceptar los trabajos realizados por Aireko pero no pagarlos**, y tomando en consideración el conjunto de hechos

1

incontrovertidos y documentos que aquí se presentan de conformidad con la Regla 36 de Procedimiento Civil, la parte compareciente muy respetuosamente entiende que procede que este Honorable Tribunal dicte sentencia sumaria declarando Con Lugar la Demanda presentada.

### HECHOS MATERIALES QUE NO ESTAN EN CONTROVERSIA

1. La Autoridad de Edificios Públicos celebró subastas públicas para la remodelación de 17 pisos del edificio Minillas Torre Norte. Las subastas se adjudicaron por pisos.

2. Aireko fue el postor a quien se le otorgó la buena pro de las subastas para la **remodelación de 8 de los 17 pisos** del edificio Minillas Torre Norte.

3. Entre los pisos que Aireko obtuvo la buena pro de las subastas, estuvieron los pisos 3, 4, 7 y 17.

4. Los pisos 3, 4, 7 y 17, corresponden a los contratos C00036 – 2011-2012 (pisos 3-4 **AEP1120-W – 23 de febrero de 2012**); **C00031** 2011-2012 (piso 7 **AEP 1120 –X – 21 de diciembre 2011**); y C00035 – 2011-2012 (piso 17 **AEP 1120 –M – 13 de enero de 2012**). Estos contratos fueron otorgados por escrito y fueron registrados en la Oficina del Contralor. Véase Anejos 1, 2, 3, 5 y 8.

5. A solicitud de AEP, el contrato C00036 (AEP 1120-W) fue enmendado y el piso 4 fue sustituido por el piso 9. La enmienda al contrato tiene el número C00036 (2011-2012)-A; y fue firmada el 8 de marzo de 2012. Véase Anejo 2. Esta enmienda fue registrada en la Oficina del Contralor.

6. A solicitud de la parte demandada AEP, el contrato C00036 (AEP 1120-W) fue enmendado en una segunda ocasión para cambiar el piso 9 de vuelta al piso 4 que era el original. Esta segunda enmienda al contrato tiene el número C00036 (2011-2012)-B, y fue firmada el 22 de enero de 2013. Véase Anejo 3. **En esta segunda enmienda AEP reconoció que al 22 de enero de 2013 ya Aireko "había comenzado a realizar trabajos en el piso nueve (9)"** y que el cambio del contrato va a requerir cambio al "Scope of Work".

7. Conforme a los contratos los cuales fueron debidamente registrados en la Oficina del Contralor, Aireko realizó los trabajos y se terminaron los trabajos en 8 pisos del Edificio Minillas Norte, todos aceptados y ocupados por la AEP.

2

8. En cuanto a los **pisos 7 y 17** (AEP 1120-X y AEP 1120-M) los trabajos fueron realizados por Aireko y fueron aceptados por AEP mediando documento de "Final Acceptance" debidamente firmado por AEP. Véase Anejos 6 y 9.

9. El desglose de las cuantías adeudadas por la AEP, según surge en los Anejos 4, 7, 10, 15 y 16, es:

| Piso #3 & #9 | | |
|---|---|---|
| Certificación #2 (Factura #A1-24-080022) | Mayo '12 | $304,369.67 |
| Certificación #3 (Factura #A1-24-080022) | Junio '12 | 116,946.66 |
| Intereses sobre Certificaciones (Factura #A1-26-08055) | 31-Aug-15 | 64,883.54 |
| Intereses sobre Certificaciones (Factura #A1-26-08055) | 31-Dic-15 | 8,566.77 |
| Intereses sobre Certificaciones (Factura #A1-27-04028) | 26-Apr-16 | 8,496.55 |
| Retenido a Junio '12 | Junio '12 | 124,637.38 |
| Pérdida Ganancia Contratista (Balance Terminar $830,405.14 * 15%) | | 124,560.77 |
| | | |
| **Total Reclamación Pisos 3 & 9** | | **$752,261.64** |
| | | |
| Piso #7 | | |
| Certificación #7 (Factura #A1-24-08024) | | $28,486.38 |
| Certificación #8 (Factura #A1-24-08025) | | 67,359.86 |
| Intereses sobre Certificaciones (Factura #A1-26-08056) | 31-Aug-15 | 10,353.61 |
| Intereses sobre Certificaciones (Factura #A1-26-12020) | 31-Dic-15 | 1,908.20 |
| Intereses sobre Certificaciones (Factura #A1-27-04027) | 27-Apr-16 | 1,892.57 |
| **Total Reclamación Piso #7** | | **$108,000.62** |
| | | |
| Piso #17 | | |
| Certificación #5 (Factura #A1-24-080022) | | $29,529.06 |
| Certificación #6 (Factura #A1-24-080023) | | 7,455.17 |
| Certificación #7 (Factura #A1-24-08098) | | 60,248.77 |
| Intereses sobre Certificaciones (Factura #A1-26-08057) | 31-Aug-15 | 7,859.03 |
| Intereses sobre Certificaciones (Factura #A1-26-12022) | 31-Dic-15 | 1,977.07 |
| Intereses sobre Certificaciones (Factura #A1-27-04029) | 27-Apr-16 | 1,960.86 |
| **Total Reclamación Piso #17** | | **$109,029.96** |
| | | |
| **Total Reclamación Pisos #3, #9, #7 y #17** | | **$969,292.22** |

10. Aireko ha realizado múltiples gestiones de cobro sin lograr que AEP emita los pagos correspondientes. Véase Anejos 11, 12 y 13.

11. La AEP tiene conocimiento sobre los trabajos completados por Aireko y aceptados por AEP, y aun así se ha negado a pagar. Véase Anejos 6, 9, 11, 12 y 13.

12. En cuanto a los trabajos contratados de los pisos 3 y 9, AEP pagó al subcontratista de Aireko, "Integrated Design Solution", por los muebles que fueron entregados a la AEP. Para ello medió un acuerdo de pago entre AEP, Aireko y el subcontratista de Aireko ("Integrated") por la suma de $345,270.67, que según el acuerdo, se descontaron de la factura de Aireko. Véase Anejo 14.

**DERECHO APLICABLE**

**Obligación de la Parte Demandada de pagar los trabajos realizados y facturados**

Nuestro Código Civil dispone que cuando los son válidos, como los aquí suscritos entre Aireko y AEP, las obligaciones que nacen de los mismos tienen fuerza de ley entre las partes contratantes y deben cumplirse según lo pactado. Art. 1044, 31 L.P.R.A. § 2994. Si los términos del contrato son claros y no dejan duda sobre la intención de los contratantes, se estará al sentido literal de sus cláusulas. Art. 1233, 31 L.P.R.A. §3471.

En Puerto Rico rige el principio de la libertad de contratación. Unisys Puerto Rico, Inc. v. Ramallo Brothers, 128 D.P.R. 842, 850 (1991) Como parte de esta norma, "los contratantes pueden establecer los pactos, cláusulas y condiciones que tengan por convenientes, siempre que no sean contrarios a las leyes, a la moral, ni al orden público. Por su parte, el art. 1207 del Código Civil, 31 L.P.R.A. § 3372, dispone lo siguiente:

> "[L]os contratos se perfeccionan por el mero consentimiento y desde entonces se obligan, no solo al cumplimiento de lo expresamente pactado, sino también a todas las consecuencias que según su naturaleza, sean conformes a la buena fe, al uso y a la ley".

Una vez establecidas las cláusulas y condiciones del acuerdo, se entenderá perfeccionado el contrato por el consentimiento entre las partes y desde ese momento cada una de ellas vendrá obligada no sólo a cumplir con lo expresamente pactado, sino con las consecuencias que, según su naturaleza, sean conformes a la buena fe, al uso y a la ley. Art. 1210 del Código Civil, 31 L.P.R.A § 3375. Esa obligación de cumplir con lo pactado se funda en el Principio de la buena fe, el cual exige no defraudar la confianza que otro ha puesto en una promesa o conducta. Unisys Puerto Rico, Inc. v. Ramallo Brothers, supra. Este articulado consagra el principio **Pacta Sunt Servanda** el cual postula que los contratos, desde su perfeccionamiento, obligan al cumplimiento de lo expresamente pactado y de las consecuencias que sean conformes a la buena fe, al uso y a la ley.

En cuanto al cumplimiento de los términos del contrato, el Art. 1208 del Código Civil, 31 L.P.R.A §3373, es enfático al disponer que tanto la validez como su cumplimiento, no se dejará al arbitrio de uno de los contratantes. De surgir entonces una controversia en cuanto a cuál fue la intención de las partes al momento de contratar, debemos atender principalmente, a los actos de estos, anteriores, coetáneos y posteriores al contrato. Art. 1234, 31 L.P.R.A. §3472; Marina v. Brown Boveri, 114 D.P.R. 64 (1983). Se tomarán en cuenta además todas las circunstancias indicativas de la voluntad de las partes. García López v. Méndez, 102 D.P.R. 383 (1974)

4

No hay contrato sino cuando concurren los requisitos siguientes: (1) consentimiento de los contratantes, (2) objeto cierto que sea materia del contrato, y (3) causa de la obligación que se establezca. Art. 1213 del Código Civil, 31 L.P.R.A § 3391. El consentimiento se manifiesta por el concurso de la oferta y de la aceptación sobre la cosa y la causa que han de constituir el contrato. Art. 1214 del Código Civil, 31 L.P.R.A § 3401.

Los contratos serán obligatorios, cualquiera que sea la forma en que se hayan celebrado, siempre que en ellos concurran las condiciones esenciales para su validez. Art. 1230 del Código Civil, 31 L.P.R.A § 3451.

En el caso particular de contratos con entidades públicas, se ha resuelto que la Ley de la Oficina del Contralor, Ley Núm. 18 del 30 de octubre de 1975, 2 L.P.R.A. sec. 97 et seq, según enmendada por la Ley Núm. 127 del 31 de mayo de 2004, le impone a las entidades gubernamentales y municipales la obligación de mantener un registro de los contratos que otorguen, como también deben remitir copia de éstos a la Oficina del Contralor. A estos efectos, dicha sección dispone:

> "Las entidades gubernamentales y las entidades municipales del Estado Libre Asociado de Puerto Rico, sin excepción alguna, mantendrán un registro de todos los contratos que otorguen, incluyendo enmiendas a los mismos, y deberán remitir copia de éstos a la Oficina del Contralor dentro de los quince (15) días siguientes a la fecha de otorgamiento del contrato o de la enmienda." Johnson & Johnson International Inc., v. Municipio de San Juan 172 D.P.R. 840 (2007)

**Derecho de la Parte Demandante a que se dicte Sentencia Sumaria a su favor**

Las solicitudes de sentencia sumaria están reglamentadas por la Regla 36.3 de las de Procedimiento Civil de 2009. El inciso "e" de dicha Regla establece lo siguiente:

> La sentencia solicitada será dictada inmediatamente si las alegaciones, deposiciones, contestaciones a interrogatorios y admisiones ofrecidas, en unión a las declaraciones juradas si las hay, u otra evidencia demuestran que no hay controversia real sustancial en cuanto a algún hecho esencial y pertinente y que como cuestión de derecho el tribunal debe dictar sentencia sumaria a favor de la parte promovente.

El propósito de la sentencia sumaria es facilitar la solución justa, rápida y económica de los pleitos civiles que no presentan controversias genuinas de hechos materiales, razón por la cual no ameritan la celebración de un juicio en su fondo. García Rivera v. Enríquez Marín, 153 DPR 323 (2001); Pilot Life Ins. Co. v. Crespo Martínez,



136 D.P.R. 624 (1994) <u>Luan Invest. v. Rexach</u>, 152 DPR 652 (2000).  Ésta tiene como finalidad la concesión de un remedio rápido y eficaz en casos en que no existe una real controversia sobre los hechos materiales del litigio.  <u>García Rivera v. Enríquez Marín</u>, supra; <u>Revlon v. Las Américas Trust Co.</u>, 135 D.P.R. 363 (1994); <u>Rivera et. al. v. Superior Pkg.</u>, 132 D.P.R. (1992).  Este mecanismo procesal aligera la tramitación del caso permitiendo que se dicte sentencia sin celebrar vista en los méritos, cuando de los documentos no refutados surge que no existen controversias de hecho, sino que lo que resta aplicar es el derecho  <u>García Rivera v. Enríquez Marín</u>, supra,; <u>PFZ Props. Inc. v. Gen Acc. Ins. Co.</u>, 136 D.P.R. 563 (1994); <u>Consejo Tit. C. Parkside v. MGGI Fin. Corp.</u>, 128 D.P.R. 538 (1991); <u>Cuadrado Lugo v. Santiago Rodríguez</u>, 126 D.P.R. 272 (1990).

Existen en esencia dos (2) modalidades de sentencia sumaria, a saber: la primera es aquella que se dicta a base de documentos ofrecidos por el promovente que, a su vez, demuestran una ausencia de controversial real sobre los hechos medulares del caso, y en donde sólo se requiere aplicar el derecho.

La sentencia sumaria procede aún cuando se hayan alegado hechos que aparenten estar en controversia, pero cuando el promovente logre demostrar preponderantemente, y mediante dicha prueba documental, que en el fondo no existe controversia sobre los hechos medulares. Véase <u>Jusino Figueroa v. Walgreens of San Patrício Inc[1]</u>, 155 D.P.R 560 (2001). Sobre esto también se expresa el caso de <u>Ramos v. Univisión</u>, supra:

Además la controversia sobre el hecho material tiene que ser real. Esto es, que

Una controversia no es siempre real o sustancial, o genuina. La controversia debe ser de una calidad suficiente como para que sea necesario que un juez la dirima a través de un juicio plenario. La fórmula, debe ser, por lo tanto, que la moción de sentencia sumaria adecuadamente presentada sólo puede negarse si la parte que se opone a ella presenta una oposición basada en hechos que puedan mover al juez a resolver a su favor. Si el juez se convence de que no existe posibilidad razonable de que escuchar lo que lee no podrá conducirlo a una decisión a favor de esa parte, debe dictar sentencia sumaria.

P.E. Ortíz Alvarez, <u>Hacia el uso óptimo de la sentencia sumaria</u>, Año 3, Núm. 2, Rev. Forum, pág. 8 (1987)

**En otras palabras, cualquier duda no es suficiente para derrotar una moción de sentencia sumaria. Tiene que ser una duda que permita**

---

[1] "Procede aunque se hayan alegado hechos que aparenten estar en  controversia, pero cuando el promovente logre demostrar preponderantemente, y mediante dicha prueba documental, que en el fondo no existe controversia sobre los hechos medulares." (Enfasis nuestro) <u>Jusino Figueroa  v. Walgreens</u>, supra.

concluir que existe una **controversia real y sustancial sobre hechos relevantes y pertinentes.** "If this evidence is merely colorable... or is not significantly probative... summary judgment may be granted". Anderson v. Liberty Lobby, Inc., supra, págs. 249-250. Hay una controversia real cuando la prueba ante el tribunal es de tal naturaleza que un juzgador racional de los hechos podría resolver a favor de la parte promovida. Baicker-McKee, op cit., pág. 1084 ("the evidence before the court is of such nature that a rational factfinder could find in favor of the non-moving party"). (Enfasis nuestro)

El inciso "b" "3" de la Regla 36.3, establece la obligación de la parte promovida de presentar en su oposición una enumeración de los hechos que no están en controversia. El inciso "c" establece la obligación de la parte promovida de "contestar en forma tan detallada y específica, como lo haya hecho la parte promovente". Señalando dicho inciso la consecuencia de no hacerlo: "De no hacerlo así, se dictará la sentencia en su contra si procede".

El inciso "d" de la Regla 36.3 establece cuando se considerará como admitida una relación de hechos: "si se indican los párrafos o las páginas de las declaraciones juradas o de otra prueba admisible en evidencia donde ésta se establece, a menos que esté debidamente controvertida conforme lo dispone esta regla".

Es doctrina reiterada además en nuestra jurisprudencia, que cuando la parte promovente establece la procedencia de que se dicte sentencia sumariamente, la parte promovida tiene que defenderse a base de documentos u otra evidencia admisible; no podrá descansar en sus alegaciones únicamente; viene obligada a contestar la solicitud del promovente de forma detallada y específica, y con prueba. "De no hacerlo así, se dictará sentencia en su contra . . . si procediere". Regla 36.5, supra; Piñero v. A.A.A., 146 DPR 890 (1998). En fin, es necesario demostrar afirmativamente que se cuenta con evidencia aceptable, admisible y suficiente para ser presentada en un juicio. Y también se requiere que se presenten hechos que sean admisibles como evidencia en un juicio. Id. El promovido simplemente no puede cruzarse de brazos y descansar en las aseveraciones de sus escritos judiciales. Sánchez v. Aut. de los Puertos, 153 DPR 559 (2001). Tiene la obligación de formular una oposición sustentada con prueba adecuada en derecho:

> Una vez la parte promovente establece que no existe controversia sobre hecho material alguno, la parte promovida no puede cruzarse de brazos y descansar en sus alegaciones. Tiene que refutar los hechos alegados y sustanciar su posición con prueba tendente a establecer los hechos en controversia. Si se cruza de brazos, corre el riesgo de que le dicten sentencia en su contra sin la celebración de un juicio en su fondo. Corp.

7

*Presiding Bishop CJC of LDS v. Purcell*, 117 D.P.R. 714, 721 (1986). La recurrida se limitó en este caso a argumentar que las actuaciones de los recurrentes constituyeron sendas violaciones a las cláusulas constitucionales de igual protección de las leyes y de igual paga por igual trabajo, cuya sola alegación le dispensaba, según ella, de tener que agotar los remedios administrativos dispuestos por los reglamentos de la U.P.R. No refutó con prueba alguna los hechos alegados y establecidos por la parte recurrente.

Véase *Mercado v. UPR*, 128 DPR 273 (1991)

En *Ramos v. Univisión*, supra, nuestro Tribunal Supremo reafirmó que en oposición a una solicitud a sentencia sumaria, la parte promovida está obligada a presentar prueba, de la misma calidad ("contradeclaraciones juradas" y "contradocumentos") que pueda controvertir aquella presentada por la parte promovente. Veamos:

Por su parte, la persona que se oponga a que se dicte sentencia sumariamente debe controvertir la prueba presentada y no debe cruzarse de brazos. Si lo hace se corre el riesgo de que se acoja la solicitud de sentencia sumaria y se resuelva en su contra. *Luan Invest. Corp. v. Rexach Const. Co., supra*. Esto es, **la parte que se opone viene obligada a contestar de forma detallada y específica aquellos hechos pertinentes para demostrar que existe una controversia real** y sustancial que debe dilucidarse en juicio. Ibíd. "Como regla general, para derrotar una solicitud de sentencia sumaria la parte opositora **debe presentar** contradeclaraciones juradas y contradocumentos que pongan en controversia los hechos presentados por el promovente". *Corp. Presiding Bishop CJC of LDS v. Purcell, supra, pág. 721*.

Cuando la moción de sentencia sumaria está sustentada con declaraciones juradas o con otra prueba **la parte que se opone no puede descansar en meras alegaciones.** "[T]he non-moving party cannot rely on mere allegations or denials found in his own pleadings. Rather, the non-moving party must demonstrate, by affidavit, deposition testimony, or otherwise, that a genuine issue of material fact remains for trial". Baicker-Mckee, op cit., pág. 1103. (Citas omitidas). Esto es, **la parte que se opone debe proveer evidencia sustancial de los hechos materiales que están en disputa.** Moore, op cit., Sec. 55.11[6][b], pág. 56-145.

El hecho de no oponerse a la solicitud de sentencia sumaria no implica necesariamente que ésta proceda si existe una controversia legítima sobre un hecho material. *Corp. Presiding Bishop CJC of LDS v. Purcell, supra*. Sin embargo, **el demandante no puede descansar en las aseveraciones generales de su demanda, "sino que, a tenor con la Regla 36.5, estará obligada a demostrar que tiene prueba para sustanciar sus alegaciones".** *Flores v. Municipio de Caguas*, 114 D.P.R. 521, 525 (1983). Para derrotar la moción de sentencia sumaria **no basta con presentar meras afirmaciones.** Moore, op cit., Sec. 56.11[7][c], págs. 56-152-153. "[D]ebe tenerse presente que en un procedimiento de sentencia sumaria, las declaraciones juradas que contienen sólo conclusiones, sin hechos específicos que los apoyen, no tienen valor probatorio, siendo, por lo tanto, insuficientes para demostrar la existencia de lo que allí se concluye". *Corp. Presiding Bishop CJC of LDS v. Purcell, supra, pág. 722*. Véase además, Cuevas Segarra, op cit., pág. 616. Son insuficientes para derrotar una solicitud de sentencia sumaria "unas declaraciones juradas que son meramente conclusiones reiteradas de las alegaciones de la demanda y hechas sin conocimiento personal de los hechos". Cuevas Segarra, op cit., pág. 615. **La Regla 36.5 de Procedimiento Civil dispone que de no producirse por parte**

del opositor una exposición de hechos materiales bajo juramento deberá dictarse sentencia sumaria en su contra. Id., pág. 616.

La parte que se opone a la sentencia sumaria "viene obligada a contestar la solicitud de forma detallada". Cruz Marcano v. Sánchez Tarazona, Op. de 8 de noviembre de 2007, 2007 T.S.P.R. 198, 2007 J.T.S. 203, pág. 406, 172 D.P.R. (2007). Para derrotar una solicitud de sentencia sumaria se deben refutar los hechos alegados y el opositor debe sustanciar su posición con prueba. López v. Miranda, 166 D.P.R. 546 (2005).

Por su parte, la Regla 36.5 establece lo siguiente:

Las declaraciones juradas para sostener u oponerse a la moción [de sentencia sumaria] se basarán en el conocimiento personal del(de la) declarante. Contendrán aquellos hechos que serían admisibles en evidencia y demostrarán afirmativamente que el(la) declarante está cualificado(a) para testificar en cuanto a su contenido. Copias juradas o certificadas de todos los documentos, o de partes de éstos en que se haga referencia en una declaración jurada, deberán unirse a la misma o notificarse junto con ésta. El tribunal podrá permitir que las declaraciones juradas se complementen o se impugnen mediante deposiciones o declaraciones juradas adicionales.

Sobre la obligación procesal de la parte promovida de proveer prueba detallada y suficiente para crear una controversia sustancial de hechos, el Tribunal Supremo ha establecido que "la parte opositora a tenor con la Regla 36.5, estará obligada a demostrar que tiene prueba para sustanciar sus alegaciones"." Véase Abrams v. ELA, 178 DPR 914 (2010) (Énfasis nuestro)

El Tribunal Supremo en José J. Zapata Berrios y otros v. J.F. Montalvo Cash & Carry, 2013 TSPR 95:

"El mecanismo de sentencia sumaria tiene como finalidad "propiciar la solución justa, rápida y económica de litigios civiles que no [*18] contengan controversias genuinas de hechos materiales". Const. José Carro v. Mun. Dorado, 186 D.P.R. 113, 128 (2012); Mejías et al. v. Carrasquillo et al., 185 D.P.R. 288 (2012). Conforme a lo dispuesto en la Regla 36.3(e) de Procedimiento Civil de 2009, supra, procede dictar sentencia sumaria si las alegaciones, deposiciones, contestaciones a interrogatorios y admisiones ofrecidas, en unión a las declaraciones juradas y alguna otra evidencia si las hubiere, acreditan la inexistencia de una controversia real y sustancial respecto a algún hecho esencial y pertinente y, además, si el derecho aplicable así lo justifica. Consecuentemente, se permite disponer de asuntos pendientes ante el foro judicial sin necesidad de celebrar un juicio, ya que únicamente resta aplicar el derecho a los hechos no controvertidos. Const. José Carro v. Mun. Dorado, supra; Mejías et al. v. Carrasquillo et al., supra; Abrams Rivera v. E.L.A., 178 D.P.R. 914 (2010); Nieves Díaz v. González Massas, 178 D.P.R. 820 (2010). Su utilidad como vehículo para agilizar los procesos judiciales y descongestionar los tribunales resulta indiscutible.

Las Reglas de Procedimiento Civil de Puerto Rico de 2009, 32 L.P.R.A. Ap. [*19] V (2010), las cuales son de aplicación a los hechos objeto de este recurso, aportaron cambios importantes en el trámite de las solicitudes de sentencia sumaria dirigidos a facilitar la labor adjudicativa de los tribunales y promover de este modo su utilización. Véase, por ejemplo, Ramos Pérez v. Univisión, 178 D.P.R. 200 (2010).

9

A estos efectos, y siguiendo lo provisto en las enmiendas a la Regla 56 de Procedimiento Civil Federal en vigor a partir de 2010,[5] y las directrices establecidas en sus Reglas Locales por algunos tribunales de distrito en la esfera federal,[6] se incorporaron ciertos requisitos de forma aplicables tanto a las solicitudes de sentencia sumaria como a las oposiciones correspondientes, los cuales aparecen detallados en la Regla 36.3 de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3 (2010).[7]

5   S. Baicker-McKee, W.M. Janssen y J.B. Corr, Federal Civil Rules Handbook, West, 2011. Véase, además, J.A. Cuevas Segarra, Tratado de Derecho Procesal Civil, 2da ed., San Juan, Publicaciones J.T.S., Tomo III, 2011, pág. 1038.

6   Véase, James Wm. Moore, Moore's Federal Practice, 3ra ed., LEXIS Publishing, T. 11, secs. 56.70[5][b] y [c], págs. 56-149 - 56-152.1 y secs. 56.81[3][a] [*20] y [b], págs. 56-182 - 56-185. Véase, además, L.Cv.R. 56 (D.P.R. 2009 as amended), Federal Local Court Rules, 3rd ed., West Group, Vol. 5, págs. 17-18.

7   En lo pertinente, la Regla 36.3 de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3 (2010), dispone lo siguiente:

(a) La moción de sentencia sumaria será notificada a la parte contraria y deberá contener lo siguiente:

....

(4) una relación concisa y organizada en párrafos enumerados, de todos los hechos esenciales y pertinentes sobre los cuales no hay controversia sustancial, con indicación de los párrafos o las páginas de las declaraciones juradas u otra prueba admisible en evidencia donde se establecen los mismos, así como de cualquier otro documento admisible en evidencia que se encuentre del expediente del tribunal[.]

....

(b) La contestación a la moción de sentencia sumaria... deberá contener lo siguiente:

....

(2) una relación concisa y organizada, con una referencia a los párrafos enumerados por la parte promovente, de los hechos esenciales y pertinentes que están realmente y de buena fe controvertidos, con indicación de los párrafos o las páginas de las declaraciones juradas u otra prueba admisible en evidencia donde se establecen [*21] los mismos, así como de cualquier otro documento admisible en evidencia que se encuentre en el expediente del tribunal;

(3) una enumeración de los hechos que no están en controversia, con indicación de los párrafos o las páginas de las declaraciones juradas u otra prueba admisible en evidencia donde se establecen los mismos, así como de cualquier otro documento admisible en evidencia que se encuentre en el expediente del tribunal[.]

....

(c) Cuando se presente una moción de sentencia sumaria y se sostenga en la forma provista en esta Regla 36, la parte contraria no podrá descansar solamente en las aseveraciones o negaciones contenidas en sus alegaciones, sino que estará obligada a contestar en forma tan detallada y específica, como lo haya hecho la parte promovente. De no hacerlo así, se dictará la sentencia sumaria en su contra si procede.

(d) Toda relación de hechos expuesta en la moción de sentencia sumaria o en su contestación podrá considerarse admitida si se indican los párrafos o las páginas de las declaraciones juradas o de otra prueba admisible en evidencia donde ésta se establece, a menos que esté debidamente controvertida conforme lo dispone esta regla.

El tribunal no tendrá [*22] la obligación de considerar aquellos hechos que no han sido específicamente enumerados y que no tienen una referencia a los párrafos o las páginas de las declaraciones juradas u otra prueba admisible en evidencia donde se establecen. Tampoco tendrá la

obligación de considerar cualquier parte de una declaración jurada o de otra prueba admisible en evidencia a la cual no se haya hecho referencia en una relación de hechos....

Así pues, en lo que respecta particularmente a los hechos relevantes sobre los cuales la parte promovente aduce no existe controversia sustancial, ésta viene obligada a desglosarlos en párrafos debidamente numerados y, para cada uno de ellos, especificar la página o párrafo de la declaración jurada u otra prueba admisible en evidencia que lo apoya. Regla 36.3(a)(4) de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3(a)(4) (2010).

Igualmente, la contestación a la moción de sentencia sumaria tiene que ceñirse a ciertas exigencias en lo atinente a los hechos. Primeramente, recae sobre la parte que responde el deber de citar específicamente los párrafos según enumerados por el promovente que entiende están en controversia y, para cada uno de los que pretende controvertir,  [*23] detallar la evidencia admisible que sostiene su impugnación con cita a la página o sección pertinente. Regla 36.3(b)(2) de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3(b)(2) (2010).

De otra parte, puede también el oponente someter hechos materiales adicionales que alegadamente no están en disputa y que impiden se dicte sentencia sumaria. Le compete entonces, similar al proponente, enumerarlos en párrafos separados e indicar la pieza evidenciaria que los apoya con referencia específica al fragmento de ésta en que descansa cada aserción. Regla 36.3(b)(3) de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3(b)(3) (2010).

Se dispone para que, de proceder en derecho, el tribunal dicte sentencia sumaria a favor del promovente si la parte contraria no responde de forma detallada y específica a una solicitud debidamente formulada. Regla 36.3(c) de Procedimiento Civil de 2009, 32 L.P.R.A. Ap. V, R. 36.3(c) (2010).

De igual forma, toda relación de hechos propuesta por cualquiera de las partes que se encuentre sustentada según exige dicho precepto podrá considerarse como admitida "a menos que esté debidamente controvertida conforme lo dispone esta regla". Regla 36.3(d) de Procedimiento Civil [*24] de 2009, 32 L.P.R.A. Ap. V, R. 36.3(d) (2010).

Como parte del nuevo esquema para disponer de una solicitud de sentencia sumaria, se le concede también al tribunal la potestad de excluir aquellos hechos propuestos por cualquiera de las partes que no hayan sido debidamente numerados o que no tengan correlación específica a la evidencia admisible que supuestamente los sostiene. Regla 36.3(d) de Procedimiento Civil de 2009, *supra*.

Más aún, el juzgador no viene obligado a tomar en cuenta aquellas porciones de declaraciones juradas o de cualquier otra evidencia admisible que no hayan sido expresamente citadas por la parte en la relación de hechos correspondiente de su escrito. Regla 36.3(d) de Procedimiento Civil de 2009, *supra*.

Quiere esto decir que, si la parte contraria se aparta de las directrices expresamente consignadas en el mencionado precepto, entre las que específicamente se encuentra la obligación de aludir al número del hecho propuesto que se pretende contradecir, el tribunal podrá no tomar en consideración su intento de impugnación.

Igualmente, aunque en el proceso de considerar una solicitud de sentencia sumaria el tribunal retiene la discreción de examinar evidencia admisible  [*25] que obre en los autos, pero que ha sido omitida por las partes, éste **no** viene obligado a hacerlo. Puede, conforme al mecanismo actual, obviar material que las propias partes hayan pasado por alto en sus escritos y resolver estrictamente a base de lo que haya sido presentado

acatando el método procesal consignado en la nueva Regla 36.3 de Procedimiento Civil de 2009, *supra*.

Según se desprende de lo anterior, el método recién implantado coloca sobre las partes, quienes conocen de primera mano sus respectivas posiciones, así como la evidencia disponible en el caso, el deber de identificar cada uno de los hechos que estiman relevantes, al igual que la prueba admisible que los sostiene. Se facilita, por lo tanto, el proceso adjudicativo al poner al tribunal en posición de evaluar conjuntamente las versiones encontradas para cada uno de los hechos refutados a la luz de las referencias a la prueba que alegadamente los apoya. Este sistema claramente agiliza la labor de los jueces de instancia y propende la disposición expedita de aquellas disputas que no necesitan de un juicio para su adjudicación.

Es por ello que mediante estas nuevas disposiciones nuestro ordenamiento procesal expresamente [*26] le exige a la parte oponente examinar cada hecho consignado en la solicitud de sentencia sumaria y, para todos aquellos que considera que existe controversia, identificar el número del párrafo correspondiente y plasmar su versión contrapuesta fundamentada en evidencia admisible. La numeración no es un mero formalismo, ni constituye un simple requisito mecánico sin sentido. Por el contrario, tiene un propósito laudable, por lo que su relevancia es indiscutible y queda claramente evidenciada luego de una interpretación integral de las enmiendas acogidas en el 2009. De lo contrario, las enmiendas a la Regla 36 de Procedimiento Civil de 2009, *supra*, no tendrían valor práctico alguno.

Recordemos que las decisiones discrecionales que toma el Tribunal de Primera Instancia no serán revocadas a menos que se demuestre que ese foro abusó de su discreción. Véanse, por ejemplo, *VDE Corporation v. F & R Contractors*, 180 D.P.R. 21, 41 (2010); y *Pueblo v. Rivera Santiago*, 176 D.P.R. 559, 580 (2009). El propósito de esa regla consiste en que los foros apelativos no deben pretender administrar ni manejar el trámite regular de los casos ante el foro primario. Es cierto que "[l]a tarea de determinar cuándo [*27] un tribunal ha abusado de su discreción no es una fácil. Sin embargo, no tenemos duda de que el adecuado ejercicio de discreción judicial está estrechamente relacionado con el concepto de razonabilidad". *Rivera y otros v. Bco. Popular*, 152 D.P.R. 140, 155 (2000). Por eso, hemos definido la discreción como "una forma de razonabilidad aplicada al discernimiento judicial para llegar a una conclusión justiciera". *IG Builders et al. v. BBVAPR*, 185 D.P.R. 307, 338 (2012) (cita omitida); y *Pueblo v. Rivera Santiago*, *supra*. De esa manera, la discreción se "nutr[e] de un juicio racional apoyado en la razonabilidad y fundamentado en un sentido llano de justicia; no es función al antojo o voluntad de uno, sin tasa ni limitación alguna". *Santa Aponte v. Srío. del Senado*, 105 D.P.R. 750, 770 (1977). De igual forma, "no significa poder para actuar en una forma u otra, haciendo abstracción del resto del Derecho". *Bco. Popular de P.R. v. Mun. de Aguadilla*, 144 D.P.R. 651, 658 (1997) (cita omitida). Véase, además, *IG Builders et al. v. BBVAPR*, *supra*.

Un tribunal abusa de su discreción:

[C]uando el juez no toma en cuenta e ignora en la decisión que emite, sin fundamento para ello, un hecho material importante [*28] que no podía ser pasado por alto; cuando el juez, por el contrario, sin justificación ni fundamento alguno, concede gran peso y valor a un hecho irrelevante e inmaterial y basa su decisión exclusivamente en éste, o cuando, no obstante considerar y tomar en cuenta todos los hechos materiales e importantes y descartar los irrelevantes, el juez los sopesa y calibra livianamente.

*Pueblo v. Rivera Santiago*, *supra*, pág. 580."

POR TODO LO CUAL, se solicita muy respetuosamente de este Honorable Tribunal declare ha lugar la presente solicitud de sentencia sumaria y ordene el pago de las cuantías reclamadas que suman $969,292.22, más los intereses que se continúan acumulando. Se solicita además costas y honorarios de abogado.

RESPETUOSAMENTE SOMETIDO.

CERTIFICO: Que he enviado copia fiel y exacta de este documento a Lcda. Marilena Roman Gandulla y Lcda. Natalia Ramírez Díaz, 252 Ave. Ponce de León, Citibank Tower Piso 12, San Juan, Puerto Rico 00918.

En San Juan, Puerto Rico, a ___9___ de enero de 2018.

FERNANDO E. AGRAIT
T.S. NÚM. 3772
701 AVENIDA PONCE DE LEON
EDIFICIO CENTRO DE SEGUROS
OFICINA 414
SAN JUAN, PUERTO RICO  00907
TELS. 787-725-3390/3391
FAX 787-724-0353
EMAIL:  agraitfe@agraitlawpr.com

13

Anejo 1

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00036

**AGREEMENT**
C00036 (2011-2012)

**APPEAR**

**AS PARTY OF THE FIRST PART**: The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as "THE PBA"; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.

**AS PARTY OF THE SECOND PART: AIREKO CONSTRUCTION CORP.**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".



**WITNESSETH**

WHEREAS: Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS: THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS: THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Third and Fourth (3rd & 4th) Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS: THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

**TERMS AND CONDITIONS**

ARTICLE 1 - **Statement of Work**: THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. **AEP-1120W** at San Juan, Puerto Rico. All work will be in strict

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount**:  For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **Two Million Seventy Six Thousand Seven Hundred Seventy Nine Dollars ($2,076,779.00)**, from Account No. 16000-0000-1120W-00-000-1000-0000.

ARTICLE 3 – **Change orders:**  Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.



ARTICLE   4 **– Time for Completion:**   THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **ninety (90)** consecutive calendar days computed from the date stated in the order to proceed.

ARTICLE 5 – **Liquidated Damages:**  THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **Two Thousand dollars ($2,000.00)**, as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement:** THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 - **Contract Documents:**

(a) THE CONTRACTOR **will deliver to the PBA within five (5) days of the signing of** the contract all documents, including the following:

    a. Performance Bond – 100%
    b. Payment Bond – 100%
    c. Workmen's Compensation Insurance – Statutory
    d. Employer's Liability
    e. Comprehensive General and Automobile Liability
       Insurance including Owner's protective Liability
    f. Hold Harmless Clause
    g. Builder's Risk

h. Installation Floater

(b) THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

(c) In addition to This Agreement the following documents form part of the Contract:

1. Contractor's Proposal dated November 9, 2011 and Letter of Award dated January 11, 2012

2. Addendum Number: **1. Date – September 19, 2011**
   **2. Date – September 26, 2011**
   **3. Date – October 4, 2011**
   **4. Date – October 25, 2011**
   **5. Date – October 28, 2011**

3. Instructions to Bidders

4. Uniform General Conditions for Public Works Contracts

5. Supplementary General Conditions (PBA – May 13, 2011)

6. Special Conditions

7. Supplementary Special Conditions

8. Technical Specifications & Drawings



All documents enumerated in this Article form part of the Contract.  In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which *is* fully complying.

4

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).

ARTICLE 9 – **Definition Tax Debt:**  For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.

ARTICLE 10 – **Tax Documents**:  If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit.  If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax  on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

5

ARTICLE 11 - **Withholdings Prescribed by Law**: THE CONTRACTOR is an independent contractor. THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees. THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes. THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.

ARTICLE 13 – **Confidentiality Agreement**: THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR. THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential. THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA. THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement. The terms of this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

6

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.



ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.

ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

7

ARTICLE 22 – **Prior Agreements**:  This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**:  It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**:  This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico.  Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written.  If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.

ARTICLE 25 – **Dispute Settlement**:  In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.

ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's the realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract.  No executive agency shall execute contracts with or for the benefit of persons who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an

8

exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.



ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRACTOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRATOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.

ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

9

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

**IN WITNESS WHEREOF,** the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this _23_ of February in the year two thousand twelve (2012).

**PUBLIC BUILDINGS AUTHORITY**

Arch. Astrid Díaz Vega
Executive Sub Director

**AIREKO CONSTRUCTION CORP.**

Edgardo Albino
Vice President of Operations

**APPROVED
AS TO
LEGAL FORM**

DATE

Anejo 2

GOBIERNO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PÚBLICOS

2012-C00036-A

ENMIENDA A CONTRATO DE CONSTRUCCION
NÚM. C00036 (2011-2012)-A

COMPARECEN

DE LA PRIMERA PARTE: La AUTORIDAD DE EDIFICIOS PÚBLICOS, una
Corporación Pública e Instrumentalidad del Estado Libre Asociado de Puerto Rico,
Seguro Social Patronal 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, en adelante denominada la AEP en virtud de la
AEP que le confiere la Ley Número 56 del 19 de junio de 1958, según enmendada y los
Reglamentos Internos, representada en este acto por la Subdirectora Ejecutiva, Arq.
Astrid Díaz Vega, mayor de edad, soltera, y vecina de San Juan, Puerto Rico.



DE LA SEGUNDA PARTE: **AIREKO CONSTRUCTION CORP.**, una corporación
organizada y autorizada a operar bajo las leyes del Gobierno de Puerto Rico y con
Seguro Social Patronal Núm. 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, con oficinas principales en Caguas, Puerto
Rico, representada en este acto por su Vice Presidente, Edgardo Albino, mayor de
edad, casado y residente de Caguas, Puerto Rico, en adelante denominado EL
CONTRATISTA.

EXPONEN

PRIMERO: La Autoridad de Edificios Públicos (AEP) ha incurrido en
obligaciones relacionadas a las Nuevas Oficinas de Pasaportes. Estos compromisos
han generados cambios en las remodelaciones que la AEP realiza para conformar las
especificaciones requeridas a las necesidades de los Inquilinos, Agencias e
instrumentalidades hermanas, que sirven al Pueblo de Puerto Rico conforme sus
especialidades.

El 23 de febrero de 2012, las Partes suscribieron el Contrato Núm. C00036
(2011-2012), mediante el cual EL CONTRATISTA se obligó a llevar a cabo la
**Instalación del Sistema Modular de Oficinas y las Mejoras a Interiores de los
Pisos 3 y 4 de la Torre Norte del Centro Gubernamental Roberto Sánchez Vilella
(Minillas), San Juan, Puerto Rico, AEP-1120W.**

2

SEGUNDO: En la Minuta Núm. 85 (2011-2012) de la Subasta, se adjudicó para los Pisos 3 y 4, donde estarían localizadas las nuevas oficinas del Departamento de Asuntos al Consumidor (DACO), sin embargo DACO declinó el ubicar sus oficinas en el Piso 4.

TERCERO: Unos de los cambios fundamentales requerido por el Departamento de Asuntos del Consumidor (DACO)  fue el evitar que sus operaciones fueran afectadas mediante dos mudanzas. Para ello, la AEP atendiendo las necesidades de su inquilino (DACO), ofreció ubicar sus oficinas en los Pisos 3 y 9. Habiendo este consentido, AEP sustituyó el cambio de localización de Proyecto previamente subastado para el piso cuatro (4) para realizarse en el piso Nueve (9).  Este cambio de localización no afectó el presupuesto de construcción, diseño o el "Scope" que fue objeto de Subasta.

CUARTO: Por tanto, Las partes interesan otorgar esta ENMIENDA con el propósito de especificar los cambios antes establecidos, por la cual las nuevas facilidades de DACO se ubicarán en los Pisos 3 y 9.

QUINTO: Todas las demás cláusulas y condiciones del CONTRATO NÚM. C00036 (2011-2012) mantienen toda su vigencia y vigor.

POR TODO LO CUAL, las Partes firman esta ENMIENDA el día $\underline{8}$ de $\underline{\text{MARZO}}$ de 2012.

AUTORIDAD DE EDIFICIOS PÚBLICOS

AIREKO CONSTRUCTION CORP.

Astrid Díaz Vega
SubDirectora Ejecutiva

Edgardo Albino
Vice Presidente

APROBADO EN CUANTO
A REDACCIÓN LEGAL.
FECHA

Anejo 3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PÙBLICOS

2012-C00036-B

ENMIENDA A CONTRATO DE CONSTRUCCION
NÙM. C00036 (2011-2012)-B

COMPARECEN

DE LA PRIMERA PARTE: La AUTORIDAD DE EDIFICOS PÙBLICOS, una
Corporaciòn Pùblica e Instrumentalidad del Estado Libre Asociado de Puerto Rico, en adelante
denominada la AEP, en virtud de la autoridad que le confiere la Ley Nùmero 56 del 19 de junio
de 1958, segùn enmendada, y los Reglamentos Internos, representada en este acto por la
Directora Ejecutiva, Wanda Acevedo, mayor de edad, soltera y vecina de Caguas, Puerto Rico.

DE LA SEGUNDA PARTE: AIREKO CONSTRUCTION CORP., una corporaciòn
organizada y autorizada a operar bajo las leyes del Gobierno de Puerto Rico con oficinas
principales en Caguas, Puerto Rico, representada en este acto por su Vicepresidente, Edgardo
Albino, mayor de edad, casado y residente de Caguas, Puerto Rico, en adelante denominado EL
CONTRATISTA.

EXPONEN

PRIMERO: La Autoridad de Edifícios Pùblicos (AEP) ha incurrido en obligaciones
relacionadas a las Nuevas Oficinas de Pasaportes. Estos compromisos han generados cambios en
las remodelaciones que la AEP realiza para conformar las especificaciones requeridas a las
necesidades de los inquilinos, agencias e instrumentalidades hermanas que sirven al Pueblo de
Puerto Rico conforme sus especialidades.

SEGUNDO: El 23 de febrero de 2012, las partes suscribieron el Contrato Núm. C00036
(2011-2012) mediante el cual EL CONTRATISTA se obligò a llevar a cabo la **Instalaciòn del
Sistema Modular de Oficinas y las Mejoras a Interiores de los Pisos 3 y 4 de la Torre Norte
del Centro Gubernamental Roberto Sànchez Vilella (Minillas), San Juan, Puerto Rico,
AEP-1120W.**

TERCERO: Mediante enmienda suscrita el 8 de marzo de 2012, las partes acordaron
enmendar el contrato original con el propòsito de relocalizar la ubicaciòn del Proyecto
previamente subastado para el piso cuatro (4) al piso nueve (9) de la Torre Norte sin afectar el

presupuesto de construcciòn, diseño o el alcance de los trabajos a realizarse ("Scope of Works") que fue objeto de Subasta.

CUARTO: Desde mayo de 2012, los trabajos contratados para el proyecto han estado paralizados.

QUINTO: Las partes han acordado enmendar el contrato a los efectos de volver a relocalizar la ubicaciòn del Proyecto y devolverla a su ubicaciòn original, entièndase el piso cuatro (4) de la Torre Norte del Centro Gubernamental Roberto Sànchez Vilella.

SEXTO: Las partes reconocen que al momento de paralizarse los trabajos de construcciòn contratados, EL CONTRATISTA habìa comenzado a realizar trabajos en el piso nueve (9). Reconocen, ademàs, que al reubicar el Proyecto a su localizaciòn original, entièndase el piso cuatro (4), EL CONTRATISTA deberà realizar ciertos trabajos que requeriràn un cambio al "Scope of Work" y a tiempo de construcciòn objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrada, sea reabierta y ambas partes puedan realizar una inspección del piso cuatro (4) encaminada a determinar las condiciones existentes en el piso.

SEPTIMO: Por tanto, las partes interesan otorgar la presente enmienda con el propòsito de relocalizar la ubicaciòn del Proyecto al piso cuatro (4) de la Torre Norte del Centro Gubernamental Roberto Sànchez Vilella.

OCTAVO: Todas las demàs clàusulas y condiciones del CONTRATO NÙM. C00036 (2011-2012), segùn enmendado, mantienen toda su vigencia y vigor.

POR TODO LO CUAL, las partes firman esta enmienda el día _22_ de enero de 2013.

AUTORIDAD DE EDIFICIOS PÙBLICOS          AIREKO CONSTRUCTION CORP.


Wanda Acevedo Torres                      Edgardo Albino
Directora Ejecutiva                       Vicepresidente
SS Patronal Núm. 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              SS Patronal Núm. 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


APROBADO EN CUANTO
A REDACCION LEGAL
FECHA: 20-enero-2013

Anejo 4

# Certificación #2 (Factura #AI-24-080022)



☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE 13/AGOSTO/12 | JOB NO. AEP 1120W | SUBMITTAL NO. |
|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-3 Y 9 MINILLAS |
|---|---|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:   SAMUEL BETANCOURT

WE ARE SENDING YOU
☐ Drawings        ☐ Attached      ☐ Under separate cover via_____the following items
☐ Copy of Letter  ☐ Prints        ☐ Samples
                  ☐ Change Order   ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/MAYO/2012 | | CERTIFICACION 2 - $649,640.34 (AI-23-05064) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certificate of Insurance Builder Risk. |
| | | | •Certified Payroll |
| | | | •Performance Bond |
| | | | •CD |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ ....ts returned after loan to us

....ER:                     KENNETH BAEZ - PROJECT MANAGER              DATE: 13/agosto/12

RECEIVED BY:              Nadelene Sfo                           DATE: 13/8/12

COPIA LINEXO

## AUTORIDAD DE EDIFICIOS PUBLICOS
### ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #            2

PROYECTO:        INST. MODULARES Y MEJ. INT. PISO 3 Y 9

MUNICIPIO        SAN JUAN, PR

AEP #:            1120W
PERIODO DE LA CERTIFICACIÓN:        01-MAYO-12 @ 31-MAYO-12

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ, POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.

|   | |
|---|---|
| HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES. | |
| FIRMA DE INSPECTOR EN CERTIFICACÓN * | |
| FIRMA DE SUPERVISAOR EN CERTIFICACIÓN * | |
| DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE | |
| NOMINAS DE PERIODO - INCLUIDA | |
| FORMA SCHEDULE OF MATERIALSTORE - INCLUDA | |
| FACTURAS DE MATERIAL ON SITE  (INDICAR LA CANTIDAD DE FACTURAS) | |
| FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA | |
| CURVA "S" - (DIAGRAMA DE BARRAS) | |

| | | |
|---|---|---|
| POLIZA BUILDER RISK VIGENTE | FECHA DE VENCIMIENTO: | 6/30/2012 |
| POLIZA PUBLIC LIABILITY VIGENTE | FECHA DE VENCIMIENTO: | 10/1/2012 |
| POLIZA F.S.E. VIGINGE | FECHA DE VENCIMIENTO: | 6/30/2012 |
| POLIZA DE WORKER'S COMPSATION | FECHA DE VENCIMIENTO: | 10/1/2012 |

EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO)  (SI APLICA)

NOMBRE DE INSPECTOR: _____

FIRMA DE INSPECTOR: _____

FECHA: _____

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA. TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.





**AIREKO**

P.O. Box 2128 San Juan, PR 00922-2128
Tel. *(787) 653-6300*

INVOICE No. AI-23-05064

DATE: 07/19/2012

## CERTIFICATE FOR PAYMENT

PROJECT: **INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN**

CERTIFICATION NO: 02

PERIOD ENDING: 05/31/2012

PROJECT #: 201271-170

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 685,479.71 |
| 5. LESS: 10% RETAINAGE | 68,547.97 |
| NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 616,931.74 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 355,149.17 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 261,782.57 |
| 9. __ 90 __ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 387,857.77 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $ 649,640.34 |

SUBMITTED BY: _____

Ing. Kenneth Báez
Project Manager

DATE: 8·13·12

RECEIVED BY: _____

DATE: 8/13/18

APPROVED BY: _____

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __2__   For Period 01-May-12   to   31-May-12

Project   **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN**

Project # __1120W__        Contract Due Date: __05-Jun-12__     Extended Contract Due Date

Name of Contractor  **AIREKO CONSTRUCTION CORP.**   Address   PO BOX 2128   SAN JUAN   PR   00922-212   Contract No. __C-00036(11-12)__

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD QTY | WORK PERFORMED THIS PERIOD AMOUNT | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | $40,000.00 | $240,358.00 | $280,358.00 | $15,642.00 | 13.51 | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS (08) | $65,575.00 | | $19,600.00 | $0.00 | $19,600.00 | $45,975.00 | 29.89 | 29.89 |
| IV | FINISHES (09) | $296,047.77 | | $90,043.20 | $55,411.20 | $145,454.40 | $150,593.37 | 30.42 | 49.13 |
| V | SPECIALTIES (10) | $286,121.00 | | | | $0.00 | $286,121.00 | | 0.00 |
| VI | MECHANICAL WORKS (15) | $78,600.04 | | $29,452.09 | $12,552.31 | $42,004.40 | $36,595.64 | 37.47 | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | $38,002.58 | $86,288.68 | $124,291.26 | $23,242.15 | 25.76 | 84.25 |
| VIII | ALLOWANCES(17) | $15,000.00 | | $11,250.00 | $0.00 | $11,250.00 | $3,750.00 | 75.00 | 75.00 |
| | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS (08) | $51,325.00 | | | | $0.00 | $51,325.00 | | 0.00 |
| XI | FINISHES (09) | $288,479.53 | | $13,853.60 | $0.00 | $13,853.60 | $274,625.93 | 4.80 | 4.80 |
| XII | SPECIALTIES (10) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS (15) | $78,540.30 | | $4,000.00 | $0.00 | $4,000.00 | $74,540.30 | 5.09 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | $44,668.05 | $0.00 | $44,668.05 | $102,867.90 | 30.28 | 30.28 |
| XV | ALLOWANCES(17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.00 | | $290,869.52 | $394,610.19 | $685,479.71 | $1,391,299.29 | 14.01 | 33.01 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ............................................................................................ | $2,076,779.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 .......... | $0.00 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 .......... | $0.00 |
| Current Adjusted Contract Amount ...................................................................... | $2,076,779.00 |

*Friday, August 10, 2012*

PBA-Form 1509.

**PUBLIC BUILDINGS AUTHORITY**

*SAN JUAN, PUERTO RICO*

### SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment          <u>2</u>

For Period: <u>5/1/2012</u>                    TO   <u>5/31/2012</u>

Project **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES**   Project No.   **AEP 1120W**

Name of Prime Contractor **AIREKO CONSTRUCTION CORP.**   Contract No.  **C-00036(11-12)**

Name of Subcontractor      **IDS OFFICE INTEGRATED DESIG**  Subcontract No.

| DESCRIPTION AND QUALITY | TOTAL PRICE |
|---|---|
| 9TH FL-100% OF MATERIAL & FR | $142,937.09 |
| 3RD FL-100% OF MATERIAL & FR | $240,696.99 |
| **Total** | 383,634.08 |

Prepared by:                                   Date:   Friday, August 10, 2012

Contractor's Representative              Checked by:

                                              Resident Engineer:

PBA-Form 1509

COMMONWEALTH OF PUERTO RICO

Page 1 of 3

## PUBLIC BUILDINGS AUTHORITY

*SAN JUAN, PUERTO RICO*



### SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment      **2**

For Period: **5/1/2012**          TO    **5/31/2012**

Project **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES**   Project No.   **AEP 1120W**

Name of Prime Contractor **AIREKO CONSTRUCTION CORP.**   Contract No.   **C-00036(11-12)**

Name of Subcontractor      **CARPETS UNLIMITED DIST. CO**   Subcontract No.

| DESCRIPTION AND QUALITY | TOTAL PRICE |
|---|---|
| DISPERSE TILE M8731 PISO 9 | $24,153.08 |
| DISPERSE TILE M8731 PISO 3 | $23,165.92 |
| Total | 47,319.00 |

Prepared by:

Contractor's Representative

Date:   Friday, August 10, 2012

Checked by:

Resident Engineer:

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIODO ENDING: 5/31/2012

Page 1 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | $30,000.00 | 100.0 | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | $2,024.00 | 36.8 | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | $14,500.00 | 100.0 | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | $7,334.00 | 91.7 | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | $102,500.00 | 100.0 | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 0.60 | $60,000.00 | 60.0 | 0.40 | $40,000.00 | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $296,000.00 | | $240,358.00 | | | $40,000.00 | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.0 |
| | Sub Total | | | | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | 0.00 | $0.00 | 0.0 | 35.00 | $19,600.00 | 35.00 | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 49 | SET | $254.29 | $12,460.00 | | | | | | | $0.00 | $12,460.00 | 0.0 |

*Friday, August 10, 2012*

# BREAKDOWN FOR PAYMENT

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIODO ENDING: 5/31/2012
Page 2 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | INTERIOR GLASS & GLAZING - (3rd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | | | | | | | $21,760.00 | 0.0 |
| IV | FINISHES (#9) — Sub Total | | | | $65,675.00 | | $0.00 | | | $19,600.00 | | $19,600.00 | $45,975.00 | 23.89 |
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,875 | SF | $6.93 | $158,441.40 | 8,000.00 | $55,411.20 | 35.0 | 13,000.00 | $90,043.20 | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,466 | SF | $2.95 | $4,330.60 | | | | | | | | $4,330.60 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | | $27,586.40 | 0.0 |
| V | SPECIALTIES (10) — Sub Total | | | | $296,047.77 | | $55,411.20 | | | $90,043.20 | | $145,454.40 | $150,593.37 | 49.13 |
| 25 | TOILET PARTITIONS - (3rd Floor) | 5 | EA | $1,061.00 | $5,405.00 | | | | | | | | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | | $260,000.00 | 0.0 |
| VI | MECHANICAL WORKS (15) — Sub Total | | | | $286,121.00 | | | | | | | | $286,121.00 | 0.00 |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 260 | LFT | $27.69 | $7,200.00 | 155.00 | $4,292.31 | 59.6 | 85.00 | $2,353.65 | 240.00 | $6,646.16 | $553.84 | 92.3 |
| 31 | COLD WATER A/G - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 120.00 | $4,260.00 | 60.0 | 60.00 | $2,130.00 | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,038.88 | $18,700.00 | | | | | | | | $18,700.00 | 0.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 5/31/2012

Page 3 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | FIRE PROTECTION PIPING - (3rd Floor) | 1,860 | LFT | $18.96 | $35,600.05 | 0.00 | $0.00 | 0.0 | 1,360.00 | $24,968.24 | 1,360.00 | $24,968.24 | $10,631.81 | 69.7 |
| 34 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.99 | | $0.00 | | | | | $0.00 | $5,799.99 | 0.0 |
| | Sub Total | | | | $78,600.04 | 0.00 | $12,552.31 | 0.0 | 1,360.00 | $28,462.09 | 1,360.00 | $42,204.40 | $35,595.64 | 53.44 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-in - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-in - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.16 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-in - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-in - (3rd Floor) | 2,100 | LF | $4.87 | $10,227.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $673.40 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-in - (3rd Floor) | 7 | LS | $461.04 | $3,227.27 | 0.90 | $414.93 | 12.9 | 6.00 | $2,351.30 | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,726.40 | 0.00 | $0.00 | 0.0 | 14,400.00 | $10,553.76 | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.87 | 0.00 | $0.00 | 0.0 | 12,690.00 | $9,272.58 | 12,690.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.20 | 0.00 | $0.00 | 0.0 | 3,000.00 | $3,545.40 | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | 3,000.00 | $0.00 | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnise & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | $0.00 | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panels(d) DTT (1) Furnish, Inst. - (3rd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 0.00 | $0.00 | 0.0 | 6.30 | $9,204.54 | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-in - (3rd Floor) | 1 | ls | $1,000.00 | $1,000.00 | 0.00 | $0.00 | 0.0 | 0.95 | $950.00 | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 0.00 | $0.00 | 0.0 | 2.00 | $1,000.00 | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | ls | $1,600.00 | $1,500.00 | 0.00 | $0.00 | 0.0 | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | 0.00 | $0.00 | 0.0 | 0.75 | $1,125.00 | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | Sub Total | | | | $147,533.41 | | $86,288.68 | | | $39,002.58 | | $124,291.26 | $23,242.15 | 84.25 |

Friday, August 10, 2012

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 5/31/2012

Page 4 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.00 | $0.00 | 0.0 | 0.75 | $11,250.00 | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $15,000.00 | | $0.00 | | | $11,250.00 | | $11,250.00 | $3,750.00 | 75.00 |
| IX | MILLWORK (06) | | | | | | | | | | | | | |
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.0 |
| | Sub Total | | | | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.00 |
| X | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $560.00 | $26,880.00 | | | | | | | $0.00 | $26,880.00 | 0.0 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 56 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,145.67 | $15,440.00 | | | | | | | $0.00 | $15,440.00 | 0.0 |
| | Sub Total | | | | $61,325.00 | | | | | | | $0.00 | $61,325.00 | 0.00 |
| XI | FINISHES (09) | | | | | | | | | | | | | |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,979 | SF | $6.93 | $152,244.14 | | | | | | | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.65 | | | | | | | $0.00 | $4,109.65 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,788.02 | | | | | | | $0.00 | $49,788.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,169 | SF | $2.62 | $3,066.17 | | | | | | | $0.00 | $3,066.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | $0.00 | $28,619.20 | 0.0 |
| | Sub Total | | | | $288,478.63 | 0.00 | $0.00 | 2,000.00 | $13,853.60 | 2,000.00 | $13,853.60 | $274,625.93 | |
| XII | SPECIALTIES (10) | | | | | | | | | | | | | |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $5,405.00 | 4.80 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 5/31/2012
Page 3 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $268,621.00 | 0.00 | | | | | | $0.00 | $268,621.00 | 0.00 |
| XIII | MECHANICAL WORKS - (15) | | | | | | | | | | | | | |
| 67 | MECHANICAL DEMOLITION - (9th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,000.00 | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 259 | LFT | $27.82 | $7,204.45 | | | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER A/G - (9th Floor) | 169 | LFT | $35.51 | $7,067.47 | | | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | $18.36 | $35,799.46 | | | | | | | $0.00 | $35,799.46 | 0.0 |
| | Sub Total | | | | $78,540.30 | | $0.00 | | | $4,000.00 | | $4,000.00 | $74,540.30 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,500.00 | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | | | 0.0 | 2,160.00 | $10,718.14 | 2,160.00 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighting Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | | | 0.0 | 5,320.00 | $26,409.01 | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.81 | $6,727.28 | | | 0.0 | 420.00 | $2,018.18 | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | | | 0.0 | 210.00 | $1,022.72 | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Conduit CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,728.00 | | | | | | | $0.00 | $11,728.00 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.87 | | | | | | | $0.00 | $10,302.87 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.18 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |

Friday, August 10, 2012

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 5/31/2012
Page 6 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | $0.00 | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installacion - (9th Floor) | 146 | EA | $18.16 | $2,667.27 | | | | | | | $0.00 | $2,667.27 | 0.0 |
| 84 | Elect. Panels (6) DTT (1) Furnish, Inst - (9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | ls | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 86 | Floor Boxes Installacion - (9th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,536.85 | | $0.00 | | | $44,668.05 | | $44,668.05 | $102,867.90 | 30.28 |
| XV | ALLOWANCE(S)(7) | | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (9th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | TOTAL GENERAL: | | | | $2,076,779.00 | | $394,610.19 | | | $290,869.52 | | $685,479.71 | $1,391,299.29 | 33.01 % |

SUBMITTED BY:
Ing. Kenneth M. Báez Ayers
Aireko Construction - Contratista

RECOMMENDED BY:
Ing. Emilio Vélez
Inspección Contratada

RECOMMENDED BY:
Arq. Antonio Garate
Supervisión Contratada

APPROVED BY:
AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

Friday, August 10, 2012

 **$$$ TRIPLE-S** *INSURANCE AGENCY*

06/13/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

Asegurado     **AIREKO CONSTRUCTION INC.**
Póliza núm.   **BR-92000791**
Efectividad   **02/01/2012 A 06/30/2012**
Expediente    **2053815**

Estimados señores:

Nos place informarles que la póliza en referencia ha sido **pagada en su totalidad y no financiada. La prima total pagada fue de $2,024.00.**

De surgir alguna pregunta, favor comunicarse con nosotros al número de teléfono (787)781-4000.

Cordialmente,

*Juan Rivera P.*

**JUAN RIVERA PIMENTEL**
Departamento de Contabilidad

RATO XXX 1166

SAN JUAN
PO Box 363628
San Juan PR 00936-3628
Tel (787)781-4000  Fax (787)625-6672

CAGUAS
Ave Muñoz Marin #50
Guaynabo Medical Center  Oficina 102
Caguas PR 00726
Tel. (787)258-6473  Fax (787)625-6679

PONCE
Galería Sur
1065  Ave Hostos  Suite 215
Ponce, PR 00716 - 1113
Tel.(787)844-3626  Fax (787)844-2612

MAYAGÜEZ
Ave Coazorros 1065
Edificio Medico Profesional  Oficina 236
Mayagüez, PR 00680
Tel.(787)832-0373  Fax (787)832-0361



*TRAVELERS*                    One Tower Square, Hartford, CT  06183

June 19, 2012

Autoridad de Edificios Públicos
PO Box –1029
San Juan, PR   040

RE:   AIREKO CONSTRUCTION CORPORATION
      BOND NUMBER 105694267
      PROJECT "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
      PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ
      VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-
      W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full.  The effective date is January
19, 2012.  The total premium charged was $15,022.00.

The bond term is as acknowledged in the contract, even though the bond is a continuous
obligation.  Should the project go beyond the 24 months period, there will be an additional
premium charged.

If you need additional information please contact us.

Cordially,

Travelers Casualty and Surety Company

Maria A. Jesus
Attorney-in-fact

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

CFSE-0600-1
Oct. 2010

**CFSE**

1

Número
Control

CORPORACIÓN DEL **CERTIFICACION SOBRE POLIZA DE SEGURO**
DEL SEGURO DEL ESTADO

A:     **AUTORIDAD DE EDIFICIOS PUBLICOS**

Dirección:

Certificamos que el patrono     **AIREKO CONSTRUCTION CORP**     40414-00000

cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1.   Rindió su declaración de la nómina en    28 DE JUNIO DE 2011

2.   Su póliza cubre los siguientes riesgos:

     5213-273 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES

3.   Pagó las primas establecidas por el Administrador en:

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIMER SEMESTRE | 25 DE ENERO DE 2012 | | | 25 DE ENERO DE 2012 | | |
| | Día | Mes | Año | Día | Mes | Año |
| SEGUNDO SEMESTRE | 21 DE FEBRERO DE 2012 | | | 21 DE FEBRERO DE 2012 | | |

4.   La póliza cubre la (s) localidad (es)
TORRE NORTE CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA
SAN JUAN, PUERTO RICO

5.   El montante del proyecto:      $2,076,779.00
Nómina Estimada Total:      $664,569.28
Tiempo de duración del proyecto      2    Meses
Nómina Considerada Año Fiscal      $664,569.28
Meses Considerados Año Fiscal      2 Mes
Prima Impuesta      $ 48,513.56

VÁLIDA HASTA    30 DE JUNIO DE 2012

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones.     INSTALACION DE MODULARES Y MEJORAS INTERIORES PISO 3 Y 4

ANA FRIAS FRIAS                      23 DE FEBRERO DE 2012
Firma Jefe Oficina de Seguros e Intervenciones           Fecha

AIRECO1   OP ID: MS

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
04/13/12

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | |
|---|---|---|
| Carrión Laffitte & Casellas, PO Box 195556 San Juan, PR 00919-5556 | 787-641-2738 787-641-2679 | CONTACT NAME: PHONE (A/C, No, Ext): FAX (A/C, No): E-MAIL ADDRESS: |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A : Triple S Propiedad | | |
| INSURER B : Liberty International Underwri | | 23035 |
| INSURER C : | | |
| INSURER D : | | |
| INSURER E : | | |
| INSURER F : | | |

INSURED  AIREKO CONSTRUCTION CORP.
PO Box 2128
San Juan, PR 00922-2128

## COVERAGES          CERTIFICATE NUMBER:                    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | GENERAL LIABILITY  X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE  X  OCCUR | X | | DGL-PR-087954-2 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO- JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | EMP.BENEF | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY  X ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  X HIRED AUTOS  X NON-OWNED AUTOS | X | | CA4-46054353 | 10/01/11 | 10/01/12 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB  X  OCCUR  X EXCESS LIAB  CLAIMS-MADE DED  X  RETENTION $ 10,000 | X | | UMBPR0972732 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | DGL-PR-087954-2 EMP.STOP GAP | 10/01/11 | 10/01/12 | X WC STATU- TORY LIMITS  OTH- ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES
DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ
VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| AUTOEDI  AUTORIDAD DE EDIFICIOS PUBLICOS PO BOX 41029 SAN JUAN, PR 00940 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

ACORD 25 (2010/05)

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLICOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of:

### AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

### AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

All others terms and conditions of this policy remain unchanged.

# TRAVELERS CASUALTY AND SURETY COMPANY

## RIDER #2

THIS RIDER EFFECTIVE <u>APRIL 22, 2012</u> FORMS PART OF BOND NUMBER <u>105694267</u> ISSUED TO <u>AIREKO CONSTRUCTION CORPORATION</u> BY <u>TRAVELERS CASUALTY AND SURETY COMPANY</u> IN FAVOR OF <u>AUTORIDAD DE EDIFICIOS PÚBLICOS</u> FOR THE "<u>INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES PISOS 3 Y 4 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-W</u>" IT IS HEREBY UNDERSTOOD AND AGREED THAT:

THE DESCRIPTION OF THE WORK IS MODIFIED TO READ:

"INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-W"

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED. NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER WAIVE OR EXTEND ANY OF THE AGREEMENTS OR CONDITIONS OF THE BOND OTHER THAN ABOVE STATED.

SIGNED, SEALED AND DATED THIS <u>22ND</u> DAY OF <u>APRIL, 2012</u>.

AIREKO CONSTRUCTION CORPORATON

BY:

TRAVELERS CASUALTY AND
SURETY COMPANY

BY:

MARIA A. BRAS - ATTORNEY IN FACT

# Certificación #3

# (Factura #AI-24-080022)

*Copia para
ser ponchada*



**REKO**
☑
☐

PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001  Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 1/22/2014 | JOB NO. AEP 1120W | SUBMITTAL NO. |
|---|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-3 Y 9 MINILLAS |
|---|---|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  GERARDO CRESPO

WE ARE SENDING YOU
☐ Drawings      ☐ Attached        ☐ Under separate cover via_____the following items
☐ Copy of Letter ☐ Prints         ☐ Samples
               ☐ Change Order    ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@30/JUNIO/2012 | | **CERTIFICACION 3** |
| | | | • Breakdown for Payment. |
| | | | • Certificacion Poliza Fondo. |
| | | | • Certificate of Liability Insurance. |
| | | | • Certificate of Insurance Builder Risk. |
| | | | • Performance Bond |
| | | | • CD |
| | | | • Fotos |
| | | | • Evidencia  Material On Site. |
| | | | • Certificado Relevo Total – Departamento Hacienda. |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

JAN 27 2014

...ER:        KENNETH BAEZ - PROJECT MANAGER         DATE: 22-Jan-14

RECEIVED BY:        *Rosa González*         DATE: 27/01/2014



P.O Box 2128 San Juan, PR. 00922-2128
Tel. (787) 653-6300

**DATE: 01/24/2014**

INVOICE No. AI-24-01014

### CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
          **TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN**

**CERTIFICATION NO: 03**

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | | |
|---|---|---:|
| 1. | CONTRACT AMOUNT | 2,076,779.00 |
| 2. | APPROVED CHANGE ORDERS | |
| 3. | TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4 | TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. | LESS: 10% RETAINAGE | 124,637.39 |
| 6. | NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,121,736.47 |
| | LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,004,789.51 |
| 8. | NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 116,946.96 |
| 9. | __ 90 __% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. | LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. | AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. | TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   116,946.96 |

SUBMITTED BY:                             RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE: _____         DATE: _____

                                      APPROVED BY:

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __3__   For Period __01-Jun-12__ , to __30-Jun-12__

Project __INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN__

Project # __1120W__        Contract Due Date: __05-Jun-12__   Extended Contract Due Date ____

Name of Contractor __AIREKO CONSTRUCTION CORP.__   Address   PO BOX 2128
SAN JUAN   PR   00922-212   Contract No. __C-00036(11-12)__

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | TO DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | | $280,358.00 | $280,358.00 | $15,642.00 | | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS ( 08 ) | $65,575.00 | | | $19,600.00 | $19,600.00 | $45,975.00 | | 29.89 |
| IV | FINISHES ( 09 ) | $296,047.77 | | | $145,454.40 | $145,454.40 | $150,593.37 | | 49.13 |
| V | SPECIALTIES ( 10 ) | $286,121.00 | | | | $0.00 | $286,121.00 | | 0.00 |
| VI | MECHANICAL WORKS ( 15 ) | $78,600.04 | | | $42,004.39 | $42,004.39 | $36,595.65 | | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | | $124,291.26 | $124,291.26 | $23,242.15 | | 84.25 |
| VIII | ALLOWANCES(17) | $15,000.00 | | | $11,250.00 | $11,250.00 | $3,750.00 | | 75.00 |
| IX | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS ( 08 ) | $61,325.00 | | | | $0.00 | $61,325.00 | | 0.00 |
| XI | FINISHES ( 09 ) | $288,479.53 | | | $13,853.60 | $13,853.60 | $274,625.93 | | 4.80 |
| XII | SPECIALTIES ( 10 ) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS ( 15 ) | $78,540.30 | | | $4,000.00 | $4,000.00 | $74,540.30 | | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | | $44,668.05 | $44,668.05 | $102,867.90 | | 30.28 |
| XV | ALLOWANCES(17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.00 | | | $685,479.70 | $685,479.70 | $1,391,299.30 | | 33.01 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| Value of Contract ............................................................................................ | $2,076,779.00 |
|---|---|
| Add:   Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 .............. | $0.00 |
| Less:   Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 .............. | $0.00 |
| Current Adjusted Contract Amount ................................................................ | $2,076,779.00 |

*Monday, December 09, 2013*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL. SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 1 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD % | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | 100.0 | $30,000.00 | | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | 36.8 | $2,024.00 | | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | 100.0 | $14,500.00 | | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | 91.7 | $7,334.00 | | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | 100.0 | $102,500.00 | | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | 100.0 | $9,000.00 | | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | 100.0 | $15,000.00 | | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 1.00 | 100.0 | $100,000.00 | | | | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $296,000.00 | | | $280,358.00 | | | | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (06) | | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | | | | | | | | $0.00 | $18,000.00 | 0.0 |
| | Sub Total | | | | $18,000.00 | | | | | | | | $0.00 | $18,000.00 | 0.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | 35.00 | 83.3 | $19,600.00 | | | | 35.00 | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 49 | SET | $254.29 | $12,460.00 | | | | | | | | $0.00 | $12,460.00 | 0.0 |
| 17 | INTERIOR GLASS & GLAZING - (3rd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | | | | | | | $0.00 | $21,760.00 | 0.0 |
| | Sub Total | | | | $65,575.00 | | | $19,600.00 | | | | | $19,600.00 | $45,975.00 | 29.89 |

Monday, December 09, 2013

# BREAK-DOWN FOR PAYMENT

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y ... INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL... SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 2 of 6

| ITEM | DESCRIPTION — FINISHES (#) | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IV** | | | | | | | | | | | | | | |
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,875 | SF | $6.93 | $158,441.40 | 21,000.00 | $145,454.40 | 91.8 | | | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | $0.00 | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | $0.00 | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | $0.00 | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,466 | SF | $2.95 | $4,330.60 | | | | | | | $0.00 | $4,330.60 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | $0.00 | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | $0.00 | $27,586.40 | 0.0 |
| | **Sub Total** | | | | $296,047.77 | | $145,454.40 | | | | | $145,454.40 | $150,593.37 | 49.13 |
| **V** | **SPECIALTIES (10)** | | | | | | | | | | | | | |
| 25 | TOILET PARTITIONS - (3rd Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | $0.00 | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | **Sub Total** | | | | $286,121.00 | | | | | | | $0.00 | $286,121.00 | 0.00 |
| **VI** | **MECHANICAL WORKS (15)** | | | | | | | | | | | | | |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 200 | LFT | $27.69 | $7,200.00 | 240 | $5,646.15 | 92.3 | | | 240.00 | $6,646.15 | $553.85 | 92.3 |
| 31 | COLD WATER A/G - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 180 | $6,390.00 | 90.0 | | | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,038.89 | $18,700.00 | | | | | | | $0.00 | $18,700.00 | 0.0 |
| 33 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.99 | | | | | | | $0.00 | $5,799.99 | 0.0 |
| 34 | FIRE PROTECTION PIPING - (3rd Floor) | 1,950 | LFT | $18.36 | $35,800.05 | 1,360 | $24,968.24 | 69.7 | | | 1,360.00 | $24,968.24 | $10,831.81 | 69.7 |
| | **Sub Total** | | | | $78,600.04 | | $42,004.39 | | | | | $42,004.39 | $36,595.65 | 53.44 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y ... INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL...SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACION #: 3
PERIOD ENDING: 6/30/2012
Page 3 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-In - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-In - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.16 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-In - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-In - (2nd Floor) | 2,100 | LF | $4.87 | $10,227.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $1,022.70 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-In - (3rd Floor) | 7 | LS | $461.04 | $3,227.27 | 6.00 | $2,766.23 | 85.7 | | | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,726.40 | 14,400.00 | $10,553.76 | 90.0 | | | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.87 | 12,690.00 | $9,272.58 | 90.0 | | | 12,690.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.20 | 3,000.00 | $3,545.40 | 75.0 | | | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | | | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnish & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panels(6) DTT (1) Furnish, Inst.-(2nd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 6.30 | $9,204.54 | 90.0 | | | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-In - (3rd Floor) | 1 | Is | $1,000.00 | $1,000.00 | 0.95 | $950.00 | 95.0 | | | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 2.00 | $1,000.00 | 50.0 | | | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | Is | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | Is | $1,500.00 | $1,500.00 | 0.75 | $1,125.00 | 75.0 | | | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | Sub Total | | | | $147,533.41 | | $124,291.26 | | | | | $124,291.26 | $23,242.15 | 84.25 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $15,000.00 | | $11,250.00 | | | | | $11,250.00 | $3,750.00 | 75.0 |
| IX | MILLWORK (96) | | | | | | | | | | | | | |

*BREAK-DOWN FOR PAYMENT*

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS, SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 4 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | % | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | | $0.00 | $14,400.00 | 0.0 |
| | | | | Sub Total | $14,400.00 | | | | | | | | $0.00 | $14,400.00 | 0.00 |
| X | DOORS & WINDOWS ( 85 ) | | | | | | | | | | | | | | |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $560.00 | $26,880.00 | | | | | | | | $0.00 | $26,880.00 | 0.0 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 56 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,146.67 | $15,440.00 | | | | | | | | $0.00 | $15,440.00 | 0.0 |
| | | | | Sub Total | $61,325.00 | | | | | | | | $0.00 | $61,325.00 | 0.00 |
| XI | FINISHES ( 89 ) | | | | | | | | | | | | | | |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,979 | SF | $6.93 | $152,244.14 | 2,000.00 | $13,853.60 | 9.1 | 2,000.00 | | 9.1 | 2,000.00 | $13,853.60 | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.85 | | | | | | | | $0.00 | $4,109.85 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,788.02 | | | | | | | | $0.00 | $49,788.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,169 | SF | $2.62 | $3,066.17 | | | | | | | | $0.00 | $3,066.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | | $0.00 | $28,619.20 | 0.0 |
| | | | | Sub Total | $288,479.93 | | $13,853.60 | | | | | | $13,853.60 | $274,635.93 | 4.80 |
| XII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | | |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | | | | Sub Total | $268,621.00 | | | | | | | | $0.00 | $268,621.00 | 0.00 |
| XIII | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | | |

Monday, December 05, 2011

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. J. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 5 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | MECHANICAL DEMOLITION - (9th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 259 | LFT | $27.82 | $7,204.45 | | | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER A/G - (9th Floor) | 199 | LFT | $35.51 | $7,067.47 | | | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | $18.35 | $35,799.46 | | | | | | | $0.00 | $35,799.46 | 0.0 |
| | Sub Total | | | | $78,840.30 | | $4,000.00 | | | | | $4,000.00 | $74,540.30 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | 2,160.00 | $10,718.14 | 30.0 | | | 2,160.00 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighing Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | 5,320.00 | $26,409.01 | 70.0 | | | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.87 | $6,727.28 | 420.00 | $2,018.18 | 30.0 | | | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | 210.00 | $1,022.72 | 10.0 | | | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Control CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,728.00 | | | | | | | $0.00 | $11,728.00 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.87 | | | | | | | $0.00 | $10,302.87 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.16 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installation - (9th Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 84 | Elect. Panels (9) DTT (1) Furnish. Inst.-(9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | ls | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y ?, INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL? SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 9/30/2012
Page 6 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|--------------|-----------------|-----------------|---------------------|-------------------|----------------------|----------------|---------|
| 86 | Floor Boxes Installation - (8th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,535.95 | | $44,568.05 | | | | $44,568.05 | $102,867.90 | 30.20 |
| XV | ALLOWANCES(17) | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (9th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | | | | | $0.00 | $15,000.00 | 0.00 |
| | TOTAL GENERAL: | | | | $2,076,779.00 | | $685,479.70 | | | | $685,479.70 | $1,391,299.30 | 33.01 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Aireko Construcion - Contratista

RECOMMENDED BY:

Arq. Félix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De La Cruz
Dir. Area de Desarrollo de Proyectos

Monday, December 03, 2012

Número de Proyecto:   **1120W**
Número de Contrato:   **C-00036(11-12)**
Proyecto:   **INSTALACION SIST. MODULAR OFIC. Y MPLI. INTERIORES PISO 3 Y 9, TORRE NORTE, CTRO. GUB. MINILLAS - SAN**

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
*SAN JUAN, PUERTO RICO*

MATERIAL ON SITE STATUS

Certification No.   **3**
Date: **09-Dec-13**

| Supplier | Description | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|
| A OSCAR RIVERA 2 | CEILING ACOUSTIC TILES 3RD F | $0.00 | $9,811.90 | $9,811.90 | $0.00 | $0.00 | $0.00 | $9,811.90 |
| A OSCAR RIVERA 1 | DRY WALL MATERIALS 3RD FLO | $0.00 | $8,712.45 | $8,712.45 | $0.00 | $0.00 | $0.00 | $8,712.45 |
| BUILDEX CORP. 1 | TOILET PARTITIONS 3RD FLOOR | $0.00 | $11,912.31 | $11,912.31 | $0.00 | $0.00 | $0.00 | $11,912.31 |
| BUILDEX CORP. 2 | TOILET PARTITIONS 9TH FLOOR | $0.00 | $4,100.00 | $4,100.00 | $0.00 | $0.00 | $0.00 | $4,100.00 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M8731 PISO 3 | $23,165.92 | $0.00 | $23,165.92 | $0.00 | $0.00 | $0.00 | $23,165.92 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M8731 PISO 9 | $24,153.08 | $0.00 | $24,153.08 | $0.00 | $0.00 | $0.00 | $24,153.08 |
| GLENN INTERNATIONAL | ELECTRICAL MATERIALS 9TH F | $0.00 | $1,250.71 | $1,250.71 | $0.00 | $0.00 | $0.00 | $1,250.71 |
| GRAYBAR INT. | ELECTRICAL MATERIALS 3RD F | $0.00 | $8,752.93 | $8,752.93 | $0.00 | $0.00 | $0.00 | $8,752.93 |
| IDS OFFICE INTEGRATED DESIGN | 9TH FL-100% OF MATERIAL & FR | $142,937.09 | $0.00 | $142,937.09 | $0.00 | $0.00 | $0.00 | $142,937.09 |
| IDS OFFICE INTEGRATED DESIGN | 3RD FL-100% OF MATERIAL & FR | $240,696.99 | $0.00 | $240,696.99 | $0.00 | $0.00 | $0.00 | $240,696.99 |
| INDUMET CORP. | DOOR METAL FRAMES 3RD FLO | $0.00 | $7,268.51 | $7,268.51 | $0.00 | $0.00 | $0.00 | $7,268.51 |
| INDUMET CORPORATION | DOOR METAL FRAMES 3RD FLO | $0.00 | $10,085.82 | $10,085.82 | $0.00 | $0.00 | $0.00 | $10,085.82 |
| INTERSPACE IND. 1 | WOOD CABINETS 3RD FLOOR | $0.00 | $12,965.13 | $12,965.13 | $0.00 | $0.00 | $0.00 | $12,965.13 |
| INTERSPACE IND. 2 | WOOD CABINETS 9TH FLOOR | $0.00 | $4,212.67 | $4,212.67 | $0.00 | $0.00 | $0.00 | $4,212.67 |
| LUIS FREIRE | PLUMBING FIXTURES 9TH FLOO | $0.00 | $10,934.41 | $10,934.41 | $0.00 | $0.00 | $0.00 | $10,934.41 |
| LUIS FREIRE D | PLUMBING FIXTURES 9TH FLOO | $0.00 | $8,571.41 | $8,571.41 | $0.00 | $0.00 | $0.00 | $8,571.41 |
| LUIS FREIRE DIV | BATHROOM ACCESSORIES 3RD | $0.00 | $6,163.92 | $6,163.92 | $0.00 | $0.00 | $0.00 | $6,163.92 |
| LUIS FREIRE DIV | PLUMBING FIXTURES 9TH FLOO | $0.00 | $424.20 | $424.20 | $0.00 | $0.00 | $0.00 | $424.20 |
| MADERAS DECORATIVAS | WOOD DOORS 9TH FLOOR | $0.00 | $7,424.68 | $7,424.68 | $0.00 | $0.00 | $0.00 | $7,424.68 |
| NATIONAL BLDGS | DRY WALL MATERIALS 3RD FLO | $0.00 | $10,106.11 | $10,106.11 | $0.00 | $0.00 | $0.00 | $10,106.11 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,590.92 | $3,652.98 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,652.98 | $3,590.92 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
SAN JUAN, PUERTO RICO

MATERIAL ON SITE STATUS

Número de Proyecto: **1120W**
Número de Contrato: **C-00036(11-12)**
Proyecto: **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN**

Certification No.
Date: **09-Dec-13**
**3**

| Supplier | Description | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|
| | Totales | $438,196.98 | $129,941.06 | $568,138.04 | $0.00 | $0.00 | $0.00 | $568,138.04 |

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

CFSE-0380-1
Del 2010

# CFSE

Número Control | 1

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO

**CERTIFICACION SOBRE POLIZA DE SEGURO**

A: **AUTORIDAD DE EDIFICIOS PUBLICOS**

Dirección _____

Certificamos que el patrono   **AIREKO CONSTRUCTION CORP**        40414-00000
cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1. Rindió su declaración de la nómina en:   28 DE JUNIO DE 2011

2. Su póliza cubre los siguientes riesgos:

5213-273 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES

3. Pago las primas establecidas por el Administrador en:

| PRIMER SEMESTRE | 25 DE ENERO DE 2012 | | | 25 DE ENERO DE 2012 | | |
|---|---|---|---|---|---|---|
| | Día | Mes | Año | Día | Mes | Año |
| SEGUNDO SEMESTRE | 21 DE FEBRERO DE 2012 | | | 21 DE FEBRERO DE 2012 | | |

4. La póliza cubre la (s) localidad (es)
TORRE NORTE CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA
SAN JUAN, PUERTO RICO

| 5. El montante del proyecto: | $2,076,779.00 | |
|---|---|---|
| Nómina Estimada Total: | $664,569.28 | |
| Tiempo de duración del proyecto | 2 | Meses |
| Nómina Considerada Año Fiscal | $664,569.28 | |
| Meses Considerados Año Fiscal | 2 | Mes |
| Prima Impuesta | $ 48,513.56 | |

VÁLIDA HASTA    30 DE JUNIO DE 2012

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones.    INSTALACION DE MODULARES Y MEJORAS INTERIORES PISO 3 Y 4

_____
**ANA FRIAS FRIAS**
Firma Jefe Oficina de Seguros e Intervenciones

23 DE FEBRERO DE 2012
Fecha

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT AUTORIDAD DE EDIFICIOS PUBLICOS INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of.

### AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

### AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

All others terms and conditions of this policy remain unchanged.

**$$$ TRIPLE-S** INSURANCE AGENCY

06/13/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

| | |
|---|---|
| Asegurado | AIREKO CONSTRUCTION INC. |
| Póliza núm. | BR-92000791 |
| Efectividad | 02/01/2012 A 06/30/2012 |
| Expediente | 2053815 |

Estimados señores:

Nos place informarles que la póliza en referencia ha sido pagada en su totalidad y no financiada. La prima total pagada fue de $2,024.00.

De surgir alguna pregunta, favor comunicarse con nosotros al número de teléfono (787)781-4000.

Cordialmente,

*[signature]*

JUAN RIVERA PIMENTEL
Departamento de Contabilidad

# TRAVELERS

One Tower Square, Hartford, CT  06183

June 19, 2013

Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940

RE:   AIREKO CONSTRUCTION CORPORATION
BOND NUMBER 105694267
PROJECT "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ
VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-
W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full. The effective date is January 19, 2012. The total premium charged was $15,073.00.

The bond term is as acknowledged in the contract, even though the bond is a continuous obligation. Should the project go beyond the 12 months period, there will be an additional premium charged.

If you need additional information please contact us.

Cordially,

_____ / Steven Chapman

_____

Maria V. Diaz
Attorney-in-fact

**CERTIFICACION DE PAGO TOTAL**

05/18/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

Re:   AIREKO CONSTRUCTION, CORP.
Póliza: DGL-PR-087954-2
File:   00127540
Prod:  Casellas (944) Carrion, Laffitte &

Señores:

Certificamos que la póliza de referencia ha sido pagada en su totalidad y no
financiada.

Proyecto: Pisos 3 y 9 Centro Gubernamental Minillas por la cantidad de $ 7,334.00

La misma tiene una efectividad   <u>10/01/2011</u> a   <u>10/01/2012.</u>

Esperamos que esta información le sea de conformidad.

Cordialmente:

SR. LESTER VAELLO REYES
DPTO. DE CONTABILIDAD

**ORIGINAL**

PO BOX 192511, SAN JUAN PR 00919
TEL. (787) 754-7150, FAX (787) 754-8750

DF created with pdFactory trial version www.pdffactory.com



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS
NEGOCIADO DE SERVICIO AL CONTRIBUYENTE

MODELO SC 2756
REV. 01 DIC 2013
KELSRR2  CAGUAS
03-01-2014 10:14:10

CONTROL: V14-SJ-084965C

NUM DE CUENTA: XXXXX6068

AIREKO CONSTRUCTION CORP

PO BOX 2128

SAN JUAN PR 00922

CERTIFICADO DE RELEVO TOTAL DE LA RETENCION EN EL ORIGEN SOBRE PAGOS POR SERVICIOS PRESTADOS POR CORPORACIONES Y SOCIEDADES

DE ACUERDO A LO ESTABLECIDO EN LA SECCION 1062.03 DEL CODIGO DE RENTAS INTERNAS DE PUERTO RICO, PARA UN NUEVO PUERTO RICO, SEGUN ENMENDADO Y CONFORME A LOS REQUISITOS ESTABLECIDOS EN DICHA SECCION, SE LE CONCEDE ESTE CERTIFICADO DE RELEVO TOTAL DE RETENCION SOBRE PAGOS POR SERVICIOS PRESTADOS EN PUERTO RICO. ESTE RELEVO ESTARA EN VIGOR CON RESPECTO A PAGOS DURANTE EL AÑO NATURAL 2014.

DEBE ENTREGAR COPIA DE ESTE CERTIFICADO DE RELEVO TOTAL A TODA PERSONA  RESPONSABLE DE EFECTUAR LA RETENCION SOBRE PAGOS POR SERVICIOS PRESTADOS.

SI LAS CONDICIONES BAJO LAS QUE SE EMITE ESTE CERTIFICADO NO APLICAN A SU CASO, FAVOR DE IGNORAR EL MISMO.

PARA ACLARAR CUALQUIER DUDA U OBTENER INFORMACION SOBRE ESTE PARTICULAR, PUEDE LLAMAR AL CENTRO DE LLAMADAS Y CORRESPONDENCIA DE SERVICIO AL CONTRIBUYENTE AL (787) 722-0216.

ESTE RELEVO NO LO EXIME DEL PAGO DE CUALQUIER DEUDA CONTRIBUTIVA.

EXPEDIDO EL: 03-01-2014

DIRECTOR O SU REPRESENTANTE AUTORIZADO
NEGOCIADO DE SERVICIO AL CONTRIBUYENTE

VENCE EL 31 DE DICIEMBRE DEL 2014

PO BOX 9024140  SAN JUAN, PUERTO RICO 00902-4140

Certificación #4 Retenido

(Factura #AI-26-12046)



**AIREKO**

P.O. Box 2128  San Juan, PR.  00922-2128
*Tel. (787) 653-6300*

INVOICE No. AI-26-12046

**DATE: 01/24/2014**

## CERTIFICATE FOR PAYMENT

PROJECT:  **INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN**

CERTIFICATION NO: 04

PROJECT #: 201271-170

PERIOD ENDING:  06/30/2012

| | |
|---|---:|
| 1.  CONTRACT AMOUNT | 2,076,779.00 |
| 2.  APPROVED CHANGE ORDERS | - |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5.  LESS: 10% RETAINAGE | |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9.  __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    124,637.38 |

SUBMITTED BY:

RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE: _____

DATE: _____

APPROVED BY:



**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-12048 |
| **Invoice Date:** | 12/29/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| Bill to: | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201271-170 |
|---|---|---|---|
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Contract Amount | 1 | LS | none | 2,076,779.00 | 2,076,779.00 |
| Total Work Performed & Retainage | 1 | LS | none | 1,246,373.85 | 1,246,373.85 |
| Balance to finish | 1 | LS | none | 830,405.15 | 830,405.15 |
| General Contractor Lost profit 15% | 1 | LS | none | 124,560.77 | 124,560.77 |

| | | |
|---|---|---|
| **Subtotal:** | | **$124,560.77** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$124,560.77** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone: 787-653-6300
Fax: 787-653-0124

# INVOICE

| | |
|---|---|
| Invoice Number: | **AI-26-08055** |
| Invoice Date: | 09/16/15 |
| Terms: | Net 30 days |
| Payment: | Bill from office |

Bill to:   Autoridad Edificios Públicos
San Juan PR

Job:   201271-170

Attn:   Ing. Gerardo Crespo

**Contract No.:**  C-00036 (11-12)
**Project:**  1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| | 1 | Each | none | 64,683.54 | 64,683.54 |
| Intereses devengados hasta 08/31/2015 por facturas vencidas | | | | | |

| | | | |
|---|---|---|---|
| Subtotal: | | | $64,683.54 |
| Tax: | 0% | | $0.00 |
| **Total:** | | | **$64,683.54** |

*Thank you for choosing AIREKO*

Delivered:

Received:

Page 1 of 1

8/31/2015

## Computo de Intereses sobre Certificaciones
### Hasta el 31 de agosto de 2015
### JOB: AEP Piso 3 y 9
### Contract No. C00036 (2011-2012)

AIREKO

| No. Cert. | Periodo | | | Work Performed | Retenhage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | Intereses al 6% A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Trimestral | 45 / 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 31-Mar-13 | | 31-Mar-13 | | | | 304,369.67 | 883 | 50.73 | 44,793.07 | 54,177.80 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Trimestral | 10-Mar-14 | | | | 116,946.95 | 539 | 19.49 | 10,505.73 | 64,683.54 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $  64,683.54 |

Date: _____ 16-Sep-16

Preparado por: _____ Yashnell Vázquez Figueroa

Revisado por: _____ Cristina Borri



**INVOICE**

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone:  787-653-6300
Fax:  787-653-0124

| | |
|---|---|
| Invoice Number: | **AI-27-04028** |
| Invoice Date: | 04/26/16 |
| Terms: | Net 30 days |
| Payment: | Bill from office |

**Bill to:**  Autoridad Edificios Públicos
San Juan PR

**Job:**  201271-170

**Attn:**  Ing. Gerardo Crespo

**Contract No.:**  C-00036 (11-12)
**Project:**  1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 12/31/2015 hasta 04/26/2016 por facturas vencidas | 1 | Each | none | 8,496.55 | 8,496.55 |

| | | | |
|---|---|---|---|
| Subtotal: | | | $8,496.55 |
| Tax: | 0% | | $0.00 |
| **Total:** | | | **$8,496.55** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**Computo de Intereses sobre Certificaciones**
**Hasta el 26 de Abril de 2016**
**JOB: AEP Piso 3 y 9**
**Contract No. C00036 (2011-2012)**

AIREKO

4/30/2016

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | Intereses al 6% A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Trasmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 31-May-13 | | 31-Mar-13 | | | | 304,369.67 | 1,126 | 50.73 | 57,120.04 | 66,504.77 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Trasmittal | 10-Mar-14 | | | | 116,946.95 | 782 | 19.49 | 15,242.09 | 81,746.86 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 81,746.86 |

Factura AI-26-08055          64,883.54
Factura AI-26-12021          8,566.77
                             8,498.55

Date:                                   27-Apr-16

Preparado por:

Revisado por:          Yadineli Vázquez Figueroa

# AIREKO

PO Box 2128 San Juan PR 00922-2128

Date     26-Apr-16

## AUTORIDAD DE EDIFICIOS PUBLICOS
## STATEMENT OF ACCOUNT
### April 26, 2016

**INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CEMTRO GUB. ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN**

**PISO 3 Y 4**
**PROJECT# 1120W**
**CONTRACT NO. C-00038(11-12)**

| #<br>Invoice | Cert. | Period | Invoice<br>date | Net<br>Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| 201271-170 | | | | | | | | | |
| PISO 3 Y 4 | | | | | | | | | |
| *Work Performed Invoices* | | | | | | | | | |
| A1-23-05064 BAL | CERT 2 | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| A1-24-01014 | CERT 3 | Jun-12 | 27-Jan-14 | $ 116,946.96 | | | | | 116,946.96 |
| A1-26-12046 | CERT 4 | Jun-12 | 29-Dec-15 | $ 124,637.38 | | | | | 124,637.38 |
| A1-26-12048 | LOSS PROFIT | Dec-15 | 29-Dec-15 | $ 124,560.77 | | | | | 124,560.77 |
| PROJECT# 1120W | | | | | | | | | |
| **Final Total** | | | | $ 670,514.78 | $ - | $ - | $ - | $ - | $ 670,514.78 |

Contract Amount          $ 2,076,779.00
Change order             $         -
Adjusted Contract Amount $ 2,076,779.00

Total Net Invoiced       $ 1,246,373.85
Retainage Balance        $   830,405.15
Balance To Finish        $ 2,076,779.00

1



**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

Phone: 787-653-6300
Fax: 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-12021** |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**   Autoridad Edificios Públicos
San Juan PR

**Job:**    201271-170

**Attn:**   Ing. Gerardo Crespo

**Contract No.:**   C-00036 (11-12)
**Project:**   1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta12/31/2015 por facturas vencidas | 1 | Each | none | 8,566.77 | 8,566.77 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | **$8,566.77** |
| **Tax:** | 0% | | **$0.00** |
| **Total:** | | | **$8,566.77** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de diciembre de 2015**
**JOB: AEP Piso 3 y 9**
**Contract No. C00036 (2011-2012)**

AIREKO

12/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Transmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 31-Mar-13 | | 31-Mar-13 | | | | 304,369.67 | 1,005 | 50.73 | 50,981.92 | 60,366.65 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Transmittal | 10-Mar-14 | | | | 116,946.95 | 661 | 19.49 | 12,883.66 | 73,250.31 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 73,250.31 |

Factura AI-26-08055      64,683.54
Factura AI-26-12021       8,566.77
                          73,250.31

Date:                          21-Dec-15

Preparado por:                 Yadineil Vázquez Figueroa

Revisado por:                  Cristina Borri



**AIREKO**

P.O. Box 2128  San Juan, PR.  00922-2128
*Tel. (787) 653-6300*

INVOICE No. AI-26-12046

**DATE: 01/24/2014**

## CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
       TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN

CERTIFICATION NO: 04

PROJECT #: 201271-170

PERIOD ENDING:  06/30/2012

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. LESS: 10% RETAINAGE | |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    124,637.38 |

SUBMITTED BY:                              RECEIVED BY:

  Ing. Kenneth Báez
  Project Manager

DATE: _____         DATE: _____

                                 APPROVED BY:

AIREKO

P.O. Box 2128 SJ PR 00922-2138

**AUTORIDAD DE EDIFICIOS PUBLICOS**
STATEMENT OF ACCOUNT
December 12, 2014

INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CEMTRO GUB, ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 3 Y 4
CONTRACT NO. C-00038(11-12)
PROJECT# 1120W

| Date | # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|------|-----------|-------|--------|--------------|-----------|---------|-----|-----|-----|---------|
| 12-Dec-14 | | | | | | | | | | |
| | *Work Performed Invoices* | | | | | | | | | |
| 201271-170 | A1-23-05064 BAL. | | May-12 | 13-Aug-12 | $   304,369.67 | | | | | 304,369.67 |
| PISO 3 Y 4 | A1-24-01014 | | Jun-12 | 27-Jan-14 | $   116,946.96 | | | | | 116,946.96 |
| PROJECT# 1120W | | | | | | | | | | |
| **Final Total** | | | | | $ 421,316.63 | $          - | $   - | $   - | $   - | $ 421,316.63 |

Contract Amount                    $   2,076,779.00
Change order                       $              -
Adjusted Contract Amount           $   2,076,779.00

Total Net Invoiced                 $   1,121,736.47
Retainage Balance                  $     124,637.39
Balance                            $     830,405.14
Balance To Finish                  $   2,076,779.00

1

**AIREKO**

PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**August 31, 2015**

INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CEMTRO GUB. ROBERTO SANCHEZ VILEILLA (MINILLAS)- SAN JUAN

PISO 3 Y 4
PROJECT# 1120W
CONTRACT NO. C-00038(11-12)

Date      31-Aug-15

| | Invoice # | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 201271-170 | *Work Performed Invoices* | | | | | | | | | |
| PISO 3 Y 4 | AI-23-05064 BAL | | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| PROJECT# 1120W | AI-24-01014 | | Jun-12 | 27-Jun-14 | $ 116,946.96 | | | | | 116,946.96 |
| **Final Total** | | | | | $ 421,316.63 | $ - | $ - | $ - | $ - | $ 421,316.63 |

| | | |
|---|---|---|
| Contract Amount | $ | 2,076,779.00 |
| Change order | $ | - |
| Adjusted Contract Amount | $ | 2,076,779.00 |
| | | |
| Total Net Invoiced | $ | 1,121,736.47 |
| Retainage Balance | $ | 124,637.39 |
| Balance To Finish | $ | 830,405.14 |
| | $ | 2,076,779.00 |

1

Anejo 5

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00031

**AGREEMENT**
C00031 (2011-2012)

**APPEAR**

**AS PARTY OF THE FIRST PART:** The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as **"THE PBA"**; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.



AS PARTY OF THE SECOND PART: **AIREKO CONSTRUCTION CORP.**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".

**WITNESSETH**

WHEREAS: Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS: THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS: THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Seventh Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS: THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

**TERMS AND CONDITIONS**

ARTICLE 1 - **Statement of Work:** THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. **AEP-1120X** at San Juan, Puerto Rico. All work will be in strict

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount**:  For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **One Million Two Hundred Fifty Eight Thousand One Hundred Fifty Five Dollars ($1,258,155.00)**, from Account No. 16000-0000-1120X-00-000-1000-0000.

ARTICLE 3 – **Change orders**:  Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.

ARTICLE  4  **- Time for Completion:**   THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **Ninety hundred (90)** consecutive calendar days computed from the date stated in the order to proceed.



ARTICLE 5 – **Liquidated Damages**:  THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **Three hundred dollars ($300.00)**, as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement**:  THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 -  **Contract Documents:**

(a) THE CONTRACTOR **will deliver to the PBA within five (5) days of the signing** of the contract all documents, including the following:

    a.  Performance Bond – 50%
    b.  Payment Bond – 50%
    c.  Workmen's Compensation Insurance – Statutory
    d.  Employer's Liability
    e.  Comprehensive General and Automobile Liability
       Insurance including Owner's protective Liability
    f.  Hold Harmless Clause
    g.  Builder's Risk

   h.  Installation Floater

  (b) THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

   (c) In addition to This Agreement the following documents form part of the Contract:

1. Contractor's Proposal dated May 31, 2011 and Letter of Award dated July 28, 2011.

2. Addendum Number:  **1. Date – May 18, 2011**
         **2. Date - May 19, 2011**
         **3. Date - May 24, 2011**
         **4. Date - May 27, 2011**



3. Instructions to Bidders

4. General Conditions

5. Supplementary General Conditions

6. Special Conditions

7. Supplementary Special Conditions ("Condiciones Especiales Suplementarias")

8. Furniture Specifications

9. Proposed Furniture Details

10. Technical Specifications & Drawings

 All documents enumerated in this Article form part of the Contract.  In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

  ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

  THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which is fully complying.

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).

ARTICLE 9 – **Definition Tax Debt:**  For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.



ARTICLE 10 – **Tax Documents:**  If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit.  If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental

5

instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

ARTICLE 11 - **Withholdings Prescribed by Law**: THE CONTRACTOR is an independent contractor. THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees. THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes. THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.



ARTICLE 13 – **Confidentiality Agreement**: THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR. THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential. THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA. THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement. The terms of

this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.

ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.



ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be

paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

ARTICLE 22 – **Prior Agreements**:  This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**:  It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**:  This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico.  Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written.  If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.



ARTICLE 25 – **Dispute Settlement:**  In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.

ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's the realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract.  No executive agency shall execute contracts with or for the benefit of persons

who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.

ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRATOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRATOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.



ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

**IN WITNESS WHEREOF**, the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this _____ of December in the year two thousand eleven (2011).

**PUBLIC BUILDINGS AUTHORITY**

Arch. Astrid Díaz Vega
Executive Sub Director

**AIREKO CONSTRUCTION CORP.**

Edgardo Albino
Vice President of Operations

APPROVED
AS TO
LEGAL FORM
DATE



**NOTICE TO PROCEED**

December 29, 2011


**AIREKO CONSTRUCTION CORP.**
P.O. Box 2128
San Juan, Puerto Rico  00922-2128
Phone: (787) 653-6300
Fax:  (787) 653-0124


Contract Date:  December 21, 2011
Contract No:  C000031 (2010-2011)

**INSTALLATION OF MODULAR OFFICE SYSTEM & INTERIOR IMPROVEMENTS TO
THE SEVEN FLOOR ON THE NORTH BUILDING AT ROBERTO SÁNCHEZ VILELLA
GOVERNMENT OFFICE CENTER (MINILLAS)
SAN JUAN, PUERTO RICO / A.E.P. 1120X**

You are hereby notified to commence WORK on January 9, 2011 and you are to
complete the WORK WITHIN 90 consecutive calendar days thereafter.  The date of
completion of all WORK is therefore April 7, 2012.

**PUBLIC BUILDINGS AUTHORITY**

Astrid Díaz Vega
Executive Subdirector


**ACCEPTANCE OF NOTICE**

Receipt of the above NOTICE TO PROCEED
Is hereby acknowledged by:


This the  29  of  DEC  , 2011

By

Edgardo Albino


Title:  Vicepresident

**AIREKO**

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

5 de agosto de 2013

Arq. Heidy  De la Cruz Soltero
Directora Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

**RE:  INSTALACION DE MODULARES Y MEJORAS INTERIORES
       TORRE NORTE MINILLAS AEP – 1120X - PISO – 7**

Estimada Arq. De la Cruz:

Nos referimos a su carta del 1de agosto de 2013, solicitando reiniciar los trabajos pendientes para la terminación del proyecto de referencia.  A continuación desglose de los trabajos pendientes:

1. Instalación sistema de modulares de oficina incluidos en la orden de cambio #2.
2. Revisión de Punch List final preparado por la inspección contratada ML Engineering.

Notificamos que estamos renovando  los Seguros de Responsabilidad Pública los cuales debemos tener antes de reiniciar nuestros trabajos y el subcontratista de los modulares Integrated Design Solutions.

Estamos coordinando comenzar los trabajos de revisión de Punch List este miércoles, 7 de agosto de 2013 con su coordinador de proyecto.

Los trabajos de modulares de oficinas están planificados para comenzar el próximo lunes, 12 de agosto de 2013.

Los trabajos  antes mencionados están programados  a terminar el 15 de agosto de 2013.  Estaremos sometiendo para su aprobación la certificación parcial por los trabajos realizados en un 100%  y la certificación final de liquidación de retenido.  Los documentos requeridos para el pago final están sometidos en  su oficina de Desarrollo de Construcción de la AEP desde el 10 de agosto de 2012.  Ver copia de carta de trámite.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: P. López - Aireko
   K. Báez - Aireko

PLAN IT. BUILD IT. SERVICE IT.

Anejo 6

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
PROJECTS DEVELOPMENT AREA

# FINAL ACCEPTANCE

CONTRACTOR: AIREKO CONSTRUCTION CORP.

CONTRACT NUMBER: C00031 (2011-2012)     PBA No. 1120X

PROJECT: Improvements to the Seventh Floor

LOCATION: North Building at Roberto SanchezVilella Government Office Center

The work performed under this contract has been reviewed and found to be totally completed.

The date of Final Acceptance is determined as: September 13, 2013

REMARKS: Substantial Completion date, May 9, 2012.
Construction and Use of Permit by AEP

ATTACHMENTS: Substantial Completion Seventh Floor, Punch list floor 7, completed.

CONTRACTOR: _____     DATE: 19 SEP. '13
Edgardo Albino/ Kenneth M. Baez, Aireko Construction Corp.

PROJECT INSPECTOR: _____     DATE: 16/Xept/13
Aida Eola Vizcaya, AEP

A/E: _____     DATE: 18/Sept/2013
Arch. Antonio Garate, AD&V

PROJECT COORDINATOR: _____     DATE: 18 SEPT 13
Ing. Jose Girona / Ing. Geraldo Crespo, AEP

DIRECTOR
PROJECTS DEVELOPMENT AREA: _____     DATE: 19. sept. 13

_____
Arch. Heidy De la Cruz

**Asunto:** Punch List #7

**Proyecto:** Instalación de modulares de oficina y Mejoras Interiores del Piso7/ AEP- 1120X

### Cuarto

128
- Losa acústica donde esta cabecilla de "sprinkler "rota.
- Zócalo de vinil manchado.
- Retocar pintura de marcos de ventanas
- Reparar desnivel en la puerta contra marco.

129
- Desnivel en acústico de esquina cerca de ventana
- Puerta esta rayada en la parte frontal abajo.
- Cristal está manchado con pintura.

130
- En los modulares los receptáculos no fijan adecuadamente en el modulo.
- Se observó receptáculos que sobresalen y otros "flat" a la superficie.
- Retocar pared sucia cerca de los "juntion box".
- Retocar pared con pintura

131
- Losa acústica donde esta el sensor de humo manchada.
- Paredes necesitan retocar pintura.
- Puerta no cierra correctamente..
- Hay un cable que sobresale de la parrila de retorno
- Macillar y pintar filo de los marcos
- Losas acústicas deben fijarse a los "runners"
- Limpiar puerta manchada con pintura
- Puerta necesita ser ajustada
- El cabezal del marco de la puerta esta doblado.

132
- Losa acústica no está fijada al "runner".
- Losas acústicas manchadas
- Retocar pintura en las paredes
- Retocar con pintura marcos de la puerta
- Puerta no cierra correctamente.

100
- Retocar con pintura paredes y marcos de las ventanas
- Losa acústica cerca de la cabecilla del sprinkler rota.
- Puerta no cierra correctamente.
- Marco de la puerta esta despegado.

- Limpiar puerta manchada con pintura
- El interruptor no tiene su "cover plate".
- Retocar alrededor de los receptáculos.
- Marco de la puerta tiene un agujero que debe rellenarse y pintarse.
- Terminaciones alrededor del marco de la puerta debe mejorarse.
- Pared sobre receptáculo necesita corregir huella de macillado.

**COMPLETED**

### 101
- Losa de la esquina con apertura en el "runner".
- En las afuera del cuarto existe un "strobe light" instalado en un hueco sin macillar.
- Reemplazar cristal rayado.
- Zócalo con doblez detrás de la puerta

### 102
- Retocar la pintura
- Puerta con "pin holes"
- Fijar losa acústica.

### 103
- Panel acústico donde esta detector de humo fuera de sitio.
- Puerta esta desalineada.
- La alfombra próxima a el cuarto 103 esta manchada.
- Modulares aledaños al cuarto no están alineados.
- La alfombra del pasillo común desde el cuarto no esta bien fijada en sitio y muestra una deformación en el corte en la losa .
- La pared externa del cuarto tiene marcas en el macillado
- Cristal esta rayado.

### 104
- Losas acústicas cerca de la pared oeste fuera de sitio.
- Retocar pintura en pasillos
- Zócalo de vinyl esta levantada, ver área noreste en último modulo.
- Interruptor censor Honeywell no alineado. Puede verse "holes" de pared de yeso.
- Reemplazar una de las gavetas de los módulos esta abollada.
- Retocar pared norte la pintura no es uniforme.
- Losas de las alfombras están manchadas
- Interruptor no tiene "cover plate"
- Losa acústica del pasillo frente al cuarto no están fijados en sitio.
- Filo de pared al lado este tiene una deformación en el macillado.

### 105
- Laterales de la puerta necesita un retoque de pintura
- Fijar losa acústica en su sitio.
- Losa de alfombra en esquina noreste despegada.

106

- Reemplazar losas acústicas manchadas.
- Fijar losas acústicas fuera de sitio

COMPLETED

107
- Refinar línea gruesa en esquina de pared de yeso.
- Pintar alrededor del receptáculo.
- Zócalo de vinyl fuera de su sitio

108
- Eliminar "holders" de las antiguas cortinas.
- Limpiar las paredes sucias
- Fijar en sitio losa acústica
- Sellar agujero alrededor de receptáculo

109
- Ajustar el "clip" de luminaria.
- Retocar pintura en la pared que no está uniforme
- Fijar el contorna de la alfombra al marco para evitar ver la losa de hormigón.
- Cristal esta rayado

110
- Reparar "runner" doblado.
- Retocar pared manchada o sucia.

111
- En el pasillo frente al cuarto fijar a superficie de pared el "emergency light".
- Limpiar paredes sucias.
- Reemplazar losa de alfombra manchada con color rojo.
- Zócalos de vinyl están manchados y otros no fijan bien en sitio.

112
- Fijar zocalos de vinyl despegados
- Sellar hueco alrededor de receptáculo
- Limpiar las paredes
- Verificar el ajuste del deslizamiento de los "pocket doors" , no se deslizan suavemente.

113
- Retocar la pintura de los marcos de las ventanas y paredes.
- Eliminar "holders" de antiguas cortinas.
- Eliminar abolladura alrededor de receptáculo en pared de yeso.
- Pintar marco de la puerta que esta manchada con pintura.
- Cristal esta rayado.
- Sellar agujeros alrededor de receptáculo y "cover plate" en cuarto interior y pasillo.

114

- Reparar zócalo de vinyl despegado.
- Retocar la pintura de las paredes y marcos de las ventanas
- Eliminar "holders" de antiguas cortinas.
- Sellar agujero alrededor del receptáculo.



115
- Eliminar los "holders" de antiguas cortinas
- Reemplazar losas acústicas manchadas
- Reparar zócalo de vinyl despegado detrás de la puerta
- Retocar con pintura las mochetas alrededor de ventana.
- Limpiar las paredes están sucias.
- Limpiar alfombra manchada
- Interruptor no tiene el "cover plate".
- Mesa de conferencia manchada en el tope.

116
- Reemplazar acústicos manchados y/o sucios.
- Fijar losas acústicas a los "runners"
- Fijar al "runner" la parrilla de retorno, el "runner" esta doblado.
- Retocar pintura sobre los zocalos de vinyl y en la pared color Brown.
- Runner del pasillo común frente al cuarto esta manchado con pintura color verde.

117
- Retocar paredes con pintura
- Limpiar "runners" que están manchados de color rojo.
- Reemplazar "runners" doblados al lado de los difusores.
- Sellar agujero de la pared donde se encuentra un interruptor Honeywell.

118
- La luminaria cerca de ventana central no está fijada a los "runners".
- Los acústicos y el retorno no parecen estar alineados sobre los "runners".
- Eliminar los "holders" de las antiguas cortinas.
- El techo acústico muestra un desnivel en área norte.
- La alfombra del pasillo común frente al cuarto esta manchada.

119
- Pintar pared manchada
- Pintar marco de la ventana
- El marco de las ventanas están sucios.
- Interruptor no tiene el "cover plate".
- Sellar agujero alrededor de interruptor
- Limpiar los zócalos de vinyl están manchados

120
- Pared de yeso adyacente a la puerta no esta alineada.
- Los espacios entre el marco y la pared deben ser selladas.

- Reemplazar losa acústica manchada (posición oeste a la mitad de la pared brown).

**COMPLETED**

121
- Alfombra no cubre completamente el piso.
- Reemplazar acústicos sucios.
- Losa acústica cerca de la ventana no fija bien en sitio.

122
- Reemplazar acústico defectuoso que se encuentra al lado del difusor.
- La puerta tiene un "gap" amplio entre el marco y la puerta
- Sellar espacio entre marco y pared de yeso.
- Limpiar puerta manchada con pintura.
- Interruptor no tiene "cover plate"
- La alfombra esta manchada.
- Fijar losa acustica de la esquina norte del cuarto
- Limpiar la mesa de conferencia que esta manchada con pintura.
- Limpiar la pared esta sucia

123
- Fijar la losa acústica que esta próxima al difusor.
- Reemplazar losa acústica manchada.
- Interruptor no tiene "cover plate"
- Reemplazar losa acústica defectuosa.
- Limpiar pared color Brown esta sucia.
- La alfombra detrás de la puerta no está en su sitio.

124
- Reemplazar losas acústicas manchadas
- Los zócalos de vinyl no están fijados en sitio.
- Reemplazar alfombra rota detrás de la puerta.
- Interruptor no tiene "cover plate

125
- La puerta necesita ser ajustada porque no cierra bien.
- Paredes necesitan retoque de pintura.
- Eliminar "Pin holes" en puerta.
- Marcos de las puertas alrededor necesitan que se cubran espacios abiertos.

126
- Plafón acústico deflexionado.
- Modulares con paneles en la superficie arrugadas.
- Los zócalos de vinyl manchados con pintura
- Losa acústica frente al nuevo cuarto del CASP sucio.
- Retocar pared norte en algunos "spots" sucios.

127

- Los zócalos de vinyl están sucios
- Eliminar cordón que cuelga del "runner" frente al cuarto #129
- Fijar losas acústicas a los "runners"
- Reemplazar losas acústicas defectuosas o rotas.
- Reparar puerta desalineada.
- .
- Receptáculo no tiene "cover plate"
- Los zócalos de vinyl están manchados con pintura

**COMPLETED**

151   En el nuevo cuarto del CASP se encontró lo siguiente
- Limpiar la puerta manchada
- Limpiar los zócalos manchados
- Sellar los huecos alrededor de los receptáculos
- Reparar rejilla de retorno que esta doblada
- Fijar losas acústicas
- Reparar zócalo de vinyl
- Retocar pintura alrededor de los receptáculos y paredes:
- 

149
- Lá puerta necesita ajuste
- Reemplazar acústicos manchados

148
- Fijar rejilla de retorno en su sitio
- Limpiar zócalos de vinyl
- Limpiar alfombras

147
- Instalar zocalo de vinyl en el pasillo externo de este cuarto.
- Retocar la pintura del cuarto

146
- Reemplazar "runners "doblados en el techo.
- Fijar losas acústicas que no alinean bien.
- Fijar la parilla del retorno que esta fuera de lugar.
- La puerta tiene esta rayada.

145
- La puerta necesita ajuste.
- Retocar la pintura de la pared.
- La pared externa que da al pasillo no tiene uniformidad en el color.
- Retocar marco de la puerta esta rayada.
- Reemplazar acústico roto encima de la puerta

143
- Instalar zócalo de vinyl.

- Retocar pareaes con pintura
- Reemplazar losas acústicas manchadas o sucias.
- Retocar pintura del marco.

**COMPLETED**

142
- Retocar pintura de las paredes
- Limpiar pintura en tapa de receptáculos.

141
- Retocar la pintura de las paredes
- Reparar zócalo despegado al lado de la puerta.
- Mesa tiene impacto en la esquina.

140
- Pequeño agujero en pared de yeso sin cubrir.
- Algunos paneles acústicos están sucios
- Algunos "runners" detrás de la puerta están rayados.
- Retocar pintura en las paredes.
- Suavizar la superficie de la pared aledaña a los marcos detrás de la puerta.

139
- Sellar apertura de la pared alrededor de los receptáculos
- Pintar pared alrededor de receptáculos.

138
- Reemplazar acústicos manchados
- Suavizar la superficie de la pared aledaña a los marcos detrás de la puerta.

137
- Reemplazar losas acústicas rotas y manchadas.
- Reparar pared alrededor de tubo donde va el refrigerador
- Instalar una tapa ciega en "junction box"
- Hay paredes con defectos en el macillado.
- Corregir la instalación del zócalo de vinyl ya que esta despegado.
- Una de las mesas esta pandeada y necesita ser reemplazada.

136
- El tope del mueble está roto y manchado.
- Puerta de cristal esta manchada con pintura
135
- Zócalo de pasillo externo al cuarto esta doblado
156
- Retocar pintura alrededor de los "Access door".
- Falta instalar el dispositivo de "Fire alarm speaker and strobe light"

- Falta instalar zócalos de cerámica en pasillo donde están los "tempered glass doors"
- La puerta 153 C tiene un "juntion Box" adicional al del card reader que no se logra identificar en el plano E-3

157
- Sellar apertura alrededor de los receptáculos
- Falta acústico de instalar

COMPLETED

158
- Pintar paredes, están incompletas.
- Reparar pared con defecto de pintura.
- Instalar losa acústica que falta.
- Reemplazar losas acústicas manchadas.

153
- Sellar las aperturas que están alrededor de los "spot light".
- Corregir la terminación del techo alrededor del difusor de aire
- Reemplazar "spot light" que esta doblado.
- Limpiar marcos de pintura en las puertas de cristal.
- Instalar zócalo adyacente a la puerta de cristal.
- Instalar las tapas de las cabecillas de la tubería de prevención de fuego.
- Limpiar pintura de las losas de pared.
- Eliminar "tape" del zocalo de vinyl.
- Falta el "rough-in" para instalación de "card reader" en puerta 153 A

161
- Instalar tapa a interruptor de luz.
- Fijar luminaria sobre los "runners"
- Sellar agujero alrededor de "cover plate" sobre losa de pared.

162
- Reemplazar un panel acústico que está manchado con pintura.

152
- Algunos paneles de los modulares están sucios o manchados
- Fijar losas acústicas en su sitio
- Falta la instalación de los cristales de los modulares
- Las puertas necesitan ser ajustadas porque no cierran bien.
- Falta la instalación de los cubre faltas verticales de los modulares
- Falta verificar voltaje e instalar "tags" a dos receptáculos de los modulares.
- Una de las puertas esta rota en la parte superior del cabezal del marco.

154
- Instalar abrazadera en "partition" de baño de damas
- Reemplazar losas sucias y defectuosas
- Los baños necesitan una limpieza general.

- Fijar en sitio losas acústicas.
- Hay un "runner" manchado de pintura color roja.

155
- Los "partitions" están sueltos
- La losa del piso esta manchada
- Faltan losas debajo del lavamanos
- No hay uniformidad de color en la lechada.
- Sellar agujero alrededor del registro del toilet
- Algunas losas en la pared no están completamente rellenadas con la lechada.
- Pared de yeso dentro de los "partitions" muestran marcas en el macillado.
- No está trabajada la terminación alrededor del marco de la puerta interna hacia el "rough-in sanitario y tampoco cierra la puerta. Además, no tiene cerradura.
- Algunos acústicos tienen aperturas y no fijan bien sobre el "runner".
- Omisión de chaso acústico sobre el techo del zafacón.
- En los pasillos Área común
- Los rótulos de "exit" no están derechos.
- Fijar zócalos de vinyl de pasillo norte, estos muestran ondulaciones , protuberancias y dobleces
- Falta instalar los gabinetes para los extintores
- Los zócalos en el pasillo frente al cuarto 150 muestra ondulaciones y falta uniformidad.



Condiciones Generales:

1. Todos los "Lockset" de las puertas de cristal (153 o 156) deben ser sergent.
2. Hay modulares que tienen los face plate de los receptáculos en "overlapping".
3. Verificar si está instalada el rought-in para 2 cámaras adicionales a las ya instalada. Ver ejes K-11, G-11. En el plano A-16.
4. El color de las paredes no es uniforme con el pasillo sur del piso.
5. Hay un acústico roto cerca de la puerta 153º.
6. Sellar agujeros alrededor de los receptáculos del pasillo norte.
7. Reparar zócalo de vinyl hundido en pared de área oeste próxima a nuevo cuarto del CASP.

Limpiar puerta manchada con pintura
El interruptor no tiene su "cover plate".
Retocar alrededor de los receptáculos.
Marco de la puerta tiene un agujero que debe rellenarse y pintarse.
Terminaciones alrededor del marco de la puerta debe mejorarse.
Pared sobre receptáculo necesita corregir huella de macillado.

101

Losa de la esquina con apertura en el "runner".
· En las afuera del cuarto existe un "strobe light" instalado en un hueco sin
macillar.
Reemplazar cristal rayado.
Zócalo con doblez detrás de la puerta

102

Retocar la pintura
Puerta con "pin holes"
Fijar losa acústica.

103

Panel acústico donde esta detector de humo fuera de sitio.
Puerta esta desalineada.
La alfombra próxima a el cuarto 103 esta manchada.
Modulares aledaños al cuarto no están alineados.
La alfombra del pasillo común desde el cuarto no esta bien fijada en sitio
y muestra una deformación en el corte en la losa .
La pared externa del cuarto tiene marcas en el macillado
· Cristal esta rayado.

104

Losas acústicas cerca de la pared oeste fuera de sitio.
Retocar pintura en pasillos
Zócalo de vinyl esta levantada, ver área noreste en último modulo.
Interruptor censor Honeywell no alineado. Puede verse "holes" de pared
de yeso.
· Reemplazar una de las gavetas de los módulos esta abollada.
Retocar pared norte la pintura no es uniforme.
Losas de las alfombras están manchadas
Interruptor no tiene "cover plate"
Losa acústica del pasillo frente al cuarto no están fijados en sitio.
Filo de pared al lado este tiene una deformación en el macillado.

105

Laterales de la puerta necesita un retoque de pintura
Fijar losa acústica en su sitio.
Losa de alfombra en esquina noreste despegada.

106
Reemplazar losas acústicas manchadas.
Fijar losas acústicas fuera de sitio

107
Refinar línea gruesa en esquina de pared de yeso.
Pintar alrededor del receptáculo.
Zócalo de vinyl fuera de su sitio

108
Eliminar "holders" de las antiguas cortinas.
Limpiar las paredes sucias
Fijar en sitio losa acústica
Sellar agujero alrededor de receptáculo

109
- Ajustar el "clip" de luminaria.
- Retocar pintura en la pared que no está uniforme
- Fijar el contorna de la alfombra al marco para evitar ver la losa de hormigón.
Cristal esta rayado

110
Reparar "runner" doblado.
Retocar pared manchada o sucia.

111
En el pasillo frente al cuarto fijar a superficie de pared el "emergency light".
Limpiar paredes sucias.
- Reemplazar losa de alfombra manchada con color rojo.
- Zócalos de vinyl están manchados y otros no fijan bien en sitio.

112
- Fijar zocalos de vinyl despegados
- Sellar hueco alrededor de receptáculo
- Limpiar las paredes
- Verificar el ajuste del deslizamiento de los "pocket doors" , no se deslizan suavemente.

113
- Retocar la pintura de los marcos de las ventanas y paredes.
- Eliminar "holders" de antiguas cortinas.
- Eliminar abolladura alrededor de receptáculo en pared de yeso.
- Pintar marco de la puerta que esta manchada con pintura.
- Cristal esta rayado.
- Sellar agujeros alrededor de receptáculo y "cover plate" en cuarto interior y pasillo.

114

- Reparar zócalo de vinyl despegado.
- Retocar la pintura de las paredes y marcos de las ventanas
- Eliminar "holders" de antiguas cortinas.
- Sellar agujero alrededor del receptáculo.

115
- Eliminar los "holders" de antiguas cortinas
- Reemplazar losas acústicas manchadas
- Reparar zócalo de vinyl despegado detrás de la puerta
- Retocar con pintura las mochetas alrededor de ventana.
- Limpiar las paredes están sucias.
- Limpiar alfombra manchada
- Interruptor no tiene el "cover plate".
- Mesa de conferencia manchada en el tope.



116
- Reemplazar acústicos manchados y/o sucios.
- Fijar losas acústicas a los "runners"
- Fijar al "runner" la parrilla de retorno, el "runner" esta doblado.
- Retocar pintura sobre los zocalos de vinyl y en la pared color Brown.
- Runner del pasillo común frente al cuarto esta manchado con pintura color verde.

117
- Retocar paredes con pintura
- Limpiar "runners" que están manchados de color rojo.
- Reemplazar "runners" doblados al lado de los difusores.
- Sellar agujero de la pared donde se encuentra un interruptor Honeywell.
118
- La luminaria cerca de ventana central no está fijada a los "runners".
- Los acústicos y el retorno no parecen estar alineados sobre los "runners".
- Eliminar los "holders" de las antiguas cortinas.
- El techo acústico muestra un desnivel en área norte.
- La alfombra del pasillo común frente al cuarto esta manchada.

119
- Pintar pared manchada
- Pintar marco de la ventana
- El marco de las ventanas están sucios.
- Interruptor no tiene el "cover plate".
- Sellar agujero alrededor de interruptor
- Limpiar los zócalos de vinyl están manchados .

120
- Pared de yeso adyacente a la puerta no esta alineada.
- Los espacios entre el marco y la pared deben ser selladas.



- Reemplazar losa acústica manchada (posición oeste a la mitad de la pared brown).

121
- ⊙↳ Alfombra no cubre completamente el piso.
- ok Reemplazar acústicos sucios.
- ⊙↳ Losa acústica cerca de la ventana no fija bien en sitio.

122
- ⊙↳ Reemplazar acústico defectuoso que se encuentra al lado del difusor.
- ⊅k La puerta tiene un "gap" amplio entre el marco y la puerta
- ⊙↳ Sellar espacio entre marco y pared de yeso.
- ⊙⊱ Limpiar puerta manchada con pintura.
- ok Interruptor no tiene "cover plate"
- ok La alfombra esta manchada.
- ⊙P Fijar losa acustica de la esquina norte del cuarto
- ⊙↳ Limpiar la mesa de conferencia que esta manchada con pintura.
- ⊙↳ Limpiar la pared esta sucia

123
- ⊙↳ Fijar la losa acústica que esta próxima al difusor.
- ⊙P Reemplazar losa acústica manchada.
- ⊙↳ Interruptor no tiene "cover plate"
- ⊙↳ Reemplazar losa acústica defectuosa.
- ⊙↳ Limpiar pared color Brown esta sucia.
- ⊙↳ La alfombra detrás de la puerta no está en su sitio.

124
- ⊙↳ Reemplazar losas acústicas manchadas
- ⊙↳ Los zócalos de vinyl no están fijados en sitio.
- ⊙↳ Reemplazar alfombra rota detrás de la puerta.
- ⊙↳ Interruptor no tiene "cover plate

125
- ⊙↳ La puerta necesita ser ajustada porque no cierra bien.
- ⊙↳ Paredes necesitan retoque de pintura.
- ⊙↳ Eliminar "Pin holes" en puerta.
- ⊙↳ Marcos de las puertas alrededor necesitan que se cubran espacios abiertos.

126
- Plafón acústico deflexionado. ⊙↳
- ⊙↳ Modulares con paneles en la superficie arrugadas.
- ⊙↳ Los zócalos de vinyl manchados con pintura
- ⊙↳ Losa acústica frente al nuevo cuarto del CASP sucio.
- ⊙↳ Retocar pared norte en algunos "spots" sucios.

127

**Asunto:** Punch List #7

**Proyecto:** Instalación de modulares de oficina y Mejoras Interiores del Piso7/ AEP- 1120X

## Cuarto

128
- Losa acústica donde esta cabecilla de "sprinkler "rota.
- Zócalo de vinil manchado.
- Retocar pintura de marcos de ventanas
- Reparar desnivel en la puerta contra marco.

129
- Desnivel en acústico de esquina cerca de ventana
- Puerta esta rayada en la parte frontal abajo.
- Cristal está manchado con pintura.

130
- En los modulares los receptáculos no fijan adecuadamente en el modulo.
- Se observó receptáculos que sobresalen y otros "flat" a la superficie.
- Retocar pared sucia cerca de los "juntion box".
- Retocar pared con pintura



131
- Losa acústica donde esta el sensor de humo manchada.
- Paredes necesitan retocar pintura.
- Puerta no cierra correctamente..
- Hay un cable que sobresale de la parrilla de retorno
- Macillar y pintar filo de los marcos
- Losas acústicas deben fijarse a los "runners"
- Limpiar puerta manchada con pintura
- Puerta necesita ser ajustada
- El cabezal del marco de la puerta esta doblado.

132
- Losa acústica no está fijada al "runner".
- Losas acústicas manchadas
- Retocar pintura en las paredes
- Retocar con pintura marcos de la puerta
- Puerta no cierra correctamente.

100
- Retocar con pintura paredes y marcos de las ventanas
- Losa acústica cerca de la cabecilla del sprinkler rota.
- Puerta no cierra correctamente.
- Marco de la puerta esta despegado.

- Retocar paredes con pintura
- Reemplazar losas acústicas manchadas o sucias.
- Retocar pintura del marco.

142
- Retocar pintura de las paredes
- Limpiar pintura en tapa de receptáculos.

141
- Retocar la pintura de las paredes
- *OK* Reparar zócalo despegado al lado de la puerta.
- *OK* Mesa tiene impacto en la esquina.

140
- Pequeño agujero en pared de yeso sin cubrir.
- Algunos paneles acústicos están sucios
- Algunos "runners" detrás de la puerta están rayados.
- Retocar pintura en las paredes.
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

139
- Sellar apertura de la pared alrededor de los receptáculos
- *OK* Pintar pared alrededor de receptáculos.

138
- Reemplazar acústicos manchados
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

137
- Reemplazar losas acústicas rotas y manchadas.
- *OK* Reparar pared alrededor de tubo donde va el refrigerador
- Instalar una tapa ciega en "junction box"
- *OK* Hay paredes con defectos en el macillado.
- Corregir la instalación del zócalo de vinyl ya que esta despegado.
- *OK* Una de las mesas esta pandeada y necesita ser reemplazada.

136
- *OK* El tope del mueble está roto y manchado.
- Puerta de cristal esta manchada con pintura

135
- Zócalo de pasillo externo al cuarto esta doblado

156
- Retocar pintura alrededor de los "Access door".
- Falta instalar el dispositivo de "Fire alarm speaker and strobe light"

- Los zócalos de vinyl están sucios
- Eliminar cordón que cuelga del "runner" frente al cuarto #129
- Fijar losas acústicas a los "runners"
- Reemplazar losas acústicas defectuosas o rotas.
- Reparar puerta desalineada.
- .
- Receptáculo no tiene "cover plate"
- Los zócalos de vinyl están manchados con pintura

151 En el nuevo cuarto del CASP se encontró lo siguiente
- Limpiar la puerta manchada
- Limpiar los zócalos manchados
- Sellar los huecos alrededor de los receptáculos
- Reparar rejilla de retorno que esta doblada
- Fijar losas acústicas
- Reparar zócalo de vinyl
- Retocar pintura alrededor de los receptáculos y paredes:
- 

149
- La puerta necesita ajuste
- Reemplazar acústicos manchados

148
- Fijar rejilla de retorno en su sitio
- Limpiar zócalos de vinyl
- Limpiar alfombras

147
- Instalar zocalo de vinyl en el pasillo externo de este cuarto.
- Retocar la pintura del cuarto

146
- Reemplazar "runners "doblados en el techo.
- Fijar losas acústicas que no alinean bien.
- Fijar la parilla del retorno que esta fuera de lugar.
- La puerta tiene esta rayada.

145
- La puerta necesita ajuste.
- Retocar la pintura de la pared.
- La pared externa que da al pasillo no tiene uniformidad en el color.
- Retocar marco de la puerta esta rayada.
- Reemplazar acústico roto encima de la puerta

143
- Instalar zócalo de vinyl.

- Falta instalar zócalos de cerámica en pasillo donde están los "tempered glass doors"
- La puerta 153 C tiene un "juntion Box" adicional al del card reader que no se logra identificar en el plano E-3

157
- Sellar apertura alrededor de los receptáculos
- Falta acústico de instalar

158
- Pintar paredes, están incompletas.
- Reparar pared con defecto de pintura.
- Instalar losa acústica que falta.
- Reemplazar losas acústicas manchadas.

153
- Sellar las aperturas que están alrededor de los "spot light".
- Corregir la terminación del techo alrededor del difusor de aire
- Reemplazar "spot light" que esta doblado.
- Limpiar marcos de pintura en las puertas de cristal.
- Instalar zócalo adyacente a la puerta de cristal.
- Instalar las tapas de las cabecillas de la tubería de prevención de fuego.
- Limpiar pintura de las losas de pared.
- Eliminar "tape" del zocalo de vinyl.
- Falta el "rough-in" para instalación de "card reader" en puerta 153 A

161
- Instalar tapa a interruptor de luz.
- Fijar luminaria sobre los "runners"
- Sellar agujero alrededor de "cover plate" sobre losa de pared.

162
- Reemplazar un panel acústico que está manchado con pintura.

152
- Algunos paneles de los modulares están sucios o manchados
- Fijar losas acústicas en su sitio
- Falta la instalación de los cristales de los modulares
- Las puertas necesitan ser ajustadas porque no cierran bien.
- Falta la instalación de los cubre faltas verticales de los modulares
- Falta verificar voltaje e instalar "tags" a dos receptáculos de los modulares.
- Una de las puertas esta rota en la parte superior del cabezal del marco.

154
- Instalar abrazadera en "partition" de baño de damas
- Reemplazar losas sucias y defectuosas
- Los baños necesitan una limpieza general.

- Fijar en sitio losas acústicas.
- Hay un "runner" manchado de pintura color roja.

155
- Los "partitions" están sueltos
- La losa del piso esta manchada
- Faltan losas debajo del lavamanos
- No hay uniformidad de color en la lechada.
- Sellar agujero alrededor del registro del toilet
- Algunas losas en la pared no están completamente rellenadas con la lechada.
- Pared de yeso dentro de los "partitions" muestran marcas en el macillado.
- No está trabajada la terminación alrededor del marco de la puerta interna hacia el "rough-in sanitario y tampoco cierra la puerta. Además, no tiene cerradura.
- Algunos acústicos tienen aperturas y no fijan bien sobre el "runner".
- Omisión de chaso acústico sobre el techo del zafacón.
- En los pasillos Área común
- Los rótulos de "exit" no están derechos.
- Fijar zócalos de vinyl de pasillo norte, estos muestran ondulaciones, protuberancias y dobleces
- Falta instalar los gabinetes para los extintores
- Los zócalos en el pasillo frente al cuarto 150 muestra ondulaciones y falta uniformidad.

Condiciones Generales:

1. Todos los "Lockset" de las puertas de cristal (153 o 156) deben ser sergent.
2. Hay modulares que tienen los face plate de los receptáculos en "overlapping".
3. Verificar si está instalada el rought-in para 2 cámaras adicionales a las ya instalada. Ver ejes K-11, G-11. En el plano A-16.
4. El color de las paredes no es uniforme con el pasillo sur del piso.
5. Hay un acústico roto cerca de la puerta 153°.
6. Sellar agujeros alrededor de los receptáculos del pasillo norte.
7. Reparar zócalo de vinyl hundido en pared de área oeste próxima a nuevo cuarto del CASP.

Anejo 7

# Certificación #7

# (Factura #AI-24-08024)



PO Box 2128 San Juan PR  00922-2128  (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001 Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 9/13/2013 | JOB NO. AEP 1120X | | SUBMITTAL NO. |
|------|-----------|-------------------|---|---------------|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-7 MINILLAS |
|----------|---------------------------------------------------|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  ING. GERARDO CRESPO

WE ARE SENDING YOU  ☐ Attached   ☐ Under separate cover via _ _ _ the following items

☐ Drawings   ☐ Prints   ☐ Samples
☐ Copy of Letter   ☐ Change Order   ☐ Other   ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION 7 - $26,486.38 (AI-24-08024) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certified Payroll |
| | | | •Fotos Progreso |
| | | | •CD |
| | | | •SCHEDULE OF CHANGE ORDERS |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:        KENNETH BAEZ - PROJECT MANAGER        DATE: 13-Sep-13

RECEIVED BY:        K. Flores        DATE: Oct 13 /2013

Transmittal Cert  /  Pao / revised9/12/2013        If enclosures are not as noted, kindly notify us at once



**AIREKO**

P O Box 2128  San Juan, PR  00922-2128
Tel (787) 653-6300

INVOICE No. AI-24-0802 4

DATE: 08/15/2013

## CERTIFICATE FOR PAYMENT

PROJECT:  REMODELACION Y SISTEMA DE MODULARES
           7TH FL MINILLAS 1120X

CERTIFICATION NO: 07

PROJECT #: 201267-170

PERIOD ENDING: 08/31/2013

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | 1,258,155.00 |
| 2. APPROVED CHANGE ORDERS | | 59,612.95 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | | 1,317,767.95 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | | 1,317,767.95 |
| 5. LESS: 10% RETAINAGE | | 67,359.86 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | | 1,250,408.09 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | | 1,223,921.71 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | | 26,486.38 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $ | 26,486.38 |

SUBMITTED BY:

  Ing. Kenneth Báez
  Project Manager

RECEIVED BY:

DATE: _____

DATE: _____

APPROVED BY: _____



White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

PUBLIC BUILDINGS AUTHORITY
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __7__   For Period __01-Aug-13__ , to __31-Aug-13__

Project __INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN__

Project # __1120X__   Contract Due Date: __07-Apr-12__   Extended Contract Due Date __30-May-12__

Name of Contractor __AIREKO CONSTRUCTION, CORP.__   Address   PO BOX 2126
SAN JUAN   PR   00922-212   Contract No. __C-00031(11-12)__

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 6 | UNUSED BALANCE 2-6 | % COMPLETED PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | | |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $590.00 | $183,639.00 | $184,229.00 | $0.00 | 0.32 | 100.00 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | | 100.00 |
| III | DOORS & WINDOWS (06) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | | 100.00 |
| IV | FINISHES ( 09 ) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | | 100.00 |
| V | SPECIALTIES ( 10 ) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | | 100.00 |
| VI | MECHANICAL WORKS ( 15 ) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | | 100.00 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | | 100.00 |
| VIII | ALLOWANCES(17) | $18,000.00 | | $6,750.00 | $11,250.00 | $18,000.00 | $0.00 | 37.50 | 100.00 |
| | | $1,258,155.00 | | $7,340.00 | $1,250,815.00 | $1,258,155.00 | $0.00 | 0.58 | 100.00 |

LA FECHA DE LA PÓLIZA DEL PERFORMANCE BOND ESTADO VENCIDA

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ............................................... | $1,258,155.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............... | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............... | $6,218.00 |
| Current Adjusted Contract Amount ............................................... | $1,317,767.95 |

*Thursday, August 15, 2013*

## CERTIFICATE OF THE CONTRACTOR OR THEIR AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief. I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP.

...ed 12/21/2011   and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT ...................................................... | | $1,317,767.95 |
| 2. | Value of original contract work performed to date (Reverse Column 6) ..................... | | $1,258,155.00 |
| 3. | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508) ..... | $65,830.95 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508).. | $6,218.00 | $59,612.95 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ................................................ | | $1,317,767.95 |
| 6. | Less: Amount retained _____ percent ........................................................... | | $67,359.86 |
| 7. | Net amount earned on work performed to date ................................................... | | $1,250,408.09 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment)................ | | $1,223,921.71 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD ............................... | | $26,486.38 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period... | $21,215.83 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period ... ... | $21,215.83 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10  11 of this Certificate .......... | | $0.00 |
| 13 | BALANCE DUE THIS PAYMENT ...................................................................... | | $26,486.38 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

By

_____        _____        _____
(Contractor)                          (Date)                (Title)

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No. __7__ for the period ended 31-Aug-13 that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of   $26,486.38

Checked By

_____        _____        _____
Field Inspector or Resident Eng.        Supervisor or Chief of Division

## APPROVED FOR PAYMENT:

| Chief Contract Management Division | Director | Executive Director |
|---|---|---|
| 1. Value of executed work this period of original contract. $ | | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2 Value of executed work this period of change orders additions $ | | |
| 3. Value of revised work this period of change orders deductions $ | | |
| 4. Value of executed work this period (total) $ | | |
| 5. Less 10% or difference of 10% P.E.* and last P.L.* $ | | Approved for payment in the amount of $ |
| 6. Balance $ | | Less overtime hours worked by P.B.A. inspectors $ |
| 7. Net (increase) (decrease) of materials on site $ | | Less liquidated damages for not completing on time $ |
| 8. Total to be paid $ | | NET AMOUNT TO BE PAID $ |
| B Liquidated Damages | | |
| From _____ Until _____ | | Audited by |
| _____ days @ _____ = _____ | | |
| Previously deducted _____ | | |
| Net Reimbursement or _____ | | For the Comptroller |
| Net Deduction this Cert. _____ | | |
| * Periodical Estimate | | |

# BREAK-DOWN FOR PAYMENT

PROYECTO:  INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #:  1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACION #:  7
PERIOD ENDING:  8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | | | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,564.00 | $9,564.00 | 0.99 | $9,474.00 | 99.1 | 0.01 | $90.00 | 1.00 | $9,564.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $82,907.00 | $82,907.00 | 1.00 | $82,907.00 | 100.0 | | | 1.00 | $82,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $500.00 | 1.00 | $500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | | $590.00 | | $184,229.00 | $0.00 | 100.00 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES (09) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**
PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 7
PERIOD ENDING: 8/31/2013

Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | Sub Total | | | | $361,925.50 | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES ( 0 ) | | | | | | | 100.0 | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | Sub Total | | | | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

Thursday, August 15, 2013

# BREAK-DOWN FOR PAYMENT

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 112DX
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | % | PREVIOUS QTY | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | 100.0 | 7,600.00 | $38,000.00 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | 100.0 | 1,400.00 | $7,000.00 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | 100.0 | 2,100.00 | $10,500.00 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | 100.0 | 7.00 | $3,500.00 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | 100.0 | 16,000.00 | $12,000.00 | | | 18,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | 100.0 | 14,100.00 | $10,575.00 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | 100.0 | 4,000.00 | $5,000.00 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | 100.0 | 1.00 | $4,000.50 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | 100.0 | 148.00 | $2,960.00 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS,86EA\3 DTT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | 100.0 | 7.00 | $10,500.00 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | | | $144,535.50 | | | | $144,535.50 | $0.00 | 100.00 |
| VII | ALLOWANCES(7) | | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 0.00 | 0.0 | 0.00 | $0.00 | 1.00 | $3,000.00 | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | 75.0 | 0.75 | $11,250.00 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | | | $11,250.00 | | $6,750.00 | | $18,000.00 | $0.00 | 100.00 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO:   INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #:   1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
- PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #:   Z
PERIOD ENDING:   8/31/2013

Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | % | AMOUNT | THIS PERIOD QTY | % | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|--------------|---|--------|-----------------|---|--------|-------------------|--------|----------------|---------|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | | $1,250,915.00 | | | $7,340.00 | | $1,258,155.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Contratista

RECOMMENDED BY:

Ing. William Meléndez
Inspección Contratada

RECOMMENDED BY:

Arq. Antonio Garate
Supervisión Contratada

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

Thursday, August 15, 2013

PBA-1508

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

**SCHEDULE OF CHANGE ORDERS**

Supporting Periodical Estimate for Partial Payment No   _7_

For Periods   **01-Aug-13**   , to   **31-Aug-13**

Project   **INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SAN**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**

| ORDEN DE CAMBIO | | ADDITIONS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
| 2 | 4/18/2012 | $65,830.95 | $28,307.31 | $65,830.95 | $0.00 | $0.00 | $0.00 |
| 3 | 12/21/2011 | $0.00 | $0.00 | $0.00 | $6,218.00 | $6,218.00 | $6,218.00 |
| | TOTALES | $65,830.95 | $28,307.31 | $65,830.95 | $6,218.00 | $6,218.00 | $6,218.00 |

| ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE | TOTAL |
|---|---|
| Original Contract Amount ......................................................................... | $1,250,155.00 |
| Add: Change Orders Additions Schedule above ........................................ | $65,830.95 |
| Less: Change Orders Deductions schedule above ..................................... | $6,218.00 |
| Adjusted Contract Amount TO DATE ........................................................ | $1,317,767.95 |

*Thursday, August 15, 2013*

*Page 1 of 1*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

*(handwritten)* Agosto 2012  2012-1147

CERTIFICACIÓN #: 7
PERIOD ENDING: 5/31/2012
Page 1 of 4

C00031 - 112

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,594.00 | $9,594.00 | 0.99 | $9,474.00 | 99.1 | | | 0.99 | $9,474.00 | -$90.00 | 99.1 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | | | 0.00 | $0.00 | $500.00 | 0.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | 0.00 | $0.00 | | $183,639.00 | $590.00 | 99.68 |
| | MILLWORK (06) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| | FINISHES (09) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

Twenty, June 20, 2

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: **6**
PERIOD ENDING: **5/31/2012**
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL QTY | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | 660 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | 14,871 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | 3,258 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | 1,154 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | 34,415 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| V | SPECIALTIES ( 16 ) | | | Sub Total | | $361,925.50 | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | 5 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | 24 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | 99 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| VI | MECHANICAL WORKS ( 15 ) | | | Sub Total | | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | 1 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | 260 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | 200 | $6,400.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | 18 | $18,000.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | 171 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | 1,950 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| VII | ELECTRICAL WORKS ( 16 ) | | | Sub Total | | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | 1 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | 6,100 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

Tuesday, June 26

**BREAK-DOWN FOR PAYMENT**
PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: **6**
PERIOD ENDING: **5/31/2012**
*Page 3 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | TOTAL AMOUNT | TOTAL % | PREV QTY | PREV AMOUNT | PREV % | THIS PERIOD AMOUNT | THIS PERIOD QTY | TTD QTY | TTD AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $5.00 | 7,600.00 | $38,000.00 | 100.0 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $5.00 | 1,400.00 | $7,000.00 | 100.0 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $5.00 | 2,100.00 | $10,500.00 | 100.0 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $500.00 | 7.00 | $3,500.00 | 100.0 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $0.75 | 16,000.00 | $12,000.00 | 100.0 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $0.75 | 14,100.00 | $10,575.00 | 100.0 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $1.25 | 4,000.00 | $5,000.00 | 100.0 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $20.00 | 148.00 | $2,960.00 | 100.0 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS/REA(# DTT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $1,500.00 | 7.00 | $10,500.00 | 100.0 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.00 |
| | Sub Total | | | | | | $144,535.50 | | | $144,535.50 | | | | | $144,535.50 | $0.00 | |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | | $3,000.00 | | | | | | | | $30.00 | $3,000.00 | 0.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | | | $18,000.00 | | | $11,250.00 | | | | | $11,250.00 | $6,750.00 | 62.50 |

Tuesday, June 2

# BREAK-DOWN FOR PAYMENT

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: __6__
PERIOD ENDING: 5/31/2012

Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|-----|-----|---|-----|-----|-----|-----|---------|---------|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,250,815.00 | | | $0.00 | | $1,250,815.00 | €$7,340.00 | 99.42 % |

-22,087,9.31   -2K

-29,429.31
X 90°1 5

-26,14, 56, 38

SUBMITTED BY:

RECOMMENDED BY:

RECOMMENDED BY:

APPROVED BY:

Ing. Kenneth M. Báez Alers
Contratista

Ing. William Meléndez
Inspección Contratada

Arq. Antonio Garate
Supervisión Contratada

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Caratini
Dir. Área de Desarrollo de Proyectos

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDING AUTHORITY
SAN JUAN, PUERTO RICO
PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No:
Project: REMODELACION Y SISTEMA DE MODULARES 7TH FL MINILLAS 1120X     5
Name of Contractor: Airleko Construction

For Period:          May 1, 2012 to May 31, 2012
Contract Due Date:
Address:             PO Box 21126; San Juan PR 00922

Extended Contract Due Date:
Contract No:  C9931 (2010-2011) ......
Partial payment no.:

### Breakdown for Payment

| Item no. | Description of Items | Qty. | Unit | Unit price | Total Unit Price (2) | Previously Completed Qty. (5) | Previously Completed Amount (5) | Work Performed This Period Qty. (3) | Work Performed This Period Amount (4) | Completed To Date (4+5) Qty. (6) | Completed To Date (4+5) Amount (6) | Unused Balance (2-6) (7) | % Completed This Period (8) | % Completed To Date (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (2) | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | CHANGE ORDERS | | | | | | 0.00 | 0.57 | 37,532.64 | 0.57 | 37,532.64 | 28,397.31 | 57% | 57% |
| | | 1 | LS | $ 65,830.95 | $ 65,830.95 | 0.00 | | 0.57 | | | | | | |
| 44 | CHANGE ORDER #2 | | | | | | | | | | | | | |
| 45 | Change Order 3 | 1 | | | (6,218.00) | | | | | | | (6,218.00) | | |

ᏩᏚᏴᏅᎬᏜ, Ꮿ ᏩᏜ



PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTION
YELLOW - INSPECTION
GREEN - CONST DEPT

*Balance per*
*Cert.#7 Certificar - p29929:*
*A2-24-08024*
*gus*

Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

*Cert#8 Referido Final*
*$*
*A2-24-08025*

| | | | |
|---|---|---|---|
| Contractor: | Aireko Construction Corporation | Project: | Installation of Modular Office System and Interior Improvements to the Seven (7) Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas") San Juan, Puerto Rico AEP # 1120 - X |
| | Lot 10 Las Casas St Villa Blanca Ind. Park Caguas, Puerto Rico  00912 | | |
| Location: | Caguas, Puerto Rico | | |
| | | Date: | July 23, 2012 |

CHANGE ORDER No.:     3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)     dated     December 21, 2011

The following changes are ordered:

**Trabajos Deductivos:**

A.  **Crédito por "Allowance" de Remoción de Asbesto**

Los documentos de contrato contemplan un "Allowance" por la cantidad de $15,000 para la remoción de asbesto. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP. El Contratista sometió propuesta para estos trabajos la cual fue evaluada y encontrada razonable por lo que se recomienda su aprobación con un costo deductivo de $-3,218.00 (ver COP #5X)

**Causas y responsabilidades por esta actividad**

Esta actividad surge debido a que los documentos de contrato contemplan un "Allowance" por la cantidad de $15,000 para la remoción de asbesto. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP.

B.  **Crédito por "Allowance" de reparación de losas**

Los documentos de contrato contemplan un "Allowance" por la cantidad de $3,000 para la reparación de losas rotas. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP. El Contratista sometió propuesta para estos trabajos la cual fue evaluada y encontrada razonable por lo que se recomienda su aprobación con un costo deductivo de $-3,000.00 (ver COP #6X)

| Resumen de Trabajos Deductivos: | Cantidad | Tiempo |
|---|---|---|
| A.  Crédito por "Allowance" de Remoción de Asbesto | -$3,218.00 | 0 C.D |
| B.  Crédito por "Allowance" de reparación de losas | -$3,000.00 | 0 C.D |
| **TOTAL DE TRABAJOS DEDUCTIVOS =** | **-$6,218.00** | **0 C.D.** |
| **TOTAL DE ORDEN DE CAMBIO # 3 =** | **-$6,218.00** | **0 C.D.** |

1



PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT

**Autoridad de Edificios Públicos**
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor: Aireko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

### RESUMEN DE ÓRDENES DE CAMBIOS

Monto Original del Contrato        :   $1,258,155.00

| Núm. Ordenes de Cambios | Costo de Ordenes de Cambios | Nuevo Costo del Contrato | Porcientos | Porcentajes Acumulados |
|---|---|---|---|---|
| 1 | $0.00 | $1,258,155.00 | 0.00 | 0.00 |
| 2 | $65,830.95 | $1,323,985.95 | 5.23 | 5.23 |
| 3 | ($6,218.00) | $1,317,767.95 | -0.49 | 4.74 |
| TOTAL | $59,612.95 | $1,317,767.95 | 4.74 | 4.74 |



Contrato Previsado

### RELACIÓN DE TIEMPO DE ÓRDENES DE CAMBIOS

Tiempo Asignado Según Contrato         :   90 días
Fecha de Comienzo Según Contrato       :   9 de enero de 2012
Fecha de Terminación Original          :   7  de abril de 2012
Fecha Modificada                       :   9 de mayo de 2012

### RESUMEN DE TIEMPO

| Núm. Ordenes de Cambios | Extensión de Tiempo (Días Calendarios) | Fecha de Terminación Modificada | Porcientos | Porcentajes Acumulados |
|---|---|---|---|---|
| 1 | 11 | 18 de abril de 2012 | 12.20% | 12.20% |
| 2 | 21 | 9 de mayo de 2012 | 23.33% | 35.53% |
| 3 | 0 | 9 de mayo de 2012 | 0.00% | 0.00% |
| TOTAL | 32 | 9 de mayo de 2012 | 35.53% | 35.53% |

2



**PBA FORM 1513**

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT

Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

### PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

| | | | |
|---|---|---|---|
| Contractor: | Aireko Construction Corporation | Project: | Installation of Modular Office System and Interior Improvements to the Seven (7) Floor |
| | Lot 10 Las Casas St | | on the North Building at Roberto Sánchez Vilella |
| | Villa Blanca Ind. Park | | Government Office Center ("Minillas") |
| | Caguas, Puerto Rico   00912 | | San Juan, Puerto Rico |
| | | | AEP # 1120 - X |
| Location: | Caguas, Puerto Rico | | |

Date:      July 23, 2012

CHANGE ORDER No.:      3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)      dated      December 21, 2011

The following changes are ordered:

NOW, THEREFORE, subject to conditions hereinafter set forth, an equitable adjustment to the Contract is established:

A. The Contract price is *decreased* by the amount of $6,218 dollars.
B. The Contract time is increased in 0 calendar days commencing on April 19, 2012 and ending on May 9, 2102.
C. The negotiated prices between Contractor and Public Buildings Authority include field and main office overheads, profit, municipal taxes (arbitrios municipales) insurnaces, bonds, and any other incidental costs necessary for the completion of said items and that the Contractor must incur.
D. The aforementioned change and work affected thereby is subject to all Contract stipulations and covenants.
E. It is hereby expressly agreed and understood that the acceptance of this change order by the Contractor relieves the Public Buildings Authority from any and all claims relating to and/or as consequence of this change ordered in captioned contract.
F. Except as modified above, all terms and provisions of the Contract shall remain in full force and effect.

RECOMMENDED:

_____
ING. JUAN R. SÁNCHEZ
Director- Project Development Area, PBA

23 / 7 / 2017
Date

_____
ING. WILLIAM MELENDEZ
Inspection

_____
Date

_____
ING. JOSE L. GIRONA
Project Manager, PBA

23 Julio 2012
Date

_____
ARQ. ANTONIO GARATE
Supervisor

_____
Date

3

PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT



Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

### PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

Contractor: Aireko Construction Corporation

    Lot 10 Las Casas St
    Villa Blanca Ind. Park
    Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ('Minillas')
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

APPROVED:

**PUBLIC BUILDINGS AUTHORITY**

LIC. LEONARDO TORRES

Director, Oficina de Servicios Legales

_____
Date

ACCEPTED:

**CONTRACTOR**

SR. EDGARDO ALBINO

Aireko Construction, Corp.

23 July 2012
Date

4

# Certificación #8

## (Factura #AI-24-08025)



☑ ☐     PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001  Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | JOB NO. | SUBMITTAL NO. |
|---|---|---|
| 9/27/2013 | AEP 1120X | |

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-7 MINILLAS |
|---|---|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  ING. GERARDO CRESPO

WE ARE SENDING YOU       ☐ Attached        ☐ Under separate cover via_____ the following Items
                        ☐ Drawings        ☐ Prints          ☐ Samples
                        ☐ Copy of Letter  ☐ Change Order    ☐ Other       ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION 8 - $67,359.86 (AI-24-08025) |
| | | | • Certificacion Oficina de Finanzas Municipales - 51162 |
| | | | • Certificacion Departamento Finanzas SJ - 44694 |
| | | | • Carta Travelers Casualty and Surety Company 09/26/13 |
| | | | • Relevo Fondo del Seguro del Estado 09/25/2013 |
| | | | • Relevo Total Aireko Construction 09/26/2013 |
| | | | • Declaración Jurada Edgardo Albino representante de |
| | | | Aireko Construction 09/26/2013 |
| | | | • CD |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____ copies for distribution
☐ Return_____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:        KENNETH BAEZ - PROJECT MANAGER          DATE: 27-Sep-13

RECEIVED BY:                                            DATE: 9/27/13

Transmittal Cert - 8 - Piso 7  revised9/27/2013          If enclosures are not as noted, kindly notify us at once



P.O. Box 2128 San Juan, PR. 00922-2128
*Tel. (787) 653-6300*

INVOICE No. AI-24-08025

**DATE: 08/15/2013**

## CERTIFICATE FOR PAYMENT

PROJECT: REMODELACION Y SISTEMA DE MODULARES
7TH FL MINILLAS 1120X

CERTIFICATION NO: 08
Retenido Final

PROJECT #: 201267-170

PERIOD ENDING: 08/31/2013

| | | |
|---|---|---:|
| 1. | CONTRACT AMOUNT | 1,258,155.00 |
| 2. | APPROVED CHANGE ORDERS | 59,612.95 |
| 3. | TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,317,767.95 |
| 4. | TOTAL VALUE OF WORK PERFORMED TO DATE | 1,317,767.95 |
| 5. | LESS: 10% RETAINAGE | 0.00 |
| 6. | NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,317,767.95 |
| 7. | LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,250,408.09 |
| 8. | NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 67,359.86 |
| 9. | __ 90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. | LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. | AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. | TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $ 67,359.86 |

SUBMITTED BY: _____

Ing. Kenneth Báez
Project Manager

RECEIVED BY: _____

DATE: _____

DATE: _____

APPROVED BY: _____

POSTED

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   **8**   For Period  **01-Aug-13**   , to   **13-Aug-13**

Project   **INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN**

Project #  **1120X**                    Contract Due Date: **07-Apr-12**        Extended Contract Due Date: **30-May-12**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**        Address   PO BOX 2128
                                                                      SAN JUAN        PR   00922-212   Contract No. **C-00031(11-12)**

| ITEM NO. (1) | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL (2) | WORK PERFORMED THIS PERIOD QTY (3) | WORK PERFORMED THIS PERIOD AMOUNT (4) | PREVIOUSLY COMPLETED (5) | COMPLETED TOTAL TO DATE (6) | UNUSED BALANCE (7) | % COMPLETED THIS PERIOD (8) | % COMPLETED TO DATE (9) |
|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $0.00 | $184,229.00 | $184,229.00 | $0.00 | 0.00 | 100.00 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | | 100.00 |
| III | DOORS & WINDOWS (08) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | | 100.00 |
| IV | FINISHES (09) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | | 100.00 |
| V | SPECIALTIES (10) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | | 100.00 |
| VI | MECHANICAL WORKS (15) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | | 100.00 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | | 100.00 |
| VIII | ALLOWANCES(17) | $18,000.00 | | | $18,000.00 | $18,000.00 | $0.00 | | 100.00 |
| | | $1,258,155.00 | | $0.00 | $1,258,155.00 | $1,258,155.00 | $0.00 | 0.00 | 100.00 |

**LA FECHA DE LA POLIZA DEL FONDO DEL SEGURO DEL ESTADO VENCIDA**

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias
o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una
dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante
autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido
entregados (los servicios prestados) y no han sido pagados. Firmas: _____

| | |
|---|---|
| Value of Contract ........................................................................................... | $1,258,155.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............ | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............ | $6,218.00 |
| Current Adjusted Contract Amount .................................................................... | $1,317,767.95 |

*Thursday, August 15, 2013*

**BREAK-DOWN FOR PAYMENT**
PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACIÓN #: **8**
PERIOD ENDING: 8/13/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,564.00 | $9,564.00 | 1.00 | 1.00 | $9,564.00 | 100.0 | | | 1.00 | $9,564.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $52,907.00 | $52,907.00 | 1.00 | 1.00 | $52,907.00 | 100.0 | | | 1.00 | $52,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 1.00 | 1.00 | $500.00 | 100.0 | | | 1.00 | $500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $184,229.00 | | | $184,229.00 | | | $0.00 | | $184,229.00 | $0.00 | 100.00 |
| II | MILLWORK (06) | | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES (09) | | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: __8__
PERIOD ENDING: __8/13/2013__
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | TOTAL AMOUNT | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | % | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | 100.0 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | 100.0 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | 100.0 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | 100.0 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | 100.0 | $0.00 | 100.0 |
| | Sub Total | | | | $381,925.50 | | $381,925.50 | | $381,925.50 | | | | | $381,925.50 | | $0.00 | 100.00 |
| V | SPECIALTIES (10) | | | | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | | $0.00 | 100.0 |
| | Sub Total | | | | $376,505.00 | | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | | $0.00 | 100.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | | $0.00 | 100.0 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: **8**
PERIOD ENDING: **8/13/2013**

Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,000 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANEL 96EA/M DT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VRI | ALLOWANCES(7) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 1.00 | $3,000.00 | 100.0 | | | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | $18,000.00 | | | | | $18,000.00 | $0.00 | 100.00 |

*Thursday, August 15, 2013*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 8
PERIOD ENDING: 8/13/2013
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|----------|---|---|-------------|---|---|---------------|---|---------------|---------|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | | QTY | AMOUNT | | |
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,258,155.00 | | | $0.00 | | | $1,258,155.00 | $0.00 | 100.00 % |

SUBMITTED BY:

RECOMMENDED BY:

RECOMMENDED BY:

APPROVED BY:

Ing. Kenneth M. Baéz Alers
Contratista

Ing. William Meléndez
Inspección Contratada

Arq. Antonio Garate
Supervisión Contratada

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

*Thursday, August 15, 2013*

## CERTIFICATE OF THE CONTRACTOR OR THE DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief. I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP. dated 12/21/2011     and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT ................................................................................................ | | $1,317,767.95 |
| 2. | Value of original contract work performed to date (Reverse Column 5) ................................................ | | $1,258,155.00 |
| 3. | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508)...... | $65,830.95 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508).. | $6,218.00 | $59,612.95 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ................................................................................ | | $1,317,767.95 |
| 6. | Less: Amount retained _____ percent ........................................................................................ | | $0.00 |
| 7. | Net amount earned on work performed to date .............................................................................. | | $1,317,767.95 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment) ............................... | | $1,250,408.09 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD .......................................................... | | $67,359.86 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period.... | $21,216.83 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period.......... | $21,216.83 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10  11 of this Certificate ........... | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT ........................................................................................................ | | $67,359.86 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

_____          _____     By    _____
        (Contractor)                        (Date)                                    (Title)

### CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No.    8    for the period ended 13-Aug-13    that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of    $67,359.86

                                                                        Checked By
_____          _____          _____
  Field Inspector or Resident Eng.       Supervisor or Chief of Division

### APPROVED FOR PAYMENT:

| Chief Contract Management Division | | Director | Executive Director |
|---|---|---|---|
| 1. Value of executed work this period of original contract. | $ | | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2. Value of executed work this period of change orders additions | $ | | |
| 3. Value of revised work this period of change orders deductions | $ | | |
| 4. Value of executed work this period (total) | $ | | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | | Approved for payment in the amount of        $ |
| 6 Balance | $ | | |
| 7. Net (increase) (decrease) of materials on site | $ | | Less overtime hours worked by P.B.A. inspectors   $ |
| 8. Total to be paid | $ | | Less liquidated damages for not completing on time $ |
| 9. Liquidated Damages | | | NET AMOUNT TO BE PAID                              $ |

From _____ Until _____
_____ days @ _____ "  _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert. _____
* Periodical Estimate

Audited by

_____
For the Comptroller

Intereses sobre

Certificaciones

(Factura #AI-26-08056)

(Factura #AI-26-12020)

(Factura #AI-27-04027)

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

**Invoice Number:** AI-26-08056
**Invoice Date:** 09/16/15
**Terms:** Net 30 days
**Payment:** Bill from office

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201267-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| | 1 | Each | none | 10,353.61 | 10,353.61 |
| Intereses devengados hasta 08/31/2015 por facturas vencidas | | | | | |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | **$10,353.61** |
| **Tax:** | 0% | | **$0.00** |
| **Total:** | | | **$10,353.61** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 7**
**Contract No. C00031 (2011-2012)**

8/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidas | Intereses al 6% por dia | Intereses al 6% A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 29,429.31 | 2,942.93 | 26,486.38 | 11-Sep-13 | | 45  28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.47 | 2,966.47 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 10,353.61 |

Date: _____  16-Sep-15

Preparado por: _____  Yadirall Vázquez Figueroa

Revisado por: _____  Cristina Bonl Alvarez

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-12020** |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201267-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta 12/31/2015 por facturas vencidas | 1 | Each | none | 1,908.20 | 1,908.20 |

| | | |
|---|---|---|
| **Subtotal:** | | $1,908.20 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $1,908.20 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



6.00%

## Computo de Intereses sobre Certificaciones
### Hasta el 31 deDICIEMBRE de 2015
### JOB: AEP Piso 7
### Contract No. C00031 (2011-2012)

12/31/2015

| Cert | Periodo | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 48 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias os | Intereses al 6% por dia | Intereses al 6% A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 to 31-Aug-13 | | 28,429.31 | 2,942.93 | 25,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 25,486.38 | 784 | 4.41 | 3,505.03 | 3,505.03 |
| 2 | 1-Aug-13 to 31-Aug-13 | | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 780 | 11.23 | 8,756.78 | 12,261.81 |
| 3 | | to | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ 12,261.81 |

Factura AI-26-00856  10,353.61
Factura AI-26-12020   1,908.20
                     12,261.81

Date: _____ 21-Dec-15

Preparado por: _____ Ysidnell Vázquez Figueroa

Revisado por: _____ Cristina Borri Alvarez

**AIREKO**

☑ PO Box 2128 San Juan PR  00922-2128  (787) 653-6300  Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001  Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 5/6/2016 | JOB NO. | | SUBMITTAL NO. |
|------|----------|---------|--|---------------|

| JOB NAME | MINILLAS PISOS 3&9, 7, 17 | PO NO. |
|----------|---------------------------|--------|

TO:  AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  GERARDO CRESPO

WE ARE SENDING YOU   ☐ Attached   ☐ Under separate cover via_____ the following items
   ☐ Drawings        ☐ Prints        ☐ Samples
   ☐ Copy of Letter  ☐ Change Order  ☐ Other         ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 04-26-16 | | FACTURA INTERESES - AI-27-04028 - PISOS 3&9. |
| 1 | 04-27-16 | | FACTURA INTERESES - AI-27-04027 - PISO 7. |
| 1 | 04-27-16 | | FACTURA INTERESES - AI-27-04029 - PISO 17. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

SENDER:      EDGARDO ALBINO                    DATE: 6-MAYO-16

RECEIVED BY:    _Jennifer Donate_             DATE: _6 mayo 2016_

Transmittal revised5/6/2016                    If enclosures are not as noted, kindly notify us at once

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone: 787-653-6300
Fax: 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-27-04027** |
| **Invoice Date:** | 04/27/16 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**  Autoridad Edificios Públicos
San Juan PR

**Job:**  201267-170

**Attn:**  Ing. Gerardo Crespo

**Contract No.:**  C-0031 (11-12)
**Project:**  1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 12/31/2015 hasta 04/30/2015 por facturas vencidas | 1 | Each | none | 1,892.57 | 1,892.57 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $1,892.57 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | $1,892.57 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

6.00%

## Computo de Intereses sobre Certificaciones
### Hasta el 30 de Abril de 2016
### JOB: AEP Piso 7
### Contract No. C00031 (2011-2012)

4/30/2016

| No. Cert. | Período | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Días $ | Intereses al 6% por día | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 28,429.31 | 2,942.93 | 28,498.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,498.38 | 915 | 4.41 | 4,038.17 | 4,038.17 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 901 | 11.23 | 10,115.21 | 14,154.38 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | $ 14,154.38 |

Factura AI-26-08056    10,353.61
Factura AI-26-13020    1,908.20
           1,892.57

Date: _____  27-Apr-16

Preparado por: _____  Yadinell Vázquez Figueroa

Revisado por: _____

**AIREKO**
PO Box 2128 San Juan PR 00922-2128

Date: 26-Apr-16

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

**INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB. ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN**
**PISO 7**
**PROJECT# 1120X**
**CONTRACT NO. C-0003(11-12)**

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|-----------|--------|--------|--------------|------------|---------|-----|-----|-----|---------|
| **2012857-170** | | | | | | | | | |
| **PISO 7** | | | | | | | | | |
| **PROJECT# 1120X** | | | | | | | | | |
| *Work Performed Invoices* | | | | | | | | | |
| AI-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| AI-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| | | | | - | | | | | - |
| | | | | - | | | | | - |
| **Final Total** | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | 93,846.24 |

Contract Amount            $ 1,258,155.00
Change order               $    59,612.95
Adjusted Contract Amount   $ 1,317,767.95

Total Net Invoiced         $ 1,317,767.95
Retainage Balance          $          -
Balance To Finish          $ 1,317,767.95

2

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00035

**AGREEMENT**
C00035 (2011-2012)

**APPEAR**

**AS PARTY OF THE FIRST PART:**  The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as **"THE PBA"**; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.

AS PARTY OF THE SECOND PART: **AIREKO CONSTRUCTION CORP.**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".





**WITNESSETH**

WHEREAS:  Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS:  THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS:  THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Seventeenth (17th) Floor on the North Building, Phase I, at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS:  THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

**TERMS AND CONDITIONS**

ARTICLE 1 - **Statement of Work**:  THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. **AEP-1120M** at San Juan, Puerto Rico.  All work will be in strict

2

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount**:  For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **One Million One Hundred Thirty Thousand Eighty Hundred Fifty Six Dollars ($1,130,856.00)**, from Account No. 16000-0000-1120M-00-000-1000-0000.

ARTICLE 3 – **Change orders:**  Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.



ARTICLE  4 **- Time for Completion:**   THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **forty five (45)** consecutive calendar days computed from the date stated in the order to proceed.



ARTICLE 5 – **Liquidated Damages:**   THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **One Thousand dollars ($1,000.00)**, as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement:** THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 - **Contract Documents:**

(a) THE CONTRACTOR **will deliver to the PBA within five (5) days of the signing of** the contract all documents, including the following:

     a.  Performance Bond – 100%
     b.  Payment Bond – 100%
     c.  Workmen's Compensation Insurance – Statutory
     d.  Employer's Liability
     e.  Comprehensive General and Automobile Liability
        Insurance including Owner's protective Liability
     f.  Hold Harmless Clause
     g.  Builder's Risk

3

h.  Installation Floater

(b) THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

(c) In addition to This Agreement the following documents form part of the Contract:

1. Contractor's Proposal dated December 13, 2011 and Letter of Award dated January 11, 2012

2. Addendum Number:  **1. Date – November 29, 2011**
   **2. Date – December 5, 2011**
   **3. Date – December 7, 2011**

3. Instructions to Bidders



4. Uniform General Conditions for Public Works Contracts

5. Supplementary General Conditions (PBA – May 13, 2011)

6. Special Conditions



7. Supplementary Special Conditions

8. Project Identification Sign (Site Sign)

9. Office Furniture Specifications

10. Technical Specifications & Drawings

All documents enumerated in this Article form part of the Contract.   In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

4

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which is fully complying.

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).



ARTICLE 9 – **Definition Tax Debt:**  For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.



ARTICLE 10 – **Tax Documents:**  If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit.  If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax  on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental

instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

ARTICLE 11 - **Withholdings Prescribed by Law**:   THE CONTRACTOR is an independent contractor.  THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees.  THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA  by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes.  THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.




ARTICLE 13 – **Confidentiality Agreement**:  THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR.  THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential.  THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA.  THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement.  The terms of

this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.



ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.



ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be

paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

ARTICLE 22 – **Prior Agreements**: This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**: It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**: This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico. Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written. If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.

ARTICLE 25 – **Dispute Settlement:** In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.



ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's the realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract. No executive agency shall execute contracts with or for the benefit of persons

who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.



ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRATOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRATOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.

ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

**IN WITNESS WHEREOF**, the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this **13** of January in the year two thousand twelve (2012).

PUBLIC BUILDINGS AUTHORITY               AIREKO CONSTRUCTION CORP.

Arch. Astrid Díaz Vega                    Edgardo Albino
Executive Sub Director                    Vice President of Operations

APROBADO EN CUANTO
A REDACCION LEGAL
FECHA

Anejo 9

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
PROJECTS DEVELOPMENT AREA

# FINAL ACCEPTANCE

CONTRACTOR: AIREKO CONSTRUCTION CORP.

CONTRACT NUMBER: C00035 (2011-2012)     PBA No.   1120M

PROJECT:  Improvements to the 17th Floor

LOCATION:  North Building at Roberto SanchezVilella Government Office Center

The work performed under this contract has been reviewed and found to be totally completed.

The date of Final Acceptance is determined as:   May 30, 2014

REMARKS:   Substantial Completion date, April 20, 2012.
                       Construction and Use of Permit by AEP

ATTACHMENTS:   Substantial Completion 17th Floor, Punch list floor 17th, completed.

CONTRACTOR: _____     DATE: 5·30·14
Edgardo Albiño/ Kenneth M. Baez, Aireko Construction Corp.

PROJECT INSPECTOR: _____     DATE: 30/mayo/14
Arch. Felix Reyes, AEP

A/E: _____     DATE: 30/Mayo/2014
Arch. Antonio Garate, AD&V

PROJECT COORDINATOR: _____     DATE: 30 MAYO/2014
Ing. José Groda / Ing. Geraldo Crespo, AEP

DIRECTOR                                          DATE: 06/18/14
PROJECTS DEVELOPMENT AREA:

Ing. José R. Alayón Del Valle

# Certificación #5
# (Factura #AI-24-080022)



☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 9/18/2013 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|------|-----------|-------------------|----------------|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS |
|----------|-----------------------------------------------------|

TO:    AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  ING. GERARDO CRESPO

**WE ARE SENDING YOU**

☐ Drawings        ☑ Attached        ☐ Under separate cover via_____the following items
☐ Copy of Letter  ☐ Prints          ☐ Samples
                  ☐ Change Order    ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 5 – $29,529.06 (AI-24-08022) |
| | | | •Breakdown for Payment. |
| | | | •SCHEDULE OF CHANGE ORDERS |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certified Payroll |
| | | | •Fotos Progreso |
| | | | •CD |
| | | | |
| | | | |

**THESE ARE TRNSMITTED as checked below:**

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit _____copies for distribution
☐ Return____ ____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:

KENNETH BAEZ - PROJECT MANAGER          DATE: 18-Sep-13

RECEIVED BY:          DATE: 19/Sep/13

Transmittal Cert - 5 - Piso 17 - 2 revised9/18/2013          If enclosures are not as noted, kindly notify us at once



**AIREKO**

P O Box 2128  San Juan, PR  00922-2128
Tel (787) 653-6300

DATE: 08/15/2013

INVOICE No. AI-24-08022

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No:  5

PERIOD END:08/31/2013

PROJECT #: 201270-170

| | |
|---|---:|
| 1.  CONTRACT AMOUNT | 1,130,856.00 |
| 2.  APPROVED CHANGE ORDERS | 33,025.67 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,163,881.67 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,155,598.15 |
| 5.  LESS: 10% RETAINAGE | 59,420.42 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,096,177.73 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,066,648.67 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 29,529.06 |
| 9.  __ 90 __% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $       29,529.06 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY:

DATE:

DATE:

APPROVED BY:

**POSTED**

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __8__   For Period **01-Aug-13** , to   **31-Aug-13**

Project  **ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN**

Project # **1120M**   Contract Due Date: **16-Mar-12**   Extended Contract Due Date **04-Jun-12**

Name of Contractor  **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128   SAN JUAN   PR   00922-212   Contract No. **C-00035(11-12)**

| ITEM NO. (1) | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL (2) | WORK PERFORMED THIS PERIOD QTY (3) | WORK PERFORMED THIS PERIOD AMOUNT (4) | PREVIOUSLY COMPLETED (5) | COMPLETED TOTAL TO DATE 4 + 5 (6) | UNUSED BALANCE 2-8 (7) | % COMPLETED TO PERIOD (8) | % COMPLETED TO DATE (9) |
|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $24,074.40 | $128,888.60 | $152,963.00 | $0.00 | 15.74 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE. (07) | $426,591.00 | | $6,165.10 | $412,142.38 | $418,307.48 | $8,283.52 | 1.45 | 98.06 |
| V | DOORS & WINDOWS (09) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | $2,408.40 | $161,158.00 | $163,566.40 | $0.00 | 1.47 | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | $3,750.00 | $11,250.00 | $15,000.00 | $0.00 | 25.00 | 100.00 |
| | | $1,130,856.00 | | $36,397.90 | $1,086,174.58 | $1,122,572.48 | $8,283.52 | 3.22 | 99.27 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganacias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados. los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ............................................................... | $1,130,856.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............ | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............ | $5,575.00 |
| Current Adjusted Contract Amount ......................................... | $1,163,881.67 |

*Wednesday, September 18, 2013*

**CERTIFICATE OF THE CONTRACTOR OR THIS DULY AUTHORIZED REPRESENTATIVE**

According to the best of my knowledge and belief, I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and <u>AIREKO CONSTRUCTION, CORP.</u> dated <u>1/13/2012</u> and or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT ......................................................... | | $1,163,881.67 |
| 2. | Value of original contract work performed to date (Reverse Column 6) ........................ | | $1,122,572.48 |
| 3. | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508)...... | $47,585.26 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508) | $14,559.59 | $33,025.67 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ................................................ | | $1,155,598.15 |
| 6. | Less: Amount retained _____ percent .......................................................... | | $59,420.42 |
| 7. | Net amount earned on work performed to date ............................................. | | $1,096,177.73 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment)...... | | $1,066,648.67 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD ............................... | | $29,529.06 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period.... | $8,263.68 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period........ | $8,263.68 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10-11 of this Certificate ........... | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT ................................................................... | | $29,529.06 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

|  |  | By |  |
|---|---|---|---|
| (Contractor) | (Date) | | (Title) |

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No. <u>5</u> for the period ended <u>31-Aug-13</u> that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of <u>$29,529.06</u>

|  |  | Checked By |
|---|---|---|
| Field Inspector or Resident Eng. | Supervisor or Chief of Division | |

## APPROVED FOR PAYMENT:

| Chief Contract Managerment Division | | Director | | Executive Director |
|---|---|---|---|---|
| 1. Value of executed work this period of original contract. | $ | | | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2. Value of executed work this period of change orders additions | $ | | | |
| 3. Value of revised work this period of change orders deductions | $ | | | |
| 4. Value of executed work this period (total) | $ | | | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | | | Approved for payment in the amount of $ |
| 6. Balance | $ | | | Less overtime hours worked by P.B.A. inspectors $ |
| 7. Net (increase) (decrease) of materials on site | $ | | | Less liquidated damages for not completing on time $ |
| 8. Total to be paid | $ | | | NET AMOUNT TO BE PAID $ |
| 9. Liquidated Damages | | | | |

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert _____
* Periodical Estimate

Audited by

For the Comptroller

**BREAK-DOWN FOR PAYMENT**
PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $59,542.00 | $59,542.00 | 1.00 | $59,542.00 | 100.0 | | | 1.00 | $59,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 0.10 | $2,641.60 | 10.0 | 0.90 | $23,774.40 | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 0.70 | $700.00 | 70.0 | 0.30 | $300.00 | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $128,886.60 | | | $24,074.40 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL SS GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 0.98 | $142,063.74 | 98.0 | 0.02 | $2,899.26 | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 0.98 | $160,026.16 | 98.0 | 0.02 | $3,265.84 | 1.00 | $163,292.00 | $0.00 | 100.0 |

Wednesday, September 18, 2013

# BREAK-DOWN FOR PAYMENT

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE| ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | | | 0.93 | $110,052.48 | $8,283.52 | 93.0 |
| | Sub Total | | | | $495,591.00 | | $412,142.38 | | | $6,165.10 | | $418,307.48 | $8,283.52 | 98.0 |
| V | DOORS & WINDOWS ( 08 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| VI | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 22,800.00 | $9,120.00 | 89.8 | 2,596.00 | $1,038.40 | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 0.00 | $0.00 | 0.0 | 274.00 | $1,370.00 | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $161,158.00 | | | $2,408.40 | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

Wednesday, September 18, 2013

***BREAK-DOWN FOR PAYMENT***

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS AMOUNT | PREVIOUS QTY | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS (15) | Sub Total | | | $96,700.00 | | $96,700.00 | | | | | | $96,700.00 | $0.00 | 100.00 |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 1.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 280 | LFT | $25.00 | $8,500.00 | 280.00 | $8,500.00 | 280.00 | 100.0 | | | 280.00 | $8,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 200.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 18.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 171.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 1,950.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| IX | ELECTRICAL WORKS (16) | Sub Total | | | $88,230.00 | | $88,230.00 | | | | | | $88,230.00 | $0.00 | 100.00 |
| 38 | Electrical Demolition | 1 | LS | $7,895.80 | $7,895.80 | 1.00 | $7,895.60 | 1.00 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 6,100.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 7,600.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 1,400.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 2,100.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 7.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 16,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 14,100.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 4,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 1.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 148.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Electrical Panels (6ea)&DTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | 100.0 | $7,000.00 | | | 7.00 | $7,000.00 | $0.00 | 100.00 |
| | Sub Total | | | | $107,725.60 | | | $107,725.60 | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(17) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | 75.0 | $11,250.00 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $15,000.00 | | | $11,250.00 | | $3,750.00 | | $15,000.00 | $0.00 | 100.00 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | | $1,096,174.58 | | $34,397.90 | | $1,122,572.48 | $8,283.52 | 99.27 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

Wednesday, September 18, 2013

*Copia Abierta*

PBA-1508

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

**SCHEDULE OF CHANGE ORDERS**

Supporting Periodical Estimate for Partial Payment No      **5**

For Periods   **01-Aug-13**            , to   **31-Aug-13**

Project **ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBER**

Name of Contractor  **AIREKO CONSTRUCTION, CORP.**

| ORDEN DE CAMBIO | | | ADDITIONS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
| 1 | 3/6/2012 | $16,521.00 | | $16,521.00 | $0.00 | | $0.00 |
| 2 | 4/12/2012 | $22,079.67 | $1,987.17 | $31,064.26 | $0.00 | $0.00 | $8,984.59 |
| 3 | 2/1/2013 | $0.00 | $0.00 | $0.00 | $5,575.00 | $5,575.00 | $5,575.00 |
| | TOTALES | $38,600.67 | $1,987.17 | $47,585.26 | $5,575.00 | $5,575.00 | $14,559.59 |

| ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE | TOTAL |
|---|---|
| Original Contract Amount ...................................... | $1,130,856.00 |
| Add:  Change Orders Additions Schedule above ................ | $38,600.67 |
| Less: Change Orders Deductions schedule above .............. | $5,575.00 |
| Adjusted Contract Amount TO DATE ........................... | $1,163,881.67 |

*Friday, August 16, 2013*                                                      *Page 1 of 1*

# Certificación #6

# (Factura #AI-24-080023)

*Copia Aireko*



PO Box 2128 San Juan PR  00922-2128  (787) 653-6300  Fax (787) 653-0121/0122/0123/
119 Tuque Ind. Park  Ponce PR  00731-7600      787) 844-4001  Fax (787) 793-3555

☑
☐

# LETTER OF TRANSMITTAL

*JUI 270-170*

| DATE | | JOB NO. | SUBMITTAL NO. |
|---|---|---|---|
| 5/14/2014 | | AEP 1120M | |

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS |
|---|---|

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: ING. GERARDO CRESPO

MAY 1 - 2014
AEP - Const.
R. Gonzalf

WE ARE SENDING YOU   ☐ Attached   ☐ Under separate cover via_____ the following items
☐ Drawings       ☐ Prints        ☐ Samples
☐ Copy of Letter  ☐ Change Order  ☐ Other       ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 6 – $7,455.17 AI-24-08023) |
| | | | • Breakdown for Payment. |
| | | | • Certificacion Poliza Fondo. |
| | | | • Certificate of Liability Insurance. |
| | | | • Certified Payroll |
| | | | • Fotos Progreso |
| | | | • CD |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____ copies for distribution
☐ Return_____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:
IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:     KENNETH BAEZ – PROJECT MANAGER     DATE: 05-14-2014

RECEIVED BY:     *Rosa Gonzalez*     DATE: *mayo 16/2011*

Transmittal Cert - 6 - Piso 17  revised5/14/2014        If enclosures are not as noted, kindly notify us at once

*Copia Recnl*
*Qrieko*

AUTORIDAD DE EDIFICIOS PUBLICOS
ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #                6

PROYECTO:        INST. MODULARES Y MEJ. INT. P-17
MUNICIPIO        SAN JUAN, PR
AEP #:           1120M
PERIODO DE LA CERTIFICACIÓN:        01 @ 31 AGOSTO 2013

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ,
POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.


_____   HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES.

_____   FIRMA DE INSPECTOR EN CERTIFICACÓN *

_____   FIRMA DE SUPERVISAOR EN CERTIFICACIÓN *

_____   DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE

_____   NOMINAS DE PERIODO - INCLUIDA

_____   FORMA SCHEDULE OF MATERIALSTORE - INCLUDA

_____   FACTURAS DE MATERIAL ON SITE  (INDICAR LA CANTIDAD DE FACTURAS)

_____   FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA

_____   CURVA "S" - (DIAGRAMA DE BARRAS)

_____   POLIZA BUILDER RISK VIGENTE        FECHA DE VENCIMIENTO:        N/A

_____   POLIZA PUBLIC LIABILITY VIGENTE     FECHA DE VENCIMIENTO:        10/1/2013

_____   POLIZA F.S.E. VIGINGE        FECHA DE VENCIMIENTO:        6/30/2014

_____   POLIZA DE WORKER'S COMPSATION     FECHA DE VENCIMIENTO:        10/1/2013

_____   EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO)  (SI APLICA)

NOMBRE DE INSPECTOR: _____

FIRMA DE INSPECTOR: _____

FECHA: _____

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y
SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA
FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA.
TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.



**AIREKO**

P.O. Box 2128  San Juan, PR  00922-2128
Tel. (787) 653-6300

DATE: 04/16/2014

INVOICE No. AI-24-08023

## CERTIFICATE FOR PAYMENT

PROJECT:   17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No:  6

PERIOD END:08/31/2013

PROJECT #: 201270-170

| | | |
|---|---|---|
| 1.  CONTRACT AMOUNT | | 1,130,856.00 |
| 2.  APPROVED CHANGE ORDERS | | 33,025.67 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | | 1,163,881.67 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | | 1,163,881.67 |
| 5.  LESS: 10% RETAINAGE | | 60,248.77 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | | 1,103,632.90 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | | 1,096,177.73 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | | 7,455.17 |
| 9.  __ 90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | S | 7,455.17 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY: _____

DATE:  5·15·14

DATE: _____

APPROVED BY: _____



White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow – Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



### PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __6__   For Period **01-Aug-13** , to **31-Aug-13**

Project   **ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN**

Project # **1129M**   Contract Due Date: **16-Mar-12**   Extended Contract Due Date **04-Jun-12**

Name of Contractor **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128   SAN JUAN   PR   00922-212   Contract No. **C-00035(11-12)**

| ITEM NO. (1) | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL (2) | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED (5) | COMPLETED TOTAL TO DATE 4+5 (6) | UNUSED BALANCE 2-6 (7) | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY (3) | AMOUNT (4) | | | | TO PERIOD (8) | DATE (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | | $152,963.00 | $152,963.00 | $0.00 | | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $426,591.00 | | $8,283.52 | $418,307.48 | $426,591.00 | $0.00 | 1.94 | 100.00 |
| V | DOORS & WINDOWS ( 08 ) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES ( 09 ) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES ( 10 ) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS ( 15 ) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $8,283.52 | $1,122,572.48 | $1,130,856.00 | $0.00 | 0.73 | 100.00 |

MAY 16 2014
AEP-Const.
R. Gonzaly

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicio objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| Value of Contract ........................................................................................ | $1,130,856.00 |
|---|---|
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............. | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............. | $5,575.00 |
| Current Adjusted Contract Amount ........................................................................ | $1,163,881.67 |

*Monday, April 14, 2014*

CERTIFICAT      THE CONTRACTOR OR THIS DULY AUTHORIZED      ESENTATIVE

According to the best of my knowledge and belief, I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP. dated 1/13/2012      and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT .......................................................... | | $1,163,881.67 |
| 2. | Value of original contract work performed to date (Reverse Column 6) ...................... | | $1,130,856.00 |
| 3 | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508)...... | $47,585.26 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column B Form PBA 1508).. | $14,559.59 | $33,025.67 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ........................................................ | | $1,163,881.67 |
| 6. | Less: Amount retained _____ percent ........................................................... | | $60,248.77 |
| 7. | Net amount earned on work performed to date ........................................................ | | $1,103,632.90 |
| 8. | Less: Amount of previous estimate (No. 1 to ..........) (Line 7 Last Partial Payment)...................... | | $1,096,177.73 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD .................................... | | $7,455.17 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period.... | $8,263.68 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period.......... | $8,263.68 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10  11 of this Certificate ............ | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT ............................................................................. | | $7,455.17 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

..............................................     J-17-14     By   ............................
(Contractor)                (Date)                     (Title)

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No.   6   for the period ended 31-Aug-13      that to the best of our knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of     $7,455.17

..............................          ............................          Checked By
Field Inspector or Resident Eng.          Supervisor or Chief of Division

## APPROVED FOR PAYMENT:

| | |
|---|---|
| Chief Contract Management Division | Director |  Executive Director |

| | | |
|---|---|---|
| 1. Value of executed work this period of original contract. | $ | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2. Value of executed work this period of change orders additions | $ | |
| 3. Value of revised work this period of change orders deductions | $ | |
| 4. Value of executed work this period (total) | $ | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | Approved for payment in the amount of          $ |
| 6. Balance | $ | Less overtime hours worked by P.B.A. inspectors   $ |
| 7. Net (increase) (decrease) of materials on site | $ | Less liquidated damages for not completing on time $ |
| 8. Total to be paid | $ | NET AMOUNT TO BE PAID          $ |
| 9. Liquidated Damages | | |

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____ _____
Net Reimbursement or _____
Net Deduction this Cert. _____
* Periodical Estimate

Audited by   ............................

............................
For the Comptroller

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 11120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 8
PERIOD ENDING: 8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $28,416.00 | $28,416.00 | 1.00 | $28,416.00 | 100.0 | | | 1.00 | $28,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| II | METALS (05) | | Sub Total | | $152,963.00 | | $152,963.00 | | | | | $152,963.00 | $0.00 | 100.00 |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| III | MILLWORX (06) | | Sub Total | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| IV | THERMAL & MOISTURE (07) | | Sub Total | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 1.00 | $144,963.00 | 100.0 | | | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |

Monday, April 14, 2014

*BREAK-DOWN FOR PAYMENT*

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 9
PERIOD ENDING: 8/31/2013
*Page 2 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | 0.07 | $8,283.52 | 1.00 | $118,336.00 | $0.00 | 100.0 |
| V | DOORS & WINDOWS ( 08 ) | | Sub Total | | $428,591.00 | | $418,307.48 | | | $8,283.52 | | $428,591.00 | $0.00 | 100.00 |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| VI | FINISHES ( 09 ) | | Sub Total | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| VII | SPECIALTIES ( 10 ) | | Sub Total | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

*Monday, April 14, 2014*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 6
PERIOD ENDING: 8/31/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY Sub Total | UNIT | UNIT PRICE | TOTAL | | | | PREVIOUS | | | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | UNIT PRICE | QTY | AMOUNT | % | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | | |
| VIII | MECHANICAL WORKS (15) | | | | | | | | | | | | | | | | |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1 | $8,000.00 | 100.0 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260 | $6,500.00 | 100.0 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200 | $5,000.00 | 100.0 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18 | $20,700.00 | 100.0 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171 | $5,130.00 | 100.0 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950 | $42,900.00 | 100.0 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | Sub Total | | | | $88,230.00 | | $88,230.00 | | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1 | $7,895.60 | 100.0 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-In | 6,100 | LF | $4.00 | $24,400.00 | 6,100 | $24,400.00 | 100.0 | 6,100.00 | $24,400.00 | 100.0 | | | 5,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-In | 7,600 | LF | $4.00 | $30,400.00 | 7,600 | $30,400.00 | 100.0 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-In | 1,400 | LF | $4.00 | $5,600.00 | 1,400 | $5,600.00 | 100.0 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-In | 2,100 | LF | $4.00 | $8,400.00 | 2,100 | $8,400.00 | 100.0 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-In | 7 | LS | $500.00 | $3,500.00 | 7 | $3,500.00 | 100.0 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000 | $8,000.00 | 100.0 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100 | $7,050.00 | 100.0 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000 | $2,000.00 | 100.0 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1 | $2,000.00 | 100.0 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148 | $1,480.00 | 100.0 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

# BREAK-DOWN FOR PAYMENT

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: **1120M**

CONTRATISTA: **AIREKO CONSTRUCTION, CORP.**

PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: **6**
PERIOD ENDING: **8/31/2013**
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | | TOTAL TO DATE | | | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|------------|------------------|----------|---|---|-------------|---|---|---------------|---|---|----------------|---------|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | | QTY | AMOUNT | | | |
| 49 | Electrical Panels (Seal) ADTT('tej/Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| X | ALLOWANCES(7) | | Sub Total | | $107,725.60 | | $107,725.60 | | | | | | $107,725.60 | $0.00 | 100.00 |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.00 | | | | 1.00 | $15,000.00 | $0.00 | 100.00 |
| | | | Sub Total | | $15,000.00 | | $15,000.00 | | | | | | $15,000.00 | $0.00 | 100.00 |
| | | | TOTAL GENERAL: | | $1,130,856.00 | | $1,122,572.48 | | | $8,283.52 | | | $1,130,856.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Area de Desarrollo de Proyecto

Monday, April 14, 2014

CORPORACION DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

CFSE 005C 1
Del 2010



Numero
Control

1

CORPORACION DEL FONDO
DEL SEGURO DEL ESTADO

**CERTIFICACION SOBRE POLIZA DE SEGURO**

**AUTORIDAD DE EDIFICIOS PUBLICOS**

Dirección:

**SAN JUAN, PUERTO RICO**

Certificamos que el patrono   **AIREKO CONSTRUCTION**   _____   40414-00000

cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1. Rindió su declaración de la nómina en:   **27 DE JULIO DE 2013**

2. Su póliza cubre los siguientes riesgos:   **6306-266 ALCANTARILLADO PLUVIAL**
   **5057-270  CONSTRUCCION CON ACERO O HIERRO**
   **5190-272 INSTALACIONES ELECTRICAS**      3631-180   FUND., HERRERIAS
   **5213-272 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES DE**
   **HORMIGON**      5507-261  CARR. , CALLES, PISTAS,
   TERRAPLENES Y URBANIZACION DE TERR.

3. Pagó las primas establecidas por el Administrador en:

PRIMER SEMESTRE      **22 DE JULIO DE 2013**                       **SUJETO A QUE PATRONO EFECTUE**

|  | Día | Mes | Año |  | Día | Mes | Año |

SEGUNDO SEMESTRE      **20 DE ENERO DE 2014**                       PAGO AL RRECIBO DE LA FACTURA

4. La póliza cubre la (s) localidad (es)
   **PISO 17  CENTRO DE GOBIERNO**
   **ROBERTO SANCHEZ VILELLA**
   **SAN JUAN, PUERTO RICO**

5. El montante del proyecto:            **$1,130,856.00**
   Nómina Estimada Total:               **$361,873.92**
   Tiempo de duración del proyecto        N/A        Meses
   Nómina Considerada Año Fiscal          N/A
   Meses Considerados Año Fiscal         **N/A**        Meses
   Prima Impuesta                        N/A

VÁLIDA HASTA      30 DE JUNIO DE 2014

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones

SE EMITE CERTIFICACIÓN DE VIGENCIA PARA ACTUALIZAR LA OTORGADA EL 24 DE
ENERO DE 2012   INSTALACION DE MODULARES Y MEJORAS INTERIORES

JULIO F. SANTIAGO CRUZ
Firma Jefe Oficina de Seguros e Intervenciones

6 DE AGOSTO DE 2013
Fecha

AIRECO1    OP ID: KSA

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 08/05/13

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Carrión Laffitte & Casellas, PO Box 195556 San Juan, PR 00919-5556 | 787-641-2738 787-641-2679 | CONTACT NAME: | | |
|---|---|---|---|---|
| | | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : Triple S Propiedad | | |
| INSURED    Aireko Construction Corp PO Box 2128 San Juan, PR 00922-2128 | | INSURER B : Liberty International Underwri | | 23035 |
| | | INSURER C : | | |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

## COVERAGES      CERTIFICATE NUMBER:      REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | GENERAL LIABILITY  X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE X OCCUR | X | | DGL-PR-087954-3 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:  POLICY  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Emp.Benef | $ 1,000,000 |
| | AUTOMOBILE LIABILITY  X ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  X HIRED AUTOS X NON-OWNED AUTOS | X | | CA4-46063151 | 10/01/12 | 10/01/13 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR  EXCESS LIAB  CLAIMS-MADE  DED X RETENTION $ 10,000 | X | | UMBPR0972733 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)  If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N | N/A | DGL-PR-087954-3 EMP.STOP GAP | 10/01/12 | 10/01/13 | X WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: INSTALACION DE MODULARES & MEJORAS INTERIORES
PISO 17 CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA

| CERTIFICATE HOLDER      AUTOED1 | CANCELLATION |
|---|---|
| AUTORIDAD DE EDIFICIOS PUBLICO PO BOX 41029 SAN JUAN, PR 00940-1029 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE GERENTE DE REFRENDATA |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)      The ACORD name and logo are registered marks of ACORD

THIS ENDORSEMENT EFFECTIVE **8/05/13** PART OF POLICY NO. **DGL-PR-087954-3, CA4-6063151, UMBPR0972733**

INSURED TO: **AIREKO CONSTRUCTION CORP.**

### ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLCIOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

### HOLD HARMLESS AGREEMENT

THE CONTRACTOR, FOR ITSELF, AGENTS, EMPLOYEES, SUCCESSOR AND ASSIGNS AGREES TO AND HOLD HARMLESS THE OWNER FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, AND/OR SUITS WHETHER JUDICIAL OR EXTRA JUDICIAL FOR ANY CAUSE WHATSOEVER ARISING OUT RELATED TO THE EXECUTION OF THE CONTRACT DESCRIBED BELOW, AND IT INSURED SHALL DEFEND THE OWNER FROM SUCH CLAIMS, DEMANDS AND/OR SUITS AND SHALL BEAR ALL THE EXPENSES FOR MUCH DEFENSE CONTEMPLATED WITHIN THE COVERAGE AND LIMITS PROVIDE BY THIS POLICY, EXCEPT WHERE SUCH CLAIMS DEMANDS AND/OR SUITS ARE DUE SOLELY TO NEGLIGENCE OF:

### AUTORIDAD DE EDIFICIOS PUBLCIOS

THIS HOLD HARMLESS AGREEMENT DOES NOT EXTENDED, MODIFY, INCREASE LIMITS OF, OR OTHERWISE ALTER THE COVERAGE PROVIDE BY THIS POLICY.

### CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, THIRTY (30) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

### AUTORIDAD DE EDIFICIOS PUBLCIOS

**RE: INSTALACION DE MODULARES & MEJORAS INTERIORES
PISO 17 CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA**

All others terms and conditions of this policy remain unchanged.

GERENTE DE REFERENCIA

DATE 9/13/13    P&P&94

PAGE 1 OF ____

Job 201270 170    AEP PISO 17

20 000    Aireko Construction Corp
PO Box 2128
San Juan
787-651-6300

PR 009222128
FED ID# 660286068

PAYROLL NO. ____

CERTIFIED PAYROLL REPORT

WAGE DECISION NO.
CONTRACT NUMBER

TIME 09:09    PAGE 1

WEEK ENDING - 08/11/2013

CONTRACT START    00/00/0030

| NAME ADDRESS ZIP CODE/ | | S M/N X CDE | 8/05 MON | 8/06 TUE | 8/07 WED | 8/08 THU | 8/09 FRI | 8/10 SAT | 8/11 SUN | TOT HOUR HR | TY PAY RATE | TOT HRS HR | ST OV OT | CHK DATE BENEFITS SCK PAY TOT PAY | FICA FED W/T ST W/T LOC W/T | FICA TOT DED OTHER SDI W/t | TOT PAY NET PAY CHECK # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELISEO LOZADA | | | | | | | | | | | | | TX TVL NTX TVL TX ADJ NTX ADJ | UNION | | |
| NC-75 BOX 1127 | | | | | | | | | | | | | | | | |
| NARANJITO | | | | | | | | | | | | | | | | |
| 00713937G2 | FR 02 | U DRIVER | .00 | .00 | .00 | 13.00 | .00 | .00 | .00 | 13.00 ST | 8.640 | 19.00 HRS | 13.00 ST .00 OV .00 OT | 081613 50.23 .00 56.77 .00 | 081613 .00 .00 74.46 .00 | 656.64 181.146 475.18 508255 |
| | | S M/N X CDE | MON | TUE | WED | THU | FRI | SAT | SUN | TOT HOUR HR | TY PAY RATE | | | 25.92 | | |
| LUIS D LOPEZ IRACOY | | | | | | | | | | | | | | 081613 20.66 .00 60.00 .00 | 081613 .46 10.00 .00 | 270.00 121.12 238.88 508382 |
| URB SALTO RR 01 | FR 01 | CARP HELP | M 2 | .00 | .00 | .00 | .00 | 6.30 | .00 | .00 | 6.30 ST | 7.500 | | | | |
| CIDRA | | | | | | | | | | | | | | | | |
| 00739 | | | | | | | | | | | | | | | | |
| JOSE E VAZQUEZ TORRES | | | | | | | | | | | | | | 081613 20.66 .00 60.00 .00 | .00 .00 .00 .00 | |
| ALMACIGO 533 | PR 01 | MASON | M 2 | .00 | .00 | .00 | .00 | 8.00 | .00 | .00 | 8.00 ST | 7.500 | 8.00 ST | | | | |
| SALINAS | | | | | | | | | | | | | | | | |
| 00751 | | | | | | | | | | | | | | | | |

Job TOTALS

|  | MON | TUE | WED | THU | FRI | SAT | SUN | TOT HOUR HR | | TOT HRS HR | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | .00 | .00 | .00 | 13.00 | 14.30 | .00 | .00 | | | 19.00 .00 .00 | | 081613 .00 .00 60.00 | 22.95 10.00 9.56 .00 | .00 .00 6.35 .00 | 300.00 118.82 261.14 508183 |

----------- HOURS WORKED THIS JOB ----------- --- THIS JOB --- - - - - THIS WEEK - - - -

-T O T A L- -T O T A L H O U R S T H I S W E E K- -T O T A L D O L L A R S T H I S W E E K-

| Job | | | | | | | | TOT HRS HR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | .00 | .00 | .00 | .00 | 19.00 | .00 | .00 | 19.00 .00 .00 | .00 | 145.92 | |

MINORITY CODES: 0-CAUCASIAN    1-BLACK    2-HISPANIC    3-ASIAN    4-AMERICAN INDIAN    5-EXTRANJERO

| | MOL PAY | SICK PAY | TOTAL PAY |
|---|---|---|---|
| | 19.00 .00 .00 | .00 | 145.92 |

DATE 5/13/13          PRP494

```
                                          20 030   Airtko Construction Corp
                                                   PO Box 2128
                                                   San Juan
                                                   787-653-6300

                                                   CERTIFIED PAYROLL REPORT        PR 009127128

                                                                                          TIME 09:09    PAGE  2
                                                                                   WEEK ENDING - 08/11/2013
```

MINORITY
CODE        DESCRIPTION
0           CAUCASIAN
1           BLACK
2           HISPANIC
3           ASIAN
4           AMERICAN INDIAN
5           EXTRANJERO

```
- - - - - TOTAL  HOURS  THIS  WEEK - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        TX TVL      NTX TVL      TX ADJ      NTX ADJ    BENEFITS     HOL PAY     SICK PAY      TOTAL PAY
          .00         .00         .00         .00         .00         .00         .00         145.92
                                                                      TOT TY      TY  ST
                                                                      HRS         HR  OV
                                                                                      OT

          .00         .00         .00        19.00        .00        19.00                    145.92
                                                                      .00
                                                                      .00

TX TVL      NTX TVL      TX ADJ      NTX ADJ
  .00         .00         .00        19.00

TOTALS    .00         .00         .00        19.00        .00
Division

TOTALS    .00         .00         .00         .00         .00         .00         .00         145.92
Company
```

Date    08/11/2013

I, _____

José A. Ruiz Morales                     Accounts Payable Supervisor

(Name of Signatory Party)                (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

AIREKO CONSTRUCTION CORP

(Contractor or Subcontractor)

AEP PISO 17                              ; that during the payroll period commencing on the

05    day of    August    , 2013    and ending the    11    day of    August    , 2013

(Building or Work)

all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

AIREKO CONSTRUCTION CORP

(Contractor or Subcontractor)

from the full

weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (28 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

REMARKS

NAME AND TITLE
José A. Ruiz Morales - Accounts Payable
Supervisor

SIGNATURE

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

Date   08/25/2013

I,   José A. Ruiz Morales                                    Accounts Payable Supervisor
     (Name of Signatory Party)                               (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

on the   AEP PISO 17
(Building or Work)

; that during the payroll period commencing on the

19   day of   August   2013   and ending the   25   day of   August   2013

all persons employed on said project have been paid the full weekly wages earned, that no rebates have
been or will be made either directly or indirectly to or on behalf of said

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

from the full
weekly wages earned by any person and that no deductions have been made either directly or indirectly
from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part
3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948,
63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are
correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the
applicable wage rates contained in any wage determination incorporated into the contract; that the
classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide
apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of
Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a
State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — in addition to the basic hourly wage rates paid to each laborer or mechanic listed in
the above referenced payroll, payments of fringe benefits as listed in the contract
have been or will be made to appropriate programs for the benefit of such
employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been paid,
as indicated on the payroll, an amount not less than the sum of the applicable
basic hourly wage rate plus the amount of the required fringe benefits as listed
in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| REMARKS |
|---|
|  |

NAME AND TITLE
José A. Ruiz Morales - Accounts Payable
Supervisor

| SIGNATURE |
|---|
|  |

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR
SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE
31 OF THE UNITED STATES CODE.



CERTIFICACION 6   AGOSTO 2013
NUEVOS TOPES AREA 112   AEP PISO 17



CERTIFICACION 6 – AGOSTO 2013
NUEVO MUEBLE ARCHIVO CUARTO
DIRECTOR EJECUTIVO 102 – AEP PISO 17



CERTIFICACION 6 – AGOSTO 2013
NUEVO TERMINACION DE ESCALERA
NIVEL 17 HACIA AZOTEA    AEP PISO 17

CERTIFICACION 6 – AGOSTO 2013
NUEVO SISTEMA DE IMPERMEABILIZACION
DE TECHO    AEP PISO 17

# Certificación #7 (Factura #AI-24-08098)

*Copia Aireko*



☑
☐

PO Box 2128 San Juan PR  00922-2128  (787) 653-6300  Fax (787) 653-0121/0122/0123/
119 Tuque Ind. Park  Ponce PR  00731-7600    787) 844-4001  Fax (787) 793-3555

# LETTER OF TRANSMITTAL

*201270 -170*

| DATE | 5/14/2014 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|---|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS |
|---|---|

**TO:** AUTORIDAD DE EDIFICIOS PUBLICOS

**ATTN:** ING. GERARDO CRESPO

*MAY 1 6 2014*
*AEP - Const.*
*R. Sánchez*

WE ARE SENDING YOU
☐ Drawings
☐ Copy of Letter
☑ Attached ☐ Prints ☐ Change Order
☐ Under separate cover via _____ the following items
☐ Samples
☐ Other
☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 7 - $60,248.77 AI-24-08098) |
| | | | •Breakdown for Payment. |
| | | | • CD |
| | | | •RELEVOS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit _____ copies for distribution
☐ Return _____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

**SENDER:**

KENNETH BAEZ - PROJECT MANAGER          DATE: 05-14-2014

**RECEIVED BY:**   *ROSA GONZÁLEZ*          DATE: *mayo 16/2014*

Transmittal Cert - 7 - Piso 17  revised5/14/2014          If enclosures are not as noted, kindly notify us at once

AUTORIDAD DE EDIFICIOS PUBLICOS
ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #      **7**      **RETENIDO FINAL**

PROYECTO:      INST. MODULARES Y MEJ. INT. P-17

MUNICIPIO      SAN JUAN, PR

AEP #:      1120M

PERIODO DE LA CERTIFICACIÓN:      01 @ 31 AGOSTO 2013

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ, POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.

| | |
|---|---|
| | HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES. |
| | FIRMA DE INSPECTOR EN CERTIFICACÓN * |
| | FIRMA DE SUPERVISAOR EN CERTIFICACIÓN * |
| | DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE |
| | NOMINAS DE PERIODO - INCLUIDA |
| | FORMA SCHEDULE OF MATERIALSTORE - INCLUDA |
| | FACTURAS DE MATERIAL ON SITE  (INDICAR LA CANTIDAD DE FACTURAS) |
| | FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA |
| | CURVA "S" - (DIAGRAMA DE BARRAS) |

| | FECHA DE VENCIMIENTO: | |
|---|---|---|
| POLIZA BUILDER RISK VIGENTE | FECHA DE VENCIMIENTO: | N/A |
| POLIZA PUBLIC LIABILITY VIGENTE | FECHA DE VENCIMIENTO: | N/A |
| POLIZA F.S.E. VIGINGE | FECHA DE VENCIMIENTO: | N/A |
| POLIZA DE WORKER'S COMPSATION | FECHA DE VENCIMIENTO: | N/A |

EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO)  (SI APLICA)

NOMBRE DE INSPECTOR:

FIRMA DE INSPECTOR:

FECHA:

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA. TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.

   **TRAVELERS**

One Tower Square
Hartford, CT 06183

August 30, 2012

Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940

RE:   **AIREKO CONSTRUCTION CORPORATION**
      **BOND NO. 105694266**
      **PROJECT: "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES**
      **PISO 17 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA,**
      **SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-M"**

Dear Sir or Madam:

At the request of **Aireko Construction Corporation** as contractor under project in
caption, we wish to confirm that we have no objection to the final release on any amount
retained due them for the work performed in the contract.

This release in no way affects our obligations under the bond whereby the Company
assumes responsibility for any claim from subcontractors and suppliers that may arise
against the contractor or against the owner under the terms and conditions of the bond.

Yours truly,

*TRAVELERS CASUALTY AND SURETY COMPANY*

Maria A. Bras
Attorney in Fact



CORPORACIÓN DEL FONDO
DEL SEGURO DEL ESTADO

25 DE SEPTIEMBRE  DE 2012

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**P O BOX  41029**
**SAN JUAN,  PUERTO RICO  00940-1029**

Estimados señores:

Para su conocimiento y fines procedentes tenemos a bien informarle que el patrono,
**AIREKO CONSTRUCTION, CORP. ,** el número de  póliza 40414-00000  y con
dirección  P O Box 2128,  San Juan,   Puerto Rico liquidó su póliza de seguro obrero con
la Corporación del Fondo del Seguro del Estado,  para cubrir los trabajos  de instalación
de modulares y mejoras interiores en el Piso 17 ,  Edificio Gubernamental  Roberto
Sánchez Vilella,  San Juan,  Puerto Rico.

**Monto Final : $1, 163,881.67**

Para dicha póliza no tenemos inconveniente alguno en que se liquide su contrato.

Cordialmente,

**JAIME FLORES LLERAS**
**JEFE DIVISION DE SEGURO E INTERVENCIONES**
**REGION DE  CAGUAS**



# CERTIFICACIÓN

Certifico que Aireko Construction Corp., pagó los arbitrios de construcción y patentes del proyecto Instalación de Modulares y Mejoras Interiores Piso 17, Edificio Norte, Centro Gubernamental Roberto Sánchez Vilella, San Juan. Contrato: A.E.P. 1120M, el costo total del proyecto es de $1,163,881.67.

Se expide esta certificación a petición de Aireko Constructon Corp.

Dada en San Juan, Puerto Rico el 17 de octubre de 2012.

Margarita Rivera Soto
Supervisora
Oficina de Colecturía
jer



SELLO #44693

PO Box 70179, San Juan, PR  00936-8179

▶ (787)480-4076/4078     ▶ Fax (787) 765-3096     ▶     jescalera01@sanjuancapital.com



**AIREKO**

P.O. Box 2128 San Juan, PR. 00922-2128
Tel. (787) 653-6300

INVOICE No. AI-24-08098

DATE: 04/16/2014

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No: 7

Retenido Final
PERIOD END:08/31/2013

PROJECT #: 201270-170

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | 1,130,856.00 |
| 2. APPROVED CHANGE ORDERS | | 33,025.67 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | | 1,163,881.67 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | | 1,163,881.67 |
| 5. LESS: 10% RETAINAGE | | 0.00 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | | 1,163,881.67 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | | 1,103,632.90 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | | 60,248.77 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $ | 60,248.77 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY: _____

DATE: _7·15·14_____

DATE: _____

APPROVED BY: _____

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __7__    For Period **01-Aug-13**    , to    31-Aug-13

Project    ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

Project # **1120M**    Contract Due Date: **16-Mar-12**    Extended Contract Due Date **04-Jun-12**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128
SAN JUAN     PR   00922-212   Contract No. **C-00035(11-12)**

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TD DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED | TO |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $0.00 | $152,963.00 | $152,963.00 | $0.00 | 0.00 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE. (07) | $426,591.00 | | | $426,591.00 | $426,591.00 | $0.00 | | 100.00 |
| V | DOORS & WINDOWS ( 08 ) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES ( 09 ) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES ( 10 ) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS ( 15 ) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $0.00 | $1,130,856.00 | $1,130,856.00 | $0.00 | 0.00 | 100.00 |

MAY 16 2014
AEP ?
H.

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias
o beneficios producto del contrato objeto de esta factura o de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una
dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante
autorizado de la agencia. El importe de esta factura es justo y correcto. Las trabajos de construcción han sido realizados, los productos han sido
entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ................................................................ | $1,130,856.00 |
| Add:   Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............. | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............. | $5,575.00 |
| Current Adjusted Contract Amount ................................................................ | $1,163,881.67 |

*Thursday, April 17, 2014*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7
PERIOD ENDING: 9/31/2013

*Page 1 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|-----|-----------------|---|-----------------|--------------------|-------------------|----------------------|----------------|---------|
| 1 | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $55,542.00 | $55,542.00 | 1.00 | $55,542.00 | 100.0 | | | 1.00 | $55,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 1.00 | $26,416.00 | 100.0 | | | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $152,963.00 | | | $0.00 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 1.00 | $144,963.00 | 100.0 | | | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |

*Thursday, April 15, 2014*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7
PERIOD ENDING: 8/31/2013
Page 2 of 4

| ITEM | DESCRIPCION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|--------------|-----------------|---|-----------------|--------------------|-------------------|----------------------|----------------|---------|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 1.00 | $118,336.00 | 100.0 | | | 1.00 | $118,336.00 | $0.00 | 100.0 |
| | Sub Total | | | | $426,591.00 | | $426,591.00 | | | | | $426,591.00 | $0.00 | 100.00 |
| V | DOORS & WINDOWS ( f3 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| VI | FINISITES ( ff ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 15,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

Thursday, April 17, 2014

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: Z
PERIODO ENDING: 8/31/2013

Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sub Total | | | $96,700.00 | | $96,700.00 | | | | | $96,700.00 | $0.00 | 100.00 |
| VIII | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | | Sub Total | | | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

Thursday, April 17, 2014

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: Z
PERIOD ENDING: 8/31/2013
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|-----------------|--------------|-----------------|-----------|-----------------|--------------------|--------------------|----------------------|----------------|---------|
| 49 | Electrical Panels (Sea)&DTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(IT) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.00 |
| | Sub Total | | | | $15,000.00 | | $15,000.00 | | | | | $15,000.00 | $0.00 | 100.00 |
| | TOTAL GENERAL: | | | | $1,130,858.00 | | $1,130,858.00 | | | $0.00 | | $1,130,858.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

*Thursday, April 17, 2014*

Intereses sobre

Certificaciones

(Factura #AI-26-08057)

(Factura #AI-26-12022)

(Factura #AI-27-04029)



**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-08057** |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201270-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 08/31/2015 por facturas vencidas | 1 | Each | none | 7,859.03 | 7,859.03 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | **$7,859.03** |
| **Tax:** | 0% | | **$0.00** |
| **Total:** | | | **$7,859.03** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

AIREKO

## Computo de Intereses sobre Certificaciones
## Hasta el 31 de agosto de 2015
## JOB: AEP Piso 17
## Contract No. C00031 (2011-2012)

8/31/2016

| No. Cert. | Periodo | | Work Performed | Retelnago | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 48. | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 to 31-Aug-13 | | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Trasmittal | 3-Nov-13 | | | | 29,529.06 | 666 | 4.92 | 3,277.73 | 3,277.73 |
| 2 | 1-Aug-13 to 31-Aug-13 | | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Trasmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 504.47 | 3,782.19 |
| 3 | 1-Aug-13 to 31-Aug-13 | | 60,248.77 | 60,248.77 | 60,248.77 | 6-Jun-14 | Trasmittal | 21-Jul-14 | | | | 60,248.77 | 406 | 10.04 | 4,076.83 | 7,859.03 |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ 7,859.03 |

Date: _____ 16-Sep-15

Preparado por: _____ Yadineli Vázquez Figueroa

Revisado por: _____ Cristina Borri



**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-12022** |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201270-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job:** Instalación de Modulares y Mejoras Interiores Piso 17 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta 12/31/2015 por facturas vencidas | 1 | Each | none | 1,977.07 | 1,977.07 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $1,977.07 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | $1,977.07 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

## Computo de Intereses sobre Certificaciones
### Hasta el 31 de diciembre de 2015
### JOB: AEP Piso 17
### Contract No. C00031 (2011-2012)

12/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmital | 3-Nov-13 | | | | 29,529.06 | 788 | 4.92 | 3,878.15 | 3,878.15 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmital | 21-Jul-14 | | | | 7,455.17 | 528 | 1.24 | 656.05 | 4,534.20 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | 60,248.77 | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmital | 21-Jul-14 | | | | 60,248.77 | 528 | 10.04 | 5,301.89 | 9,836.10 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

$ 9,836.10

AI-28-08057   $ 7,859.03
AI-28-12022   $ 1,977.07
$ 9,836.10

Date:                    21-Dec-15

Preparado por:    Yadinell Vázquez Figueroa

Revisado por:      Cristina Bori

**AIREKO**

☑ PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park  Ponce PR  00731-7600    787)844-4001  Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 5/6/2016 | JOB NO. | | SUBMITTAL NO. |
|------|----------|---------|--|---------------|

| JOB NAME | MINILLAS PISOS 3&9, 7, 17 | PO NO. |
|----------|---------------------------|--------|

TO:  AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  GERARDO CRESPO

WE ARE SENDING YOU   ☐ Attached        ☐ Under separate cover via_____ the following items
☐ Drawings       ☐ Prints          ☐ Samples
☐ Copy of Letter ☐ Change Order    ☐ Other                ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 04-26-16 | | FACTURA INTERESES – AI-27-04028 – PISOS 3&9. |
| 1 | 04-27-16 | | FACTURA INTERESES – AI-27-04027 – PISO 7. |
| 1 | 04-27-16 | | FACTURA INTERESES – AI-27-04029 – PISO 17. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

SENDER:   EDGARDO ALBINO              DATE: 6-MAYO-16

RECEIVED BY:                          DATE: 6 mayo 2016

Transmittal revised 5/6/2016                    If enclosures are not as noted, kindly notify us at once

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-27-04029** |
| **Invoice Date:** | 04/27/16 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**   Autoridad Edificios Públicos
San Juan PR

**Job:**   201270-170

**Attn:**   Ing. Gerardo Crespo

**Contract No.:**   C-00035 (11-12)
**Project:**   1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 12/31/2015 hasta 04/30/2016 por facturas vencidas | 1 | Each | none | 1,960.86 | 1,960.86 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $1,960.86 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | $1,960.86 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



**AIREKO**

## Computo de Intereses sobre Certificaciones
### Hasta el 30 de Abril de 2016
### JOB: AEP Piso 17
### Contract No. C00031 (2011-2012)

4/30/2016

| No. Cert. | Periodo | | | | Work Performed | Retalnage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 8% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 45 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmital | 3-Nov-13 | | | | 29,529.06 | 909 | 4.92 | 4,473.65 | 4,473.65 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmital | 21-Jul-14 | | | | 7,455.17 | 649 | 1.24 | 806.40 | 5,280.05 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmital | 21-Jul-14 | | | | 60,248.77 | 649 | 10.04 | 6,516.91 | 11,796.96 |
| 4 | | to | | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | $ 11,796.96 |

A1-26-08057   $  7,659.03
A1-26-12022   $  1,977.07
              $  1,980.86

Date: _____   27-Apr-16

Preparado por: _____   Yadinall Vázquez Figueroa

Revisado por: _____



AIREKO
PO Box 2128 San Juan PR 00922-2128

Date        26-Apr-16

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17
PROJECT# 1120M
CONTRACT NO. C-00035(11-12)

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | |
| 201270-170 A1-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| PISO 17 A1-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M A1-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

| | |
|---|---|
| Contract Amount | $ 1,130,856.00 |
| Change order | $ 33,025.67 |
| Adjusted Contract Amount | $ 1,163,881.67 |
| | |
| Total Net Invoiced | $ 1,163,881.67 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 861,594.02 | $ - | $ - | $ - | $ - | $ 861,594.02 |

3

Anejo 11



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653.6300 Fax 787.653.0121
www.aireko.com

4 de agosto de 2014

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

RE:  INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
     TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014.  Participamos en la reunión el Arq. Félix
Vizcaya, el Ing. Kenneth M. Báez y el que suscribe.  El objetivo de la reunión fue conocernos y revisar los
asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17.  Además, incluimos una minuta de
los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

**AEP 1120W-Pisos 3 &4  (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):**

| | |
|---|---|
| Trabajos Pendientes: | Nos informó que la posición de la  AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4.  La AEP comenzara con  proceso en las próximas dos semanas, según expresado por usted. |
| | A tal efecto, le informamos que la AEP preparó una segunda  enmienda al contrato,  la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013.  Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4  luego de reabrir la Torre Norte. |
| | Citamos  Párrafo Sexto de la enmienda que lee como  lo siguiente: |
| | **"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9).  Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".** |

PLAN IT. BUILD IT. SERVICE IT.

*Ing. José R. Alayón Del Valle*
*Director Área de Desarrollo de Proyectos*
*4 de agosto de 2014*
*Página 2*

Desde el 3 de julio de 2013, Aireko había comenzado la coordinación con los representantes de la AEP para cumplir con la terminación del Piso 3 y comienzo del Piso 4. Ver carta incluida del 10 de julio de 2013, enviada a la Arq. Heidy De la Cruz. Al presente han transcurrido más de doce (12) meses, los cuales Aireko estaba en la mejor disposición de continuar la terminación del proyecto.

Status del Proyecto: Los Pisos 3 & 9 tienen certificado trabajos realizados y material en sitio en un 60% a junio de 2012.

Coordinamos una inspección con Arq. Vizcaya y el Ing. Báez para terminar de verificar los materiales en sitio el martes, 5 de agosto de 2014. Estos materiales están en el almacén de Aireko localizado en la Torres Norte y Sur Minillas, Aireko Caguas y el subcontratista Interspace en Caguas. Luego, le someteremos la certificación incluyendo los materiales en sitio. Según le informamos, la gran parte de los materiales en sitio están almacenados, inspeccionados y en poder de la AEP en la Torre Norte.

Pagos Pendientes: Las siguientes certificaciones de pago están vencidas sobre 90 días:
Total neto facturado es $421,316.63.
Véase Estado de Cuenta de 1 de agosto de 2014 de Aireko.

Liquidación Contrato: La liquidación del contrato es la posición de la AEP, según expresado por usted. Este asunto deberá ser negociado entre Aireko Construction y la Autoridad de Edificios Públicos, a tenor con a los artículos del contrato suscrito entre ambas partes.

**AEP 1120X Piso 7:**

Trabajos Pendientes: Ninguno.

Status del Proyecto: La Aceptación Final fue aprobada por la Arq. Heidy De la Cruz el 19 de septiembre de 2013. Ver copia incluida.

Pagos Pendientes: Las certificaciones de pago #7 y #8 por la cantidad de $93,846.24 están vencidas sobre los 90 días.
Véase Estado de Cuenta del 1 de agosto de 2014.

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

*Ing. José R. Alayón Del Valle*
*Directora Área de Desarrollo de Proyectos*
*4 de agosto de 2014*
*Página 3*

**AEP 1120M Piso 17:**

|  |  |
|---|---|
| Trabajos Pendientes: | Ninguno |
| Status del Proyecto: | La Aceptación Final fue aprobada por usted el 18 de junio de 2014. Ver copia incluida. |
| Pagos Pendientes: | Las siguientes certificaciones de pago pendientes de pago por la cantidad de $97,233.00. Véase Estado de Cuenta del 1 de agosto de 2014. |

Es nuestro interés culminar con los asuntos antes mencionados y coordinar otra reunión a la mayor brevedad para atender la terminación del contrato del AEP Pisos 3 & 4. Además, nos confirmen fecha de los pagos pendientes de los AEP Pisos 3 & 4, Piso 7 y Piso 17 por los trabajos realizados, materiales en sitio y liquidación final respectivamente.

Agradecemos su atención y apertura de comunicación oficial entre usted y el que suscribe. Esperamos trabajar juntos para conseguir soluciones positiva para ambas partes.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: F. Vizcaya - AEP
   P. López - Aireko
   K. Báez - Aireko

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

**AIREKO**

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300  Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: _____

FECHA: _8/8/14_

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

RE:  INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
       TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014.  Participamos en la reunión el Arq. Félix
Vizcaya, el Ing. Kenneth M. Báez y el que suscribe.  El objetivo de la reunión fue conocernos y revisar
asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17.  Además, incluimos una minuta de
los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

**AEP 1120W-Pisos 3 &4  (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):**

Trabajos Pendientes:   Nos informó que la posición de la  AEP es volver a llevar a subasta los
                        trabajos de los Pisos 3 & 4.  La AEP comenzara con  proceso en las
                        próximas dos semanas, según expresado por usted.

                        A tal efecto, le informamos que la AEP preparó una segunda  enmienda al
                        contrato,  la cual fue suscrita por ambas partes AEP y Aireko el 22 de
                        enero de 2013.  Le aclaramos, que esta enmienda establecía reanudar los
                        trabajos de construcción de los Pisos 3 & 4  luego de reabrir la Torre Norte.

                        Citamos  Párrafo Sexto de la enmienda que lee como  lo siguiente:

                        **"Las partes reconocen que al momento de paralizarse los trabajos de
                        Construction contratados, EL CONTRATISTA había comenzado a
                        realizar trabajos en el piso nueve (9).  Reconocen, además, que al
                        reubicar el Proyecto a su localización original, entiéndase el piso
                        cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que
                        requerirán un cambio al "Scope of Work"y a tiempo de construcción
                        objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto
                        la Torre Norte, actualmente cerrado, sea reabierta y ambas partes
                        puedan realizar una inspección del piso (4) encaminada a determinar
                        las condiciones existentes en el piso".**

PLAN IT. BUILD IT. SERVICE IT.



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: _Rosa Gonzál_

FECHA: _agosto 8/2014_

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

## RE: INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014. Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe. El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17. Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

### AEP 1120W-Pisos 3 &4 (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):

Trabajos Pendientes:

Nos informó que la posición de la AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4. La AEP comenzara con proceso en las próximas dos semanas, según expresado por usted.

A tal efecto, le informamos que la AEP preparó una segunda enmienda al contrato, la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013. Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4 luego de reabrir la Torre Norte.

Citamos Párrafo Sexto de la enmienda que lee como lo siguiente:

**"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9). Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".**

PLAN IT. BUILD IT. SERVICE IT.

**AIREKO**

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: _Rosa Gonzal_

FECHA: _agosto 8/2014_

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

**RE: INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
TORRE NORTE MINILLAS**

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014. Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe. El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17. Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

**AEP 1120W-Pisos 3 &4 (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):**

Trabajos Pendientes:     Nos informó que la posición de la AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4. La AEP comenzara con proceso en las próximas dos semanas, según expresado por usted.

A tal efecto, le informamos que la AEP preparó una segunda enmienda al contrato, la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013. Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4 luego de reabrir la Torre Norte.

Citamos Párrafo Sexto de la enmienda que lee como lo siguiente:

**"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9). Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".**

PLAN IT. BUILD IT. SERVICE IT.



Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR 00725
Tel. 787.653.6300  Fax 787.653.012?
www.aireko.com

**MINUTA**
**AEP MINILLAS PROJECTS**
1ro de agosto de 2014
9:30am

Presentes:    Kenneth Báez           -        ACC
              Edgardo Albino         -        ACC
              Felix Vizcaya          -        AEP
              José R. Alayón Del Valle -      AEP

              Margarita Santos       -        AEP (Reunión en su oficina)

### Piso 17

1. El Ing. José R. Alayón solicita a E. Albino, se le envié copia del documento de Aceptación Sustancial para terminar de procesar la certificación #7 Liquidación Final y pasarla a pago a dpto. Contralurla AEP.

2. El Ing. José R. Alayón solicita a E. Albino se revise el documento de Relevo Total Contratista de acuerdo a monto retenido en certificación #7. (Entregado a AEP 8-5-13)

3. La Srta. Margarita Santos de AEP le solicita al Arq. Vizcaya que le entregue la carta interna de aceptación trabajos para liquidación final.

### Piso 7

1. La Srta. Margarita Santos de AEP llama a Contralurla para status de pago liquidación final. Le indican en Contralurla que el cheque está listo para entregar pero necesitan la autorización del Departamento Legal de AEP.

Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR  00725
Tel. 787.653.6300  Fax 787.653.012
www.aireko.com

**MINUTA**
**AEP MINILLAS PROJECTS**
1ro de agosto de 2014
9:30am

### Piso 3 & 4

1. El Ing. José R. Alayón informa que AEP pretende sacar a subasta los pisos 3 y 4 en las próximas dos semanas.  Solicita Arq. Félix Vizcaya hacer cuadre de materiales no instalados para cerrar proyecto con Aireko y cualificarlos en documentos de subasta.

2. El Arq. Vizcaya visitará las oficinas de Aireko e Interspace el martes 5 de agosto para inspeccionar materiales almacenados civiles y eléctricos.  El Ing. Alayón le solicita a Arq. Vizcaya una tabla desglosando todos los materiales en sitio.

3. Se preparará ultima certificación #4 para incluir aparatos sanitarios piso 3, Aluminum & Glazing pisos 3 & 9 y Folding Partition piso 3.

4. El Ing. Alayón desconocía sobre enmienda firmada por AEP para pisos 3 & 9 el 22 enero 2013.

E. Albino le entregó una copia al Ing. José R. Alayón  de los Estados de Cuentas con los balances pendientes de los Pisos 3 & 4, Piso 7 y Piso 17 vencidos sobre 90 días. El Ing. José R. Alayón revisara el status de los pagos y nos informará a la mayor brevedad.



Anejo 13

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

10 de julio de 2013

Arq. Heidy De la Cruz Soltero
Directora Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

**RE: INSTALACION DE MODULARES Y MEJORAS INTERIORES
TORRE NORTE MINILLAS**

Estimada Arq. De la Cruz:

El pasado miércoles, 3 de julio de 2013, el Arq. Félix Vizcaya nos solicitó una reunión para revisar los *Punch List* de los Pisos 7 & 17, el cual se llevó a cabo durante la tarde.   También revisamos las áreas de construcción de los Pisos 3, 4 & 9.   En esta reunión, acordamos volver hacer una reunión para esta semana para coordinar el comienzo de las actividades, la movilización de personal y subcontratistas estableciendo la fecha de terminación de los trabajos.

A continuación incluimos detalles de status de cada proyecto, trabajos pendientes de construcción, balance de pagos y terminación final de las obras contratadas a Aireko:

**AEP 1120V Piso 14:**

| | |
|---|---|
| Trabajos Pendientes: | Ninguno. |
| Status del Proyecto: | AEP aprobó la aceptación final el 29 de agosto de 2013. Ver copia incluida. |
| Balance Pendiente: | Pago final Certificación #7 - $70,411.75. El 28 de septiembre de 2012, la Autoridad de Edificios Públicos recibió la carta de recomendación de la inspección contratada VMF & Associates. |

**AEP 1120X Piso 7:**

| | |
|---|---|
| Trabajos Pendientes: | Instalación Sistema de Modulares oficinas, listos para instalar. Están incluidos en la orden de cambio #2 aprobada por la AEP 18 de abril de 2012. Véase copia incluida. |
| Status del Proyecto: | AEP aprobó la aceptación sustancial el 9 de mayo de 2012.  El Punch List fue corregido.  Ver copia incluida. |
| Balance Pendientes: | Monto del contrato  pendiente por facturar: $28,307.31. Retenido por facturar  $64,948.94. |

PLAN IT. BUILD IT. SERVICE IT.

*Arq. Heidy De la Cruz Soltero*
*Directora Área de Desarrollo de Proyectos*
*10 de julio de 2013*
*Página 2*

## AEP 1120M Piso 17:

**Trabajos Pendientes:**  a) Completar la instalación Sistema Modulares oficinas, listos para instalar. Están incluidos en la orden de cambio #2 aprobada por la AEP el 12 de abril de 2012. Ver copia incluida,
b) *Topping* escaleras desde Piso 17 a la azotea.
c) Pintura en paredes desde Piso 17 a la azotea.
d) Pintura epóxica en la escalera desde Piso 17 a la azotea.
e) Pintura en pasamanos de escaleras desde Piso 17 a la azotea.
f) Terminación sistema de impermeabilización en el techo.

**Status del Proyecto:**  AEP aprobó la aceptación sustancial el 20 de abril de 2012. El Punch List tenemos los ítems (5, 11, 12, 14 y 18) por corregir. Ver copia incluida.

**Balance de Pagos:**  Monto del contrato pendiente por facturar $42,918.59.
Retenido por facturar $54,314.40.

## AEP 1120W – Pisos 3 & 9:

**Trabajos Pendientes:**  Completar los trabajos en el Piso 3. Coordinar inspección del Piso 4 para determinar y coordinar el comienzo de los trabajos en el Piso 4, según enmienda firmada por ambas partes AEP y Aireko el 22 de enero de 2013. Véase copia incluida.

**Status del Proyecto:**  Los Pisos 3 & 9 – trabajo realizado en un 33% a mayo de 2012. Trabajos pendientes por realizar en un 67%. Aireko Construction tiene un inventario de materiales y herramientas de construcción almacenado en los Pisos 3 & 9.

El 8 de marzo de 2012, AEP solicito una enmienda al contrato suscrito con Aireko con el propósito de relocalizar la ubicación de los trabajos del Piso 4 al Piso 9 de la Torre Norte sin afectar el ámbito de trabajo. Véase copia incluida. Los trabajos en el piso 9 se comenzaron el 24 de abril de 2012, según orden de proceder del 23 de abril de 2012. Ver copia incluida.

El 22 de enero de 2013, AEP nuevamente solicita una enmienda al contrato a los efectos de regresar a relocalizar el Piso 9 a su ubicación original en el Piso 4. La AEP reconoce que al reubicar el Proyecto a su piso original requiere un cambio al ámbito de trabajo y al tiempo de construcción y que este cambio será realizado luego de reabrir y ambas partes puedan realizar una inspección del piso 4 para determinar las condiciones existentes del piso. Véase copia incluida.

**Balance de Pagos:**  Certificación #2B trabajos realizado en los Pisos 3 & 9 al 31 de mayo de 2012. Total certificación aprobado por AEP $261,782.57 pendiente de pago desde 24 de agosto de 2012.

PLAN IT. BUILD IT. SERVICE IT.



*Arq. Heidy De la Cruz Soltero*
*Directora Área de Desarrollo de Proyectos*
*10 de julio de 2013*
*Página 3*

Es nuestro interés culminar con nuestros compromisos contractuales una vez se atiendan los asuntos y pagos pendientes de los Pisos 7, 17, la construcción de los Pisos 3 & 4 y el cuadre final de los trabajos realizados en el Piso 9.

Estamos disponibles para realizar la reunión de coordinación con usted y su equipo de trabajo para atender los asuntos antes mencionado a la mayor brevedad posible.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: F. Vizcaya - AEP
   J. Girona - AEP
   G. Crespo - AEP
   P. López - Aireko
   K. Báez - Aireko

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

*Steven L. Roman*

16 dic 12

**GOBIERNO DE PUERTO RICO**
**AUTORIDAD DE EDIFICIOS PUBLICOS**
**SAN JUAN, PUERTO RICO**

**ENMIENDA A ACUERDO DE PAGO A SUPLIDOR**
**INSTALACION SISTEMA MODULAR OFICINAS**
**Y MEJORAS INTERIORES PISO 3-9**

Anejo 14

-------------------------------------COMPARECEN-------------------------------------

**De la primera parte:** La **AUTORIDAD DE EDIFICIOS PUBLICOS**, ID. No. 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, mediante la autoridad conferida por la Ley Número 56 de 19 de junio de 1958, según enmendada, en este acto representada por su Sub-Director Ejecutivo, Leonardo J. Torres Berrios, mayor de edad, casado, vecino de Guaynabo, Puerto Rico. En adelante denominada la "AEP", -------------------------------------------------------------------------------------

**De la Segunda Parte: AIREKO CONSTRUCTION CORP.**, IRS No.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, una corporación organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales en Caguas, Puerto Rico, en este caso representado por su Presidente , Paulino R. Lopéz, mayor de edad, casado, residente de San Juan, Puerto Rico, en adelante denominado como "el Contratista".-------------------------------------

**De la Tercera Parte: INTEGRATED DESIGN SOLUTION**, IRS No.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, una corporación organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales es Guaynabo, Puerto Rico, en este caso representado por su Presidente, el Sr. David Rodríguez, mayor de edad, casado, residente de Guaynabo, Puerto Rico, en adelante denominada "IDS".-------------------------------------------------



----Las partes expresan tener y aseguran tener la capacidad necesaria para comparecer en este acuerdo. ------------------------------------------------------------------------------

-------------------------------------EXPONEN-------------------------------------

**PRIMERO:** El 12 de noviembre de 2012, la Autoridad de Edificios Públicos (en adelante, AEP) suscribió junto a Aireko Construction Corp. (en adelante, Aireko) y Integrated Design Solutions (en adelante, IDS) el acuerdo titulado "Acuerdo de Pago a Suplidor Instalación Sistema Modular Oficinas y Mejoras Interiores Piso 3-9".-------------------------

**SEGUNDO:** Como parte del acuerdo, la AEP se comprometió a realizar un pago por la cantidad de trescientos cuarenta y cinco mil doscientos setenta con sesenta ($345,270.67) a IDS por concepto de suplido de sillas, estaciones, modulares, mesas de conferencia y archivos móviles para el proyecto denominado como AEP-1120W. Lo

anterior, como parte del reconocimiento de una deuda bajo el Artículo 1489 del Código Civil de Puerto Rico. ------------------------------------------------------------------------------

**TERCERO:** Conforme al mencionado acuerdo IDS tendría un término de cinco (5) días laborables para hacer entrega de los equipos ya fuera total o parcialmente.----------------

**CUARTO:** Que el pago a ser realizado por la AEP a IDS se emitiría tan pronto la AEP contara con los equipos mencionados en el acuerdo y según especificados en la factura 36-011. ----------------------------------------------------------------------------------------

**QUINTO:** Debido a la falta de espacio para almacenar y/o colocar los equipos la AEP se ha visto imposibilitada de aceptar todos los equipos según detallados en la factura 36-011. En consecuencia, parte de los equipos permanecen depositados en la Calle Este 1 #15 Rio Plantation, Bayamón. ----------------------------------------------------------------------

**QUINTO:** Por tanto, en virtud a lo anteriormente expresado las partes libre y voluntariamente han modificado los siguientes:----------------------------------------------------

------------------------------**TERMINOS Y CONDICIONES**----------------------------------

**UNO:** El 12 de noviembre de 2012, las partes comparecientes suscribieron el Acuerdo de Pago a Suplidor Instalación Sistema Modular de Oficinas y Mejoras Interiores Piso 3-9. ---------------------------------------------------------------------------------------------



**DOS:** El 31 de julio de 2012, la AEP recibió parte de los equipos los cuales se encuentran especificados en el "Service/Work Order" y equipo que a su vez forma parte de la factura 36-011. Véase Anejo I. -----------------------------------------------------

**TRES:** La AEP espera recibir una o varias entregas de los equipos especificados en la factura 36-011. No obstante, por falta de áreas para su almacenamiento y/o utilización, parte de los equipos permanecerán ubicados en el almacén ubicado en la Calle Este 1 #15 Rio Plantation, Bayamón.----------------------------------------------------------------------

**CUATRO:** Para fines de emitir el pago a IDS, la AEP y/o un representante autorizado certificará los equipos que han sido recibidos, así también, certificará el recibo parcial y/o total de los equipos que se encuentran en estos momentos en el mencionado almacén. A la firma de la presente enmienda al acuerdo los equipos recibidos por la AEP son los incluidos en el "Service/Work Order" del 31 de julio de 2012. --------------------

**QUINTO:** Por otra parte, los equipos que permanecen en el almacén son aquellos que no fueron recibidos el 31 de julio de 2012 y los cuales no se encuentran marcados como recibidos en el "Manifest Report" el cual se hace formar parte de esta enmienda al acuerdo. ------------------------------------------------------------------------------------------

**SEIS**: Personal del Área de Desarrollo de Proyectos ha corroborado que los equipos continúan depositados en el Almacén especificado en el párrafo tres. ------------------------

**SIETE:** IDS se compromete a mantener y proteger los equipos depositados en el almacén como condición para recibir el pago total de los equipos. También se compromete a permitir el acceso de la AEP a dicho almacén para corroborar que los equipos se encuentran completos y en buen estado. ---------------------------------------

**OCHO:** IDS será responsable de mantener vigente la Póliza Núm. 560269998 ("Material on Site"), suplida por Universal Insurance, por la cantidad de $415,000.00, mientras el equipo esté bajo su custodia. -------------------------------------------------------------

**NUEVE:** Los costos relacionados al almacenaje y seguridad de los equipos serán responsabilidad de IDS. -----------------------------------------------------------------

**DIEZ:** Todos los demás términos y condiciones del Acuerdo de Pago a Suplidor Instalación Sistema Modular de Oficinas y Mejoras Interiores Piso 3-9 permanecen en completo vigor a menos que resulte incompatibles con los aquí transcrito. ----------------

**ONCE:** Que este acuerdo se ha suscrito en virtud al Artículo 1489 del Código Civil y no como un proceso de pago de certificación. Por tanto, todos los documentos incluidos son para demostrar que los equipos fueron adquiridos en relación al proyecto AEP-1120W.----------------------------------------------------------------------------------

**DOCE:** Las partes comparecientes aceptan que la Enmienda al Acuerdo de Pago a Suplidor fue redactado en los términos y condiciones por ellos acordados. En virtud de esto libre y voluntariamente procedemos a firmar. -------------------------------------

----Y PARA QUE ASI CONSTE: firmo la presente en San Juan, Puerto Rico a _14_ de diciembre de 2012.--------------------------------------------------------

Paulino R. López
Presidente
Aireko Construction Corp.

Leonardo J. Torres Berrios
Sub-Director Ejecutivo
Autoridad de Edificios Públicos

Sr. David Rodríguez
Presidente
Integrated Design Solutions

APROBADO EN CUANTO
A REDACCION LEGAL
FECHA: 14-dic-2012

**AEP** ESTADO LIBRE ASOCIADO DE PUERTO RICO
Autoridad de Edificios Públicos
**AUTORIDAD DE EDIFICIOS PÚBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT $93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

42000367

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 36-011 | JUL./2012 ACUERDO PAGO | 15-01-13 | 345,270.67 | 0.00 | 345,270.67 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 31-JAN-13 | 42000367 | INTEGRATED DESIGN SOLUTIONS, INC. | 0.00 | $*******345,270.67 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

**AEP** ESTADO LIBRE ASOCIADO DE PUERTO RICO
Autoridad de Edificios Públicos
**AUTORIDAD DE EDIFICIOS PÚBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT $93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

101—211
215
42000367
31—JAN—13

$*******345,270.67

PAY TO THE
ORDER OF *INTEGRATED DESIGN SOLUTIONS, INC.*

*Three Hundred Forty—Five Thousand
Two Hundred Seventy and 67/100 Dollars*

BANCO GUBERNAMENTAL DE FOMENTO
PO BOX 42001
SAN JUAN, PR 00940—2001

VALID FOR SIX MONTHS ONLY

000001

Anejo 15

AIREKO   P.O. Box 2128 S.J PR 00922-2138

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**December 12, 2014**

Date   12-Dec-14

INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB. ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN

PISO 7
CONTRACT NO. C-00031(11-12)

PROJECT# 1120X

2012267-170
PISO 7
PROJECT# 1120X

| Work Performed Invoices | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice # | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
| AI-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | $ - | $ - | $ - | $ - | 26,486.38 |
| AI-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| **Final Total** | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | 93,846.24 |
| | | | | | | | | | - |
| | | | | | | | | | - |

| | | |
|---|---|---|
| Contract Amount | $ | 1,258,155.00 |
| Change order | $ | 59,612.95 |
| Adjusted Contract Amount | $ | 1,317,767.95 |
| Total Net Invoiced | $ | 1,317,767.95 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,317,767.95 |

2

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

Phone: 787-653-6300
Fax: 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-08056** |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**   Autoridad Edificios Públicos
San Juan PR

**Job:**   201267-170

**Attn:**   Ing. Gerardo Crespo

**Contract No.:**  C-0031 (11-12)
**Project:**       1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| | 1 | Each | none | 10,353.61 | 10,353.61 |
| Intereses devengados hasta 08/31/2015 por facturas vencidas | | | | | |

| | | |
|---|---|---|
| **Subtotal:** | | **$10,353.61** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$10,353.61** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

PO Box 2128 San Juan PR 00922-2128

## AUTORIDAD DE EDIFICIOS PUBLICOS
## STATEMENT OF ACCOUNT
## August 31, 2015

INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB, ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN

**PISO 7**
**PROJECT# 1120X**
CONTRACT NO. C-00031(11-12)

Date 31-Aug-15

| 2012287-170 PISO 7 PROJECT# 1120X | Work Performed Invoices # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | A1-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | - | - | - | - | 26,486.38 |
| | A1-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | - | - | - | - | 67,359.86 |
| **Final Total** | | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | $ 93,846.24 |

| | |
|---|---|
| Contract Amount | $ 1,258,155.00 |
| Change order | $ 59,612.95 |
| Adjusted Contract Amount | $ 1,317,767.95 |
| Total Net Invoiced | $ 1,317,767.95 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,317,767.95 |

2



**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 7**
**Contract No. C00031 (2011-2012)**

| No. Cert. | Periodo | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por día | A la fecha | 8/31/2015 Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to 31-Aug-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.47 | 2,966.47 |
| 2 | 1-Aug-13 | to 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |

$ 10,353.61

Date: _____ 16-Sep-15

Preparado por: _____ Yadinell Vázquez Figueroa

Revisado por: _____ Cristina Bonet Álvarez

AIREKO
P.O. Box 2128 SJ PR 00922-2138

**AUTORIDAD DE EDIFICIOS PÚBLICOS**
**STATEMENT OF ACCOUNT**
**December 12, 2014**

Date | 12-Dec-14

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17
PROJECT# 1120M
CONTRACT NO. C-00035(11-12)

| 2012170-170 PISO 17 PROJECT# 1120M | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | | | |
| Invoice # | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
| AL24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| AL-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| AL24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | 97,233.00 |

| | |
|---|---|
| Contract Amount | $ 1,130,856.00 |
| Change order | $ 33,025.67 |
| Adjusted Contract Amount | $ 1,163,881.67 |
| Total Net Invoiced | $ 1,163,881.67 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| **Grand Total** | $ 612,395.87 | $ - | $ - | $ - | $ - | $ 612,395.87 |

3

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-08057** |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**   Autoridad Edificios Públicos
San Juan PR

**Job:**   201270-170

**Attn:**   Ing. Gerardo Crespo

**Contract No.:**  C-00035 (11-12)
**Project:**   1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| | 1 | Each | none | 7,859.03 | 7,859.03 |
| Intereses devengados hasta 08/31/2015 por facturas vencidas | | | | | |

| | | |
|---|---|---|
| **Subtotal:** | | $7,859.03 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $7,859.03 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



**AIREKO**

PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**August 31, 2015**

Date: 31-Aug-15

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF., NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17
PROJECT# 1120M
CONTRACT NO. C-00035(11-12)

| | # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | | |
| 2012TO-170 | AI-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | $ 29,529.06 |
| PISO 17 | AI-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M | AI-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

| | |
|---|---|
| Contract Amount | $ 1,130,856.00 |
| Change order | $ 33,025.67 |
| Adjusted Contract Amount | $ 1,163,881.67 |
| | |
| Total Net Invoiced | $ 1,163,881.67 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 612,395.87 | $ - | $ - | $ - | $ - | $ 612,395.87 |

3



**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 17**
**Contract No. C00031 (2011-2012)**

| No. Cert. | Periodo | | | Work Performed | Retainage | Certificaciones Cantidad | Fecha de Entrega | Documento Entrega | Vencimiento | Pago Fecha | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | | 29,529.06 | 666 | 4.92 | 3,277.73 | 3,277.73 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 504.47 | 3,782.19 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | | | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | | | | | |
| 4 | | to | | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 60,248.77 | 406 | 10.04 | 4,076.83 | 7,859.03 |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

8/31/2015

45

$ 7,859.03

Date:                    16-Sep-15

Preparado por: _____
                    Yadinell Vázquez Figueroa

Revisado por: _____
                    Cristina Borri