# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*, Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS and Main Docket 17 BK 3283-LTS** |

### AMENDED SIXTEENTH SUPPLEMENTAL VERIFIED STATEMENT OF THE AD HOC GROUP OF PREPA BONDHOLDERS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**"), and the *Order Further Amending Case Management Procedures* (the **Case Management Order**") [Case No. 17-3283, Dkt. No. 20190], this amended supplemental verified statement (the "**Amended Sixteenth Supplemental Statement**") is submitted by certain holders (the "**Ad Hoc Group of PREPA Bondholders**" or the "**Ad Hoc

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Group**") of Power Revenue Bonds and Power Revenue Refunding Bonds (collectively, the "**Bonds**") issued by the Puerto Rico Electric Power Authority ("**PREPA**") under a trust agreement between PREPA and U.S. Bank National Association, as successor trustee, dated January 1, 1974, as amended and supplemented, in connection with the case ("**PREPA Title III Case**") commenced by the above-captioned debtor on July 2, 2017 under Title III of PROMESA.

In support of the Amended Sixteenth Supplemental Statement, the Ad Hoc Group respectfully states as follows:

1. As of the date of this Amended Sixteenth Supplemental Statement, in this Title III Case, the undersigned represent the Ad Hoc Group (each holder in the Ad Hoc Group, a "**Member**").

2. On or about June 26 and June 27, 2014, certain funds managed or advised by OppenheimerFunds, Inc. ("**Oppenheimer**") and Franklin Advisers, Inc. ("**Franklin**") retained Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") to challenge as unconstitutional the recently passed and soon to be enacted Puerto Rico Debt Enforcement and Recovery Act. Over the course of the next two months, certain holders of Bonds, including Franklin and Oppenheimer, contacted and then engaged Kramer Levin to represent a group of holders in connection with a potential restructuring of the Bonds. From time to time thereafter, certain additional holders of the Bonds have joined the Ad Hoc Group.

3. On August 2, 2017, counsel to the Ad Hoc Group submitted the *Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Bankruptcy Rule 2019* [Case No. 17-4780, Dkt. No. 164]. On November 7, 2017, counsel to the Ad Hoc Group submitted the *First Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 407]. On December 13, 2017, counsel to the Ad Hoc Group submitted the *Second Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure*

2

*2019* [Case No. 17-4780, Dkt. No. 490]. On February 6, 2018, counsel to the Ad Hoc Group submitted the *Third Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 633]. On August 15, 2018, counsel to the Ad Hoc Group submitted corrected versions of the Verified Statement, the Second Supplemental Verified Statement and the Third Supplemental Verified Statement [Case No. 17-4780, Dkt. Nos. 939, 941 and 940, respectively]. On September 11, 2018, counsel to the Ad Hoc Group submitted the *Fourth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 959]. On November 29, 2018, counsel to the Ad Hoc Group submitted the *Fifth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1037]. On May 10, 2019, counsel to the Ad Hoc Group submitted the *Sixth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1237]. On August 23, 2019, counsel to the Ad Hoc Group Submitted the *Seventh Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1610]. On November 13, 2019, counsel to the Ad Hoc Group submitted the *Eighth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1735]. On November 27, 2019, counsel to the Ad Hoc Group submitted the *Ninth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1789]. On January 21, 2020, counsel to the Ad Hoc Group submitted the *Tenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1871]. On March 3, 2020, counsel to the Ad Hoc Group submitted the

*Eleventh Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 1926]. On July 3, 2020, counsel to the Ad Hoc Group submitted the *Twelfth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 2043]. On April 30, 2021, counsel to the Ad Hoc Group submitted the *Thirteenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 2470]. On February 22, 2022, counsel to the Ad Hoc Group submitted the *Fourteenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 2721]. On April 20, 2022, counsel to the Ad Hoc Group submitted the *Fifteenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 2782] (the "**Fifteenth Supplemental Statement**").[2] On February 23, 2023, counsel to the Ad Hoc Group submitted the *Sixteenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Case No. 17-4780, Dkt. No. 3271] (the "**Sixteenth Supplemental Statement**"). Counsel to the Ad Hoc Group submits this Amended Sixteenth Supplemental Statement to update the disclosable economic interests currently held by Members of the Ad Hoc Group.

4. The Members of the Ad Hoc Group hold, or are the investment advisors or managers of funds or accounts that hold, approximately $3.9 billion in aggregate principal

---

[2] The Ad Hoc Group files this Amended Sixteenth Supplemental Statement to note that the Ad Hoc Group's holdings in the Fifteenth Supplemental Statement were overstated. Certain amounts held by Syncora Guarantee, Inc. ("**Syncora**"), which is owned by funds managed by GoldenTree Asset Management LP, were inadvertently included twice, totaling approximately $77 million in overstated holdings in the Fifteenth Supplemental Statement. Syncora's holdings were not included in the Sixteenth Supplemental Statement, nor are they included in the Amended Sixteenth Supplemental Statement.

4

amount of the uninsured Bonds, including approximately $369.5 million in aggregate principal amount of Monoline Matured Bonds (as defined in Exhibit A hereto), and approximately $206 million in aggregate principal amount of the insured Bonds, both as of February 16, 2023.[3] In accordance with Bankruptcy Rule 2019 and the Case Management Order, the address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibit A. The information contained in Exhibit A is based upon information provided by the Members to Kramer Levin and is subject to change.

5. As of the date of this Amended Sixteenth Supplemental Statement, the undersigned represent only the Ad Hoc Group in connection with the PREPA Title III Case and does not represent or purport to represent any other entities with respect to PREPA's Title III Case. In addition, each Member of the Ad Hoc Group (a) does not assume any fiduciary or other duties to any other creditor or person and (b) does not purport to act, represent or speak on behalf of any other entities in connection with the PREPA Title III case.

6. Nothing contained in this Amended Sixteenth Supplemental Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against or interests in PREPA held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

7. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

---

[3] Funds managed by GoldenTree Asset Management LP own Syncora ~~Guarantee, Inc. ("**Syncora**")~~ which has insured or owns claims relating to approximately $178 million of PREPA bonds that are not included in the amounts listed in this Amended Sixteenth Supplemental Statement. Syncora's holdings had been included previously in the Fifteenth Supplemental Statement.

8. The undersigned reserve the right to amend or supplement this <u>Amended</u> Sixteenth Supplemental Statement.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, February ~~23~~24, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>/s/ Manuel Fernández-Bared<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204204<br>E-mail: mfb@tcm.law<br><br>/s/ Linette Figueroa-Torres<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227104<br>E-mail: lft@tcm.law<br><br>/s/ Nayda Perez-Roman<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Amy Caton*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>ALICE J. BYOWITZ*<br>Email: acaton@kramerlevin.com<br>       tmayer@kramerlevin.com<br>       abyowitz@kramerlevin.com<br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

**Exhibit A**

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] ||
|---|---|---|---|---|
| | | | Bonds[3] ||
| **BlackRock Financial Management, Inc.**, on behalf of accounts managed or advised by it. | 40 East 52nd Street New York, NY 10022 | **PREPA** (Puerto Rico Electric Power Authority) | 2012 SER A | $61,695,000 |
| | | | 2023 SER A | 1,970,000 |
| | | | 2013 SER A | 85,900,000 |
| | | | 2016 SER A-1 | 1,275,072 |
| | | | 2016 SER A-2 | 6,432,789 |
| | | | 2016 SER A-3 | 14,040,455 |
| | | | 2016 SER B-3 | 14,040,454 |
| | | | 2016 SER C-1 | 38,585,000 |
| | | | 2016 SER C-2 | 38,590,000 |
| | | | 2016 SER C-3 | 3,840,000 |
| | | | 2016 SER C-4 | 3,962,000 |
| | | | 2016 SER D-1 | 12,917,500 |
| | | | 2016 SER D-2 | 5,270,280 |

[1] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Debtors.

[2] To the best of counsel's knowledge, the information included herein is accurate as of February 16, 2023. The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of February 16, 2023.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 12 of the Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of COFINA (the "**COFINA Plan**"), Case No. 17-3284 [ECF No. 561], all COFINA bonds were canceled on February 12, 2019. Members of the Ad Hoc Group may hold new COFINA securities issued under the COFINA Plan.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 28 of the Order and Judgment Confirming Modified Eight Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority (the "**Commonwealth Plan**"), Case No. 17-3283 [ECF No. 19813], all GO, ERS, and PBA bonds were canceled on March 15, 2022. Members of the Ad Hoc Group may hold new Commonwealth, ERS, or PBA securities issued under the Commonwealth Plan.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 16 of the Order and Judgment Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (the "**HTA Plan**"), Case No. 17-3567 [ECF No. 1415], all HTA bonds were canceled on December 6, 2022. Members of the Ad Hoc Group may hold new HTA securities issued under the HTA Plan.

[3] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of the CABs at their accreted principal amount, calculated as of February 16, 2023, and not the amount due upon maturity.

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[3] | |
| | | | 2007 SER TT | 18,840,000 |
| | | | 2007 REF-SER UU | 23,450,000 |
| | | | 2007 REF-LIBOR-SER UU | 20,030,000 |
| | | | 2008 SER WW | 60,655,000 |
| | | | 2010 SER XX | 96,190,000 |
| | | | 2010 REF-SER ZZ | 50,125,000 |
| | | | 2010 SER AAA | 55,090,000 |
| | | | 2010 SER CCC | 22,140,000 |
| | | | 2010 REF-SER DDD | 4,705,000 |
| | | | 2016 SER D-4 | 7,500,000 |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 20,445,000 |
| | | | 2010 SER BBB | 13,550,000 |
| | | | 2003 SER NN | 2,100,000 |
| | | | 2007 REF SER V V | 6,440,000 |
| | | | 2016 SER B-1 | 1,275,072 |
| | | | 2016 SER B-2 | 6,432,788 |
| | | | 2016 SER D-3 | 12,917,500 |
| | | | **Total** | **$710,403,910** |
| **Franklin Advisers, Inc.**, on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **PREPA** (Puerto Rico Electric Power Authority) | Power Rev 2007 UU | $5,000,000 (Insured) |
| | | | Power Rev 2007 VV | 31,985,000 (Insured) |
| | | | Power Rev Series 2008 WW | 36,580,000 |
| | | | Power Rev Series 2010 XX | 62,980,000 |
| | | | Power Rev Series 2012 A | 48,925,000 |
| | | | Power Rev Series 2013 A | 151,485,000 |
| | | | Power Rev Series 2016 A-4 | 7,101,766 |
| | | | Power Rev Series 2016 B-4 | 7,101,765 |
| | | | Power Rev Series 2016 E-4 | 2,589,499 |
| | | | Power Rev Series E-1 | 7,768,493 |
| | | | Power Rev Series E-2 | 7,768,493 |
| | | | Power Rev Series E-3 | 2,589,500 |
| | | | **Total** | **$371,874,516** |
| **GoldenTree Asset** | 300 Park | **PREPA** | 2005 REF-SER SS | $52,080,000* |

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] |  |
|---|---|---|---|---|
| | | | Bonds[3] | |
| **Management LP, on behalf of funds and/or accounts managed or advised by it.**[4][5] | Avenue, 21st Floor New York, NY 10021 | (Puerto Rico Electric Power Authority) | 2002 SER LL | 77,905,000* |
| | | | 2002 REF-SER MM | 4,825,000* |
| | | | 2005 SER RR | 22,410,000* |
| | | | 2003 SER NN | 47,725,000* |
| | | | 2007 REF-SER UU | 29,485,000* |
| | | | 2003 SER NN | 10,435,000 |
| | | | 2007 REF-SER UU | 26,070,000 |
| | | | 2007 SER TT | 61,224,000 |
| | | | 2010 SER CCC | 43,975,000 |
| | | | 2016 SER C-3 | 125,000 |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 3,615,000 |
| | | | 2010 REF-SER ZZ | 78,890,000 |
| | | | 2016 SER A-3 | 225,000 |
| | | | 2016 SER B-3 | 225,000 |
| | | | 2008 SER WW | 102,340,000 |
| | | | 2010 SER AAA | 88,056,000 |
| | | | 2010 SER XX | 82,423,600 |
| | | | 2010 REF-SER DDD | 12,479,000 |
| | | | 2016 SER C-1 | 620,000 |
| | | | 2016 SER C-2 | 620,000 |
| | | | 2013 SER A | 116,490,000 |
| | | | 2016 SER E-4 | 1,456,031 |

---

*Indicates holdings of formerly insured Bonds that a Bond insurer acquired all rights to as a result of payments it made under its insurance policies and then sold, assigned, and transferred all of its rights, claims and interests arising from or on account of such Bonds or policy payments to certain Members of the Ad Hoc Group (the "Monoline Matured Bonds")[4] Funds managed by GoldenTree Asset Management LP own Syncora which has insured or owns claims relating to approximately $178 million of PREPA bonds that are not included in the amounts listed in this Amended Sixteenth Supplemental Statement. Syncora's holdings had been included previously in the Fifteenth Supplemental Statement. Syncora's holdings of 2002 REF-SER JJ and 2005 SER QQ Bonds were inadvertently double counted in the Fifteenth Supplemental Statement, resulting in an overstatement in holdings of approximately $77 million in the Fifteenth Supplemental Statement.

*Indicates holdings of formerly insured Bonds that a Bond insurer acquired all rights to as a result of payments it made under its insurance policies and then sold, assigned, and transferred all of its rights, claims and interests arising from or on account of such Bonds or policy payments to certain Members of the Ad Hoc Group (the "Monoline Matured Bonds").

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | Bonds[3] | |
| | | | 2016 SER E-3 | 1,472,317 |
| | | | 2012 SER A | 38,434,700 |
| | | | 2016 SER D-4 | 2,500,000 |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SE | 3,065,000 |
| | | | 2007 REF-SER V V | 3,155,000 |
| | | | 2016 SER E-2 | 5,576,838 |
| | | | 2016 SER E-1 | 5,576,840 |
| | | | 2016 SER D-2 | 6,000,000 |
| | | | 2016 SER A-4 | 6,644,116 |
| | | | 2016 SER-B4 | 7,046,493 |
| | | | 2007 REF-LIBOR-SER UU | 40,045,000 |
| | | | 2010 SER BBB | 9,469,000 |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 12,955,000 |
| | | | **Total** | **$1,005,638,935** |
| **Invesco Advisers, Inc.**, as investment adviser/agent on behalf of certain funds and/or accounts advised by it | 350 Linden Oaks, Rochester, NY 14625 | **PREPA** (Puerto Rico Electric Power Authority) | 2004 REF-SER PP | $4,525,000 (Insured) |
| | | | 2007 REF-SER V V | 99,665,000 (Insured) |
| | | | 2005 SER RR | 15,800,000 (Insured) |
| | | | 2005 REF-SER SS | 16,955,000 (Insured) |
| | | | 2007 SER TT-NATL-IBC | 225,000 (Insured) |
| | | | 2007 SER TT- | 435,000 (Insured) |
| | | | 2003 SER NN | 1,240,000 (Insured) |
| | | | 2007 REF-SER UU | 10,305,000 (Insured) |
| | | | 2005 SER RR-AGC-ICC | 255,000 (Insured) |
| | | | 2010 REF-SER DDD | 40,000 (Insured) |
| | | | 2008 SER WW-AGC-ICC | 500,000 (Insured) |
| | | | 2007 SER TT-AGM-CR | 110,000 (Insured) |
| | | | 2012 SER A | 59,765,000 |
| | | | 2013 SER A | 63,400,000 |
| | | | 2003 SER NN | 360,000 |
| | | | 2016 SER A-4 | 11,859,000 |
| | | | 2016 SER-B4 | 14,859,000 |

5

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | **Bonds[3]** | |
| | | | 2016 SER E-1 | 12,631,000 |
| | | | 2016 SER E-2 | 15,087,000 |
| | | | 2016 SER E-3 | 5,415,000 |
| | | | 2016 SER E-4 | 5,931,000 |
| | | | 2007 SER TT | 42,460,000 |
| | | | 2007 REF-SER UU | 6,740,000 |
| | | | 2007 REF-LIBOR-SER UU | 6,300,000 |
| | | | 2007 REF-SER VV | 1,575,000 |
| | | | 2008 SER WW | 57,100,000 |
| | | | 2010 SER XX | 80,804,000 |
| | | | 2010 REF-SER ZZ | 42,510,000 |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 1,200,000 |
| | | | 2010 SER AAA | 23,345,000 |
| | | | 2010 SER CCC | 35,955,000 |
| | | | 2010 REF-SER DDD | 27,425,000 |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 895,000 |
| | | | 2008 SER WW | 1,000,000 |
| | | | **Total** | **$666,671,000** |
| **Nuveen Asset Management, LLC**, as investment adviser on behalf of certain funds/accounts, severally and not jointly. | 333 W Wacker Dr. Chicago, IL 60606 | **PREPA** (Puerto Rico Electric Power Authority) | PUERTO RICO ELEC PWR AUTH 16A-4-RSA-1 | $1,000,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 03NN | 8,400,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 05SS | 660,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 07TT | 111,977,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 07VV | 2,565,000 (Uninsured) |
| | | | PUERTO RICO ELEC PWR AUTH REV 07VV | 19,590,000 (Insured) |
| | | | PUERTO RICO ELEC PWR AUTH REV 08WW | 85,835,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10AAA | 110,765,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10CCC | 78,746,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10DDD | 8,565,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10EEE | 134,665,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10XX | 120,850,000 |

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] |  |
|---|---|---|---|---|
|  |  |  | Bonds[3] |  |
|  |  |  | PUERTO RICO ELEC PWR AUTH REV 10YY BAB | 133,100,000 |
|  |  |  | PUERTO RICO ELEC PWR AUTH REV 10ZZ | 92,964,000 |
|  |  |  | PUERTO RICO ELEC PWR AUTH REV 12A | 128,973,000 |
|  |  |  | PUERTO RICO ELEC PWR AUTH REV 13A | 82,228,000 |
|  |  |  | PUERTO RICO ELEC PWR AUTH REV 16C-4 | 2,000,000 |
|  |  |  | Total | $1,122,883.00 |
| **Taconic Capital Advisors L.P.**, as investment adviser on behalf of certain funds/accounts, severally and not jointly. | 280 Park Avenue, 5th Floor, New York, NY 10017 | **PREPA** (Puerto Rico Electric Power Authority) | 2010 REF-SER ZZ | $10,405,000 |
|  |  |  | 2013 SER A | 3,100,000 |
|  |  |  | 2016 SER A-4 | 3,293,263 |
|  |  |  | 2016 SER D-2 | 5,000,000 |
|  |  |  | 2016 SER D-4 | 7,270,280 |
|  |  |  | 2010 SER AAA | 250,000 |
|  |  |  | 2010 SER CCC | 840,000 |
|  |  |  | 2007 SER TT | 9,090,000 |
|  |  |  | 2010 REF-SER DDD | 3,240,000 |
|  |  |  | 2010 BUILD AMERICA BONDS-TAXABLE-SE | 2,720,000 |
|  |  |  | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 400,000 |
|  |  |  | 2008 SER WW | 770,000 |
|  |  |  | 2012 SER A | 1,400,000 |
|  |  |  | 2010 SER BBB | 2,610,000 |
|  |  |  | 2005 REF-SER SS | 37,055,000* |
|  |  |  | 2007 REF-SER UU | 17,995,000* |
|  |  |  | 2002 REF-SER MM | 5,160,000* |
|  |  |  | Total | $110,598,543 |
| **Whitebox Advisors LLC**, as investment adviser on behalf of certain funds/accounts, severally and not | 3033 Excelsior Blvd, Suite 500, Minneapolis, MN 55416 | **PREPA** (Puerto Rico Electric Power Authority) | 2016 SER D-2-RSA-1 | $3,000,000 |
|  |  |  | 2007 SER TT-RSA-1 | 1,660,000 |
|  |  |  | 2008 SER WW-RSA-1 | 12,125,000 |
|  |  |  | 2010 SER XX-RSA-1 | 2,455,000 |
|  |  |  | 2010 BABS-SER EEE-RSA-1 | 13,970,000 |

7

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] |  |
|---|---|---|---|---|
| | | | **Bonds[3]** | |
| jointly. | | | 2007 REF-SER UU-RSA-1 | 3,370,000 |
| | | | 2007 REF-LIBOR-SER UU-RSA-1 | 8,200,000 |
| | | | 2007 REF-SER UU | 15,000,000* |
| | | | 2005 REF-SER SS | 37,805,000* |
| | | | 2002 REF-SER MM | 22,055,000* |
| | | | **Total** | **$119,640,000** |

| | |
|---|---|
| **Summary report:** <br> **Litera® Change-Pro for Word 10.14.0.46 Document comparison done on 02/24/2023 4:59:26 PM** ||
| **Style name:** KL_Default ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** <br> KL2-#3326502-v4-PREPA_-_AHG_2019_-_16th_Supplemental.DOCX ||
| **Modified DMS:** dm://KL2/3327423/1 ||
| **Changes:** ||
| Add | 22 |
| Delete | 4 |
| Move From | 1 |
| Move To | 1 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 28 |