**Exhibit A**

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] |
|---|---|---|---|
| | | | Bonds[3] |

---

[1] Each entity listed holds disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries that hold disclosable economic interests, in relation to the Debtors.

[2] To the best of counsel's knowledge, the information included herein is accurate as of February 16, 2023. The amounts set forth herein include only outstanding principal and do not include overdue interest, interest on overdue interest and principal, and accrued interest or other amounts that may be owing under the applicable debt documents and laws. In addition, the amounts set forth herein do not include any disclosable economic interests that are subject to pending trades or other transfers that have not settled or otherwise been closed as of February 16, 2023.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 12 of the Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of COFINA (the "**COFINA Plan**"), Case No. 17-3284 [ECF No. 561], all COFINA bonds were canceled on February 12, 2019. Members of the Ad Hoc Group may hold new COFINA securities issued under the COFINA Plan.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 28 of the Order and Judgment Confirming Modified Eight Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority (the "**Commonwealth Plan**"), Case No. 17-3283 [ECF No. 19813], all GO, ERS, and PBA bonds were canceled on March 15, 2022. Members of the Ad Hoc Group may hold new Commonwealth, ERS, or PBA securities issued under the Commonwealth Plan.

In addition to the disclosable economic interests listed below, it should be noted that pursuant to paragraph 16 of the Order and Judgment Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (the "**HTA Plan**"), Case No. 17-3567 [ECF No. 1415], all HTA bonds were canceled on December 6, 2022. Members of the Ad Hoc Group may hold new HTA securities issued under the HTA Plan.

[3] With respect to any Capital Appreciation Bonds ("**CABs**") held by the members, the amounts disclosed consist of the CABs at their accreted principal amount, calculated as of February 16, 2023, and not the amount due upon maturity.

2

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | Bonds[3] | |
| **BlackRock Financial Management, Inc.**, on behalf of accounts managed or advised by it. | 40 East 52nd Street New York, NY 10022 | **PREPA** (Puerto Rico Electric Power Authority) | 2012 SER A | $61,695,000 |
| | | | 2023 SER A | 1,970,000 |
| | | | 2013 SER A | 85,900,000 |
| | | | 2016 SER A-1 | 1,275,072 |
| | | | 2016 SER A-2 | 6,432,789 |
| | | | 2016 SER A-3 | 14,040,455 |
| | | | 2016 SER B-3 | 14,040,454 |
| | | | 2016 SER C-1 | 38,585,000 |
| | | | 2016 SER C-2 | 38,590,000 |
| | | | 2016 SER C-3 | 3,840,000 |
| | | | 2016 SER C-4 | 3,962,000 |
| | | | 2016 SER D-1 | 12,917,500 |
| | | | 2016 SER D-2 | 5,270,280 |
| | | | 2007 SER TT | 18,840,000 |
| | | | 2007 REF-SER UU | 23,450,000 |
| | | | 2007 REF-LIBOR-SER UU | 20,030,000 |
| | | | 2008 SER WW | 60,655,000 |
| | | | 2010 SER XX | 96,190,000 |
| | | | 2010 REF-SER ZZ | 50,125,000 |
| | | | 2010 SER AAA | 55,090,000 |
| | | | 2010 SER CCC | 22,140,000 |
| | | | 2010 REF-SER DDD | 4,705,000 |
| | | | 2016 SER D-4 | 7,500,000 |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 20,445,000 |
| | | | 2010 SER BBB | 13,550,000 |
| | | | 2003 SER NN | 2,100,000 |
| | | | 2007 REF SER V V | 6,440,000 |
| | | | 2016 SER B-1 | 1,275,072 |
| | | | 2016 SER B-2 | 6,432,788 |
| | | | 2016 SER D-3 | 12,917,500 |
| | | | **Total** | **$710,403,910** |

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] |||
|---|---|---|---|---|---|
| | | | Bonds[3] |||
| **Franklin Advisers, Inc.**, on behalf of accounts managed or advised by it. | One Franklin Parkway, San Mateo, CA 94403 | **PREPA** (Puerto Rico Electric Power Authority) | Power Rev 2007 UU<br>Power Rev 2007 VV<br>Power Rev Series 2008 WW<br>Power Rev Series 2010 XX<br>Power Rev Series 2012 A<br>Power Rev Series 2013 A<br>Power Rev Series 2016 A-4<br>Power Rev Series 2016 B-4<br>Power Rev Series 2016 E-4<br>Power Rev Series E-1<br>Power Rev Series E-2<br>Power Rev Series E-3<br>**Total** | $5,000,000<br>31,985,000<br>36,580,000<br>62,980,000<br>48,925,000<br>151,485,000<br>7,101,766<br>7,101,765<br>2,589,499<br>7,768,493<br>7,768,493<br>2,589,500<br>**$371,874,516** | (Insured)<br>(Insured) |
| **GoldenTree Asset Management LP**, on behalf of funds and/or accounts managed or advised by it.[4] | 300 Park Avenue, 21st Floor New York, NY 10021 | **PREPA** (Puerto Rico Electric Power Authority) | 2005 REF-SER SS<br>2002 SER LL<br>2002 REF-SER MM<br>2005 SER RR<br>2003 SER NN<br>2007 REF-SER UU<br>2003 SER NN<br>2007 REF-SER UU<br>2007 SER TT<br>2010 SER CCC<br>2016 SER C-3 | $52,080,000*<br>77,905,000*<br>4,825,000*<br>22,410,000*<br>47,725,000*<br>29,485,000*<br>10,435,000<br>26,070,000<br>61,224,000<br>43,975,000<br>125,000 | |

---

[4] Funds managed by GoldenTree Asset Management LP own Syncora which has insured or owns claims relating to approximately $178 million of PREPA bonds that are not included in the amounts listed in this Amended Sixteenth Supplemental Statement. Syncora's holdings had been included previously in the Fifteenth Supplemental Statement. Syncora's holdings of 2002 REF-SER JJ and 2005 SER QQ Bonds were inadvertently double counted in the Fifteenth Supplemental Statement, resulting in an overstatement in holdings of approximately $77 million in the Fifteenth Supplemental Statement.

*Indicates holdings of formerly insured Bonds that a Bond insurer acquired all rights to as a result of payments it made under its insurance policies and then sold, assigned, and transferred all of its rights, claims and interests arising from or on account of such Bonds or policy payments to certain Members of the Ad Hoc Group (the "Monoline Matured Bonds").

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[3] | |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 3,615,000 |
| | | | 2010 REF-SER ZZ | 78,890,000 |
| | | | 2016 SER A-3 | 225,000 |
| | | | 2016 SER B-3 | 225,000 |
| | | | 2008 SER WW | 102,340,000 |
| | | | 2010 SER AAA | 88,056,000 |
| | | | 2010 SER XX | 82,423,600 |
| | | | 2010 REF-SER DDD | 12,479,000 |
| | | | 2016 SER C-1 | 620,000 |
| | | | 2016 SER C-2 | 620,000 |
| | | | 2013 SER A | 116,490,000 |
| | | | 2016 SER E-4 | 1,456,031 |
| | | | 2016 SER E-3 | 1,472,317 |
| | | | 2012 SER A | 38,434,700 |
| | | | 2016 SER D-4 | 2,500,000 |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SE | 3,065,000 |
| | | | 2007 REF-SER V V | 3,155,000 |
| | | | 2016 SER E-2 | 5,576,838 |
| | | | 2016 SER E-1 | 5,576,840 |
| | | | 2016 SER D-2 | 6,000,000 |
| | | | 2016 SER A-4 | 6,644,116 |
| | | | 2016 SER-B4 | 7,046,493 |
| | | | 2007 REF-LIBOR-SER UU | 40,045,000 |
| | | | 2010 SER BBB | 9,469,000 |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 12,955,000 |
| | | | **Total** | **$1,005,638,935** |
| **Invesco Advisers, Inc.**, as investment adviser/agent on | 350 Linden Oaks, Rochester, | **PREPA** (Puerto Rico Electric Power | 2004 REF-SER PP | $4,525,000 (Insured) |
| | | | 2007 REF-SER V V | 99,665,000 (Insured) |
| | | | 2005 SER RR | 15,800,000 (Insured) |

5

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | | |
|---|---|---|---|---|---|
| | | | Bonds[3] | | |
| behalf of certain funds and/or accounts advised by it | NY 14625 | Authority) | 2005 REF-SER SS | 16,955,000 | (Insured) |
| | | | 2007 SER TT-NATL-IBC | 225,000 | (Insured) |
| | | | 2007 SER TT- | 435,000 | (Insured) |
| | | | 2003 SER NN | 1,240,000 | (Insured) |
| | | | 2007 REF-SER UU | 10,305,000 | (Insured) |
| | | | 2005 SER RR-AGC-ICC | 255,000 | (Insured) |
| | | | 2010 REF-SER DDD | 40,000 | (Insured) |
| | | | 2008 SER WW-AGC-ICC | 500,000 | (Insured) |
| | | | 2007 SER TT-AGM-CR | 110,000 | (Insured) |
| | | | 2012 SER A | 59,765,000 | |
| | | | 2013 SER A | 63,400,000 | |
| | | | 2003 SER NN | 360,000 | |
| | | | 2016 SER A-4 | 11,859,000 | |
| | | | 2016 SER-B4 | 14,859,000 | |
| | | | 2016 SER E-1 | 12,631,000 | |
| | | | 2016 SER E-2 | 15,087,000 | |
| | | | 2016 SER E-3 | 5,415,000 | |
| | | | 2016 SER E-4 | 5,931,000 | |
| | | | 2007 SER TT | 42,460,000 | |
| | | | 2007 REF-SER UU | 6,740,000 | |
| | | | 2007 REF-LIBOR-SER UU | 6,300,000 | |
| | | | 2007 REF-SER VV | 1,575,000 | |
| | | | 2008 SER WW | 57,100,000 | |
| | | | 2010 SER XX | 80,804,000 | |
| | | | 2010 REF-SER ZZ | 42,510,000 | |
| | | | 2010 BUILD AMERICA BONDS TAXABLE-SE | 1,200,000 | |
| | | | 2010 SER AAA | 23,345,000 | |
| | | | 2010 SER CCC | 35,955,000 | |
| | | | 2010 REF-SER DDD | 27,425,000 | |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 895,000 | |

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
|---|---|---|---|---|
| | | | Bonds[3] | |
| | | | 2008 SER WW | 1,000,000 |
| | | | **Total** | **$666,671,000** |
| **Nuveen Asset Management, LLC**, as investment adviser on behalf of certain funds/accounts, severally and not jointly. | 333 W Wacker Dr. Chicago, IL 60606 | **PREPA** (Puerto Rico Electric Power Authority) | PUERTO RICO ELEC PWR AUTH 16A-4-RSA-1 | $1,000,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 03NN | 8,400,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 05SS | 660,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 07TT | 111,977,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 07VV | 2,565,000 (Uninsured) |
| | | | PUERTO RICO ELEC PWR AUTH REV 07VV | 19,590,000 (Insured) |
| | | | PUERTO RICO ELEC PWR AUTH REV 08WW | 85,835,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10AAA | 110,765,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10CCC | 78,746,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10DDD | 8,565,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10EEE | 134,665,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10XX | 120,850,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10YY BAB | 133,100,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 10ZZ | 92,964,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 12A | 128,973,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 13A | 82,228,000 |
| | | | PUERTO RICO ELEC PWR AUTH REV 16C-4 | 2,000,000 |
| | | | **Total** | **$1,122,883,000** |
| **Taconic Capital Advisors L.P.**, as investment adviser on behalf of certain funds/accounts, severally and not jointly. | 280 Park Avenue, 5th Floor, New York, NY 10017 | **PREPA** (Puerto Rico Electric Power Authority) | 2010 REF-SER ZZ | $10,405,000 |
| | | | 2013 SER A | 3,100,000 |
| | | | 2016 SER A-4 | 3,293,263 |
| | | | 2016 SER D-2 | 5,000,000 |
| | | | 2016 SER D-4 | 7,270,280 |
| | | | 2010 SER AAA | 250,000 |
| | | | 2010 SER CCC | 840,000 |
| | | | 2007 SER TT | 9,090,000 |
| | | | 2010 REF-SER DDD | 3,240,000 |

7

| Name of Creditor[1] | Address | Debtor | Nature and Amount of Disclosable Economic Interest[2] | |
| --- | --- | --- | --- | --- |
| | | | Bonds[3] | |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SE | 2,720,000 |
| | | | 2010 BUILD AMERICA BONDS-TAXABLE-SER EEE-ISSUER SUBSIDY | 400,000 |
| | | | 2008 SER WW | 770,000 |
| | | | 2012 SER A | 1,400,000 |
| | | | 2010 SER BBB | 2,610,000 |
| | | | 2005 REF-SER SS | 37,055,000* |
| | | | 2007 REF-SER UU | 17,995,000* |
| | | | 2002 REF-SER MM | 5,160,000* |
| | | | **Total** | **$110,598,543** |
| **Whitebox Advisors LLC**, as investment adviser on behalf of certain funds/accounts, severally and not jointly. | 3033 Excelsior Blvd, Suite 500, Minneapolis, MN 55416 | **PREPA** (Puerto Rico Electric Power Authority) | 2016 SER D-2-RSA-1 | $3,000,000 |
| | | | 2007 SER TT-RSA-1 | 1,660,000 |
| | | | 2008 SER WW-RSA-1 | 12,125,000 |
| | | | 2010 SER XX-RSA-1 | 2,455,000 |
| | | | 2010 BABS-SER EEE-RSA-1 | 13,970,000 |
| | | | 2007 REF-SER UU-RSA-1 | 3,370,000 |
| | | | 2007 REF-LIBOR-SER UU-RSA-1 | 8,200,000 |
| | | | 2007 REF-SER UU | 15,000,000* |
| | | | 2005 REF-SER SS | 37,805,000* |
| | | | 2002 REF-SER MM | 22,055,000* |
| | | | **Total** | **$119,640,000** |

8