February 21, 2023

Hon. Judge Laura Taylor Swain
Federal Court, Puerto Rico
150 Chardón Ave.
San Juan, Puerto Rico 00918

Hon. Judge Taylor Swain:
This is to know the status of my claim no. 118168. For these purposes, Schiff Hardin was assigned to me. I would be very grateful for the attention you can give to this.

Cordially,

Iris Y. Miró Ramírez
HC 02 Box 6302
Bo. Saltillo, Sector Los Condominios
Adjuntas, P.R. 00601

Iris Y. Miró Ramírez

787-423-7935
787-238-1895