From: Juan M. King Ramirez
Bayamon Hills Recto 6a
Condominios
4 Founders P.R. 0960 Box 6302

To. Honorable-
Laura Taylor Swing in
Federal Court Puerto Rico
Avenida Chardon #150
San Juan, Puerto Rico

00918-1062

7020 3160 0000 8580 3225

CERTIFIED MAIL