# **EXHIBIT B**

**Clean Version of the Court's Preliminary Proposed Deadlines**

| Summary of Discovery Deadlines[3] ||
|---|---|
| **Date of Entry of This Order** | Conversion of Disclosure Statement depository to Plan Depository |
| **Five Business Days After Entry of DS Approval Order** | Deadline for Confirmation Hearing Notice to be served. |
| **Ten Days After Entry of This Order** | Deadline for the Debtor to upload all documents to the Plan Depository |
| | Deadline for the Debtor to file a preliminary fact witness list and topics about which each witness will testify ("Debtor's Preliminary Fact Witness List"). |
| **April 7, 2023** | Deadline for parties in interest to file a "Notice of Intent to Participate in Discovery," (hereafter, a "Discovery Notice"). Only parties in interest who file a timely Discovery Notice can propound discovery, but failure to do so does not preclude a party from objecting to confirmation of the Plan. |
| **28 Days After Entry of DS Approval Order** | Deadline for Debtor to complete mailing of solicitation materials. |
| **April 14, 2023** | Deadline for all parties to serve requests for production of non-depository documents ("Production Requests"). Parties in interest may serve Production Requests only following their filing of a timely Discovery Notice.<br><br>Parties may serve up to one additional round of Production Requests, provided that they are served on or before May 8, 2023.<br><br>Responses and objections to any Production Requests shall be served within seven (7) days of service of such Production Requests. |
| | Deadline for parties in interest to file a preliminary fact witness list and topics about which each witness is expected to testify (a "Party in Interest's Preliminary Fact Witness List," and together with the Debtor's Preliminary Fact Witness List, the "Preliminary Fact Witness Lists"). |
| | Deadline for all parties to file opening expert disclosures ("Opening Expert Disclosures"). |

---

[3] The confirmation deadlines approved in connection with the Disclosure Statement Motion are highlighted below in grey shading.

| | Summary of Discovery Deadlines[3] |
|---|---|
| **April 21, 2023** | Deadline for all parties to serve up to fifteen (15) interrogatories ("Interrogatories"), including subparts. Responses and objections to such Interrogatories shall be served within ten (10) days of service of such Interrogatories. |
| **April 28, 2023** | Deadline for all parties to file opening expert reports ("Opening Expert Reports"). |
| | Deadline for all parties to serve initial notices of deposition, topics and requested times for depositions ("Initial Notices of Deposition") (all depositions are limited to a seven (7)-hour time limit). Subsequent notices are allowed provided discovery is completed by the Fact Discovery Deadline or Expert Discovery Deadline, as applicable. |
| **May 8, 2023** | Deadline for all parties to file rebuttal expert disclosures ("Rebuttal Expert Witness Disclosures") |
| | Deadline for parties who have served a Production Request on or before April 14, 2023 to serve up to one additional round of Production Requests.<br><br>Responses and objections to any Production Requests shall be served within seven (7) days of service of such Production Requests. |
| **May 15, 2023** | Deadline for all parties to file rebuttal expert reports ("Rebuttal Expert Reports") |
| **May 26, 2023** | Deadline for all parties to serve requests for admission, limited to authentication of documents ("Admission Requests"). Responses and objections to such Admission Requests shall be served within four (4) business days of service of such Admission Requests. |
| | Deadline for completion of fact discovery (the "Fact Discovery Deadline"). |
| | Deadline for parties in interest who solely want access to documents in the Plan Depository to file a Discovery Notice. |
| **June 2, 2023** | Deadline for completion of expert discovery (the "Expert Discovery Deadline"). |
| | Deadline for all parties to file Daubert motions and motions *in limine*. |
| **June 9, 2023** | Deadline for all parties to file oppositions to Daubert motions and motions *in limine*. |
| **June 16, 2023** | Deadline for all parties to file replies in support of Daubert motions and motions *in limine*. |

| | Summary of Discovery Deadlines[3] |
|---|---|
| | Deadline for all parties to file finalized witness lists, exhibit lists, and deposition designations. |
| **June 23, 2023** | Deadline for all parties to file counter-designations, objections to deposition designations, or objections to exhibit lists. |
| **June 30, 2023** | Deadline for all parties to file objections to counter designations. |
| **May 31, 2023** | Deadline for the Debtor to file initial proposed confirmation order (the "Proposed Confirmation Order"). |
| **June 7, 2023** | Voting Deadline |
| **June 7, 2023** | Deadline for parties in interest to file: <br>• Objections to confirmation of the Plan ("Plan Objections"). <br>• Objections to Proposed Confirmation Order. |
| **June 21, 2023** | Deadline for Debtor to file: <br>• Memorandum of law in support of confirmation. <br>• Omnibus reply to Plan Objections and objections to the Proposed Confirmation Order <br>• Vote Tabulation. <br>• Initial proposed findings of fact and conclusions of law ("Proposed Findings of Fact and Conclusions of Law") <br>• Witness declarations. |
| | Deadline for non-Debtor parties to file witness declarations |
| **June 28, 2023** | Deadline for parties in interest to file objections to Proposed Findings of Fact and Conclusions of Law. |
| **July 5, 2023** | Deadline for Debtor to reply to objections to the Proposed Findings of Fact and Conclusions of Law. |
| **Week of July 10, 2023** <br><br> **(or a date convenient for the court)** | [Virtual] hearing on motions *in limine* / pre-trial conference. |
| **July 17–21, 24–28 2023** | Confirmation Hearing |