UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*, :
:
    Debtors. :
---------------------------------------------------------------------- x

**NOTICE OF FILING OF PROPOSED LETTER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, on December 16, 2022, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed the *Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23094] (as amended, the "Plan")[2] and the related *Disclosure Statement for Title III Plan of Adjustment of the Pueto Rico Electric Powr Authority* [Dockt No. 23097] (as amended, the "Disclosure Statement").[3]

**PLEASE TAKE FUTHER NOTICE** that, on February 3, 2023, the Official Committee of Unsecured Creditors (the "Committee")[4] filed its *Omnibus Objection of Official Committee of Unsecured Creditors to (I) Disclosure Statement for Title III Plan of Adjustment of Puerto Rico Electric Power Authority and (II) Related Motions* [Docket No. 23477] (the "Preliminary Objection"), and, on February 17, 2023, the Committee filed its *Supplemental Objection of Official Committee of Unsecured Creditors in Response to Disclosure Statement for First Ameded Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23565], (the "Supplemental Objection" and, together with the Preliminary Objection, the "Disclosure Statement Objections").

**PLEASE TAKE FURTHER NOTICE** that, as indicated in the Disclosure Statement Objections, the Committee hereby files a draft of its proposed letter (the "Letter"), to be included

---

[2] On February 9, 2023, the Oversight Board filed the *First Amended Tittle III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23506] and, on February 26, 2023, the Oversight Board filed the *Second Amended Tittle III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23630]. Capitalized terms used but not otherwise defined herein have the meanings set forth in the Plan or the Disclosure Statement.

[3] On February 9, 2023, the Oversight Board filed the *Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23507], on February [__], 2023, the Oversight Board filed the *Modified Disclosure Statement for First Amended Title III Plan of Adjustment for the Puerto Rico Electric Power Authority* [Docket No. 23584], and, on February 27, 2023, the Oversight Board filed the *Disclosure Statement for the Second Amended Tittle III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 23631].

[4] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA

in the solicitation package, recommending that holders of allowed General Unsecured Claims vote to reject the Plan. A copy of the Letter is attached hereto as **Exhibit A**. The Committee also shared a draft of the Letter with counsel for the Oversight Board on Thursday, February 23, 2023.

| | |
|---|---|
| Dated: February 27, 2023<br>San Juan, Puerto Rico | /s/ G. Alexander Bongartz |

PAUL HASTINGS LLP
Luc A. Despins, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*