UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER REGARDING LETTER OF IRIS YOLANDA MIRO RAMIREZ

The Court has received and reviewed the letter of Iris Yolanda Miro Ramirez (Docket Entry No. 23632 in Case No. 17-3283) (the "Letter"), filed by Ms. Miro Ramirez ("Movant"), appearing pro se.

In the Letter, Ms. Miro Ramirez inquires as to the status of her claim (Schedule No. 1181628), which was allowed pursuant to the *Stipulation and Agreed Order Regarding Withdrawal of Lift Stay Motion and Allowance of Claim of Iris Yolanda Miro Ramirez* (Docket Entry No. 21211 in Case No. 17-3283) (the "Order"), entered on June 13, 2022. The Order approved a stipulation between Ms. Miro Ramirez and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") on behalf of the Commonwealth of Puerto Rico whereby Ms. Miro Ramirez's scheduled claim was allowed in the amount of $4,500 as a "Convenience Claim" pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 19784 in Case No. 17-3283). (Order ¶ 2.) No distributions have yet been made to holders of allowed

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Convenience Class claims. (<u>See,</u> <u>e.g.</u>, *February 1, 2023 Omnibus Hearing Transcript*, Docket Entry No. 23505 in Case No. 17-3283, 12:2-15:15.)

The Oversight Board is hereby directed to take notice of Ms. Miro Ramirez's Letter, and encouraged to contact her regarding the time of distribution. To the extent that the Letter requests further or other relief such relief is denied.

This Order resolves Docket Entry No. 23632 in Case No. 17-3283.

SO ORDERED.

Dated: February 28, 2023

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge