UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO et al.,

Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING FRESENIUS MEDICAL CARE'S UNOPPOSED URGENT MOTION TO EXTEND DEADLINE TO FILE THE RESPONSE TO FIVE HUNDRED SIXTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO DEFICIENT CLAIMS

Upon consideration of *Fresenius Medical Care's Unopposed Urgent Motion to Extend Deadline to File the Response to Five Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Public Buildings Authority to Deficient Claims* (Docket Entry No. 23639) (the "Urgent Motion") filed by Fresenius Medical Care ("Fresenius"), and the Court

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

having jurisdiction over this matter under 28 U.S.C. 1331, and under section 306 of PROMESA, 48 U.S.C. §2166(a)-(b); and venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167(a); and the Court having reviewed the Urgent Motion and determining that the legal and factual bases set forth therein establish just cause for the relief requested in the Urgent Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is granted as set forth herein.

2. The deadline to respond to the *Five Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Public Buildings Authority to Deficient Claims* (Docket Entry No. 23427 in Case No. 17-3283) (the "Omnibus Objection") shall be extended to **March 27, 2023**, at **5:00 p.m. (Atlantic Standard Time)**.

3. Solely with respect to Proof of Claim No. 30574, the hearing on the Omnibus Objection is hereby adjourned from the omnibus hearing scheduled for March 15, 2023, to the omnibus hearing scheduled for **June 7, 2023**, at **9:30 a.m. (Atlantic Standard Time)**, with the objecting Debtor's reply, if any, due no later than seven (7) days prior.

4. This Order resolves Docket Entry No. 23639 in Case No. 17-3283.[2]

SO ORDERED.

Dated: February 28, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

[2] Docket Entry No. 23638 in Case No. 17-3283 is an uncorrected version of Docket Entry No. 23639. For administrative purposes, this Order resolves Docket Entry No. 23638 as well.

Case:17-03283-LTS Doc#:23643 Filed:02/28/23 Entered:02/28/23 09:48:45 Desc: Main
Document Page 3 of 3


