**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Christian Rivera, depose and say that I am employed by Kroll Restructuring
Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the
above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic
Stability Act (PROMESA).

     On February 10, 2023, at my direction and under my supervision, employees of Kroll
caused a request for additional claim information, in the form of customized letters, a blank copy
of which is attached hereto as **Exhibit A**, to be served via first class mail on the ADR CW Notice
Parties Service List attached hereto as **Exhibit B**.

     On February 10, 2023, at my direction and under my supervision, employees of Kroll
caused a request for additional claim information, in the form of customized letters, a blank copy
of which is attached hereto as **Exhibit C**, to be served via first class mail on the ADR ERS
Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy
Case numbers due to software limitations).
[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On February 10, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the ADR HTA Notice Parties Service List attached hereto as **Exhibit F**.

Dated: February 17, 2023

/s/ *Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 17, 2023, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 67268

**<u>Exhibit A</u>**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: **Friday, February 10, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Monday, March 6, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case. The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Eighth Notice of Transfer of Claims to Alternative Dispute Resolution* on December 12, 2022 [ECF No. 23046], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.** <br> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, MARCH 6, 2023**

**Alvarez and Marsa**l
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

4

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>        como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>        Deudores.² | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: **viernes, 10 de febrero de 2023**
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: lunes, 6 de marzo**

---

² Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas</u> <u>internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico. El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Octava Notificación de Transferencia de Reclamos a Resolución Alternativa de Disputas* el 12 de diciembre de 2022 [ECF Núm. 23046], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.            : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA LUNES, 6 DE MARZO DE 2023 A LA SIGUIENTE DIRECCIÓN:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit B</u>**

Exhibit B
ADR CW Notice Parties Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 934 | ACEVEDO CORTES, VIRGINIA | REPTO VILLA SOTO | 15 CALLE HIGINIO LOPEZ | | | MOCA | PR | 00676 |
| 3390295 | Acosta Santiago, Zuzeth Enid | Urb. Estancias Yauco Calle Garnet H9 | | | | Yauco | PR | 00698 |
| 4052319 | Adames-Guerrero, Luz M | HC-06 Box 9004 | | | | Juana Diaz | PR | 00795 |
| 3732798 | Adames-Guerrero, Luz M. | HC-06 Box 9004 | | | | Juana Diaz | PR | 00795 |
| 3000283 | AGOSTO SANTIAGO, GIL | C/O LCDO EDDIE LEON RODRIGUEZ | 8 ANTONIO R. BARCELO | | | MAUNABO | PR | 00707-2109 |
| 1254554 | AGOSTO SANTIAGO, GIL | PO BOX 10163 | | | | SAN JUAN | PR | 00908 |
| 3901886 | Aguayo Pacheco, Rosa Maria | 1232 Calle Calma Urb Buena Vista | | | | Ponce | PR | 00717-2512 |
| 3590889 | Alamo Sierra, Lilliam | 135 Paseo Rocio | | | | Sabana Seca | PR | 00952 |
| 3311434 | Alonso Rivera, Brenda | #368 Calle De Diego | Cond. Crystal House | Apt. #417 | | San Juan | PR | 00923 |
| 3060752 | Alvarez Galarza, Jose A | Humberto Guzman Rodriguez | PMB 733 | 1353 Ave. Luis Vigoveaux | | Guasabo | PR | 00966 |
| 3261510 | Andújar, Isaira Rodríguez | PO Box 2498 | | | | Arecibo | PR | 00613 |
| 3575136 | Angel Manuel Rodriguez Gonzalez (Sucesion de Angel Manuel Rodriguez Gonzalez) (Civil Num. G2C201500 | C/O Jelitza Rosa Matos | Portal del Valle #16 | | | Juana Diaz | PR | 00795 |
| 3433352 | Ayala Yambot, Norma | 1661 Calle Marquera, Urb. Valle Real | | | | Ponce | PR | 00716 |
| 3452859 | Ayala, Laura | HC-02 Box 11850 | | | | Moca | PR | 00676 |
| 4102663 | Baez Montalvo, Jesus Manuel | 2363 Eureka | Urb. Constancia | | | Ponce | PR | 00717-2324 |
| 4020646 | Ballester Melendz, Johana | HC 7 Box 32087 | | | | Juana Diaz | PR | 00795 |
| 4036470 | BALLESTER RIVERA, EDUARDO | HC 7 BOX 32095 | | | | JUANA DIAZ | PR | 00795 |
| 3400609 | BATLLE TORRES, ELSIE | DEPARTAMENTO DE EDUCACION DE PUERTO RICO | PO BOX 151 | | | MAYAGUEZ | PR | 00681 |
| 3912528 | Berrios Garcia, Héctor Luis | HC-03 Box 7841 | | | | Villalba | PR | 00766 |
| 24248 | BERROCAL SANTIAGO, ELVIN | HC 02 BOX 6111, BO. CALLEJONES | | | | LARES | PR | 00669 |
| 3227077 | Betancourt Castellano, Jose A. | Humberto Guzman Rodriguez | PMB 733 1353 Ave. Wis Vigoraux | | | Guaynabo | PR | 00966 |
| 3038551 | Blas Medina, Francisco | Lcdo. Jose Acevedo Badillo | 120 Progreso St. | | | Aguadilla | PR | 00603 |
| 3889439 | CAMACHO HERNANDEZ, BEXAIDA | 2363 EURCKA URB. CONSTANCIA | | | | PONCE | PR | 00717-2324 |
| 3087892 | Candelario Pizarro, Josefina | Calle Damarys Villalongo #6 Villa Hugo II | | | | Canovanas | PR | 00729 |
| 3034893 | Candelario Pizarro, Josefina | P.O. Box 30,000 PMB 54 | | | | Canovanas | PR | 00729 |
| 214480 | CASTRO PIERLUISSI, ZOE D. | URB ESTANCIAS DEL GOLF | 335 CALLE JUAN H. CINTRON | | | PONCE | PR | 00730 |
| 2906372 | CASTRO SANTIAGO, NOEMI | P.O. BOX 2131 | | | | CANOVANAS | PR | 00729-2131 |
| 355933 | CASTRO SANTIAGO, NOEMI | PO BOX 1009 | | | | CANOVANAS | PR | 00729-0000 |
| 3711547 | Cesar Gerardo, Escobar Santiago | 2106 C/Colina Urb. Valle Alto | | | | Ponce | PR | 00716 |
| 3154906 | CINTRON ESPINELL, JULIO | PO BOX 835 | | | | NARANJITO | PR | 00719 |
| 3346383 | Cintron, Maria L. | F 19 Calle 2 | Santa Isidra 3 | | | Fajardo | PR | 00738 |
| 3966875 | COLON DELGADO, BRENDA | 1522 CALLE SANTA CLARA | | | | COTO LAUREL | PR | 00780-2513 |
| 3679339 | COLON GONZALEZ, IRIS M | PO BOX 10442 | | | | PONCE | PR | 00732 |
| 3267261 | Colon Gonzalez, Luis A. | Colina del Prado | 117 C. Principe Harry | | | Juana Diaz | PR | 00795 |
| 3322035 | Colón Rivera, Judith E. | H C 74 Box 52501 | | | | Naranjito | PR | 00719 |
| 3667944 | COLON RODRIGUEZ, CARLOS J. | DEPARTAMENTO DE EDUCACION | CALLE BARDOSA FINAL | | | CAYEY | PR | 00736 |
| 3278618 | COLON RODRIGUEZ, CARLOS J. | P.O. BOX 370638 | | | | CAYEY | PR | 00737-0638 |
| 1662164 | Colon Velez, Janice Vanesa | 207 Domenech Site 106 | | | | San Juan | PR | 00918 |
| 3910370 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | Lisa Lopez, Claims Manager | PO BOX 363846 | | | SAN JUAN | PR | 00936-4148 |
| 3616278 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | Héctor E. Valdes Ortiz, Esq. | 38 NEVÁREZ STREET | | | San Juan | PR | 00926 |
| 3367878 | Correa Velez, Irma J. | #Q-63 Calle Q Jardines de Arecibo | | | | Arecibo | PR | 00612 |
| 3930395 | COTTO MORALES, NOEMI | PO BOX 225 | | | | ARROYO | PR | 00714 |
| 3243206 | COTTO MORALES, NOEMI | URB VISTAS DE ARROYO CALLE B-8 | | | | ARROYO | PR | 00714 |
| 1662148 | Crespo Bermudez, Perfecto | 207 Domenech Ave. | Suite 106 | | | San Juan | PR | 00918 |
| 3060885 | Cruz Morales, Juan Manuel | Humberto Guzman Rodriguez | PMB 733 1353 Ave. Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 2830136 | CRUZ RODRIGUEZ, ABIGAIL | DERECHO PROPIO | ANEXO GUAYAMA 500 MÓDULO AB #34 | PO BOX 10005 | | GUAYAMA | PR | 00785 |
| 3888255 | Cruz Vazquez, Jose Ivan | HC 5 Box 5175 | | | | Yabucoa | PR | 00767-9667 |
| 3195785 | CUADRADO BERRIOS, MARIA M. | CALLE JUNQUITO 3-R-24 | LOMAS VERDES | | | BAYAMON | PR | 00956-3314 |
| 4029169 | Daniel Lederon Roman C/O JRAF Law Firm | PO Box 7498 | | | | Ponce | PR | 00732 |
| 3858120 | De La Cruz De La Cruz, Amparo | 1118-Cordillera-Valle Alto | | | | Ponce | PR | 00730 |
| 62513 | DELGADO DURAN, VILMARIE | CALLE 25 B/14 #11 | VILLA CAROLINA | | | CAROLINA | PR | 00985 |
| 1541214 | DELGADO VALENTIN, RAQUEL | LCDO. MARTIN GONZALEZ VAZQUEZ Y LCDO. MARTIN GONZALEZ VÉLEZ | PO BOX 591 | | | MERCEDITA | PR | 00715-0591 |
| 4053914 | Diaz Mateo, Astrid Marina | Calle 1A B-47 | El Jardin De Guaynabo | | | Guaynabo | PR | 00969 |
| 2830358 | DOMINGUEZ RODRIGUEZ, LOIDIS | BUFETE PEREZ LEBRON | PO BOX 1466 | | | MAYAGÜEZ | PR | 00681 |
| 3089432 | DUPREY RIVERA, LUIS | JOSE M. COLON PEREZ | PO BOX 960 | | | GUAYAMA | PR | 00785 |
| 1248825 | ESTRADA GARCIA, FELIX A. | URB SANTA TERESITA | 6122 CALLE SAN CLAUDIO | | | PONCE | PR | 00730-4451 |
| 3706653 | Evaristo Lopez Guzman, Sucesion | JRAF Law Firm | PO Box - 7498 | | | Ponce | PR | 00732 |
| 3127589 | Fantauzzi Ramos, Domingo | Humberto Guzman Rodriguez | PMB733 1353 Ave - Luis Vigoveaux | | | Guaynabo | PR | 00966 |
| 3288368 | Feliciano Hernández, Rafael A. | Paseo de las Brumas | Calle Lucero #28 | | | Cayey | PR | 00736 |
| 291324 | FELICIANO PAGAN, ANA | PO Box 164 | | | | JUNCOS | PR | 00777 |
| 3825574 | Figueroa Correa, Nayda | Calle Venus #12 | | | | Ponce | PR | 00730 |
| 3631457 | FIGUEROA ORTIZ, CARMEN | PO BOX 1257 | | | | LAS PIEDRAS | PR | 00771-1257 |
| 3060511 | Garcia Pacheco, Leonaldo | PMB 733 1353 Ave. Wis Vigoraux | | | | Guaynabo | PR | 00966 |
| 3080799 | Garcia Serrano, Luis A. | I/C/O Humberto Guzman Rodriguez | PMB733 1353 Ave. Luis Vigoveaux | | | Guaynabo | PR | 00966 |
| 2339832 | GARCIA, DORYSABEL AVILES | URB MUÑOZ RIVERA | 53 AVE ESMERALDA SUITE 202 | | | GUAYNABO | PR | 00969-4429 |
| 2919325 | Gomez Jiminez, Maria | Urb Valla Elnita Calle 1 | | | | G-12 Fajado | PR | 00738-4358 |
| 3970612 | Gonzalez Millan, Carmen L | HC 02 Box 8478 | | | | Juana Diaz | PR | 00795 |
| 3026232 | Hernandez, Waldemar | Lcdo. Jose Acevedo Badillo | 120 Progreso St. | | | Aguadilla | PR | 00603 |

Exhibit B
ADR CW Notice Parties Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2950642 | Hidalgo Polanco, Luis F. | Lcdo. Miguel M. Cancio Arcelay | PO Box 8414 | | | San Juan | PR | 00910 |
| 424773 | IRIZARRY CRUZ, SARAH D. | COND. BORINQUEN TOWER 2 | 1486 AVE ROOSEVELT | APT 806 | | SAN JUAN | PR | 00920 |
| 4003261 | Johnson Lugo, James E. | Urb. Las Delicias 3922 | C/Fco. G. Marin | | | Ponce | PR | 00728 |
| 3355602 | Jovet Ortiz, Mayra E. | Com. Punta Diamante 1310 Austral | | | | Ponce | PR | 00728 |
| 3651602 | Julia Rivera, Mirta | Banco Popular de Puerto Rico | #cta. 378040243 | #Ruta 021502011 | | Ponce | PR | 00717-1005 |
| 3502759 | Julia Rivera, Mirta | 7835 Calle Hazavet | Urb. Santa Marda | | | Ponce | PR | 00717-1005 |
| 3128517 | Lopez Liboy, Nelson | Humberto Guzman Rodriguez | PMB 7333 1353 Ave. Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 3367666 | Lopez Mercado, Zulma | PO Box 985 | | | | Rincon | PR | 00677 |
| 1337981 | Lugo Caban, Rosa H | HC 4 BOX 43797 | | | | LARES | PR | 00669 |
| 3424505 | LUGO SUAREZ, NOE | 29 NELSON AVE | | | | WATERBURY | CT | 06705 |
| 451540 | LUNA DE JESUS , MIGUEL A | 500 AVE. NORFE APT. 1405 | VISTA DE MONTE CASINO | | | TOA ALTA | PR | 00953 |
| 3013378 | MADERA SANTOS, LUIS | YAMILEE SWPULVEDA ARROYO | ATTORNEY AT LAW FOR CREDITOR | SERVICIOS LEGALES DE PUERTO RICO, INC. | PO BOX 21370 | SAN JUAN | PR | 00928-1370 |
| 1878216 | MADERA SANTOS, LUIS | CO YAMILEE ARROYO SEPULVEDA | SERVICIOS LEGALES DE PR | APARTADO 21370 | | SAN JUAN | PR | 00928-1370 |
| 1320219 | MALDONADO RODRIGUEZ, NILDA | URB JARD DE PONCE | 27 CALLE 1 | | | PONCE | PR | 00731 |
| 2886255 | MARQUEZ RIVERA, JUAN | INS-MAXIMA SEGURIDAD EDIFICIO D-2 CELA 2019 | | | | PONCE | PR | 00728-1500 |
| 460218 | MÁRQUEZ RIVERA, JUAN | JUAN MARQUEZ RIVERA(CONFINADO POR DERECHO PROPIO) | INSTITUCION CORRECCIONAL PONCEMAXIMA SEGURIDAD | EDIFICIO A-2 CELDA 2024 3699 | PONCE BYP | PONCE | PR | 00728-1500 |
| 3990247 | Marrero Gonzalez, Awilda | Alturas De Penuelas 2 | Calle 21 X-10 | | | Penuelas | PR | 00624 |
| 3274366 | Marrero Rodriguez, Nelida | HC2 Box 4763 | | | | Villalba | PR | 00766 |
| 3915465 | MARTINEZ CRUZ, CARMEN L | HC 01 BOX 10756 | | | | PENUELAS | PR | 00624-9204 |
| 3091092 | MARTINEZ MARTINEZ, OTTMAN R. | NORA CRUZ MOLINA | ATTORNEY | DESPACHO LEGAL LCDA. | P.O. BOX 2795 | ARECIBO | PR | 00613-2795 |
| 3000413 | MARTINEZ MARTINEZ, OTTMAN R. | P.O. BOX 1275 | | | | TRUJILLO ALTO | PR | 00977 |
| 2922110 | MEDINA OLIVERAS, JOSE J | CARR. 528 K1-H1 | PO BOX 631 | | | JAYUYA | PR | 00664 |
| 1278145 | MEDINA OLIVERAS, JOSE J | HC 2 BOX 6342 | | | | JAYUYA | PR | 00664 |
| 2111461 | MENDOZA RUIZ, OREALIS | URB. LA RIVIERA | 1267 C/54 SE | | | SAN JUAN | PR | 00921 |
| 3698941 | Mercado Berrios, Maria Delma | Urb. Villa Humacao Calle 4-M-31 | | | | Humacao | PR | 00791 |
| 2831365 | MERCADO, LARY | MELBA DIAZ RAMIREZ | PO BOX 194876 | | | SAN JUAN | PR | 00919-4876 |
| 3062701 | Morales Pagan, Benjamin | Humberto Guzman Rodriguez | PMB 7333 1353 ave-wis vigoreaux | | | Guaynabo | PR | 00966 |
| 3930510 | MUNIZ TORRES, ALICIA I | BOX 32 | | | | JUANA DIAZ | PR | 00795 |
| 3930495 | MUNIZ TORRES, ALICIA I | URB. LAS FLORES CALLE #63 | | | | JUANA DIAZ | PR | 00795 |
| 3995801 | Navarro Rodriguez, Evelio | JRAF Law Firm | P.O. Box 7498 | | | Ponce | PR | 00732 |
| 3629425 | Nieves Borrero, Elizabeth | HC 02 Box 6160 | | | | Penuelas | PR | 00624 |
| 3888062 | Nieves Ramos, Gladys | 710 Calle Riachuelo | | | | Ponce | PR | 00716 |
| 3168679 | NÚÑEZ GONZALEZ, CHARDLENIS | LCDO EMILIO CANCIO BELLO | CALLE SAN MATEO 1702 | | | SANTURCE | PR | 00912 |
| 490517 | Nunez Nieves, Jose R. | Eddie Leon | 8 Antonio Barcelo | | | Maunabo | PR | 00707 |
| 3137834 | Orta Vazquez, Henry | Humberto Guzman Rodriguez | PMB 733 1353 Ave, Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 3200743 | Ortiz Alvarado, Zulma Milagros | urb. Park Gardens | G1 Calle Independence | | | San Juan | PR | 00926-2145 |
| 4087214 | Ortiz Hernandez, Gladys M. | HC 5 BOX 28970 | | | | Utuado | PR | 00641 |
| 3113383 | Ortiz Mateo, Arnaldo L | Humberto Guzman Rodriguez | PMB 733 1353 Ave Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 3066908 | Osorio Cepeda, Jaime Luis | Humberto Guzman Rodriguez | PMB733 1353 Ave - Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 3960459 | OTERO GARCIA, JOSE A. | LCDS. Felix E. Molina Diaz | P.O. Box 195241 | | | San Juan | PR | 00919 |
| 3960418 | OTERO GARCIA, JOSE A. | LCDO. FELIX E. MORALES DIAZ | PO BOX195241 | | | SAN JUAN | PR | 00919-5241 |
| 3923870 | Pacheco Rodriguez, Ferdinand | 2661 Calle Tetuan | | | | Ponce | PR | 00716 |
| 1254413 | Palau Rios, German | 161 Calle Cuba | | | | San Juan | PR | 00917 |
| 1878022 | PEREZ HERRERA, JOSE | LEVITTOWN | BM6 DR VILLALOBOS | | | TOA BAJA | PR | 00949 |
| 4133995 | Perez Martinez, Eduardo A | HC 03 BOX 4054 | | | | QUEBRADILLAS | PR | 00678 |
| 4053465 | Perez Martinez, Eduardo A | PO Box 7498 | | | | Ponce | PR | 00732 |
| 235516 | PERUCHETT LEBRON, RUBEN | MARIBEL GARCIA AYALA, ATTORNEY | URB. CAMINO DE LA PRINCESA | 77 CALLE AURORA | | GUAYAMA | PR | 00784-7619 |
| 3717287 | Ponce de Leon Gonzalez, Pedro | Qtas de Cupey | A-3 Calle 14 | | | San Juan | PR | 00927 |
| 3747293 | Ramirez Torres, Nelly | 836 Calle Sauco | Ext. del Carmen | | | Ponce | PR | 00716-2146 |
| 3060833 | Reyes Colon, Francisco | Humberto Guzman Rodriguez | PMB 733 | 1353 Ave. Luis Vigoreaux | | Guaynabo | PR | 00966 |
| 3904838 | Rivera Colon, Yeidi V | 16037 C/ Montana | Urb. Santamerica | | | Coto Laurel | PR | 00780 |
| 1997896 | RIVERA ELVIRA, ITSALIA | BOX 761 MERCEDITA | | | | PONCE | PR | 00715-0761 |
| 3801223 | Rivera Rivera, Sylvia I. | DD-24 CA 30 | Jdnes Caribe | | | Ponce | PR | 00728 |
| 1284447 | RIVERA ROMAN, JUAN P | PO BOX 7498 | | | | Ponce | PR | 00732 |
| 2889279 | RODRIGUEZ FELICIANO V ELA, JERRY | HC 02 BOX 7893 | | | | GUAYAMILLE | PR | 00656 |
| 428670 | RODRIGUEZ FELICIANO V ELA, JERRY | LCDO. ARMANDO PIETRI TORRES | 1225 AVE. MUÑOZ RIVERA | | | PONCE | PR | 00717 |
| 3650797 | Rodriguez Ferra, Myrna Y | 2620 C/Lempira | | | | Ponce | PR | 00728 |
| 3870879 | Rodriguez Jimenez, Samia | 903 Calle Arboleda | | | | Ponce | PR | 00716 |
| 3388626 | RODRIGUEZ LAUREANO, WANDA | PO BOX 11656 | | | | SAN JUAN | PR | 00922-1656 |
| 3388354 | RODRIGUEZ LAUREANO, WANDA | JOSEFINA PANTOJA OQUENDO | PO BOX 21370 | | | SAN JUAN | PR | 00928 |
| 3221287 | Rodriguez Quinones, Migdalia | HC-01 17060 Barrio Cienaga Baja | | | | Rio Grande | PR | 00745 |
| 2933385 | Rodriguez Rodriguez, Daniel | PO Box 140373 | | | | Arecibo | PR | 00614 |
| 3745903 | Rodriguez Rodriguez, Selenia | PO Box 560652 | | | | Guayanilla | PR | 00656 |
| 3305786 | Rodriguez Vega, Francisco Javier | #65 Calle 4 Urb. Del Carmen | | | | Juana Diaz | PR | 00795-2513 |
| 3841955 | Rodriguez Velazquez, Jamie I. | Urb. Glenview Gardens F 29 | | | | Ponce | PR | 00730 |
| 3060792 | Rodriguez Rodriguez, Roberto | PUB733 853 Ave Luis Vigoreaux | | | | Guaynabo | PR | 00966 |
| 1221834 | ROLDAN HOYOS, CARLOS M | URB SAN GERALDO | 314 CALLE MONTGOMERY | | | SAN JUAN | PR | 00926 |
| 3606214 | Rosado Rivera, William | Calle 14 T-4 | Urb. Las Vegas | | | Catano | PR | 00962 |
| 3188601 | Rosado Rivera, William | Nydia E. Rodriguez Martinez | PO Box 4155 | | | Carolina | PR | 00984-4155 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Exhibit B
ADR CW Notice Parties Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3120713 | Ruiz Delgado, Pedro | Humberto Guzman Rodriguez | PMB 733 1353 Ave. Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 3775821 | Ruiz Santiago, Margarita | Llanos del Sur 239 Esmeralda | | | | Coto Laurel | PR | 00780 |
| 2235586 | RUIZ, RAFAEL PARES | HC 3 BOX 37680 | | | | MAYAGUEZ | PR | 00680-9351 |
| 3359520 | Salcedo Santiago, Yomara G. | Urb. Prado Alto #813 | Calle 1 | | | Barceloneta | PR | 00617 |
| 3219609 | SANCHEZ ACOSTA, ERNESTO H | HC 1 BOX 7655 | | | | SAN GERMAN | PR | 00683 |
| 2837167 | SANTANA BAEZ, ELIEZER | ELIEZER SANTANA BAEZ | 50 CARRETERA 5 UNIT ANEXO 501 | EDIFICIO 3-J INDUSTRIAL LUCHETI | | BAYAMON | PR | 00961-7403 |
| 2837173 | SANTANA BAEZ, ELIEZER | 50 CARRETERA 5 UNIT ANEXO 501 | EDIFICIO 3-J INDUSTRIAL LUCHETI | | | BAYAMON | PR | 00961-7403 |
| 1662903 | SANTANA BAEZ, ELIEZER | 50 CARR. 5 UNIT A 501 | EDIF. 3-J IND. LUCHETTI | | | BAYAMON | PR | 00961-7403 |
| 3100262 | SANTIAGO OTERO, CARMELO | HUMBERTO GUZMAN RODRIGUEZ | PMB 1353 AVE. LUIS VIGOREAUX | | | GUAYNABO | PR | 00966 |
| 3610539 | Santiago Rodriguez, Iris N. | Urb. Glenview Garden | Calle Elemental C-12 | | | Ponce | PR | 00730 |
| 3126640 | Santiago Vargas, Antonio | Humberto Guzman Rodriguez | PMB 733 1353 Ave. Luis Vigoreaux | | | Guaynabo | PR | 00966 |
| 564456 | SANTOS ORTIZ, LOURDES | PASEO JARDINES DEL JOBO | 2639 CALLE JOBOS APTO. 26 | | | PONCE | PR | 00717-1641 |
| 3778824 | SANTOS ORTIZ, RITA A | URB VALLE ALTO | 2106 CALLE COLINA | | | PONCE | PR | 00730 |
| 3701243 | Sein Figuerra, Benjamin | HC 6 Box 2191 | | | | Ponce | PR | 00731 |
| 3688336 | SEPULVEDA PAGAN, NELLY J | PO Box 560075 | | | | Guayanilla | PR | 00656 |
| 3688154 | SEPULVEDA PAGAN, NELLY J | URB SANTA ELENA C/7 F-9 | | | | GAUYANILLA | PR | 00656 |
| 3833376 | Serrano Mercado, Carmen R. | 66 Calle Mora | | | | Ponce | PR | 00730-4746 |
| 1676685 | SOSA PENA, LUZ | 88A CALLE ESTEBAN PADILLA | | | | BAYAMON | PR | 00956 |
| 4078185 | Soto Cruz, Jesus Manuel | PO Box 582 | | | | Angeles | PR | 00611 |
| 3527924 | Sucesion de Angel Manuel Rodriguez Gonzalez (Angel Manuel Rodriguez Gonzalez Civil Num G2C/201500258 | Attn: Jelitza Rosa Matos | Portal del Valle #16 | | | Juana Diaz | PR | 00795 |
| 2018912 | TIRADO HERNANDEZ, LOURDES | HC-01, BOX 17633 | | | | HUMACAO | PR | 00791-9063 |
| 134426 | TORO GOYCO, LUIS | COND EL CENTRO II | 500 AVE MUNOZ RIVERA STE 1301 | | | HATO REY | PR | 00918 |
| 3338420 | Torres Correa, Yolanda | Yolanda Torres Correa | Urb. Villa del Carmen | 936 Calle Samaria | | Ponce | PR | 00716-2127 |
| 4141647 | Torres Figueroa , Myrta A. | 79 Calle Nuevo Norte | | | | Ponce | PR | 00730-3557 |
| 3770450 | Torres Figueroa, Lourdes | 81 Calle Nuevo Norte | | | | Ponce | PR | 00730-3557 |
| 436664 | TORRES RIVERA, JUAN RAMON | MARGINAL FORREST HILLS | B-6 | | | BAYAMON | PR | 00959 |
| 3305639 | VALDERRAMA COLÓN, PEDRO | INSTITUCION GUAYAMA MIL 1-E 105 | ACREEDOR | PO BOX 10009 | | GUAYAMA | PR | 00785 |
| 582900 | VALDERRAMA COLÓN, PEDRO | LCDO. RAMÓN L. FIGUEROA VÁZQUEZ | PO BOX 372545 | | | CAYEY | PR | 00737-2545 |
| 3571828 | VARGAS ACOSTA, PABLO | LCDO. CARLOS ALBERTO RUIZ, CSP | PO BOX 1228 | | | CAGUAS | PR | 00725-1298 |
| 3570188 | VARGAS ACOSTA, PABLO | P.O. BOX 387 | | | | LAJAS | PR | 00667 |
| 3194931 | VARGAS GONZALEZ, CLARIBEL | BO SITIOS | 16 CALLE PEDRO MORALES | | | GUAYANILLA | PR | 00656 |
| 3654071 | Vazquez Fontan, Rainiero | PMB 733 1353 Ave Wis Vigoreaux | | | | Guaynabo | PR | 00966 |
| 3032445 | VAZQUEZ PEREZ, LUIS | AVILES, CRUZ & ASSOC. | EDWIN ANTONIO AVILES-PEREZ, ABOGADO | SA 20 CALLE BUCARE, URB. VALLE HERMOSO SUR | | HORMIGUEROS | PR | 00660 |
| 3044648 | VAZQUEZ PEREZ, LUIS | EDWIN ANTONIO AVILES-PEREZ | AVILES, CRUZ & ASSOC. | SA20 CALLE BUCARE | URB. VALLE HERMOSO SUR | HORMIGUEROS | PR | 00660 |
| 2454456 | VAZQUEZ PEREZ, LUIS | HC02 BOX 12307 | | | | SAN GERMAN | PR | 00683 |
| 4098380 | Velazquez Morales, Delfina | P. O. Box 657 Pinulo | | | | Penuelas | PR | 00624 |
| 3381216 | Vera Garcia, Zoraida | 4423 Pedro Caratini Urb. Perla del Sur | | | | Ponce | PR | 00717 |
| 2920859 | WANDA RODRÍGUEZ LAUREANO Y OTROS | TORRES VALENTÍN, ESTUDIO LEGAL LLC. | JOSÉ E. TORRES VALENTÍN | ABOGADO | GEORGETTI 78 | SAN JUAN | PR | 00925 |
| 2905974 | WANDA RODRÍGUEZ LAUREANO Y OTROS | APARTADO 21400 | | | | SAN JUAN | PR | 00928 |
| 2967250 | ZAMBRANA, CARLOS M.; ZAMBRANA, SUCN. CARLOTA | BELLA VISTA GDNS. | U9 CALLE 28 | | | BAYAMON | PR | 00957 |
| 2833172 | ZAMBRANA, CARLOS M.; ZAMBRANA, SUCN. CARLOTA | MARGIE VEGA BRAÑA | RR 8 BOX 1995 PMB 54 | | | BAYAMÓN | PR | 00956 |
| 281708 | ZARAGOZA FERNÁNDEZ, CARLOS J | CARLOS J. ZARAGOZA FERNANDEZ(EX-CONFINADO POR DERECHO PROPIO) | CARLOS J. ZARAGOZA FERNÁNDEZ | (EX-CONFINADO POR DERECHO PROPIO) | RR 03 BOX 10798 | TOA ALTA | PR | 00953-6441 |

**Exhibit C**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

---

Service Date: **Friday, February 10, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Monday, March 6, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case.  Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Eighth Notice of Transfer of Claims to Alternative Dispute Resolution* on December 12, 2022 [ECF No. 23046], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022.  **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated
Claim No.          : any documents responsive to the requests for documents, written responses
to the requests for information, and any documents you possess supporting your written
responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| <u>**REQUESTS FOR INFORMATION AND DOCUMENTS**</u><br><br><br><br><br><br><br><br><br><br><br><br><br> |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, MARCH 6, 2023**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS

Fecha de Servicio: **viernes, 10 de febrero de 2023**

Reclamante(s) designado(s):

Dirección:


Número(s) de reclamo(s) designado(s):

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:

### FECHA LÍMITE DE RESPUESTA: lunes, 6 de marzo

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Octava Notificación de Transferencia de Reclamos a Resolución Alternativa de Disputas* el 12 de diciembre de 2022 [ECF Núm. 23046], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF Núm. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022.  **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.**  El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.              : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| <u>**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**</u> |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL LUNES, 6 DE MARZO DE 2023 A LA SIGUIENTE DIRECCIÓN:**

Alvarez and Marsal
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit D</u>**

Exhibit D

ADR ERS Notice Parties Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 3608933 | Arroyo Perez, Antonia | HC-1 Box 7841 | | Villalba | PR | 00766 |
| 3530314 | MILLAN RIVERA, RAMONITA | URB GLENVIEW GARDENS | CASA A-16 CALLE ESCOCIA | PONCE | PR | 00730 |
| 3478977 | ORTIZ DAVID, VICTOR M | PO BOX 190043 | | SAN JUAN | PR | 00919 |
| 2135468 | ORTIZ DAVID, VICTOR M | PO BOX 190099 | | SAN JUAN | PR | 00919-0099 |
| 3810363 | Rosado de Jesus, Maria Elena | HC 07 Box 3344 | | Ponce | PR | 00731-9652 |
| 3912023 | Santiago Gonzalez, Ana F | Jardines del Caribe X-10 Calle 27 | | Ponce | PR | 00728 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

## **Exhibit E**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

---

Service Date: **Friday, February 10, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Monday, March 6, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Puerto Rico Highway and Transportation Authority's Title III case.  The Puerto Rico Highway and Transportation Authority (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-Eighth Notice of Transfer of Claims to Alternative Dispute Resolution* on December 12, 2022 [ECF No. 23046], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

2

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, MARCH 6, 2023**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated Claimant's Authorized Representative]

By: _____

[Printed Name]

[Signature of the Designated Claimant's Authorized Representative]

By: _____

[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                    Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: **viernes, 10 de febrero de 2023**
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: lunes, 6 de marzo**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231 <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico.  La Autoridad de Carreteras y Transportación de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésima Octava Notificación de Transferencia de Reclamos a Resolución Alternativa de Disputas* el 12 de diciembre de 2022 [ECF Núm. 23046], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.           : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL 6 DE MARZO DE 2023 A LA SIGUIENTE DIRECCIÓN:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit F</u>**

Exhibit F

ADR HTA Notice Parties Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2906377 | Arroyo Rosario, Javier | Torres Valentin Estudio Legal LLC | Jose E. Torres Valentin-Abogado Reclamacion | #78 Calle Georgetti | | San Juan | PR | 00925 |
| 2891900 | Arroyo Rosario, Javier | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177 | Estación Minillas | San Juan | PR | 00940 |
| 3043951 | CSCG, INC. | C/O Jose F. Cardona Jimenez, Esq. | P.O. Box 9023593 | | | San Juan | PR | 00902-3593 |
| 2949389 | Maldonado Soto, Ivan | JOSE E. TORRES VALENTIN | ABOGADO | CALLE GEORGETTI | | San Juan | PR | 00925 |
| 2932735 | Maldonado Soto, Ivan | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177 | Estación Minillas | San Juan | PR | 00940 |
| 3578067 | Villegas Estrada, Aleria M. | Jesus R. Morales Cordero,Attorney at Law (USDC PR | PO Box 363085 | | | San Juan | PR | 00936-3085 |
| 3186844 | Villegas Estrada, Aleria M. | PO Box 40177 | | | | San Juan | PR | 00940-1177 |
| 4123124 | ZAYAS SANTIAGO, JENNIFER | URB ALTURAS DE COAMO | CALLE CALIZA 113 | | | COAMO | PR | 00769 |