# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning:
Set: 9:30 AM (AST)
Started: 9:40 AM (AST)
Ended: 12:39 PM (AST)

Afternoon Session:
Set: 1:30 PM (AST)
Started: 1:40 PM (AST)
Ended: 5:22 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:   February 28, 2023

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker (SDNY)

| | |
|---|---|
| In re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority, Debtor. | 3:17-BK-4780 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**Disclosure Statement Hearing held.**[1]

---

[1] Agenda filed at Docket Entry No. 23640 in 3:17-BK-3283 (LTS).

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Disclosure Statement Hearing – February 28, 2023

## I. CONTESTED MATTERS

1. Disclosure Statement Motion. [Case No. 17-3283, ECF No. 23099; Case No. 17-4780, ECF No. 3113]

   a. Arguments re: Disclosure Statement

      i. Supporting Parties

         1. FOMB

         2. Fuel Line Lenders

         3. National

      ii. Government

         1. AAFAF

      iii. Objecting Parties

         1. Ad Hoc Group of PREPA Bondholders

         2. Ahimsa

         3. Assured

         4. Bond Trustee

         5. Ad Hoc Committee of National Claim Assignees

         6. Syncora

         7. Unsecured Creditors Committee

         8. UTIER

         9. SREAEE

         10. PV Properties

         11. PR House/Senate

         12. Manuel Gonzalez Joy (through counsel)

      iv. FOMB to submit an amended order and further amended disclosure statement.

   b. Arguments Re: Solicitation Procedures

      i. Supporting parties

         1. FOMB

         2. National

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Disclosure Statement Hearing – February 28, 2023

      ii. Objecting parties

          1. Ad Hoc Group of PREPA Bondholders

          2. Assured

          3. Bond Trustee

          4. Unsecured Creditors Committee

      iii. FOMB to revise the proposed order.

   c. Order approving the proposed disclosure statement and related procedures to be entered.

2. Confirmation Procedures Motion. [Case No. 17-3283, ECF No. 23100; Case No. 17-4780, ECF No. 3114]

   a. Arguments heard:

      i. Supporting parties

          1. FOMB

      ii. Objecting parties

          1. Ad Hoc Group of PREPA Bondholders

          2. Assured

          3. Unsecured Creditors Committee

   b. Motion granted with modifications to the proposed schedule.

   c. Order to be issued.

**NEXT SCHEDULED HEARING:**

      Omnibus Hearing set for March 15, 2023, at 9:30 AM (AST) before Judge Laura Taylor Swain.

                                   s/Carmen Tacoronte
                                   Carmen Tacoronte
                                   PROMESA Case Administrator