**EXHIBIT II**

