# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS |

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
### FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT

The Ad Hoc Group of PREPA Bondholders ("Participant" or "Ad Hoc Group") hereby submits this notice of intent to participate in discovery for confirmation of the *Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 3278], as may

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (*i*) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (*ii*) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (*iii*) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (*iv*) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (*v*) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3294] and respectfully states as follows:

1. **Participant's contact information, including email address, and that of its counsel:**

    **Participant's Name:**

    Ad Hoc Group of PREPA Bondholders[2]

    **Participant's Address:**

    c/o Kramer Levin Naftalis & Frankel LLP
    1177 Avenue of the Americas
    New York, New York 10036
    Tel.: (212) 715-9100
    Fax: (212) 715-8000

    **Names and Addresses of Counsel:**

    Amy Caton (acaton@kramerlevin.com)
    Thomas Moers Mayer (tmayer@kramerlevin.com)
    Alice J. Byowitz (abyowitz@kramerlevin.com)
    Kramer Levin Naftalis & Frankel LLP
    1177 Avenue of the Americas
    New York, New York 10036
    Tel.: (212) 715-9100
    Fax: (212) 715-8000

    Gary A. Orseck (gorseck@kramerlevin.com)
    Matthew M. Madden (mmadden@kramerlevin.com)
    Kramer Levin Naftalis & Frankel LLP
    2000 K Street NW, 4th Floor
    Washington, DC 20006
    Tel: (202) 775-4500
    Fax: (202) 775-4510

    Manuel Fernández-Bared (mfb@tcm.law)
    Linette Figueroa-Torres (lft@tcm.law)
    Nayda Perez-Roman (nperez@tcm.law)
    Toro Colón Mullet P.S.C.

---

[2] *See* Amended Sixteenth Supplemental Verified Statement of the Ad Hoc Group of PREPA Bondholders Pursuant to Federal Rule of Bankruptcy Procedure 2019, Case No. 17-4780-LTS, ECF No. 3277 (Feb. 24, 2023) (as amended).

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

2. **Participant's Claim number and the nature of Participant's Claim:**

Claim Number: No. 18449

Nature of Claim: The Ad Hoc Group's members collectively own or control approximately $3.9 billion in aggregate principal amount of PREPA's uninsured bonds.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: San Juan, Puerto Rico
March 1, 2023

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| | tmayer@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | abyowitz@kramerlevin.com |
| Linette Figueroa-Torres | |
| USDC-PR No. 227,104 | Gary A. Orseck* |
| E-mail: lft@tcm.law | Matthew M. Madden* |
| | 2000 K Street NW, 4th Floor |
| */s/ Nayda Perez-Roman* | Washington, DC 20006 |
| Nayda Perez-Roman | Tel: (202) 775-4500 |
| USDC–PR No. 300,208 | Fax: (202) 775-4510 |
| E-mail: nperez@tcm.law | Email: gorseck@kramerlevin.com |
| | mmadden@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | |
| | *Admitted Pro Hac Vice |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

4