## Schedule E

**Schedule of Cash Flow of New Bonds**

| | | Series A Bonds: Expected Cash Flows | | | |
|---|---|---|---|---|---|
| FY (7/1) | # | Beginning Principal | Principal | 6.000% Interest | Debt Service |
| Total | | | 650,069,869 | 112,597,686 | 762,667,555 |
| Expected Weighted Average Life | | | 2.89 | | |
| 2023 | | | | | |
| 2024 | 1 | 650,069,869 | 139,282,338 | 39,004,192 | 178,286,530 |
| 2025 | 2 | 510,787,531 | 134,434,574 | 30,647,252 | 165,081,826 |
| 2026 | 3 | 376,352,957 | 136,723,044 | 22,581,177 | 159,304,221 |
| 2027 | 4 | 239,629,913 | 139,842,087 | 14,377,795 | 154,219,882 |
| 2028 | 5 | 99,787,826 | 99,787,826 | 5,987,270 | 105,775,096 |
| 2029 | 6 | - | - | - | - |
| 2030 | 7 | - | - | - | - |
| 2031 | 8 | - | - | - | - |
| 2032 | 9 | - | - | - | - |
| 2033 | 10 | - | - | - | - |
| 2034 | 11 | - | - | - | - |
| 2035 | 12 | - | - | - | - |
| 2036 | 13 | - | - | - | - |
| 2037 | 14 | - | - | - | - |
| 2038 | 15 | - | - | - | - |
| 2039 | 16 | - | - | - | - |
| 2040 | 17 | - | - | - | - |
| 2041 | 18 | - | - | - | - |
| 2042 | 19 | - | - | - | - |
| 2043 | 20 | - | - | - | - |
| 2044 | 21 | - | - | - | - |
| 2045 | 22 | - | - | - | - |
| 2046 | 23 | - | - | - | - |
| 2047 | 24 | - | - | - | - |
| 2048 | 25 | - | - | - | - |
| 2049 | 26 | - | - | - | - |
| 2050 | 27 | - | - | - | - |
| 2051 | 28 | - | - | - | - |
| 2052 | 29 | - | - | - | - |
| 2053 | 30 | - | - | - | - |
| 2054 | 31 | - | - | - | - |
| 2055 | 32 | - | - | - | - |
| 2056 | 33 | - | - | - | - |
| 2057 | 34 | - | - | - | - |
| 2058 | 35 | - | - | - | - |

*Expected Cash Flows are based upon the rate structure and the 2022 Fiscal Plan Load Projections. Actual cash flows for the New Bonds may be faster or slower depending on future economic performance of the rate structure until the repayment of the New Bonds. If revenues are higher than projected, the principal would be redeemed sooner; if revenues are lower than projected, the principal would be redeemed later. Assumes the Effective Date of the Plan occurs July 1, 2023; if the Effective Date is a different date, the values in the above schedule will adjust accordingly. Assumes 1 year of interest accrual payable (for purposes of illustration only) in additional Series A Bonds that are being issued to the Fuel Line Lenders in accordance with the Fuel Line Lender PSA.

| FY (7/1) | # | Series B-1 Bonds (CIBs): Expected Cash Flows ||||
| | | Beginning Principal | Principal | 6.000% Interest | Debt Service |
|---|---|---|---|---|---|
| Total | | | 4,633,295,712 | 6,064,444,233 | 10,697,739,945 |
| Expected Weighted Average Life | | | 21.81 | | |
| 2023 | | | | | |
| 2024 | 1 | 4,633,295,712 | - | 277,997,743 | 277,997,743 |
| 2025 | 2 | 4,633,295,712 | - | 277,997,743 | 277,997,743 |
| 2026 | 3 | 4,633,295,712 | - | 277,997,743 | 277,997,743 |
| 2027 | 4 | 4,633,295,712 | - | 277,997,743 | 277,997,743 |
| 2028 | 5 | 4,633,295,712 | 43,209,140 | 277,997,743 | 321,206,882 |
| 2029 | 6 | 4,590,086,572 | 108,661,992 | 275,405,194 | 384,067,186 |
| 2030 | 7 | 4,481,424,580 | 110,971,849 | 268,885,475 | 379,857,324 |
| 2031 | 8 | 4,370,452,731 | 113,612,428 | 262,227,164 | 375,839,591 |
| 2032 | 9 | 4,256,840,303 | 115,810,930 | 255,410,418 | 371,221,348 |
| 2033 | 10 | 4,141,029,374 | 115,758,445 | 248,461,762 | 364,220,207 |
| 2034 | 11 | 4,025,270,929 | 117,351,954 | 241,516,256 | 358,868,209 |
| 2035 | 12 | 3,907,918,975 | 119,483,148 | 234,475,139 | 353,958,287 |
| 2036 | 13 | 3,788,435,827 | 121,109,790 | 227,306,150 | 348,415,940 |
| 2037 | 14 | 3,667,326,037 | 123,032,985 | 220,039,562 | 343,072,548 |
| 2038 | 15 | 3,544,293,051 | 125,977,782 | 212,657,583 | 338,635,365 |
| 2039 | 16 | 3,418,315,269 | 127,409,043 | 205,098,916 | 332,507,959 |
| 2040 | 17 | 3,290,906,227 | 129,073,075 | 197,454,374 | 326,527,448 |
| 2041 | 18 | 3,161,833,152 | 134,816,656 | 189,709,989 | 324,526,645 |
| 2042 | 19 | 3,027,016,496 | 140,206,450 | 181,620,990 | 321,827,440 |
| 2043 | 20 | 2,886,810,046 | 145,907,044 | 173,208,603 | 319,115,646 |
| 2044 | 21 | 2,740,903,003 | 152,247,289 | 164,454,180 | 316,701,470 |
| 2045 | 22 | 2,588,655,713 | 159,246,368 | 155,319,343 | 314,565,711 |
| 2046 | 23 | 2,429,409,345 | 166,699,165 | 145,764,561 | 312,463,725 |
| 2047 | 24 | 2,262,710,180 | 174,814,271 | 135,762,611 | 310,576,882 |
| 2048 | 25 | 2,087,895,910 | 183,395,332 | 125,273,755 | 308,669,086 |
| 2049 | 26 | 1,904,500,578 | 192,746,471 | 114,270,035 | 307,016,505 |
| 2050 | 27 | 1,711,754,107 | 202,673,642 | 102,705,246 | 305,378,889 |
| 2051 | 28 | 1,509,080,465 | 212,639,959 | 90,544,828 | 303,184,787 |
| 2052 | 29 | 1,296,440,506 | 225,398,356 | 77,786,430 | 303,184,787 |
| 2053 | 30 | 1,071,042,150 | 238,922,258 | 64,262,529 | 303,184,787 |
| 2054 | 31 | 832,119,892 | 253,257,593 | 49,927,194 | 303,184,787 |
| 2055 | 32 | 578,862,299 | 268,453,049 | 34,731,738 | 303,184,787 |
| 2056 | 33 | 310,409,250 | 284,560,232 | 18,624,555 | 303,184,787 |
| 2057 | 34 | 25,849,019 | 25,849,019 | 1,550,941 | 27,399,960 |
| 2058 | 35 | - | - | - | - |

*Expected Cash Flows are based upon the rate structure and the 2022 Fiscal Plan Load Projections. Actual cash flows for the New Bonds may be faster or slower depending on future economic performance of the rate structure until the repayment of the New Bonds. If revenues are higher than projected, the principal would be redeemed sooner; if revenues are lower than projected, the principal would be redeemed later; Assumes the Effective Date of the Plan occurs July 1, 2023; if the Effective Date is a different date, the values in the above schedule will adjust accordingly.

### Series B-2 Bonds (CCABs): Expected Cash Flows

| FY (7/1) | # | Beginning Initial Value | Initial Value | Beginning Mat. Value | Maturity Value | Accreted Price | 6.750% Interest | Debt Service |
|---|---|---|---|---|---|---|---|---|
| Total | | 400,001,449 | | 557,470,000 | | | 1,110,261,274 | 1,667,731,274 |
| Expected Weighted Average Life | | | 34.51 | | | | | |
| 2023 | | 400,001,449 | - | 557,470,000 | - | 71.753 | - | - |
| 2024 | 1 | 400,001,449 | - | 557,470,000 | - | 76.678 | - | - |
| 2025 | 2 | 400,001,449 | - | 557,470,000 | - | 81.942 | - | - |
| 2026 | 3 | 400,001,449 | - | 557,470,000 | - | 87.566 | - | - |
| 2027 | 4 | 400,001,449 | - | 557,470,000 | - | 93.576 | - | - |
| 2028 | 5 | 400,001,449 | - | 557,470,000 | - | 100.000 | - | - |
| 2029 | 6 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2030 | 7 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2031 | 8 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2032 | 9 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2033 | 10 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2034 | 11 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2035 | 12 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2036 | 13 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2037 | 14 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2038 | 15 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2039 | 16 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2040 | 17 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2041 | 18 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2042 | 19 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2043 | 20 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2044 | 21 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2045 | 22 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2046 | 23 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2047 | 24 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2048 | 25 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2049 | 26 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2050 | 27 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2051 | 28 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2052 | 29 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2053 | 30 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2054 | 31 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2055 | 32 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2056 | 33 | 400,001,449 | - | 557,470,000 | - | 100.000 | 37,629,225 | 37,629,225 |
| 2057 | 34 | 400,001,449 | 197,883,887 | 557,470,000 | 275,784,827 | 100.000 | 37,629,225 | 313,414,052 |
| 2058 | 35 | 202,117,562 | 202,117,562 | 281,685,173 | 281,685,173 | 100.000 | 19,013,749 | 300,698,922 |

*Expected Cash Flows are based upon the rate structure and the 2022 Fiscal Plan Load Projections. Actual cash flows for the New Bonds may be faster or slower depending on future economic performance of the rate structure until the repayment of the New Bonds. If revenues are higher than projected, the principal would be redeemed sooner; if revenues are lower than projected, the principal would be redeemed later. Assumes the Effective Date of the Plan occurs July 1, 2023; if the Effective Date is a different date, the values in the above schedule will adjust accordingly.

Both Series A and Series B Revenue Bonds: Expected Cash Flows

| FY (7/1) | # | Beginning Initial Value | Initial Value & CIB Par | Beginning Mat. Value | Mat. Value & CIB Par | Interest | Debt Service |
|---|---|---|---|---|---|---|---|
| Total | | | 5,683,367,030 | | 5,840,835,581 | 7,287,303,193 | 13,128,138,774 |
| Expected Weighted Average Life | | | 20.54 | | | | |
| 2023 | | 5,683,367,030 | | 5,840,835,581 | | | |
| 2024 | 1 | 5,683,367,030 | 139,282,338 | 5,840,835,581 | 139,282,338 | 317,001,935 | 456,284,273 |
| 2025 | 2 | 5,544,084,692 | 134,434,574 | 5,701,553,243 | 134,434,574 | 308,644,995 | 443,079,569 |
| 2026 | 3 | 5,409,650,118 | 136,723,044 | 5,567,118,669 | 136,723,044 | 300,578,920 | 437,301,964 |
| 2027 | 4 | 5,272,927,074 | 139,842,087 | 5,430,395,625 | 139,842,087 | 292,375,538 | 432,217,624 |
| 2028 | 5 | 5,133,084,988 | 142,996,966 | 5,290,553,538 | 142,996,966 | 283,985,012 | 426,981,978 |
| 2029 | 6 | 4,990,088,021 | 108,661,992 | 5,147,556,572 | 108,661,992 | 313,034,419 | 421,696,411 |
| 2030 | 7 | 4,881,426,029 | 110,971,849 | 5,038,894,580 | 110,971,849 | 306,514,700 | 417,486,549 |
| 2031 | 8 | 4,770,454,180 | 113,612,428 | 4,927,922,731 | 113,612,428 | 299,856,389 | 413,468,816 |
| 2032 | 9 | 4,656,841,752 | 115,810,930 | 4,814,310,303 | 115,810,930 | 293,039,643 | 408,850,573 |
| 2033 | 10 | 4,541,030,823 | 115,758,445 | 4,698,499,374 | 115,758,445 | 286,090,987 | 401,849,432 |
| 2034 | 11 | 4,425,272,378 | 117,351,954 | 4,582,740,929 | 117,351,954 | 279,145,481 | 396,497,434 |
| 2035 | 12 | 4,307,920,424 | 119,483,148 | 4,465,388,975 | 119,483,148 | 272,104,364 | 391,587,512 |
| 2036 | 13 | 4,188,437,276 | 121,109,790 | 4,345,905,827 | 121,109,790 | 264,935,375 | 386,045,165 |
| 2037 | 14 | 4,067,327,486 | 123,032,985 | 4,224,796,037 | 123,032,985 | 257,668,787 | 380,701,773 |
| 2038 | 15 | 3,944,294,500 | 125,977,782 | 4,101,763,051 | 125,977,782 | 250,286,808 | 376,264,590 |
| 2039 | 16 | 3,818,316,718 | 127,409,043 | 3,975,785,269 | 127,409,043 | 242,728,141 | 370,137,184 |
| 2040 | 17 | 3,690,907,676 | 129,073,075 | 3,848,376,227 | 129,073,075 | 235,083,599 | 364,156,673 |
| 2041 | 18 | 3,561,834,601 | 134,816,656 | 3,719,303,152 | 134,816,656 | 227,339,214 | 362,155,870 |
| 2042 | 19 | 3,427,017,946 | 140,206,450 | 3,584,486,496 | 140,206,450 | 219,250,215 | 359,456,665 |
| 2043 | 20 | 3,286,811,495 | 145,907,044 | 3,444,280,046 | 145,907,044 | 210,837,828 | 356,744,871 |
| 2044 | 21 | 3,140,904,452 | 152,247,289 | 3,298,373,003 | 152,247,289 | 202,083,405 | 354,330,695 |
| 2045 | 22 | 2,988,657,162 | 159,246,368 | 3,146,125,713 | 159,246,368 | 192,948,568 | 352,194,936 |
| 2046 | 23 | 2,829,410,794 | 166,699,165 | 2,986,879,345 | 166,699,165 | 183,393,786 | 350,092,950 |
| 2047 | 24 | 2,662,711,630 | 174,814,271 | 2,820,180,180 | 174,814,271 | 173,391,836 | 348,206,107 |
| 2048 | 25 | 2,487,897,359 | 183,395,332 | 2,645,365,910 | 183,395,332 | 162,902,980 | 346,298,311 |
| 2049 | 26 | 2,304,502,027 | 192,746,471 | 2,461,970,578 | 192,746,471 | 151,899,260 | 344,645,730 |
| 2050 | 27 | 2,111,755,556 | 202,673,642 | 2,269,224,107 | 202,673,642 | 140,334,471 | 343,008,114 |
| 2051 | 28 | 1,909,081,914 | 212,639,959 | 2,066,550,465 | 212,639,959 | 128,174,053 | 340,814,012 |
| 2052 | 29 | 1,696,441,955 | 225,398,356 | 1,853,910,506 | 225,398,356 | 115,415,655 | 340,814,012 |
| 2053 | 30 | 1,471,043,599 | 238,922,258 | 1,628,512,150 | 238,922,258 | 101,891,754 | 340,814,012 |
| 2054 | 31 | 1,232,121,341 | 253,257,593 | 1,389,589,892 | 253,257,593 | 87,556,419 | 340,814,012 |
| 2055 | 32 | 978,863,748 | 268,453,049 | 1,136,332,299 | 268,453,049 | 72,360,963 | 340,814,012 |
| 2056 | 33 | 710,410,699 | 284,560,232 | 867,879,250 | 284,560,232 | 56,253,780 | 340,814,012 |
| 2057 | 34 | 425,850,468 | 223,732,906 | 583,319,019 | 301,633,846 | 39,180,166 | 340,814,012 |
| 2058 | 35 | 202,117,562 | 202,117,562 | 281,685,173 | 281,685,173 | 19,013,749 | 300,698,922 |

*Expected Cash Flows are based upon the rate structure and the 2022 Fiscal Plan Load Projections. Actual cash flows for the New Bonds may be faster or slower depending on future economic performance of the rate structure until the repayment of the New Bonds. If revenues are higher than projected, the principal would be redeemed sooner; if revenues are lower than projected, the principal would be redeemed later. Assumes the Effective Date of the Plan occurs July 1, 2023; if the Effective Date is a different date, the values in the above schedule will adjust accordingly.