United States District Court
District of Puerto Rico
Exhibits Log: 17-BK-3567-LTS
HTA Confirmation Hearing, 8/17/2022

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Resp-Assured-01 | Insurance Policy Number 31145AC1 | No | 8/17/2022 4:47 PM | 8/17/2022 4:47 PM |
| Resp-Assured-02 | Insurance Policy Number 31145AF1 | No | 8/17/2022 4:48 PM | 8/17/2022 4:48 PM |
| Resp-Assured-03 | Insurance Policy Number 31145AE1 | No | 8/17/2022 4:49 PM | 8/17/2022 4:49 PM |
| Resp-Assured-04 | Insurance Policy Number 31145AD1 | No | 8/17/2022 4:50 PM | 8/17/2022 4:50 PM |
| Resp-Assured-05 | Insurance Policy Number SM-2007-106 | No | 8/17/2022 4:51 PM | 8/17/2022 4:51 PM |
| Resp-Assured-06 | Insurance Policy Number 208186 | No | 8/17/2022 4:51 PM | 8/17/2022 4:51 PM |
| Resp-Assured-07 | Insurance Policy Number 28452 | No | 8/17/2022 4:52 PM | 8/17/2022 4:52 PM |
| Resp-Assured-08 | Insurance Policy Number CIFGNA-562 | No | 8/17/2022 4:53 PM | 8/17/2022 4:53 PM |
| Resp-Assured-09 | Insurance Policy Number SM-2007-53 | No | 8/17/2022 4:53 PM | 8/17/2022 4:53 PM |
| Resp-Assured-10 | Insurance Policy Number 314216-B1 | No | 8/17/2022 4:54 PM | 8/17/2022 4:54 PM |
| Resp-Assured-11 | Insurance Policy Number SM-2007-101 | No | 8/17/2022 4:54 PM | 8/17/2022 4:54 PM |
| Resp-Assured-12 | Insurance Policy Number 314216-B2 | No | 8/17/2022 4:55 PM | 8/17/2022 4:55 PM |
| Resp-Assured-13 | Insurance Policy Number SM-2007-54 | No | 8/17/2022 4:56 PM | 8/17/2022 4:56 PM |
| Resp-Assured-14 | Insurance Policy Number 314216-A1 | No | 8/17/2022 4:56 PM | 8/17/2022 4:56 PM |
| Resp-Assured-15 | Insurance Policy Number SM-2007-10 | No | 8/17/2022 4:57 PM | 8/17/2022 4:57 PM |
| Resp-Assured-16 | Insurance Policy Number SM-2007-12 | No | 8/17/2022 4:58 PM | 8/17/2022 4:58 PM |
| Resp-Assured-17 | Insurance Policy Number 314216-D1 | No | 8/17/2022 4:58 PM | 8/17/2022 4:58 PM |
| Resp-Assured-18 | Insurance Policy Number D-2007-27 | No | 8/17/2022 4:59 PM | 8/17/2022 4:59 PM |
| Resp-Assured-19 | Insurance Policy Number 314216-E1 | No | 8/17/2022 4:59 PM | 8/17/2022 4:59 PM |
| Resp-Assured-20 | Insurance Policy Number D-2007-27 | No | 8/17/2022 5:01 PM | 8/17/2022 5:01 PM |
| Resp-Assured-21 | Insurance Policy Number 314216-C1 | No | 8/17/2022 5:02 PM | 8/17/2022 5:02 PM |
| Resp-Assured-22 | Insurance Policy Number FMNI-0301-08148-NY | No | 8/17/2022 5:03 PM | 8/17/2022 5:03 PM |
| Resp-Assured-23 | Insurance Policy Number SM-2008-347 | No | 8/17/2022 5:03 PM | 8/17/2022 5:03 PM |
| Resp-Assured-24 | Insurance Policy Number SM-2007-267 | No | 8/17/2022 5:04 PM | 8/17/2022 5:04 PM |
| Resp-Assured-25 | Agreement Regarding Bond Insurance dated March 6, 2007 for Series N Bonds | No | 8/17/2022 5:05 PM | 8/17/2022 5:05 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Resp-HTAInsured-01 | Puerto Rico Highways and Transportation Authority Official Statement, dated February 15, 2007 | No | 8/17/2022 8:31 PM | 8/17/2022 5:31 PM |
| Resp-JanetVazquez-1 | Carlos Cespedes` Statement | No | 8/17/2022 5:27 PM | 8/17/2022 5:27 PM |
| Resp-JanetVazquez-2 | FHWA-1273 | No | 8/17/2022 5:28 PM | 8/17/2022 5:28 PM |
| Resp-JanetVazquez-3 | Puerto Rico Highways Transportation Authority's Regulation 02-107 | No | 8/17/2022 5:29 PM | 8/17/2022 5:29 PM |
| Debtr-01 | Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (Not for thruth) | No | 8/17/2022 3:28 PM | 8/17/2022 3:28 PM |
| Debtr-02 | Disclosure Statement for the Third Amended Title III Plan of Adjustment for the Puerto Rico Highways and Transportation Authority (Not for truth) | No | 8/17/2022 3:39 PM | 8/17/2022 3:39 PM |
| Debtr-03 | 2020 Puerto Rico Highways and Transportation Authority Fiscal Plan, certified by the Oversight Board on June 26, 2020 - Admit | No | 8/17/2022 3:43 PM | 8/17/2022 3:43 PM |
| Debtr-04 | 2021 Puerto Rico Highways and Transportation Authority Fiscal Plan, certified by the Oversight Board on May 27, 2021- Admit | No | 8/17/2022 3:44 PM | 8/17/2022 3:44 PM |
| Debtr-05 | 2022 Puerto Rico Highways and Transportation Authority Fiscal Plan, certified by the Oversight Board on February 22, 2022 - Admit | No | 8/17/2022 3:44 PM | 8/17/2022 3:44 PM |
| Debtr-06 | 2022 Puerto Rico Highways and Transportation Authority Budget, certified by the Oversight Board on June 30, 2021 - Admit | No | 8/17/2022 3:45 PM | 8/17/2022 3:45 PM |
| Debtr-07 | 2023 Puerto Rico Highways and Transportation Authority Budget, certified by the Oversight Board on June 30, 2022 - Admit | No | 8/17/2022 3:45 PM | 8/17/2022 3:45 PM |
| Debtr-08 | 2021 Commonwealth Fiscal Plan, certified by the Oversight Board on April 23, 2021 - Admit | No | 8/17/2022 3:46 PM | 8/17/2022 3:46 PM |
| Debtr-09 | 2022 Commonwealth Fiscal Plan, certified by the Oversight Board on January 27, 2022 - Admit | No | 8/17/2022 3:59 PM | 8/17/2022 3:59 PM |
| Debtr-10 | 2022 Commonwealth Budget, certified by the Oversight Board on June 30, 2021 - Admit | No | 8/17/2022 4:00 PM | 8/17/2022 4:00 PM |
| Debtr-11 | 2022 Commonwealth Amended Budget, certified by the Oversight Board on February 22, 2022 - Admit | No | 8/17/2022 4:00 PM | 8/17/2022 4:00 PM |
| Debtr-12 | 2022 Commonwealth Second Amended Budget, certified by the Oversight Board on June 3, 2022 - Admit | No | 8/17/2022 4:01 PM | 8/17/2022 4:01 PM |
| Debtr-13 | 2023 Commonwealth Budget, certified by the Oversight Board on June 30, 2022 - Admit | No | 8/17/2022 4:01 PM | 8/17/2022 4:01 PM |
| Debtr-14 | HTA/CCDA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth and the Puerto Rico Highways and Transportation Authority, certain holders of HTA Bond | No | 8/17/2022 4:02 PM | 8/17/2022 4:02 PM |
| Debtr-15 | UCC Letter Agreement (July 12, 2021) | No | 8/17/2022 4:03 PM | 8/17/2022 4:03 PM |
| Debtr-16 | Stipulation in Connection with DRA Related Disputes | No | 8/17/2022 4:03 PM | 8/17/2022 4:03 PM |
| Debtr-17 | HTA Cash Analysis | No | 8/17/2022 4:04 PM | 8/17/2022 4:04 PM |
| Debtr-18 | Oversight Board Resolution Certifying Submission of Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (April 28, 2022) | No | 8/17/2022 4:04 PM | 8/17/2022 4:04 PM |
| Debtr-19 | Oversight Board Resolution Certifying Submission of Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (May 13, 2022) | No | 8/17/2022 4:05 PM | 8/17/2022 4:05 PM |
| Debtr-20 | Oversight Board Resolution Certifying Submission of Second Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (June 7, 2022) | No | 8/17/2022 4:06 PM | 8/17/2022 4:06 PM |
| Debtr-21 | Oversight Board Resolution Certifying Submission of Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (June 17, 2022) | No | 8/17/2022 4:06 PM | 8/17/2022 4:06 PM |
| Debtr-22 | Supplement to the Third Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority [Case No. 17-BK-3567-LTS, [ECF No. 1279] | No | 8/17/2022 4:07 PM | 8/17/2022 4:07 PM |
| Debtr-23 | New HTA Bond Indenture | No | 8/17/2022 4:08 PM | 8/17/2022 4:08 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Debtr-24 | Commonwealth loan agreement | No | 8/17/2022 4:08 PM | 8/17/2022 4:08 PM |
| Debtr-25 | Teodoro Moscoso Indenture | No | 8/17/2022 4:09 PM | 8/17/2022 4:09 PM |
| Debtr-26 | Teodoro Moscoso Concession Agreement | No | 8/17/2022 4:32 PM | 8/17/2022 4:32 PM |
| Debtr-27 | Amendment to Teodoro Moscoso Concession Agreement | No | 8/17/2022 4:32 PM | 8/17/2022 4:32 PM |
| Debtr-28 | Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [ECF No. 19784] | No | 8/17/2022 4:32 PM | |
| Debtr-29 | Order and Judgment Confirming the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, the ERS, and the PBA [ECF No. 19813] | No | 8/17/2022 4:33 PM | |
| Debtr-30 | Findings of Fact and Conclusions of Law In Connection With Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [ECF No. 19812] | No | 8/17/2022 4:37 PM | |
| Debtr-31 | Proof of Claim No. 151149 filed by DRA Parties in HTA Title III Case (Not for truth) | No | 8/17/2022 4:38 PM | 8/17/2022 4:38 PM |
| Debtr-32 | Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corp., Ntnl. Public Finance Guarantee Corp., and Financial Guaranty Insurance Co. [ECF No. 673, 17-3567] (NFT) | No | 8/17/2022 4:39 PM | 8/17/2022 4:39 PM |
| Debtr-33 | Defendant Financial Guaranty Insurance Company Answer, Counterclaim, and Third-Party Claim to Complaint [ECF No. 4, 19-ap-00363-LTS (D.P.R. June. 11, 2019]. (Not for truth) | No | 8/17/2022 4:43 PM | 8/17/2022 4:43 PM |
| Debtr-34 | Proof of Claim No. 29581 filed by AGC in HTA Title III Case (Not for truth) | No | 8/17/2022 4:44 PM | 8/17/2022 4:44 PM |
| Debtr-35 | Proof of Claim No. 31427 filed by AGMC in HTA Title III Case (Not for truth) | No | 8/17/2022 4:45 PM | 8/17/2022 4:45 PM |
| Debtr-36 | Proof of Claim No. 107643 filed by Ambac in HTA Title III Case (Not for truth) | No | 8/17/2022 4:45 PM | 8/17/2022 4:45 PM |
| Debtr-37 | Proof of Claim No. 32622 filed by BNYM in HTA Title III Case (Not for truth) | No | 8/17/2022 4:52 PM | 8/17/2022 4:52 PM |
| Debtr-38 | Proof of Claim No. 37245 filed by BNYM in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 10:18 AM | 8/17/2022 10:18 AM |
| Debtr-39 | Proof of Claim No. 38574 filed by BNYM in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 1:27 PM | 8/17/2022 1:27 PM |
| Debtr-40 | Proof of Claim No. 109975 filed by FGIC in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 1:29 PM | |
| Debtr-41 | Proof of Claim No. 23459 filed by National in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 3:21 PM | |
| Debtr-42 | Proof of Claim No. 24041 filed by National in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 3:22 PM | 8/17/2022 3:22 PM |
| Debtr-43 | Proof of Claim No. 102929 filed by Peaje in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 5:08 PM | 8/17/2022 5:08 PM |
| Debtr-44 | Proof of Claim No. 102953 filed by Peaje in HTA Title III Case - Admitted, but not for truth | No | 8/17/2022 5:09 PM | 8/17/2022 5:09 PM |
| Debtr-45 | Opinion and Order, ECF No. 211, 15-cv-01727-MEL (D.P.R., Aug. 9, 2021). | No | 8/17/2022 3:49 PM | 8/17/2022 3:49 PM |
| Debtr-46 | Judgment, ECF No. 212, 15-cv-01727-MEL (D.P.R., Aug. 9, 2021). | No | 8/17/2022 3:53 PM | 8/17/2022 3:53 PM |
| Debtr-47 | Proof of Claim No. 138396 filed by Carlos R. Céspedes-Gómez (Spanish-language) | No | 8/17/2022 3:54 PM | 8/17/2022 3:54 PM |
| Debtr-48 | Proof of Claim No. 138396 filed by Carlos R. Céspedes-Gómez (certified English-language translation) | No | 8/17/2022 3:55 PM | 8/17/2022 3:55 PM |
| Debtr-49 | Proof of Claim No. 118147 filed by Anibal Miranda Perez (Spanish-language) | No | 8/17/2022 3:56 PM | 8/17/2022 3:56 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Debtr-50 | Proof of Claim No. 118147 filed by Anibal Miranda Perez (certified English-language translation) | No | 8/17/2022 4:13 PM | 2/17/2022 4:13 PM |
| Debtr-51 | Proof of Claim No. 166207 filed by Amilcar Nieves-Santiago (Spanish-language) | No | 8/17/2022 4:14 PM | 8/17/2022 4:14 PM |
| Debtr-52 | Proof of Claim No. 166207 filed by Amilcar Nieves-Santiago (certified English-language translation) | No | 8/17/2022 4:15 PM | 8/17/2022 4:15 PM |
| Debtr-53 | Best Interests Test Report for the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:15 PM | 8/17/2022 4:15 PM |
| Debtr-54 | Revised Best Interests Test Report for the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:23 PM | 8/17/2022 4:23 PM |
| Debtr-55 | Redline of Revised Best Interests Test Report for the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:24 PM | 8/17/2022 4:24 PM |
| Debtr-56 | Affidavit of Service for Solicitation Mailing (and exhibits) | No | 8/17/2022 4:25 PM | 8/17/2022 4:25 PM |
| Debtr-57 | Affidavit of Publication and Radio Advertisements (and exhibits) | No | 8/17/2022 4:25 PM | 8/17/2022 4:25 PM |
| Debtr-58 | Fourth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:29 PM | 8/17/2022 4:29 PM |
| Debtr-59 | Oversight Board Resolution Certifying Submission of Fourth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (August 5, 2022) | No | 8/17/2022 8:29 PM | 8/17/2022 8:29 PM |
| Debtr-60 | Amended Plan Supplement and Plan Related Documents of the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:30 PM | 8/17/2022 4:30 PM |
| Debtr-61 | List of Covered Entities | No | 8/17/2022 4:30 PM | 8/17/2022 4:30 PM |
| Debtr-62 | Affidavit of Service (and exhibits) | No | 8/17/2022 4:31 PM | 8/17/2022 4:31 PM |
| Debtr-63 | Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority | No | 8/17/2022 4:35 PM | 8/17/2022 4:35 PM |
| Debtr-64 | Oversight Board Resolution Certifying Submission of Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority (August 12, 2022) | No | 8/17/2022 4:39 PM | 8/17/2022 4:39 PM |