**Schedule 1**

**Disclosure Statement**[1]

---

[1] In the interest of economy, a hard copy of the Disclosure Statement will not be included as a schedule to the Disclosure Statement Order. A copy of the Disclosure Statement was filed on March 1, 2023 (Docket Entry No. 3297 in Case No. 17-4780), and is available on the Court's docket, as well as on the website of the Debtor's Balloting Agent, Kroll Restructuring Administration LLC (f/k/a Prime Clerk LLC) ("Kroll"), at https://cases.ra.kroll.com/puertorico/. A flash drive containing the Disclosure Statement and all exhibits thereto will be included in the Solicitation Packages. Hard copies of the Disclosure Statement are available on request by contacting Kroll by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@ra.kroll.com. Please do not direct any inquiries to the Court.