# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT

U.S. Bank National Association, solely in its capacity as successor trustee (the

"Participant" or "PREPA Bond Trustee") under the Trust Agreement dated as of January 1, 1974

(as amended and supplemented from time to time, the "Trust Agreement"), between the Puerto

Rico Electric Power Authority and the PREPA Bond Trustee, hereby submits this notice of intent

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 3296], as may be amended, modified, or supplemented, pursuant to the Court's *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3305] and respectfully states as follows.

**1.     Participants' contact information, including email address, and that of its counsel:**

**Participant's Name:**

U.S. Bank National Association, in its capacity as PREPA Bond Trustee

**Participant's Address**

U.S. Bank National Association
c/o Diana Jacobs
1420 Fifth Avenue, 7th Floor
Seattle, WA 98101

**Names and Addresses of Counsel**

Clark T. Whitmore (clark.whitmore@maslon.com)
Michael C. McCarthy (mike.mccarthy@maslon.com)
John T. Duffey (john.duffey@maslon.com)
Jason M. Reed (jason.reed@maslon.com)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-4800

Eric A. Tulla, (etulla@riveratulla.com)
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784

**2.     Participant's Claim number and the nature of the Participant's Claim:**

**Claim Number**: 18449

**Nature of Claim**: Bond indebtedness and related rights under Commonwealth statutes and the Trust Agreement

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today March 3, 2023.

**RIVERA, TULLA AND FERRER, LLC**

By: */s Eric A. Tulla*
Eric A. Tulla, USDC-DPR No. 118313
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784
Email: etulla@riveratulla.com

**MASLON LLP**

By: */s Clark T. Whitmore*
Clark T. Whitmore (admitted *pro hac vice*)
Michael C. McCarthy (admitted *pro hac vice*)
John T. Duffey (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-4800
Email:   clark.whitmore@maslon.com
         mike.mccarthy@maslon.com
         john.duffey@maslon.com
         jason.reed@maslon.com

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE**