THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT**

Assured Guaranty Corp. ("Participant") hereby submits this notice of intent to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico Electric Power Authority* (ECF No. 3296), as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 3294) and respectfully states as follows:

1. Participant's contact information, including email address, and that of its counsel:

   Participant's Name:
   Assured Guaranty Corp.

   Participant's Address:
   1633 Broadway
   New York, NY 10019
   Tel. (212) 408-6053
   Attn:  Kevin Lyons
          Terence Workman
   Email: klyons@agltd.com; tworkman@agltd.com

   Names and Addresses of Counsel:
   Howard R. Hawkins, Jr.*
   Mark C. Ellenberg*
   Casey J. Servais*
   William J. Natbony*
   Thomas J. Curtin*
   200 Liberty Street
   New York, New York 10281
   Tel.: (212) 504-6000
   Fax: (212) 406-6666
   Email:  howard.hawkins@cwt.com
          mark.ellenberg@cwt.com
          casey.servais@cwt.com
          bill.natbony@cwt.com
          thomas.curtin@cwt.com

   * Admitted pro hac vice

   Heriberto Burgos Pérez
   USDC-PR No. 204,809
   Ricardo F. Casellas-Sánchez
   USDC-PR No. 203,114
   Diana Pérez-Seda
   P.O. Box 364924
   San Juan, PR 00936-4924

        Tel.: (787) 756-1400
        Fax: (787) 756-1401
        E-mail:  hburgos@cabprlaw.com
                     rcasellas@cabprlaw.com
                     dperez@cabprlaw.com

2.      Participant's Claim number and the nature of Participant's Claim:

        Claim Number: 29020

        Nature of Claim: claims arising under the Trust Agreement[2], the Insurance Agreements, the Policies, and the Restructuring Support Agreement.

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in Proof of Claim No. 29020.

Dated: March 3, 2022
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* | By: /s/ *Howard R. Hawkins, Jr.* |
|     Heriberto Burgos Pérez |     Howard R. Hawkins, Jr.* |
|     USDC-PR No. 204,809 |     Mark C. Ellenberg* |
|     Ricardo F. Casellas-Sánchez |     Casey J. Servais* |
|     USDC-PR No. 203,114 |     William J. Natbony* |
|     Diana Pérez-Seda |     Thomas J. Curtin* |
|     USDC–PR No. 232,014 |     200 Liberty Street |
|     P.O. Box 364924 |     New York, New York 10281 |
|     San Juan, PR 00936-4924 |     Tel.: (212) 504-6000 |
|     Tel.: (787) 756-1400 |     Fax: (212) 406-6666 |
|     Fax: (787) 756-1401 |     Email: howard.hawkins@cwt.com |
|     E-mail: hburgos@cabprlaw.com |             mark.ellenberg@cwt.com |
|             rcasellas@cabprlaw.com |             casey.servais@cwt.com |
|             dperez@cabprlaw.com |             bill.natbony@cwt.com |
| |             thomas.curtin@cwt.com |
| | * Admitted pro hac vice |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 3rd day of March, 2023.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice