**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT**

Assured Guaranty Municipal Corp. ("Participant") hereby submits this notice of intent to

participate in discovery for confirmation of the *Modified Second Amended Title III Plan of*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Adjustment of the Puerto Rico Electric Power Authority* (ECF No. 3296), as may be amended,

modified, or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines*

*Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 3294)

and respectfully states as follows:

1.      Participant's contact information, including email address, and that of its counsel:

> Participant's Name:
> Assured Guaranty Municipal Corp.
>
> Participant's Address:
> 1633 Broadway
> New York, NY 10019
> Tel. (212) 408-6053
> Attn:    Kevin Lyons
>          Terence Workman
> Email: klyons@agltd.com;  tworkman@agltd.com
>
> Names and Addresses of Counsel:
> Howard R. Hawkins, Jr.*
> Mark C. Ellenberg*
> Casey J. Servais*
> William J. Natbony*
> Thomas J. Curtin*
> 200 Liberty Street
> New York, New York 10281
> Tel.: (212) 504-6000
> Fax: (212) 406-6666
> Email:   howard.hawkins@cwt.com
>          mark.ellenberg@cwt.com
>          casey.servais@cwt.com
>          bill.natbony@cwt.com
>          thomas.curtin@cwt.com
>
> *Admitted pro hac vice
>
> Heriberto Burgos Pérez
> Ricardo F. Casellas-Sánchez
> Diana Pérez-Seda
> P.O. Box 364924
> San Juan, PR 00936-4924
> Tel.: (787) 756-1400
> Fax: (787) 756-1401

E-mail:  hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com

2.      Participant's Claim numbers and the nature of Participant's Claims:

Claim Number: 31087

Nature of Claim: claims arising under the Trust Agreement[2], the Insurance Agreements, the Policies, and the Restructuring Support Agreement.

Claim Number: 32829

Nature of Claim: claims arising under the Swap Transactions[3] and the Insurance Policies.

---

[2] Capitalized terms used in this sentence but not defined herein shall have the meaning ascribed to them in Proof of Claim No. 31087.

[3] Capitalized terms used in this sentence but not defined herein shall have the meaning ascribed to them in Proof of Claim No. 32829

Dated:  March __, 2022
New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
  Heriberto Burgos Pérez
  USDC-PR No. 204,809
  Ricardo F. Casellas-Sánchez
  USDC-PR No. 203,114
  Diana Pérez-Seda
  USDC–PR No. 232,014
  P.O. Box 364924
  San Juan, PR 00936-4924
  Tel.: (787) 756-1400
  Fax: (787) 756-1401
  E-mail:  hburgos@cabprlaw.com
     rcasellas@cabprlaw.com
     dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
  Howard R. Hawkins, Jr.*
  Mark C. Ellenberg*
  Casey J. Servais*
  William J. Natbony*
  Thomas J. Curtin*
  200 Liberty Street
  New York, New York 10281
  Tel.: (212) 504-6000
  Fax: (212) 406-6666
  Email:  howard.hawkins@cwt.com
     mark.ellenberg@cwt.com
     casey.servais@cwt.com
     bill.natbony@cwt.com
     thomas.curtin@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I filed this document electronically with the Clerk of the Court

using the CM/ECF System, which will send notification of such filing to all parties of record in

the captioned case.

At New York, New York, the ___ day of March, 2023.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice