# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No.17 BK 4780-LTS |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT

**TO THE HONORABLE COURT:**

Unión de Trabajadores de la Industria Eléctrica y Riego Inc. ("UTIER") ("Participant") hereby submits this notice of intent to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (ECF No. 3296), as may be amended, modified, or supplemented, pursuant to the *Court's Order*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (ECF No. 3294) and respectfully states as follows:

1. Participant's contact information, including email address, and that of its counsel:

    Participant's Name:
    Unión de Trabajadores de la Industria Eléctrica y Riego Inc. ("<u>UTIER</u>")

    Participant's Address:
    Apartado 13068
    San Juan, PR 00908
    Tel. (787) 721-1700
    Attn: Josué Mitja
    Email: josuemitja@utier.org

    Names and Addresses of Counsel:
    Rolando Emmanuelli-Jiménez
    Jessica E. Méndez-Colberg
    Zoé Negrón-Comas
    Bufete Emmanuelli, C.S.P
    P.O. Box 10779
    Ponce, Puerto Rico 00732
    Tel.: 787-848-0666
    Fax: 1-787-841-1435
    Email: rolando@emmanuelli.law
    jessica@emmanuelli.law
    zoe@emmanuelli.law

2. Participant's Claim numbers and the nature of Participant's Claims:

    Claim Number: 52867

    Nature of Claim: Employment Benefits, Grievances and/or Claims arising under the Collective Bargaining Agreement and/or applicable statutes.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, this 6th day of March 2023.



BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law


*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108
jessica@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702
zoe@emmanuelli.law

*Counsel for UTIER*