# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No.17 BK 4780-LTS |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT

**TO THE HONORABLE COURT:**

Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") ("Participant") hereby submits this notice of intent to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (ECF No. 3296), as may be amended, modified, or supplemented, pursuant to the Court's

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and
Discovery in Connection Therewith* (ECF No. 3294) and respectfully states as follows:

1.      Participant's contact information, including email address, and that of its counsel:

>    Participant's Name:
>    Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica
>    ("SREAEE")
>
>    Participant's Address:
>    PO Box 13978
>    San Juan, PR 00908-3978
>    Tel. (787) 521-4749
>    Email: j-perez-dfin@prepa.com
>
>    Names and Addresses of Counsel:
>    Rolando Emmanuelli-Jiménez
>    Jessica E. Méndez-Colberg
>    Zoé Negrón-Comas
>    Bufete Emmanuelli, C.S.P
>    P.O. Box 10779
>    Ponce, Puerto Rico 00732
>    Tel.: 787-848-0666
>    Fax: 1-787-841-1435
>    Email: rolando@emmanuelli.law
>           jessica@emmanuelli.law
>           zoe@emmanuelli.law
>
>    Rafael A. Ortiz-Mendoza
>    ORTIZ MENDOZA & FARINACCI FERNÓS, LLC
>    Edificio Banco Cooperativo Plaza
>    623 Ponce de León Ave., Suite 701-B
>    San Juan, PR 00917-4820
>    Tel: 787-963-0404
>    Email: rafael.ortiz.mendoza@gmail.com

2.   Participant's Claim numbers and the nature of Participant's Claims:

>    Claim Number: 51696
>
>    Nature of Claim: Unpaid PREPA Employer Contributions to the Employee
>    Retirement System.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, this 6th day of March 2023.





ORTIZ MENDOZA & FARINACCI FERNÓS, LLC
Edificio Banco Cooperativo Plaza
623 Ponce de León Ave., Suite 701-B
San Juan, PR 00917-4820
Tel: 787-963-0404

*/s/Rafael A. Ortiz-Mendoza*
Rafael A. Ortiz-Mendoza, Esq.
USDC-PR: 229103
rafael.ortiz.mendoza@gmail.com


*Co-counsel for SREAEE*

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435

*/s/Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law

*/s/Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108
jessica@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702
zoe@emmanuelli.law

*Co-Counsel for SREAEE*