# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE: March 6, 2023**

BK Case: 17-3283 LTS (Jointly Administered) (PROMESA)

**APPEAL FEE PAID ($505):**   YES  __X__   NO  _____   PENDING  ___

**CASE CAPTION:** In re: The Commonwealth of Puerto Rico.

**IN FORMA PAUPERIS:**   YES  _____   NO  __X__

**MOTIONS PENDING:**   YES  _____   NO  __X__

**NOTICE OF APPEAL FILED BY:** Estate of Pedro José Nazario Serrano

**APPEAL FROM:** Memorandum Opinion and Order Granting the Motion to Enforce the Plan entered on 11/29/2022 and Order Denying Motion for Reconsideration Under Bankruptcy Rule 9023 entered on 1/26/2023.

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 22927, 23399, 23624**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

    Agnes Ferrer-Auffant, Esq.
    Acting Clerk of Court
    S/Idnar Diaz
    Idnar Diaz
    Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk