UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors[1] | PROMESA Title III **Case No. 17 BK 3283-LTS** |
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY, Debtor | PROMESA Title III Case No. 17 BK 4780-LTS |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF PREPA'S PLAN OF ADJUSTMENT**

PV Properties, Inc. ("PV Properties" or "Participant"), hereby submits this notice of intent to participate in discovery as to the confirmation of the *Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [**ECF No. 23663**], as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other Things,*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [**ECF No. 23676**] and respectfully states as follows:

1. **Participant's contact information, including email address, and that of his counsel:**

    **Participant's Name:**

    PV Properties, Inc.

    **Participant's Address:**

    c/o Victor Luis González
    Antilles Cement
    P.O. Box 363794
    San Juan, PR 00936-3794
    Tel. 787-376-9705
    E-mail: victorluisgonzalez@yahoo.com

    **Names and Addresses of Counsel:**

    Charles A. Cuprill Hernández, Esq.
    Charles A. Cuprill, P.S.C. Law Offices
    356 Fortaleza Street - Second Floor
    San Juan, PR 00901
    Tel. 787-977-0515
    Fax: 787-977-0518
    E-mail: cacuprill@cuprill.com

    Fernando E. Agrait, Esq.
    701 Avenida Ponce de León
    Edificio Centro de Seguros
    Oficina 414
    San Juan, Puerto Rico 00907
    Tel. 787-725-3390/3391
    Fax: 787-724-0353
    E-mail: agraitfe@agraitlawpr.com

2. **Participant's Claim Number and the Nature of Participant's Claim:**

    Claim Number: N/A

    Nature of Claim:

2

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this 7th day of March 2023

| *s*/**Fernando E. Agrait** | *s*/**Charles A. Cuprill-Hernández** |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

3