# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 23625** |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT MARCH 15-16, 2023, OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1.      The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order (the "Order") entered on February 24, 2023 [ECF No. 23625].

2.      Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear, via videoconferencing technology, at the March 15-16, 2023, hearing (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

"Omnibus Hearing"), and seek to be heard to address questions and comments, if any, related to AAFAF's March Status Report,[2] reserving the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

3.     Maria J. DiConza and/or Gabriel L. Olivera of O'Melveny & Myers LLP will appear at the Omnibus Hearing, via videoconferencing technology, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4.     Further, counsels Marini, Velaz, DiConza, and Olivera hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated:  March 7, 2023
         San Juan, Puerto Rico

Respectfully submitted,

**O'MELVENY & MYERS LLP**                          **MARINI PIETRANTONI MUÑIZ LLC**

*/s/ Peter Friedman*                                       */s/ Luis C. Marini-Biaggi*
John J. Rapisardi                                          Luis C. Marini-Biaggi
Maria J. DiConza                                           USDC No. 222301
(Admitted *Pro Hac Vice*)                                  Carolina Velaz-Rivero
Gabriel L. Olivera                                         USDC No. 300913
USDC No. 303314                                            250 Ponce de León Ave., Suite 900
7 Times Square                                             San Juan, Puerto Rico 00918
New York, NY 10036                                         Telephone: (787) 705-2171
Telephone: (212) 326-2000                                  Facsimile:  (787) 936-7494
Facsimile: (212) 326-2061                                  Email: lmarini@mpmlawpr.com

---

[2]  As directed in ¶ 7 of the Order.

Email: jrapisardi@omm.com

mdiconza@omm.com

golivera@omm.com

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

cvelaz@mpmlawpr.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

3