# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Ninety-Sixth Omnibus Objection**

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | AKM MFG INC.<br>418 CALLE ASTE 1<br>SAN JUAN, PR 00920-2005 | 44619 | Commonwealth of Puerto Rico | Unsecured | $41,061.62* | Commonwealth of Puerto Rico | Unsecured | $8,790.03* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $32,271.59 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim. Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

| 2 | BPA OFFICE SUPPLIES INC<br>PO BOX 10611<br>PONCE, PR 00732 | 25556 | Commonwealth of Puerto Rico | Unsecured | $302,042.54 | Commonwealth of Puerto Rico | Unsecured | $240,131.43 |

Reason: Invoices totaling $61,911.11 were paid via ACH/checks 00113418, 00116939, 00116940, 00116941, 00116942, 00116943, 00116944, 00116945, 00116946, 00116947, 00116948, 00121027, 00121903, 00123067, 00124076, 00128810, 00129709, 00147400, 00150275, 00150902, 00151282, 00154403, 00202796, 00007604, and 00253854 on 04/19/2017, 05/01/2017, 05/16/2017, 05/18/2017, 05/31/2017, 06/05/2017, 06/20/2017, 06/28/2017, 07/18/2017, 08/10/2017, 08/24/2017, 08/30/2017, 11/13/2017, 09/12/2018, 09/14/2018, and 10/01/2019. The Claimant shall retain the non-modified portion of the claim.

| 3 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR 00960 | 11882 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $54.60* |

Reason: Claim does not assert a stated value, however the support provided in the POC totals $1,596.00 of which the Debtors show all but $54.60 was paid on 05/29/2018 via checks 00212714, 00212715, 00212716, 00212717, 00212718, 00212719, and 00212720. The Claimant shall retain the non-modified portion of the claim. Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

| 4 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 168163 | Commonwealth of Puerto Rico | Unsecured | $1,738,496.35 | Commonwealth of Puerto Rico | Unsecured | $1,638,612.96 |

Reason: Invoices totaling $99,883.39 were paid via ACHs/checks 00237726, 00230957, 00460881, 00241166, 00484947, 00482887, 00007954, 00010826, 00122751, 00120387, 00521136, 00529651, 00524391, 00012293, 00107201, 00583320, 00537986, 00052271, 00666018, 00426667, 00648387, 00202218, 00011059, 00046303, 00126745, 00116882, 00117607, 00117614, 00361175, 00001118, 00173947, 00002641, 00442995, 00202721, 00010316, 00451242, 00514221, 00497756, 00009870, 00011930, 00258365, 00638341, 00026646, 00076762, 00070627, and 00360705 between 2007 and 2019. The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Four Hundred Ninety-Sixth Omnibus Objection

Exhibit A - Modified Claims

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 27647 | Commonwealth of Puerto Rico | Unsecured | $1,033.10 | Commonwealth of Puerto Rico | Unsecured | $883.10 |

Reason: Invoices totaling $150.00 were paid via checks 00046891 and 00046893 on 07/30/2018. The Claimant shall retain the non-modified portion of the claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28070 | Commonwealth of Puerto Rico | Unsecured | $1,678.11 | Commonwealth of Puerto Rico | Unsecured | $1,223.11 |

Reason: Invoices totaling $455.00 were paid via EFTs 70087, 74410, 78384, 79813, and 79814 on 03/27/2018, 04/23/2018, 05/16/2018, and 05/23/2018. The Claimant shall retain the non-modified portion of the claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28096 | Commonwealth of Puerto Rico | Unsecured | $15,881.26 | Commonwealth of Puerto Rico | Unsecured | $14,658.91 |

Reason: Invoices totaling $1,222.35 were paid via checks 00040185, 00040186, 00040187, 00040188, 00041215, and 00042896 on 04/18/2018, 04/30/2018, and 05/31/2018. The Claimant shall retain the non-modified portion of the claim.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>P.O. BOX 1322<br>GURABO, PR 00778 | 28103 | Commonwealth of Puerto Rico | Unsecured | $3,838.13 | Commonwealth of Puerto Rico | Unsecured | $2,515.00 |

Reason: Invoices totaling $1,323.13 were paid via EFTs 00080103, 00080272, 00080273, 00080274, 00080275, 00080276, and 00080277 on 05/23/2018. The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 28115 | Commonwealth of Puerto Rico | Unsecured | $2,332.70 | Commonwealth of Puerto Rico | Unsecured | $1,152.72 |

Reason: Invoices totaling $1,179.98 were paid via EFTs 39993, 42906, 46896, 49511, 52302, 56951, 59283, 59286, 64074, 68802, 69793, 69994, 71734, 72055, 72057, 74695, 87142, 87143, 87144, 87145, 87146, and 98175 on 03/26/2018, 06/20/2017, 07/10/2017, 08/02/2017, 08/24/2017, 10/ 11/2017, 12/07/2017, 12/27/2017, 02/07/2018, 03/19/2018, 03/26/2018, 04/09/2018, 04/24/2018, 06/27/2018, and 09/06/2018. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | GARCIA DAVILA, HUMBERTO<br>PO BOX 361716<br>SAN JUAN, PR 00936 | 138933 | Commonwealth of Puerto Rico | Unsecured | $2,462.50 | Commonwealth of Puerto Rico | Unsecured | $1,150.00 |

Reason: Invoices totaling $1,312.50 were paid via checks 188738 and 222990 on 01/25/2018 and 07/05/2018. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | GERMAN TORRES BERRIOS & ASSOCIADOS<br>HC 04 BOX 5775<br>BARRANQUITAS, PR 00794-9609 | 48747 | Commonwealth of Puerto Rico | 503(b)(9) | $15,178.00 | Commonwealth of Puerto Rico | Unsecured | $3,900.00 |

Reason: Invoices totaling $11,278.00 were paid via EFTs 11100112, 11100044, 11100064, and 11100152 on 07/18/2016, 02/28/2017, 04/20/2017, and 09/19/2017. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | GONZALEZ DIAZ, WILLIAN<br>PO BOX 534<br>SALINAS, PR 00751 | 3077 | Commonwealth of Puerto Rico | Unsecured | $21,600.00* | Commonwealth of Puerto Rico | Unsecured | $8,100.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $13,500.00 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claimant shall retain the non-modified portion of the claim. Additionally, Claim was filed as partially unliquidated, modified amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Four Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Modified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | LIBERTY CABLEVISION OF PUERTO RICO LLC<br>C/O ORLANDO FERNANDEZ, ESQ.<br>#27 CALLE GONZALEZ GIUSTI STE 300<br>GUAYNABO, PR 00968-3076 | 17316 | Commonwealth of Puerto Rico | Unsecured | $1,767.37 | Commonwealth of Puerto Rico | Unsecured | $535.90 |

Reason: Invoice totaling $1,231.47 was paid via EFT 33640 on 05/17/2017. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | PONCE MEDICAL SCHOOL FOUNDATION INC<br>PO BOX 7004<br>PONCE, PR 00732-7004 | 19257 | Commonwealth of Puerto Rico | Unsecured | $9,182.76 | Commonwealth of Puerto Rico | Unsecured | $98.44 |

Reason: Invoices totaling $4,145.67 were paid via checks 51477, 51479, 112412, 116436, 120162, and 124103 on 06/20/2017, 02/21/2019, 03/21/2019, 04/30/2019, and 05/30/2019. For liabilities totaling $4,938.65, the claimant fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and University of Puerto Rico which is not part of the Title III proceedings. The Claimant shall retain the non-modified portion of the claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY<br>CALLE ORTEGON #107<br>LOCAL 105<br>GUAYNABO, PR 00966 | 94933 | Commonwealth of Puerto Rico | Unsecured | $2,349.14 | Commonwealth of Puerto Rico | Unsecured | $706.87 |

Reason: Invoices totaling $1,642.27 were paid via checks 75978, 75979, 75980, 75987, 82274, 96372, 96374, and 96382 on 03/26/2018, 05/18/2018, and 09/18/2018. The Claimant shall retain the non-modified portion of the claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Sixth Omnibus Objection

Exhibit A - Modified Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | RIVERA SIACA, LUIS A.<br>CHARLES A CUPRILL P.S.C.<br>LAW OFFICES<br>356 FORALEZA STREET  2 FLOOR<br>SAN JUAN, PR 00901 | 48953 | Commonwealth of Puerto Rico | Unsecured | $483,109.37 | Commonwealth of Puerto Rico | Unsecured | $55,531.24 |
| | Reason: Invoices totaling $427,578.13 were paid via ACHs/checks 00033392, 00259654, 00035704, 00261257, and 00036001 on 12/23/2019, 02/06/2020, and 02/10/2020.  The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 17 | SUR MED MEDICAL CENTER CORP<br>PO BOX 1162<br>8 CALLE COLON PACHECO<br>SALINAS, PR 00751 | 41863 | Commonwealth of Puerto Rico | Unsecured | $97,016.06 | Commonwealth of Puerto Rico | Unsecured | $6,573.00 |
| | Reason: Invoices totaling $90,443.06 were paid via EFTs 00096628, 00096660, 00096661, 00096662, 00096663, 00096664, 00096665, and 00096666 on 08/29/2018.  The Claimant shall retain the non-modified portion of the claim. | | | | | | | |
| 18 | YABUCOA DEVELOPMENT, S.E<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 25519 | Commonwealth of Puerto Rico | Unsecured | $74,097.42 | Commonwealth of Puerto Rico | Unsecured | $47,945.49 |
| | Reason: Invoices totaling $26,151.93 were paid via EFT 00095237 on 09/14/2018.  The Claimant shall retain the non-modified portion of the claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts