# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Ninety-Seventh Omnibus Objection**

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALICEA SEPULVEDA, EDGARDO Z.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36568 | $12,488.11* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 2 | ARROYO MELENDEZ, FELIX D<br>HC 01 BOX 2158<br>MAUNABO, PR 00707 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24616 | $103,946.20* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 3 | BAEZ LUCIANO, JORGE L.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35956 | $22,738.21* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 4 | BAEZ SANTIAGO, HERIBERTO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35057 | $23,275.33* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BATISTA RIOS, FELIPE<br>PO BOX 188<br>BAJADERO, PR 00616 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15250 | $80,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BERNIER ROMAN, WILFREDO<br>AY6 CALLE 54<br>GUAYAMA, PR 00784 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25676 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | BEY SEPULVEDA, CARLOS J.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34598 | $14,323.28* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | BISBAL TORRES, ISRAEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35986 | $9,668.21* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | BRILLON COLON, JOSE A.<br>HC 02 BOX 14770 BO BARRAZAS<br>CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 148172 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 10 | BURGOS DEL TORO, BENJAMIN<br>CALLE ZARAGOZA L-11 VILLA ESPAÑA<br>BAYAMON, PR 00961 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27426 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 11 | CARDONA RAMOS, LUIS A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35621 | $14,233.76* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 12 | CASIANO JIMENEZ, EFRAIN<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44466 | $14,860.40* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | CHEVERE ALFONSO, JAIME<br>ALTS DE BORINQUEN<br>6228 CALLE MAROJO<br>JAYUYA, PR 00664 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25019 | $165,610.58 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | CHU FIGUEROA, VICTOR<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29121 | $16,919.37* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | COLON MERCADO, MODESTO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45589 | $14,323.28* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CONCEPCION RODRIGUEZ, MILTON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35244 | $18,351.70* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|------------|-------------|--------|---------|------------------------|
| 17 | DE LEON TORRES, JUAN LUIS<br>HACIENDA CONCORDIA<br>CALLE MARGARITA 11197<br>SANTA ISABEL, PR 00757 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11459 | $11,592.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

|   |   |   |   |   |   |   |
|---|------|------------|-------------|--------|---------|------------------------|
| 18 | DOMENECH MIRANDA, LUIS R.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38986 | $11,324.34* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

|   |   |   |   |   |   |   |
|---|------|------------|-------------|--------|---------|------------------------|
| 19 | FELICIANO VARELA, ALBERTO<br>BO. CALLEJONES<br>BZN 3829<br>LARES, PR 00669 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28370 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

|   |   |   |   |   |   |   |
|---|------|------------|-------------|--------|---------|------------------------|
| 20 | FERNANDEZ BETANCOUNT, AILEEN<br>HC04 BOX 22123<br>JUANA DIAZ, PR 00795 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128425 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department.  However,  the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | FIGUEROA LUGO, MIGUEL E.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44508 | $13,517.60* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | FIGUEROA SANTANA, OSVALDO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35662 | $19,067.87* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | FRATICELLI VILANOVA, SERGIO A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34067 | $11,413.86* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | GALARAZ, JUAN R.<br>2610 PALMA DE SIERRA<br>PONCE, PR 00728 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85079 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | GONZALEZ RAMOS, JOEL<br>BORRIO LEGUIZAMO CARRETERA 352 KILOMETRE 3.8<br>MAYAGUEZ, PR 00680 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49042 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 26 | HERNANDEZ AUBRET, JOSE N<br>PARC MAGINAS<br>171 CALLE MAGNOLIA<br>SABANA GRANDE, PR 00637-2119 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30526 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 27 | LEBRON MARTINEZ, JOSE A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29198 | $12,353.83* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 28 | LEON VAZQUEZ, FELIX<br>PO BOX 10, 007 SUITE 133<br>GUAYAMA, PR 00785 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101623 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | LOPEZ VALDES, DIANA M<br>D 73 C/29 URB PARQUE ECUESTRE<br>CAROLINA, PR 00987 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12674 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 30 | MALAVE TROCHE, ANGEL ALEXIS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32997 | $9,668.21* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 31 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>URB. LAS VISTAS #15<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106911 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 32 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109789 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103 PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110920 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | MARRERO MARRERO, JOSE ANTONIO<br>PO BOX 5103<br>PMB 138<br>CABO ROJO, PR 00623 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115810 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | MARTINEZ RIVERA, MIGUEL<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32965 | $9,668.21* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | MERCADO COLON, CARLOS<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35706 | $20,589.71* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | MERCADO CORDERO, PEDRO A.<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32843 | $9,578.69* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | MOJICA RIVERA, ELSTON<br>EXT 18 EXT URB PALMER<br>CABO ROJO, PR 00623-3162 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130749 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | NAZARIO TORRES, JORGE A.<br>URB. BARAMAYA C/AREYDO #852<br>PONCE, PR 00728 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50645 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | NEGRON VAZQUEZ, WILSON<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35611 | $15,352.77* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | NIEVES ACEVEDO, JAIME<br>LIRIO DEL MAR TORRES, ESQ<br>PO BOX 3552<br>MAYAGÜEZ, PR 00681 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38680 | $21,619.20* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 42 | NIEVES ROSARIO, CELSO<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25956 | $11,100.54* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 43 | PAGAN MERCADO, RADAMES<br>URB VILLA DEL CARMEN #4528 AUD CONSTARAC<br>PONCE, PR 00716 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79609 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| 44 | PENA- DUMAS, REY A.<br>PANIS # 243 PMB 1110<br>SAN JUAN, PR 00917 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56342 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | PEREZ CINTRON, GABY<br>CALLE FLAMBOYAN E4<br>URB SAN MARTIN<br>UTUADO, PR 00641 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 52600 | $100,843.87* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | PEREZ COLON, JOSE<br>HC 05 BOX 6442<br>AGUAS BUENAS, PR 00703 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115388 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | PEREZ MONTES, JOSE M<br>CASA #18, CALLE TRINITARIA<br>PARCELAS TOAVACA<br>VILLALBA, PR 00766 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80804 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RAMOS GUZMAN, DOMINGO<br>RR 2 BOX 7050<br>GUAYAMA, PR 00784-9607 | 03/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1562 | $15,000.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | RIVERA COLON, ELMER<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49371 | $12,130.03* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 50 | RIVERA VELAZQUEZ, IVETTE<br>PO BOX 861<br>GURABA, PR 00778 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162980 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | RODRIGUEZ GARCIA, MIGUEL A.<br>CALLE GALLARDO #2125 URB. BALDORIOTY<br>PONCE, PR 00728 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45403 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | RODRIGUEZ GARCIA, QUECSIE<br>HC-2, BOX 5654<br>PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64743 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Ninety-Seventh Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | ROMAN CARRERO, FRANKLYN<br>PO BOX 9356<br>ARECIBO, PR 00613 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47385 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | ROSAS MORENO, WILLIAM<br>HC2 BOX 23411<br>MAYAGUEZ, PR 00680 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69927 | Undetermined* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | SANCHEZ PENA, GERMAN L<br>PO BOX 1151<br>SAN SEBASTIAN, PR 00685 | 05/31/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30597 | $82,180.00 |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | SEGUI SERRANO, LUIS A<br>LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56109 | $11,369.10* |

Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released.

*Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | SOLA ORELLANO, JOSE V.<br>URB. VALLE TOLIMA<br>MYRNA VAZQUEZ I 2<br>CAGUAS, PR 00727 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117459 | $11,301,625.50* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 58 | TIRADO GARCIA, MANUEL<br>53 C/ NUEVA<br>CATANO, PR 00962 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163431 | $128,087.04 |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 59 | TORRES CRUZ, JOSE I.<br>PO BOX 419<br>YAUCO, PR 00698 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140787 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 60 | TORRES MARTINEZ , EDDIE E<br>URB. SOPRADO CORAZON<br>CALLE ALEGRIA #843<br>PENUELAS, PR 00624 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78289 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |

Four Hundred Ninety-Seventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | TORRES REYES, MIGUEL A.<br>3923 ACEROLA URB EXT LAUREL<br>COTO LAUREL, PR 00780 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50312 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| 62 | VEGA VEGA, LUIS<br>C/O LIRIO DEL MAR TORRES, ESQ.<br>PO BOX 3552<br>MAYAGUEZ, PR 00681 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71467 | $12,622.39* |
| | Reason: Proof of Claim asserts liabilities associated with allegedly accrued, but unpaid, wages purportedly owed by the Puerto Rico Police Department. However, the Commonwealth's records show that claimant has already received payment for the back pay and executed a release, and Debtors are therefore no longer liable for the claim because it has been settled and released. | | | | | |
| | | | | | TOTAL | $12,351,443.19* |

*Indicates claim contains unliquidated and/or undetermined amounts