# EXHIBIT A

**Schedule of Claims Subject to the Five Hundredth Omnibus Objection**

Five Hundredth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALIANZA CORRECCIONAL UNIDA SERVIDORES PÚBLICOS<br>MARISEL BAEZ SANTIAGO<br>BANCO COOP PLZ. STE 802B<br>#623 AVE. PONCE DE LEON<br>SAN JUAN, PR 00917-4827 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27520 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALICEA CAMPOS, MARIA M<br>CALLE CENTRAL #84<br>COTO LAUREL, P.R.00780<br>JUANA DIAZ, PR 00780 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50864 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CALAFF QUINONES, MIGUELINA<br>PO BOX 2166<br>MOCA, PR 00676-2166 | 05/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42566 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CORNIER MALDONADO, ANGEL A.<br>17 CALLE ARIES<br>CAROLINA, PR 00979-1712 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 142499 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 5 | FIGUEROA CORREA, MARIA E<br>HC 11 BOX 47851<br>CAGUAS, PR 00725-9626 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24005 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 6 | FIGUEROA CORREA, MARIA E<br>HC11 BOX 47851<br>CAGUAS, PR 00725-9626 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24217 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 7 | GONZALEZ MERCADO, OMAYRA<br>URB COUNTRY CLUB<br>JC 20 C 230<br>CAROLINA, PR 00982 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 98315 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | IRIZARRY CEDENO, JULIO CESAR<br>BO MACANA SECTOR HOYO VICIOSO<br>CARR. 132<br>PENUELAS, PR 00624 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 149208 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | MEDINA HERNANDEZ, MIGDALIA<br>AV DE DIEGO APT 1007 2<br>COOP SAN FRANCISCO<br>RIO PIEDRAS, PR 00927 | 05/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17637 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MEDINA RIVERA, ASNEL<br>EDIF EL CENTRO I 500 AVE. MUÑOZ RIVERA STE 215<br>SAN JUAN, PR 00918 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63375 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MONTALVO LAFONTAINE, MARIA DE LOS A.<br>3001 EL COBO<br>AGUADILLA, PR 00603 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111768 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | MORALES MONTALVO, FREDDY<br>15 BO EL COQUI<br>CABO ROJO, PR 00623-3628 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23314 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | NEGRON COLON , MIGUEL A.<br>D-14 CALLE 9<br>URB. REPARTO UNIVERSIDAD<br>SAN GERMAN, PR 00683 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121654 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection

Exhibit A - Claims to Be Disallowed

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 14 | NIEVES CRUZ, IRIS M.<br>URBANIZACION FACTOR<br>CALLE BALBOA 30-B<br>ARECIBO, PR 00612 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58387 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 15 | NIEVES RAMOS, ADELAIDA<br>2231 CALLE DELTA<br>URB. SAN ANTONIO<br>PONCE, PR 00728-1702 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109002 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 16 | ORTIZ LABRADOR, EDNA MARIA<br>APARTADO 2119<br>AIBONITO, PR 00705 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90181 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | ORTIZ ROSA, YENICE<br>PO BOX 177<br>SABANA SECA, PR 00952 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 151337 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | PADILLA ORTIZ, MARISEL<br>PO BOX 561136<br>GUAYANILLA, PR 00656 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16480 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | PEREZ ARCE, HARRY<br>CO NILDA BAEZ ALICEA<br>ECHEANDIA ASOCIADOS<br>P O BOX 140549<br>ARECIBO, PR 00614-0549 | 04/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8217 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | PEREZ RAMIREZ, JOSE A<br>URB VALLE VERDE<br>C 9 CALLE 2<br>SAN GERMAN, PR 00683 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51630 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | RAMOS CAMACHO, DINORIS<br>PO BOX 448<br>AGUAS BUENAS, PR 00703 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14042 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | RAMOS GONZALEZ, DAVID<br>COLINAS DE FAIRVIEW<br>4K-29 CALLE 214<br>TRUJILLO ALTO, PR 00976 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79224 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | RESTO HERNANDEZ, SONIA<br>HC-61 BZN 4359<br>BO LA GLORIA<br>TRUJILLO ALTO, PR 00976 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101236 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | REYES HERNANDEZ, INGRID<br>ANTONIO JUSINO RODRÍGUEZ<br>CALLE 90 BL. 91 10 URB. VILLA<br>CAROLINA, PR 00985 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52709 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | RIOS CRUZ, NILSA<br>HC 11 BOX 12459<br>HUMACAO, PR 00791-9420 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91272 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors.  The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundredth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | RIVERA ALVAREZ, CRUZ<br>CALLE LATIMER #1409<br>SAN JUAN, PR 00940 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38684 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RIVERA OLMEDA, TEODORO<br>BO. LIMON CARR 151<br>KM 8 HM 0 APT 193<br>VILLABLA, PR 00766 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35274 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, JOHANNA M.<br>HC-3 BOX 10920<br>SAN GERMAN, PR 00683 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16862 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundredth Omnibus Objection

Exhibit A - Claims to Be Disallowed

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | RIVERA TORRES, ENEIDA<br>19 SECTOR MAL PASO<br>CARR 386<br>PENUELAS, PR 00624 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35467 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ CANDELARIA, ZULMA I<br>HC 3 BOX 51602<br>HATILLO, PR 00659 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19638 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | SANTIAGO HERNANDEZ, HECTOR MANUEL<br>HC- 02 BOX 5677<br>COMENO, PR 00782 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145851 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

|  |  |  |  |  | TOTAL | Undetermined* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts