## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eleventh Omnibus Objection**

Case:17-03283-LTS   Doc#:23721-1   Filed:03/08/23   Entered:03/08/23 14:05:55   Desc:
Exhibit A - Schedule of Claims Subject to the Five Hundred Eleventh Omnibus Obj   Page 1 of 2

Five Hundred Eleventh Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 151583 | Undetermined* | FELICIANO ROSADO, JESUS PERLA DEL SUR 4413 PEDRO CARATINI PONCE, PR 00717 | 07/05/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 165443 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #165443 contained on Exhibit A to the 510th Omnibus Claims Objection for Claims to Be Disallowed.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ROMAN MARTINEZ, NAYDA I. 205-11 SANTANA ARECIBO, PR 00612 | 07/03/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 105157 | Undetermined* | ROMAN MARTINEZ, NAYDE I 205-11 SANTANA ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 141650 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393 | Undetermined* |
| | | | | | | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority.

Remaining claim #138393 contained on Exhibit A to the 380th Omnibus Claims Objection for Claims to Be Disallowed.

*Indicates claim contains unliquidated and/or undetermined amounts

1