# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Twelfth Omnibus Objection**

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGRONT MENDEZ, LILIA M<br>26 REPARTO BONET<br>AGUAGA, PR 00602 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23492 | $43,232.30 | AGRONT MENDEZ, LILIA M.<br>REPARTO BONET 26<br>AGUADA, PR 00602 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30654 | $43,232.30 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 2 | ARRUFAT MARQUEZ, WILLIAM<br>ALTURAS DED VILLA FONTANA CALLE 22 B18<br>CAROLINA, PR 00985 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 73780 | $45,000.00* | ARRUFAT MARQUEZ, WILLILAMS<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16089 | $31,449.32* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #73780 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| 3 | CAMACHO QUINONES, CLARIBEL<br>HC 02 BOX 639<br>YAUCO, PR 00698 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35676 | $47,250.00* | CAMACHO QUINONES, CLARIBEL<br>HC 02 BOX 639<br>YAUCO, PR 00698 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 56646 | $54,450.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 4 | CARDONA MORALES, EUCLIDES<br>REPARTO DURAN<br>6021 CALLE CIPRES<br>ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77102 | $30,000.00* | CARDONA MORALES, EUCLIDES<br>REPTO DURAN<br>6021 CALLE CIPRES<br>ISABELA, PR 00662-3240 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 101136 | $30,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #77102 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.
Remaining claim #101136 contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Case:17-03283-LTS Doc#:23722-1 Filed:03/08/23 Entered:03/08/23 14:07:07 Desc:
Exhibit A - Schedule of Claims Subject to the Five Hundred Twelfth Omnibus Objec Page 3 of 7

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CONCEPCION, ANDRES<br>452 AVE. PONCE DE LEON<br>SUITE 514<br>SAN JUAN, PR 00918 | 05/10/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12935 | $41,679.48* | CONCEPCION OQUENDO, ANDRES<br>JOSE A. MORALES ARROYO<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12003 | $41,679.48* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| 6 | DE JESUS RIVERA, ANA I<br># 86 C/E PANEL 19<br>GUAYAMA, PR 00784 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 81877 | Undetermined* | DE JESUS RIVERA, ANA I.<br>#86 C/E PANEL 19<br>GUAYAMA, PR 00784 | 06/26/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 97213 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #81877 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.
Remaining claim #97213 contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| 7 | EVELYN FELICIANO (GENESIS ROMAN FELICIANO)<br>CALLE ELIAS BARBOSA 40<br>COTO LAUREL, PR 00780 | 06/20/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 48770 | $95,000.00* | ROMÁN FELICIANO, GENESIS<br>C/O EVELYN FELICIANO RODRIGUEZ (MADRE)<br>40 CALLE ELÍAS BARBOSA COTO LAUREL<br>PONCE, PR 00780 | 06/20/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 37832 | $65,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #48770 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | FELICIANO MORALES, ANDRES<br>EDIF C E M<br>1409 AVE PONCE DE LEON PDA 20<br>SAN JUAN, PR 00908 | 06/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 61629 | Undetermined* | FELICIANO MORALES, ANDRES<br>COLON SANTANA & ASOC.<br>315 COLL & TOSTE URB. BALDRICH<br>SAN JUAN, PR 00918 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 61246 | $6,115.15* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | LARRIUZ MARRERO, LUIS<br>ZENO GANDIA FRANCISCO JIMENEZ 970<br>ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 46070 | Undetermined* | LARRIUZ MARRERO, LUIS A<br>FRANCISCO JIMENEZ 970<br>ZENO GANDIA<br>ARECIBO, PR 00612 | 06/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 34934 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | MERCADO SOTO, DANIEL<br>HC-61 BOX 37500<br>AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS<br>Puerto Rico Public Buildings Authority (PBA) | 173993 | $73,800.00* | MERCADO SOTO, DANIEL<br>HC-61 BOX 37500<br>AGUADA, PR 00602 | 04/27/20 | 19-BK-05523-LTS<br>Puerto Rico Public Buildings Authority (PBA) | 173793 | $73,800.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11 | ORTIZ PEREZ, DIANA M.<br>URB RIO HONDO I D 39 CALLE RIO CAONILLAS<br>BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 23420 | $12,000.00* | ORTIZ PEREZ, DIANA M.<br>URB RIO HONDO I D 39 CALLE RIO CAONILLAS<br>BAYAMON, PR 00961 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 30739 | $12,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | PACHECO RIVERA, MAGDA IVETTE<br>PO BOX 3<br>YAUCO, PR 00698 | 05/16/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16361 | $25,000.00* | PACHECO RIVERA, MAGDA I<br>PO BOX 3<br>YAUCO, PR 00698-0003 | 05/16/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 19863 | $25,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | PIÑERO DIAZ, JAMES<br>IDALIA N. LEON LANDRAU<br>VILLA DEL REY 4 4 G 18 CALLE 2<br>CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 21029 | $76,265.00 | PINERO DIAZ, JAMES<br>LCDA. IDALIA N. LEON LANDRAU<br>VILLA DEL REY 4 4 G 18 CALLE 2<br>CAGUAS, PR 00727-6704 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 21134 | $76,265.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | PLUMEY SOTO, ENID CECILIA<br>URB. LAS BRISAS 130 CALLE 3<br>ARECIBO, PR 00612 | 07/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 128204 | $75,000.00* | PLUMEY SOTO, ENID C.<br>URB. LAS BRISAS 130 CALLE 3<br>ARECIBO, PR 00612 | 07/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 154214 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | QUINONEZ, ANGEL L<br>PO BOX 13476<br>YAUCO, PR 00698 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 57865 | Undetermined* | QUINONES BAEZ, ANGEL LUIS<br>452 AVENIDA PONCEDE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 13429 | $33,964.39* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | RODRIGUEZ FELICIANO, WILLIAM 257 TARC DEL VALLE CIDRA, PR 00739 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 17370 | Undetermined* | RODRIGUEZ FELICIANO, WILLIAM 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13900 | $33,162.58* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | ROMAN MIRANDA, HERIBERTO URB. IRLANDA HEIGHTS FK 47 CALLE SIRIO BAYAMON, PR 00956 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 63287 | $48,000.00* | ROMAN MIRANDA, HERIBERTO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13917 | $33,047.56* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #63287 also contained on Exhibit A to the 316th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | ROSADO, JOHANY ROSARIO C/JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 02/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 490 | $56,970.24 | ROSARIO ROSADO, JOHANY C/O JOSE Y. MENDEZ FG-22 6TA SECC. LEVITTOWN TOA BAJA, PR 00949 | 04/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9501 | $56,970.24 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twelfth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | SANTANA BAEZ, ELIEZER<br>50 CARRETERA 5 UNIT ANEXO 501 EDIFICIO 3-J INDUSTRIAL LUCHETI<br>BAYAMON, PR 00961-7403 | 05/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 14973 | $75,000.00* | SANTANA BAEZ, ELIEZER<br>PRO SE ELIEZER SANTANA BÁEZ<br>50 CARR. 5 UNIDAD ANEXO 501 EDIF. 3 J INDUSTRIAL LUCHETTI<br>BAYAMÓN, PR 00961-7403 | 03/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 4245 | $75,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | VAZQUEZ SALOME, CARMEN<br>HC-01 BOX 3404<br>VILLALBA, PR 00766 | 10/08/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 176473 | $1,200.00* | VASQUEZ SALOME, CARMEN M<br>HC-01 BOX 3404<br>VILLALBA, PR 00766 | 03/10/20 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 173498 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

6