## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Twenty-Fifth Omnibus Objection**

Five Hundred Twenty-Fifth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALICEA COLON, LILLIAM I.<br>PO BOX 285<br>PUNTA SANTIAGO, PR 00741 | 06/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137384 | $57,807.07* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho.

Claim #137384 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BALBIN PADILLA, CYNTHIA<br>EB-5 CALLE TILO<br>URB. LOS ALMENDROS<br>BAYAMON, PR 00961 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154211 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. Claim #154211 also contained on Exhibit A to the 524th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BARBOSO AYALA, MARILYN N<br>HC 3 BOX 10368<br>SAN GERMAN, PR 00683 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12567 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

Claim #12567 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Twenty-Fifth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | HEREDIA CRUZ, MARIA M<br>RR 7 BOX 6956<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30335 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. Claim #30335 also contained on Exhibit A to the 526th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | HERNANDEZ ROSADO, SECUNDINO<br>2 CALLE BRISAS DEL MAR<br>AGUADA, PR 00602 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14843 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz").  However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

Claim #14843 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LEBRON FLORES, AMANLYS<br>URB. VILLA ANA CALLE ROBERTO MOJICA D-15<br>JUNCOS, PR 00777 | 05/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24607 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Rodriguez").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colon. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #24607 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | MARRERO, ENID OCASIO<br>PO BOX 1464<br>COROZAL, PR 00783 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18276 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón.

Claim #18276 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MARTINEZ SERRANO, MARIA<br>PO BOX 552<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36540 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. Claim #36540 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | MARTINEZ SERRANO, MARIA M.<br>PO BOX 552<br>JUANA DIAZ, PR 00795 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38520 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. Claim #38520 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Twenty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MARTY TROCHE, HIRAM L<br>48 CALLE SALVADOR BRAU<br>CABO ROJO, PR 00623 | 04/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7442 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 30851 and 104175, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Pérez Colón. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #7442 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MENDEZ LARACUENTE, RAMON<br>61 CALLE MENDEZ VIGO<br>APARTAMENTO 5<br>PONCE, PR 00730 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14449 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. Claim #14449 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims, the 524th Omnibus Claims Objection for Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MENDEZ LARACUENTE, RAMON<br>61 CALLE MENDEZ VIGO<br>APARTAMENTO 5<br>PONCE, PR 00730 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18494 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. Claim #18494 also contained on Exhibit A to the 524th Omnibus Claims Objection for Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Twenty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | QUINONES MALDONADO, CARMEN D.<br>URB JARDS DE COUNTRY CLUB<br>CJ28 CALLE 147<br>CAROLINA, PR 00983 | 05/24/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 24924 | $90,908.16* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. Claim #24924 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 524th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | RAMOS RODRIGUEZ, DIANA E.<br>URB BRISAS DEL PRADO<br>1730 CALLE GARZA<br>SANTA ISABEL, PR 00757-2563 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 122250-2 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 50221 and 104127, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Abrams Diaz. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | RIVERA IRIZARRY, MARIA<br>URB LOS REYES<br>91 CALLE BELEN<br>JUANA DIAZ, PR 00795 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33588 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho. Claim #33588 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

### Five Hundred Twenty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ RAMOS, MIGDALIA<br>PMB 249<br>PO BOX 1810<br>MAYAGUEZ, PR 00681 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25257 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations. Claim #25257 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| 17 | RODRIGUEZ RODRIGUEZ, SONIA<br>PO BOX 1604<br>JUANA DIAZ, PR 00795-5501 | 05/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36686 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. Claim #36686 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 524th Omnibus Claims Objection for Disallowed Claims.

| 18 | SANTIAGO RENTA, ANAIDA M<br>HC 5 BOX 5624<br>JUANA DIAZ, PR 00795 | 05/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14659 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón. Claim #14659 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 524th Omnibus Claims Objection for Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Twenty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | SANTIAGO RENTA, ANAIDA M<br>HC 5 BOX 5624<br>JUANA DIAZ, PR 00795 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15717 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho") and Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Acevedo Camacho and Beltrán Cintrón litigations. Claim #15717 also contained on Exhibit A to the 526th Omnibus Claims Objection for Disallowed Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | SANTIAGO RODRIGUEZ, SERAFIN<br>JARDIROS D-8 CALLE 6<br>SANTA ISABOL, PR 00757 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47370 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Rodriguez"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colon. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | SANTIAGO SOTO, VIVIAN<br>BOX 418<br>SANTA ISABEL, PR 00757 | 04/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5863 | $8.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 30851 and 104175, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Pérez Colón.

Claim #5863 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

### Five Hundred Twenty-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | SANTIAGO VIENTOS, JOSE A<br>HC 02 BOX 11203<br>LAS MARIAS, PR 00670 | 04/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7311 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

Claim #7311 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | SILVA BERNIER, JOSE V.<br>P.O. BOX 1703<br>GUAYAMA, PR 00785 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70744 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations. Because this objection does not constitute an objection to the other portion of the claim, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | TORRES LOPEZ, IVETTE G<br>URB. BRISAS DEL PRADO BOX 2008<br>SANTA ISABEL, PR 00757 | 05/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13765 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho") and Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Acevedo Camacho and Beltrán Cintrón litigations. Claim #13765 also contained on Exhibit A to the 367th Omnibus Claims Objection for Reclassified Claims and the 526th Omnibus Claims Objection for Disallowed Claims.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Twenty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | TORRES LOPEZ, IVETTE G<br>URB. BRISAS DEL PRADO BOX 2008<br>SANTA ISABEL, PR 00757 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13935 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho") and Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón").  However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Acevedo Camacho and Beltrán Cintrón litigations. Claim #13935 also contained on Exhibit A to the 526th Omnibus Claims Objection for Disallowed Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | VAZQUEZ PAREDES, NEIZA H<br>PO BOX 1754<br>YABUCOA, PR 00767 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111363 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | VELAZQUEZ LUCIANO, KEYLA M<br>#76 URB. ALTURAS SABANERAS<br>SABANA GRANDE, PR 00637-1603 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66761 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz").  However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in either litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

Claim #66761 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Disallowed Claims.

| | | | | | TOTAL | $148,723.23* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts