**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Ref. ECF No. 23625 |

**INFORMATIVE MOTION REGARDING O'NEILL SECURITY & CONSULTANT SERVICES INC.'S APPEARANCE FOR THE MARCH 15–16, 2023, OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that Elías L. Fernández Pérez will appear on behalf of the creditor, O'Neill Security & Consultant Services, Inc. (henceforth O'Neill), at the March 15-16, 2023, Omnibus Hearing, and RESPECTFULLY STATES, AND REQUESTS:

1. The undersigned hereby informs the Court of our intention to appear by Videoconferencing via Zoom and, if necessary, to present arguments on behalf of O'Neill in connection with the Unopposed Motion for Leave to Amend Proof of Claim Number 28744 (Docket Entry No. 23508 in Case No. 17-3283) and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Response in Opposition to PREPA's Objection[2] Omnibus Hearing to be conducted on December 14-15, 2022.

2. A duly completed Party Appearance Sheet is attached hereto as Exhibit A.

3. This informative motion is filed in accordance with the "Order Regarding Procedures for March 15-16, 2023, Omnibus Hearing" [Docket No. 23625].

**WHEREFORE,** O'Neill respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, this 8th day of March 2023.

*ATTORNEY FOR CREDITOR, O'NEILL*
s/Elías L. Fernández Pérez
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com

---

[2] "Response in Opposition to PREPA's Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims" see Docket No. 22758.