# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Thirty-Ninth Omnibus Objection**

Five Hundred Thirty-Ninth Omnibus Objection

Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 264 | $28,750.00 |
| | Reason: Invoice(s) totaling $28,750.00 were paid via checks 00025421, 00026612, 00028836, and 00033381 on 06/06/2017, 06/22/2017, 08/10/2017, and 12/06/2017. | | | | | |
| 2 | RODRIGUEZ GONZALEZ, NATIVIDAD<br>PO BOX 623<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134695-1 | Undetermined* |
| | Reason: Proof of Claim asserts claim reimbursement for reservation at Centro Vacacional de Boquerón. The records of the Department of Natural and Environmental Resources show a credit in the amount of $345 was issued on 1/8/2022. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | | | |
| | | | | | TOTAL | $28,750.00* |

*Indicates claim contains unliquidated and/or undetermined amounts

1