## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Forty-Third Omnibus Objection**

Five Hundred Forty-Third Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PABON VELAZQUEZ, ANA C.<br>P.O. BOX 661<br>ARROYO, PR 00714 | 10/30/2019 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 172193-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipal Hospital of Arroyo, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures.  Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | ROSARIO GUTIERRES, VILMA I.<br>JENARO A. MEDINA ROSARIO, ESQ.<br>PO BOX 79366<br>CAROLINA, PR 00984-9366 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 83956 | $24,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of San Juan and other defendants, which are not part of the Title III proceedings.

| | | | | | TOTAL | $24,000.00* |
|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts