**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE MARCH 15-16, 2023 OMNIBUS HEARING**

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for March 15-16, 2023, Omnibus Hearing* (Dkt. No. 23625) (the "Scheduling Order"):

1.    Attorney Arturo J. García-Solá and/or Nayuan Zouairabani of McConnell Valdés, LLC will appear on behalf of AmeriNat at the March 15-16, 2023 omnibus hearing (the "Hearing"), which will be conducted virtually via videoconferencing (Zoom) and telephonic platforms.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS(Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The email address of Mr. García-Solá is ajg@mcvpr.com and the email address of Mr. Zouairabani is nzt@mcvpr.com. Further, Mr. García-Solá and Mr. Zouairabani hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

3. AmeriNat reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board in connection with the Hearing, or to address any statement or issue that may be raised by any party at the Hearing related to the Title III cases and/or the adversary proceedings which may affect the interests of the DRA. AmeriNat also reserves the right to amend this motion as needed.

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of March, 2023.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 20190-1) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*Attorneys for AmeriNational Community Services, LLC*
**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: */s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: */s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

# Exhibit A[1]

## Party Appearance Sheet

| | |
|---|---|
| Name of Party | AmeriNational Community Services, LLC |
| Party Name Abbreviation (For Use with Zoom[2]) | AmeriNat (DRA) |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See March Omnibus Hearing Procedures Order, ¶ 6(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Nayuan Zouairabani-Trinidad<br>nzt@mcvpr.com<br>McConnell Valdés, LLC<br>787-250-5619<br>Docket No. 4969<br>AmeriNat (DRA) / Zouairabani, Nayuan / McConnell Valdes<br><br>and/or<br><br>Arturo J. García-Solá<br>ajg@mcvpr.com<br>McConnell Valdés, LLC<br>787-250-5632<br>Docket No. 18991<br>AmeriNat (DRA) / Garcia, Arturo / McConnell Valdes |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the March Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See March Omnibus Hearing Procedures Order ¶ 6(a).