# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[*] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**Court Filing Relates Only to PREPA** |
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-4780-LTS |

**INFORMATIVE MOTION OF FUEL LINE LENDERS
REGARDING MARCH 15-16, 2023 OMNIBUS HEARING**

---

[*] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Order Regarding Procedures for March 15-16, 2023, Disclosure Statement Hearing* (Dkt. No. 23625 in Case No. 17-3283), the Fuel Line Lenders respectfully state as follows:

1. Emil A. Kleinhaus or Amy R. Wolf of Wachtell, Lipton, Rosen & Katz will appear via Zoom, and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases.

Dated: March 8, 2023

Respectfully submitted,

 */s/ Nayuan Zouairabani* 
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

 */s/ Emil A. Kleinhaus* 
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted (*pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
arwolf@wlrk.com
eakleinhaus@wlrk.com
akherring@wlrk.com
mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | Fuel Line Lenders |
|---|---|---|
| Party Name Abbreviation (For Use with Zoom) | | FLL |
| ATTORNEY 1 | Appearance Method | Zoom |
| | Name | Amy R. Wolf |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | arwolf@wlrk.com |
| | Phone Number | 212-403-1245 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| | Zoom Screen name | FLL / Wolf, Amy / WLRK |
| ATTORNEY 2 | Appearance Method | Zoom |
| | Name | Emil A. Kleinhaus |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | eakleinhaus@wlrk.com |
| | Phone Number | 212-403-1332 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| | Zoom Screen Name | FLL / Kleinhaus, Emil / WLRK |
| **Note:** Pursuant to the Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party in interest shall be limited to 2 attorneys at any given time. | | |

**EXHIBIT B**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | | Fuel Line Lenders |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List. | | N/A |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bankr. P. 9037(a). | | |