# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>              Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
## APPEARANCE AT MARCH 15–16, 2023 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Gabriel A. Morgan and Robert Berezin from Weil, Gotshal & Manges LLP will appear on behalf of National Public Finance Guarantee Corporation ("National") at the March 15–16, 2023 Omnibus Hearing, which will be conducted using the audio and video features of the Zoom platform as a virtual courtroom. National's legal representatives reserve the right to be heard on any matter raised by any party at the hearing related to the Title III

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

cases, any adversary proceeding pending in the Title III cases, or the interests of National. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

      **RESPECTFULLY SUBMITTED**, this 8th day of March, 2023.

      **WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be notified via electronic mail to all case participants.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
PO BOX 70294
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
     loliver@amgprlaw.com
     acasellas@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis Oliver-Fraticelli*
Luis Oliver-Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
     jonathan.polkes@weil.com
     robert.berezin@weil.com

Gabriel A. Morgan (admitted *pro hac vice*)
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com

**EXHIBIT A**
PARTY APPEARANCE COVER SHEET

| Name of Party | **National Public Finance Guarantee Corporation** |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | **National** |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party): <ul><li>Name</li><li>Email</li><li>Law Firm</li><li>Phone Number</li><li>Docket Entry No. for the Attorney's Notice of Appearance</li><li>Zoom Screen Name (See March Omnibus Hearing Procedures Order, ¶ 6(a))</li></ul> | <ul><li>**Gabriel A. Morgan**</li><li>gabriel.morgan@weil.com</li><li>Weil, Gotshal & Manges LLP</li><li>(212) 310-8000</li><li>Notice of Appearance: ECF No. 18829</li><li>Zoom Screen Name: National / Morgan, Gabriel/ Weil, Gotshal & Manges</li></ul> <ul><li>**Robert Berezin**</li><li>robert.berezin@weil.com</li><li>Weil, Gotshal & Manges LLP</li><li>(212) 310-8000</li><li>Notice of Appearance: ECF No. 18829</li><li>Zoom Screen Name: National / Berezin, Robert / Weil, Gotshal & Manges</li></ul> |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note**: Pursuant to the March Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |