**EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
| Party Name Abbreviation | Assured |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **William J. Natbony**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676<br>Zoom Screen Name: Assured / Natbony, Bill / Cadwalader, Wickersham & Taft LLP<br><br>**Casey J. Servais**<br>casey.servais@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504-6193<br>Notice of Appearance: ECF No. 143<br>Zoom Screen Name: Assured / Servais, Casey / Cadwalader, Wickersham & Taft LLP |