# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 23625<br>Hearing date: March 15, 2023 at 9:30 a.m. (Atlantic Standard Time) |
| Debtors.[1] | |

### INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR MARCH 15-16, 2023, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order Regarding Procedures for Hearing on March 15-16, 2023, Omnibus Hearing* [Dkt. No. 23625]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On March 8, 2023, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the March 15-16, 2023 Omnibus Hearing* [Dkt. No. 23760] (the "**Status Report**").

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of three final applications and a group of interim applications for the Sixteenth Interim Compensation Period (June 1, 2022 - September 30, 2022) and prior interim fee periods.

3. The Status Report attached a proposed order approving the uncontested fee applications (the "Proposed Order"). Counsel has also submitted the Proposed Order to chambers in MS Word format pursuant to the *Sixteenth Amended Case Management and Administrative Procedures* [Dkt. No. 20190-1].

4. Pursuant to the *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Compensation Order**"), if no objections are timely filed, fee applications may be approved by Court order without a hearing. *Id.* at 2(j). The Court has done so in the past.

5. If the Court elects to enter the Proposed Order prior to the hearing, the Fee Examiner and counsel do not plan to appear at or participate in the hearing. If the Court does not enter the order, the Fee Examiner and counsel will appear via Zoom to respond to questions, if any, regarding the Status Report.

Dated this 9th day of March, 2023.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

        EDGE Legal, LLC

        *s/ Eyck O. Lugo*
        Eyck O. Lugo
        252 Ponce de León Avenue
        Citibank Tower, 12th Floor
        San Juan, PR 00918
        Telephone: (787) 522-2000
        Facsimile: (787) 522-2010
        *Puerto Rico Counsel for Fee Examiner*

        GODFREY & KAHN, S.C.
        One East Main Street, Suite 500
        Madison, WI 53703
        Telephone: (608) 257-3911
        Facsimile: (608) 257-0609

        Katherine Stadler (*Pro Hac Vice*)

        *Counsel for the Fee Examiner*

**EXHIBIT A**
FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Via Zoom (if needed) |
| | Name | Katherine Stadler |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | kstadler@gklaw.com |
| | Phone Number | (608) 284-2654 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ATTORNEY 2 | Appearance Method | Via Zoom (if needed) |
| | Name | Brady C. Williamson |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | bwilliam@gklaw.com |
| | Phone Number | (608) 284-2636 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ADDITIONAL ATTORNEY OBSERVATION | | Eyck O. Lugo<br>• Via Zoom (if needed)<br>elugo@edgelegal.com<br>EDGE Legal, LLC<br>(787) 522-2000<br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992] |

28943445.2