In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Sixteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | ***Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 8454]** | 10/1/2018 - 1/31/2019 | $ 3,223,148.50 | $ 71,304.13 | $ 181,809.03 | $ 6,426.34 | $ 3,151,844.37 | $ 175,382.69 |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1137]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | $ 68,158.04 | $ 228,902.66 | $ 8,090.95 | $ 3,012,778.46 | $ 220,811.71 |
| | ***Sixth Interim Fee Period (February 1, 2019 - May 31, 2019)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2-a | **Ankura Consulting Group, LLC [Dkt. No. 12180]** | 2/1/2019 - 5/31/2019 | $ 4,069,840.50 | $ 90,035.08 | $ 219,612.81 | $ 7,762.58 | $ 3,979,805.42 | $ 211,850.23 |
| | *Financial Advisors to PREPA* | | | | | | | |
| 2-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1604]** | 2/1/2019 - 5/31/2019 | $ 2,890,183.50 | $ 63,938.11 | $ 276,996.38 | $ 9,790.90 | $ 2,826,245.39 | $ 267,205.48 |
| | ***Seventh Interim Fee Period (June 1, 2019 - September 30, 2019)*** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 3-a | **Ankura Consulting Group, LLC [Dkt. No. 13725]** | 6/1/2019 - 9/30/2019 | $ 5,355,672.59 | $ 118,480.91 | $ 309,366.13 | $ 10,935.06 | $ 5,237,191.68 | $ 298,431.07 |
| | *Financial Advisors to PREPA* | | | | | | | |
| 3-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1788]** | 6/1/2019 - 9/30/2019 | $ 2,778,349.50 | $ 61,464.06 | $ 230,089.53 | $ 8,132.90 | $ 2,716,885.44 | $ 221,956.63 |
| | ***Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)*** | | | | | | | |
| | *Claims Counsel to the FOMB - Commonwealth* | | | | | | | |
| 4-a | **Brown Rudnick LLP [Dkt. No. 19321]** | 6/1/2021 - 9/30/2021 | $ 465,491.50 | $ 11,787.82 | $ 1,409.10 | $ 291.23 | $ 453,703.68 | $ 1,117.87 |
| | *Claims Counsel to the FOMB - ERS* | | | | | | | |
| 4-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1263]** | 6/1/2021 - 9/30/2021 | $ 800.00 | $ - | $ - | $ - | $ 800.00 | $ - |
| | *Claims Counsel to the FOMB - PREPA* | | | | | | | |
| 4-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2658]** | 6/1/2021 - 9/30/2021 | $ 91,691.00 | $ 14,580.12 | $ 904.90 | $ 384.77 | $ 77,110.88 | $ 520.13 |
| | ***Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)*** | | | | | | | |
| | *Claims Counsel to the FOMB - Commonwealth* | | | | | | | |
| 5-a | **Brown Rudnick LLP [Dkt. No. 20904]** | 10/1/2021 - 1/31/2022 | $ 187,879.00 | $ 6,664.01 | $ 1,797.08 | $ 337.97 | $ 181,214.99 | $ 1,459.11 |
| | *Claims Counsel to the FOMB - ERS* | | | | | | | |
| 5-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1343]** | 10/1/2021 - 1/31/2022 | $ 1,348.00 | $ - | $ 2,676.90 | $ - | $ 1,348.00 | $ 2,676.90 |
| | *Claims Counsel to the FOMB - PREPA* | | | | | | | |
| 5-c | **Brown Rudnick LLP [17-4780 Dkt. No. 2816]** | 10/1/2021 - 1/31/2022 | $ 572,663.00 | $ 19,426.68 | $ 26,341.63 | $ 3,470.88 | $ 553,236.32 | $ 22,870.75 |
| | ***Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)*** | | | | | | | |
| | *Claims Counsel to the FOMB - Commonwealth* | | | | | | | |
| 6-a | **Brown Rudnick LLP [Dkt. No. 21454]** | 2/1/2022 - 3/15/2022 | $ 105,453.00 | $ 5,490.90 | $ 125.70 | $ 56.89 | $ 99,962.10 | $ 68.81 |
| | *Claims Counsel to the FOMB - ERS* | | | | | | | |
| 6-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1355]** | 2/1/2022 - 3/15/2022 | $ 914.00 | $ - | $ - | $ - | $ 914.00 | $ - |
| | *Claims Counsel to the FOMB - PREPA* | | | | | | | |
| 6-c | **Brown Rudnick LLP [17-4780 Dkt. No. 3038]** | 2/1/2022 - 5/31/2022 | $ 101,003.00 | $ 4,188.97 | $ 149.40 | $ 11.32 | $ 96,814.03 | $ 138.08 |
| | ***Sixteenth Interim Fee Period (June 1, 2022 - September 30, 2022)*** | | | | | | | |
| | *Economic Consultant to FOMB - C10 - PREPA Mediation/Consulting* | | | | | | | |
| 7 | **Brattle Group, Inc., The [Dkt. No. 22888 and 17-4780 Dkt. No. 3086]** | 6/1/2022 - 9/30/2022 | $ 462,347.00 | $ - | $ - | $ - | $ 462,347.00 | $ - |
| | *Counsel to AAFAF* | | | | | | | |
| 8 | **Marini Pietrantoni Muniz LLC [Dkt. No. 23075]** | 6/1/2022 - 9/30/2022 | $ 36,944.50 | $ - | $ 3.90 | $ - | $ 36,944.50 | $ 3.90 |