**EXHIBIT B**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Economic Consultant to Proskauer Rose as Legal Counsel to the FOMB - ERS* | | | | | | | | |
| 1 | Brattle Group, Inc., The [Dkt. No. 23483 and 17-3566 Dkt. No. 1401] | 1/29/2020 - 3/15/2022 | $ 2,428,799.47 | $ - | $ 8,479.51 | $ - | | $ 2,428,799.47 | $ 8,479.51 |
| | *Puerto Rico Conflicts Counsel to FOMB* | | | | | | | | |
| 2 | Cardona Fernandez, Ileana C. [Dkt. No. 21500] | 4/30/2019 - 3/15/2022 | TBD | $ - | TBD | $ - | FN1 | $ 55,518.75 | $ 400.00 |
| | *Special Counsel to the FOMB* | | | | | | | | |
| 3 | Luskin, Stern & Eisler LLP [Dkt. No. 23403] | 5/3/2017 - 3/15/2022 | $ 1,563,848.24 | $ - | $ 7,014.97 | $ - | | $ 1,563,848.24 | $ 7,014.97 |

**FN1** - This professional listed amounts requested in its final fee application as "TBD" because its interim applications for the Fourteenth and Fifteenth Interim Fee Periods were still pending. Those interim applications have since been approved. See Dkt. Nos. 22727 and 23112. As such, in the interest of efficiency and economy, rather than requiring the professional to file an amended final fee application, the Fee Examiner now recommends entry of a final fee award incorporating all of this professional's previously-approved interim fees and expenses, incorporating all interim recommended adjustments to fees and expenses, equaling the amounts stated in the "Recommended for Approval" columns on this exhibit.

as of 3/8/2023