**Exhibit A**

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ACEVEDO VAZQUEZ, ALBA | 1592 | c | Litigation Claims | AQ-19-0301 |
| ALVAREZ MATTA, CARL | 17461 | c | Litigation Claims | ASOCIACION DE MAESTROS DE PUERTO RICO v. DEPARTAMENTO DE EDUCACION |
| ARIZMENDI CARDONA VELA, NORMAN L | 5932 | c | Litigation Claims | JDP-2017-0159 |
| AT&T CORP. | 36340 | e | AP Claim | N/A |
| BAEZ ELIEZER, SANTANA | 8055 | d | Litigation Claims | DDP-2014-0673 |
| BAXTER SALES AND DISTRIBUTION PUERTO RICO CORP. | 179024 | f | AP Claim | N/A |
| CABELLO ACOSTA, WILMARIE | 31867 | c | Litigation Claims | 2016-11-0606 |
| CALIXTO RODRIGUEZ, GUILLERMO | 81637 | b | Litigation Claims | KDP-2010-1251 |

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CARO MORENO, CARELYN | 2379 | c | Litigation Claims | CA-09-036 |
| CENTENO ORTEGA, JESUS M. | 127834 | b | Litigation Claims | Unknown |
| DAT@ACCESS COMMUNICATIONS, INC | 34648 | d | AP Claim | N/A |
| DE JESUS BERRIOS, LUCILA | 31267 | c | Litigation Claims | 2016-07-0056 |
| DESARROLLADORA JA, INC. | 49890 | d | AP Claim | N/A |
| DIOGENTS INTERNATIONAL CONSULTING CORP. | 10257 | f | Litigation Claims | RDT CONSTRUCTION CORP. VS. COLON CARLO |
| DOWNTOWN DEVELOPMENT, CORP. | 27267 | d | AP Claim | NA |
| ECHAVARRY OCASIO, CYNTHIA | 120417 | a | Litigation Claims | Unknown |
| EDIFICIO BULA, INC. | 19 | c | AP Claim | N/A |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| FIRST MEDICAL HEALTH PLAN, INC. | 65545 | f | AP Claim | N/A |
| GALARZA GONZALEZ, GUARIONEX | 34279 | c | Litigation Claims | 14-AC-129 |
| GONZALEZ LOPEZ, LILLIAM | 34568 | a | Litigation Claims | 2016-04-1164 |
| GONZALEZ ROMAN, ANA M. | 83644 | c | Litigation Claims | 1700PR862; 2014TSPR |
| HEREDIA TORRES, JULIO | 44077 | c | Litigation Claims | 2016-10-0488 |
| JESUS BON, BASILIO | 112846 | d | Litigation Claims | Unknown |
| LIGHT GAS FORKLIFT & CYLINDER EXCHANGE, INC. | 23843 | c | AP Claim | N/A |
| LIGHT GAS, CORP. | 25983 | d | AP Claim | N/A |
| MALDONADO, WANDA | 9589 | c | Litigation Claims | JDP-2016-0436 |

3

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MARQUEZ ESCOBAR, EVELYN T | 29328 | c | Litigation Claims | KDP-2006-0385; KDP-2006-0386 |
| MARQUEZ PEREZ , CARMEN | 6167 | c | Litigation Claims | DDP-2017-0050 |
| MARTINEZ GOMEZ, ROSA | 4391 | c | Litigation Claims | A00464123-01 |
| MOLINA ECHEVARRIA, MOISES | 86626 | c | Litigation Claims | AQ-02-076, L-03-006 |
| NATIONAL BUILDING MAINTENANCE CORP. | 28252 | d | AP Claim | N/A |
| NIEVES DOMINGUEZ, HERIBERTO | 6600 | c | Litigation Claims | 2016-02878 |
| OFFICE GALLERY INC. | 19489 | e | AP Claim | N/A |
| ORTIZ RODRIGUEZ, MIGDALIA | 51431 | c | Litigation Claims | KLAN-201700901 |
| P.R. AGRO-TERRA INTERNATIONAL | 10236 | f | Litigation Claims | PUEBLO VS. LOUBRIEL |

4

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PEDROSA RAMIREZ, JUAN | 111612 | b | Litigation Claims | Unknown |
| PRO ARTE MUSICAL INC | 8789 | c | AP Claim | N/A |
| QUINONES RIVERA, NOEL | 94780 | c | Litigation Claims | JDP-2016-0104 |
| REYES RIVERA, NILDA | 116762 | c | Litigation Claims | Unknown |
| RICOH PUERTO RICO, INC. | 12875 | d | AP Claim | N/A |
| RIVERA CORDERO, EDGARDO | 31229 | c | Litigation Claims | CDP-2014-0231 |
| RIVERA ORTIZ, MIGDALIA | 126353 | c | Litigation Claims | Unknown |
| RIVERA PEREZ, ROBERTO | 85059 | c | Litigation Claims | 2014-04-1258 |
| RIVERA SOTO, JOSE | 38360 | c | Litigation Claims | KLAN-201700901 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ROBLES VALENCIA, ENILDA M. | 115152 | b | Litigation Claims | 2016-04-1106 |
| RODRIGUEZ FLECHA, ZAIDA L | 89150 | c | Litigation Claims | 170-DPR-863; 2014-TSPR-26 |
| ROSARIO RODRIGUEZ, MARIA | 5634 | c | Litigation Claims | 2015-0097 |
| ROSARIO RODRIGUEZ, MARIA | 7573 | c | Litigation Claims | 2015-0097; 2017-04-1131; SJ-2018-CV-00295 |
| SANCHEZ RAMOS, CARMEN A | 25014 | c | Litigation Claims | 2016-11-0606 |
| SANTANA BAEZ, ELIEZER | 3944 | c | Litigation Claims | DDP-2014-0337 |
| TELEFONICA LARGA DISTANCIA DE PUERTO RICO, INC. | 22911 | d | AP Claim | N/A |
| TOLEDO PÉREZ, BRENDA L. | 107458 | c | Litigation Claims | KPE-2012-0874 |
| TRASLADOS MEDICOS DE PUERTO RICO | 177598 | f | AP Claim | N/A |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| UNIVERSIDAD INTERAMERICANA, INC. | 23 | f | AP Claim | N/A |
| VERA ROLDAN, LOURDES | 178996 | d | AP Claim | N/A |
| VILLANUEVA ACEVEDO, MARGARITA | 33282 | c | Litigation Claims | ASOCIACION DE MAESTROS DE PUERTO RICO v. DEPARTAMENTO DE EDUCACION |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |

7