**EXHIBIT B**

SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION
FOR THE PERIOD OCTOBER 1, 2022 TO JANUARY 31, 2023

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,200 | 0.5 | $ 600.00 | - | $ - | 0.5 | $ 600.00 |
| Sombuntham, Natalie | Senior Director | 925 | 19.0 | 17,575.00 | - | - | 19.0 | 17,575.00 |
| Hellmund-Mora, Marili | Manager | 325 | 1.1 | 357.50 | - | - | 1.1 | 357.50 |
| **SUBTOTAL** | | | **20.6** | **$ 18,532.50** | **-** | **$ -** | **20.6** | **$ 18,532.50** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 18,532.50** | | **$ -** | | **$ 18,532.50** |