**EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD OCTOBER 1, 2022 TO JANUARY 31, 2023**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 4 | Analysis of the Fiscal Plan – General / Revenues | 1.6 | 1,480.00 | - | - | 1.6 | 1,480.00 |
| 10 | Case Management | 2.4 | 2,220.00 | - | - | 2.4 | 2,220.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 1.4 | 1,295.00 | - | - | 1.4 | 1,295.00 |
| 24 | Preparation of Fee Application | 15.2 | 13,537.50 | - | - | 15.2 | 13,537.50 |
| | **SUBTOTAL** | **20.6** | **$ 18,532.50** | **-** | **$ -** | **20.6** | **$ 18,532.50** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 18,532.50** | | **$ -** | | **$ 18,532.50** |