# **EXHIBIT D**

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE MAINLAND U.S. FOR THE PERIOD OCTOBER 1, 2022 TO JANUARY 31, 2023**

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 10/13/2022 | Sombuntham, Natalie | 0.2 | Prepare and serve the November 2022 fee budget. |
| **10 Total** | | | **0.2** | |
| 16 | 10/25/2022 | Sombuntham, Natalie | 0.5 | Research the status of POA appeals to determine projected Title III case timeline. |
| **16 Total** | | | **0.5** | |
| 24 | 9/26/2022 | Gumbs, Sean | 0.5 | (Late Entry) Review and finalize response to Fee Examiner for 14th interim period. |
| 24 | 10/3/2022 | Hellmund-Mora, Marili | 0.5 | Generate proforma in connection with the budget and billing for September. |
| 24 | 10/4/2022 | Sombuntham, Natalie | 1.1 | Prepare draft September Fee Statement exhibits. |
| 24 | 10/25/2022 | Sombuntham, Natalie | 0.3 | Correspond with Jenner re: status of appeal and interim fee application preparation. |
| 24 | 10/25/2022 | Sombuntham, Natalie | 0.2 | Review the latest interim compensation order and procedures for guidance on latest timing of final compensation date. |
| 24 | 10/26/2022 | Sombuntham, Natalie | 0.4 | Continue to prepare final fee application exhibits based on recently filed monthly fee statements. |
| 24 | 10/26/2022 | Sombuntham, Natalie | 0.2 | Correspond with Jenner and Bennazar re: fee application preparation process. |
| 24 | 10/28/2022 | Sombuntham, Natalie | 0.4 | Finalize the September fee statement. |
| **24 Total** | | | **3.6** | |
| **Grand Total** | | | **4.3** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 4 | 11/7/2022 | Sombuntham, Natalie | 0.8 | Update ▮ |
| 4 | 11/23/2022 | Sombuntham, Natalie | 0.8 | Analyze ▮ |
| **4 Total** | | | **1.6** | |
| 10 | 11/29/2022 | Sombuntham, Natalie | 0.2 | Draft and serve the December 2022 fee budget. |
| **10 Total** | | | **0.2** | |
| 16 | 11/22/2022 | Sombuntham, Natalie | 0.9 | Review ▮ |
| **16 Total** | | | **0.9** | |
| 24 | 11/1/2022 | Sombuntham, Natalie | 0.6 | Review the Fee Examiner's response on the 15th Interim Fee Application and the latest interim compensation order. |
| 24 | 11/1/2022 | Sombuntham, Natalie | 0.9 | Draft response letter to the Fee Examiner re: 15th Interim Fee Application. |
| 24 | 11/1/2022 | Sombuntham, Natalie | 1.7 | Draft the 16th Interim Fee Application and exhibits. |
| 24 | 11/15/2022 | Sombuntham, Natalie | 0.4 | Incorporate edits into the draft 16th Interim Fee Application and exhibits. |
| 24 | 11/15/2022 | Sombuntham, Natalie | 0.4 | Review the revised draft Fee Examiner response letter to the 15th Interim Fee Application to finalize. |
| 24 | 11/21/2022 | Sombuntham, Natalie | 0.3 | Reconcile the latest schedule of billings and collections based on the latest interim fee order for final fee app preparation. |
| 24 | 11/23/2022 | Sombuntham, Natalie | 0.4 | Incorporate edits and updates to the draft final fee application exhibits to reflect the latest fee reductions and collections. |
| 24 | 11/29/2022 | Sombuntham, Natalie | 0.8 | Draft exhibits to the October fee statement. |
| 24 | 11/29/2022 | Sombuntham, Natalie | 0.2 | Update and incorporate edits into the draft final fee application exhibits. |
| **24 Total** | | | **5.7** | |
| **Grand Total** | | | **8.4** | |

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2022 TO DECEMBER 31, 2022**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 12/13/2022 | Sombuntham, Natalie | 0.2 | Prepare and serve the January 2023 fee budget. |
| **10 Total** | | | **0.2** | |
| 24 | 12/7/2022 | Sombuntham, Natalie | 0.3 | Incorporate edits into the draft October Fee Statement per team comments. |
| 24 | 12/7/2022 | Sombuntham, Natalie | 0.5 | Prepare draft exhibits to the November Fee Statement. |
| 24 | 12/12/2022 | Sombuntham, Natalie | 0.3 | Coordinate certification and finalization of October and November Fee Statements. |
| 24 | 12/13/2022 | Sombuntham, Natalie | 0.2 | Coordinate the preparation and finalization of October and November fee statements. |
| 24 | 12/14/2022 | Hellmund-Mora, Marili | 0.6 | Update and finalize October and November fee statements. |
| 24 | 12/15/2022 | Sombuntham, Natalie | 0.3 | Finalize and serve the October and November Fee Statements. |
| **24 Total** | | | **2.2** | |
| **Grand Total** | | | **2.4** | |

1 of 1

**EXHIBIT D**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF MAINLAND TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

**MAINLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 1/10/2023 | Sombuntham, Natalie | 0.1 | Correspond with C. Wedoff (Jenner) re: latest case timeline and processes. |
| 10 | 1/11/2023 | Sombuntham, Natalie | 0.5 | Draft the 2023 annual rate increase notice. |
| 10 | 1/12/2023 | Sombuntham, Natalie | 0.4 | Incorporate edits to the rate increase notice. |
| 10 | 1/16/2023 | Sombuntham, Natalie | 0.2 | Prepare and serve the February 2023 fee budget. |
| 10 | 1/17/2023 | Sombuntham, Natalie | 0.3 | Coordinate and follow-up on draft annual rate increase notice. |
| 10 | 1/12/2023 | Sombuntham, Natalie | 0.3 | Correspond with team re: annual rate increase. |
| **10 Total** | | | **1.8** | |
| 24 | 1/5/2023 | Sombuntham, Natalie | 0.1 | Perform preliminary review of the Fee Examiner letter re: 16th Interim Fee Application. |
| 24 | 1/10/2023 | Sombuntham, Natalie | 0.2 | Reconcile the latest schedule of billings and collections based on the latest interim fee order for final fee application preparation. |
| 24 | 1/10/2023 | Sombuntham, Natalie | 0.4 | Draft the 16th Interim Fee Application response letter. |
| 24 | 1/11/2023 | Sombuntham, Natalie | 0.5 | Prepare exhibits to the December Fee Statement. |
| 24 | 1/11/2023 | Sombuntham, Natalie | 0.3 | Incorporate edits to the draft final fee application exhibits. |
| 24 | 1/12/2023 | Sombuntham, Natalie | 0.3 | Correspond with the team re: interim fee applications reductions per comp orders. |
| 24 | 1/17/2023 | Sombuntham, Natalie | 0.2 | Coordinate preparation of December fee statement. |
| 24 | 1/17/2023 | Sombuntham, Natalie | 0.5 | Review the 16th interim fee application letter and draft response letter. |
| 24 | 1/18/2023 | Sombuntham, Natalie | 0.2 | Finalize the response letter re: 16th Interim Fee Application. |
| 24 | 1/18/2023 | Sombuntham, Natalie | 0.2 | Update draft final fee application exhibits to reflect the latest voluntary fee reductions by interim fee application. |
| 24 | 1/18/2023 | Sombuntham, Natalie | 0.3 | Reconcile the latest schedule of billings and collections based on the latest interim fee order for final fee app preparation. |
| 24 | 1/19/2023 | Sombuntham, Natalie | 0.3 | Finalize and serve the December Fee Statement. |
| 24 | 1/31/2023 | Sombuntham, Natalie | 0.2 | Check and serve notice of no objections on December Fee Statement. |
| **24 Total** | | | **3.7** | |
| **Grand Total** | | | **5.5** | |