# **EXHIBIT F**

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2022 TO JANUARY 31, 2023**

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Transportation | - |
| Working Meals | - |
| Other | - |
| **Subtotal** | **$ -** |
| Less: Voluntary Reductions | - |
| **Grand Total** | **$ -** |