# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.
FOR THE PERIOD OCTOBER 1, 2022 TO JANUARY 31, 2023**

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD OCTOBER 1, 2022 TO OCTOBER 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | **NOT APPLICABLE IN THIS MONTH** | |

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD NOVEMBER 1, 2022 TO NOVEMBER 30, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | **NOT APPLICABLE IN THIS MONTH** | | |

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD DECEMBER 1, 2022 TO DECEMBER 31, 2022**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | **NOT APPLICABLE IN THIS MONTH** | | |

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| | | | **NOT APPLICABLE IN THIS MONTH** | |