# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors, | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780 (LTS) |

## NOTICE OF WITHDRAWAL OF LEGAL COUNSEL
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned attorneys, and very respectfully state and pray as follows:

Please take notice that Elaine E. Maldonado-Matías, Lee R. Sepulvado-Ramos and Walter P. Lebrón-Ramírez having previously filed Notices of Appearance (Docket 3235 & Docket 3227) on behalf of Ahimsa Foundation (Ahimsa) hereby withdraw their appearances and request removal from the CM/ECF electronic notification service and official service list.

**WHEREFORE**, the undersigned attorneys very respectfully request that the court **GRANTS** this motion, allows the undersigned to withdraw as counsels, and cease its notifications to the undersigneds' addresses of all documents filed in Cases No. 17-BK-3283-LTS and 17-BK-4780-LTS.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Dated: March 15, 2023

Respectfully submitted,

**SEPULVADO, MALDONADO & COURET**
304 Ponce de León
Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656

By: /s/ *Elaine M. Maldonado-Matías*

Elaine M. Maldonado-Matías
USDC-PR No. 217309
Email: emaldonado@smclawpr.com

By: /s/ *Walter P. Lebrón Ramírez*

Walter P. Lebrón-Ramírez
USDC-PR No. 305901
Email: wlebron@smclawpr.com

By: /s/ *Lee R. Sepulvado Ramos*

Lee Sepulvado Ramos
USDC-PR No. 211912
Email: lsepulvado@smclawpr.com