## EXHIBIT B

### CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | | |
|---|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | CONTINENTAL BLENDED HOURLY RATE[1] | CONTINENTAL BLENDED HOURLY RATE (AFTER 20% REDUCTION)[2] |
| Partner | $611.91 | $557.23 | $445.78 |
| Counsel | N/A | N/A | N/A |
| Associate | $362.50 | $356.72 | $285.37 |
| All timekeepers aggregated | $506.26 | $411.29 | $329.03 |

---

[1] The calculation of Continental's Blended Hourly Rate does <u>not</u> take into account Continental's agreement to reduce its fees by an amount equal to 20% of its total hourly fees.

[2] For illustrative purposes only.