# EXHIBIT C

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS THIRD INTERIM APPLICATION

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed In this Application | Number of Rate Increases Since Case |
|---|---|---|---|---|---|---|---|
| Arrastia, John | Partner | Litigation | 1996 | $69,805.00 | 121.4 | $575 | 0 |
| Suarez, Jesus | Partner | Bankruptcy | 2008 | $18,850.00 | 37.7 | $500 | 0 |
| | | Total Partner: | | $88,655.00 | 159.1 | | |
| Castaldi, Angelo M. | Associate | Litigation | 2015 | $63,150.00 | 168.4 | $375 | 0 |
| Alvarez, Carlos E. | Associate | Litigation | 2018 | $23,247.00 | 73.8 | $315 | 0 |
| | | Total Associate: | | $86,397.00 | 242.2 | | |
| Gray, Heather | Paralegal | | | $4,887.00 | 36.2 | $135.00 | 0 |
| | | Total Paraprofessional: | | $4,887.00 | 36.2 | | |
| | **Total:** | | | $179,939.00 | 437.5 | | |
| | **Blended Rate:** | | | | | $411.29 | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | $436.21 | |