# **EXHIBIT D**

# **BUDGET AND STAFFING PLAN**

# **EXHIBIT D-1**

## **BUDGETS FOR:**
*October 2022*
*November 2022*
*December 2022*
*January 2023*

# **EXHIBIT D-1**

## *BUDGETS*

**Period Covered:** October 1, 2022 – October 31, 2022

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | October 2022 |
|---|---|---|
| B100 | Administration | 0 |
| B110 | Case Administration | 5 |
| B112 | General Creditor Inquiries | 0 |
| B113 | Pleadings Review | 10 |
| B120 | Asset Analysis and Recovery | 0 |
| B130 | Asset Disposition | 0 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 12 |
| B160 | Employment/Fee Applications (Continental) | 15 |
| B161 | Budgeting (Case) | 1 |
| B165 | Employment / Fee Application (Other Professionals) | 0 |
| B170 | Fee and Employment Objections | 1 |
| B180 | Avoidance Action Analysis | 1 |
| B181 | Preference Analysis and Recovery Action | 0 |
| B185 | Assumption/Rejection of Leases and Contracts | 0 |
| B190 | Other Contested Matters (including GDB restructuring) | 1 |
| B191 | General Litigation | 225 |
| B195 | Non-Working Travel | 0 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits /Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings/Communications with Debtors/Oversight Board | 10 |
| B261 | Investigations | 0 |
| B300 | Claims and Plan | 0 |
| B310 | Claims Administration and Objections | 0 |

| | | |
|---|---|---|
| **B312** | Objections to Claims | 0 |
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |
| **B410** | General Bankruptcy Advice and Opinions | 0 |
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| **TOTAL HOURS:** | | 282 |
| **TOTAL FEES:** | | $131,130 |
| **MINUS 20% REDUCTION:** | | $26,226 |
| **TOTAL FEES: (NET OF REDUCTION)** | | $104,904 |

# ADDITIONAL OCTOBER 2022 SUB-BUDGETS
# FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: October 1, 2022 through October 31, 2022

### A.    Contested Matters

Continental represented the Committee with respect to several issues, including the following: the Adversary Defendants motion to participate in the GO Bond Claim Objections (and related mediation process); proceedings relating to terminating the PREPA RSA; and anticipated, litigated contested matters that are currently under advisement by the Committee. Continental anticipates its involvement in these matters as it relates to conflict issues.

**Period Covered:** November 1, 2022 – November 30, 2022

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | November 2022 |
|---|---|
| **B110** Administration | 0 |
| **B110** Case Administration | 5 |
| **B112** General Creditor Inquiries | 0 |
| **B113** Pleadings Review | 10 |
| **B120** Asset Analysis and Recovery | 0 |
| **B130** Asset Disposition | 0 |
| **B140** Relief from Stay/Adequate Protection Proceedings | 0 |
| **B150** Meetings of Creditors' Committee and Communications with Creditors | 3 |
| **B155** Court Hearings (including Preparation for Court Hearings) | 6 |
| **B160** Employment/Fee Applications (Continental) | 15 |
| **B161** Budgeting (Case) | 1 |
| **B165** Employment / Fee Application (Other Professionals) | 0 |
| **B170** Fee and Employment Objections | 1 |
| **B180** Avoidance Action Analysis | 1 |
| **B181** Preference Analysis and Recovery Action | 0 |
| **B185** Assumption/Rejection of Leases and Contracts | 0 |
| **B190** Other Contested Matters (including GDB restructuring) | 1 |
| **B191** General Litigation | 225 |
| **B195** Non-Working Travel | 0 |
| **B210** Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| **B220** Employee Benefits /Pensions | 0 |
| **B230** Financing / Cash Collections | 0 |
| **B231** Security Document Analysis | 0 |
| **B260** Meetings/Communications with Debtors/Oversight Board | 10 |
| **B261** Investigations | 0 |
| **B300** Claims and Plan | 0 |
| **B310** Claims Administration and Objections | 0 |
| **B312** Objections to Claims | 0 |
| **B320** Plan and Disclosure Statement | 0 |
| **B321** Business Plan | 0 |

| | | |
|---|---|---|
| **B410** | General Bankruptcy Advice and Opinions | 0 |
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 276 |
| | **TOTAL FEES:** | **$128,340** |
| | **MINUS 20% REDUCTION:** | **$25,668** |
| | **TOTAL FEES: (NET OF REDUCTION)** | **$102,672** |

# ADDITIONAL NOVEMBER 2022 SUB-BUDGETS
# FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: November 1, 2022 through November 30, 2022

### A.     Contested Matters

Continental represented the Committee with respect to several issues, including the following: the Adversary Defendants motion to participate in the GO Bond Claim Objections (and related mediation process); proceedings relating to terminating the PREPA RSA; and anticipated, litigated contested matters that are currently under advisement by the Committee. Continental anticipates its involvement in these matters as it relates to conflict issues.

**Period Covered:** December 1, 2022 – December 31, 2022

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | December 2022 |
|---|---|---|
| **B100** | Administration | 0 |
| **B110** | Case Administration | 5 |
| **B112** | General Creditor Inquiries | 0 |
| **B113** | Pleadings Review | 10 |
| **B120** | Asset Analysis and Recovery | 0 |
| **B130** | Asset Disposition | 0 |
| **B140** | Relief from Stay/Adequate Protection Proceedings | 0 |
| **B150** | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| **B155** | Court Hearings (including Preparation for Court Hearings) | 6 |
| **B160** | Employment/Fee Applications (Continental) | 15 |
| **B161** | Budgeting (Case) | 1 |
| **B165** | Employment / Fee Application (Other Professionals) | 0 |
| **B170** | Fee and Employment Objections | 1 |
| **B180** | Avoidance Action Analysis | 1 |
| **B181** | Preference Analysis and Recovery Action | 0 |
| **B185** | Assumption/Rejection of Leases and Contracts | 0 |
| **B190** | Other Contested Matters (including GDB restructuring) | 1 |
| **B191** | General Litigation | 225 |
| **B195** | Non-Working Travel | 0 |
| **B210** | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| **B220** | Employee Benefits /Pensions | 0 |
| **B230** | Financing / Cash Collections | 0 |
| **B231** | Security Document Analysis | 0 |
| **B260** | Meetings/Communications with Debtors/Oversight Board | 10 |
| **B261** | Investigations | 0 |
| **B300** | Claims and Plan | 0 |
| **B310** | Claims Administration and Objections | 0 |
| **B312** | Objections to Claims | 0 |
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |
| **B410** | General Bankruptcy Advice and Opinions | 0 |

| | | |
|---|---|---|
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 276 |
| | **TOTAL FEES:** | **$128,340** |
| | **MINUS 20% REDUCTION:** | **$25,668** |
| | **TOTAL FEES:** <br> **(NET OF REDUCTION)** | **$102,672** |

## ADDITIONAL DECEMBER 2022 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: December 1, 2022 through December 31, 2022

**A.     Contested Matters**

Continental represented the Committee with respect to several issues, including the following: the Adversary Defendants motion to participate in the GO Bond Claim Objections (and related mediation process); proceedings relating to terminating the PREPA RSA; and anticipated, litigated contested matters that are currently under advisement by the Committee.

**Period Covered:** January 1, 2023 – January 31, 2023

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | January 2023 |
|---|---|---|
| **B100** | Administration | 0 |
| **B110** | Case Administration | 5 |
| **B112** | General Creditor Inquiries | 0 |
| **B113** | Pleadings Review | 10 |
| **B120** | Asset Analysis and Recovery | 0 |
| **B130** | Asset Disposition | 0 |
| **B140** | Relief from Stay/Adequate Protection Proceedings | 0 |
| **B150** | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| **B155** | Court Hearings (including Preparation for Court Hearings) | 6 |
| **B160** | Employment/Fee Applications (Continental) | 10 |
| **B161** | Budgeting (Case) | 1 |
| **B165** | Employment / Fee Application (Other Professionals) | 0 |
| **B170** | Fee and Employment Objections | 1 |
| **B180** | Avoidance Action Analysis | 1 |
| **B181** | Preference Analysis and Recovery Action | 0 |
| **B185** | Assumption/Rejection of Leases and Contracts | 0 |
| **B190** | Other Contested Matters (including GDB restructuring) | 1 |
| **B191** | General Litigation | 225 |
| **B195** | Non-Working Travel | 0 |
| **B210** | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| **B220** | Employee Benefits /Pensions | 0 |
| **B230** | Financing / Cash Collections | 0 |
| **B231** | Security Document Analysis | 0 |
| **B260** | Meetings/Communications with Debtors/Oversight Board | 10 |
| **B261** | Investigations | 0 |
| **B300** | Claims and Plan | 0 |
| **B310** | Claims Administration and Objections | 0 |
| **B312** | Objections to Claims | 0 |
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |

| **B410** | General Bankruptcy Advice and Opinions | 0 |
|---|---|---|
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 271 |
| | **TOTAL FEES:** | **$126,015** |
| | **MINUS 20% REDUCTION:** | **$25,203** |
| | **TOTAL FEES: (NET OF REDUCTION)** | **$100,812** |

## ADDITIONAL JANUARY 2023 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: January 1, 2023 through January 31, 2023

    **A.  Contested Matters**

Continental represented the Committee with respect to several issues, including the following: the Adversary Defendants motion to participate in the GO Bond Claim Objections (and related mediation process); proceedings relating to terminating the PREPA RSA; and anticipated, litigated contested matters that are currently under advisement by the Committee. Continental anticipates its involvement in these matters as it relates to conflict issues.

**EXHIBIT D-2**

*STAFFING PLAN*

Period Covered: October 1, 2022 through October 31, 2022.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 10/1/22 through 10/31/22 | Average hourly rate for 10/1/22 through 10/31/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: November 1, 2022 through November 30, 2022.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 11/01/22 through 11/30/22 | Average hourly rate for 11/01/22 through 11/30/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: December 1, 2022 through December 31, 2022.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/01/22 through 12/31/22 | Average hourly rate for 12/01/22 through 12/31/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: January 1, 2023 through January 31, 2023.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 01/01/23 through 01/31/23 | Average hourly rate for 01/01/23 through 01/31/23 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |