Case:17-03283-LTS   Doc#:23808-5   Filed:03/15/23   Entered:03/15/23 16:36:49   Desc:
Exhibit E   Page 1 of 6

# **EXHIBIT E**

*SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY*

## EXHIBIT E-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | October 2022 | November 2022 | December 2022 | January 2023 | TOTAL |
|---|---|---|---|---|---|
| **B100** Administration | 0 | 0 | 0 | 0 | 0 |
| **B110** Case Administration | 0 | 0 | 0 | 0 | 0 |
| **B112** General Creditor Inquiries | 0 | 0 | 0 | 0 | 0 |
| **B113** Pleadings Review | 8.3 | 8.3 | 10.2 | 1.9 | 28.8 |
| **B120** Asset Analysis and Recovery | 0 | 1.5 | 0 | 0 | 1.5 |
| **B130** Asset Disposition | 0 | 0 | 0 | 0 | 0 |
| **B140** Relief from Stay/Adequate Protection Proceedings | 0 | 0 | 0 | 0 | 0 |
| **B150** Meetings of Creditors' Committee and Communications with Creditors | 5.8 | 1.8 | 1.6 | .6 | 9.8 |
| **B155** Court Hearings (including Preparation for Court Hearings) | 0 | 0 | 1.1 | 0 | 1.1 |
| **B160** Employment / Fee Applications (CONTINENTAL) | 42.5 | 32.9 | 2.2 | 9.6 | 87.2 |
| **B161** Budgeting (Case) | 0 | 13.6 | 3.9 | .2 | 17.7 |
| **B165** Employment / Fee Application (Other Professionals) | 0 | 0 | 0 | 0 | 0 |
| **B170** Fee and Employment Objections | 0 | 0 | 0 | 0 | 0 |
| **B180** Avoidance Action Analysis | 0 | 0 | 0 | 0 | 0 |
| **B181** Preference Analysis and Recovery Action | 0 | 0 | 0 | 0 | 0 |
| **B185** Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | 0 |
| **B190** Other Contested Matters (including GDB restructuring) | 0 | 0 | 0 | 0 | 0 |
| **B191** General Litigation | 58.0 | 44.8 | 110.2 | 76 | 289 |
| **B195** Non-Working Travel | 0 | 0 | 0 | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| **B210** Debtors' Financial Information | 0 | 0 | 0 | 0 | 0 |
| **B220** Employee Benefits /Pensions | 0 | 0 | 0 | 0 | 0 |
| **B230** Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 |
| **B231** Security Document Analysis | 0 | 0 | 0 | 0 | 0 |
| **B260** Meetings/Communications with Debtors/ Oversight Board | .2 | 0 | 0 | 0 | .2 |
| **B261** Investigations | 0 | 0 | 0 | 0 | 0 |
| **B310** Claims Administration and Objections | 0 | 0 | 0 | 0 | 0 |
| **B312** Objections to Claims | 0 | 0 | 0 | 0 | 0 |
| **B320** Plan and Disclosure Statement | 0 | 0 | 0 | 2.3 | 2.3 |
| **B321** Business Plan | 0 | 0 | 0 | 0 | 0 |
| **B410** General Bankruptcy Advice and Opinions | 0 | 0 | 0 | 0 | 0 |
| **B420** Restructurings | 0 | 0 | 0 | 0 | 0 |
| **L150** Budgeting | 0 | 0 | 0 | 0 | 0 |
| **TOTAL HOURS:** | 114.8 | 102.9 | 131.5 | 88.3 | 437.5 |
| **TOTAL FEES:** | $45,705.50 | $36,040.00 | $59,185.50 | $39,008.00 | $179,939.00 |
| **MINUS 20% REDUCTION:** | $9,141.10 | $7,208.00 | $11,837.10 | $7,801.60 | $35,987.80 |
| **TOTAL FEES: (NET OF REDUCTION)** | $36,564.40 | $28,832.00 | $47,348.40 | $31,206.40 | $143,951.20 |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY AND BY MATTER

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 101)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | .0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 16.6 | $5,229.00 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 4.7 | $634.50 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 29.9 | $9,712.50 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 18.8 | $7,514.00 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 70.0 | $23,090.00 |

*PREPA (Matter ID 102)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 12.1 | $3,811.50 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 5.1 | $2,932.50 |
| B155 Court Hearings | 1.1 | $632.50 |
| B160 Employment / Fee Applications (CONTINENTAL) | 57.3 | $19,671.50 |
| B161 Budgeting (Case) | 17.7 | $2,785.50 |
| B191 General Litigation | 253.9 | $118,099.50 |
| B260 Meetings and Communications with Board | .2 | $115.00 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 2.3 | $862.50 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 349.70 | $148,910.50 |

*ERS (Matter ID 103)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 13.3 | $5,683.50 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 13.3 | $5,683.50 |

*HTA (Matter ID 104)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 1.5 | $750.00 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 3.0 | $1,505.00 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 4.5 | $2,255.00 |

# EXHIBIT E-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $0 |
| Travel Expenses – Lodging | $0 |
| Travel Expenses – Taxi / Ground Transportation | $0 |
| Travel Expenses – Parking | $0 |
| Meals (while working on Committee matters) | $0 |
| Court call | $0 |
| Long Distance Phone Calls | $0 |
| Process Service Fee | $0 |
| Messenger | $0 |
| Computer Search | $0 |
| Articles and Publications | $0 |
| Court Reporting Services | $0 |
| In-house Black and White Reproduction Charges | $0 |
| Outside Photocopies | $0 |
| Outside Professional Services | $0 |
| Postage/Express Mail | $0 |
| Data Management/Web Hosting | $0 |
| Miscellaneous- Website Domain and Maintenance | $0 |
| **TOTAL** | $0 |