# EXHIBIT F

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### October 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $6,518.00 | $1,303.60 | $4,692.96 | $0 | $4,692.96 |
| Total for PREPA (all outside of Puerto Rico) | $37,970.00 | $7,594.00 | $27,338.40 | $0 | $27,338.40 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $1,217.50 | $243.50 | $876.60 | $0 | $876.60 |
| Grand Total | $45,705.50 | $9,141.10 | $32,907.96 | $0 | $32,907.96 |

### November 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $16,572.00 | $3,314.40 | $11,931.84 | $0 | $11,931.84 |
| Total for PREPA (all outside of Puerto Rico) | $18,545.50 | $3,709.10 | $13,352.76 | $0 | $13,352.76 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $922.50 | $184.50 | $664.20 | $0 | $664.20 |
| Grand Total | $36,040.00 | $7,208.00 | $25,948.80 | $0 | $25,948.80 |

## December 2022 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $55,344.50 | $11,068.90 | $39,848.04 | $0 | $39,848.04 |
| Total for ERS (all outside of Puerto Rico) | $3,726.00 | $745.20 | $2,682.72 | $0 | $2,682.72 |
| Total for HTA (all outside of Puerto Rico) | $115.00 | $23.00 | $82.80 | $0 | $82.80 |
| Grand Total | $59,185.50 | $11,837.10 | $42,613.56 | $0 | $42,613.56 |

## January 2023 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $37,050.50 | $7,410.10 | $26,676.36 | $0 | $26,676.36 |
| Total for ERS (all outside of Puerto Rico) | $1,957.50 | $391.50 | $1,409.40 | $0 | $1,409.40 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $39,008.00 | $7,801.60 | $28,085.76 | $0 | $28,085.76 |