# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

### Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 101)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Arrastia, John | Partner | Litigation |
| Castaldi, Angelo M. | Associate | Litigation/Bankruptcy |
| Alvarez, Carlos E. | Associate | Litigation |
| Gray, Heather | Paralegal | Litigation/Bankruptcy |

### *PREPA (Matter ID 102)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Arrastia, John | Partner | Litigation |
| Suarez, Jesus M. | Partner | Bankruptcy |
| Castaldi, Angelo M. | Associate | Litigation/Bankruptcy |
| Alvarez, Carlos E. | Associate | Litigation |

### *ERS (Matter ID 103)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Arrastia, John | Partner | Litigation |
| Suarez, Jesus M. | Partner | Bankruptcy |
| Castaldi, Angelo M. | Associate | Litigation/Bankruptcy |
| Gray, Heather | Paralegal | Litigation/Bankruptcy |

### *HTA (Matter ID 104)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Arrastia, John | Partner | Litigation |
| Castaldi, Angelo M. | Associate | Litigation/Bankruptcy |