# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: August 16, 2022 through December 15, 2022** | | | | | | |
| 12/23/22 | 8/16/22 - 9/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 12/23/22 | 9/16/22 - 10/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 02/10/23 | 10/16/22 - 11/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 02/10/23 | 11/16/22 - 12/15/22 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$18,000.00** | **$0.00** | **$2,000.00** |



December 23, 2022

**VIA EMAIL AND OVERNIGHT MAIL**

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory Authority
c/o O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.

**Re: *In re Commonwealth of Puerto Rico, et al.*, Case No. 17-BK-3283 (LTS) (Jointly Administered) – Invoice 2022-0420 for August 16, 2022, to September 15, 2022.**

Dear Mr. Rapisardi, Ms. Uhland, Mr. Friedman, and Ms. Perez:

By order entered February 22, 2018, the U.S. District Court for the District of Puerto Rico authorized the employment and retention of Kroma Advertising, Inc. ("Kroma") as communications advisor to the Official Committee of Unsecured Creditors.

In accordance with the interim compensation order, dated August 23, 2017 (the "Interim Compensation Order"), we served on the Notice Parties (as defined in the Interim Compensation Order) copies of Kroma's invoices for services rendered and expenses incurred during the period from August 16, 2022, to September 15, 2022, namely the fixed monthly fee of $5,000 and expenses in the amount of $0.00.

The deadline to object to the Invoice expires on January 6, 2023, at 4:00 p.m. (Atlantic Standard Time), without any objections.



Accordingly, Kroma respectfully requests payment of **$4,500.00**, which is 90% of the fees and $0.00 which is 100% of the expenses detailed in the Invoices, to the following account:

Kroma Advertising, Inc.

Account #022256709

Routing Number 021502011

no later than 14 days after receipt of this letter by January 6, 2023.

Best regards,

Anthony Román Pagán
Comptroller



Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 9/16/2022 | 2022-0420 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>AUGUST 16, 2022 TO SEPTEMBER 15, 2022 | |
| FEE MENSUAL: | 5,000.00 |
| Monitoring<br>a. Clippings with their translation of article/news related to matters of the Committee.<br>b. Spent around .75 hours hour doing these clippings/translations and sending them to the UCC<br>Estimated hours on this: 8<br><br>Communications<br>1- Translation and revision for possible editorial in El Nuevo Día<br>Estimated hours on this: 3 | |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |



December 23, 2022

**VIA EMAIL AND OVERNIGHT MAIL**

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory Authority
c/o O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.

**Re:** ***In re Commonwealth of Puerto Rico, et al.*, Case No. 17-BK-3283 (LTS) (Jointly Administered) – Invoice 2022-0474 for September 16, 2022, to October 15, 2022.**

Dear Mr. Rapisardi, Ms. Uhland, Mr. Friedman, and Ms. Perez:

By order entered February 22, 2018, the U.S. District Court for the District of Puerto Rico authorized the employment and retention of Kroma Advertising, Inc. ("Kroma") as communications advisor to the Official Committee of Unsecured Creditors.

In accordance with the interim compensation order, dated August 23, 2017 (the "Interim Compensation Order"), we served on the Notice Parties (as defined in the Interim Compensation Order) copies of Kroma's invoices for services rendered and expenses incurred during the period from September 16, 2022, to October 15, 2022, namely the fixed monthly fee of $5,000 and expenses in the amount of $0.00.

The deadline to object to the Invoice expires on January 6, 2023, at 4:00 p.m. (Atlantic Standard Time), without any objections.

Accordingly, Kroma respectfully requests payment of **$4,500.00**, which is 90% of the fees and $0.00 which is 100% of the expenses detailed in the Invoices, to the following account:

Kroma Advertising, Inc.

Account #022256709

Routing Number 021502011

no later than 14 days after receipt of this letter by January 6, 2023.

Best regards,

Anthony Román Pagán
Comptroller



Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 10/17/2022 | 2022-0474 |

P.O. No.

AUG - SEP 2022

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>SEPTEMBER 16, 2022 TO OCTOBER 15, 2022<br><br>FEE MENSUAL:<br><br>- Monitoring<br>a. Clippings with their translation of article/news related to matters of the Committee.<br>b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>Estimated hours on this: 10 | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.



February 10, 2023

**VIA EMAIL AND OVERNIGHT MAIL**

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory Authority
c/o O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.

**Re:** ***In re Commonwealth of Puerto Rico, et al.*****, Case No. 17-BK-3283 (LTS) (Jointly Administered) – Invoice 2022-0523 for October 16, 2022, to November 15, 2022.**

Dear Mr. Rapisardi, Ms. Uhland, Mr. Friedman, and Ms. Perez:

By order entered February 22, 2018, the U.S. District Court for the District of Puerto Rico authorized the employment and retention of Kroma Advertising, Inc. ("Kroma") as communications advisor to the Official Committee of Unsecured Creditors.

In accordance with the interim compensation order, dated August 23, 2017 (the "Interim Compensation Order"), we served on the Notice Parties (as defined in the Interim Compensation Order) copies of Kroma's invoices for services rendered and expenses incurred during the period from October 16, 2022, to November 15, 2022, namely the fixed monthly fee of $5,000 and expenses in the amount of $0.00.

The deadline to object to the Invoice expires on February 24, 2023, at 4:00 p.m. (Atlantic Standard Time), without any objections.



Accordingly, Kroma respectfully requests payment of **$4,500.00**, which is 90% of the fees and $0.00 which is 100% of the expenses detailed in the Invoices, to the following account:

Kroma Advertising, Inc.

Account #022256709

Routing Number 021502011

no later than 14 days after receipt of this letter by February 24, 2023.

Best regards,

Anthony Román Pagán
Comptroller



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 11/17/2022 | 2022-0523 |

**P.O. No.**

SEPT - OCT 2022

**Bill To:**

UCC
ALVIN VAZQUEZ

**Additional Info:**

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>OCTOBER 16, 2022 TO NOVEMBER 15, 2022<br><br>FEE MENSUAL:<br><br>- Monitoring<br>a. Clippings with their translation of article/news related to matters of the Committee.<br>b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>Estimated hours on this: 10 | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



February 10, 2023

**VIA EMAIL AND OVERNIGHT MAIL**

The Commonwealth of Puerto Rico
Puerto Rico Fiscal Agency and Financial Advisory Authority
c/o O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.

**Re:** ***In re Commonwealth of Puerto Rico, et al.*, Case No. 17-BK-3283 (LTS) (Jointly Administered) – Invoice 2022-0597 for November 16, 2022, to December 15, 2022.**

Dear Mr. Rapisardi, Ms. Uhland, Mr. Friedman, and Ms. Perez:

By order entered February 22, 2018, the U.S. District Court for the District of Puerto Rico authorized the employment and retention of Kroma Advertising, Inc. ("Kroma") as communications advisor to the Official Committee of Unsecured Creditors.

In accordance with the interim compensation order, dated August 23, 2017 (the "Interim Compensation Order"), we served on the Notice Parties (as defined in the Interim Compensation Order) copies of Kroma's invoices for services rendered and expenses incurred during the period from November 16, 2022, to December 15, 2022, namely the fixed monthly fee of $5,000 and expenses in the amount of $0.00.

The deadline to object to the Invoice expires on February 24, 2023, at 4:00 p.m. (Atlantic Standard Time), without any objections.



KROMA
brand we build

Accordingly, Kroma respectfully requests payment of **$4,500.00**, which is 90% of the fees and $0.00 which is 100% of the expenses detailed in the Invoices, to the following account:

Kroma Advertising, Inc.

Account #022256709

Routing Number 021502011

no later than 14 days after receipt of this letter by February 24, 2023.

Best regards,

Anthony Román Pagán
Comptroller

San Juan • New York • Washington D.C. • t. 787.364.1111 • kromaidea.com • info@kromaidea.com



Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 12/19/2022 | 2022-0597 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE | |
| NOVEMBER 16, 2022 TO DICEMBER 15, 2022 | |
| FEE MENSUAL: | 5,000.00 |
| - Monitoring<br>a. Clippings with their translation of article/news related to matters of the Committee.<br>b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>Estimated hours on this: 10 | |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.