# Exhibit A

## October 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| AJ Goulding | *President* | 0.10 | $ 935.00 | $ 93.50 |
| Julia Frayer | *Managing Director* | 5.50 | $ 900.00 | $ 4,950.00 |
| Ryan Ngai | *Research Associate* | 0.40 | $ 325.00 | $ 130.00 |
| Luke Marham | *Research Associate* | 3.60 | $ 325.00 | $ 1,170.00 |
| Julie Sharkey | *Admin* | 0.90 | $ 150.00 | $ 135.00 |
| **Total Professional Fees** | | **10.50** | | **$ 6,478.50** |

## November 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 17.80 | $ 900.00 | $ 16,020.00 |
| Ryan Ngai | *Research Associate* | 27.90 | $ 325.00 | $ 9,067.50 |
| Luke Marham | *Research Associate* | 18.90 | $ 325.00 | $ 6,142.50 |
| Julie Sharkey | *Admin* | 10.50 | $ 150.00 | $ 1,575.00 |
| **Total Professional Fees** | | **75.10** | | **$ 32,805.00** |

## December 2022 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 13.10 | $ 900.00 | $ 11,790.00 |
| Sayad Moudachirou | *Managing Consultant* | 0.80 | $ 635.00 | $ 508.00 |
| Ryan Ngai | *Research Associate* | 73.90 | $ 325.00 | $ 24,017.50 |
| Luke Marham | *Research Associate* | 17.10 | $ 325.00 | $ 5,557.50 |
| Julie Sharkey | *Admin* | 0.40 | $ 150.00 | $ 60.00 |
| **Total Professional Fees** | | **105.30** | | **$ 41,933.00** |

### January 2023 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| Julia Frayer | *Managing Director* | 17.50 | $ 900.00 | $ 15,750.00 |
| Victor Chung | *Managing Consultant* | 0.40 | $ 635.00 | $ 254.00 |
| Sayad Moudachirou | *Managing Consultant* | 0.90 | $ 635.00 | $ 571.50 |
| Cherrylin Trinidad | *Managing Consultant* | 0.80 | $ 635.00 | $ 508.00 |
| Ryan Ngai | *Research Associate* | 88.90 | $ 325.00 | $ 28,892.50 |
| Luke Marham | *Research Associate* | 21.30 | $ 325.00 | $ 6,922.50 |
| **Total Professional Fees** | | **129.80** | | **$ 52,898.50** |

### Total Monthly Fee Statements

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---:|---:|---:|
| AJ Goulding | *President* | 0.10 | $ 935.00 | $ 93.50 |
| Julia Frayer | *Managing Director* | 53.90 | $ 900.00 | $ 48,510.00 |
| Victor Chung | *Managing Consultant* | 0.40 | $ 635.00 | $ 254.00 |
| Sayad Moudachirou | *Managing Consultant* | 1.70 | $ 635.00 | $ 1,079.50 |
| Cherrylin Trinidad | *Managing Consultant* | 0.80 | $ 635.00 | $ 508.00 |
| Ryan Ngai | *Research Associate* | 191.10 | $ 325.00 | $ 62,107.50 |
| Luke Marham | *Research Associate* | 60.90 | $ 325.00 | $ 19,792.50 |
| Julie Sharkey | *Admin* | 11.80 | $ 150.00 | $ 1,770.00 |
| **Total Professional Fees** | | **320.70** | | **$ 134,115.00** |