**Exhibit B**

[remainder of page intentionally left blank]

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 10/3/2022 | 0.20 | call with L Despins and A Bongartz (Paul Hastings) | Julia Frayer |
| 10/4/2022 | 0.30 | prepare November budget in accordance with the interim compensation procedures | Julia Frayer |
| 10/5/2022 | 0.80 | scan the ▮▮▮▮ | Julia Frayer |
| 10/6/2022 | 0.10 | attend Committee meeting call (adjourned due to low attendance) | Julia Frayer |
| 10/6/2022 | 0.10 | attend Committee meeting call (adjourned due to low attendance) | Luke Markham |
| 10/12/2022 | 0.50 | attend Committee meeting call | Julia Frayer |
| 10/12/2022 | 0.50 | attend Committee meeting call | Luke Markham |
| 10/12/2022 | 0.20 | review ▮▮▮▮ | Julia Frayer |
| 10/12/2022 | 0.20 | prepare tax certification for September 2022 fee statement in accordance with interim compensation procedures | Julie Sharkey |
| 10/12/2022 | 0.70 | research ▮▮▮▮ | Luke Markham |
| 10/13/2022 | 0.30 | review fee examiner findings on the first interim fee application | Julia Frayer |
| 10/13/2022 | 0.40 | draft a ▮▮▮▮ | Luke Markham |
| 10/13/2022 | 0.10 | circulate LEI approved budget for November 2022 | Julie Sharkey |
| 10/14/2022 | 0.30 | call with A Bongartz (PH) to confer on next steps for preparation of fee statements in accordance with interim compensation procedures | Julia Frayer |
| 10/14/2022 | 0.20 | review in detail with JS First Interim Letter from fee examiner | Julia Frayer |
| 10/14/2022 | 0.10 | review and comment on ▮▮▮▮ | Julia Frayer |
| 10/14/2022 | 0.20 | review in detail with JF First Interim Letter from fee examiner | Julie Sharkey |
| 10/17/2022 | 0.40 | call with M Hancock (Godfrey Kahn) to review letter from fee examiner on LEI's first interim fee application | Julia Frayer |
| 10/17/2022 | 0.40 | call with M Hancock (Godfrey Kahn) to review letter from fee examiner on LEI's first interim fee application | Julie Sharkey |
| 10/18/2022 | 0.10 | review developments in litigation | Julia Frayer |
| 10/18/2022 | 0.10 | provide comments to LM on ▮▮▮▮ | Julia Frayer |
| 10/19/2022 | 0.20 | work on additional requirements for September 2022 fee statement in accordance with interim compensation procedures | Julia Frayer |
| 10/20/2022 | 0.10 | conduct ▮▮▮▮ | Julia Frayer |
| 10/20/2022 | 0.60 | conduct ▮▮▮▮ | Luke Markham |
| 10/24/2022 | 0.10 | circulate example of ▮▮▮▮ | AJ Goulding |
| 10/24/2022 | 0.20 | reach out to ▮▮▮▮ | Julia Frayer |
| 10/25/2022 | 0.40 | correspond with ▮▮▮▮ | Luke Markham |
| 10/26/2022 | 0.40 | internal call (JF, RN, LM) to discuss ▮▮▮▮ | Julia Frayer |
| 10/26/2022 | 0.20 | attend Committee meeting call | Julia Frayer |
| 10/26/2022 | 0.20 | attend Committee meeting call | Luke Markham |
| 10/26/2022 | 0.40 | internal call (JF, RN, LM) to ▮▮▮▮ | Luke Markham |
| 10/26/2022 | 0.40 | internal call (JF, RN, LM) to ▮▮▮▮ | Ryan Ngai |
| 10/28/2022 | 0.50 | call with F Dellorfano (M Solar) to discuss ▮▮▮▮ | Julia Frayer |
| 10/28/2022 | 0.30 | outreach to ▮▮▮▮ | Luke Markham |
| 10/31/2022 | 0.30 | correspond with ▮▮▮▮ | Julia Frayer |
| Total | 10.50 | | |

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 11/2/2022 | 0.10 | prepare for call with | Julia Frayer |
| 11/3/2022 | 1.10 | interview with | Julia Frayer |
| 11/3/2022 | 0.60 | research | Luke Markham |
| 11/4/2022 | 0.40 |  | Luke Markham |
| 11/4/2022 | 0.80 | research | Ryan Ngai |
| 11/4/2022 | 0.70 | research | Ryan Ngai |
| 11/4/2022 | 0.30 | research | Ryan Ngai |
| 11/6/2022 | 0.10 | respond to request for | Julia Frayer |
| 11/7/2022 | 0.50 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix Partners) in preparation | Julia Frayer |
| 11/7/2022 | 0.40 | coordinate with L Despins (PH) and Juan Casillas on | Julia Frayer |
| 11/7/2022 | 0.50 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix Partners) in preparation for | Luke Markham |
| 11/7/2022 | 0.50 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix Partners) in preparation for | Ryan Ngai |
| 11/7/2022 | 0.90 | research | Ryan Ngai |
| 11/7/2022 | 1.20 | research | Ryan Ngai |
| 11/7/2022 | 0.90 | research | Ryan Ngai |
| 11/8/2022 | 0.30 | review | Julia Frayer |
| 11/8/2022 | 1.00 | attend | Julia Frayer |
| 11/8/2022 | 0.70 | debrief with L Despins (PH), A Bongartz (PH), and Scott M. (Alix Partners) on | Julia Frayer |
| 11/8/2022 | 0.30 | review information sent by | Julia Frayer |
| 11/8/2022 | 1.00 | attend | Luke Markham |
| 11/9/2022 | 0.90 | internal meeting (JF, LM, RN) to review | Julia Frayer |
| 11/9/2022 | 0.20 | draft additional | Julia Frayer |
| 11/9/2022 | 5.30 | prepare LEI second interim fee application in accordance with interim compensation procedures | Julie Sharkey |
| 11/9/2022 | 0.90 | internal meeting (JF, LM, RN) to review | Luke Markham |
| 11/9/2022 | 1.10 | math regarding | Luke Markham |
| 11/9/2022 | 0.90 | internal meeting (JF, LM, RN) to review | Ryan Ngai |
| 11/9/2022 | 0.60 | draft email to | Ryan Ngai |
| 11/10/2022 | 0.70 | attend Committee meeting call to discuss | Julia Frayer |
| 11/10/2022 | 0.40 | follow up with | Julia Frayer |
| 11/10/2022 | 0.50 | call with | Julia Frayer |
| 11/10/2022 | 0.30 | review filing documents and assist in assembly and preparation of 2nd Interim Fee Application | Julia Frayer |
| 11/10/2022 | 0.60 | review the | Julia Frayer |
| 11/10/2022 | 1.70 | prepare LEI second interim fee application in accordance with interim compensation procedures | Julie Sharkey |
| 11/10/2022 | 0.70 | attend Committee meeting call to discuss | Luke Markham |
| 11/10/2022 | 1.10 | work on | Luke Markham |
| 11/10/2022 | 0.70 | attend Committee meeting call to discuss | Ryan Ngai |
| 11/10/2022 | 0.40 | attend call with | Ryan Ngai |
| 11/10/2022 | 4.10 | analyze | Ryan Ngai |
| 11/11/2022 | 0.60 | outline presentation for our | Julia Frayer |
| 11/11/2022 | 1.60 | prepare slides regarding | Luke Markham |
| 11/11/2022 | 0.40 | internal call (LM, RN) to discuss slides on | Luke Markham |
| 11/11/2022 | 0.30 | internal call (LM, RN) to discuss slides on | Ryan Ngai |
| 11/11/2022 | 2.70 | analyze feasibility of | Ryan Ngai |
| 11/11/2022 | 4.10 | prepare slides regarding | Ryan Ngai |
| 11/12/2022 | 1.10 | review slides for | Julia Frayer |
| 11/13/2022 | 0.70 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix) on | Julia Frayer |

| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 11/13/2022 | 0.20 | internal debrief call (JF, LM, RN) | Julia Frayer |
| 11/13/2022 | 0.10 | prepare slide (1) regarding | Julia Frayer |
| 11/13/2022 | 0.70 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix) on | Luke Markham |
| 11/13/2022 | 0.20 | internal debrief call (JF, LM, RN) | Luke Markham |
| 11/13/2022 | 3.80 | revising slides on | Ryan Ngai |
| 11/13/2022 | 0.80 | call with L Despins (PH), A Bongartz (PH), S Martinez (Alix) on | Ryan Ngai |
| 11/13/2022 | 0.20 | internal debrief call (JF, LM, RN) | Ryan Ngai |
| 11/14/2022 | 0.30 | review 1 slide for meeting | Julia Frayer |
| 11/14/2022 | 1.20 | attend | Julia Frayer |
| 11/14/2022 | 0.30 | prepare LEI December 2022 budget in accordance with interim compensation procedures | Julie Sharkey |
| 11/14/2022 | 0.50 | prepare | Luke Markham |
| 11/14/2022 | 1.20 | attend | Luke Markham |
| 11/15/2022 | 0.60 | call with | Julia Frayer |
| 11/15/2022 | 0.50 | call with | Julia Frayer |
| 11/15/2022 | 2.90 | revise and submit second interim fee application in accordance with interim compensation procedures | Julie Sharkey |
| 11/15/2022 | 0.60 | call with | Luke Markham |
| 11/15/2022 | 0.50 | call with | Luke Markham |
| 11/15/2022 | 0.60 | call with | Ryan Ngai |
| 11/15/2022 | 0.50 | call with | Ryan Ngai |
| 11/16/2022 | 0.10 | review fee statement details for October 2022 | Julia Frayer |
| 11/17/2022 | 0.20 | outreach to | Julia Frayer |
| 11/17/2022 | 0.50 | attend Committee meeting call | Julia Frayer |
| 11/17/2022 | 0.30 | research and draft email to | Luke Markham |
| 11/17/2022 | 0.80 | attend Committee meeting call | Luke Markham |
| 11/17/2022 | 0.80 | attend Committee meeting call | Ryan Ngai |
| 11/18/2022 | 0.10 | submit October 2022 fee statement for objections in accordance with interim compensation procedures | Julie Sharkey |
| 11/21/2022 | 0.80 | attend Committee meeting call | Julia Frayer |
| 11/21/2022 | 0.20 | contact | Julia Frayer |
| 11/21/2022 | 0.20 | send workplan/next steps to LM | Julia Frayer |
| 11/21/2022 | 0.80 | | Luke Markham |
| 11/21/2022 | 0.90 | communicate with | Luke Markham |
| 11/21/2022 | 0.90 | attend Committee meeting call | Luke Markham |
| 11/21/2022 | 0.20 | internal meeting (LM, RN) to review and assign workplan | Luke Markham |
| 11/21/2022 | 0.90 | attend Committee meeting call | Ryan Ngai |
| 11/21/2022 | 0.20 | internal meeting (LM, RN) to review and assign workplan | Ryan Ngai |
| 11/22/2022 | 0.30 | | Ryan Ngai |
| 11/25/2022 | 0.10 | review | Julia Frayer |
| 11/27/2022 | 0.20 | review | Julia Frayer |
| 11/28/2022 | 0.10 | internal call (JF, LM, RN) to strategize on | Julia Frayer |
| 11/28/2022 | 0.10 | internal call (JF, LM, RN) to strategize on | Luke Markham |
| 11/28/2022 | 0.70 | prepare summary of | Luke Markham |
| 11/28/2022 | 0.10 | internal call (JF, LM, RN) to strategize on | Ryan Ngai |
| 11/29/2022 | 0.10 | emails with A Bongartz (PH) | Julia Frayer |
| 11/29/2022 | 0.40 | call with | Julia Frayer |
| 11/29/2022 | 0.40 | call with | Luke Markham |
| 11/29/2022 | 0.40 | call with | Ryan Ngai |
| 11/30/2022 | 0.20 | review | Julia Frayer |
| 11/30/2022 | 0.40 | | Julia Frayer |
| 11/30/2022 | 0.20 | attend Committee meeting call | Julia Frayer |

| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 11/30/2022 | 0.60 | check in call with A Bongartz (PH) | Julia Frayer |
| 11/30/2022 | 0.10 | send email to ▮▮▮▮ | Julia Frayer |
| 11/30/2022 | 0.20 | prepare tax declaration for October 2022 fee statement payment request | Julie Sharkey |
| 11/30/2022 | 0.90 | draft ▮▮▮▮ | Luke Markham |
| 11/30/2022 | 0.70 | research ▮▮▮▮ | Luke Markham |
| 11/30/2022 | 0.20 | attend Committee meeting call | Luke Markham |
| 11/30/2022 | 0.20 | attend Committee meeting call | Ryan Ngai |
| Total | 75.10 | | |

| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 12/1/2022 | 1.20 | review and identify ▮▮▮ per request of PH | Julia Frayer |
| 12/1/2022 | 0.70 | compile ▮▮▮ per request of | Luke Markham |
| 12/4/2022 | 0.10 | respond to ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.40 | review ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.70 | internal call (JF, RN) to prepare for ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.10 | call with ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.90 | call with ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.40 | call with ▮▮▮ | Julia Frayer |
| 12/7/2022 | 0.30 | prepare budget for January 2023 in accordance with interim compensation procedures | Julia Frayer |
| 12/7/2022 | 0.60 | internal call (JF, RN) to prepare for ▮▮▮ | Ryan Ngai |
| 12/7/2022 | 0.70 | draft questions for ▮▮▮ | Ryan Ngai |
| 12/7/2022 | 0.90 | call with ▮▮▮ | Ryan Ngai |
| 12/8/2022 | 0.60 | call with A Bongartz (PH) regarding ▮▮▮ | Julia Frayer |
| 12/8/2022 | 0.70 | draft outline and assignments for ▮▮▮ | Julia Frayer |
| 12/8/2022 | 0.90 | attend Committee meeting call | Julia Frayer |
| 12/8/2022 | 0.20 | prepare budget for January 2023 in accordance with interim compensation procedures | Julie Sharkey |
| 12/8/2022 | 0.90 | attend Committee meeting call | Luke Markham |
| 12/12/2022 | 2.10 | review ▮▮▮ | Julia Frayer |
| 12/13/2022 | 0.80 | internal call (JF, LM, RN) to discuss ▮▮▮ | Julia Frayer |
| 12/13/2022 | 0.60 | review ▮▮▮ | Julia Frayer |
| 12/13/2022 | 0.10 | update LEI January 2023 budget ▮▮▮ | Julia Frayer |
| 12/13/2022 | 0.80 | internal call (JF, LM, RN) to discuss ▮▮▮ | Luke Markham |
| 12/13/2022 | 0.80 | internal call (JF, LM, RN) to discuss ▮▮▮ | Ryan Ngai |
| 12/14/2022 | 0.10 | review updated January 2023 budget circulated | Julia Frayer |
| 12/14/2022 | 0.30 | attend Committee meeting call | Julia Frayer |
| 12/14/2022 | 0.40 | edit ▮▮▮ | Julia Frayer |
| 12/14/2022 | 0.10 | circulate updated January 2023 budget in accordance with interim compensation procedures | Julie Sharkey |
| 12/14/2022 | 0.30 | attend Committee meeting call | Luke Markham |
| 12/15/2022 | 2.50 | review ▮▮▮ | Ryan Ngai |
| 12/15/2022 | 3.20 | research ▮▮▮ | Ryan Ngai |
| 12/16/2022 | 3.60 | research ▮▮▮ | Ryan Ngai |
| 12/16/2022 | 3.50 | research ▮▮▮ | Ryan Ngai |
| 12/19/2022 | 0.40 | review ▮▮▮ | Julia Frayer |
| 12/19/2022 | 0.60 | review ▮▮▮ | Julia Frayer |
| 12/19/2022 | 0.20 | respond to S Martinez (Alix Partners) | Julia Frayer |
| 12/19/2022 | 0.10 | circulate approved January 2023 budget in accordance with interim compensation procedures | Julie Sharkey |
| 12/19/2022 | 3.10 | begin draft of ▮▮▮ | Luke Markham |
| 12/19/2022 | 1.30 | review ▮▮▮ | Luke Markham |
| 12/19/2022 | 0.60 | internal call (LM, RN) to discuss ▮▮▮ | Luke Markham |
| 12/19/2022 | 0.80 | internal call (RN, SM) to discuss ▮▮▮ | Ryan Ngai |
| 12/19/2022 | 0.60 | internal call (LM, RN) to discuss ▮▮▮ | Ryan Ngai |
| 12/19/2022 | 2.20 | research ▮▮▮ | Ryan Ngai |
| 12/19/2022 | 3.60 | update ▮▮▮ | Ryan Ngai |
| 12/19/2022 | 0.80 | internal call (RN, SM) to discuss ▮▮▮ | Sayad Moudachirou |
| 12/20/2022 | 3.80 | continue work on ▮▮▮ | Luke Markham |
| 12/20/2022 | 4.40 | update ▮▮▮ | Ryan Ngai |
| 12/21/2022 | 0.70 | attend Committee meeting call | Julia Frayer |
| 12/21/2022 | 1.30 | attend Committee meeting call | Luke Markham |
| 12/21/2022 | 1.30 | attend Committee meeting call | Ryan Ngai |
| 12/21/2022 | 5.80 | update ▮▮▮ | Ryan Ngai |
| 12/22/2022 | 0.90 | review ▮▮▮ | Luke Markham |
| 12/22/2022 | 1.10 | draft response to ▮▮▮ | Luke Markham |

| Date | Hours | Description | Timekeeper |
|---|---|---|---|
| 12/22/2022 | 7.30 | update | Ryan Ngai |
| 12/22/2022 | 0.50 | reach out to | Ryan Ngai |
| 12/23/2022 | 1.80 | review | Luke Markham |
| 12/23/2022 | 0.50 | begin drafting response to | Luke Markham |
| 12/23/2022 | 2.50 | review | Ryan Ngai |
| 12/23/2022 | 5.60 | update | Ryan Ngai |
| 12/28/2022 | 0.50 | review | Julia Frayer |
| 12/28/2022 | 7.50 | draft slides for | Ryan Ngai |
| 12/29/2022 | 2.70 | draft slides for | Ryan Ngai |
| 12/29/2022 | 5.40 | revise | Ryan Ngai |
| 12/30/2022 | 5.20 | revise | Ryan Ngai |
| 12/30/2022 | 2.70 | research | Ryan Ngai |
| Total | 105.30 | | |



| Date | Total hrs | Activities | Employee |
|---|---|---|---|
| 1/3/2023 | 2.80 | review the | Julia Frayer |
| 1/3/2023 | 2.10 | review the | Julia Frayer |
| 1/3/2023 | 3.50 | work on | Luke Markham |
| 1/3/2023 | 3.70 | data acquisition including | Luke Markham |
| 1/3/2023 | 0.20 | internal call (RN, LM) to collaborate on | Luke Markham |
| 1/3/2023 | 0.10 | internal call (RN, SM) on | Ryan Ngai |
| 1/3/2023 | 0.20 | internal call (RN, LM) to collaborate on | Ryan Ngai |
| 1/3/2023 | 0.90 | revise | Ryan Ngai |
| 1/3/2023 | 3.40 | review | Ryan Ngai |
| 1/3/2023 | 2.70 | compare | Ryan Ngai |
| 1/3/2023 | 0.10 | internal call (RN, SM) on | Sayad Moudachirou |
| 1/4/2023 | 2.10 | review and edit | Julia Frayer |
| 1/4/2023 | 0.70 | attend Committee meeting call | Julia Frayer |
| 1/4/2023 | 0.10 | internal call (JF, RN) on | Julia Frayer |
| 1/4/2023 | 0.70 | attend Committee meeting call | Luke Markham |
| 1/4/2023 | 5.10 | finalize | Luke Markham |
| 1/4/2023 | 0.10 | internal call (RN, LM) on | Luke Markham |
| 1/4/2023 | 0.10 | internal call (RN, LM) on | Ryan Ngai |
| 1/4/2023 | 2.00 | revise | Ryan Ngai |
| 1/4/2023 | 0.10 | internal call (JF, RN) on | Ryan Ngai |
| 1/4/2023 | 0.70 | attend Committee meeting call | Ryan Ngai |
| 1/4/2023 | 4.90 | restructure | Ryan Ngai |
| 1/5/2023 | 2.80 | collect and | Luke Markham |
| 1/5/2023 | 0.60 | call with | Ryan Ngai |
| 1/5/2023 | 2.10 | restructure | Ryan Ngai |
| 1/5/2023 | 2.30 | restructure | Ryan Ngai |
| 1/5/2023 | 2.80 | restructure | Ryan Ngai |
| 1/6/2023 | 1.40 | continued | Luke Markham |
| 1/6/2023 | 7.80 | restructured | Ryan Ngai |
| 1/9/2023 | 3.50 | research | Ryan Ngai |
| 1/9/2023 | 3.80 | restructure | Ryan Ngai |
| 1/10/2023 | 0.60 | follow up on | Julia Frayer |
| 1/10/2023 | 1.10 | internal call (JF, LM, RN) to conduct an | Julia Frayer |
| 1/10/2023 | 0.10 | brief call with A Bongartz (PH) to prep for tomorrow's Committee meeting call | Julia Frayer |
| 1/10/2023 | 0.70 | draft talking points for tomorrow's Committee meeting call | Julia Frayer |
| 1/10/2023 | 1.10 | internal call (JF, LM, RN) to conduct an | Luke Markham |
| 1/10/2023 | 1.10 | internal call (JF, LM, RN) to conduct an | Ryan Ngai |
| 1/10/2023 | 4.20 | review | Ryan Ngai |
| 1/10/2023 | 2.50 | restructure | Ryan Ngai |
| 1/11/2023 | 0.50 | attend Committee meeting call | Julia Frayer |
| 1/11/2023 | 0.40 | internal call (JF, RN) to discuss | Julia Frayer |
| 1/11/2023 | 0.50 | attend Committee meeting call | Ryan Ngai |
| 1/11/2023 | 0.40 | internal call (JF, RN) to discuss | Ryan Ngai |
| 1/11/2023 | 5.60 | restructure | Ryan Ngai |

| Date | Hours | Description | Person |
|---|---|---|---|
| 1/13/2023 | 4 20 | restructure | Ryan Ngai |
| 1/16/2023 | 5.50 | restructure | Ryan Ngai |
| 1/16/2023 | 2 30 | model | Ryan Ngai |
| 1/17/2023 | 0 60 | call with | Julia Frayer |
| 1/17/2023 | 3 80 | model | Ryan Ngai |
| 1/17/2023 | 4 30 | restructure | Ryan Ngai |
| 1/18/2023 | 1.10 | attend Committee meeting call | Julia Frayer |
| 1/18/2023 | 0 30 | review | Julia Frayer |
| 1/18/2023 | 1.10 | attend Committee meeting call | Luke Markham |
| 1/18/2023 | 0.50 | internal call (LM, RN) to discuss | Luke Markham |
| 1/18/2023 | 1.10 | attend Committee meeting call | Ryan Ngai |
| 1/18/2023 | 0.50 | internal call (LM, RN) to discuss | Ryan Ngai |
| 1/18/2023 | 1 20 | summarize | Ryan Ngai |
| 1/18/2023 | 1.70 | research | Ryan Ngai |
| 1/18/2023 | 3 20 | restructure | Ryan Ngai |
| 1/19/2023 | 0.40 | internal call (JF, RN, VC) to brainstorm on | Julia Frayer |
| 1/19/2023 | 0 60 | address comments from JF on | Luke Markham |
| 1/19/2023 | 0.40 | internal call (JF, RN, VC) to brainstorm on | Ryan Ngai |
| 1/19/2023 | 0 80 | research | Ryan Ngai |
| 1/19/2023 | 0.40 | internal call (JF, RN, VC) to brainstorm on | Victor Chung |
| 1/20/2023 | 0 80 | research | Cherrylin Trinidad |
| 1/20/2023 | 1 20 | internal call (JF, RN) to discuss | Julia Frayer |
| 1/20/2023 | 1.00 | call with | Julia Frayer |
| 1/20/2023 | 1 20 | internal call (JF, RN) to discuss | Ryan Ngai |
| 1/20/2023 | 3 20 | research | Ryan Ngai |
| 1/20/2023 | 2.40 | restructure | Ryan Ngai |
| 1/22/2023 | 0 20 | review materials sent by A Bongartz (PH) to Committee | Julia Frayer |
| 1/24/2023 | 0 80 | internal call (RN, SM) to discuss | Ryan Ngai |
| 1/24/2023 | 0 80 | internal call (RN, SM) to discuss | Sayad Moudachirou |
| 1/25/2023 | 0 30 | attend Committee meeting call | Julia Frayer |
| 1/25/2023 | 0.10 | review | Julia Frayer |
| 1/25/2023 | 0.10 | reach out to | Julia Frayer |
| 1/25/2023 | 0 20 | internal call (JF, RN) to discuss workplan and next steps | Julia Frayer |
| 1/25/2023 | 0 30 | attend Committee meeting call | Luke Markham |
| 1/25/2023 | 0 20 | internal call (JF, RN) to discuss workplan and next steps | Luke Markham |
| 1/31/2023 | 0 80 | call with | Julia Frayer |
| Total | 129 80 | | |