## **Exhibit C**

**Reimbursable Expenses**

| | | |
|---|---|---:|
| Data Acquisition - October 2022 Monthly Fee Statement | $ | 121.15 |
| Data Acquisition - November 2022 Monthly Fee Statement | $ | 613.45 |
| Data Acquisition - December 2022 Monthly Fee Statement | $ | 784.15 |
| Data Acquisition - January 2023 Monthly Fee Statement | $ | 989.20 |
| **Total Reimbursable Expenses** | **$** | **2,507.95** |