# Exhibit D

### October 2022 Monthly Fee Statement

For the month of October 2022, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### November 2022 Monthly Fee Statement

For the month of November 2022, LEI utilized its annual subscription to to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### December 2022 Monthly Fee Statement

For the month of December 2022, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition.

### January 2023 Monthly Fee Statement

For the month of January 2023, LEI utilized its annual subscription to S&P Global Market Intelligence: SNL Energy to collect data pertinent to LEI's assessment of PREPA's financial condition. LEI also utilized economic literature databases.