# Exhibit E

**Third Interim Fee Period (October 1, 2022 through January 31, 2023)**

| Date Submitted | Monthly Period Covered | Total Invoiced Professional Fees | Budget Range Low | High |
|---|---|---|---|---|
| 11/18/2022 | 10/01/22 - 10/31/22 | $6,478.50 | $117,390.00 | $180,600.00 |
| 1/11/2023 | 11/01/22 - 11/30/22 | $32,805.00 | $29,306.00 | $146,528.00 |
| 1/20/2023 | 12/01/22 - 12/31/22 | $41,933.00 | $67,096.00 | $201,288.00 |
| 3/7/2023 | 01/01/23 - 01/31/23 | $52,898.50 | $92,025.00 | $399,090.00 |
| | | $134,115.00 | $305,817.00 | $927,506.00 |