**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position*** | **Billing Rate*** | **Hours** | **100% of Fees** |
| Martinez, Scott | Director | $ 1,020.00 | 271.7 | $ 261,826.50 |
| Deichmann, Eric | Director | $ 950.00 | 4.4 | 3,696.00 |
| Kardos, Elizabeth S | Partner | $ 800.00 | 1.5 | 1,125.00 |
| Yenumula, Rahul | Senior Vice President | $ 735.00 | 3.4 | 2,380.00 |
| Praga, Deborah | Senior Vice President | $ 655.00 | 5.8 | 3,799.00 |
| Saydah, Heather | Senior Vice President | $ 550.00 | 1.8 | 918.00 |
| Filler, Brooke | Vice President | $ 510.00 | 36.5 | 17,702.50 |
| Braverman, Jennifer | Vice President | $ 460.00 | 28.4 | 13,064.00 |
| **Total** | | | **353.5** | **$ 304,511.00** |

*Reflects positions and billing rates in effect as of January 1, 2023.