# Exhibit B

## Summary of Hours and Fees by Project Category

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Matter Category** | **Description** | **Hours** | **100% Fees** |
| 20000797P00001.1.1 | Planning & Coordination / Case Management | - | $ - |
| 20000797P00001.1.2 | Meetings and Communications with Committee Members and/or Professionals | - | - |
| 20000797P00001.1.3 | Communication with Interested Parties | - | - |
| 20000797P00001.1.4 | Liquidity and Cash Management | - | - |
| 20000797P00001.1.5 | Fiscal Plan and Related Budgets Analysis and Assessment | - | - |
| 20000797P00001.1.6 | Financial and Other Diligence | - | - |
| 20000797P00001.1.7 | Sales of Assets | - | - |
| 20000797P00001.1.8 | Due Diligence of Commonwealth Assets | - | - |
| 20000797P00001.1.9 | Debt Capacity | - | - |
| 20000797P00001.1.10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 20000797P00001.1.11 | Plan of Adjustment Review and Negotiations | 0.2 | 189.00 |
| 20000797P00001.1.12 | Litigation Support and Claims Analysis | 0.2 | 204.00 |
| 20000797P00001.1.13 | Testimony / Court Appearance | - | - |
| 20000797P00001.1.14 | Expert Reports | - | - |
| 20000797P00001.1.15 | Pension Matters | - | - |
| 20000797P00001.1.16 | Retention | 68.1 | 32,773.50 |
| 20000797P00001.1.17 | Fee Statements and Fee Applications | 12.4 | 10,030.00 |
| 20000797P00001.1.18 | PREPA Title III | 256.5 | 246,100.00 |
| 20000797P00001.1.19 | HTA Title III | 16.1 | 15,214.50 |
| 20000797P00001.1.20 | ERS Title III | - | - |
| **Total** | | **353.5** | **$ 304,511.00** |