**Exhibit C**

**Detailed Description of Hours and Fees by Matter Category**

[On following page]

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.11 | Call with A. Bongartz (Paul Hastings) regarding | 0.2 |
| **Total Matter 20000797P00001.1.11** | | | | **0.2** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 01/16/2023 | 20000797P00001.1.12 | Call with A. Bongartz (Paul Hastings) regarding | 0.1 |
| Martinez, Scott | 01/17/2023 | 20000797P00001.1.12 | Call with A. Bongartz (Paul Hastings) regarding | 0.1 |
| **Total Matter 20000797P00001.1.12** | | | | **0.2** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Filler, Brooke | 10/11/2022 | 20000797P00001.1.16 | Draft disclosures for new parties beginning with letters J, K | 3.0 |
| Filler, Brooke | 10/11/2022 | 20000797P00001.1.16 | Draft disclosures for new parties beginning with letters L, M | 2.7 |
| Filler, Brooke | 10/11/2022 | 20000797P00001.1.16 | Draft disclosures for new parties beginning with letters L, M | 2.3 |
| Filler, Brooke | 10/12/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letter M | 0.7 |
| Kardos, Elizabeth S | 10/12/2022 | 20000797P00001.1.16 | Provide comments to disclosures | 0.4 |
| Kardos, Elizabeth S | 10/12/2022 | 20000797P00001.1.16 | Review new parties-in-interest list | 0.8 |
| Filler, Brooke | 10/13/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letters M-P | 3.3 |
| Filler, Brooke | 10/13/2022 | 20000797P00001.1.16 | Continue to review new parties-in-interest beginning with letters M-P | 1.6 |
| Filler, Brooke | 10/13/2022 | 20000797P00001.1.16 | Continue to review new parties-in-interest beginning with letters M-P | 3.1 |
| Filler, Brooke | 10/14/2022 | 20000797P00001.1.16 | Continue to review new parties-in-interest beginning with letters P - R | 1.6 |
| Filler, Brooke | 10/14/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letters P - R | 3.0 |
| Filler, Brooke | 10/16/2022 | 20000797P00001.1.16 | Continue to review new parties-in-interest beginning with letter R | 0.9 |
| Filler, Brooke | 10/17/2022 | 20000797P00001.1.16 | Continue to review new parties-in-interest beginning with letter S | 3.0 |
| Filler, Brooke | 10/17/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letter S | 3.0 |
| Filler, Brooke | 10/17/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letter T | 1.2 |
| Filler, Brooke | 10/17/2022 | 20000797P00001.1.16 | Continue to review parties-in-interest beginning with letter R | 3.0 |
| Filler, Brooke | 10/18/2022 | 20000797P00001.1.16 | Review new parties-in-interest beginning with letters T - Z | 2.6 |
| Saydah, Heather | 10/18/2022 | 20000797P00001.1.16 | Revise relationship disclosures for supplemental declaration | 0.3 |
| Saydah, Heather | 10/18/2022 | 20000797P00001.1.16 | Revise relationship disclosures for supplemental declaration | 0.3 |
| Braverman, Jennifer | 10/25/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 1.6 |
| Braverman, Jennifer | 10/25/2022 | 20000797P00001.1.16 | Review MIP list in firm database for disclosure purposes | 2.4 |
| Braverman, Jennifer | 10/25/2022 | 20000797P00001.1.16 | Prepare MIP list for review in firm database for disclosure purposes | 0.8 |
| Braverman, Jennifer | 10/26/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 1.3 |
| Braverman, Jennifer | 10/26/2022 | 20000797P00001.1.16 | Create draft disclosure file | 0.8 |
| Braverman, Jennifer | 10/26/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 2.9 |
| Braverman, Jennifer | 10/27/2022 | 20000797P00001.1.16 | Update draft disclosure file | 1.1 |
| Braverman, Jennifer | 10/27/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 1.8 |
| Braverman, Jennifer | 10/27/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 2.9 |
| Braverman, Jennifer | 10/28/2022 | 20000797P00001.1.16 | Update draft disclosure file | 0.8 |
| Braverman, Jennifer | 10/28/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 2.9 |
| Braverman, Jennifer | 10/28/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 1.3 |
| Braverman, Jennifer | 10/31/2022 | 20000797P00001.1.16 | Update draft disclosure file | 1.1 |
| Braverman, Jennifer | 10/31/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 2.9 |
| Braverman, Jennifer | 11/01/2022 | 20000797P00001.1.16 | Update draft disclosure file | 0.9 |
| Braverman, Jennifer | 11/01/2022 | 20000797P00001.1.16 | Continue review of MIP list in firm database for disclosure purposes | 2.9 |
| Saydah, Heather | 11/02/2022 | 20000797P00001.1.16 | Revise disclosures for supplemental declaration | 1.2 |
| Filler, Brooke | 11/04/2022 | 20000797P00001.1.16 | Draft 15th supplemental declaration | 0.4 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.16 | Reviewed and commented on the proposed supplemental disclosures declaration. | 0.2 |
| Filler, Brooke | 12/22/2022 | 20000797P00001.1.16 | Draft supplemental declaration re: rate increases per S. Martinez | 1.1 |
| **Total Matter 20000797P00001.1.16** | | | | **68.1** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Praga, Deborah | 10/03/2022 | 20000797P00001.1.17 | Prepared August 2022 fee statement cover letter. | 0.2 |
| Praga, Deborah | 10/03/2022 | 20000797P00001.1.17 | Prepared August 2022 fee statement. | 0.8 |
| Martinez, Scott | 10/03/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC August fee statement. | 0.3 |
| Praga, Deborah | 10/07/2022 | 20000797P00001.1.17 | Prepared September 2022 fee statement. | 0.6 |
| Martinez, Scott | 10/10/2022 | 20000797P00001.1.17 | Reviewed and commented on the ZC draft September fee statement. | 0.3 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.17 | Call with A. Bongartz (Paul Hastings) regarding | 0.1 |
| Praga, Deborah | 10/17/2022 | 20000797P00001.1.17 | Prepared 16th interim fee application. | 2.2 |
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.17 | Updated the ZC Aug fee statement. | 0.2 |
| Martinez, Scott | 10/31/2022 | 20000797P00001.1.17 | Prepared a draft of the ZC interim fee application. | 3.2 |
| Martinez, Scott | 11/04/2022 | 20000797P00001.1.17 | Updated the September fee statement. | 0.2 |
| Kardos, Elizabeth S | 11/06/2022 | 20000797P00001.1.17 | Review and finalize Puerto Rico fee application | 0.3 |
| Praga, Deborah | 11/11/2022 | 20000797P00001.1.17 | Prepared October 2022 fee statement. | 0.4 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.17 | Prepared the draft December budget as required by the fee examiner. | 0.2 |
| Praga, Deborah | 11/21/2022 | 20000797P00001.1.17 | Prepared cover letter for October 2022 fee statement. | 0.3 |
| Praga, Deborah | 11/21/2022 | 20000797P00001.1.17 | Prepared October 2022 fee statement. | 0.4 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.17 | Updated the ZC October fee statement. | 0.2 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.17 | Reviewed and commented on the draft November fee statement. | 0.3 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.17 | Prepared the ZC budget for January 2023 as required by the fee examiner. | 0.2 |
| Praga, Deborah | 12/12/2022 | 20000797P00001.1.17 | Prepared November 2022 fee statement. | 0.9 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.17 | Finalized the rate increase notice and distributed to the Committee. | 0.2 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.17 | Prepared the CNO for the Zolfo Cooper November fee statement. | 0.2 |
| Martinez, Scott | 01/06/2023 | 20000797P00001.1.17 | Reviewed and commented on the draft ZC fee statement. | 0.3 |
| Martinez, Scott | 01/09/2023 | 20000797P00001.1.17 | Prepared the ZC draft February budget as required by the fee examiner. | 0.2 |
| Martinez, Scott | 01/19/2023 | 20000797P00001.1.17 | Reviewed and responded to the fee examiner letter report regarding the Zolfo Cooper 16th interim fee app. | 0.2 |
| **Total Matter 20000797P00001.1.17** | | | | **12.4** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 10/03/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.2 |
| Martinez, Scott | 10/03/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding [redacted] | 0.1 |
| Martinez, Scott | 10/03/2022 | 20000797P00001.1.18 | Analyzed and reviewed the [redacted] | 0.5 |
| Martinez, Scott | 10/03/2022 | 20000797P00001.1.18 | Reviewed a [redacted] | 0.1 |
| Martinez, Scott | 10/04/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.2 |
| Martinez, Scott | 10/04/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 1.7 |
| Martinez, Scott | 10/04/2022 | 20000797P00001.1.18 | Analyzed and reviewed the [redacted] | 0.3 |
| Martinez, Scott | 10/04/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the [redacted] | 3.8 |
| Martinez, Scott | 10/07/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 10/07/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.2 |
| Martinez, Scott | 10/07/2022 | 20000797P00001.1.18 | Prepared the [redacted] | 0.2 |
| Martinez, Scott | 10/07/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.4 |
| Martinez, Scott | 10/07/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/10/2022 | 20000797P00001.1.18 | Reviewed email correspondence from J. Arrastia (Continental) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.1 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.18 | Continued to [redacted] | 2.2 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.2 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.18 | Reviewed the revised agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 10/11/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding [redacted] | 1.0 |
| Martinez, Scott | 10/12/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/12/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.5 |
| Martinez, Scott | 10/14/2022 | 20000797P00001.1.18 | Reviewed the [redacted] | 0.3 |
| Martinez, Scott | 10/14/2022 | 20000797P00001.1.18 | Listened to the FOMB public meeting and follow on media conference. | 3.2 |
| Martinez, Scott | 10/17/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/17/2022 | 20000797P00001.1.18 | Analyzed and reviewed the [redacted] | 0.5 |
| Martinez, Scott | 10/17/2022 | 20000797P00001.1.18 | Reviewed a report regarding [redacted] | 0.1 |
| Martinez, Scott | 10/17/2022 | 20000797P00001.1.18 | Analyzed and reviewed the [redacted] | 0.4 |
| Martinez, Scott | 10/18/2022 | 20000797P00001.1.18 | Reviewed email from L. Despins (Paul Hastings) regarding [redacted] | 0.1 |
| Martinez, Scott | 10/18/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding [redacted] | 0.3 |
| Martinez, Scott | 10/18/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 10/20/2022 | 20000797P00001.1.18 | Reviewed a report regarding a [redacted] | 0.2 |
| Martinez, Scott | 10/20/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding [redacted] | 0.4 |
| Martinez, Scott | 10/20/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) and LEI (J. Frayer) regarding [redacted] | 0.5 |
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.18 | Call with J. Reinhard (DGC) regarding [redacted] | 0.5 |
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.4 |
| Martinez, Scott | 10/25/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 0.2 |
| Martinez, Scott | 10/25/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 1.1 |
| Martinez, Scott | 10/26/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 0.3 |
| Martinez, Scott | 10/26/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 10/27/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.3 |
| Martinez, Scott | 10/27/2022 | 20000797P00001.1.18 | Prepared a ▓ | 0.6 |
| Yenumula, Rahul | 10/27/2022 | 20000797P00001.1.18 | Update the ▓ | 3.4 |
| Martinez, Scott | 10/28/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 0.8 |
| Martinez, Scott | 10/31/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.3 |
| Martinez, Scott | 11/01/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 11/01/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/01/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 11/01/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 11/02/2022 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.1 |
| Martinez, Scott | 11/02/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.2 |
| Martinez, Scott | 11/02/2022 | 20000797P00001.1.18 | Prepared an ▓ | 0.8 |
| Martinez, Scott | 11/02/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.7 |
| Martinez, Scott | 11/03/2022 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) regarding ▓ | 0.3 |
| Martinez, Scott | 11/03/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 0.9 |
| Martinez, Scott | 11/03/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.6 |
| Martinez, Scott | 11/03/2022 | 20000797P00001.1.18 | Call with BRG (M. Shankweiler, R. Cohen) regarding ▓ | 0.9 |
| Martinez, Scott | 11/04/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/07/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.2 |
| Martinez, Scott | 11/07/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.3 |
| Martinez, Scott | 11/07/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.1 |
| Martinez, Scott | 11/07/2022 | 20000797P00001.1.18 | Participated in a ▓ with Paul Hastings (L. Despins, A. Bongartz), LEI (J. Frayer). | 0.5 |
| Martinez, Scott | 11/08/2022 | 20000797P00001.1.18 | Prep call with A. Bongartz (Paul Hastings) regarding the ▓ | 0.3 |
| Martinez, Scott | 11/08/2022 | 20000797P00001.1.18 | Participated in a ▓ | 1.0 |
| Martinez, Scott | 11/08/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 0.2 |
| Martinez, Scott | 11/08/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 1.6 |
| Martinez, Scott | 11/08/2022 | 20000797P00001.1.18 | Debrief regarding ▓ with Paul Hastings (L. Despins, A. Bongartz), LEI (J. Frayer). | 0.7 |
| Martinez, Scott | 11/09/2022 | 20000797P00001.1.18 | Prepared a ▓ | 0.3 |
| Martinez, Scott | 11/09/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/09/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▓ | 0.2 |
| Martinez, Scott | 11/09/2022 | 20000797P00001.1.18 | Reviewed, commented and provided ▓ | 0.7 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.1 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Prepared an ▓ | 1.7 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Prepared for and participated in the UCC status update call. | 1.6 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.3 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Reviewed and commented on the revised list of questions for Proskauer regarding ▓ | 0.4 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▓ | 0.5 |
| Martinez, Scott | 11/10/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.4 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.5 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 4.7 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.18 | Reviewed ▓ | 0.6 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.18 | Updated the ▓ | 2.8 |
| Martinez, Scott | 11/13/2022 | 20000797P00001.1.18 | Prep call with Paul Hastings (L. Despins, A. Bongartz) and LEI (J. Frayer) in ▓ | 0.7 |
| Martinez, Scott | 11/13/2022 | 20000797P00001.1.18 | Reviewed ▓ | 1.2 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Reviewed ▓ | 0.2 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Debrief with the Paul Hastings team regarding ▓ | 0.3 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Prepared an ▓ | 4.4 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Prepared for and participated in a ▓ | 2.9 |
| Martinez, Scott | 11/14/2022 | 20000797P00001.1.18 | Reviewed ▓ | 0.2 |
| Martinez, Scott | 11/15/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/15/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.2 |
| Martinez, Scott | 11/15/2022 | 20000797P00001.1.18 | Updated the ▓ | 1.8 |
| Martinez, Scott | 11/16/2022 | 20000797P00001.1.18 | Prepared a ▓ | 3.1 |
| Martinez, Scott | 11/16/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding a ▓ | 0.3 |
| Martinez, Scott | 11/16/2022 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.1 |
| Martinez, Scott | 11/17/2022 | 20000797P00001.1.18 | Updated the presentation to the Committee regarding a ▓ | 2.1 |
| Martinez, Scott | 11/17/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.7 |
| Martinez, Scott | 11/17/2022 | 20000797P00001.1.18 | Prepared for call with BRG regarding ▓ | 0.4 |
| Martinez, Scott | 11/17/2022 | 20000797P00001.1.18 | Call regarding the ▓ with Paul Hastings (L. Despins, P. Jimenez, A. Bongartz, S. Maza), E. Deichmann. | 0.6 |
| Martinez, Scott | 11/17/2022 | 20000797P00001.1.18 | Call with BRG (M. Shankweiler, R. Cohen) regarding ▓ | 0.7 |
| Deichmann, Eric | 11/17/2022 | 20000797P00001.1.18 | Call regarding the ▓ with Paul Hastings (L. Despins, P. Jimenez, A. Bongartz, S. Maza), S. Martinez. | 0.6 |
| Deichmann, Eric | 11/17/2022 | 20000797P00001.1.18 | Review ▓ | 1.2 |
| Martinez, Scott | 11/18/2022 | 20000797P00001.1.18 | Listened to the Natural Resources Committee hearing on Puerto Rico post-disaster reconstruction and power grid development and read related written testimony. | 3.3 |
| Martinez, Scott | 11/18/2022 | 20000797P00001.1.18 | Reviewed reports regarding ▓ | 0.2 |
| Martinez, Scott | 11/18/2022 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) regarding ▓ | 0.2 |
| Martinez, Scott | 11/18/2022 | 20000797P00001.1.18 | Updated the ▓ | 0.9 |
| Martinez, Scott | 11/18/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.4 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Prepared a ▓ | 0.6 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 1.1 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.4 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Reviewed ▓ | 0.7 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▓ | 0.6 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Reviewed and commented on ▓ | 0.2 |
| Martinez, Scott | 11/21/2022 | 20000797P00001.1.18 | Reviewed and commented on ▓ | 0.4 |
| Martinez, Scott | 11/22/2022 | 20000797P00001.1.18 | Debrief with Paul Hastings (L. Despins, A. Bongartz) regarding the ▓ | 0.2 |
| Martinez, Scott | 11/22/2022 | 20000797P00001.1.18 | Participated in a call with Proskauer (P. Possinger, M. Bienenstock), Paul Hastings (L. Despins, A. Bongartz, S. Maza), E. Deichmann. | 0.5 |
| Deichmann, Eric | 11/22/2022 | 20000797P00001.1.18 | Participated in a call with Proskauer (P. Possinger, M. Bienenstock), Paul Hastings (L. Despins, A. Bongartz, S. Maza), S. Martinez. | 0.5 |
| Martinez, Scott | 11/22/2022 | 20000797P00001.1.18 | Prepared for call with ▓ | 0.8 |
| Martinez, Scott | 11/23/2022 | 20000797P00001.1.18 | Reviewed ▓ | 0.8 |
| Martinez, Scott | 11/23/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▓ | 0.3 |
| Martinez, Scott | 11/23/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▓ | 0.8 |
| Martinez, Scott | 11/25/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.4 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.3 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) regarding ▓ | 0.3 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Reviewed a | 0.2 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.6 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 11/28/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.1 |
| Martinez, Scott | 11/29/2022 | 20000797P00001.1.18 | Reviewed | 2.8 |
| Martinez, Scott | 11/29/2022 | 20000797P00001.1.18 | Reviewed the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 11/29/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding | 1.1 |
| Martinez, Scott | 11/29/2022 | 20000797P00001.1.18 | Reviewed reports regarding | 0.2 |
| Martinez, Scott | 11/29/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding the | 0.1 |
| Martinez, Scott | 11/30/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 11/30/2022 | 20000797P00001.1.18 | Reviewed | 0.2 |
| Martinez, Scott | 11/30/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.3 |
| Martinez, Scott | 12/01/2022 | 20000797P00001.1.18 | Calls with D. Barrett (Ankura) regarding | 0.7 |
| Martinez, Scott | 12/01/2022 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 12/01/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding | 1.5 |
| Martinez, Scott | 12/02/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 3.3 |
| Martinez, Scott | 12/02/2022 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Deichmann, Eric | 12/03/2022 | 20000797P00001.1.18 | Review | 1.3 |
| Martinez, Scott | 12/04/2022 | 20000797P00001.1.18 | Updated the | 0.4 |
| Martinez, Scott | 12/04/2022 | 20000797P00001.1.18 | Participated in a call with Paul Hastings (A. Bongartz, S. Maza), E. Deichmann. | 0.8 |
| Deichmann, Eric | 12/04/2022 | 20000797P00001.1.18 | Participated in a call with Paul Hastings (A. Bongartz, S. Maza), S. Martinez. | 0.8 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.18 | Reviewed and commented on the | 1.1 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.18 | Calls with S. Maza (Paul Hastings) regarding the | 0.5 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.3 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.2 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.3 |
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.4 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.6 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding | 0.4 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.8 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Reviewed | 0.6 |
| Martinez, Scott | 12/07/2022 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.3 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.9 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | PREPA update call with Paul Hastings (L. Despins, A. Bongartz, S. Maza). | 0.2 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Prepared for and participated in the Committee update call. | 1.9 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/08/2022 | 20000797P00001.1.18 | Reviewed a | 0.1 |
| Martinez, Scott | 12/09/2022 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding | 0.7 |
| Martinez, Scott | 12/09/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.9 |
| Martinez, Scott | 12/09/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 1.1 |
| Martinez, Scott | 12/09/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/11/2022 | 20000797P00001.1.18 | Analyzed and reviewed the | 6.2 |
| Martinez, Scott | 12/11/2022 | 20000797P00001.1.18 | Reviewed and commented on the summary of the | 0.4 |
| Martinez, Scott | 12/11/2022 | 20000797P00001.1.18 | Discussion with A. Bongartz (Paul Hastings) regarding | 1.3 |
| Martinez, Scott | 12/12/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 12/12/2022 | 20000797P00001.1.18 | Prepared a ███ | 2.9 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Reviewed the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███ | 0.4 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Call regarding the ███ Paul Hastings (L. Despins, A. Bongartz). | 0.5 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ███ | 0.5 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███ | 0.2 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Updated the ███ | 2.3 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Continued to ███ | 1.8 |
| Martinez, Scott | 12/13/2022 | 20000797P00001.1.18 | Reviewed the ███ | 0.1 |
| Martinez, Scott | 12/14/2022 | 20000797P00001.1.18 | Listened to the omnibus hearing. | 1.9 |
| Martinez, Scott | 12/14/2022 | 20000797P00001.1.18 | Reviewed ███ | 0.3 |
| Martinez, Scott | 12/14/2022 | 20000797P00001.1.18 | Calls with D. Barrett (Ankura) regarding ███ | 1.0 |
| Martinez, Scott | 12/14/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.4 |
| Martinez, Scott | 12/14/2022 | 20000797P00001.1.18 | Debrief following the Committee call with A. Bongartz (Paul Hastings). | 0.3 |
| Martinez, Scott | 12/15/2022 | 20000797P00001.1.18 | Reviewed the ███ | 0.1 |
| Martinez, Scott | 12/16/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███ | 7.1 |
| Martinez, Scott | 12/16/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/17/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding the ███ | 0.6 |
| Martinez, Scott | 12/17/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/17/2022 | 20000797P00001.1.18 | Prepared a ███ | 5.9 |
| Martinez, Scott | 12/17/2022 | 20000797P00001.1.18 | Updated the ███ | 1.4 |
| Martinez, Scott | 12/18/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ███ | 1.2 |
| Martinez, Scott | 12/18/2022 | 20000797P00001.1.18 | Updated the ███ | 3.3 |
| Martinez, Scott | 12/18/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ███ | 0.3 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Reviewed and commented on the ███ | 0.6 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Email exchange with ███ | 0.2 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███ | 1.9 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Reviewed the ███ | 0.1 |
| Martinez, Scott | 12/19/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Performed ███ | 1.2 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Reviewed and commented on the ███ | 0.3 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Reviewed a report regarding ███ | 0.1 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Reviewed and commented on the agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Reviewed and commented on the ███ | 0.4 |
| Martinez, Scott | 12/20/2022 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding the ███ | 0.1 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.18 | Prepared for the Committee update call. | 0.6 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.18 | Discussion regarding ███ with A. Bongartz (Paul Hastings). | 1.1 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.18 | Participated in the Committee update call. | 1.3 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.18 | Continued to review the ███ | 4.1 |
| Martinez, Scott | 12/21/2022 | 20000797P00001.1.18 | Analyzed and reviewed the ███ | 0.4 |
| Martinez, Scott | 12/22/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ███ | 1.0 |
| Martinez, Scott | 12/22/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/22/2022 | 20000797P00001.1.18 | Reviewed the ███ | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 12/22/2022 | 20000797P00001.1.18 | Reviewed the ▇ | 0.2 |
| Martinez, Scott | 12/22/2022 | 20000797P00001.1.18 | Prepared a ▇ | 2.1 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.18 | Analyzed and reviewed ▇ | 5.4 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.18 | Performed ▇ | 1.3 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.18 | Reviewed email correspondence from J. Arrastia (Continental) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▇ | 0.8 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.18 | Prepared a ▇ | 2.6 |
| Martinez, Scott | 12/28/2022 | 20000797P00001.1.18 | Reviewed ▇ | 0.3 |
| Martinez, Scott | 12/28/2022 | 20000797P00001.1.18 | Reviewed and commented on the ▇ | 0.4 |
| Martinez, Scott | 12/28/2022 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▇ | 1.2 |
| Martinez, Scott | 12/28/2022 | 20000797P00001.1.18 | Call with M. Shankweiler (BRG) regarding the ▇ | 1.2 |
| Martinez, Scott | 12/28/2022 | 20000797P00001.1.18 | Prepared for a call with BRG regarding ▇ | 0.4 |
| Martinez, Scott | 12/29/2022 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 12/29/2022 | 20000797P00001.1.18 | Reviewed the ▇ | 0.2 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▇ | 0.1 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▇ | 2.3 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Reviewed the ▇ | 0.2 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Reviewed ▇ | 0.8 |
| Martinez, Scott | 01/03/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 01/04/2023 | 20000797P00001.1.18 | Prepared a ▇ | 3.1 |
| Martinez, Scott | 01/04/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▇ | 1.4 |
| Martinez, Scott | 01/04/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding ▇ | 0.2 |
| Martinez, Scott | 01/04/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▇ | 0.2 |
| Martinez, Scott | 01/04/2023 | 20000797P00001.1.18 | Prepared for and participated in the Committee update call. | 1.9 |
| Martinez, Scott | 01/05/2023 | 20000797P00001.1.18 | Updated the ▇ | 0.8 |
| Martinez, Scott | 01/05/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▇ | 2.7 |
| Martinez, Scott | 01/05/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▇ | 0.9 |
| Martinez, Scott | 01/09/2023 | 20000797P00001.1.18 | Reviewed the ▇ | 0.2 |
| Martinez, Scott | 01/09/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▇ | 6.9 |
| Martinez, Scott | 01/10/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▇ | 1.8 |
| Martinez, Scott | 01/10/2023 | 20000797P00001.1.18 | Reviewed ▇ | 0.7 |
| Martinez, Scott | 01/10/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.3 |
| Martinez, Scott | 01/10/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 01/11/2023 | 20000797P00001.1.18 | Reviewed a ▇ | 0.1 |
| Martinez, Scott | 01/11/2023 | 20000797P00001.1.18 | Reviewed email correspondence from S. Maza (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/11/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.6 |
| Martinez, Scott | 01/12/2023 | 20000797P00001.1.18 | Reviewed ▇ | 1.1 |
| Martinez, Scott | 01/13/2023 | 20000797P00001.1.18 | General update call with D. Barrett (Ankura). | 0.9 |
| Martinez, Scott | 01/13/2023 | 20000797P00001.1.18 | Reviewed a ▇ | 0.1 |
| Martinez, Scott | 01/16/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▇ | 0.2 |
| Martinez, Scott | 01/17/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 01/17/2023 | 20000797P00001.1.18 | Reviewed a ▇ | 0.1 |
| Martinez, Scott | 01/17/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/18/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/18/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding ▇ | 0.3 |
| Martinez, Scott | 01/18/2023 | 20000797P00001.1.18 | Prepared ▇ | 0.3 |
| Martinez, Scott | 01/18/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▇ | 1.4 |
| Martinez, Scott | 01/18/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 1.1 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 01/19/2023 | 20000797P00001.1.18 | Prepared a | 3.9 |
| Martinez, Scott | 01/20/2023 | 20000797P00001.1.18 | Call regarding with Paul Hastings (P. Jimenez, S. Maza). | 0.5 |
| Martinez, Scott | 01/20/2023 | 20000797P00001.1.18 | Listened to the FOMB public meeting and press conference. | 2.7 |
| Martinez, Scott | 01/23/2023 | 20000797P00001.1.18 | Analyzed | 2.1 |
| Martinez, Scott | 01/23/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/23/2023 | 20000797P00001.1.18 | Reviewed the | 1.7 |
| Martinez, Scott | 01/24/2023 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 01/24/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/24/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 01/25/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.3 |
| Martinez, Scott | 01/25/2023 | 20000797P00001.1.18 | Call with P. Jimenez (Paul Hastings) regarding | 0.3 |
| Martinez, Scott | 01/25/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.4 |
| Martinez, Scott | 01/25/2023 | 20000797P00001.1.18 | Reviewed report regarding | 0.1 |
| Martinez, Scott | 01/26/2023 | 20000797P00001.1.18 | Reviewed | 1.1 |
| Martinez, Scott | 01/26/2023 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding | 0.2 |
| Martinez, Scott | 01/27/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 4.4 |
| Martinez, Scott | 01/27/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 01/27/2023 | 20000797P00001.1.18 | Reviewed | 0.4 |
| Martinez, Scott | 01/28/2023 | 20000797P00001.1.18 | Call regarding | 1.0 |
| Martinez, Scott | 01/28/2023 | 20000797P00001.1.18 | Further | 2.3 |
| Martinez, Scott | 01/29/2023 | 20000797P00001.1.18 | Researched and | 1.4 |
| Martinez, Scott | 01/29/2023 | 20000797P00001.1.18 | Analyzed and reviewed | 1.7 |
| Martinez, Scott | 01/30/2023 | 20000797P00001.1.18 | Reviewed and commented on the | 3.7 |
| Martinez, Scott | 01/30/2023 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding the | 0.4 |
| Martinez, Scott | 01/30/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 4.3 |
| Martinez, Scott | 01/30/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.8 |
| Martinez, Scott | 01/31/2023 | 20000797P00001.1.18 | Reviewed the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 01/31/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| **Total Matter 20000797P00001.1.18** | | | | **256.5** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 10/10/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 1.4 |
| Martinez, Scott | 10/12/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.8 |
| Martinez, Scott | 10/12/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.8 |
| Martinez, Scott | 10/14/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 3.8 |
| Martinez, Scott | 10/14/2022 | 20000797P00001.1.19 | Reviewed the | 0.2 |
| Martinez, Scott | 10/14/2022 | 20000797P00001.1.19 | Reviewed the | 0.1 |
| Martinez, Scott | 10/24/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.3 |
| Martinez, Scott | 10/31/2022 | 20000797P00001.1.19 | Reviewed the | 0.4 |
| Martinez, Scott | 11/02/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.2 |
| Martinez, Scott | 11/07/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 2.8 |
| Martinez, Scott | 11/11/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.4 |
| Martinez, Scott | 11/15/2022 | 20000797P00001.1.19 | Reviewed the | 0.2 |
| Martinez, Scott | 11/23/2022 | 20000797P00001.1.19 | Reviewed the | 0.1 |
| Martinez, Scott | 12/02/2022 | 20000797P00001.1.19 | Reviewed the | 0.4 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.19 | Reviewed the | 0.6 |
| Martinez, Scott | 12/05/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 0.2 |
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.19 | Reviewed | 0.1 |

**Exhibit C - Time Descriptions**

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.19 | Reviewed a report regarding | 0.1 |
| Martinez, Scott | 12/06/2022 | 20000797P00001.1.19 | Analyzed and reviewed the | 2.7 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.19 | Calls with D. Barrett (Ankura) regarding the | 0.3 |
| Martinez, Scott | 12/27/2022 | 20000797P00001.1.19 | Reviewed the | 0.2 |
| **Total Matter 20000797P00001.1.19** | | | | **16.1** |
| **Total Hours Fee Application Period** | | | | **353.5** |