# **EXHIBIT C**

**BUDGET AND STAFFING PLAN**

## EXHIBIT C-1

### BUDGET (OCTOBER 2022)

**Period Covered:**  October 1, 2022 through October 31, 2022[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 10-1-2022 through 10-31-2022 |
|---|---|
| B110   Case Administration | 30 |
| B112   General Creditor Inquiries | 5 |
| B113   Pleadings Review | 10 |
| B120   Asset Analysis and Recovery | 0 |
| B130   Asset Disposition | 0 |
| B140   Relief from Stay / Adequate Protection Proceedings | 5 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 20 |
| B155   Court Hearings | 10 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 1 |
| B165   Fee and Employment Applications of Other Professionals | 20 |
| B170   Fee and Employment Objections | 2 |
| B180   Avoidance Action Analysis | 0 |
| B185   Assumption / Rejection of Leases and Contracts | 0 |
| B190   Other Contested Matters | 10 |
| B191   General Litigation | 10 |
| B195   Non-Working Travel[2] | 0 |

---

[1]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[2]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
|---|---|---|
| B220 | Employee Benefits/Pensions | 5 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 20 |
| B320 | Plan and Disclosure Statement | 10 |
| B420 | Restructurings | 600 |
| **TOTAL HOURS** | | **818** |
| **TOTAL ESTIMATED FEES** | | **$921,886.00[1]** |
| ***MINUS 20% REDUCTION[2]*** | | **($184,377.20)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$737,508.80** |

---

[1] The Total Estimated Fees are calculated based on a $1,127 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from October 1, 2022 through October 31, 2022. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $902.

[2] For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL OCTOBER 2022 SUB-BUDGETS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** October 1, 2022 through October 31, 2022

**A.**    **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.**    **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.**    **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.**    **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.**    **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
  Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
  ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
  356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
  Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

## BUDGET (NOVEMBER 2022)

**Period Covered:** November 1, 2022 through November 30, 2022[3]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 11-1-2022 through 11-30-2022 |
|---|---|
| B110  Case Administration | 30 |
| B112  General Creditor Inquiries | 5 |
| B113  Pleadings Review | 15 |
| B120  Asset Analysis and Recovery | 0 |
| B130  Asset Disposition | 0 |
| B140  Relief from Stay / Adequate Protection Proceedings | 5 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 20 |
| B155  Court Hearings | 10 |
| B160  Employment / Fee Applications | 75 |
| B161  Budgeting (Case) | 1 |
| B165  Fee and Employment Applications of Other Professionals | 20 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 0 |
| B185  Assumption / Rejection of Leases and Contracts | 0 |
| B190  Other Contested Matters | 20 |
| B191  General Litigation | 600 |
| B195  Non-Working Travel[4] | 0 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 5 |

---

[3]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[4]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | | |
|---|---|---:|
| B220 | Employee Benefits/Pensions | 5 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 20 |
| B320 | Plan and Disclosure Statement | 10 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **948** |
| **TOTAL ESTIMATED FEES** | | **$1,068,396.00[5]** |
| ***MINUS 20% REDUCTION[6]*** | | **($213,679.20)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$854,716.80** |

---

[5]  The Total Estimated Fees are calculated based on a $1,127 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from November 1, 2022 through November 30, 2022. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $902.

[6]  For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL NOVEMBER 2022 SUB-BUDGETS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2022 through November 30, 2022

**A.** **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.** **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.** **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.** **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.** **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
  Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
  ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
  356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
  Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

**BUDGET (DECEMBER 2022)**

**Period Covered:**  December 1, 2022 through December 31, 2022[7]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 12-1-2022 through 12-31-2022 |
|---|---|
| B110  Case Administration | 30 |
| B112  General Creditor Inquiries | 5 |
| B113  Pleadings Review | 15 |
| B120  Asset Analysis and Recovery | 0 |
| B130  Asset Disposition | 0 |
| B140  Relief from Stay / Adequate Protection Proceedings | 5 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 20 |
| B155  Court Hearings | 10 |
| B160  Employment / Fee Applications | 50 |
| B161  Budgeting (Case) | 1 |
| B165  Fee and Employment Applications of Other Professionals | 15 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 0 |
| B185  Assumption / Rejection of Leases and Contracts | 0 |
| B190  Other Contested Matters | 20 |
| B191  General Litigation | 400 |
| B195  Non-Working Travel[8] | 0 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 5 |

---

[7]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[8]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | | |
|---|---|---:|
| B220 | Employee Benefits/Pensions | 5 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 20 |
| B320 | Plan and Disclosure Statement | 200 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **908** |
| **TOTAL ESTIMATED FEES** | | **$1,023,316.00[9]** |
| ***MINUS 20% REDUCTION[10]*** | | **($204,663.20)** |
| **TOTAL ESTIMATED FEES (NET OF REDUCTION)** | | **$818,652.80** |

---

[9]   The Total Estimated Fees are calculated based on a $1,127 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from December 1, 2022 through December 31, 2022. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $902.

[10]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**ADDITIONAL DECEMBER 2022 SUB-BUDGETS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** December 1, 2022 through December 31, 2022

**A.      Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
         Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.      Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
         Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.      Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.      Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.      Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
  Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
  ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
  356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
  Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

## BUDGET (JANUARY 2023)

**Period Covered:** January 1, 2023 through January 31, 2023[11]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 1-1-2023 through 1-31-2023 |
|---|---|
| B110  Case Administration | 30 |
| B112  General Creditor Inquiries | 5 |
| B113  Pleadings Review | 15 |
| B120  Asset Analysis and Recovery | 0 |
| B130  Asset Disposition | 0 |
| B140  Relief from Stay / Adequate Protection Proceedings | 5 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 20 |
| B155  Court Hearings | 10 |
| B160  Employment / Fee Applications | 50 |
| B161  Budgeting (Case) | 1 |
| B165  Fee and Employment Applications of Other Professionals | 15 |
| B170  Fee and Employment Objections | 2 |
| B180  Avoidance Action Analysis | 0 |
| B185  Assumption / Rejection of Leases and Contracts | 0 |
| B190  Other Contested Matters | 20 |
| B191  General Litigation | 200 |
| B195  Non-Working Travel[12] | 0 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 5 |

---

[11]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[12]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| B220 | Employee Benefits/Pensions | 5 |
|---|---|---|
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 20 |
| B320 | Plan and Disclosure Statement | 600 |
| B420 | Restructurings | 100 |
| **TOTAL HOURS** | | **1108** |
| **TOTAL ESTIMATED FEE** | | **$1,248,716.00**[13] |
| ***MINUS 20% REDUCTION***[14] | | **($249,743.20)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$998,972.80** |

---

[13]   The Total Estimated Fees are calculated based on a $1,127 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from January 1, 2023 through January 31, 2023. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $902.

[14]   For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL JANUARY 2023 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**Period Covered:**  January 1, 2023 through January 31, 2023

**A.**      **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the Omnibus GO Claims Objections are resolved.

**B.**      **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien Challenges are resolved.

**C.**      **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the prosecution of the underwriter litigation.

**D.**      **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the prosecution of the garden-variety avoidance actions.

**E.**      **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

As of the effective date of the HTA plan of adjustment (December 6, 2022), the following adversary proceedings are resolved:

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

**EXHIBIT C-2**

**STAFFING PLAN (OCTOBER 2022)**

**GENERAL STAFFING PLAN**

**Period Covered:** October 1, 2022 to October 31, 2022[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period October 1, 2022 through October 31, 2022 | Average hourly rate for period October 1, 2022 through October 31, 2022 (net of 20% reduction)[2] |
|---|---|---|---|
| Partner | 6 | $1,624 | $1,299 |
| Counsel | 5 | $1,343 | $1,074 |
| Associate | 6 | $995 | $796 |
| Paraprofessionals | 4 | $328 | $263 |

---

[1] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[2] The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL OCTOBER 2022 STAFFING PLANS**
**FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** October 1, 2022 through October 31, 2022

**A.** **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond**
**Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.** **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO**
**Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.** **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.** **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.** **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
  Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
  ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
  356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
  Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the
Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed
pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

## STAFFING PLAN (NOVEMBER 2022)

## GENERAL STAFFING PLAN

**Period Covered:** November 1, 2022 to November 30, 2022[3]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period November 1, 2022 through November 30, 2022 | Average hourly rate for period November 1, 2022 through November 30, 2022 (net of 20% reduction)[4] |
|---|---|---|---|
| **Partner** | 7 | $1,624 | $1,299 |
| **Counsel** | 6 | $1,343 | $1,074 |
| **Associate** | 8 | $995 | $796 |
| **Paraprofessionals** | 5 | $328 | $263 |

---

[3] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[4] The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL NOVEMBER 2022 STAFFING PLANS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  November 1, 2022 through November 30, 2022

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.**     **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.**     **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

## STAFFING PLAN (DECEMBER 2022)

## <u>GENERAL STAFFING PLAN</u>

**Period Covered:**  December 1, 2022 to December 31, 2022[5]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period December 1, 2022 through December 31, 2022 | Average hourly rate for period December 1, 2022 through December 31, 2022 (net of 20% reduction)[6] |
|---|---|---|---|
| **Partner** | 7 | $1,624 | $1,299 |
| **Counsel** | 6 | $1,343 | $1,074 |
| **Associate** | 8 | $995 | $796 |
| **Paraprofessionals** | 5 | $328 | $263 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[6]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL DECEMBER 2022 STAFFING PLANS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:** December 1, 2022 through December 31, 2022

**A.** **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the Omnibus GO Claims Objections are resolved.

**B.** **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien Challenges are resolved.

**C.** **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the prosecution of the underwriter litigation.

**D.** **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the prosecution of the garden-variety avoidance actions.

**E.** **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

Per Judge Swain's April 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) remain stayed pending confirmation of the HTA plan of adjustment or further order of the court.

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Upon the effective date of the HTA plan of adjustment, the above adversary proceedings will be resolved.

## STAFFING PLAN (JANUARY 2023)

## <u>GENERAL STAFFING PLAN</u>

**Period Covered:**  January 1, 2023 to January 31, 2023[7]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period January 1, 2023 through January 31, 2023 | Average hourly rate for period January 1, 2023 through January 31, 2023 (net of 20% reduction)[8] |
|---|---|---|---|
| **Partner** | 7 | $1,624 | $1,299 |
| **Counsel** | 6 | $1,343 | $1,074 |
| **Associate** | 8 | $995 | $796 |
| **Paraprofessionals** | 5 | $328 | $263 |

---

[7]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[8]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL JANUARY 2023 STAFFING PLANS
FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**Period Covered:**  January 1, 2023 through January 31, 2023

**A.**     **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
          Claims [Docket No. 4784] (the "Omnibus GO Claims Objection")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
Omnibus GO Claims Objections are resolved.

**B.**     **Adversary Proceedings Challenging Liens Asserted by Holders of GO Bonds ("GO
          Lien Challenges")**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the GO Lien
Challenges are resolved.

**C.**     **Adversary Proceeding Against Underwriters, Etc.**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the underwriter litigation.

**D.**     **Garden-Variety Avoidance Actions**

Under the Commonwealth plan of adjustment, the Avoidance Action Trustee has taken over the
prosecution of the garden-variety avoidance actions.

**E.**     **Other Co-Plaintiff Adversary Proceedings**

As of the effective date of the Commonwealth plan of adjustment (March 15, 2022), the
following adversary proceedings are resolved:

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of
  GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282,
  Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No.
  19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288]; and

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv.
  Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding
  ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-
  356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv.
  Proc. No. 19-361].

As of the effective date of the HTA plan of adjustment (December 6, 2022), the following adversary proceedings are resolved:

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].