# **EXHIBIT D**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

## EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2022 | November 2022 | December 2022 | January 2023 | Total | October 2022 | November 2022 | December 2022 | January 2023 | Total |
| B110 | Case Administration | 30 | 30 | 30 | 30 | **120** | 1.50 | 2.00 | 0.20 | 3.00 | 6.70 |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.10 | 0.10 |
| B113 | Pleadings Review | 10 | 15 | 15 | 15 | **55** | 11.10 | 9.70 | 11.30 | 8.10 | 40.20 |
| B120 | Asset Analysis and Recovery | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 | Asset Disposition | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 20 | 20 | 20 | 20 | **80** | 34.80 | 35.60 | 36.90 | 39.60 | 146.90 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 10 | 10 | 10 | 10 | **40** | 2.00 | 9.30 | 7.30 | 59.60 | 78.20 |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 75 | 50 | 50 | **225** | 18.50 | 12.90 | 2.60 | 14.40 | 48.40 |
| B161 | Budgeting (Case) | 1 | 1 | 1 | 1 | **4** | 0.20 | 0.30 | 0.20 | 0.10 | 0.80 |
| B165 | Employment / Fee Applications (Other Professionals) | 20 | 20 | 15 | 15 | **70** | 1.50 | 6.10 | 1.40 | 0.00 | 9.00 |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | **8** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | October 2022 | November 2022 | December 2022 | January 2023 | Total | October 2022 | November 2022 | December 2022 | January 2023 | Total |
| B180 | Avoidance Action Analysis | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 | Other Contested Matters (including GDB restructuring) | 10 | 20 | 20 | 20 | 70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B191 | General Litigation | 10 | 600 | 400 | 200 | 1,210 | 273.60 | 361.80 | 131.90 | 112.20 | 879.50 |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 | Employee Benefits / Pensions | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B222 | Union Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | 20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 | Investigations | 0 | 0 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 | Claims Administration and Objections | 20 | 20 | 20 | 20 | 80 | 17.30 | 4.00 | 0.00 | 7.90 | 29.20 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | October 2022 | November 2022 | December 2022 | January 2023 | Total | October 2022 | November 2022 | December 2022 | January 2023 | Total |
| B320   Plan and Disclosure Statement | 10 | 10 | 200 | 600 | **820** | 4.10 | 1.70 | 51.70 | 159.10 | 216.60 |
| B420   Restructuring | 600 | 100 | 100 | 100 | **900** | 3.20 | 59.70 | 49.60 | 8.60 | 121.10 |
| **TOTAL HOURS** | 818 | 948 | 908 | 1,108 | **3,822** | 367.80 | 503.10 | 293.10 | 412.70 | 1576.70 |
| **TOTAL FEES** | $921,886.00[2] | $1,068,396.00[2] | $1,023,316.00[2] | $1,248,716.00[2] | **$4,262,314.00** | $470,588.00 | $627,088.00 | $375,503.50 | $511,355.00 | **$1,984,534.50** |
| *MINUS 20% REDUCTION*[3] | ($184,377.20) | ($213,679.20) | ($204,663.20) | ($249,743.20) | **($852,462.80)** | ($94,117.60) | ($125,417.60) | ($75,100.70) | ($102,271.00) | **($396,906.90)** |
| **TOTAL FEES (NET OF REDUCTION)** | $737,508.80 | $854,716.80 | $818,652.80 | $998,972.80 | **$3,409,851.20** | $376,470.40 | $501,670.40 | $300,402.80 | $409,084.00 | **$1,587,627.60** |

---

[2]   The Total Estimated Fees are calculated based on a blended hourly rate of $1,127 for the Paul Hastings attorneys who are expected to work on this matter during the Application Period. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $902.

3

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED**
**BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 6.20 | $5,640.50 |
| B112  General Creditor Inquiries | 0.10 | $119.50 |
| B113  Pleadings Review | 40.20 | $32,703.00 |
| B150  Meetings of and Communications with Creditors | 0.70 | $1,032.50 |
| B155  Court Hearings | 20.30 | $27,673.00 |
| B160  Employment / Fee Applications (Paul Hastings) | 48.40 | $56,604.50 |
| B161  Budgeting (Case) | 0.70 | $1,032.50 |
| B165  Employment / Fee Applications (Other Professionals) | 8.40 | $9,714.50 |
| B191  General Litigation | 0.20 | $295.00 |
| B310  Claims Administration and Objections | 21.80 | $27,724.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 2.80 | $2,866.50 |
| **TOTAL** | **149.80** | **$165,405.50** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110  Case Administration | 0.50 | $737.50 |
| B150  Meetings of and Communications with Creditors | 146.20 | $154,239.50 |
| B155  Court Hearings | 57.90 | $79,521.00 |
| B161   Budget | 0.10 | $147.50 |
| B165  Fee/Employment Applications for Other Professionals | 0.60 | $885.00 |
| B191  General Litigation | 878.10 | $1,136,918.00 |
| B310  Claims Administration and Objections | 7.40 | $10,243.00 |
| B320  Plan and Disclosure Statement (including Business Plan) | 208.90 | $245,129.50 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

4

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---|---|
| B420   Restructuring | 5.30 | $5,700.50 |
| **TOTAL** | **1305.00** | **$1,633,521.50** |

### *HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B320   Plan and Disclosure Statement (including Business Plan) | 4.90 | $7,028.00 |
| **TOTAL** | **4.90** | **$7,028.00** |

### *Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B191   General Litigation | 1.20 | $1,837.50 |
| **TOTAL** | **1.20** | **$1,837.50** |

### *Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B420   Restructuring | 115.80 | $176,742.00 |
| **TOTAL** | **115.80** | **$176,742.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---:|
| Computer Search | $16,052.52 |
| Travel Expenses - Taxi / Ground Transportation | $40.87 |
| Meals | $12.56 |
| Postage/Express Mail | $542.10 |
| In-house Black and White Reproduction Charges (3,096 copies at $0.08 per page) | $247.68 |
| In-house Color Reproduction Charges (120 copies at $0.25 per page) | $30.00 |
| Courier Service | $122.70 |
| Court Call | $70.00 |
| **TOTAL** | **$17,048.43** |