**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**October 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $54,156.50 | $43,325.20 | $822.44 | $44,147.64 |
| Total for HTA (all outside of Puerto Rico) | $2,065.00 | $1,652.00 | $0.00 | $1,652.00 |
| Total for PREPA (all outside of Puerto Rico) | $414,366.50 | $331,493.20 | $1,782.20 | $333,275.40 |
| **Grand Total for all Debtors (net of credits)** | **$470,588.00** | **$376,470.40** | **$2,604.64** | **$379,075.04** |

**November 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $53,679.00 | $42,943.20 | $2,144.14 | $45,087.34 |
| Total for HTA (all outside of Puerto Rico) | $2,507.50 | $2,006.00 | $0.00 | $2,006.00 |
| Total for PREPA (all outside of Puerto Rico) | $570,901.50 | $456,721.20 | $4,524.45 | $461,245.65 |
| **Grand Total for all Debtors** | **$627,088.00** | **$501,670.40** | **$6,668.59** | **$508,338.99** |

**December 2022 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $25,723.50 | $20,578.80 | $817.84 | $21,396.64 |
| Total for HTA (all outside of Puerto Rico) | $2,455.50 | $1,964.40 | $6.30 | $1,970.70 |
| Total for PREPA (all outside of Puerto Rico) | $191,465.28[1] | $153,172.22 | $1,306.28 | $154,478.50 |
| **Grand Total for all Debtors** | **$219,644.28** | **$175,715.42** | **$2,130.42** | **$177,845.84** |

---

[1] This amount reflects (a) a credit of $40,425.24 for fee reductions pursuant to the order approving Paul Hastings' Fourteenth Interim Fee Application and (b) a credit of $76,721.32 for fee reductions pursuant to the order approving Paul Hastings' Fifteenth Interim Fee Application. (c) a credit of $38,712.66 for fee reductions pursuant to the order approving Paul Hastings' Sixteenth Interim Fee Application.

**January 2023 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $33,684.00 | $26,947.20 | $1,228.20 | $28,175.40 |
| Total for PREPA (all outside of Puerto Rico) | $477,671.00 | $382,136.80 | $4,486.58 | $386,623.38 |
| (a) Service Rendered Outside of Puerto Rico | *$432,671.00* | *$346,136.80* | *$4,486.58* | *$350,623.38* |
| (b) Services Rendered in Puerto Rico | *$45,000.00* | *$36,000.00* | *$0.00* | *$36,000.00* |
| **Grand Total for all Debtors** | **$511,355.00** | **$409,084.00** | **$5,714.78** | **$414,798.78** |

4