# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |
| Zwillinger, Zachary | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | Restructuring |
| Magzamen, Michael | Paralegal | Restructuring |
| Mohamed, David | Paralegal | Restructuring |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Jimenez, Pedro | Partner | Restructuring |
| Timofeyev, Igor | Partner | Litigation |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Sepinuck, Stephen | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Catalano, Kristin | Associate | Restructuring |
| Koch, Leonie | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Restructuring |
| Zwillinger, Zachary | Associate | Litigation |
| Chang, Irene | Other Timekeeper | -- |

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Kuo, Jocelyn | Paralegal | Restructuring |
| Magzamen, Michael | Paralegal | Restructuring |
| Mohamed, David | Paralegal | Restructuring |

*HTA (Matter ID 00007)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Sutton, Ezra C. | Associate | Restructuring |

*Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |

*Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |