# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for CST timekeepers on non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters") during the twelve-month period beginning on January 1, 2022 and ending on December 31, 2022 was, in the aggregate, approximately $224 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The blended hourly rate for CST's timekeepers in the Title III Cases during the Application Period was approximately $255 per hour (the "Debtor Blended Hourly Rate"). A detailed comparison of these rates follows:

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | COMMITTEE BLENDED HOURLY RATE |
| Partner | $261 | $270 |
| Member | $253 | $270 |
| Counsel | $248 | $260 |
| Junior Partner | $227 | $240 |
| Senior Associate | $189 | $200 |
| Associate | $163 | $170 |
| | | |
| All timekeepers aggregated | $224 | $255 |