| EXHIBIT B | | | | | | |
|---|---|---|---|---|---|---|
| SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD | | | | | | |
| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $103,059.00 | 381.70 | $270.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $2,025.00 | 7.50 | $270.00 | 0 |
| | | **Total Partner:** | | **$105,084.00** | **389.20** | | |
| Edna Tejeda | Counsel | Labor and Litigation | 2001 | $1,352.00 | 5.20 | $260.00 | 0 |
| | | **Total Counsel:** | | **$1,352.00** | **5.20** | | |
| Cristina Fernández | Junior Partner | Labor and Litigation | 2015 | $37,584.00 | 156.60 | $240.00 | 2 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $3,480.00 | 14.50 | $240.00 | 1 |
| Natalia Del Nido | Junior Partner | Labor and Litigation | 2011 | $6,576.00 | 27.40 | $240.00 | 1 |
| Natalia Palmer | Junior Partner | Labor and Litigation | 2009 | $1,200.00 | 5.00 | $240.00 | 1 |
| | | **Total Junior Partner:** | | **$48,840.00** | **203.50** | | |

| Paola Ayala | Associate | Labor and Litigation | 2022 | $3,859.00 | 22.70 | $170.00 | 0 |
|---|---|---|---|---|---|---|---|
| | | **Total Paraprofessional:** | | **$3,859.00** | **22.70** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $655.50 | 6.90 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$655.50** | **6.90** | | |
| | **Total:** | | | **$159,790.50** | **627.50** | | |
| | **Blended Rate:** | | | | | **$254.65** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$256.42** | |

2