# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Total | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Total |
| B110 Case Administration | 10.00 | 15.00 | 15.00 | 15.00 | 55.00 | 0.40 | 0.60 | 2.40 | 0.10 | 3.50 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 70.00 | 75.00 | 75.00 | 85.00 | 305.00 | 69.60 | 64.20 | 67.20 | 45.70 | 246.70 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 12.00 | 15.00 | 15.00 | 15.00 | 57.00 | 3.10 | 13.10 | 8.70 | 12.70 | 37.60 |
| B155 Court Hearings | 10.00 | 10.00 | 10.00 | 10.00 | 40.00 | 0.70 | 3.50 | 3.50 | 6.40 | 14.10 |
| B160 Employment / Fee Applications | 5.00 | 25.00 | 5.00 | 5.00 | 40.00 | 2.20 | 15.30 | 0.00 | 0.10 | 17.60 |
| B161 Budgeting (Case) | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | 0.00 | 0.40 | 0.40 | 0.40 | 1.20 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 55.00 | 55.00 | 55.00 | 55.00 | 220.00 | 8.80 | 8.90 | 12.90 | 2.80 | 33.40 |
| B191 General Litigation | 75.00 | 87.00 | 85.00 | 95.00 | 342.00 | 68.70 | 85.30 | 40.80 | 24.20 | 219.00 |
| B195 Non-Working Travel | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 15.00 | 15.00 | 5.00 | 5.00 | 40.00 | 0.20 | 3.40 | 0.40 | 0.00 | 4.00 |
| B320 Plan and Disclosure Statement | 8.00 | 8.00 | 10.00 | 40.00 | 66.00 | 0.00 | 0.00 | 9.80 | 24.10 | 33.90 |
| B420 Restructurings | 30.00 | 30.00 | 30.00 | 10.00 | 100.00 | 0.00 | 0.00 | 6.50 | 10.00 | 16.50 |
| **TOTAL HOURS** | 298.00 | 343.00 | 313.00 | 343.00 | 1,297.00 | 153.70 | 194.70 | 152.60 | 126.50 | 627.50 |
| **TOTAL FEES** | $74,202.00 | $85,407.00 | $79,815.00 | $87,465.00 | $326,889.00 | $39,936.00 | $49,331.50 | $39,892.00 | $30,631.00 | $159,790.50 |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 1.30 | $351.00 |
| B113   - Pleadings Review | 172.90 | $44,784.00 |
| B150   - Meetings of and Communications with Creditors | 15.80 | $4,161.00 |
| B155   - Court Hearings | 7.60 | $1,877.00 |
| B160   - Fee/Employment Applications | 0.60 | $162.00 |
| B161   - Budgeting (Case) | 0.40 | $108.00 |
| B190   - Other Contested Matters | 2.30 | $621.00 |
| B191   - General Litigation | 7.90 | $1,923.00 |
| B310   - Claims Administration and Objections | 0.20 | $54.00 |
| **Total** | **209.00** | **$54,041.00** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 2.20 | $594.00 |
| B113   - Pleadings Review | 60.60 | $15,714.00 |
| B150   - Meetings of and Communications with Creditors | 21.80 | $5,886.00 |
| B155   - Court Hearings | 6.50 | $1,755.00 |
| B190   - Other Contested Matters | 31.10 | $8,030.00 |
| B191   - General Litigation | 202.80 | $51,861.00 |
| B310   - Claims Administration and Objections | 3.80 | $912.00 |
| B320   - Plan and Disclosure Statement | 33.90 | $7,544.00 |
| B420   - Restructurings | 16.50 | $3,689.00 |
| **Total** | **379.20** | **$95,985.00** |

### HTA (Matter ID: 396-00007)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Review | 9.90 | $2,634.00 |
| B191   - General Litigation | 6.80 | $1,836.00 |
| **Total** | **16.70** | **$4,470.00** |

**ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Review | 3.30 | $801.00 |
| B191   - General Litigation | 1.50 | $405.00 |
| **Total** | **4.80** | **$1,206.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B160   - Fee/Employment Applications | 17.00 | $3,872.50 |
| B161   - Budgeting (Case) | 0.80 | $216.00 |
| **Total** | **17.80** | **$4,088.50** |

4

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Delivery Expense | $21.50 |
| Photocopies Expense | $393.50 |
| Pro Hac Vice Application Fee | $300.00 |
| Transcription of Hearings Expense | $413.06 |
| **Total** | **$1,128.06** |