# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### October 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $17,712.00 | $15,940.80 | $70.70 | $16,011.50 |
| PREPA | $18,399.00 | $16,559.10 | $0.00 | $16,559.10 |
| HTA | $2,925.00 | $2,632.50 | $0.00 | $2,632.50 |
| ERS | $900.00 | $810.00 | $0.00 | $810.00 |
| **Total** | **$39,936.00** | **$35,942.40** | **$70.70** | **$36,013.10** |

### November 2022 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $14,532.50 | $13,079.25 | $197.76 | $13,277.01 |
| PREPA | $33,707.00 | $30,336.30 | $1.60 | $30,337.90 |
| HTA | $1,092.00 | $982.80 | $0.00 | $982.80 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$49,331.50** | **$44,398.35** | **$199.36** | **$44,597.71** |

**December 2022 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $13,525.00 | $12,172.50 | $23.90 | $12,196.40 |
| PREPA | $25,608.00 | $23,047.20 | $0.00 | $23,047.20 |
| HTA | $453.00 | $407.70 | $0.00 | $407.70 |
| ERS | $306.00 | $275.40 | $0.00 | $275.40 |
| **Total** | **$39,892.00** | **$35,902.80** | **$23.90** | **$35,926.70** |

**January 2023 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $12,360.00 | $11,124.00 | $556.10 | $11,680.10 |
| PREPA | $18,271.00 | $16,443.90 | $278.00 | $16,721.90 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$30,631.00** | **$27,567.90** | **$834.10** | **$28,402.00** |