# EXHIBIT F

## LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
|  |  | Cristina Fernandez | CF | Junior Partner |
|  |  | Paralegal Services | PLS | Paralegal |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
|  |  | Luis Llach | LLL | Partner |
|  |  | Edna Tejeda | ET | Counsel |
|  |  | Cristina Fernandez | CF | Junior Partner |
|  |  | Juan Nieves | JN | Junior Partner |
|  |  | Natalia Del Nido | ND | Junior Partner |
|  |  | Natalia Palmer | NP | Junior Partner |
|  |  | Paola Ayala | PA | Associate |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
|  |  | Cristina Fernandez | CF | Junior Partner |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00008 | ERS | Juan J. Casillas | JJC | Partner |
|  |  | Cristina Fernandez | CF | Junior Partner |

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
|  |  | Luis Llach | LLL | Partner |
|  |  | Paralegal Services | PLS | Paralegal |