# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17–BK–3283–LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br>Case No. 17–BK–4780–LTS<br><br>**This Application relates only to PREPA, and shall be filed in the lead Case No. 17–BK–3283–LTS and PREPA's Title III Case (Case No. 17–BK–4780–LTS)** |

## COVER SHEET TO THIRD INTERIM PERIOD FEE APPLICATION OF MOELIS & COMPANY LLC AS FINANCIAL ADVISOR FOR THE MEDIATION TEAM FOR THE PERIOD OCTOBER 1, 2022 TRHOUGH JANUARY 31, 2023

## ALL FEES IN THIS INTERIM FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Schedule 1**

**Summary of Fees and Expenses Paid to Date and the Balance of Fees and
Expenses for which Allowance and Payment is Requested for the Compensation Period**

| | |
|---|---|
| Name of Applicant: | Moelis & Company ("Moelis") |
| Retained to Provide Professional Services to: | The Mediation Team Pursuant to PROMESA section 315(b) |
| Period for Which Compensation is Sought: | October 1, 2022 through January 31, 2023 (the "Compensation Period") |
| Amount of Fees Sought: | $600,000.00[2] |
| Amount of Expense Reimbursement Sought: | $7,408.53 |
| Total Fees and Expenses Sought for Compensation Period: | $607,408.53 |

This is a(n)  ____ Monthly  _X_ Interim ___ Final Fee Application

This is Moelis' the third interim fee application in these cases.

---

[2] During the term of Moelis' engagement, as approved in its Moelis Retention Order (D.I. # 2859) and as set forth in the Engagement Letter (as defined in the Moelis Retention Order), Moelis is to be paid a fee of $250,000 per month for the first three (3) months, and $150,000 per month thereafter.

**Third Interim Compensation Period**
**October 1, 2022 – January 31, 2023**

| Statement and Date Served | Period Covered | Total Fees Incurred | Fees Requested (90%) | Expenses Requested |
|---|---|---|---|---|
| **Sixth, Seventh and Eighth Monthly** 01/19/23 | 10/01/22 to 12/31/22 | $450,000.00 | $405,000.00 | $6,468.53 |
| **Ninth Monthly** 03/14/23 | 01/01/23 to 01/31/23 | $150,000.00 | $135,000.00 | $940.00 |
| | **Totals:** | **$600,000.00** | **$540,000.00** | **$7,408.53** |

## Summary of Professionals' Time During Compensation Period Of
## <u>October 1, 2022 – January 31, 2023</u>

| | Bill Derrough | Adam Keil | Nathaniel Catez | Milad Sedeh | Brendon Barnwell | Merritt Wright | Jack Reinhart | Maggie He | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Executive Director | Executive Director/ Vice President | Vice President/ Associate | Associate | Analyst | Analyst | |
| **By Month** | | | | | | | | | |
| October 2022 | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 4.0 hour(s) | 1.0 hour(s) | - | 7.0 hour(s) | 20.0 hour(s) |
| November 2022 | 23.0 hour(s) | 30.0 hour(s) | 31.0 hour(s) | 6.0 hour(s) | 23.0 hour(s) | 38.0 hour(s) | 2.0 hour(s) | 36.0 hour(s) | 189.0 hour(s) |
| December 2022 | 4.0 hour(s) | 15.0 hour(s) | 23.0 hour(s) | 4.0 hour(s) | 13.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 23.0 hour(s) | 84.0 hour(s) |
| January 2023 | - | - | - | - | 2.0 hour(s) | - | - | 5.0 hour(s) | 7.0 hour(s) |
| **Total** | **29.0 hour(s)** | **47.0 hour(s)** | **56.0 hour(s)** | **12.0 hour(s)** | **42.0 hour(s)** | **40.0 hour(s)** | **3.0 hour(s)** | **71.0 hour(s)** | **300.0 hour(s)** |

**Summary of Expenses During Compensation Period Of**
**October 1, 2022 – January 31, 2023**

## PREPA Mediation Advisors

**Moelis & Company**
**Summary of Expenses**
*October 01, 2022 - January 31, 2023*

| Category | Description | Amount |
|---|---|---|
| Printing | Printing and presentation services | $215.13 |
| Legal | Outside counsel legal fees | $6,715.00 |
| Meals | | $120.44 |
| Ground Transportation | | $357.96 |
| **Total Expenses** | | **$7,408.53** |

5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17–BK–3283–LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br>Case No. 17–BK–4780–LTS<br><br>**This Application relates only to PREPA, and shall be filed in the lead Case No. 17–BK–3283–LTS and PREPA's Title III Case (Case No. 17–BK–4780–LTS)** |

**THIRD INTERIM PERIOD FEE APPLICATION OF
MOELIS & COMPANY LLC AS FINANCIAL ADVISOR FOR THE MEDIATION
<u>TEAM FOR THE PERIOD OCTOBER 1, 2022 TRHOUGH JANUARY 31, 2023</u>**

Moelis & Company LLC ("**Moelis**"), as financial advisor for the Mediation Team Pursuant

to PROMESA section 315(b) (the "**Mediation Team**"), hereby submits this third interim

application (the "**Application**") for the allowance of compensation for professional services

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

performed by Moelis during the period from October 1, 2022, through and including January 31, 2023 (the "**Compensation Period**") pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "**Local Bankruptcy Rules**"), and in accordance with the Court's *Third Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 20546] (the "**Interim Compensation Order**"). By this Application, Moelis seeks (a) allowance for compensation for services rendered in the amount of $600,000.00$^2$ during the Compensation Period, (b) allowance for reimbursement of actual and necessary expenses in the amount of $7,408.53 incurred during the Compensation Period, and (c) payment in the amount of $607,408.53 representing 100% of Moelis' requested fees plus Moelis' requested expenses for the Compensation Period. In support of this Application, Moelis respectfully represents as follows:

<u>**Background**</u>

1.      On May 3, 2017 (the "**Petition Date**"), the Commonwealth of Puerto Rico (as herein defined), by and through the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), filed a petition (the "**Commonwealth's Petition**") with the United States District Court for the District of Puerto Rico (the "**Court**") under Title III of PROMESA.

2.      On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("**COFINA**," and together with the Commonwealth (the "**Commonwealth**") of Puerto Rico, the "**Debtors**"), by

---

[2] During the term of Moelis' engagement, as approved in its Moelis Retention Order (defined as below) and as set forth in the Engagement Letter (as defined in the Moelis Retention Order), Moelis is to be paid fees of $250,000 per month for the first three (3) months, and $150,000 per month thereafter.

and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("**COFINA's Petition**," and together with the Commonwealth's Petition, the "**Petitions**") with the Court under Title III of PROMESA. The filing of these Petitions constitute orders for relief under Title III of PROMESA.

3. On May 9, 2017, the Debtor filed a motion seeking the joint administration of the Title III cases (the "**Title III Cases**") for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310. On June 1, 2017, the Court ordered that the Title III Cases be consolidated for procedural purposes and be jointly administered.

4. On November 8, 2017, the Court entered the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, which directs that professionals in the Title III Cases be paid interim compensation and outlines the procedures by which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

5. On June 6, 2018, the Court entered the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, which amended certain provisions regarding the procedures by which professionals are to submit, at four-month intervals, "an application for interim Court approval and allowance of the payment of compensation."

6. On June 23, 2022, the Court entered the *Order Authorizing Employment and Retention of Moelis & Company LLC as Financial Advisor for the Mediation Team* [D.I. 2859] (the "**Moelis Retention Order**" attached hereto as **Exhibit A**), authorizing the Mediation Team to retain Moelis as its financial advisor *nunc pro tunc* to April 15, 2022.

7.    This Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).  Venue is proper in this District pursuant to PROMESA section 307(a).

**COMPENSATION REQUESTED FOR
SERVICES RENDERED DURING THE COMPENSATION PERIOD**

8.    Moelis' requested compensation for the Compensation Period includes its Monthly Fees (as defined in the Engagement Letter) for the period from October 1, 2022 through January 31, 2023.  As stated in the Engagement Letter, Moelis Monthly Fee is $250,000.00 per month for the first three (3) months, and $150,000 per month thereafter.  The aggregate Monthly Fees for the Compensation Period total $600,000.00.

9.    During the Compensation Period, Moelis' financial advisory professionals rendered approximately 300.0 hours of services to the Mediation Team, based upon the time records those professionals maintained pursuant to the Moelis Retention Order.  As stated in the application to retain Moelis [D.I. 2849], (a) it is not the general practice of financial advisory firms such as Moelis to keep detailed time records similar to those customarily kept by attorneys; and (b) Moelis does not ordinarily keep time records on a "project category" basis.

10.    Moelis' work on behalf of the Mediation Team during the Compensation Period involved tasks that are briefly summarized below.  This summary is not intended to be a detailed description of the work Moelis performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.

(a)    **Meetings and Calls with the Mediation Team, Debtor and Creditors.** During the Compensation Period, Moelis participated in calls and meetings, including the in-person mediation session, with the Mediation Team, Oversight Board, the Debtor's professionals, the creditors, and the creditors' professionals. These calls covered various topics, including but not limited to the PROMESA Title III process, affordability, and proposed recovery structures. Moelis provided strategic advice regarding these PROMESA Title III cases.

4

(b)     **Preparation/Review of Various Analyses and Documents.** Moelis reviewed various iterations of the creditors' affordability analyses and recovery proposals. Moelis conducted substantial waterfall analyses to assist the Mediation Team to understand recoveries.

(c)     **Mediation Process.** Moelis continued to work with the Mediation Team to draft a term sheet for a mediators' proposal based on ongoing conversations with the Debtor and creditors. Moelis conducted various waterfall analyses to assess the optimal recovery structure for the mediation process. Moelis attended the in-person mediation session to facilitate the process.

(d)     **Diligence and Other Communications.** Moelis assisted the Mediation Team in discussions with Debtors' advisors and various creditors' advisors and diligence.

(e)     **Administrative Matters.** Moelis conducted general financial advisory, investment banking, and other administrative services, including, but not limited to, services related to these PROMESA Title III cases generally, retention matters, addressing questions of individual members of the Mediation Team, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

11.     Moelis' time records for the Compensation Period, maintained in accordance with the Moelis Retention Order, are annexed hereto as **Exhibit B**.  Pursuant to the Moelis Retention Order, the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-1 have been modified such that Moelis' restructuring professionals are required only to keep summary time records in one hour increments; Moelis' non-restructuring professionals and personnel in administrative departments (including internal legal) are not required to maintain time records; Moelis' restructuring professionals are not required to keep time records on a project category basis; and Moelis is not required to provide or conform to any schedules of hourly rates.

12.     To the extent this Application does not comply in every respect with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and Local Rule 2016-1 (as modified by the Moelis Retention Order), Moelis respectfully requests a waiver for any such technical non-compliance.

**REQUEST FOR REIMBURSEMENT OF EXPENSES**
**INCURRED DURING THE COMPENSATION PERIOD**

13.     Expenses incurred by Moelis during the Compensation Period totaled $7,408.53.

A detailed description of the expenses Moelis incurred during the Compensation Period is annexed

hereto as **Exhibit A**.  The expenses incurred by Moelis during the Compensation Period include

attorneys' fees and expenses of its outside legal counsel relating to retention issues, and expenses

incurred by Moelis in connection with rendering services to the Debtors. Invoices supporting such

expenses are included in **Exhibit A**.

14.     Moelis has made every reasonable effort to minimize its disbursements in these

Chapter 11 Cases.  All of the fees and expenses for which allowance is requested by Moelis in this

Application are reasonable and necessary, and Moelis' work was performed for the benefit of the

Mediation Team pursuant to the Moelis Retention Order and Moelis' Engagement Letter.   In

seeking reimbursement of expenditures, Moelis is requesting reimbursement "at cost" and does

not make a profit on such expenditures.

**Prior Fee Applications and Payments**

15.     Prior to the filing of this Application, Moelis filed its related combined sixth,

seventh and eighth monthly fee and ninth monthly application (collectively, the "**Prior Monthly**

**Fee Applications**") covering the period from October 1, 2022 through January 31, 2023, which

Prior Monthly Fee Applications are incorporated herein by reference.  As of the date hereof, Moelis

has received payments relating to these Prior Monthly Fee Applications in the aggregate amount

of $405,000.00 in fees and $6,468.53 in expenses, and Moelis hereby requests payment of all

remaining unpaid amounts upon approval of this Application. Moelis' ninth monthly application

is currently pending as the deadline to file objections is March 24, 2023. Moelis has not received

any payments for the ninth monthly application.

6

**WHEREFORE,** pursuant to the Interim Compensation Order, Moelis respectfully requests that allowance be made to Moelis for 100% of its fees of $600,000.00, and 100% of its expenses of $7,408.53, incurred during the Compensation Period. Moelis also respectfully requests approval for payment by the Debtors of all unpaid amounts requested in this Application.

Dated:  March 14, 2023

**MOELIS & COMPANY LLC**

By:       _/s/ William Q. Derrough_
Name:    William Q. Derrough
Title:     Managing Director and Global Co-
           Head of Recapitalization &
           Restructuring

7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17–BK–3283–LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17–BK–4780–LTS<br><br>**This Application relates only to PREPA, and shall be filed in the lead Case No. 17–BK–3283–LTS and PREPA's Title III Case (Case No. 17–BK–4780–LTS)** |

## CERTIFICATION OF WILLIAM Q. DERROUGH

I, William Q. Derrough, hereby declare the following under penalty of perjury:

1.      I am a Managing Director and Global Co-Head of Recapitalization and Restructuring of Moelis & Company LLC ("**Moelis**").

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      I have read the foregoing application of Moelis for allowance of the payment of compensation and reimbursement of expense as financial advisor for the Mediation Team Pursuant to PROMESA section 315(b), for the third interim fee period of October 1, 2022 through January 31, 2023 (the "**Fee Application**").  To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct.  In addition, I believe that the Fee Application and the compensation and reimbursement of expenses sought therein conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines and the Puerto Rico Local Bankruptcy Rules, including, P.R. LBR 2016-1.

3.      In connection therewith, I hereby certify that:

a.  to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and PROMESA provisions, except as specifically set forth herein;

b.  except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by Moelis, not less favorable to PREPA and its estate, and generally accepted by Moelis's clients;

c.  in providing a reimbursable expense, Moelis does not make a profit on that expense, whether the service is performed by Moelis in-house or through a third party;

d.  in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Moelis and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to PROMESA, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and

e.  all services for which compensation is sought were professional services for the benefit of the Mediation Team, and were not on behalf of any other person.

2

Dated: March 14, 2023

_/s/William Q. Derrough_
William Q. Derrough
Managing Director & Global Co-Head of
Recapitalization & Restructuring
Moelis & Company LLC

**EXHIBIT A – RETENTION ORDER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
MOELIS & COMPANY LLC, AS FINANCIAL ADVISOR FOR MEDIATION TEAM

Upon consideration of the *Application of Oversight Board for Entry of Order*

*Authorizing Employment and Payment of Moelis & Company LLC as Financial Advisor for*

*Mediation Team* (Docket Entry No. 2849 in Case No. 17-4780, the "Motion"),[2] filed by the

Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as the

representative of the Puerto Rico Electric Power Authority ("PREPA"), pursuant to section

315(b) of the Puerto Rico Oversight, Management and Economic Stability Act of 2016

("PROMESA"), seeking authorization for the retention and employment of Moelis & Company

LLC ("Moelis"), as financial advisor to the Mediation Team; and upon the Derrough

Declaration in support thereof; the Court hereby FINDS AND DETERMINES that (i) the Court

has jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA

section 306(a); (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii)

the Oversight Board provided adequate and appropriate notice of the Motion under the

circumstances and that no other or further notice is required; (iv) and the Court having found that

the relief requested in the Motion is in the best interests of PREPA, its creditors, and other

parties in interest; (v) based on the representations made in the Motion and the Derrough

Declaration, and due deliberation thereon, the Court having found that good and sufficient cause

exists for the granting of the relief as set forth herein, it is hereby ORDERED THAT:

1.      The Motion is granted as set forth herein, and the provisions set forth in the

Engagement Letter (and all attachments thereto) are hereby approved, to the extent provided

herein and except as otherwise expressly modified herein to the contrary.

---

[2]      Capitalized terms not defined herein shall have the meanings ascribed to them in the
Motion.

2.      PREPA is authorized and required to pay Moelis as financial advisor for the
Mediation Team and to provide indemnification, contribution, and/or reimbursement to Moelis,
in each case on the terms and at the times specified in the Engagement Letter, effective *nunc pro
tunc* to April 15, 2022, and Moelis is authorized to perform the Services for the Mediation Team.

3.      Moelis shall be entitled to allowance and payment of compensation for
professional services rendered and reimbursement of expenses incurred pursuant to the terms of
the Motion and the Engagement Letter as an administrative expense pursuant to Bankruptcy
Code section 503(b)(1), made applicable by PROMESA section 301(a).

4.      Moelis' fees and expenses shall be subject to review and allowance by the Court
under the procedures and standards applicable to fees and expenses of professional persons under
PROMESA section 316. Moelis shall be entitled to seek interim compensation under the
procedures set forth in PROMESA section 317, and shall be subject to any interim compensation
orders entered by the Court, except that any objection to Moelis' fees and expenses shall be
raised in the first instance with the Lead Mediator.

5.      Notwithstanding anything to the contrary in the Motion, the Engagement Letter or
herein, the requirements of PROMESA sections 316 and 317, any interim compensation orders
entered by the Court, or any other procedures or orders of the Court are hereby modified such
that Moelis restructuring professionals shall be required only to keep summary time records in
hourly increments, Moelis' non-restructuring professionals and personnel in administrative
departments (including legal) shall not be required to keep time records, Moelis' professionals
shall not be required to keep time records on a project category basis and Moelis shall not be
required to provide or conform to any schedule of hourly rates.

6.      Notice of the Motion as provided therein shall be deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

7.      This Order shall be immediately effective and enforceable upon its entry.

8.      To the extent the Motion, the Derrough Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

9.      Moelis, the Mediation Team, and the Oversight Board (as PREPA's representative), are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

10.     This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

11.     This Order resolves Docket Entry No. 2849 in Case No. 17-4780.


        SO ORDERED.

Dated: June 23, 2022

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge

# EXHIBIT B — SUMMARY TIME RECORDS FOR COMPENSATION PERIOD

*PREPA Mediation Advisors*
**Moelis & Company**
**Summary of Hours Worked Detail**
*October 01, 2022 - January 31, 2023*

| Date | Bill Derrough Managing Director | Adam Keil Managing Director | Nathaniel Catez Executive Director | Milad Sedeh Executive Director / Vice President | Brendon Barnwell Vice President / Associate | Merritt Wright Associate | Jack Reinhart Analyst | Maggie He Analyst |
|---|---|---|---|---|---|---|---|---|
| 10/01/22 | - | - | - | - | - | - | - | - |
| 10/02/22 | - | - | - | - | - | - | - | - |
| 10/03/22 | - | - | - | - | - | - | - | - |
| 10/04/22 | - | - | - | - | - | - | - | - |
| 10/05/22 | - | - | - | - | - | - | - | - |
| 10/06/22 | - | - | - | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 10/07/22 | - | - | - | - | - | - | - | - |
| 10/08/22 | - | - | - | - | - | - | - | - |
| 10/09/22 | - | - | - | - | - | - | - | - |
| 10/10/22 | - | - | - | - | - | - | - | - |
| 10/11/22 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 10/12/22 | - | - | - | - | - | - | - | - |
| 10/13/22 | - | - | - | - | - | - | - | - |
| 10/15/22 | - | - | - | - | - | - | - | - |
| 10/16/22 | - | - | - | - | - | - | - | - |
| 10/17/22 | - | - | - | - | - | - | - | - |
| 10/18/22 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | 1.0 hour(s) |
| 10/19/22 | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 10/20/22 | - | - | - | - | - | - | - | - |
| 10/21/22 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 10/22/22 | - | - | - | - | - | - | - | - |
| 10/23/22 | - | - | - | - | - | - | - | - |
| 10/24/22 | - | - | - | - | - | - | - | - |
| 10/25/22 | - | - | - | - | - | - | - | - |
| 10/26/22 | - | - | - | - | - | - | - | - |
| 10/27/22 | - | - | - | - | - | - | - | - |
| 10/28/22 | - | - | - | - | - | - | - | - |
| 10/29/22 | - | - | - | - | - | - | - | - |
| 10/30/22 | - | - | - | - | 1.0 hour(s) | - | - | 2.0 hour(s) |
| 11/01/22 | - | - | - | - | - | - | - | - |
| 11/02/22 | - | - | - | - | - | - | - | - |
| 11/03/22 | - | - | - | - | - | - | - | - |
| 11/04/22 | - | - | - | - | - | - | - | - |
| 11/05/22 | - | - | - | - | - | - | - | - |
| 11/06/22 | - | - | - | - | - | - | - | - |
| 11/07/22 | - | - | - | - | - | - | - | - |
| 11/08/22 | 4.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) | 4.0 hour(s) | 5.0 hour(s) | - | - | 6.0 hour(s) |
| 11/09/22 | - | - | - | - | - | - | - | - |
| 11/10/22 | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 3.0 hour(s) | - | 6.0 hour(s) |
| 11/11/22 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 11/12/22 | - | - | - | - | - | 6.0 hour(s) | - | 3.0 hour(s) |
| 11/13/22 | - | - | 1.0 hour(s) | - | 1.0 hour(s) | 6.0 hour(s) | - | - |
| 11/14/22 | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | - | 10.0 hour(s) |
| 11/15/22 | - | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | 7.0 hour(s) | 11.0 hour(s) | - | - |
| 11/16/22 | - | - | - | - | - | - | - | - |
| 11/17/22 | - | - | - | - | - | - | 1.0 hour(s) | - |
| 11/18/22 | - | - | - | - | - | - | 1.0 hour(s) | - |
| 11/19/22 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 11/20/22 | - | - | - | - | - | - | - | - |
| 11/21/22 | - | - | - | - | - | 2.0 hour(s) | - | - |
| 11/22/22 | 5.0 hour(s) | 5.0 hour(s) | 5.0 hour(s) | - | 1.0 hour(s) | 3.0 hour(s) | - | 3.0 hour(s) |
| 11/23/22 | - | - | - | - | - | - | - | 2.0 hour(s) |
| 11/24/22 | - | - | - | - | - | - | - | - |
| 11/25/22 | - | - | - | - | - | - | - | - |
| 11/26/22 | - | - | - | - | - | - | - | - |
| 11/27/22 | - | - | - | - | - | - | - | - |
| 11/28/22 | - | - | - | - | - | - | - | - |
| 11/29/22 | - | - | - | - | - | - | - | - |
| 11/30/22 | 5.0 hour(s) | 5.0 hour(s) | 5.0 hour(s) | - | - | - | - | 3.0 hour(s) |

*PREPA Mediation Advisors*
**Moelis & Company**
**Summary of Hours Worked Detail**
*October 01, 2022 – January 31, 2023*

| Date | Bill Derrough Managing Director | Adam Keil Managing Director | Nathaniel Catez Executive Director | Milad Sedeh Executive Director / Vice President | Brendon Barnwell Vice President / Associate | Merritt Wright Associate | Jack Reinhart Analyst | Maggie He Analyst |
|---|---|---|---|---|---|---|---|---|
| 12/01/22 | 1.0 hour(s) | - | 1.0 hour(s) | - | - | - | - | - |
| 12/02/22 | - | - | - | - | 1.0 hour(s) | - | - | 3.0 hour(s) |
| 12/03/22 | - | - | 1.0 hour(s) | - | 1.0 hour(s) | - | - | - |
| 12/04/22 | - | - | - | - | - | - | - | - |
| 12/05/22 | - | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) |
| 12/06/22 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 12/07/22 | 1.0 hour(s) | - | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | - | - |
| 12/08/22 | - | - | - | - | - | - | - | - |
| 12/09/22 | 2.0 hour(s) | - | 4.0 hour(s) | - | - | - | - | 2.0 hour(s) |
| 12/10/22 | - | - | 1.0 hour(s) | - | 3.0 hour(s) | - | - | 5.0 hour(s) |
| 12/11/22 | - | 1.0 hour(s) | 2.0 hour(s) | - | 1.0 hour(s) | - | - | 3.0 hour(s) |
| 12/12/22 | - | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | - | - | 2.0 hour(s) |
| 12/13/22 | - | 7.0 hour(s) | 7.0 hour(s) | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 12/14/22 | - | 1.0 hour(s) | 2.0 hour(s) | - | 1.0 hour(s) | - | - | 2.0 hour(s) |
| 12/15/22 | - | 1.0 hour(s) | 1.0 hour(s) | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 12/16/22 | - | - | - | - | - | - | - | - |
| 12/17/22 | - | - | - | - | - | - | - | - |
| 12/18/22 | - | - | - | - | - | - | - | - |
| 12/19/22 | - | - | - | - | - | - | - | - |
| 12/20/22 | - | - | - | - | - | - | - | - |
| 12/21/22 | - | - | - | - | - | - | - | - |
| 12/22/22 | - | - | - | - | - | - | - | - |
| 12/23/22 | - | - | - | - | - | - | - | - |
| 12/24/22 | - | - | - | - | - | - | - | - |
| 12/25/22 | - | - | - | - | - | - | - | - |
| 12/26/22 | - | - | - | - | - | - | - | - |
| 12/27/22 | - | - | - | - | - | - | - | - |
| 12/28/22 | - | - | - | - | - | - | - | - |
| 12/29/22 | - | - | - | - | - | - | - | - |
| 12/30/22 | - | - | - | - | - | - | - | - |
| 12/31/22 | - | - | - | - | - | - | - | - |
| 01/02/23 | - | - | - | - | - | - | - | - |
| 01/03/23 | - | - | - | - | - | - | - | - |
| 01/04/23 | - | - | - | - | - | - | - | 2.0 hour(s) |
| 01/05/23 | - | - | - | - | - | - | - | - |
| 01/06/23 | - | - | - | - | - | - | - | - |
| 01/07/23 | - | - | - | - | - | - | - | - |
| 01/08/23 | - | - | - | - | - | - | - | - |
| 01/09/23 | - | - | - | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 01/10/23 | - | - | - | - | - | - | - | - |
| 01/11/23 | - | - | - | - | - | - | - | - |
| 01/12/23 | - | - | - | - | - | - | - | - |
| 01/13/23 | - | - | - | - | - | - | - | - |
| 01/14/23 | - | - | - | - | - | - | - | - |
| 01/15/23 | - | - | - | - | - | - | - | - |
| 01/16/23 | - | - | - | - | - | - | - | - |
| 01/17/23 | - | - | - | - | 1.0 hour(s) | - | - | 1.0 hour(s) |
| 01/18/23 | - | - | - | - | - | - | - | - |
| 01/19/23 | - | - | - | - | - | - | - | - |
| 01/20/23 | - | - | - | - | - | - | - | - |
| 01/21/23 | - | - | - | - | - | - | - | - |
| 01/22/23 | - | - | - | - | - | - | - | - |
| 01/23/23 | - | - | - | - | - | - | - | - |
| 01/24/23 | - | - | - | - | - | - | - | - |
| 01/25/23 | - | - | - | - | - | - | - | - |
| 01/26/23 | - | - | - | - | - | - | - | - |
| 01/27/23 | - | - | - | - | - | - | - | - |
| 01/28/23 | - | - | - | - | - | - | - | - |
| 01/29/23 | - | - | - | - | - | - | - | - |
| 01/30/23 | - | - | - | - | - | - | - | 1.0 hour(s) |
| 01/31/23 | - | - | - | - | - | - | - | - |
| **Total** | **4.0 hour(s)** | **15.0 hour(s)** | **23.0 hour(s)** | **4.0 hour(s)** | **15.0 hour(s)** | **1.0 hour(s)** | **1.0 hour(s)** | **28.0 hour(s)** |

2

*PREPA Mediation Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*October 01, 2022 – January 31, 2023*

**Total Hours:**      **300.0 hour(s)**

| Professional | Date | Hours | Description |
|---|---|---|---|
| Brendon Barnwell | 10/6/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 10/6/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 10/11/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Bill Derrough | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Adam Keil | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Milad Sedeh | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Brendon Barnwell | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Merritt Wright | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 10/18/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Bill Derrough | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Adam Keil | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Milad Sedeh | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Brendon Barnwell | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 10/19/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 10/21/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Brendon Barnwell | 10/31/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 10/31/2022 | 2.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Bill Derrough | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Adam Keil | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Milad Sedeh | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 11/8/2022 | 4.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 11/8/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 11/8/2022 | 2.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Bill Derrough | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Adam Keil | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Milad Sedeh | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Merritt Wright | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 11/10/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 11/10/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Merritt Wright | 11/10/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Maggie He | 11/10/2022 | 3.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Bill Derrough | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Adam Keil | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Milad Sedeh | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Brendon Barnwell | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Merritt Wright | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 11/10/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 11/11/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Merritt Wright | 11/12/2022 | 6.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Maggie He | 11/12/2022 | 3.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Nathaniel Catez | 11/13/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Brendon Barnwell | 11/13/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Merritt Wright | 11/13/2022 | 6.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Bill Derrough | 11/14/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Adam Keil | 11/14/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Nathaniel Catez | 11/14/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |

*PREPA Mediation Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*October 01, 2022 – January 31, 2023*

*Total Hours:*     *300.0 hour(s)*

| Professional | Date | Hours | Description |
|---|---|---|---|
| Brendon Barnwell | 11/14/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Merritt Wright | 11/14/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Adam Keil | 11/15/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Nathaniel Catez | 11/15/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Brendon Barnwell | 11/15/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Merritt Wright | 11/15/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Maggie He | 11/15/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Merritt Wright | 11/15/2022 | 4.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Maggie He | 11/15/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Maggie He | 11/15/2022 | 2.0 hour(s) | Preparation of internal materials (regarding PREPA Proposal Comparison) |
| Jack Reinhart | 11/17/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Proposal Comparison) |
| Maggie He | 11/17/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Proposal Comparison) |
| Jack Reinhart | 11/18/2022 | 1.0 hour(s) | Preparation of internal materials (regarding PREPA Proposal Comparison) |
| Maggie He | 11/19/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Merritt Wright | 11/21/2022 | 2.0 hour(s) | Preparation of internal materials (regarding PREPA Illustrative Scenarios) |
| Brendon Barnwell | 11/22/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 11/23/2022 | 2.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Bill Derrough | 11/22/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Adam Keil | 11/22/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Nathaniel Catez | 11/22/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Merritt Wright | 11/22/2022 | 3.0 hour(s) | Attended Mediation Session Via Zoom |
| Maggie He | 11/22/2022 | 3.0 hour(s) | Attended Mediation Session Via Zoom |
| Bill Derrough | 11/30/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Adam Keil | 11/30/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Nathaniel Catez | 11/30/2022 | 5.0 hour(s) | Attended In-Person Mediation Session |
| Maggie He | 11/30/2022 | 3.0 hour(s) | Attended Mediation Session Via Zoom |
| Bill Derrough | 12/1/2022 | 1.0 hour(s) | Call with Mediation Team (Mediators & Moelis) |
| Nathaniel Catez | 12/1/2022 | 1.0 hour(s) | Call with Mediation Team (Mediators & Moelis) |
| Brendon Barnwell | 12/2/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 12/2/2022 | 3.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Nathaniel Catez | 12/3/2022 | 1.0 hour(s) | Mediation Material Review (regarding Rate Stucture Model) |
| Brendon Barnwell | 12/3/2022 | 1.0 hour(s) | Mediation Material Review (regarding Rate Stucture Model) |
| Maggie He | 12/3/2022 | 1.0 hour(s) | Mediation Material Review (regarding Rate Stucture Model) |
| Adam Keil | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Milad Sedeh | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Merritt Wright | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Jack Reinhart | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 12/5/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 12/5/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 12/6/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Milad Sedeh | 12/7/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Brendon Barnwell | 12/7/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Bill Derrough | 12/7/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 12/7/2022 | 1.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 12/9/2022 | 2.0 hour(s) | Review of requested diligence materials |
| Maggie He | 12/9/2022 | 2.0 hour(s) | Review of requested diligence materials |
| Bill Derrough | 12/9/2022 | 1.0 hour(s) | Internal Discussion |
| Adam Keil | 12/9/2022 | 1.0 hour(s) | Internal Discussion |
| Nathaniel Catez | 12/9/2022 | 1.0 hour(s) | Internal Discussion |
| Bill Derrough | 12/9/2022 | 1.0 hour(s) | Call with Mediation Team (Mediators & Moelis) |
| Adam Keil | 12/9/2022 | 1.0 hour(s) | Call with Mediation Team (Mediators & Moelis) |

## *PREPA Mediation Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*October 01, 2022 – January 31, 2023*

**Total Hours:**      **300.0 hour(s)**

| Professional | Date | Hours | Description |
|---|---|---|---|
| Nathaniel Catez | 12/9/2022 | 1.0 hour(s) | Call with Mediation Team (Mediators & Moelis) |
| Nathaniel Catez | 12/10/2022 | 1.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Brendon Barnwell | 12/10/2022 | 3.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Maggie He | 12/10/2022 | 5.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Nathaniel Catez | 12/11/2022 | 1.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Brendon Barnwell | 12/11/2022 | 1.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Maggie He | 12/11/2022 | 2.0 hour(s) | Preparation of internal materials (regarding Affordability Analysis ) |
| Adam Keil | 12/11/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 12/11/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 12/11/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Adam Keil | 12/12/2022 | 2.0 hour(s) | Call with Debtor Representatives |
| Nathaniel Catez | 12/12/2022 | 2.0 hour(s) | Call with Debtor Representatives |
| Milad Sedeh | 12/12/2022 | 2.0 hour(s) | Call with Debtor Representatives |
| Brendon Barnwell | 12/12/2022 | 2.0 hour(s) | Call with Debtor Representatives |
| Maggie He | 12/12/2022 | 2.0 hour(s) | Call with Debtor Representatives |
| Brendon Barnwell | 12/13/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 12/13/2022 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Adam Keil | 12/13/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Nathaniel Catez | 12/13/2022 | 7.0 hour(s) | Attended In-Person Mediation Session |
| Adam Keil | 12/14/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 12/14/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 12/14/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 12/14/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 12/14/2022 | 1.0 hour(s) | Mediation Material Review (regarding Production Data) |
| Maggie He | 12/14/2022 | 1.0 hour(s) | Mediation Material Review (regarding Production Data) |
| Adam Keil | 12/15/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Nathaniel Catez | 12/15/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Brendon Barnwell | 12/15/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 12/15/2022 | 1.0 hour(s) | Call with Creditor Representatives |
| Maggie He | 1/4/2023 | 2.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Brendon Barnwell | 1/9/2023 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 1/9/2023 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Brendon Barnwell | 1/17/2023 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 1/17/2023 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |
| Maggie He | 1/30/2023 | 1.0 hour(s) | Preparation of Fee Applications and Related Materials |

## EXHIBIT C — EXPENSE SUPPLEMENT

## *PREPA Mediation Advisors*

**Moelis & Company**
**Summary of Expenses**
*October 01, 2022 - January 31, 2023*

| Category | Description | Amount |
|---|---|---|
| Printing | Printing and presentation services | $215.13 |
| Legal | Outside counsel legal fees | $6,715.00 |
| Meals | | $120.44 |
| Ground Transportation | | $357.96 |
| **Total Expenses** | | **$7,408.53** |

**<u>EXHIBIT D — DETAIL OF LEGAL EXPENSES</u>**



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Andrew Lerner, Deputy General Counsel                                    December 9, 2022
Moelis & Company, LLC
399 Park Avenue                                                          Invoice #123550
4th Floor
New York, NY  10022                                                      File Number: 30415-004

## INVOICE SUMMARY

RE:  Moelis & Company - Puerto Rico

| | |
|---|---|
| Total Fees | $5,265.00 |
| Total Due This Invoice | $5,265.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. | 021205237 | Intermediary Bank: | Wells Fargo |
| | | | 420 Montgomery St. |
| Bank: | Peapack-Gladstone Bank | | San Francisco, CA 94104 |
| | 500 Hills Drive, Suite 300 | Wells Fargo ABA: | 121000248 |
| | P.O. Box 700 | SWIFT Code: | WFBIUS6S |
| | Bedminster, NJ 07921 | Chips ID: | 0407 |
| Account No. | 400057428 (Business Account) | | |
| | | Beneficiary Bank: | Peapack-Gladstone Bank |
| Account Name: | Pashman Stein, PC | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
(201) 488-8200
Tax I.D. 22-3384189

Andrew Lerner, Deputy General Counsel
Moelis & Company, LLC
399 Park Avenue
4th Floor
New York, NY 10022

January 9, 2023

Invoice #125417

File Number: 30415-004

## INVOICE SUMMARY

RE: Moelis & Company - Puerto Rico

| | |
|---|---|
| Total Fees | $510.00 |
| Total Due This Invoice | $510.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. 021205237 | | Intermediary Bank: | Wells Fargo |
| Bank: | Peapack-Gladstone Bank | | 420 Montgomery St. |
| | 500 Hills Drive, Suite 300 | | San Francisco, CA 94104 |
| | P.O. Box 700 | Wells Fargo ABA: | 121000248 |
| | Bedminster, NJ 07921 | SWIFT Code: | WFBIUS6S |
| Account No. | 400057428 (Business Account) | Chips ID: | 0407 |
| Account Name: | Pashman Stein, PC | Beneficiary Bank: | Peapack-Gladstone Bank |
| | | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |



Pashman Stein Walder Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ  07601
(201) 488-8200
Tax I.D. 22-3384189

Andrew Lerner, Deputy General Counsel                        February 17, 2023
Moelis & Company, LLC
399 Park Avenue                                             Invoice #127338
4th Floor
New York, NY  10022                                     File Number: 30415-004

## INVOICE SUMMARY

RE:  Moelis & Company - Puerto Rico

| | |
|---|---|
| Total Fees | $940.00 |
| Total Due This Invoice | $940.00 |

| Domestic Wiring Instructions | | International Wiring Instructions | |
|---|---|---|---|
| Peapack Routing No. | 021205237 | Intermediary Bank: | Wells Fargo |
| | | | 420 Montgomery St. |
| Bank: | Peapack-Gladstone Bank | | San Francisco, CA 94104 |
| | 500 Hills Drive, Suite 300 | Wells Fargo ABA: | 121000248 |
| | P.O. Box 700 | SWIFT Code: | WFBIUS6S |
| | Bedminster, NJ 07921 | Chips ID: | 0407 |
| Account No. | 400057428 (Business Account) | | |
| Account Name: | Pashman Stein, PC | Beneficiary Bank: | Peapack-Gladstone Bank |
| | | Account No. | 2000090251838 |
| | | Beneficiary Name: | Pashman Stein, PC |
| | | Account No. | 400057428 |