UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et<br>al., | |
| Debtors.[1] | |

ORDER GRANTING IN PART MOTION OF THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO REQUESTING
TERMINATION OF CERTAIN RESPONSES TO OMNIBUS OBJECTIONS

Upon the *Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Termination of Certain Responses to Omnibus Objections* (Docket Entry No. 20732 in Case No. 17-3283)[2] (the "Motion");[3] and the Court having found that it has subject matter jurisdiction of this matter pursuant to section 306 of PROMESA; and it appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the Court having found that the relief requested in the Motion is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having found that the Debtor provided

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   All docket entry references are to entries in Case No. 17-3283.

[3]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.  The Motion is granted in part as set forth herein.

2.  The Resolved ACR Designated Responses identified in Appendix 1 to this Order are hereby TERMINATED, and the Motion is granted as to those responses.

3.  The Remaining ACR Designated Responses as identified in Appendix 2 to this Order shall remain pending, and the Motion is denied in part as to those responses, because the Motion represents that such responses also concern proofs of claim not yet resolved in ACR.  Accordingly, the responses identified in Appendix 2 shall remain pending until all remaining unresolved proofs of claim pertaining thereto are fully resolved.

4.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

5.  This Order resolves Docket Entry No. 20732 in Case No. 17-3283.


SO ORDERED.

Dated: March 17, 2023

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Appendix 1**

**RESOLVED ACR DESIGNATED RESPONSES**

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| ABADIA MUNOZ, NANNETTE | 34155 | Docket Entry No. 10261 |
| ABRIL LEBRON, WANDA I | 83889 | Docket Entry No. 10416 |
| ACEVEDO PEREZ , SONIA  M. | 121710 | Docket Entry No. 10778 |
| ALVAREZ ALAMO, JOSE L. | 51568 | Docket Entry No. 10770 |
| ALVAREZ PANELLI, YOMAIRA | 32866 | Docket Entry No. 10057 |
| ANTUNA, MARIA M | 112095 | Docket Entry No. 12053 |
| ARES BROOKS, DIANA  H | 27046 | Docket Entry No. 12509 |
| ARIZA ALEMANY, DAISY | 157007 | Docket Entry No. 12606 |
| AVENAUT LEVANTE, ROSABEL | 96050 | Docket Entry No. 12091 |
| BERMUDEZ GONZALEZ, MILTA E | 131592 | Docket Entry No. 11166 |
| BLANCO NUNEZ, IRAIDA | 62090 | Docket Entry No. 12514 |
| BURGOS LEON, FÉLIX | 78467 | Docket Entry No. 9899 |
| BURGOS NIEVES, MIGUEL A | 48151 | Docket Entry No. 10471 |
| BURGOS NIEVES, MIGUEL A. | 47381 | Docket Entry No. 10472 |
| BURGOS ROSADO, GLORIA ESTHER | 137417 | Docket Entry No.10858 |
| CABRERA CASTRO, JAMIRA | 132377, 106369 | Docket Entry No.10405 |
| CAMACHO AROCHO, BYVIANNETTE | 94630 | Docket Entry No. 9799 |
| CAMACHO PACHECO, JUAN | 106859 | Docket Entry No. 9798 |
| CAPIELO ORTIZ, JORGE D | 143096 | Docket Entry No. 11278 |
| CARDONA FLORES, MAYRA G. | 60847 | Docket Entry No. 10941 |
| CARRASQUILLO ORTIZ, SOTERO | 130102 | Docket Entry No. 11212 |
| CARRERO RIVERA, ESTHER M | 81334 | Docket Entry No. 10474 |
| CARRILLO RODRIGUEZ, CARMEN  R | 2183 | Docket Entry No. 9910 |
| CARRION LOPEZ, LUIS M. | 155906 | Docket Entry No. 9410 |
| CARTAGENA CARTAGENA, SHEILA | 85291 | Docket Entry No. 10350 |
| CASTRO ESTRADA, LUZ Y | 46256 | Docket Entry No. 9857 |
| CASTRO GONZALEZ, LISANDRA | 120491 | Docket Entry No. 11621 |
| CHAMORRO OSTOLAZA, LUZ GEORGINA | 62556 | Docket Entry No. 11870 |
| CINTRON DE ARMAS, MARGARITA | 160396 | Docket Entry No. 10788 |
| COLLAZO LEON, MARIETTA | 22008, 22011, 66263 | Docket Entry No. 10163 |
| COLLAZO NIEVES, LYDIA E. | 162661 | Docket Entry No. 11707 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| COLON AGOSTO, NATALIA | 28616 | Docket Entry No. 10532 |
| COLON MEDINA, NILSA I. | 120280 | Docket Entry No. 11218 |
| COLON RODRIGUEZ, ERNESTO | 146799 | Docket Entry No. 10935 |
| CORCHADO TORRES, WILDA | 56720 | Docket Entry No. 10048 |
| CORDERO FERNANDEZ, NOEL | 156944 | Docket Entry No. 10737 |
| CORDERO MENDEZ, GISELA J | 38699 | Docket Entry No. 10580 |
| CORREA MALDONADO, ENID YELENA | 27681 | Docket Entry No. 10931 |
| CORREA MEJIAS, RAMONITA | 26807 | Docket Entry No. 10816 |
| CORTES OCASIO, JUAN J. | 48233 | Docket Entry No. 10455 |
| COSTA MALARET, MYRIAM L | 35119 | Docket Entry No. 11087 |
| COTTO ALICEA, GUILLERMINA | 120040 | Docket Entry No. 11215 |
| CRESPO MENDEZ, YOLANDA | 43985 | Docket Entry No. 9834 |
| CRESPO RIOS, HAYDEE | 96456 | Docket Entry No. 11570 |
| CRUZ MEDINA, VERONICA | 51160 | Docket Entry No. 11980 |
| CRUZ MORALES, ANA | 81574 | Docket Entry No. 10058 |
| CRUZ PITRE, MARIA M | 42624 | Docket Entry No. 10157 |
| CRUZ RAMEY, PASCUAL | 115033 | Docket Entry No. 11119 |
| CRUZ RIVERA, JUAN A. | 36887 | Docket Entry No. 11457 |
| CRUZ SANTANA, JUAN M | 7612 | Docket Entry No. 9813 |
| CRUZ-AGUAYO, LUIS ALFREDO | 105125 | Docket Entry No. 10889 |
| CUEVAS SANCHEZ, LISETT | 157394 | Docket Entry No. 11373 |
| CUYAR LUCCA, MIGDALIA | 24359 | Docket Entry No. 11706 |
| DAVIS PEREZ, ROSARIO C. | 79021 | Docket Entry No. 10891 |
| DE JESUS, LIZELIE NIEVES | 160091 | Docket Entry No. 10446 |
| ESTRADA DIAZ, ANGELA | 64782 | Docket Entry No. 10578 |
| FERNANDINI AGOSTINI, VICTOR JOSE | 128041 | Docket Entry No. 11204 |
| FIGUEROA ORTIZ, MARGARITA | 158039 | Docket Entry No. 11163 |
| FIGUEROA RIVERA, ANA R. | 44461 | Docket Entry No. 10012 |
| FONT LEBRON, CARMEN I. | 145281 | Docket Entry No. 11198 |
| FORNES VELEZ, DIANA | 65530, 87885 | Docket Entry No. 11048 |
| FUENTES FELIX, FERNANDO E. | 29050 | Docket Entry No. 9359 |
| GARAY ROJAS, JOSEFINA | 74603 | Docket Entry No. 10575 |
| GARCIA RIVERA, EFRAIN | 40034 | Docket Entry No. 9271 |
| GARCIA, HERMES R | 61003 | Docket Entry No. 10006 |
| GARCIA, VILMARIE | 47835 | Docket Entry No. 10772 |
| GONZALEZ CLEMENTE, ZENIA E | 34263 | Docket Entry No. 12628 |
| GONZALEZ FUENTES, CARMEN | 32595 | Docket Entry No. 12614 |
| GONZALEZ GUZMAN, LUIS | 42400 | Docket Entry No. 10934 |
| GONZALEZ RIVERA, RAQUEL | 9148 | Docket Entry No. 9967 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| GONZALEZ, KAREN I. | 20617 | Docket Entry No. 9357 |
| HADDOCK SANCHEZ, JORGE L | 37992, 38102 | Docket Entry No. 10143 |
| HERNANDEZ SANCHEZ, JOSE M | 42161 | Docket Entry No. 10317 |
| HERNANDEZ TORRES, MARIBEL | 44102 | Docket Entry No. 10125 |
| HERNANDEZ TORRES, MARIBEL | 78370 | Docket Entry No. 10047 |
| IRIZARRY CUADRADO, NADIEZHDA | 141030 | Docket Entry No. 10859, Docket Entry No. 10905 |
| IRIZARRY RIVERA, CARLOS E. | 32733 | Docket Entry No. 9864 |
| IRIZARRY VARGAS, JAVIER A | 74697 | Docket Entry No. 10442 |
| IVAN PENA, FELIX | 28243 | Docket Entry No. 9968 |
| JIMENEZ RODRIGUEZ, YANET | 23756 | Docket Entry No. 13166 |
| LIBOY COLON, JORGE | 69487 | Docket Entry No. 12792 |
| LLANOS LLANOS, OLGA M | 167751, 167760 | Docket Entry No. 11872 |
| LOPEZ CARTAGENA, BELMARIS | 37190 | Docket Entry No. 10164 |
| LOPEZ OLIVER , ARIEL  M. | 146409 | Docket Entry No. 11012 |
| LOPEZ RODRIGUEZ, SANDRA | 66296 | Docket Entry No. 10669 |
| LOZADA FERNANDEZ, EVELYN | 82872 | Docket Entry No. 10408 |
| MALDONALDO PEREZ, LIZETTE | 140508 | Docket Entry No. 11627 |
| MARCANO , REBECCA CARRASQUILLO | 63093 | Docket Entry No. 9356 Docket Entry No. 9361 |
| MARI GONZALEZ, HEROHILDA | 89755 | Docket Entry No. 11378 |
| MARI GONZALEZ, HEROHILDA | 92796 | Docket Entry No. 11380 |
| MARRERO COLL, FERNANDO GERARDO | 153441 | Docket Entry No. 11648 |
| MARTINEZ RIVERA, DIANNE | 48085 | Docket Entry No. 9802 |
| MATIAS SALAS, ADA M. | 45916 | Docket Entry No. 10463 |
| MATTEI SAEZ, ELGA I | 108256 | Docket Entry No. 10314 |
| MEAUX PEREDA, MARTA T | 22710 | Docket Entry No. 9362 |
| MEDINA DE LEON, HILDA I. | 135655 | Docket Entry No. 11990 |
| MEDINA NUNEZ, JULIA A. | 78114 | Docket Entry No. 10262 |
| MEDINA RAMOS, DAMARIS | 113749 | Docket Entry No. 10686 Docket Entry No. 10842 |
| MELENDEZ VEGA, DOMINGO | 122019 | Docket Entry No. 11192 |
| MENDEZ PAGAN, JAVIER | 41228 | Docket Entry No. 10584 |
| MENDEZ PEREZ, ANIBAL | 105928 | Docket Entry No. 10780 |
| MENDEZ, MARIBEL RABELL | 168039 | Docket Entry No. 11070 |
| MENDOZA RODRIGUEZ, LUIS FERNANDO | 160522 | Docket Entry No. 11632 |
| MERCADO NIEVES, HILDA L | 73517 | Docket Entry No. 10436 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| MERCADO VARGAS, CLARIBEL W | 31789 | Docket Entry No. 10440 |
| MERCADO VARGAS, MARIBEL  S | 32026 | Docket Entry No. 10441 |
| MIRANDA DIAZ, ANIBAL | 32137 | Docket Entry No. 9794 |
| MONGE REYES, WANDA I. | 73656 | Docket Entry No. 10193 |
| MONTALVO GARCIA, LORENNE | 28972 | Docket Entry No. 13244 |
| MURIEL LOPEZ, EDDIER J. | 84268 | Docket Entry No. 10009 |
| NAVARRO CANCEL, IVELISSE | 29152 | Docket Entry No. 10453 Docket Entry No. 10814 |
| NEGRON ORTIZ, DOMINGO | 115544 | Docket Entry No. 11065 |
| NIEVES ACEVEDO, MANUEL | 96617 | Docket Entry No. 10269 |
| NIEVES RIVERA, ANGEL M | 92673 | Docket Entry No. 10507 |
| NUNEZ FALCON, WILMA | 109349 | Docket Entry No. 10776 |
| NUNEZ MELENDEZ, SANTIAGO | 29005 | Docket Entry No. 12635 |
| O'NEILL MARSHALL, JOHANNE I. | 149213 | Docket Entry No. 11347 |
| ORTIZ MONTERO, NESTOR A | 131861 | Docket Entry No. 11385 |
| ORTIZ MONTERO, RUBEN J | 161934 | Docket Entry No. 11659 |
| ORTIZ RIVERA, WANDA | 14321 | Docket Entry No. 10535 |
| ORTIZ RIVERA, WILMA I | 24009 | Docket Entry No. 10508 |
| ORTIZ, ADYLIZ RIVERA | 144696 | Docket Entry No. 11147 |
| ORTIZ, NARMO LUIS | 14798 | Docket Entry No. 13239 |
| OTERO ABREU, NANCY I | 171657 | Docket Entry No. 12735 |
| OTERO MORALES, ANTONIO | 33575 | Docket Entry No. 10569 |
| PABLOS VAZQUEZ, LEILA | 24832 | Docket Entry No. 10873 |
| PANELL MORALES, MYRIAM | 114968 | Docket Entry No. 10716 |
| PELLOT CRUZ, HECTOR | 44006 | Docket Entry No. 9833 |
| PELLOT CRUZ, HECTOR J. | 27736 | Docket Entry No. 9835 |
| PENALOZA CLEMENTE, CARMEN | 60015 | Docket Entry No. 11712 |
| PENALOZA CLEMENTE, HILDA | 63955 | Docket Entry No. 10588 |
| PENALOZA SANTIAGO, JOANN M. | 60274 | Docket Entry No. 10614 |
| PEREZ AGOSTO, ROSA E. | 70933 | Docket Entry No. 9855 |
| PEREZ SALAS, JORGE | 75456 | Docket Entry No. 10651 |
| PEREZ SOTO, FRANCES | 22574 | Docket Entry No. 9368 |
| PEREZ TORRELLAS, JOSE R. | 91528 | Docket Entry No. 10167 |
| PIZARRO GARABALLO, RUTH E | 41537 | Docket Entry No. 10183 |
| QUINONES VICENTE, ARACELIS | 76403 | Docket Entry No. 10884 |
| RABELL MENDEZ, JESUS R | 46722 | Docket Entry No. 9964 |
| RAMIREZ NUNEZ, JACQUELINE A. | 117724 | Docket Entry No. 11077 |
| RAMIREZ PEREZ, MARITZA | 43950 | Docket Entry No. 10856 |
| REYES AGUAYO, SARA N. | 136086 | Docket Entry No. 11199 |
| RIVERA BALAY, ELIEZER | 87846 | Docket Entry No. 10324 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| RIVERA BERRIOS, WANDA | 119509 | Docket Entry No. 10608<br>Docket Entry No. 11028 |
| RIVERA DELGADO, MARIA | 103079 | Docket Entry No. 12133 |
| RIVERA FIGUEROA, CARMEN M | 167292 | Docket Entry No. 12049 |
| RIVERA FIGUEROA, RAFAEL A. | 138038 | Docket Entry No. 11303 |
| RIVERA GARCIA, MYRNA | 36415 | Docket Entry No. 10362 |
| RIVERA MEDINA, ISRAEL | 69934 | Docket Entry No. 9904 |
| RIVERA MORALES, PEDRO | 127140 | Docket Entry No. 12225 |
| RIVERA NIEVES, MIGDALIA | 57981 | Docket Entry No. 10820 |
| RIVERA SANCHEZ, EFRAIN | 162918 | Docket Entry No. 11196 |
| ROBLES MACHADO, MARIA M. | 161640 | Docket Entry No. 14427 |
| ROCHE RABELL, NORMA | 47351 | Docket Entry No. 14630 |
| ROCHE RABELL, NORMA | 85594 | Docket Entry No. 14633 |
| RODRIGUEZ ANDUJAR, ISAIRA | 64765 | Docket Entry No. 10583 |
| RODRIGUEZ BURGOS, WALTER | 137168 | Docket Entry No. 11167 |
| RODRIGUEZ LANZAR, CARMEN  E. | 127115 | Docket Entry No. 11164 |
| RODRIGUEZ MALDONADO, MARIA E. | 158598 | Docket Entry No. 11220 |
| RODRIGUEZ OLIVO, LEILA | 101422 | Docket Entry No. 14020 |
| RODRIGUEZ RIVERA, CARLOS | 118542 | Docket Entry No. 10914 |
| RODRIGUEZ RODRIGUEZ, IRENE | 138333 | Docket Entry No. 10902 |
| RODRIGUEZ RODRIGUEZ, ROLANDO | 48084 | Docket Entry No. 15012 |
| RODRIGUEZ SIERRA, ELBA | 3988 | Docket Entry No. 13063 |
| RODRIGUEZ WALKER, ZAHIRA | 1674 | Docket Entry No. 9679 |
| ROGER STEFANI, SYLVIA | 86164, 92467 | Docket Entry No. 9898 |
| ROLDAN FLORES, YVONNE MARIE | 25957 | Docket Entry No. 10081 |
| ROMAN MIRO, GLADYS ANA | 23362 | Docket Entry No. 9960 |
| ROMAN SANTIAGO, NILDA | 124543 | Docket Entry No. 11369 |
| RUIZ LOPEZ, ARNALDO | 46955, 46995 | Docket Entry No. 10465 |
| RUIZ NIEVES, RAMONA M | 69296 | Docket Entry No. 10692 |
| SALDANA BETANCOURT, VIVIAN J. | 76499 | Docket Entry No. 12633 |
| SALDANA GONZALEZ, REYNALDO | 84190 | Docket Entry No. 14021 |
| SANCHEZ ACEVEDO, JOSE J | 21455 | Docket Entry No. 10565 |
| SANCHEZ PEREZ, IVAN | 42820 | Docket Entry No. 10444 |
| SANCHEZ RAMOS, SONIA | 34462 | Docket Entry No. 10564 |
| SANTIAGO COLLET, JUAN L. | 48148 | Docket Entry No. 10579 |
| SANTIAGO RIVERA, GLADYS E | 27337 | Docket Entry No. 10032 |
| SANTIAGO SERRANO, MADELINE | 32809 | Docket Entry No. 10663 |
| SANTOS MOLINA, ANA E | 40439 | Docket Entry No. 10654 |
| SMART MORALES, MELISSA | 47059, 48218, 48227 | Docket Entry No. 10273 |

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| SEPULVEDA GLADYS, GLADYS C | 21402 | Docket Entry No. 9358 |
| SEPULVEDA NAVAS, ALICETTE | 45185 | Docket Entry No. 12011 |
| SERRANO ALVAREZ, ADAN | 7529 | Docket Entry No. 13194 |
| SERRANO LAUREANO, CARMEN | 144517 | Docket Entry No. 12936 |
| SIERRA FIGUEROA, ARACELIS | 22705 | Docket Entry No. 13350 |
| SOTO ORTIZ, NANCY | 70158 | Docket Entry No. 10824 |
| SUAREZ PEREZ, DORIS | 134674 | Docket Entry No. 10860 |
| TACORONTE BONILLA, VANESSA | 33235 | Docket Entry No. 10181 |
| TORO LOPEZ, ANTHONY | 79693 | Docket Entry No. 10133 |
| TORRES AYALA, RAMON | 3828 | Docket Entry No. 13138 |
| TORRES FIGUEROA, YADITZA | 118189 | Docket Entry No. 11165 |
| TORRES MELENDEZ, CARMEN | 73623 | Docket Entry No. 10341 |
| TORRES PEREZ, ELAINE | 42235 | Docket Entry No. 10443 |
| TORRES RAMIREZ, LUISA M | 62371, 59023 | Docket Entry No. 10278 |
| TORRES RAMOS, MAYRA E | 28179 | Docket Entry No. 10452 |
| TORRES RIVERA, YANEIRY | 18404 | Docket Entry No. 13391 |
| TORRES ROSA, MAYRA | 60292 | Docket Entry No. 13151 |
| TORRES SERRANO, SANDRA G. | 38417 | Docket Entry No. 9916 |
| TORRES VARGAS, YADIRA | 80332 | Docket Entry No. 10868 |
| VALENTIN BADILLO, JORGE H | 160734 | Docket Entry No. 11327 |
| VALLE SANTIAGO, MAXIMINO | 34991 | Docket Entry No. 10134 |
| VAZQUEZ MOJICA, MARIA ISABEL | 61643 | Docket Entry No. 10505 |
| VAZQUEZ, GRACE | 83352 | Docket Entry No. 10414 |
| VAZQUEZ-CINTRON, SONIA M. | 85918 | Docket Entry No. 12777 |
| VEGA MERCADO, MANUEL | 32211 | Docket Entry No. 10330 |
| VELEZ JIMENEZ, FRANCIS  E | 43863 | Docket Entry No. 10445 |
| VELEZ MERCADO, BRUNILDA | 130388 | Docket Entry No. 11064 |
| VELEZ VELAZQUEZ, MARIA | 19391 | Docket Entry No. 13238 |
| VERDEJO SANCHEZ, EDGARDO | 149940 | Docket Entry No. 11170 |

**Appendix 2**

**REMAINING ACR DESIGNATED RESPONSES**

| Claimant Name | Claim Number(s) | Docket Responses |
|---|---|---|
| IRIZARRY TORRES, ALMA. I. | 31902 | Docket Entry No. 9737[4] |
| LUGO SANTANA, INES M | 88732 | Docket Entry No. 12924[5] |
| MONTERO MORALES, MARTA I | 85113 | Docket Entry No. 12152[6] |
| NIEVES SIFRE, YADIRA | 38730 | Docket Entry No. 11703[7] |
| RODRIGUEZ RAMOS, AMPARO | 7797 | Docket Entry No. 10135[8] |
| SANCHEZ CRUZ, EDNA I. | 115291 | Docket Entry No. 11600[9] |
| SANTIAGO MALDONADO, MARI I. | 49312 | Docket Entry No. 10272[10] |
| SEGARRA TORO, KANY | 62550 | Docket Entry No. 11755[11] |
| TORRES RAMOS, MAYRA E | 28179 | Docket Entry No. 10789[12] |
| VEGA FIGUEROA, LUZ ESTHER | 122368 | Docket Entry No. 11426[13] |

---

[4]   Docket Entry No. 9737 also addresses Proof of Claim No. 25158, which has not yet been resolved in ACR.

[5]   Docket Entry No. 12924 also addresses Proof of Claim No. 72847, which has not yet been resolved in ACR.

[6]   Docket Entry No. 12152 also addresses Proofs of Claim Nos. 85188, 87914, and 87918, which have not yet been resolved in ACR.

[7]   Docket Entry No. 11703 also addresses Proofs of Claim Nos. 27777 and 36931, which have not yet been resolved in ACR.

[8]   Docket Entry No. 10135 also addresses Proof of Claim No. 7755, which has not yet been resolved in ACR.

[9]   Docket Entry No. 11600 also addresses Proof of Claim No. 124616, which has not yet been resolved in ACR.

[10]   Docket Entry No. 10272 also addresses Proof of Claim No. 48302, which has not yet been resolved in ACR.

[11]   Docket Entry No. 11755 also addresses Proof of Claim No. 60479, which has not yet been resolved in ACR.

[12]   Docket Entry No. 10789 also addresses Proof of Claim No. 27280, which has not yet been resolved in ACR.

[13]   Docket Entry No. 11426 also addresses Proofs of Claim Nos. 121467 and 122253, which have not yet been resolved in ACR.