**Objection Deadline: TBD**
**Hearing Date: TBD**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA Title III <br><br> Case No. 17-03283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA Title III <br><br> Case No. 17-04780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                      Plaintiff/Counterclaim-Defendant,<br><br>PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>                      Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>                      Defendant/Counterclaim-Plaintiff,<br><br>THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,<br><br>                      Intervenor-Defendants/Counterclaim-Plaintiffs. | PROMESA Title III<br><br>Adv. Proc. No. 19-391-LTS |

**NOTICE OF HEARING ON URGENT JOINT
MOTION TO STAY CERTAIN CONTESTED MATTERS
AND ADVERSARY PROCEEDINGS RELATED TO BONDS ISSUED BY THE
PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") WITH RESPECT
TO NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION**

**PLEASE TAKE NOTICE** that, upon the *Urgent Joint Motion to Stay Certain Contested Matters and Adversary Proceedings Related to Bonds Issued by the Puerto Rico Electric Power Authority ("PREPA") With Respect to National Public Finance Guarantee Corporation* (the "**Motion**"), filed by National Public Finance Guarantee Corporation (together with its successors and assigns, "**National**") and the Financial Oversight and Management for Puerto Rico ("**Oversight Board**"), on behalf of itself and as sole Title III representative for the Commonwealth of Puerto Rico and PREPA (collectively, the "**Parties**"), pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act, 48 U.S.C. §§ 2101-2241 ("**PROMESA**"), the Parties will request this Court before the Honorable Laura Taylor Swain, United District Court Judge, on a date and time to be determined, at this Honorable Court's convenience (the "**Hearing**") to grant the relief requested in the Motion. Through the Motion, Movants request a stay, or continuation of any existing stay(s), of certain matters between and among the Movants in (1) Case No. 17-03283-LTS, (2) Case No. 17-04780-LTS, and (3) Adv. Pro. No. 19-00391-LTS, and preserve Movants' arguments, claims, defenses and rights as they currently exist in such matters.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (any "**Opposition**") to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, to the extent applicable, and the Sixteenth Amended Case Management Procedures (ECF No. 20190, the "**Case Management Procedures**"), and must be filed and served in accordance with the Case

Management Procedures. Oppositions to the Motion are due at a date and time to be determined by the Court (the "**Opposition Deadline**") and Replies in support of the Motion are due at a date and time to be determined by the Court (the "**Reply Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Opposition to the Motion is not received by the Opposition Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the Court's Case Management Procedures.

[*Remainder of Page Intentionally Blank*]

Dated:     March 20, 2023
                New York, New York

**ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
(USDC-PR No. 206314)
Luis Oliver-Fraticelli
(USDC-PR No. 209204)
Alexandra Casellas-Cabrera
(USDC-PR No. 301010)
PO BOX 70294
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
        loliver@amgprlaw.com
        acasellas@amgprlaw.com

*Attorneys for National Public Finance Guarantee Corporation*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert S. Berezin*
Matthew S. Barr*
Jonathan Polkes*
Robert Berezin*
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
        jonathan.polkes@weil.com
        robert.berezin@weil.com

Gabriel A. Morgan*
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com

*\* Admitted pro hac vice*

*Attorneys for National Public Finance Guarantee Corporation*

-6-

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 15205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

/s *Michael A Firestein*

Martin J. Bienenstock
Brian Rosen
Ehud Barak
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
jlevitan@proskauer.com
ebarak@proskauer.com

Michael A. Firestein
Lary Alan Rappaport
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193
Email: mfirestein@proskauer.com
lrappaport@proskauer.com

*Attorneys for the Financial*
*Oversight and Management Board,*
*as Representative of the Puerto Rico*
*Electric Power Authority*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, this 20th day of March, 2023.

By: /s/ *Robert S. Berezin*
Robert S. Berezin*
* *Admitted pro hac vice*
