# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. als.*<br><br>Debtors[1] | PROMESA<br><br>Title III<br><br>**Case No. 17 BK 3283-LTS**<br><br>**(Jointly Administered)**<br><br>**This filing relates to the**<br><br>**Commonwealth, HTA and PBA** |

## ORDER

The Court has considered Aireko Construction, LLC's ("Aireko") motion submitting certified translation of exhibits in support of Aireko's answer to the objection to its Claim Number 174166 (the "Answer") filed by the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority represented by the Oversight and Management Board for Puerto Rico, and a good cause appearing therefor, it is hereby ordered that the exhibits in Spanish with their certified translation to English be made to form part of the Answer deeming Aireko in compliance with this Court's order of February 28, 2023 [ECF No. 23645]

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: _____, 2023

_____
Honorable Laura Taylor Swain
United States District Judge