3-14-23

*Daniel Tomlinson*
**DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS**

Anejo 1

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00036

**AGREEMENT**
C00036 (2011-2012)

**APPEAR**

AS PARTY OF THE FIRST PART: The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as "THE PBA"; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.

AS PARTY OF THE SECOND PART: **AIREKO CONSTRUCTION CORP.,** IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".



**WITNESSETH**

WHEREAS: Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS: THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS: THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Third and Fourth (3rd & 4th) Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS: THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

**TERMS AND CONDITIONS**

ARTICLE 1 - **Statement of Work:** THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. AEP-1120W at San Juan, Puerto Rico. All work will be in strict

2

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount:** For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **Two Million Seventy Six Thousand Seven Hundred Seventy Nine Dollars ($2,076,779.00),** from Account No. 16000-0000-1120W-00-000-1000-0000.

ARTICLE 3 – **Change orders:** Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.



ARTICLE 4 – **Time for Completion:** THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **ninety (90)** consecutive calendar days computed from the date stated in the order to proceed.

ARTICLE 5 – **Liquidated Damages:** THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **Two Thousand dollars ($2,000.00),** as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement:** THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 - **Contract Documents:**

(a) THE CONTRACTOR will deliver to the PBA within five (5) days of the signing of the contract all documents, including the following:

  a. Performance Bond – 100%
  b. Payment Bond – 100%
  c. Workmen's Compensation Insurance – Statutory
  d. Employer's Liability
  e. Comprehensive General and Automobile Liability Insurance including Owner's protective Liability
  f. Hold Harmless Clause
  g. Builder's Risk

3

h.  Installation Floater

(b)  THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

(c) In addition to This Agreement the following documents form part of the Contract:

1. Contractor's Proposal dated November 9, 2011 and Letter of Award dated January 11, 2012

2. Addendum Number:  **1. Date – September 19, 2011
2. Date – September 26, 2011
3. Date – October 4, 2011
4. Date – October 25, 2011
5. Date – October 28, 2011**

3. Instructions to Bidders



4. Uniform General Conditions for Public Works Contracts

5. Supplementary General Conditions (PBA – May 13, 2011)

6. Special Conditions

7. Supplementary Special Conditions

8. Technical Specifications & Drawings

All documents enumerated in this Article form part of the Contract.   In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which is fully complying.

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).

ARTICLE 9 – **Definition Tax Debt:**  For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.

ARTICLE 10 – **Tax Documents:**  If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit.  If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

5

ARTICLE 11 - **Withholdings Prescribed by Law**: THE CONTRACTOR is an independent contractor. THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees. THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes. THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.



ARTICLE 13 – **Confidentiality Agreement**: THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR. THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential. THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA. THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement. The terms of this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

6

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.

ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.



ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

7

ARTICLE 22 – **Prior Agreements**: This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**: It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**: This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico. Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written. If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.



ARTICLE 25 – **Dispute Settlement:** In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.

ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract. No executive agency shall execute contracts with or for the benefit of persons who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an

8

exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.



ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRACTOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRACTOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.

ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

9

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

IN WITNESS WHEREOF, the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this _23_ of February in the year two thousand twelve (2012).

PUBLIC BUILDINGS AUTHORITY

AIREKO CONSTRUCTION CORP.

Arch. Astrid Díaz Vega
Executive Sub Director

Edgardo Albino
Vice President of Operations

APPROVED
AS TO
LEGAL FORM
DATE

Anejo 2

GOBIERNO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PÚBLICOS

2012-C00036-A

ENMIENDA A CONTRATO DE CONSTRUCCION
NÚM. C00036 (2011-2012)-A

COMPARECEN

DE LA PRIMERA PARTE: La AUTORIDAD DE EDIFICIOS PÚBLICOS, una Corporación Pública e Instrumentalidad del Estado Libre Asociado de Puerto Rico, Seguro Social Patronal 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, en adelante denominada la AEP en virtud de la AEP que le confiere la Ley Número 56 del 19 de junio de 1958, según enmendada y los Reglamentos Internos, representada en este acto por la Subdirectora Ejecutiva, Arq. Astrid Díaz Vega, mayor de edad, soltera, y vecina de San Juan, Puerto Rico.



DE LA SEGUNDA PARTE: **AIREKO CONSTRUCTION CORP.**, una corporación organizada y autorizada a operar bajo las leyes del Gobierno de Puerto Rico y con Seguro Social Patronal Núm. 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, con oficinas principales en Caguas, Puerto Rico, representada en este acto por su Vice Presidente, Edgardo Albino, mayor de edad, casado y residente de Caguas, Puerto Rico, en adelante denominado EL CONTRATISTA.

EXPONEN

PRIMERO: La Autoridad de Edificios Públicos (AEP) ha incurrido en obligaciones relacionadas a las Nuevas Oficinas de Pasaportes. Estos compromisos han generados cambios en las remodelaciones que la AEP realiza para conformar las especificaciones requeridas a las necesidades de los Inquilinos, Agencias e instrumentalidades hermanas, que sirven al Pueblo de Puerto Rico conforme sus especialidades.

El 23 de febrero de 2012, las Partes suscribieron el Contrato Núm. C00036 (2011-2012), mediante el cual EL CONTRATISTA se obligó a llevar a cabo la **Instalación del Sistema Modular de Oficinas y las Mejoras a Interiores de los Pisos 3 y 4 de la Torre Norte del Centro Gubernamental Roberto Sánchez Vilella (Minillas), San Juan, Puerto Rico, AEP-1120W.**

2

SEGUNDO: En la Minuta Núm. 85 (2011-2012) de la Subasta, se adjudicó para los Pisos 3 y 4, donde estarían localizadas las nuevas oficinas del Departamento de Asuntos al Consumidor (DACO), sin embargo DACO declinó el ubicar sus oficinas en el Piso 4.

TERCERO: Unos de los cambios fundamentales requerido por el Departamento de Asuntos del Consumidor (DACO) fue el evitar que sus operaciones fueran afectadas mediante dos mudanzas. Para ello, la AEP atendiendo las necesidades de su inquilino (DACO), ofreció ubicar sus oficinas en los Pisos 3 y 9. Habiendo este consentido, AEP sustituyó el cambio de localización de Proyecto previamente subastado para el piso cuatro (4) para realizarse en el piso Nueve (9). Este cambio de localización no afectó el presupuesto de construcción, diseño o el "'Scope" que fue objeto de Subasta.

CUARTO: Por tanto, Las partes interesan otorgar esta ENMIENDA con el propósito de especificar los cambios antes establecidos, por la cual las nuevas facilidades de DACO se ubicarán en los Pisos 3 y 9.

QUINTO: Todas las demás cláusulas y condiciones del CONTRATO NÚM. C00036 (2011-2012) mantienen toda su vigencia y vigor.

POR TODO LO CUAL, las Partes firman esta ENMIENDA el día 8 de MARZO de 2012.

AUTORIDAD DE EDIFICIOS PÚBLICOS

Astrid Díaz Vega
SubDirectora Ejecutiva

AIREKO CONSTRUCTION CORP.

Edgardo Albino
Vice Presidente

APROBADO EN CUANTO A REDACCIÓN LEGAL
FECHA

[Certified Translation]

[Translation]

Attachment 2

GOVERNMENT OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY

2012-C00036-A

AMENDMENT TO THE CONSTRUCTION CONTRACT
NO. C00036 (2011-2012)-A

COME NOW

AS PARTY OF THE FIRST PART: The PUBLIC BUILDINGS AUTHORITY, a Public Corporation and Instrumentality of the Commonwealth of Puerto Rico, Social Security Employer No. 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, hereinafter referred to as the AEP, by virtue of the AEP that is granted to it by Act Number 56 of June 19, 1958, as amended, and the By-Laws, represented in this proceeding by the Executive Under-Director, Arch. Astrid Diaz Vega, of legal age, single and a resident of San Juan, Puerto Rico.

AS PARTY OF THE SECOND PART: AIREKO CONSTRUCTION CORP., a corporation organized and authorized to operate under the laws of Government of Puerto Rico and with employer Social Security Employer No. 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, with its main office in Caguas, Puerto Rico, represented in this proceeding by its Vice-President, Edgardo Albino, of legal age, married, and a resident of Caguas, Puerto Rico, hereinafter referred to as THE CONTRACTOR.

STATE

FIRST: The Public Buildings Authority (AEP – Spanish acronym) has incurred obligations related to the New Passport Offices. These commitments have generated changes in the remodeling that the AEP is performing to meet the specifications required according to the needs of the tenants, Agencies and sister instrumentalities that serve the People of Puerto Rico pursuant to their specialties.

On February 23, 2012, the Parties signed Contract No. C00036 (2011-2012), by means of which THE CONTRACTOR agreed to carry out the **Installation of the Modular Office System and the Improvements to the Interiors of the 3rd and 4th Floors of the North Tower of the Roberto Sanchez Vilella Government Center (Minillas), San Juan, Puerto Rico, AEP-1120W.**

SECOND: In Public Bidding Record No. 85 (2011-2012), an award was made for the 3rd and 4th Floors, where the new offices of the Department of Consumer Affairs (DACO) would be located. However, DACO declined to locate its offices on the 4th Floor.

THIRD: One of the fundamental changes required by the Department of Consumer Affairs (DACO) was to prevent its operations being affected by two moving processes. For that purpose, the AEP,

addressing the needs of its tenant (DACO), offered to locate its offices on the 3rd and 9th Floors. With this consent, the AEP substituted the change of location of the Project that had previously been bid on for the fourth (4th) floor to be performed on the Ninth (9th) floor. This change of location did not affect the construction budget, design or "Scope" [in English in original] that was the subject of the Bidding.

FOURTH: Therefore, the Parties are interested in executing this AMENDMENT for the purpose of specifying the changes established above, and, for that reason, the new DACO facilities will be located on the 3rd and 9th Floors.

FIFTH: All the other clauses and conditions of CONTRACT NO. C00036 (2011-2012) will maintain their full force and effect.

WHEREFORE, the parties sign this amendment on the ____8th____day of March of 2012.


PUBLIC BUILDINGS AUTHORITY       AIREKO CONSTRUCTION COMPANY
[Sgd.]                 [Sgd.]
Astrid Diaz Vega             Edgardo Albino
Executive Under-Director         Vice-President


APPROVED AS TO
LEGAL WRITTEN FORMAT
DATE: _____
[Sgd.]

Anejo 3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE EDIFICIOS PÙBLICOS

2012-C00036-B

ENMIENDA A CONTRATO DE CONSTRUCCION
NÙM. C00036 (2011-2012)-B

COMPARECEN

DE LA PRIMERA PARTE: La AUTORIDAD DE EDIFICOS PÙBLICOS, una
Corporaciòn Pùblica e Instrumentalidad del Estado Libre Asociado de Puerto Rico, en adelante
denominada la AEP, en virtud de la autoridad que le confiere la Ley Nùmero 56 del 19 de junio
de 1958, segùn enmendada, y los Reglamentos Internos, representada en este acto por la
Directora Ejecutiva, Wanda Acevedo, mayor de edad, soltera y vecina de Caguas, Puerto Rico.

DE LA SEGUNDA PARTE: AIREKO CONSTRUCTION CORP., una corporaciòn
organizada y autorizada a operar bajo las leyes del Gobierno de Puerto Rico con oficinas
principales en Caguas, Puerto Rico, representada en este acto por su Vicepresidente, Edgardo
Albino, mayor de edad, casado y residente de Caguas, Puerto Rico, en adelante denominado EL
CONTRATISTA.

EXPONEN

PRIMERO: La Autoridad de Edificios Pùblicos (AEP) ha incurrido en obligaciones
relacionadas a las Nuevas Oficinas de Pasaportes. Estos compromisos han generados cambios en
las remodelaciones que la AEP realiza para conformar las especificaciones requeridas a las
necesidades de los inquilinos, agencias e instrumentalidades hermanas que sirven al Pueblo de
Puerto Rico conforme sus especialidades.

SEGUNDO: El 23 de febrero de 2012, las partes suscribieron el Contrato Nùm. C00036
(2011-2012) mediante el cual EL CONTRATISTA se obligò a llevar a cabo la **Instalaciòn del
Sistema Modular de Oficinas y las Mejoras a Interiores de los Pisos 3 y 4 de la Torre Norte
del Centro Gubernamental Roberto Sànchez Vilella (Minillas), San Juan, Puerto Rico,
AEP-1120W.**

TERCERO: Mediante enmienda suscrita el 8 de marzo de 2012, las partes acordaron
enmendar el contrato original con el propòsito de relocalizar la ubicaciòn del Proyecto
previamente subastado para el piso cuatro (4) al piso nueve (9) de la Torre Norte sin afectar el

presupuesto de construcciòn, diseño o el alcance de los trabajos a realizarse ("Scope of Works") que fue objeto de Subasta.

CUARTO: Desde mayo de 2012, los trabajos contratados para el proyecto han estado paralizados.

QUINTO: Las partes han acordado enmendar el contrato a los efectos de volver a relocalizar la ubicaciòn del Proyecto y devolverla a su ubicaciòn original, entièndase el piso cuatro (4) de la Torre Norte del Centro Gubernamental Roberto Sànchez Vilella.

SEXTO: Las partes reconocen que al momento de paralizarse los trabajos de construcciòn contratados, EL CONTRATISTA habìa comenzado a realizar trabajos en el piso nueve (9). Reconocen, además, que al reubicar el Proyecto a su localizaciòn original, entièndase el piso cuatro (4), EL CONTRATISTA deberà realizar ciertos trabajos que requeriràn un cambio al "Scope of Work" y a tiempo de construcciòn objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrada, sea reabierta y ambas partes puedan realizar una inspección del piso cuatro (4) encaminada a determinar las condiciones existentes en el piso.

SEPTIMO: Por tanto, las partes interesan otorgar la presente enmienda con el propòsito de relocalizar la ubicaciòn del Proyecto al piso cuatro (4) de la Torre Norte del Centro Gubernamental Roberto Sànchez Vilella.

OCTAVO: Todas las demàs clàusulas y condiciones del CONTRATO NÙM. C00036 (2011-2012), según enmendado, mantienen toda su vigencia y vigor.

POR TODO LO CUAL, las partes firman esta enmienda el día $\cancel{22}$ de enero de 2013.

AUTORIDAD DE EDIFICIOS PÙBLICOS                    AIREKO CONSTRUCTION CORP.


Wanda Acevedo Torres                               Edgardo Albino
Directora Ejecutiva                                Vicepresidente
SS Patronal Núm. 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                       SS Patronal Núm. 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


APROBADO EN CUANTO
A REDACCION LEGAL
FECHA: 22-ero-2013

[Translation]

Attachment 3

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY

2012-C00036-B

AMENDMENT TO THE CONSTRUCTION CONTRACT
NO. C00036 (2011-2012)-B

COME NOW

AS PARTY OF THE FIRST PART: The PUBLIC BUILDINGS AUTHORITY, a Public Corporation and Instrumentality of the Commonwealth of Puerto Rico, hereinafter referred to as the AEP, by virtue of the authority granted to it by Act Number 56 of June 19, 1958, as amended, and the By-Laws, represented in this proceeding by the Executive Director, Wanda Acevedo, of legal age, a single woman and a resident of San Juan, Puerto Rico.

AS PARTY OF THE SECOND PART: AIREKO CONSTRUCTION CORP., a corporation organized and authorized to operate under the laws of Government of Puerto Rico and with its main office in Caguas, Puerto Rico, represented in this proceeding by its Vice-President, Edgardo Albino, of legal age, married, and a resident of Caguas, Puerto Rico, hereinafter referred to as THE CONTRACTOR.

STATE

FIRST: The Public Buildings Authority (AEP) has incurred obligations related to the New Passport Offices. These commitments have generated changes in the remodeling that the AEP is performing to meet the specifications required according to the needs of the tenants, agencies and sister instrumentalities that serve the People of Puerto Rico pursuant to their specialties.

On February 23, 2012, the Parties signed Contract No. C00036 (2011-2012), by means of which THE CONTRACTOR agreed to carry out the **Installation of the Modular Office System and the Improvements to the Interiors of the 3rd and 4th Floors of the North Tower of the Roberto Sanchez Vilella Government Center (Minillas), San Juan, Puerto Rico, AEP-1120W.**

SECOND: In Public Bidding Record No. 85 (2011-2012), an award was made for the 3rd and 4th Floors, where the new offices of the Department of Consumer Affairs (DACO) would be located. However, DACO declined to locate its offices on the 4th Floor.

THIRD: By means of an amendment signed on March 8, 2012, the parties accepted amending the original contract for the purpose of relocating the placement of the Project that had previously been bid

for the fourth (4th) floor to the ninth (9th) floor of the North Tower without affecting the construction budget, design and scope of the work to be performed ["Scope of Works" in English in original]) that was the subject of the Bidding.

FOURTH: Since May of 2012, the work contracted for the project has been at a standstill.

FIFTH:  The parties have agreed to amend the contract for the purpose of again relocating the placement of the Project and return it to its original location, that it, the fourth (4th) floor of the North Tower of the Roberto Sanchez Vilella Government Center.

SIXTH: The parties acknowledge that at the time when the construction work contracted was at a standstill, THE CONTRACTOR had begun to perform work on the ninth (9th) floor. They acknowledge, furthermore, that relocating the Project to its original site, that is, the fourth (4th) floor, THE CONTRACTOR must perform certain jobs that will require a change in the "Scope of Work" and, the construction time, that is the subject of the Bidding and that said change cannot be done until the North Tower, that is currently closed, can be reopened and both parties can conduct an inspection of the fourth (4th) floor intended to determine what the existing conditions are on that floor.

SEVENTH: Therefore, the interested parties execute this amendment for the purpose of relocation the site of the Project to the fourth (4th) floor of the Roberto Sánchez Vilella Minillas Government Center.

EIGHTH: All of the rest of the clauses and conditions of CONTRACT NO. C00036 (2011-2012), as amended, maintain their full force and effect.

WHEREFORE, the parties sign this amendment on the 22nd day of January of 2013.

PUBLIC BUILDINGS AUTHORITY                          AIREKO CONSTRUCTION COMPANY

[Sgd.]                                              [Sgd.]
Wanda Acevedo Torres                                Edgardo Albino
Executive Director                                  Vice-President
SS Employer No. 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                         SS Employer No. 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
                              APPROVED AS TO
                          LEGAL WRITTEN FORMAT
                          DATE: 20-January-2013
                                 [Sgd.]

Anejo 4

# Certificación #2 (Factura #AI-24-080022)

[Translation]

Attachment 4

# Certification #2

# (Invoice #AI-24-080022)



PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001  Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE  13/AGOSTO/12 | JOB NO.  AEP 1120W | SUBMITTAL NO. |
|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-3 Y 9 MINILLAS |
|---|---|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:   SAMUEL BETANCOURT

WE ARE SENDING YOU
- ☐ Drawings   ☐ Attached   ☐ Under separate cover via_____ the following items
- ☐ Copy of Letter   ☐ Prints   ☐ Samples
- ☐ Change Order   ☐ Other   ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/MAYO/2012 | | CERTIFICACION 2 - $649,640.34 (AI-23-05064) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certificate of Insurance Builder Risk. |
| | | | •Certified Payroll |
| | | | •Performance Bond |
| | | | •CD |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

- ☑ For Approval
- ☐ For your use
- ☐ As requested
- ☐ Disapproved
- ☐ Approved as submitted
- ☐ Approved as noted
- ☐ Returned for corrections
- ☐ Revise and Resubmit
- ☐ Submit_____copies for distribution
- ☐ Return_____corrected prints
- ☐ For review and comment
- ☐ For bids due
- ☐ Prints returned after loan to us

R:   KENNETH BAEZ - PROJECT MANAGER          DATE: 13/agosto/12

RECEIVED BY: _Nadeline Sño_          DATE: _13/8/12_

Transmittal Cert - 2 - Piso 3 v9  revised8/13/2012          If enclosures are not as noted, kindly notify us at once

[Partial Translation]



PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600   787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE  13/AGOSTO/12 | JOB NO. AEP 1120W | SUBMITTAL NO. |
|---|---|---|

JOB NAME       INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-3 AND 9 MINILLAS

TO:      PUBLIC BUILDINGS AUTHORITY

ATTN:   SAMUEL BETANCOURT

WE ARE SENDING YOU ☐ Attached   ☐ Under separate cover via_____ the following items
☐ Drawings      ☐ Prints        ☐ Samples
☐ Copy of Letter  ☐ Change Order  ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/MAYO/2012 | | CERTIFICACION 2 - $649,640.34 (AI-23-05064) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certificate of Insurance Builder Risk. |
| | | | •Certified Payroll |
| | | | •Performance Bond |
| | | | •CD |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ _____ts returned after loan to us

aER:       KENNETH BAEZ - PROJECT MANAGER          DATE: 13/agosto/12

RECEIVED BY:                                        DATE:  13/8/12

Transmittal Cert - 2 - Piso 3 y9  revked8/13/2012          If enclosures are not as noted, kindly notify us at once

COPIA LIBRE/O

## AUTORIDAD DE EDIFICIOS PUBLICOS
## ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #        2

PROYECTO:        INST. MODULARES Y MEJ. INT. PISO 3 Y 9

MUNICIPIO        SAN JUAN, PR

AEP #:        1120W
PERIODO DE LA CERTIFICACIÓN:        01-MAYO-12 @ 31-MAYO-12

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ,
POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.

_____        HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES.

_____        FIRMA DE INSPECTOR EN CERTIFICACÓN *

_____        FIRMA DE SUPERVISAOR EN CERTIFICACIÓN *

_____        DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE

_____        NOMINAS DE PERIODO - INCLUIDA

_____        FORMA SCHEDULE OF MATERIALSTORE - INCLUDA

_____        FACTURAS DE MATERIAL ON SITE  (INDICAR LA CANTIDAD DE FACTURAS)

_____        FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA

_____        CURVA "S" - (DIAGRAMA DE BARRAS)

_____        POLIZA BUILDER RISK VIGENTE            FECHA DE VENCIMIENTO:        6/30/2012

_____        POLIZA PUBLIC LIABILITY VIGENTE        FECHA DE VENCIMIENTO:        10/1/2012

_____        POLIZA F.S.E. VIGINGE                  FECHA DE VENCIMIENTO:        6/30/2012

_____        POLIZA DE WORKER'S COMPSATION          FECHA DE VENCIMIENTO:        10/1/2012

_____        EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO)  (SI APLICA)

NOMBRE DE INSPECTOR:        _____

FIRMA DE INSPECTOR:        _____

FECHA:        _____

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y
SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA
FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA.
TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.

[Translation]

AIREKO COPY [handwritten]

PUBLIC BUILDINGS AUTHORITY
PROJECT DEVELOPMENT AREA

CHECKLIST CERTIFICATION #                2

PROJECT:                MODULAR INSTALLATION AND INTERNAL IMPROVEMENT, 3RD AND 9TH FLOOR
MUNICIPALITY:        SAN JUAN, PR
AEP #:                1120W

CERTIFICATION PERIOD:                01-MAY-12 @ 31-MAY-12

I CERTIFY THAT THE FOLLOWING ITEMS HAVE BEEN VERIFIED BY ME AND, FOR THAT REASON, I
RECOMMEND THAT THIS CERTIFICATION BE PROCESSED FOR PAYMENT.

_____ PAYMENT BREAKDOWN SHEET INITIATED BY ALL THE PARTIES.

_____ SIGNATURE OF THE INSPECTOR IN THE CERTIFICATION *

_____ SIGNATURE OF THE SUPERVISOR IN THE CERTIFICATION *

_____ BREAKDOWN OF THE PAYMENT THAT HAS BEEN MATHEMATICALLY CHECKED

_____ PERIOD PAYROLLS - INCLUDED

_____ MATERIAL STORE SCHEDULE FORM - INCLUDED

_____ INVOICES OF ON-SITE MATERIAL (INDICATE THE AMOUNT OF INVOICES)

_____ SUMMARY FORM OF ON-SITE MATERIAL INCLUDED

_____ "S" CURVE – (BAR GRAPH)

_____ BUILDER CURRENT RISK POLICY                DUE DATE: __6/30/2012___

_____ CURRENT PUBLIC LIABILITY POLICY                DUE DATE: __10/1/2012___

_____ CURRENT F.S.E. [STATE INSURANCE FUND] POLICY                DUE DATE: __6/30/2012___

_____ WORKERS COMPENSATION POLICY'                DUE DATE: __10/1/2012___

_____ EVIDENCE OF PAYMENT OF POLICIES (RECEIPT OF PAYMENT) (IF APPLICABLE)

NAME OF INSPECTOR:                _____

SIGNATURE OF INSPECTOR:                _____

DATE:  _____

* MUST BE THE PRINCIPAL OF THE FIRM IN CASES OF INSPECTIONS AND SUPERVISION. IN THE EVENT
THAT THE CONTRACTOR CAN BE THE PERSON AUTHORIZED BY THE FIRM AND THE CORRESPONDING
DOCUMENTATION HAS BEEN SUBMITTED TO THE AGENCY, ALL THE NAMES MUST BE TYPED OUT OR IN
BLOCK LETTERS.



AIREKO

P.O. Box 2128 San Juan, PR  00922-2128
Tel. (787) 653-6300

INVOICE No. AI-23-05064

DATE: 07/19/2012

## CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN

CERTIFICATION NO: 02

PERIOD ENDING: 05/31/2012

PROJECT #: 201271-170

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 685,479.71 |
| 5. LESS: 10% RETAINAGE | 68,547.97 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 616,931.74 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 355,149.17 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 261,782.57 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 387,857.77 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   649,640.34 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

DATE:  F13.12

RECEIVED BY:

DATE:  8/13/12

APPROVED BY:

[Partial Translation]



P.O. Box 2128  San Juan, PR  00922-2128
Tel. (787) 653-6300

INVOICE No. AI-23-05064

DATE: 07/19/2012

### CERTIFICATE FOR PAYMENT

PROJECT:     INSTALLATION OF MODULAR SYSTEMS AND INTERNAL IMPROVEMENTS FLOORS 3 & 9
NORTH TOWER MINILLAS GOVERNMENT CENTER, SAN JUAN          CERTIFICATION NO: 02

PROJECT #: 201271-170

PERIOD ENDING: 03/31/2012

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 685,479.71 |
| 5. LESS: 10% RETAINAGE | 68,547.97 |
| NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 616,931.74 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 355,149.17 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 261,782.57 |
| 9. __ 90__ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 387,857.77 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    649,640.34 |

SUBMITTED BY: _____

Ing. Kenneth Báez
Project Manager

DATE: _____

RECEIVED BY: _____

DATE: _____

APPROVED BY: _____

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No.   2   For Period **01-May-12**   , to   **31-May-12**

Project   **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN**

Project #   **1129W**   Contract Due Date: **05-Jun-12**   Extended Contract Due Date

Name of Contractor   **AIREKO CONSTRUCTION CORP.**   Address   PO BOX 2128   Contract No.   **C-09026(11-12)**
SAN JUAN    PR   00922-212

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | TO DATE |
| (1) | (2) | | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | $40,000.00 | $240,358.00 | $280,358.00 | $16,642.00 | 13.51 | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS ( 08 ) | $65,575.00 | | $16,660.00 | $0.00 | $19,600.00 | $45,975.00 | 29.89 | 29.89 |
| IV | FINISHES ( 09 ) | $296,047.77 | | $90,043.20 | $55,411.20 | $145,454.40 | $150,593.37 | 30.42 | 49.13 |
| V | SPECIALTIES ( 10 ) | $286,121.00 | | | | $0.00 | $286,121.00 | | 0.00 |
| VI | MECHANICAL WORKS ( 15 ) | $78,600.04 | | $29,452.09 | $12,552.31 | $42,004.40 | $36,595.64 | 37.47 | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | $38,002.58 | $88,288.68 | $124,291.26 | $23,242.15 | 25.76 | 84.25 |
| VIII | ALLOWANCES(17) | $15,000.00 | | $11,250.00 | $0.00 | $11,250.00 | $3,750.00 | 75.00 | 75.00 |
| | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS ( 08 ) | $61,325.00 | | | | $0.00 | $61,325.00 | | 0.00 |
| XI | FINISHES ( 09 ) | $288,479.53 | | $13,853.60 | $0.00 | $13,853.60 | $274,625.93 | 4.80 | 4.80 |
| XII | SPECIALTIES ( 10 ) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS (15) | $78,540.30 | | $4,000.00 | $0.00 | $4,000.00 | $74,540.30 | 5.09 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | $44,668.05 | $0.00 | $44,668.05 | $102,867.90 | 30.26 | 30.28 |
| XV | ALLOWANCES(17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.80 | | $290,869.52 | $394,610.19 | $685,479.71 | $1,391,289.29 | 14.01 | 33.01 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract .................................................................................................... | $2,076,779.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 .............. | $0.00 |
| Less:  Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............. | $0.00 |
| Current Adjusted Contract Amount ........................................................................... | $2,076,779.00 |

*Friday, August 10, 2012*

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No.   2   For Period 01-May-12   , to   31-May-12

Project: INSTALLATION OF OFFICE MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9 NORTH TOWER MINILLAS GOVERNMENT CENTER, SAN JUAN

Project # 1120W        Contract Due Date: 05-Jun-12      Extended Contract Due Date

Name of Contractor  AIREKO CONSTRUCTION CORP.   Address   PO BOX 2128   SAN JUAN   PR   00922-212   Contract No. C-00036(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4+5 | UNUSED BALANCE 2-6 | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | TO DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | $40,000.00 | $240,358.00 | $280,358.00 | $15,642.00 | 13.51 | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS (08) | $65,575.00 | | $19,600.00 | $0.00 | $19,600.00 | $45,975.00 | 29.89 | 29.89 |
| IV | FINISHES (09) | $296,047.77 | | $90,043.20 | $55,411.20 | $145,454.40 | $150,593.37 | 30.42 | 49.13 |
| V | SPECIALTIES (10) | $286,121.00 | | | | $0.00 | $286,121.00 | | 0.00 |
| VI | MECHANICAL WORKS (15) | $78,600.04 | | $29,452.09 | $12,552.31 | $42,004.40 | $36,595.64 | 37.47 | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | $38,002.58 | $86,288.68 | $124,291.26 | $23,242.15 | 25.76 | 84.25 |
| VIII | ALLOWANCES (17) | $15,000.00 | | $11,250.00 | $0.00 | $11,250.00 | $3,750.00 | 75.00 | 75.00 |
| | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS (08) | $61,325.00 | | | | $0.00 | $61,325.00 | | 0.00 |
| XI | FINISHES (09) | $288,479.53 | | $13,853.60 | $0.00 | $13,853.60 | $274,625.93 | 4.80 | 4.80 |
| XII | SPECIALTIES (10) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS (15) | $78,540.30 | | $4,000.00 | $0.00 | $4,000.00 | $74,540.30 | 5.09 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | $44,668.05 | $0.00 | $44,668.05 | $102,867.90 | 30.26 | 30.28 |
| XV | ALLOWANCES (17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.00 | | $290,869.52 | $394,610.19 | $685,479.71 | $1,391,299.29 | 14.01 | 33.01 |

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.

Value of Contract ........................................................ $2,076,779.00

Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ..................... $0.00

Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ..................... $0.00

Current Adjusted Contract Amount ............................................ $2,076,779.00

*Friday, August 10, 2012*

PBA-Form 1509.

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

Page 2 of 3



## SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment        **2**

For Period: **5/1/2012**                    TO    **5/31/2012**

Project **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES**  Project No.   **AEP 1120W**

Name of Prime Contractor  **AIREKO CONSTRUCTION CORP.**        Contract No.  **C-00036(11-12)**

Name of Subcontractor     **IDS OFFICE INTEGRATED DESIG**  Subcontract No.

| DESCRIPTION AND QUALITY | TOTAL PRICE |
|---|---|
| 9TH FL-100% OF MATERIAL & FR | $142,937.09 |
| 3RD FL-100% OF MATERIAL & FR | $240,696.99 |
| **Total** | 383,634.08 |

Prepared by:

Date:   Friday, August 10, 2012

Contractor's Representative

Checked by:

Resident Engineer:

[Partial Translation]

PBA-Form 1509,

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
SAN JUAN, PUERTO RICO

Page 2 of 3



### SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment     _2_

For Period: **5/1/2012**          TO  **5/31/2012**

Project: INSTALLATION OF OFFICE MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS  Project No. **AEP 1120W**

Name of Prime Contractor **AIREKO CONSTRUCTION CORP.**     Contract No. **C-00036(11-12)**

Name of Subcontractor     **IDS OFFICE INTEGRATED DESIG** Subcontract No.

| DESCRIPTION AND QUALITY | | TOTAL PRICE |
|---|---|---|
| 9TH FL-100% OF MATERIAL & FR | | $142,937.09 |
| 3RD FL-100% OF MATERIAL & FR | | $240,696.99 |
| | Total | 383,634.08 |

Prepared by:          Date:  Friday, August 10, 2012

PBA-Form 1509

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

Page 1 of 3

## SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment          2

For Period: **5/1/2012**                          TO   **5/31/2012**

Project **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES**   Project No.   **AEP 1120W**

Name of Prime Contractor  **AIREKO CONSTRUCTION CORP.**          Contract No. **C-00036(11-12)**

Name of Subcontractor          **CARPETS UNLIMITED DIST. CO**   Subcontract No.

| DESCRIPTION AND QUALITY | TOTAL PRICE |
|---|---|
| DISPERSE TILE M8731 PISO 9 | $24,153.08 |
| DISPERSE TILE M8731 PISO 3 | $23,165.92 |
| Total | 47,319.00 |



Prepared by:

Date:   Friday, August 10, 2012

Contractor's Representative

Checked by:

Resident Engineer:

[Partial Translation]

PBA-Form 1509

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

Page 1 of 3

## SCHEDULE OF MATERIALS STORED

Supporting Periodical Estimate for Parcial Payment     2

For Period: **5/1/2012**                    TO    **5/31/2012**

Project: **INSTALLATION OF OFFICE MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS**   Project No. **AEP 1120W**

Name of Prime Contractor **AIREKO CONSTRUCTION CORP.**          Contract No. **C-00036(11-12)**

Name of Subcontractor     **CARPETS UNLIMITED DIST. CO**     Subcontract No.

| DESCRIPTION AND QUALITY | TOTAL PRICE |
|---|---|
| DISPERSE TILE M8731 PISO 9 | $24,153.08 |
| DISPERSE TILE M8731 PISO 3 | $23,165.92 |
| Total | 47,319.00 |

Prepared by:

Date:   Friday, August 10, 2012

Contractor's Representative

Checked by:

Resident Engineer:

# BREAK-DOWN FOR PAYMENT

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 8, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO: 1120W
CONTRATISTA: ARBEKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 6/31/2012

Page 1 of 8

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | $30,000.00 | 100.0 | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | $2,024.00 | 36.8 | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | $14,500.00 | 100.0 | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | $7,334.00 | 91.7 | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | $102,500.00 | 100.0 | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 0.60 | $60,000.00 | 60.0 | 0.40 | $40,000.00 | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $296,000.00 | | $240,358.00 | | | $40,000.00 | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | 0.00 | $0.00 | 0.0 | 35.00 | $19,600.00 | 35.00 | $19,600.00 | $16,000.00 | 0.0 |
| | Sub Total | | | | $18,000.00 | | $0.00 | | | | | $0.00 | $16,000.00 | |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | | | | | $19,600.00 | | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 49 | SET | $254.29 | $12,460.00 | | | | | | | $0.00 | $12,460.00 | 0.0 |

Friday, August 10, 2012

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 112DW
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACIÓN #: 2
PERIODO ENDING: 5/31/2012
Page 2 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | INTERIOR GLASS & GLAZING - (2nd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | $0.00 | | | | | | $21,760.00 | 0.0 |
| | Sub Total | | | | $45,678.60 | | $0.00 | | | $18,800.00 | | $18,800.00 | $26,878.60 | 41.2 |
| IV | FINISHES (99) | Sub Total | | | $296,047.77 | | $55,411.20 | | | $90,043.20 | | $145,454.40 | $150,593.37 | 49.13 |
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,875 | SF | $6.93 | $158,441.40 | 8,000.00 | $55,411.20 | 35.0 | 13,000.00 | $90,043.20 | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,408 | SF | $3.95 | $4,330.60 | | | | | | | | $4,330.60 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | | $27,586.40 | 0.0 |
| V | SPECIALTIES (10) | Sub Total | | | $286,121.00 | | $0.00 | | | $0.00 | | $0.00 | $286,121.00 | 0.0 |
| 25 | TOILET PARTITIONS - (3rd Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | | $260,000.00 | 0.0 |
| VI | MECHANICAL WORKS (15) | Sub Total | | | $37,000.00 | | $4,000.00 | | | $0.00 | | $0.00 | $286,121.00 | 0.60 |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 260 | LFT | $27.69 | $7,200.00 | 155.00 | $4,292.31 | 59.6 | 85.00 | $2,353.65 | 240.00 | $6,646.16 | $553.84 | 92.3 |
| 31 | COLD WATER A/G - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 120.00 | $4,260.00 | 60.0 | 60.00 | $2,130.00 | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,006.89 | $18,700.00 | | | | | | | | $18,700.00 | 0.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: APEKO CONSTRUCTION CORP.
PO BOX 2129
SAN JUAN  PR  00922-2129

CERTIFICACION #: 2
PERIOD ENDING: 5/31/2012
Page 3 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.90 | | | | | | | | | |
| 34 | FIRE PROTECTION PIPING - (3rd Floor) | 1,060 | LFT | $10.36 | $35,600.05 | 0.00 | $0.00 | 0.0 | 1,360.00 | $21,568.24 | 1,360.00 | $24,688.24 | $5,799.99 | 0.0 |
| | Sub Total | | | | $73,660.04 | | $12,562.31 | | | $23,452.09 | | $42,004.40 | $35,595.64 | 53.44 |
| VII | ELECTRICAL WORKS (6) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-in - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-in - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.18 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-in - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-in - (3rd Floor) | 2,100 | LF | $4.57 | $9,597.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $1,022.70 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-in - (3rd Floor) | 7 | LS | $481.04 | $3,227.27 | 0.90 | $414.93 | 12.9 | 5.10 | $2,351.30 | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,726.40 | 0.00 | $0.00 | 0.0 | 14,400.00 | $10,553.76 | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.57 | 0.00 | $0.00 | 0.0 | 12,660.00 | $9,272.58 | 12,660.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.20 | 0.00 | $0.00 | 0.0 | 3,000.00 | $3,545.40 | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | | | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnish & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panel(s) DTT (1) Furnish, Inst. - (3rd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 0.00 | $0.00 | 0.0 | 6.30 | $9,204.54 | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-in - (3rd Floor) | 1 | lb | $1,000.00 | $1,000.00 | 0.00 | $0.00 | 0.0 | 0.95 | $950.00 | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 0.00 | $0.00 | 0.0 | 2.00 | $1,000.00 | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | 0.00 | $0.00 | 0.0 | 0.75 | $1,125.00 | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | Sub Total | | | | $147,533.41 | | $96,288.68 | | | $39,772.58 | | $124,291.26 | $23,242.15 | 84.25 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIODO ENDING: 5/31/2012
Page 4 of 5

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | ALLOWANCE(5107) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.00 | $0.00 | 0.0 | 0.75 | $11,250.00 | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $15,000.00 | | $0.00 | | | $11,250.00 | | $11,250.00 | $3,750.00 | 75.00 |
| IX | MILLWORK (06) | | | | | | | | | | | | | |
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.0 |
| | Sub Total | | | | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.0 |
| X | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $560.00 | $26,880.00 | | | | | | | $0.00 | $26,880.00 | 0.00 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 56 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,146.67 | $15,440.00 | | | | | | | $0.00 | $15,440.00 | 0.0 |
| | Sub Total | | | | $61,325.00 | | | | | | | $0.00 | $61,325.00 | 0.00 |
| XI | FINISHES (09) | | | | | | | | | | | | | |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,979 | SF | $6.93 | $152,244.14 | 0.00 | $0.00 | 0.0 | 2,000.00 | $13,860.80 | 2,000.00 | $13,853.60 | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.65 | | | | | | | $0.00 | $4,109.65 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,788.02 | | | | | | | $0.00 | $49,788.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,169 | SF | $2.62 | $3,066.17 | | | | | | | $0.00 | $3,066.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | $0.00 | $28,619.20 | 0.0 |
| | Sub Total | | | | $188,478.63 | | $0.00 | | | $13,853.60 | | $13,853.60 | $274,625.53 | 4.80 |
| XII | SPECIALTIES (10) | | | | | | | | | | | | | |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |

Friday, August 10, 2012

# BREAK-DOWN FOR PAYMENT

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 8, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 2
PERIODO ENDING: 5/31/2012
Page 5 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | 0.00 | $0.00 | 0.0 | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | $0.00 | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $268,621.00 | | | | | | | $0.00 | $268,621.00 | 0.00 |
| XIII | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 67 | MECHANICAL DEMOLITION - (8th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,000.00 | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 249 | LFT | $27.82 | $7,204.45 | | $0.00 | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER AVG - (9th Floor) | 169 | LFT | $35.51 | $7,067.47 | | $0.00 | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | $0.00 | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | $0.00 | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | $18.36 | $35,799.46 | | $0.00 | | | | | $0.00 | $35,799.46 | 0.0 |
| | Sub Total | | | | $78,540.30 | | | | | | | $0.00 | $78,540.30 | 0.0 |
| XIV | ELECTRICAL WORKS (44) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,500.00 | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | 0.00 | $0.00 | 0.0 | 2,160.00 | $10,718.14 | 2,160.00 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighting Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | 0.00 | $0.00 | 0.0 | 5,320.00 | $26,409.01 | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.81 | $6,727.28 | 0.00 | $0.00 | 0.0 | 420.00 | $2,018.18 | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | 0.00 | $0.00 | 0.0 | 210.00 | $1,022.72 | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Conctrl CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,728.00 | | | | | | | $0.00 | $11,728.00 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.87 | | | | | | | $0.00 | $10,302.87 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.18 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACIÓN SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN    PR   00922-2128

CERTIFICACIÓN #: 2
PERÍODO ENDING: 8/31/2012
Page 6 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installacin - (9th Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 84 | Elect. Panels (6) DTT (1) Furnish, Inst.-(9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | ls | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 86 | Floor Boxes Installation - (9th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,636.85 | | $0.00 | | | $44,668.05 | | $44,668.05 | $102,867.80 | 30.28 |
| XV | ALLOWANCES(17) | | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (9th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | $0.00 | | | | | $0.00 | $15,000.00 | 0.00 |
| | TOTAL GENERAL: | | | | $3,076,779.00 | | $394,610.19 | | | $230,665.52 | | $585,479.71 | $1,391,299.29 | 33.01 % |

SUBMITTED BY:
Ing. Kenneth M. Baez Avilés
Areko Construction - Contratista

RECOMMENDED BY:
Ing. Emilio Vélez
Inspección Contratada

RECOMMENDED BY:
Arq. Antonio Garate
Supervisión Contratada

APPROVED BY:
AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carabini
Dir. Área de Desarrollo de Proyectos

Friday, August 10, 2012

[Translation]

BREAKDOWN FOR PAYMENT                                                                    CERTIFICATION No. 2

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,

     NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN                     PERIOD ENDING 5/31/2012

PROJECT NO.: 1120-W                                                                       *Page 1 of 6*

CONTRACTOR:     AIREKO CONSTRUCTION CORP.

     PO BOX 2128

     SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | $30,000.00 | 100.0 | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | $2,024.00 | 36.8 | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | $14,500.00 | 100.0 | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | $7,334.00 | 91.7 | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | $102,500.00 | 100.0 | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 0.60 | $60,000.00 | 60.0 | 0.40 | $40,000.00 | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $296,000.00 | | $240,358.00 | | | $40,000.00 | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.0 |
| | Sub Total | | | | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | 0.00 | $0.00 | 0.0 | 35.00 | $19,600.00 | 35.00 | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 49 | SET | $254.29 | $12,460.00 | | | | | | | $0.00 | $12,460.00 | 0.0 |

*Friday, August 10, 2012*

[Translation]

BREAKDOWN FOR PAYMENT

CERTIFICATION No. 2

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN

PERIOD ENDING 5/31/2012

PROJECT NO.: 1120-W

*Page 2 of 6*

CONTRACTOR:  AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | INTERIOR GLASS & GLAZING - (3rd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | | | | | | $0.00 | $21,760.00 | 0.0 |
| | Sub Total | | | | $65,575.00 | | $0.00 | | | $19,600.00 | | $19,600.00 | $45,975.00 | 29.89 |
| IV | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,875 | SF | $6.93 | $158,441.40 | 8,000.00 | $55,411.20 | 35.0 | 13,000.00 | $90,043.20 | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | $0.00 | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | $0.00 | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | $0.00 | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,468 | SF | $2.95 | $4,330.60 | | | | | | | $0.00 | $4,330.60 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | $0.00 | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | $0.00 | $27,586.40 | 0.0 |
| | Sub Total | | | | $296,047.77 | | $55,411.20 | | | $90,043.20 | | $145,454.40 | $150,593.37 | 49.13 |
| V | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 25 | TOILET PARTITIONS - (3rd Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | $0.00 | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $286,121.00 | | | | | | | $0.00 | $286,121.00 | 0.00 |
| VI | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 280 | LFT | $27.69 | $7,200.00 | 155.00 | $4,292.31 | 59.6 | 85.00 | $2,353.85 | 240.00 | $6,646.16 | $553.84 | 92.3 |
| 31 | COLD WATER A/G - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 120.00 | $4,260.00 | 60.0 | 60.00 | $2,130.00 | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,038.89 | $18,700.00 | | | | | | | $0.00 | $18,700.00 | 0.0 |

*Friday, August 10, 2012*

[Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
   NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120-W
CONTRACTOR:   AIREKO CONSTRUCTION CORP.
   PO BOX 2128
   SAN JUAN  PR 00922-2128

CERTIFICATION No. 2

PERIOD ENDING 5/31/2012
*Page 3 of 6*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.99 | | | | | | | $0.00 | $5,799.99 | 0.0 |
| 34 | FIRE PROTECTION PIPING - (3rd Floor) | 1,950 | LFT | $18.36 | $35,800.05 | 0.00 | $0.00 | 0.0 | 1,360.00 | $24,968.24 | 1,360.00 | $24,968.24 | $10,831.81 | 69.7 |
| | | Sub Total | | | $78,600.04 | | $12,552.31 | | | $29,452.09 | | $42,604.40 | $35,995.64 | 53.44 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-in - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-in - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.16 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-in - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-in - (3rd Floor) | 2,100 | LF | $4.87 | $10,227.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $1,022.70 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-in - (3rd Floor) | 7 | LS | $461.04 | $3,227.27 | 0.90 | $414.93 | 12.9 | 5.10 | $2,351.30 | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,726.40 | 0.00 | $0.00 | 0.0 | 14,400.00 | $10,553.76 | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.57 | 0.00 | $0.00 | 0.0 | 12,690.00 | $9,272.58 | 12,690.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.20 | 0.00 | $0.00 | 0.0 | 3,000.00 | $3,545.40 | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | | | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnish & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panels(6) DTT (1) Furnish, Inst.- (3rd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 0.00 | $0.00 | 0.0 | 6.30 | $9,204.54 | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-in - (3rd Floor) | 1 | ls | $1,000.00 | $1,000.00 | 0.00 | $0.00 | 0.0 | 0.95 | $950.00 | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 0.00 | $0.00 | 0.0 | 2.00 | $1,000.00 | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | 0.00 | $0.00 | 0.0 | 0.75 | $1,125.00 | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | | Sub Total | | | $147,533.41 | | $86,288.68 | | | $33,002.58 | | $124,291.26 | $23,242.15 | 84.25 |

*Friday, August 10, 2012*

[Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
     NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120-W
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
     PO BOX 2128
     SAN JUAN  PR 00922-2128

CERTIFICATION No. 2

PERIOD ENDING 5/31/2012
*Page 4 of 6*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.00 | $0.00 | 0.0 | 0.75 | $11,250.00 | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $15,000.00 | | $0.00 | | | $11,250.00 | | $11,250.00 | $3,750.00 | 75.00 |
| IX | MILLWORK (96) | | | | | | | | | | | | | |
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.0 |
| | Sub Total | | | | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.00 |
| X | DOORS & WINDOWS ( 68 ) | | | | | | | | | | | | | |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $560.00 | $26,880.00 | | | | | | | $0.00 | $26,880.00 | 0.0 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 56 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,146.67 | $15,440.00 | | | | | | | $0.00 | $15,440.00 | 0.0 |
| | Sub Total | | | | $61,325.00 | | | | | | | $0.00 | $61,325.00 | 0.00 |
| XI | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,979 | SF | $6.93 | $152,244.14 | 0.00 | $0.00 | 0.0 | 2,000.00 | $13,853.60 | 2,000.00 | $13,853.60 | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.65 | | | | | | | $0.00 | $4,109.65 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,788.02 | | | | | | | $0.00 | $49,788.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,169 | SF | $2.62 | $3,066.17 | | | | | | | $0.00 | $3,066.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | $0.00 | $28,619.20 | 0.0 |
| | Sub Total | | | | $288,478.53 | | $0.00 | | | $13,853.60 | | $13,853.60 | $274,625.93 | 4.80 |
| XII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |

*Friday, August 10, 2012*

[Translation]

BREAKDOWN FOR PAYMENT        CERTIFICATION No. 2

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
       NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN      PERIOD ENDING 5/31/2012

PROJECT NO.: 1120-W        Page 5 of 6

CONTRACTOR:       AIREKO CONSTRUCTION CORP.
       PO BOX 2128
       SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $268,621.00 | | | | | | | $0.00 | $268,621.00 | 0.00 |
| XIII | MECHANICAL WORKS (15) | | | | | | | | | | | $0.00 | $268,621.00 | 0.00 |
| 67 | MECHANICAL DEMOLITION - (9th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,000.00 | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 269 | LFT | $27.82 | $7,204.45 | | | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER A/G - (9th Floor) | 199 | LFT | $35.51 | $7,067.47 | | | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | 518.36 | $35,799.46 | | | | | | | $0.00 | $35,799.46 | 0.0 |
| | Sub Total | | | | $78,540.30 | | $0.00 | | | $4,000.00 | | $4,000.00 | $74,540.30 | 5.09 |
| XIV | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $4,500.00 | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | 0.00 | $0.00 | 0.0 | 2,160.00 | $10,718.14 | 2,160.00 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighting Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | 0.00 | $0.00 | 0.0 | 5,320.00 | $26,409.01 | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.81 | $6,727.28 | 0.00 | $0.00 | 0.0 | 420.00 | $2,018.18 | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | 0.00 | $0.00 | 0.0 | 210.00 | $1,022.72 | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Control CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,728.00 | | | | | | | $0.00 | $11,728.00 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.87 | | | | | | | $0.00 | $10,302.87 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.18 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |

Friday, August 10, 2012

[Translation]
BREAKDOWN FOR PAYMENT

CERTIFICATION No. 2

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,

NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN

PERIOD ENDING 5/31/2012

PROJECT NO.: 1120-W

*Page 6 of 6*

CONTRACTOR:      AIREKO CONSTRUCTION CORP.

PO BOX 2128

SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | UNIT PRICE | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installation - (9th Floor) | 146 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 84 | Elect. Panels (6) DTT (1) Furnish, Inst.-(9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | ls | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 86 | Floor Boxes Installation - (9th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,535.85 | | $0.00 | | | $44,668.05 | | $44,668.05 | $102,867.80 | 30.28 |
| XV | ALLOWANCES(17) | | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (9th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.00 |
| | TOTAL GENERAL: | | | | $2,076,779.00 | | $394,610.19 | | | $290,869.52 | | $585,479.71 | $1,391,299.29 | 33.01 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Aireko Construction - Contratista

Aireko Construction – Contractor

RECOMMENDED BY:

Ing. Emilio Vélez
Inspección Contratada

Contracted Inspection

RECOMMENDED BY:

Arq. Antonio Garate
Supervisión Contratada

Supervision Contractor

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

PUBLIC BUILDINGS AUTHORITY

Director, Project Development Area

Friday, August 10, 2012

**$$$ TRIPLE-S** INSURANCE AGENCY

06/13/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

| | |
|---|---|
| Asegurado | AIREKO CONSTRUCTION INC. |
| Póliza núm. | BR-92000791 |
| Efectividad | 02/01/2012 A 06/30/2012 |
| Expediente | 2053815 |

Estimados señores:

Nos place informarles que la póliza en referencia ha sido **pagada en su totalidad y no financiada. La prima total pagada fue de $2,024.00.**

De surgir alguna pregunta, favor comunicarse con nosotros al número de teléfono (787)781-4000.

Cordialmente,

*Juan Rivera P.*

**JUAN RIVERA PIMENTEL**
Departamento de Contabilidad

RATC 200*_03/08

SAN JUAN
PO Box 363628
San Juan PR 00936-3628
Tel (787)781-4000   Fax (787)625-6672

CAGUAS
Ave. Muñoz Marin # 50
Cuatrienga Medical Center, Oficina 120
Caguas PR 00725
Tel. (787)258-6473   Fax (787)625-6676

PONCE
Galeria de Sur
1065  Ave. Hostos  Piso 2*5
Ponce, PR 00716-1112
Tel. (787)844-2620   Fax (787)844-2612

MAYAGÜEZ
Ave. Corazones 1065
Señora Medico Profesional  Oficina 206
Mayagüez, PR 00680
Tel. (787)832-0373   Fax (787)832-0381

[Translation]

[Logo] TRIPLE-S *INSURANCE AGENCY*

06/13/2012

PUBLIC BUILDINGS AUTHORITY

| | |
|---|---|
| **Insured** | **AIREKO CONSTRUCTION INC.** |
| **Policy No:** | **BR-92000791** |
| **Effective Period:** | **02/01/2012 TO 06/30/2012** |
| **File:** | **2053815** |

Dear Gentlemen:

We are pleased to inform you that the above-referenced policy has been paid in full and not financed. The premium paid was $2,024.00.

If you have any question, please contact us and the following telephone number (787) 781-4000.

Cordially,

[Sgd.]

JUAN RIVERA PIMENTEL
Accounting Department

*TRAVELERS*

One Tower Square, Hartford, CT 06183

June 19, 2012

Autoridad de Edificios Públicos
PO Box – 1029
San Juan, PR  00940

RE:   AIREKO CONSTRUCTION CORPORATION
BOND NUMBER 105694267
PROJECT "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ
VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-
W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full.  The effective date is January
19, 2012. The total premium charged was $15,022.00.

The bond term is as acknowledged in the contract, even though the bond is a continuous
obligation.  Should the project go beyond the 24 months period, there will be an additional
premium charged.

If you need additional information please contact us.

Cordially,

*Travelers Casualty and Surety Company*

Maria A. ...
Attorney in Fact

[Partial Translation]

TRAVELERS

One Tower Square, Hartford, CT  06183

June 19, 2012

Autoridad de Edificios Públicos
PO Box – 1029
San Juan, PR  00940

RE:   AIREKO CONSTRUCTION CORPORATION

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9 OF THE ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER, SAN JUAN, PUERTO RICO ACCORDING TO BIDDING PROCESS NUMBER AEP-1120-W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full.  The effective date is January 19, 2012.  The total premium charged was $15,022.00.

The bond term was acknowledged in the contract, even though the bond is a continuous obligation.  Should the project go beyond the 24 months period, there will be an additional premium charged.

If you need additional information please contact us.

Cordially,

_Travelers Casualty and Surety Company_

Maria Vélez
Attached in Fact

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

CFSE-068
Oct. 2010

CFSE

Número
Control

1

CORPORACIÓN DEL **CERTIFICACION SOBRE POLIZA DE SEGURO**
DEL SEGURO DEL ESTADO

A:                AUTORIDAD DE EDIFICIOS PUBLICOS

Dirección:

Certificamos que el patrono        AIREKO CONSTRUCTION CORP        40414-00000
cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1   Rindió su declaración de la nómina en        28 DE JUNIO DE 2011

2.  Su póliza cubre los siguientes riesgos:

5213-273 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES

3.  Pagó las primas establecidas por el Administrador en:

PRIMER SEMESTRE        **25 DE ENERO DE 2012**                          **25 DE ENERO DE 2012**
                       Día        Mes        Año          Día        Mes        Año

SEGUNDO SEMESTRE   **21 DE FEBRERO DE 2012**                   **21 DE FEBRERO DE 2012**

4.  La póliza cubre la (s) localidad (es)
    TORRE NORTE CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA
    SAN JUAN, PUERTO RICO

5.  El montante del proyecto.                $2,076,779.00
    Nómina Estimada Total:                   $664,569.28
    Tiempo de duración del proyecto              2          Meses
    Nómina Considerada Año Fiscal            $664,569.28
    Meses Considerados Año Fiscal                     2 Mes
    Prima Impuesta                           $ 48,513.56

VÁLIDA HASTA        30 DE JUNIO DE 2012

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones.        INSTALACION DE MODULARES Y MEJORAS INTERIORES PISO 3 Y 4

ANA FRIAS FRIAS                                23 DE FEBRERO DE 2012
Firma Jefe Oficina de Seguros e Intervenciones                Fecha

[Translation]

| | | |
|---|---|---|
| FSE | STATE INSURANCE FUND CORPORATION | CFSE-0680-1 |
| | INSURANCE AND INTERVENTION DIVISION | Oct 2010 |
| | Regional Office of San Juan | Control Number      1 |

[illegible]                          CERTIFICATION OF INSURANCE POLICY
STATE INSURANCE FUND
CORPORATION

To:              PUBLIC BUILDINGS AUTHORITY
Address:        _____

We certify that the employer AIREKO CONSTRUCTION CORP              40414-00000
Complies with the following requirements for obtaining coverage for its workers or
employees, in the event that a work accident occurs:

1.      Its payroll declaration was made on              JUNE 28, 2011

2.      Its policy covers the following risks:

                5213-273 CONSTRUCTION WITH CONCRETE, BRICKS OR BLOCKS

3.      Payment of the premiums established by the Administrator on:

| | | |
|---|---|---|
| FIRST SEMESTER | JANUARY 25, 2012 | JANUARY 25, 2012 |
| | Day    Month    Year | Day    Month    Year |
| SECOND SEMESTER | FEBRUARY 21, 2012 | FEBRUARY 21, 2012 |

4.      The policy covers the following site
NORTH TOWER, ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER
SAN JUAN, PUERTO RICO

5.      The amount of the project              $2,076,779.00
Total estimated Payroll:              $664,569.28
Duration of the Project                        2      Months
Payroll Considered Fiscal Year              $664,569.28
Months Considered Fiscal Year                        2    Months
Premium Imposed                        $48,513.56

                        VALID UNTIL              JUNE 30, 2012

SUBJECT TO THE PAYMENT OF THE FEES IMPOSED WITHIN THE ESTABLISHED EFFECTIVE DATES

Observations.              INSTALLATION OF MODULAR EQUIPMENT AND IMPROVE FLOORS 3 AND 4

[Sgd.]
ANA FRIAS FRIAS                              FEBRUARY 23, 2012

Signature Director of Insurance and Interventions Division              Date

AIRECO1   OP ID: MS

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
04/13/12

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | |
|---|---|---|---|
| Carrión Laffitte & Casellas,<br>PO Box 195556<br>San Juan, PR 00919-5556 | 787-641-2736<br>787-641-2679 | CONTACT NAME: | |
| | | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A : Triple S Propiedad | |
| INSURED   AIREKO CONSTRUCTION CORP.<br>PO Box 2128<br>San Juan, PR 00922-2128 | INSURER B : Liberty International Underwri | 23035 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR | X | | DGL-PR-087954-2 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-<br>JECT LOC | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | EMP.BENEF. | $ 1,000,000 |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>ALL OWNED SCHEDULED<br>AUTOS AUTOS<br>X HIRED AUTOS X NON-OWNED AUTOS | X | | CA4-46054363 | 10/01/11 | 10/01/12 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR<br>X EXCESS LIAB CLAIMS-MADE<br>DED X RETENTION $ 10,000 | X | | UMBPR0972732 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE<br>OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>DESCRIPTION OF OPERATIONS below | N/A | | DGL-PR-087954-2<br>EMP.STOP GAP | 10/01/11 | 10/01/12 | X WC STATU- OTH-<br>TORY LIMITS ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| AUTOEDI<br><br>AUTORIDAD DE EDIFICIOS PUBLICOS<br>PO BOX 41029<br>SAN JUAN, PR 00940 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD.

[Partial Translation]

# CERTIFICATE OF LIABILITY INSURANCE

ACORD

AIRECO1   OP ID: M

DATE (MM/DD/YYYY): 04/13/12

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | CONTACT NAME: | |
|---|---|---|---|
| Carrión Laffitte & Casellas, PO Box 195556 San Juan, PR 00919-5556 | 787-641-2738 787-641-2679 | PHONE (A/C, No, Ext): E-MAIL ADDRESS: | FAX (A/C, No): |

| | | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|---|
| INSURED | AIREKO CONSTRUCTION CORP. PO Box 2128 San Juan, PR 00922-2128 | INSURER A : Triple S Propiedad | |
| | | INSURER B : Liberty International Underwri | 23035 |
| | | INSURER C : | |
| | | INSURER D : | |
| | | INSURER E : | |
| | | INSURER F : | |

## COVERAGES   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | GENERAL LIABILITY  X  COMMERCIAL GENERAL LIABILITY | X | | DGL-PR-087954-2 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 1,000,00 |
| | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,00 |
| | | | | | | | MED EXP (Any one person) | $ 5,00 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,00 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,00 |
| | POLICY  X  PRO-JECT  LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,00 |
| | | | | | | | EMP BENEF | $ 1,000,00 |
| A | AUTOMOBILE LIABILITY  X  ANY AUTO | X | | CA4-46054363 | 10/01/11 | 10/01/12 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,00 |
| | ALL OWNED AUTOS   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per person) | $ |
| | X  HIRED AUTOS  X  NON-OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X  UMBRELLA LIAB  X  OCCUR  X  EXCESS LIAB  CLAIMS-MADE | X | | UMBPR0972732 | 10/01/11 | 10/01/12 | EACH OCCURRENCE | $ 25,000,00 |
| | | | | | | | AGGREGATE | $ 25,000,00 |
| | DED  X  RETENTION $  10,000 | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | DGL-PR-087954-2 EMP.STOP GAP | 10/01/11 | 10/01/12 | X  WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,00 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,00 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,00 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

RE: INSTALLATION OF THE OFFICE MODULAR SYSTEM AND INTERIOR IMPROVEMENTS OF FLOORS 3 AND 9 OF THE ROBERT SANCHEZ VILELLA (MINILLAS) GOVERNMENT CENTER TOWER, SAN JUAN, PR (AEP-1120W)

[Below "CERTIFICATE HOLDER": PUBLIC BUILDINGS AUTHORITY]

| CERTIFICATE HOLDER   AUTOEDI | CANCELLATION |
|---|---|
| AUTORIDAD DE EDIFICIOS PUBLICOS PO BOX 41029 SAN JUAN, PR 00940 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.
ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD.

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLICOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of:

## AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

## AUTORIDAD DE EDIFICIOS PUBLICOS

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

All others terms and conditions of this policy remain unchanged.

[Partial Translation]

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLICOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of:

PUBLIC BUILDINGS AUTHORITY

RE: INSTALLATION OF THE OFFICE MODULAR SYSTEM AND INTERIOR IMPROVEMENTS TO FLOORS 3 AND 9 OF THE ROBERTO SANCHEZ VILELLA (MIINILLAS) GOVERNMENT CENTER TOWER, SAN JUAN, PR. (AEP-1120-W)

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

PUBLIC BUILDINGS AUTHORITY

RE: INSTALLATION OF THE OFFICE MODULAR SYSTEM AND INTERIOR IMPROVEMENTS TO FLOORS 3 AND 9 OF THE ROBERTO SANCHEZ VILELLA (MIINILLAS) GOVERNMENT CENTER TOWER, SAN JUAN, PR. (AEP-1120-W)

All others terms and conditions of this policy remain unchanged.

# TRAVELERS CASUALTY AND SURETY COMPANY

## RIDER #2

THIS RIDER EFFECTIVE <u>APRIL 22, 2012</u> FORMS PART OF BOND NUMBER <u>105694267</u> ISSUED TO <u>AIREKO CONSTRUCTION CORPORATION</u> BY <u>TRAVELERS CASUALTY AND SURETY COMPANY</u> IN FAVOR OF <u>AUTORIDAD DE EDIFICIOS PÚBLICOS</u> FOR THE "<u>INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES PISOS 3 Y 4 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-W</u>" IT IS HEREBY UNDERSTOOD AND AGREED THAT:

THE DESCRIPTION OF THE WORK IS MODIFIED TO READ:

"INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-W"

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED. NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER WAIVE OR EXTEND ANY OF THE AGREEMENTS OR CONDITIONS OF THE BOND OTHER THAN ABOVE STATED.

SIGNED, SEALED AND DATED THIS 22ND DAY OF <u>APRIL, 2012</u>.

AIREKO CONSTRUCTION CORPORATON

BY:

TRAVELERS CASUALTY AND
SURETY COMPANY
BY:
MARIA A. BRAS - ATTORNEY IN FACT

[Partial Translation]

# TRAVELERS CASUALTY AND SURETY COMPANY

## RIDER #2

THIS RIDER EFFECTIVE APRIL 22, 2012 FORMS PART OF BOND NUMBER 105694267 ISSUED TO AIREKO CONSTRUCTION CORPORATION BY TRAVELERS CASUALTY AND SURETY COMPANY IN FAVOR OF AUTORIDAD DE EDIFICIOS PÚBLICOS FOR THE "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES PISOS 3 Y 4 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-W" IT IS HEREBY UNDERSTOOD AND AGREED THAT:

THE DESCRIPTION OF THE WORK IS MODIFIED TO READ:

**"INSTALLATION OF THE MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS TO FLOORS 3 AND 9 OF THE ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER TOWER, SAN JUAN, PUERTO RICO ACCORDING TO PUBLIC BIDDING 130-1120-W"**

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED. NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER WAIVE OR EXTEND ANY OF THE AGREEMENTS OR CONDITIONS OF THE BOND OTHER THAN ABOVE STATED.

SIGNED, SEALED AND DATED THIS 22ND DAY OF APRIL, 2012.

AIREKO CONSTRUCTION CORPORATON

BY:

TRAVELERS CASUALTY AND
SURETY COMPANY

BY:
MARIA A. BRAS - ATTORNEY IN FACT

# Certificación #3
# (Factura #AI-24-080022)

[Translation]

# Certification #3

# (Invoice #AI-24-080022)



*Copia para ser ponchada.*

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 1/22/2014 | JOB NO. AEP 1120W | SUBMITTAL NO. |
|---|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-3 Y 9 MINILLAS |
|---|---|

TO:   AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:   GERARDO CRESPO

WE ARE SENDING YOU

- [ ] Attached
- [ ] Under separate cover via_____ the following items
- [ ] Drawings
- [ ] Prints
- [ ] Samples
- [ ] Copy of Letter
- [ ] Change Order
- [ ] Other
- [ ] Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@30/JUNIO/2012 | | CERTIFICACION 3 |
| | | | • Breakdown for Payment. |
| | | | • Certificacion Poliza Fondo. |
| | | | • Certificate of Liability Insurance. |
| | | | • Certificate of Insurance Builder Risk. |
| | | | • Performance Bond |
| | | | • CD |
| | | | • Fotos |
| | | | • Evidencia Material On Site. |
| | | | • Certificado Relevo Total – Departamento Hacienda. |

THESE ARE TRNSMITTED as checked below:

- [x] For Approval
- [ ] For your use
- [ ] As requested
- [ ] Disapproved
- [ ] Approved as submitted
- [ ] Approved as noted
- [ ] Returned for corrections
- [ ] Revise and Resubmit
- [ ] Submit_____ copies for distribution
- [ ] Return_____ corrected prints
- [ ] For review and comment
- [ ] For bids due
- [ ] Prints returned after loan to us

JAN 2 7 2014

ER:   KENNETH BAEZ - PROJECT MANAGER          DATE: 22-Jan-14

RECEIVED BY:   _Rosa Gonzále_          DATE: _27/01/2014_

Transmittal Cert - 3 - Piso 3 y9 GERARDO CRESPO revised 1/24/2014          If enclosures are not as noted, kindly notify us at once

[Partial Translation]

Copy to be stamped [handwritten]

*Copia para ser ponchada.* [handwritten]

REKO

☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 1/22/2014 | JOB NO. AEP 1120W | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

JOB NAME         INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-3 AND 9 MINILLAS
TO        PUBLIC BUILDINGS AUTHORITY

ATTN:   GERARDO CRESPO

WE ARE SENDING YOU        ☐ Attached        ☐ Under separate cover via_____the following items
☐ Drawings        ☐ Prints        ☐ Samples
☐ Copy of Letter        ☐ Change Order        ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | |
|--------|------|--------|---|
| 4 | 1@30/JUNE/2012 | | CERTIFICATION 3 |
| | | | *Breakdown for Payment. |
| | | | *Fund Policy Certification |
| | | | *Certificate of Liability Insurance |
| | | | *Certificate of Insurance Builder Risk. |
| | | | *Performance Bond |
| | | | *CD |
| | | | *Photos |
| | | | *Material on Site Evidence |
| | | | *Certificate of Total Release – Department Treasury |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

JAN 2 7 2014

...ER:        KENNETH BAEZ - PROJECT MANAGER        DATE: 22-Jan-14

RECEIVED BY:        *Rosa Gonzále*        DATE: 27/01/2014

Transmittal Cert - 3 - Piso 3 y9 GERARDO CRESPO  revised1/24/2014        If enclosures are not as noted, kindly notify us at once



P·O Box 2128 San Juan, PR. 00922-2128
Tel. (787) 653-6300

**DATE: 01/24/2014**

INVOICE No. AI-24-01014

## CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN

**CERTIFICATION NO: 03**

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | | |
|---|---|---|
| 1. CONTRACT AMOUNT | | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | | - |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | | 2,076,779.00 |
| 4 TOTAL VALUE OF WORK PERFORMED TO DATE | | 1,246,373.85 |
| 5 LESS: 10% RETAINAGE | | 124,637.39 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | | 1,121,736.47 |
| LESS: NET AMOUNT PREVIOUSLY CERTIFIED | | 1,004,789.51 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | | 116,946.96 |
| 9. __ 90__ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | | $   116,946.96 |

SUBMITTED BY:

RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:

DATE:

APPROVED BY:

[Partial translation]



**AIREKO**

P.O. Box 2128 San Juan, PR. 00922-2128
Tel. (787) 653-6300

DATE: 01/24/2014

INVOICE No. AI-24-01014

### CERTIFICATE FOR PAYMENT

## PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9

## NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN          CERTIFICATION 03

| PROJECT #: 201271-170 | PERIOD ENDING: 06/30/2012 |
|---|---|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | - |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. LESS: 10% RETAINAGE | 124,637.39 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,121,736.47 |
| LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,004,789.51 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 116,946.96 |
| 9. __90__ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   116,946.96 |

SUBMITTED BY:                                   RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:                                            DATE:

                                                 APPROVED BY:

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   3   For Period 01-Jun-12   , to   30-Jun-12

Project   INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN JUAN

Project # 1120W          Contract Due Date: 05-Jun-12       Extended Contract Due Date

Name of Contractor AIREKO CONSTRUCTION CORP.     Address   PO BOX 2128
SAN JUAN     PR   00922-212  Contract No. C-00036(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD QTY | AMOUNT | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4+5 | UNUSED BALANCE 2-6 | % COMPLETED PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | | $280,358.00 | $280,358.00 | $15,642.00 | | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS (08) | $65,575.00 | | | $19,600.00 | $19,600.00 | $45,975.00 | | 29.89 |
| IV | FINISHES (09) | $296,047.77 | | | $145,454.40 | $145,454.40 | $150,593.37 | | 49.13 |
| V | SPECIALTIES (10) | $266,121.00 | | | | $0.00 | $286,121.00 | | 0.00 |
| VI | MECHANICAL WORKS (15) | $78,600.04 | | | $42,004.39 | $42,004.39 | $36,595.65 | | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | | $124,291.26 | $124,291.26 | $23,242.15 | | 84.25 |
| VIII | ALLOWANCES (17) | $15,000.00 | | | $11,250.00 | $11,250.00 | $3,750.00 | | 75.00 |
| IX | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS (08) | $61,325.00 | | | | $0.00 | $61,325.00 | | 0.00 |
| XI | FINISHES (09) | $288,479.53 | | | $13,853.60 | $13,853.60 | $274,625.83 | | 4.80 |
| XII | SPECIALTIES (10) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS (15) | $78,540.30 | | | $4,000.00 | $4,000.00 | $74,540.30 | | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | | $44,668.05 | $44,668.05 | $102,867.90 | | 30.28 |
| XV | ALLOWANCES (17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.00 | | | $685,479.70 | $685,479.70 | $1,391,299.30 | | 33.01 |



Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firmas: _____

| Value of Contract ................................................................................... | $2,076,779.00 |
|---|---|
| Add:  Change Orders Additions – Column 3 – Schedule of Charge Order – Form PBA 1508 ............ | $0.00 |
| Less: Change Orders Additions – Column 6 – Schedule of Charge Order – Form PBA 1508 ............ | $0.00 |
| Current Adjusted Contract Amount ............................................................... | $2,076,779.00 |

*Monday, December 09, 2013*

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection



COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
SAN JUAN, PUERTO RICO

Copy to be stamped [handwritten]



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   3   For Period  01-Jun-12   . to   30-Jun-12

Project: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN

Project #  1120W          Contract Due Date:  05-Jun-12        Extended Contract Due Date

Name of Contractor  AIREKO CONSTRUCTION CORP.        Address   PO BOX 2128
                                                              SAN JUAN      PR   00922-212   Contract No.  C-00036(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD QTY | WORK PERFORMED THIS PERIOD AMOUNT | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4+5 | UNUSED BALANCE 2-6 | % COMPLETED TO PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| [1] | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $296,000.00 | | | $280,358.00 | $280,358.00 | $15,642.00 | | 94.72 |
| II | MILLWORK (06) | $18,000.00 | | | | $0.00 | $18,000.00 | | 0.00 |
| III | DOORS & WINDOWS ( 08 ) | $65,575.00 | | | $19,600.00 | $19,600.00 | $45,975.00 | | 29.89 |
| IV | FINISHES ( 09 ) | $296,047.77 | | | $145,454.40 | $145,454.40 | $150,593.37 | | 49.13 |
| V | SPECIALTIES ( 10 ) | $266,121.00 | | | | $0.00 | $266,121.00 | | 0.00 |
| VI | MECHANICAL WORKS ( 15 ) | $78,600.04 | | | $42,004.39 | $42,004.39 | $36,595.65 | | 53.44 |
| VII | ELECTRICAL WORKS (16) | $147,533.41 | | | $124,291.26 | $124,291.26 | $23,242.15 | | 84.25 |
| VIII | ALLOWANCES(17) | $15,000.00 | | | $11,250.00 | $11,250.00 | $3,750.00 | | 75.00 |
| IX | MILLWORK (06) | $14,400.00 | | | | $0.00 | $14,400.00 | | 0.00 |
| X | DOORS & WINDOWS ( 08 ) | $61,325.00 | | | | $0.00 | $61,325.00 | | 0.00 |
| XI | FINISHES ( 09 ) | $288,479.53 | | | $13,853.60 | $13,853.60 | $274,625.93 | | 4.80 |
| XII | SPECIALTIES ( 10 ) | $268,621.00 | | | | $0.00 | $268,621.00 | | 0.00 |
| XIII | MECHANICAL WORKS ( 15 ) | $78,540.30 | | | $4,000.00 | $4,000.00 | $74,540.30 | | 5.09 |
| XIV | ELECTRICAL WORKS (16) | $147,535.95 | | | $44,668.05 | $44,668.05 | $102,867.90 | | 30.28 |
| XV | ALLOWANCES(17) | $15,000.00 | | | | $0.00 | $15,000.00 | | 0.00 |
| | | $2,076,779.00 | | | $685,479.70 | $685,479.70 | $1,391,299.30 | | 33.01 |

JAN 2 7 2014

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid. Signature _____

| | |
|---|---|
| Value of Contract ........................................................... | $2,076,779.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ........... | $0.00 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ........... | $0.00 |
| Current Adjusted Contract Amount ........................................................... | $2,076,779.00 |

Monday, December 09, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y INTERIORES PISO 3 Y 9, TORRE NORTE CTRO, GUB. MINILLAS SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 1 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (81) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | $30,000.00 | 100.0 | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | $2,024.00 | 36.8 | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | $14,500.00 | 100.0 | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | $7,334.00 | 91.7 | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | $102,500.00 | 100.0 | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 1.00 | $100,000.00 | 100.0 | | | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $295,000.00 | | $280,358.00 | | | | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (9%) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.0 |
| | Sub Total | | | | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.00 |
| III | DOORS & WINDOWS (88) | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | 35.00 | $19,600.00 | 83.3 | 35.00 | | | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 40 | SET | $254.29 | $12,460.00 | | | | | | | $0.00 | $12,460.00 | 0.0 |
| 17 | INTERIOR GLASS & GLAZING - (3rd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | | | | | | $0.00 | $21,760.00 | 0.0 |
| | Sub Total | | | | $65,575.00 | | $19,600.00 | | | | | $19,600.00 | $45,975.00 | 29.89 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y ... INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL... SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 1
PERIOD ENDING: 5/30/2012
Page 2 of 6

| ITEM / FINISHES (#) | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,075 | SF | $6.93 | $153,441.40 | 21,000.00 | $145,454.40 | 91.8 | | | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | $0.00 | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | $0.00 | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | $0.00 | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,466 | SF | $2.95 | $4,330.50 | | | | | | | $0.00 | $4,330.50 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | $0.00 | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | $0.00 | $27,586.40 | 0.0 |
| | Sub Total | | | | $290,047.77 | | $145,454.40 | | | | | $145,454.40 | $150,593.37 | 49.13 |
| V | SPECIALTIES (10) | | | | | | | | | | | | | |
| 25 | TOILET PARTITIONS - (3rd Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | $0.00 | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $286,121.00 | | | | | | | $0.00 | $286,121.00 | 0.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 200 | LFT | $27.59 | $7,200.00 | 240.00 | $5,546.15 | 92.3 | | | 240.00 | $6,646.15 | $553.85 | 92.3 |
| 31 | COLD WATER AVG - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 180.00 | $6,390.00 | 90.0 | | | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,039.89 | $18,709.00 | | | | | | | $0.00 | $18,709.00 | 0.0 |
| 33 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.99 | | | | | | | $0.00 | $5,799.99 | 0.0 |
| 34 | FIRE PROTECTION PIPING - (3rd Floor) | 1,950 | LFT | $18.36 | $35,800.05 | 1,260.00 | $24,008.24 | 69.7 | | | 1,260.00 | $24,008.24 | $10,851.81 | 69.7 |
| | Sub Total | | | | $78,608.04 | | $42,004.39 | | | | | $42,004.39 | $36,595.65 | 53.4 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLA SAN JUAN
PROYECTO #: 1120W
CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACION #: 3
PERIOD ENDING: 8/30/2012
Page 3 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VII | ELECTRICAL WORKS (14) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-In - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-In - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.16 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-In - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-In - (3rd Floor) | 2,100 | LF | $4.87 | $10,237.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $1,022.70 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-In - (3rd Floor) | 7 | LS | $461.04 | $3,227.27 | 6.00 | $2,766.23 | 85.7 | | | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,723.40 | 14,400.00 | $10,553.76 | 90.0 | | | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.87 | 12,690.00 | $9,272.58 | 90.0 | | | 12,690.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.29 | 3,000.00 | $3,545.40 | 75.0 | | | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | | | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnish & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panels(9) DTT (1) Furnish, Inst. - (3rd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 6.30 | $9,204.54 | 90.0 | | | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-In - (3rd Floor) | 1 | ls | $1,000.00 | $1,000.00 | 0.95 | $950.00 | 95.0 | | | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 2.00 | $1,000.00 | 50.0 | | | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | 0.75 | $1,125.00 | 75.0 | | | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | | | Sub Total | | $147,533.41 | | $124,291.26 | | | | | $124,291.26 | $23,242.15 | 84.25 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | | | Sub Total | | $15,000.00 | | $11,250.00 | | | | | $11,250.00 | $3,750.00 | 75.00 |
| IX | MILLWORK (46) | | | | | | | | | | | | | 76.00 |

Monday, December 09, 2012

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y ... INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILL... SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 6/30/2012
Page 4 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD % | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | | $0.00 | $14,400.00 | 0.0 |
| X | DOORS & WINDOWS (48) | Sub Total | | | $14,400.00 | | | | | | | | $0.00 | $14,400.00 | 0.00 |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $590.00 | $28,690.00 | | | | | | | | $0.00 | $28,680.00 | 0.0 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 55 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,146.67 | $15,440.00 | | | | | | | | $0.00 | $15,440.00 | 0.0 |
| XI | FINISHES (91) | Sub Total | | | $61,335.00 | | | | | | | | $0.00 | $61,225.00 | 0.00 |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,379 | SF | $6.92 | $152,244.14 | 2,000.00 | 9.1 | $13,853.60 | | | | 2,000.00 | $13,853.60 | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.65 | | | | | | | | $0.00 | $4,109.65 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,768.02 | | | | | | | | $0.00 | $49,798.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,160 | SF | $2.62 | $3,096.17 | | | | | | | | $0.00 | $3,096.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | | $0.00 | $28,619.20 | 0.0 |
| XII | SPECIALTIES (16) | Sub Total | | | $288,475.53 | | | $13,853.60 | | | | | $13,853.60 | $274,635.93 | 4.80 |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | | $0.00 | $260,000.00 | 0.0 |
| XIII | MECHANICAL WORKS (15) | Sub Total | | | $268,621.00 | | | | | | | | $0.00 | $268,621.00 | 0.00 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y J. INTERIORES PISO 3 Y 9, TORRE NORTE CTRO, GUB. MINILL, SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 2
PERIOD ENDING: 6/30/2012
Page 5 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | MECHANICAL DEMOLITION - (9th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 250 | LFT | $27.82 | $7,204.45 | | | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER A/G - (9th Floor) | 199 | LFT | $35.51 | $7,067.47 | | | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | $18.36 | $35,789.46 | | | | | | | $0.00 | $35,789.46 | 0.0 |
| | Sub Total | | | | $79,540.10 | | $4,000.00 | | | | | $4,000.00 | $74,540.38 | 5.09 |
| XIV | ELECTRICAL WORKS (14) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | 2,160.00 | $10,718.14 | 30.0 | | | 2,160.05 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighting Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | 5,320.00 | $26,409.01 | 70.0 | | | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.81 | $6,777.28 | 420.00 | $2,018.18 | 30.0 | | | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | 210.00 | $1,022.72 | 10.0 | | | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Control CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,726.00 | | | | | | | $0.00 | $11,726.09 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.87 | | | | | | | $0.00 | $10,302.87 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.10 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installation - (9th Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 84 | Elect. Panels (6) DITT (1) Furnish. Inst.-(9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | lt | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |

Monday, December 09, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INSTALACION SIST. MODULAR OFIC. Y INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS SAN JUAN

PROYECTO #: 1120W

CONTRATISTA: AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACIÓN #: 3
PERIOD ENDING: 9/30/2012
Page 6 of 6

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | % | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Floor Boxes Installation - (8th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (8th Floor) | 1 | ea | $1,500.00 | $1,500.00 | | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (8th Floor) | 1 | lb | $1,500.00 | $1,500.00 | | | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,515.95 | | $44,568.95 | | | | | | $44,168.06 | $102,867.90 | 30.28 |
| XV | ALLOWANCES(17) | | | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (8th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | | | | | | | $0.00 | $15,000.00 | 0.00 |
| | TOTAL GENERAL: | | | | $2,076,779.00 | | $686,479.70 | | | | | | $685,479.70 | $1,391,299.30 | 33.01 % |

SUBMITTED BY:

Ing. Kenneth M. Betz Alers
Aireko Construction - Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Haidy De La Cruz
Dir. Área de Desarrollo de Proyectos

Monday, December 03, 2012

[Translation]

BREAKDOWN FOR PAYMENT  CERTIFICATION No. 3

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,

NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN  PERIOD ENDING 6/30/2012

PROJECT NO.: 1120W  Page 1 of 6

CONTRACTOR:  AIREKO CONSTRUCTION CORP.

PO BOX 2128

SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $30,000.00 | $30,000.00 | 1.00 | $30,000.00 | 100.0 | | | 1.00 | $30,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $5,500.00 | $5,500.00 | 0.37 | $2,024.00 | 36.8 | | | 0.37 | $2,024.00 | $3,476.00 | 36.8 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $14,500.00 | $14,500.00 | 1.00 | $14,500.00 | 100.0 | | | 1.00 | $14,500.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $8,000.00 | $8,000.00 | 0.92 | $7,334.00 | 91.7 | | | 0.92 | $7,334.00 | $666.00 | 91.7 |
| 5 | MUNICIPAL TAXES | 1 | LS | $102,500.00 | $102,500.00 | 1.00 | $102,500.00 | 100.0 | | | 1.00 | $102,500.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 7 | WORKMENS COMPENSATION (CFSE) | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $100,000.00 | $100,000.00 | 1.00 | $100,000.00 | 100.0 | | | 1.00 | $100,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $4,500.00 | $4,500.00 | | | | | | | $0.00 | $4,500.00 | 0.0 |
| 10 | AS-BUILT DRAWINGS | 1 | LS | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |
| 11 | PUNCH LIST 3RD FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 12 | PUNCH LIST 9TH FLOOR | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| | Sub Total | | | | $296,000.00 | | $280,358.00 | | | | | $280,358.00 | $15,642.00 | 94.72 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS - (3rd Floor) | 40 | LF | $450.00 | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.0 |
| III | Sub Total | | | | $18,000.00 | | | | | | | $0.00 | $18,000.00 | 0.00 |
| | DOORS & WINDOWS ( 08 ) | | | | | | | | | | | | | |
| 14 | METAL DOOR & FRAMES - (3rd Floor) | 42 | EA | $560.00 | $23,520.00 | 35.00 | $19,600.00 | 83.3 | | | 35.00 | $19,600.00 | $3,920.00 | 83.3 |
| 15 | WOOD DOORS - (3rd Floor) | 31 | EA | $252.74 | $7,835.00 | | | | | | | $0.00 | $7,835.00 | 0.0 |
| 16 | FINISH HARDWARE - (3rd Floor) | 49 | SET | $254.29 | $12,460.00 | | | | | | | $0.00 | $12,460.00 | 0.0 |
| 17 | INTERIOR GLASS & GLAZING - (3rd Floor) | 4 | EA | $5,440.00 | $21,760.00 | | | | | | | $0.00 | $21,760.00 | 0.0 |
| | Sub Total | | | | $65,575.00 | | $19,600.00 | | | | | $19,600.00 | $45,975.00 | 29.89 |

Monday, December 09, 2013

[Translation]

BREAKDOWN FOR PAYMENT                                                         CERTIFICATION No. 3

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
         NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN                    PERIOD ENDING 6/30/2012

PROJECT NO.: 1120W                                                           Page 2 of 6

CONTRACTOR:        AIREKO CONSTRUCTION CORP.
                   PO BOX 2128
                   SAN JUAN  PR 00922-2128

| ITEM IV | DESCRIPTION FINISHES ( 89 ) | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | GYPSUM BOARD WALLS & CEILINGS - (3rd Floor) | 22,875 | SF | $6.93 | $158,441.40 | 21,000.00 | $145,454.40 | 91.8 | | | 21,000.00 | $145,454.40 | $12,987.00 | 91.8 |
| 19 | CERAMIC TILES FLOOR AND WALLS - (3rd Floor) | 1,272 | SF | $3.29 | $4,184.88 | | | | | | | $0.00 | $4,184.88 | 0.0 |
| 20 | MARBLE TILE - (3rd Floor) | 2,709 | SF | $7.43 | $20,127.87 | | | | | | | $0.00 | $20,127.87 | 0.0 |
| 21 | ACOUSTICAL CEILINGS - (3rd Floor) | 14,685 | SF | $3.40 | $49,929.00 | | | | | | | $0.00 | $49,929.00 | 0.0 |
| 22 | RESILIENT TILE FLOOR - (3rd Floor) | 1,466 | SF | $2.95 | $4,330.60 | | | | | | | $0.00 | $4,330.60 | 0.0 |
| 23 | CARPET FLOORING - (3rd Floor) | 1,434 | SY | $21.93 | $31,447.62 | | | | | | | $0.00 | $31,447.62 | 0.0 |
| 24 | PAINTING - (3rd Floor) | 34,483 | SF | $0.80 | $27,586.40 | | | | | | | $0.00 | $27,586.40 | 0.0 |
| | Sub Total | | | | $296,047.77 | | $145,454.40 | | | | | $145,454.40 | $150,593.37 | 49.13 |
| V | SPECIALTIES ( 16 ) | | | | | | | | | | | | | |
| 25 | TOILET PARTITIONS – (3rd Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 26 | BATHROOM ACCESSORIES - (3rd Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 27 | OPERABLE WALL PARTITION - (3rd Floor) | 1 | EA | $17,500.00 | $17,500.00 | | | | | | | $0.00 | $17,500.00 | 0.0 |
| 28 | FURNITURE EQUIPMENT - (3rd Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $286,121.00 | | | | | | | $0.00 | $286,121.00 | 0.00 |
| VI | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 29 | MECHANICAL DEMOLITION - (3rd Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 30 | SANITARY PIPE - (3rd Floor) | 260 | LFT | $27.69 | $7,200.00 | 240.00 | $6,646.15 | 92.3 | | | 240.00 | $6,646.15 | $553.85 | 92.3 |
| 31 | COLD WATER A/G - (3rd Floor) | 200 | LFT | $35.50 | $7,100.00 | 180.00 | $6,390.00 | 90.0 | | | 180.00 | $6,390.00 | $710.00 | 90.0 |
| 32 | PLUMBING FIXTURES - (3rd Floor) | 18 | EA | $1,038.89 | $18,700.00 | | | | | | | $0.00 | $18,700.00 | 0.0 |
| 33 | SPRINKLER HEADS - (3rd Floor) | 170 | EA | $34.12 | $5,799.99 | | | | | | | $0.00 | $5,799.99 | 0.0 |
| 34 | FIRE PROTECTION PIPING - (3rd Floor) | 1,950 | LFT | $18.36 | $35,800.05 | 1,360.00 | $24,968.24 | 69.7 | | | 1,360.00 | $24,968.24 | $10,831.81 | 59.7 |
| | Sub Total | | | | $78,600.04 | | $42,004.39 | | | | | $42,004.39 | $36,595.65 | 53.44 |

Monday, December 09, 2013

[Translation]

BREAKDOWN FOR PAYMENT                                                                 CERTIFICATION No. 3

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,

NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN                    PERIOD ENDING 6/30/2012

PROJECT NO.: 1120W                                                                        *Page 3 of 6*

CONTRACTOR:      AIREKO CONSTRUCTION CORP.
                 PO BOX 2128
                 SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | | |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 35 | Electrical Demolition - (3rd Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 36 | Branch Power Rough-in - (3rd Floor) | 7,200 | LF | $4.96 | $35,727.12 | 6,480.00 | $32,154.41 | 90.0 | | | 6,480.00 | $32,154.41 | $3,572.71 | 90.0 |
| 37 | Lighting Rough-in - (3rd Floor) | 7,600 | LF | $4.96 | $37,727.16 | 6,840.00 | $33,954.44 | 90.0 | | | 6,840.00 | $33,954.44 | $3,772.72 | 90.0 |
| 38 | Fire Alarm Conduit Rough-in - (3rd Floor) | 1,400 | LF | $4.81 | $6,734.00 | 1,260.00 | $6,060.60 | 90.0 | | | 1,260.00 | $6,060.60 | $673.40 | 90.0 |
| 39 | Communication Conduit Rough-in - (3rd Floor) | 2,100 | LF | $4.87 | $10,227.00 | 1,890.00 | $9,204.30 | 90.0 | | | 1,890.00 | $9,204.30 | $1,022.70 | 90.0 |
| 40 | Access Control CCTV Conduit Rough-in - (3rd Floor) | 7 | LS | $461.04 | $3,227.27 | 6.00 | $2,766.23 | 85.7 | | | 6.00 | $2,766.23 | $461.04 | 85.7 |
| 41 | Branch Power Wiring - (3rd Floor) | 16,000 | LF | $0.73 | $11,726.40 | 14,400.00 | $10,553.76 | 90.0 | | | 14,400.00 | $10,553.76 | $1,172.64 | 90.0 |
| 42 | Lighting Distribution Wiring - (3rd Floor) | 14,100 | LF | $0.73 | $10,302.87 | 12,690.00 | $9,272.58 | 90.0 | | | 12,690.00 | $9,272.58 | $1,030.29 | 90.0 |
| 43 | Fire Alarm System Wiring - (3rd Floor) | 4,000 | LF | $1.18 | $4,727.20 | 3,000.00 | $3,545.40 | 75.0 | | | 3,000.00 | $3,545.40 | $1,181.80 | 75.0 |
| 44 | Electrical Room Feeders Wiring - (3rd Floor) | 1 | EA | $3,719.85 | $3,719.85 | | | | | | | $0.00 | $3,719.85 | 0.0 |
| 45 | Wiring Devices Furnish & Installation - (3rd Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 46 | Elec. Panels(5) DTT (1) Furnish, Inst.-(3rd Floor) | 7 | EA | $1,461.04 | $10,227.27 | 6.30 | $9,204.54 | 90.0 | | | 6.30 | $9,204.54 | $1,022.73 | 90.0 |
| 47 | Electrical Room Feeders Rough-in - (3rd Floor) | 1 | ls | $1,000.00 | $1,000.00 | 0.95 | $950.00 | 95.0 | | | 0.95 | $950.00 | $50.00 | 95.0 |
| 48 | Floor Boxes Installation - (3rd Floor) | 4 | ea | $500.00 | $2,000.00 | 2.00 | $1,000.00 | 50.0 | | | 2.00 | $1,000.00 | $1,000.00 | 50.0 |
| 49 | Furniture Module Electrical Connection - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 50 | Grounding - (3rd Floor) | 1 | ls | $1,500.00 | $1,500.00 | 0.75 | $1,125.00 | 75.0 | | | 0.75 | $1,125.00 | $375.00 | 75.0 |
| | Sub Total | | | | $147,533.41 | | $124,291.26 | | | | | $124,291.26 | $23,242.15 | 84.25 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 51 | ASBESTOS REMOVAL ALLOWANCE - (3rd Floor) | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $15,000.00 | | $11,250.00 | | | | | $11,250.00 | $3,750.00 | 75.00 |
| IX | MILLWORK (86) | | | | | | | | | | | | | |

*Monday, December 09, 2013*

[Translation]

BREAKDOWN FOR PAYMENT

CERTIFICATION No. 3

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,

NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN

PERIOD ENDING 6/30/2012

PROJECT NO.: 1120W

*Page 4 of 6*

CONTRACTOR:       AIREKO CONSTRUCTION CORP.

PO BOX 2128

SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | UNIT PRICE | QTY | AMOUNT (PREVIOUS) | % | QTY | AMOUNT (THIS PERIOD) | QTY | AMOUNT (TOTAL TO DATE) | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | WOOD CABINETS - (9th Floor) | 32 | LF | $450.00 | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.0 |
| | Sub Total | | | | $14,400.00 | | | | | | | $0.00 | $14,400.00 | 0.00 |
| X | DOORS & WINDOWS ( 88 ) | | | | | | | | | | | | | |
| 53 | METAL DOOR & FRAMES - (9th Floor) | 48 | EA | $560.00 | $26,880.00 | | | | | | | $0.00 | $26,880.00 | 0.0 |
| 54 | WOOD DOORS - (9th Floor) | 29 | EA | $236.72 | $6,865.00 | | | | | | | $0.00 | $6,865.00 | 0.0 |
| 55 | FINISH HARDWARE - (9th Floor) | 49 | SET | $247.76 | $12,140.00 | | | | | | | $0.00 | $12,140.00 | 0.0 |
| 56 | INTERIOR GLASS & GLAZING - (9th Floor) | 3 | EA | $5,146.67 | $15,440.00 | | | | | | | $0.00 | $15,440.00 | 0.0 |
| | Sub Total | | | | $61,325.00 | | | | | | | $0.00 | $61,325.00 | 0.00 |
| XI | FINISHES ( 89 ) | | | | | | | | | | | | | |
| 57 | GYPSUM BOARD WALLS & CEILINGS - (9th Floor) | 21,979 | SF | $6.93 | $152,244.14 | 2,000.00 | $13,853.60 | 9.1 | | | 2,000.00 | $13,853.60 | $138,390.54 | 9.1 |
| 58 | CERAMIC TILES FLOOR AND WALLS - (9th Floor) | 1,271 | SF | $3.23 | $4,109.65 | | | | | | | $0.00 | $4,109.65 | 0.0 |
| 59 | MARBLE TILE - (9th Floor) | 2,134 | SF | $7.25 | $15,462.11 | | | | | | | $0.00 | $15,462.11 | 0.0 |
| 60 | ACOUSTICAL CEILINGS - (9th Floor) | 14,685 | SF | $3.39 | $49,768.02 | | | | | | | $0.00 | $49,768.02 | 0.0 |
| 61 | RESILIENT TILE FLOOR - (9th Floor) | 1,169 | SF | $2.62 | $3,066.17 | | | | | | | $0.00 | $3,066.17 | 0.0 |
| 62 | CARPET FLOORING - (9th Floor) | 1,600 | SY | $21.99 | $35,190.24 | | | | | | | $0.00 | $35,190.24 | 0.0 |
| 63 | PAINTING - (9th Floor) | 35,774 | SF | $0.80 | $28,619.20 | | | | | | | $0.00 | $28,619.20 | 0.0 |
| | Sub Total | | | | $288,479.53 | | $13,853.60 | | | | | | $13,853.60 | $274,625.93 | 4.80 |
| XII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 64 | TOILET PARTITIONS - (9th Floor) | 5 | EA | $1,081.00 | $5,405.00 | | | | | | | $0.00 | $5,405.00 | 0.0 |
| 65 | BATHROOM ACCESSORIES - (9th Floor) | 24 | EA | $134.00 | $3,216.00 | | | | | | | $0.00 | $3,216.00 | 0.0 |
| 66 | FURNITURE EQUIPMENT - (9th Floor) | 100 | EA | $2,600.00 | $260,000.00 | | | | | | | $0.00 | $260,000.00 | 0.0 |
| | Sub Total | | | | $268,621.00 | | | | | | | $0.00 | $268,621.00 | 0.00 |
| XIII | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |

*Monday, December 09, 2013*

[Translation]
BREAKDOWN FOR PAYMENT                                                                 CERTIFICATION No. 3
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
    NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN                PERIOD ENDING 6/30/2012
PROJECT NO.: 1120W                                                                    *Page 5 of 6*
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
    PO BOX 2128
    SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | MECHANICAL DEMOLITION - (9th Floor) | 1 | LS | $4,000.00 | $4,000.00 | 1.00 | $4,000.00 | 100.0 | | | 1.00 | $4,000.00 | $0.00 | 100.0 |
| 68 | SANITARY PIPE - (9th Floor) | 259 | LFT | $27.82 | $7,204.45 | | | | | | | $0.00 | $7,204.45 | 0.0 |
| 69 | COLD WATER A/G - (9th Floor) | 199 | LFT | $35.51 | $7,067.47 | | | | | | | $0.00 | $7,067.47 | 0.0 |
| 70 | PLUMBING FIXTURES - (9th Floor) | 18 | EA | $1,037.19 | $18,669.46 | | | | | | | $0.00 | $18,669.46 | 0.0 |
| 71 | SPRINKLER HEADS - (9th Floor) | 170 | EA | $34.11 | $5,799.46 | | | | | | | $0.00 | $5,799.46 | 0.0 |
| 72 | FIRE PROTECTION PIPING - (9th Floor) | 1,950 | LFT | $18.35 | $35,799.46 | | | | | | | $0.00 | $35,799.46 | 0.0 |
| | Sub Total | | | | $79,540.30 | | $4,000.00 | | | | | $4,000.00 | $74,540.30 | 5.00 |
| XIV | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 73 | Electrical Demolition - (9th Floor) | 1 | LS | $4,500.00 | $4,500.00 | 1.00 | $4,500.00 | 100.0 | | | 1.00 | $4,500.00 | $0.00 | 100.0 |
| 74 | Branch Power Rough-in - (9th Floor) | 7,200 | LF | $4.96 | $35,727.12 | 2,160.00 | $10,718.14 | 30.0 | | | 2,160.00 | $10,718.14 | $25,008.98 | 30.0 |
| 75 | Lighting Rough-in - (9th Floor) | 7,600 | LF | $4.96 | $37,727.16 | 5,320.00 | $26,409.01 | 70.0 | | | 5,320.00 | $26,409.01 | $11,318.15 | 70.0 |
| 76 | Fire Alarm Conduit Rough-in - (9th Floor) | 1,400 | LF | $4.81 | $6,727.28 | 420.00 | $2,018.18 | 30.0 | | | 420.00 | $2,018.18 | $4,709.10 | 30.0 |
| 77 | Communication Conduit Rough-in - (9th Floor) | 2,100 | LF | $4.87 | $10,227.21 | 210.00 | $1,022.72 | 10.0 | | | 210.00 | $1,022.72 | $9,204.49 | 10.0 |
| 78 | Access Control CCTV Conduit Rough-in - (9th Floor) | 7 | LS | $461.04 | $3,227.27 | | | | | | | $0.00 | $3,227.27 | 0.0 |
| 79 | Branch Power Wiring - (9th Floor) | 16,000 | LF | $0.73 | $11,728.00 | | | | | | | $0.00 | $11,728.00 | 0.0 |
| 80 | Lighting Distribution Wiring - (9th Floor) | 14,100 | LF | $0.73 | $10,302.67 | | | | | | | $0.00 | $10,302.67 | 0.0 |
| 81 | Fire Alarm System Wiring - (9th Floor) | 4,000 | LF | $1.18 | $4,727.20 | | | | | | | $0.00 | $4,727.20 | 0.0 |
| 82 | Electrical Room Feeders Wiring - (9th Floor) | 1 | EA | $3,727.27 | $3,727.27 | | | | | | | $0.00 | $3,727.27 | 0.0 |
| 83 | Wiring Devices Furnish & Installation - (9th Floor) | 148 | EA | $18.16 | $2,687.27 | | | | | | | $0.00 | $2,687.27 | 0.0 |
| 84 | Elect. Panels (6) DTT (1) Furnish. Inst.-(9th Floor) | 7 | EA | $1,461.04 | $10,227.30 | | | | | | | $0.00 | $10,227.30 | 0.0 |
| 85 | Electrical Room Feeders Rough-in - (9th Floor) | 1 | ls | $1,000.00 | $1,000.00 | | | | | | | $0.00 | $1,000.00 | 0.0 |

*Monday, December 09, 2013*

[Translation]
BREAKDOWN FOR PAYMENT                                                                CERTIFICATION No. 3
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
          NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN                          PERIOD ENDING 6/30/2012
PROJECT NO.: 1120W                                                                              *Page 6 of 6*
CONTRACTOR:      AIREKO CONSTRUCTION CORP.
                 PO BOX 2128
                 SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | Floor Boxes Installation - (9th Floor) | 4 | ea | $500.00 | $2,000.00 | | | | | | | $0.00 | $2,000.00 | 0.0 |
| 87 | Furniture Module Electrical Connection - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| 88 | Grounding - (9th Floor) | 1 | ls | $1,500.00 | $1,500.00 | | | | | | | $0.00 | $1,500.00 | 0.0 |
| | Sub Total | | | | $147,535.95 | | $44,668.05 | | | | | $44,668.05 | $102,867.90 | 30.28 |
| XV | ALLOWANCES(17) | | | | | | | | | | | | | |
| 89 | ASBESTOS REMOVAL ALLOWANCE - (9th Floor) | 1 | LS | $15,000.00 | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.0 |
| | Sub Total | | | | $15,000.00 | | | | | | | $0.00 | $15,000.00 | 0.00 |
| | TOTAL GENERAL: | | | | $2,076,779.00 | | $685,479.70 | | | | | $685,479.70 | $1,391,299.30 | 33.01 % |

SUBMITTED BY:                 RECOMMENDED BY:            RECOMMENDED BY:            APPROVED BY:

Ing. Kenneth M. Baéz Alers    Arq. Felix Vizcaya         Ing. José Girona           AUTORIDAD DE EDIFICIOS PÚBLICOS
Aireko Construction - Contratista    Inspección AEP       Coordinador AEP            Arq. Heidy De La Cruz
                                                                                    Dir. Área de Desarrollo de Proyectos

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
SAN JUAN, PUERTO RICO

Certification No.
Date: 09-Dec-13

MATERIAL ON SITE STATUS

Número de Proyecto: **1120W**
Número de Contrato: **C-00036(11-12)**
Proyecto: **INSTALACION SIST. MODULAR OFIC. Y MEJ INTERIORES PISO 3 Y 9, TORRE NORTE CTRO. GUB. MINILLAS - SAN**

| Supplier | Description | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|
| A OSCAR RIVERA. 2 | CEILING ACOUSTIC TILES 3RD F | $0.00 | $9,811.90 | $9,811.90 | $0.00 | $0.00 | $0.00 | $9,811.90 |
| A OSCAR RIVERA. 1 | DRY WALL MATERIALS 3RD FLO | $0.00 | $8,712.45 | $8,712.45 | $0.00 | $0.00 | $0.00 | $8,712.45 |
| BUILDEX CORP. 1 | TOILET PARTITIONS 3RD FLOOR | $0.00 | $11,912.31 | $11,912.31 | $0.00 | $0.00 | $0.00 | $11,912.31 |
| BUILDEX CORP. 2 | TOILET PARTITIONS 9TH FLOOR | $0.00 | $4,100.00 | $4,100.00 | $0.00 | $0.00 | $0.00 | $4,100.00 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M9731 PISO 3 | $23,165.92 | $0.00 | $23,165.92 | $0.00 | $0.00 | $0.00 | $23,165.92 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M9731 PISO 9 | $24,153.08 | $0.00 | $24,153.08 | $0.00 | $0.00 | $0.00 | $24,153.08 |
| GLENN INTERNATIONAL | ELECTRICAL MATERIALS 9TH F | $0.00 | $1,250.71 | $1,250.71 | $0.00 | $0.00 | $0.00 | $1,250.71 |
| GRAYBAR INT. | ELECTRICAL MATERIALS 3RD F | $0.00 | $8,752.93 | $8,752.93 | $0.00 | $0.00 | $0.00 | $8,752.93 |
| IDS OFFICE INTEGRATED DESIGN | 9TH FL-100% OF MATERIAL & FR | $142,937.09 | $0.00 | $142,937.09 | $0.00 | $0.00 | $0.00 | $142,937.09 |
| IDS OFFICE INTEGRATED DESIGN | 3RD FL-100% OF MATERIAL & FR | $240,696.99 | $0.00 | $240,696.99 | $0.00 | $0.00 | $0.00 | $240,696.99 |
| INDUMET CORP. | DOOR METAL FRAMES 3RD FLO | $0.00 | $7,268.51 | $7,268.51 | $0.00 | $0.00 | $0.00 | $7,268.51 |
| INDUMET CORPORATION | DOOR METAL FRAMES 3RD FLO | $0.00 | $10,085.82 | $10,085.82 | $0.00 | $0.00 | $0.00 | $10,085.82 |
| INTERSPACE IND. 1 | WOOD CABINETS 3RD FLOOR | $0.00 | $12,965.13 | $12,965.13 | $0.00 | $0.00 | $0.00 | $12,965.13 |
| INTERSPACE IND. 2 | WOOD CABINETS 9TH FLOOR | $0.00 | $4,212.67 | $4,212.67 | $0.00 | $0.00 | $0.00 | $4,212.67 |
| LUIS FREIRE | PLUMBING FIXTURES 9TH FLOO | $0.00 | $10,934.41 | $10,934.41 | $0.00 | $0.00 | $0.00 | $10,934.41 |
| LUIS FREIRE D | PLUMBING FIXTURES 9TH FLOO | $0.00 | $8,571.41 | $8,571.41 | $0.00 | $0.00 | $0.00 | $8,571.41 |
| LUIS FREIRE DIV | BATHROOM ACCESSORIES 3RD | $0.00 | $6,163.92 | $6,163.92 | $0.00 | $0.00 | $0.00 | $6,163.92 |
| LUIS FREIRE DIV | PLUMBING FIXTURES 9TH FLOO | $0.00 | $424.20 | $424.20 | $0.00 | $0.00 | $0.00 | $424.20 |
| MADERAS DECORATIVAS | WOOD DOORS 9TH FLOOR | $0.00 | $7,434.68 | $7,434.68 | $0.00 | $0.00 | $0.00 | $7,434.68 |
| NATIONAL BLDGS | DRY WALL MATERIALS 3RD FLO | $0.00 | $10,106.11 | $10,106.11 | $0.00 | $0.00 | $0.00 | $10,106.11 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,590.92 | $3,652.98 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,652.98 | $3,590.92 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |

Page 1 of 2

Número de Proyecto: **1120W**

Número de Contrato: **C-00036(11-12)**

Proyecto: **INSTALACION SIST. MODULAR OFIC. Y MEJ. INTERIORES PISO 1 Y 9, TORRE NORTE CTRO. GUB. MINILLAS – SAN**

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

**MATERIAL ON SITE STATUS**

Certification No. **3**
Date: **09-Dec-13**

| Supplier | Description | Tonales | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|---|
| | | | $438,196.98 | $129,941.06 | $568,138.04 | $0.00 | $0.00 | $0.00 | $568,138.04 |



*Page 2 of 2*

[Translation]

Project No.: **1120W**
Contract No.: **C-00036(11-12)**
Project: **INSTALLATION OF MODULAR OFFICE SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9, NORTH TOWER MINILLAS GOVERNMENT CENTER – SAN JUAN**

COMMONWEALTH OF PUERTO RICO   Certification No. 3
**PUBLIC BUILDINGS AUTHORITY**   Date: **09-Dec-13**
SAN JUAN, PUERTO RICO

**MATERIAL ON SITE STATUS**

| Supplier | Description | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|
| A OSCAR RIVERA 2 | CEILING ACOUSTIC TILES 3RD F | $0.00 | $9,811.90 | $9,811.90 | $0.00 | $0.00 | $0.00 | $9,811.90 |
| A OSCAR RIVERA 1 | DRY WALL MATERIALS 3RD FLO | $0.00 | $8,712.45 | $8,712.45 | $0.00 | $0.00 | $0.00 | $8,712.45 |
| BUILDEX CORP. 1 | TOILET PARTITIONS 3RD FLOOR | $0.00 | $11,912.31 | $11,912.31 | $0.00 | $0.00 | $0.00 | $11,912.31 |
| BUILDEX CORP. 2 | TOILET PARTITIONS 9TH FLOOR | $0.00 | $4,100.00 | $4,100.00 | $0.00 | $0.00 | $0.00 | $4,100.00 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M8731 PISO 3 | $23,165.92 | $0.00 | $23,165.92 | $0.00 | $0.00 | $0.00 | $23,165.92 |
| CARPETS UNLIMITED DIST. CO | DISPERSE TILE M8731 PISO 9 | $24,153.08 | $0.00 | $24,153.08 | $0.00 | $0.00 | $0.00 | $24,153.08 |
| GLENN INTERNATIONAL | ELECTRICAL MATERIALS 9TH F | $0.00 | $1,250.71 | $1,250.71 | $0.00 | $0.00 | $0.00 | $1,250.71 |
| GRAYBAR INT. | ELECTRICAL MATERIALS 3RD F | $0.00 | $8,752.93 | $8,752.93 | $0.00 | $0.00 | $0.00 | $8,752.93 |
| IDS OFFICE INTEGRATED DESIGN | 9TH FL-100% OF MATERIAL & FR | $142,937.09 | $0.00 | $142,937.09 | $0.00 | $0.00 | $0.00 | $142,937.09 |
| IDS OFFICE INTEGRATED DESIGN | 3RD FL-100% OF MATERIAL & FR | $240,696.99 | $0.00 | $240,696.99 | $0.00 | $0.00 | $0.00 | $240,696.99 |
| INDUMET CORP. | DOOR METAL FRAMES 3RD FLO | $0.00 | $7,268.51 | $7,268.51 | $0.00 | $0.00 | $0.00 | $7,268.51 |
| INDUMET CORPORATION | DOOR METAL FRAMES 3RD FLO | $0.00 | $10,085.82 | $10,085.82 | $0.00 | $0.00 | $0.00 | $10,085.82 |
| INTERSPACE IND. 1 | WOOD CABINETS 3RD FLOOR | $0.00 | $12,965.13 | $12,965.13 | $0.00 | $0.00 | $0.00 | $12,965.13 |
| INTERSPACE IND. 2 | WOOD CABINETS 9TH FLOOR | $0.00 | $4,212.67 | $4,212.67 | $0.00 | $0.00 | $0.00 | $4,212.67 |
| LUIS FREIRE | PLUMBING FIXTURES 9TH FLOO | $0.00 | $10,934.41 | $10,934.41 | $0.00 | $0.00 | $0.00 | $10,934.41 |
| LUIS FREIRE D | PLUMBING FIXTURES 9TH FLOO | $0.00 | $8,571.41 | $8,571.41 | $0.00 | $0.00 | $0.00 | $8,571.41 |
| LUIS FREIRE DIV | BATHROOM ACCESSORIES 3RD | $0.00 | $6,163.92 | $6,163.92 | $0.00 | $0.00 | $0.00 | $6,163.92 |
| LUIS FREIRE DIV | PLUMBING FIXTURES 9TH FLOO | $0.00 | $424.20 | $424.20 | $0.00 | $0.00 | $0.00 | $424.20 |
| MADERAS DECORATIVAS | WOOD DOORS 9TH FLOOR | $0.00 | $7,424.68 | $7,424.68 | $0.00 | $0.00 | $0.00 | $7,424.68 |
| NATIONAL BLDGS | DRY WALL MATERIALS 3RD FLO | $0.00 | $10,106.11 | $10,106.11 | $0.00 | $0.00 | $0.00 | $10,106.11 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,590.92 | $3,652.98 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |
| PRIME CONTROLS | DRY TYPE TRANSFORMER 9TH F | $3,652.98 | $3,590.92 | $7,243.90 | $0.00 | $0.00 | $0.00 | $7,243.90 |




Project No.: **1120W**                      COMMONWEALTH OF PUERTO RICO   Certification No. 3
Contract No.: **C-00036(11-12)**            **PUBLIC BUILDINGS AUTHORITY**   Date: **09-Dec-13**
Project: **INSTALLATION OF MODULAR OFFICE SYSTEMS**   SAN JUAN, PUERTO RICO
**AND INTERIOR IMPROVEMENTS FLOORS 3**
**AND 9, NORTH TOWER MINILLAS**             **MATERIAL ON SITE STATUS**
**GOVERNMENT CENTER – SAN JUAN**

| Supplier | Description | | Previously | This Month | Total | Previously Deducted | This Month Deducted | Total Deducted | On Site |
|---|---|---|---|---|---|---|---|---|---|
| | | Totales | $438,196.98 | $129,941.06 | $568,138.04 | $0.00 | $0.00 | $0.00 | $568,138.04 |

CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

CFSE-0520-1
Oct. 2010

# FSE

Número
Control   1

CORPORACIÓN DEL SEGURO DEL ESTADO

## CERTIFICACION SOBRE POLIZA DE SEGURO

A:   AUTORIDAD DE EDIFICIOS PUBLICOS

Dirección

Certificamos que el patrono   AIREKO CONSTRUCTION CORP     40414-00000
cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1. Rindió su declaración de la nómina en:   28 DE JUNIO DE 2011

2. Su póliza cubre los siguientes riesgos:

5213-273 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES

3. Pago las primas establecidas por el Administrador en:

PRIMER SEMESTRE      25 DE ENERO DE 2012                      25 DE ENERO DE 2012

| Día | Mes | Año | | Día | Mes | Año |

SEGUNDO SEMESTRE   21 DE FEBRERO DE 2012               21 DE FEBRERO DE 2012

4. La póliza cubre la (s) localidad (es)
TORRE NORTE CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA
SAN JUAN, PUERTO RICO

5. El montante del proyecto:              $2,076,779.00
Nómina Estimada Total:                   $664,569.28
Tiempo de duración del proyecto              2          Meses
Nómina Considerada Año Fiscal            $664,569.28
Meses Considerados Año Fiscal                        2 Mes
Prima Impuesta                           $ 48,513.56

VÁLIDA HASTA      30 DE JUNIO DE 2012

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones.          INSTALACION DE MODULARES Y MEJORAS INTERIORES PISO 3 Y 4

ANA FRIAS FRIAS                             23 DE FEBRERO DE 2012
Firma Jefe Oficina de Seguros e Intervenciones              Fecha

FSE                     STATE INSURANCE FUND CORPORATION                 CFSE-0680-1
                        INSURANCE AND INTERVENTION DIVISION                  Oct 2010
                           Regional Office of San Juan               Control number    1

[illegible]                     CERTIFICATION OF INSURANCE POLICY
STATE INSURANCE FUND
CORPORATION

To:              PUBLIC BUILDINGS AUTHORITY
Address:         _____

We certify that the employer AIREKO CONSTRUCTION CORP               40414-00000
Complies with the following requirements for obtaining coverage for its workers or
employees, in the event that a work accident occurs:

1.       Its payroll declaration was made on            JUNE 28, 2011_____

2.       Its policy covers the following risks: _____

         _____5213-273 CONSTRUCTION WITH CONCRETE, BRICKS OR BLOCKS_____

3.       Payment of the premiums established by the Administrator on:
FIRST SEMESTER        JANUARY 25, 2012           JANUARY 25, 2012
                      Day   Month   Year         Day   Month   Year
SECOND SEMESTER       FEBRUARY 21, 2012          FEBRUARY 21, 2012

4.       The policy covers the following site
NORTH TOWER, ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER
SAN JUAN, PUERTO RICO

5.  The amount of the project              $2,076,779.00
Total estimated Payroll:                   $664,569.28
Duration of the Project                    _____2_____Months
Payroll Considered Fiscal Year             $664,569.28
Months Considered Fiscal Year              _____2_____ Months
Premium Imposed                            $48,513.56

                        VALID UNTIL           JUNE 30, 2012

SUBJECT TO THE PAYMENT OF The FEES IMPOSED WITHIN THE ESTABLISHED EFFECTIVE DATES

Observations.              INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 4

[Sgd.]
ANA FRIAS FRIAS                                      FEBRUARY 23, 2012
Signature Director of Insurance and Interventions Division            Date

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT AUTORIDAD DE EDIFICIOS PUBLICOS INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of:

## AUTORIDAD DE EDIFICIOS PUBLICOS

RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

## AUTORIDAD DE EDIFICIOS PUBLICOS

RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)

All others terms and conditions of this policy remain unchanged.

[Partial Translation]

THIS ENDORSEMENT, EFFECTIVE 04/13/12 PART OF POLICY NO. DGL-PR-087954-2, CA4-46054353, UMBPR0972732, (A.M. standard time)

INSURED TO: AIREKO CONSTRUCTION, CORP.

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLICOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

**RE: INSTALACION DEL SISTEMA MODULAR DE OFICINAS Y LAS MEJORAS A INTERIORES DE LOS PISOS 3 Y 9 DE LA TORRE DEL CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA (MINILLAS), SAN JUAN, PR. (AEP-1120-W)**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

The contractor, for itself, agents, employees, successor and assigns agrees to and hold harmless the owner from and against any and all claims, demands, and/or suits whether judicial or extra judicial for any cause whatsoever arising out related to the execution of the contract described below, and it insured shall defend the owner from such claims, demands and/or suits and shall bear all the expenses for much defense contemplated within the coverage and limits provide by this policy, except where such claims demands and/or suits are due solely to negligence of:

**PUBLIC BUILDINGS AUTHORITY**

**RE: INSTALLATION OF THE MODULAR OFFICE SYSTEM AND THE IMPROVEMENTS TO THE INTERIORS OF THE 3RD AND 9TH FLOORS OF THE TOWER OF THE ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER (MINILLAS), SAN JUAN, P.R. (AEP-1120-W).**

This hold harmless agreement does not extended, modify, increase limits of, or otherwise alter the coverage provide by this policy.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, SIXTY (60) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

**PUBLIC BUILDINGS AUTHORITY**

**RE: INSTALLATION OF THE MODULAR OFFICE SYSTEM AND THE IMPROVEMENTS TO THE INTERIORS OF THE 3RD AND 9TH FLOORS OF THE TOWER OF THE ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER (MINILLAS), SAN JUAN, P.R. (AEP-1120-W).**

All others terms and conditions of this policy remain unchanged.

**ЛЛ TRIPLE·S** *INSURANCE AGENCY*

06/13/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

| | |
|---|---|
| Asegurado | AIREKO CONSTRUCTION INC. |
| Póliza núm. | BR-92000791 |
| Efectividad | 02/01/2012 A 06/30/2012 |
| Expediente | 2053815 |

Estimados señores:

Nos place informarles que la póliza en referencia ha sido **pagada en su totalidad y no financiada. La prima total pagada fue de $2,024.00.**

De surgir alguna pregunta, favor comunicarse con nosotros al número de teléfono (787)781-4000.

Cordialmente,

*Juan Rivera P.*

**JUAN RIVERA PIMENTEL**
Departamento de Contabilidad

[Translation]

[Logo] TRIPLE-S *INSURANCE AGENCY*

06/13/2012

PUBLIC BUILDINGS AUTHORITY

| | |
|---|---|
| **Insured** | **AIREKO CONSTRUCTION INC.** |
| **Policy No:** | **BR-9200791** |
| **Effective Period:** | **02/01/2012 TO 06/30/2012** |
| **File:** | **2053815** |

Dear Gentlemen:

We are pleased to inform you that the above-referenced policy has been paid in full and not financed. The premium paid was $2,024.00.

If you have any question, please contact us and the following telephone number (787) 781-4000.

Cordially,

[Sgd.]

JUAN RIVERA PIMENTEL
Accounting Department

# TRAVELERS

One Tower Square, Hartford, CT  06183

June 18, 2012

Autoridad de Edificios Públicos
PO Box 41929
San Juan, PR  00940

RE:   AIREKO CONSTRUCTION CORPORATION
BOND NUMBER 105694267
PROJECT "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
PISOS 3 Y 9 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ
VILELLA, SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-
W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full.  The effective date is January
1st, 2012.  The paid premium charged was $15,072.00.

The bond term is as acknowledged in the contract, even though the bond is a continuous
obligation.  Should the project go beyond the 12 months period, there will be an additional
premium charged.

If you need additional information please contact us.

Cordially

[signature]
Maria V. Lein
Attorney In Fact

[Partial Translation]

June 19, 2012

Autoridad de Edificios Públicos
PO Box 41929
San Juan, PR  00940

RE:   AIREKO CONSTRUCTION CORPORATION
         BOND NUMBER 105694267

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9, OF
THE ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER, SAN JUAN, PUERTO RICO ACCORDING TO
BIDDING PROCESS NUMBER AEP-1120-W"

Dear Sirs:

We hereby certify that the above referenced bond is paid in full.  The effective date is January
19, 2012. The paid premium charged was $15,473.00

The bond term is as acknowledged in the contract, even though the bond is a continuing
obligation.  Should the project go beyond the 12 months period, there will be an additional
premium charged.

If you need additional information please contact us.

Cordially,

[signature block — illegible]

## CERTIFICACION DE PAGO TOTAL

05/18/2012

AUTORIDAD DE EDIFICIOS PUBLICOS

Re:    AIREKO CONSTRUCTION, CORP.
Póliza: DGL-PR-087954-2
File:   00127540
Prod: Casellas (944) Carrion, Laffitte &

Señores:

Certificamos que la póliza de referencia ha sido pagada en su totalidad y no
financiada.

Proyecto: Pisos 3 y 9 Centro Gubernamental Minillas por la cantidad de $ 7,334.00

La misma tiene una efectividad  **10/01/2011** a  **10/01/2012.**

Esperamos que esta información le sea de conformidad.

Cordialmente:

SR. LESTER VAELLO REYES
DPTO. DE CONTABILIDAD

**ORIGINAL**

PO BOX 192511, SAN JUAN PR 00919
TEL. (787) 751-7150, FAX (787) 754-8750

PDF created with pdfFactory trial version www.pdffactory.com

[Translation]

**CERTIFICATION OF PAYMENT IN FULL**


05/18/2012


PUBLIC BUILDINGS AUTHORITY

Re:      AIREKO CONSTRUCTION, CORP.
Policy:" DGL-PR-087954-2
File:     00127540
Prod.    Casellas (944) Carrion, Lafitte &

Gentlemen:

We certify that the above-referenced policy has been paid in full and not financed.

Project: Floors 3 and 9 Minillas Government Center in the amount of $7,334.00



The policy has an effective period of **10/01/2011** to **10/01/2012.**


We hope that this information is useful to you.

Cordially,

[Sgd./illegible]

MR. LESTER VAELLO REYES
ACCOUNTING DEPT.


**ORIGINAL**


PO BOX 192511, SAN JUAN PR 00919
TEL.: 787) 754-7159, FAX (787) 754-8750

[illegible] created with  [illegible] Factory trial version [illegible]



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS
NEGOCIADO DE SERVICIO AL CONTRIBUYENTE

MODELO SC 2756
REV. 01 DIC 2013
KELSRR2  CAGUAS
03-01-2014 10:14:10

CONTROL: V14-SJ-084965C

NUM DE CUENTA: XXXXX6068

AIREKO CONSTRUCTION CORP

PO BOX 2128

SAN JUAN PR 00922

CERTIFICADO DE RELEVO TOTAL DE LA RETENCION EN EL ORIGEN SOBRE PAGOS POR SERVICIOS
PRESTADOS POR CORPORACIONES Y SOCIEDADES

DE ACUERDO A LO ESTABLECIDO EN LA SECCION 1062.03 DEL CODIGO DE RENTAS INTERNAS DE PUERTO RICO,
PARA UN NUEVO PUERTO RICO, SEGUN ENMENDADO Y CONFORME A LOS REQUISITOS ESTABLECIDOS EN DICHA
SECCION, SE LE CONCEDE ESTE CERTIFICADO DE RELEVO TOTAL DE RETENCION SOBRE PAGOS POR SERVICIOS
PRESTADOS EN PUERTO RICO. ESTE RELEVO ESTARA EN VIGOR CON RESPECTO A PAGOS DURANTE EL AÑO
NATURAL 2014.

DEBE ENTREGAR COPIA DE ESTE CERTIFICADO DE RELEVO TOTAL A TODA PERSONA RESPONSABLE DE EFECTUAR
LA RETENCION SOBRE PAGOS POR SERVICIOS PRESTADOS.

SI LAS CONDICIONES BAJO LAS QUE SE EMITE ESTE CERTIFICADO NO APLICAN A SU CASO, FAVOR DE
IGNORAR EL MISMO.

PARA ACLARAR CUALQUIER DUDA U OBTENER INFORMACION SOBRE ESTE PARTICULAR, PUEDE LLAMAR AL CENTRO
DE LLAMADAS Y CORRESPONDENCIA DE SERVICIO AL CONTRIBUYENTE AL (787) 722-0216.

ESTE RELEVO NO LO EXIME DEL PAGO DE CUALQUIER DEUDA CONTRIBUTIVA.

EXPEDIDO EL: 03-01-2014

DIRECTOR O SU REPRESENTANTE AUTORIZADO
NEGOCIADO DE SERVICIO AL CONTRIBUYENTE

VENCE EL 31 DE DICIEMBRE DEL 2014

PO BOX 9024140  SAN JUAN, PUERTO RICO 00902-4140

[Translation]

| [Logo]<br>DEPARTMENT OF THE TREASURY,<br>COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE AREA<br>TAXPAYERS SERVICES BUREAU | FORM SC 2756<br>REV. 01 DEC 2013<br>KELSRR2 CAGUAS<br>03-01-2014 10:14:10 |
|---|---|---|

CONTROL: V14-SJ-084965C

AIREKO CONSTRUCTION CORP

ACCOUNT NO.: XXXXX6068

PO BOX 2128

SAN JUAN, PR 00922

CERTIFICATE OF FULL RELEASE OF WITHHOLDING SOURCE FOR PAYMENT OF SERVICES PROVIDED BY CORPORATIONS AND COMPANIES

IN ACCORDANCE WITH WHAT IS ESTABLISHED IN SECTION 1062.03 OF THE PUERTO RICO INTERNAL REVENUE CODE FOR A NEW PUERTO RICO, AS AMENDED, AND PURSUANT TO THE REQUIREMENTS ESTABLISHED IN SAID SECTION, THIS CERTIFICATE OF RELEASE OF WITHHOLDING SOURCE ON PAYMENTS FOR SERVICES PROVIDED IN PUERTO RICO IS GRANTED. THIS RELEASE WILL BE IN FORCE WITH RESPECT TO PAYMENT OF PAYMENTS DURING CALENDAR YEAR 2014.

YOU MUST DELIVER A COPY OF THIS CERTIFICATE OF TOTAL RELEASE TO ANY PERSON RESPONSIBLE FOR CONDUCTING THE WITHHOLDING OF PAYMENTS FOR SERVICES PROVIDED.

IF THE CONDITIONS UNDER WHICH THIS CERTIFICATE IS ISSUED DO NOT APPLY TO YOUR CASE, PLEASE DISREGARD THIS.

TO CLARIFY ANY DOUBTS OR OBTAIN INFORMATION ON THIS DETAIL, YOU CAN CALL THE TAXPAYER SERVICES CORRESPONDENCE AND CALL CENTER AT (787) 722-0216.

THIS RELEASE DOES NOT EXEMPT YOU FROM THE PAYMENT OF ANY TAX DEBT.

ISSUED ON: 03-01-2014

[Sgd.]

DIRECTOR OR HIS/HER AUTHORIZED REPRESENTATIVE
TAXPAYER SERVICE BUREAU

EXPIRES ON DECEMBER 31, 2014

PO BOX 9024140 SAN JUAN, PUERTO RICO 00902-4140

# Certificación #4 Retenido
# (Factura #AI-26-12046)

[Translation]

# Certification #4 Withholding

# (Invoice #AI-26-12046)



**AIREKO**

P.O. Box 2128  San Juan, P.R.  00922-2128
Tel. (787) 653-6300

DATE: 01/24/2014

INVOICE No. AI-26-12046

## CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
                TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN

CERTIFICATION NO: 04

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | |
|---|---:|
| 1.  CONTRACT AMOUNT | 2,076,779.00 |
| 2.  APPROVED CHANGE ORDERS | - |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5.  LESS: 10% RETAINAGE | |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
|      LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9.  __ 90__ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    124,637.38 |

SUBMITTED BY:

RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:

DATE:

APPROVED BY:

[Partial Translation]



P.O. Box 2128  San Juan, P.R.  00922-2128
Tel. (787) 633-6300

DATE: 01/24/2014

INVOICE No. AI-26-12046

## CERTIFICATE FOR PAYMENT

PROJECT: **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9,
NORTH TOWER, MINILLAS GOVERNMENT CENTER – SAN JUAN**      **CERTIFICATION NO.: 04**

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | - |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. LESS: 10% RETAINAGE | |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    124,637.38 |

SUBMITTED BY:                                    RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:                                    DATE:

APPROVED BY:

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-12048** |
| **Invoice Date:** | 12/29/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| **Bill to:** | Autoridad Edificios Públicos | **Job:** | 201271-170 |
|---|---|---|---|
| | San Juan PR | | |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Contract Amount | 1 | LS | none | 2,076,779.00 | 2,076,779.00 |
| Total Work Performed & Retainage | 1 | LS | none | 1,246,373.85 | 1,246,373.85 |
| Balance to finish | 1 | LS | none | 830,405.15 | 830,405.15 |
| General Contractor Lost profit 15% | 1 | LS | none | 124,560.77 | 124,560.77 |

| | | |
|---|---|---|
| **Subtotal:** | | **$124,560.77** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$124,560.77** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

[Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

**Invoice Number:** AI-26-12048
**Invoice Date:** 12/29/15
**Terms:** Net 30 days
**Payment:** Bill from office

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201271-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

JOB: Installation 0f Modular Systems And Interior Improvements Floors 3 And 9 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Contract Amount | 1 | LS | none | 2,076,779.00 | 2,076,779.00 |
| Total Work Performed & Retainage | 1 | LS | none | 1,246,373.85 | 1,246,373.85 |
| Balance to finish | 1 | LS | none | 830,405.15 | 830,405.15 |
| General Contractor Lost profit 15% | 1 | LS | none | 124,560.77 | 124,560.77 |

| | | |
|---|---|---|
| **Subtotal:** | | **$124,560.77** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$124,560.77** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

**Invoice Number:** AI-26-08055
**Invoice Date:** 09/16/15
**Terms:** Net 30 days
**Payment:** Bill from office

| Bill to: | Autoridad Edificios Públicos | | Job: | 201271-170 |
| | San Juan PR | | | |
| | | | Attn: | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 08/31/2015 por facturas vencidas | 1 | Each | none | 64,683.54 | 64,683.54 |

| | | | |
|---|---|---|---|
| Subtotal: | | | $64,683.54 |
| Tax: | 0% | | $0.00 |
| Total: | | | $64,683.54 |

*Thank you for choosing AIREKO*

Delivered:

Received:

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-26-08055** |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| **Bill to:** | Autoridad Edificios Públicos | **Job:** | 201271-170 |
|---|---|---|---|
| | San Juan PR | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

JOB: **Installation of Modular Systems and Interior Improvements Floors 3 and 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 08/31/2015 for invoices due | 1 | Each | none | 64,683.54 | 64,683.54 |

| | | |
|---|---|---|
| **Subtotal:** | | **$64,683.54** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$64,683.54** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1


AIREKO

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 3 y 9**
**Contract No. C00036 (2011-2012)**

8/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Trimestral | 27-Sep-12 | 31-May-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 11-May-12 | | | 304,369.67 | 31-May-13 | | 31-May-13 | | | | 304,369.67 | 883 | 50.73 | 44,792.07 | 54,177.80 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,041.06 | 12,994.11 | 116,046.95 | 24-Jan-14 | Trimestral | 10-Mar-14 | | | | 116,046.95 | 539 | 19.49 | 10,505.73 | 64,683.54 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 64,683.54 |

Date: _____   16-Sep-15

Preparado por: _____   Yadinel Vázquez Figueroa

Revisado por: _____   Cristina Borri

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to August 31, 2015**
**JOB: AEP Floors 3 and 9**
**Contract No. C00036 (2011-2012)**

8/31/2015

| Cert. No. | Period | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Delivery Date | Deliver Date | 45 | Pay-ment | | | | | per day | to date | |
| 1 | 1-May-12 | to 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Transmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to 31-May-12 | | | 304,369.67 | | | 31-Mar-13 | | | | 304,369.67 | 883 | 50.73 | 44,793.07 | 54,177.80 |
| 3 | 1-Jun-12 | to 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Transmittal | 10-Mar-14 | | | | 116,946.95 | 539 | 19.49 | 10,505.73 | 64,683.54 |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ 64,683.54 |

Date: 16-Sept-15

Prepared By: Yadinal Vazquez Figueroa

Reviewed By: Cristina Borri

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

**Invoice Number:** AI-27-04028
**Invoice Date:** 04/26/16
**Terms:** Net 30 days
**Payment:** Bill from office

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201271-170
**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 12/31/2015 hasta 04/26/2016 por facturas vencidas | 1 | Each | none | 8,496.55 | 8,496.55 |

| | | |
|---|---|---|
| Subtotal: | | $8,496.55 |
| Tax: | 0% | $0.00 |
| Total: | | $8,496.55 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-27-04028 |
| **Invoice Date:** | 04/26/16 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| **Bill to:** | Autoridad Edificios Públicos | **Job:** | 201271-170 |
|---|---|---|---|
| | San Juan PR | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Installation of Modular Systems and Interior Improvements Floors 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 12/31/2015 up to 04/26/2016 [sic] for invoices due | 1 | Each | none | 8,496.55 | 8,496.55 |

| | | |
|---|---|---|
| **Subtotal:** | | **$8,496.55** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$8,496.55** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

# Computo de Intereses sobre Certificaciones
## Hasta el 26 de Abril de 2016
### JOB: AEP Piso 3 y 9
### Contract No. C00036 (2011-2012)

4/30/2016

AIREKO

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Chequo | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Interes mensual 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,823.60 | 72,182.36 | 649,640.24 | 13-Aug-12 | Trimestral | 45 | 31-Mar-13 | | 345,270.67 | 304,369.57 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 31-Mar-13 | | 27-Sep-12 | 31-Mar-13 | | | 304,369.67 | 1,126 | 50.73 | 57,120.04 | 66,504.77 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jun-14 | Trimestral | 10-Mar-14 | | | | 116,946.95 | 782 | 19.49 | 15,242.09 | 81,746.86 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 81,746.86 |

Factura AI-26-00055   64,663.54
Factura AI-26-12021   6,566.77
                      8,496.55

Date:                 27-Apr-16

Preparado por:

Revisado por:         Yedneal Vázquez Figueroa

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to April 26, 2016**
**JOB: AEP Floors 3 and 9**
**Contract No. C00036 (2011-2012)**            4/30/2016

| Cert. No. | Period | | Work Performed | Retainage | Amount | Certifications Delivery Date | Document Deliver Date | Due 45 | Date Pay-ment | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest per day | to date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. Cert. | Periodo | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
| | | | | | | | | | | | | | | | | 4/30/2016 |
| 1 | 1-May-12 to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Transmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 to | 31-May-12 | | | 304,369.67 | 31-Mar-13 | | 31-Mar-13 | | | | 304,369.67 | 1,126 | 50.73 | 57,120.04 | 66,504.77 |
| 3 | 1-Jun-12 to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Transmittal | 10-Mar-14 | | | | 116,946.95 | 782 | 19.49 | 15,242.09 | 81,746.86 |
| 4 | to | | | | | | | | | | | | | | | |
| 5 | to | | | | | | | | | | | | | | | |
| 6 | to | | | | | | | | | | | | | | | |
| 7 | to | | | | | | | | | | | | | | | |
| 8 | to | | | | | | | | | | | | | | | |
| 9 | to | | | | | | | | | | | | | | | |
| 10 | to | | | | | | | | | | | | | | | |

$ 81,746.86

| Invoice AI-26-08055 | 64,683.54 |
| Invoice AI-26-12021 | 8,566.77 |
| | 8,496.55 |

Date:                         27-Apr-16

Prepared By:                  Yadinal Vazquez Figueroa

Reviewed By:                  _____



AIREKO

PO Box 2128 San Juan PR 00622-2128

Date          28-Apr-16

# AUTORIDAD DE EDIFICIOS PUBLICOS
## STATEMENT OF ACCOUNT
### April 26, 2016

INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CEMTRO GUB. ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 3 Y 4
PROJECT# 1120W
CONTRACT NO. C-00036(11-12)

| # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | |
| 2012271-170 AL23-05064 BAL | CERT 2 | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| PISO 3 Y 4 AL24-01014 | CERT 3 | Jun-12 | 27-Jan-14 | $ 116,946.96 | | | | | 116,946.96 |
| AL26-12046 | CERT 4 | Jun-12 | 29-Dec-15 | $ 124,637.38 | | | | | 124,637.38 |
| AL26-12048 | LOSS PROFIT | Dec-15 | 29-Dec-15 | $ 124,560.77 | | | | | 124,560.77 |
| PROJECT# 1120W | | | | - | | | | | - |
| **Final Total** | | | | $ 670,514.78 | $ - | $ - | $ - | $ - | $ 670,514.78 |

| | |
|---|---|
| Contract Amount | $ 2,076,779.00 |
| Change order | $ - |
| Adjusted Contract Amount | $ 2,076,779.00 |
| | |
| Total Net Invoiced | $ 1,246,373.85 |
| | |
| Retainage Balance | $ 830,405.15 |
| Balance To Finish | $ 2,076,779.00 |

[Translation]

AIREKO

PO Box 2116 San Juan, PR 00922-2138

*PUBLIC BUILDINGS AUTHORITY*
*STATEMENT OF ACCOUNT*
**April 26, 2016**

Date          26-Apr-16

| INSTALLATION MODULES AND INTERIOR IMPROVEMENTS FLOORS 3 AND 4, |
|---|
| NORTH TOWER ROBERTO SANCHEZ VILELLA (MINILLAS) GOVERNMENT CENTER, SAN JUAN |
| FLOORS 3 AND 4 |
| PROJECTS 1120W |
| CONTRACT NO. C-00036(11-12) |

[In left margin below]

201271-170
FLOORS 3 AND 4

CONTRACT NO. C-00036(11-12)

| | # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 201271-170 | *Work Performed Invoices* | | | | | | | | | |
| PISO 3 Y 4 | AI-23-05064 BAL | CERT 2 | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| | AI-24-01014 | CERT 3 | Jun-12 | 27-Jan-14 | $ 116,946.96 | | | | | 116,946.96 |
| | AI-26-12046 | CERT 4 | Jun-12 | 29-Dec-15 | $ 124,637.38 | | | | | 124,637.38 |
| | AI-26-12048 | LOSS PROFIT | Dec-15 | 29-Dec-15 | $ 124,560.77 | | | | | 124,560.77 |
| PROJECT# 1120W | | | | | | | | | | - |
| | **Final Total** | | | | $ 670,514.78 | $  - | $  - | $  - | $  - | $ 670,514.78 |

| | | |
|---|---|---|
| Contract Amount | $ | 2,076,779.00 |
| Change order | $ | - |
| Adjusted Contract Amount | $ | 2,076,779.00 |
| | | |
| Total Net Invoiced | $ | 1,246,373.85 |
| Retainage Balance | | |
| Balance To Finish | $ | 830,405.15 |
| | $ | 2,076,779.00 |

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-12021 |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos | **Job:** | 201271-170 |
| | San Juan PR | | |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

**Job: Instalación de Modulares y Mejoras Interiores Pisos 3 & 9 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta12/31/2015 por facturas vencidas | 1 | Each | none | 8,566.77 | 8,566.77 |

| | | |
|---|---|---|
| **Subtotal:** | | **$8,566.77** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$8,566.77** |

*Thank you for choosing AIREKO*

Delivered:

Received:

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-12021 |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos San Juan PR | **Job:** | 201271-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00036 (11-12)
**Project:** 1120W

[Above in left margin Bill to: Public Buildings Authority]

Job: Installation of Modular Systems and Interior Improvements Floors 3 & 9 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned from 09/01/2015 up to 12/31/2015 for invoices due | 1 | Each | none | 8,566.77 | 8,566.77 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $8,566.77 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | $8,566.77 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de diciembre de 2015**
**JOB: AEP Piso 3 y 9**
**Contract No. C00036 (2011-2012)**

12/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por día | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Transmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 13-Aug-12 | | 31-Mar-13 | | | | 304,369.67 | 1,005 | 50.73 | 50,981.92 | 60,366.65 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Transmittal | 10-Mar-14 | | | | 116,946.95 | 661 | 19.49 | 12,883.66 | 73,250.31 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 73,250.31 |

Factura AI-28-08055    64,653.54
Factura AI-26-12021     8,666.77
                       73,250.31

Date:                           21-Dec-15

Preparado por:        Yadinell Vázquez Figueroa

Revisado por:              Cristina Boril

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to December 31, 2015**
**JOB: AEP Floors 3 and 9**
**Contract No. C00036 (2011-2012)**

12/31/2015

| Cert .No. | Period | Work Performed | Retainage | Amount | Certifi- cations | Document | Due | Date | Check No. | Amount Col- lected | Uncol- lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Delivery Date | Deliver Date | 45 | Pay- ment | | | | | per day | to date | |



| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por día | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-May-12 | to | 31-May-12 | 721,822.60 | 72,182.26 | 649,640.34 | 13-Aug-12 | Transmittal | 27-Sep-12 | 31-Mar-13 | | 345,270.67 | 304,369.67 | 185 | 50.73 | 9,384.73 | 9,384.73 |
| 2 | 1-May-12 | to | 31-May-12 | | | 304,369.67 | 31-Mar-13 | | 31-Mar-13 | | | | 304,369.67 | 1,005 | 50.73 | 50,981.92 | 60,366.65 |
| 3 | 1-Jun-12 | to | 30-Jun-12 | 129,941.06 | 12,994.11 | 116,946.95 | 24-Jan-14 | Transmittal | 13-Mar-14 | | | | 116,946.95 | 661 | 19.49 | 12,883.66 | 73,250.31 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

$ 73,250.31

| | | |
|---|---|---|
| **Invoice AI-26-08055** | **64,683.54** | |
| **Invoice AI-26-12021** | **8,566.77** | |
| | **73,250.31** | |

Date:                    21-Dec-15

Prepared By:      Yadinell Vazquez Figueroa

Reviewed By:          Cristina Borri



P.O. Box 2128  San Juan, PR.  00922-2128
Tel. (787) 653-6300

**INVOICE No. AI-26-12046**

DATE: 01/24/2014

## CERTIFICATE FOR PAYMENT

PROJECT:  INSTALACION SIST. MODULAR Y MEJORAS INTERIORES PISO 3 Y 9
          TORRE NORTE CENTRO GUB. MINILLAS - SAN JUAN

**CERTIFICATION NO: 04**

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | |
|---|---|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | - |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. LESS: 10% RETAINAGE | |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9. __90__ % TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | - |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   124,637.38 |

SUBMITTED BY:                            RECEIVED BY:

  Ing. Kenneth Báez
  Project Manager

  DATE:                                  DATE:

                                                     APPROVED BY:

[Translation]



P.O. Box 2128  San Juan, PR.  00922-2128
Tel. (787) 653-6300

INVOICE No. AI-26-12046

DATE: 01/24/2014

## CERTIFICATE FOR PAYMENT

PROJECT:   **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOORS 3 AND 9
NORTH TOWER MINILLAS GOVERNMENT CENTER, SAN JUAN**   **CERTIFICATION NO.: 04**

PROJECT #: 201271-170

PERIOD ENDING: 06/30/2012

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 2,076,779.00 |
| 2. APPROVED CHANGE ORDERS | - |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 2,076,779.00 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,246,373.85 |
| 5. LESS: 10% RETAINAGE | |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,246,373.85 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,121,736.47 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 124,637.38 |
| 9. __ 90 __% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | - |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    124,637.38 |

SUBMITTED BY:                                    RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:                                            DATE:

                                                 APPROVED BY:

AIREKO

P.O. Box 2128 SJ PR 00922-2138

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**December 12, 2014**

Date          12-Dec-14

INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CEMTRO GUB, ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 3 Y 4
PROJECT# 1120W
CONTRACT NO. C-0003G(11-12)

| # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| 201271-170 | | | | | | | | | |
| PISO 3 Y 4 | | | | | | | | | |
| PROJECT# 1120W | | | | | | | | | |
| *Work Performed Invoices* | | | | | | | | | |
| A1-23-05064 BAL. | | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| A1-24-01014 | | Jun-12 | 27-Jan-14 | $ 116,946.96 | | | | | 116,946.96 |
| **Final Total** | | | | $ 421,316.63 | $    - | $    - | $    - | $    - | $ 421,316.63 |

Contract Amount               $ 2,076,779.00
Change order                  $        -
Adjusted Contract Amount      $ 2,076,779.00

Total Net Invoiced            $ 1,121,736.47
Retainage Balance             $   124,637.39
Balance To Finish             $   830,405.14
                              $ 2,076,779.00

[Translation]

AIREKO

PO Box 2128 San Juan, PR 00922-2128

### PUBLIC BUILDINGS AUTHORITY
### STATEMENT OF ACCOUNT
### December 12, 2014

Date          12-Dec-14

| |
|---|
| **INSTALLATION MODULES AND INTERIOR IMPROVEMENTS FLOORS 3 AND 4,**<br>**NORTH TOWER ROBERTO SANCHEZ VILELLA (MINILLAS) GOVERNMENT CENTER, SAN JUAN**<br>**FLOORS 3 AND 4**<br>**PROJECTS 1120W**<br>**CONTRACT NO. C-00036(11-12)** |

[In left margin below]

201271-170

FLOORS 3 AND 4

| | # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Work Performed Invoices* | | | | | | | | | |
| 201271-170 | AI-23-05064 BAL | | May-12 | 13-Aug-12 $ | 304,369.67 | | | | | 304,369.67 |
| PISO 3 Y 4 | AI-24-01014 | | Jun-12 | 27-Jan-14 $ | 116,946.96 | | | | | 116,946.96 |
| PROJECT# 1120W | | | | | | | | | | - |
| | **Final Total** | | | | $ 421,316.63 | $ - $ | - $ | - $ | - $ | - $ | 421,316.63 |

| | | |
|---|---|---|
| Contract Amount | $ | 2,076,779.00 |
| Change order | $ | - |
| Adjusted Contract Amount | $ | 2,076,779.00 |
| | | |
| Total Net Invoiced | $ | 1,121,736.47 |
| Retainage Balance | $ | 124,637.39 |
| Balance To Finish | $ | 830,405.14 |
| | $ | 2,076,779.00 |

**AIREKO**

PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**August 31, 2015**

Date 31-Aug-15

INSTALACION MODULOS Y MEJORAS INTERIORES PISO 3 Y 4, TORRE NORTE CENTRO GUB. ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 3 Y 4
PROJECT# 1120W
CONTRACT NO. C-00036(11-12)

| Invoice # | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| *Work Performed Invoices* | | | | | | | | | |
| 2012T1-170 | | | | | | | | | |
| PISO 3 Y 4 | | | | | | | | | |
| PROJECT# 1120W | | | | | | | | | |
| AI-23-05064 BAL | | May-12 | 13-Aug-12 | $ 304,369.67 | | | | | 304,369.67 |
| A1-24-01014 | | Jun-12 | 27-Jan-14 | $ 116,946.96 | | | | | 116,946.96 |
| **Final Total** | | | | $ 421,316.63 | $ - | $ - | $ - | $ - | $ 421,316.63 |

| | | |
|---|---|---|
| Contract Amount | $ | 2,076,779.00 |
| Change order | $ | - |
| Adjusted Contract Amount | $ | 2,076,779.00 |
| | | |
| Total Net Invoiced | $ | 1,121,736.47 |
| Retainage Balance | $ | 124,637.39 |
| Balance To Finish | $ | 830,405.14 |
| | $ | 2,076,779.00 |

[Translation]

AIREKO

PO Box 2128 San Juan, PR 00922-2128

*PUBLIC BUILDINGS AUTHORITY*
*STATEMENT OF ACCOUNT*
**August 31, 2015**

Date          31-Aug-15

| INSTALLATION MODULES AND INTERIOR IMPROVEMENTS FLOORS 3 AND 4, NORTH TOWER ROBERTO SANCHEZ VILELLA (MINILLAS) GOVERNMENT CENTER, SAN JUAN FLOORS 3 AND 4 PROJECTS 1120W CONTRACT NO. C-00036(11-12) |
|---|

[In left margin below]

201271-170

FLOORS 3 AND 4

| | # Invoice | Cert. | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Work Performed Invoices* | | | | | | | | | |
| 201271-170 PISO 3 Y 4 PROJECT# 1120W | AI-23-05064 BAL AI-24-01014 | | May-12 Jun-12 | 13-Aug-12 $ 27-Jan-14 $ | 304,369.67 116,946.96 | | | | | 304,369.67 116,946.96 |
| | Final Total | | | | $ 421,316.63 $ | - $ | - $ | - $ | - $ | - $ 421,316.63 |

| | | |
|---|---|---|
| Contract Amount | $ | 2,076,779.00 |
| Change order | $ | - |
| Adjusted Contract Amount | $ | 2,076,779.00 |
| | | |
| Total Net Invoiced | $ | 1,121,736.47 |
| Retainage Balance | $ | 124,637.39 |
| Balance To Finish | $ | 830,405.14 |
| | $ | 2,076,779.00 |

Attachment 5

Anejo 5

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00031

## AGREEMENT
C00031 (2011-2012)

### APPEAR

**AS PARTY OF THE FIRST PART:** The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as "**THE PBA**"; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.



AS PARTY OF THE SECOND PART: **AIREKO CONSTRUCTION CORP.**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".

### WITNESSETH

WHEREAS: Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS: THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS: THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Seventh Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS: THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

### TERMS AND CONDITIONS

ARTICLE 1 - <u>Statement of Work</u>: THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. **AEP-1120X** at San Juan, Puerto Rico. All work will be in strict

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount**: For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **One Million Two Hundred Fifty Eight Thousand One Hundred Fifty Five Dollars ($1,258,155.00)**, from Account No. 16000-0000-1120X-00-000-1000-0000.

ARTICLE 3 – **Change orders:** Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.

ARTICLE 4 - **Time for Completion:** THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **Ninety hundred (90)** consecutive calendar days computed from the date stated in the order to proceed.



ARTICLE 5 – **Liquidated Damages:** THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **Three hundred dollars ($300.00)**, as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement:** THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 - **Contract Documents:**

(a) THE CONTRACTOR **will deliver to the PBA within five (5) days of the signing** of the contract all documents, including the following:

    a. Performance Bond – 50%
    b. Payment Bond – 50%
    c. Workmen's Compensation Insurance – Statutory
    d. Employer's Liability
    e. Comprehensive General and Automobile Liability Insurance including Owner's protective Liability
    f. Hold Harmless Clause
    g. Builder's Risk

h. Installation Floater

(b) THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

(c) In addition to This Agreement the following documents form part of the Contract:

1. Contractor's Proposal dated May 31, 2011 and Letter of Award dated July 28, 2011.

2. Addendum Number:  **1. Date – May 18, 2011**
**2. Date - May 19, 2011**
**3. Date - May 24, 2011**
**4. Date - May 27, 2011**

3. Instructions to Bidders

4. General Conditions

5. Supplementary General Conditions

6. Special Conditions

7. Supplementary Special Conditions ("Condiciones Especiales Suplementarias")

8. Furniture Specifications

9. Proposed Furniture Details

10. Technical Specifications & Drawings



All documents enumerated in this Article form part of the Contract. In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

4

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which is fully complying.

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).

ARTICLE 9 – **Definition Tax Debt:** For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.



ARTICLE 10 – **Tax Documents:** If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit. If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental

5

instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

ARTICLE 11 - **Withholdings Prescribed by Law**: THE CONTRACTOR is an independent contractor. THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees. THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes. THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.



ARTICLE 13 – **Confidentiality Agreement**: THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR. THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential. THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA. THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement. The terms of

6

this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.

ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.



ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be

7

paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

ARTICLE 22 – **Prior Agreements**: This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**: It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**: This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico. Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written. If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.



.ARTICLE 25 – **Dispute Settlement:** In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.

ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's the realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract. No executive agency shall execute contracts with or for the benefit of persons

8

who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.




ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRATOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRATOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.

9

ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

**IN WITNESS WHEREOF,** the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this _____ of December in the year two thousand eleven (2011).

PUBLIC BUILDINGS AUTHORITY                     AIREKO CONSTRUCTION CORP.


Arch. Astrid Díaz Vega                          Edgardo Albino
Executive Sub Director                          Vice President of Operations




APPROVED
AS TO
LEGAL FORM
DATE



Autoridad de Edificios Públicos
Estado Libre Asociado de Puerto Rico

## NOTICE TO PROCEED

December 29, 2011

**AIREKO CONSTRUCTION CORP.**
P.O. Box 2128
San Juan, Puerto Rico  00922-2128
Phone: (787) 653-6300
Fax:  (787) 653-0124

Contract Date:  December 21, 2011
Contract No:  C000031 (2010-2011)

**INSTALLATION OF MODULAR OFFICE SYSTEM & INTERIOR IMPROVEMENTS TO THE SEVEN FLOOR ON THE NORTH BUILDING AT ROBERTO SÁNCHEZ VILELLA GOVERNMENT OFFICE CENTER (MINILLAS) SAN JUAN, PUERTO RICO / A.E.P. 1120X**

You are hereby notified to commence WORK on January 9, 2011 and you are to complete the WORK WITHIN 90 consecutive calendar days thereafter.  The date of completion of all WORK is therefore April 7, 2012.

**PUBLIC BUILDINGS AUTHORITY**

Astrid Díaz Vega
Executive Subdirector

**ACCEPTANCE OF NOTICE**

Receipt of the above NOTICE TO PROCEED
Is hereby acknowledged by:

This the  29  of  DEC  , 2011

By

Edgardo Albino

Title:  Vicepresident



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

5 de agosto de 2013

Arq. Heidy De la Cruz Soltero
Directora Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

### RE:  INSTALACION DE MODULARES Y MEJORAS INTERIORES
### TORRE NORTE MINILLAS AEP – 1120X - PISO – 7

Estimada Arq. De la Cruz:

Nos referimos a su carta del 1de agosto de 2013, solicitando reiniciar los trabajos pendientes para la terminación del proyecto de referencia.  A continuación desglose de los trabajos pendientes:

1. Instalación sistema de modulares de oficina incluidos en la orden de cambio #2.
2. Revisión de Punch List final preparado por la inspección contratada ML Engineering.

Notificamos que estamos renovando  los Seguros de Responsabilidad Pública los cuales debemos tener antes de reiniciar nuestros trabajos y el subcontratista de los modulares Integrated Design Solutions.

Estamos coordinando comenzar los trabajos de revisión de Punch List este miércoles, 7 de agosto de 2013 con su coordinador de proyecto.

Los trabajos de modulares de oficinas están planificados para comenzar el próximo lunes, 12 de agosto de 2013.

Los trabajos  antes mencionados están programados  a terminar el 15 de agosto de 2013.  Estaremos sometiendo para su aprobación la certificación parcial por los trabajos realizados en un 100%  y la certificación final de liquidación de retenido.  Los documentos requeridos para el pago final están sometidos en  su oficina de Desarrollo de Construcción de la AEP desde el 10 de agosto de 2012. Ver copia de carta de trámite.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: P. López - Aireko
   K. Báez  - Aireko

PLAN IT. BUILD IT. SERVICE IT.

[Translation]



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300  Fax 787.653-0121
www.aireko.com

August 5, 2013

Architect Heidy De la Cruz Soltero
Director, Project Development Area
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

RE:      INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
          NORTH TOWER MINILLAS AEP – 1120X – FLOOR – 7

Dear Architect De la Cruz:

We are writing you in reference to your August 1, 2013 letter requesting to reinitiate the pending work in order to terminate the above-mentioned project. Below is a breakdown of the work pending:

1.      Installation office modular system including change order #2
2.      Review of final Punch List prepared by the inspection personnel hired, ML Engineering.

We are notifying you that we are renewing the Public Liability Policies, which we must have before reinitiating our work and the subcontractor of the modular systems, Integrated Design Solutions.

We are setting up the before of the work of reviewing the Punch List this Wednesday, August 7, 2013, with your protect coordinator.

The modular office work is planned to begin next Monday, August 12, 2013.

The above-mentioned work is scheduled to be concluded on August 15, 2013. We will be submitting for your approval the partial certification of the work performed at 100% and the final certification of liquidation of the retainage. The documents required for final payment have been submitted to your Construction Development office for the AEP since August 10, 2012. See the copy of the transmittal letter.

Cordially,

[Sgd.] Edgardo Albino
Vice-President of Operations

CC:      P. Lopez – Aireko
          K. Baez – Aireko

PLAN IT. BUILD IT. SERVICE IT.

Anejo 6

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**
**PROJECTS DEVELOPMENT AREA**

# FINAL ACCEPTANCE

CONTRACTOR: AIREKO CONSTRUCTION CORP.

CONTRACT NUMBER: C00031 (2011-2012)        PBA No. 1120X

PROJECT: Improvements to the Seventh Floor

LOCATION: North Building at Roberto SanchezVilella Government Office Center

The work performed under this contract has been reviewed and found to be totally completed.

The date of Final Acceptance is determined as: September 13, 2013

REMARKS:    Substantial Completion date, May 9, 2012.
            Construction and Use of Permit by AEP

ATTACHMENTS:   Substantial Completion Seventh Floor, Punch list floor 7, completed.

CONTRACTOR: _____    DATE: 19 SEP '13
Edgardo Albino, Kenneth M. Baez, Aireko Construction Corp.

PROJECT INSPECTOR: _____    DATE: 16/Sept/13
Arch. Eako Vizcaya, AEP

A/E: _____           DATE: 18/Sept/2013
Arch. Antonio Garate, AD&V

PROJECT COORDINATOR: _____   DATE: 18 Sept 13
Ing. Jose Girona / Ing. Geraldo Crespo, AEP

DIRECTOR
PROJECTS DEVELOPMENT AREA:              DATE: 19. sept. 13

_____
Arch. Heidy De la Cruz

**Asunto:** Punch List #7



**Proyecto:** Instalación de modulares de oficina y Mejoras Interiores del Piso7/
AEP- 1120X

## Cuarto

128
- Losa acústica donde esta cabecilla de "sprinkler "rota.
- Zócalo de vinil manchado.
- Retocar pintura de marcos de ventanas
- Reparar desnivel en la puerta contra marco.

129
- Desnivel en acústico de esquina cerca de ventana
- Puerta esta rayada en la parte frontal abajo.
- Cristal está manchado con pintura.

130
- En los modulares los receptáculos no fijan adecuadamente en el modulo.
- Se observó receptáculos que sobresalen y otros "flat" a la superficie.
- Retocar pared sucia cerca de los "juntion box".
- Retocar pared con pintura

131
- Losa acústica donde esta el sensor de humo manchada.
- Paredes necesitan retocar pintura.
- Puerta no cierra correctamente..
- Hay un cable que sobresale de la parrila de retorno
- Macillar y pintar filo de los marcos
- Losas acústicas deben fijarse a los "runners"
- Limpiar puerta manchada con pintura
- Puerta necesita ser ajustada
- El cabezal del marco de la puerta esta doblado.

132
- Losa acústica no está fijada al "runner".
- Losas acústicas manchadas
- Retocar pintura en las paredes
- Retocar con pintura marcos de la puerta
- Puerta no cierra correctamente.

100
- Retocar con pintura paredes y marcos de las ventanas
- Losa acústica cerca de la cabecilla del sprinkler rota.
- Puerta no cierra correctamente.
- Marco de la puerta esta despegado.

- Limpiar puerta manchada con pintura
- El interruptor no tiene su "cover plate".
- Retocar alrededor de los receptáculos.
- Marco de la puerta tiene un agujero que debe rellenarse y pintarse.
- Terminaciones alrededor del marco de la puerta debe mejorarse.
- Pared sobre receptáculo necesita corregir huella de macillado.

COMPLETED

## 101
- Losa de la esquina con apertura en el "runner".
- En las afuera del cuarto existe un "strobe light" instalado en un hueco sin macillar.
- Reemplazar cristal rayado.
- Zócalo con doblez detrás de la puerta

## 102
- Retocar la pintura
- Puerta con "pin holes"
- Fijar losa acústica.

## 103
- Panel acústico donde esta detector de humo fuera de sitio.
- Puerta esta desalineada.
- La alfombra próxima a el cuarto 103 esta manchada.
- Modulares aledaños al cuarto no están alineados.
- La alfombra del pasillo común desde el cuarto no esta bien fijada en sitio y muestra una deformación en el corte en la losa .
- La pared externa del cuarto tiene marcas en el macillado
- Cristal esta rayado.

## 104
- Losas acústicas cerca de la pared oeste fuera de sitio.
- Retocar pintura en pasillos
- Zócalo de vinyl esta levantada, ver área noreste en último modulo.
- Interruptor censor Honeywell no alineado. Puede verse "holes" de pared de yeso.
- Reemplazar una de las gavetas de los módulos esta abollada.
- Retocar pared norte la pintura no es uniforme.
- Losas de las alfombras están manchadas
- Interruptor no tiene "cover plate"
- Losa acústica del pasillo frente al cuarto no están fijados en sitio.
- Filo de pared al lado este tiene una deformación en el macillado.

## 105
- Laterales de la puerta necesita un retoque de pintura
- Fijar losa acústica en su sitio.
- Losa de alfombra en esquina noreste despegada.

106
* Reemplazar losas acústicas manchadas.
* Fijar losas acústicas fuera de sitio



107
* Refinar línea gruesa en esquina de pared de yeso.
* Pintar alrededor del receptáculo.
* Zócalo de vinyl fuera de su sitio

108
* Eliminar "holders" de las antiguas cortinas.
* Limpiar las paredes sucias
* Fijar en sitio losa acústica
* Sellar agujero alrededor de receptáculo

109
* Ajustar el "clip" de luminaria.
* Retocar pintura en la pared que no está uniforme
* Fijar el contorna de la alfombra al marco para evitar ver la losa de hormigón.
* Cristal esta rayado
110
* Reparar "runner" doblado.
* Retocar pared manchada o sucia.

111
* En el pasillo frente al cuarto fijar a superficie de pared el "emergency light".
* Limpiar paredes sucias.
* Reemplazar losa de alfombra manchada con color rojo.
* Zócalos de vinyl están manchados y otros no fijan bien en sitio.

112
* Fijar zocalos de vinyl despegados
* Sellar hueco alrededor de receptáculo
* Limpiar las paredes
* Verificar el ajuste del deslizamiento de los "pocket doors" , no se deslizan suavemente.

113
* Retocar la pintura de los marcos de las ventanas y paredes.
* Eliminar "holders" de antiguas cortinas.
* Eliminar abolladura alrededor de receptáculo en pared de yeso.
* Pintar marco de la puerta que esta manchada con pintura.
* Cristal esta rayado.
* Sellar agujeros alrededor de receptáculo y "cover plate" en cuarto interior y pasillo.

114

- Reparar zócalo de vinyl despegado.
- Retocar la pintura de las paredes y marcos de las ventanas
- Eliminar "holders" de antiguas cortinas.
- Sellar agujero alrededor del receptáculo.

COMPLETED

115

- Eliminar los "holders" de antiguas cortinas
- Reemplazar losas acústicas manchadas
- Reparar zócalo de vinyl despegado detrás de la puerta
- Retocar con pintura las mochetas alrededor de ventana.
- Limpiar las paredes están sucias.
- Limpiar alfombra manchada
- Interruptor no tiene el "cover plate".
- Mesa de conferencia manchada en el tope.

116

- Reemplazar acústicos manchados y/o sucios.
- Fijar losas acústicas a los "runners"
- Fijar al "runner" la parrilla de retorno, el "runner" esta doblado.
- Retocar pintura sobre los zocalos de vinyl y en la pared color Brown.
- Runner del pasillo común frente al cuarto esta manchado con pintura color verde.

117

- Retocar paredes con pintura
- Limpiar "runners" que están manchados de color rojo.
- Reemplazar "runners" doblados al lado de los difusores.
- Sellar agujero de la pared donde se encuentra un interruptor Honeywell.

118

- La luminaria cerca de ventana central no está fijada a los "runners".
- Los acústicos y el retorno no parecen estar alineados sobre los "runners".
- Eliminar los "holders" de las antiguas cortinas.
- El techo acústico muestra un desnivel en área norte.
- La alfombra del pasillo común frente al cuarto esta manchada.

119

- Pintar pared manchada
- Pintar marco de la ventana
- El marco de las ventanas están sucios.
- Interruptor no tiene el "cover plate".
- Sellar agujero alrededor de interruptor
- Limpiar los zócalos de vinyl están manchados

120

- Pared de yeso adyacente a la puerta no esta alineada.
- Los espacios entre el marco y la pared deben ser selladas.

- Reemplazar losa acústica manchada (posición oeste a la mitad de la pared brown).

121

- Alfombra no cubre completamente el piso.
- Reemplazar acústicos sucios.
- Losa acústica cerca de la ventana no fija bien en sitio.

*COMPLETED*

122

- Reemplazar acústico defectuoso que se encuentra al lado del difusor.
- La puerta tiene un "gap" amplio entre el marco y la puerta
- Sellar espacio entre marco y pared de yeso.
- Limpiar puerta manchada con pintura.
- Interruptor no tiene "cover plate"
- La alfombra esta manchada.
- Fijar losa acustica de la esquina norte del cuarto
- Limpiar la mesa de conferencia que esta manchada con pintura.
- Limpiar la pared esta sucia

123

- Fijar la losa acústica que esta próxima al difusor.
- Reemplazar losa acústica manchada.
- Interruptor no tiene "cover plate"
- Reemplazar losa acústica defectuosa.
- Limpiar pared color Brown esta sucia.
- La alfombra detrás de la puerta no está en su sitio.

124

- Reemplazar losas acústicas manchadas
- Los zócalos de vinyl no están fijados en sitio.
- Reemplazar alfombra rota detrás de la puerta.
- Interruptor no tiene "cover plate

125

- La puerta necesita ser ajustada porque no cierra bien.
- Paredes necesitan retoque de pintura.
- Eliminar "Pin holes" en puerta.
- Marcos de las puertas alrededor necesitan que se cubran espacios abiertos.

126

- Plafón acústico deflexionado.
- Modulares con paneles en la superficie arrugadas.
- Los zócalos de vinyl manchados con pintura
- Losa acústica frente al nuevo cuarto del CASP sucio.
- Retocar pared norte en algunos "spots" sucios.

127

- Los zócalos de vinyl están sucios
- Eliminar cordón que cuelga del "runner" frente al cuarto #129
- Fijar losas acústicas a los "runners"
- Reemplazar losas acústicas defectuosas o rotas.
- Reparar puerta desalineada.



-
- Receptáculo no tiene "cover plate"
- Los zócalos de vinyl están manchados con pintura.

151  En el nuevo cuarto del CASP se encontró lo siguiente
- Limpiar la puerta manchada
- Limpiar los zócalos manchados
- Sellar los huecos alrededor de los receptáculos
- Reparar rejilla de retorno que esta doblada
- Fijar losas acústicas
- Reparar zócalo de vinyl
- Retocar pintura alrededor de los receptáculos y paredes:
-

149
- La puerta necesita ajuste
- Reemplazar acústicos manchados

148
- Fijar rejilla de retorno en su sitio
- Limpiar zócalos de vinyl
- Limpiar alfombras

147
- Instalar zocalo de vinyl en el pasillo externo de este cuarto.
- Retocar la pintura del cuarto

146
- Reemplazar "runners "doblados en el techo.
- Fijar losas acústicas que no alinean bien.
- Fijar la parilla del retorno que esta fuera de lugar.
- La puerta tiene esta rayada.

145
- La puerta necesita ajuste.
- Retocar la pintura de la pared.
- La pared externa que da al pasillo no tiene uniformidad en el color.
- Retocar marco de la puerta esta rayada.
- Reemplazar acústico roto encima de la puerta

143
- Instalar zócalo de vinyl.

- Retocar pareaes con pintura
- Reemplazar losas acústicas manchadas o sucias.
- Retocar pintura del marco.

142

COMPLETED

- Retocar pintura de las paredes
- Limpiar pintura en tapa de receptáculos.

141

- Retocar la pintura de las paredes
- Reparar zócalo despegado al lado de la puerta.
- Mesa tiene impacto en la esquina.

140

- Pequeño agujero en pared de yeso sin cubrir.
- Algunos paneles acústicos están sucios
- Algunos "runners" detrás de la puerta están rayados.
- Retocar pintura en las paredes.
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

139

- Sellar apertura de la pared alrededor de los receptáculos
- Pintar pared alrededor de receptáculos.

138

- Reemplazar acústicos manchados
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

137

- Reemplazar losas acústicas rotas y manchadas.
- Reparar pared alrededor de tubo donde va el refrigerador
- Instalar una tapa ciega en "junction box"
- Hay paredes con defectos en el macillado.
- Corregir la instalación del zócalo de vinyl ya que esta despegado.
- Una de las mesas esta pandeada y necesita ser reemplazada.

136

- El tope del mueble está roto y manchado.
- Puerta de cristal esta manchada con pintura

135

- Zócalo de pasillo externo al cuarto esta doblado

156

- Retocar pintura alrededor de los "Access door".
- Falta instalar el dispositivo de "Fire alarm speaker and strobe light"

- Falta instalar zocalos de cerámica en pasillo donde están los "tempered glass doors"
- La puerta 153 C tiene un "juntion Box" adicional al del card reader que no se logra identificar en el plano E-3

157
- Sellar apertura alrededor de los receptáculos
- Falta acústico de instalar

COMPLETED

158
- Pintar paredes, están incompletas.
- Reparar pared con defecto de pintura.
- Instalar losa acústica que falta.
- Reemplazar losas acústicas manchadas.

153
- Sellar las aperturas que están alrededor de los "spot light".
- Corregir la terminación del techo alrededor del difusor de aire
- Reemplazar "spot light" que esta doblado.
- Limpiar marcos de pintura en las puertas de cristal.
- Instalar zócalo adyacente a la puerta de cristal.
- Instalar las tapas de las cabecillas de la tubería de prevención de fuego.
- Limpiar pintura de las losas de pared.
- Eliminar "tape" del zocalo de vinyl.
- Falta el "rough-in" para instalación de "card reader" en puerta 153 A

161
- Instalar tapa a interruptor de luz.
- Fijar luminaria sobre los "runners"
- Sellar agujero alrededor de "cover plate" sobre losa de pared.

162
- Reemplazar un panel acústico que está manchado con pintura.

152
- Algunos paneles de los modulares están sucios o manchados
- Fijar losas acústicas en su sitio
- Falta la instalación de los cristales de los modulares
- Las puertas necesitan ser ajustadas porque no cierran bien.
- Falta la instalación de los cubre faltas verticales de los modulares
- Falta verificar voltaje e instalar "tags" a dos receptáculos de los modulares.
- Una de las puertas esta rota en la parte superior del cabezal del marco.

154
- Instalar abrazadera en "partition" de baño de damas
- Reemplazar losas sucias y defectuosas
- Los baños necesitan una limpieza general.

- Fijar en sitio losus acústicas.
- Hay un "runner" manchado de pintura color roja.

155



- Los "partitions" están sueltos
- La losa del piso esta manchada
- Faltan losas debajo del lavamanos
- No hay uniformidad de color en la lechada.
- Sellar agujero alrededor del registro del toilet
- Algunas losas en la pared no están completamente rellenadas con la lechada.
- Pared de yeso dentro de los "partitions" muestran marcas en el macillado.
- No está trabajada la terminación alrededor del marco de la puerta interna hacia el "rough-in sanitario y tampoco cierra la puerta. Además, no tiene cerradura.
- Algunos acústicos tienen aperturas y no fijan bien sobre el "runner".
- Omisión de chaso acústico sobre el techo del zafacón.
- En los pasillos Área común
- Los rótulos de "exit" no están derechos.
- Fijar zócalos de vinyl de pasillo norte, estos muestran ondulaciones , protuberancias y dobleces
- Falta instalar los gabinetes para los extintores
- Los zócalos en el pasillo frente al cuarto 150 muestra ondulaciones y falta uniformidad.

Condiciones Generales:

1. Todos los "Lockset" de las puertas de cristal (153 o 156) deben ser sergent.
2. Hay modulares que tienen los face plate de los receptáculos en "overlapping".
3. Verificar si está instalada el rought-in para 2 cámaras adicionales a las ya instalada. Ver ejes K-11, G-11. En el plano A-16.
4. El color de las paredes no es uniforme con el pasillo sur del piso.
5. Hay un acústico roto cerca de la puerta 153°.
6. Sellar agujeros alrededor de los receptáculos del pasillo norte.
7. Reparar zócalo de vinyl hundido en pared de área oeste próxima a nuevo cuarto del CASP.

PUNCH U'T PISO7 AEPII20X

Limpiar puerta manchada con pintura
El interruptor no tiene su "cover plate".
Retocar alrededor de los receptáculos.
Marco de la puerta tiene un agujero que debe rellenarse y pintarse.
Terminaciones alrededor del marco de la puerta debe mejorarse.
Pared sobre receptáculo necesita corregir huella de macillado.

101
Losa de la esquina con apertura en el "runner".
· En las afueras del cuarto existe un "strobe light" instalado en un hueco sin macillar.
Reemplazar cristal rayado.
Zócalo con doblez detrás de la puerta

102
Retocar la pintura
Puerta con "pin holes"
Fijar losa acústica.

103
Panel acústico donde esta detector de humo fuera de sitio.
Puerta esta desalineada.
La alfombra próxima a el cuarto 103 esta manchada.
Modulares aledaños al cuarto no están alineados.
La alfombra del pasillo común desde el cuarto no esta bien fijada en sitio y muestra una deformación en el corte en la losa .
La pared externa del cuarto tiene marcas en el macillado
· Cristal esta rayado.

104
Losas acústicas cerca de la pared oeste fuera de sitio.
Retocar pintura en pasillos
Zócalo de vinyl esta levantada, ver área noreste en último modulo.
Interruptor censor Honeywell no alineado. Puede verse "holes" de pared de yeso.
· Reemplazar una de las gavetas de los módulos esta abollada.
Retocar pared norte la pintura no es uniforme.
Losas de las alfombras están manchadas
Interruptor no tiene "cover plate"
Losa acústica del pasillo frente al cuarto no están fijados en sitio.
Filo de pared al lado este tiene una deformación en el macillado.

105
Laterales de la puerta necesita un retoque de pintura
Fijar losa acústica en su sitio.
Losa de alfombra en esquina noreste despegada.

106
- Reemplazar losas acústicas manchadas.
- Fijar losas acústicas fuera de sitio

107
- Refinar línea gruesa en esquina de pared de yeso.
- Pintar alrededor del receptáculo.
- Zócalo de vinyl fuera de su sitio

108
- Eliminar "holders" de las antiguas cortinas.
- Limpiar las paredes sucias
- Fijar en sitio losa acústica
- Sellar agujero alrededor de receptáculo

109
- Ajustar el "clip" de luminaria.
- Retocar pintura en la pared que no está uniforme
- Fijar el contorno de la alfombra al marco para evitar ver la losa de hormigón.
- Cristal esta rayado

110
- Reparar "runner" doblado.
- Retocar pared manchada o sucia.

111
- En el pasillo frente al cuarto fijar a superficie de pared el "emergency light".
- Limpiar paredes sucias.
- Reemplazar losa de alfombra manchada con color rojo.
- Zócalos de vinyl están manchados y otros no fijan bien en sitio.

112
- Fijar zocalos de vinyl despegados
- Sellar hueco alrededor de receptáculo
- Limpiar las paredes
- Verificar el ajuste del deslizamiento de los "pocket doors" , no se deslizan suavemente.

113
- Retocar la pintura de los marcos de las ventanas y paredes.
- Eliminar "holders" de antiguas cortinas.
- Eliminar abolladura alrededor de receptáculo en pared de yeso.
- Pintar marco de la puerta que esta manchada con pintura.
- Cristal esta rayado.
- Sellar agujeros alrededor de receptáculo y "cover plate" en cuarto interior y pasillo.

114

- Reparar zocalo de vinyl despegado.
- Retocar la pintura de las paredes y marcos de las ventanas
- Eliminar "holders" de antiguas cortinas.
- Sellar agujero alrededor del receptáculo.

115
- Eliminar los "holders" de antiguas cortinas
- Reemplazar losas acústicas manchadas
- Reparar zócalo de vinyl despegado detrás de la puerta
- Retocar con pintura las mochetas alrededor de ventana.
- Limpiar las paredes están sucias.
- Limpiar alfombra manchada
- Interruptor no tiene el "cover plate".
- Mesa de conferencia manchada en el tope.

116
- Reemplazar acústicos manchados y/o sucios.
- Fijar losas acústicas a los "runners"
- Fijar al "runner" la parrilla de retorno, el "runner" esta doblado.
- Retocar pintura sobre los zocalos de vinyl y en la pared color Brown.
- Runner del pasillo común frente al cuarto esta manchado con pintura color verde.

117
- Retocar paredes con pintura
- Limpiar "runners" que están manchados de color rojo.
- Reemplazar "runners" doblados al lado de los difusores.
- Sellar agujero de la pared donde se encuentra un interruptor Honeywell.
118
- La luminaria cerca de ventana central no está fijada a los "runners".
- Los acústicos y el retorno no parecen estar alineados sobre los "runners".
- Eliminar los "holders" de las antiguas cortinas.
- El techo acústico muestra un desnivel en área norte.
- La alfombra del pasillo común frente al cuarto esta manchada.

119
- Pintar pared manchada
- Pintar marco de la ventana
- El marco de las ventanas están sucios.
- Interruptor no tiene el "cover plate".
- Sellar agujero alrededor de interruptor
- Limpiar los zócalos de vinyl están manchados.

120
- Pared de yeso adyacente a la puerta no esta alineada.
- Los espacios entre el marco y la pared deben ser selladas.

* Reemplazar losa acústica manchada (posición oeste a la mitad de la pared brown).



121
* Alfombra no cubre completamente el piso.
* Reemplazar acústicos sucios.
* Losa acústica cerca de la ventana no fija bien en sitio.

122
* Reemplazar acústico defectuoso que se encuentra al lado del difusor.
* La puerta tiene un "gap" amplio entre el marco y la puerta
* Sellar espacio entre marco y pared de yeso.
* Limpiar puerta manchada con pintura.
* Interruptor no tiene "cover plate"
* La alfombra esta manchada.
* Fijar losa acustica de la esquina norte del cuarto
* Limpiar la mesa de conferencia que esta manchada con pintura.
* Limpiar la pared esta sucia

123
* Fijar la losa acústica que esta próxima al difusor.
* Reemplazar losa acústica manchada.
* Interruptor no tiene "cover plate"
* Reemplazar losa acústica defectuosa.
* Limpiar pared color Brown esta sucia.
* La alfombra detrás de la puerta no está en su sitio.

124
* Reemplazar losas acústicas manchadas
* Los zócalos de vinyl no están fijados en sitio.
* Reemplazar alfombra rota detrás de la puerta.
* Interruptor no tiene "cover plate
125
* La puerta necesita ser ajustada porque no cierra bien.
* Paredes necesitan retoque de pintura.
* Eliminar "Pin holes" en puerta.
* Marcos de las puertas alrededor necesitan que se cubran espacios abiertos.

126
* Plafón acústico deflexionado.
* Modulares con paneles en la superficie arrugadas.
* Los zócalos de vinyl manchados con pintura
* Losa acústica frente al nuevo cuarto del CASP sucio.
* Retocar pared norte en algunos "spots" sucios.

127

**Asunto:** Punch List #7

**Proyecto:** Instalación de modulares de oficina y Mejoras Interiores del Piso7/
AEP- 1120X

Cuarto

128
- *ot* Losa acústica donde esta cabecilla de "sprinkler "rota.
- *ot* Zócalo de vinil manchado.
- *of* Retocar pintura de marcos de ventanas
- * onu* Reparar desnivel en la puerta contra marco.

129
- *ot* Desnivel en acústico de esquina cerca de ventana
- *ot* Puerta esta rayada en la parte frontal abajo.
- *ot* Cristal está manchado con pintura.

130
- *ot* En los modulares los receptáculos no fijan adecuadamente en el modulo.
- *ot* Se observó receptáculos que sobresalen y otros "flat" a la superficie.
- *ot* Retocar pared sucia cerca de los "juntion box".
- *ot* Retocar pared con pintura



131
- *ot* Losa acústica donde esta el sensor de humo manchada.
- *ot* Paredes necesitan retocar pintura.
- *ot* Puerta no cierra correctamente..
- *ot* Hay un cable que sobresale de la parrilla de retorno
- *ot* Macillar y pintar filo de los marcos
- *ot* Losas acústicas deben fijarse a los "runners"
- *ot* Limpiar puerta manchada con pintura
- *ot* Puerta necesita ser ajustada
- *ot* El cabezal del marco de la puerta esta doblado.

132
- *ot* Losa acústica no está fijada al "runner".
- *ot* Losas acústicas manchadas
- *ot* Retocar pintura en las paredes
- *ot* Retocar con pintura marcos de la puerta
- *ot* Puerta no cierra correctamente.

100
- *ot* Retocar con pintura paredes y marcos de las ventanas
- *ot* Losa acústica cerca de la cabecilla del sprinkler rota.
- *ot* Puerta no cierra correctamente.
- *ot* Marco de la puerta esta despegado.

- Retocar paredes con pintura
- Reemplazar losas acústicas manchadas o sucias.
- Retocar pintura del marco.

142

- Retocar pintura de las paredes
- Limpiar pintura en tapa de receptáculos.

141

- Retocar la pintura de las paredes
- Reparar zócalo despegado al lado de la puerta.
- Mesa tiene impacto en la esquina.

140

- Pequeño agujero en pared de yeso sin cubrir.
- Algunos paneles acústicos están sucios
- Algunos "runners" detrás de la puerta están rayados.
- Retocar pintura en las paredes.
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

139

- Sellar apertura de la pared alrededor de los receptáculos
- Pintar pared alrededor de receptáculos.

138

- Reemplazar acústicos manchados
- Suavizar la superficie de la  pared aledaña a los marcos detrás de la puerta.

137

- Reemplazar losas acústicas rotas y manchadas.
- Reparar pared alrededor de tubo donde va el refrigerador
- Instalar una tapa ciega en "junction box"
- Hay paredes con defectos en el macillado.
- Corregir la instalación del zócalo de vinyl ya que esta despegado.
- Una de las mesas esta pandeada y necesita ser reemplazada.

136

- El tope del mueble está roto y manchado.
- Puerta de cristal esta manchada con pintura

135

- Zócalo de pasillo externo al cuarto esta doblado

156

- Retocar pintura alrededor de los "Access door".
- Falta instalar el dispositivo de "Fire alarm speaker and strobe light"

- Los zocalos de vinyl estan sucios
- • Eliminar cordón que cuelga del "runner" frente al cuarto #129
- Fijar losas acústicas a los "runners"
- Reemplazar losas acústicas defectuosas o rotas.
- Reparar puerta desalineada.
- 
- Receptáculo no tiene "cover plate"
- Los zócalos de vinyl están manchados con pintura

151   En el nuevo cuarto del CASP se encontró lo siguiente
- Limpiar la puerta manchada
- Limpiar los zócalos manchados
- Sellar los huecos alrededor de los receptáculos
- Reparar rejilla de retorno que esta doblada
- Fijar losas acústicas
- Reparar zócalo de vinyl
- Retocar pintura alrededor de los receptáculos y paredes:
- 

149
- La puerta necesita ajuste
- Reemplazar acústicos manchados

148
- Fijar rejilla de retorno en su sitio
- Limpiar zócalos de vinyl
- Limpiar alfombras

147
- Instalar zocalo de vinyl en el pasillo externo de este cuarto.
- Retocar la pintura del cuarto

146
- Reemplazar "runners "doblados en el techo.
- Fijar losas acústicas que no alinean bien.
- Fijar la parilla del retorno que esta fuera de lugar.
- La puerta tiene esta rayada.

145
- La puerta necesita ajuste.
- Retocar la pintura de la pared.
- La pared externa que da al pasillo no tiene uniformidad en el color.
- Retocar marco de la puerta esta rayada.
- Reemplazar acústico roto encima de la puerta

143
- Instalar zócalo de vinyl.

- Falta instalar zóc...os de cerámica en pasillo donde están los "tempered glass doors"
- La puerta 153 C tiene un "juntion Box" adicional al del card reader que no se logra identificar en el plano E-3

157
- Sellar apertura alrededor de los receptáculos
- Falta acústico de instalar



158
- Pintar paredes, están incompletas.
- • Reparar pared con defecto de pintura.
- Instalar losa acústica que falta.
- Reemplazar losas acústicas manchadas.

153
- Sellar las aperturas que están alrededor de los "spot light".
- Corregir la terminación del techo alrededor del difusor de aire
- Reemplazar "spot light" que esta doblado.
- Limpiar marcos de pintura en las puertas de cristal.
- Instalar zócalo adyacente a la puerta de cristal.
- Instalar las tapas de las cabecillas de la tubería de prevención de fuego.
- Limpiar pintura de las losas de pared.
- Eliminar "tape" del zocalo de vinyl.
- Falta el "rough-in" para instalación de "card reader" en puerta 153 A

161
- Instalar tapa a interruptor de luz.
- Fijar luminaria sobre los "runners"
- Sellar agujero alrededor de "cover plate" sobre losa de pared.

162
- Reemplazar un panel acústico que está manchado con pintura.

152
- Algunos paneles de los modulares están sucios o manchados
- Fijar losas acústicas en su sitio
- Falta la instalación de los cristales de los modulares
- Las puertas necesitan ser ajustadas porque no cierran bien.
- Falta la instalación de los cubre faltas verticales de los modulares
- Falta verificar voltaje e instalar "tags" a dos receptáculos de los modulares.
- Una de las puertas esta rota en la parte superior del cabezal del marco.

154
- Instalar abrazadera en "partition" de baño de damas
- Reemplazar losas sucias y defectuosas
- Los baños necesitan una limpieza general.

- Fijar en sitio losas acústicas.
- OK Hay un "runner" manchado de pintura color roja.

155
- Los "partitions" están sueltos
- La losa del piso esta manchada
- Faltan losas debajo del lavamanos
- No hay uniformidad de color en la lechada.
- Sellar agujero alrededor del registro del toilet
- Algunas losas en la pared no están completamente rellenadas con la lechada.
- Pared de yeso dentro de los "partitions" muestran marcas en el macillado.
- OK No está trabajada la terminación alrededor del marco de la puerta interna hacia el "rough-in sanitario y tampoco cierra la puerta. Además, no tiene cerradura.
- Algunos acústicos tienen aperturas y no fijan bien sobre el "runner".
- Omisión de chaso acústico sobre el techo del zafacón.
- En los pasillos Área común
- Los rótulos de "exit" no están derechos.
- Fijar zócalos de vinyl de pasillo norte, estos muestran ondulaciones , protuberancias y dobleces
- Falta instalar los gabinetes para los extintores
- Los zócalos en el pasillo frente al cuarto 150 muestra ondulaciones y falta uniformidad.

Condiciones Generales:

1. Todos los "Lockset" de las puertas de cristal (153 o 156) deben ser sergent.
2. Hay modulares que tienen los face plate de los receptáculos en "overlapping".
3. Verificar si está instalada el rought-in para 2 cámaras adicionales a las ya instalada. Ver ejes K-11, G-11. En el plano A-16.
4. El color de las paredes no es uniforme con el pasillo sur del piso.
5. Hay un acústico roto cerca de la puerta 153°.
6. Sellar agujeros alrededor de los receptáculos del pasillo norte.
7. Reparar zócalo de vinyl hundido en pared de área oeste próxima a nuevo cuarto del CASP.



* MODULO:
* PROBAR LOS RECEPTICULOS DE TODOS LOS MODULARES
INSTALADOS. > OK VERIFICADO + CONFIRMADO POR ARQ.VIZCAYA ELB.263
LO QUE YA ESTABA MARCADO YA ESTABA CERTIFICADO Y
CORREGIDO (todo se corrigio EXEPTO la nota no los
modulos).

23/ABRIL/13

8.23.13    K.BAEZ
AIRFKO

[Translation]

"COMPLETED"
is stamped on each page
from page 76-93 of the original

**Issue:** Punch List #7

**Project:** Installation of office modular systems and internal improvements on Floor 7 / AEP- 1120X

**Room**

128
- Acoustic tile where the broken sprinkler head is.
- Vinyl baseboard with stains.
- Touch up paint on the window frames.
- Repair unevenness of the door against the frame.

129
- Unevenness of acoustic tile in the corner near the window.
- Door is cracked on the front at the bottom.
- The window is stained with paint.

130
- In the modular units the receptacles do not plug in properly in the module.
- Receptacles were observed that are raised and others that are flat with the surface.
- Touch up the dirty wall next to the junction box.
- Touch up the wall with paint.

131
- Acoustic tile where the smoke detector is stained.
- The walls need the paint to be touched up.
- The door doesn't close properly.
- There is a wire that sticks out from the return grill.
- Insert filler putty and paint the edges of the frames.
- The acoustic tile should be attached to the runners.
- Clean the door that is stained with paint.
- The door needs to be adjusted.
- The head of the door frame is bent.

132
- The acoustic tile is not attached to the runner.
- The acoustic tile is stained.
- Touch up the paint on the walls.
- Touch up the door frames with paint.
- The door does not close correctly.

100
- Touch up the walls and window frames with paint.
- Acoustic tile near the sprinkler head is broken
- The door doesn't close correctly.
- The door frame is loose.

- Clean the door that is stained with paint.
- The switch doesn't have a cover plate.
- Touch up around the receptacles.
- The door frame has a hole that should be filled and painted.
- The finish around the door frame should be improved.
- The wall above the receptacle needs to have the putty smudge corrected.
  101
- The corner tile has a hole in the runner.
- On the outside of the room a strobe light has been installed in a space without being filled in with putty.
- Replace broken glass.
- The baseboard has a bend in it behind the door.
  102
- Touch up the paint.
- The door has pin holes.
- Attach the acoustic tile.
  103
- The acoustic tile where the smoke detector is located is out of its place.
- The door is not lined up.
- The carpet next to room 103 is stained.
- The modular units next to the room are not lined up.
- The carpet in the common hallway from the room is not well attached in its place and shows a defect in the cutting of the tile.
- The outside door of this room has marks in the filler.
- The glass is broken.
  104
- The acoustic tile near the west wall is out of place.
- Touch up the paint in the hallways.
- The vinyl baseboard is raised, see the northeast area in the last module.
- The Honeywell sensor switch is not lined up. Holes are visible in the drywall.
- Replace one of the drawers of the modular units. It is dented.
- Touch up the north wall with paint. It is not uniform.
- The carpet tiles are stained.
- The switch does not have a cover plate.
- The acoustic tile in the hallway in front of the room are not fixed in place.
- The edge of the wall at the side has a defect in the filler.
  105
- The sides of the door need to be touched up with paint.
- The acoustic tile needs to be fixed in place.
- The carpet tile in the northeast corner is loose.

106
- Replace acoustic tile with stains.
- Attach the acoustic tiles that are out of place.
  107
- Polish the thick line in the corner of the drywall.
- Paint around the receptacle.
- Vinyl baseboard is out of place.
  108
- Remove the old curtain rods.
- Clear any dirty walls.
- Attach the acoustic tile in its place.
- Seal the hole around the receptacle.
  109
- Adjust the light fixture clip.
- Touch up the paint on the wall that is not consistent.
- Attach the contour of the carpet to the frame to prevent the cement tile from being visible.
- The glass is broken.
  110
- Repair the bent runner.
- Touch up the stained or dirty wall.
  111
- In the hallway in front of this room attach the emergency light to the surface of the wall.
- Clean the dirty walls.
- Replace carpet tile that has red stains.
- The vinyl baseboard is stained and others are not properly attached in place.
  112
- Attach the vinyl baseboards that are loose.
- Seal the hole around the receptacle.
- Clean the walls.
- Check the adjustment of the sliding capacity of the pocket doors. They do not slide gently.
  113
- Touch up the window and door frames with paint.
- Remove old curtain rods.
- Remove dent in the drywall around the receptacle.
- Paint the doorframe that is stained with paint.
- The glass is broken.
- Seal the holes around the receptacle and cover plate inside the room and in the hallway.
  114

- Repair the vinyl baseboard that is loose.
- Touch up the walls and window frames with paint.
- Remove old curtain rods.
- Seal holes around the receptacle.
  115
- Remove old curtain rods.
- Replace stained acoustic tiles.
- Repair vinyl baseboard that is loose behind the door.
- Touch up the molding with paint around the windows
- Clean the walls that are dirty.
- Clean the stained carpet.
- The switch does not have a cover plate.
- Conference table stained on the top.
  116
- Replace stained and/or dirty acoustic tiles.
- Attach the acoustic tiles to the runners.
- Attach the runner to the return grill, the runner is bent.
- Touch up the paint on the vinyl baseboards and on the brown wall.
- Common hallway runner in front of the room is stained with green paint.
  117
- Touch up the walls with paint.
- Clean the runners that are stained with red.
- Remove the bent runners next to the diffusers.
- Seal the hole in the wall where the Honeywell switch is located.
  118
- The light fixture near the center window is not attached to the runners.
- The acoustic tiles and return seem not to be aligned over the runners.
- Remove the old curtain rods.
- The acoustic tile is uneven in the north area.
- The common hallway carpet in front of the room is stained.
  119
- Paint the stained wall.
- Paint the window frame.
- The frame to the windows is dirty.
- The switch does not have a cover plate.
- Seal the hole around the switch.
- Clean the vinyl baseboards that are stained.
  120
- Drywall adjacent to the door is not lined up.
- The spaces between the frame and the wall should be sealed up.

- Replace stained acoustic tile (west position at the middle of the brown wall).
  121
- The carpet does not completely cover the floor.
- Replace dirty acoustic tile.
- The acoustic tile near the window is not firmly in place.
  122
- Replace the defective acoustic tile that is located next to the diffuser.
- The door has a wide gap between the frame and the door.
- Seal the space between the frame and drywall.
- Clean the door that is stained with paint.
- The switch does not have a cover plate.
- The carpet is stained.
- Attach the acoustic tile in the northern corner of the room.
- Clean the conference table that is stained with paint.
- Clean the wall that is dirty.
  123
- Attach the acoustic tile that is next to the diffuser.
- Replace the stained acoustic tile.
- The switch doesn't have a cover plate.
- Replace the defective acoustic tile.
- Clean the brown wall that is dirty.
- The carpet behind the door is not in place.
  124
- Replace the stained acoustic tiles.
- The vinyl baseboards are not attached in place.
- Replace the torn carpet behind the door.
- The switch does not have a cover plate.
  125
- The door needs to be adjusted because it does not close properly.
- The walls need to be touched up with paint.
- Remove the pin holes in the door.
- There are open spaces around the door frames that need to be covered.
  126
- The acoustic drop ceiling deflected.
- Modular units with panels that are wrinkled on the surface.
- The vinyl baseboards are stained with paint.
- The acoustic tile in front of the new CASP room is dirty.
- Touch up the northern wall in some dirty spots.
  127

- The vinyl baseboards are dirty.
- Remove the cord that is handing from the runner in front of room #129.
- Attach the acoustic tile to the runners.
- Replace defective or broken acoustic tiles.
- Repair the door that is not lined up.
- 
- The receptacle does not have a cover plate.
- The vinyl baseboards are stained with paint.

151   In the new CASP room the following was found
- Clean the stained door.
- Clean the stained baseboards
- Seal the holes around the receptacles.
- Repair the return grill that is bent.
- Attach the acoustic tile.
- Repair the vinyl baseboard.
- Touch up the paint around the receptacles and walls:
  149
- The door needs to be adjusted.
- Replace the stained acoustic tiles.
  148
- Affix the return grill in its place.
- Clean the vinyl baseboards.
- Clean the carpets.
  147
- Install vinyl baseboard in the outer hallway of this room.
- Touch up the paint in the room.
  146
- Replace the bent runners in the ceiling.
- Affix the acoustic tile that are not lined up properly.
- Attach the return grill that is out of place.
- The door is scratched.
  145
- The door needs to be adjusted.
- Touch up the paint on the wall.
- The outside door and leads to the hallway does not have a consistent color.
- Touch up the door frame because it is cracked.
- Replace the acoustic tile above the door.
  143
- Install the vinyl baseboard.

- Touch up the walls with paint.
- Replace the stained or dirty acoustic tile.
- Touch up the frame with paint.
  142
- Touch up the walls with paint.
- Clean up the paint on the receptacle covers.
  141
- Touch up the walls with paint.
- Repair the baseboard that is detached from the side of the door.
- The table has a sign of impact on the corner.
  140
- Small hole in the drywall that has not been covered.
- Some acoustic panels are dirty.
- Some runners behind the door are scratched.
- Touch up the paint on the walls.
- Smooth out the surface of the wall next to the frames behind the door.

  139
- Seal the opening in the wall around the receptacles.
- Paint the wall around the receptacles.
  138
- Replace the stained acoustic tiles.
- Smooth out the surface of the wall next to the frames behind the door.
  137
- Replace the acoustic tiles that are broken and stained.
- Repair the wall around the pipe where the refrigerator belongs.
- Install a blind cover plate on the junction box.
- There are walls with defects in the putty work.
- Correct the installation of the vinyl baseboard because it is coming loose.
- One of the tables is warped and needs to be replaced.
  136
- The top of the piece of furniture is broken and stained.
- The glass door is stained with paint.
  135
- The baseboard of the outer hallway to this room is bent.
  156
- Touch up the paint around the access door.
- The fire alarm speaker and strobe light device needs to be installed.

- Tile baseboards need to be installed in the outer hallway where the tempered glass doors are located.
- The 153 C door has an additional junction box to the side of the card reader that cannot be identified in plan E-3.
  157
- Seal the opening around the receptacles.
- Acoustic tile needs to be installed.
  158
- Paint the walls; they are incomplete.
- Repair the wall with a paint defect.
- Install the acoustic tile that is missing.
- Replace stained acoustic tiles.
  153
- Seal the openings that are around the spot lights.
- Correct the finish of the ceiling around the air diffuser.
- Replace the spotlight that is bent.
- Clean up the paint in the frames in the glass doors.
- Install the baseboard adjacent to the glass door.
- Install the covers on the heads of the fire prevention pipes.
- Clean paint from the wall tiles.
- Remove the tape from the vinyl baseboard.
- The rough-in is missing for the installation of the card reader in door 153A.
  161
- Install the plate cover for the light switch.
- Fix the light fixtures on the runners.
- Seal the hole around the cover plate on the wall tile.
  162
- Replace an acoustic tile that is stained with paint.
  152
- Some panels of the modular units are dirty or stained.
- Affix the acoustic tile in place.
- The installation of the glass of the modular units needs to be done.
- The doors need to be adjusted because they don't close properly.
- The vertical cover plates of the modular units need to be installed.
- The voltage needs to be checked and tags need to be installed on two receptacles of the modular units.
- The upper part of one of the doors of the frame head is broken.
  154
- Install a clamp in the partition in the women's bathroom.
- Replace dirty and defective tiles.
- The bathrooms needs an overall cleaning.

- Attach the acoustic tiles in place.
- There is a runner stained with red paint.
  155
- The partitions are loose.
- The floor tile is stained.
- Some tiles are missing under the sink.
- There is no consistency in the color of the grout.
- Seal the hole around the toilet cleanout.
- Some of the tiles in the wall are not completely filled with grout.
- The drywall within the partition show marks on the putty filler.
- The finish work around the inner door frame has not been done going towards the bathroom rough-in and the door also does not close. In addition, it has no lock.
- Some of the acoustic tiles have holes and do not attach well to the runner.
- There is no acoustic "chaso" on the ceiling of the trash can.
- In the common hallways.
- The exit signs are not straight.
- Attach the vinyl baseboards of the north hallway; they are visibly uneven with protrusions and bends.
- The cabinets for the extinguishers need to be installed.
- The baseboards in the front hallway of room 150, they are visibly uneven rippled and they are not uniform.


General Conditions:

1.  All the locksets of the glass doors (153 or 156) should be Sargent.
2.  There are modular units that have the face plates for the receptacles that are overlapped.
3.  Check to see if the rough-in has been installed for the 2 additional cameras or the ones that are already installed. See axes K-11, G-11. In plan A-16.
4.  The color of the walls is not consistent with the southern hallway of the floor.
5.  There is a broken acoustic tile near door 153.
6.  Seal the holes around the receptacles of the northern hall.
7.  Repair the vinyl baseboard that is built into the wall in the western area next to the CASP room.

[Punch List Floor 7 AEP1120X]

[Initials in the left margin toward middle of page]

- [Ok – handwritten throughout] Clean the door that is stained with paint.
- [Ok] The switch doesn't have a cover plate.
- [Ok] Touch up around the receptacles.
- [Ok] The door frame has a hole that should be filled and painted.
- [Ok] The finish around the door frame should be improved.
- [Ok] The wall above the receptacle needs to have the putty smudge corrected.
  101
- [Ok] The corner tile has a hole in the runner.
- [Ok] On the outside of the room a strobe light has been installed in a space without being filled in with putty.
- [Ok] Replace broken glass.
- [Ok] The baseboard has a bend in it behind the door.
  102
- [Ok] Touch up the paint.
- [Ok] The door has pin holes.
- [Ok] Attach the acoustic tile.
  103
- [Ok] The acoustic tile where the smoke detector is located is out of its place.
- [Ok] The door is not lined up.
- [Ok] The carpet next to room 103 is stained.
- [Ok] The modular units next to the room are not lined up.
- [Ok] The carpet in the common hallway from the room is not well attached in its place and shows a defect in the cutting of the tile.
- [Ok] The outside door of this room has marks in the filler.
- [Ok] The glass is broken.
  104
- [Ok] The acoustic tile near the west wall is out of place.
- [Ok] Touch up the paint in the hallways.
- [Ok] The vinyl baseboard is raised, see the northeast area in the last module.
- [Ok] The Honeywell sensor switch is not lined up. Holes are visible in the drywall.
- [Ok] Replace one of the drawers of the modular units. It is dented.
- [Ok] Touch up the north wall with paint. It is not uniform.
- [Ok] The carpet tiles are stained.
- [Ok] The switch does not have a cover plate.
- [Ok] The acoustic tile in the hallway in front of the room are not fixed in place.
- [Ok] The edge of the wall at the side has a defect in the filler.
  105
- [Ok] The sides of the door need to be touched up with paint.
- [Ok] The acoustic tile needs to be fixed in place.
- [Ok] The carpet tile in the northeast corner is loose.

[Initials in the left margin toward top of page]

106
- [Ok] Replace acoustic tile with stains.
- [Ok] Attach the acoustic tiles that are out of place.

107
- [Ok] Polish the thick line in the corner of the drywall.
- [Ok] Paint around the receptacle.
- [Ok] Vinyl baseboard is out of place.

108
- [Ok] Remove the old curtain rods.
- [Ok] Clear any dirty walls.
- [Ok] Attach the acoustic tile in its place.
- [Ok] Seal the hole around the receptacle.

109
- Adjust the light fixture clip. [Ok]
- Touch up the paint on the wall that is not consistent. [Ok]
- [Ok] Attach the contour of the carpet to the frame to prevent the cement tile from being visible.
- [Ok] The glass is broken.

110
- [Ok] Repair the bent runner.
- [Ok] Touch up the stained or dirty wall.

111
- [Ok] In the hallway in front of this room attach the emergency light to the surface of the wall.
- [Ok] Clean the dirty walls.
- [Ok] Replace carpet tile that has red stains.
- The vinyl baseboard is stained and others are not properly attached in place.

112
- [Ok] Attach the vinyl baseboards that are loose.
- Seal the hole around the receptacle.
- Clean the walls.
- [Ok] Check the adjustment of the sliding capacity of the pocket doors. They do not slide gently.

113
- Touch up the window and door frames with paint.
- Remove old curtain rods.
- Remove dent in the drywall around the receptacle.
- Paint the doorframe that is stained with paint.
- The glass is broken.
- Seal the holes around the receptacle and cover plate inside the room and in the hallway.

114

[Initials in the left margin toward top of page]
- Repair the vinyl baseboard that is loose.
- Touch up the walls and window frames with paint.
- Remove old curtain rods.
- Seal holes around the receptacle.
  115
- Remove old curtain rods.
- Replace stained acoustic tiles.
- [Ok] Repair vinyl baseboard that is loose behind the door.
- Touch up the molding with paint around the windows
- Clean the walls that are dirty.
- [Ok] Clean the stained carpet.
- The switch does not have a cover plate.
- Conference table stained on the top.
  116
- Replace stained and/or dirty acoustic tiles.
- Attach the acoustic tiles to the runners.
- Attach the runner to the return grill, the runner is bent.
- [Ok] Touch up the paint on the vinyl baseboards and on the brown wall.
- Common hallway runner in front of the room is stained with green paint.
  117
- Touch up the walls with paint.
- Clean the runners that are stained with red.
- Remove the bent runners next to the diffusers.
- [Ok] Seal the hole in the wall where the Honeywell switch is located.
  118
- The light fixture near the center window is not attached to the runners.
- The acoustic tiles and return seem not to be aligned over the runners.
- Remove the old curtain rods.
- The acoustic tile is uneven in the north area.
- [Ok] The common hallway carpet in front of the room is stained.
  119
- Paint the stained wall.
- Paint the window frame.
- The frame to the windows is dirty.
- The switch does not have a cover plate.
- [Ok] Seal the hole around the switch.
- Clean the vinyl baseboards that are stained.
  120
- Drywall adjacent to the door is not lined up.
- The spaces between the frame and the wall should be sealed up.

[Initials in the left margin toward top of page]

- Replace stained acoustic tile (west position at the middle of the brown wall).
  121
- [Ok] The carpet does not completely cover the floor.
- [Ok] Replace dirty acoustic tile.
- [Ok] The acoustic tile near the window is not firmly in place.
  122
- [Ok] Replace the defective acoustic tile that is located next to the diffuser.
- [Ok] The door has a wide gap between the frame and the door.
- [Ok] Seal the space between the frame and drywall.
- [Ok] Clean the door that is stained with paint.
- [Ok] The switch does not have a cover plate.
- [Ok] The carpet is stained.
- [Ok] Attach the acoustic tile in the northern corner of the room.
- [Ok] Clean the conference table that is stained with paint.
- [Ok] Clean the wall that is dirty.
  123
- [Ok] Attach the acoustic tile that is next to the diffuser.
- [Ok] Replace the stained acoustic tile.
- [Ok] The switch doesn't have a cover plate.
- [Ok] Replace the defective acoustic tile.
- [Ok] Clean the brown wall that is dirty.
- [Ok] The carpet behind the door is not in place.
  124
- [Ok] Replace the stained acoustic tiles.
- [Ok] The vinyl baseboards are not attached in place.
- [Ok] Replace the torn carpet behind the door.
- [Ok] The switch does not have a cover plate.
  125
- [Ok] The door needs to be adjusted because it does not close properly.
- [Ok] The walls need to be touched up with paint.
- [Ok] Remove the pin holes in the door.
- [Ok] There are open spaces around the door frames that need to be covered.
  126
- The acoustic drop ceiling deflected. [Ok]
- [Ok] Modular units with panels that are wrinkled on the surface.
- [Ok] The vinyl baseboards are stained with paint.
- [Ok] The acoustic tile in front of the new CASP room is dirty.
- [Ok] Touch up the northern wall in some dirty spots.
  127

[Initials in the left margin toward middle of page]

**Issue:** Punch List #7

**Project:** Installation of office modular systems and internal improvements on Floor 7 / AEP- 1120X

**Room**

128
- [Ok] Acoustic tile where the broken sprinkler head is.
- [Ok] Vinyl baseboard with stains.
- [Ok] Touch up paint on the window frames.
- [Ok] Repair unevenness of the door against the frame.

129
- [Ok] Unevenness of acoustic tile in the corner near the window.
- [Ok] Door is cracked on the front at the bottom.
- [Ok] The window is stained with paint.

130
- [Ok] In the modular units the receptacles do not plug in properly in the module.
- [Ok] Receptacles were observed that are raised and others that are flat with the surface.
- [Ok] Touch up the dirty wall next to the junction box.
- [Ok] Touch up the wall with paint.

131
- [Ok] Acoustic tile where the smoke detector is stained.
- [Ok] The walls need the paint to be touched up.
- [Ok] The door doesn't close properly.
- [Ok] There is a wire that sticks out from the return grill.
- [Ok] Insert filler putty and paint the edges of the frames.
- [Ok] The acoustic tile should be attached to the runners.
- [Ok] Clean the door that is stained with paint.
- [Ok] The door needs to be adjusted.
- [Ok] The head of the door frame is bent.

132
- [Ok] The acoustic tile is not attached to the runner.
- [Ok] The acoustic tile is stained.
- [Ok] Touch up the paint on the walls.
- [Ok] Touch up the door frames with paint.
- [Ok] The door does not close correctly.

100
- [Ok] Touch up the walls and window frames with paint.
- [Ok] Acoustic tile near the sprinkler head is broken
- [Ok] The door doesn't close correctly.
- [Ok] The door frame is loose.

[Initials in the left margin toward top of page]

- Touch up the walls with paint.
- Replace the stained or dirty acoustic tile.
- Touch up the frame with paint.
  142
- Touch up the walls with paint.
- Clean up the paint on the receptacle covers.
  141
- Touch up the walls with paint.
- [Ok] Repair the baseboard that is detached from the side of the door.
- [Ok] The table has a sign of impact on the corner.
  140
- Small hole in the drywall that has not been covered.
- Some acoustic panels are dirty.
- Some runners behind the door are scratched.
- Touch up the paint on the walls.
- Smooth out the surface of the wall next to the frames behind the door.

  139
- Seal the opening in the wall around the receptacles.
- [Ok] Paint the wall around the receptacles.
  138
- Replace the stained acoustic tiles.
- Smooth out the surface of the wall next to the frames behind the door.
  137
- Replace the acoustic tiles that are broken and stained.
- [Ok] Repair the wall around the pipe where the refrigerator belongs.
- Install a blind cover plate on the junction box.
- [Ok] There are walls with defects in the putty work.
- Correct the installation of the vinyl baseboard because it is coming loose.
- [Ok] One of the tables is warped and needs to be replaced.
  136
- [Ok] The top of the piece of furniture is broken and stained.
- The glass door is stained with paint.
  135
- The baseboard of the outer hallway to this room is bent.
  156
- Touch up the paint around the access door.
- The fire alarm speaker and strobe light device needs to be installed.

[Initials in the left margin toward top of page]
- The vinyl baseboards are dirty.
- Remove the cord that is handing from the runner in front of room #129.
- Attach the acoustic tile to the runners.
- Replace defective or broken acoustic tiles.
- Repair the door that is not lined up.
- 
- The receptacle does not have a cover plate.
- The vinyl baseboards are stained with paint.

[Ok] 151        In the new CASP room the following was found
- Clean the stained door.
- [Ok] Clean the stained baseboards
- [illegible] Seal the holes around the receptacles.
- Repair the return grill that is bent.
- Attach the acoustic tile.
- Repair the vinyl baseboard.
- Touch up the paint around the receptacles and walls:
  [Ok] 149
- The door needs to be adjusted.
- Replace the stained acoustic tiles.
  [Ok] 148
- [Ok] Affix the return grill in its place.
- Clean the vinyl baseboards.
- [Ok] Clean the carpets.
  [Ok] 147
- Install vinyl baseboard in the outer hallway of this room.
- Touch up the paint in the room.
  [Ok] 146
- Replace the bent runners in the ceiling.
- Affix the acoustic tile that are not lined up properly.
- Attach the return grill that is out of place.
- The door is scratched.
  [Ok] 145
- The door needs to be adjusted.
- Touch up the paint on the wall.
- The outside door and leads to the hallway does not have a consistent color.
- Touch up the door frame because it is cracked.
- Replace the acoustic tile above the door.
  [Ok] 143
- Install the vinyl baseboard.

[Initials in the left margin toward top of page]

- Tile baseboards need to be installed in the outer hallway where the tempered glass doors are located.
- The 153 C door has an additional junction box to the side of the card reader that cannot be identified in plan E-3.

  157
- Seal the opening around the receptacles.
- Acoustic tile needs to be installed.

  158
- Paint the walls; they are incomplete.
- Repair the wall with a paint defect.
- Install the acoustic tile that is missing.
- Replace stained acoustic tiles.

  153
- Seal the openings that are around the spot lights.
- [Ok] Correct the finish of the ceiling around the air diffuser.
- Replace the spotlight that is bent.
- Clean up the paint in the frames in the glass doors.
- Install the baseboard adjacent to the glass door.
- Install the covers on the heads of the fire prevention pipes.
- Clean paint from the wall tiles.
- Remove the tape from the vinyl baseboard.
- The rough-in is missing for the installation of the card reader in door 153A.

  161
- [Ok] Install the plate cover for the light switch.
- Fix the light fixtures on the runners.
- Seal the hole around the cover plate on the wall tile.

  162
- Replace an acoustic tile that is stained with paint.

  152
- Some panels of the modular units are dirty or stained.
- Affix the acoustic tile in place.
- [Ok] The installation of the glass of the modular units needs to be done.
- The doors need to be adjusted because they don't close properly.
- The vertical cover plates of the modular units need to be installed.
- The voltage needs to be checked and tags need to be installed on two receptacles of the modular units.
- [Ok] The upper part of one of the doors of the frame head is broken.

  154
- Install a clamp in the partition in the women's bathroom.
- Replace dirty and defective tiles.
- The bathrooms needs an overall cleaning.

[Initials in the left margin toward middle of page]

[handwritten: Punch List 7 AEP1120X]

- Attach the acoustic tiles in place.
- [Ok] There is a runner stained with red paint.
- 155
- The partitions are loose.
- The floor tile is stained.
- Some tiles are missing under the sink.
- There is no consistency in the color of the grout.
- Seal the hole around the toilet cleanout.
- Some of the tiles in the wall are not completely filled with grout.
- The drywall within the partition show marks on the putty filler.
- [Ok] The finish work around the inner door frame has not been done going towards the bathroom rough-in and the door also does not close. In addition, it has no lock.
- Some of the acoustic tiles have holes and do not attach well to the runner.
- There is no acoustic "chaso" on the ceiling of the trash can.
- In the common hallways.
- The exit signs are not straight.
- Attach the vinyl baseboards of the north hallway; they are visibly uneven with protrusions and bends.
- The cabinets for the extinguishers need to be installed.
- [Ok] The baseboards in the front hallway of room 150, they are visibly uneven rippled and they are not uniform.


General Conditions:

1. [Ok] All the locksets of the glass doors (153 or 156) should be Sargent.
2. There are modular units that have the face plates for the receptacles that are overlapped.
3. Check to see if the rough-in has been installed for the 2 additional cameras or the ones that are already installed. See axes K-11, G-11. In plan A-16.
4. The color of the walls is not consistent with the southern hallway of the floor.
5. There is a broken acoustic tile near door 153.
6. Seal the holes around the receptacles of the northern hall.
7. Repair the vinyl baseboard that is built into the wall in the western area next to the CASP room.

[Handwritten information]
Modular
* Test the receptacles of all the modular units
installed > OK checked and confirmed by Architect Vizcaya Elb-26 [illegible]
Whatever is already marked was already certified and corrected (everything was corrected except the not, not the modules).
[Sgd./illegible] 23/August/13          [Initialed (illegible) Aireko 8-23-13]

Anejo 7

# Certificación #7
# (Factura #AI-24-08024)

[Translation]

Attachment 7

# Certification #7

# (Invoice #AI-24-08024)



PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600 787)844-4001 Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 9/13/2013 | JOB NO. AEP 1120X | SUBMITTAL NO. |
|---|---|---|---|

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-7 MINILLAS |
|---|---|

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: ING. GERARDO CRESPO

WE ARE SENDING YOU   ☐ Attached   ☐ Under separate cover via _ _ _ the following items
☐ Drawings   ☐ Prints   ☐ Samples
☐ Copy of Letter   ☐ Change Order   ☐ Other   ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION 7 - $26,486.38 (AI-24-08024) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certified Payroll |
| | | | •Fotos Progreso |
| | | | •CD |
| | | | •SCHEDULE OF CHANGE ORDERS |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit _____ copies for distribution
☐ Return _____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:
IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY. A COMPLETE SET OF ALL SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER: KENNETH BAEZ - PROJECT MANAGER        DATE: 13-Sep-13

RECEIVED BY: _____        DATE: _____

[Translation]



PO Box 2128 San Juan PR  00922-2128  (787)653-6300 ` Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park  Ponce PR  00731-7600    787)844-4001  Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | | JOB NO. | | SUBMITTAL NO. |
|------|--|---------|--|---------------|
| | 9/13/2013 | | AEP 1120X | |

JOB NAME        INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-7 MINILLAS
TO        PUBLIC BUILDINGS AUTHORITY

ATTN:   ING. GERARDO CRESPO

WE ARE SENDING YOU          ☐ Attached          ☐ Under separate cover via _____ the following items

☐ Drawings          ☐ Prints          ☐ Samples
☐ Copy of Letter          ☐ Change Order          ☐ Other          ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AUGUST/13 | | CERTIFICATION 7 - $26,486.38 (AI-24-08024) |
| | | | *Breakdown for Payment |
| | | | * Fund Policy Certification |
| | | | * Certification of Liability Insurance |
| | | | * Certified Payroll |
| | | | * Progress Photographs |
| | | | * CD |
| | | | *SCHEDULE OF CHANGE ORDERS |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:        KENNETH BAEZ - PROJECT MANAGER          DATE: 13-Sep-13

RECEIVED BY:                                              DATE:

Transmittal Ltr   /   Pg 1 of 1  revised9/12/2013          If enclosures are not as noted, kindly notify us at once



**AIREKO**

P O Box 2128 San Juan, PR  00922-2128
*Tel (787) 653-8300*

INVOICE No. AI-24-0802

DATE: 08/15/2013

## CERTIFICATE FOR PAYMENT

PROJECT: REMODELACION Y SISTEMA DE MODULARES
       7TH FL MINILLAS 1120X

CERTIFICATION NO: 07

PROJECT #: 201267-170

PERIOD ENDING: 08/31/2013

| | |
|---|---:|
| 1.  CONTRACT AMOUNT | 1,258,155.00 |
| 2.  APPROVED CHANGE ORDERS | 59,612.95 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,317,767.95 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,317,767.95 |
| 5.  LESS: 10% RETAINAGE | 67,359.86 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,250,408.09 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,223,921.71 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 26,486.38 |
| 9.  __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   26,486.38 |

SUBMITTED BY:                         RECEIVED BY:

Ing  Kenneth Báez
Project Manager

DATE:                               DATE:

                                      APPROVED BY.



POSTED
08/15/13

[Partial Translation]



**AIREKO**

P O Box 2128 San Juan, PR  00922-2128
Tel (787) 653-6300

INVOICE No. AI-24-0802 4

DATE: 08/15/2013

## CERTIFICATE FOR PAYMENT

PROJECT: INSTALLATION OF MODULAR SYSTEMS 7TH FLOOR  MINILLAS 1120X        CERTIFICATION NO. 07

PROJECT #: 201267-170                                                     PERIOD ENDING: 08/31/2013

| | |
|---|---|
| 1.  CONTRACT AMOUNT | 1,258,155.00 |
| 2.  APPROVED CHANGE ORDERS | 59,612.95 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,317,767.95 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,317,767.95 |
| 5  LESS: 10% RETAINAGE | 67,359.86 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,250,408.09 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,223,921.71 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 26,486.38 |
| 9.  __ 90 __% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   26,486.38 |

SUBMITTED BY:                                          RECEIVED BY:

Ing  Kenneth Báez
Project Manager


DATE:                                                  DATE:

                                                       APPROVED BY.



White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   7   For Period **01-Aug-13**   , to   **31-Aug-13**

Project   INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

Project # **1120X**                    Contract Due Date: **07-Apr-12**        Extended Contract Due Date **30-May-12**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**        Address   PO BOX 2128   PR   00922-212   Contract No. **C-00031(11-12)**
                                                                          SAN JUAN

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 6 | UNUSED BALANCE 3-4 | % COMPLETED TO DATE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | DATE |
| (1) | | (3) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $590.00 | $183,639.00 | $184,229.00 | $0.00 | 0.32 | 100.00 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | | 100.00 |
| III | DOORS & WINDOWS (06) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | | 100.00 |
| IV | FINISHES (09) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | | 100.00 |
| V | SPECIALTIES (10) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | | 100.00 |
| VI | MECHANICAL WORKS (15) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | | 100.00 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | | 100.00 |
| VIII | ALLOWANCES (17) | $18,000.00 | | $6,750.00 | $11,250.00 | $18,000.00 | $0.00 | 37.50 | 100.00 |
| | | $1,258,155.00 | | $7,340.00 | $9,250,815.00 | $1,258,155.00 | $0.00 | 0.58 | 100.00 |

LA FECHA DE LA PÓLIZA DEL SEGURO SERI UPO ORÚ BLE ESTÁ DE/EN/A VENCIDA

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios productos del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ..................................................................................... | $1,258,155.00 |
| Add: Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ................ | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ................ | $6,218.00 |
| Current Adjusted Contract Amount ..................................................................... | $1,317,767.95 |

*Thursday, August 15, 2013*

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
SAN JUAN, PUERTO RICO



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   7   For Period  01-Aug-13   , to   31-Aug-13

Project   **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7 ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN**

Project #  1120X            Contract Due Date: 07-Apr-12      Extended Contract Due Date 30-May-12

Name of Contractor   AIREKO CONSTRUCTION, CORP.      Address   PO BOX 2128
                                                                SAN JUAN   PR   00922-212   Contract No. C-00031(11-12)

| ITEM NO. (1) | DESCRIPTION OF ITEMS (2) | BREAKDOWN TOTAL (3) | WORK PERFORMED THIS PERIOD QTY (1) | WORK PERFORMED THIS PERIOD AMOUNT (4) | PREVIOUSLY COMPLETED (5) | COMPLETED TOTAL TO DATE 4 + 8 (6) | UNUSED BALANCE 3-6 (7) | % COMPLETED TO PERIOD (8) | % COMPLETED TO DATE (9) |
|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $590.00 | $183,639.00 | $184,229.00 | $0.00 | 0.32 | 100.00 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | | 100.00 |
| III | DOORS & WINDOWS (08) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | | 100.00 |
| IV | FINISHES ( 09 ) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | | 100.00 |
| V | SPECIALTIES ( 10 ) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | | 100.00 |
| VI | MECHANICAL WORKS ( 15 ) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | | 100.00 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | | 100.00 |
| VIII | ALLOWANCES(17) | $18,000.00 | | $6,750.00 | $11,250.00 | $18,000.00 | $0.00 | 37.50 | 100.00 |
| | | $1,258,155.00 | | $7,340.00 | $9,250,815.00 | $1,258,155.00 | $0.00 | 0.58 | 100.00 |

THE DATE OF THE PUBLIC LIABILITY POLICY OF THE STATE INSURANCE FUND HAS EXPIRED

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.
Signature: _____

| | |
|---|---|
| Value of Contract .................................................................. | $1,258,155.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 .................. | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 .................. | $6,218.00 |
| Current Adjusted Contract Amount .................................................................. | $1,317,767.95 |

*Thursday, August 15, 2013*

## CERTIFICATE OF THE CONTRACTOR OR THIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief. I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP.

ed 12/21/2011     and/or duly authorized deviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT ..................................................... | | $1,317,767.95 |
| 2. | Value of original contract work performed to date (Reverse Column 6) ......................... | | $1,258,155.00 |
| 3. | Plus: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508) ..... | $65,830.95 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508).. | $6,218.00 | $59,612.95 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ................................................ | | $1,317,767.95 |
| 6. | Less: Amount retained _____ percent ............................................................... | | $67,359.86 |
| 7. | Net amount earned on work performed to date ..................................................... | | $1,250,408.09 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment)................. | | $1,223,921.71 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD ............................... | | $26,486.38 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period... | $21,215.83 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period .... .... | $21,215.83 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10  11 of this Certificate .......... | | $0.00 |
| 13 | BALANCE DUE THIS PAYMENT ....................................................................... | | $26,486.38 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

_____        _____        By        _____
(Contractor)                                    (Date)                                                                (Title)

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No.   7   for the period ended 31-Aug-13     that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of     $26,486.38

_____             _____             Checked By
Field Inspector or Resident Eng.         Supervisor or Chief of Division

## APPROVED FOR PAYMENT:

_____             _____             _____
Chief Contract Management Division         Director                                   Executive Director

| | | |
|---|---|---|
| 1. Value of executed work this period of original contract. | $ | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2 Value of executed work this period of change orders additions | $ | |
| 3. Value of revised work this period of change orders deductions | $ | |
| 4. Value of executed work this period (total) | $ | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | Approved for payment in the amount of       $ |
| 6. Balance | $ | Less overtime hours worked by P.B.A. inspectors   $ |
| 7 Net (increase) (decrease) of materials on site | $ | Less liquidated damages for not completing on time $ |
| 8 Total to be paid | $ | NET AMOUNT TO BE PAID                            $ |
| 9 Liquidated Damages | | |

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert _____
* Periodical Estimate

Audited by

_____
For the Comptroller

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7
PERIOD ENDING: 8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | | | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,554.00 | $9,554.00 | 0.99 | $9,474.00 | 99.1 | 0.01 | $80.00 | 1.00 | $9,554.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $52,907.00 | $52,907.00 | 1.00 | $52,907.00 | 100.0 | | | 1.00 | $52,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $55,000.00 | $55,000.00 | 1.00 | $55,000.00 | 100.0 | | | 1.00 | $55,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $500.00 | 1.00 | $500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | | $580.00 | | $184,229.00 | $0.00 | 100.0 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.0 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.0 |
| IV | FINISHES (09) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: I
PERIOD ENDING: 8/31/2013
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 680 | SF | $10.65 | $7,039.00 | 680.00 | 100.0 | $7,039.00 | | | 680.00 | $7,039.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | 100.0 | $52,048.50 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | 100.0 | $13,032.00 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | 100.0 | $26,542.00 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | 100.0 | $27,532.00 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | Sub Total | | | | $361,925.50 | | | $361,925.50 | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES (10) | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | 100.0 | $5,405.00 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | 100.0 | $3,216.00 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | 100.0 | $367,884.00 | | | 99.00 | $367,884.00 | $0.00 | 100.00 |
| | Sub Total | | | | $376,505.00 | | | $376,505.00 | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | 100.0 | $10,000.00 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | 100.0 | $6,500.00 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | 100.0 | $6,400.00 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | 100.0 | $18,000.00 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | 100.0 | $5,130.00 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | 100.0 | $35,100.00 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | | $81,130.00 | | | | $81,130.00 | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | 100.0 | $10,000.00 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | 100.0 | $30,500.00 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

Thursday, August 15, 2013

BREAK-DOWN FOR PAYMENT
PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7
PERIODO ENDING: 8/31/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LISTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,200.00 | 1,400.00 | $7,200.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS,9/6A3& DTT(HEA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 0.00 | $0.00 | 0.0 | 1.00 | $3,000.00 | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | $11,250.00 | | | $6,750.00 | | $18,000.00 | $0.00 | 100.00 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7
PERIOD ENDING: 8/31/2012
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|--------------|-----------|-----------------|-----------------|-----------------|--------------------|-------------------|----------------------|----------------|---------|
| | | | | | $1,258,155.00 | | | $1,250,815.00 | | | $7,340.00 | | $1,258,155.00 | $0.00 | 100.00 % |

TOTAL GENERAL:

SUBMITTED BY:

RECOMMENDED BY:

RECOMMENDED BY:

APPROVED BY:

Ing. Kenneth M. Baéz Alers
Contratista

Ing. William Meléndez
Inspección Contratada

Arq. Antonio Garate
Supervisión Contratada

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

Thursday, August 15, 2013

[Partial Translation]

BREAKDOWN FOR PAYMENT

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7

ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN

PROJECT NO.: 1120-X

CONTRACTOR:     AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR 00922-2128

CERTIFICATION No. 7

PERIOD ENDING: 8/31/2013

*Page 1 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | | | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,564.00 | $9,564.00 | 0.99 | $9,474.00 | 99.1 | 0.01 | $90.00 | 1.00 | $9,564.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | 1.00 | $500.00 | 1.00 | $500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | | $590.00 | | $184,229.00 | $0.00 | 100.00 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS (08) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES (09) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

*Thursday, August 15, 2013*

[Partial Translation]

BREAKDOWN FOR PAYMENT

CERTIFICATION No. 7

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7

ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN

PERIOD ENDING: 8/31/2013

PROJECT NO.: 1120-X

*Page 2 of 4*

CONTRACTOR:     AIREKO CONSTRUCTION CORP.

PO BOX 2128

SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | | | | Sub Total | $361,925.50 | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | | | | Sub Total | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | | | | Sub Total | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

*Thursday, August 15, 2013*

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                                    CERTIFICATION No. 7
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7
          ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN                           PERIOD ENDING: 8/31/2013
PROJECT NO.: 1120-X                                                                                          *Page 3 of 4*
CONTRACTOR:      AIREKO CONSTRUCTION CORP.
                 PO BOX 2128
                 SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS(6EA)& DTT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 0.00 | $0.00 | 0.0 | 1.00 | $3,000.00 | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | $11,250.00 | | | $3,750.00 | | $18,000.00 | $0.00 | 100.00 |

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7
       ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120-X
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
               PO BOX 2128
               SAN JUAN  PR 00922-2128

CERTIFICATION No. 7

PERIOD ENDING: 8/31/2013
*Page 4 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,250,815.00 | | | $7,340.00 | | $1,258,155.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Contratista

RECOMMENDED BY:

Ing. William Meléndez
Inspección Contratada

RECOMMENDED BY:

Arq. Antonio Garate
Supervisión Contratada

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

*Thursday, August 15, 2013*

PBA-1508

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

### SCHEDULE OF CHANGE ORDERS

Supporting Periodical Estimate for Partial Payment No   7

For Periods   **01-Aug-13**   , to   **31-Aug-13**

Project  **INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SAN**

Name of Contractor  **AIREKO CONSTRUCTION, CORP.**

| ORDEN DE CAMBIO | | | ADDITIONS | | DEDUCTIONS | | |
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
|---|---|---|---|---|---|---|---|
| 2 | 4/18/2012 | $65,830.95 | $28,307.31 | $65,830.95 | $0.00 | $0.00 | $0.00 |
| 3 | 12/21/2011 | $0.00 | $0.00 | $0.00 | $6,218.00 | $6,218.00 | $6,218.00 |
| TOTALES | | $65,830.95 | $28,307.31 | $65,830.95 | $6,218.00 | $6,218.00 | $6,218.00 |

### ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE

| | TOTAL |
|---|---|
| Original Contract Amount | $1,258,155.00 |
| Add:  Change Orders Additions Schedule above | $65,830.95 |
| Less: Change Orders Deductions schedule above | $6,218.00 |
| Adjusted Contract Amount TO DATE | $1,317,767.95 |

*Thursday, August 15, 2013*                                    *Page 1 of 1*

[Partial Translation]

PBA-1508

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
*SAN JUAN, PUERTO RICO*

## SCHEDULE OF CHANGE ORDERS

Supporting Periodical Estimate for Partial Payment No ___1___

For Periods __01-Aug-13__ , to __31-Aug-13__

Project **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7 GOVERNMENT CENTER, ROBERTO SAN**

Name of Contractor __AIREKO CONSTRUCTION, CORP.__

| ORDEN DE CAMBIO | | ADDITIONS | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
| 2 | 4/18/2012 | $65,830.95 | $28,307.31 | $65,830.95 | $0.00 | $0.00 | $0.00 |
| 3 | 12/21/2011 | $0.00 | $0.00 | $0.00 | $6,218.00 | $6,218.00 | $6,218.00 |
| | TOTALES | $65,830.95 | $28,307.31 | $85,830.95 | $6,218.00 | $6,218.00 | $6,218.00 |

### ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE

| | TOTAL |
|---|---|
| Original Contract Amount ................................................................................................ | $1,258,155.00 |
| Add: Change Orders Additions Schedule above ............................................................. | $65,830.95 |
| Less: Change Orders Deductions schedule above............................................................ | $6,218.00 |
| Adjusted Contract Amount TO DATE ............................................................................... | $1,317,767.95 |

*Thursday, August 15, 2013*

*Page 1 of 1*

# BREAK-DOWN FOR PAYMENT

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

Agosto 2017

CERTIFICACION #: 7
PERIOD ENDING: 8/31/2012
Page 1 of 4

C C0071 - 1112

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (#1) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,594.00 | $9,594.00 | 0.99 | $9,474.00 | 99.1 | | | 0.99 | $9,474.00 | $90.00 | 99.1 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLUTIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | | | 0.00 | $0.00 | $500.00 | 0.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | | $0.00 | | $183,639.00 | $590.00 | 99.68 |
| II | MILLWORK (9%) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $9,480.00 | 40.00 | $9,480.00 | 100.0 | | | 40.00 | $9,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS (#1) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES (#9) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $9.50 | $230,808.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,063 | SF | $4.50 | $4,873.50 | 1,063.00 | $4,873.50 | 100.0 | | | 1,063.00 | $4,673.50 | $0.00 | 100.0 |

Thursday, June... 2

**BREAK-DOWN FOR PAYMENT**
PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR D0922-2128

CERTIFICACIÓN #: 6
PERIOD ENDING: 5/31/2012
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TO DATE QTY | TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 590 | SF | $10.65 | $7,029.00 | 660.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | Sub Total | | | | $361,925.50 | | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES (16) | | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | Sub Total | | | | $376,505.00 | | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (18) | | | | | | | | | | | | | | |
| 30 | ELECTRICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN
PROYECTO #: 1120X
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 6
PERIOD ENDING: 9/31/2012
Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANEL S(6EA)& DT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VIII | ALLOWANCES(?) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | **Sub Total** | | | | $18,000.00 | | $11,250.00 | | | | | $11,250.00 | $6,750.00 | 62.50 |

Tuesday, June 2...

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2126
SAN JUAN   PR   00922-2126

CERTIFICACIÓN #: 6
PERIOD ENDING: 5/31/2012
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,250,815.00 | | | $0.00 | | $1,250,815.00 | $(37,340.00) | 99.42 % |

SUBMITTED BY:

RECOMMENDED BY:

RECOMMENDED BY:

APPROVED BY:

Ing. Kenneth M. Báez Alers
Contratista

Ing. William Meléndez
Inspección Contratada

Arq. Antonio Garate
Supervisión Contratada

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

[Partial Translation]
BREAKDOWN FOR PAYMENT                          August 2013 [handwritten]    2006 [illegible][handwritten]        CERTIFICATION No. 7
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-7
    ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN                        PERIOD ENDING 5/31/2012
PROJECT NO.: 1120-X                                                                             Page 1 of 4
CONTRACTOR:      AIREKO CONSTRUCTION CORP.
        PO BOX 2128
        SAN JUAN  PR 00922-2128

SAN JUAN  PR  00922-2128                                                                        C 00031 - 1112

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | | |
| I | GENERAL CONDITIONS (61) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,564.00 | $9,564.00 | 0.99 | $9,474.00 | 99.1 | | | 0.99 | $9,474.00 | $90.00 | 99.1 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 0.00 | $0.00 | 0.0 | | | 0.00 | $0.00 | $500.00 | 0.0 |
| | Sub Total | | | | $184,229.00 | | $183,639.00 | | | $0.00 | | $183,639.00 | $590.00 | 99.68 |
| II | MILLWORK (96) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS (68) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES (99) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $9.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

*Tuesday, June 2[illegible] 2*

[Partial Translation]

BREAKDOWN FOR PAYMENT

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-7

　　　　ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN

PROJECT NO.: 1120-X

CONTRACTOR:　　AIREKO CONSTRUCTION CORP.
　　　　　　　　PO BOX 2128
　　　　　　　　SAN JUAN  PR 00922-2128

CERTIFICATION No. 6

PERIOD ENDING 5/31/2012
*Page 2 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL | | PREVIOUS | | % | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | UNIT PRICE | QTY | AMOUNT | | QTY | AMOUNT | QTY | AMOUNT | | |
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | Sub Total | | | | $361,925.50 | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES (10) | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | Sub Total | | | | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS (15) | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 100.0 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 100.0 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| VII | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

Tuesday, June 2

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-7
        ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120-X
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
               PO BOX 2128
               SAN JUAN  PR 00922-2128

CERTIFICATION No. 6

PERIOD ENDING 5/31/2012
*Page 3 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS(6EA)& DTT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VIII | ALLOWANCES(1?) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | | | | | | | $0.00 | $3,000.00 | 0.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | | | 0.75 | $11,250.00 | $3,750.00 | 75.0 |
| | Sub Total | | | | $18,000.00 | | $11,250.00 | | | | | $11,250.00 | $6,750.00 | 62.50 |

Tuesday, June 2 

[Partial Translation]

BREAKDOWN FOR PAYMENT

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-7

      ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN

PROJECT NO.: 1120-X

CONTRACTOR:    AIREKO CONSTRUCTION CORP.
              PO BOX 2128
              SAN JUAN  PR 00922-2128

CERTIFICATION No. 6

PERIOD ENDING 5/31/2012

*Page 4 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,250,815.00 | | | $0.00 | | $1,250,815.00 | $7,540.00 | 99.42 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Contratista

RECOMMENDED BY:

Ing. William Meléndez
Inspección Contratada

RECOMMENDED BY:

Arq. Antonio Garate
Supervisión Contratada

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

Tuesday, June 2

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDING AUTHORITY
SAN JUAN, PUERTO RICO
**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No:
Project: REMODELACION Y SISTEMA DE MODULARES 7TH FL MINILLAS 1120X
Name of Contractor: Aireko Construction

For Period: May 1, 2012 to May 31, 2012
Contract Due Date:
Address: PO Box 21287, San Juan PR 00922

Extended Contract Due Date:
Contract No: C00931 (2010-2011)
Partial Payment no.:

**Breakdown for Payment**

| Item No. | Description of Items | Qty. | Unit | Unit price | Total Unit Price (2) | Previously Completed Qty. | Amount (3) | Work Performed This Period Qty. | Amount (4) | Completed To Date (4+5) Qty. | Amount (5) | Unused Balance (2-5) (7) | % Completed This Period (8) | To Date (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHANGE ORDERS | | | | | | | | | | | | | |
| 44 | Change Order #2 | 1 | LS | 65,830.95 | 65,830.95 | 0.00 | 0.00 | 0.57 | 37,533.64 | 0.57 | 37,533.64 | 28,297.31 | 57% | 57% |
| 45 | Change Order 3 | | | | (6,218.06) | | | | | | | (6,218.06) | | |

30,094 /
C

[Partial Translation]

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDING AUTHORITY**
SAN JUAN, PUERTO RICO
**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No:                                    5
Project: REMODELACION Y SISTEMA DE MODULARES 7TH FL MINILLAS 1120X
Name of Contractor: Alreko Construction

For Period:          May 1, 2012 to May 31, 2012
Contract Due Date:
Address:                      PO Box 2128; San Juan PR 00922

Extended Contract Due Date:
Contract No:    C00031 (2010-2011)

[Left margin above, second line] Project: REMODELING AND MODULAR SYSTEM 7th FL MINILLAS 1120X]

**Breakdown for Payment**

Partial payment no.:

| Item no. | Description of Items | Qty. | Unit | Unit price | Total Unit Price (2) | Previously Completed Qty. | Amount (5) | Work Performed This Period Qty. (3) | Amount (4) | Completed To Date (4+5) Qty. | Amount (6) | Unused Balance (2-6) (7) | % Completed This Period (8) | To Date (9) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CHANGE ORDERS** | | | | | | | | | | | | | |
| 44 | CHANGE ORDER #2 | | | | | | | | | | | | | |
| 45 | Change Order 3 | 1 | LS | $  65,830.95 | $   65,830.95 | 0.00 | 0.00 | 0.57 | 37,533.64 | 0.57 | 37,533.64 | 28,397.31 | 57% | 57% |
| | | 1 | | | (6,218.00) | | | | | | | (6,218.00) | | |

27,089.31



*Cert.# 7 Certificar - Balance per p39939:*
*A2-24-08024*

**Autoridad de Edificios Públicos**
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

*Cert.# & Referido Final*
*A2-24-08025*

| | | |
|---|---|---|
| Contractor: | Aireko Construction Corporation | Project: |
| | Lot 10 Las Casas St<br>Villa Blanca Ind. Park<br>Caguas, Puerto Rico 00912 | |
| Location: | Caguas, Puerto Rico | |

Project: Installation of Modular Office System and Interior Improvements to the Seven (7) Floor on the North Building at Roberto Sánchez Vilella Government Office Center ("Minillas") San Juan, Puerto Rico
AEP # 1120 - X

Date: July 23, 2012

CHANGE ORDER No.: 3

WHEREAS, in connection with tour Contract # C0031 (2010-2011) dated December 21, 2011

The following changes are ordered:

### Trabajos Deductivos:

#### A. Crédito por "Allowance" de Remoción de Asbesto

Los documentos de contrato contemplan un "Allowance" por la cantidad de $15,000 para la remoción de asbesto. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP. El Contratista sometió propuesta para estos trabajos la cual fue evaluada y encontrada razonable por lo que se recomienda su aprobación con un costo deductivo de $-3,218.00 (ver COP #5X)

#### Causas y responsabilidades por esta actividad

Esta actividad surge debido a que los documentos de contrato contemplan un "Allowance" por la cantidad de $15,000 para la remoción de asbesto. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP.

#### B. Crédito por "Allowance" de reparación de losas

Los documentos de contrato contemplan un "Allowance" por la cantidad de $3,000 para la reparación de losas rotas. El costo generado por esta partida no alcanzó dicha cantidad, por lo que el Contratista procede a otorgar un crédito a la AEP. El Contratista sometió propuesta para estos trabajos la cual fue evaluada y encontrada razonable por lo que se recomienda su aprobación con un costo deductivo de $-3,000.00 (ver COP #6X)

| Resumen de Trabajos Deductivos: | Cantidad | Tiempo |
|---|---|---|
| A. Crédito por "Allowance" de Remoción de Asbesto | -$3,218.00 | 0 C.D |
| B. Crédito por "Allowance" de reparación de losas | -$3,000.00 | 0 C.D |
| **TOTAL DE TRABAJOS DEDUCTIVOS =** | -$6,218.00 | 0 C.D. |
| **TOTAL DE ORDEN DE CAMBIO # 3 =** | -$6,218.00 | 0 C.D. |

[Partial Translation]

PSA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT

**AEP**

Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor:  Aireko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   **Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X**

Date:   July 23, 2012

CHANGE ORDER No.   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

Jobs Deducted:

A. **Credit for Asphalt Removal Allowance**

The contract documents contemplate an "Allowance" [in English in original] in the amount of $15,000 for asbestos removal. The cost generated by this item did not reach said amount. As a result, the Contractor proceeds to grant a credit to the AEP. The Contractor submitted a proposal for these jobs, which was evaluated and found reasonable and, therefore, it is recommended that it be approved as a deducted cost of $-3,218.00 (see COP #5X)

**Causes and Responsibilities for this Activity**

This activity arises due to the fact that the contract documents contemplate an "Allowance" in the amount of $15,000 for asbestos removal. The cost generated by this item did not reach said amount. As a result, the Contractor proceeds to grant a credit to the AEP. [initialed in left margin]

B. **Credit for Tile Repair Allowance**   [initials in left margin]

The contract documents contemplate an Allowance in the amount of $3,000 for the repair of broken tiles. The cost generated by this item did not reach said amount. For that reason, the Contractor proceeds to grant a credit to the AEP. The Contractor submitted a proposal for this work, which was evaluated and found reasonable. Thus, it is recommended that it be approved as a deducted cost of $-3,000.00 (see COP #6X)               [Two sets of initials][initials]

| **Summary of Work Deducted** | | **Amount** | **Time** |
|---|---|---|---|
| A. | Credit for an Asbestos Removal "Allowance" | -$3,218.00 | 0 C.D. |
| B. | Credit for a Tile Repair "Allowance" | -$3,000.00 | 0 C.D. |
| **TOTAL OF THE WORK DEDUCTED =** | | **-$6,218.00** | **0 C.D.** |
| **TOTAL OF THE CHANGE ORDER # 3 =** | | **-$6,218.00** | **0 C.D.** |

[circled with initials]



PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT

Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor: Alreko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

## RESUMEN DE ÓRDENES DE CAMBIOS

Monto Original del Contrato   :   $1,258,155.00

| Núm. Ordenes de Cambios | Costo de Ordenes de Cambios | Nuevo Costo del Contrato | Porcientos | Porcentajes Acumulados |
|---|---|---|---|---|
| 1 | $0.00 | $1,258,155.00 | 0.00 | 0.00 |
| 2 | $65,830.95 | $1,323,985.95 | 5.23 | 5.23 |
| 3 | ($6,218.00) | $1,317,767.95 | -0.49 | 4.74 |
| TOTAL | $59,612.95 | $1,317,767.95 | 4.74 | 4.74 |



Contrato Revisado

## RELACIÓN DE TIEMPO DE ÓRDENES DE CAMBIOS

Tiempo Asignado Según Contrato   :   90 días
Fecha de Comienzo Según Contrato   :   9 de enero de 2012
Fecha de Terminación Original   :   7 de abril de 2012
Fecha Modificada   :   9 de mayo de 2012

## RESUMEN DE TIEMPO

| Núm. Ordenes de Cambios | Extensión de Tiempo (Días Calendarios) | Fecha de Terminación Modificada | Porcientos | Porcentajes Acumulados |
|---|---|---|---|---|
| 1 | 11 | 18 de abril de 2012 | 12.20% | 12.20% |
| 2 | 21 | 9 de mayo de 2012 | 23.33% | 35.53% |
| 3 | 0 | 9 de mayo de 2012 | 0.00% | 0.00% |
| TOTAL | 32 | 9 de mayo de 2012 | 35.53% | 35.53% |



[Partial Translation]



PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT

Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor: Alreko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

**SUMMARY OF CHANGE ORDERS**

Original Amount of the Contract                    $1,258,155.00

| Change Order No. | Change Order Cost | New Cost of the Contract | Percentages | Accrued Percentages |
|---|---|---|---|---|
| 1 | $0.00 | $1,258,155.00 | 0.00 | 0.00 |
| 2 | $65,830.95 | $1,323,985.95 | 5.23 | 5.23 |
| 3 | ($6,218.00) | $1,317,767.95 | -0.49 | 4.74 |
| **TOTAL** | **$59,612.95** | ~~$1,317,767.95~~ | **4.74** | **4.74** |

Contract Revised [handwritten]

**SUMMARY OF CHANGE ORDER TIME**

Time Assigned According to the Contract          = 90 days
Date Begun According to the Contract             = January 9, 2012
Original Termination Date                        = April 7, 2012
Modified Date                                    = May 9, 2012

**SUMMARY OF TIME**

| Change Order No. | Time Extension (Calendar Days) | Date Modification Terminated | Percentages | Accrued Percentages |
|---|---|---|---|---|
| 1 | 11 | April 18, 2012 | 12.20% | 12.20% |
| 2 | 21 | May 9, 2012 | 23.33% | 35.53% |
| 3 | 0 | May 9, 2012 | 0.00% | 0.00% |
| **TOTAL** | **32** | **May 9, 2012** | **35.53%** | **35.53%** |

[Initialed]

PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT



Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor: Aireko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

NOW, THEREFORE, subject to conditions hereinafter set forth, an equitable adjustment to the
Contract is established:

A. The Contract price is *decreased* by the amount of $6,218 dollars.
B. The Contract time is increased in 0 calendar days commencing on April 19, 2012 and
ending on May 9, 2102.
C. The negotiated prices between Contractor and Public Buildings Authority include field
and main office overheads, profit, municipal taxes (arbitrios municipales) insurances,
bonds, and any other incidental costs necessary for the completion of said items and that
the Contractor must incur.
D. The aforementioned change and work affected thereby is subject to all Contract
stipulations and covenants.
E. It is hereby expressly agreed and understood that the acceptance of this change order by
the Contractor relieves the Public Buildings Authority from any and all claims relating to
and/or as consequence of this change ordered in captioned contract.
F. Except as modified above, all terms and provisions of the Contract shall remain in full
force and effect.

RECOMMENDED:

_____
ING. JUAN R. SÁNCHEZ
Director- Project Development Area, PBA

23 / 7 / 2012
Date

_____
ING. WILLIAM MELENDEZ
Inspection

_____
Date

_____
ING. JOSE L. GIRONA
Project Manager, PBA

23 Julio 2012
Date

_____
ARQ. ANTONIO GARATE
Supervisor

_____
Date

PBA FORM 1513

WHITE - FINANCE
BLUE - CONST DEPT
PINK - CONTRACTOR
YELLOW - INSPECTION
GREEN - CONST DEPT



Autoridad de Edificios Públicos
Commonwealth of Puerto Rico

**PUBLIC BUILDINGS AUTHORITY**
San Juan, Puerto Rico

Contractor: Aireko Construction Corporation

Lot 10 Las Casas St
Villa Blanca Ind. Park
Caguas, Puerto Rico   00912

Location:   Caguas, Puerto Rico

Project:   Installation of Modular Office System and
Interior Improvements to the Seven (7) Floor
on the North Building at Roberto Sánchez Vilella
Government Office Center ("Minillas")
San Juan, Puerto Rico
AEP # 1120 - X

Date:   July 23, 2012

CHANGE ORDER No.:   3

WHEREAS, in connection with tour Contract # C0031 (2010-2011)   dated   December 21, 2011

The following changes are ordered:

APPROVED:

PUBLIC BUILDINGS AUTHORITY

LIC. LEONARDO TORRES
Director, Oficina de Servicios Legales

Date

ACCEPTED:

CONTRACTOR

SR. EDGARDO ALBINO

Aireko Construction. Corp.

23 July 2012

Date

# Certificación #8
# (Factura #AI-24-08025)

# Certification #8

# (Invoice #AI-24-08025)



PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600 787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 9/27/2013 | JOB NO. AEP 1120X | SUBMITTAL NO. |
|---|---|---|---|

| JOB NAME | | INST. DE MODULARES Y MEJ. INTERIORES P-7 MINILLAS |
|---|---|---|

TO:  AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN:  ING. GERARDO CRESPO

WE ARE SENDING YOU
☐ Drawings
☑ Copy of Letter

☐ Attached
☐ Prints
☐ Change Order

☐ Under separate cover via_____ the following items
☐ Samples
☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION 8 - $67,359.86 (AI-24-08025) |
| | | | •Certificacion Oficina de Finanzas Municipales - 51162 |
| | | | •Certificacion Departamento Finanzas SJ - 44694 |
| | | | •Carta Travelers Casualty and Surety Company 09/26/13 |
| | | | •Relevo Fondo del Seguro del Estado 09/25/2013 |
| | | | •Relevo Total Aireko Construction 09/26/2013 |
| | | | •Declaración Jurada Edgardo Albino representante de |
| | | | Aireko Construction 09/26/2013 |
| | | | •CD |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____ copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**
IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS,
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:       KENNETH BAEZ - PROJECT MANAGER        DATE: 27-Sep-13

RECEIVED BY:                                        DATE:  9/27/13

Transmittal Cert - 8 - Pag 7 revised9/27/2013        If enclosures are not as noted, kindly notify us at once

[Partial Translation]



☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 9/27/2013 | JOB NO. AEP 1120X | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

**JOB NAME    INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-7 MINILLAS**
**TO:    PUBLIC BUILDINGS AUTHORITY**

ATTN:  ING. GERARDO CRESPO

WE ARE SENDING YOU          ☐ Attached        ☐ Under separate cover via_____ the following items
        ☐ Drawings        ☐ Prints        ☐ Samples
        ☐ Copy of Letter  ☐ Change Order  ☐ Other        ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AUGUST/13 | | CERTIFICATION B - $67,359.86 (AI-24-08025) |
| | | | * Municipal Finance Office Certification – 51162 |
| | | | * Finance Department Certification SJ - 44694 |
| | | | * Travelers Casualty and Insurance Company letter 09/26/13 |
| | | | * State Insurance Fund Release 09/25/2013 |
| | | | * Aireko Construction Total Release 09/26/2013 |
| | | | * Sworn Statement Edgardo Albino representative of |
| | | | Aireko Construction 09/26/2013 |
| | | | *CD |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____ copies for distribution
☐ Return_____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:          KENNETH BAEZ - PROJECT MANAGER          DATE: 27-Sep-13

RECEIVED BY:          DATE: 9/27/13

Transmittal Cert - 8 - Piso 7 revised9/27/2013          If enclosures are not as noted, kindly notify us at once



**AIREKO**

P O Box 2128 San Juan, PR  00922-2128
Tel. (787) 653-6300

INVOICE No. AI-24-08025

DATE: 08/15/2013

## CERTIFICATE FOR PAYMENT

PROJECT: REMODELACION Y SISTEMA DE MODULARES
      7TH FL MINILLAS 1120X

CERTIFICATION NO: 08
Retenido Final

PROJECT #: 201267-170

PERIOD ENDING: 08/31/2013

| | |
|---|---:|
| 1.  CONTRACT AMOUNT | 1,258,155.00 |
| 2.  APPROVED CHANGE ORDERS | 59,612.95 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,317,767.95 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,317,767.95 |
| 5.  LESS: 10% RETAINAGE | 0.00 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,317,767.95 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,250,408.09 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 67,359.86 |
| 9.  __ 90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   67,359.86 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY:

DATE:

DATE:

APPROVED BY:

POSTED

[Partial Translation]



**AIREKO**

P.O. Box 2128  San Juan, PR  00922-2128
Tel. (787) 653-6300

DATE: 08/15/2013

INVOICE No. AI-24-08025

## CERTIFICATE FOR PAYMENT

PROJECT: **REMODELING AND MODULAR SYSTEM 7TH FLOOR MINILLAS 1120X**

**CERTIFICATION NO. 08**
**Final Withholding**

PROJECT #: 201267-170

PERIOD ENDING: 08/31/2013

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 1,258,155.00 |
| 2. APPROVED CHANGE ORDERS | 59,612.95 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,317,767.95 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,317,767.95 |
| 5. LESS: 10% RETAINAGE | 0.00 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,317,767.95 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,250,408.09 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 67,359.86 |
| 9. __ 90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $   67,359.86 |

SUBMITTED BY:                                        RECEIVED BY:

Ing. Kenneth Báez
Project Manager

DATE:                                        DATE:

APPROVED BY:

POSTED

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   8    For Period  01-Aug-13    , to    13-Aug-13

Project   **INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN**

Project #  **5120X**           Contract Due Date: **07-Apr-12**      Extended Contract Due Date: **30-May-12**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**      Address    PO BOX 2126
                                                                    SAN JUAN    PR    00922-212   Contract No. C-00031(1

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE | UNUSED BALANCE | % COMPLI PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $0.00 | $184,229.00 | $184,229.00 | $0.00 | 0.00 10 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | 10 |
| III | DOORS & WINDOWS (08) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | 10 |
| IV | FINISHES (09) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | 10 |
| V | SPECIALTIES (10) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | 10 |
| VI | MECHANICAL WORKS (15) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | 10 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | 10 |
| VIII | ALLOWANCES(17) | $18,000.00 | | | $18,000.00 | $18,000.00 | $0.00 | 10 |
| | | $1,258,155.00 | | $0.00 | $1,258,155.00 | $1,258,155.00 | $0.00 | 0.00 00 |

LA FECHA DE LA PÓLIZA DE RESPONSABILIDAD PÚBLICA ESTÁ VENCIDA

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias
o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una
dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante
autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido
entregados (los servicios prestados) y no han sido pagados. Firma:_____

| | |
|---|---|
| Value of Contract ................................................................................................................. | $1,258,155.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 .............. | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............... | $6,218.00 |
| Current Adjusted Contract Amount .......................................................................................... | $1,317,767.95 |

*Thursday, August 15, 2013*

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
SAN JUAN, PUERTO RICO



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. __8__   For Period 01-Aug-13   , to   13-Aug-13

Project:   **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-7**
**ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN**

Project # 1120Z   Contract Due Date: 07-Apr-12   Extended Contract Due Date: 30-May-12

Name of Contractor  AIREKO CONSTRUCTION, CORP.   Address   PO BOX 2128
                                                          SAN JUAN       PR   00922-212  Contract No. C-00031(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE | UNUSED BALANCE | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | TO PERIOD | DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $184,229.00 | | $0.00 | $184,229.00 | $184,229.00 | $0.00 | 0.00 | 100.00 |
| II | MILLWORK (06) | $6,480.00 | | | $6,480.00 | $6,480.00 | $0.00 | | 100.00 |
| III | DOORS & WINDOWS (08) | $85,350.00 | | | $85,350.00 | $85,350.00 | $0.00 | | 100.00 |
| IV | FINISHES (09) | $361,925.50 | | | $361,925.50 | $361,925.50 | $0.00 | | 100.00 |
| V | SPECIALTIES (10) | $376,505.00 | | | $376,505.00 | $376,505.00 | $0.00 | | 100.00 |
| VI | MECHANICAL WORKS (15) | $81,130.00 | | | $81,130.00 | $81,130.00 | $0.00 | | 100.00 |
| VII | ELECTRICAL WORKS (16) | $144,535.50 | | | $144,535.50 | $144,535.50 | $0.00 | | 100.00 |
| VIII | ALLOWANCES (17) | $18,000.00 | | | $18,000.00 | $18,000.00 | $0.00 | | 100.00 |
| | | $1,258,155.00 | | $0.00 | $1,258,155.00 | $1,258,155.00 | $0.00 | 0.00 | 100.00 |

**THE DATE OF THE PUBLIC LIABILITY POLICY OF THE STATE INSURANCE FUND HAS EXPIRED**

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.
Signature: _____

| | |
|---|---|
| Value of Contract ............................................................................................ | $1,258,155.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............. | $65,830.95 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............. | $6,218.00 |
| Current Adjusted Contract Amount ...................................................................... | $1,317,767.95 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATTISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 8
PERIOD ENDING: 8/13/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **GENERAL CONDITIONS (01)** | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,594.00 | $9,594.00 | 1.00 | $9,594.00 | 100.0 | | | 1.00 | $9,594.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 1.00 | $500.00 | 100.0 | | | 1.00 | $500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $184,229.00 | | $184,229.00 | | | $0.00 | | $184,229.00 | $0.00 | 100.00 |
| II | **MILLWORK (06)** | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | Sub Total | | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | **DOORS & WINDOWS ( 08 )** | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | Sub Total | | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | **FINISHES ( 09 )** | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: **8**
PERIOD ENDING: **8/12/2013**

Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | TOTAL AMOUNT | PREVIOUS QTY | PREVIOUS % | PREVIOUS AMOUNT | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 660.00 | 100.0 | $7,029.00 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 14,871.00 | 100.0 | $52,048.50 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 3,258.00 | 100.0 | $13,032.00 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 1,154.00 | 100.0 | $26,542.00 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 34,415.00 | 100.0 | $27,532.00 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | **$361,925.50** | | **$361,925.50** | | | **$361,925.50** | | | | **$361,925.50** | **$0.00** | **100.00** |
| V | SPECIALTIES ( 10 ) | | | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 5.00 | 100.0 | $5,405.00 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 24.00 | 100.0 | $3,216.00 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 99.00 | 100.0 | $367,884.00 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | **$376,505.00** | | **$376,505.00** | | | **$376,505.00** | | | | **$376,505.00** | **$0.00** | **100.00** |
| VI | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 1.00 | 100.0 | $10,000.00 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 260.00 | 100.0 | $6,500.00 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 200.00 | 100.0 | $6,400.00 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 18.00 | 100.0 | $18,000.00 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 171.00 | 100.0 | $5,130.00 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 1,950.00 | 100.0 | $35,100.00 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | **$81,130.00** | | **$81,130.00** | | | **$81,130.00** | | | | **$81,130.00** | **$0.00** | **100.00** |
| VII | ELECTRICAL WORKS ( 9 ) | | | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 1.00 | 100.0 | $10,000.00 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 6,100.00 | 100.0 | $30,500.00 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO., GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: B
PERIODO ENDING: 8/13/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,800 | LF | $5.00 | $38,000.00 | 7,800.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANEL, SWB/AIR DTT (NEW) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 1.00 | $3,000.00 | 100.0 | | | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | $18,000.00 | | | | | $18,000.00 | $0.00 | 100.00 |

Thursday, August 15, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: INST. DE MODULARES Y MEJ. INTERIORES PISO-7 CTRO. GUB. ROBERTO SANCHEZ VILELLA - SAN JUAN

PROYECTO #: 1120X

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 8
PERIOD ENDING: 8/13/2013
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|-----------|------------------|-------------|--------|---|-----------------|--------|-------------------|--------|----------------|---------|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,258,155.00 | | | $0.00 | 0.00 | $1,258,155.00 | $0.00 | 100.00 % |

SUBMITTED BY:

RECOMMENDED BY:                    RECOMMENDED BY:                    APPROVED BY:

Ing. Kenneth M. Baéz Alers        Ing. William Meléndez              Arq. Antonio Garate              AUTORIDAD DE EDIFICIOS PÚBLICOS
Contratista                       Inspección Contratada             Supervisión Contratada           Ing. Nick Figueroa Carattini
                                                                                                      Dir. Área de Desarrollo de Proyectos

Thursday, August 15, 2013

[Partial Translation]
**BREAKDOWN FOR PAYMENT**                                                                CERTIFICATION # 8
PROJECT: **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7**
    **ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN**                    PERIOD ENDING 8/13/2013
PROJECT NO.: 1120X                                                                        *Page 1 of 4*
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
    PO BOX 2128
    SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $20,000.00 | $20,000.00 | 1.00 | $20,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $20,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $815.00 | $815.00 | 1.00 | $815.00 | 100.0 | | | 1.00 | $815.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $9,564.00 | $9,564.00 | 1.00 | $9,564.00 | 100.0 | | | 1.00 | $9,564.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $4,443.00 | $4,443.00 | 1.00 | $4,443.00 | 100.0 | | | 1.00 | $4,443.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $62,907.00 | $62,907.00 | 1.00 | $62,907.00 | 100.0 | | | 1.00 | $62,907.00 | $0.00 | 100.0 |
| 6 | DEMOLITIONS | 1 | LS | $85,000.00 | $85,000.00 | 1.00 | $85,000.00 | 100.0 | | | 1.00 | $85,000.00 | $0.00 | 100.0 |
| 7 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | 50.00 | 100.0 |
| 8 | AS-BUILT DRAWINGS | 1 | LS | $500.00 | $500.00 | 1.00 | $500.00 | 100.0 | | | 1.00 | $500.00 | 50.00 | 100.0 |
| | | Sub Total | | | $184,229.00 | | $184,229.00 | | | $0.00 | | $184,229.00 | $0.00 | 100.00 |
| II | MILLWORK (06) | | | | | | | | | | | | | |
| 9 | WOOD CABINETS | 40 | LF | $162.00 | $6,480.00 | 40.00 | $6,480.00 | 100.0 | | | 40.00 | $6,480.00 | $0.00 | 100.0 |
| | | Sub Total | | | $6,480.00 | | $6,480.00 | | | | | $6,480.00 | $0.00 | 100.00 |
| III | DOORS & WINDOWS ( 08 ) | | | | | | | | | | | | | |
| 10 | METAL DOOR & FRAMES | 58 | EA | $600.00 | $34,800.00 | 58.00 | $34,800.00 | 100.0 | | | 58.00 | $34,800.00 | $0.00 | 100.0 |
| 11 | WOOD DOORS | 46 | EA | $350.00 | $16,100.00 | 46.00 | $16,100.00 | 100.0 | | | 46.00 | $16,100.00 | $0.00 | 100.0 |
| 12 | FINISH HARDWARE | 58 | SET | $325.00 | $18,850.00 | 58.00 | $18,850.00 | 100.0 | | | 58.00 | $18,850.00 | $0.00 | 100.0 |
| 13 | INTERIOR GLASS & GLAZING | 2 | EA | $7,800.00 | $15,600.00 | 2.00 | $15,600.00 | 100.0 | | | 2.00 | $15,600.00 | $0.00 | 100.0 |
| | | Sub Total | | | $85,350.00 | | $85,350.00 | | | | | $85,350.00 | $0.00 | 100.00 |
| IV | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 14 | GYPSUM BOARD WALLS & CEILINGS | 27,161 | SF | $8.50 | $230,868.50 | 27,161.00 | $230,868.50 | 100.0 | | | 27,161.00 | $230,868.50 | $0.00 | 100.0 |
| 15 | CERAMIC TILES FLOOR AND WALLS | 1,083 | SF | $4.50 | $4,873.50 | 1,083.00 | $4,873.50 | 100.0 | | | 1,083.00 | $4,873.50 | $0.00 | 100.0 |

*Thursday, August 15, 2013*

[Partial Translation]

BREAKDOWN FOR PAYMENT

PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7

      ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN

PROJECT NO.: 1120X

CONTRACTOR:    AIREKO CONSTRUCTION CORP.
           PO BOX 2128
           SAN JUAN  PR 00922-2128

CERTIFICATION # 8

PERIOD ENDING 8/13/2013
*Page 2 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | MARBLE TILE | 660 | SF | $10.65 | $7,029.00 | 660.00 | $7,029.00 | 100.0 | | | 660.00 | $7,029.00 | $0.00 | 100.0 |
| 17 | ACOUSTICAL CEILINGS | 14,871 | SF | $3.50 | $52,048.50 | 14,871.00 | $52,048.50 | 100.0 | | | 14,871.00 | $52,048.50 | $0.00 | 100.0 |
| 18 | RESILIENT TILE FLOOR | 3,258 | SF | $4.00 | $13,032.00 | 3,258.00 | $13,032.00 | 100.0 | | | 3,258.00 | $13,032.00 | $0.00 | 100.0 |
| 19 | CARPET FLOORING | 1,154 | SY | $23.00 | $26,542.00 | 1,154.00 | $26,542.00 | 100.0 | | | 1,154.00 | $26,542.00 | $0.00 | 100.0 |
| 20 | PAINTING | 34,415 | SF | $0.80 | $27,532.00 | 34,415.00 | $27,532.00 | 100.0 | | | 34,415.00 | $27,532.00 | $0.00 | 100.0 |
| | Sub Total | | | | $361,925.50 | | $361,925.50 | | | | | $361,925.50 | $0.00 | 100.00 |
| V | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 21 | TOILET PARTITIONS | 5 | EA | $1,081.00 | $5,405.00 | 5.00 | $5,405.00 | 100.0 | | | 5.00 | $5,405.00 | $0.00 | 100.0 |
| 22 | BATHROOM ACCESSORIES | 24 | EA | $134.00 | $3,216.00 | 24.00 | $3,216.00 | 100.0 | | | 24.00 | $3,216.00 | $0.00 | 100.0 |
| 23 | FURNITURE EQUIPMENT | 99 | EA | $3,716.00 | $367,884.00 | 99.00 | $367,884.00 | 100.0 | | | 99.00 | $367,884.00 | $0.00 | 100.0 |
| | Sub Total | | | | $376,505.00 | | $376,505.00 | | | | | $376,505.00 | $0.00 | 100.00 |
| VI | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 24 | MECHANICAL DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.8 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 25 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.8 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 26 | COLD WATER A/G | 200 | LFT | $32.00 | $6,400.00 | 200.00 | $6,400.00 | 100.8 | | | 200.00 | $6,400.00 | $0.00 | 100.0 |
| 27 | PLUMBING FIXTURES | 18 | EA | $1,000.00 | $18,000.00 | 18.00 | $18,000.00 | 100.8 | | | 18.00 | $18,000.00 | $0.00 | 100.0 |
| 28 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.8 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 29 | FIRE PROTECTION PIPING | 1,950 | LFT | $18.00 | $35,100.00 | 1,950.00 | $35,100.00 | 100.0 | | | 1,950.00 | $35,100.00 | $0.00 | 100.0 |
| | Sub Total | | | | $81,130.00 | | $81,130.00 | | | | | $81,130.00 | $0.00 | 100.00 |
| VI | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 30 | ELECTRICA DEMOLITION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 31 | BRANCH POWER ROUGH-IN | 6,100 | LF | $5.00 | $30,500.00 | 6,100.00 | $30,500.00 | 100.0 | | | 6,100.00 | $30,500.00 | $0.00 | 100.0 |

*Thursday, August 15, 2013*

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7
        ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120X
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
               PO BOX 2128
               SAN JUAN  PR 00922-2128

CERTIFICATION # 8

PERIOD ENDING 8/13/2013
*Page 3 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | LIGTING ROUGH-IN | 7,600 | LF | $5.00 | $38,000.00 | 7,600.00 | $38,000.00 | 100.0 | | | 7,600.00 | $38,000.00 | $0.00 | 100.0 |
| 33 | FIRE ALARM CONDUIT ROUGH-IN | 1,400 | LF | $5.00 | $7,000.00 | 1,400.00 | $7,000.00 | 100.0 | | | 1,400.00 | $7,000.00 | $0.00 | 100.0 |
| 34 | COMMUNICATION CONDUIT ROUGH-IN | 2,100 | LF | $5.00 | $10,500.00 | 2,100.00 | $10,500.00 | 100.0 | | | 2,100.00 | $10,500.00 | $0.00 | 100.0 |
| 35 | ACCESS CONTROL CCTV CONDUIT ROUGH-IN | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 36 | BRANCH POWER WIRING | 16,000 | LF | $0.75 | $12,000.00 | 16,000.00 | $12,000.00 | 100.0 | | | 16,000.00 | $12,000.00 | $0.00 | 100.0 |
| 37 | LIGHTING DISTRIBUTION WIRING | 14,100 | LF | $0.75 | $10,575.00 | 14,100.00 | $10,575.00 | 100.0 | | | 14,100.00 | $10,575.00 | $0.00 | 100.0 |
| 38 | FIRE ALARM SYSTEM WIRING | 4,000 | LF | $1.25 | $5,000.00 | 4,000.00 | $5,000.00 | 100.0 | | | 4,000.00 | $5,000.00 | $0.00 | 100.0 |
| 39 | ELECTRICAL ROOM FEEDERS WIRING | 1 | LS | $4,000.50 | $4,000.50 | 1.00 | $4,000.50 | 100.0 | | | 1.00 | $4,000.50 | $0.00 | 100.0 |
| 40 | WIRING DEVICE FURNISH & INSTALLATION | 148 | EA | $20.00 | $2,960.00 | 148.00 | $2,960.00 | 100.0 | | | 148.00 | $2,960.00 | $0.00 | 100.0 |
| 41 | ELECTRICAL PANELS(6EA)& DTT(1EA) FURNISH & INST. | 7 | EA | $1,500.00 | $10,500.00 | 7.00 | $10,500.00 | 100.0 | | | 7.00 | $10,500.00 | $0.00 | 100.0 |
| | Sub Total | | | | $144,535.50 | | $144,535.50 | | | | | $144,535.50 | $0.00 | 100.00 |
| VIII | ALLOWANCES(17) | | | | | | | | | | | | | |
| 42 | TILE REPAIR ALLOWANCE | 1 | LS | $3,000.00 | $3,000.00 | 1.00 | $3,000.00 | 100.0 | | | 1.00 | $3,000.00 | $0.00 | 100.0 |
| 43 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $18,000.00 | | $18,000.00 | | | | | $18,000.00 | $0.00 | 100.00 |

Thursday, August 15, 2013

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 7
      ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER – SAN JUAN
PROJECT NO.: 1120X
CONTRACTOR:    AIREKO CONSTRUCTION CORP.
               PO BOX 2128
               SAN JUAN  PR 00922-2128

CERTIFICATION # 8

PERIOD ENDING 8/13/2013
*Page 4 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL GENERAL: | | | | $1,258,155.00 | | $1,258,155.00 | | | $0.00 | | $1,258,155.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Baéz Alers
Contratista

Contractor

RECOMMENDED BY:

Ing. William Meléndez
Inspección Contratada

Contracted Inspection

RECOMMENDED BY:

Arq. Antonio Garate
Supervisión Contratada

Supervision Contractor

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Ing. Nick Figueroa Carattini
Dir. Área de Desarrollo de Proyectos

PUBLIC BUILDINGS AUTHORITY

Director, Project Development Area

Thursday, August 15, 2013