## CERTIFICATE OF THE CONTRACTOR OR THIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief, I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP. dated 12/21/2011    and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT ................................................... | | $1,317,767.95 |
| 2. | Value of original contract work performed to date (Reverse Column 5) ................................ | | $1,258,155.00 |
| 3. | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508)...... | $65,830.95 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508).. | $6,218.00 | $59,612.95 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE ................................................... | | $1,317,767.95 |
| 6. | Less: Amount retained _____ percent ................................................... | | $0.00 |
| 7. | Net amount earned on work performed to date ................................................... | | $1,317,767.95 |
| 8. | Less: Amount of previous estimate (No. 1 to ..........) (Line 7 Last Partial Payment)................ | | $1,250,408.09 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD ................................ | | $67,359.86 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period.... | $21,215.83 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period.......... | $21,215.83 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10 -11 of this Certificate ........... | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT ................................................... | | $67,359.86 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

_____     _____     By     _____
(Contractor)                (Date)                             (Title)

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No.   8   for the period ended 13-Aug-13     that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of     $67,359.86

3-14-23

Daniel Tomlinson
**DANIEL TOMLINSON**
**CERTIFIED TRANSLATOR**
**ADMINISTRATIVE OFFICE OF**
**THE UNITED STATES COURTS**

_____          _____          Checked By
Field Inspector or Resident Eng.   Supervisor or Chief of Division

**APPROVED FOR PAYMENT:**

| | | |
|---|---|---|
| Chief Contract Management Division | Director | Executive Director |

| | | |
|---|---|---|
| 1. Value of executed work this period of original contract. | $ | WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract. |
| 2. Value of executed work this period of change orders additions | $ | |
| 3. Value of revised work this period of change orders deductions | $ | |
| 4. Value of executed work this period (total) | $ | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | Approved for payment in the amount of      $ |
| 6 Balance | $ | Less overtime hours worked by P.B.A. inspectors   $ |
| 7. Not (increase) (decrease) of materials on site | $ | Less liquidated damages for not completing on time $ |
| 8. Total to be paid | $ | NET AMOUNT TO BE PAID                $ |
| 9. Liquidated Damages | | |

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert. _____
* Periodical Estimate

Audited by

_____
For the Comptroller

# Intereses sobre Certificaciones

(Factura #AI-26-08056)

(Factura #AI-26-12020)

(Factura #AI-27-04027)

# Interest on Certifications

(Invoice #AI-26-08056)

(Invoice #AI-26-12020)

(Invoice #AI-26-04027)

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

**Invoice Number:** AI-26-08056
**Invoice Date:** 09/16/15
**Terms:** Net 30 days
**Payment:** Bill from office

| **Bill to:** | Autoridad Edificios Públicos San Juan PR | **Job:** | 201267-170 |
|---|---|---|---|
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 08/31/2015 por facturas vencidas | 1 | Each | none | 10,353.61 | 10,353.61 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $10,353.61 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | $10,353.61 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone: 787-653-6300
Fax: 787-653-0124

| | |
|---|---|
| **Invoice Number:** | **AI-26-08056** |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201267-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

[Left margin above: Bill to: Public Buildings Authority]
Job:      Installation of Modular Systems and Interior Improvements Floor 7 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 08/31/2015 for overdue invoices | 1 | Each | none | 10,353.61 | 10,353.61 |

| | | |
|---|---|---|
| **Subtotal:** | | $10,353.61 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | **$10,353.61** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

AIREKO

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 7**
**Contract No. C00031 (2011-2012)**

8/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Certified Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Ago-13 | to | 31-Ago-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.47 | 2,966.47 |
| 2 | 1-Nov-13 | to | 31-Nov-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

$ 10,353.61

Date:

Preparado por:  16-Sep-15  Yadiral Vázquez Figueroa

Revisado por:  Cristina Boni Alvarez

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to August 31, 2015**
**JOB: AEP Floor 7**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fecha de Entrega | Fecha Entrega | 45 | Pago | No. Cheque | Cobrado | No Cobrado | Vencidos | por dia | A la fecha | Adeudada |
| 1 | 1-Aug-13 | to | 31-Aug-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.47 | 2,966.47 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 67,359.86 | | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 10,353.61 |

Date: <u>16 -Sept-15</u>

Prepared By: <u>Yadinell Vazquez Figueroa</u>

Reviewed By: <u>Cristina Borri Alvarez</u>

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

**Invoice Number:**
**Invoice Date:**
**Terms:**
**Payment:**

AI-26-12020
12/21/15
Net 30 days
Bill from office

| Bill to: | Autoridad Edificios Públicos | | Job: | 201267-170 |
|---|---|---|---|---|
| | San Juan PR | | Attn: | Ing. Gerardo Crespo |

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta 12/31/2015 por facturas vencidas | 1 | Each | none | 1,908.20 | 1,908.20 |

| | | |
|---|---|---|
| **Subtotal:** | | **$1,908.20** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$1,908.20** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone: 787-653-6300
Fax: 787-653-0124

**INVOICE**

| | |
|---|---|
| Invoice Number: | **AI-26-12020** |
| Invoice Date: | 12/21/15 |
| Terms: | Net 30 days |
| Payment: | Bill from office |

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201267-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

[Left margin above: Bill to: Public Buildings Authority
Job:      Installation Of Modular Systems And Interior Improvements Floor 7 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 09/01/2015 for overdue invoices | 1 | Each | none | 1,908.20 | 1,908.20 |

| | | |
|---|---|---|
| Subtotal: | | $1,908.20 |
| Tax: | 0% | $0.00 |
| **Total:** | | **$1,908.20** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

AIREKO

6.00%

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 deDICIEMBRE de 2015**
**JOB: AEP Piso 7**
**Contract No. C00031 (2011-2012)**

12/31/2015

| Cert | Periodo | | | Work Performed | Retahage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias os | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | (a) | 31-Aug-13 | 28,429.31 | 2,412.33 | 26,486.38 | 19-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 784 | 4.41 | 3,506.03 | 3,555.03 |
| 2 | 1-Aug-13 | (c) | 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 780 | 11.23 | 8,756.78 | 12,261.81 |
| 3 | | (b) | | | | | | | | | | | | | | | |
| 4 | | (b) | | | | | | | | | | | | | | | |
| 5 | | (b) | | | | | | | | | | | | | | | |
| 6 | | (b) | | | | | | | | | | | | | | | |
| 7 | | (b) | | | | | | | | | | | | | | | |
| 8 | | (b) | | | | | | | | | | | | | | | |
| 9 | | (b) | | | | | | | | | | | | | | | |
| 10 | | (b) | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 12,261.81 |

Factura A526-09855    10,353.61
Factura A526-12020    1,908.20
                      12,261.81

Date:                           21-Dec-15

Preparado por:                  Yadirel Vasquez Figueroa

Revisado por:                   Cristina Berri Alvarez

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to December 31, 2015**
**JOB: AEP Floor 7**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

12/31/2015

| Cert | Periodo | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias os | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 to 31-Aug-13 | | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 794 | 4.41 | 3,505.03 | 3,505.03 |
| 2 | 1-Aug-13 to 31-Aug-13 | | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 780 | 11.23 | 8,756.78 | 12,261.81 |
| 3 | to | | | | | | | | | | | | | | | |
| 4 | to | | | | | | | | | | | | | | | |
| 5 | to | | | | | | | | | | | | | | | |
| 6 | to | | | | | | | | | | | | | | | |
| 7 | to | | | | | | | | | | | | | | | |
| 8 | to | | | | | | | | | | | | | | | |
| 9 | to | | | | | | | | | | | | | | | |
| 10 | to | | | | | | | | | | | | | | | |

$ 12,261.81

| | |
|---|---|
| Invoice AI-26-08055 | 10,353.61 |
| Invoice AI-26-12020 | 1,908.20 |
| | 12,261.81 |

Date:              21-Dec-15

Prepared By:      Yadinell Vazquez Figueroa

Reviewed By:      Cristina Borri Alvarez



☑ PO Box 2128 San Juan PR 00922-2128 (787) 653-6300 Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park Ponce PR 00731-7600 787)844-4001 Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | JOB NO. | SUBMITTAL NO. |
|------|---------|---------------|
| 5/6/2016 | | |

| JOB NAME | PO NO. |
|----------|--------|
| MINILLAS PISOS 3&9, 7, 17 | |

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: GERARDO CRESPO

WE ARE SENDING YOU ☐ Attached ☐ Under separate cover via_____the following items
☐ Drawings ☐ Prints ☐ Samples
☐ Copy of Letter ☐ Change Order ☐ Other ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 04-26-16 | | FACTURA INTERESES - AI-27-04028 - PISOS 3&9. |
| 1 | 04-27-16 | | FACTURA INTERESES - AI-27-04027 - PISO 7. |
| 1 | 04-27-16 | | FACTURA INTERESES - AI-27-04029 - PISO 17. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

REMARKS:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

SENDER: EDGARDO ALBINO DATE: 6-MAYO-16

RECEIVED BY: _Jennifer Donak_ DATE: _6 mayo 2016_

Transmittal revised5/6/2016

If enclosures are not as noted, kindly notify us at once

[Partial Translation]



AIREKO

☑ PO Box 2128 San Juan PR  00922-2128  (787) 653-6300  Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park  Ponce PR  00731-7600    787)844-4001  Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 5/6/2016 | JOB NO. | | SUBMITTAL NO. |
|------|----------|---------|--|---------------|

JOB NAME                    MINILLAS FLOORS 3&9, 7, 17                    PO NO.

TO:          PUBLIC BUILDINGS AUTHORITY

ATTN:  GERARDO CRESPO

WE ARE SENDING YOU    ☐ Attached    ☐ Under separate cover via_____ the following items
       ☐ Drawings   ☐ Prints       ☐ Samples
       ☐ Copy of Letter  ☐ Change Order   ☐ Other       ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 4-26-16 | | INVOICE INTEREST – AI-27-04028 – FLOORS 3&9. |
| 1 | 4-27-16 | | INVOICE INTEREST – AI-27-04027 – FLOOR 7. |
| 1 | 4-27-16 | | INVOICE INTEREST – AI-27-04029 – FLOOR 17. |
| | | | |

THESE ARE TRNSMITTED as checked below:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

SENDER:          EDGARDO ALBINO                    DATE: 6-MAYO-16

RECEIVED BY:                                       DATE: 6 mayo 2016

Transmittal revised5/6/2016

If enclosures are not as noted, kindly notify us at once

[DATE 6-MAY-16 printed and handwritten above on separate lines]

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

**Invoice Number:**
**Invoice Date:**
**Terms:**
**Payment:**

**AI-27-04027**
04/27/16
Net 30 days
Bill from office

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201267-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 12/31/2015 hasta 04/30/2015 por facturas vencidas | 1 | Each | none | 1,892.57 | 1,892.57 |

| | | |
|---|---|---|
| **Subtotal:** | | **$1,892.57** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$1,892.57** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

Phone: 787-653-6300
Fax: 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-27-04027 |
| **Invoice Date:** | 04/27/16 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201267-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

[Above – Bill to: Public Buildings Authority]

Job: Installation of Modular Systems and Interior Improvements Floor 7 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned from 12/31/2015 to 04/30/2015 for overdue invoices | 1 | Each | none | 1,892.57 | 1,892.57 |

| | | | |
|---|---|---|---|
| **Subtotal:** | | | $1,892.57 |
| **Tax:** | 0% | | $0.00 |
| **Total:** | | | **$1,892.57** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

## Computo de Intereses sobre Certificaciones
### Hasta el 30 de Abril de 2016
### JOB: AEP Piso 7
### Contract No. C00031 (2011-2012)

6.00%

4/30/2016

| No. Cert. | Periodo | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrado | Balance No Cobrado | Dias | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to 31-Aug-13 | 28,428.31 | 2,942.93 | 26,486.38 | 12-Sep-13 | | 26-Oct-13 | | | 26,486.38 | | 916 | 4.41 | 4,036.17 | 4,036.17 |
| 2 | 1-Aug-13 | to 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | 67,359.86 | | 891 | 11.23 | 10,118.21 | 14,154.38 |
| 3 | | to | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ 14,154.38 |

Factura AI-26-08056      10,343.61
Factura AI-26-12020       1,908.20
                          1,902.57

Date: _____          27-Jun-16

Preparado por: _____

Revisado por: _____          Yashnil Vázquez Figueroa

Partial Translation

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to April 30, 2016**
**JOB: AEP Floor 7**
**Contract No. C00031 (2011-2012)**

| Cert .No. | Period | | | Work Performed | Retainage | Amount | Certifi- cations | Document | Due | Date | Check No. | Amount Col- lected | Uncol- lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-15 | | | | 26,486.38 | 915 | 4.41 | 4,039.17 | 4,039.17 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 901 | 11.23 | 10,115.21 | 14,154.38 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 14,154.38 |

Invoice AI-26-08055     10,353.61
Invoice AI-26-12020      1,908.20
                         1,892.57

Date:                   27-Apr-16

Prepared By:     Yadinell Vazquez Figueroa

Reviewed By:     _____

AIREKO
PO Box 2128 San Juan PR 00922-2128

Date          26-Apr-16

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB. ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN
PISO 7
PROJECT# 1120X
CONTRACT NO. C-00031(11-12)

| Invoice # | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | |
| 201267-170 A1-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| PISO 7 A1-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| PROJECT# 1120X | | | | | | | | | - |
| | | | | | | | | | - |
| **Final Total** | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | $ 93,846.24 |

| | |
|---|---|
| Contract Amount | $ 1,258,155.00 |
| Change order | $ 59,612.95 |
| Adjusted Contract Amount | $ 1,317,767.95 |
| | |
| Total Net Invoiced | $ 1,317,767.95 |
| Retainage Balance | $ - |
| Balance To Finish | $ 1,317,767.95 |

[Partial Translation]



**AIREKO**

PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

Date        26-Apr-16

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS (F-7), ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER MINILLAS - SAN JUAN,
FLOOR 7
PROJECT: 1120X
CONTRACT NO. C-00031(11-12)

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| *Work Performed Invoices* | | | | | | | | | |
| 201267-170 PISO 7 PROJECT# 1120X | AI-24-08024  Cert. 07 | Aug-13 | 13-Sep-13 $ | 26,486.38 | | | | | 26,486.38 |
| | AI-24-08025 Ret.  Cert.08 | Aug-13 | 27-Sep-13 $ | 67,359.86 | | | | | 67,359.86 |
| | | | | | | | | | - |
| **Final Total** | | | | $ 93,846.24 $ | - $ | - $ | - $ | - $ | 93,846.24 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,258,155.00 |
| Change order | $ | 59,612.95 |
| Adjusted Contract Amount | $ | 1,317,767.95 |
| | | |
| Total Net Invoiced | $ | 1,317,767.95 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,317,767.95 |

[Attachment 8]

Government of Puerto Rico
PUBLIC BUILDINGS AUTHORITY
San Juan, Puerto Rico

2012-C00035

## AGREEMENT
C00035 (2011-2012)

### APPEAR

**AS PARTY OF THE FIRST PART**: The Public Buildings Authority, ID. No. 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, under the authority vested in him by Law No. 56 of June 19, 1958, as amended, hereinafter referred to as **"THE PBA"**; represented by the Executive Sub Director, Arch. Astrid Díaz Vega, of legal age, single and resident of San Juan, Puerto Rico.

AS PARTY OF THE SECOND PART: **AIREKO CONSTRUCTION CORP.**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with principal offices at Caguas, Puerto Rico, herein represented by its Vice President of Operations, Edgardo Albino, of legal age, married and resident of Caguas, Puerto Rico, hereinafter referred to as "THE CONTRACTOR".

### WITNESSETH





WHEREAS:  Both parties are authorized to execute this Agreement and will attest accordingly when and wherever necessary.

WHEREAS: THE PBA has the responsibility to administrate and maintain the buildings, facilities and utilities under its ownership.

WHEREAS: THE PBA is committed to the **Installation of Modular Office System & Interior Improvements to the Seventeenth (17th) Floor on the North Building, Phase I, at Roberto Sánchez Vilella Government Office Center ("Minillas"), San Juan, Puerto Rico.**

WHEREAS:  THE CONTRACTOR has the expertise and resources to accomplish the project.

Now, therefore, THE PBA and THE CONTRACTOR enter into this Agreement under the following:

### TERMS AND CONDITIONS

ARTICLE 1 - <u>Statement of Work</u>:   THE CONTRACTOR shall furnish all labor, equipment, material and services or otherwise, as indicated in the Bidding Documents for the execution of PBA Project No. **AEP-1120M** at San Juan, Puerto Rico.  All work will be in strict

2

accordance with the Contract Documents, all of which are made part here of and listed in Article 7 of this Contract.

ARTICLE 2 – **The Contract Amount**: For the performance of the work described in Article 1 of this Contract THE PBA shall pay THE CONTRACTOR and for the term of the Contract the maximum amount of **One Million One Hundred Thirty Thousand Eighty Hundred Fifty Six Dollars ($1,130,856.00)**, from Account No. 16000-0000-1120M-00-000-1000-0000.

ARTICLE 3 – **Change orders:** Change orders under this Contract will be authorized and executed according to the provisions of the General Conditions set forth in the Bidding Documents.



ARTICLE 4 - **Time for Completion:** THE CONTRACTOR will start working under this Contract on the date to be specified in the written order to proceed by THE PBA and will complete all work there under within **forty five (45)** consecutive calendar days computed from the date stated in the order to proceed.



ARTICLE 5 – **Liquidated Damages:** THE CONTRACTOR and his surety shall be liable for and shall pay to THE PBA the amount of **One Thousand dollars ($1,000.00)**, as fixed liquidated damages for each calendar day the completion of this project is delayed, and such delay is attributable and within the control of THE CONTRACTOR, until the work is completed to the satisfaction of THE PBA, according to the Contract.

ARTICLE 6- **Hold Harmless Agreement:** THE CONTRACTOR and its insurer will hold harmless and released THE PBA from and against any and all claims, demands and/ or suits, whether judicial or extrajudicial for any cause whatsoever, arising out of, or related to, the execution of this contract, and THE CONTRACTOR and its insurer will defend THE PBA from such claim, demands and or suits and will bear all the expenses for such defense.

ARTICLE 7 - **Contract Documents:**

(a) THE CONTRACTOR **will deliver to the PBA within five (5) days of the signing of** the contract all documents, including the following:

      a. Performance Bond – 100%
      b. Payment Bond – 100%
      c. Workmen's Compensation Insurance – Statutory
      d. Employer's Liability
      e. Comprehensive General and Automobile Liability
         Insurance including Owner's protective Liability
      f. Hold Harmless Clause
      g. Builder's Risk

3

h.  Installation Floater

(b) THE CONTRACTOR holds PBA harmless of any claim arising out of the performance of the work agreed on this contract and during the before mentioned period of five (5) days in which THE CONTRACTOR will furnish the documents to PBA enumerated above from "a" to "h".

(c) In addition to This Agreement the following documents form part of the Contract:

1.  Contractor's Proposal dated December 13, 2011 and Letter of Award dated January 11, 2012

2.  Addendum Number:  **1. Date – November 29, 2011**
                       **2. Date – December 5, 2011**
                       **3. Date – December 7, 2011**

3.  Instructions to Bidders



4.  Uniform General Conditions for Public Works Contracts

5.  Supplementary General Conditions (PBA – May 13, 2011)

6.  Special Conditions



7.  Supplementary Special Conditions

8.  Project Identification Sign (Site Sign)

9.  Office Furniture Specifications

10. Technical Specifications & Drawings

All documents enumerated in this Article form part of the Contract.  In the event that any provision in any of the clauses, terms or conditions or articles of this Contract conflicts with any provisions of the other documents enumerated in Article 7, it is understood that the provisions in the documents set forth on Article 7 will govern, except as otherwise specifically stated in the contract drawings and the technical specifications, which shall be approved by THE PBA in writing.

ARTICLE 8 – **Required Certifications:**

THE CONTRACTOR hereby certifies that at the execution of this Agreement, it has filed income tax returns in the Commonwealth of Puerto Rico during the past five (5) years.

THE CONTRACTOR also certifies that it does not have any outstanding debts with the Commonwealth of Puerto Rico to include income taxes, real or chattel property taxes, unemployment insurance premiums, worker's compensation payment and Driver's Social Security, or in case it has debts related to one (or more) of the aforementioned premiums, has an installment plan (s) which is (are) being complied with.

4

THE CONTRACTOR also certifies that either it has no alimony obligation, or has alimony obligation with which is fully complying.

It is expressly acknowledged that these are essential conditions of this Agreement as required by law and by Executive Orders. If any of these certifications are incorrect, THE PBA shall have cause for the immediate termination of the Agreement, and THE CONTRACTOR will have to reimburse any amount of money received under this Agreement. Prior to the execution of this Agreement, THE CONTRACTOR will present to THE PBA the corresponding certifications issued by the Department of the Treasury, the Department of Labor and Human Resources, and the Municipal Revenues Collection Center, (CRIM by its Spanish acronym).



ARTICLE 9 – **Definition Tax Debt:** For purposes of this Agreement, tax debt shall mean any debt that THE CONTRACTOR or other parties which THE PBA authorizes THE CONTRACTOR to subcontract may have with the Commonwealth of Puerto Rico for income taxes, excise taxes, real or chattel property taxes, including any special taxes levied, license right, tax withholdings for payment of salaries, taxes on the payment of interest dividends, and income to individuals, corporations and nonresident partnerships, for payment of interests, dividends and other earnings shares to residents, unemployment insurance premiums, workers compensation payments, and Driver's Social Security.



ARTICLE 10 – **Tax Documents:** If THE CONTRACTOR does not deliver to the PBA the corresponding documents from the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance Temporary Disability, and/or Social Security for drivers), and/or the Municipal Revenues Collection Center ("CRIM") (tax on real property and/or chattels) within the next sixty (60) calendar days from the execution of the present contract, then this Agreement shall be terminated without any further need of any kind of notice, and without the right to receive any payment that may be due. The payment that may be due shall be transferred to the corresponding governmental instrumentality, so that it may make the appropriate credit. If THE CONTRACTOR has any debt with the Department of the Treasury (Income Tax), Department of Labor and Human Resources (Unemployment Insurance, Temporary Disability and/or Social Security for Drivers), and/or Municipal Revenues Collection Center ("CRIM") tax on real property and/or chattels), it hereby authorize the Authority to retain any amount due, and the same shall be transferred to the corresponding governmental

5

instrumentality, so that it may make the appropriate credit, unless THE CONTRACTOR accepted a payment plan and submitted authentic evidence to that effect.

ARTICLE 11 - **Withholdings Prescribed by Law**: THE CONTRACTOR is an independent contractor. THE PBA is under no obligation to make withholdings in relation to THE CONTRACTOR'S employees. THE CONTRACTOR is responsible for complying with the Social Security Laws, Workmen's Compensation Insurance and all other applicable laws or regulations.

ARTICLE 12 – **Tax Retention**: THE PBA by means of Circular Letter 02-09 of June 28, 2002, has the obligation to withhold seven percent (7%) of payments to THE CONTRACTOR for income tax purposes. THE CONTRACTOR has a document of the Total Release of the Original Retention upon Payments for Services Rendered by Corporations, issued by Puerto Rico Department of Treasury, whereof the retention shall be according to those rules. THE PBA will notify the Puerto Rico Department of Treasury the amount of money paid to THE CONTRACTOR by virtue of this Agreement.




ARTICLE 13 – **Confidentiality Agreement**: THE CONTRACTOR acknowledges the confidential nature of all internal, non-public, financial, business and information systems relating to THE PBA and to the Commonwealth of Puerto Rico, its agencies, corporations, municipalities, now or hereafter provided to THE CONTRACTOR. THE CONTRACTOR agrees to keep the confidentiality of all the information obtained in connection with the services being rendered hereunder, as long as this information is not previously known to THE CONTRACTOR, is not within the public domain, or is not furnished to THE CONTRACTOR by a third party who is under no obligation to keep it confidential. THE CONTRACTOR will keep the confidentiality of all documents, materials, data, and information that THE PBA furnishes to THE CONTRACTOR and will not reveal it, make it public or disclose any of it without the previous written consent of THE PBA. THE CONTRACTOR may reveal such materials to those officers and employees of THE CONTRACTOR who need to know such information to fulfill the purpose of this Agreement, provided that such persons will be advised of the confidential nature of it. THE CONTRACTOR will instruct them and they will agree to treat such information confidentially. The subsequent use by these employees of their general knowledge, skills and experience, does not constitute a breach of this Agreement. The terms of

6

this Article does not limit THE CONTRACTOR from providing similar products or services to other customers.

ARTICLE 14 – All information, working papers, reports and documents related to the work being contracted hereunder, are the exclusive property of THE PBA; excluding THE CONTRACTOR'S previous information, methodologies, tools, reports, report formats, copyrights, patents or trademarks preexisting the project.

ARTICLE 15 – **Subcontracting:** THE CONTRACTOR will not subcontract the services requested hereby, nor can it subcontract experts or other persons to perform any of the activities and tasks or deliverables detailed in the project, without the previous written approval of THE PBA.

ARTICLE 16 – **Rescission:** THE PBA may rescind this Agreement to its convenience giving written notice to THE CONTRACTOR thirty (30) days in advance. THE PBA may also rescind this Agreement at any moment that THE CONTRACTOR violates any of its contractual obligations. THE CONTRACTOR will be responsible for any damages that this violation may cause.




ARTICLE 17 – THE CONTRACTOR is an independent contractor and as such neither its employees nor its subcontractors are agents, employees or representatives of THE PBA.

ARTICLE 18 – Both parties agree not to discriminate for reasons of race, color, sex, origin or social condition, age, political or religious belief, handicap, or any other reason during the performance of this Agreement.

ARTICLE 19 – **Claims against the Commonwealth of Puerto Rico:** THE CONTRACTOR will be responsible for any claim against the Commonwealth of Puerto Rico, which may arise from THE CONTRACTOR'S negligence and in any such claim THE CONTRACTOR will satisfy any judgment or administrative determination against THE PBA. THE PBA will provide a copy of the claim to THE CONTRACTOR and agrees to cooperate.

ARTICLE 20 – THE CONTRACTOR will not transfer the rights under this Agreement, without the prior written consent of THE PBA.

ARTICLE 21 – **Ultra Vires Clause:** In accordance with the laws and regulations that govern the covenant of services, the parties agree herein that no services will be rendered until all parties duly sign this Agreement. Services rendered in violation of this clause will not be

7

paid, since any person that request and accepts the services from the other party in violation of this condition will be doing so without legal authority.

ARTICLE 22 – **Prior Agreements**: This Agreement replaces any prior agreement and prevails over any related agreement or document, including the corresponding addendums.

ARTICLE 23 – **Amendments**: It is understood that this Agreement, including the corresponding addendums, is the sole agreement between the parties herein with regard to the services covered hereby and may not be changed orally, but may be amended in writing, by mutual agreement of the parties.

ARTICLE 24 – **Laws Governing this Agreement**: This Agreement will be interpreted according to the laws of the Commonwealth of Puerto Rico. Should any clause of this Agreement be declared null or void, the remaining portions of this Agreement shall continue to be binding on the parties as written. If a conflict exists between the laws, which apply to the interpretation of this Agreement, in the absence of clear preemption by Federal Laws, the Laws of Puerto Rico will prevail.



ARTICLE 25 – **Dispute Settlement:** In addition to what is stated in the general conditions for the Settlement of Disputes and Arbitration, Arbitration proceedings will be conducted in accordance with the law and jurisprudence of Puerto Rico.



ARTICLE 26 – THE CONTRACTOR declares that no employee or officer of the Authority has a pecuniary interest (direct or indirect) on the provision of this Agreement in accordance with Law 12 of July 24, 1985, as amended, known as the Ethics in Government Act. Similarly, the official representative of the Authority in this act shall not have any pecuniary interest in it's the realization. THE CONTRACTOR agrees that it meets the ethical standards of their profession and takes responsibility for their actions.

ARTICLE 27 –THE CONTRATOR expressly holds harmless and released PBA from any and all responsibility for actions taken by its employees or officers, and of any claim or suit that may arise directly or indirectly for the services to be performed under this contract. This waiver shall be construed in the most favorable way to the PBA, including the release from payment of any award and litigation costs, interest and fees.

ARTICLE 28 – THE CONTRATOR certifies that none of its directors, partners or employees is or has been employed by the PBA during the past two (2) years prior to the signing of this contract. No executive agency shall execute contracts with or for the benefit of persons

8

who have been public officers or employees of said executive agency until after two (2) years have elapsed from the time said person has ceased working as such. The Governor may issue an exemption regarding the applicability of this provision for the benefit of the public service. This prohibition shall not apply to contracts for services rendered *ad honorem*.

ARTICLE 29 – THE CONTRACTOR certifies that it has not been convicted of felonies against the public integrity, as defined in the Penal Code, or misappropriation of public funds and has not been convicted of this offense in the courts of the Commonwealth of Puerto Rico, in the federal courts or courts of any jurisdiction of the United States of America. If found guilty of the above, the contract for professional services or advisory shall be rescinded. The contractor has the duty to continuously inform on this matter, during all procurement and implementation stages of the contract.



ARTICLE 30 – THE CONTRATOR recognizes that in the discharge of their profession has a duty of complete loyalty to the PBA, which includes not having any conflicting interest to the PBA. Conflicting interests is to be defined and includes the representation of clients who have, or may have, opposing interests with the PBA. It also includes the continuing obligation to disclose to the PBA in all circumstances, any conflict of interest that may improperly influence the PBA during the award or term of this contract.

Furthermore, THE CONTRATOR agrees that conflict of interests is when actions or behavior does not conform to the ethical standards of their profession, or the laws and regulations of the Commonwealth of Puerto Rico. In contracts with companies, corporations or professional firms, it constitutes a violation of this prohibition any action performed by its directors, partners or employees.

In any event PBA understands that there are circumstances in which THE CONTRATOR has incurred in actions that have resulted in a conflict of interest; PBA will notify THE CONTRATOR in writing of its findings and its intention to rescind the contract within thirty (30) days. Within this term, THE CONTRATOR may request a meeting with the PBA to present their arguments in such determination of conflict, which will be granted in all cases. Failure to request such a meeting at the above-mentioned period or if the dispute is not solved satisfactorily during the meeting granted, the contract is understood to be rescinded at the end of the thirty (30) day period.

9

ARTICLE 31 – The Contractor accepts being knowledgeable of the rules of ethics of his profession and assumes responsibility for his own actions.

ARTICLE 32 – Any service or assistance that the Contractor requires for PBA during after business hours where union members employees are needed, will be recognized as a construction cost by the Contractor and payable to PBA through a deductive change order.

ARTICLE 33 - Parties agree THE CONTRACTOR may not alter the procedures or decisions that substantially affect the administrative policy established by the Authority without the prior written consent of the PBA.

ARTICLE 34 – No benefit or compensation under this contract may be required until it is filed for record in the Office of the Comptroller pursuant to the provisions of Law No. 18 of October 30, 1975, as amended. (Law No. 127 of May 31, 2004).

**IN WITNESS WHEREOF**, the parties understand this Agreement and have caused this Agreement to be executed by their duly authorized representatives as of this **13** of January in the year two thousand twelve (2012).

**PUBLIC BUILDINGS AUTHORITY**

Arch. Astrid Díaz Vega
Executive Sub Director

**AIREKO CONSTRUCTION CORP.**

Edgardo Albino
Vice President of Operations

APROBADO EN CUANTO
A REDACCION LEGAL.
HXPBA

Attachment 9

Anejo 9

COMMONWEALTH OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
PROJECTS DEVELOPMENT AREA

# FINAL ACCEPTANCE

CONTRACTOR: AIREKO CONSTRUCTION CORP.

CONTRACT NUMBER: C00035 (2011-2012)      PBA No.    1120M

PROJECT:  Improvements to the 17th Floor

LOCATION:  North Building at Roberto SanchezVilella Government Office Center

The work performed under this contract has been reviewed and found to be totally completed.

The date of Final Acceptance is determined as:    May 30, 2014

REMARKS:   Substantial Completion date, April 20, 2012.
            Construction and Use of Permit by AEP

ATTACHMENTS:   Substantial Completion 17th Floor, Punch list floor 17th, completed.

CONTRACTOR: _____      DATE:  5.30.14
            Edgardo Albino / Kenneth M. Baez, Aireko Construction Corp.

PROJECT INSPECTOR: _____      DATE: 30/mayo/14
            Arch. Yelk Vicera, AEP

A/E: _____             DATE: 30/Mayo/2014
            Arch. Antonio Garate, AD&V

PROJECT COORDINATOR: _____      DATE: 30 MAYO/2014
            Ing. José Ghroda / Ing. Geraldo Crespo, AEP

DIRECTOR
PROJECTS DEVELOPMENT AREA: _____      DATE: 06/18/14

            Ing. José R. Alayon Del Valle

Anejo 10

# Certificación #5
# (Factura #AI-24-080022)

[Translation]

Attachment 10

# Certification #5

# (Invoice #AI-24-080022)



☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600 787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | | JOB NO. | SUBMITTAL NO. |
|------|--|---------|---------------|
| 9/18/2013 | | AEP 1120M | |

| JOB NAME | |
|----------|--|
| | INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS |

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: ING. GERARDO CRESPO

WE ARE SENDING YOU

☐ Drawings
☐ Copy of Letter

☐ Attached
☐ Prints
☐ Change Order

☐ Under separate cover via_____ the following items
☐ Samples
☐ Other          ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 5 – $29,529.06 (AI-24-08022) |
| | | | •Breakdown for Payment. |
| | | | •SCHEDULE OF CHANGE ORDERS |
| | | | •Certificacion Poliza Fondo. |
| | | | •Certificate of Liability Insurance. |
| | | | •Certified Payroll |
| | | | •Fotos Progreso |
| | | | •CD |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved

☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:
IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:          KENNETH BAEZ - PROJECT MANAGER          DATE: 18-Sep-13

RECEIVED BY:          DATE:

[Partial Translation]



☑
☐

PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/0124
119 Tuque Ind. Park Ponce PR 00731-7600   787)844-4001 Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | 9/18/2013 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

JOB NAME    INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-17 MINILLAS
TO:    PUBLIC BUILDINGS AUTHORITY

ATTN:   ING. GERARDO CRESPO

WE ARE SENDING YOU    ☐ Attached    ☐ Under separate cover via_____ the following items
   ☐ Drawings    ☐ Prints    ☐ Samples
   ☐ Copy of Letter    ☐ Change Order    ☐ Other    ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AUGUST/13 | | CERTIFICATION NO. 5 - $29,529.06 (AI-24-08022) |
| | | | *Breakdown for Payment |
| | | | * SCHEDULE OF CHANGE ORDERS |
| | | | * Fund Policy Certification |
| | | | * Certification of Liability Insurance |
| | | | * Certified Payroll |
| | | | * Progress Photographs |
| | | | * CD |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

SENDER:

RECEIVED BY:

**REMARKS:**

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

KENNETH BAEZ - PROJECT MANAGER    DATE: 18-Sep-13

DATE:



**AIREKO**

P O Box 2128 San Juan, PR. 00922-2128
Tel (787) 653-6300

DATE: 08/15/2013

INVOICE No. AI-24-08022

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No: 5

PERIOD END:08/31/2013

PROJECT #: 201270-170

| | |
|---|---|
| 1. CONTRACT AMOUNT | 1,130,856.00 |
| 2. APPROVED CHANGE ORDERS | 33,025.67 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,163,881.67 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,155,598.15 |
| 5. LESS: 10% RETAINAGE | 59,420.42 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,096,177.73 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,066,648.67 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 29,529.06 |
| 9. __ 90 __% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    29,529.06 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY:

DATE:

DATE:

APPROVED BY:

**POSTED**

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.  **8**  For Period **01-Aug-13**  , to  **31-Aug-13**

Project  **ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN**

Project #  **1120M**  Contract Due Date: **16-Mar-12**  Extended Contract Due Date **04-Jun-12**

Name of Contractor  **AIREKO CONSTRUCTION, CORP.**  Address  PO BOX 2128  SAN JUAN  PR  D0922-212  Contract No. **C-00035(11-12)**

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD QTY | WORK PERFORMED THIS PERIOD AMOUNT | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $24,074.40 | $128,838.60 | $152,963.00 | $0.00 | 15.74 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $425,591.00 | | $6,165.10 | $412,142.38 | $418,307.48 | $8,283.52 | 1.45 | 98.06 |
| V | DOORS & WINDOWS (08) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | $2,408.40 | $161,158.00 | $163,566.40 | $0.00 | 1.47 | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | $3,750.00 | $11,250.00 | $15,000.00 | $0.00 | 25.00 | 100.00 |
| | | $1,130,856.00 | | $36,397.90 | $1,086,174.58 | $1,122,872.48 | $8,283.52 | 3.22 | 99.27 |

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ................................................................................................................... | $1,130,856.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............... | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............... | $5,575.00 |
| Current Adjusted Contract Amount ...................................................................................... | $1,163,881.67 |

*Wednesday, September 18, 2013*

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   8   For Period  01-Aug-13   , to   31-Aug-13

Project: **INSTALLATION OF MODULES AND INTERIOR IMPROVEMENTS FLOOR-17, F-I NORTH BUILDING ROBERTO SANCHEZ VILELLA (MINILLAS) – SAN JUAN**

Project #  1120M   Contract Due Date:  16-Mar-12   Extended Contract Due Date  04-Jun-12

Name of Contractor   AIREKO CONSTRUCTION, CORP.   Address   PO BOX  2128   SAN JUAN   PR   00922-212   Contract No.  C-00035(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD QTY | WORK PERFORMED THIS PERIOD AMOUNT | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 6 | UNUSED BALANCE 2-6 | % COMPLETED PERIOD | % COMPLETED TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $24,074.40 | $128,888.60 | $152,963.00 | $0.00 | 15.74 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $425,591.00 | | $6,165.10 | $412,142.38 | $418,307.48 | $8,283.52 | 1.45 | 98.06 |
| V | DOORS & WINDOWS (08) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | $2,408.40 | $161,158.00 | $163,566.40 | $0.00 | 1.47 | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES (17) | $15,000.00 | | $3,750.00 | $11,250.00 | $15,000.00 | $0.00 | 25.00 | 100.00 |
| | | $1,130,856.00 | | $36,397.90 | $1,086,174.58 | $1,122,572.48 | $8,283.52 | 3.22 | 99.27 |

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.
Signature: _____

| | |
|---|---|
| Value of Contract ............................................................ | $1,130,856.00 |
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............ | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............ | $5,575.00 |
| Current Adjusted Contract Amount ............................................................ | $1,163,881.67 |

*Wednesday, September 18, 2013*

## CERTIFICATE OF THE CONTRACTOR OR THIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief. I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and NIREKO CONSTRUCTION, CORP. dated 1/13/2012 and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT | | $1,163,881.67 |
| 2. | Value of original contract work performed to date (Reverse Column 6) | | $1,122,572.48 |
| 3. | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508) | $47,585.26 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508) | $14,559.59 | $33,025.67 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE | | $1,155,598.15 |
| 6. | Less: Amount retained _____ percent | | $59,420.42 |
| 7. | Net amount earned on work performed to date | | $1,096,177.73 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment) | | $1,066,648.67 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD | | $29,529.06 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period | $8,263.68 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period | $8,263.68 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10  11 of this Certificate | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT | | $29,529.06 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

| (Contractor) | (Date) | By | (Title) |
|---|---|---|---|

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No.  5  for the period ended 31-Aug-13 that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of  $29,529.06

| Field Inspector or Resident Eng. | Supervisor or Chief of Division | Checked By |
|---|---|---|

## APPROVED FOR PAYMENT:

| Chief Contract Management Division | Director | Executive Director |
|---|---|---|

WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract.

| | | |
|---|---|---|
| 1. Value of executed work this period of original contract. | $ | |
| 2. Value of executed work this period of change orders additions | $ | |
| 3. Value of revised work this period of change orders deductions | $ | |
| 4. Value of executed work this period (total) | $ | |
| 5. Less 10% or difference of 10% this P.E.* and last P.L.* | $ | Approved for payment in the amount of                $ |
| 6. Balance | $ | Less overtime hours worked by P.B.A. inspectors   $ |
| 7. Net (increase) (decrease) of materials on site | $ | Less liquidated damages for not completing on time $ |
| 8. Total to be paid | $ | NET AMOUNT TO BE PAID                             $ |
| 9. Liquidated Damages | | |

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert _____
* Periodical Estimate

Audited by

For the Comptroller

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN  PR  00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $59,542.00 | $59,542.00 | 1.00 | $59,542.00 | 100.0 | | | 1.00 | $59,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 0.10 | $2,641.60 | 10.0 | 0.90 | $23,774.40 | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 0.70 | $700.00 | 70.0 | 0.30 | $300.00 | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $128,888.60 | | | $24,074.40 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 0.98 | $142,063.74 | 98.0 | 0.02 | $2,899.26 | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 0.98 | $160,026.16 | 98.0 | 0.02 | $3,265.84 | 1.00 | $163,292.00 | $0.00 | 100.0 |

Wednesday, September 18, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | | | 0.93 | $110,052.48 | $8,283.52 | 93.0 |
| | Sub Total | | | | $118,336.00 | | | | | | | | | |
| V | DOORS & WINDOWS ( 03 ) | | | Sub Total | $426,591.00 | | $412,142.38 | | | $8,163.19 | 0.93 | $418,307.49 | $8,283.52 | 98.06 |
| 17 | METAL DOOR & FRAMES | 39 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | 38.00 | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | 16.00 | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | 34.00 | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | 6.00 | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| VI | FINISHES ( 89 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 22,800.00 | $9,120.00 | 89.8 | 2,596.00 | $1,038.40 | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 0.00 | $0.00 | 0.0 | 274.00 | $1,370.00 | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,568.40 | | $161,158.00 | | | $2,408.40 | | $163,568.40 | $0.00 | 100.0 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL, MODULOS Y MEJORAS INTERIORES PISO-47, F-1 EDIF. NORTE/ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 5
PERIOD ENDING: 8/31/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS (15) | Sub Total | | | $96,700.00 | | $96,700.00 | | | | | $98,700.00 | $0.00 | 100.0% |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $9,000.00 | $9,000.00 | 1.00 | $9,000.00 | 100.0 | | | 1.00 | $9,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| IX | ELECTRICAL WORKS (16) | Sub Total | | | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.0 |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

*BREAK-DOWN FOR PAYMENT*

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: **5**
PERIOD ENDING: **8/31/2013**
*Page 4 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | THIS PERIOD | | TOTAL TO DATE | | UNUSED | |
|------|-------------|-----|------|-----------|------------------|----------|--|-------------|--|---------------|--|--------|--|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | BALANCE | % COMP. |
| 49 | Electrical Panels (6ea)&QTY(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| X | ALLOWANCE(S)(1) | | Sub Total | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | | | Sub Total | | $15,000.00 | | $11,250.00 | | | $3,750.00 | | $15,000.00 | $0.00 | 100.00 |
| | | | TOTAL GENERAL: | | $1,130,856.00 | | $1,086,474.58 | | | $36,397.90 | | $1,122,872.48 | $9,393.52 | 98.27 % |

SUBMITTED BY:

RECOMMENDED BY:

RECOMMENDED BY:

APPROVED BY:

Ing. Kenneth M. Báez Alers
Contratista

Arq. Felix Vizcaya
Inspección AEP

Ing. José Girona
Coordinador Proyecto AEP

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

[Partial Translation]

BREAKDOWN FOR PAYMENT          CERTIFICATION # 5

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17

     ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN     PERIOD ENDING 8/31/2013

PROJECT NO.: 1120M                                                         *Page 1 of 4*

CONTRACTOR:     AIREKO CONSTRUCTION CORP.

             PO BOX 2128

             SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | | |
| | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 0.10 | $2,641.60 | 10.0 | 0.90 | $23,774.40 | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 0.70 | $700.00 | 70.0 | 0.30 | $300.00 | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $128,888.60 | | | $24,074.40 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 0.98 | $142,063.74 | 98.0 | 0.02 | $2,899.26 | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 0.98 | $160,026.16 | 98.0 | 0.02 | $3,265.84 | 1.00 | $163,292.00 | $0.00 | 100.0 |

*Wednesday, September 18, 2013*

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17
ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN
PROJECT NO.: 1120M
CONTRACTOR:      AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR 00922-2128

CERTIFICATION #  5

PERIOD ENDING 8/31/2013
*Page 2 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | | | 0.93 | $110,052.48 | $8,283.52 | 93.0 |
| | Sub Total | | | | $426,591.00 | | $412,142.38 | 93.0 | | $6,165.10 | | $418,307.48 | $8,283.52 | 98.06 |
| V | DOORS & WINDOWS ( 08 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.0 |
| VI | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 22,800.00 | $9,120.00 | 89.8 | 2,596.00 | $1,038.40 | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 0.00 | $0.00 | 0.0 | 274.00 | $1,370.00 | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $161,158.00 | | | $2,408.40 | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

*Wednesday, September 18, 2013*

[Partial Translation]

BREAKDOWN FOR PAYMENT        CERTIFICATION # 5

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17

     ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN     PERIOD ENDING 8/31/2013

PROJECT NO.: 1120M          *Page 3 of 4*

CONTRACTOR:     AIREKO CONSTRUCTION CORP.

         PO BOX 2128

         SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sub Total | $96,700.00 | | $96,700.00 | | | | | $96,709.00 | $0.00 | 100.00 |
| VIII | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | | | | Sub Total | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

*Wednesday, September 18, 2013*

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                                           CERTIFICATION # 5
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17
        ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN                                           PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                                                             *Page 4 of 4*
CONTRACTOR:     AIREKO CONSTRUCTION CORP.
                PO BOX 2128
                SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Electrical Panels (6ea)&DTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(17) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 0.75 | $11,250.00 | 75.0 | 0.25 | $3,750.00 | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $15,000.00 | | $11,250.00 | | | $3,750.00 | | $15,000.00 | $0.00 | 100.00 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | $1,086,174.58 | | | $36,397.90 | | $1,122,572.48 | $8,283.52 | 99.27 % |

SUBMITTED BY:                      RECOMMENDED BY:                     RECOMMENDED BY:                     APPROVED BY:

Ing. Kenneth M. Báez Alers         Arq. Felix Vizcaya                 Ing. José Girona                   AUTORIDAD DE EDIFICIOS PÚBLICOS
Contratista                        Inspección AEP                     Coordinador Proyecto AEP           Arq. Heidy De la Cruz
                                                                                                         Dir. Área de Desarrollo de Proyecto

                                                                                                         PUBLIC BUILDINGS AUTHORITY

Contractor                         AEP Inspection                     AEP Project Coordinator            Director, Project Development  Area


*Wednesday, September 18, 2013*

PBA-1508

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

## SCHEDULE OF CHANGE ORDERS

Supporting Periodical Estimate for Partial Payment No    **5**

For Periods   **01-Aug-13**   , to   **31-Aug-13**

Project  **ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBER**

Name of Contractor  **AIREKO CONSTRUCTION, CORP.**

| ORDEN DE CAMBIO | | | ADDITIONS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
| 1 | 3/6/2012 | $16,521.00 | | $16,521.00 | $0.00 | | $0.00 |
| 2 | 4/12/2012 | $22,079.67 | $1,987.17 | $31,064.26 | $0.00 | $0.00 | $8,984.59 |
| 3 | 2/1/2013 | $0.00 | $0.00 | $0.00 | $5,575.00 | $5,575.00 | $5,575.00 |
| TOTALES | | $38,600.67 | $1,987.17 | $47,585.26 | $5,575.00 | $5,575.00 | $14,559.59 |

| ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE | |
|---|---|
| | **TOTAL** |
| Original Contract Amount | $1,130,856.00 |
| Add:  Change Orders Additions Schedule above | $38,600.67 |
| Less: Change Orders Deductions schedule above | $5,575.00 |
| Adjusted Contract Amount TO DATE | $1,163,881.67 |

*Friday, August 16, 2013*

[Partial Translation]

Copy Aireko [handwritten]

PBA-1508

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*

### SCHEDULE OF CHANGE ORDERS

Supporting Periodical Estimate for Partial Payment No ___5___

For Periods **01-Aug-13** , to **31-Aug-13**

Project **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-17, F-I BUILDING ROBERTO**

Name of Contractor **AIREKO CONSTRUCTION CORP.**

| CHANGE ORDER | | | ADDITIONS | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| ORDEN DE CAMBIO | | | ADDITIONS | | DEDUCTIONS | | |
| No. (1) | Date (2) | Amount (3) | Period (4) | To date (5) | Amount (6) | Period (7) | To date (8) |
| 1 | 3/6/2012 | $16,521.00 | | $16,521.00 | $0.00 | | $0.00 |
| 2 | 4/12/2012 | $22,079.67 | $1,987.17 | $31,064.26 | $0.00 | $0.00 | $8,984.59 |
| 3 | 2/1/2013 | $0.00 | $0.00 | $0.00 | $5,575.00 | $5,575.00 | $5,575.00 |
| | TOTALES | $38,600.67 | $1,987.17 | $47,585.26 | $5,575.00 | $5,575.00 | $14,559.59 |

| ANALYSIS OF ADJUSTED CONTRACT AMOUNT TO DATE | TOTAL |
|---|---|
| Original Contract Amount ............................... | $1,130,856.00 |
| Add:  Change Orders Additions Schedule above ....... | $38,600.67 |
| Less: Change Orders Deductions schedule above ....... | $5,575.00 |
| Adjusted Contract Amount TO DATE ....................... | $1,163,881.67 |

*Friday, August 16, 2013*

*Page 1 of 1*

Certificación #6

(Factura #AI-24-080023)

[Translation]

# Certification #6

# (Invoice #AI-24-080023)



*Copia Aireko*

PO Box 2128 San Juan PR 00922-2128 (787) 653-6300 Fax(787) 653-0121/0122/0123
119 Tuque Ind. Park Ponce PR 00731-7600 787) 844-4001 Fax (787) 793-3555

☑
☐

**AIREKO**

## LETTER OF TRANSMITTAL

| DATE | 5/14/2014 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

**JOB NAME**  INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: ING. GERARDO CRESPO

WE ARE SENDING YOU  ☐ Attached  ☐ Under separate cover via_____ the following items
☐ Drawings  ☐ Prints  ☐ Samples
☐ Copy of Letter  ☐ Change Order  ☐ Other  ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 6 - $7,455.17 AI-24-08023) |
| | | | •Breakdown for Payment. |
| | | | •Certificacion Poliza Fondo. |
| | | | ●Certificate of Liability Insurance. |
| | | | •Certified Payroll |
| | | | •Fotos Progreso |
| | | | •CD |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**
IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY. A COMPLETE SET OF ALL SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER: KENNETH BAEZ - PROJECT MANAGER  DATE: 05-14-2014

RECEIVED BY:  ROSA GONZALEZ  DATE: mayo 16/2011

Transmittal Cert - 6 - Piso 17 revised5/14/2014  If enclosures are not as noted, kindly notify us at once

[Partial Translation]

Copy Aireko [handwritten]



PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/
119 Tuque Ind. Park  Ponce PR  00731-7600      787)844-4001  Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 5/14/2014 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

JOB NAME        INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-7 MINILLAS

TO:      PUBLIC BUILDINGS AUTHORITY

ATTN:  ING. GERARDO CRESPO

WE ARE SENDING YOU

☐ Drawings    ☒ Attached    ☐ Under separate cover via_____ the following items
☐ Copy of Letter  ☐ Prints  ☐ Samples
                  ☐ Change Order  ☐ Other
                                    ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AUGUST/13 | | CERTIFICATION NO. 6 - $7,455.17 (AI-24-08023) |
| | | | *Breakdown for Payment |
| | | | * Fund Policy Certification |
| | | | * Certification of Liability Insurance |
| | | | * Certified Payroll |
| | | | * Progress Photographs |
| | | | * CD |

THESE ARE TRANSMITTED as checked below:

☒ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY. A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:   KENNETH BAEZ - PROJECT MANAGER   DATE: 05-14-2014

RECEIVED BY:   Rosa Gonzalez   DATE: Mayo 16/2014

Transmittal Cert - 6 - Piso 17 revised5/14/2014          If enclosures are not as noted, kindly notify us at once

Copia Kecnl
Quela

## AUTORIDAD DE EDIFICIOS PUBLICOS
### ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #          6

PROYECTO:          INST. MODULARES Y MEJ. INT. P-17

MUNICIPIO          SAN JUAN, PR

AEP #:          1120M
PERIODO DE LA CERTIFICACIÓN:          01 @ 31 AGOSTO 2013

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ,
POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.

HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES.

FIRMA DE INSPECTOR EN CERTIFICACÓN *

FIRMA DE SUPERVISAOR EN CERTIFICACIÓN *

DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE

NOMINAS DE PERIODO - INCLUIDA

FORMA SCHEDULE OF MATERIALSTORE - INCLUDA

FACTURAS DE MATERIAL ON SITE (INDICAR LA CANTIDAD DE FACTURAS)

FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA

CURVA "S" - (DIAGRAMA DE BARRAS)

| | | |
|---|---|---|
| POLIZA BUILDER RISK VIGENTE | FECHA DE VENCIMIENTO: | N/A |
| POLIZA PUBLIC LIABILITY VIGENTE | FECHA DE VENCIMIENTO: | 10/1/2013 |
| POLIZA F.S.E. VIGINGE | FECHA DE VENCIMIENTO: | 6/30/2014 |
| POLIZA DE WORKER'S COMPSATION | FECHA DE VENCIMIENTO: | 10/1/2013 |

EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO) (SI APLICA)

NOMBRE DE INSPECTOR:

FIRMA DE INSPECTOR:

FECHA:

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y
SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA
FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA.
TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.

[Translation]

AIREKO RECORD COPY [handwritten]

PUBLIC BUILDINGS AUTHORITY
PROJECT DEVELOPMENT AREA

CHECKLIST CERTIFICATION #               6

PROJECT:             MODULAR INSTALLATION AND INTERNAL IMPROVEMENT, F-17
MUNICIPALITY:        SAN JUAN, PR
AEP #:               1120M

CERTIFICATION PERIOD:              01 @ 31 AUGUST 2013

I CERTIFY THAT THE FOLLOWING ITEMS HAVE BEEN VERIFIED BY ME AND, FOR THAT REASON, I RECOMMEND THAT THIS CERTIFICATION BE PROCESSED FOR PAYMENT.

_____ PAYMENT BREAKDOWN SHEET INITIATED BY ALL THE PARTIES.

_____ SIGNATURE OF THE INSPECTOR IN THE CERTIFICATION *

_____ SIGNATURE OF THE SUPERVISOR IN THE CERTIFICATION *

_____ BREAKDOWN OF THE PAYMENT THAT HAS BEEN MATHEMATICALLY CHECKED

_____ PERIOD PAYROLLS - INCLUDED

_____ MATERIAL STORE SCHEDULE FORM - INCLUDED

_____ INVOICES OF ON-SITE MATERIAL (INDICATE THE AMOUNT OF INVOICES)

_____ SUMMARY FORM OF ON-SITE MATERIAL INCLUDED

_____ "S" CURVE – (BAR GRAPH)

_____ BUILDER CURRENT RISK POLICY                    DUE DATE: _____N/A_____

_____ CURRENT PUBLIC LIABILITY POLICY                DUE DATE: __10/1/2013___

_____ CURRENT F.S.E. [STATE INSURANCE FUND] POLICY   DUE DATE: __6/30/2014___

_____ WORKERS COMPENSATION POLICY'                   DUE DATE: __10/1/2013___

_____ EVIDENCE OF PAYMENT OF POLICIES (RECEIPT OF PAYMENT) (IF APPLICABLE)

NAME OF INSPECTOR:          _____

SIGNATURE OF INSPECTOR:          _____

DATE: _____

* MUST BE THE PRINCIPAL OF THE FIRM IN CASES OF INSPECTIONS AND SUPERVISION. IN THE EVENT THAT THE CONTRACTOR CAN BE THE PERSON AUTHORIZED BY THE FIRM AND THE CORRESPONDING DOCUMENTATION HAS BEEN SUBMITTED TO THE AGENCY, ALL THE NAMES MUST BE TYPED OUT OR IN BLOCK LETTERS.





P.O Box 2128 San Juan, PR  00922-2128
Tel. (787) 653-6300

DATE: 04/16/2014

INVOICE No. AI-24-08023

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No: 6

PERIOD END:08/31/2013

PROJECT #: 201270-170

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 1,130,856.00 |
| 2. APPROVED CHANGE ORDERS | 33,025.67 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,163,881.67 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,163,881.67 |
| 5. LESS: 10% RETAINAGE | 60,248.77 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,103,632.90 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,096,177.73 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 7,455.17 |
| 9. __ 90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $      7,455.17 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

RECEIVED BY:

DATE:   5/15/14

DATE:

APPROVED BY:

May 16.
AGI- Const.
R. Gonzal

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow – Inspection

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**
SAN JUAN, PUERTO RICO



**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No. **6**   For Period **01-Aug-13**   , to   **31-Aug-13**

Project **ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN**

Project # **1129M**   Contract Due Date: **16-Mar-12**   Extended Contract Due Date **04-Jun-12**

Name of Contractor **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128
  SAN JUAN   PR   00922-212 Contract No. **C-09035(11-12)**

| ITEM NO. (1) | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL (2) | WORK PERFORMED THIS PERIOD QTY (3) | WORK PERFORMED THIS PERIOD AMOUNT (4) | PREVIOUSLY COMPLETED (5) | COMPLETED TOTAL TO DATE 4 + 5 (6) | UNUSED BALANCE 2-6 (7) | % COMPLETED PERIOD (8) | % COMPLETED TO DATE (9) |
|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | $152,963.00 | | | $152,963.00 | $152,963.00 | $0.00 | | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $426,591.00 | | $8,283.52 | $418,307.48 | $426,591.00 | $0.00 | 1.94 | 100.00 |
| V | DOORS & WINDOWS (08) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES (17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $8,283.52 | $1,122,572.48 | $1,130,856.00 | $0.00 | 0.73 | 100.00 |



MAY 16 2014
AGP-Contrat.
R. Gonzalez

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicio objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| | |
|---|---|
| Value of Contract ......................................................................................................... | $1,130,856.00 |
| Add: Change Orders Additions - Column 3 - Schedule of Change Order - Form PBA 1508 .............. | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Change Order - Form PBA 1508 .............. | $5,575.00 |
| Current Adjusted Contract Amount ............................................................................... | $1,163,881.67 |

Monday, April 14, 2014

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

**COMMONWEALTH OF PUERTO RICO**
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



## PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No. **6**   For Period **01-Aug-13**   , to   **31-Aug-13**

Project   **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-17, F-I
NORTH BUILDING ROBERTO SANCHEZ VILELLA (MINILLAS):**

Project # **1129M**   Contract Due Date: **16-Mar-12**   Extended Contract Due Date **04-Jun-12**

Name of Contractor   **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128
SAN JUAN   PR   00922-212   Contract No. **C-00035(11-12)**

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL £ | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE = 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | TO DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | | $152,963.00 | $152,963.00 | $0.00 | | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $426,591.00 | | $8,283.52 | $418,307.48 | $426,591.00 | $0.00 | 1.94 | 100.00 |
| V | DOORS & WINDOWS ( 08 ) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES ( 09 ) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES ( 10 ) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS ( 15 ) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $8,283.52 | $1,122,572.48 | $1,130,856.00 | $0.00 | 0.73 | 100.00 |

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.

Signature: _____

Value of Contract ...................................................................................   $1,130,856.00

Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............   $38,600.67

Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............   $5,575.00

Current Adjusted Contract Amount ..................................................................   $1,163,881.67

*Monday, April 14, 2014*

**CERTIFICAT** ¡THE CONTRACTOR OR THIS DULY AUTHORIZED ¡ ¡ESENTATIVE

According to the best of my knowledge and belief. I certify that all the items and amounts shown on the face of this periodical estimate are correct, that all work has been performed and/or material supplied in full accordance with the terms and conditions of the contract between the Puerto Rico Building Authority and AIREKO CONSTRUCTION, CORP. dated 1/13/2012 and/or duly authorized desviations, substitutions, alterations, and/or additions, that the following is a true and correct statement of the contract account up to and including the last day of the period covered by this estimate, and that no part of the "Balance due this payment" has been received.

| | | | |
|---|---|---|---|
| 1. | CURRENT ADJUSTED CONTRACT AMOUNT | | $1,163,881.67 |
| 2. | Value of original contract work performed to date (Reverse Column 6) | | $1,130,856.00 |
| 3 | Pluss: Authorized additions (Charge Order Schedule Column 5 Form PBA 1508) | $47,585.26 | |
| 4. | Minus: Authorized deductions (Charge Order Schedule Column 8 Form PBA 1508). | $14,559.59 | $33,025.67 |
| 5. | TOTAL VALUE OF WORK PERFORMED TO DATE | | $1,163,881.67 |
| 6. | Less: Amount retained ____ percent | | $60,248.77 |
| 7. | Net amount earned on work performed to date | | $1,103,632.90 |
| 8. | Less: Amount of previous estimate (No. 1 to .........) (Line 7 Last Partial Payment) | | $1,096,177.73 |
| 9. | NET AMOUNT DUE ON WORK PERFORMED AT THIS PERIOD | | $7,455.17 |
| 10. | 90% to be paid for value of material suitable stored at the close of this period | $8,263.68 | |
| 11. | Less: Amount paid for materials suitable stored at the close of last period | $8,263.68 | |
| 12. | Amount to be (paid) (deducted) according to difference between line 10 11 of this Certificate | | $0.00 |
| 13. | BALANCE DUE THIS PAYMENT | | $7,455.17 |

I FURTHER CERTIFY that all lawful bills against the undersigned for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract.

.......................... ...................... 5·17·14 ....... By ....Project Manager....
(Contractor) (Date) (Title)

## CERTIFICATE OF THE OWNER

WE CERTIFY THAT WE have checked and verified this Periodical Estimate No. 6 for the period ended 31-Aug-13 that to the best of our Knowledge and belief is a true statement of the value of work performed and/or material supplied by the Contractor, and that all work and/or material included in this estimate has been inspected by us or by our duly authorized assistants and that such work has been performed or supplied in full accordance with the plans and specifications, the terms and conditions of the construction contract, and/or duly authorized deviations, substitutions, alterations, and/or additions, all of which have been duly approved by the Puerto Rico Public Buildings Authority and that, therefore, approved the "Balance due this payment of **$7,455.17**

...................... ........................ Checked By
Field Inspector or Resident Eng. Supervisor or Chief of Division

## APPROVED FOR PAYMENT:

...................... ...................... ......................
Chief Contract Management Division Director Executive Director

| | |
|---|---|
| 1. Value of executed work this period of original contract. | $ |
| 2. Value of executed work this period of change orders additions | $ |
| 3. Value of revised work this period of change orders deductions | $ |
| 4. Value of executed work this period (total) | $ |
| 5. Less 10% or difference of 10% this P.E." and last P.L." | $ |
| 6. Balance | $ |
| 7. Net (Increase) (decrease) of materials on site | $ |
| 8. Total to be paid | $ |
| 9. Liquidated Damages | |

WE CERTIFY THAT WE have checked and examined this Periodical Estimate and have found the same to be in accordance with the financial terms and conditions of the corresponding contract.

Approved for payment in the amount of $
Less overtime hours worked by P.B.A. inspectors $
Less liquidated damages for not completing on time $
NET AMOUNT TO BE PAID $

From _____ Until _____
_____ days @ _____ = _____
Previously deducted _____
Net Reimbursement or _____
Net Deduction this Cert. _____
* Periodical Estimate

Audited by ......................

...................... For the Comptroller

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2126

SAN JUAN PR 00922-2126

CERTIFICACIÓN #: 8

PERIOD ENDING: 8/31/2013

Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | TOTAL AMOUNT | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GENERAL CONDITIONS (01) MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 1.00 | $26,416.00 | 1.00 | $26,416.00 | 100.0 | | | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| II | METALS (05) | | Sub Total | | $152,963.00 | | $152,963.00 | | $152,963.00 | | | | | $152,963.00 | $0.00 | 100.00 |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| III | MILLWORK (06) | | Sub Total | | $7,380.00 | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| IV | THERMAL & MOISTURE (07) | | Sub Total | | $12,000.00 | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 1.00 | $144,963.00 | 1.00 | $144,963.00 | 100.0 | | | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |

Monday, April 14, 2014

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 112DM

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 6
PERIOD ENDING: 9/31/2013
Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | 0.07 | $8,283.52 | 1.00 | $118,336.00 | $0.00 | 100.0 |
| V | DOORS & WINDOWS (III) | | Sub Total | | $428,591.00 | | $418,307.48 | | | $9,283.52 | | $428,591.00 | $0.00 | 100.00 |
| 17 | METAL DOOR & FRAMES | 36 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 18.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| VI | FINISHES (#9) | | Sub Total | | $80,700.00 | | $80,700.00 | | | | | $80,700.00 | $0.00 | 100.00 |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $0.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| VII | SPECIALTIES (10) | | Sub Total | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

*BREAK-DOWN FOR PAYMENT*

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: 6
PERIOD ENDING: 8/31/2013

Page 3 of 4

| ITEM | DESCRIPTION | QTY Sub Total | UNIT | UNIT PRICE | TOTAL UNIT PRICE | TOTAL QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS (16) | | | | $98,700.00 | | $98,700.00 | | | | | $98,700.00 | $0.00 | 100.00 |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER AVG | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | Sub Total | | | | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-In | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-In | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-In | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-In | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-In | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

Monday, April 14, 2014

# BREAK-DOWN FOR PAYMENT

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN
PROYECTO #: 1120M
CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2126

CERTIFICACIÓN #: 8
PERIOD ENDING: 8/31/2013
Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | PREVIOUS % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Electrical Panels (Seal)&DITT(tray)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,728.60 | | $107,725.69 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(17) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $15,000.00 | | $15,000.00 | | | | | $15,000.00 | $0.00 | 100.0 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | $1,122,572.48 | | | $8,283.52 | | $1,130,856.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

Monday, April 14, 2014

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                     CERTIFICATION #  6
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I /
    ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN                    PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                                          *Page 1 of 4*
CONTRACTOR:   AIREKO CONSTRUCTION CORP.
              PO BOX 2128
              SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | | | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 1.00 | $26,416.00 | 100.0 | | | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $152,963.00 | | | | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $600.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 1.00 | $144,963.00 | 100.0 | | | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |



*Monday, April 14, 2014*

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                          CERTIFICATION #  6
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I /
    ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN                          PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                                                 *Page 2 of 4*
CONTRACTOR:      AIREKO CONSTRUCTION CORP.
    PO BOX 2128
    SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 0.93 | $110,052.48 | 93.0 | 0.07 | $8,283.52 | 1.00 | $118,336.00 | $0.00 | 100.0 |
| | Sub Total | | | | $426,591.00 | | $418,307.48 | | | $8,283.52 | | $426,591.00 | $0.00 | 100.00 |
| V | DOORS & WINDOWS ( 08 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.0 |
| VI | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |



*Monday, April 14, 2014*

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                CERTIFICATION # 6
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I /
       ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN                  PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                                   *Page 3 of 4*
CONTRACTOR:   AIREKO CONSTRUCTION CORP.
              PO BOX 2128
              SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY Sub Total | UNIT | UNIT PRICE | TOTAL UNIT PRICE $96,760.00 | PREVIOUS QTY | PREVIOUS AMOUNT $96,760.00 | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT $96,760.00 | UNUSED BALANCE $0.00 | % COMP. 100.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $6,000.00 | $6,000.00 | 1.00 | $6,000.00 | 100.0 | | | 1.00 | $6,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | Sub Total | | | | $86,230.00 | | $86,230.00 | | | | | $86,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

*Monday, April 14, 2014*

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                                    CERTIFICATION #  6
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I /
        ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN                      PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                                        *Page 4 of 4*
CONTRACTOR:     AIREKO CONSTRUCTION CORP.
                PO BOX 2128
                SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS | | | THIS PERIOD | | TOTAL TO DATE | | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | QTY | AMOUNT | % | QTY | AMOUNT | QTY | AMOUNT | | |
| 49 | Electrical Panels (6ea)&DTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(17) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.00 |
| | Sub Total | | | | $15,000.00 | | $15,000.00 | | | | | $15,000.00 | $0.00 | 100.00 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | $1,122,572.48 | | | $8,283.52 | | $1,130,856.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

*Monday, April 14, 2014*

CORPORACION DEL FONDO DEL SEGURO DEL ESTADO
DIVISIÓN DE SEGURO E INTERVENCIONES
Oficina Regional de San Juan

Numero 1
Control

CORPORACIÓN DEL FO **CERTIFICACION SOBRE POLIZA DE SEGURO**
DEL SEGURO DEL ESTADO

**AUTORIDAD DE EDIFICIOS PUBLICOS**

Dirección:

**SAN JUAN, PUERTO RICO**

Certificamos que el patrono        **AIREKO CONSTRUCTION**                    **40414-00000**

cumple con los siguientes requisitos para la obtención de la cubierta para sus obreros o
empleados, en caso de ocurrir un accidente del trabajo:

1. Rindió su declaración de la nómina en:        **27 DE JULIO DE 2013**

2. Su póliza cubre los siguientes riesgos:        **6306-266 ALCANTARILLADO PLUVIAL**
   **5057-270 CONSTRUCCION CON ACERO O HIERRO**
   **5190-272 INSTALACIONES ELECTRICAS**        **3631-180   FUND., HERRERIAS**
   **5213-272 CONSTRUCCION CON HORMIGON, LADRILLOS O BLOQUES DE**
   **HORMIGON**        **5507-261 CARR. , CALLES, PISTAS,**
   **TERRAPLENES Y URBANIZACION DE TERR.**

3. Pagó las primas establecidas por el Administrador en:

| PRIMER SEMESTRE | **22 DE JULIO DE 2013** | | | SUJETO A QUE PATRONO EFECTUE |
|---|---|---|---|---|
| | Dia | Mes | Año | Dia   Mes   Año |

| SEGUNDO SEMESTRE | **20 DE ENERO DE 2014** | **PAGO AL RRECIBO DE LA FACTURA** |
|---|---|---|

4. La póliza cubre la (s) localidad (es)
   **PISO 17  CENTRO DE GOBIERNO**
   **ROBERTO SANCHEZ VILELLA**
   **SAN JUAN, PUERTO RICO**

5. El montante del proyecto:                     $1,130,856.00

   Nómina Estimada Total:                        $361,873,92

   Tiempo de duración del proyecto               N/A        Meses

   Nómina Considerada Año Fiscal                 N/A

   Meses Considerados Año Fiscal                 N/A        Meses

   Prima Impuesta                                N/A

**VÁLIDA HASTA**        30 DE JUNIO DE 2014

SUJETO AL PAGO DE LAS CUOTAS IMPUESTAS DENTRO DE LAS FECHAS DE VENCIMIENTO ESTABLECIDAS

Observaciones

SE EMITE CERTIFICACION DE VIGENCIA PARA ACTUALIZAR LA OTORGADA EL 24 DE
ENERO DE 2012   INSTALACION DE MODULARES Y MEJORAS INTERIORES

JULIO E. SANTIAGO CRUZ                          6 DE AGOSTO DE 2013
Firma Jefe Oficina de Seguros e Intervenciones                 Fecha

[Translation]

| | | |
|---|---|---|
| FSE | STATE INSURANCE FUND CORPORATION | CFSE-0680-1 |
| | INSURANCE AND INTERVENTION DIVISION | Oct 2010 |
| | Regional Office of San Juan | Control number      1 |

[illegible]                          CERTIFICATION OF INSURANCE POLICY
STATE INSURANCE FUND
CORPORATION


To:         PUBLIC BUILDINGS AUTHORITY
Address:         SAN JUAN , PUERTO RICO

We certify that the employer AIREKO CONSTRUCTION CORP            40414-00000
Complies with the following requirements for obtaining coverage for its workers or
employees, in the event that a work accident occurs:

1.      Its payroll declaration was made on            JULY 27, 2013

2.      Its policy covers the following risks: **6306-266 STORM SEWER_____**
        **5057-270 CONSTRUCTION WITH STEEL OR IRON**
        5190-272 ELECTRICAL FACILITIES     3631 IRON WORKS
        5213-272 CONSTRUCTION WITH CONCRETE, BRICKS OR CEMENT BLOCKS
                        5507-261 HIGHWAYS, STREETS, TRACKS
                        EMBANKMENTS AND DEVELOPMENT OF LAND

3.      Payment of the premiums established by the Administrator on:
FIRST SEMESTER         JULY 22, 2013            SUBJECT TO THE EMPLOYER MAKING
                        Day    Month    Year                 Day    Month    Year
SECOND SEMESTER        JANUARY 20, 2014        PAYMENT ON RECEIPT OF INVOICE
4.      The policy covers the following site

FLOOR 17, ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER_____
SAN JUAN, PUERTO RICO_____

5.      The amount of the project            $1,130,856.00
Total estimated Payroll:            $361,873.92
Duration of the Project            _____N/A_____Months
Payroll Considered Fiscal Year            ____N/A_____
Months Considered Fiscal Year            ____N/A_____ Months
Premium Imposed            ____N/A_____

                        VALID UNTIL     JUNE 30, 2014

SUBJECT TO THE PAYMENT OF THE FEES CHARGED WITHIN THE EXPIRATION DATES ESTABLISHED.

Observations.            THE CERTIFICATION OF EFFECTIVENESS IS ISSUED TO UPDATE GRANTING ON JANUARY 24, 2012
INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS

[Sgd./illegible] SANTIAGO CRUZ                        AUGUST, 6, 2013

Signature Director of Insurance and Interventions Office            Date

ACORD

**CERTIFICATE OF LIABILITY INSURANCE**

AIRECO1 OP ID: KSA

DATE (MM/DD/YYYY)
08/05/13

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | | | | |
|---|---|---|---|---|
| Carrión Laffitte & Casellas, PO Box 195556 San Juan, PR 00919-5556 | | 787-641-2738 787-641-2679 | CONTACT NAME: | |
| | | | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | | | E-MAIL ADDRESS: | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A : Triple S Propiedad | |
| INSURED Aireko Construction Corp PO Box 2128 San Juan, PR 00922-2128 | INSURER B : Liberty International Underwri | 23035 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **GENERAL LIABILITY** | X | | DGL-PR-087954-3 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | POLICY PRO- JECT LOC | | | | | | Emp.Benef | $ 1,000,000 |
| | **AUTOMOBILE LIABILITY** | X | | CA4-46063151 | 10/01/12 | 10/01/13 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS X NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR | X | | UMBPR0972733 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 25,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 25,000,000 |
| | DED X RETENTION $ 10,000 | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | DGL-PR-087954-3 EMP.STOP GAP | 10/01/12 | 10/01/13 | X WC STATU- TORY LIMITS OTH- ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
RE: INSTALACION DE MODULARES & MEJORAS INTERIORES
PISO 17 CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| AUTOED1 AUTORIDAD DE EDIFICIOS PUBLICO PO BOX 41029 SAN JUAN, PR 00940-1029 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE GERENTE DE REFERENCIA |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05) The ACORD name and logo are registered marks of ACORD

[Partial Translation]

ACORD® **CERTIFICATE OF LIABILITY INSURANCE**

AIRECO1   OP ID: KSA

DATE (MM/DD/YYYY)
08/05/13

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | 787-641-2738 | CONTACT NAME: | | |
|---|---|---|---|---|
| Carrión Laffitte & Casellas, PO Box 195556 San Juan, PR 00919-5556 | 787-641-2679 | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | | |

| | | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|---|
| | | INSURER A : **Triple S Propiedad** | |
| INSURED | Aireko Construction Corp PO Box 2128 San Juan, PR 00922-2128 | INSURER B : **Liberty International Underwri** | 23035 |
| | | INSURER C : | |
| | | INSURER D : | |
| | | INSURER E : | |
| | | INSURER F : | |

**COVERAGES**   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY CLAIMS-MADE X OCCUR | X | | DGL-PR-087954-3 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY PRO-JECT LOC | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Emp.Benef | $ 1,000,000 |
| | **AUTOMOBILE LIABILITY** X ANY AUTO ALL OWNED AUTOS SCHEDULED AUTOS X HIRED AUTOS X NON-OWNED AUTOS | X | | CA4-46063151 | 10/01/12 | 10/01/13 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR EXCESS LIAB CLAIMS-MADE DED X RETENTION $ 10,000 | X | | UMBPR0972733 | 10/01/12 | 10/01/13 | EACH OCCURRENCE | $ 25,000,000 |
| | | | | | | | AGGREGATE | $ 25,000,000 |
| | | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y / N | N/A | DGL-PR-087954-3 EMP.STOP GAP | 10/01/12 | 10/01/13 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

RE: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
FLOOR 17 ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER

[Below: PUBLIC BUILDINGS AUTHORITY, PO BOX 41029, SAN JUAN, PR 00940-1029]

| CERTIFICATE HOLDER | | CANCELLATION |
|---|---|---|
| | AUTOED1 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| AUTORIDAD DE EDIFICIOS PUBLICO PO BOX 41029 SAN JUAN, PR 00940-1029 | | AUTHORIZED REPRESENTATIVE GERENTE DE REPRESENTA |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)   The ACORD name and logo are registered marks of ACORD

THIS ENDORSEMENT EFFECTIVE **8/05/13** PART OF POLICY NO. **DGL-PR-087954-3, CA4-6063151, UMBPR0972733**

INSURED TO: **AIREKO CONSTRUCTION CORP.**

## ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLCIOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

## HOLD HARMLESS AGREEMENT

THE CONTRACTOR, FOR ITSELF, AGENTS, EMPLOYEES, SUCCESSOR AND ASSIGNS AGREES TO AND HOLD HARMLESS THE OWNER FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, AND/OR SUITS WHETHER JUDICIAL OR EXTRA JUDICIAL FOR ANY CAUSE WHATSOEVER ARISING OUT RELATED TO THE EXECUTION OF THE CONTRACT DESCRIBED BELOW, AND IT INSURED SHALL DEFEND THE OWNER FROM SUCH CLAIMS, DEMANDS AND/OR SUITS AND SHALL BEAR ALL THE EXPENSES FOR MUCH DEFENSE CONTEMPLATED WITHIN THE COVERAGE AND LIMITS PROVIDE BY THIS POLICY, EXCEPT WHERE SUCH CLAIMS DEMANDS AND/OR SUITS ARE DUE SOLELY TO NEGLIGENCE OF:

## AUTORIDAD DE EDIFICIOS PUBLCIOS

THIS HOLD HARMLESS AGREEMENT DOES NOT EXTENDED, MODIFY, INCREASE LIMITS OF, OR OTHERWISE ALTER THE COVERAGE PROVIDE BY THIS POLICY.

## CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, THIRTY (30) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

## AUTORIDAD DE EDIFICIOS PUBLCIOS

**RE: INSTALACION DE MODULARES & MEJORAS INTERIORES
PISO 17 CENTRO GUBERNAMENTAL ROBERTO SANCHEZ VILELLA**

All others terms and conditions of this policy remain unchanged.

GERENTE DE INGENIERIA

[Partial Translation]

THIS ENDORSEMENT EFFECTIVE **8/05/13** PART OF POLICY NO. **DGL-PR-087954-3, CA4-6063151, UMBPR0972733**

INSURED TO: **AIREKO CONSTRUCTION CORP.**

### ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT **AUTORIDAD DE EDIFICIOS PUBLCIOS** INCLUDED AS ADDITIONAL INSURED UNDER THIS POLICY BUT ONLY WITH RESPECT TO THE LIABILIT ARISING OUT OF THE ON GOING OPERATIONS, PERFORMED BY THE NAMED AND ONLY WITH RESPECT TO THE PROJECTS DESCRIBED BELOW.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

### HOLD HARMLESS AGREEMENT

THE CONTRACTOR, FOR ITSELF, AGENTS, EMPLOYEES, SUCCESSOR AND ASSIGNS AGREES TO AND HOLD HARMLESS THE OWNER FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, AND/OR SUITS WHETHER JUDICIAL OR EXTRA JUDICIAL FOR ANY CAUSE WHATSOEVER ARISING OUT RELATED TO THE EXECUTION OF THE CONTRACT DESCRIBED BELOW, AND IT INSURED SHALL DEFEND THE OWNER FROM SUCH CLAIMS, DEMANDS AND/OR SUITS AND SHALL BEAR ALL THE EXPENSES FOR MUCH DEFENSE CONTEMPLATED WITHIN THE COVERAGE AND LIMITS PROVIDE BY THIS POLICY, EXCEPT WHERE SUCH CLAIMS DEMANDS AND/OR SUITS ARE DUE SOLELY TO NEGLIGENCE OF:

PUBLIC BUILDINGS AUTHORITY

THIS HOLD HARMLESS AGREEMENT DOES NOT EXTENDED, MODIFY, INCREASE LIMITS OF, OR OTHERWISE ALTER THE COVERAGE PROVIDE BY THIS POLICY.

### CANCELLATION CLAUSE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE EVENT OF CANCELLATION OF THIS POLICY, THIRTY (30) DAYS WRITTEN NOTICE SHALL BE GIVEN EXCEPT FOR NON PAYMENT PREMIUM IN WHICH CASE TERMS AND CONDITIONS PROVIDED IN ENDORSEMENT IL 0136 ARE APPLICABLE UNDER THIS POLICY.

PUBLIC BUILDINGS AUTHORITY

**RE: INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
FLOOR 17 ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER**

All others terms and conditions of this policy remain unchanged.

GERENTE DE REFERENCIA

DATE 9/13/13   PR4494

PAGE 1 OF ___   PAYROLL NO. ___

JOB 201270 170   AEP PISO 17

Aireko Construction Corp
PO Box 2128
San Juan
787-653-6300   FED IDR   660286068
PR 00932212R

CERTIFIED PAYROLL REPORT

TIME 09:09   PAGE 1

WEEK ENDING - 08/11/2013

WAGE DECISION NO.
CONTRACT NUMBER.

CONTRACT START   00/00/0030

| NAME<br>ADDRESS<br>ZIP CODE/ | | | | HOURS WORKED THIS JOB | | | | | | | | | THIS WEEK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S<br>E MIN<br>X CDE | 8/<br>05<br>MON | 8/<br>06<br>TUE | 8/<br>07<br>WED | 8/<br>08<br>THU | 8/<br>09<br>FRI | 8/<br>10<br>SAT | 8/<br>11<br>SUN | TOT TY<br>HOUR HR | PAY<br>RATE | TX TVL<br>NTX TVL<br>TX ADJ<br>NTX ADJ | CHK DATE<br>BENEFITS<br>SCK PAY<br>TOT PAY | FICA<br>FED W/T<br>ST W/H<br>LOC W/T | SDI<br>UNION<br>OTHER<br>CHECK # | TOT PAY<br>TOT DED<br>NET PAY |
| ELISEO LOZADA<br>HC-75 BOX 1127<br>NARANJITO<br>00719702 | FR | 02 | U DRIVER | M 2 | .00<br>.00<br>.00 | .00 | .00 | .00 | 3.00 | .00 | .00 | 3.00 ST | 8.640 | .00<br>.00<br>.00 | 081613<br>.00<br>25.92 | 50.23<br>56.77<br>.00 | .00<br>74.46<br>.00 | 656.64<br>181.48<br>475.16<br>308235 |
| LUIS D LOPEZ LADOY<br>BO SALTO RR 01<br>CIDRA<br>00739 | FR | 01 | CARP HELP | M 2 | .00<br>.00<br>.00 | .00 | .00 | .00 | 8.00 | .00 | .00 | 8.00 ST | 7.500 | .00<br>.00<br>.00 | 081613<br>.00<br>.00 | 20.66<br>.46<br>10.00<br>.00 | .00<br>.00<br>.00 | 270.00<br>31.12<br>238.88<br>508182 |
| JOSE E VAZQUEZ TORRES<br>APARTADO 533<br>SALINAS<br>00751 | FR | 01 | MASON | M 2 | .00<br>.00<br>.00<br>.00 | .00 | .00 | 19.00 | 8.00 | .00 | .00 | 8.00 ST | 7.500 | .00<br>.00<br>.00<br>.00 | 081613<br>.00<br>60.00 | 22.95<br>.00<br>.00<br>.00 | .00<br>9.56<br>.00<br>.00 | 300.00<br>38.86<br>261.14<br>508183 |

Job TOTALS   PR   01   .00   .00   .00   .00   19.00   8.00   .00   19.00   19.00 ST   TOT HRS   .00 OT   .00<br>.00<br>.00   60.00<br>.00<br>60.00   22.95<br>.00<br>50.00   .00<br>6.35<br>.00   300.00<br>38.86<br>261.14<br>508183

MINORITY CODES   0-CAUCASIAN   1-BLACK   2-HISPANIC   3-ADIAN   4-AMERICAN INDIAN   5-EXPANDED

.00   .00   .00   .00   .00   .00   145.92

DATE 5/13/13    PRP694

20 030    Alreko Construction Corp
PO Box 2128
San Juan
787-653-6300    PR 0092-2128

CERTIFIED PAYROLL REPORT

TIME 09:03    WEEK ENDING - 08/11/2013    PAGE 2

---TOTAL HOURS THIS WEEK---
---TOTAL DOLLARS THIS WEEK---

| | TX TVL | NTX TVL | TX ADJ | NTX ADJ | BENEFITS | HOL PAY | SICK PAY | TOTAL PAY |
|---|---|---|---|---|---|---|---|---|
| Division TOTALS | .00 | .00 | .00 | 19.00 | .00 | .00 | | |
| | | | | | | TOT HRS 19.00 | TY HR ST .00 | OV .00 | OT .00 | | |
| | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 145.92 |
| Company TOTALS | .00 | .00 | .00 | 19.00 | .00 | .00 | | |
| | | | | | | TOT HRS 19.30 | TY HR ST .00 | OV .00 | OT .00 | | |
| | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 145.92 |

| MINORITY CODE | DESCRIPTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | CAUCASIAN | | | | | | | |
| 1 | BLACK | | | | | | | |
| 2 | HISPANIC | | | | | | | |
| 3 | ASIAN | | | | | | | |
| 4 | AMERICAN INDIAN | | | | | | | |
| 5 | EXTRANJERO | | | | | | | |

TX TVL .00   NTX TVL .00   TX ADJ .00   NTX ADJ .00   BENEFITS .00   HOL PAY .00   SICK PAY .00   TOTAL PAY 145.92

Date ___08/11/2013___

I, _____
(Name of Signatory Party)    José A. Ruiz Morales    Accounts Payable Supervisor
(Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

on the ___AEP PISO 17___ ; that during the payroll period commencing on the
(Building or Work)

05 day of ___August___ , ___2013___ , and ending the ___11___ day of ___August___ , ___2013___ ,

all persons employed on s aid project have been paid t he full weekly wages earned, that no rebates have
been or will be made either directly or indirectly to or on behalf of said

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

from the full
weekly wages earned by any person and t hat no deductions have b een m ade either directly or indirec tly
from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part
3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948,
63 Stat. 108, 72 Stat. 967; 76 Stat. 357, 40 U.S.C. § 3145), and described below:

(2) That any payrolls otherwise under the contract required to be s ubmitted for the above period are
correct and complete, that the wage rates for laborers or mechanics contained therein are not less than the
applicable wage rates contained in any wage det ermination incorporated int o t he c ontract; t hat t he
classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) T hat any appren tices em ployed in t he above p eriod are duly registered in a bona fide
apprenticeship program regis tered with a Sta te appren ticeship agency recognized by the Bureau of
Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a
State, are registered with the Bureau of Apprenticeship and Training , United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – in addition to the basic hourly wage rates paid to each laborer or mechanic listed in
the above referenced payroll, payments of fringe benefits as listed in the contract
have been or will be made to appropria te progra ms for the bene fit of such
employees, except as noted in section 4(c) below.

(c) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid
as indicated on the payroll, an amount not less than the sum of the applicable
basic hourly wage rate plus the amount of the required fringe benefits as listed
in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| REMARKS |
|---|
| |

NAME AND TITLE
José A. Ruiz Morales - Accounts Payable
Supervisor

SIGNATURE
[signature]  9/13/1?

THE WILLFUL FALSIFICATION O F ANY O F T HE ABOVE ST ATEMENTS M AY SUBJ ECT T HE CO NTRACTOR O R
SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE
31 OF THE UNITED STATES CODE.

[Partial Translation]
[In the left-hand column, above "Building or Work" and above the date: AEP PISO 17 – PUBLIC BUILDINGS AUTHORITY FLOOR 17]

Date _____ 08/11/2013

I, _____
José A. Ruiz Morales
(Name of Signatory Party)

Accounts Payable Supervisor
(Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

on the

AEP PISO 17
(Building or Work)

; that during the payroll period commencing on the

06 day of August , 2013 , and ending the 11 day of August , 2013

all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

AIREKO CONSTRUCTION CORP
(Contractor or Subcontractor)

from the full

weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108; 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete, that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |

REMARKS:

NAME AND TITLE                    SIGNATURE
José A. Ruiz Morales - Accounts Payable
Supervisor

9/3/17

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.

Date ___08/25/2013___

1. I, José A. Ruiz Morales _____, Accounts Payable Supervisor _____
(Name of Signatory Party)                         (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

AIREKO CONSTRUCTION CORP _____
(Contractor or Subcontractor)

AEP PISO 17 _____; that during the payroll period commencing on the
(Building or Work)

_19_ day of ___August___, 2013, and ending the _25_ day of ___August___, 2013,

all persons employed on said project have been paid the full weekly wages earned, that no rebates have
been or will be made either directly or indirectly to or on behalf of said

AIREKO CONSTRUCTION CORP _____ from the full
(Contractor or Subcontractor)

weekly wages earned by any person and that no deductions have been made either directly or indirectly
from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part
3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended, (48 Stat. 948,
63 Stat. 108, 72 Stat. 967; 76 Stat. 357; 40 U.S.C. § 3145), and described below.

(2) That any payrolls otherwise under this contract required to be submitted for the above period are
correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the
applicable wage rates contained in any wage determination incorporated into the contract; that the
classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide
apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of
Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a
State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:

(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ – in addition to the basic hourly wage rates paid to each laborer or mechanic, listed in
the above referenced payroll, payments of fringe benefits as listed in the contract
have been or will be made to appropriate programs for the benefit of such
employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ – Each laborer or mechanic listed in the above referenced payroll has been paid
as indicated on the payroll, an amount not less than the sum of the applicable
basic hourly wage plus the amount of the required fringe benefits as listed
in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
|---|---|
| | |
| | |
| | |
| | |
| | |

REMARKS

| | | |
|---|---|---|
| | | |
| | | |

NAME AND TITLE
Jose A. Ruiz Morales - Accounts Payable
Supervisor

SIGNATURE

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR
SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE
31 OF THE UNITED STATES CODE.

[Partial Translation]
[In the left-hand column, above "Building or Work" and above the date AEP PISO 17 – PUBLIC BUILDINGS AUTHORITY FLOOR 17]

Date _____ 08/26/2013

I, _____ José A. Ruiz Morales _____ Accounts Payable Supervisor
(Name of Signatory Party)                            (Title)

do hereby state:

(1) That I pay or supervise the payment of the persons employed by

_____ AIREKO CONSTRUCTION CORP _____ on the

_____ AEP PISO 17 _____ ; that during the payroll period commencing on the

(Contractor or Subcontractor)

_____ AEP PISO 17 _____
(Building or Work)

19 ___ day of ____ August ____ 2013 , and ending the 25 day of ____ August ____ 2013

_____ AIREKO CONSTRUCTION CORP _____ from the full
(Contractor or Subcontractor)

weekly wages earned by any person and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 C.F.R. Subtitle A), issued by the Secretary of Labor under the Copeland Act, as amended (48 Stat. 948, 63 Stat. 108, 72 Stat. 967, 76 Stat. 357; 40 U.S.C. § 3145), and described below:

all persons employed on said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said

(2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete; that the wage rates for laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated into the contract; that the classifications set forth therein for each laborer or mechanic conform with the work he performed.

(3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, United States Department of Labor.

(4) That:
(a) WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS

☐ — in addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in section 4(c) below.

(b) WHERE FRINGE BENEFITS ARE PAID IN CASH

☐ — Each laborer or mechanic listed in the above referenced payroll has been paid, as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in section 4(c) below.

(c) EXCEPTIONS

| EXCEPTION (CRAFT) | EXPLANATION |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

REMARKS

NAME AND TITLE
José A. Ruiz Morales - Accounts Payable
Supervisor

SIGNATURE

THE WILLFUL FALSIFICATION OF ANY OF THE ABOVE STATEMENTS MAY SUBJECT THE CONTRACTOR OR SUBCONTRACTOR TO CIVIL OR CRIMINAL PROSECUTION. SEE SECTION 1001 OF TITLE 18 AND SECTION 231 OF TITLE 31 OF THE UNITED STATES CODE.



CERTIFICACION 6   AGOSTO 2013
NUEVOS TOPES AREA 112   AEP PISO 17

[Partial Translation]
[Caption reads: CERTIFICATION 6 AUGUST 2013, NEW TOPS AREA 112 PUBLIC BUILDINGS AUTHORITY FLOOR 17]



CERTIFICACION 6   AGOSTO 2013
NUEVOS TOPES AREA 112   AEP PISO 17



CERTIFICACION 6 – AGOSTO 2013
NUEVO MUEBLE ARCHIVO CUARTO
DIRECTOR EJECUTIVO 102 – AEP PISO 17

[Partial Translation]
[Caption reads: CERTIFICATION 6 - AUGUST 2013, NEW FILE CABINET, EXECUTIVE DIRECTOR ROOM 102 – PUBLIC BUILDINGS AUTHORITY FLOOR 17]





CERTIFICACION 6 – AGOSTO 2013
NUEVO TERMINACION DE ESCALERA
NIVEL 17 HACIA AZOTEA   AEP PISO 17

[Partial Translation]
[Caption reads: CERTIFICATION 6 - AUGUST 2013, NEW FINISH WORK ON STAIRS, LEVEL 17 TOWARD THE ROOF – PUBLIC BUILDINGS AUTHORITY FLOOR 17]





CERTIFICACION 6 – AGOSTO 2013
NUEVO SISTEMA DE IMPERMEABILIZACION
DE TECHO    AEP PISO 17

[Partial Translation]
[Caption reads: CERTIFICATION 6 - AUGUST 2013, NEW ROOF WEATHERPROOFING – PUBLIC BUILDINGS AUTHORITY FLOOR 17]



CERTIFICACION 6 – AGOSTO 2013
NUEVO SISTEMA DE IMPERMEABILIZACION
DE TECHO   AEP PISO 17

Certificación #7 (Factura #AI-24-08098)

[Translation]

# Certification #7

# (Invoice #AI-24-08098)



  ☑
☐  **AIREKO**

PO Box 2128 San Juan PR  00922-2128  (787) 653-6300  Fax(787) 653-0121/0122/0123/
119 Tuque Ind. Park  Ponce PR  00731-7600   787) 844-4001  Fax  (787) 793-3555

## LETTER OF TRANSMITTAL

201270-170

| DATE | JOB NO. | SUBMITTAL NO. |
|---|---|---|
| 5/14/2014 | AEP 1120M | |

| JOB NAME | INST. DE MODULARES Y MEJ. INTERIORES P-17 MINILLAS |
|---|---|
| TO: | AUTORIDAD DE EDIFICIOS PUBLICOS |

ATTN:  ING. GERARDO CRESPO

MAY  1 6 2014
AEP - Const.
R. Henel

WE ARE SENDING YOU
☐ Drawings
☑ Copy of Letter

☐ Attached
☐ Prints
☐ Change Order

☐ Under separate cover via_____ the following items
☐ Samples
☐ Other          ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|---|---|---|---|
| 4 | 1@31/AGOSTO/13 | | CERTIFICACION NO. 7 - $60,248.77 AI-24-08098) |
| | | | •Breakdown for Payment. |
| | | | •CD |
| | | | •RELEVOS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

☑ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

**REMARKS:**

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:       KENNETH BAEZ - PROJECT MANAGER       DATE: 05-14-2014

RECEIVED BY:      ROSA GONZÁLEZ        DATE: Mayo 16/2014

Transmittal Cert - 7 - Piso 17  revised5/14/2014

If enclosures are not as noted, kindly notify us at once

[Partial Translation]

Aireko Copy



PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/
119 Tuque Ind. Park  Ponce PR  00731-7600    787)844-4001  Fax (787)793-3555

## LETTER OF TRANSMITTAL

201270 -170

| DATE | 5/14/2014 | JOB NO. AEP 1120M | SUBMITTAL NO. |
|------|-----------|-------------------|---------------|

JOB NAME        INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS F-17 MINILLAS

TO:     PUBLIC BUILDINGS AUTHORITY

ATTN:  ING. GERARDO CRESPO

MAY 16 2014
AEP - Const,
R. Gonzal

WE ARE SENDING YOU   ☐Attached   ☐Under separate cover via_____ the following items
☐Drawings   ☐Prints   ☐Samples
☐Copy of Letter   ☐Change Order   ☐Other   ☐Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 4 | 1@31/AUGUST/13 | | CERTIFICATION NO. 7 - $60,248.77 (AI-24-08098) |
| | | | * Breakdown for Payment |
| | | | *CD |
| | | | * RELEASES |

THESE ARE TRANSMITTED as checked below:

☑For Approval
☐For your use
☐As requested
☐Disapproved
☐Approved as submitted
☐Approved as noted
☐Returned for corrections
☐Revise and Resubmit
☐Submit_____copies for distribution
☐Return_____corrected prints
☐For review and comment
☐For bids due
☐Prints returned after loan to us

REMARKS :

IF ANY OF THE ABOVE LISTED SPECIFICATIONS, DRAWINGS AND / OR
DOCUMENT ARE INCOMPLETE OR MISSING, PLEASE NOTIFY US
IMMEDIATELY.  A COMPLETE SET OF ALL  SPECIFICATIONS
DRAWINGS, ADDENDUMS AND DOCUMENTS PERTAINING TO THIS
BID IS AVAILABLE FOR YOUR REVIEW AT OUR CAGUAS OFFICE.

SENDER:

KENNETH BAEZ - PROJECT MANAGER          DATE: 05-14-2014

RECEIVED BY:

ROSA GONZALEZ          DATE: Mayo 16/2014

Transmittal Cert - 7 - Piso 17  revised5/14/2014          If enclosures are not as noted, kindly notify us at once

AUTORIDAD DE EDIFICIOS PUBLICOS
ÁREA DE DESARROLLO DE PROYECTOS

HOJA DE COTEJO DE CERTIFICACIÓN #    7    **RETENIDO FINAL**

PROYECTO:    INST. MODULARES Y MEJ. INT. P-17

MUNICIPIO    SAN JUAN, PR

AEP #:    1120M

PERIODO DE LA CERTIFICACIÓN:    01 @ 31 AGOSTO 2013

CERTIFICO QUE LAS SIGUIENTES PARTIDAS HAN SIDO VERIFICADAS POR MÍ,
POR LO QUE RECOMIENDO PROCESAR ESTA CERTIFICACIÓN PARA PAGO.

HOJA DE DESGLOSE DE PAGO INICIADA POR TODAS LAS PARTES.

FIRMA DE INSPECTOR EN CERTIFICACÓN *

FIRMA DE SUPERVISAOR EN CERTIFICACIÓN *

DESCLOSE DE PAGO COTEJADO MATEMÁTICAMENTE

NOMINAS DE PERIODO - INCLUIDA

FORMA SCHEDULE OF MATERIALSTORE - INCLUDA

FACTURAS DE MATERIAL ON SITE (INDICAR LA CANTIDAD DE FACTURAS)

FORMA DE SUMMARY OF MATERIAL ON SITE INCLUIDA

CURVA "S" - (DIAGRAMA DE BARRAS)

POLIZA BUILDER RISK VIGENTE    FECHA DE VENCIMIENTO:    N/A

POLIZA PUBLIC LIABILITY VIGENTE    FECHA DE VENCIMIENTO:    N/A

POLIZA F.S.E. VIGINGE    FECHA DE VENCIMIENTO:    N/A

POLIZA DE WORKER'S COMPSATION    FECHA DE VENCIMIENTO:    N/A

EVIDENCIA DE PAGO DE POLIZAS (RECIBO DE PAGO) (SI APLICA)

NOMBRE DE INSPECTOR:

FIRMA DE INSPECTOR:

FECHA:

* DEBE SER EL PRINCIPAL DE LA FIRMA EN LOS CASOS DE LA INSPECCION Y
SUPERVISIÓN. EN CASO DEL CONTRATISTA PUEDE SER LA PERSONA AUTORIZADA POR LA
FIRMA Y QUE HAYA SOMETIDO LA DOCUMENTACIÓN CORRESPONDIENTE A LA AGENCIA.
TODOS LOS NOMBRES DEBEN ESTAR ESCRITO A MAQUINILLA O EN LETRA DE MOLDE.

[Translation]

AIREKO RECORD COPY [handwritten]

PUBLIC BUILDINGS AUTHORITY

PROJECT DEVELOPMENT AREA

CHECKLIST CERTIFICATION #          7               FINAL WITHHOLDING

PROJECT:          MODULAR INSTALLATION AND INTERNAL IMPROVEMENT, F-17
MUNICIPALITY:     SAN JUAN, PR_____
AEP #:            1120M_____

CERTIFICATION PERIOD:          01 @ 31 AUGUST 2013

I CERTIFY THAT THE FOLLOWING ITEMS HAVE BEEN VERIFIED BY ME AND, FOR THAT REASON, I RECOMMEND THAT THIS CERTIFICATION BE PROCESSED FOR PAYMENT.

_____ PAYMENT BREAKDOWN SHEET INITIATED BY ALL THE PARTIES.

_____ SIGNATURE OF THE INSPECTOR IN THE CERTIFICATION *

_____ SIGNATURE OF THE SUPERVISOR IN THE CERTIFICATION *

_____ BREAKDOWN OF THE PAYMENT THAT HAS BEEN MATHEMATICALLY CHECKED

_____ PERIOD PAYROLLS - INCLUDED

_____ MATERIAL STORE SCHEDULE FORM - INCLUDED

_____ INVOICES OF ON-SITE MATERIAL (INDICATE THE AMOUNT OF INVOICES)

_____ SUMMARY FORM OF ON-SITE MATERIAL INCLUDED

_____ "S" CURVE – (BAR GRAPH)

_____ BUILDER CURRENT RISK POLICY                    DUE DATE: _____N/A____

_____ CURRENT PUBLIC LIABILITY POLICY                DUE DATE: _____N/A____

_____ CURRENT F.S.E. [STATE INSURANCE FUND] POLICY   DUE DATE: _____N/A____

_____ WORKERS COMPENSATION POLICY'                   DUE DATE: _____N/A____

_____ EVIDENCE OF PAYMENT OF POLICIES (RECEIPT OF PAYMENT) (IF APPLICABLE)

NAME OF INSPECTOR:          _____

SIGNATURE OF INSPECTOR:          _____

DATE: _____

* MUST BE THE PRINCIPAL OF THE FIRM IN CASES OF INSPECTIONS AND SUPERVISION. IN THE EVENT THAT THE CONTRACTOR CAN BE THE PERSON AUTHORIZED BY THE FIRM AND THE CORRESPONDING DOCUMENTATION HAS BEEN SUBMITTED TO THE AGENCY, ALL THE NAMES MUST BE TYPED OUT OR IN BLOCK LETTERS.



One Tower Square
Hartford, CT  06183

August 30, 2012

Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940

RE:     **AIREKO CONSTRUCTION CORPORATION**
        **BOND NO. 105694266**
        **PROJECT: "INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
        PISO 17 DEL CENTRO GUBERNAMENTAL ROBERTO SÁNCHEZ VILELLA,
        SAN JUAN, PUERTO RICO SEGÚN SUBASTA NÚMERO AEP-1120-M"**

Dear Sir or Madam:

At the request of **Aireko Construction Corporation** as contractor under project in caption, we wish to confirm that we have no objection to the final release on any amount retained due them for the work performed in the contract.

This release in no way affects our obligations under the bond whereby the Company assumes responsibility for any claim from subcontractors and suppliers that may arise against the contractor or against the owner under the terms and conditions of the bond.

Yours truly,

*TRAVELERS CASUALTY AND SURETY COMPANY*

María A. Bras
Attorney in Fact

[Partial Translation]

 **TRAVELERS**

One Tower Square
Hartford, CT 06183

August 30, 2012

Public Buildings Authority
PO Box 41029
San Juan, PR 00940

RE:          AIREKO CONSTRUCTION CORPORATION
BOND NO.   105694266
PROJECT:   "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17 OF THE ROBERTO
SANCHEZ VILELLA GOVERNMENT CENTER, SAN JUAN, PUERTO RICO ACCORDING TO PUBLIC BIDDING
NUMBER AEP-1120-M"

Dear Sir or Madam:

At the request of **Aireko Construction Corporation** as contractor under project in
caption, we wish to confirm that we have no objection to the final release on any amount
retained due them for the work performed in the contract.

This release in no way affects our obligations under the bond whereby the Company
assumes responsibility for any claim from subcontractors and suppliers that may arise
against the contractor or against the owner under the terms and conditions of the bond.

Yours truly,

*TRAVELERS CASUALTY AND SURETY COMPANY*

Maria A. Bras
Attorney in Fact



CORPORACIÓN DEL FONDO
DEL SEGURO DEL ESTADO

25 DE SEPTIEMBRE  DE 2012

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**P O BOX  41029**
**SAN JUAN, PUERTO RICO  00940-1029**

Estimados señores:

Para su conocimiento y fines procedentes tenemos a bien informarle que el patrono,
**AIREKO CONSTRUCTION, CORP.** , el número de   póliza 40414-00000  y con
dirección  P O Box 2128,  San Juan,   Puerto Rico liquidó su póliza de seguro obrero con
la Corporación del Fondo del Seguro del Estado,  para cubrir los trabajos  de instalación
de modulares  y mejoras interiores en el Piso 17 , Edificio Gubernamental Roberto
Sánchez Vilella, San Juan,  Puerto Rico.

**Monto Final : $1, 163,881.67**

Para dicha póliza no tenemos inconveniente alguno en que se liquide su contrato.

Cordialmente,

**JAIME FLORES LLERAS**
**JEFE DIVISION DE SEGURO E INTERVENCIONES**
**REGION DE  CAGUAS**

[Translation]

[illegible]

SEPTEMBER 25, 2012

PUBLIC BUILDINGS AUTHORITY
P O BOX 41029
SAN JUAN, PUERTO RICO 00940-1029

Dear Gentlemen:

For your information and for proper purposes, we would like to inform you that the employer, AIREKO CONSTRUCTION CORP., policy number 40414-00000 and with an address of P O Box 2128, San Juan, Puerto Rico, liquidated its worker insurance policy with the State Insurance Fund Corporation to cover the work installing modular systems and interior improvements on Floor 17 of the Roberto Sanchez Vilella Government Building, San Juan, Puerto Rico.

**Final amount: $1,163,881.67**

For said policy, we have no objections whatsoever to liquidating the contract.

Cordially,

[Sgd./illegible]

**JAIME FLORES LLERAS**
**DIRECTOR INSURANCE AND INTERVENTIONS DIVISION**
**CAGUAS REGION**



## CERTIFICACIÓN

Certifico que Aireko Construction Corp., pagó los arbitrios de construcción y patentes del proyecto Instalación de Modulares y Mejoras Interiores Piso 17, Edificio Norte, Centro Gubernamental Roberto Sánchez Vilella, San Juan. Contrato: A.E.P. 1120M, el costo total del proyecto es de $1,163,881.67.

Se expide esta certificación a petición de Aireko Constructon Corp.

Dada en San Juan, Puerto Rico el 17 de octubre de 2012.

Margarita Rivera Soto
Supervisora
Oficina de Colecturía
jer



SELLO #44693

[Translation]

[Logo DEPARTMENT OF FINANCE,
SAN JUAN, CAPITAL CITY.]


# CERTIFICATION



I certify that Aireko Construction Corp. paid the construction fees and licenses of the project installing modular systems and interior improvements on floor 17 North Building of the Roberto Sanchez Vilella Government Center, San Juan, Puerto Rico. Contract: A.E.P. 1120M, the total cost of the project is $1,163,881.67.


This certification is issued at the request of Aireko Construction Corp.


Issued in San Juan, Puerto Rico, on October 17, 2012.


[Sgd.]                                              Autonomous Municipality of San Juan
Margarita Rivera Soto                                    Municipal Revenue
Supervisor                                              $2 [Logo] $2
Municipal Collections Office                         Government of Puerto Rico
jer                                                          44693
                                                        Seal #44693



**AIREKO**

P.O. Box 2128  San Juan, PR  00922-2128
Tel. (787) 653-6300

INVOICE No. AI-24-08098

DATE: 04/16/2014

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No: 7

**Retenido Final**
**PERIOD END:08/31/2013**

PROJECT #: 201270-170

| | |
|---|---|
| 1.  CONTRACT AMOUNT | 1,130,856.00 |
| 2.  APPROVED CHANGE ORDERS | 33,025.67 |
| 3.  TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,163,881.67 |
| 4.  TOTAL VALUE OF WORK PERFORMED TO DATE | 1,163,881.67 |
| 5.  LESS: 10% RETAINAGE | 0.00 |
| 6.  NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,163,881.67 |
| 7.  LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,103,632.90 |
| 8.  NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 60,248.77 |
| 9.  __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $      60,248.77 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

DATE:  7·15·14

RECEIVED BY:

DATE:

APPROVED BY:

[Partial Translation]

[Right column below INVOICE No. AI-24-08098 and below CERT No. 7 the fine print reads: "Final Withholding"]



**AIREKO**

P.O. Box 2128 San Juan, PR. 00922-2128
Tel. (787) 653-6300

INVOICE No. AI-24-08098

DATE: 04/16/2014

## CERTIFICATE FOR PAYMENT

PROJECT:  17TH FL REMODELING NORTH TOWER MINILLAS CMPX

CERT No: 7

Retenido Final
PERIOD END: 08/31/2013

PROJECT #: 201270-170

| | |
|---|---:|
| 1. CONTRACT AMOUNT | 1,130,856.00 |
| 2. APPROVED CHANGE ORDERS | 33,025.67 |
| 3. TOTAL CONTRACT AND APPROVED CHANGE ORDERS | 1,163,881.67 |
| 4. TOTAL VALUE OF WORK PERFORMED TO DATE | 1,163,881.67 |
| 5. LESS: 10% RETAINAGE | 0.00 |
| 6. NET AMOUNT EARNED ON WORK PERFORMED CERTIFIED TO DATE | 1,163,881.67 |
| 7. LESS: NET AMOUNT PREVIOUSLY CERTIFIED | 1,103,632.90 |
| 8. NET AMOUNT DUE ON WORK PERFORMED THIS PERIOD | 60,248.77 |
| 9. __90__% TO BE PAID FOR VALUE OF MATERIAL STORED AT THE CLOSE OF THIS PERIOD | 0.00 |
| 10. LESS: AMOUNT PAID FOR MATERIALS STORED AT THE CLOSE OF LAST PERIOD | 0.00 |
| 11. AMOUNT TO BE PAID (DEDUCTED) ACCORDING TO THE DIFFERENCE BETWEEN LINES 9 & 10 OF THIS CERTIFICATE | 0.00 |
| 12. TOTAL PAYMENT DUE THIS PERIOD (LINE 8 & 11) | $    60,248.77 |

SUBMITTED BY:

Ing. Kenneth Báez
Project Manager

DATE: 7·15·14

RECEIVED BY:

DATE:

APPROVED BY:

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**

Periodical Estimate No. ___7___ For Period **01-Aug-13** , to **31-Aug-13**

Project **ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-1 EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN**

Project # **1120M**       Contract Due Date: **16-Mar-12**       Extended Contract Due Date **04-Jun-12**

Name of Contractor **AIREKO CONSTRUCTION, CORP.**   Address   PO BOX 2128
SAN JUAN    PR   00922-212   Contract No. **C-00035(11-12)**

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE | UNUSED BALANCE | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | 4 + 5 | 2-6 | PERIOD | TO DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $0.00 | $152,963.00 | $152,963.00 | $0.00 | 0.00 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE. (07) | $426,591.00 | | | $426,591.00 | $426,591.00 | $0.00 | | 100.00 |
| V | DOORS & WINDOWS (08) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES(17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $0.00 | $1,130,856.00 | $1,130,856.00 | $0.00 | 0.00 | 100.00 |

HAY 16 2014
AE?. Cond.
H. Gonzaf

Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Edificios Públicos es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados. Firma: _____

| Value of Contract ............................................................................................................ | $1,130,856.00 |
|---|---|
| Add:  Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............. | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............. | $5,575.00 |
| Current Adjusted Contract Amount ........................................................................... | $1,163,881.67 |

Thursday, April 17, 2014

[Partial Translation]

White - Finance
Blue - Const. Dept
Pink - Contractor
Yellow - Inspection

COMMONWEALTH OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**
*SAN JUAN, PUERTO RICO*



PERIODICAL ESTIMATE FOR PARTIAL PAYMENT

Periodical Estimate No.   7   For Period **01-Aug-13**   , to   **31-Aug-13**

Project:   **INSTALLATION OF MODULES AND INTERIOR IMPROVEMENTS FLOOR-17, F-I
ROBERTO SANCHEZ VILELLA GOVERNMENT NORTH BUILDING MINILLAS– SAN JUAN**

Project # 1120M          Contract Due Date: **16-Mar-12**     Extended Contract Due Date **04-Jun-12**

Name of Contractor   AIREKO CONSTRUCTION, CORP.     Address   PO BOX 2128
SAN JUAN     PR   00922-212   Contract No.   C-00035(11-12)

| ITEM NO. | DESCRIPTION OF ITEMS | BREAKDOWN TOTAL | WORK PERFORMED THIS PERIOD | | PREVIOUSLY COMPLETED | COMPLETED TOTAL TO DATE 4 + 5 | UNUSED BALANCE 2-6 | % COMPLETED | |
|---|---|---|---|---|---|---|---|---|---|
| | | | QTY | AMOUNT | | | | PERIOD | TO DATE |
| (1) | | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| I | GENERAL CONDITIONS (01) | $152,963.00 | | $0.00 | $152,963.00 | $152,963.00 | $0.00 | 0.00 | 100.00 |
| II | METALS (05) | $7,380.00 | | | $7,380.00 | $7,380.00 | $0.00 | | 100.00 |
| III | MILLWORK (06) | $12,000.00 | | | $12,000.00 | $12,000.00 | $0.00 | | 100.00 |
| IV | THERMAL & MOISTURE (07) | $426,591.00 | | | $426,591.00 | $426,591.00 | $0.00 | | 100.00 |
| V | DOORS & WINDOWS (08) | $60,700.00 | | | $60,700.00 | $60,700.00 | $0.00 | | 100.00 |
| VI | FINISHES (09) | $163,566.40 | | | $163,566.40 | $163,566.40 | $0.00 | | 100.00 |
| VII | SPECIALTIES (10) | $96,700.00 | | | $96,700.00 | $96,700.00 | $0.00 | | 100.00 |
| VIII | MECHANICAL WORKS (15) | $88,230.00 | | | $88,230.00 | $88,230.00 | $0.00 | | 100.00 |
| IX | ELECTRICAL WORKS (16) | $107,725.60 | | | $107,725.60 | $107,725.60 | $0.00 | | 100.00 |
| X | ALLOWANCES (17) | $15,000.00 | | | $15,000.00 | $15,000.00 | $0.00 | | 100.00 |
| | | $1,130,856.00 | | $0.00 | $1,130,856.00 | $1,130,856.00 | $0.00 | 0.00 | 100.00 |

Under penalty of absolute invalidation, I certify that some public servant of the Public Buildings Authority is part of or has some interest in the profits or benefits resulting from this invoice and if it is a party or has an interest in the profits or benefits resulting from the contract there has been a prior exemption. The only consideration for providing goods or services subject of the contract has been paid as agreed with the authorized representative of the agent. The amount of this invoice is fair and correct. The construction work has been performed, the product has been delivered [the services provided] and have not been paid.
Signature: _____

| | |
|---|---|
| Value of Contract ..................................................................... | $1,130,856.00 |
| Add:   Change Orders Additions - Column 3 - Schedule of Charge Order - Form PBA 1508 ............ | $38,600.67 |
| Less: Change Orders Additions - Column 6 - Schedule of Charge Order - Form PBA 1508 ............ | $5,575.00 |
| Current Adjusted Contract Amount ...................................................... | $1,163,881.67 |

*Thursday, April 17, 2014*

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL, MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN   PR   00922-2128

CERTIFICACIÓN #: Z
PERIOD ENDING: 8/31/2013
Page 1 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I | GENERAL CONDITIONS (#1) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $25,416.00 | $25,416.00 | 1.00 | $25,416.00 | 100.0 | | | 1.00 | $25,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $152,963.00 | | $152,963.00 | | | $0.00 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (#5) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $500.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | Sub Total | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (#6) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (#7) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,953.00 | $144,953.00 | 1.00 | $144,953.00 | 100.0 | | | 1.00 | $144,953.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |

Thursday, April 11, 2013

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128

SAN JUAN PR 00922-2128

CERTIFICACIÓN #: 7

PERIOD ENDING: 8/31/2013

Page 2 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | QTY | THIS PERIOD AMOUNT | QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 1.00 | $118,336.00 | 100.0 | | | 1.00 | $118,336.00 | $0.00 | 100.0 |
| | Sub Total | | | | $426,591.00 | | $426,591.00 | | | | | $426,591.00 | $0.00 | 100.00 |
| V | DOORS & WINDOWS ( 68 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| VI | FINISHES ( 69 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,455 | SF | $6.00 | $98,735.00 | 16,455.00 | $98,735.00 | 100.0 | | | 16,455.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $9.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |

Thursday, April 17, 2014

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE/ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1120M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.
PO BOX 2128
SAN JUAN PR 00922-2128

CERTIFICACIÓN #: Z
PERIOD ENDING: 8/31/2013
Page 3 of 4

| ITEM | DESCRIPTION | QTY Sub Total | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS (15) | | | | | | | | | | | | | 100.00 |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 280 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.09 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | | Sub Total | | | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-in | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-in | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-in | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |

Thursday, April 15, 2014

**BREAK-DOWN FOR PAYMENT**

PROYECTO: ISTAL. MODULOS Y MEJORAS INTERIORES PISO-17, F- I EDIF. NORTE/ ROBERTO SANCHEZ VILELLA (MINILLAS)-SAN JUAN

PROYECTO #: 1/20M

CONTRATISTA: AIREKO CONSTRUCTION, CORP.

PO BOX 2128

SAN JUAN PR 00922-2128

CERTIFICACIÓN #: Z

PERIOD ENDING: 8/31/2013

Page 4 of 4

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|------|-------------|-----|------|------------|------------------|--------------|-----------------|---|------------------|--------------------|--------------------|----------------------|----------------|---------|
| 49 | Electrical Panels (5ea)&OTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(IT) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $15,000.00 | | $15,000.00 | | | | | $15,000.00 | $0.00 | $0.00 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | $1,130,858.00 | | | $0.00 | | $1,130,856.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

Thursday, April 17, 2014

[Partial Translation]

BREAKDOWN FOR PAYMENT

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I
    ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN

PROJECT NO.: 1120M

CONTRACTOR:    AIREKO CONSTRUCTION CORP.
    PO BOX 2128
    SAN JUAN  PR 00922-2128

CERTIFICATION # 7

PERIOD ENDING 8/31/2013
*Page 1 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GENERAL CONDITIONS (01) | | | | | | | | | | | | | |
| 1 | MOBILIZATION | 1 | LS | $10,000.00 | $10,000.00 | 1.00 | $10,000.00 | 100.0 | 0.00 | $0.00 | 1.00 | $10,000.00 | $0.00 | 100.0 |
| 2 | BUILDER RISK | 1 | LS | $750.00 | $750.00 | 1.00 | $750.00 | 100.0 | | | 1.00 | $750.00 | $0.00 | 100.0 |
| 3 | PAYMENT & PERFORMANCE BOND | 1 | LS | $8,608.00 | $8,608.00 | 1.00 | $8,608.00 | 100.0 | | | 1.00 | $8,608.00 | $0.00 | 100.0 |
| 4 | GENERAL LIABILITY | 1 | LS | $3,993.00 | $3,993.00 | 1.00 | $3,993.00 | 100.0 | | | 1.00 | $3,993.00 | $0.00 | 100.0 |
| 5 | MUNICIPAL TAXES | 1 | LS | $56,542.00 | $56,542.00 | 1.00 | $56,542.00 | 100.0 | | | 1.00 | $56,542.00 | $0.00 | 100.0 |
| 6 | MUNICIPAL PATENT | 1 | LS | $5,654.00 | $5,654.00 | 1.00 | $5,654.00 | 100.0 | | | 1.00 | $5,654.00 | $0.00 | 100.0 |
| 7 | WORKMEN'S COMPENSATION (CFSE) | 1 | LS | $26,416.00 | $26,416.00 | 1.00 | $26,416.00 | 100.0 | | | 1.00 | $26,416.00 | $0.00 | 100.0 |
| 8 | DEMOLITIONS | 1 | LS | $40,000.00 | $40,000.00 | 1.00 | $40,000.00 | 100.0 | | | 1.00 | $40,000.00 | $0.00 | 100.0 |
| 9 | DEMOBILIZATION | 1 | LS | $1,000.00 | $1,000.00 | 1.00 | $1,000.00 | 100.0 | | | 1.00 | $1,000.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | $152,963.00 | | $152,963.00 | | | $0.00 | | $152,963.00 | $0.00 | 100.00 |
| II | METALS (05) | | | | | | | | | | | | | |
| 10 | METAL S/S GATES | 4 | EA | $450.00 | $1,800.00 | 4.00 | $1,800.00 | 100.0 | | | 4.00 | $1,800.00 | $0.00 | 100.0 |
| 11 | VERTICAL LADDERS | 8 | EA | $500.00 | $4,800.00 | 8.00 | $4,800.00 | 100.0 | | | 8.00 | $4,800.00 | $0.00 | 100.0 |
| 12 | HANDRAILS | 65 | LF | $12.00 | $780.00 | 65.00 | $780.00 | 100.0 | | | 65.00 | $780.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | $7,380.00 | | $7,380.00 | | | | | $7,380.00 | $0.00 | 100.00 |
| III | MILLWORK (06) | | | | | | | | | | | | | |
| 13 | WOOD CABINETS | 48 | LF | $250.00 | $12,000.00 | 48.00 | $12,000.00 | 100.0 | | | 48.00 | $12,000.00 | $0.00 | 100.0 |
| | **Sub Total** | | | | $12,000.00 | | $12,000.00 | | | | | $12,000.00 | $0.00 | 100.00 |
| IV | THERMAL & MOISTURE (07) | | | | | | | | | | | | | |
| 14 | BUILT-UP ROOF SYSTEM NO. 1 | 1 | LS | $144,963.00 | $144,963.00 | 1.00 | $144,963.00 | 100.0 | | | 1.00 | $144,963.00 | $0.00 | 100.0 |
| 15 | BUILT-UP ROOF SYSTEM NO. 2 | 1 | LS | $163,292.00 | $163,292.00 | 1.00 | $163,292.00 | 100.0 | | | 1.00 | $163,292.00 | $0.00 | 100.0 |



Thursday, April 17, 2014

[Partial Translation]

BREAKDOWN FOR PAYMENT    CERTIFICATION # 7

PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I

       ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN    PERIOD ENDING 8/31/2013

PROJECT NO.: 1120M    *Page 2 of 4*

CONTRACTOR:    AIREKO CONSTRUCTION CORP.

       PO BOX 2128

       SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | PREVIOUS QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | THIS PERIOD AMOUNT | TOTAL TO DATE QTY | TOTAL TO DATE AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | BUILT-UP ROOF SYSTEM NO. 3 | 1 | LS | $118,336.00 | $118,336.00 | 1.00 | $118,336.00 | 100.0 | | | 1.00 | $118,336.00 | $0.00 | 100.0 |
| | Sub Total | | | | $426,591.00 | | $426,591.00 | | | | | $426,591.00 | $0.00 | 100.00 |
| V | DOORS  & WINDOWS ( 68 ) | | | | | | | | | | | | | |
| 17 | METAL DOOR & FRAMES | 38 | EA | $300.00 | $11,400.00 | 38.00 | $11,400.00 | 100.0 | | | 38.00 | $11,400.00 | $0.00 | 100.0 |
| 18 | WOOD DOORS | 16 | EA | $250.00 | $4,000.00 | 16.00 | $4,000.00 | 100.0 | | | 16.00 | $4,000.00 | $0.00 | 100.0 |
| 19 | FINISH HARDWARE | 34 | SET | $450.00 | $15,300.00 | 34.00 | $15,300.00 | 100.0 | | | 34.00 | $15,300.00 | $0.00 | 100.0 |
| 20 | INTERIOR GLASS & GLAZING | 6 | EA | $5,000.00 | $30,000.00 | 6.00 | $30,000.00 | 100.0 | | | 6.00 | $30,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $60,700.00 | | $60,700.00 | | | | | $60,700.00 | $0.00 | 100.00 |
| VI | FINISHES ( 09 ) | | | | | | | | | | | | | |
| 21 | GYPSUM BOARD WALLS & CEILINGS | 16,456 | SF | $6.00 | $98,736.00 | 16,456.00 | $98,736.00 | 100.0 | | | 16,456.00 | $98,736.00 | $0.00 | 100.0 |
| 22 | CERAMIC TILES FLOOR AND WALLS | 1,306 | SF | $4.00 | $5,224.00 | 1,306.00 | $5,224.00 | 100.0 | | | 1,306.00 | $5,224.00 | $0.00 | 100.0 |
| 23 | MARBLE TILE | 2,742 | SF | $3.00 | $24,678.00 | 2,742.00 | $24,678.00 | 100.0 | | | 2,742.00 | $24,678.00 | $0.00 | 100.0 |
| 24 | ACOUSTICAL CEILINGS | 3,880 | SF | $3.00 | $11,640.00 | 3,880.00 | $11,640.00 | 100.0 | | | 3,880.00 | $11,640.00 | $0.00 | 100.0 |
| 25 | RESILIENT TILE FLOOR | 390 | SF | $12.00 | $4,680.00 | 390.00 | $4,680.00 | 100.0 | | | 390.00 | $4,680.00 | $0.00 | 100.0 |
| 26 | CARPET FLOORING | 354 | SY | $20.00 | $7,080.00 | 354.00 | $7,080.00 | 100.0 | | | 354.00 | $7,080.00 | $0.00 | 100.0 |
| 27 | PAINTING | 25,396 | SF | $0.40 | $10,158.40 | 25,396.00 | $10,158.40 | 100.0 | | | 25,396.00 | $10,158.40 | $0.00 | 100.0 |
| 28 | EPOXY PAINT AT STAIRS | 274 | SF | $5.00 | $1,370.00 | 274.00 | $1,370.00 | 100.0 | | | 274.00 | $1,370.00 | $0.00 | 100.0 |
| | Sub Total | | | | $163,566.40 | | $163,566.40 | | | | | $163,566.40 | $0.00 | 100.00 |
| VII | SPECIALTIES ( 10 ) | | | | | | | | | | | | | |
| 29 | TOILET PARTITIONS | 2 | EA | $1,500.00 | $3,000.00 | 2.00 | $3,000.00 | 100.0 | | | 2.00 | $3,000.00 | $0.00 | 100.0 |
| 30 | BATHROOM ACCESSORIES | 27 | EA | $100.00 | $2,700.00 | 27.00 | $2,700.00 | 100.0 | | | 27.00 | $2,700.00 | $0.00 | 100.0 |
| 31 | FURNITURE EQUIPMENT | 52 | EA | $1,750.00 | $91,000.00 | 52.00 | $91,000.00 | 100.0 | | | 52.00 | $91,000.00 | $0.00 | 100.0 |



*Thursday, April 17, 2014*

325

[Partial Translation]
BREAKDOWN FOR PAYMENT                                                        CERTIFICATION # 7
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I
          ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN          PERIOD ENDING 8/31/2013
PROJECT NO.: 1120M                                                              *Page 3 of 4*
CONTRACTOR:     AIREKO CONSTRUCTION CORP.
                PO BOX 2128
                SAN JUAN  PR 00922-2128

| ITEM | DESCRIPTION | QTY Sub Total | UNIT | UNIT PRICE | TOTAL UNIT PRICE $96,700.00 | QTY | PREVIOUS AMOUNT $96,700.00 | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT $96,700.00 | UNUSED BALANCE $0.00 | % COMP. 100.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VIII | MECHANICAL WORKS ( 15 ) | | | | | | | | | | | | | |
| 32 | MECHANICAL DEMOLITION | 1 | LS | $8,000.00 | $8,000.00 | 1.00 | $8,000.00 | 100.0 | | | 1.00 | $8,000.00 | $0.00 | 100.0 |
| 33 | SANITARY PIPE | 260 | LFT | $25.00 | $6,500.00 | 260.00 | $6,500.00 | 100.0 | | | 260.00 | $6,500.00 | $0.00 | 100.0 |
| 34 | COLD WATER A/G | 200 | LFT | $25.00 | $5,000.00 | 200.00 | $5,000.00 | 100.0 | | | 200.00 | $5,000.00 | $0.00 | 100.0 |
| 35 | PLUMBING FIXTURES | 18 | EA | $1,150.00 | $20,700.00 | 18.00 | $20,700.00 | 100.0 | | | 18.00 | $20,700.00 | $0.00 | 100.0 |
| 36 | SPRINKLER HEADS | 171 | EA | $30.00 | $5,130.00 | 171.00 | $5,130.00 | 100.0 | | | 171.00 | $5,130.00 | $0.00 | 100.0 |
| 37 | FIRE PROTECTION PIPING | 1,950 | LFT | $22.00 | $42,900.00 | 1,950.00 | $42,900.00 | 100.0 | | | 1,950.00 | $42,900.00 | $0.00 | 100.0 |
| | Sub Total | | | | $88,230.00 | | $88,230.00 | | | | | $88,230.00 | $0.00 | 100.00 |
| IX | ELECTRICAL WORKS (16) | | | | | | | | | | | | | |
| 38 | Electrical Demolition | 1 | LS | $7,895.60 | $7,895.60 | 1.00 | $7,895.60 | 100.0 | | | 1.00 | $7,895.60 | $0.00 | 100.0 |
| 39 | Branch Power Rough-in | 6,100 | LF | $4.00 | $24,400.00 | 6,100.00 | $24,400.00 | 100.0 | | | 6,100.00 | $24,400.00 | $0.00 | 100.0 |
| 40 | Lighting Rough-In | 7,600 | LF | $4.00 | $30,400.00 | 7,600.00 | $30,400.00 | 100.0 | | | 7,600.00 | $30,400.00 | $0.00 | 100.0 |
| 41 | Fire Alarm Conduit Rough-In | 1,400 | LF | $4.00 | $5,600.00 | 1,400.00 | $5,600.00 | 100.0 | | | 1,400.00 | $5,600.00 | $0.00 | 100.0 |
| 42 | Communication Conduit Rough-in | 2,100 | LF | $4.00 | $8,400.00 | 2,100.00 | $8,400.00 | 100.0 | | | 2,100.00 | $8,400.00 | $0.00 | 100.0 |
| 43 | Access Control CCTV Conduit Rough-In | 7 | LS | $500.00 | $3,500.00 | 7.00 | $3,500.00 | 100.0 | | | 7.00 | $3,500.00 | $0.00 | 100.0 |
| 44 | Branch Power Wiring | 16,000 | LF | $0.50 | $8,000.00 | 16,000.00 | $8,000.00 | 100.0 | | | 16,000.00 | $8,000.00 | $0.00 | 100.0 |
| 45 | Lighting Distribution Wiring | 14,100 | LF | $0.50 | $7,050.00 | 14,100.00 | $7,050.00 | 100.0 | | | 14,100.00 | $7,050.00 | $0.00 | 100.0 |
| 46 | Fire Alarm System Wiring | 4,000 | LF | $0.50 | $2,000.00 | 4,000.00 | $2,000.00 | 100.0 | | | 4,000.00 | $2,000.00 | $0.00 | 100.0 |
| 47 | Electrical Room Feeders Wiring | 1 | LS | $2,000.00 | $2,000.00 | 1.00 | $2,000.00 | 100.0 | | | 1.00 | $2,000.00 | $0.00 | 100.0 |
| 48 | Wiring Devices Furnish & Installation | 148 | EA | $10.00 | $1,480.00 | 148.00 | $1,480.00 | 100.0 | | | 148.00 | $1,480.00 | $0.00 | 100.0 |



Thursday, April 17, 2014

[Partial Translation]
BREAKDOWN FOR PAYMENT
PROJECT "INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I
ROBERTO SANCHEZ VILELLA NORTH BUILDING (MINILLAS) – SAN JUAN
PROJECT NO.: 1120M
CONTRACTOR:   AIREKO CONSTRUCTION CORP.
PO BOX 2128
SAN JUAN  PR 00922-2128

CERTIFICATION #  7

PERIOD ENDING 8/31/2013
*Page 4 of 4*

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL UNIT PRICE | QTY | PREVIOUS AMOUNT | % | THIS PERIOD QTY | AMOUNT | TOTAL TO DATE QTY | AMOUNT | UNUSED BALANCE | % COMP. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | Electrical Panels (5ea)&DTT(1ea)Furnish & Inst. | 7 | EA | $1,000.00 | $7,000.00 | 7.00 | $7,000.00 | 100.0 | | | 7.00 | $7,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $107,725.60 | | $107,725.60 | | | | | $107,725.60 | $0.00 | 100.00 |
| X | ALLOWANCES(17) | | | | | | | | | | | | | |
| 50 | ASBESTOS REMOVAL ALLOWANCE | 1 | LS | $15,000.00 | $15,000.00 | 1.00 | $15,000.00 | 100.0 | | | 1.00 | $15,000.00 | $0.00 | 100.0 |
| | Sub Total | | | | $15,000.00 | | $15,000.00 | | | | | $15,000.00 | $0.00 | 100.00 |
| | TOTAL GENERAL: | | | | $1,130,856.00 | | $1,130,856.00 | | | $0.00 | | $1,130,856.00 | $0.00 | 100.00 % |

SUBMITTED BY:

Ing. Kenneth M. Báez Alers
Contratista

Contractor

RECOMMENDED BY:

Arq. Felix Vizcaya
Inspección AEP

AEP Inspection

RECOMMENDED BY:

Ing. José Girona
Coordinador Proyecto AEP

AEP Project Coordinator

APPROVED BY:

AUTORIDAD DE EDIFICIOS PÚBLICOS
Arq. Heidy De la Cruz
Dir. Área de Desarrollo de Proyecto

PUBLIC BUILDINGS AUTHORITY

Director, Project Development  Area

*Thursday, April 17, 2014*

# Intereses sobre
# Certificaciones
# (Factura #AI-26-08057)
# (Factura #AI-26-12022)
# (Factura #AI-27-04029)

[Translation]

# Interest on Certifications

# (Invoice #AI-26-08057)

# (Invoice #AI-26-12022)

# (Invoice #AI-27-04029)

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

**Invoice Number:** AI-26-08057
**Invoice Date:** 09/16/15
**Terms:** Net 30 days
**Payment:** Bill from office

| | | |
|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** 201270-170 |
| | | **Attn:** Ing. Gerardo Crespo |

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 08/31/2015 por facturas vencidas | 1 | Each | none | 7,859.03 | 7,859.03 |

| | | |
|---|---|---|
| **Subtotal:** | | $7,859.03 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $7,859.03 |

*Thank you for choosing AIREKO*

Delivered:

Received:

Page 1 of 1

[Partial Translation]

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

| | |
|---|---|
| **Invoice Number:** | AI-26-08057 |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201270-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

[Above – Bill to: Public Buildings Authority]

Job: Installation Of Modular Systems And Interior Improvements Floor 17 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 08/31/2015 for overdue invoices | 1 | Each | none | 7,859.03 | 7,859.03 |

| | | |
|---|---|---|
| **Subtotal:** | | $7,859.03 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $7,859.03 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

Computo de Intereses sobre Certificaciones
Hasta el 31 de agosto de 2015
JOB: AEP Piso 17
Contract No. C00031 (2011-2012)

8/31/2016

| No. Cert | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Certified Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% | | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | por dia | A la fecha | |
| 1 | 1-Ago-13 | to | 31-Ago-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Trasmittal | 3-Nov-13 | | | | 29,529.06 | 666 | 4.92 | 3,277.73 | 3,277.73 |
| 2 | 1-Ago-13 | to | 31-Ago-13 | 8,283.32 | 823.35 | 7,455.17 | 6-Jun-14 | Trasmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 504.47 | 3,782.19 |
| 3 | 1-Ago-13 | to | 31-Ago-13 | | 60,246.77 | 60,246.77 | 6-Jun-14 | Trasmittal | 21-Jul-14 | | | | 60,246.77 | 406 | 10.04 | 4,076.83 | 7,859.03 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 7,859.03 |

Date: _____ 16-Sep-15

Preparado por: _____ Yanlhieli Vázquez Elguanes

Revisado por: _____ Cristina Borri

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to August 31, 2015**
**JOB: AEP Floor 17**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Pago | No. Cheque | Cobrada | No Cobrado | Vencidos | por dia | A la fecha | Adeudado |
| 1 | 1-Aug-13 | to | 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | | 29,529.06 | 656 | 4.92 | 3,277.73 | 3,277.73 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 504.47 | 3,782.19 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 60,248.77 | 406 | 10.04 | 4,076.83 | 7,859.03 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | ts | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

$ 7,859.03

Date: _____ 16-Sept-15 _____

Prepared By: _____ Yadinell Vazquez Figueroa _____

Reviewed By: _____ Cristina Borri _____

# AIREKO

**INVOICE**

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

| | |
|---|---|
| **Invoice Number:** | AI-26-12022 |
| **Invoice Date:** | 12/21/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201270-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 09/01/2015 hasta 12/31/2015 por facturas vencidas | 1 | Each | none | 1,977.07 | 1,977.07 |

| | | |
|---|---|---|
| **Subtotal:** | | $1,977.07 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $1,977.07 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

**Invoice Number:**    **AI-26-12022**
**Invoice Date:**      12/21/15
**Terms:**             Net 30 days
**Payment:**           Bill from office

**Bill to:**    Autoridad Edificios Públicos
San Juan PR

**Job:**    201270-170

**Attn:**    Ing. Gerardo Crespo

**Contract No.:**  C-00035 (11-12)
**Project:**       1120M

[Above – Bill to: Public Buildings Authority]

Job: Installation Of Modular Systems and Interior Improvements Floor 17 Minillas

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned from 09/01/2015 to 12/31/2015 for overdue invoices | 1 | Each | none | 1,977.07 | 1,977.07 |

| | | |
|---|---|---|
| **Subtotal:** | | $1,977.07 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | **$1,977.07** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de diciembre de 2015**
**JOB: AEP Piso 17**
**Contract No. C00031 (2011-2012)**

12/31/2015

| No. Cert. | Periodo | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | Intereses al 6% A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Jun-13 to 31-Aug-13 | 23,810.07 | 3,283.01 | 20,526.06 | 19-Sep-13 | Transmittal | 3-Nov-13 45 | | | | 29,526.06 | 788 | 4.92 | 3,878.15 | 3,878.15 |
| 2 | 1-Jun-13 to 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | | 7,455.17 | 528 | 1.24 | 636.05 | 4,514.20 |
| 3 | 1-Jun-13 to 31-Aug-13 | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | | 60,248.77 | 528 | 10.04 | 5,301.69 | 9,935.10 |
| 4 | to | | | | | | | | | | | | | | |
| 5 | to | | | | | | | | | | | | | | |
| 6 | to | | | | | | | | | | | | | | |
| 7 | to | | | | | | | | | | | | | | |
| 8 | to | | | | | | | | | | | | | | |
| 9 | to | | | | | | | | | | | | | | |
| 10 | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | $ 9,936.10 |

AI-26-48057 $ 7,859.03
AI-26-12022 $ 1,977.07
$ 9,836.10

Date: 21-Dec-15

Preparado por: Yadinell Vázquez Figueroa

Revisado por: Cristina Berri

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to December 31, 2015**
**JOB: AEP Floor 17**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lected Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Fecha de Entrega | Fecha Entrega | 45 | Pago | No. Cheque | Cobrado | No Cobrado | Vencidos | por día | A la fecha | Adeudado |
| 1 | 1-Aug-13 | to | 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | | 29,529.06 | 788 | | | |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 528 | 1.24 | 656.05 | 4,534.20 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 60,248.77 | 528 | 10.04 | 5,301.89 | 9,836.10 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 9,836.10 |

AI-26-68057   $ 7,859.03
AI-26-12022   $ 1,977.07
$ 9,836.10

Date:                21 -Dec-15

Prepared By:     Yadinell Vazquez Figueroa

Reviewed By:         Cristina Borri



☑ PO Box 2128 San Juan PR 00922-2128 (787)653-6300 Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park Ponce PR 00731-7600 787)844-4001 Fax (787)793-3555

## LETTER OF TRANSMITTAL

| DATE | 5/6/2016 | JOB NO. | | SUBMITTAL NO. | |
|------|----------|---------|--|---------------|--|

| JOB NAME | MINILLAS PISOS 3&9, 7, 17 | PO NO. |
|----------|---------------------------|--------|

TO: AUTORIDAD DE EDIFICIOS PUBLICOS

ATTN: GERARDO CRESPO

WE ARE SENDING YOU   ☐ Attached   ☐ Under separate cover via_____the following items
☐ Drawings   ☐ Prints   ☐ Samples
☐ Copy of Letter   ☐ Change Order   ☐ Other   ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 04-26-16 | | FACTURA INTERESES – AI-27-04028 – PISOS 3&9. |
| 1 | 04-27-16 | | FACTURA INTERESES – AI-27-04027 – PISO 7. |
| 1 | 04-27-16 | | FACTURA INTERESES – AI-27-04029 – PISO 17. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRNSMITTED as checked below:

REMARKS:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____copies for distribution
☐ Return_____corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

SENDER:   EDGARDO ALBINO          DATE: 6-MAYO-16

RECEIVED BY: _____        DATE: _____

Transmittal revised5/6/2016          If enclosures are not as noted, kindly notify us at once

[Partial Translation]

**AIREKO**

☑ PO Box 2128 San Juan PR  00922-2128  (787)653-6300  Fax(787) 653-0121/0122/0123/
☐ 119 Tuque Ind. Park  Ponce PR  00731-7600    787)844-4001  Fax (787)793-3555

# LETTER OF TRANSMITTAL

| DATE | | JOB NO. | | SUBMITTAL NO. |
|------|--|---------|--|---------------|
| 5/6/2016 | | | | |

JOB NAME            MINILLAS FLOORS 3&9, 7, 17                    PO NO.

TO:            PUBLIC BUILDINGS AUTHORITY

ATTN: GERARDO CRESPO

WE ARE SENDING YOU    ☐ Attached    ☐ Under separate cover via_____ the following items
            ☐ Drawings    ☐ Prints    ☐ Samples
            ☐ Copy of Letter    ☐ Change Order    ☐ Other    ☐ Specifications

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| 1 | 04-26-16 | | INVOICE INTEREST – AI-27-04028 – FLOORS 3&9. |
| 1 | 04-27-16 | | INVOICE INTEREST – AI-27-04027 – FLOOR 7. |
| 1 | 04-27-16 | | INVOICE INTEREST – AI-27-04029 – FLOOR 17. |
| | | | |

THESE ARE TRNSMITTED as checked below:

☐ For Approval
☐ For your use
☐ As requested
☐ Disapproved
☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Revise and Resubmit
☐ Submit_____ copies for distribution
☐ Return_____ corrected prints
☐ For review and comment
☐ For bids due
☐ Prints returned after loan to us

REMARKS:

SENDER:    EDGARDO ALBINO                    DATE: 6-MAYO-16

RECEIVED BY:                                DATE: _6 mayo 2016_

Transmittal revised5/6/2016                If enclosures are not as noted, kindly notify us at once

339

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

**Invoice Number:** AI-27-04029
**Invoice Date:** 04/27/16
**Terms:** Net 30 days
**Payment:** Bill from office

**Bill to:** Autoridad Edificios Públicos
San Juan PR

**Job:** 201270-170

**Attn:** Ing. Gerardo Crespo

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados desde 12/31/2015 hasta 04/30/2016 por facturas vencidas | 1 | Each | none | 1,960.86 | 1,960.86 |

| | | |
|---|---|---|
| **Subtotal:** | | **$1,960.86** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$1,960.86** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

| | |
|---|---|
| **Invoice Number:** | **AI-27-04029** |
| **Invoice Date:** | 04/27/16 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**   Autoridad Edificios Públicos
San Juan PR

**Job:**   201270-170

**Attn:**   Ing. Gerardo Crespo

**Contract No.:**   C-00035 (11-12)
**Project:**   1120M

[Above – Bill to: Public Buildings Authority]

**Job: Installation Of Modular Systems and Interior Improvements Floor 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned from 12/31/2015 to 04/30/2016 for overdue invoices | 1 | Each | none | 1,960.86 | 1,960.86 |

| | | |
|---|---|---|
| **Subtotal:** | | $1,960.86 |
| **Tax:** | 0% | $0.00 |
| **Total:** | | $1,960.86 |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

## Computo de Intereses sobre Certificaciones
### Hasta el 30 de Abril de 2016
### JOB: AEP Piso 17
### Contract No. C00031 (2011-2012)

4/30/2016

| No. Cert. | Periodo | | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Absurido |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to | 31-Aug-13 | | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Trimestral | 3-Nov-13 | | | | | 29,529.06 | 909 | 4.92 | 1,473.65 | 4,473.65 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | | 8,283.52 | 828.35 | 7,455.17 | 6-Jan-14 | Trimestral | 21-Jul-14 | | | | | 7,455.17 | 649 | 1.24 | 806.40 | 5,280.05 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | | 66,248.77 | 60,248.77 | 6-Jan-14 | Trimestral | 21-Jul-14 | | | | | 60,248.77 | 649 | 10.04 | 6,516.91 | 11,796.96 |
| 4 | | to | | | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | | | |

$ 11,796.96

Al-24-08057   $ 7,859.03
Al-25-12022   $ 1,977.07
              $ 1,960.86

Date:                                    27-Apr-16

Preparado por:          Yadinell Vázquez Figueroa

Revisado por:

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to April 30, 2016**
**JOB: AEP Floor 17**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | 29,529.06 | | 909 | 4.92 | 4,473.65 | 4,473.65 |
| 2 | 1-Aug-13 | to 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 649 | 1.24 | 806.40 | 5,280.05 |
| 3 | 1-Aug-13 | to 31-Aug-13 | | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 60,248.77 | 649 | 10.04 | 6,516.91 | 11,796.96 |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |

$ 11,796.96

AI-26-08057   $  7,859.03
AI-26-12022   $  1,977.07
               $  1,960.86

Date:               27 -Apr-16

Prepared By:    Yadinell Vazquez Figueroa

Reviewed By:    _____



AIREKO
PO Box 2129 San Juan PR 00922-2129

Date     26-Apr-16

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17
PROJECT# 1120M
CONTRACT NO. C-00035(11-12)

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | |
| 201270-17O / A1-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | 29,529.06 | | | | | 29,529.06 |
| PISO 17 / A1-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M / A1-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

Contract Amount              $ 1,130,855.00
Change order                 $    33,025.67
Adjusted Contract Amount     $ 1,163,881.67

Total Net Invoiced           $ 1,163,881.67
Retainage Balance            $        -
Balance To Finish            $ 1,163,881.67

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| **Grand Total** | $ 861,594.02 | $ - | $ - | $ - | $ - | $ 861,594.02 |

[Partial Translation]



PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**April 26, 2016**

Date        26-Apr-16

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR 17, F-I NORTH BUILDING / ROBERTO SANCHEZ VILELLA MINILLAS -  SAN JUAN,
FLOOR 17

PROJECT: 1120M

CONTRACT NO. C-00035(11-12)

| | # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Work Performed Invoices** | | | | | | | | | |
| 201270-170 | AI-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| PISO 17 | AI-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M | AI-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| | **Final Total** | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

Contract Amount               $  1,130,856.00
Change order                  $     33,025.67
Adjusted Contract Amount      $  1,163,881.67

Total Net Invoiced            $  1,163,881.67
Retainage Balance             $          -
Balance To Finish             $          -
                              $  1,163,881.67

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 861,594.02 | $ - | $ - | $ - | $ - | $ 861,594.02 |

3



Anejo 11

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300  Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

## RE:  INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
## TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014.  Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe.  El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17.  Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

**AEP 1120W-Pisos 3 &4  (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):**

| | |
|---|---|
| Trabajos Pendientes: | Nos informó que la posición de la AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4.  La AEP comenzara con  proceso en las próximas dos semanas, según expresado por usted. |

A tal efecto, le informamos que la AEP preparó una segunda  enmienda al contrato,  la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013.  Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4  luego de reabrir la Torre Norte.

Citamos  Párrafo Sexto de la enmienda que lee como  lo siguiente:

**"Las partes reconocen que al momento de paralizarse los trabajos de Construcción contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9).  Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".**

PLAN IT. BUILD IT. SERVICE IT.

*Ing. José R. Alayón Del Valle*
*Director Área de Desarrollo de Proyectos*
*4 de agosto de 2014*
*Página 2*

Desde el 3 de julio de 2013, Aireko había comenzado la coordinación con los representantes de la AEP para cumplir con la terminación del Piso 3 y comienzo del Piso 4. Ver carta incluida del 10 de julio de 2013, enviada a la Arq. Heidy De la Cruz. Al presente han transcurrido más de doce (12) meses, los cuales Aireko estaba en la mejor disposición de continuar la terminación del proyecto.

Status del Proyecto: Los Pisos 3 & 9 tienen certificado trabajos realizados y material en sitio en un 60% a junio de 2012.

Coordinamos una inspección con Arq. Vizcaya y el Ing. Báez para terminar de verificar los materiales en sitio el martes, 5 de agosto de 2014. Estos materiales están en el almacén de Aireko localizado en la Torres Norte y Sur Minillas, Aireko Caguas y el subcontratista Interspace en Caguas. Luego, le someteremos la certificación incluyendo los materiales en sitio. Según le informamos, la gran parte de los materiales en sitio están almacenados, inspeccionados y en poder de la AEP en la Torre Norte.

Pagos Pendientes: Las siguientes certificaciones de pago están vencidas sobre 90 días:
Total neto facturado es $421,316.63.
Véase Estado de Cuenta de 1 de agosto de 2014 de Aireko.

Liquidación Contrato: La liquidación del contrato es la posición de la AEP, según expresado por usted. Este asunto deberá ser negociado entre Aireko Construction y la Autoridad de Edificios Públicos, a tenor con a los artículos del contrato suscrito entre ambas partes.

## AEP 1120X Piso 7:

Trabajos Pendientes: Ninguno.

Status del Proyecto: La Aceptación Final fue aprobada por la Arq. Heidy De la Cruz el 19 de septiembre de 2013. Ver copia incluida.

Pagos Pendientes: Las certificaciones de pago #7 y #8 por la cantidad de $93,846.24 están vencidas sobre los 90 días.
Véase Estado de Cuenta del 1 de agosto de 2014.

PLAN IT. BUILD IT. SERVICE IT.

*Ing. José R. Alayón Del Valle*
*Directora Área de Desarrollo de Proyectos*
*4 de agosto de 2014*
*Página 3*

**AEP 1120M Piso 17:**

|  |  |
|---|---|
| Trabajos Pendientes: | Ninguno |
| Status del Proyecto: | La Aceptación Final fue aprobada por usted el 18 de junio de 2014. Ver copia incluida. |
| Pagos Pendientes: | Las siguientes certificaciones de pago pendientes de pago por la cantidad de $97,233.00. Véase Estado de Cuenta del 1 de agosto de 2014. |

Es nuestro interés culminar con los asuntos antes mencionados y coordinar otra reunión a la mayor brevedad para atender la terminación del contrato del AEP Pisos 3 & 4. Además, nos confirmen fecha de los pagos pendientes de los AEP Pisos 3 & 4, Piso 7 y Piso 17 por los trabajos realizados, materiales en sitio y liquidación final respectivamente.

Agradecemos su atención y apertura de comunicación oficial entre usted y el que suscribe. Esperamos trabajar juntos para conseguir soluciones positiva para ambas partes.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: F. Vizcaya - AEP
   P. López - Aireko
   K. Báez - Aireko

PLAN IT. BUILD IT. SERVICE IT.

[Translation]

Attachment 11



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653.6300 Fax 787.653.0121
www.aireko.com

August 4, 2014

Engr. Jose R. Alayon Del Valle
Director, Project Area Development
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

RE:      INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
         MINILLAS NORTH TOWER

Dear Engr. Alayon:

It was a pleasure to meet you last Friday, August 1, 2014. Those of us who participated in the meeting included Arch. Felix Vizcaya, Engr. Kenneth M. Baez and the undersigned. The purpose of the meeting was for us to get to know one another and review the pending matters in the AEP contracts, Floors 3 & 4, Floor 7 and Floor 17. We also are including minutes of the matters discussed and the list of actions.

We are including below the status of each contract:

**AEP 1120W-Floors 3 & 4 (Second Amendment Floor 3 and 4, January 22, 2013. See copy attached.):**

Pending Work:  We were informed that the AEP position is to return to conducting the public bidding of the jobs on Floors 3 & 4. The AEP will begin with the process in the next two weeks, as stated by you.

To that effect, we are informing you that the AEP prepared a second amendment to the contract, which was signed by both parties, AEP and Aireko, on January 22, 2013. We are clarifying that this amendment established a renewal of the construction work on Floors 3 & 4, after reopening the North Tower.

We are quoting the Sixth Paragraph of the amendment that reads as follows:

**"The parties acknowledge that when the contracted construction work was stopped, THE CONTRACTOR had begun to perform work on the ninth (9th) floor. They also acknowledge that upon relocating the Project to its original location, that is to the fourth (4th) floor, THE CONTRACTOR must perform certain work that will require a change in the "Scope of Work" [in English in the original] and in the construction time that is the subject of Public Bidding, and that said change cannot be done until the North Tower, currently closed, is reopened and both parties can conduct an inspection of the fourth (4th) floor in order to determine the existing conditions on that floor."**

PLAN IT. BUILD IT. SERVICE IT.

*Engr. Jose R. Alayon Del Valle*
*Director, Project Development Area*
*August 4, 2014*
*Page 2*

|  |  |
|---|---|
|  | Back on July 3, 2013, Aireko began coordinating with the AEP representatives to comply with the completion of Floor 3 and begin Floor 4. See the letter attached dated July 10, 2013, sent to Arch. Heidy De la Cruz. Currently, more than twelve (12) months have elapsed, while Aireko has been more than willing to continue the completion of the project. |
| Status of the Project: | Floors 3 & 9 have a certificate jobs performed and material on site at 60% as of June 2012. |
|  | We set up an inspection with Arch. Vizcaya and Engr. Baez to conclude verifying the materials on site on Tuesday, August 5, 2014. These materials are in the Aireko warehouse located in the Minillas North and South Tower, Aireko Caguas and with the subcontractor Interspace in Caguas. Then, we will submit the certification including the materials on site. As we informed you, the greater part of the materials on site are stored, inspected and in the possession of the AEP in the North Tower. |
| Payments Pending: | The following certifications of payment have been due for more than 90 days: Total net invoiced is $421,316.63 See Aireko Account Statement dated August 1, 2014 |
| Contract Liquidation: | The liquidation of the contract is the AEP's position, as stated by you. This issue should be negotiated between Aireko Construction and The Public Buildings Authority, in accordance with the articles of the contract signed between both parties. |

**AEP 1120X Floor 7:**

| | |
|---|---|
| Work Pending: | None. |
| Status of the Project: | The Final Acceptance  was approved by Arch. Heidy De la Cruz on September 19, 2013. See copy attached. |
| Payments Pending: | The certifications of payment #7 and #8 in the amount of $93,846.24 have been due for more than 90 days. See Account Statement of August 1. 2014. |

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

*Engr. Jose R. Alayon Del Valle*
*Director, Project Development Area*
*August 4, 2014*
*Page 3*

**AEP 1120M Floor 17:**

| | |
|---|---|
| Work Pending: | None |
| Status of the Project: | The Final Acceptance was approved by you on June 18, 2014. See copy attached. |
| Payments Pending: | The following certifications of payment pending in the amount of $97,233.00. See Account Statement dated August 1, 2014. |

We are interested in completing the above-mentioned matters and in setting up another meeting as soon as possible to address the completion of the AEP contract, Floors 3 & 4. Also, to have dates confirmed for the pending payments of AEP Floors 3 & 4, Floor 7, and Floor 17 for the work performed, materials on site and final liquidation respectively.

We appreciate your attention and the opening of official communication between you and the undersigned. We hope to work together to obtain solutions that will be positive for both parties.

Cordially,

[Sgd.]

Edgardo Albino
Vice-President of Operations

CC:     F. Vizcaya – AEP
        P. Lopez – Aireko
        K. Baez – Aireko

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

**AIREKO**

*angel Angel*

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: _____

FECHA: 8/8/14

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

**RE: INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
TORRE NORTE MINILLAS**

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014. Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe. El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17. Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

**AEP 1120W-Pisos 3 &4 (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):**

| | |
|---|---|
| Trabajos Pendientes: | Nos informó que la posición de la AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4. La AEP comenzara con proceso en las próximas dos semanas, según expresado por usted. |
| | A tal efecto, le informamos que la AEP preparó una segunda enmienda al contrato, la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013. Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4 luego de reabrir la Torre Norte. |
| | Citamos Párrafo Sexto de la enmienda que lee como lo siguiente: |
| | **"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9). Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work" y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".** |

PLAN IT. BUILD IT. SERVICE IT.



[handwritten/Angel Gonzalez]

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

August 4, 2014

RECEIVED BY: ___[Sgd./illegible]___

DATE: _____8/8/14_____

Engr. Jose R. Alayon Del Valle
Director, Project Area Development
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

RE:    INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
         MINILLAS NORTH TOWER

Dear Engr. Alayon:

It was a pleasure to meet you last Friday, August 1, 2014. Those of us who participated in the meeting included Arch. Felix Vizcaya, Engr. Kenneth M. Baez and the undersigned. The purpose of the meeting was for us to get to know one another and review the pending matters in the AEP contracts, Floors 3 & 4, Floor 7 and Floor 17. We also are including minutes of the matters discussed and the list of actions.

We are including below the status of each contract:

**AEP 1120W-Floors 3 & 4 (Second Amendment Floor 3 and 4, January 22, 2013. See copy attached.):**

Pending Work:   We were informed that the AEP position is to return to conducting the public bidding of the jobs on Floors 3 & 4. The AEP will begin with the process in the next two weeks, as stated by you.

To that effect, we are informing you that the AEP prepared a second amendment to the contract, which was signed by both parties, AEP and Aireko, on January 22, 2013. We are clarifying that this amendment established a renewal of the construction work on Floors 3 & 4, after reopening the North Tower.

We are quoting the Sixth Paragraph of the amendment that reads as follows:

**"The parties acknowledge that when the contracted construction work was stopped, THE CONTRACTOR had begun to perform work on the ninth (9th) floor. They also acknowledge that upon relocating the Project to its original location, that is to the fourth (4th) floor, THE CONTRACTOR must perform certain work that will require a change in the "Scope of Work" [in English in the original] and in the construction time that is the subject of Public Bidding, and that said change cannot be done until the North Tower, currently closed, is reopened and both parties can conduct an inspection of the fourth (4th) floor in order to determine the existing conditions on that floor."**

PLAN IT. BUILD IT. SERVICE IT.



*Felix Vizcaya*

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: _Rosa González_

FECHA: _agosto 8 / 2014_

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

## RE: INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
## TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014. Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe. El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17. Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

## AEP 1120W-Pisos 3 &4 (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):

Trabajos Pendientes: Nos informó que la posición de la AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4. La AEP comenzara con proceso en las próximas dos semanas, según expresado por usted.

A tal efecto, le informamos que la AEP preparó una segunda enmienda al contrato, la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013. Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4 luego de reabrir la Torre Norte.

Citamos Párrafo Sexto de la enmienda que lee como lo siguiente:

"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9). Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".

PLAN IT. BUILD IT. SERVICE IT.



[handwritten/Felix Vizcaya]

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

August 4, 2014

RECEIVED BY: _[Sgd./Rosa Gonzal…]_

DATE: ___August 8/ 2014___

Engr. Jose R. Alayon Del Valle
Director, Project Area Development
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

**RE:      INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
           MINILLAS NORTH TOWER**

Dear Engr. Alayon:

It was a pleasure to meet you last Friday, August 1, 2014. Those of us who participated in the meeting included Arch. Felix Vizcaya, Engr. Kenneth M. Baez and the undersigned. The purpose of the meeting was for us to get to know one another and review the pending matters in the AEP contracts, Floors 3 & 4, Floor 7 and Floor 17. We also are including minutes of the matters discussed and the list of actions.

We are including below the status of each contract:

**AEP 1120W-Floors 3 & 4 (Second Amendment Floor 3 and 4, January 22, 2013. See copy attached.):**

Pending Work:  We were informed that the AEP position is to return to conducting the public bidding of the jobs on Floors 3 & 4. The AEP will begin with the process in the next two weeks, as stated by you.

To that effect, we are informing you that the AEP prepared a second amendment to the contract, which was signed by both parties, AEP and Aireko, on January 22, 2013. We are clarifying that this amendment established a renewal of the construction work on Floors 3 & 4, after reopening the North Tower.

We are quoting the Sixth Paragraph of the amendment that reads as follows:

**"The parties acknowledge that when the contracted construction work was stopped, THE CONTRACTOR had begun to perform work on the ninth (9th) floor. They also acknowledge that upon relocating the Project to its original location, that is to the fourth (4th) floor, THE CONTRACTOR must perform certain work that will require a change in the "Scope of Work" [in English in the original] and in the construction time that is the subject of Public Bidding, and that said change cannot be done until the North Tower, currently closed, is reopened and both parties can conduct an inspection of the fourth (4th) floor in order to determine the existing conditions on that floor."**

PLAN IT. BUILD IT. SERVICE IT.

355



*Eng. José R. Alayón*

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Beiroa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

4 de agosto de 2014

RECIBIDO POR: *Rosa González*

FECHA: *agosto 8/2014*

Ing. José R. Alayón Del Valle
Director Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR  00940-1029

### RE:  INSTALACIÓN DE MODULARES Y MEJORAS INTERIORES
   TORRE NORTE MINILLAS

Estimado Ing. Alayón:

Fue un placer conocerlo el pasado viernes, 1 de agosto de 2014.  Participamos en la reunión el Arq. Félix Vizcaya, el Ing. Kenneth M. Báez y el que suscribe.  El objetivo de la reunión fue conocernos y revisar los asuntos pendientes de los contratos AEP Pisos 3 & 4, Piso 7 y Piso 17.  Además, incluimos una minuta de los asuntos discutidos y lista de acciones.

A continuación incluimos el status de cada contrato:

### AEP 1120W-Pisos 3 &4  (Segunda Enmienda Piso 3 & 4, 22 de enero de 2013. Ver copia incluida):

| Trabajos Pendientes: | Nos informó que la posición de la  AEP es volver a llevar a subasta los trabajos de los Pisos 3 & 4.  La AEP comenzara con  proceso en las próximas dos semanas, según expresado por usted. |
|---|---|

A tal efecto, le informamos que la AEP preparó una segunda  enmienda al contrato,  la cual fue suscrita por ambas partes AEP y Aireko el 22 de enero de 2013.  Le aclaramos, que esta enmienda establecía reanudar los trabajos de construcción de los Pisos 3 & 4  luego de reabrir la Torre Norte.

Citamos  Párrafo Sexto de la enmienda que lee como  lo siguiente:

**"Las partes reconocen que al momento de paralizarse los trabajos de Construction contratados, EL CONTRATISTA había comenzado a realizar trabajos en el piso nueve (9).  Reconocen, además, que al reubicar el Proyecto a su localización original, entiéndase el piso cuatro (4), EL CONTRATISTA deberá realizar ciertos trabajos que requerirán un cambio al "Scope of Work"y a tiempo de construcción objeto de la Subasta y que dicho cambio no puede hacerse hasta tanto la Torre Norte, actualmente cerrado, sea reabierta y ambas partes puedan realizar una inspección del piso (4) encaminada a determinar las condiciones existentes en el piso".**

PLAN IT. BUILD IT. SERVICE IT.



[handwritten/Engr. Jose R. Alayon]

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

August 4, 2014

RECEIVED BY:  _[Sgd./Rosa Gonzal…]_

DATE:   ____August  8/ 2014____

Engr. Jose R. Alayon Del Valle
Director, Project Area Development
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

RE:   **INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS**
         **MINILLAS NORTH TOWER**

Dear Engr. Alayon:

It was a pleasure to meet you last Friday, August 1, 2014. Those of us who participated in the meeting included Arch. Felix Vizcaya, Engr. Kenneth M. Baez and the undersigned. The purpose of the meeting was for us to get to know one another and review the pending matters in the AEP contracts, Floors 3 & 4, Floor 7 and Floor 17. We also are including minutes of the matters discussed and the list of actions.

We are including below the status of each contract:

**AEP 1120W-Floors 3 & 4 (Second Amendment Floor 3 and 4, January 22, 2013. See copy attached.):**

Pending Work:  We were informed that the AEP position is to return to conducting the public bidding of the jobs on Floors 3 & 4. The AEP will begin with the process in the next two weeks, as stated by you.

To that effect, we are informing you that the AEP prepared a second amendment to the contract, which was signed by both parties, AEP and Aireko, on January 22, 2013. We are clarifying that this amendment established a renewal of the construction work on Floors 3 & 4, after reopening the North Tower.

We are quoting the Sixth Paragraph of the amendment that reads as follows:

**"The parties acknowledge that when the contracted construction work was stopped, THE CONTRACTOR had begun to perform work on the ninth (9th) floor. They also acknowledge that upon relocating the Project to its original location, that is to the fourth (4th) floor, THE CONTRACTOR must perform certain work that will require a change in the "Scope of Work" [in English in the original] and in the construction time that is the subject of Public Bidding, and that said change cannot be done until the North Tower, currently closed, is reopened and both parties can conduct an inspection of the fourth (4th) floor in order to determine the existing conditions on that floor."**

PLAN IT. BUILD IT. SERVICE IT.

Anejo 12



Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR 00725
Tel. 787.653.6300 Fax 787.653.012
www.aireko.com

**MINUTA**
**AEP MINILLAS PROJECTS**
1ro de agosto de 2014
9:30am

Presentes:   Kenneth Báez        -    ACC
             Edgardo Albino      -    ACC
             Felix Vizcaya       -    AEP
             José R. Alayón Del Valle  -  AEP

             Margarita Santos    -    AEP (Reunión en su oficina)

## Piso 17

1. El Ing. José R. Alayón solicita a E. Albino, se le envié copia del documento de Aceptación Sustancial para terminar de procesar la certificación #7 Liquidación Final y pasarla a pago a dpto. Contralurla AEP.

2. El Ing. José R. Alayón solicita a E. Albino se revise el documento de Relevo Total Contratista de acuerdo a monto retenido en certificación #7. (Entregado a AEP 8-5-13)

3. La Srta. Margarita Santos de AEP le solicita al Arq. Vizcaya que le entregue la carta interna de aceptación trabajos para liquidación final.

## Piso 7

1. La Srta. Margarita Santos de AEP llama a Contralurla para status de pago liquidación final. Le indican en Contralurla que el cheque está listo para entregar pero necesitan la autorización del Departamento Legal de AEP.

Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR 00725
Tel. 787.653.6300  Fax 787.
www.aireko.com

**MINUTA**
**AEP MINILLAS PROJECTS**
1ro de agosto de 2014
9:30am

## Piso 3 & 4

1. El Ing. José R. Alayón informa que AEP pretende sacar a subasta los pisos 3 y 4 en las próximas dos semanas.  Solicita Arq. Félix Vizcaya hacer cuadre de materiales no instalados para cerrar proyecto con Aireko y cualificarlos en documentos de subasta.

2. El Arq. Vizcaya visitará las oficinas de Aireko e Interspace el martes 5 de agosto para inspeccionar materiales almacenados civiles y eléctricos.  El Ing. Alayón le solicita a Arq. Vizcaya una tabla desglosando todos los materiales en sitio.

3. Se preparará ultima certificación #4 para incluir aparatos sanitarios piso 3, Aluminum & Glazing pisos 3 & 9 y Folding Partition piso 3.

4. El Ing. Alayón desconocía sobre enmienda firmada por AEP para pisos 3 & 9 el 22 enero 2013.

E. Albino le entregó una copia al Ing. José R. Alayón  de los Estados de Cuentas con los balances pendientes de los Pisos 3 & 4, Piso 7 y Piso 17 vencidos sobre 90 días.  El Ing. José R. Alayón revisara el status de los pagos y nos informará a la mayor brevedad.

[Translation]

Attachment 12



Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR 00725
Tel. 787.653.6300 Fax 787.653.012.
www.aireko.com

MINUTES

AEP MINILLAS PROJECTS

August 1, 2014

9:30am
Present:   Kenneth Baez            -        ACC
           Edgardo Albino          -        ACC
           Felix Vizcaya           -        AEP
           Jose R. Alayon Del Valle -       AEP

           Margarita Santos        -        AEP (Meeting in her office)

<u>Floor 17</u>

1.   Engr. Jose R. Alayon asks E. Albino to send him a copy of the document of Substantial Acceptance to conclude the process of certification #7 final Liquidation and forward it for payment to the AEP Accounting Office.

2.   Engr. Jose R. Alayon asks E. Albino to review the document of Contractor Total Release according to the amount withheld in certification #7. (Delivered to the AEP 8-5-13)

3,   Ms. Margarita Santos of the AEP asks Arch. Vizcaya to give her the internal letter of acceptance of jobs for final liquidation.

<u>Floor 7</u>

1.   Ms. Margarita Santos of the AEP calls the Accounting Office for a status on final liquidation payment. Accounting informs her that the check is ready to be delivered but it needs the authorization of the AEP Legal Department.

Las Casas Street, Lot # 20
Bairoa Industrial Park
Caguas, PR  00725
Tel. 787.653.6300  Fax 787.653.012
www.aireko.com

MINUTES
AEP MINILLAS PROJECTS
August 1, 2014
9:30am

Floor 3 & 4

1.    Engr. Jose R. Alayon reports that the AEP is trying to put floors 3 & 4 into public bidding in the next two weeks. He requests Arch. Felix Vizcaya to make an account of non-installed materials to close out the project with Aireko and qualify them in public bidding documents.

2.    Arch. Vizcaya will visit the Aireko and Interspace offices on Tuesday, August 5 to inspect the warehoused civil and electric materials. Engr. Alayon requests Arch. Vizcaya for a table breaking down all the materials on site.

3.    A final certification #4 will be prepared to include plumbing hygiene equipment for the 3rd floor, Aluminum and Glazing, floors 3 & 9 and Folding Partition floor 3.

4.    Engr. Alayon did not know about the amendment signed by AEP for floors 3 & 9 on January 22, 2013.

E. Albino gave a copy of Engr. Jose R. Alayon of the Account Statements with the balances pending on Floors, 3 & 4, Floor 7 and Floor 17 that have been due for over 90 days. Engr. Jose R. Alayon will review the status of the payments and will inform us in that regard at his earliest convenience.



Anejo 13

TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787.653-6300 Fax 787.653-0121
www.aireko.com

10 de julio de 2013

Arq. Heidy De la Cruz Soltero
Directora Área de Desarrollo de Proyectos
Autoridad de Edificios Públicos
PO Box 41029
San Juan, PR 00940-1029

### RE: INSTALACION DE MODULARES Y MEJORAS INTERIORES
### TORRE NORTE MINILLAS

Estimada Arq. De la Cruz:

El pasado miércoles, 3 de julio de 2013, el Arq. Félix Vizcaya nos solicitó una reunión para revisar los *Punch List* de los Pisos 7 & 17, el cual se llevó a cabo durante la tarde. También revisamos las áreas de construcción de los Pisos 3, 4 & 9. En esta reunión, acordamos volver hacer una reunión para esta semana para coordinar el comienzo de las actividades, la movilización de personal y subcontratistas estableciendo la fecha de terminación de los trabajos.

A continuación incluimos detalles de status de cada proyecto, trabajos pendientes de construcción, balance de pagos y terminación final de las obras contratadas a Aireko:

**AEP 1120V Piso 14:**

| | |
|---|---|
| Trabajos Pendientes: | Ninguno. |
| Status del Proyecto: | AEP aprobó la aceptación final el 29 de agosto de 2013. Ver copia incluida. |
| Balance Pendiente: | Pago final Certificación #7 - $70,411.75. El 28 de septiembre de 2012, la Autoridad de Edificios Públicos recibió la carta de recomendación de la inspección contratada VMF & Associates. |

**AEP 1120X Piso 7:**

| | |
|---|---|
| Trabajos Pendientes: | Instalación Sistema de Modulares oficinas, listos para instalar. Están incluidos en la orden de cambio #2 aprobada por la AEP 18 de abril de 2012. Véase copia incluida. |
| Status del Proyecto: | AEP aprobó la aceptación sustancial el 9 de mayo de 2012. El Punch List fue corregido. Ver copia incluida. |
| Balance Pendientes: | Monto del contrato pendiente por facturar: $28,307.31. Retenido por facturar $64,948.94. |

PLAN IT. BUILD IT. SERVICE IT.

*Arq. Heidy De la Cruz Soltero*
*Directora Área de Desarrollo de Proyectos*
*10 de julio de 2013*
*Página 2*

**AEP 1120M Piso 17:**

Trabajos Pendientes:
a) Completar la instalación Sistema Modulares oficinas, listos para instalar. Están incluidos en la orden de cambio #2 aprobada por la AEP el 12 de abril de 2012. Ver copia incluida,
b) *Topping* escaleras desde Piso 17 a la azotea.
c) Pintura en paredes desde Piso 17 a la azotea.
d) Pintura epóxica en la escalera desde Piso 17 a la azotea.
e) Pintura en pasamanos de escaleras desde Piso 17 a la azotea.
f) Terminación sistema de impermeabilización en el techo.

Status del Proyecto:
AEP aprobó la aceptación sustancial el 20 de abril de 2012. El Punch List tenemos los ítems (5, 11, 12, 14 y 18) por corregir. Ver copia incluida.

Balance de Pagos:
Monto del contrato pendiente por facturar $42,918.59.
Retenido por facturar $54,314.40.

**AEP 1120W – Pisos 3 & 9:**

Trabajos Pendientes:
Completar los trabajos en el Piso 3. Coordinar inspección del Piso 4 para determinar y coordinar el comienzo de los trabajos en el Piso 4, según enmienda firmada por ambas partes AEP y Aireko el 22 de enero de 2013. Véase copia incluida.

Status del Proyecto:
Los Pisos 3 & 9 – trabajo realizado en un 33% a mayo de 2012. Trabajos pendientes por realizar en un 67%. Aireko Construction tiene un inventario de materiales y herramientas de construcción almacenado en los Pisos 3 & 9.

El 8 de marzo de 2012, AEP solicito una enmienda al contrato suscrito con Aireko con el propósito de relocalizar la ubicación de los trabajos del Piso 4 al Piso 9 de la Torre Norte sin afectar el ámbito de trabajo. Véase copia incluida. Los trabajos en el piso 9 se comenzaron el 24 de abril de 2012, según orden de proceder del 23 de abril de 2012. Ver copia incluida.

El 22 de enero de 2013, AEP nuevamente solicita una enmienda al contrato a los efectos de regresar a relocalizar el Piso 9 a su ubicación original en el Piso 4. La AEP reconoce que al reubicar el Proyecto a su piso original requiere un cambio al ámbito de trabajo y al tiempo de construcción y que este cambio será realizado luego de reabrir y ambas partes puedan realizar una inspección del piso 4 para determinar las condiciones existentes del piso. Véase copia incluida.

Balance de Pagos:
Certificación #2B trabajos realizado en los Pisos 3 & 9 al 31 de mayo de 2012. Total certificación aprobado por AEP $261,782.57 pendiente de pago desde 24 de agosto de 2012.

PLAN IT. BUILD IT. SERVICE IT.

*Arq. Heidy De la Cruz Soltero*
*Directora Área de Desarrollo de Proyectos*
*10 de julio de 2013*
*Página 3*

Es nuestro interés culminar con nuestros compromisos contractuales una vez se atiendan los asuntos y pagos pendientes de los Pisos 7, 17, la construcción de los Pisos 3 & 4 y el cuadre final de los trabajos realizados en el Piso 9.

Estamos disponibles para realizar la reunión de coordinación con usted y su equipo de trabajo para atender los asuntos antes mencionado a la mayor brevedad posible.

Cordialmente,

Edgardo Albino
Vicepresidente de Operaciones

C: F. Vizcaya - AEP
   J. Girona - AEP
   G. Crespo - AEP
   P. López - Aireko
   K. Báez - Aireko

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

[Translation]

Attachment 13



TOTAL CONSTRUCTION SOLUTIONS
Las Casas Street, Lot #20
Bairoa Industrial Park
Caguas, PR 00725
Tel 787-653-6300  Fax 787-653-0121
www.aireko.com

July 10, 2013

Arch. Heidy De la Cruz Soltero
Director, Project Development Area
Public Buildings Authority
PO Box 41029
San Juan, PR 00940-1029

RE:     INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS
        MINILLAS NORTH TOWER

Dear Arch. De la Cruz:

Last Wednesday, July 3, 2013, Arch. Felix Vizcaya requested us for a meeting to review the Punch Lists [in English in the original] for Floors 7 & 17, which was carried out in the afternoon. We also reviewed the construction areas for Floors 3, 4 & 9. At this meeting, we agreed to have another meeting this week to set up the beginning of the activities, mobilization of personnel and subcontractors establishing the conclusion date for the work.

Below we are including details of the status of each project, pending construction work, payments balances and final conclusion of the work contracted to Aireko:

**AEP 1120V Floor 14:**

| | |
|---|---|
| Work Pending: | None |
| Status of the Project: | The AEP approved the final acceptance on August 29, 2013. See copy attached. |
| Payments Pending: | Certification #7 final payment - $70,411.75<br>On September 28, 2012, the Public Buildings Authority received the letter of recommendation from the contracted inspection of VMF & Associates. |

**AEP 1120X Floor 7:**

| | |
|---|---|
| Work Pending: | Installation office Modular Systems, ready to be installed. They are included in the change order #2 approved by the AEP on April 18, 2012. See copy attached. |
| Status of the Project: | The AEP approved the substantial acceptance on May 9, 2012. The Punch List was corrected. See copy attached. |
| Payments Pending: | The  Amount of the contract pending invoicing: $28,307.31.<br>Withheld to be invoiced $64,948.94. |

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

*Arch. Heidy De la Cruz Soltero*
*Director, Project Development Area*
*July 10, 2013*
*Page 2*

**AEP 1120M Floor 17:**

Work Pending: a) Complete the installation of the office Modular Systems, ready to be installed. They are included in change order #2 approved by the AEP on April 12, 20121. See copy attached.
b) Topping stairs from Floor 17 to the roof.
c) Paint on the walls from Floor 17 to the roof.
d) Epoxy paint in the stairs from Floor 17 to the roof.
e) Paint on the stairs handrail Floor 17 to the roof.
f) Finish work weatherproofing on the roof.

Status of the Project: The AEP approved the substantial acceptance on April 20, 2012. On the Punch List we have the following items (5, 11, 12, 14 and 18) to be corrected. See copy attached.

Payments Pending: Amount of contract pending to be invoiced $42,918.59
Withheld to be invoiced $54,314.40.

**AEP 1120W Floor 3 & 9:**

Work Pending: Complete the work on the 3rd Floor. Coordinate the inspection of the 4th floor to determine and coordinate the beginning of the work on the 4th floor, according to the amendment signed by both parties, the AEP and Aireko, January 22, 2013. See copy attached.

Status of the Project: Floors 3 & 9 – work performed up to 33% as of May of 2012. Work pending to be performed at 67%. Aireko Construction has an inventory of stored construction materials and tools on Floors 3 & 9.

On March 8, 2012, the AEP requested an amendment to the contract that was signed with Aireko for the purpose of relocating the site of the work on Floor 4 to Floor 9 of the North Tower without affecting the scope of work. See copy attached. The work on floor 9 was begun on April 24, 2012, according to the order to proceed of April 23, 2012. See copy attached.

On January 22, 2013, the AEP once again requested an amendment to the contract so as to again relocate Floor 9 to its original location on Floor 4. The AEP acknowledges that in relocating the Project on its original floor requires a change in the scope of work and the construction time, and that this change will be carried out after reopening and both parties can conduct an inspection on floor 4 to determine the existing conditions on that floor. See copy attached.

Payments Pending: Certification #2B works performed on Floors 3 & 9 as of May 31, 2012. Total certification approved by the AEP $261,782.57 pending payment since August 24, 2012.

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

*Arch. Heidy De la Cruz Soltero*
*Director, Project Development Area*
*July 10, 2013*
*Page 3*

We are interested in fulfilling our contractual commitments once the issues and pending payments are addressed on Floors 7, 17, the construction of Floors 3 & 4 and the final accounting of the worked performed on Floor 9.

We are available to have the meeting to coordinate with you and your work team to address the above-mentioned matters as soon as possible.

Cordially,

[Sgd.]

Edgardo Albino

Vice-President of Operations

CC:      F. Vizcaya – AEP
         J. Girona – AEP
         G. Crespo – AEP
         P. Lopez - Aireko
         K. Baez – Aireko

PLAN IT. BUILD IT. SERVICE IT.

AIREKO

_Copia_ L. Roman

16 dic 12

**GOBIERNO DE PUERTO RICO**
**AUTORIDAD DE EDIFICIOS PUBLICOS**
**SAN JUAN, PUERTO RICO**

Anejo 14

**ENMIENDA A ACUERDO DE PAGO A SUPLIDOR**
**INSTALACION SISTEMA MODULAR OFICINAS**
**Y MEJORAS INTERIORES PISO 3-9**

-----------------------------------COMPARECEN-------------------------------------------

**De la primera parte:** La **AUTORIDAD DE EDIFICIOS PUBLICOS**, ID. No. 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, mediante la autoridad conferida por la Ley Número 56 de 19 de junio de 1958, según enmendada, en este acto representada por su Sub-Director Ejecutivo, Leonardo J. Torres Berrios, mayor de edad, casado, vecino de Guaynabo, Puerto Rico. En adelante denominada la "AEP", ------------------------------------------------------------------------------------

**De la Segunda Parte: AIREKO CONSTRUCTION CORP.**, IRS No.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, una corporación organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales en Caguas, Puerto Rico, en este caso representado por su Presidente , Paulino R. Lopéz, mayor de edad, casado, residente de San Juan, Puerto Rico, en adelante denominado como "el Contratista".-------------------------------------



**De la Tercera Parte: INTEGRATED DESIGN SOLUTION**, IRS No.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, una corporación organizada y existente bajo las leyes del Estado Libre Asociado de Puerto Rico, con oficinas principales es Guaynabo, Puerto Rico, en este caso representado por su Presidente, el Sr. David Rodríguez, mayor de edad, casado, residente de Guaynabo, Puerto Rico, en adelante denominada "IDS".-------------------------------------------------------

----Las partes expresan tener y aseguran tener la capacidad necesaria para comparecer en este acuerdo. ---------------------------------------------------------------------------------------

----------------------------------------EXPONEN-------------------------------------------------------

**PRIMERO**: El 12 de noviembre de 2012, la Autoridad de Edificios Públicos (en adelante, AEP) suscribió junto a Aireko Construction Corp. (en adelante, Aireko) y Integrated Design Solutions (en adelante, IDS) el acuerdo titulado "Acuerdo de Pago a Suplidor Instalación Sistema Modular Oficinas y Mejoras Interiores Piso 3-9".------------------------

**SEGUNDO**: Como parte del acuerdo, la AEP se comprometió a realizar un pago por la cantidad de trescientos cuarenta y cinco mil doscientos setenta con sesenta ($345,270.67) a IDS por concepto de suplido de sillas, estaciones, modulares, mesas de conferencia y archivos móviles para el proyecto denominado como AEP-1120W. Lo

anterior, como parte del reconocimiento de una deuda bajo el Artículo 1489 del Código Civil de Puerto Rico. ------------------------------------------------------------------------------------

**TERCERO:** Conforme al mencionado acuerdo IDS tendría un término de cinco (5) días laborables para hacer entrega de los equipos ya fuera total o parcialmente.------------------

**CUARTO:** Que el pago a ser realizado por la AEP a IDS se emitiría tan pronto la AEP contara con los equipos mencionados en el acuerdo y según especificados en la factura 36-011. --------------------------------------------------------------------------------------------

**QUINTO:** Debido a la falta de espacio para almacenar y/o colocar los equipos la AEP se ha visto imposibilitada de aceptar todos los equipos según detallados en la factura 36-011. En consecuencia, parte de los equipos permanecen depositados en la Calle Este 1 #15 Río Plantation, Bayamón. ------------------------------------------------------------------------

**QUINTO:** Por tanto, en virtud a lo anteriormente expresado las partes libre y voluntariamente han modificado los siguientes:--------------------------------------------------

----------------------------**TERMINOS Y CONDICIONES**---------------------------------------

**UNO:** El 12 de noviembre de 2012, las partes comparecientes suscribieron el Acuerdo de Pago a Suplidor Instalación Sistema Modular de Oficinas y Mejoras Interiores Piso 3-9. ----------------------------------------------------------------------------------------------------



**DOS:** El 31 de julio de 2012, la AEP recibió parte de los equipos los cuales se encuentran especificados en el "Service/Work Order" y equipo que a su vez forma parte de la factura 36-011. Véase Anejo I. ---------------------------------------------------------------

**TRES:** La AEP espera recibir una o varias entregas de los equipos especificados en la factura 36-011. No obstante, por falta de áreas para su almacenamiento y/o utilización, parte de los equipos permanecerán ubicados en el almacén ubicado en la Calle Este 1 #15 Río Plantation, Bayamón.--------------------------------------------------------------------

**CUATRO:** Para fines de emitir el pago a IDS, la AEP y/o un representante autorizado certificará los equipos que han sido recibidos, así también, certificará el recibo parcial y/o total de los equipos que se encuentran en estos momentos en el mencionado almacén. A la firma de la presente enmienda al acuerdo los equipos recibidos por la AEP son los incluidos en el "Service/Work Order" del 31 de julio de 2012. ---------------------

**QUINTO:** Por otra parte, los equipos que permanecen en el almacén son aquellos que no fueron recibidos el 31 de julio de 2012 y los cuales no se encuentran marcados como recibidos en el "Manifest Report" el cual se hace formar parte de esta enmienda al acuerdo. -----------------------------------------------------------------------------------------------

**SEIS**: Personal del Área de Desarrollo de Proyectos ha corroborado que los equipos continúan depositados en el Almacén especificado en el párrafo tres. ——————————

**SIETE:** IDS se compromete a mantener y proteger los equipos depositados en el almacén como condición para recibir el pago total de los equipos. También se compromete a permitir el acceso de la AEP a dicho almacén para corroborar que los equipos se encuentran completos y en buen estado. ——————————

**OCHO:** IDS será responsable de mantener vigente la Póliza Núm. 560269998 ("Material on Site"), suplida por Universal Insurance, por la cantidad de $415,000.00, mientras el equipo esté bajo su custodia. ——————————

**NUEVE:** Los costos relacionados al almacenaje y seguridad de los equipos serán responsabilidad de IDS. ——————————

**DIEZ:** Todos los demás términos y condiciones del Acuerdo de Pago a Suplidor Instalación Sistema Modular de Oficinas y Mejoras Interiores Piso 3-9 permanecen en completo vigor a menos que resulte incompatibles con los aquí transcrito. ——————————

**ONCE:** Que este acuerdo se ha suscrito en virtud al Artículo 1489 del Código Civil y no como un proceso de pago de certificación. Por tanto, todos los documentos incluidos son para demostrar que los equipos fueron adquiridos en relación al proyecto AEP-1120W.——————————

**DOCE:** Las partes comparecientes aceptan que la Enmienda al Acuerdo de Pago a Suplidor fue redactado en los términos y condiciones por ellos acordados. En virtud de esto libre y voluntariamente procedemos a firmar. ——————————

—Y **PARA QUE ASI CONSTE:** firmo la presente en San Juan, Puerto Rico a _14_ de diciembre de 2012.——————————

Paulino R. López
Presidente
Aireko Construction Corp.

Leonardo J. Torres Berrios
Sub-Director Ejecutivo
Autoridad de Edificios Públicos

Sr. David Rodríguez
Presidente
Integrated Design Solutions

APROBADO EN CUANTO
A REDACCION LEGAL
FECHA: 14-dic-2012

[Translation]

[crossed out] L. Roman [handwritten]
16 Dec 12

GOVERNMENT OF PUERTO RICO
PUBLIC BUILDINGS AUTHORITY
SAN JUAN, PUERTO RICO

Attachment 14

AMENDMENT TO THE AGREEMENT ON PAYMENT TO THE SUPPLIER
INSTALLATION OFFICE MODULAR SYSTEM
AND INTERIOR IMPROVEMENTS 3-9

COME NOW

**As party of the first part: The PUBLIC BUILDINGS AUTHORITY**, ID. No. 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, by means of the authorization granted by Act Number 56 of June 19, 1958, as amended, in this proceeding represented by its Executive Under-Director, Leonardo J. Torres Berrios, of legal age, married, a resident of Guaynabo, Puerto Rico. Hereinafter referred to as the "AEP."

**As party of the Second Part: AIREKO CONSTRUCTION CORP**., IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with its main office in Caguas, Puerto Rico, represented in this case by its President, Paulino R. Lopez, of legal age, married, a resident of San Juan, Puerto Rico, hereinafter referred to as "the Contractor."

**As party of the Third Part: INTEGRATED DESIGN SOLUTION**, IRS No. 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, a corporation organized and existing under the laws of the Commonwealth of Puerto Rico, with its main office in Guaynabo, Puerto Rico, represented in this case by its President, Mr. David Rodriguez, of legal age, married a resident of Guaynabo, Puerto Rico, hereinafter referred to as "IDS."

The parties state they have, and assure that they do have, the necessary capacity to appear in this agreement.

**THEY STATE**

**FIRST:** On November 12, 2012, the Public Buildings Authority (hereinafter, the AEP) signed, together with Aireko Construction Corp. (hereinafter, Aireko) and Integrated Design Solutions (hereinafter, IDS), the agreement titled: "Agreement on Payment to the Supplier Installation of Office Modular System and Interior Improvements Floor 3-9."

**SECOND:** As part of the agreement, the AEP agrees to make a payment in the amount of three hundred forty-five thousand two hundred seventy dollars and sixty-seven cents ($345,270.67) to IDS for the suppling of chairs, stations, module units, conference tables and mobile file units for the project known as AEP-1120W. The information above, as part of the acknowledgement of the debt under Article 1489 of the Civil Code of Puerto Rico.

**THIRD:** Pursuant to said agreement, IDS would have a term of five (5) working days to make delivery of the equipment either completely or partially.

**FOURTH:** That the payment to be made by the AEP to IDS would be issued as soon as AEP has the equipment mentioned in the agreement and in accordance with what is specified in invoice 36-011.

**FIFTH:** Due to the lack of space to store and/or place the equipment, the AEP has not been able to accept all of the equipment as listed in invoice 36-011. As a result, part of the equipment remains stored at Calle Este 1 #15 Rio Plantation, Bayamon.

**FIFTH:** Therefore, by virtue of what is stated above the parties freely and voluntarily have modified the following:

## TERMS AND CONDITIONS

**ONE:** On November 12, 2012, the appearing parties signed the Agreement on Payment to the Supplier Installation of Office Modular System and Interior Improvements Floor 3-9.

**TWO:** On July 31, 2012, the AEP received part of the equipment that is specified in the "Service Work Order" [in English in the original] and the equipment that, in turn, is part of invoice 36-011. See Attachment I.

**THREE:** The AEP is expecting to receive one or several deliveries of the equipment that is specified in invoice 36-011. Nevertheless, due to the lack of space for its storage and/or use, part of the equipment will remain located in the warehouse located at Calle Este 1 #15 Rio Plantation, Bayamon.

**FOUR:** For the purpose of issuing the payment to IDS, the AEP and/or an authorized representative will certify that the equipment that has been received, as well as, will certify the partial and/or total receipt of the equipment that is currently in said warehouse. Upon signing this amendment to the agreement, the equipment received by the AEP is included in the "Service Work Order" of July 21, 2012.

**FIVE:** Furthermore, the equipment that remains in the warehouse is the equipment that was not received on July 31, 2012 and which is not marked as received in the "Manifest Report" [in English in the original] which is part of this amendment to the agreement.

**SIX:** Personnel from the Project Development Area has corroborated that the equipment continues to be stored in the Warehouse as specified in paragraph three.

**SEVEN:** IDS agrees to maintain and protect the equipment stored in the warehouse as a conditions for receiving full payment of the equipment. Also, it agrees to allow AEP access to the warehouse to corroborate that the equipment is complete and in good repair.

**EIGHT:** IDS will be responsible for keeping in force and effect Policy No. 560269998 ("Material on Site"), supplied by Universal Insurance, in the amount of $415,000.00, while the equipment is in its custody.

**NINE:** The costs related to the storage and safety of the equipment will be the responsibility of IDS.

**TEN:** All the other terms and conditions of the Agreement on Payment to the Supplier Installation of Office Modular System and Interior Improvements Floor 3-9 will remain in full force and effect unless it is incompatible with what is set forth herein.

**ELEVEN:** That this agreement has been signed by virtue of Article 1489 of the Civil Code and not as a procedure on payment of certification. Therefore, all the documents included are to show that the equipment was acquired in relation to project AEP-1120W.

**TWELVE:** The appearing parties accept that the Amendment of the Agreement on Payment to the Supplier was written up under the terms and conditions agreed to by them. By virtue thereof, they freely and voluntarily proceed to sign.

**AND FOR THE RECORD:** I sign this document in San Juan, Puerto Rico, on December  14 , 2012.

_____[Sgd.]_____                    _____[Sgd.]_____
Paulino R. Lopez                         Leonardo J. Torres Berrios
President                                Executive Under-Director
Aireko Construction Corp.                Public Buildings Authority

_____[Sgd.]_____
Mr. David Rodriguez
President
Integrated Design Solutions

APPROVED AS TO
ITS LEGAL FORMAT
DATE 14-dec-2012
[Sgd./illegible]



ESTADO LIB... ASOCIADO DE PUERTO RICO
**AUTORIDAD DE EDIFICIOS PUBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT$93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

42000367

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 36-011 | JUL./2012 ACUERDO PAGO | 15-01-13 | 345,270.67 | 0.00 | 345,270.67 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 31-JAN-13 | 42000367 | INTEGRATED DESIGN SOLUTIONS, INC. | 0.00 | $*******345,270.67 |

- - - - - REMOVE DOCUMENT ALONG THIS PERFORATION - - - - -

THIS DOCUMENT IS PRINTED IN TWO COLORS - DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**AUTORIDAD DE EDIFICIOS PUBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT$93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

101—213
215
42000367
31—JAN—13

$*******345,270.67

PAY TO THE
ORDER OF     INTEGRATED DESIGN SOLUTIONS, INC.

Three Hundred Forty—Five Thousand
Two Hundred Seventy and 67/100 Dollars

Wanda Acevedo Serv

BANCO GUBERNAMENTAL DE FOMENTO
PO BOX 42001
SAN JUAN, PR 00940—2001

000001                                    VALID FOR SIX MONTHS ONLY

⑈04 2000 367⑈ ⑆021502118 251⑈02467⑈

[Partial Translation]



ESTADO LIB... ASOCIADO DE PUERTO RICO
**AUTORIDAD DE EDIFICIOS PUBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT$93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

Autoridad de Edificios Públicos

42000367

[Above: Commonwealth OF PUERTO RICO
**PUBLIC BUILDINGS AUTHORITY**]
[Below: JUL./ 2012 PAYMENT AGREEMENT]

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| 36-011 | JUL./2012 ACUERDO PAGO | 16-01-13 | 345,270.67 | 0.00 | 345,270.67 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 31-JAN-13 | 42000367 | INTEGRATED DESIGN SOLUTIONS, INC. | 0.00 | $*******345,270.67 |

— REMOVE DOCUMENT ALONG THIS PERFORATION —

THIS DOCUMENT IS PRINTED IN TWO COLORS. DO NOT ACCEPT UNLESS BLUE AND GREEN ARE PRESENT.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
**AUTORIDAD DE EDIFICIOS PUBLICOS**
CONSTRUCTION FUNDS — LINE OF CREDIT$93MM
APARTADO 41029
SANTURCE, PUERTO RICO 00940

Autoridad de Edificios Públicos

101—215
215
42000367
31—JAN—13

PAY TO THE
ORDER OF   **INTEGRATED DESIGN SOLUTIONS, INC.**

$*******345,270.67

*Three Hundred Forty—Five Thousand
Two Hundred Seventy and 67/100 Dollars*

BANCO GUBERNAMENTAL DE FOMENTO
PO BOX 42001
SAN JUAN, PR 00940—2001

Wanda Armudo Serra

VALID FOR SIX MONTHS ONLY

⑆04200036 7⑆ ⑈02150211 8 251⑈024 67⑈

Anejo 15

**AIREKO** P.O. Box 2128 S.J. PR 00922-2138

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**December 12, 2014**

Date 12-Dec-14

INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB. ROBERTO SANCHEZ VILEILLA (MINILLAS) - SAN JUAN

CONTRACT NO. C-00031(11-12)
PROJECT# 1120X
PISO 7

| | Invoice # | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| 20128?-170 | **Work Performed Invoices** | | | | | | | | | |
| PISO 7 | A12-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| PROJECT# 1120X | A12-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| | | | | | | | | | | · |
| | | | | | | | | | | · |
| Final Total | | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | 93,846.24 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,258,155.00 |
| Change order | $ | 59,612.95 |
| Adjusted Contract Amount | $ | 1,317,767.95 |
| | | |
| Total Net Invoiced | $ | 1,317,767.95 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,317,767.95 |

[Partial Translation]
Attachment 15

 P.O. Box 2126 SJ PR 00922-2138

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**December 12, 2014**

Date        12-Dec-14

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS (F-7), ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER (MINILLAS) - SAN JUAN,
FLOOR 7
PROJECT: 1120X
CONTRACT NO. C-00031(11-12)

[The left column below reads:
201267-170
FLOOR 7
PROJECT# 1120X]

| # Invoice | | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Work Performed Invoices | | | | | | | | | |
| 201267-170 | AI-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| PISO 7 | AI-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| PROJECT# 1120X | | | | | | | | | | - |
| | | | | | | | | | | - |
| | Final Total | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | $ 93,846.24 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,258,155.00 |
| Change order | $ | 59,612.95 |
| Adjusted Contract Amount | $ | 1,317,767.95 |
| | | |
| Total Net Invoiced | $ | 1,317,767.95 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,317,767.95 |

# AIREKO

**Aireko Construction, LLC**
**PO Box 2128**
**San Juan, PR 00922-2128**

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-08056 |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| **Bill to:** | Autoridad Edificios Públicos | **Job:** | 201267-170 |
|---|---|---|---|
| | San Juan PR | | |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-0031 (11-12)
**Project:** 1120X

**Job: Instalación de Modulares y Mejoras Interiores Piso 7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| | 1 | Each | none | 10,353.61 | 10,353.61 |
| Intereses devengados hasta 08/31/2015 por facturas vencidas | | | | | |

| | | |
|---|---|---|
| **Subtotal:** | | **$10,353.61** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$10,353.61** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-08056 |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

**Bill to:**  Autoridad Edificios Públicos
San Juan PR

**Job:**  201267-170

**Attn:**  Ing. Gerardo Crespo

**Contract No.:**  C-0031 (11-12)
**Project:**  1120X

[Left margin above – Bill to: Public Buildings Authority]

**Job: Installation of Modular Systems and Interior Improvements Floor-7 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 08/31/2015 for overdue invoices | 1 | Each | none | 10,353.61 | 10,353.61 |

| | | |
|---|---|---|
| **Subtotal:** | | **$10,353.61** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$10,353.61** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1



**AIREKO**

PO Box 2128 San Juan PR 00922-2128

AUTORIDAD DE EDIFICIOS PUBLICOS
STATEMENT OF ACCOUNT
August 31, 2015

Date    31-Aug-15

INSTALACION DE MODULARES Y MEJ. INTERIORES (P-7) CTRO. GUB. ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN

PISO 7
PROJECT# 1120X
CONTRACT NO. C-00031(11-12)

| | Invoice # | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | | |
| 201287-170 | A1-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| PISO 7 | A1-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| PROJECT# 1120X | | | | | | | | | | |
| **Final Total** | | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | 93,846.24 |

| | |
|---|---|
| Contract Amount | $ 1,258,155.00 |
| Change order | $ 59,612.95 |
| Adjusted Contract Amount | $ 1,317,767.95 |
| | |
| Total Net Invoiced | $ 1,317,767.95 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,317,767.95 |

[Partial Translation]



**AIREKO**
PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**August 31, 2015**

Date    31-Aug-15

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS (F-7), ROBERTO SANCHEZ VILELLA GOVERNMENT CENTER (MINILLAS) - SAN JUAN,
FLOOR 7
PROJECT: 1120X
CONTRACT NO. C-00031(11-12)

 [The left column below reads:
201267-170
FLOOR 7
PROJECT# 1120X]

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **Work Performed Invoices** | | | | | | | | | |
| 201267-170 | AI-24-08024 | Cert. 07 | Aug-13 | 13-Sep-13 | $ 26,486.38 | | | | | 26,486.38 |
| PISO 7 | AI-24-08025 Ret. | Cert.08 | Aug-13 | 27-Sep-13 | $ 67,359.86 | | | | | 67,359.86 |
| PROJECT# 1120X | | | | | | | | | | - |
| | | | | | | | | | | - |
| Final Total | | | | $ 93,846.24 | $ - | $ - | $ - | $ - | $ 93,846.24 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,258,155.00 |
| Change order | $ | 59,612.95 |
| Adjusted Contract Amount | $ | 1,317,767.95 |
| | | |
| Total Net Invoiced | $ | 1,317,767.95 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,317,767.95 |

**Computo de Intereses sobre Certificaciones**
**Hasta el 31 de agosto de 2015**
**JOB: AEP Piso 7**
**Contract No. C00031 (2011-2012)**

AIREKO

8/31/2015

| No. Cert. | Periodo | | | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Fecha Pago | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por dia | A la fecha | Balance Adeudado |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Ago-13 | to | 31-Ago-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.17 | 2,966.47 |
| 2 | 1-Ago-13 | to | 31-Ago-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | $ 10,353.61 |

Date: _____   16-Sep-15

Preparado por: _____   Yadiriell Vázquez Figueroa

Revisado por: _____   Cristina Boni Alvarez

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to August 31, 2015**
**JOB: AEP Floor 7**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 | to 31-Aug-13 | 29,429.31 | 2,942.93 | 26,486.38 | 13-Sep-13 | | 28-Oct-13 | | | | 26,486.38 | 672 | 4.41 | 2,966.47 | 2,966.47 |
| 2 | 1-Aug-13 | to 31-Aug-13 | | 67,359.86 | 67,359.86 | 27-Sep-13 | | 11-Nov-13 | | | | 67,359.86 | 658 | 11.23 | 7,387.13 | 10,353.61 |
| 3 | | to | | | | | | | | | | | | | | |
| 4 | | to | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | $ 10,353.61 |

Date: _16 -Sept-15_

Prepared By: _Yadinell Vazquez Figueroa_

Reviewed By: _Cristina Borri Alvarez_

**AIREKO**

P.O. Box 2128 SJ PR 00922-2138

Date 12-Dec-14

## AUTORIDAD DE EDIFICIOS PUBLICOS
### STATEMENT OF ACCOUNT
### December 12, 2014

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17

CONTRACT NO. C-00035(11-1-2)

PROJECT# 1120M

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| *Work Performed Invoices* | | | | | | | | | |
| 2012270-170  A1-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| PISO 17  A1-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M  A1-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | $ 97,233.00 | - | - | - | - | 97,233.00 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,130,856.00 |
| Change order | $ | 33,025.67 |
| Adjusted Contract Amount | $ | 1,163,881.67 |
| Total Net Invoiced | $ | 1,163,881.67 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| **Grand Total** | $ 612,395.87 | - | - | - | - | $ 612,395.87 |

[Partial Translation]
Attachment 16



P.O. Box 2128 SJ PR 00922-2138

## AUTORIDAD DE EDIFICIOS PUBLICOS
## STATEMENT OF ACCOUNT
### December 12, 2014

Date       12-Dec-14

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-17, F-I NORTH BUILDING / ROBERTO SANCHEZ VILELLA (MINILLAS) - SAN JUAN,
FLOOR 17
PROJECT: 1120M
CONTRACT NO. C-00035(11-12)

| # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| | Work Performed Invoices | | | | | | | | |
| 201270-170 | AI-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| PISO 17 | AI-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M | AI-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| | Final Total | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,130,856.00 |
| Change order | $ | 33,025.67 |
| Adjusted Contract Amount | $ | 1,163,881.67 |
| | | |
| Total Net Invoiced | $ | 1,163,881.67 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 612,395.87 | $ - | $ - | $ - | $ - | $ 612,395.87 |

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

## INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-08057 |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201270-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

**Job: Instalación de Modulares y Mejoras Interiores Piso 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Intereses devengados hasta 08/31/2015 por facturas vencidas | 1 | Each | none | 7,859.03 | 7,859.03 |

| | | |
|---|---|---|
| **Subtotal:** | | **$7,859.03** |
| **Tax:** | 0% | **$0.00** |
| **Total:** | | **$7,859.03** |

*Thank you for choosing AIREKO*

Delivered:

Received:

Page 1 of 1

[Partial Translation]

# AIREKO

**Aireko Construction, LLC**
PO Box 2128
San Juan, PR 00922-2128

**Phone:** 787-653-6300
**Fax:** 787-653-0124

# INVOICE

| | |
|---|---|
| **Invoice Number:** | AI-26-08057 |
| **Invoice Date:** | 09/16/15 |
| **Terms:** | Net 30 days |
| **Payment:** | Bill from office |

| | | | |
|---|---|---|---|
| **Bill to:** | Autoridad Edificios Públicos<br>San Juan PR | **Job:** | 201270-170 |
| | | **Attn:** | Ing. Gerardo Crespo |

**Contract No.:** C-00035 (11-12)
**Project:** 1120M

[Left margin above – Bill to: Public Buildings Authority]

**Job: Installation of Modular Systems and Interior Improvements Floor 17 Minillas**

| Description | Qty | Unit | Tax | Price | Total |
|---|---|---|---|---|---|
| Interest earned up to 08/31/2015 for overdue invoices | 1 | Each | none | 7,859.03 | 7,859.03 |

| | | |
|---|---|---|
| Subtotal: | | $7,859.03 |
| Tax: | 0% | $0.00 |
| **Total:** | | **$7,859.03** |

*Thank you for choosing AIREKO*

**Delivered:**

**Received:**

Page 1 of 1

**AIREKO**

PO Box 2128 San Juan PR 00922-2128

Date 31-Aug-15

## AUTORIDAD DE EDIFICIOS PÚBLICOS
## STATEMENT OF ACCOUNT
## August 31, 2015

INSTALACION MODULOS Y MEJORAS INTERIORES PISO-17, F-I EDIF. NORTE / ROBERTO SANCHEZ VILELLA (MINILLAS)- SAN JUAN

PISO 17
PROJECT# 1120M
CONTRACT NO. C-00035(11-12)

| Invoice # Work Performed Invoices | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| 201270-170 | | | | | | | | | |
| PISO 17 | | | | | | | | | |
| PROJECT# 1120M | | | | | | | | | |
| AL24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,539.06 | | | | | $ 29,539.06 |
| AL24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| AL24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| **Final Total** | | | | $ 97,233.00 | $ - | $ - | $ - | $ - | $ 97,233.00 |

| | |
|---|---|
| Contract Amount | $ 1,130,856.00 |
| Change order | $ 33,025.67 |
| Adjusted Contract Amount | $ 1,163,881.67 |
| | |
| Total Net Invoiced | $ 1,163,881.67 |
| Retainage Balance | $ - |
| Balance To Finish | $ - |
| | $ 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 612,395.87 | $ - | $ - | $ - | $ - | $ 612,395.87 |

[Partial Translation]



**AIREKO**
PO Box 2128 San Juan PR 00922-2128

**AUTORIDAD DE EDIFICIOS PUBLICOS**
**STATEMENT OF ACCOUNT**
**August 31, 2015**

Date        31-Aug-15

[Title Above "Statement of Account" reads: PUBLIC BUILDINGS AUTHORITY]

INSTALLATION OF MODULAR SYSTEMS AND INTERIOR IMPROVEMENTS FLOOR-17, F-I NORTH BUILDING ROBERTO SANCHEZ VILELLA (MINILLAS) -  SAN JUAN,
FLOOR 17
PROJECT: 1120M
CONTRACT NO. C-00035(11-12)

[The left column below reads:
201267-170, FLOOR 7, PROJECT# 1120X]

| | # Invoice | # Cert | Period | Invoice date | Net Amount | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| | *Work Performed Invoices* | | | | | | | | | |
| 201270-170 | AI-24-08022 | Cert. 05 | Aug-13 | 19-Sep-13 | $ 29,529.06 | | | | | 29,529.06 |
| PISO 17 | AI-24-08023 | Cert. 06 | Aug-13 | 6-Jun-14 | $ 7,455.17 | | | | | 7,455.17 |
| PROJECT# 1120M | AI-24-08098 | Cert. 07 | Aug-13 | 6-Jun-14 | $ 60,248.77 | | | | | 60,248.77 |
| | Final Total | | | | $ 97,233.00 | $  - | $  - | $  - | $  - | $ 97,233.00 |

| | | |
|---|---|---|
| Contract Amount | $ | 1,130,856.00 |
| Change order | $ | 33,025.67 |
| Adjusted Contract Amount | $ | 1,163,881.67 |
| | | |
| Total Net Invoiced | $ | 1,163,881.67 |
| Retainage Balance | $ | - |
| Balance To Finish | $ | - |
| | $ | 1,163,881.67 |

| | Net Amount Due | Current | 30 | 45 | 60 | Over 90 |
|---|---|---|---|---|---|---|
| Grand Total | $ 612,395.87 | $  - | $  - | $  - | $  - | $ 612,395.87 |

**AIREKO**

## Computo de Intereses sobre Certificaciones
### Hasta el 31 de agosto de 2015
### JOB: AEP Piso 17
### Contract No. C00031 (2011-2012)

| No. Cert | Periodo | Work Performed | Retainage | Cantidad | Certificaciones Fecha de Entrega | Documento Fecha Entrega | Vencimiento 45 | Pago Fecha | No. Cheque | Cantidad Cobrada | Balance No Cobrado | Dias Vencidos | Intereses al 6% por día | A la fecha | Balance Adeudado 8/31/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1-Aug-13 to 31-Jul-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | | 29,529.06 | 666 | 4.92 | 3,271.73 | 3,271.73 |
| 2 | 1-Aug-13 to 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jan-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 505.47 | 3,782.19 |
| 3 | 1-Aug-13 to 31-Aug-13 | | | 60,248.77 | 6-Jan-14 | Transmittal | 21-Jul-14 | | | | 60,148.77 | 406 | 10.04 | 4,076.83 | 7,859.00 |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |

$ 7,859.61

Date: _____ 16-Sep-15

Preparado por: _____ Yadinell Vázquez Figueroa

Revisado por: _____ Cristina Born

[Translation]

[Logo] AIREKO

**Calculation of Interest on Certifications**
**Up to August 31, 2015**
**JOB: AEP Floor 17**
**Contract No. C00031 (2011-2012)**

| Cert. No. | Period | | | Work Performed | Retainage | Amount | Certifi-cations | Document | Due | Date | Check No. | Amount Col-lected | Uncol-lectted Balance | Days due | 6% Interest | | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | No Cobrado | Vencidos | por día | A la fecha | Adeudado |
| 1 | 1-Aug-13 | to | 31-Aug-13 | 32,810.07 | 3,281.01 | 29,529.06 | 19-Sep-13 | Transmittal | 3-Nov-13 | | | | 29,529.06 | 666 | 4.92 | 3,277.73 | 3,277.73 |
| 2 | 1-Aug-13 | to | 31-Aug-13 | 8,283.52 | 828.35 | 7,455.17 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 7,455.17 | 406 | 1.24 | 504.47 | 3,782.19 |
| 3 | 1-Aug-13 | to | 31-Aug-13 | | 60,248.77 | 60,248.77 | 6-Jun-14 | Transmittal | 21-Jul-14 | | | | 60,248.77 | 406 | 10.04 | 4,076.83 | 7,859.03 |
| 4 | | to | | | | | | | | | | | | | | | |
| 5 | | to | | | | | | | | | | | | | | | |
| 6 | | to | | | | | | | | | | | | | | | |
| 7 | | to | | | | | | | | | | | | | | | |
| 8 | | to | | | | | | | | | | | | | | | |
| 9 | | to | | | | | | | | | | | | | | | |
| 10 | | to | | | | | | | | | | | | | | | |

$ 7,859.03

Date: _____16 -Sept-15_____

Prepared By: _Yadinell Vazquez Figueroa_

Reviewed By: _____Cristina Borri_____