# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>    Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>    Debtor[2] | PROMESA<br>Title III<br><br>Case No. 17-BK-04780 (LTS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT

The undersigned hereby certifies that I caused true and correct copies of the *Second Interim Fee Application of King & Spalding LLP for compensation for services rendered and reimbursement of expenses incurred as attorneys for the Puerto Rico Electric Power Authority, for the period April 1, 2022 through January 1, 2023* as Docket No. 23814 in Case No. 17-BK-

---

[1] The Debtors in the relevant Title III cases, along with their respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number are as follows: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] See note 1.

03283 (LTS) and as Docket No. 3338 in Case No. 17-BK-04780 (LTS) (the "Application"), served in the following manner on March 16th, 2023:

1. Electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS);

2. By U.S. mail to each of the parties listed in **Exhibit A** attached hereto;

3. By e-mail to each of the parties listed in **Exhibit B** attached hereto, and;

4. By FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of March, 2023.

> SANCHEZ LRV LLC
> 270 Muñoz Rivera Avenue, Suite 1110
> San Juan, Puerto Rico 00918
> Tel. 787-522-6776
> Fax 787-522-6777
>
> s/ *Janelle Reyes-Maisonet*
> Janelle Reyes-Maisonet
> USDC-PR 231102
> jreyes@sanchezlrv.com
>
> *Counsel for King & Spalding LLP*