## Exhibit A

**Form of Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>     Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE THREE HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO MISCELLANEOUS DEFICIENT CLAIMS**

       **PLEASE TAKE NOTICE THAT** the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"),  and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>," collectively with the Commonwealth and HTA, the "<u>Debtors</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("<u>PROMESA</u>"),[1] filed the *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* (the "<u>Omnibus Objection</u>") with the United States District Court for the District of Puerto Rico (the "<u>Court</u>").[2]

       **PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on <u>**Exhibit A**</u> to this Notice of Hearings, a hearing will be held on your claim(s) on **April 25, 2023**, at **9:30 a.m. Atlantic Standard Time** (the "<u>Claim Objection Hearing</u>") before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  You may appear and speak at the Claim Objection Hearing.  You should complete and return the claimant response

---

[1]     PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2]     Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

form (the "Response Form"), attached to this Notice of Hearing as Attachment 1, to indicate
whether you intend to attend the Claim Objection Hearing.

<div style="border:1px solid black; padding:10px;">

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THIS NOTICE.**

- If your claim(s) is/are listed on Exhibit A to this Notice of Hearing, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for **April 25, 2023,** at the time listed on Exhibit A. To indicate whether you intend to attend the Claim Objection Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are not listed on Exhibit A to this Notice of Hearing, you SHOULD NOT appear at the Claim Objection Hearing.

- In the event that public health conditions or other circumstances require cancellation of the hearing, the Oversight Board will provide notice of the cancellation to you, and the hearing will be rescheduled for another date.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/.

- **If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available). DO NOT call the Court.**

</div>

**Claim Objection Hearing on the Omnibus Objection**. If your claim is listed on **Exhibit A** to this Notice of Hearing, a hearing will be held on the Omnibus Objection as to your claim **on April 25, 2023**, at **9:30 a.m. Atlantic Standard Time**, before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico. **You may appear and speak at the hearing at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767**.

**Availability of Interpretation Services at the Claim Objection Hearing**. For any claimant who may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter. Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**Response Forms to Be Submitted Prior to the Claim Objection Hearing**. To assist the Court in preparing for and managing attendance at the hearing, each party whose claim is listed on **Exhibit A** to this Notice of Hearing should submit the Response Form. The Response

Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Claim Objection Hearing, whether claimants intend to bring their own interpreters to the hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim.

Response Forms must be received by Kroll no later than **4:00 p.m. (Atlantic Standard Time) on April 18, 2023**.  You may submit your Response Form to Kroll by email and/or mail.

**Email**:  puertoricoinfo@kroll.com
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**DO NOT send your Response Form to the Court.  Doing so may result in delayed processing and exclusion from participation in the Claim Objection Hearing.**

**Additional Documentation in Support of Your Claim(s).**  If you wish to present any additional documentation in support of your claim at the Claim Objection Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Hearing**.  Participants and visitors will be required to follow the current protocol for in-person hearings and trials during COVID-19 pandemic at the United States District Court for the District of Puerto Rico.  Information regarding the most updated safety protocols can be found here: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.

---

**Additional Resources and Whom to Contact with Questions**

If you have any questions about this Notice of Hearing, about the Claim Objection Hearing, or about the Response Form, please contact the **Kroll** hotline at **(844) 822-9231**.

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico/.  This website is maintained by Kroll and includes a searchable database to assist with locating documents.

If you require additional information regarding the status of your response, your claim, this notice, or your Response Form, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@kroll.com. Do not call the Court.

---

3

**Attachment 1**
**Claimant Response Form for the Claim Objection Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**RESPONSE FORM FOR CLAIMS TO BE
HEARD AT THE CLAIM OBJECTION HEARING**

This form must be received by Kroll no later than **4:00 p.m. (Atlantic Standard Time) on April 18, 2023**. You may submit your Response Form to Kroll by email and/or mail. If you choose to mail this form, the mailing must be delivered to the mailing address below by the deadline.

      **Email**: puertoricoinfo@kroll.com.
      **Mailing Address**: Commonwealth of Puerto Rico Claims Processing Center
                  c/o Kroll Restructuring Administration LLC
                  850 Third Avenue
                  Suite 412
                  Brooklyn, NY 11232.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

---

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.    <u>Attendance</u>

\_\_\_\_\_   I will attend the Claim Objection Hearing.

\_\_\_\_\_   I will not attend Claim Objection Hearing.

\_\_\_\_\_   Please move the hearing for my claim to another date.  I am requesting the change of
date because: _____

II.   <u>Interpreter Services</u>

\_\_\_\_\_ I do not need an interpreter.

\_\_\_\_\_ I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

\_\_\_\_\_ I do need an interpreter, but I intend to bring my own certified Spanish-English
interpreter.

III.  <u>Documents and Information</u>

\_\_\_\_\_   I have attached additional documentation in support of my claim(s) to this Response
Form.

\_\_\_\_\_   I do not have any additional documentation that I intend to use in support of my
claim(s) at the Claim Objection Hearing beyond what I previously included with my
claim(s) and what I filed with my response to the Omnibus Objection.

---

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3