**Exhibit B**

**Formulario de Notificación**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>     Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE VISTA SOBRE CIERTAS RECLAMACIONES SUJETAS A LA OBJECIÓN GLOBAL [ÓMNIBUS] (NO SUSTANTIVA) NÚMERO TRESCIENTOS TREINTA Y CUATRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A VARIAS RECLAMACIONES DEFICIENTES MISCELÁNEAS**

**FAVOR DE TOMAR CONOCIMIENTO DE QUE** el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT"), y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE," colectivamente con el ELA y la ACT, los "Deudores"), por conducto de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y el SRE, conforme a la Sección 315(b) de la Ley para la Supervisión, Administración y Estabilización Económica de Puerto Rico ("PROMESA"),[1] han presentado la *Objeción Global [Ómnibus] (No Sustantivas) Número Trescientos Treinta y Cuatro del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Carreteras y Transportación de Puerto Rico a las Reclamaciones Deficientes Misceláneas* (la "Objeción Globalizada [Ómnibus]") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

**TOME CONOCIMIENTO, ADEMÁS, DE QUE** si su(s) reclamación(-ones) aparecen enumeradas en el **Exhibit B** de esta Notificación de Vistas, se habrá de celebrar una vista para atender su(s) reclamación(-ones) el día **25 de abril de 2023**, a las **9:30 a.m. Hora del**

---

[1] PROMESA se encuentra codificada en el 48 U.S.C. §§ 2101-2241.

[2] Aquellos términos en mayúscula que se usen pero no se definan en este documento tendrán el significado que se establece en la Objeción Globalizada [Ómnibus].

1

**Atlántico** (la "Vista para Atender Objeciones a las Reclamaciones") ante la Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico , Calle Carlos Chardón #150, Edificio Federal, San Juan, Puerto Rico 00918-1767. Usted podrá comparecer y expresarse en la Vista para Atender Objeciones a las Reclamaciones. Para eso tiene que llenar y devolver el formulario de respuesta del reclamante (el "Formulario de Respuesta"), que se adjunta a esta Notificación de Vista como Anejo 1, para indicar si es su intención asistir a la Vista para Atender Objeciones a las Reclamaciones.

### PUNTOS CLAVE

- **POR FAVOR VERIFIQUE SI SU(S) RECLAMACIÓN(-ONES) SE ENCUENTRAN ENUMERADAS EN EL EXHIBIT B DE ESTA NOTIFICACIÓN.**

- Si su(s) reclamación(-ones) se encuentra(n) enumeradas en el Exhibit B de esta Notificación de Vista, entonces hay una vista señalada para el **25 de abril de 2023** en la que se atenderán su(s) reclamación(-ones) contra el Estado Libre Asociado, la ACT o el SRE, a la hora que se indica en el Exhibit B. Para dejarnos saber si su intención es acudir a la Vista para Atender Objeciones a las Reclamaciones, por favor llene y devuelva el Formulario de Respuesta que se adjunta a esta Notificación de Vista identificado como el Anejo 1.

- Si su(s) reclamación(-ones) no se encuentran enumeradas en el Exhibit B de esta Notificación de Vista, usted NO DEBE comparecer en la Vista para Atender Objeciones a las Reclamaciones.

- En caso de que las condiciones de salud pública o alguna otra circunstancia nos obligue a cancelar la vista, la Junta de Supervisión le hará llegar una notificación de cancelación y la vista quedará señalada para otra fecha.

- Las copias de la Objeción Globalizada [Ómnibus] y todas las demás radicaciones en los casos bajo el Título III están disponibles en línea gratuitamente a través de https://cases.ra.kroll.com/puertorico/.

- **Si tiene alguna pregunta, por favor comuníquese con Kroll al (844) 822-9231 (sin cargos para los EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora del Atlántico) (Disponible en español). NO llame al Tribunal.**

**Vista para Atender Objeciones a las Reclamaciones que conciernen a la Objeción Globalizada [Ómnibus].** Si su reclamación se encuentra enumerada en el **Exhibit B** de esta Notificación de Vista, el **25 de abril de 2023**, a las **9:30 a.m. Hora del Atlántico**, se estará celebrando una vista sobre la Objeción Globalizada que corresponde a su reclamación, ante la Honorable Laura Taylor Swain del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted podrá comparecer y expresarse durante esa vista ante el Tribunal de**

2

**Distrito de los Estados Unidos para el Distrito de Puerto Rico, Calle Carlos Chardón #150, Edificio Federal, San Juan, Puerto Rico 00918-1767**.

**Disponibilidad de Servicios de Interpretación durante la Vista para Atender Objeciones a las Reclamaciones**. Los Deudores proporcionarán un intérprete certificado para cualquier reclamante que necesite los servicios de interpretación al idioma español. Cada reclamante también está en libertad de traer su propio intérprete certificado para el idioma español, pagado por el reclamante, si es que no desea utilizar los servicios de interpretación que proporcionen los Deudores.

**El Formulario de Respuestas se tiene que presentar antes de que se celebre la Vista para Atender Objeciones a las Reclamaciones**. Con el fin de ayudar al Tribunal a preparase y manejar la asistencia a la vista, cada parte cuya reclamación aparezca enumerada en el **Exhibit B** de esta Notificación de Vista tiene que presentar el Formulario de Respuesta. El Formulario de Respuesta le brinda información importante a los Deudores y al personal del Tribunal sobre aquellos reclamantes que tienen la intención de comparecer a la Vista para Atender Objeciones a las Reclamaciones, si van a traer sus propios intérpretes o si van a servirse de los intérpretes que proporcionen los Deudores, y si es la intención de los reclamantes presentar documentación de apoyo adicional para propósitos de su reclamación.

Kroll tiene que recibir el Formulario de Respuestas para el **18 de abril de 2023** a las **4:00 p.m. (Hora del Atlántico)** a más tardar. Usted puede enviarle su Formulario de Respuesta a Kroll por correo regular o correo electrónico.

**Email**: puertoricoinfo@kroll.com
**Dirección Postal**: Commonwealth of Puerto Rico Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**NO le envíe su Formulario de Respuesta al Tribunal. Si lo hace, el procesamiento del mismo se podría retrasar y usted podría verse impedido de participar en la Vista para Atender Objeciones a las Reclamaciones.**

**Documentación Adicional en Apoyo a su(s) Reclamación(-ones)**. Si desea presentar alguna documentación adicional en apoyo a su reclamación durante la Vista para Atender Objeciones a las Reclamaciones, **tiene** que enviar esa documentación junto con su Formulario de Respuesta.

**Protocolos de Seguridad durante la Vista**. Todo participante y visitante tendrá que seguir el protocolo para vistas y juicios presenciales durante la pandemia del COVID-19 establecido por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Aquí podrá encontrar la información más actualizada sobre estos protocolos de seguridad: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.

3

**Recursos Adicionales y Personas de Contacto para Preguntas**

Si tiene alguna pregunta sobre esta Notificación de Vista, sobre la Vista para Atender Objeciones a las Reclamaciones, o sobre el Formulario de Respuesta, por favor comuníquese con la línea directa de **Kroll** al **(844) 822-9231**.

Todos los documentos radicados en los Casos bajo el Título III, incluyendo copias de las reclamaciones radicadas mediante el sistema de CM/ECF, se encuentran disponibles gratuitamente en línea a través de https://cases.ra.kroll.com/puertorico/. Esta página de internet está a cargo de Kroll e incluye una base de datos donde puede hacer búsquedas de documentos.

Si necesita información adicional sobre su respuesta, su reclamación, esta notificación, o su Formulario de Respuesta, por favor comuníquese con Kroll usando la línea directa del **(844) 822-9231** (sin cargos para EE.UU. y Puerto Rico) o llame al **(646) 486-7944** (para llamadas internacionales), disponible de las 10:00 a.m. a las 7:00 p.m. (Hora del Atlántico) (Disponible en español). Puede enviar cualquier pregunta por correo electrónico también, dirigido a puertoricoinfo@kroll.com. No llame al Tribunal.

**Anejo 1**
**Formulario de Respuesta del Reclamante para efectos de la Vista para Atender Objeciones a las Reclamaciones**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**FORMULARIO DE RESPUESTA PARA RECLAMACIONES QUE HABRÁN DE VENTILARSE DURANTE LA VISTA PARA ATENDER OBJECIONES A LAS RECLAMACIONES**

Kroll debe recibir este formulario para el **18 de abril de 2023** a las **4:00 p.m.** (Hora del Atlántico) a más tardar. Usted puede enviarle este Formulario de Respuesta a Kroll por correo electrónico o correo regular. Si decide enviar el formulario por correo regular, el envío tiene que llegar antes de la fecha límite a la dirección que se indica a continuación.

**Email**: puertoricoinfo@kroll.com.
**Dirección Postal**: Commonwealth of Puerto Rico Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

---

[1] Los Deudores en estos casos bajo el Título III, junto con el número de caso bajo el Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) Autoridad de Edificios Públicos ("AEP" y conjuntamente con el ELA, COFINA, la ACT, SRE y AEE, los "Deudores") (Caso de quiebra No. 19-BK-5523-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (Los casos del Título III aparecen con sus números de Caso de Quiebra debido a las limitaciones del programa de informática).

Número(s) de Reclamación: _____

Reclamante(s): _____

Nombre del Abogado (si tiene uno): _____

Información de Contacto más Efectiva para Comunicarnos con el Reclamante:

Dirección: _____

Número de Teléfono: _____

Dirección de Correo Electrónico: _____

---

**Por favor conteste las siguientes preguntas con un
-Sí *o* No -
Sobre la línea al lado de la pregunta.**

I. <u>Asistencia</u>

_____ Asistiré a la Vista para Atender Objeciones a las Reclamaciones.

_____ No voy a asistir a la Vista para Atender Objeciones a las Reclamaciones.

_____ Favor de cambiar para otra fecha la vista para atender mi reclamación. Estoy pidiendo cambio de fecha porque:
_____

II. <u>Servicios de Interpretación</u>

_____ No necesito un intérprete.

_____ Necesito un intérprete y tengo intenciones de usar al intérprete que proporcionen los Deudores.

_____ Necesito un intérprete y tengo intenciones de traer a mi propio intérprete certificado de inglés-español.

III. <u>Documentos e Información</u>

_____ Estoy adjuntando documentación adicional a este Formulario de Respuesta en apoyo a mi(s) reclamación(-ones)

_____ No tengo documentación adicional que tenga pensado usar en apoyo a mi(s) reclamación(-ones) durante la Vista para Atender Objeciones a las Reclamaciones aparte de lo que ya he incluido junto con mi(s) reclamación(-ones) y lo que ya he radicado con mi respuesta a la Objeción Globalizada [Ómnibus].

---

[Firma del Reclamante o su Representante Autorizado]

Por: _____

[Nombre en letra de molde]

3