UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.*,

    Debtors.

PROMESA
Title III

Case No. 17-BK-4780 (LTS)

---

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Official Committee of Unsecured Creditors (the "Committee")[2] hereby submits this notice of itent to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3296], as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 3294] and respectfully states as follows:

1. **<u>Participant's contact information, including email address, and that of its counsel</u>:**

    <u>Participant's Name</u>: Official Committee of Unsecured Creditors (the "Committee")

    <u>Participant's Address</u>:

    c/o Paul Hastings LLP
    200 Park Avenue
    New York, New York 10166
    Tel: (212) 318-6000

    <u>Names and Addresses of Counsel</u>:

    Luc A. Despins, Esq. (lucdespins@paulhastings.com)
    Pedro A. Jimenez, Esq. (pedrojimenez@paulhastings.com)
    G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)
    Shlomo Maza, Esq. (shlomomaza@paulhastings.com)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 318-6000

    Nicholas A. Bassett, Esq. (nicholasbassett@paulhastings.com)
    PAUL HASTINGS LLP
    2050 M Street NW
    Washington, D.C., 20036
    Telephone: (202) 551-1700

    Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com )
    Israel Fernández Rodríguez, Esq. (ifernandez@cstlawpr.com)
    Juan C. Nieves González, Esq. (jnieves@cstlawpr.com)

---

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

Cristina B. Fernández Niggemann, Esq. (cfernandez@cstlawpr.com)
CASILLAS, SANTIAGO & TORRES LLC
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434

2. **Participant's Claim number and the nature of Participant's Claim:**

Claim Number: Not applicable.[3]

Nature of Claim: Not applicable.[3]

[*Remainder of page intentionally left blank.*]

---

[3] The Committee is the statutorily appointed official committee of unsecured creditors appointed in PREPA's Title III case.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Respectfully submitted

Dated: March 22, 2023
      San Juan, Puerto Rico

/s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc A. Despins, Esq. (Pro Hac Vice)
Pedro A. Jimenez, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

- and -

Nicholas A. Bassett, Esq. (Pro Hac Vice)
2050 M Street NW
Washington, D.C., 20036
(202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433

jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*