## Two Hundred and Thirty-Forth Omnibus Objection

## Exhibit A - No Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACCEPTANCE INDEMNITY INSURANCE COMPANY<br>1314 DOUGLAS ST<br>OMAHA, NE 68102 | 04/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3538 | Undetermined* |
| | Reason: Proof of Claim does not provide a basis for asserting a claim against the Commonwealth of Puerto Rico. | | | | | |
| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts