UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER REGARDING EIGHTH INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO WITH RESPECT TO RESOLUTION
OF PROOFS OF CLAIM PURSUANT TO ALTERNATIVE DISPUTE RESOLUTION PROCEDURES

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the Eighth Informative Motion of the Financial Oversight and Management Board For Puerto Rico With Respect to Resolution of Proofs of Claim Pursuant to Alternative Dispute Resolution Procedures (Docket Entry No. 23831 in Case No. 17-3283 and Docket Entry No. 3345 in Case No. 17-4780) (the "Eighth Informative Motion") filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), requesting the Court approve the stipulations attached hereto as Exhibits 1-A and 1-B (the "Stipulations") on the basis that the parties have agreed to settle the validity and amount of the proofs of claim identified in the column titled "Claim Number" in Exhibit 1 attached hereto, that is the subject of said Stipulations; and it appearing that (i) the Court has subject matter jurisdiction over the Eighth Informative Motion pursuant to section 306(a) of PROMESA; and (ii) venue is proper pursuant to section 307(a) of PROMESA; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Eighth Informative Motion is GRANTED as set forth herein;

2. The Stipulations are hereby approved;

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order;

4. This Order resolves Docket Entry No. Docket Entry No. 23831 in Case No. 17-3283

and Docket Entry No. 3345 in Case No. 17-4780.

SO ORDERED.

Dated: March 23, 2023

                                                                              /s/ Laura Taylor Swain
                                                                             LAURA TAYLOR SWAIN
                                                                             United States District Judge

**Exhibit 1 – Schedule of Resolved Claims**

**Exhibit 1 – Schedule of Resolved Claims**

| Claimant | Claim Number | Debtor(s) | Asserted Claim Amount | Settled Amount | Stipulation Ex. No. |
|---|---|---|---|---|---|
| RODRIGUEZ NIEVES, ORLANDO | 1966 | Commonwealth of Puerto Rico | $20,700.00 | $13,300.00 | 1-A |
| Nieves, Yomaira Caraballo | 58229 | Commonwealth of Puerto Rico | $300,000,000.00 | $10,000.00 | 1-B |