# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Ninetieth Omnibus Objection**

Three Hundred Ninetieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CAMERA MUNDI INC<br>PO BOX 6840<br>CAGUAS, PR 00726-6840 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22733 | $ 8,840.70 |

Reason: Per the books and records of the Commonwealth certified Invoices totaling $8,840.70 were not received and therefore not due and owing per the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COBAS, MARCO A.<br>184 VIA ENRAMADA<br>URB ENTRERIOS<br>TRUJILLO ALTO, PR 00976 | 2/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 534 | $ 1,012.50 |

Reason: Per the books and records of the Commonwealth, a certified invoice was not received and therefore is not due and owing by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COMMUNICATION LEASING LEASING CORPORATION<br>PO BOX 362526<br>SAN JUAN, PR 00936-2565 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28499 | $ 39,034.15 |

Reason: Invoices totaling $37,753.44 were paid via multiple Checks during the period starting 03/09/2017 to 02/07/2018. Remaining asserted liability pertains to an amount of $1,280.71 withheld for taxes and therefore is not due and owing per the asserted Commonwealth agency.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23860 | $ 4,293.21 |

Reason: Invoices totaling $1,198.22 paid via EFT between 05/15/2017 and 6/015/2018; Per the books and records of the Commonwealth, invoices totaling $3,094.99 were associated with amounts that were outside of the approved contract, where no contract was in place or where the invoices were never received and therefore are not due and owing by the Commonwealth agency asserted.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JAUN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49729 | $ 3,348.00 |

Reason: Invoice totaling $1,116.00 was paid via EFT No. 00083613 on 06/13/2018. Per the books and records of the Commonwealth certified invoices totaling $2,232.00 were not received and therefore are not due and owing by the asserted Commonwealth agency.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | JORGENSEN, ROY<br>PO BOX 70<br>BUCHEYSTOWN, MD 21717 | 4/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7648 | $ 22,873.50 |

Reason: Amounts totaling $2,983.00 relate to tax withheld by the Commonwealth agency asserted and is therefore not due and owing. Per the books and records of the Commonwealth, the remaining $19,890.00 is related to certified invoices not received and therefore not recognized as due and owing by the Commonwealth agency.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | MCCANN ERICKSON CORPORATION, SA<br>COLÓN SANTANA & ASOC.<br>315 COLL & TOSTE<br>URB. BALDRICH<br>SAN JUAN, PR 00918 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53762 | $ 96,267.22* |

Reason: Invoices totaling $51,163.25 were paid via multiple Checks/EFT's on 09/07/2018. Per the books and records of the Commonwealth, invoices totaling $45,103.97 were not includes as part of the approved contract.

* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred Ninetieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | MCCANN ERICKSON CORPORATION,SA<br>COLÓN SANTANA & ASOC.<br>315 COLL & TOSTE<br>URB. BALDRICH<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59767 | $ 124,330.02 |
| | Reason: Invoices totaling $39,386.08 were paid via multiple Checks/EFT's during the period of 07/02/2018 and 09/12/2018.  Amounts totaling $84,943.94 associated with invoices not associated with a valid contract and therefore are not recognized as due and owing by the Commonwealth agency asserted. | | | | | |
| 9 | NEGRON FERNANDEZ, JOSE R<br>BUCARE<br>2105 TOPACIO<br>GUAYNABO, PR 00969 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4793 | $ 2,178.04 |
| | Reason: Per the books and records of the Commonwealth, the contract associated with these invoices was cancelled and therefore no amounts are due and owing on behalf of them. | | | | | |
| 10 | WALDEMAR D LOPEZ MATOS DBA LOPEZ TRUCK AND BUS PARTS<br>HC 02 BOX 6745<br>HORMIGUEROS, PR 00660-9715 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27503 | $ 1,124.40 |
| | Reason: Invoices totaling $1,124.40 paid via Check No. 00096147 on 09/18/2018. | | | | | |
| | | | | | TOTAL | $ 303,301.74* |