# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**Court Filing Relates Only to PREPA** |
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>    Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-4780-LTS |

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY
## FOR CONFIRMATION OF PLAN OF ADJUSTMENT

---

* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

The Fuel Line Lenders[1] ("Participant" or "Fuel Line Lenders") hereby submit this notice of intent to participate in discovery for confirmation of the *Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (Dkt. No. 3278 in Case No. 17-4780), as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Dkt. No. 3294 in Case No. 17-4780) and respectfully state as follows:

**1. Participant's contact information, including email address, and that of its counsel:**

**Participant's Name:**

Fuel Line Lenders

**Participant's Address:**
c/o Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Tel.: (212) 403-1000
Fax: (212) 403-2000

**Names and Addresses of Counsel:**
Richard G. Mason (RGMason@wlrk.com)
Amy R. Wolf (ARWolf@wlrk.com)
Emil A. Kleinhaus (EAKleinhaus@wlrk.com)
Angela K. Herring (AKHerring@wlrk.com)
Michael H. Cassel (MHCassel@wlrk.com)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Tel.: (212) 403-1000
Fax: (212) 403-2000

Nayuan Zouairabani (nzt@mcvpr.com)
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel.: (787) 250-5604
Fax: (787) 759-9225

---

[1] As defined in the Fuel Line Lender PSA (Dkt. No. 3297-13 in Case No. 17-4780).

**2. Participant's Claim number and the nature of Participant's Claim:**

    Claim Number: No. 44378

    Nature of Claim: Amounts owing under Fuel Line Facilities.[2]

Dated: March 23, 2023          Respectfully submitted,

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | Emil A. Kleinhaus (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Angela K. Herring (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico 00918 | Michael H. Cassel (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico 00936-4225 | 51 West 52nd Street |
| Telephone: (787) 250-5604 | New York, New York 10019 |
| Facsimile: (787) 759-9225 | Telephone: (212) 403-1000 |
| Email: nzt@mcvpr.com | Facsimile: (212) 403-2000 |
| | Email: rgmason@wlrk.com |
| | arwolf@wlrk.com |
| | eakleinhaus@wlrk.com |
| | akherring@wlrk.com |
| | mhcassel@wlrk.com |

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

---

[2] As defined in the Fuel Line Lender PSA.