IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administrated) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administrated) |

**INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONOMICA DE PUERTO RICO (ICSE) PRELIMINARY LIST OF WITNESSES TO BE OFFERED IN OPPOSITION TO CONFIRMATION OF PLAN OF ADJUSTMENT**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico (ICSE), respectfully submits this Preliminary Fact Witnesses List:

**Debtor's Preliminary Fact Witness List**

1. On March 3, 2023, the Court entered the Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [ECF No. 3305][2] (the "Order"). Under the Order, the Debtor is required "to file a preliminary fact witness list and topics about which each witness will testify" by March 11, 2023. Order ¶ 3, which it did on March 3, 2023 (Docket 23676)

2. In accordance with the Order, the ICSE files its preliminary witnesses list, setting forth an initial list of witnesses who may testify in opposition to the confirmation of the Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority [ECF No. 3296] (as it may be amended, modified, or supplemented, the "Plan")[3] and the topics about which each witness is expected to testify (the "Preliminary Fact Witness List"). ICSE reserves the right to amend the Preliminary Fact Witness List as trial planning proceeds and to: (i) add or remove witnesses; and (ii) modify the topics about which witnesses may testify.

   A. Dr. Ramón Cao, Economist -Dr. Cao will testify on the economic factors underlying the Plan, and why it is not viable in economic terms in the context of the economy of Puerto Rico. An expert witness report will be filed in compliance with the Court Order.

---

[2] Unless otherwise specified, references to the docket are to Case No. 17-BK-04780-LTS.
[3] Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

B. Mr. Ramón Luis Nieves: Mr. Nieves is an expert witness who will testify concerning the non compliance of the Plan with applicable laws 57-2014 and 17-2019 and how the same is incompatible with renewable energy mandates the new technologies and new market developments. An expert witness report will be filed in accordance of the Court Order.

WHEREFORE, the ICSE [Debtor] respectfully requests the Court take notice of the foregoing.

Dated: March 24, 2023.
San Juan, Puerto Rico

Respectfully submitted.

/s/FERNANDO E. AGRAIT

FERNANDO E. AGRAIT
USDC 127212
EDIFICIO CENTRO DE SEGUROS
701 AVENIDA PONCE DE LEON
OFICINA 414
SAN JUAN, PUERTO RICO 00907
TEL. 787-725-3390/3391
FAX 787-724-0353
EMAIL: agraitfe@agraitlawpr.com