IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administrated) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administrated) |

NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY OF CONFIRMATION OF
PREPA'S PLAN OF ADJUSTMENT

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico, hereby submits this notice of intent to participate in discovery as to the confirmation of the *Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* **[ECF No. 23663]**, as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* **[ECF No. 23676]** and respectfully states as follows:

**1. Participant's contact information, including email address, and that of his counsel:**

**Participant's Name:**

**Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico**

**Participant's Address:**

**C/O Jose E. Rossi**
PO Box 195477
SAN JUAN, PR 00919-5477
Tel. 787-653-6300

**Names and Address of Counsel:**

FERNANDO E. AGRAIT
EDIFICIO CENTRO DE SEGUROS
701 AVENIDA PONCE DE LEON
OFICINA 414
SAN JUAN, PUERTO RICO 00907
TEL. 787-725-3390/3391
FAX 787-724-0353
EMAIL: agraitfe@agraitlawpr.com

**2. Participant's Claim Number and the Nature of Participant's Claim:**

Claim Number: N/A

Nature of Claim:

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this __ day of March 2023.

*s/Fernando E. Agrait*
USDC-PR 127212
Edificio Centro de Seguros
701 Avenida Ponce de León
Oficina 414
San Juan, Puerto Rico 00907
Tel. 787-725-3390/3391
Fax: 787-724-0353
E-mail: agraitfe@agraitlawpr.com