IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO.<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor | PROMESA<br>Title III<br><br>No.17-BK-4780-LTS<br><br>(Jointly Administered) |

## OBJECTION TO THE ESTIMATED CLAIM AMOUNT IN EMINENT DOMAIN/INVERSE CONDEMNATION CLAIMS

NOW APPEARS **Miriam Sanchez Lebron**, representing herself (Pro-se) with a postal address, HC-04 Box 4001, Humacao, Puerto Rico 00791-8900 hereby to objects the decision taken in Eminent Domain/inverse condemnation (Class 11). Firstable, we need the same treatment of all the claimants in this PREPA Amended Adjustment Plan. This case has a particularity cause, the development was a **Fraud Scheme** not **Ponzi Scheme**. I am referring to the way they treat us because I don't think this case was evaluated the right way by the Oversight Board. There are some very important points to consider first, like the land assets, the Puerto Rico Electric Power Authority had acquired. These land assets was acquire incorrectly not from the real property's owner for decades for the absolute benefit of the corporation. As

very one knows, an **assets like land** that **don't depreciate** and while the time pass by **this active increase in value.** The financial oversight and management board estimated an amount of $2,437,556 dollars in cash payment. This amount of money doesn't even cover a **full payment with accrued interest** of **one property.** For such reason this does not means that my family has to receive the **surplus** after paying all the debt. My claim **includes more than 68 properties** on hand of the Puerto Rico Electric Power who had have for decades obtaining a big beneficial for the corporation. According to the **United States Court of Appeals for the First Circuit,** case No. **22-1119 order we must receive the (100%) full payment including the accrued interest of all the properties in full satisfaction.**

  Therefore, our claim must be reviewed properly so that they give it us a fair treatment in accordance with the law and the full payment should include all accrued interest's. Since the process must be equitable for all claimants.

  For these reasons I request this Honorable Court to accept our objection to Second Amend Adjustment Plan.

Respectfully submitted:

Date March 20, 2023

*Miriam Sanchez Lebron (Claim No. 17433)*
*HC-04 Box 4001*
*Humacao, Puerto Rico 00791-8900*

*Copy to:* United States Trustee for the District of Puerto Rico
Edificio Ochoa, 500 Tanca Street. Suite 301,
San Juan, Puerto Rico 00901