# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | NO. 17-BK-3283 (LTS) |
| As representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | (Jointly Administered) |

## <u>MOTION REQUESTING DECISION</u>

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COMES NOW** the certified Plaintiffs' Class in case <u>Gladys García Rubiera, etc., v. Hon. Luis G. Fortuño, et al</u>, Civil No. 02-1179 (GAG) represented by counsel Antonio J. Amadeo Murga and respectfully alleges and moves the court to the following:

The present case has been pending for more than 20 years and the Members of the Certified Class, who were deprived of more than $160 million have been unable to receive their money back despite repeated rulings of the Honorable Court.

At this stage, of over million claimants only about 85,000 have filed claims that have been approved but not paid on the grounds that they did not provide their bank account and routing numbers to the Secretary of the Treasury, which was never required and not properly informed of.

The case has been submitted to the Honorable Court since August 10, 2022. *See*, Docket #21807, #21753, #21744, #21704, #21696, #21563, and #21562. We feel it is our duty, as the remaining attorney[1]  for the certified Plaintiffs' Class, to respectfully request the Honorable Court to issue its ruling.

---

[1] Co-counsel Mario M. Oronoz passed away recently. Appearing counsel has virtually this case as his only pending litigation and ready to retire after 64 years of practice.

We are cognizant of the heavy and voluminous burden that the Honorable Court has on its hands with the PROMESA litigation, but as in this case, justice has been terribly delayed, we believe that a final prompt ruling on this matter will repair some of the damage done and bring closure to this litigation.

## RESPECTFULLY SUBMITTED

## CERTIFICATE OF SERVICE

I hereby certify that, on March 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, March 28, 2023.

*s/Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
605 Condado Ave.
Suite 518
San Juan, PR 00907
Tel. (787)764-0893
Tel: 787-403-4333
ajamadeo@gmail.com