UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

-------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br>No. 17-BK-4780-LTS<br>(Jointly Administered) |

-------------------------------------------------------x

**[Response to Docket #23661, 23676, in Case No. 17-3283, #3294, #3305, #3306 in Case No. 17-4780]**

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATING TO CONFIRMATION OF PREPA – PUERTO RICO ELECTRIC POWER AUTHORITY – PLAN OF ADJUSTMENT**

    Peter C. Hein, an individual bondholder, hereby submits this Notice of Intent to Participate in Discovery relating to Confirmation of the Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority [Case No. 17-4780, ECF No. 3296], as

1

may be amended, modified, or supplemented, pursuant to the Court's Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [Case No. 17-4780, ECF No. 3305]. I understand this Notice is required even to have access to the plan depository.

1. Participant's contact information including email address:

    Participant's Name: Peter C. Hein

    Participant's Address: 101 Central Park West, Apt. 14E, New York, NY 10023

    Participant's Email Address: Petercheinsr@gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

    Claim Number: U.S. Bank as Trustee submitted one or more master claims on behalf of all PREPA bondholders, including me, including Claim No. 18449 submitted on May 21, 2018. I had previously submitted Claim No. 10703 on May 4, 2018, which Debtor asserted is duplicative of the Trustee's master claim.

    Nature of Claim: Claims include those referenced in and related to the above claims

March 29, 2023

                                       Respectfully Submitted,

                                       /s/ Peter C. Hein
                                       Peter C. Hein, pro se
                                       101 Central Park West, Apt. 14E
                                       New York, NY 10023
                                       917-539-8487
                                       petercheinsr@gmail.com

**Certificate of Service**

I, Peter C. Hein, certify that I have caused the foregoing Notice of Intent to Participate in Discovery relating to confirmation of PREPA – Puerto Rico Electric Power Authority – Plan of Adjustment to be served via the Court's CM/ECF system.

Dated: March 29, 2023

/s/ Peter C. Hein
Peter C. Hein