UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT UNOPPOSED MOTION FOR EXTENSION OF
DEADLINES REGARDING EMPRESAS OMAJEDE'S MOTION FOR
ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Urgent Unopposed Motion for Extension of Deadlines Regarding Empresas Omajede's Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 23887 in Case No 17-3283) (the "Urgent Motion");[2] and the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

having found it has subject-matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appears that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found the Oversight Board provided adequate and appropriate notice of the Urgent Motion under the circumstances and no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for the granting of the relief as set forth herein; it is hereby

ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.
2. The Scheduling Order shall be modified as provided herein.
3. The following briefing schedule shall apply:
    a. The deadline for parties to file responsive papers to the Motion shall be **April 19, 2023**, at **5:00 p.m. (Atlantic Standard Time)**.
    b. The deadline for Movants to file a reply to all oppositions and responses shall be **April 26, 2023**, at **5:00 p.m. (Atlantic Standard Time)**.
4. The Court will thereafter take the Motion on submission.
5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.
6. This Order resolves Docket Entry No. 23887 in Case No 17-3283.

SO ORDERED.

Dated: March 30, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge