UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING PLAINTIFF BLANCA IRIS MARRERO'S
MOTION FOR BRIEF EXTENSION OF TIME TO FILE AGREEMENT WITH DEBTORS

    The Court has received and reviewed *Plaintiff Blanca Marrero's Motion for Brief Extension of Time to File Agreement with Debtors* (Docket Entry No. 23889 in Case No. 17-3283) (the "Extension Motion"), filed by Blanca Iris Marrero ("Movant").

    The Motion requests an extension of time to finalize a stipulation resolving Movant's motion seeking allowance of an administrative expense claim (Docket Entry No. 21192 in Case No. 17-3283) (the "Motion"). However, the Financial Oversight and Management Board for Puerto Rico filed a stipulation resolving the Motion on March 29, 2023 (Docket Entry No. 23884 in Case No. 17-3283), and the Court so-ordered the stipulation on that same day. (Docket Entry No. 23886 in Case No. 17-3283.) Accordingly, the Motion has been resolved and the Extension Motion is hereby denied as moot.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 23889 in Case No. 17-3283.

SO ORDERED.

Dated: March 30, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge