## **Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to PREPA. |

### ORDER GRANTING FIVE HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO DUPLICATE CLAIMS

Upon the *Five Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims* (the "Five Hundred Fifty-Eighth Omnibus Objection")[2] of the Puerto Rico Electric Power Authority ("PREPA"), dated December 16, 2022, for entry of an order disallowing certain claims filed against PREPA, as more fully set forth in the Five Hundred Fifty-Eighth Omnibus Objection and supporting exhibits thereto; and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Fifty-Eighth Omnibus Objection.

the Court having jurisdiction to consider the Five Hundred Fifty-Eighth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Fifty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Five Hundred Fifty-Eighth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Five Hundred Fifty-Eighth Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Fifty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Fifty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that this Order resolves Docket Entry No. 23093 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fifty-Eighth Omnibus Objection**

# FIVE HUNDRED FIFTY EIGHTH OMNIBUS OBJECTION
## Exhibit A – Duplicate Liabilities

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BANKRUPTCY ESTATE OF PMC MARKETING CORP. BANK. CASE NO. 09-02048 NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE PMB 136 400 CALLE JUAN CALAF SAN JUAN, PR 00918 | 5/2/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10198 | $1,154,734.06 | PMC MARKETING CORP. ATTN: RAFAEL A. GONZALEZ VALIENTE GODREAU & GONZALEZ LAW P.O. BOX 9024176 SAN JUAN, PR 00902-4176 | 5/24/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 166452 | $1,154,734.06 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | BLUE BEETLE III, LLC C/O ELAM LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 8/31/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 180510 | $160,121,820.08 | BLUUE BEETLE III, LLC C/O ELAM LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 8/31/2022 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 180509 | $160,121,820.08 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | RODRIGUEZ LABOY, ANDRES HC-65 BOX 6395 PATILLAS, PR 00723 | 5/11/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 10752 | $10,000.00 | LABOY, ANDRES RODRIGUEZ PO BOX 201 ARROYO, PR 00714 | 6/6/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 60575 | $10,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | YFN YABUCOA SOLAR LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 10/20/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179661 | $155,814,657.86 | YFN YABUCOA SOLAR LLC C/O ISMAEL H. HERRERO III, ESQ. P.O. BOX 362159 SAN JUAN, PR 00936 | 10/20/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY 17-03283 | 179660 | $155,814,657.86 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.