**Exhibit A**

**Proposed Order**

Case:17-03283-LTS Doc#:23899-1 Filed:03/30/23 Entered:03/30/23 15:54:50 Desc: Exhibit A Page 1 of 18

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING FIVE HUNDRED FIFTY-NINTH
OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF
PUERTO RICO TO DUPLICATE CLAIMS**

Upon the *Five Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims* (the "Five Hundred Fifty-Ninth Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Objecting Debtor"), dated January 27, 2023, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Five Hundred Fifty-Ninth Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Fifty-Ninth Omnibus Objection.

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Fifty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Fifty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A to the Five Hundred Fifty-Ninth Omnibus Objection (collectively, the "Claims to Be Disallowed") being duplicative of the claims identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Five Hundred Fifty-Ninth Omnibus Objection is in the best interests of the Commonwealth, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Fifty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Fifty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Kroll is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Commonwealth Title III Case; and it is further;

ORDERED that this Order resolves Docket Entry No. 23422 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Fifty-Ninth Omnibus Objection**

# Five Hundred Fifty-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 1 | ABRIL LEON, WANDA I<br>PO BOX 764<br>GUAYNABO, PR 00970-0764 | 06/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84128 | $55,460.65 | ABRIL LEON, WANDA I.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10440 | $47,656.42 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #84128 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AGOSTO MALDONADO, NILDA A<br>CALLE 523 BLAQUE QE 20<br>COUNTRY CLUB<br>CAROLINA, PR 00982 | 05/31/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58605 | Undetermined* | AGOSTO MALDONADO, NILDA A<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9421 | $94,736.96 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #58605 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ALLERS-NIEVES, LUIS ANTONIO<br>CALLE MELODIA 3413<br>ISABELA, PR 00662 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 43128 | $20,000.00* | NIEVES, LUIS ALERS<br>BO BEJUCO<br>3413 CALLE MELODIA<br>ISABELA, PR 00662-5302 | 03/14/18 | 17 BK 03566-LTS<br>Commonwealth of Puerto Rico | 2849 | $48,910.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | ARZUAGA ROSA, PAULA<br>PO BOX 1283 PMB 133<br>SAN LORENZO, PR 00754-1283 | 05/09/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14629 | $32,916.00 | ARZUAGA ROSA, PAULA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10887 | $48,493.63 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #14629 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CABALLERO MAYSONET, MYRNA R.<br>RR 1 BOX 11646<br>MANATI, PR 00674-9714 | 05/30/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 94679 | $40,000.00* | CABALLERO MAYSONET, MYRNA R.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10695 | $85,849.53 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #94679 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CABEZA HERNANDEZ, ANGEL<br>CALLE 17 W-14<br>SAN SOUCI<br>BAYAMON, PR 00957 | 05/17/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17166 | Undetermined* | CABEZA HERNANDEZ, ANGEL L<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 04/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9213 | $36,889.57 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #17166 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

2

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | CARDONA SANTANA, GAMALIEL<br>VILLA LINARES<br>K2 CALLE 16<br>VEGA ALTA, PR 00692-6630 | 06/13/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64911 | $10,000.00* | CARDONA SANTANA, GAMALIER<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10685 | $100,110.76 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #64911 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CARRILLO FIGUEROA, ELIZABETH<br>B-1 CALLE 3 VILLA NUEVA<br>CAGUAS, PR 00727-6960 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 22631 | $7,459.36 | CARRILLO FIGUEROA, ELIZABETH<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10364 | $36,745.65 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #22631 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CARRION CEDENO, MARGARITA<br>P.O. BOX 515<br>GURABO, PR 00778 | 05/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 21684 | Undetermined* | CARRION CEDENO, MARGARITA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11131 | $82,205.67 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #21684 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | CHEVERE FRAGUADA, ZORAIDA JARD DE COUNTRY CLUB R1 CALLE 12 CAROLINA, PR 00983-1759 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 20773 | $35,000.00* | CHEVERE FRASUADA, ZORAIDA CALLE 12 R-1 JARDINES DE COUNTRY CLUB CAROLINA, PR 00983 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 24315 | $35,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #20773 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | DIAZ MEDINA, LOURDES T URB VILLA CAROLINA 389 CALLE 34 CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42683 | Undetermined* | DIAZ MEDINA, LOURDES T. URB. VILLA CAROLINA 38-9 CALLE 34 CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 35306 | $56,022.64* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #42683 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | DIAZ RAMOS, JOSE URB SANTA JUANA 2 A26 CALLE 3 CAGUAS, PR 00725-2008 | 04/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8362 | $35,643.80 | DIAZ RAMOS, JOSE G IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11329 | $80,318.55 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #8362 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | FERNANDEZ HERNANDEZ, ISIDRO<br>PO BOX 453<br>AGUAS BUENAS, PR 00703-0453 | 05/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25213 | Undetermined* | FERNANDEZ HERNANDEZ, ISIDRO<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10706 | $64,864.08 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #25213 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 14 | FIGUEROA RESTO, IRAIDA<br>45 ANDROMEDAS<br>URB LOS ANGELES<br>CAROLINA, PR 00979 | 05/23/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19238 | $78,000.00* | FIGUEROA RESTO, IRAIDA<br>45 CALLE ANDROMEDAS<br>URB LOS ANGELES<br>CAROLINA, PR 00979-1746 | 05/30/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 45016 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #19238 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 15 | HERNANDEZ MENDOZA, ZORAIDA<br>STA JUANITA AS 4<br>CALLE 28<br>BAYAMON, PR 00956 | 05/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28066 | Undetermined* | HERNANDEZ MENDOZA, ZORAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10020 | $50,929.69 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #28066 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

5

## Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | MARTINEZ SANCHEZ, ANA I<br>URB RIO HONDO 2<br>AL22 CALLE RIO LAJAS<br>BAYAMON, PR 00961-3241 | 05/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34427 | $39,000.00* | MARTINEZ SANCHEZ, ANA L<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11259 | $57,456.36 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #34427 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 17 | MATIAS NIEVES, LAURA<br>URB SABANERA<br>120 CAMINO DE LAS TRINITARIAS<br>CIDRA, PR 00739-9470 | 05/18/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17276 | $216,918.81 | MATIAS NIEVES, LAURA E<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10853 | $164,182.19 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #17276 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 18 | MERCED DIAZ, ANA M<br>URB. SANTA JUANA 2<br>B20 CALLE 4<br>CAGUAS, PR 00725 | 05/04/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12816 | Undetermined* | MERCED DIAZ, ANA M.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 11120 | $60,727.11 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #12816 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

6

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | MONTANEZ PARRILLA, YOLANDA URB. BAIROA PARK 2K-24 CALLE CELESTINO SOLA CAGUAS, PR 00727-1819 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31651 | $24,791.00 | MONTANEZ PARRILLA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12146 | $95,101.15 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #31651 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | MUNDO RODRIGUEZ, FAUSTO URB IDAMARIS GDNS N7 CALLE WILLIAM SANTIAGO CAGUAS, PR 00727-5706 | 04/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9100 | $14,737.50 | MUNDO RODRIGUEZ, FAUSTO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10998 | $75,384.67 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #9100 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25494 | $60,000.00* | NAVEDO CONCEPCION, ANA GLORIA CALLE AGUILA C3, LA ALTAGRACIA TOA BAJA, PR 00949 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 48603 | $80,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #25494 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | OQUENDO GONZALEZ, NILDA P O BOX 580 CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 139500 | Undetermined* | OQUENDO GONZALEZ, NILDA PO BOX 580 CAROLINA, PR 00986 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 146120 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 23 | OQUENDO ISALES, LOURDES CALLE 2 BOX 233 VILLAS DORADAS G22 CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 28071 | Undetermined* | OQUENDO ISALES, LOURDES CALLE 2 BOX 233, VILLAS DORADOS CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 25802 | Undetermined* |
| | Reason: Underlying litigation liabilities asserted on the Claim to be Disallowed are duplicative of the underlying litigation liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | PASTOR FLORES, ARTURO E. URB VEREDAS 318 CAMINO DE LAS TRINITARIAS GURABO, PR 00778-9686 | 05/23/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 31302 | Undetermined* | PASTOR FLORES, ARTURO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11272 | $61,905.03 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #31302 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |
| 25 | REYES RODRIGUEZ, OSVALDO JDNS DE CAPARRA D 1 CALLE 1 BAYAMON, PR 00959 | 05/09/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12767 | $73,808.00 | REYES RODRIGUEZ, OSVALDO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11293 | $165,405.73 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #12767 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS B3 CALLE B<br>GURABO, PR 00778-2733 | 05/03/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13157 | Undetermined* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11274 | $104,747.82 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #13157 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | RIVERA MARTINEZ, BETZAIDA<br>PARQ LAS AMERICAS B3 CALLE B<br>GURABO, PR 00778-2733 | 05/07/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 167752 | Undetermined* | RIVERA MARTINEZ, BETZAIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11274 | $104,747.82 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #167752 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA MORALES, EVELYN<br>HC-03 BOX 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11348 | $120,294.93 | RAMOS GOMEZ, JOSE C<br>HC-03 15568<br>AGUAS BUENAS, PR 00703 | 05/03/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10690 | $120,294.93* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | RIVERA RIVERA, YOLANDA<br>COND PASEO LAS CUMBRES<br>345 CARR 850 APT 117<br>TRUJILLO ALTO, PR 00976-3434 | 05/07/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10792 | Undetermined* | RIVERA RIVERA, YOLANDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10898 | $96,785.35 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #10792 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ FUENTES, NILDA<br>ALTURAS DE RIO GRANDE<br>K481 CALLE 10<br>RIO GRANDE, PR 00745-3334 | 05/21/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29278 | $17,277.43* | RODRIGUEZ FUENTES, NILDA E<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12009 | $19,513.20 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #29278 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO RIVERA, CARMEN HAYDEE<br>URB ELEONOR ROOSEVELT 413<br>CALLE ENRIQUE AMADEO<br>HATO REY, PR 00918 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143354 | $50,000.00* | CARMEN HAYDEE ROSARIO RIVERA (VIUDA DE MIGUEL A. ZAYAS ALVAREZ)<br>413 CALLE ENRIQ. AMADEO<br>SAN JUAN, PR 00918 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 122011 | $50,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #143354 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

### Five Hundred Fifty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 32 | SANCHEZ CABEZUDO, CARMEN A VILLA BLANCA V38 CALLE CRISOLITA CAGUAS, PR 00725-1915 | 04/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11804 | $35,040.00 | SANCHEZ CABEZUDO, CARMEN A IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12789 | $132,735.52 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #11804 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | SANCHEZ SANCHEZ, MARIA N. PO BOX 8054 CAGUAS, PR 00726 | 06/01/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 58586 | Undetermined* | SANCHEZ SANCHEZ, MARIA N IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11995 | $111,430.40 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #58586 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | SANTIAGO DIAZ, EVELYN MARIA ELENA SANTIAGO DIAZ VILLA FONTANA VIA 3 2LR621 CAROLINA, PR 00983 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 39906 | $45,000.00 | SANTIAGO DIAZ, EVELYN IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9327 | $60,783.06 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #39906 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 35 | SKYTEC INC 500 ROAD 869 SUITE 501 CANTANO, PR 00962-2011 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 20238 | $68,611.25 | SKYTEC INC. 500 ROAD 869, SUITE 501 CATANO, PR 00962-2011 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 22115 | $68,611.25 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | TORRES ROSARIO, LOURDES PMB 170 RR 5 BOX 4999 BAYAMON, PR 00956 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32233 | Undetermined* | TORRES ROSARIO, LOURDES IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11977 | $26,580.57 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
Claim #32233 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | TRICOCHE JESUS, LUZ N. URB RIO GRANDE EST 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745-5222 | 05/08/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13143 | Undetermined* | TRICOCHE DE JESUS, LUZ N. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9201 | $50,701.59 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
Claim #13143 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 38 | VELEZ BONILLA, ROSA<br>VILLA BLANCA<br>15 CALLE JASPE<br>CAGUAS, PR<br>00725-1924 | 05/24/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27602 | $60,000.00* | VELEZ BONILLA, ROSA ENEIDA<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR<br>00902-1828 | 05/09/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 12232 | $107,162.94 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #27602 also contained on Exhibit A to the 337th Omnibus Claims Objection and the 345th Omnibus Claims Objection for Claims to Be Reclassified.

| 39 | VERGE HERNANDEZ, ENRIQUE<br>URB. VILLA CAROLINA CALLE<br>166-2 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 17708 | Undetermined* | VERGE HERNANDEZ, ENRIQUE<br>VILLA CAROLINA 4TA EXT<br>2 BLOQ 166 CALLE 419<br>CAROLINA, PR 00985 | 05/21/18 | 17 BK 03566-LTS<br>Commonwealth of Puerto Rico | 17745 | Undetermined* |

Reason: Underlying litigation liabilities asserted on the Claim to be Disallowed are duplicative of the underlying litigation liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

13