**Exhibit A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth and ERS. |

### ORDER GRANTING FIVE HUNDRED SIXTIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE OBJECTING DEBTORS ARE NOT LIABLE

Upon the *Five Hundred Sixtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Objecting Debtors are Not Liable* (the "Five Hundred Sixtieth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and with the Commonwealth, "Objecting Debtors"), dated January 27, 2023, for entry of an order disallowing in their entirety certain claims filed against the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Five Hundred Sixtieth Omnibus Objection.

Objecting Debtors, as more fully set forth in the Five Hundred Sixtieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Sixtieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Sixtieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Disallowed" in <u>Exhibit A</u> to the Five Hundred Sixtieth Omnibus Objection (collectively, the "<u>Claims to Be Disallowed</u>") having been found to be claims for which the Commonwealth and/or ERS are not liable; and the Court having determined that the relief sought in the Five Hundred Sixtieth Omnibus Objection is in the best interest of the Objecting Debtors, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Sixtieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Sixtieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be Disallowed as expunged on the official claims registry in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 23423 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Sixtieth Omnibus Objection**

## Five Hundred Sixtieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19589 | $139,968.58 |

Reason: Information provided states that the claim is related to case SJ2020CV06210, which was withdrawn by the creditor on 02/25/2022.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BATISTA SERRANO, ENID M.<br>HC-01 BOX 1070-M<br>ARECIBO, PR 00612 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126174 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

Claim #126174 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CAPPA DELGADO, NANCY<br>P.O. BOX 336433<br>PONCE, PR 00733-6433 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74612 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COLON MALDONADO, CARMEN G<br>CALLE 3 H-3 FOREST HILL<br>BAYAMON, PR 00959 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80160 | $3,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD<br>SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20364 | $1,500.00* |

Reason: Proof of claim purports to assert liability on the basis of case number ISCI-2015-1067, but the case has since been withdrawn by the claimant and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Sixtieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24242 | $8,038.90 |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | DAT@ACCESS COMUNICATIONS INC.<br>HÉCTOR FIGUEROA-VINCENTY<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34656 | $63,000.00 |

Reason: Invoice(s) totaling $15,750.00 were paid via EFT 00048329 on 08/14/2017. Additionally, proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $47,250.00 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | GUZMAN CORTES, CARMEN<br>BO MORA GUERRERO<br>BUZON 289 CALLE 7<br>ISABELA, PR 00662 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115088 | $2,400.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | LOPEZ RIVERA, MARIA DEL C.<br>APARTADO 957<br>VILLALBA, PR 00766 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94315 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixtieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MENDEZ PEREZ, GEORGINA<br>URB COLINAS<br>G 4 CALLE 6<br>YAUCO, PR 00698 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150864 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ORTIZ ORTIZ, MARGARITA R<br>RR 2 BOX 7104<br>GUAYAMA, PR 00784 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147932 | $12,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PEREZ RODRIGUEZ, MARIBEL<br>PUEBLO NUEVO C # 22<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81136 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | PEREZ TORRES, ELIZABETH<br>URB. SANTA ELEANA 2<br>B-16 CALLE ORIQUIDEA<br>GUAYANILLA, PR 00656 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93765 | $10,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ROBLES RODRIGUEZ, CARLOS LUIS<br>BO LOS CROABAS CARR 987<br>HC67 BOX 21591<br>FAJARDO, PR 00738 | 09/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170820 | $13,800.00 |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2003-00282, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixtieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ROBLES RODRIGUEZ, RODOLFO<br>HC 67 BOX 21591<br>BO LAS CROABAS CARR 987<br>FAJARDO, PR 00738-9499 | 09/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170834 | $16,200.00 |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2003-00282, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ LEON, RUTH I<br>6602 DOREL STREET<br>PHILADELPHIA, PA 19142 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73329 | $11,498.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RODRIGUEZ RAMOS, ISMAEL<br>6 NOBLEZA V. ESPERANZA<br>CAGUAS, PR 00727 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63539 | $8,594.09* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | ROSADO MORALES, AYMEE DEL C.<br>YADIRA ADORNO DELGADO<br>1605 AVE. PONCE DE LEON STE 600<br>SAN JUAN, PR 00909 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46213 | $1,350,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FBCI-2010-01417, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | TOLEDO TORRES, JULYSBETTE D.<br>PO BOX 1989<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65152 | $1,500.00 |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Sixtieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | TORRES ROSADO, JULIO<br>PO BOX 100 43 CIDRA, PUERTO RICO 00739<br>CIDRA, PR 00739 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54400 | $12,375.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | URBINA REYES, GLORIMAR<br>URB L'ANTIGUA CALLE 4 VIA PARIS LH-105<br>TRUJILLO ALTO, PR 00976 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18424 | $61,000.00* |

Reason: Proof of claim purports to assert liability on the basis of an arbitration proceeding against the Commonwealth regarding accrued but unpaid wages and/or pension, but the administrative case is closed, and no amounts were owed as part of the resolution. Additionally, Proof of Claim asserts liability on the basis of a tax refund. The records of the Department of Treasury show such refund has been paid in full.

| | | | | | TOTAL | $1,714,874.57* |

*Indicates claim contains unliquidated and/or undetermined amounts