**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>             Debtors.[1] | PROMESA <br> Title III <br> No. 17-BK-3283-LTS <br> (Jointly Administered) <br><br> **This filing relates to the Commonwealth.** |

**ORDER GRANTING FIVE HUNDRED SIXTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNLIQUIDATED CLAIMS**

Upon the *Five Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims* (the "Five Hundred Sixty-Third Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth" or the "Objecting Debtor"), dated January 27, 2023, for entry of an order liquidating and allowing certain claims filed against the Objecting Debtor, as more fully set forth in the Five Hundred Sixty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixty-Third Omnibus Objection.

the Five Hundred Sixty-Third Omnibus Objection and to grant the relief requested therein pursuant

to PROMESA Section 306(a); and venue being proper pursuant to PROMESA Section 307(a); and

due and proper notice of the Five Hundred Sixty-Third Omnibus Objection having been provided

to those parties identified therein, and no other or further notice being required; and the Court

having determined that the claims identified in **Exhibit A** to the Five Hundred Sixty-Third

Omnibus Objection (the "Unliquidated Claims") should be liquidated and allowed; and the Court

having determined that the relief sought in the Five Hundred Sixty-Third Omnibus Objection is in

the best interest of the Objecting Debtor, its creditors, and all the parties in interest; and the Court

having determined that the legal and factual bases set forth in the Five Hundred Sixty-Third

Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Sixty-Third Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the Unliquidated Claims are liquidated and allowed in the amounts

identified in the columns titled "Modified and Allowed" in **Exhibit A** to the Five Hundred Sixty-

Third Omnibus Objection; and it is further

ORDERED that Kroll is authorized and directed to designate the Unliquidated

Claims as liquidated and allowed on the official claims registry in the Title III cases; and it is

further

ORDERED that this Order resolves Docket Entry No. 23425 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Five Hundred Sixty-Third Omnibus Objection**

Five Hundred Sixty-Third Omnibus Objection

**Exhibit A - Unliquidated Claims**

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | **ASSERTED** | | | **MODIFIED AND ALLOWED** | | |
| 1 | ANAYA VEGA, FRANCISCO LCDO. IVAN MONTALVO CALLE B D-1 URB. REPARTO MONTELLANO CAYEY, PR 00736 | 2841 | Commonwealth of Puerto Rico | Unsecured | $10,500.00* | Commonwealth of Puerto Rico | Unsecured | $10,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,500.00 for the Claim, such amount fully liquidates the Claim.

| 2 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROADE SUITE 420 LAKE WORTH, FL 33467 | 103366 | Commonwealth of Puerto Rico | Unsecured | $13,909.45* | Commonwealth of Puerto Rico | Unsecured | $13,909.45 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,909.45 for the Claim, such amount fully liquidates the Claim.

| 3 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 21013 | Commonwealth of Puerto Rico | Unsecured | $457.69* | Commonwealth of Puerto Rico | Unsecured | $457.69 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $457.69 for the Claim, such amount fully liquidates the Claim.

Five Hundred Sixty-Third Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 25632 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD, SUITE 420 LAKE WORTH, FL 33467 | 88557 | Commonwealth of Puerto Rico | Unsecured | $504.98* | Commonwealth of Puerto Rico | Unsecured | $504.98 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $504.98 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CRUZ LÓPEZ, JOSÉ ANTONIO ALICE AGOSTO HERNANDEZ PMB 333 BOX 607071 BAYAMÓN, PR 00960-7071 | 139959 | Commonwealth of Puerto Rico | Unsecured | $5,800.00* | Commonwealth of Puerto Rico | Unsecured | $5,800.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,800.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Third Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | ESQUILIN CRUZ, ANTONIO C/O LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 82039 | Commonwealth of Puerto Rico | Unsecured | $8,000.00* | Commonwealth of Puerto Rico | Unsecured | $8,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | ESQUILIN GARCIA, ANTONIO JOSE LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 162421 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | ESQUILIN GARCIA, SADI LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83108 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | ESQUILLIN GARCIA, CARLOS IVAN LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 83307 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

Five Hundred Sixty-Third Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | LOAITZA ANAIS ESQUILIN GARCIA Y OTROS LUIS LUGO EMMANUELLI PO BOX 34 FAJARDO, PR 00738 | 76008 | Commonwealth of Puerto Rico | Unsecured | $51,000.00* | Commonwealth of Puerto Rico | Unsecured | $51,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $51,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ORTIZ GARCIA, PEDRO A LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 76548 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts