## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| CASE ADMINISTRATION/MISCELLANEOUS | 51.90 | 16,175.00 |
| CHALLENGES TO PROMESA | 0.00 | 0.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 27.30 | 8,162.50 |
| COMMUNICATIONS WITH RETIREES | 8.50 | 2,212.50 |
| CONTESTED MATTERS | 22.70 | 8,512.50 |
| COURT HEARINGS | 10.70 | 4,012.50 |
| DISCOVERY MATTERS | 0.00 | 0.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 40.80 | 12,900.00 |
| ERS/TRS/JRS MATTERS | 0.00 | 0.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 22.30 | 8,175.00 |
| GO BOND ISSUES | 0.00 | 0.00 |
| MEDIATION | 0.00 | 0.00 |
| NON-WORKING TRAVEL TIME | 0.00 | 0.00 |
| PENSION ANALYSIS | 0.00 | 0.00 |
| PREPA | 24.10 | 9,037.50 |
| **TOTAL** | **208.30** | **$69,187.50** |