**Exhibit D**

**Budget and Staffing Plan**

**Exhibit D-1**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | June 2021 | | July 2021 | | August 2021 | | September 2021 | | October 2021 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0007 | PROMESA TITLE III: ERS | $ 2,001.90 | $ 5,000.00 | $ 3,409.80 | $ 5,000.00 | $ 1,309.50 | $ 5,000.00 | $ - | $ 5,000.00 | $ 1,484.10 | $ 2,000.00 |
| 33260.0048 | ERS TITLE III - MISCELLANEOUS | $ - | $ - | $ 5,288.60 | $ 5,000.00 | $ 8,615.30 | $ 10,000.00 | $ - | $ - | $ - | $ - |
| **ERS TOTAL** | | **$ 2,001.90** | **$ 5,000.00** | **$ 8,698.40** | **$ 10,000.00** | **$ 9,924.80** | **$ 15,000.00** | **$ -** | **$ 5,000.00** | **$ 1,484.10** | **$ 2,000.00** |
| **ESTIMATED FEES Compensation Period (June 2021 - October 2021) TOTAL:** | | | | | | | | | | | **$37,000.00** |
| **ACTUAL FEES Compensation Period (June 2021 - October 2021) TOTAL:** | | | | | | | | | | | **$22,109.20** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | | | **40.2% below budget** |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period[1]**

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partners | 8 | $853 |
| Senior Counsel | 6 | $853 |
| Associates | 8 | $853 |
| e-Discovery Attorneys | 5 | $421 |
| Paraprofessionals | 7 | $291 |
| **Total:** | **34** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 10, and thus 24 fewer than anticipated.

[2] Attorney Practice Groups: BSGR&B, Litigation, and Corporate.

[3] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2021, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $853 per hour, for e-discovery attorneys of $421 per hour, and for paraprofessionals of $291 per hour. Rates have not increased during this Compensation Period.