UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

I, Christian Rivera, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the 30th ADR Claimants Service List attached as **Exhibit A**:

- Thirtieth Notice of Transfer of Claims to Alternative Dispute Resolution
  [Docket No. 23787]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: March 16, 2023

*/s/ Christian Rivera*
Christian Rivera

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 16, 2023, by Christian Rivera, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

2

SRF 67908

**Exhibit A**

Exhibit A
30th ADR Claimants Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2312699 | ACEVEDO VAZQUEZ, ALBA | CONDVALENCIA SUITE | APT B5 322 CBADAJOZ | | | SAN JUAN | PR | 00923 | acevedoalba25@gmail.com | First Class Mail and Email |
| 3006565 | ALVAREZ MATTA, CARL | COND TORRES ALTA 274 | CALLE MEJICO APT 204 | | | SAN JUAN | PR | 00918 | caam2005@yahoo.com | First Class Mail and Email |
| 2903900 | ARIZMENDI CARDONA V ELA, NORMAN L | 3699 PONCE BY PASS INST. MEDIANA SEG. PONCE 1,000 | | | | PONCE | PR | 00728-1500 | | First Class Mail |
| 2903898 | ARIZMENDI CARDONA V ELA, NORMAN L | MARILYN CARDONA PAGAN | SECTOR GUANIQUILLA, BUYE | HC BOX 13616 | | CABO ROJO | PR | 00623 | | First Class Mail |
| 490161 | ARIZMENDI CARDONA V ELA, NORMAN L | SR. NORMAN L. ARIZMENDI CARDONA | INSTITUCIÓN MÁXIMA SEGURIDAD | SECCIÓN NARANJA A5-5011 3793 | Ponce BY PASS | PONCE | PR | 00728-1504 | | First Class Mail |
| 3604884 | AT&T Corp. | Norton Rose Fulbright US LLP | David A. Rosenzweig | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | david.rosenzweig@nortonrosefulbright.com | First Class Mail and Email |
| 3189575 | AT&T Corp. | C. Nicole Gladden Matthews, Esq | Assistant Vice President - Senior Legal Counsel | 15 E. Midland Avenue | | Paramus | NJ | 07652 | gn235y@att.com | First Class Mail and Email |
| 558786 | BAEZ ELIEZER, SANTANA | CARYMAR PÉREZ CINTRÓN | PO BOX 462 | | | COROZAL | PR | 00783 | carymarp@yahoo.com | First Class Mail and Email |
| 4311788 | Baxter Sales and Distribution Puerto Rico Corp. | c/o Winston Mendez-Silvagnoli | P.O. Box 360002 | | | San Juan | PR | 00919 | carlos_velez@baxter.com; winston_mendez@baxter.com | First Class Mail and Email |
| 4311965 | Baxter Sales and Distribution Puerto Rico Corp. | Carlos Velez | Caribbean Sales Manager-Baxter | Rexco Industrial Park #200 B Street | | Guaynabo | PR | 00968 | | First Class Mail |
| 29056 | CABELLO ACOSTA, WILMARIE | 529 BLQ. 200 #10 | VILLA CAROLINA | | | CAROLINA | PR | 00985 | cabellowilmarie@hotmail.com | First Class Mail and Email |
| 3650692 | CALIXTO RODRIGUEZ, Guillermo | APARTADO 130 | | | | PATILLAS | PR | 00723 | junitoal@prte.net | First Class Mail and Email |
| 3941211 | CALIXTO RODRIGUEZ, Guillermo | Bo Tueaboa,Cant.#3,KM 191.4 | | | | PATILLAS | PR | 00723 | | First Class Mail |
| 1220007 | CARO MORENO, CARELYN | HC 8 BOX 25025 | | | | AGUADILLA | PR | 00603 | carelyncr@yahoo.com | First Class Mail and Email |
| 2425234 | Centeno Ortega, Jesus M. | HC 75 BOX 1237 | | | | NARANJITO | PR | 00719 | sonael1973@gmail.com | First Class Mail and Email |
| 2916266 | DAT@ACCESS COMMUNICATIONS, INC | HECTOR FIGUEROA-VINCENTY ESQ. | 30 CALLE PADIAL | SUITE 204 | | CAGUAS | PR | 00725-3841 | quiebras@elbufetedelpueblo.com | First Class Mail and Email |
| 2923459 | DAT@ACCESS COMMUNICATIONS, INC | 316 AVENIDA DE LA CONSTITUCION | | | | SAN JUAN | PR | 00901 | | First Class Mail |
| 1562414 | DE JESUS BERRIOS, LUCILA | CALLE ROMA 288 | OLYMPIC VILLE | | | LAS PIEDRAS | PR | 00771-9698 | luciladjb@gmail.com | First Class Mail and Email |
| 3568780 | Desarrolladora JA, Inc. | C/O Juan A. López | Attorney | 7312 Ave. Agustin Ramos Calero | | Isabela | PR | 00662 | cpalopez@yahoo.com | First Class Mail and Email |
| 3219669 | Desarrolladora JA, Inc. | P.O. Box 343 | | | | Isabela | PR | 00662 | desja@desja.net | First Class Mail and Email |
| 2917191 | Diogents International Consulting Corp. | Luis P. Costas Elena, Attorney | 34 Orquidea, Urb. Santa Maria | | | San Juan | PR | 00927 | luisssatsoc@aol.com | First Class Mail and Email |
| 3102444 | DOWNTOWN DEVELOPMENT, CORP. | P.O.BOX 190858 | | | | SAN JUAN | PR | 00919-0858 | dkopel@realestatepr.net | First Class Mail and Email |
| 3111421 | DOWNTOWN DEVELOPMENT, CORP. | ROSENDO E MIRANDA LOPEZ, CREDITOR'S ATTORNEY | PO BOX 190006 | | | SAN JUAN | PR | 00919-0006 | r.miranda@rmirandalex.net | First Class Mail and Email |
| 3734229 | Echavarry Ocasio, Cynthia | 68 Ciales Palmer | | | | Ciales | PR | 00638 | cechavarryocasio@gmail.com | First Class Mail and Email |
| 1662054 | Edificio Bula, Inc. | LCDO. Hector Figueroa Vincenty | San Francisco Street 310, Suite 32 | | | San Juan | PR | 00901 | hfv1948@gmail.com; quiebras@elbufetedelpueblo.com | First Class Mail and Email |
| 3453244 | FIRST MEDICAL HEALTH PLAN, INC. | ESTRELLA, LLC | PAUL | DIRECTOR, FINANCIAL REORGANIZATION | 150 TETUAN STREET | SAN JUAN | PR | 00901 | PHAMMER@ESTRELLALLC.COM | First Class Mail and Email |
| 3268484 | FIRST MEDICAL HEALTH PLAN, INC. | EXT.Villa Caparra | 530 Calle Marginal Buchanan | | | GUAYNABO | PR | 00966 | phammer@estrellallc.com | First Class Mail and Email |
| 3160753 | GALARZA GONZALEZ, GUARIONEX | HC 04 BOX 119023 | | | | YAUCO | PR | 00698 | | First Class Mail |
| 2446677 | GONZALEZ LOPEZ, LILLIAM | REPARTO GLORIVI 8 | | | | ARECIBO | PR | 00612 | lilliamgonzalezlopez@gmail.com | First Class Mail and Email |
| 3677563 | GONZALEZ ROMAN, ANA M M | URB EL ALAMO | E26 CALLE GUADALUPE | | | GUAYNABO | PR | 00969-4513 | | First Class Mail |
| 2830748 | HEREDIA TORRES, JULIO | COND. LA ARBOLEDA APTDO. 1106 | | | | GUAYNABO | PR | 00966 | JULIOHEREDIA685@GMAIL.COM | First Class Mail and Email |
| 3943975 | Jesus Bon, Basilio | PO Box 193965 | | | | San Juan | PR | 00919-3965 | virgi41@live.com | First Class Mail and Email |
| 3078983 | Light Gas Forklift & Cylinder Exchange, Inc. | P.O. Box 801478 | | | | Coto Laurel | PR | 00780-1478 | lemuel.law@gmail.com | First Class Mail and Email |
| 3023603 | Light Gas Forklift & Cylinder Exchange, Inc. | P.O. Box 1155 | | | | Salinas | PR | 00751 | nilda@lightgas.com | First Class Mail and Email |
| 3106791 | LIGHT GAS, CORP. | LEMUEL NEGRON-COLON | PO BOX 801478 | | | COTO LAUREL | PR | 00780-1478 | LEMUEL.LAW@GMAIL.COM | First Class Mail and Email |
| 3104951 | LIGHT GAS, CORP. | PO BOX 1155 | | | | SALINAS | PR | 00751 | nilda@lightgas.com | First Class Mail and Email |
| 595807 | MALDONADO, WANDA | LCDO. LUIS BARNECET VÉLEZ | URB. SAN ANTONIO | 1744 CALLE DONCELLA | | PONCE | PR | 00728-1624 | barnecet@hotmail.com | First Class Mail and Email |
| 392015 | Marquez Escobar, Evelyn T | PO Box 810386 | | | | Carolina | PR | 00981-0386 | evetmarquez@gmail.com | First Class Mail and Email |
| 2831196 | Marquez Perez , Carmen | Attn: Ricardo E. Carrillo Delgado | 403 Calle Del Parque | Suite 6 | | San Juan | PR | 00912-3709 | r.e.carrillo@gmail.com | First Class Mail and Email |
| 2903575 | Marquez Perez , Carmen | Cond. Marbella del Caribe Este, | Apt. 1514, Isla Verde | | | Carolina | PR | 00979 | | First Class Mail |
| 462691 | MARTINEZ GOMEZ, ROSA | URB.VALLE ALTO 2057 CALLE COLINAS | | | | PONCE | PR | 00731 | cebada2011@live.com | First Class Mail and Email |
| 3732659 | Molina Echevarria, Moises | HC 03 Box 33740 | | | | Hatillo | PR | 00659-9611 | | First Class Mail |
| 3051720 | National Building Maintenance Corp. | 1350 Euclid Avenue,Suite 1600 | | | | Cleveland | OH | 44115 | Andrea.Newborn@abm.com; kburgan@bakerlaw.com | First Class Mail and Email |
| 2837473 | NIEVES DOMINGUEZ, HERIBERTO | ANEXO 292 EDIF 8-D #11 | 50 CARR. UNIT 700-607073 | INDUSTRIAL LUCHETTI | | BAYAMON | PR | 00961-7403 | librosheribertond@gmail.com | First Class Mail and Email |
| 3027193 | OFFICE GALLERY INC. | LCDA. WILMA RODRIGUEZ SANTOS | 420 AVE. PONCE DE LEON- MIDTOWN BLDG 215 | | | SAN JUAN | PR | 00918 | WILMA_RSPR@YAHOO.COM | First Class Mail and Email |
| 491551 | OFFICE GALLERY INC. | PO BOX 1815 | | | | CIDRA | PR | 00739-1815 | | First Class Mail |
| 3196002 | ORTIZ RODRIGUEZ, MIGDALIA | P O BOX 167 | | | | COROZAL | PR | 00783-0167 | mortizrodriguez1016@gmail.com | First Class Mail and Email |
| 2919487 | P.R. AGRO-TERRA INTERNATIONAL | LUIS P. COSTAS ELENA, ATTORNEY | URB SANTA MARIA | 34 ORQUIDEA | | SAN JUAN | PR | 00927 | | First Class Mail |
| 3948756 | PEDROSA RAMIREZ, JUAN | PO BOX 952 | | | | OROCOVIS | PR | 00720 | JUANPEDROSA25@YAHOO.COM | First Class Mail and Email |
| 2902715 | PRO ARTE MUSICAL INC | PO BOX 361812 | | | | SAN JUAN | PR | 00936-1812 | proarte@proartemusical.com | First Class Mail and Email |
| 3455747 | QUINONES RIVERA, NOEL | PMB 105 P O BOX 5004 | | | | YAUCO | PR | 00698 | bufeterodriguezcartagena@gmail.com | First Class Mail and Email |
| 2226364 | REYES RIVERA, NILDA | 12 CALLE EXT CONSTITUCION | | | | SANTA ISABEL | PR | 00757-2408 | | First Class Mail |
| 2947193 | Ricoh Puerto Rico, Inc. | Reichard & Escalera LLP | PO Box 364148 | | | San Juan | PR | 00936-4148 | fvander@reichardescsalera.com | First Class Mail and Email |
| 2961287 | Ricoh Puerto Rico, Inc. | Attn: Ivan Fraticelli | PO Box 2110 | | | Carolina | PR | 00984-2110 | ivan.fraticelli@ricoh-la.com | First Class Mail and Email |
| 3166778 | RIVERA CORDERO, EDGARDO | 4 CALLE VENDIG | | | | MANATI | PR | 00674 | | First Class Mail |
| 2832111 | RIVERA CORDERO, EDGARDO | WILLIAM RODRIGUEZ LUGO | PO BOX 1460 | | | MANATÍ | PR | 00674 | | First Class Mail |
| 3731451 | RIVERA ORTIZ, MIGDALIA | URB MIRAFLORES | 20 1 CALLE 6 | | | BAYAMON | PR | 00957 | migdaliariveraortiz@gmail.com | First Class Mail and Email |
| 3631792 | RIVERA PEREZ , ROBERTO | PO BOX 561215 | | | | GUAYANILLA | PR | 00656-3215 | RRIVERAPEREZ00@GMAIL.COM | First Class Mail and Email |
| 3194693 | RIVERA SOTO, JOSE | COND. CARIBBEAN SEA | APT. 706 105 ROOSEVELT | | | SAN JUAN | PR | 00917 | JARIVERASOTO7@GMAIL.COM | First Class Mail and Email |
| 3983381 | ROBLES VALENCIA, ENILDA M. | P.O. BOX 1298 | | | | CAGUAS | PR | 00725 | carlosalbertoruizquiebras@gmail.com | First Class Mail and Email |
| 3609115 | ROBLES VALENCIA, ENILDA M. | Calle 18 Bloque 23#23 Santa Rosa | | | | Bayamon | PR | 00956 | crafts-and-buttons@yahoo.com | First Class Mail and Email |
| 3628843 | Rodriguez Flecha, Zaida L | Urb Castellana Gardens | M8 Calle 16 | | | Carolina | PR | 00983 | zairodz@gmail.com | First Class Mail and Email |
| 2896345 | ROSARIO RODRIGUEZ, MARIA | 8400 CALLEJON LOS LUGOS | | | | QUEBRADILLAS | PR | 00678 | | First Class Mail |
| 1878416 | ROSARIO RODRIGUEZ, MARIA | BO COCOS | 8400 CALLEJON LOS LUGOS | | | QUEBRADILLAS | PR | 00678 | | First Class Mail |
| 2733729 | SANCHEZ RAMOS, CARMEN A | BO CAMPANILLAS | 172 C/ IGLESIAS | | | TOA BAJA | PR | 00949 | carmannette@gmail.com | First Class Mail and Email |
| 1540957 | SANTANA BAEZ, ELIEZER | PRO SE | 50 CARR. 5 UNIT A 501 EDIF. 3-J | IND. LUCHETTI BAY | | BAYAMON | PR | 00961-7403 | | First Class Mail |
| 5214074 | Telefonica Larga Distancia de Puerto Rico, Inc. | Stearns Weaver Miller Weissler Alhadeff & Sitterso | Attn: Jessica A. Less, Esq. | Telefonica Larga Distancia de Puerto Rico, Inc | 150 West Flagler Street, Suite 2200 | Miami | FL | 33130 | jless@stearnsweaver.com | First Class Mail and Email |

Exhibit A
30th ADR Claimants Service List
Served as set forth below

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 256647 | Telefonica Larga Distancia de Puerto Rico, Inc. | c/o Telefonica USA, Inc. | Attn: Joanna Romano, Esq | 800 Waterford Way | Suite 300 | Miami | FL | 33126 | joanna.romano@telefonica.com; maria.rodriguezalvira@telefonica.com; yvonne.menendez@telefonica.com | First Class Mail and Email |
| 2832755 | TOLEDO PÉREZ, BRENDA L. | 11403 WESTON POINT DRIVE | APT 102 | | | BRANDON | FL | 33511 | breudaliz7pr@gmail.com | First Class Mail and Email |
| 4288961 | Traslados Medicos de Puerto Rico | Alcies A. Reyes Gilestra | PO Box 195036 | | | San Juan | PR | 00919-5036 | areyes@arglaw.net | First Class Mail and Email |
| 582467 | UNIVERSIDAD INTERAMERICANA, INC. | P. O. BOX 363255 | | | | SAN JUAN | PR | 00936 | OLUNA@INTER.EDU | First Class Mail and Email |
| 4309634 | Vera Roldan, Lourdes | 310 Passaic Ave Apt 315 | | | | Harrison | NJ | 07029 | lourdesv58@yahoo.com | First Class Mail and Email |
| 3461375 | Villanueva Acevedo, Margarita | BO MAMEY CARR 4417 RAMAL 4418 | | | | AGUADA | PR | 00602 | margisel63@yahoo.com | First Class Mail and Email |
| 3145925 | Villanueva Acevedo, Margarita | PO Box 2169 | | | | Aguada | PR | 00602 | margisel63@yahoo.com | First Class Mail and Email |