**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 202 | Partner | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| | Associate | Megan R. Volin | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **0.50** | **$426.50** |
| **202 Total** | | | | **0.80** | **$682.40** |
| 204 | Partner | Ehud Barak | $853.00 | 4.40 | $3,753.20 |
| | **Partner Total** | | | **4.40** | **$3,753.20** |
| **204 Total** | | | | **4.40** | **$3,753.20** |
| 205 | Partner | Michael A. Firestein | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| **205 Total** | | | | **0.50** | **$426.50** |
| 206 | Partner | Brian S. Rosen | $853.00 | 2.20 | $1,876.60 |
| | | Ehud Barak | $853.00 | 24.30 | $20,727.90 |
| | | Jeffrey W. Levitan | $853.00 | 36.80 | $31,390.40 |
| | | Lary Alan Rappaport | $853.00 | 12.20 | $10,406.60 |
| | | Martin J. Bienenstock | $853.00 | 7.60 | $6,482.80 |
| | | Matthew Triggs | $853.00 | 5.50 | $4,691.50 |
| | | Michael A. Firestein | $853.00 | 6.20 | $5,288.60 |
| | | Steven O. Weise | $853.00 | 22.20 | $18,936.60 |
| | **Partner Total** | | | **117.00** | **$99,801.00** |
| | Associate | Elliot Stevens | $853.00 | 4.00 | $3,412.00 |
| | | John A. Peterson | $853.00 | 102.40 | $87,347.20 |
| | | Joshua A. Esses | $853.00 | 18.50 | $15,780.50 |
| | **Associate Total** | | | **124.90** | **$106,539.70** |
| **206 Total** | | | | **241.90** | **$206,340.70** |
| 207 | Partner | Brian S. Rosen | $853.00 | 0.70 | $597.10 |
| | | Ehud Barak | $853.00 | 2.80 | $2,388.40 |
| | | Jeffrey W. Levitan | $853.00 | 3.40 | $2,900.20 |
| | | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Michael A. Firestein | $853.00 | 2.50 | $2,132.50 |
| | | Steven O. Weise | $853.00 | 6.00 | $5,118.00 |
| | | Timothy W. Mungovan | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **16.30** | **$13,903.90** |
| | Associate | John A. Peterson | $853.00 | 10.70 | $9,127.10 |
| | **Associate Total** | | | **10.70** | **$9,127.10** |
| **207 Total** | | | | **27.00** | **$23,031.00** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 210 | Partner | Ehud Barak | $853.00 | 2.50 | $2,132.50 |
| | | Jeffrey W. Levitan | $853.00 | 5.00 | $4,265.00 |
| | | Lary Alan Rappaport | $853.00 | 3.30 | $2,814.90 |
| | | Matthew Triggs | $853.00 | 0.90 | $767.70 |
| | | Michael A. Firestein | $853.00 | 8.50 | $7,250.50 |
| | | Paul Possinger | $853.00 | 0.50 | $426.50 |
| | | Steven O. Weise | $853.00 | 22.00 | $18,766.00 |
| | **Partner Total** | | | 42.70 | $36,423.10 |
| | Associate | Elliot Stevens | $853.00 | 0.20 | $170.60 |
| | | John A. Peterson | $853.00 | 3.00 | $2,559.00 |
| | | Joshua A. Esses | $853.00 | 0.20 | $170.60 |
| | | Laura Stafford | $853.00 | 6.20 | $5,288.60 |
| | **Associate Total** | | | 9.60 | $8,188.80 |
| **210 Total** | | | | 52.30 | $44,611.90 |
| 212 | Legal Assistant | Angelo Monforte | $291.00 | 11.50 | $3,346.50 |
| | | Tal J. Singer | $291.00 | 0.80 | $232.80 |
| | **Legal Assistant Total** | | | 12.30 | $3,579.30 |
| | Lit. Support | Laurie A. Henderson | $291.00 | 0.20 | $58.20 |
| | **Lit. Support Total** | | | 0.20 | $58.20 |
| **212 Total** | | | | 12.50 | $3,637.50 |
| 215 | Partner | Brian S. Rosen | $853.00 | 6.00 | $5,118.00 |
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | 7.10 | $6,056.30 |
| | Associate | Joshua A. Esses | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | 0.20 | $170.60 |
| **215 Total** | | | | 7.30 | $6,226.90 |
| 218 | Associate | Megan R. Volin | $853.00 | 1.70 | $1,450.10 |
| | **Associate Total** | | | 1.70 | $1,450.10 |
| | Legal Assistant | Natasha Petrov | $291.00 | 16.00 | $4,656.00 |
| | **Legal Assistant Total** | | | 16.00 | $4,656.00 |
| **218 Total** | | | | 17.70 | $6,106.10 |
| 219 | Partner | John E. Roberts | $853.00 | 1.80 | $1,535.40 |
| | | Lary Alan Rappaport | $853.00 | 1.40 | $1,194.20 |
| | | Michael A. Firestein | $853.00 | 4.10 | $3,497.30 |
| | | Timothy W. Mungovan | $853.00 | 1.40 | $1,194.20 |
| | **Partner Total** | | | 8.70 | $7,421.10 |
| | Associate | Adam L. Deming | $853.00 | 5.20 | $4,435.60 |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Elliot Stevens | $853.00 | 0.10 | $85.30 |
| | | Shiloh Rainwater | $853.00 | 8.50 | $7,250.50 |
| | **Associate Total** | | | **13.80** | **$11,771.40** |
| **219 Total** | | | | **22.50** | **$19,192.50** |
| **Grand Total** | | | | **386.90** | **$314,008.70** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| 206 | Partner | Brian S. Rosen | $853.00 | 0.10 | $85.30 |
| | | Lary Alan Rappaport | $853.00 | 6.80 | $5,800.40 |
| | | Michael A. Firestein | $853.00 | 0.90 | $767.70 |
| | **Partner Total** | | | **7.80** | **$6,653.40** |
| **206 Total** | | | | **7.80** | **$6,653.40** |
| 207 | Partner | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **207 Total** | | | | **0.70** | **$597.10** |
| 210 | Partner | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **2.30** | **$1,961.90** |
| **210 Total** | | | | **2.30** | **$1,961.90** |
| **Grand Total** | | | | **10.80** | **$9,212.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA - Miscellaneous** | | | | | |
| **219** | **Partner** | Dietrich L. Snell | $853.00 | 0.70 | $597.10 |
| | | John E. Roberts | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 1.30 | $1,108.90 |
| | **Partner Total** | | | **2.20** | **$1,876.60** |
| | **Associate** | Elliot Stevens | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **219 Total** | | | | **2.40** | **$2,047.20** |
| **Grand Total** | | | | **2.40** | **$2,047.20** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0087  HTA - GDB DRA HTA Lift Stay** | | | | | |
| **202** | **Partner** | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **202 Total** | | | | **0.70** | **$597.10** |
| **203** | **Associate** | John A. Peterson | $853.00 | 2.50 | $2,132.50 |
| | | Joshua A. Esses | $853.00 | 1.70 | $1,450.10 |
| | **Associate Total** | | | **4.20** | **$3,582.60** |
| **203 Total** | | | | **4.20** | **$3,582.60** |
| **204** | **Partner** | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| | **Associate** | John A. Peterson | $853.00 | 1.50 | $1,279.50 |
| | | Joshua A. Esses | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **2.00** | **$1,706.00** |
| **204 Total** | | | | **2.70** | **$2,303.10** |
| **205** | **Partner** | Brian S. Rosen | $853.00 | 1.80 | $1,535.40 |
| | | Matthew Triggs | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **2.30** | **$1,961.90** |
| | **Associate** | Joshua A. Esses | $853.00 | 0.80 | $682.40 |
| | **Associate Total** | | | **0.80** | **$682.40** |
| **205 Total** | | | | **3.10** | **$2,644.30** |
| **206** | **Partner** | Brian S. Rosen | $853.00 | 2.40 | $2,047.20 |
| | | Ehud Barak | $853.00 | 0.60 | $511.80 |
| | | Jeffrey W. Levitan | $853.00 | 5.70 | $4,862.10 |
| | | Lary Alan Rappaport | $853.00 | 12.70 | $10,833.10 |
| | | Martin J. Bienenstock | $853.00 | 6.20 | $5,288.60 |
| | | Matthew Triggs | $853.00 | 4.30 | $3,667.90 |
| | | Michael A. Firestein | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **33.60** | **$28,660.80** |
| | **Associate** | Jared M. DuBosar | $853.00 | 0.50 | $426.50 |
| | | John A. Peterson | $853.00 | 5.70 | $4,862.10 |
| | | Joshua A. Esses | $853.00 | 12.00 | $10,236.00 |
| | **Associate Total** | | | **18.20** | **$15,524.60** |
| **206 Total** | | | | **51.80** | **$44,185.40** |
| **207** | **Partner** | Lary Alan Rappaport | $853.00 | 0.30 | $255.90 |
| | | Martin J. Bienenstock | $853.00 | 3.20 | $2,729.60 |
| | | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **3.80** | **$3,241.40** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate | Elliot Stevens | $853.00 | 0.10 | $85.30 |
| | **Associate Total** | | | **0.10** | **$85.30** |
| **207 Total** | | | | **3.90** | **$3,326.70** |
| 208 | Partner | Brian S. Rosen | $853.00 | 1.80 | $1,535.40 |
| | | Michael A. Firestein | $853.00 | 1.00 | $853.00 |
| | **Partner Total** | | | **2.80** | **$2,388.40** |
| **208 Total** | | | | **2.80** | **$2,388.40** |
| 210 | Partner | Brian S. Rosen | $853.00 | 1.70 | $1,450.10 |
| | | Ehud Barak | $853.00 | 3.10 | $2,644.30 |
| | | Jeffrey W. Levitan | $853.00 | 2.70 | $2,303.10 |
| | | Lary Alan Rappaport | $853.00 | 6.40 | $5,459.20 |
| | | Matthew Triggs | $853.00 | 2.30 | $1,961.90 |
| | | Michael A. Firestein | $853.00 | 14.00 | $11,942.00 |
| | | Steven O. Weise | $853.00 | 41.80 | $35,655.40 |
| | **Partner Total** | | | **72.00** | **$61,416.00** |
| | Associate | Elliot Stevens | $853.00 | 0.10 | $85.30 |
| | | Jared M. DuBosar | $853.00 | 0.40 | $341.20 |
| | | John A. Peterson | $853.00 | 19.70 | $16,804.10 |
| | | Joshua A. Esses | $853.00 | 6.60 | $5,629.80 |
| | | Laura Stafford | $853.00 | 0.10 | $85.30 |
| | **Associate Total** | | | **26.90** | **$22,945.70** |
| **210 Total** | | | | **98.90** | **$84,361.70** |
| **Grand Total** | | | | **168.10** | **$143,389.30** |