# **Exhibit C**

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201** | **Partner** | Chantel L. Febus | $853.00 | 0.20 | $170.60 |
| | | Ehud Barak | $853.00 | 7.40 | $6,312.20 |
| | | Paul Possinger | $853.00 | 0.40 | $341.20 |
| | | Timothy W. Mungovan | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **8.60** | **$7,335.80** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 0.20 | $170.60 |
| | **Senior Counsel Total** | | | **0.20** | **$170.60** |
| | **Associate** | Daniel Desatnik | $853.00 | 0.50 | $426.50 |
| | | Elliot Stevens | $853.00 | 1.20 | $1,023.60 |
| | | Mee R. Kim | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **2.40** | **$2,047.20** |
| **201 Total** | | | | **11.20** | **$9,553.60** |
| **202** | **Associate** | Brooke H. Blackwell | $853.00 | 1.20 | $1,023.60 |
| | | Elliot Stevens | $853.00 | 16.40 | $13,989.20 |
| | | Libbie B. Osaben | $853.00 | 5.40 | $4,606.20 |
| | | Megan R. Volin | $853.00 | 8.70 | $7,421.10 |
| | | Michael Wheat | $853.00 | 27.80 | $23,713.40 |
| | **Associate Total** | | | **59.50** | **$50,753.50** |
| **202 Total** | | | | **59.50** | **$50,753.50** |
| **204** | **Partner** | Ehud Barak | $853.00 | 10.10 | $8,615.30 |
| | | Margaret A. Dale | $853.00 | 1.30 | $1,108.90 |
| | | Paul Possinger | $853.00 | 6.80 | $5,800.40 |
| | **Partner Total** | | | **18.20** | **$15,524.60** |
| | **Associate** | Elliot Stevens | $853.00 | 0.90 | $767.70 |
| | | Jordan Sazant | $853.00 | 5.40 | $4,606.20 |
| | | Matthew A. Skrzynski | $853.00 | 0.80 | $682.40 |
| | | Michael Wheat | $853.00 | 0.40 | $341.20 |
| | | Michelle M. Ovanesian | $853.00 | 1.70 | $1,450.10 |
| | **Associate Total** | | | **9.20** | **$7,847.60** |
| **204 Total** | | | | **27.40** | **$23,372.20** |
| **205** | **Partner** | Timothy W. Mungovan | $853.00 | 3.80 | $3,241.40 |
| | **Partner Total** | | | **3.80** | **$3,241.40** |
| | **Associate** | Jordan Sazant | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **205 Total** | | | | **4.00** | **$3,412.00** |
| **206** | **Partner** | Ehud Barak | $853.00 | 7.00 | $5,971.00 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Guy Brenner | $853.00 | 0.30 | $255.90 |
| | | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Martin J. Bienenstock | $853.00 | 2.30 | $1,961.90 |
| | | Paul Possinger | $853.00 | 14.70 | $12,539.10 |
| | **Partner Total** | | | **24.40** | **$20,813.20** |
| | **Associate** | Adam L. Deming | $853.00 | 4.30 | $3,667.90 |
| | | Daniel Desatnik | $853.00 | 59.40 | $50,668.20 |
| | | Jennifer L. Jones | $853.00 | 0.30 | $255.90 |
| | | Jordan Sazant | $853.00 | 0.50 | $426.50 |
| | | Laura Stafford | $853.00 | 4.00 | $3,412.00 |
| | | Matthew A. Skrzynski | $853.00 | 1.90 | $1,620.70 |
| | | Michael Wheat | $853.00 | 50.70 | $43,247.10 |
| | | Michelle M. Ovanesian | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **121.40** | **$103,554.20** |
| **206 Total** | | | | **145.80** | **$124,367.40** |
| 207 | **Partner** | Lary Alan Rappaport | $853.00 | 0.70 | $597.10 |
| | | Margaret A. Dale | $853.00 | 0.50 | $426.50 |
| | | Michael A. Firestein | $853.00 | 0.80 | $682.40 |
| | | Timothy W. Mungovan | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **2.70** | **$2,303.10** |
| | **Associate** | Elliot Stevens | $853.00 | 0.10 | $85.30 |
| | **Associate Total** | | | **0.10** | **$85.30** |
| **207 Total** | | | | **2.80** | **$2,388.40** |
| 210 | **Partner** | Antonio N. Piccirillo | $853.00 | 1.70 | $1,450.10 |
| | | Carlos E. Martinez | $853.00 | 0.20 | $170.60 |
| | | Ehud Barak | $853.00 | 95.00 | $81,035.00 |
| | | Guy Brenner | $853.00 | 12.90 | $11,003.70 |
| | | James P. Gerkis | $853.00 | 5.30 | $4,520.90 |
| | | Jeffrey W. Levitan | $853.00 | 0.60 | $511.80 |
| | | Jonathan E. Richman | $853.00 | 0.70 | $597.10 |
| | | Karen J. Garnett | $853.00 | 0.30 | $255.90 |
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Margaret A. Dale | $853.00 | 12.70 | $10,833.10 |
| | | Martin J. Bienenstock | $853.00 | 0.80 | $682.40 |
| | | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $853.00 | 135.20 | $115,325.60 |
| | | Steven O. Weise | $853.00 | 1.30 | $1,108.90 |
| | | Timothy W. Mungovan | $853.00 | 3.20 | $2,729.60 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | **Partner Total** | | | **270.70** | **$230,907.10** |
| | Associate | Adam L. Deming | $853.00 | 42.90 | $36,593.70 |
| | | Amy B. Gordon | $853.00 | 6.00 | $5,118.00 |
| | | Brooke H. Blackwell | $853.00 | 1.30 | $1,108.90 |
| | | Corey I. Rogoff | $853.00 | 20.30 | $17,315.90 |
| | | Daniel Desatnik | $853.00 | 75.40 | $64,316.20 |
| | | Elliot Stevens | $853.00 | 12.10 | $10,321.30 |
| | | Jennifer L. Jones | $853.00 | 5.00 | $4,265.00 |
| | | Jordan Sazant | $853.00 | 20.90 | $17,827.70 |
| | | Laura Stafford | $853.00 | 37.70 | $32,158.10 |
| | | Libbie B. Osaben | $853.00 | 10.10 | $8,615.30 |
| | | Marc Palmer | $853.00 | 0.80 | $682.40 |
| | | Matthew A. Skrzynski | $853.00 | 2.10 | $1,791.30 |
| | | Mee R. Kim | $853.00 | 3.60 | $3,070.80 |
| | | Megan R. Volin | $853.00 | 2.80 | $2,388.40 |
| | | Michael Wheat | $853.00 | 23.70 | $20,216.10 |
| | | Michelle M. Ovanesian | $853.00 | 23.70 | $20,216.10 |
| | | Sarah Hughes | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **288.60** | **$246,175.80** |
| **210 Total** | | | | **559.30** | **$477,082.90** |
| 212 | E-Discovery Attorney | Yvonne O. Ike | $421.00 | 0.50 | $210.50 |
| | **E-Discovery Attorney Total** | | | **0.50** | **$210.50** |
| | Legal Assistant | Alexander N. Cook | $291.00 | 5.70 | $1,658.70 |
| | | Angelo Monforte | $291.00 | 4.50 | $1,309.50 |
| | | Javier Santiago | $291.00 | 1.00 | $291.00 |
| | | Lawrence T. Silvestro | $291.00 | 0.60 | $174.60 |
| | | Lela Lerner | $291.00 | 1.00 | $291.00 |
| | | Leo A. Rosenberg | $291.00 | 3.30 | $960.30 |
| | | Natasha Petrov | $291.00 | 1.10 | $320.10 |
| | | Tal J. Singer | $291.00 | 2.70 | $785.70 |
| | **Legal Assistant Total** | | | **19.90** | **$5,790.90** |
| **212 Total** | | | | **20.40** | **$6,001.40** |
| 213 | Partner | Paul M. Hamburger | $853.00 | 10.80 | $9,212.40 |
| | | Paul Possinger | $853.00 | 2.30 | $1,961.90 |
| | **Partner Total** | | | **13.10** | **$11,174.30** |
| | Associate | Megan R. Volin | $853.00 | 14.90 | $12,709.70 |
| | **Associate Total** | | | **14.90** | **$12,709.70** |
| **213 Total** | | | | **28.00** | **$23,884.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| 214 | Associate | Jordan Sazant | $853.00 | 0.30 | $255.90 |
| | Associate Total | | | **0.30** | **$255.90** |
| 214 Total | | | | **0.30** | **$255.90** |
| 215 | Partner | Chantel L. Febus | $853.00 | 0.30 | $255.90 |
| | | Ehud Barak | $853.00 | 28.90 | $24,651.70 |
| | | James P. Gerkis | $853.00 | 2.30 | $1,961.90 |
| | | Karen J. Garnett | $853.00 | 1.60 | $1,364.80 |
| | | Martin J. Bienenstock | $853.00 | 1.70 | $1,450.10 |
| | | Michael T. Mervis | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $853.00 | 7.60 | $6,482.80 |
| | Partner Total | | | **42.80** | **$36,508.40** |
| | Associate | Alyson C. Tocicki | $853.00 | 53.30 | $45,464.90 |
| | | Brooke H. Blackwell | $853.00 | 15.00 | $12,795.00 |
| | | Corey I. Rogoff | $853.00 | 0.20 | $170.60 |
| | | Daniel Desatnik | $853.00 | 30.00 | $25,590.00 |
| | | Elliot Stevens | $853.00 | 56.30 | $48,023.90 |
| | | Erica T. Jones | $853.00 | 0.30 | $255.90 |
| | | Jessica M. Griffith | $853.00 | 0.60 | $511.80 |
| | | John A. Peterson | $853.00 | 0.40 | $341.20 |
| | | Jordan Sazant | $853.00 | 9.10 | $7,762.30 |
| | | Joshua A. Esses | $853.00 | 8.50 | $7,250.50 |
| | | Laura Stafford | $853.00 | 2.50 | $2,132.50 |
| | | Libbie B. Osaben | $853.00 | 17.30 | $14,756.90 |
| | | Lucy Wolf | $853.00 | 0.40 | $341.20 |
| | | Megan R. Volin | $853.00 | 2.80 | $2,388.40 |
| | | Michael Wheat | $853.00 | 31.20 | $26,613.60 |
| | | Sarah Hughes | $853.00 | 12.80 | $10,918.40 |
| | | Seth H. Victor | $853.00 | 1.00 | $853.00 |
| | | Shannon D. McGowan | $853.00 | 1.10 | $938.30 |
| | | Yena Hong | $853.00 | 2.90 | $2,473.70 |
| | Associate Total | | | **245.70** | **$209,582.10** |
| 215 Total | | | | **288.50** | **$246,090.50** |
| 216 | Partner | Chantel L. Febus | $853.00 | 0.70 | $597.10 |
| | Partner Total | | | **0.70** | **$597.10** |
| 216 Total | | | | **0.70** | **$597.10** |
| 217 | Partner | Martin T. Hamilton | $853.00 | 0.30 | $255.90 |
| | Partner Total | | | **0.30** | **$255.90** |
| 217 Total | | | | **0.30** | **$255.90** |

4

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------:|--------------:|
| **218** | **Partner** | Ehud Barak | $853.00 | 1.50 | $1,279.50 |
| | **Partner Total** | | | **1.50** | **$1,279.50** |
| | **Associate** | Megan R. Volin | $853.00 | 5.40 | $4,606.20 |
| | **Associate Total** | | | **5.40** | **$4,606.20** |
| | **Legal Assistant** | Natasha Petrov | $291.00 | 35.00 | $10,185.00 |
| | **Legal Assistant Total** | | | **35.00** | **$10,185.00** |
| **218 Total** | | | | **41.90** | **$16,070.70** |
| **220** | **Partner** | Chantel L. Febus | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| **220 Total** | | | | **0.30** | **$255.90** |
| **Grand Total** | | | | **1,190.40** | **$984,341.40** |

5

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0030  PREPA -  Puerto Rico** | | | | | |
| **204** | **Partner** | Michael A. Firestein | $853.00 | 0.10 | $85.30 |
| | **Partner Total** | | | **0.10** | **$85.30** |
| **204 Total** | | | | **0.10** | **$85.30** |
| **206** | **Associate** | Jordan Sazant | $853.00 | 1.30 | $1,108.90 |
| | **Associate Total** | | | **1.30** | **$1,108.90** |
| **206 Total** | | | | **1.30** | **$1,108.90** |
| **207** | **Partner** | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **207 Total** | | | | **0.20** | **$170.60** |
| **210** | **Partner** | Michael A. Firestein | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| | **Associate** | Laura Stafford | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **210 Total** | | | | **0.80** | **$682.40** |
| **Grand Total** | | | | **2.40** | **$2,047.20** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0054  PREPA -  PREC** | | | | | |
| | | | | | |
| **202** | **Legal Assistant** | Leo A. Rosenberg | $291.00 | 28.00 | $8,148.00 |
| | **Legal Assistant Total** | | | **28.00** | **$8,148.00** |
| **202 Total** | | | | **28.00** | **$8,148.00** |
| **205** | **Partner** | Paul Possinger | $853.00 | 0.60 | $511.80 |
| | | Timothy W. Mungovan | $853.00 | 0.90 | $767.70 |
| | **Partner Total** | | | **1.50** | **$1,279.50** |
| **205 Total** | | | | **1.50** | **$1,279.50** |
| **206** | **Partner** | Ehud Barak | $853.00 | 1.90 | $1,620.70 |
| | | Paul Possinger | $853.00 | 1.00 | $853.00 |
| | **Partner Total** | | | **2.90** | **$2,473.70** |
| | **Associate** | Laura Stafford | $853.00 | 7.30 | $6,226.90 |
| | **Associate Total** | | | **7.30** | **$6,226.90** |
| **206 Total** | | | | **10.20** | **$8,700.60** |
| **210** | **Partner** | Ehud Barak | $853.00 | 9.70 | $8,274.10 |
| | | Margaret A. Dale | $853.00 | 7.90 | $6,738.70 |
| | | Paul Possinger | $853.00 | 7.90 | $6,738.70 |
| | **Partner Total** | | | **25.50** | **$21,751.50** |
| | **Associate** | Daniel Desatnik | $853.00 | 2.00 | $1,706.00 |
| | | Laura Stafford | $853.00 | 11.00 | $9,383.00 |
| | | William G. Fassuliotis | $853.00 | 25.90 | $22,092.70 |
| | **Associate Total** | | | **38.90** | **$33,181.70** |
| **210 Total** | | | | **64.40** | **$54,933.20** |
| **212** | **Legal Assistant** | Leo A. Rosenberg | $291.00 | 1.00 | $291.00 |
| | **Legal Assistant Total** | | | **1.00** | **$291.00** |
| **212 Total** | | | | **1.00** | **$291.00** |
| **Grand Total** | | | | **105.10** | **$73,352.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0055  PREPA -  Vitol** | | | | | |
| **201** | **Partner** | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| | **Associate** | Laura Stafford | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **0.30** | **$255.90** |
| **201 Total** | | | | **0.50** | **$426.50** |
| **207** | **Partner** | Jeffrey W. Levitan | $853.00 | 1.60 | $1,364.80 |
| | | Lary Alan Rappaport | $853.00 | 0.50 | $426.50 |
| | | Margaret A. Dale | $853.00 | 0.70 | $597.10 |
| | | Paul Possinger | $853.00 | 0.20 | $170.60 |
| | | Timothy W. Mungovan | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **3.70** | **$3,156.10** |
| | **Associate** | Hena Vora | $853.00 | 0.80 | $682.40 |
| | | Julia M. Ansanelli | $853.00 | 1.50 | $1,279.50 |
| | | Laura Stafford | $853.00 | 0.50 | $426.50 |
| | | Marc Palmer | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **3.20** | **$2,729.60** |
| **207 Total** | | | | **6.90** | **$5,885.70** |
| **210** | **Partner** | Chantel L. Febus | $853.00 | 0.20 | $170.60 |
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Margaret A. Dale | $853.00 | 0.50 | $426.50 |
| | | Paul Possinger | $853.00 | 0.40 | $341.20 |
| | | Timothy W. Mungovan | $853.00 | 0.90 | $767.70 |
| | **Partner Total** | | | **2.40** | **$2,047.20** |
| | **Associate** | Laura Stafford | $853.00 | 1.20 | $1,023.60 |
| | **Associate Total** | | | **1.20** | **$1,023.60** |
| **210 Total** | | | | **3.60** | **$3,070.80** |
| **219** | **Partner** | John E. Roberts | $853.00 | 0.40 | $341.20 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| **219 Total** | | | | **0.60** | **$511.80** |
| **Grand Total** | | | | **11.60** | **$9,894.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|------|------|
| **MATTER 33260.0056  PREPA -  UTIER CBA** | | | | | |
| **202** | **Associate** | Aliza H. Bloch | $853.00 | 4.30 | $3,667.90 |
| | | Javier Sosa | $853.00 | 7.90 | $6,738.70 |
| | | Joseph Hartunian | $853.00 | 3.70 | $3,156.10 |
| | | Matthew J. Morris | $853.00 | 10.40 | $8,871.20 |
| | **Associate Total** | | | **26.30** | **$22,433.90** |
| **202 Total** | | | | **26.30** | **$22,433.90** |
| **205** | **Partner** | Seetha Ramachandran | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **0.40** | **$341.20** |
| **205 Total** | | | | **0.40** | **$341.20** |
| **206** | **Partner** | Jonathan E. Richman | $853.00 | 418.00 | $356,554.00 |
| | | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Martin J. Bienenstock | $853.00 | 29.10 | $24,822.30 |
| | | Paul Possinger | $853.00 | 3.20 | $2,729.60 |
| | | Scott P. Cooper | $853.00 | 12.10 | $10,321.30 |
| | | Seetha Ramachandran | $853.00 | 108.30 | $92,379.90 |
| | | Timothy W. Mungovan | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **571.30** | **$487,318.90** |
| | **Associate** | Aliza H. Bloch | $853.00 | 16.40 | $13,989.20 |
| | | Corey I. Rogoff | $853.00 | 3.70 | $3,156.10 |
| | | Javier Sosa | $853.00 | 38.00 | $32,414.00 |
| | | Joseph Hartunian | $853.00 | 8.40 | $7,165.20 |
| | | Matthew J. Morris | $853.00 | 117.70 | $100,398.10 |
| | | Mee R. Kim | $853.00 | 95.20 | $81,205.60 |
| | | William D. Dalsen | $853.00 | 88.00 | $75,064.00 |
| | **Associate Total** | | | **367.40** | **$313,392.20** |
| **206 Total** | | | | **938.70** | **$800,711.10** |
| **207** | **Partner** | Jonathan E. Richman | $853.00 | 13.20 | $11,259.60 |
| | | Paul Possinger | $853.00 | 0.40 | $341.20 |
| | | Seetha Ramachandran | $853.00 | 20.20 | $17,230.60 |
| | **Partner Total** | | | **33.80** | **$28,831.40** |
| | **Associate** | Aliza H. Bloch | $853.00 | 2.50 | $2,132.50 |
| | | Matthew J. Morris | $853.00 | 3.50 | $2,985.50 |
| | | William D. Dalsen | $853.00 | 2.70 | $2,303.10 |
| | **Associate Total** | | | **8.70** | **$7,421.10** |
| **207 Total** | | | | **42.50** | **$36,252.50** |
| **210** | **Partner** | Jonathan E. Richman | $853.00 | 8.60 | $7,335.80 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $853.00 | 0.90 | $767.70 |
| | | Scott P. Cooper | $853.00 | 0.50 | $426.50 |
| | | Seetha Ramachandran | $853.00 | 4.70 | $4,009.10 |
| | **Partner Total** | | | **15.10** | **$12,880.30** |
| | **Associate** | Corey I. Rogoff | $853.00 | 10.50 | $8,956.50 |
| | | Javier Sosa | $853.00 | 3.00 | $2,559.00 |
| | | Mee R. Kim | $853.00 | 20.80 | $17,742.40 |
| | | William D. Dalsen | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **35.00** | **$29,855.00** |
| **210 Total** | | | | **50.10** | **$42,735.30** |
| 212 | **E-Discovery Attorney** | Yvonne O. Ike | $421.00 | 0.70 | $294.70 |
| | **E-Discovery Attorney Total** | | | **0.70** | **$294.70** |
| | **Legal Assistant** | Angelo Monforte | $291.00 | 1.20 | $349.20 |
| | | Joan K. Hoffman | $291.00 | 158.80 | $46,210.80 |
| | | Sara E. Cody | $291.00 | 0.90 | $261.90 |
| | | Shealeen E. Schaefer | $291.00 | 6.50 | $1,891.50 |
| | **Legal Assistant Total** | | | **167.40** | **$48,713.40** |
| | **Practice Support** | Rachel L. Fox | $291.00 | 0.30 | $87.30 |
| | **Practice Support Total** | | | **0.30** | **$87.30** |
| **212 Total** | | | | **168.40** | **$49,095.40** |
| **Grand Total** | | | | **1,226.40** | **$951,569.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|------------|-------------|
| | | | | | |
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| | | | | | |
| 212 | Legal Assistant | Angelo Monforte | $291.00 | 2.50 | $727.50 |
| | **Legal Assistant Total** | | | **2.50** | **$727.50** |
| | Lit. Support | Laurie A. Henderson | $291.00 | 0.70 | $203.70 |
| | **Lit. Support Total** | | | **0.70** | **$203.70** |
| **212 Total** | | | | **3.20** | **$931.20** |
| 219 | Partner | Dietrich L. Snell | $853.00 | 16.40 | $13,989.20 |
| | | Ehud Barak | $853.00 | 9.50 | $8,103.50 |
| | | Jeffrey W. Levitan | $853.00 | 1.40 | $1,194.20 |
| | | John E. Roberts | $853.00 | 9.40 | $8,018.20 |
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Margaret A. Dale | $853.00 | 0.90 | $767.70 |
| | | Mark Harris | $853.00 | 6.40 | $5,459.20 |
| | | Martin J. Bienenstock | $853.00 | 42.10 | $35,911.30 |
| | | Michael A. Firestein | $853.00 | 1.10 | $938.30 |
| | | Paul Possinger | $853.00 | 3.50 | $2,985.50 |
| | | Timothy W. Mungovan | $853.00 | 1.90 | $1,620.70 |
| | **Partner Total** | | | **93.00** | **$79,329.00** |
| | Associate | Daniel Desatnik | $853.00 | 7.80 | $6,653.40 |
| | | Joseph Hartunian | $853.00 | 2.10 | $1,791.30 |
| | | Shiloh Rainwater | $853.00 | 3.20 | $2,729.60 |
| | **Associate Total** | | | **13.10** | **$11,174.30** |
| **219 Total** | | | | **106.10** | **$90,503.30** |
| **Grand Total** | | | | **109.30** | **$91,434.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | **MATTER 33260.0085  PREPA – Cobra Acquisition LLC** | | | |
| 201 | Partner | Timothy W. Mungovan | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **0.80** | **$682.40** |
| | Associate | Matthew A. Skrzynski | $853.00 | 5.90 | $5,032.70 |
| | **Associate Total** | | | **5.90** | **$5,032.70** |
| **201 Total** | | | | **6.70** | **$5,715.10** |
| 202 | Associate | Matthew A. Skrzynski | $853.00 | 5.10 | $4,350.30 |
| | | Michael Wheat | $853.00 | 4.40 | $3,753.20 |
| | **Associate Total** | | | **9.50** | **$8,103.50** |
| **202 Total** | | | | **9.50** | **$8,103.50** |
| 203 | Partner | Scott P. Cooper | $853.00 | 6.10 | $5,203.30 |
| | **Partner Total** | | | **6.10** | **$5,203.30** |
| | Associate | Matthew A. Skrzynski | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.40** | **$341.20** |
| **203 Total** | | | | **6.50** | **$5,544.50** |
| 204 | Partner | Paul Possinger | $853.00 | 4.00 | $3,412.00 |
| | **Partner Total** | | | **4.00** | **$3,412.00** |
| | Associate | Elliot Stevens | $853.00 | 1.50 | $1,279.50 |
| | | Matthew A. Skrzynski | $853.00 | 1.50 | $1,279.50 |
| | **Associate Total** | | | **3.00** | **$2,559.00** |
| **204 Total** | | | | **7.00** | **$5,971.00** |
| 205 | Associate | Matthew A. Skrzynski | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **205 Total** | | | | **0.20** | **$170.60** |
| 206 | Partner | Ehud Barak | $853.00 | 1.40 | $1,194.20 |
| | | Hadassa R. Waxman | $853.00 | 3.20 | $2,729.60 |
| | | Paul Possinger | $853.00 | 7.60 | $6,482.80 |
| | | Scott P. Cooper | $853.00 | 3.30 | $2,814.90 |
| | **Partner Total** | | | **15.50** | **$13,221.50** |
| | Associate | Elliot Stevens | $853.00 | 5.10 | $4,350.30 |
| | | Matthew A. Skrzynski | $853.00 | 56.50 | $48,194.50 |
| | | Michael Wheat | $853.00 | 1.40 | $1,194.20 |
| | **Associate Total** | | | **63.00** | **$53,739.00** |
| **206 Total** | | | | **78.50** | **$66,960.50** |
| 207 | Partner | Hadassa R. Waxman | $853.00 | 0.30 | $255.90 |
| | | Paul Possinger | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.60** | **$511.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | Associate | Matthew A. Skrzynski | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **0.30** | **$255.90** |
| **207 Total** | | | | **0.90** | **$767.70** |
| **208** | **Partner** | Michael A. Firestein | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| **208 Total** | | | | **0.50** | **$426.50** |
| **210** | **Partner** | Ehud Barak | $853.00 | 17.20 | $14,671.60 |
| | | Hadassa R. Waxman | $853.00 | 3.70 | $3,156.10 |
| | | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | | Paul Possinger | $853.00 | 18.30 | $15,609.90 |
| | | Scott P. Cooper | $853.00 | 40.30 | $34,375.90 |
| | | Timothy W. Mungovan | $853.00 | 4.50 | $3,838.50 |
| | **Partner Total** | | | **84.20** | **$71,822.60** |
| | Associate | Elliot Stevens | $853.00 | 5.10 | $4,350.30 |
| | | Matthew A. Skrzynski | $853.00 | 34.30 | $29,257.90 |
| | | Michael Wheat | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **39.70** | **$33,864.10** |
| **210 Total** | | | | **123.90** | **$105,686.70** |
| **212** | **Legal Assistant** | Angelo Monforte | $291.00 | 2.60 | $756.60 |
| | | Anna Brodskaya | $291.00 | 8.20 | $2,386.20 |
| | | Dennis T. Mcpeck | $291.00 | 9.90 | $2,880.90 |
| | | Nicole K. Oloumi | $291.00 | 2.20 | $640.20 |
| | **Legal Assistant Total** | | | **22.90** | **$6,663.90** |
| **212 Total** | | | | **22.90** | **$6,663.90** |
| **Grand Total** | | | | **256.60** | **$206,010.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | | | |
| **MATTER 33260.0095  PREPA –  Insurance Coverage Advice** | | | | | |
| | | | | | |
| **205** | **Partner** | Marc E. Rosenthal | $853.00 | 1.80 | $1,535.40 |
| | **Partner Total** | | | **1.80** | **$1,535.40** |
| **205 Total** | | | | **1.80** | **$1,535.40** |
| **206** | **Partner** | Marc E. Rosenthal | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **206 Total** | | | | **0.70** | **$597.10** |
| **210** | **Partner** | Marc E. Rosenthal | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **2.10** | **$1,791.30** |
| **210 Total** | | | | **2.10** | **$1,791.30** |
| **Grand Total** | | | | **4.60** | **$3,923.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.00102  PREPA – Catesby Jones** | | | | |
| **203** | **Partner** | Lary Alan Rappaport | $853.00 | 3.50 | $2,985.50 |
| | | Michael A. Firestein | $853.00 | 1.30 | $1,108.90 |
| | | Paul Possinger | $853.00 | 1.30 | $1,108.90 |
| | **Partner Total** | | | **6.10** | **$5,203.30** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 1.00 | $853.00 |
| | **Senior Counsel Total** | | | **1.00** | **$853.00** |
| **203 Total** | | | | **7.10** | **$6,056.30** |
| **204** | **Partner** | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| **204 Total** | | | | **0.30** | **$255.90** |
| **206** | **Partner** | Lary Alan Rappaport | $853.00 | 1.00 | $853.00 |
| | | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | | Timothy W. Mungovan | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **1.60** | **$1,364.80** |
| **206 Total** | | | | **1.60** | **$1,364.80** |
| **207** | **Partner** | Jeffrey W. Levitan | $853.00 | 1.30 | $1,108.90 |
| | | Lary Alan Rappaport | $853.00 | 1.50 | $1,279.50 |
| | | Martin J. Bienenstock | $853.00 | 1.10 | $938.30 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **4.10** | **$3,497.30** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 0.40 | $341.20 |
| | **Senior Counsel Total** | | | **0.40** | **$341.20** |
| | **Associate** | John A. Peterson | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.40** | **$341.20** |
| **207 Total** | | | | **4.90** | **$4,179.70** |
| **210** | **Partner** | Chantel L. Febus | $853.00 | 0.30 | $255.90 |
| | | Ehud Barak | $853.00 | 1.20 | $1,023.60 |
| | | Jeffrey W. Levitan | $853.00 | 1.70 | $1,450.10 |
| | | Lary Alan Rappaport | $853.00 | 73.40 | $62,610.20 |
| | | Michael A. Firestein | $853.00 | 18.10 | $15,439.30 |
| | | Paul Possinger | $853.00 | 0.90 | $767.70 |
| | | Timothy W. Mungovan | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **96.00** | **$81,888.00** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 1.60 | $1,364.80 |
| | **Senior Counsel Total** | | | **1.60** | **$1,364.80** |
| | **Associate** | John A. Peterson | $853.00 | 0.90 | $767.70 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Associate Total** | | | **0.90** | **$767.70** |
| **210 Total** | | | | **98.50** | **$84,020.50** |
| **212** | **Legal Assistant** | Angelo Monforte | $291.00 | 0.20 | $58.20 |
| | | Dennis T. Mcpeck | $291.00 | 12.50 | $3,637.50 |
| | **Legal Assistant Total** | | | **12.70** | **$3,695.70** |
| **212 Total** | | | | **12.70** | **$3,695.70** |
| **Grand Total** | | | | **125.10** | **$99,572.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0105  PREPA – PV Properties, Inc.** | | | | | |
| | | | | | |
| **204** | **Associate** | John A. Peterson | $853.00 | 1.10 | $938.30 |
| | **Associate Total** | | | **1.10** | **$938.30** |
| **204 Total** | | | | **1.10** | **$938.30** |
| **210** | **Associate** | Jennifer L. Jones | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **210 Total** | | | | **0.20** | **$170.60** |
| **Grand Total** | | | | **1.30** | **$1,108.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | **MATTER 33260.0110  PREPA – UTIER/ LUMA Adversary Proceeding** | | | |
| **201** | **Partner** | Timothy W. Mungovan | $853.00 | 4.80 | $4,094.40 |
| | **Partner Total** | | | **4.80** | **$4,094.40** |
| **201 Total** | | | | **4.80** | **$4,094.40** |
| **202** | **Partner** | Martin J. Bienenstock | $853.00 | 3.80 | $3,241.40 |
| | **Partner Total** | | | **3.80** | **$3,241.40** |
| | **Associate** | Michael Wheat | $853.00 | 18.00 | $15,354.00 |
| | | Michelle M. Ovanesian | $853.00 | 4.00 | $3,412.00 |
| | **Associate Total** | | | **22.00** | **$18,766.00** |
| **202 Total** | | | | **25.80** | **$22,007.40** |
| **204** | **Partner** | Margaret A. Dale | $853.00 | 0.20 | $170.60 |
| | | Paul Possinger | $853.00 | 0.20 | $170.60 |
| | | Timothy W. Mungovan | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **1.10** | **$938.30** |
| | **Associate** | Jordan Sazant | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **0.20** | **$170.60** |
| **204 Total** | | | | **1.30** | **$1,108.90** |
| **205** | **Partner** | Timothy W. Mungovan | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **205 Total** | | | | **0.70** | **$597.10** |
| **206** | **Partner** | Ehud Barak | $853.00 | 17.90 | $15,268.70 |
| | | Guy Brenner | $853.00 | 0.20 | $170.60 |
| | | Jonathan E. Richman | $853.00 | 6.80 | $5,800.40 |
| | | Lary Alan Rappaport | $853.00 | 0.50 | $426.50 |
| | | Margaret A. Dale | $853.00 | 5.90 | $5,032.70 |
| | | Martin J. Bienenstock | $853.00 | 19.00 | $16,207.00 |
| | | Myron D. Rumeld | $853.00 | 0.70 | $597.10 |
| | | Paul M. Hamburger | $853.00 | 3.60 | $3,070.80 |
| | | Paul Possinger | $853.00 | 15.60 | $13,306.80 |
| | | Timothy W. Mungovan | $853.00 | 2.70 | $2,303.10 |
| | **Partner Total** | | | **72.90** | **$62,183.70** |
| | **Associate** | Daniel Desatnik | $853.00 | 53.40 | $45,550.20 |
| | | Elliot Stevens | $853.00 | 11.20 | $9,553.60 |
| | | Jennifer L. Jones | $853.00 | 1.30 | $1,108.90 |
| | | Jordan Sazant | $853.00 | 8.50 | $7,250.50 |
| | | Laura Stafford | $853.00 | 6.40 | $5,459.20 |
| | | Marc Palmer | $853.00 | 0.30 | $255.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | Michael Wheat | $853.00 | 20.10 | $17,145.30 |
| | | Michelle M. Ovanesian | $853.00 | 4.30 | $3,667.90 |
| | | William D. Dalsen | $853.00 | 13.70 | $11,686.10 |
| | **Associate Total** | | | **119.20** | **$101,677.60** |
| **206 Total** | | | | **192.10** | **$163,861.30** |
| **207** | **Partner** | Guy Brenner | $853.00 | 0.10 | $85.30 |
| | | Jonathan E. Richman | $853.00 | 0.90 | $767.70 |
| | | Lary Alan Rappaport | $853.00 | 0.40 | $341.20 |
| | | Margaret A. Dale | $853.00 | 0.20 | $170.60 |
| | | Martin J. Bienenstock | $853.00 | 2.60 | $2,217.80 |
| | | Michael A. Firestein | $853.00 | 1.40 | $1,194.20 |
| | | Paul Possinger | $853.00 | 1.50 | $1,279.50 |
| | | Timothy W. Mungovan | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **8.80** | **$7,506.40** |
| | **Associate** | Daniel Desatnik | $853.00 | 1.10 | $938.30 |
| | | Elliot Stevens | $853.00 | 1.70 | $1,450.10 |
| | | Jennifer L. Jones | $853.00 | 0.10 | $85.30 |
| | | Jordan Sazant | $853.00 | 3.70 | $3,156.10 |
| | | Laura Stafford | $853.00 | 0.50 | $426.50 |
| | | Marc Palmer | $853.00 | 0.50 | $426.50 |
| | | William D. Dalsen | $853.00 | 0.60 | $511.80 |
| | **Associate Total** | | | **8.20** | **$6,994.60** |
| **207 Total** | | | | **17.00** | **$14,501.00** |
| **210** | **Partner** | Ehud Barak | $853.00 | 9.60 | $8,188.80 |
| | | Jeffrey W. Levitan | $853.00 | 0.30 | $255.90 |
| | | Jonathan E. Richman | $853.00 | 2.40 | $2,047.20 |
| | | Lary Alan Rappaport | $853.00 | 0.50 | $426.50 |
| | | Margaret A. Dale | $853.00 | 17.30 | $14,756.90 |
| | | Michael A. Firestein | $853.00 | 1.50 | $1,279.50 |
| | | Paul Possinger | $853.00 | 8.40 | $7,165.20 |
| | | Timothy W. Mungovan | $853.00 | 4.10 | $3,497.30 |
| | **Partner Total** | | | **44.10** | **$37,617.30** |
| | **Associate** | Corey I. Rogoff | $853.00 | 0.20 | $170.60 |
| | | Daniel Desatnik | $853.00 | 3.20 | $2,729.60 |
| | | Elliot Stevens | $853.00 | 0.40 | $341.20 |
| | | Jennifer L. Jones | $853.00 | 5.70 | $4,862.10 |
| | | Jordan Sazant | $853.00 | 0.30 | $255.90 |
| | | Laura Stafford | $853.00 | 2.50 | $2,132.50 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Marc Palmer | $853.00 | 6.20 | $5,288.60 |
| | | Michael Wheat | $853.00 | 2.10 | $1,791.30 |
| | | William D. Dalsen | $853.00 | 2.40 | $2,047.20 |
| | **Associate Total** | | | **23.00** | **$19,619.00** |
| **210 Total** | | | | **67.10** | **$57,236.30** |
| **212** | **Legal Assistant** | Angelo Monforte | $291.00 | 4.00 | $1,164.00 |
| | | Lawrence T. Silvestro | $291.00 | 9.90 | $2,880.90 |
| | | Lisa P. Orr | $291.00 | 12.00 | $3,492.00 |
| | | Natasha Petrov | $291.00 | 1.20 | $349.20 |
| | | Nicole K. Oloumi | $291.00 | 2.20 | $640.20 |
| | | Shealeen E. Schaefer | $291.00 | 1.10 | $320.10 |
| | | Tal J. Singer | $291.00 | 9.10 | $2,648.10 |
| | **Legal Assistant Total** | | | **39.50** | **$11,494.50** |
| **212 Total** | | | | **39.50** | **$11,494.50** |
| **213** | **Partner** | Paul M. Hamburger | $853.00 | 1.40 | $1,194.20 |
| | **Partner Total** | | | **1.40** | **$1,194.20** |
| **213 Total** | | | | **1.40** | **$1,194.20** |
| **Grand Total** | | | | **349.70** | **$276,095.10** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0111  PREPA – SREAEE v.  Pierluisi-Urrutia** | | | | | |
| | | | | | |
| **206** | **Partner** | Jonathan E. Richman | $853.00 | 2.00 | $1,706.00 |
| | | Margaret A. Dale | $853.00 | 1.20 | $1,023.60 |
| | | Paul Possinger | $853.00 | 1.10 | $938.30 |
| | **Partner Total** | | | **4.30** | **$3,667.90** |
| | **Associate** | Jordan Sazant | $853.00 | 3.30 | $2,814.90 |
| | | Laura Stafford | $853.00 | 2.80 | $2,388.40 |
| | **Associate Total** | | | **6.10** | **$5,203.30** |
| **206 Total** | | | | **10.40** | **$8,871.20** |
| **207** | **Partner** | Margaret A. Dale | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| **207 Total** | | | | **0.30** | **$255.90** |
| **210** | **Partner** | Margaret A. Dale | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **1.10** | **$938.30** |
| **210 Total** | | | | **1.10** | **$938.30** |
| **Grand Total** | | | | **11.80** | **$10,065.40** |