## Exhibit C

## Task Code Time Breakdown

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| 202 | Associate | Megan R. Volin | $853.00 | 0.60 | $511.80 |
| | | Michael Wheat | $853.00 | 12.40 | $10,577.20 |
| | **Associate Total** | | | **13.00** | **$11,089.00** |
| **202 Total** | | | | **13.00** | **$11,089.00** |
| 204 | Associate | Megan R. Volin | $853.00 | 0.10 | $85.30 |
| | **Associate Total** | | | **0.10** | **$85.30** |
| **204 Total** | | | | **0.10** | **$85.30** |
| 206 | Partner | Brian S. Rosen | $853.00 | 0.30 | $255.90 |
| | | Jeffrey W. Levitan | $853.00 | 13.30 | $11,344.90 |
| | | Martin J. Bienenstock | $853.00 | 4.90 | $4,179.70 |
| | | Paul Possinger | $853.00 | 0.30 | $255.90 |
| | | Steven O. Weise | $853.00 | 4.60 | $3,923.80 |
| | **Partner Total** | | | **23.40** | **$19,960.20** |
| | Associate | Brooke H. Blackwell | $853.00 | 1.50 | $1,279.50 |
| | | Joshua A. Esses | $853.00 | 15.50 | $13,221.50 |
| | | Megan R. Volin | $853.00 | 6.10 | $5,203.30 |
| | | Michael Wheat | $853.00 | 46.60 | $39,749.80 |
| | **Associate Total** | | | **69.70** | **$59,454.10** |
| **206 Total** | | | | **93.10** | **$79,414.30** |
| 210 | Partner | Brian S. Rosen | $853.00 | 2.80 | $2,388.40 |
| | | Jeffrey W. Levitan | $853.00 | 17.20 | $14,671.60 |
| | | Martin J. Bienenstock | $853.00 | 11.60 | $9,894.80 |
| | | Steven O. Weise | $853.00 | 27.20 | $23,201.60 |
| | **Partner Total** | | | **58.80** | **$50,156.40** |
| | Associate | Brooke H. Blackwell | $853.00 | 1.20 | $1,023.60 |
| | | Elliot Stevens | $853.00 | 0.20 | $170.60 |
| | | Joshua A. Esses | $853.00 | 1.80 | $1,535.40 |
| | | Libbie B. Osaben | $853.00 | 0.80 | $682.40 |
| | | Megan R. Volin | $853.00 | 0.90 | $767.70 |
| | | Michael Wheat | $853.00 | 6.10 | $5,203.30 |
| | **Associate Total** | | | **11.00** | **$9,383.00** |
| **210 Total** | | | | **69.80** | **$59,539.40** |
| 212 | Legal Assistant | Tal J. Singer | $291.00 | 9.70 | $2,822.70 |
| | **Legal Assistant Total** | | | **9.70** | **$2,822.70** |
| **212 Total** | | | | **9.70** | **$2,822.70** |
| 215 | Partner | Brian S. Rosen | $853.00 | 1.80 | $1,535.40 |

PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Jeffrey W. Levitan | $853.00 | 2.80 | $2,388.40 |
| | **Partner Total** | | | **4.60** | **$3,923.80** |
| | Associate | Joshua A. Esses | $853.00 | 6.80 | $5,800.40 |
| | **Associate Total** | | | **6.80** | **$5,800.40** |
| **215 Total** | | | | **11.40** | **$9,724.20** |
| 217 | Partner | Martin T. Hamilton | $853.00 | 2.30 | $1,961.90 |
| | **Partner Total** | | | **2.30** | **$1,961.90** |
| | Associate | Tony R. Meyer | $853.00 | 2.30 | $1,961.90 |
| | **Associate Total** | | | **2.30** | **$1,961.90** |
| **217 Total** | | | | **4.60** | **$3,923.80** |
| 218 | Associate | Megan R. Volin | $853.00 | 0.60 | $511.80 |
| | **Associate Total** | | | **0.60** | **$511.80** |
| | Legal Assistant | Natasha Petrov | $291.00 | 9.80 | $2,851.80 |
| | **Legal Assistant Total** | | | **9.80** | **$2,851.80** |
| **218 Total** | | | | **10.40** | **$3,363.60** |
| **Grand Total** | | | | **212.10** | **$169,962.30** |