**<u>Exhibit D</u>**

**Budget and Staffing Plan**

Case:17-03283-LTS   Doc#:23921-4   Filed:03/31/23   Entered:03/31/23 19:01:42   Desc:
Exhibit D   Page 1 of 5

**<u>Exhibit D-1</u>**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | June 2021 | | July 2021 | | August 2021 | | September 2021 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0083 | PROMESA TITLE III: PBA | $ 1,794.20 | $ 5,000.00 | $ 5,388.80 | $ 5,000.00 | $ 70,510.90 | $ 75,000.00 | $ 92,268.40 | $ 100,000.00 |
| PBA TOTAL | | $ 1,794.20 | $ 5,000.00 | $ 5,388.80 | $ 5,000.00 | $ 70,510.90 | $ 75,000.00 | $ 92,268.40 | $ 100,000.00 |
| ESTIMATED FEES Compensation Period (June 2021 - September 2021) TOTAL: | | | | | | | | | $185,000.00 |
| ACTUAL FEES Compensation Period (June 2021 - September 2021) TOTAL: | | | | | | | | | $169,962.30 |
| Percent Variance (Actual vs. Budgeted Fees) | | | | | | | | | 8.1% below budget |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 8 | $853 |
| Senior Counsel | 5 | $853 |
| Associates | 6 | $853 |
| e-Discovery Attorneys | 5 | $421 |
| Paraprofessionals | 7 | $291 |
| **Total:** | **31** | |

---

[1]  The actual number of timekeepers who worked on this matter during the Compensation Period was 15, and thus 16 fewer than anticipated.

[2]  Attorney Practice Groups: BSGR&B, Tax and Corporate.

[3]  The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B, Tax and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4]  Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2021, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $853 per hour, for e-discovery attorneys of $421 per hour, and for paraprofessionals of $291 per hour. Rates have not increased during this Compensation Period.