**Exhibit C**

**Task Code Time Breakdown**

PROMESA TITLE III: ERS

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS Title III - General** | | | | | |
| **206** | **Associate** | Joshua A. Esses | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **0.30** | **$255.90** |
| **206 Total** | | | | **0.30** | **$255.90** |
| **212** | **Legal Assistant** | Lawrence T. Silvestro | $291.00 | 0.40 | $116.40 |
| | | Tal J. Singer | $291.00 | 1.10 | $320.10 |
| | **Legal Assistant Total** | | | **1.50** | **$436.50** |
| **212 Total** | | | | **1.50** | **$436.50** |
| **218** | **Associate** | Megan R. Volin | $853.00 | 1.20 | $1,023.60 |
| | **Associate Total** | | | **1.20** | **$1,023.60** |
| | **Legal Assistant** | Natasha Petrov | $291.00 | 22.30 | $6,489.30 |
| | **Legal Assistant Total** | | | **22.30** | **$6,489.30** |
| **218 Total** | | | | **23.50** | **$7,512.90** |
| **Grand Total** | | | | **25.30** | **$8,205.39** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0068 ERS Title III - Cooperativa de Ahoro y Creditor Vegabajena** | | | | | |
| **206** | **Partner** | Jeffrey W. Levitan | $853.00 | 3.90 | $3,326.70 |
| | | Michael A. Firestein | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **5.60** | **$4,776.80** |
| | **Senior Counsel** | Jennifer L. Roche | $853.00 | 0.60 | $511.80 |
| | **Senior Counsel Total** | | | **0.60** | **$511.80** |
| **206 Total** | | | | **6.20** | **$5,288.60** |
| **210** | **Partner** | Michael A. Firestein | $853.00 | 5.20 | $4,435.60 |
| | | Steven O. Weise | $853.00 | 1.50 | $1,279.50 |
| | **Partner Total** | | | **6.70** | **$5,715.10** |
| | **Senior Counsel** | Jennifer L. Roche | $853.00 | 1.50 | $1,279.50 |
| | **Senior Counsel Total** | | | **1.50** | **$1,279.50** |
| | **Associate** | Laura Stafford | $853.00 | 1.90 | $1,620.70 |
| | **Associate Total** | | | **1.90** | **$1,620.70** |
| **210 Total** | | | | **10.10** | **$8,615.30** |
| **Grand Total** | | | | **16.30** | **$13,903.90** |