# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Directing Issuance of Check* and good cause appearing therefor, it is hereby directed that the Commonwealth of Puerto Rico issue a check to the order of Sucesión Mandry Mercado for $33,897,853.96, plus the interest accrued thereon after March 31, 2023 on the basis of $4,237.23 per day.

Dated: _____, 2023

_____
Honorable Laura Taylor Swain
United States District Judge