**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Re: ECF Nos. 23612 and 23873

</td></tr>
</table>

**URGENT CONSENSUAL MOTION FOR EXTENSION OF DEADLINES REGARDING**
**MOTION REQUESTING PAYMENT OF SEVERANCE DAMAGES**

To The Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"),

as the sole Title III representative of the Puerto Rico Highways and Transportation Authority

("HTA" or the "Debtor") pursuant to section 315(b) of the *Puerto Rico Oversight, Management*

*and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion for an order

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C §§ 2101-2241.

further extending the briefing schedule related to the *Motion Requesting Payment of Severance Damages* [ECF No. 23612] (the "Motion") and represents as follows:

**REQUEST FOR RELIEF**

1.      On February 23, 2023, Adrián Mercado Jiménez, Teresa Vizcarrondo Toro, and their conjugal society (collectively, "Movants") filed the Motion, seeking payment in an amount of $197,597.00 in connection with HTA's purported expropriation of certain property, as described further in the Motion.

2.      On February 24, 2023, the Court entered the *Order Scheduling Briefing of Motion Requesting Payment of Severance Damages* [ECF No. 23621] (the "Initial Scheduling Order").

3.      Since the entry of the Initial Scheduling Order, the parties requested, and the Court has granted, two extensions of the deadlines established therein to facilitate an information exchange between counsel for the Oversight Board and Movants to obtain additional information concerning the assertions made in the Motion.

4.      Most recently, on March 24, 2023, the Oversight Board filed an urgent motion [ECF No. 23872] to extend the operative deadlines, which the Court granted [ECF No. 23873] (the "Scheduling Order").  The Scheduling Order established a deadline of April 7, 2023 for the filing of any responsive papers (the "Objection Deadline") and a deadline of April 14, 2023 for the filing of Movant's reply papers (the "Reply Deadline"), with the Motion to be taken under submission thereafter unless the Court determined otherwise.

5.      Counsel for the Oversight Board has been in communication with Movants to obtain additional information concerning the assertions made in the Motion, and as of the filing of this Motion, Movants have submitted additional information which the Oversight Board is in the process of analyzing.  At the same time, HTA is continuing to analyze its books and records and

2

the facts and circumstances surrounding the Motion, but has not yet completed its analysis.  The

Oversight Board therefore submits this Urgent Motion to request a further extension of the

Objection Deadline and Reply Deadline to permit the Oversight Board and HTA to complete their

assessments and for the Oversight Board to further discuss the Motion with Movants.  Movants

have been informed of and have no objection to the extension requested herein.

6.      Accordingly, with the Movants' consent, the Oversight Board respectfully requests

that the Court enter an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed

Order"), extending the Objection Deadline and Reply Deadline to **April 21, 2023,** and **April 28,**

**2023**, respectively.

7.      Pursuant to Paragraph I.H of the *Sixteenth Amended Notice, Case Management and*

*Administrative Procedures* [ECF No. 20190-1 in Case No. 17-3283] (the "Case Management

Procedures"), HTA hereby certifies that it has carefully examined the matter and concluded that

there is a true need for an urgent motion; it has not created the urgency through any lack of due

diligence; has made a bona fide effort to resolve the matter; has made reasonable, good-faith

communications in an effort to resolve or narrow the issues that are being brought to the Court,

and no party opposes the relief requested herein.

**NOTICE**

8.      HTA has provided notice of this Urgent Motion in accordance with the Case

Management Procedures to the following parties: (a) the Office of the United States Trustee for

the District of Puerto Rico; (b) the Puerto Rico Fiscal Agency and Financial Advisory Authority

(AAFAF); (c) counsel for AAFAF; (d) counsel to the statutory committees appointed in these Title

III cases; (e) the entities on the list of creditors holding the 20 largest unsecured claims against

COFINA; (f) all parties filing a notice of appearance in these Title III cases; and (g) Movants. A

copy of the Urgent Motion is also available on the Commonwealth's case website at https://cases.primeclerk.com/puertorico/.

9.     HTA submits that, in light of the nature of the relief requested herein, no other or further notice need be given.

WHEREFORE, HTA requests the Court enter the Proposed Order and grant HTA such other relief as is deemed just and proper.

Dated: April 6, 2023                    Respectfully submitted,
       San Juan, Puerto Rico

                                        */s/ Hermann D. Bauer*
                                        Hermann D. Bauer
                                        USDC No. 215205
                                        Carla García-Benítez
                                        USDC No. 203708
                                        Gabriel A. Miranda
                                        USDC No. 306704
                                        **O'NEILL & BORGES LLC**
                                        250 Muñoz Rivera Ave., Suite 800
                                        San Juan, PR 00918-1813
                                        Tel:  (787) 764-8181
                                        Fax:  (787) 753-8944


                                        */s/ Brian S. Rosen*
                                        Martin J. Bienenstock (*pro hac vice*)
                                        Brian S. Rosen (*pro hac vice*)
                                        **PROSKAUER ROSE LLP**
                                        Eleven Times Square
                                        New York, NY 10036
                                        Tel:  (212) 969-3000
                                        Fax:  (212) 969-2900

                                        *Attorneys for the Financial*
                                        *Oversight and Management Board*
                                        *for Puerto Rico, as representative of*
                                        *the Puerto Rico Highways and*
                                        *Transportation Authority*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF

participants in this case.


/s/   *Hermann D. Bauer*
Hermann D. Bauer