UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION
FOR FURTHER EXTENSION OF RESPONSE DEADLINES

Through the *Urgent Consensual Motion for Further Extension of Response Deadlines* (Docket Entry No. 23944)[2] (the "Extension Motion"),[3] the Oversight Board requests

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

the extension of briefing deadlines with respect to the following motions (the "Motions," and the movants thereto, the "Movants"):

| Docket Entry No. | The Motions |
|---|---|
| 21187 | *Evertec's Motion for Allowance of an Administrative Expense Claim*[4] |
| 21191 | *Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20* |
| 21209 | *COSEY's Motion for Allowance and Payment of Administrative Expense Claim* |

Accordingly, the Court having found that the Oversight Board provided adequate and appropriate notice of the Extension Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Extension Motion; and the Court having determined that the factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Extension Motion is granted as set forth herein.

2. The deadline to respond to the Motions shall be extended to **May 5, 2023**, at **4:00 p.m. (Atlantic Standard Time)**.

3. The deadline for the Movants to reply shall be extended to **May 12, 2023**, at **4:00 p.m. (Atlantic Standard Time)**.

4. The hearing on the Motions remains scheduled for the Omnibus Hearing scheduled for **June 7, 2023**, at **9:30 a.m. (Atlantic Standard Time)**.

---

[4] Docket Entry No. 317 in Case No. 19-5523.

5. This Order resolves Docket Entry No. 23944 in Case No. 17-3283.

SO ORDERED.

Dated: April 6, 2023

                                                                                  /s/ Laura Taylor Swain  
                                                                                  LAURA TAYLOR SWAIN  
                                                                                  United States District Judge