## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## <u>CERTIFICATE OF SERVICE</u>

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 22, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit A</u>**, to be served via First Class Mail on the ACR Public Letter Notice Parties Service List attached hereto as **<u>Exhibit B</u>**.

On March 22, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **<u>Exhibit C</u>**, to be served via First Class Mail on Nilda R. Castrodad Castrodad (ADRID: 4268197) Urb. Sabanera 139 Camino las Trinitarias PO Box 339 Cidra, PR, 00739.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 3, 2023

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 3, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 68202

**<u>Exhibit A</u>**

**Responda a esta carta el 11 de abril de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before April 11, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

22 de marzo de 2023

**Re:**     **Reclamación Núm.**                - **REQUIERE RESPUESTA**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 | PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico** PRACRprocess@ra.kroll.com**; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525   contact@aafaf.pr.gov   aafaf.pr.gov

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

March 22, 2023

**Re:**   **Claim No.**              - **REQUIRES RESPONSE**

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico
("Government") in the Title III proceedings under PROMESA[1]. You are receiving this
communication because you filed the referenced Proof of Claim ("Claim") in the Title III
Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight
and Management Board ("FOMB") transferred your Claim to the Administrative Claims
Resolution Process ("ACR") in order to resolve the Claim using the existing administrative
procedures in the Government. The purpose of this letter is to notify that the
information provided by you to date is not sufficient for the government entity you work
for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the
attached form along with any supporting documentation in which you describe in detail
the nature of your Claim. In your response, you should include, without limitation: (1)
telephone number where you can be contacted; (2) employee number; (3) social
security number; (4) if your claim is/has been subject of an administrative or judicial
process, provide the case file number; and (5) any document that supports your Claim.
If you have a pending administrative or judicial case, please so indicate. If, to the
contrary, the case is closed, please provide a copy of the final resolution or final
judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525           contact@aafaf.pr.gov           aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com,** or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center

c/o Kroll Restructuring Administration LLC

850 3rd Avenue, Suite 412

Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.*                    *Creditor Name:*

| | |
|---|---|
| (1)  Nombre Completo | |
| (2)  Número de teléfono | |
| (3)  Número de empleado | |
| (4)  Agencia para la cual trabaja(ó) y fecha.     Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5)  Correo electrónico | |
| (6)  Número de seguro social (últimos cuatro dígitos) | |
| (7)  Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8)  Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

*** Attach any supporting documentation you may have related to your claim. ***

EMPLOYEE RESPONSE LETTER

*Claim No.*                    *Creditor Name:*

| (1) Full Name | |
|---|---|
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***

**<u>Exhibit B</u>**

Exhibit B
ACR Public Letter Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 266791 | ALICEA VIROLA, VANESSA | URB ALTA VISTA | Q 17 CALLE 19 | | PONCE | PR | 00716 |
| 3179382 | Arzola Caraballo, Luis E. | HC 2 Box 8168 | | | Guayanilla | PR | 00656-9724 |
| 3597458 | BATIZ RODRIGUEZ, ANGEL M. | URB. JARDINES DEL CARIBE | 31 EE10 | | PONCE | PR | 00728 |
| 421870 | BURGOS CRUZ, HILDA M | PO BOX 2180 | | | FAJARDO | PR | 00738-2180 |
| 3088392 | Caceres Morales, Jose A | PO Box 1344 | | | Arroyo | PR | 00714 |
| 1779425 | Caceres Morales, Jose A | PO Box 60 | | | Arroyo | PR | 00714 |
| 3088394 | Caceres Morales, Jose A | Urb.Brisas de Mar casa I-6 Calle Abraham | | | Arroyo | PR | 00714 |
| 346468 | Calzada Millan, Onesimo | Urb Villa Carolina | Bloq 122 20 Calle 63 | | Carolina | PR | 00984 |
| 3700070 | CENTENO ALVARADO, RAFAEL | E38 CALLE 8 | ALTURAS DE PENUELAS III | | PENUELAS | PR | 00624 |
| 3103276 | Chaparro Villanue, Sandra I | URB. Villa De La Pradera | 188 Calle Zorzal | | Rincon | PR | 00677 |
| 4268491 | Colon Andujar, Rosa J. | HC03 Box 12706 | | | Juana Diaz | PR | 00795 |
| 1352740 | Colon Font, Wanda I. | HC 03 BOX 6328 | | | Humacao | PR | 00791 |
| 1239827 | CRESPO PEREZ, EFRAIN | PO BOX 1050 | | | ADJUNTAS | PR | 00601 |
| 3083615 | Cruz Rodriguez, Litza M | Calle 44 Blg 2 #55 Urb. Royal | | | Bayamon | PR | 00956 |
| 3173400 | Cruz Rodriguez, Litza M | Departamento de la Familia | Ave. de Diego #124 Urb. la Rivera | | San Juan | PR | 00921 |
| 1323942 | DIAZ AVILES, ORLANDO | HC 3 BOX 11992 | | | COROZAL | PR | 00783 |
| 3138645 | DURAN CABAN, PALACIN | HC 8 BOX 1321 | | | PONCE | PR | 00931-9707 |
| 2305095 | FIGUEROA TORRES, ALEXIS | PO BOX 616 | | | VILLALBA | PR | 00766 |
| 2862022 | Francisco Toro De Osuna Viviana Velez Perez Comm Prop | 28 Urb Ext. Quintas Santa Maria | | | Mayaguez | PR | 00682 |
| 2871473 | Garcia de Quevedo Lopez, Annie | PO Box 764 | | | Anasco | PR | 00610 |
| 3969575 | Gonzalez Gonzalez, Norberto | HS 7 Bo: Guayabal | | | Juana Diaz | PR | 00795 |
| 4055893 | Gonzalez Gonzalez, Norberto | HC-05 Box 13577-9515 | | | Juana Diaz | PR | 00795 |
| 3807911 | Gonzalez Quirindongo, Efrain | HC03 Box 11056 | | | Juana Diaz | PR | 00795 |
| 4190911 | Hernandez Cruz, Nelson | Com Caracoles 3 Buzon #1310 | | | Penuelas | PR | 00624 |
| 3619366 | Lafontant Besson, Karine | Sagrado Corazon 1698, San Julian | | | San Juan | PR | 00926 |
| 3083338 | Lebron Flores, Amanlys | Urb. Villa Ana Calle Roberto Mojica D-15 | | | Juncos | PR | 00777 |
| 4056675 | Lera Vega, Lydia E | B-2 Calle 8 Urb. Jardines | | | SANTA ISABEL | PR | 00757 |
| 4069172 | Lira Vega, Lydia Esther | B-2 Calle 8 Urb Jardines | | | Sante Isabel | PR | 00757 |
| 4015936 | Lopez Lopez, Arturo | HC 2 Box 6718 | | | Adjuntas | PR | 00601 |
| 1351329 | Maldonado Marquez, Vilma R | BO Daguao | Box 146 | | Naguabo | PR | 00718 |
| 3844406 | Maldonado Martinez, Nestor C | Urb. Alturas de Penuelas II | Calle 5-E 14 | | Penuelas | PR | 00624 |
| 3740890 | Maldonado Negron, Felix L | Hacienda El Mayoral #12532 | | | Villalba | PR | 00766 |
| 3032528 | MARCIAL TORRES, MARITZA | Agent | Policia de Puerto Rico | Urb. Arroyo del Mar Calle Caribe #127 | Arroyo | PR | 00714 |
| 459730 | MARCIAL TORRES, MARITZA | PO BOX 1418 | | | ARROYO | PR | 00714 |
| 3993591 | MARTINEZ RIVAS, ADA J | PO BOX 772 | | | ARROYO | PR | 00714 |
| 3993699 | MARTINEZ RIVAS, ADA J | URB PORTAL DE ANCENES | CALLE 6 E 11 | | ARROYO | PR | 00714 |
| 3837167 | MARTINEZ TORRES, JOSE MARTIN | 64 ROBUSTIANA HACIENDA JULIANA | | | COTO LAUREL | PR | 00780-2654 |
| 3776195 | Medina Santiago, Jose Ogaden | B-8 Calle of Mapola | | | Adjuntas | PR | 00601-2408 |
| 4066274 | Medina Toro, Anatilde | Urb. Hamboyanos | 1604 Cale Lilas | | Ponce | PR | 00716-4612 |
| 3052040 | Miranda Ortiz , Ana Delia | Calle 1 A-10 Urbanizacion Quintas de Country Club | | | Carolina | PR | 00982 |
| 3109126 | Miranda Ortiz , Ana Delia | Departamento de la Familia - ADFAN | Avenida De Diego I 1124, Urb. la Riviera | | San Juan | PR | 00921 |
| 3291630 | Montalvo Diaz, Raul | Bo Puerto Platn Carr: 144 | | | Int. Jayuya | PR | 00664 |
| 3141215 | Montalvo Diaz, Raul | PO Box 1156 | | | Jayuya | PR | 00664 |
| 3497590 | Montalvo Velez, Danilo | 45 Calle San Blas | | | Lajas | PR | 00667 |
| 2889318 | Morales Irizarry, Jose | Carretera 300 K.2.3 | | | Cabo Rojo | PR | 00623 |
| 162312 | Morales Irizarry, Jose | Hc 01 Box 8447 | | | Cabo Rojo | PR | 00623 |
| 3519126 | MORLAES PEREZ, WANDA I. | PO BOX 63 | | | CASTAÑER | PR | 00631 |
| 3653201 | NAZARIO AVILES, LUIS | URB ESTANCIAS DEL RIO | CALLE GUAMANI | #424 | HORMIGUEROS | PR | 00660 |
| 4042184 | Negron De Jesus, Angel L. | Parcelas Niagarra | Calle Diamante #14 | | Coamo | PR | 00769 |
| 4013111 | Olivera Rivera, Maria del Rosario | Calle Rufina #10 | | | Guayanilla | PR | 00656 |
| 3404828 | Pagan Pacheco, Anderson | P.O. Box 11218 Fdez. Juneos Slaten | | | San Juan | PR | 00910 |
| 3131251 | Pagan Pacheco, Anderson | PO Box 3169 | Valle Arriba Height | | Carolina | PR | 00984 |
| 3182552 | Pagan Rios, Juan Carlos | H-C 02 Box 6417 | | | Utuado | PR | 00641 |
| 3598893 | Perez Cruz, Alvin F. | Urb. Hacienda Florida Calle Cruz de Morta 171 | | | Yauco | PR | 00698 |
| 4091664 | Perez Jimenez, Luis Daniel | Coamo Housing Edif. 1 Apt 4 | | | Coamo | PR | 00769 |
| 4048828 | PLAZA TOLEDO, OMARIS | HC-1 BOX 3605 | | | ADJUNTAS | PR | 00601 |
| 4052236 | Ramirez-Alvarez, Lydia C. | Urb Estancias del golf 798 | | | Ponce | PR | 00730 |
| 3397863 | Rivas Fernandez, Maria M. | Apdo 141165 | | | Arecibo | PR | 00614-1165 |
| 2407549 | RIVERA ORTIZ, HAYBED | HC-63 BOX 3614 | | | PATILLAS | PR | 00723 |
| 3025307 | Rivera Valentin, Edda J | P.O. Box 956 | | | Guayama | PR | 00785 |
| 3034295 | Rivera Valentin, Edda J | Policia de Puerto Rico | Urb. Ciudad Universitaria Calle Gaviota K8 | | Guayama | PR | 00784 |
| 3603208 | Roche Rodriguez, Luis F | Carr 512 KM 0.01 Barrio Cayabo | | | Juana Diaz | PR | 00795 |
| 3603272 | Roche Rodriguez, Luis F | HC-03 Box 12634 | | | Juana Diaz | PR | 00795 |

Exhibit B
ACR Public Letter Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 537224 | RODRIGUEZ CHAPARRO, MARIA | MSC 784 | PO BOX 5000 | | AGUADA | PR | 00602 |
| 3472082 | Rodriguez Morales , Riesner Gregorio | Carr 392 KM 0.9 | Cerro Alto | | Lajas | PR | 00667 |
| 3472097 | Rodriguez Morales , Riesner Gregorio | HC 03 Box 17358 | | | Lajas | PR | 00667 |
| 3433202 | Romero Garcia, Mercedes | PO Box 482 | | | Toa Alta | PR | 00954 |
| 2335696 | ROSARIO GOMEZ, DAMARYS | HC 1 BOX 4446 | | | NAGUABO | PR | 00718-9716 |
| 2969234 | Ruiz Rivera, Sharon Enid | Mansiones Del Caribe #28 | | | Humacao | PR | 00791 |
| 3613048 | SANCHEZ GONZALEZ, JOSE R | HC 1 BOX 7701 | | | SAN GERMAN | PR | 00683 |
| 4152683 | SANCHEZ GONZALEZ, JOSE R | PORCELAS MINILLAS #43 | | | SAN GERMAN | PR | 00683 |
| 3431502 | Santana Vargas, Johnny | 9038 Calle Pascua Bena Ventura | | | Mayaguez | PR | 00680 |
| 3803412 | Santiago Cavoni, Rafael | Estarus de Yauco | | | Yauco | PR | 00698 |
| 3726556 | Santiago Hernandez, Delba I | PO Box 1048 | | | Adjuntas | PR | 00601 |
| 3892177 | SANTIAGO HERNANDEZ, MARIA DELOS A. | PO BOX 1048 | | | ADJUNTAS | PR | 00601 |
| 3179725 | Santiago Rodriguez, Serafin | Jardiros D-8 Calle 6 | | | Santa Isabol | PR | 00757 |
| 3096867 | Santiago Sanchez, Yajaira | Clvenus S.A. 27 Levittville, | | | Levittown | PR | 00949 |
| 3371955 | Santiago Sanchez, Yajaira | Depto. Fam. - ADFAN | Ave. De Diego #124 Urb. La Riviera | | San Juan | PR | 00921 |
| 247044 | SANTOS RODRIGUEZ, MADELINE | RES. BAHIA 1 C2 | | | GUAYANILLA | PR | 00656 |
| 3433111 | Silva Bernier, Jose V. | P.O. Box 1703 | | | Guayama | PR | 00785 |
| 3153159 | Torres Casablanca, Mayra | P O BOX 1460 | | | SAN SEBASTIAN | PR | 00685 |
| 3151806 | TORRES CASABLANCA, MAYRA | PO BOX 1460 | | | SAN SEBASTIAN | PR | 00685 |
| 4132134 | Torres Guadalupe, Jose L. | Barrio Santo Domingo Sector Saballo | Apartado 302 | | Penuelas | PR | 00624 |
| 4072564 | Torres Labry, Maria M. | Aptdo 552 | | | Patillas | PR | 00727 |
| 4137117 | Torres Labry, Maria M. | Buena Vista #613 Calles | | | Camuy | PR | 00714 |
| 2003703 | TORRES VEGA, JOSE D | URB LA VEGA | 204 CALLE PRINCIPAL | | VILLALBA | PR | 00766-1723 |
| 3151420 | Vega Rivera, Jesus E | Urb La Haciendo Calle 49 | AK 2 | | Guayama | PR | 00784 |
| 4076758 | Velez Cruz, Daisy | 5231 Romboidal St | | | Ponce | PR | 00731 |
| 4010079 | Velez Guzman, Pedro Luis | 28 Casa 101A Bo Singapor | | | Juana Diaz | PR | 00795 |
| 4010121 | Velez Guzman, Pedro Luis | HC.02 Box 9840 | | | Juana Diaz | PR | 00795 |
| 3238899 | VELEZ RODRIGUEZ, JOHN | HC 3 BOX 33856 | | | HATILLO | PR | 00659 |

**<u>Exhibit C</u>**

**Responda a esta carta el 11 de abril de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before April 11, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

March 22, 2023

**Re:**    **Claim No.**              - <u>**REQUIRES RESPONSE**</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] 1 *Puerto Rico Oversight, Management, and Economic Stability Act.*



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim.** Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

22 de marzo de 2023

**Re:**    **Reclamación Núm.**    **- <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@ra.kroll.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO
## Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.
Claimant Name:

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)     Nombre completo | |
| (2)     Número de teléfono | |
| (3)     Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)     Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)     Número de seguro social de individuo/ número de seguro social patronal | |
| (6)     En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)     Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)     Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |