**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                      Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY**
**FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT**

Cobra Acquisitions LLC ("Participant") hereby submits this notice of intent to participate

in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the*

*Puerto Rico Electric Power Authority* [Case No. 17-4780, ECF No. 3296], as may be amended,

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

modified, or supplemented, pursuant to the Court's *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Case No. 17-4780, ECF No. 3305] and respectfully states as follows:

1. **Participant's contact information, including email address, and that of its counsel:**

Participant's Name:

Cobra Acquisitions LLC

Participant's Address:

Mammoth Energy Services, Inc.
14201 Caliber Drive, Suite 300
Oklahoma City, OK 73134

Names and Addresses of Counsel:

Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Zach Lanier
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201

Roxanne Tizravesh
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana St., 44th Floor
Houston, TX 77002

Email Addresses of Counsel:

aqureshi@akingump.com
zlanier@akingump.com
rtizravesh@akingump.com

**2.** **Participant's Claim number and the nature of Participant's Claim:**

Claim Number: 172960


Nature of Claim:

Post-petition, administrative expenses for services rendered to PREPA


Dated: April 7, 2023                    Respectfully submitted,


                                        */s/ Rafael Escalera Rodríguez*
                                        Rafael Escalera Rodríguez (No. 122609)
                                        */s/ Sylvia M. Arizmendi*
                                        Sylvia M. Arizmendi (No. 210714)
                                        */s/ Carlos R. Rivera-Ortiz*
                                        Carlos R. Rivera-Ortiz (No. 303409)
                                        REICHARD & ESCALERA, LLC
                                        255 Ponce de León Avenue
                                        MCS Plaza, 10th Floor
                                        San Juan, PR 00917-1913
                                        Telephone: (787) 777-8888
                                        Email: escalera@reichardescalera.com
                                        arizmendis@reichardescalera.com
                                        riverac@reichardescalera.com

                                        – and –

                                        Abid Qureshi (*pro hac vice*)
                                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                        One Bryant Park
                                        New York, New York 10036
                                        Telephone: (212) 872-1000
                                        Facsimile: (212) 872-1002

                                        – and –

                                        Zach Lanier (*pro hac vice* forthcoming)
                                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                                        2300 N. Field Street, Suite 1800
                                        Dallas, TX 75201
                                        Telephone: (214) 969-2800
                                        Facsimile: (214) 969-4343

– and –

Roxanne Tizravesh (*pro hac vice* forthcoming)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1111 Louisiana St., 44th Floor
Houston, TX 77002
Telephone: (713) 220-5800
Facsimile:  (713) 236-0822


*Counsel for Cobra Acquisitions LLC*

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to all attorneys

of record.


*/s/Carlos R. Rivera-Ortiz*

Carlos R. Rivera Ortiz