# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), pursuant to its authority under Act 2-2017, through the undersigned counsel, hereby submits this notice of intent to participate in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 3296], as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3294] and respectfully states as follows:

1. **Participant's contact information, including email address, and that of its counsel:**

    **Participant's Name:**
    Puerto Rico Fiscal Agency and Financial Advisory Authority

    **Participant's Address:**
    c/o O'Melveny & Myers LLP
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061

    **Names and Addresses of Counsel:**
    John J. Rapisardi (jrapisardi@omm.com)
    Maria J. DiConza (mdiconza@omm.com)
    Gabriel L. Olivera (golivera@omm.com)
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061

    Peter Friedman (pfriedman@omm.com)
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

  Elizabeth L. McKeen (emckeen@omm.com)
  Ashley M. Pavel (apavel@omm.com)
  610 Newport Center Drive, 17th Floor
  Newport Beach, CA 92660
  Telephone: (949) 823-6900
  Facsimile: (949) 823-6994

  Luis C. Marini-Biaggi (lmarini@mpmlawpr.com)
  Carolina Velaz-Rivero (cvelaz@mpmlawpr.com)
  250 Ponce de León Ave., Suite 900
  San Juan, Puerto Rico 00918
  Telephone: (787) 705-2171
  Facsimile:  (787) 936-7494

2. **Participant's Claim Number and the Nature of Participant's Claim:**[1]

  **Claim Number:** Not applicable.

  **Nature of Claim:** Not applicable.

---

[1] The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") is authorized to participate in these proceedings pursuant to its authority under Act 2-2017.

Dated: April 7, 2023
       San Juan, Puerto Rico

Respectfully submitted,

| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Maria J. DiConza | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| Gabriel L. Olivera | USDC No. 300913 |
| USDC No. 303314 | 250 Ponce de León Ave., Suite 900 |
| 7 Times Square | San Juan, Puerto Rico 00918 |
| New York, NY 10036 | Telephone: (787) 705-2171 |
| Telephone: (212) 326-2000 | Facsimile: (787) 936-7494 |
| Facsimile: (212) 326-2061 | |
| Email: jrapisardi@omm.com | *Attorneys for the Puerto Rico Fiscal Agency* |
|       mdiconza@omm.com | *and Financial Advisory Authority* |
|       golivera@omm.com | |

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com
      apavel@omm.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
