UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER EXTENDING THE APPOINTMENT OF LEAD MEDIATOR

Upon consideration of the *Motion of Oversight Board for Order Extending Appointment of Lead Mediator* (Docket Entry No. 23933 in Case No. 17-3283 and Docket Entry

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 3373 in Case No. 17-4780) (the "Motion"),[2] filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as the Title III representative of the Puerto Rico Electric Power Authority ("PREPA"), pursuant to section 315(b) of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA") and Local Civil Rule 83J(d)(3), the Court hereby FINDS AND DETERMINES that (i) the Court has subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the Oversight Board provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; (iv) and the Court having found that the relief requested in the Motion is in the best interests of PREPA, its creditors, and other parties in interest; (v) based on the representations made in the Motion, and due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief set forth herein, it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The appointment of the Lead Mediator is hereby extended through the date that is six (6) months from the date hereof, as such date may be extended from time to time, and her appointment through such date is hereby ratified.

3. All other terms and provisions of the *Order (I) Ratifying Continued Appointment of Lead Mediator and (II) Appointing Willkie Farr & Gallagher LLP as Special Advisor to the Lead Mediator* (Docket Entry No. 3031 in Case No. 17-4780) remain in effect.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4. Notice of the Motion as provided therein shall be deemed to be good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by the contents of the Motion.

5. This Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

7. This Order resolves Docket Entry No. 23933 in Case No. 17-3283 and Docket Entry No. 3373 in Case No. 17-4780

SO ORDERED.

Dated: April 10, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge