**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                              Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF ZACHARY LANIER**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

COMES NOW, Zachary D. Lanier, Esq., applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney at the law firm of Akin Gump Strauss Hauer & Feld LLP, with offices at:

> 2300 N. Field Street
> Suite 1800
> Dallas, TX 75201-2481
> zlanier@akingump.com
> (214) 969-2782

2. Applicant will sign all pleadings with the name "Zachary D. Lanier."

3. Applicant has been retained by Cobra Acquisitions LLC ("<u>Participant</u>") to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since March 20, 2017, applicant has been, and presently is, a member in good standing of the highest court of the State of New York, Registration Number 5509633.

5. Applicant is also admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York state courts | March 20, 2017 |
| U.S. District Court for the Southern District of New York | August 16, 2019 |
| Texas state courts | September 24, 2021 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714
Carlos R. Rivera Ortiz
USDC-PR No. 303409

REICHARD & ESCALERA
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917-1913
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
(787) 777-8888

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED: April 10, 2023

3

By: *Zach Lanier*
Zachary D. Lanier
AKIN GUMP STRAUSS HAUER
& FELD LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201-2481
zlanier@akingump.com
(214) 969-2782

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

/s/Rafael Escalera-Rodríguez
Rafael Escalera-Rodríguez
USDC-PR No. 122609

/s/Sylvia M. Arizmendi
Sylvia M. Arizmendi
USDC-PR No. 210714

/s/Carlos R. Rivera Ortiz
Carlos R. Rivera Ortiz
USDC-PR No. 303409

4

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

*/s/Carlos R. Rivera-Ortiz*
Carlos R. Rivera Ortiz

5