# EXHIBIT A

Tribunal de Distrito de los Estados Unidos

para el Distrito de Puerto Rico

10 de julio de 2022

Received

AUG 0 9 2022

Kroll Restructuring Administration



990123401147174

Reclamante: Heriberto Arocho Rivera
Núm. reclamación: 169996
Dirección Postal: HC 2 Box 22781 San Sebastián
Puerto Rico, 00685-9310
Residencial: Carr. 125 Km 13.5 Hato Arriba
Núm. Teléfono: 787-315-6956
Correo electrónico: canojael2006@gmail.com

Deudor: Estado Libre Asociado de Puerto Rico (Common Wealth of PR)
Núm. Procedimiento: Caso 17-BK03283LTS

Cuadrigentésima septuagésima quinta obsesión global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del sistema de retiro de los empleados de Puerto Rico a reclamaciones en los que se alegan responsabilidades de las entidades que no son deudores de título III

Núm. Reclamaciones 169996.

Ruego a honorable Jueza Laura Tailor Swain del tribunal de distrito de Estados Unidos para el Distrito de P.R.

Analice en todas las facetas, si las centrales azucareras para los años 1977 al 1996 fueron administradas por autoridad de Tiras entidad del Estado Libre Asociado Gobierno de Puerto Rico. Ay que recordar que el exgobernador Luis A. Ferrer nacionalizo la corporación azucarera. La incorporo al E.L.A gobierno de P.R.

La Central Plata, fábrica completa dedicada a la molienda de caña de azúcar. Administrada por Autoridad de Tierra, entidad perteneciente al Estado Libre Asociado Gobierno de P.R. Para la que laboré por 17 años. ¿Quién nos pagaba el jornal? El E.L.A. Gobierno de P.R. a través de Autoridad de Tierras. ¿Por qué digo esto? Porque en mis planillas y talonario de pago así lo especifica. También pagué y pago contribuciones al Estado Libre Asociado de P.R. Estoy adjuntando talonarios de pagos y planillas por Autoridad de Tierras y E.L.A. A la Junta de Control Fiscal y sus abogados les ha dado con decir que los centrales azucareras no son partes de Titulo III. Entiendo que esto sí lo es, pues los subsidiaba Autoridad de Tierras del E.L.A. de P.R. y su gobierno. El Estado Libre Asociado Gobierno de P.R. asignaba los fondos para operación de estos centrales azucareros y para pagos de nóminas.

De otra manera, quiero informarles que mi reclamación contra el Estado Libre Asociado Gobierno de P.R. es por salario y beneficios adeudados durante los años 1977 al 1996, mientras trabajaba para el E.L.A. y su gobierno (empleo en el pasado).

Reclamaciones contra E.L.A. Autoridad de Tierras
1. Medias horas trabajadas
2. Safra y sus beneficios
3. Romerazo

La Central Plata era el área de trabajo, administrada por Autoridad de Tierras, propiedad del E.L.A. de P.R. y su gobierno.

Atentamente,

*[signature]*

Heriberto Arocho Rivera

HERIBERTO AROCHO RIVERA

HC 2 BOX 22781
SAN SEASTIAN, PR 00685
TEL: 787- 315-6956

GOBERNO DE PUERTO RICO
Autoridad de Asesoría Financiera
Y Acencia Fiscal de Puerto Rico

RE: 169996

Mi reclamación es para la Autoridad de Tierra de Puerto Rico.

Trabajé para la Central Plata en el Pueblo de San Sebastián por alrededor de 16 años. Se me adeuda las siguientes partidas:                NUMERO DE EMPLEADO

Días Feriados
Días por enfermedad
Días por vacaciones
½ horas de almuerzo trabajadas
Ajuste Salarial El romerazo

La deuda reclamada de las partidas arriba descritas asciende a : $ 20,000.00

Respetuosamente,

*[signature]*
HERIBERTO AQROCHO RIVERA

Teléfono: 787- 315-6956

## AUTORIDAD DE TIERRAS DE PUERTO RICO

**SOBRE DE PAGO** NUM.

| AREA | FINCA | SOCIAL | NOMBRE DEL EMPLEADO | FECHA DE NOMINA |
|------|-------|--------|---------------------|-----------------|
|      |       |        |                     | MES  DIA  AÑO   |

| * | DIA | CUENTA | LABOR | TIEMPO TRABAJADO | CLAVE TIPO | TIPO POR HORA O MINUTO | UNIDADES PROCESADAS | TIPO POR UNIDAD | CLAVE PAGO | DEVENGADO POR UNIDAD | MINIMO DEVENGADO | BONIFI-CACION | TOTAL BRUTO DEVENGADO | CLAVES |
|---|-----|--------|-------|------------------|------------|------------------------|---------------------|-----------------|------------|----------------------|------------------|---------------|----------------------|--------|

Claves:
- V VAC
- E ENF
- L S3
- OMISION SEM ANT

CLAVE DE TIPO
1 SENC
2 DOBLE

CLAVE DE PAGO
1 INC
2 UNID
3 POR HORA

| TOTALES | DEDUCCIONES | NETO A |
|---------|-------------|--------|

| DIAS | TIEMPO TRABAJADO | UNIDADES | DEVENGADO POR UNIDAD | MINIMO DEVENGADO | BONIFI-CACION | BRUTO DEVENGADO | SEG SOCIAL | INC TAX | UNION | SEG CH | OTRAS | PAGAR |

CUENTE SU DINERO EN PRESENCIA DEL PAGADOR Y ASEGURESE QUE HA RECIBIDO LA CANTIDAD INDICADA EN EL ENCASILLADO DE NETO A PAGAR Y QUE DICHA CANTIDAD ES CORRECTA.

DENOMINACIONES

| $20 | $10 | $5 | $1 | 50 | 25 | 10 | 05 | 01 |
|-----|-----|----|----|----|----|----|----|----|

| Forma<br>Form 499 R-2/W-2 P.R.<br>23 octubre 1989 | ESTADO LIBRE ASOCIADO DE PUERTO RICO—COMMONWEALTH OF PUERTO RICO<br>DEPARTAMENTO DE HACIENDA—DEPARTMENT OF THE TREASURY<br>Area de Rentas Internas y Recaudaciones — Internal Revenue and Collection Area<br>Negociado de Contribución Sobre Ingresos - Bureau of Income Tax | | Copia C — Copy C |
|---|---|---|---|

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1 Nombre y Dirección del Empleado<br>Name and Address of Employee | 2 Núm. Cuenta (Seg. Soc.)<br>(Soc. Sec.) | 4. Sueldos            Wages | INFORMACION DE SEG.<br>SOCIAL—SOCIAL SEC.<br>INFORMATION |
|---|---|---|---|
|  |  | 7a. Comisiones Commissions | 5 Subtotal |
|  | 3. Estado Civil  Civil Status<br>Soltero ☐   Casado ☐<br>Single          Married | 7b. Concesiones Allowances |  |
|  | 6 Num. Cuenta Cónyuge (Seg. Soc.)<br>Spouse's Account No. (Soc. Sec.) |  | 8 Total de Sueldos (FICA)<br>Total FICA Wages |
|  |  | 11 Total = 4 + 7a + 7b |  |
| 9 Nombre y Dirección del Patrono<br>Name and Address of Employer | 10 Núm. de Cuenta Patronal<br>Employer's Account No. (EIN) | 11a Gastos Reembolsados<br>Reimburses Expenses | 12 Seguro Social Retenido<br>FICA Tax Withheld |
|  |  | 13 Cont. Retenida Tax Withheld |  |
|  | Copia C Para Record<br>For Record | 15 Fondo de Retiro<br>Retirement Fund | 14 Propinas (FICA)<br>FICA tips |
|  |  | 15a Aportaciones a Planes<br>Cualificados<br>Contributions to CODA PLANS | 16 Seguro Social no retenido<br>en propinas-Uncollected<br>FICA tax on tips |

From
Heriberto Broche Rivera
Hc2 Box 22781
San Sebastián P.R. 00685-9310




Inre: Estado Libre Asociado Puerto Rico Caso # 17BK 3283-LTS

To:
Abogados de la Junta de Supervisión
Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
Nueva York - Nueva York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

LOBBY SCAN



CERTIFIED MAIL

7020 1290 0000 0879 4889