# EXHIBIT A-1

## United States District Court for the District of Puerto Rico

July 10, 2022

| Claimant: | Heriberto Arocho Rivera | [Stamp:] Received |
| --- | --- | --- |
| Claim No.: | 169996 | **AUG 09 2022** |
| Mailing Address: | HC 2 Box 22781 San Sebastián | Kroll Restructuring |
|  | Puerto Rico, 00685-9310 | Administration |
| Home Address: | Carr. 125 km 13.5 Hato Arriba |  |
| Telephone: | 787-315-6956 | [Bar code] |
| Email: | canojael2006@gmail.com | 990123401147174 |

**Debtor:**       Commonwealth of Puerto Rico
Case No.:        Case 17-BK03283LTS

Four hundred and seventieth omnibus [objection] [typo in original] of the Commonwealth of Puerto Rico and the Puerto Rico employees' retirement system to claims asserting liability of entities that are not Title III debtors.

Claims No. 169996

I hereby petition Your Honor, Judge Laura Tailor Swain of the United States District Court for the District of Puerto Rico

To analyze every facet of whether the sugar plants were managed by the Land Authority, an entity of the Government of the Commonwealth of Puerto Rico in the years 1977 to 1996. It is important to remember that the former Governor, Luis A. Ferrer, nationalized the sugar corporation. He incorporated it into the Government of the Commonwealth of Puerto Rico.

Central Plata, an entire factory dedicated to milling sugar cane, managed by the Puerto Rico Land Authority, an entity of the Government of the Commonwealth of Puerto Rico, for which I worked for 17 years. Who paid our daily wage? The Government of the Commonwealth of Puerto Rico, through the Puerto Rico Land Authority. Why am I saying that? Because on my payroll slips and pay slips it says so. I also paid then and am still paying contributions to the Commonwealth of Puerto Rico. Please find attached pay slips and payroll slips issued by the Land Authority and the Commonwealth. The Fiscal Oversight Board and its lawyers have been claiming that the sugar plants are not part of Title III. I consider that this one is because it was subsidized by the Puerto Rico Land Authority and the Government of the Commonwealth. The Government of the Commonwealth allocated the funding to operate those sugar plants and for payroll expenses.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I also wish to inform you that my claim against the Government of the Commonwealth of Puerto Rico is for salary and benefits accrued in the years 1977 to 1996, while I was working for the Commonwealth and its Government (past employment).

Claims against the Commonwealth. Land Authority.
1. Average hours worked
2. Safra and its benefits
3. Romerazo

Central Plata was the workplace, managed by the Land Authority, owned by the Commonwealth of Puerto Rico and its Government.

Kind regards,

[Signature: illegible]
Heriberto Arocho Rivera

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

HERIBERTO AROCHO RIVERA

HC 2 BOX 22781
SAN SEASTIAN [sic], PR 00685
TEL.: 787-315-6956

GOVERNMENT OF PUERTO RICO
Financial Oversight and Management Board for Puerto Rico

RE: 169996

My claim is for the Puerto Rico Land Authority.

I worked for Central Plata in the town of San Sebastián for about 16 years. I am owed the following items: EMPLOYEE NUMBER
Holidays
Sick leave
Annual leave
Lunch half hours worked
Salary adjustment as per the Romerazo

The debt claimed for the items described above is in the amount of: $20,000.00

Respectfully,

[Signature: illegible]
HERIBERTO AQROCHO [sic] RIVERA

Telephone: 787-315-6956

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| **PUERTO RICO LAND AUTHORITY** | | | | **PAY STUB** | | | **NUMBER** |
|---|---|---|---|---|---|---|---|
| AREA | [?] | SOCIAL [?] | EMPLOYEE NAME | PAYROLL DATE | | | |
| | | | | MONTH | DAY | YEAR | |

| * | DAY | ACCOUNT | JOB | TIME WORKED | RATE CODE | RATE PER HOUR OR MINUTE | UNITS PROCESSED | RATE PER UNIT | PAYMENT KEY | EARNED PER UNIT | MINIMUM EARNED | BONUS | GROSS AMOUNT EARNED | CODES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | V Vacation E Sick [?] OMISSION WITHOUT PREVIOUS |
| | | | | | | | | | | | | | | RATE CODE 1 single 2 double |
| | | | | | | | | | | | | | | PAY CODE 1 [?] 2 UNIT 3 PER HOUR |
| TOTALS | | | | | | | WITHHOLDINGS | | | | | | NET AMOUNT | |
| | | | | | | | | | | | | | | |
| DAYS | TIME WORKED | | UNITS | EARNED PER UNIT | MINIMUM EARNED | BONUS | GROSS AMOUNT EARNED | SOCIAL SECURITY | INC TAX | UNION | SEG CH | OTHERS | OWED | |

| COUNT YOUR MONEY IN THE PRESENCE OF THE PAYER AND MAKE SURE YOU HAVE RECEIVED THE AMOUNT INDICATED IN THE NET AMOUNT OWED BOX AND THAT SAID AMOUNT IS CORRECT. | DENOMINATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | $20 | $10 | $5 | $1 | .50 | .25 | .10 | .05 | .01 |
| | | | | | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Form | | |
|---|---|---|
| Form 499 R-2/W-2 P.R. | COMMONWEALTH OF PUERTO RICO | Copia C — Copy C |
| 23 octubre 1989 | DEPARTMENT OF THE TREASURY | |
| | Internal Revenue and Collection Area | |
| | Bureau of Income Tax | |

## COMPROBANTE DE RETENCION — WITHHOLDING STATEMENT

| 1. Nombre y Dirección del Empleado / Name and Address of Employee | 2. Núm. Cuenta (Seg. Soc.) / Soc. Sec. | 4. Sueldos / Wages | INFORMACION DE SEG. SOCIAL — SOCIAL SEC. INFORMATION |
|---|---|---|---|
| | | 7a. Comisiones / Commissions | 5. Subtotal |
| | 3. Estado Civil / Civil Status — Soltero/Single ☐  Casado/Married ☐ | 7b. Concesiones / Allowances | 8. Total de Sueldos (FICA) / Total FICA Wages |
| | 6. Núm. Cuenta Cónyuge (Seg. Soc.) / Spouse's Account No. (Soc. Sec.) | 11. Total = 4 + 7a + 7b | |
| 9. Nombre y Dirección del Patrono / Name and Address of Employer | 10. Núm. de Cuenta Patronal / Employer's Account No. (EIN) | 11a. Gastos Reembolsados / Reimbursed Expenses | 12. Seguro Social Retenido / FICA Tax Withheld |
| | | 13. Cont. Retenida / Tax Withheld | 14. Propinas (FICA) / FICA tips |
| | | 15. Fondo de Retiro / Retirement Fund | |
| | | 15a. Aportaciones a Planes Cualificados / Contributions to CODA & ANSI | 16. Seguro Social no retenido en propinas / Uncollected FICA tax on tips |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **2022 Response Re Claim No 169996**

Signed this 16th of December 2022

_____

Andreea I. Boscor

