# EXHIBIT A

Re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN

FINANCIERA PARA PUERTO RICO

   como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO et al;



Received
AUG 0 8 2022
Kroll Restructuring Administration

Deudores

Título 111   PROMESA

Núm. 17BK3283-LTS

La presente radicación guarda relación con SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO ESTADO LIBRE ASOCIADO.

Atención de su señoría, la Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

Comparece la Parte Deudora, en el caso de epígrafe la Sra. Cruz Virginia Landrau Lugo, quíen muy respetuosamente Expongo, Alega y Solicito:

El caso núm. es 3573, contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. (en adelante SRE)

Por este medio estoy informando que desde el año 2000 hasta 2019, estuve acogida al Plan de Retiro REFORMA 2000, sin interrupción a las aportaciones. Cuando comencé mís aportaciones ha al Plan REFORMA 2000, sé mé informó que al momento de retirarme la totalidad del dinero aportado e íntereses de la cuenta, sería una devolución completa del mismo a mí persona. Yo aportaba el 10% de mí salario. Por lo tanto el dinero qué tiene SRE, la cantidad de $71,772.01 e intereses pertenecé en su totalidad a quíen subscribe. El patrono para el cúal trabajaba MUNICIPIO DE SAN JUAN, (en adelante MSJ) y ESTADO LIBRE ASOCIADO DE PUERTO RICO, nunca realizaron ninguna aportación de dinero a mí cuenta en Retiro.

Desde abril de 2019, hasta el presnte; he estado solicitando ha SRE, la entrega total de mí dinero. Después de varios meses de espera la respuesta de SRE, fue la siguiente:

1- Beneficios Pensión LEY 3 (anteriormente la REFORMA 2000) de este Sistema de Retiro. Fue de $235.45, quincenales o sea los días 15 y 30 de cada mes; para un total de $470.90 mensuales. Aunque SRE, alega que se comenzó hacer estos pagos para mayo 2019, tardaron meses en que yo recibiera el Beneficio.

Respetuosamente informó al Honorable Tribunal, que yo no acepto, esa cantidad de dinero. Yo quiero la devolución total de mí dinero $71,772.01 e íntereses a la brevedad posible.

Para toma de conocimiento informó al Honorable Tribunal y SRE, qué el PLAN 106, me pagó el dinero correspondiente ha este Plan. Además el PLAN 106 pagó al Departamento de Hacienda la Contribución Retenida sobre una Distribución de un (20%) de mi dinero que estaba como parte de ese Plan. (ver Anejo1).

A su ves informó a todas las partes que yo no tengo deudas con Estado Libre Asociado de Puerto Rico.

Recientemente la JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINACIERA PARA PUERTO RICO, le asignó dinero ha SRE, para pagar a los deudores. A mí no me han pagado.

El director de SRE, estuvo en todos los medios de comunicación informando sobre el dinero que la JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN, FINANCIERA PARA PUERTO RICO, le que había asignado para pagar a los Beneficiarios de la REFORMA 2000. Como no tengo inter- net en la computadora y aunqué lo intenté por teléfono varias veces no pude entrar a la página de SRE. Por lo tanto se procedió ha enviar una carta certificada, al Director de SRE, con fecha del 4 de abril 2022. Aunqué recibieron la carta no hubo respuesta escrita o cita. (ver Anejo 2).

Una de mis preocupaciones es que SRE, informe no tener dinero o coger tiempo para pagamé lo mínimo. De mi parte yo quiero mí dinero en su totalidad con sus respectivos ínteres. Mi dinero yo lo puedo adminiastrar y tengo la capacidad para ello. Además en estos momentos yo necesito el dinero sea devuelto.

Le informó al Honorable Tribunal y a la JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, no intereso qué SRE y el ESTADO LIBRE ASOCIADO DE PUERTO RICO, continué administrando mi dinero e ínteres.

POR LO CUAL: se solicita respetuosamente a la Honorable Juez Laura Taylor Swain y JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, lo siguiente:

1-Que se autorice el pago de la cuenta de Retiro en su totalidad de $71,772.01 e intereses a quíen subscribe a la brevedad possible.

2-Qué se entregue un documento o certificación en el cual se especifíque la cantidad de dinero entregado de $ 71,772.01 e íntereses para ser utilizar al momento de llenar la Planilla De Contribución Sobre Ingresos De Individuo, para el Departamento de Hacienda, IRS y Banco.

3-Solicito que se me haga justicia y le ordene al SISTEMA DE RETIRO DE LOS EMPLEADOSDEL GOBIERNO ESTADO LIBRE ASOCIADO, que me otorgue el dinero de mi retro que asciende a $71,772.01 con sus íntereses a la brevedad possible.

Certifico: Haber enviado copia fiel y exacta por correo postal de esta Moción a la JUNTA DE SUPERVISIÓN YADMINISTRACIÓN FINACIERA PARA PUERTO RICO y al SISTEMA DE RETITO DE LOS EMPLEADOS DEL GOBIERNO ESTADO LIBRE ASOCIADO.

Respetuosamente Sometida:

En Carolina, Puerto Rico, 26 de julio de 2022.

Cruz Virginia Landrau Lugo, MSW, NCRT
Lic.2657
Urb. Loma Alta L-6 Calle 13,
Carolina, PR 00987
Tel.939-645-4359

# Formulario 480.7C
Rev. 08.20

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

**Número de Confirmación de Radicación Electrónica** / Electronic Filing Confirmation Number: **F0416654336**

**AÑO CONTRIBUTIVO / TAXABLE YEAR:** 2020

Enmendado - Amended: ☐

Indique propósito - Indicate purpose:
- ☐ Aportaciones / Contributions
- ☒ Distribuciones / Distributions
- ☐ Ambos / Both

## INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- **Núm. de Identificación Patronal - Employer Identification No.:** -0561870
- **Nombre - Name:** BANCO POPULAR PR AS PAYING AGT
- **Dirección - Address:** PO BOX 362708, SAN JUAN PR 00936-2708
- **Núm. de Teléfono - Telephone No.:** 77243857
- **Correo Electrónico - E-mail:** informativasplanesderetiro@popular.com

## INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Seleccione un encasillado - Select one box:
- ☒ Residente / Resident
- ☐ No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
- ☐ No Residente Extranjero / Nonresident Alien

- **Núm. de Identificación - Identification No.:** XXX-XX-7500
- **Nombre - Name:** Cruz V Landrau Lugo
- **Dirección - Address:** URB LOMA ALTA, C/ 13 L6, CAROLINA PR 00984

## INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
- **Núm. de Identificación Patronal - Employer Identification No.:** 660914504
- **Nombre del Plan - Name of Plan:** TEMPORARY TRUST DC PLAN ACT 106-2017
- **Nombre de quien auspicia el Plan - Plan sponsor's name:** THE COMMONWEALTH OF PUERTO RICO
- **Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension:** Día/Day ___ Mes/Month ___ Año/Year ___

### Marque el encasillado correspondiente - Check the corresponding box:

**Forma de Distribución - Form of Distribution:**
- ☒ Total / Lump Sum
- ☐ Parcial / Partial
- ☐ Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad - Plan or Annuity Type:**
- ☒ Gubernamental / Governmental
- ☐ Privado Calificado / Qualified Private
- ☐ No Calificado / Non Qualified
- ☐ Anualidad Fija / Fixed Annuity
- ☐ Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---|
| Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 0.00 |
| Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 1,256.32 |
| Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 |
| Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 |
| Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 |
| Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 |
| Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a una Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| Contribución Retenida sobre Distribuciones a No Residentes / Tax Withheld from Nonresident's Distributions | 0.00 |
| Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 |

### Distribuciones - Distributions

| | Amount |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 6,281.60 |
| 17. Cantidad Tributable / Taxable Amount | 6,281.60 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt Income | 0.00 |
| 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| A. Exentas / Exempt | 0.00 |
| B. Tributables / Taxable | 0.00 |
| C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 23. Código de Distribución / Distribution Code | B |

**Razones para el Cambio / Reasons for the Change:**

**Número de Cuenta / Account Number:** 930861018
**Número de Control / Control Number:** 202603427
**Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:**

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

BANCO POPULAR DE PUERTO RICO

Anejo 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

7021 2720 0000 1841 3598

San Juan, PR 00940

Certified Mail Fee $3.75
$ 0988 21
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$ $0.58
Total Postage and Fees
$ $7.38                                    04/05/2022

Sent To: Junta de Retiro Gob. P.R.
Street and Apt. No., or PO Box No.: P.O. Box 42003
City, State, ZIP+4®: San Juan, P.R. 00940-2203

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcdo. Luis Collazo
Junta de Retiro
Gob. P.R.
P.O. Box 42003
San Juan, P.R. 00940-2203

9590 9402 6472 0346 5920 71

2. Article Number (Transfer from service label)
7021 2720 0000 1841 3598

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  HCC        ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ASR                              4/11/2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053           Domestic Return Receipt

Lunes, 4 de abril de 2022

Lcdo. Luis M. Collazo Rodríguez
Director
Junta De Retiro Del Gobierno De Puerto Rico

Estimado Lcdo. Collazo Rodríguez:

Solicitud De Pago, según dispuesto en el Plan de Ajuste del Gobierno de Puerto Rico.

Mi información es la siguiente:
Nombre: Cruz Virginia Landrau Lugo
Dirección: Urb. Loma Alta, L-6 Calle 13, Carolina, PR 00987-5451
Fecha De Nacimiento: ▇▇▇▇ 1951
SS: ▇▇▇▇ 7500
Banco: Oriental Bank
Número de Ruta y Tránsito ▇▇▇ 1415
Número de cuenta: ▇▇▇ 3083
Tipo de Cuenta: Cuenta Corriente
Monto del Reclamo: $71,772.01 e íntereses
e-mail: cruzvirginia.landrau@gmail.com
Trabaje: Municipio de San Juan, desde agosto 2000, bajo la Reforma 2000.
Estoy inactiva desde Abril, 30 2019.
El Plan 106, me pagó en el 2020, ellos no me deben nada.
En Marzo, 29 2022 se hizo la solicitud digital #8932, pero no paso. Razón por la cual estoy escribiendo.
NO HE RECIBIDO CARTA DE SU AGENCIA, RELACIONADO A ESTE TEMA.
De yo no culificar escribir una carta explicando las razones de esta toma de decisión.
Adjunto documentos solicitados para este reclamo de dinero.

Gracias,

Cruz Virginia Landrau Lugo

18 de Marzo de 2022

ADM. DE LOS SISTEMAS DE RETIRO DEL ELA
ESTACIÓN MINILLAS
APTO 42003 SAN JUAN
PUERTO RICO 00940

Estimado(a) señor(a):

De acuerdo a nuestros informes **LANDRAU LUGO, CRUZ V.** ex-empleado de MUNICIPIO DE SAN JUAN con el seguro social número ███████7500

{X}   No tiene deuda.

Balance sujeto a revisión final.

Atentamente,

*[firma]*

MAYRA VELAZQUEZ ORTIZ
Supervisora
Departamento de Cobros


ADM. DE LOS SISTEMAS DE RETIRO DEL ELA
ESTACIÓN MINILLAS
APTO 42003 SAN JUAN
PUERTO RICO 00940

ZAEELA-CERT_RET2  P1

**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

03/18/2022

Cruz Virginia Landrau Lugo

Urb Loma Alta
L-6 calle 13
Carolina PR 00987-5451

Asunto: Certificación de cuenta

Estimado cliente:

Certificamos que a la fecha de esta carta mantienes en nuestra institución la cuenta de ☑ cheques ☐ ahorros número ____3083____ desde el __07/06/2021__. El número de ruta y tránsito de nuestra institución es ____415__.

Esta información es para uso estrictamente confidencial y ninguno de los oficiales de Oriental se responsabiliza por la divulgación de la misma.

Estamos comprometidos en apoyarte con tus necesidades y en ofrecerte una banca innovadora, ágil, segura y diferente para hacerte la vida más fácil.

Cordialmente,

Melissa Zayas 104538
Advisor, S&S-Mortgage Expert
Plaza Carolina
787-757-8686

---

Subject: Account certification

Dear Customer:

We certify that as of today, you have the ☑ checking ☐ savings number ____3083____ since __07/06/2021__. The routing transit number of our institution is ____415__.

The information in this document is strictly confidential and none of the Oriental officers are responsible for the disclosure of the same.

We are committed to supporting your needs and offering you an innovative, agile, safe, and different banking experience that will make your life easier.

Miembro FDIC. Oriental Bank es una subsidiaria de OFG Bancorp.



Cruz Virginia Landrau
Urb. Loma Alta
Calle B L-6
Carolina, P.R. 00987

7022 0410 0002 7326 8224

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
JUL 27 22
AMOUNT
$8.93
R2305H129836-4

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Received
AUG 0 8 2022
Kroll Restructuring Administration