# EXHIBIT A-1

Re: FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO

as representative of the

COMMONWEALTH OF PUERTO RICO et al;



Received

AUG 0 8 2022

Kroll Restructuring Administration

Debtors

Title 111 PROMESA

No. 17BK3283-LTS

990123401147168

This filing relates to the RETIREMENT SYSTEM OF THE EMPLOYEES OF THE GOVERNMENT OF THE COMMONWEALTH.

Attention: Your Honor, United States District Court Judge Laura Taylor Swain:

Appearing on behalf of the Debtor Party, in the case at hand, Mrs. Cruz Virginia Landrau Lugo, who respectfully submits, alleges and requests:

Case No. 3573, against the Retirement System of the Employees of the Government of the Commonwealth of Puerto Rico, (hereinafter the SRE).

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5  /*
*APRIL  / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

I am hereby informing you that from the year 2000 until 2019, I was under the REFORMA 2000 Retirement Plan, without any interruptions to the contributions. When I began my contributions to the REFORMA 2000 Plan, I was informed that when I withdrew all the money contributed and interest from the account, it would be returned to me in full. I was contributing 10% of my salary. Therefore, the money held by SRE, the amount of $71,772.01 and interest belongs in its entirety to the undersigned. The employer for which I worked, MUNICIPALITY OF SAN JUAN, (hereinafter MSJ) and the COMMONWEALTH OF PUERTO RICO, never made any contribution of money to my Retirement account.

Since April 2019, until the present, I have been requesting that the SRE release the full amount of my money to me. After several months of waiting, the response from SRE was the following:

1. Pension benefits under LAW 3 (formerly REFORMA 2000) of this Retirement System. It was $235.45, biweekly or on the 15th and 30th of each month, for a total of $470.90 monthly. Although the SRE alleges that it started making these payments by May 2019, it took months for me to receive the Benefit.

I respectfully inform the Honorable Court that I do not accept that amount of money. I want a full refund of my money $71,772.01 and interest as soon as possible.

In order that it might take cognizance thereof, I hereby inform the Honorable Tribunal and SRE, that the 106 PLAN paid me the money corresponding to this Plan. In addition, PLAN 106 paid the Department of the Treasury the Withholding Tax on a Distribution of (20%) of my money that was part of this Plan (see Exhibit 1).

I likewise inform all parties that I have no debts with the Commonwealth of Puerto Rico.

Recently the FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO allocated money to the SRE to pay the debtors. I have not been paid.

The Director of the SRE appeared in all the media reporting on the money that the Management and Oversight Board for Puerto Rico had assigned to pay the REFORMA 2000 Beneficiaries. Since I do not have internet on my computer and although I tried by phone several times, I could not access the SRE web page. Therefore, I proceeded to send a certified letter, dated April 4, 2022, to the Director of SRE. Although they received the letter, there was no written response or appointment (see Exhibit 2).

One of my concerns is that SRE reports not having any money or that it takes its time to pay me the minimum. For my part I want my money in full, with interest. I can manage my money and I have the capacity to do so. Also, at this time I need the money to be paid back.

I inform the Honorable Court and the FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO that I am not interested in having the SRE and the COMMONWEALTH OF PUERTO RICO continue to manage my money and interests.


THEREFORE: the following is respectfully requested that the Honorable Judge Laura Taylor Swain and the FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO:

  1.  That payment of the retirement account be authorized in the full amount of $71,772.01 and interest to the undersigned as soon as possible.

  2.  That a document or certification be submitted in which the amount of $71,772.01 and interest be specified, to be used at the time of filing the Individual Income Tax Return for the Department of the Treasury, IRS and the Bank.

  3.  I request that justice be done to me and that the RETIREMENT SYSTEM OF THE EMPLOYEES OF THE GOVERNMENT OF THE COMMONWEALTH be ordered to grant me my retirement money as soon as possible, in the amount of $71,772.01 with interest.

I certify that I have sent a true and accurate copy of this Motion by mail to the FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO and to the RETIREMENT SYSTEM OF THE EMPLOYEES OF THE GOVERNMENT OF THE COMMONWEALTH.


Respectfully submitted:

In Carolina, Puerto Rico, July 26, 2022.



[Signature]

Cruz Virginia Landrau Lugo, MSW, NCRT

Lic. 2657

Urb. Loma Alta L-6 Calle 13,

Carolina, PR 00987

  Tel. 939-645-4359

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Exhibit 1

**rmulario 480.7C**
rm
v. 08.20

O CONTRIBUTIVO:
KABLE YEAR: **2020**

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number
FD41I654336

☐ Enmendada - Amanded:

Indique propósito - Indicate purpose
☐ Aportaciones   ☒ Distribuciones   ☐ Ambos
   Contributions        Distributions         Both

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| ns. de Identificación Patronal - Employer Identification No.<br>-0561670 | Seleccione un encasillado - Select one box:<br>☒ Residente ☐ No Residente Ciudadano de E.U. ☐ No Residente Extranjero<br>Resident   Nonresident U.S. Citizen   Nonresident Alien | Núm. de Identificación Patronal - Employer Identification No.<br>660914904 |
| ombre - Name<br>NCO POPULAR PR AS PAYING AGT. | Núm. de Identificación - Identification No.<br>XXX-XX-7500 | Nombre del Plan - Name of Plan<br>TEMPORARY TRUST DC PLAN ACT 106-2017 |
| rección - Address<br>BOX 362708 | Nombre - Name<br>Cruz V Londrau Lugo | Nombre de quien auspicia el Plan - Plan sponsor's name<br>THE COMMONWEALTH OF PUERTO RICO |
| N JUAN PR 00936-2708 | Dirección - Address<br>URB LOMA ALTA<br>C/ 13 L6<br>CAROLINA PR 00984 | Fecha en que comenzó a recibir la pensión:<br>Date on which you started to receive the pension:<br>Día/Day ___ Mes/Month ___ Año/Year ___ |
| ım. de Teléfono - Telephone No.<br>7724365* | Correo Electrónico - E-mail<br>informat vaxolanesdieretiro@popular.co<br>m | |

Marque el encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución: - Form of Distribution: | Tipo de Plan o Anualidad: - Plan or Annuity Type: |
|---|---|
| ☒ Total ☐ Parcial ☐ Pagos Periódicos<br>Lump Sum   Partial   Periodic Payments | ☒ Gubernamental ☐ Privado Calificado ☐ No Calificado ☐ Anualidad Fija ☐ Anualidad Variable<br>Governmental   Qualified Private   Non Qualified   Fixed Annuity   Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| Aportación Vía Transferencia<br>Rollover Contribution | 0.00 | 16. Cantidad Distribuida<br>Amount Distributed | 6,281.60 |
| Distribución Vía Transferencia<br>Rollover Distribution | 0.00 | 17. Cantidad Tributable<br>Taxable Amount | 6,281.60 |
| Costo de la Pensión o Anualidad<br>Cost of Pension or Annuity | 0.00 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 10120(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 10120(b)(5) | 0.00 |
| Fondo de Retiro Gubernamental<br>Governmental Retirement Fund | 0.00 | 19. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 20. Ingresos Exentos<br>Exempt Income | 0.00 |
| Contribución Retenida sobre una Distribución Total (20%)<br>Tax Withheld from Lump Sum Distribution (20%) | 1,256.32 | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| Contribución Retenida sobre una Distribución Total (10%)<br>Tax Withheld from Lump Sum Distributions (10%) | 0.00 | A. Exentas<br>Exempt | 0.00 |
| Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | B. Tributables<br>Taxable | 0.00 |
| Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado<br>Amount over which a Prepayment was Made | 0.00 |
| Contribución Retenida sobre Anualidades<br>Tax Withheld from Annuities | 0.00 | D. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | E. Total (Sume líneas 21A a 21D)<br>Total (Add lines 21A through 21D) | 0.00 |
| Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%)<br>Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | 23. Código de Distribución<br>Distribution Code | B. ☐ |
| Contribución Retenida sobre Distribuciones a No Residentes<br>Tax Withheld from Nonresident's Distributions | 0.00 | Razones para el Cambio<br>Reasons for the Change | |
| Contribución Retenida sobre Otras Distribuciones<br>Tax Withheld from Other Distributions | 0.00 | | |

| ero de Cuenta<br>ount Number<br>930661018 | Número de Control<br>Control Number<br>202603427 | Número de Control de la Declaración Informativa Original<br>Control Number of Original Informative Return |
|---|---|---|

ECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

BANCO POPULAR DE PUERTO RICO

MAN ATA-

certified Spanish-English [ 432118] by Targem Translations Inc.

Exhibit 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

San Juan  PR  00940

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $7.05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ $0.00 |
| Postage | |
| $ | $0.58 |
| Total Postage and Fees | |
| $ | $7.38 |

0988
21

Postmark
Here

04/05/2022

Sent To  Jta. de Retiro Gov PR

Street and Apt. No., or PO Box No.  P.O. Box 42003

City, State, ZIP+4®  San Juan PR 00940-2203

7021 2720 0000 1841 3598

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lcdo. Luis Collazo
Junta de Retiro
Gov P.R.
P.O. Box 42003
San Juan, PR 00940-22

9590 9402 6472 0346 5920 71

2. Article Number (Transfer from service label)

021 2720 0000 1841 3598

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  HCC                          ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
ASR                             4/11/2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery  Restricted Delivery
   Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Copies

Monday, April 4, 2022

Luis M. Collazo Rodríguez, Esq.
Director
Puerto Rico Government Retirement Board


Dear Mr. Collazo Rodriguez:

Payment Request, as provided in the Puerto Rico Government Adjustment Plan.

My information is as follows:
Name: Cruz Virginia Landrau Lugo
Address: Urb. Loma Alta, L-6 Calle 13, Carolina, PR 00987-5451
Date Of Birth: ███████ 1951
SS: ██████-7500
Bank: Oriental Bank
Routing Number or Transit Number ██████1415
Account number: ███████3083
Type of Account: Checking Account
Claim Amount: $71,772.01 plus interest
e-mail: cruzvirginia.landrau@gmail.com
I worked: Municipality of San Juan, since August 2000, under the 2000 Reform.
I have been inactive since April 30, 2019.
The 106 Plan paid me in 2020, they owe me nothing.
On March 29, 2022, digital request #8932 was made, but did not go through, which is why I
am writing.
I HAVE NOT RECEIVED A LETTER FROM YOUR AGENCY REGARDING THIS ISSUE.
If I do not qualify, kindly write a letter explaining the reasons for this decision.
Attached are the documents requested for this money claim.


Thank you,
[Signature]
Cruz Virginia Landrau Lugo

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

ASSOCIATION OF EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO

**March 18, 2022**


**ADM. OF THE COMMONWEALTH OF PUERTO RICO RETIREMENT SYSTEMS
MINILLAS STATION
APT 42003 SAN JUAN
PUERTO RICO 00940**

Dear Sir or Madam:

According to our reports **LANDRAU LUGO, CRUZ V.** ex-employee of
MUNICIPALITY OF SAN JUAN with social security number **Type**

    {X} Has no debt.

Balance subject to final review.

Sincerely yours,



[Signature]
MAYRA VELAZQUEZ ORTIZ
Supervisor
Collections Department



ADM. OF THE RETIREMENT SYSTEMS OF THE COMMONWEALTH OF PUERTO RICO
MINILLAS STATION
APT 42003 SAN JOAN
PUERTO RICO 00940

**ZAEELA-CERZ RET2 P1**

# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

03/18/2022

Cruz Virginia Landrau Lugo

Urb Loma Alta
L-6 calle 13
Carolina PR 00987-5451

Asunto: Certificación de cuenta

Estimado cliente:

Certificamos que a la fecha de esta carta mantienes en nuestra institución la cuenta de ▢ cheque ☑ ▢ de ahorro número ████3083 desde el 07/06/2021 . El número de ruta y tránsito de nuestra institución es ████415.

Esta información es para uso estrictamente confidencial y ninguno de los oficiales de Oriental se responsabiliza por la divulgación de la misma.

Estamos comprometidos en apoyarte con tus necesidades y en ofrecerte una banca innovadora, ágil, segura y diferente para hacerte la vida más fácil.

Cordialmente,

*[signature]*

Melissa Zayes 104838
Advisor S&S Mortgage Expert
Plaza Carolina
787-757-8686

---

Subject: Account certification

Dear Customer:

We certify that as of today, you have the ☑ checking ▢ savings number ████3083 since 07/06/2021 . The routing transit number of our institution is ████415.

The information in this document is strictly confidential and none of the Oriental officers are responsible for its disclosure.

We are committed to supporting your needs and offering you an innovative, agile, safe, and different banking experience that will make your life easier.

---

Miembro FDIC. Oriental Bank es una subsidiaria de OFG Bancorp.



Cruz Virginia Landrau
Urb Loma Alta
Calle 13 L-6
Carolina, P.R. 00987

CERTIFIED MAIL

7022 0410 0002 7386 8824

$8.93

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Received
AUG 0 8 2022
Kroll Restructuring Administration



**TARGEM**
**TRANSLATIONS**

T  718.384.8040
W  TargemTranslations.com
E  projects@targemtranslations.com
A  185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 6009**

Signed this 5th day of April 2023



Phillip Berryman

