# EXHIBIT B

11 de enero de 2022.

A: Abogados de la Junta de Supervisión

(Counsel for the Oversight Board)

De: Zenaida Zabaleta Álvarez

RECEIVED

MAR 0 1 2022

PRIME CLERK LLC

Mi nombre es Zenaida Zabaleta Álvarez. Mi núm. de celular es 939-272-5244. Mi núm. de seguro social es -----_--_ 0386. Comencé a trabajar para el Departamento de Educación como maestra, en el Distrito Escolar de Dorado en diferentes escuelas, acumulando un total de 31 años, 7 meses y 4 semanas hasta el año 2006, donde me jubilé como maestra bibliotecaria, en la Escuela José de Diego en Dorado. Trabajé en distintos niveles desde elemental hasta superior.

En el año 2002, la Gobernadora Sila María Calderón, firma la ley 96 (1ro de julio 2002) en la cual se le concede un aumento de sueldo de $100.00 a los empleados públicos del gobierno; razón por la cual estoy haciendo esta reclamación. De igual forma, los otros beneficios concedidos por la ley 89 y la ley 164 según establecido anteriormente, ascendiendo a la $23.100.00 según se desgloso en la reclamación. Anteriormente se enviaron todos los documentos que indican los años trabajados, salarios recibidos y la documentación necesaria. De necesitar algún documento adicional favor notifícarmelo.

La reclamación enviada relacionada con la ley 89 (Romerazo) y la ley 96 (Sila M. Calderón) a nombre de quien subscribe, Zenaida Zabaleta Álvarez es justa y razonable. Entiendo que es mi derecho; inclusive el incumplimiento de pago por parte de las Autoridades pertinentes, afecto mi salario diario. A consecuencia de ello, mi pensión ha sido menor a la que por derecho debo recibir.

Durante la incumbencia como gobernador del Gobierno de P.R. del, ELA, el honorable Carlos Romero Barceló, otorgó un aumento de sueldo conocido como la ley 89 por $100.00 y nunca se honró dicho aumento. (Ley 89- escala salarial 164)

Atentamente;

_____

Adjunto, envío de los documentos que me enviaron de la duplicidad de reclamaciones. En realidad no entiendo porque yo solo hice una reclamación y tienen toda la evidencia de lo que yo he enviado. No sé por qué, ya que yo he enviado todo lo que se me ha solicitado.

Atentamente,

[signature]

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Zabaleta Alvarez, Zenaida | 160874 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $23,100.00 | 116714 | 6/28/2018 | Commonwealth of Puerto Rico | $$0.00 |

**Treatment:** Claim to be Disallowed

**Reason:** Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| Zabaleta Alvarez, Zenaida | 160874 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $23,100.00 | 116714 | 6/28/2018 | Commonwealth of Puerto Rico | $$0.00 |

**Tratamiento:** Reclamo a ser desestimado

**Reason:** Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico.

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



Four Hundredth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 115 | VAZQUEZ AGOSTO, MARISOL HC-3 BUZON 7690 CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174559 | $ 44,980.03 | VAZQUEZ AGOSTO, MARISOL HC 3 BOX 7690 CANOVANAS, PR 00729 | 05/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12102 | $ 39,248.15* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 116 | VELAZQUEZ LOPEZ, MARTHA M. 1854 EXMORE AVE DELTONA, FL 32725 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51999 | Undetermined* | VELAZQUEZ LOPEZ, MARTHA M. 1854 EYMORE AVE DELTONA, FL 32725 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97559 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 117 | VELAZQUEZ NIEVES, ALEJANDRINA 37-14 CALLE 38 VILLA CAROLINA CAROLINA, PR 00985 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 83489 | $ 123,704.82 | VELAZQUEZ NIEVES, ALEJANDRINA 37-14 CALLE 38 VILLA CAROLINA CAROLINA, PR 00985 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71257 | $ 331,200.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 118 | VILLANUEVA DE JESUS, NESTOR J URB. ISLAZUL CALLE TAZMANIA 3177 ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54251 | $ 15,600.00 | VILLANUEVA DE JESUS, NESTOR J URB ISLAZUL 3177 CALLE TAZMANIA ISABELA, PR 00662 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 77254 | $ 15,600.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 119 | ZABALETA ALVAREZ, ZENAIDA HC 33 BUZON 5250 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160874 | $ 23,100.00* | ZABALETA ALVAREZ, ZENAIDA HC33 BUZON 5250 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116714 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts

