# EXHIBIT B-1

January 11, 2022

To: Counsel for the Oversight Board    [stamp:] RECEIVED

From: Zenaida Zabaleta Álvarez    **MAR 01 2022**

PRIME CLERK LLC

My name is Zenaida Zabaleta Álvarez. My cell phone number is 939-272-5244. My social security number is -----_--_ 0386. I began working for the Department of Education as a teacher, in the Dorado School District at various schools, accumulating a total of 31 years, 7 months, and 4 weeks up to 2006, when I retired as a teacher/librarian at the José de Diego School in Dorado. I worked at different levels, from elementary to high school.

In 2002, Governor Sila María Calderón signed Act 96 (July 1, 2002), whereby public government employees were given a pay raise of $100.00, which is the reason I am making this claim. Likewise, the other benefits granted by Act 89 and Act 164 as established previously, totaling $23,100.00, as detailed in my claim. All documents were sent previously showing the years worked, wages received, and the necessary documentation. If any additional document is needed, please notify me.

The claim sent relating to Act 89 ("Romerazo") and Act 96 (Sila M. Calderón) on behalf of the undersigned, Zenaida Zabaleta Álvarez, is just and reasonable. I understand that it is my right; the nonpayment on the part of the pertinent Authorities has even affected my daily wage. As a result of this, my pension has been less than what I am entitled to receive.

During the administration of Governor of the Commonwealth of Puerto Rico, Carlos Romero Barceló granted a pay raise of $100.00 known as Act 89, and this raise was never honored. (Act 89, Salary Scale 164)

Sincerely,

_____[signature]_____

[barcode]
990123401013982

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:] *I am enclosing the documents that were sent to me on the duplication of claims. I really don't understand, because I only made one claim and you have all the evidence of what I have sent. I don't know why, as I have sent everything that was requested of me.*

    *Sincerely,*

    [signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Zabaleta Alvarez, Zenaida | 160874 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $23,100.00 | 116714 | 6/28/2018 | Commonwealth of Puerto Rico | $$0.00 |
| Treatment: | Claim to be Disallowed | | | | | | | |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| Zabaleta Alvarez, Zenaida | 160874 | 6/28/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $23,100.00 | 116714 | 6/28/2018 | Commonwealth of Puerto Rico | $$0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | | | | | |
| Reason: | Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19549-1   Filed:12/17/21   Entered:12/17/21 17:28:06   Desc:
Exhibit A   Page 25 of 26

## Four Hundredth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 115 VAZQUEZ AGOSTO, MARISOL HC-3 BUZON 7690 CANOVANAS, PR 00729 | 05/21/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174559 | $44,980.03 | VAZQUEZ AGOSTO, MARISOL HC 3 BOX 7690 CANOVANAS, PR 00729 | 05/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12102 | $39,248.15* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 116 VELAZQUEZ LOPEZ, MARTHA M. 1854 EXMORE AVE DELTONA, FL 32725 | 06/27/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51999 | Undetermined* | VELAZQUEZ LOPEZ, MARTHA M. 1854 EYMORE AVE DELTONA, FL 32725 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97559 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 117 VELAZQUEZ NIEVES, ALEJANDRINA 37-14 CALLE 38 VILLA CAROLINA CAROLINA, PR 00985 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 83489 | $123,704.82 | VELAZQUEZ NIEVES, ALEJANDRINA 37-14 CALLE 38 VILLA CAROLINA CAROLINA, PR 00985 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71257 | $331,200.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 118 VILLANUEVA DE JESUS, NESTOR J URB. ISLAZUL CALLE TAZMANIA 3177 ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 54251 | $15,600.00 | VILLANUEVA DE JESUS, NESTOR J URB ISLAZUL 3177 CALLE TAZMANIA ISABELA, PR 00662 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 77254 | $15,600.00 |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

| 119 ZABALETA ALVAREZ, ZENAIDA HC 33 BUZON 5250 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160874 | $23,100.00* | ZABALETA ALVAREZ, ZENAIDA HC33 BUZON 5250 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 116714 | Undetermined* |

Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts

Page 24 of 25

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 160874 (1)**

Signed this 27th of May 2022

_____

Andreea I. Boscor

