# EXHIBIT A

RECEIVED
JAN 21 2022
PRIME CLERK LLC

15 Enero 2022

A quien pueda interesar me dirijo respetuosamente pro que la inegibido de de deudo por falta de información pues les estoy enviando la información sobre los tipos de trabajo que yo realizaba en la Corporación durante todo el año

① recojía y picaba coños, durante la sopa

② Cortaba semillas para sembrar

③ Le regaba abonos p—

④ le regaba pesticides para las plagas y posto

y estos trabajos se realizaban durante todo el año

Desde mi juventud estuve realizando todos estos obra, no me digan que say inelegible, por que yo me merezco en retiro o una compensación por mi años en dichos Corporación. Dios los bendiga

Rafael Cruz Gutierrez Ujo



From Rafael Fortney Vazquez
HC-11 Box 12430
Humacao P.R.
00791

**RECEIVED**
JAN 21 2022
**PRIME CLERK**

SAN JUAN PR 009
18 JAN 2022 PM 2 L



Prime Clerk LL.C
Grand Central Station
P.O. Box 4850
New York, NY. 10163-4850

10163-485050