# EXHIBIT A-1

RECEIVED

JAN 21 2022

PRIME CLERK LLC

January 15, 2022

To whom it may concern: I am respectfully addressing you regarding the ineligibility of the debt due to lack of information, and I am sending the information regarding the type of work that I did at the Corporation during the entire year.

1. I gathered and [illegible]
2. I cut seeds to plant them
3. I watered [illegible]
4. I applied herbicide for the [illegible] and grass

And these tasks were performed all year round.

Since my youth I had been doing this work, don't tell me that I'm not eligible, because I deserve retirement or compensation for my years with said Corporation. May God bless you.

[signature]

Rafael [illegible] Vélez



Certified to be a correct and true translation from the source text in Spanish to the target language English.
31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

From Rafael Fortney Vigo
HC-11 Box 12430
Humacao P.R.
00791

RECEIVED
JAN 21 2022
PRIME CLERK

Prime Clerk LL.C
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174895 (1)**

Signed this 31st of May 2022



_____

Andreea I. Boscor

