# EXHIBIT B

31 de enero de 2022
Yabucoa P.R

A quien pueda interesar;

Por este medio me dirijo a ustedes para indicarles que la decisión que tomaron acerca de la reclamación que yo hice a nombre de Germinio Martínez quien fue mi padre no es de lo mejor. Mi padre no se merece una decisión como esa, negativa ya que fue un empleado de la Corporación Azucarera por muchos años y ese no es el pago que se merece. Trabajó por tantos años y aún se le otorgó residencia la cual vivió para poder dar el servicio que la compañía se merecía. Pues el se sacrificaba cuando era necesario hasta sábado y domingo para que esa Central pudiera ser la Corporación. Era el herrero mecánico único que tenía esa Corporación. Es por eso que le pido consideración en este caso ya que creo que es una injusticia que se hace en contra de él. De lo contrario acudiré a un foro mas alto para que se haga justicia.

Muy atentamente;

Elías Martínez de Jesús (Hijo)

RECEIVED

FEB 1 5 2022

PRIME CLERK LLC



From: Elis Martinez de Jesus
Calle F-23
Urb. Los Angeles
Yabucoa PR-00767

SAN JUAN PR  009
10 FEB 2022  PM 2  L



**RECEIVED**

FEB 1 5 2022

**PRIME CLERK**

To: Prime Clerk - L.L.C.
Grand Central Station
P.O. Box 4850
New York N.Y. 10163-4850

10163-485050