# EXHIBIT B-1

January 31, 2002

Yabucoa, PR

To whom it may concern:

I am hereby addressing you to indicate that the decision made on the claim that I brought on behalf of Germinio Martínez, who was my father, is not the best. My father does not deserve a negative decision like this, as he was an employee of the Corporación Azucarera for many years, and this is not the payment he deserves. He worked for so many years, and he was even given residency, which he used to be able to provide the service that the company deserved. He would sacrifice when necessary even Saturdays and Sundays so that that Plant could be the Corporation. He was the only mechanic/blacksmith that the Corporation had. This is why I ask you to consider this case, as I believe what is being done against him is an injustice. Otherwise, I will seek justice with a higher forum.

Sincerely,                                             [stamp:]   RECEIVED

[signature]                                            **FEB 15 2022**

Elías Martínez de Jesús (Son)                          PRIME CLERK LLC



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

From: Elis Martinez de Jesus
Calle F-D3
Urb. Los Angeles
Yabucoa, PR 00767

SAN JUAN PR 009
10 FEB 2022 PM 2 L

RECEIVED
FEB 1 5 2022
PRIME CLERK

To: Prime Clerk L.L.C.
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 172218 (1)**

Signed this 27th of May 2022

_____

Andreea I. Boscor

