# EXHIBIT C

RECEIVED
MAR 01 2022
PRIME CLERK LLC

# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: José Pérez Andino (Claim Id 17048)

Dirección Postal
Urb. El Comandante
Calle Cecilio Lebrón 958
San Juan
Puerto Rico 00924

Teléfono de contacto res. 787-374-1616 cel. 787-374-1616

## II. Epígrafe

A. Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores).

C. Número de Procedimiento: 17 BK 03283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

#49762 – Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

#94057 – Ley de Escala Salarial – Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila M. Calderón – efectiva enero 2004



III. El Tribunal no debe declarar la Objeción global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley #89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluye documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Caparra, Puerto Rico, desde el _10_ de _diciembre_ de _1984_ __ hasta el _Presente_ _____ de _____ de _____ ____. Culminé mi laborar como _Coordinador de Servicios al Cliente BCC_ en Puerto Rico Telephone Company, Caparra, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluye documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se está enviando las réplicas en esta fecha. De necesitar información o documentos adicionales, favor comunicarse con la que suscribe.

_José Pérez Andino (17048)_
Nombre en letra de molde

_[firma]_
Firma

Mi objeción es por la siguiente razón:

La Puerto Rico Telephone Company perteneció al Estado Libre Asociado por su sigla (ELA) hasta 1999 cuando el gobernante de turno del partido en poder la vendió. Por tanto, NO estoy de acuerdo en que se considere desestimar mi reclamo; el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes que se firmaron durante el período que PRTC pertenecía al Gobierno de Puerto Rico (ELA). En esto se basa mi reclamo.

Gracias por su atención al respecto.

Nombre: José Pérez Andino   Claim id 17048

Firma: _____

Nombre de reclamo: _____17 BK 03283 – LTS_____

2

José Pérez
Urb El Comandante
Calle Cecilio Lebrón 958
San Juan PR 00924

Counsel for Oversight Board.
(Attn: Martin Bienenstock & Brian S. Rosen)

Eleven Times Square
New York, NY 10036.



SAN JUAN PR 009
18 JAN 2022

JAN 24 2022

