# EXHIBIT D

12/26/22

A quien pueda interesar
saludos

Le escribo porque yo trabajé 26 años y yo creo que tengo derecho a ese dinero yo no tengo dinero para pagar un abogo, y por eso me acepto oferta de Transacción yo ya tengo 74 años y me gustaría por los 26 años de trabajo unos $20.00 a $30.00 yo no confío en los Tribunales del Estado libre asociado.

Espero me resuelva este reclamo pronto estoy viejo

felicidas

Att
Iván Soto Jimenez

990123401248177
RECEIVED
JAN 05 2023
KROLL RESTRUCTURING ADMINISTRATION

Iran Soto Jimenez
HC.7 Box 75133
San Sebastian P.R.
00685

SAN JUAN PR 009
27 DEC 2022 PM 1 L

Received
JAN 05 2023
Kroll Restructuring Administration

Prime Clerk L.L.C.
Grand Central station
Box 4850
New York, N.Y. 10163-4850