# EXHIBIT D-1

12/26/22

To Whom It May Concern:

Greetings,

I am writing because I worked for 26 years and I think I have a right to that money. I do not have money to pay for an attorney, and that is why I accepted the settlement offer.

I am 74 years old now and for my 26 years of work, I would like to receive about $20,000 to $30,000. I don't trust the Courts of the Commonwealth.

I hope you will address this claim soon. I am old.

Regards,
Iván Soto Jimenez



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **POC 170231**

Signed this 14th of February 2023

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

______________________

Andreea I. Boscor