# EXHIBIT B

Case:17-03283-LTS Doc#:23977-3 Filed:04/11/23 Entered:04/11/23 18:46:18 Desc:
Exhibit B Page 2 of 19

Received

APR 1 9 2022

Kroll Restructuring Administration

Fecha: marzo del 6 2022

Naguabo, Puerto Rico.

A quien Pueda Interesar:

    Yo Ana Marín Jurado Mayor de edad certifico por este medio que soy la hija menor del Sr. Manuel Marín Marcano mi padre falleció hacen muchos años. En la cual hago costar y certifico que la información que le estoy enviando es personal del Sr. Manuel Marín Marcano, sobre los trabajos de la caña (Zafra) de esos trabajos. Quisiera saber información Si el Sr. Manuel Marín Marcano cualifica para la ayuda en la cual, en ese tiempo, yo no me acuerdo mucho porque era menor. Todas las personas que trabajaban para ese tiempo y eran los que estaban a cargo ya fallecieron Y, mayordomos incluyendo los patronos, capataz, obreros y los empleados en aquel tiempo. Ya estas personas no existen y no hay información de esos libros o Reportes.

La fecha de nacimiento del Sr. Manuel Marín Marcano es el ▮▮▮▮ 1898, en el pueblo de Las Piedras. El número de caso es (17BK3283-Lts) y Los Números de reclamación son (179-150). La fecha de presentación fue 3/17/2021.

Su número de seguro social es: ▮▮▮▮2561. El teléfono donde pueden contactarme para alguna información es: (787)-914-8095. El Sr. Marín Fue Nacido y criado en Barrio Lijas de Las Piedras, Puerto Rico. Donde hizo su vida y donde comenzó a trabajar desde joven a la edad de 17 años en adelante. Hizo su vida y formo una familia con varios hijos, que crio hasta su adultes, después todos hicieron cada uno sus vidas a parte se fueron a distintos sitios sin dejar direcciones, donde casi todos ya fallecieron desde hace muchos años por condiciones de salud, al igual que sus hijos por condiciones de salud, los que quedan son mayores de edad y no tiene ya conocimiento de esos tiempos ni de los trabajos que realizaban por salud. El Sr. Manuel Marín Marcano desde joven a la edad de los 17años en adelante hasta los 24 años.

En el 1920 al 1960 o un poco más aproximadamente 2 años más(adicional) en la cual no pudo trabajar más donde se incapacito por causa de la diabetes, por la ceguera y la amputación de las piernas hasta que falleció. Trabajo con diferentes patronos en diferentes pueblos y Barrios cercanos del área Este de Puerto Rico. El Sr. Manuel Marín Marcano posiblemente trabajo con algunos de estos patronos, capataces, mayordomos, de algunos pueblos y parte de sus barrios del área este de Puerto Rico de sus propias fincas de frutos menores con sus propias fincas con las cosechas de la caña del área Este de Puerto Rico.



las personas de los pequeños agricultores de frutos menores de las cosechas de las cañas de los agricultores pequeños hasta que terminaron las cosechas. Los dueños de las fincas privadas donde se realizaban los trabajos de las cosechas de la caña usaron los terrenos o las fincas para uso personal para vaquerías y para su uso de la siembra personal, y otros usos, pero un tiempo siguieron buscando personas para hacer uso de otros tipos de trabajos.

Estos eran las rutas de los pueblos donde se produjeron las cosechas de las siembras de la caña.

En diferentes pueblos y sus Barrios en el área Este de Puerto Rico en la cual se produjeron Las cosechas de las siembras (de la zafra) en los diferentes pueblos y parte de sus Barrios estos fueron los distintos pueblos:

1)-Pueblo de Juncos y parte de sus Barrios.

2)-El pueblo de Naguabo y parte de sus Barrios.

3)-El pueblo de Las Piedras y parte de sus Barrios.

4)- El pueblo de Humacao y parte de sus Barrios.

5)- El pueblo de Yabucoa y parte de sus Barrios.

6)- El pueblo de Fajardo y parte de sus Barrios

y otros pueblos cercanos.

Eran donde se producían esos trabajos del área Este de Puerto Rico, de la cosecha, siembra de la caña, que fueron entre; Los barrios de Peña Pobre del pueblo de Naguabo, El Barrio Maizales del pueblo de Naguabo, El Barrio la Fe del pueblo de Naguabo, El Barrio Pasto Seco del pueblo de las Piedras, El Barrio Pueblito del Rio del pueblo de Las Piedras, El pueblo de Juncos y partes de sus Barrios, El pueblo de Humacao y parte de sus Barrios. Y El Barrio Rio Blanco del pueblo de Naguabo.

En el área este la fecha en general de las cosechas de área estes de la (Zafra) la caña de Puerto

Empezó desde los años (1912-1984) donde después fue extendida aproximadamente un poco más adicional hasta terminar todas las cosechas, de las personas que eran los agricultores pequeños frutos menores y dueños de sus propias fincas privadas, donde se realizaban esos trabajos de las

Estas personas trabajaban y lo conocían:

1)-Sr. Dolores Benítez Diaz.

2)-Sr. Agripino Mendoza Carrión.

3)- Sr. Guillermino Ayala.

4)- Sr. José Cáceres.

5)-Sr. Teodoro Benítez.

6)-Sr. José Castrero: Finca Barrio Pasto Seco Las Piedras.

7)- Sr.Isabel Vásquez: Finca Barrio Peña Pobre de Naguabo.

8)- Sr. Julio Vázquez: Finca Barrio Pasto Seco de Las Piedras.

9)- Sr. Efraín Robles Ayala.

10)-Sr. Carlos Estrella: Finca Barrio Pasto Seco de Las Piedras.

11)-Sr. Thomas Carmona: Capataz.

Trabajaron en las fincas Preston, en la finca El Batey del pueblo de Juncos, en la finca Santana del pueblito del Rio del pueblo de las piedras, donde realizaban esos trabajos en el pueblo de Naguabo, Puerto Rico eran:

1)- El Barrio Maizales en Naguabo.

2)- El Barrio La Fe en Naguabo.

3)-El Barrio Peña Pobre en Naguabo.

4)- El Barrio del Pueblito del Rio en Las Piedras.

5)-El Barrio Pasto Seco en Las Piedras.

6)- El Barrio Rio Blanco en Naguabo.

7)- El Pueblo de Juncos: El Batey.

8)- El Pueblo de Humacao: La finca compañía Roig

Estas fincas eran donde se trabajaba para el área Este de Puerto Rico y otros pueblos y Barrios cercanos. Los patronos todos ellos vivián cerca en el mismo Barrio y otros pueblos cercanos. Pero todos se quedaban trabajando unidas en el área Este de Puerto Rico. Todos esos trabajos se realizaban en sus propias fincas donde eran los dueños. Los campesinos, capataz, mayordomos y los patrones eran los obreros o trabajadores.

El Sr. Manuel Marín Marcano trabajaba en diferentes fincas donde se realizaban esos tipos de trabajos y donde hubiera cosecha y le dieran la oportunidad de trabajar, para llevar el sustento alimentario a su hogar y mantener a su familia. El Sr. Manuel Marín Marcano posiblemente trabajo en estas fincas en diferentes años y con diferentes patronos.

Incluyendo: En la finca Colonia Preston en el Barrio Peña Pobre del Pueblo de Naguabo, Puerto Rico. En la finca El Batey del Pueblo de Juncos en la finca de los Santana del Pueblito Del Rio, La finca Compañía Roig en Humacao, fincas y diferentes años donde se realizaban las cosechas En el Pueblo de Fajardo. En algunas de las cosechas de la siembra de la (Zafra) La Caña con diferentes patrones y en diferentes fincas y en diferentes años donde se realizaban los trabajos de La cosecha.

pocas cosechas que quedaban de la caña, en el área oeste de Puerto Rico. Que para ese tiempo de los años (1912) en adelante y para los años del (1915, 1916, 1917) en adelante. Luego los indígenas empezaron a administrar las cosechas de la caña, donde solo las personas que realizaban esos trabajos eran hombres y mujeres de todas las edades, porque casi no había mucho personal que trabajaran. Donde luego llegaron los españoles y se unieron con los indígenas por un tiempo y luego los indígenas se retiraron. Los españoles administraron y realizaron el trabajo de la caña y entonces los americanos llegaron y se unieron por un tiempo con los españoles y los españoles se retiraron desde la fecha de los años (1915, 1916, 1917) en adelante.

Los americanos en el (1915, 1916. 1917) se quedaron administrando solos en delante de las cosechas, siembras de la caña con la ayuda de los campesinos los hombres y mujeres de todas las edades. Hasta el (1984) se extendieron un tiempo más adicional, en lo que se terminaban las cosechas de la siembra de la caña, de los pequeños agricultores de frutos menores eran dueños de sus propias fincas donde se realizaban esos trabajos. Para el año (1960) en el área este de Puerto Rico, la caña fue decayendo y la gente se fueron a trabajar para los proyectos de construcción haciendo casas de ayuda mutua.

Algunas de las Oficinas Centrales Azucareras, se dieron para las áreas del pueblo de Yabucoa, Fajardo, Ponce y el pueblo de Aguadilla en Puerto Rico. La cosecha de la siembra del Café, Tabaco y parte de la caña, fue para los años (1930-1940). Para el año (1950) en el área de Puerto Rico. Los americanos ya se retiraban y le cedieron varios terrenos algunos de los mismos trabajadores para seguir con las cosechas de la caña. Para ellos los americanos dirigirlos desde las oficinas centrales donde se realizaban los trabajos por un tiempo y cuando ya no había cosechas ellos, los campesinos usaron los terrenos para uso personal.

Para esos tiempos había diferentes clases de Partidos Políticos en el Gobierno que gobernaban con diferentes personas como gobernadores al frente del pueblo. Incluyendo: Los Gobernadore s,

1)-El Honorable Gobernador Luis Muños Marín.

2)-El Honorable Gobernador Luis A Ferrer.

3)-El Honorable Gobernador Roberto Sanches Vilella.

4)-El Honorable Gobernador Carlos Romero Barceló.

Los diferentes partidos políticos eran:

1)-El Partido Socialista.

2)-El Partido Independentista.

3)-El Partido Republicano.

4)-El Partido Popular Democrático, llamado: ELA Pan Tierra y Libertad.

Fecha: marzo 6 del 2022

Naguabo, Puerto Rico.

A quien Puede Interesar:

Yo El Sr. Osvaldo Rodríguez Rivera certifico por este medio que conozco a la Sra. Ana Hilda Marín Jurado de hace muchos años que vivimos juntos. En la cual yo la autorice a recibir su correspondencia en mi buzón personal. En estos momentos ella no tiene un buzón propio y en lo que puede solicitar un buzón recibirá la correspondencia en el mio dende está ubicado en el barrio Lijas de Las Piedras.

Gracias

Atentamente.

*Osvaldo Rodríguez Rivera*

Osvaldo Rodríguez Rivera.

HC4 Box 4299

Las Piedras, Puerto Rico 00771-9612

El Sr. Osvaldo Rodríguez Rivera quien vive conmigo hace muchos años él es quien me presto su dirección para poder recibir toda mi correspondencia en su buzón personal debido a que el mío era familiar todos recibíamos las cartas porque antes fue de mi fallecido padre el Sr. Manuel Marín Marcano, pero después el buzón estaba un poco deteriorado y las cartas se perdían o no me las entregaban, El Sr. Osvaldo decidió compartir su buzón conmigo, pero la dirección es otra porque él tiene casa en el Barrio Lijas De Las Piedras Y su residencia oficial está en ese lugar. Solo que es la dirección solamente porque yo sigo viviendo en El Barrio Peña Pobre de Naguabo en la residencia de mis padres solo que como está roto no lo uso mucho, simplemente es para que la correspondencia importante, mis beneficios personales estén seguros por el momento. En lo que puedo tener un buzón propio.

Yo he hecho mi vida al igual que todos lo hicieron, pero yo me quede en la casa de mis padres por herencia, pero los demás se fueron a vivir a diferentes lugares y El Sr. Osvaldo Rodríguez Rivera es mi compañero hace mucho tiempo y vive conmigo. En el Barrio Peña Pobre de Naguabo en una casa un poco deteriorada por el pasar de los años porque era de mis padres, aunque la casa está deteriorada vivo en ella con mi pareja. La dirección de El Sr. Osvaldo Rodríguez Rivera donde él y yo ahora recibimos la correspondencia esta es la residencial es en El Barrio Sector Lijas Carretera 31 Km 14.4 Las Piedras, Puerto Rico. Y la dirección postal es HC4 Box 4299 Las Piedras, Puerto Rico 00771-9612. Esta es la direccion donde voy por el momento a recibir mis cartas personales favor de enviarlas a esta dirección postal.

Fecha: marzo 6 del 202

Naguabo, Puerto Rico.

A quien pueda interesar:

Por lo presente certifico que estos eran los primeros agricultores pequeños de frutos menores de sus propias fincas. En la cual en el Barrio Pasto Seco de Las Piedras P.R.

El primer dueño fue el Sr. Julio Vázquez para esos tiempos que tenían cosechas de la siembra de la caña, en sus propias fincas. Junto con su familia para el año (1970) en adelante por un tiempo y luego la vendieron, En la cual también eran parte de los agricultores pequeños de los frutos menores de la cosecha de la caña.

El segundo Dueño fue el Sr. Colón E con la siembra estrella para continuar con la siembra de la caña donde estuvo con ella un tiempo y luego la vendió. También era parte de los agricultores pequeños de frutos menores de las cosechas de la caña.

El segundo dueño: fue el Sr. Carlos Estrella, para seguir con la siembra de la caña, donde estuvo un tiempo y luego también la vendió.

El tercer dueño: fue el Sr. Efraín Robles Ayala también siguió con la cosecha de la caña, luego cuando el trabajo de la cosecha se estaba agotando, el utilizó los terrenos para su uso personal, al igual que todos los que tenían sus fincas con los frutos de las cosechas de la caña.

Estos eran algunos de los patronos, capataces, y Mayordomos del área este de Puerto Rico. Eran personas conocidas:

1) Los colones: donde también eran campesinos trabajadores, que eran agricultores con pequeños frutos menores que eran de las fincas de la caña. En sus propias fincas privadas juntos con sus familias, en la cual ellos eran los patronos, Capataces, y Mayordomos.

El gobierno era quien le suplía todo y le pagaban los sueldos a los obreros o campesinos y donde las personas que eran los obreros les pagaban a los mismos campesinos eran los que realizaban esos trabajos y ellos le pagaban sus sueldos por realizarlos. Luego que terminaban los trabajos de la cosecha de la caña usaban los terrenos para el uso personal para vaquerías y la siembra personal y otros.

Estos eran los diferentes trabajos que había y se realizaban en esos tiempos en Puerto Rico, eran con compañías diferentes del área Este de Puerto Rico las cuales eran:

1)- la cosecha de la siembra de la (zafra) o la caña.

2)-La cosecha de la siembra del café, y del tabaco, De los años (1930 – 1940). Los proyectos de la construcción de las casas para ayuda mutua. El cual los nombres de las compañías de la caña eran 3 compañías diferentes, pero se realizaba el mismo trabajo.

1)- La primera compañía que estaba era: EASTERN SUGAR ASSOCIATER que fue para el año (1950)

(1960) aproximadamente.

2)-La segunda compañía llego y se unió a BREWER, que estuvo hasta el año (1967) que era la corporación que vino de Hawái y se unieron las dos compañías por un tiempo, y luego se retiraron.

3)- La tercera compañía luego llego y empezó, La corporación Azucarera desde el año (1967) en adelante hasta el año 1984 y después fue extendido un poco más de tiempo adicional hasta que se terminó la cosecha de la caña, que eran de las personas conocidas como (Los Colonos), que eran los pequeños agricultores con frutos menores de la cosecha y eran las personas que tenían sus propias fincas y con varias cosechas de las siembras de la caña donde todavía se realizan esos trabajos de la caña hasta agotarse.

Estos eran los trabajos que se realizaban con las diferentes compañías en el área oste de Puerto Rico, La cosecha de la siembra del café en el (1930-1940), La cosecha de la siembra del tabaco (1930-1940). Los proyectos de las construcciones de casas de ayuda mutua fueron aproximadamente para el año (1950) en adelante donde en estos momentos no me acuerdo exactamente la fecha, donde el nombre de la compañía se le llamaba proyectos de ayuda mutua en aquel tiempo se le llamaba, Comercio de la Administración del Programa Social. Donde el nombre de las cosechas de las diferentes siembras era conocido como: Departamento de Técnicos de Agricultura, aunque fueron administrados por diferentes compañías donde todas realizaban el mismo trabajo, pero en diferentes áreas.

Están eran las rutas que se utilizaban para realizar esos procesos y los trabajos de la cosecha de la caña (La Zafra), donde se utilizaban unos trenes con vagones y otras maquinarias por las vías utilizadas por un camino por el medio de las fincas, donde se producían las cosechas de las siembras de la caña hasta llegar a su destino del área Este de Puerto Rico.

El trabajo de moler la caña hasta llegar a sus destinos del área oste de Puerto Rico. El trabajo de la de moler la caña, se efectuaba desde la central del pueblo de Juncos al pueblo de Fajardo Puerto Rico del ares este dónde el trabajo de la mollicio se efectuaba desde la Central del pueblo de juncos Puerto Rico. Que era donde se hacía parte del proceso, donde se molía y se entregaba ya casi procesada y quemada y donde se completaba el proceso en el pueblo de Fajardo de Puerto Rico.

Donde pasaba por los pueblos cercanos y parte de sus Barrio recogiendo las cosechas de las cañas o los productos incluyendo las diferentes fincas privadas donde también parte de las personas de los pequeños agricultores de frutos menores de las cosechas de las cañas de los agricultores pequeños hasta que terminaron las cosechas. Los dueños de las fincas privadas donde se realizaban los trabajos de las cosechas de la caña usaron los terrenos o las fincas para uso personal para vaquerías y para su uso de la siembra personal, y otros usos, pero un tiempo siguieron buscando personas para hacer uso de otros tipos de trabajos.

Estos eran las rutas de los pueblos donde se produjeron las cosechas de las siembras de la caña.

En diferentes pueblos y sus Barrios en el área Este de Puerto Rico en la cual se produjeron Las cosechas de las siembras (de la zafra) en los diferentes pueblos y parte de sus Barrios estos fueron los distintos pueblos:

1)-Pueblo de Juncos y parte de sus Barrios.

2)-El pueblo de Naguabo y parte de sus Barrios.

3)-El pueblo de Las Piedras y parte de sus Barrios.

4)- El pueblo de Humacao y parte de sus Barrios.

5)- El pueblo de Yabucoa y parte de sus Barrios.

6)- El pueblo de Fajardo y parte de sus Barrios

y otros pueblos cercanos.

Eran donde se producían esos trabajos del área Este de Puerto Rico, de la cosecha, siembra de la caña, que fueron entre; Los barrios de Peña Pobre del pueblo de Naguabo, El Barrio Maizales del pueblo de Naguabo, El Barrio la Fe del pueblo de Naguabo, El Barrio Pasto Seco del pueblo de las Piedras, El Barrio Pueblito del Rio del pueblo de Las Piedras, El pueblo de Juncos y partes de sus Barrios, El pueblo de Humacao y parte de sus Barrios. Y El Barrio Rio Blanco del pueblo de Naguabo.

En el área este la fecha en general de las cosechas de área estes de la (Zafra) la caña de Puerto

Empezó desde los años (1912-1984) donde después fue extendida aproximadamente un poco más adicional hasta terminar todas las cosechas, de las personas que eran los agricultores pequeños frutos menores y dueños de sus propias fincas privadas, donde se realizaban esos trabajos de las pocas cosechas que quedaban de la caña, en el área oeste de Puerto Rico. Que para ese tiempo de los años (1912) en adelante y para los años del (1915,1916,1917) en adelante. Luego los indígenas empezaron a administrar las cosechas de la caña, donde solo las personas que realizaban esos trabajos eran hombres y mujeres de todas las edades, porque casi no había mucho personal que trabajaran. Donde luego llegaron los españoles y se unieron con los indígenas por un tiempo y luego los indígenas se retiraron. Los españoles administraron y realizaron el trabajo de la caña y entonces los americanos llegaron y se unieron por un tiempo con los españoles y los españoles se retiraron desde la fecha de los años (1915,1916,1917) en adelante.

Los americanos en el (1915,1916.1917) se quedaron administrando solos en delante de las cosechas, siembras de la caña con la ayuda de los campesinos los hombres y mujeres de todas las edades. Hasta el (1984) se extendieron un tiempo más adicional, en lo que se terminaban las cosechas de la siembra de la caña, de los pequeños agricultores de frutos menores eran dueños de sus propias fincas donde se realizaban esos trabajos. Para el año (1960) en el área este de Puerto Rico, la caña fue decayendo y la gente se fueron a trabajar para los proyectos de construcción haciendo casas de ayuda mutua.

Algunas de las Oficinas Centrales Azucareras, se dieron para las áreas del pueblo de Yabucoa, Fajardo, Ponce y el pueblo de Aguadilla en Puerto Rico. La cosecha de la siembra del Café, Tabaco y parte de la caña, fue para los años (1930-1940). Para el año (1950) en el área de Puerto Rico. Los americanos ya se retiraban y le cedieron varios terrenos algunos de los mismos trabajadores para seguir con las cosechas de la caña. Para ellos los americanos dirigirlos desde las oficinas centrales donde se realizaban los trabajos por un tiempo y cuando ya no había cosechas ellos, los campesinos usaron los terrenos para uso personal.

Para esos tiempos había diferentes clases de Partidos Políticos en el Gobierno que gobernaban con diferentes personas como gobernadores al frente del pueblo. Incluyendo: Los Gobernadores,

1)-El Honorable Gobernador Luis Muños Marín.

2)-El Honorable Gobernador Luis A Ferrer.

3)-El Honorable Gobernador Roberto Sanches Vilella.

4)-El Honorable Gobernador Carlos Romero Barceló.

Los diferentes partidos políticos eran:

1)-El Partido Socialista.

2)-El Partido Independentista.

3)-El Partido Republicano.

4)-El Partido Popular Democrático, llamado: ELA Pan Tierra y Libertad.

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
### (DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE NACIMIENTO
### (CERTIFICATION OF BIRTH)

NUMERO
D10304987

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1898-00345-000278-1762467-06665921

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
MANUEL MARIN MARCANO

FECHA NACIMIENTO (BIRTHDATE)
███ 1898

FECHA INSCRIPCION (REGISTRATION DATE)
24 ABR 1898

LUGAR NACIMIENTO (BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

SEXO (SEX)
M

NOMBRE DEL PADRE (FATHER'S NAME)
BRUNO MARIN RIVERA

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
EVANGELIA MARCANO PEÑA

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
JUNCOS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
24 MAR 2022

*************************************************




035
Certificaciones
Pago / Paid

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
void if altered or Erased

Case:17-03283-LTS Doc#:23977-3 Filed:04/11/23 Entered:04/11/23 18:46:18 Desc: Exhibit B Page 16 of 19

# DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

## CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO: A1619293

**NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)**
152-1984-014494

**NOMBRE DEL FALLECIDO (DECEASED NAME)**
MANUEL MARIN MARCANO

**SEXO (SEX)**
M

**ESTADO CIVIL (MARITAL STATUS)**

**NOMBRE CONYUGE (SPOUSE'S NAME)**

**FECHA DEFUNCIÓN (DEATH DATE)**
26 SEP 1984

**FECHA REGISTRO (REGISTRATION DATE)**
26 SEP 1984

**LUGAR DEFUNCIÓN (DEATH PLACE)**
HUMACAO, PUERTO RICO

**FUE EMBALSAMADO? (EMBALMED?)**

**CAUSA DE MUERTE (CAUSE OF DEATH)**
DIABETES MELLITUS UNCOMP

**FECHA NACIMIENTO (BIRTH DATE)**
[redacted] 1898

**EDAD (AGE)**
86 AÑOS

**LUGAR NACIMIENTO (BIRTHPLACE)**
LAS PIEDRAS, PUERTO RICO

**NOMBRE DEL PADRE (FATHER'S NAME)**
BRUNO MARIN

**NOMBRE DE LA MADRE (MOTHER'S NAME)**
EVANGELI MARCANO

**FECHA EXPEDICIÓN (DATE ISSUED)**
24 MAR 2022

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)
Wanda del C. Llovet Díaz

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



Sello
Departamento de Salud
Registro Demográfico
035 Certificaciones
5120 03/21/2022 $10.00
Sello de Rentas Internas
80252-2022-0321-67135019

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)

CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)



NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1984-00416-014494-212059-00688571

NOMBRE DEL FALLECIDO (DECEASED NAME)
MANUEL MARIN MARCANO

SEGURO SOCIAL (SOCIAL SECURITY)      SEXO (SEX)
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                           M

ESTADO CIVIL (MARITAL STATUS)
SE DESCONOCE (UNKNOWN)

FECHA DEFUNCION (DEATH DATE)          FECHA REGISTRO (REGISTRATION DATE)
26 SEP 1984                           26 SEP 1984

LUGAR DEFUNCION (DEATH PLACE)         FUE EMBALSAMADO? (WAS EMBALMED?)
HUMACAO, PUERTO RICO                  SE DESCONOCE (UNKNOWN)

CAUSA DE MUERTE (CAUSE OF DEATH)
DIABETES MELLITUS UNCOMP

FECHA NACIMIENTO (BIRTH DATE)         EDAD (AGE)
███ 1898                              86 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)      NOMBRE DE LA MADRE (MOTHER'S NAME)
BRUNO MARIN                           EVANGELI MARCANO

FECHA EXPEDICION (DATE ISSUED)
15 MAY 2007

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931



SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

Estado Libre Asociado de Puerto Rico
Departamento de Salud

ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.

WARNING: Any alteration or erasure voids this certification.

# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO: 010309984

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1961-00066-000000-2122467-01940068

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
ANA HILDA MARIN JURADO

FECHA NACIMIENTO (BIRTHDATE)
[redacted] 1961

FECHA INSCRIPCION (REGISTRATION DATE)
08 MAR 1961

LUGAR NACIMIENTO (BIRTHPLACE)
NAGUABO, PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
MANUEL MARIN

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
CONCEPCION JURADO

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
24 MAR 2022

****************************************************

Departamento de Salud
Registro Demográfico

430
Certificación Oficial
Exento del Pago

ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

ANA HILDA MARIN JURADO
HC4 BOX 4299
LAS PIEDRAS PR 00771-9612

Received
APR 19 2022
Kroll Restructuring Administration

PRIME CLERK LLC
GRAND CENTRAL Station
P.O BOX 4850
NEW YORK, 10163-4850