# EXHIBIT B-1

Date: March 6 2022

Naguabo, Puerto Rico.

To Whom It May Concern:

Received

APR 1 9 2022

Kroll Restructuring Administration

    I, Ana Marín Jurado, of legal age, hereby certify that I am the youngest daughter of Mr. Manuel Marín Marcano, my father, who passed away many years ago. I hereby certify that the information that I am sending you is personal, from Mr. Manuel Marín Marcano, about the sugar cane works (Zafra) of those works. I would like to know if Mr. Manuel Marín Marcano qualifies for the help in which, at that time, I do not remember much because I was a minor. All the people who worked at that time and were in charge are now deceased AND, stewards including the employers, foreman, workers, and employees at that time. These people no longer exist and there is no information from those books or reports.

The date of birth of Mr. Manuel Marín Marcano is ▇▇▇▇▇▇ 1898, in the town of Las Piedras. The case number is (17BK3283-Lts} and the claim numbers are (179-150). The filing date was 3/17/2021.

His social security number is: ▇▇▇▇▇▇2561. The phone number where you can contact me for any information is: (787)-914-8095. Mr. Marín was born and raised in the Lijas Neighborhood of Las Piedras, Puerto Rico where he made his life and where he started working at the age of 17. He made his life and formed a family with several children, who he raised until their adulthood; then they all made their lives apart and went to different places without leaving addresses, where almost all of them have passed away many years ago due to health conditions, as well as their children due to health conditions. Those who remain are of age and no longer have knowledge of those times or the work they did for health reasons. Mr. Manuel Marín Marcano from the age of 17 years old until he was 24 years old.

From 1920 to 1960 or a little more, approximately 2 years more (additional), in which he could not work anymore where he became disabled due to diabetes, blindness and amputation of the legs until he died. He worked with different employers in different towns and nearby neighborhoods in the eastern area of Puerto Rico. Mr. Manuel Marín Marcano possibly worked with some of these employers, foremen, stewards, of some towns and part of their neighborhoods in the eastern area of Puerto Rico of their own small fruit farms with their own farms with the sugar cane harvests of the eastern area of Puerto Rico.



990123401146928

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5  / APRIL  / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

The people from the small farmers of smaller fruits of the harvests of the canes of the small farmers until the harvests finished. The owners of the private farms where the cane harvests were carried out used the land or farms for personal use for dairy operations and for their personal use for planting, and other uses. The owners of the private farms where the cane harvests were carried out used the land or farms for personal use for cattle ranching and for their personal planting use, and other uses, but for a while they continued to look for people to use for other types of work.

These were the routes from the towns where the sugar cane crops were grown.

In different towns and their neighborhoods in the eastern area of Puerto Rico in which the harvests of the crops were produced in the different towns and part of their neighborhoods, these were the different towns:

1)  -Town of Juncos and part of its Neighborhoods.

2)  -The town of Naguabo and part of its Neighborhoods.

3)  - The town of Las Piedras and part of its Neighborhoods.

4)  - The town of Humacao and part of its Neighborhoods.

5)  - The town of Yabucoa and part of its Neighborhoods.

6)  - The town of Fajardo and part of its Neighborhoods

and other nearby towns.

They were where those works of the eastern area of Puerto Rico were produced, of the harvest, planting of sugar cane, among which were the neighborhoods of Peña Pobre of the town of Naguabo, The Maizales Neighborhood of the town of Naguabo, The Neighborhood la Fe of the town of Naguabo, The Neighborhood Pasto Seco of the town of Las Piedras, The Neighborhood Pueblito del Rio of the town of Las Piedras, The town of Juncos and parts of its neighborhoods, The town of Humacao and part of its neighborhoods. And The Neighborhood Rio Blanco of the town of Naguabo.

In the eastern area the general date of the harvests of the estes area of the (Harvest) Puerto cane

It started from the years 1912-1984 and when later it was extended approximately a little more additional until all the harvests finsihed, of the people who were minor crop farmers and owners of their own private farms, where those works were carried out of the …

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

These people worked and knew him:

1) -Mr. Dolores Benítez Díaz.

2) -Mr. Agripino Mendoza Carrión.

3) -Mr. Guillermino Ayala.

4) -Mr. José Cáceres.

5) -Mr. Teodoro Benítez.

6) -Mr. José Castrero: Farm in Pasto Seco Neighborhood, Las Piedras.

7) -Mr. Isabel Vásquez: Farm in the Peña Pobre Neighborhood of Naguabo.

8) - Mr. Julio Vázquez: Pasto Seco Neighborhood of Las Piedras.

9) - Mr. Efraín Robles Ayala.

10) -Mr. Carlos Estrella: Farm in Neighborhood Pasto Seco de Las Piedras.

11) -Mr. Thomas Carmona: Foreman.

They worked at the Preston farms, at the El Batey farm in the town of Juncos, at the Santana farm in the small town of del Rio the town of las piedras, where they worked in the town of Naguabo, Puerto Rico.

They were:

1) - The Neighborhood Maizales in Naguabo.

2) - The La Fe Neighborhood in Naguabo.

3) - The Peña Pobre Neighborhood in Naguabo.

4) - The Pueblito del Rio Neighborhood in Las Piedras.

5) - The Pasto Seco Neighborhood in Las Piedras.

6) - The Rio Blanco Neighborhood in Naguabo.

7) - The Town of Juncos: El Batey.

8) - The Town of Humacao: Roig Company Farm

These farms were where work was done for the eastern area of Puerto Rico and other nearby towns and Neighborhoods. The employers all lived nearby in the same Neighborhood and other nearby towns. But they all stayed working together in the East Puerto Rico area. All of these jobs were done on their own farms where they were the owners. The farmers, foreman, stewards and the bosses were the laborers or workers.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Mr. Manuel Marín Marcano worked on different farms where these types of jobs were carried out and where there was a harvest and where he was given the opportunity to work, to bring food sustenance to his home and support his family. Mr. Manuel Marín Marcano possibly worked on these farms during different years and with different employers.

This included the following. At the Colonia Prestan farm in the Peña Pobre neighborhood of the town of Naguabo, Puerto Rico. At the El Batey farm in the town of Juncos, at the Santana farm in Pueblito Del Rio, the Roig Company farm in Humacao, farms and different years where harvests were carried out in the town of Fajardo. In some of the harvests of the cane harvest (Zafra) with different bosses and on different farms and in different years where the work of the harvest was carried out.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5  / APRIL  / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

few remaining sugar cane harvests were carried out in the western area of Puerto Rico. That for that time of the years 1912 and onwards and for the years 1915, 1916 and 1917 and onwards. Then the Indigenous people began to manage the sugar cane crops, where only the people who performed these jobs were men and women of all ages, because there were practically not many people that would work. Then the Spaniards arrived and joined with the Indigenous people for a while and then the Indigenous people withdrew. The Spaniards administered and did the cane work and then the Americans came and joined for a while with the Spaniards and the Spaniards withdrew from the date of the years 1915, 1916, 1917 and onwards.

The Americans in the years 1915, 1916 and 1917 were left managing the harvests by themselves, planting the cane with the help of the peasant men and women of all ages. Until 1984 they went on for a little more time, in what was left of the harvests of the sowing of the cane were finished, from the small farmers of minor crops who were owners of their own farms where those works were carried out. By the year 1960 in the eastern area of Puerto Rico, sugar cane was declining and people went to work for the construction projects building mutual aid houses.

Some of the Central Sugar Headquarters were in the areas of Yabucoa, Fajardo, Ponce and the town of Aguadilla in Puerto Rico. The harvest of coffee, tobacco and some of the sugar cane was in the years 1930-1940. By 1950 in the area of Puerto Rico. The Americans were already leaving and gave some of the same lands to the workers to continue with the sugar cane harvest. For them the Americans directed them from the central headquarters where the works were carried out for a time and when there were no more harvests they, the farmers used the lands for personal use.

At that time there were different kinds of political parties in the government that governed with different people as governors at the head of the people. Among these Governors were the following.

1)  - The Honorable Governor Luis Muños Marín.

2)  - The Honorable Governor Luis A Ferrer.

3)  -The Honorable Governor Roberto Sanches Vilella.

4)  - The Honorable Governor Carlos Romero Barceló.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

The different political parties were:

1) -The Socialist Party.

2) - The Independence Party.

3) - The Republican Party.

4) - The Popular Democratic Party, called: ELA Pan Tierra y Libertad (Bread, Land and Freedom).

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Date: March 6, 2022

Naguabo, Puerto Rico.

To Whom It May Concern:

I, Mr. Osvaldo Rodriguez Rivera, hereby certify that I have known Mrs. Ana Hilda Marin Jurado for many years, that we have lived together. In which I authorized her to receive her mail at my personal mailbox. At this time, she does not have a mailbox of her own, and during the time that she is requesting a mailbox, she will receive her mail at mine, which is located in the Lijas neighborhood of Las Piedras.

Thank you

Sincerely yours,

[Signature]

Osvaldo Rodríguez Rivera.

HC4 Box 4299

Las Piedras, Puerto Rico 00771-9612

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Mr. Osvaldo Rodriguez Rivera who has been living with me for many years, he is the one who lent me his address to receive all my correspondence in his personal mailbox because mine was a family one. We all received the letters because before it belonged to my late father Mr. Manuel Marin Marcano, but then the mailbox was a little deteriorated and the letters were lost or not delivered to me, so Mr. Osvaldo decided to share his mailbox with me, but the address is different because he has a house in the Lijas De Las Piedras Neighborhood, and his official residence is there. Only that is the address only because I still live in The Peña Pobre Neighborhood of Naguabo in my parents' residence but since it is broken, I don't use it much, it is simply so that important correspondence, my personal benefits are safe for the time being. Until I can have a mailbox of my own.

I have lived my life like everyone else did, but I stayed in my parents' house by inheritance, but the others went to live in different places and Mr. Osvaldo Rodriguez Rivera is my partner for a long time and he lives with me. In the Peña Pobre of Naguabo Neighborhood in a house a little deteriorated by the passing of the years because it belonged to my parents. Although the house is deteriorated, I live in it with my partner. The address of Mr. Osvaldo Rodriguez Rivera where he and I now receive correspondence, this is the residential one is in The Neighborhood of Sector Lijas Highway 31 Km 14.4 Las Piedras, Puerto Rico. And the mailing address is HC4 Box 4299 Las Piedras, Puerto Rico 00771-9612. This is the address where I will receive my personal letters for the time being. Please send them to this postal address.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Date: March 6, 202

Naguabo, Puerto Rico.

To whom it may concern:

I hereby certify that these were the first minor crop farmers on their own farms. In which in the Pasto Seco Neighborhood of Las Piedras P.R.

The first owner was Mr. Julio Vázquez. At that time they had crops of sugar cane, on their own farms. Together with his family around the year 1970 and onwards for a while and then sold it, in which they were also part of the minor crop small farmers of the cane harvest.

The second owner was Mr. Colón E with the star planting to continue with the sugar cane plantation where he had it for a while and then sold it. He was also part of the minor crop small farmers from the sugar cane crops.

The second owner was Mr. Carlos Estrella, to continue planting sugar cane; he stayed with it for a while and then also sold it.

The third owner was Mr. Efraín Robles Ayala who also continued with the harvest of sugar cane, then when the harvest work was running out, he used the land for his personal use, as did all those who had their farms with the fruits of the sugar cane harvests.

These were some of the bosses, foremen, and stewards of the eastern area of Puerto Rico. They were well-known people.

1)   The tenant farmers: These were also working peasants, who were farmers with minor crops from the sugar cane farms. They were on their own private farms together with their families, where they were the bosses, foremen, and stewards.

The government was the one who supplied everything and paid the salaries to the workers or peasants and where the people who were the workers paid the peasants who did the work and they paid them their salaries for doing it. After the sugar cane harvest was finished, they used the land for personal use for cattle ranching and personal planting and other purposes.

These were the different jobs that there were and that were carried out at that time in Puerto Rico, they were with different companies in the eastern area of Puerto Rico which were as follows:

1)   - the harvest of the sugar cane crop.

2)   – The harvest of coffee and tobacco crops, from the years 1930 - 1940. Construction projects of houses for mutual aid, in which the names of the cane companies were 3 different companies, but the same work was carried out.

1)   - The first company was: EASTERN SUGAR ASSOCIATER [sic. Note: probably EASTERN SUGAR ASSOCIATES] which was by the year 1950.

1960 approximately.

2)   -The second company came in and joined with BREWER, which stayed until the year 1967 which was the corporation that came from Hawaii, and they joined the two companies for a while, and then they pulled out.

3)   - The third company then came and started, The Sugar Corporation from the year 1967 and onwards until the year 1984 and then it was extended a little more additional time until the cane harvest was finished, which were from the people known as the tenant farmers  , who were the small farmers with minor crops of the harvest and were the people who had their own farms and with several harvests of the cane plantings where those cane works are still being done until they ran out.

These were the works that were carried out with the different companies in the western area of Puerto Rico. The coffee harvest of 1930-1940, the tobacco harvest of 1930-1940. The projects of the constructions of mutual aid houses were approximately for the year 1950 and onwards where at this time I do not remember the exact date, where the name of the company was called mutual aid projects. At that time it was called Comercio de la Administración del Programa Social (Commerce of the Administration of the Social Program). Where the name of the crops of the different plantings was known as the Departamento de Técnicos de Agricultura (Department of Agricultural Technicians), although they were administered by different companies where they all carried out the same work, but in different areas.

These were the routes that were used to carry out these processes and the work of harvesting sugar cane (La Zafra), where trains with wagons and other machinery were used along the tracks used by a road through the middle of the farms, where the sugar cane crops were harvested until they reached their destination in the eastern area of Puerto Rico.

The work of milling the cane until it reached its destination in the western area of Puerto Rico. The work of milling the cane was done from the central plant in the town of Juncos to the town of Fajardo, Puerto Rico, where the milling work was done from the central plant in the town of Juncos, Puerto Rico. That was where part of the process was done, where it was milled and delivered almost processed and burned and where the process was completed in the town of Fajardo de Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5  / APRIL  / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

Where it went through the nearby towns and part of their Neighborhood collecting the cane harvests or products including the different private farms where also some of the people from the small farmers of small fruits of the cane harvests of the small farmers until they finished the harvests. The owners of the private farms where the cane harvests were carried out used the land or the farms for personal use for cattle ranching and for their personal planting use, and other uses, but for a while they continued to look for people to make use of other types of work.

These were the routes to the towns where the sugar cane crops were grown.

In different towns and their neighborhoods in the eastern area of Puerto Rico in which the harvests of the crops (of the harvest) were produced in the different towns and part of their neighborhoods, these were the different towns:

1)   - Town of Juncos and part of its Neighborhoods.

2)   - The town of Naguabo and part of its Neighborhoods.

3)   - The town of Las Piedras and part of its Neighborhoods.

4)   - The town of Humacao and part of its Neighborhoods.

5)   - The town of Yabucoa and part of its Neighborhoods.

6)   - The town of Fajardo and part of its Neighborhoods

and other nearby towns.

This was where those works of the eastern area of Puerto Rico were produced, of the harvest, planting of sugar cane, which included the neighborhoods of Peña Pobre of the town of Naguabo, The Maizales Neighborhood of the town of Naguabo, The la Fe Neighborhood of the town of Naguabo, The Pasto Seco Neighborhood of the town of Las Piedras, The Neighborhood Pueblito del Rio of the town of Las Piedras, The town of Juncos and parts of their neighborhoods, The town of Humacao and part of their neighborhoods. And The Neighborhood Rio Blanco of the town of Naguabo.

In the eastern area the general date of the harvests the cane from Puerto …

It started from the years 1912-1984 where it was later extended approximately a little more until the end of all the harvests of the people who were small crop farmers and owners of their own private farms, where these works of the few remaining sugar cane harvests were carried out in the western area of Puerto Rico. That for that time of the years 1912 and onwards and for the years 1915, 1916 and 1917 and onwards. Then the Indigenous people began to manage the sugar cane crops, where only the people who performed these jobs were men and women of all ages, because there were practically not many people that would work. When the Spaniards arrived and joined with the Indigenous people for a while and then the Indigenous people withdrew. The Spaniards administered and did the cane work and then the Americans came and joined for a while with the Spaniards and the Spaniards withdrew from the date of the years 1915, 1916, 1917 and onwards.

The Americans in the years 1915, 1916 and 1917 were left managing the harvests by themselves, planting the cane with the help of the peasant men and women of all ages. Until 1984 they went on for a little more time, in what was left of the harvests of the sowing of the cane were finished, from the small farmers of minor crops who were owners of their own farms where those works were carried out. By the year 1960 in the eastern area of Puerto Rico, sugar cane was declining, and people went to work for the construction projects building mutual aid houses.

Some of the Central Sugar Headquarters were in the areas of Yabucoa, Fajardo, Ponce and the town of Aguadilla in Puerto Rico. The harvest of coffee, tobacco and some of the sugar cane was for the years 1930-1940. For the year 1950 in the area of Puerto Rico. The Americans were already retiring and some of the same workers ceded several lands to continue with the sugar cane harvest. For them the Americans directed them from the central headquarters where the works were carried out for a time and when there were no more harvests they, the farmers used the lands for personal use.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5  / APRIL  / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

At that time there were different kinds of political parties in the government that governed with different people as governors at the head of the people. This included the following Governors:

1) - The Honorable Governor Luis Muños Marín.

2) - The Honorable Governor Luis A Ferrer.

3) - The Honorable Governor Roberto Sanches Vilella.

4) - The Honorable Governor Carlos Romero Barceló.


The different political parties were:

1) - The Socialist Party.

2) - The Independence Party.

3) - The Republican Party.

4) - The Popular Democratic Party, called: ELA Pan Tierra y Libertad (Bread, Land and Freedom).



DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMBER

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1898-00345-000278-1762467-06665921

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
MANUEL MARIN MARCANO

FECHA NACIMIENTO (BIRTHDATE)
1898

FECHA INSCRIPCION (REGISTRATION DATE)
24 ABR 1898

LUGAR NACIMIENTO (BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

SEXO (SEX)
M

NOMBRE DEL PADRE (FATHER'S NAME)
BRUNO MARIN RIVERA

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
EVANGELIA MARCANO PEÑA

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
JUNCOS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
24 MAR 2022

GOVERNMENT OF PUERTO RICO
[Coat of arms]

Seal
TREASURY GOVERNMENT OF PUERTO RICO
1U18 – 0023943

Department of Health
Demographic Registry
Puerto Rico Demographic Registry
Department of Health
035 Certifications Paid

5120
03/21/2002
$5.00

Seal of Internal Revenue
80252-2022-0321-67121009

Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.



Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118 ] by Targem Translations Inc.



DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)
REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)
CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMBER: A015785

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1984-00416-014494-212059-00688571

NOMBRE DEL FALLECIDO (DECEASED NAME)
MANUEL MARIN MARCANO

SEGURO SOCIAL (SOCIAL SECURITY)
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

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)
SE DESCONOCE (UNKNOWN)

FECHA DEFUNCION (DEATH DATE)
26 SEP 1984

FECHA REGISTRO (REGISTRATION DATE)
26 SEP 1984

LUGAR DEFUNCION (DEATH PLACE)
HUMACAO, PUERTO RICO

FUE EMBALSAMADO? (WAS EMBALMED?)
SE DESCONOCE (UNKNOWN)

CAUSA DE MUERTE (CAUSE OF DEATH)
DIABETES MELLITUS UNCOMP

FECHA NACIMIENTO (BIRTH DATE)
[redacted] 1898

EDAD (AGE)
86 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
LAS PIEDRAS, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
BRUNO MARIN

NOMBRE DE LA MADRE (MOTHER'S NAME)
EVANGELI MARCANO

FECHA EXPEDICION (DATE ISSUED)
15 MAY 2007

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

DEPARTMENT OF HEALTH DEMOGRAPHIC REGISTRY COMMONWEALTH
A09967333

SECRETARIO DE SALUD (SECRETARY OF HEALTH)

DEPARTMENT OF HEALTH

DIRECTOR REGISTRO DEMOGRAFICO (STATE REGISTRAR)

ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.
WARNING: Any alteration or erasure voids this certification.

Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.



Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.



*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Exhibit B-Claim No. 179150**

Signed this 5th day of April 2023



Phillip Berryman

