# EXHIBIT A

Received

MAY 0 2 2022

Kroll Restructuring Administration

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Urb. Bucare, Esmeralda 19 | 31525 | 5/24/2018 | Commonwealth of Puerto Rico | $121,128.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Urb. Bucare, Esmeralda 19 | 31525 | 5/24/2018 | Commonwealth of Puerto Rico | $121,128.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | El Demandante invoca inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).


990123401146954

PRIME CLERK LLC
GRAND CENTRAL STA
NEW YORK N,Y

4/22/2022

MUCHAS GRACIAS POR SU ATENCION, LA PRESENTE ES PARA NOTIFICARLE QUE NO ESTAMOS DE ACUERDO CON LA DECISION TOMADA POR UDS EN EL CASO DE REFERENCIA.
NOSOTROS SOMOS DOS PERSONAS MAYORES QUE COMETIMOS EL ERROR DE INVERTIR EL DINERO DE NUESTROS AHORROS DURANTE 40 ANOS EN BONOS DEL GOBIERNO DE PUERTO RICO.
HEMOS ENVIADO COPIA DE LAS TRANSACCIONES DE LA INVERSION PARA EVIDENCIA, PERO NO ENTIENDO POR QUE NO SOMOS PARTICIPANTES PARA RECIBIR X PORCIENTO DEL TOTAL.

ATENTAMENTE
*Carmen Yolanda Rivera* (signature)
CARMEN YOLANDA RIVERA

1

Sra. Carmen Jolrada Rivera
Urb. Buzare
Calle Esmeralda 19
Guayrabo, P.R. 00 969

SAN JUAN PR 009
25 APR 2022 PM 1 L

7022 0410 0002 7509 8010

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
APR 25, 22
AMOUNT
$3.75
R2305K134221-15

1000
10163

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, N.Y.
10163-4850

Received
MAY 02 2022
Kroll Restructuring Administration

10163-485050