# EXHIBIT A-1

Received

MAY 0 2 2022

Kroll Restructuring Administration

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Urb. Bucare, Esmeralda 19 | 31525 | 5/24/2018 | Commonwealth of Puerto Rico | $121,128.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Urb. Bucare, Esmeralda 19 | 31525 | 5/24/2018 | Commonwealth of Puerto Rico | $121,128.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | El Demandante invoca inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).



990123401146954

PRIME CLERK LLC
GRAND CENTRAL STA
NEW YORK N.Y.

4/22/2022

THANK YOU VERY MUCH FOR YOUR ATTENTION, THIS IS TO NOTIFY YOU THAT WE DO NOT AGREE WITH THE DECISION TAKEN BY YOU IN THIS CASE.
WE ARE TWO ELDERLY PEOPLE WHO MADE THE MISTAKE OF INVESTING THE MONEY FROM OUR SAVINGS FOR 40 YEARS IN PUERTO RICO GOVERNMENT BONDS.
WE HAVE SENT COPIES OF THE INVESTMENT TRANSACTIONS FOR EVIDENCE, BUT I DO NOT UNDERSTAND WHY WE ARE NOT PARTICIPANTS TO RECEIVE X PERCENT OF THE TOTAL.

SINCERELY YOURS,
[Signature]
CARMEN YOLANDA RIVERA

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English. 5 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **31525-May 2, 2022**

Signed this 5th day of April 2023



Phillip Berryman

