# EXHIBIT B

*Número de Evidencia de Reclamación:* **31525**

*Reclamante*: **Yolanda Rivera, Carmen**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Por favor conteste las cinco (5) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Además, si está disponible y es aplicable a su reclamación, proporcione:

- Una copia del estado de cuenta de corretaje más reciente, si su reclamación se basa en la titularidad de bonos;
- Una copia de un escrito inicial, como por ejemplo una Demanda o Respuesta, si su reclamación se basa en litigios pendientes;
- Una sentencia sin pagar, si se obtiene en conexión con un litigio, o acuerdo de conciliación;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda y cualquier documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

Centro de procesamiento de información complementaria del
Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**RECEIVED**

**FEB 0 9 2022**

**PRIME CLERK LLC**

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☐ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

   <u>Bonos de Puerto Rico</u>

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   <u>al rededor de</u>        <u>250,000.00</u>

3. **Bonistas. ¿Su reclamación se relaciona a la titularidad de bonos?**

   ☐ No. *Pase a la Pregunta 4.*

   ☒ Sí. **Números CUSIP de los bonos y monto reclamado por CUSIP (si se necesita**

**Batch 14 - Bond**

990123401146809

*Número de evidencia de reclamación* 31525
*Reclamante*: **Yolanda Rivera, Carmen**

más espacio, adjunte una hoja adicional):

| | CUSIP | MONTO RECLAMADO |
|---|---|---|
| 1 | CUS T PR 1845 SRF 50401 | 167,184.00 |
| 2 | Cus T PR 1845 SRF 519 75 | 25,873.07 |
| 3 | Otra UBS | 50,000.00 rechasada |
| | Banco Popular | 10,000.00 |

4. **Empleo.** ¿Su reclamación se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

☒ No. *Pase a la Pregunta 5.*

☐ Sí. **Responda preguntas 4(a)-(d).**

4(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:

_____

4(b). Identifique las fechas de su empleo con relación a su reclamación:

_____

4(c). Últimos cuatro dígitos de su número de seguro social: _____

4(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

☐ Jubilación

☐ Salarios impagos

☐ Días por enfermedad

☐ Queja con el sindicato

☐ Vacaciones

☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

_____        _____

_____

5. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

No.

☐ Sí. **Responda Preguntas 5(a)-(f).**

5(a). Identifique el departamento o agencia que es parte de esta acción.

_____

**Batch 14 - Bond**                    2



990123401146809





Centro de procesamiento de información comprehensiva del Estado Libre Asociado de Puerto Rico

850 3rd Avenue, Suite 412
Brooklyn, NY 11232
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

### *** Se requiere respuesta ***

> **ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE RADICÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCEDIMIENTOS AL AMPARO DE LA LEY DE SUPERVISIÓN, ADMINISTRACIÓN Y ESTABILIDAD ECONÓMICA DE PUERTO RICO.**
>
> **LEA ESTA CARTA CUIDADOSAMENTE Y RESPONDA SEGÚN LAS INSTRUCCIONES QUE SE INDICAN A CONTINUACIÓN. SI USTED NO RESPONDE, LOS DEUDORES PODRÁN TOMAR MEDIDAS LEGALES PARA QUE SU RECLAMACIÓN SEA TOTAL O PARCIALMENTE DESESTIMADA.**

El 19 de enero de 2022

Asunto:  Evidencia de reclamación en virtud de la ley PROMESA
En el caso Autoridad de Energía Eléctrica de Puerto Rico, Caso No. 17-04780
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

Esta carta se relaciona con una evidencia de reclamación que usted radicó en los casos al amparo del Título III (los "Casos del Título III") contra el Autoridad de Energía Eléctrica de Puerto Rico (el "Deudor"). Prime Clerk LLC mantiene el registro oficial de reclamaciones en los Casos al amparo del Título III para el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal"), y se comunica con usted en representación del Deudor.

Los registros del Deudor reflejan que usted ha radicado una evidencia de reclamación que ha sido anotada por Prime Clerk LLC con el número de Evidencia de Reclamación   **31525**  . Usted puede descargar una copia de su reclamación visitando el sitio web de Prime Clerk en: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Se requiere información adicional para que el Deudor continúen evaluando su reclamación. Con la información que usted ha proporcionado, el Deudor no pueden determinar los fundamentos, la naturaleza, o la cantidad de la reclamación que usted pretende formular contra el Deudor. En respuesta a esta carta, asegúrese de proporcionar toda la información solicitada y todo el detalle posible sobre su reclamación. Las descripciones que incluyó en su evidencia de reclamación son demasiado imprecisas como para que el Deudor comprendan la reclamación que trata de formular; por ese motivo, proporcione más información y no se limite simplemente a copiar la misma información.

**Batch 14 - Bond**                    1


990123401146809

**Responda a esta carta el 18 de febrero de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.**

Envíe el formulario completado y la documentación de apoyo por correo electrónico a PRClaimsInfo@primeclerk.com, o por correo, entrega en mano, o servicio de correo postal de 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del
Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Si usted <u>no</u> responde a esta solicitud y <u>no</u> proporciona la información y documentación solicitadas para fundamentar su reclamación, el Deudor podrán verse en la obligación de objetar a su reclamación.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

NOTA: Prime Clerk, LLC es el agente de reclamaciones y notificaciones en los Casos al amparo del Título III y no puede proporcionar asesoramiento legal o financiero.

Atentamente,

Prime Clerk, LLC

**Batch 14 - Bond**

2



990123401146809

\*\*\*STAT PR 1845 SRF 59267 PackID: 2 MMLID: 13141708-P SVC: Batch 14
Yolanda Rivera, Carmen
Urb. Bucare, Esmeralda 19
Guaynabo PR 00969

**Responda a esta carta el 18 de febrero de 2022 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.**

**Please respond to this letter on or before February 18, 2022 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.**

**Batch 14 - Bond**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Santander que paso sus cuanta en Boston | 154015 | 6/29/2018 | Commonwealth of Puerto Rico | $25,873.07 |
| **Reason:** | Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative and deficient claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Santander que paso sus cuanta en Boston | 154015 | 6/29/2018 | Commonwealth of Puerto Rico | $25,873.07 |
| **Base para:** | Conforme a un examen diligente de la evidencia del reclamo, la documentación de respaldo, el(los) nombre(s) del o los bonos en cuestión y/o la información CUSIP, el Demandante parece invocar inversiones en uno o más fondos mutuos que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado de Puerto Rico. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo deficiente y derivativo. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 51975 PackID: 16 MMLID: 2118386-P Svc: 307

0416    Santander que paso sus cuanta en Boston

    Sixto Hernandez Lopez
Urb. Bucare Esmeralda 19
Guaynabo PR 00969

*Sr. Raul Androa...*

---

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Hernandez Lopez, Sixto | 31480 | 5/24/2018 | Puerto Rico Electric Power Authority | $167184.00 |
| Reason: | | Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Electric Power Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Electric Power Authority, such that th | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| Hernandez Lopez, Sixto | 31480 | 5/24/2018 | Puerto Rico Electric Power Authority | $167184.00 |
| Base para: | | Base Para: Evidencia de reclamo pretende afirmar obligaciones contra La Autoridad de Energía Eléctrica de Puerto Rico, pero no proporciona ninguna base o documentación secundaria afirmando una reclamación contra La Autoridad de Energía Eléctrica de Puerto | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

***CUST PR 1845 SRF 50401 PackID: 7 MMLID: 1564988-P Svc: 288
Hernandez Lopez, Sixto
19 Esmeralda Urb. Bucare
Guaynabo PR 00969


**UBS**

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Resource Management Account

May 2018

APZ6000096653 0518 X4 1G  0

,0003857 02 AV   0.375 02  TR 00018 B601B011 000100 edg
CARMEN YOLANDA RIVERA TORRES
AND SIXTO HERNANDEZ LOPEZ
URB BUCARE
CALLE ESMERALDA 19
GUAYNABO PR 00969-5137



**Account name:** CARMEN YOLANDA RIVERA TORRES
AND SIXTO HERNANDEZ LOPEZ

**Account type:** PACE Multi

**Account number:** 1G  09235 DR

**Your Financial Advisor:**

ROJAS,DAVID

Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 192009235.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
▸ Help protect yourself from fraud and
review bank, credit card, and brokerage
statements regularly. Also, get your free
credit report annually from
www.annualcreditreport.com.

## Value of your account

| | on April 30 ($) | on May 31 ($) |
|---|---|---|
| Your assets | 174,974.10 | 174,071.97 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$174,974.10** | **$174,071.97** |

## Tracking the value of your account



$ Thousands

223.5   236.1   206.9   199.0   175.7   183.2   165.8   175.0   174.1

Dec 2011  Dec 2012  Dec 2013  Dec 2014  Dec 2015  Dec 2016  Dec 2017  Apr 2018  May 2018

**Sources of your account growth during 2018**

| | |
|---|---|
| Value of your account at year end 2017 | $165,785.64 |
| Net deposits and withdrawals | -$3,472.35 |
| Your investment return: | |
| Dividend and interest income | $3,085.69 |
| Change in market value | $8,672.99 |
| **Value of your account on May 31, 2018** | **$174,071.97** |





 **UBS**

Resource Management Account

May 2018

| Account name: | CARMEN YOLANDA RIVERA TORRES |
| Account type: | PACE Multi |
| Account number: | 1G 09235 DR |

**Your Financial Advisor:**
ROJAS,DAVID
787-250-3600/800-221-9825

## Change in the value of your account

|  | May 2018 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$174,974.10** | **$165,785.64** |
| Withdrawals and fees, including investments transferred out | -563.00 | -3,472.35 |
| Dividend and interest income | 539.97 | 3,085.69 |
| Change in market value | -879.10 | 8,672.99 |
| **Closing account value** | **$174,071.97** | **$174,071.97** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

|  | May 2018 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 539.52 | 2,677.37 |
| Tax-exempt dividends | 0.45 | 69.46 |
| **Total current year** | **$539.97** | **$2,746.83** |
| Prior year adjustment | 0.00 | 338.86 |
| **Total dividend & interest** | **$539.97** | **$3,085.69** |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified.

|  | Realized gains and losses | | Unrealized |
|---|---|---|---|
|  | May 2018 ($) | Year to date ($) | gains and losses ($) |
| Short term | 0.00 | 0.00 | 302.40 |
| Long term | 0.00 | 0.00 | -53,874.90 |
| **Total** | **$0.00** | **$0.00** | **-$53,572.50** |

## Cash activity summary

See Account activity this month for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch or bank deposits placed through the UBS International Deposit Account program. SIPC protection applies to money market sweep fund holdings but not bank deposits. See Important information about your statement on the last two pages of this document for details.

|  | May 2018 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$1,538.02** | **$1,901.65** |
| Additions |  |  |
| Dividend and interest income | 539.97 | 3,085.69 |
| **Total additions** | **$539.97** | **$3,085.69** |
| Subtractions |  |  |
| Professional management fees and related services | 0.00 | -653.07 |
| Other funds debited | -563.00 | -2,819.28 |
| Total subtractions | -$563.00 | -$3,472.35 |
| **Net cash flow** | **-$23.03** | **-$386.66** |
| **Closing balances** | **$1,514.99** | **$1,514.99** |




**UBS**

UBS Financial Services
Incorporated of Puerto Rico
1 St. 1, Metro Office Park Ph
Guaynabo PR 00968

APZ6000135379 1013 X1 1G 0

# Resource Management Account

October 2013

00012229 02 AV  0.357 02  TR 00063 B601B012 100000 cpl
CARMEN YOLANDA RIVERA TORRES
AND SIXTO HERNANDEZ LOPEZ
VALLE VERDE
AMAZONA ESTE BE-20
BAYAMON PR 00961-3273

**Account name:** CARMEN YOLANDA RIVERA TORRES
AND SIXTO HERNANDEZ LOPEZ

**Account number:** 1G 09235 DR

**Your Financial Advisor:**
ROJAS,DAVID
Phone: 787-775-4300/866-775-4300

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 192009235.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ If you use UBS Online Services, consider
changing your User Name and Password
regularly to protect your personal data.
Not enrolled? Go to
ubs.com/onlineservices.

## Value of your account

As a service to you, your portfolio value of
$204,353.52 includes accrued interest.

|  | on September 30 ($) | on October 31 ($) |
|---|---|---|
| Your assets | 208,134.64 | 204,353.52 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$208,134.64** | **$204,353.52** |
| Accrued interest in value above | $437.90 | $445.82 |

## Tracking the value of your account



$ Thousands

| 228.6 | 227.5 | 228.9 | 223.5 | 236.1 | 208.1 | 204.4 |

Dec 2008   Dec 2009   Dec 2010   Dec 2011   Dec 2012   Sep 2013   Oct 2013

**Sources of your account growth
during 2013**

| Value of your account at year end 2012 | $236,054.39 |
|---|---|
| Net deposits and withdrawals | -$10,067.77 |
| Your investment return: | |
| Dividend and interest income | $10,787.48 |
| Change in market value | -$32,420.58 |
| **Value of your account on Oct 31, 2013** | **$204,353.52** |





**Resource Management Account**

October 2013

| Account name: | CARMEN YOLANDA RIVERA TORRES |
| Account number: | 1G 09235 DR |

**Your Financial Advisor:**
ROJAS,DAVID
787-775-4300/866-775-4300

## Change in the value of your account

| | October 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | **$208,134.64** | **$236,054.39** |
| Withdrawals and fees, including investments transferred out | -1,006.71 | -10,067.77 |
| Dividend and interest income | 1,133.89 | 10,787.48 |
| Change in value outside assets/accruals | 7.92 | 0.00 |
| Change in market value | -3,916.22 | -32,420.58 |
| **Closing account value** | **$204,353.52** | **$204,353.52** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

| | October 2013 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 494.56 | 3,759.62 |
| Tax-exempt dividends | 132.07 | 1,821.29 |
| Taxable interest | 61.42 | 614.20 |
| Tax-exempt interest | 445.84 | 4,458.40 |
| **Total current year** | **$1,133.89** | **$10,653.51** |
| Prior year adjustment | 0.00 | 133.97 |
| **Total dividend & interest** | **$1,133.89** | **$10,787.48** |
| Return of capital/principal | 0.00 | 190.50 |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified.

| | Realized gains and losses | | Unrealized |
|---|---|---|---|
| | October 2013 ($) | Year to date ($) | gains and losses ($) |
| Short term | 0.00 | 202.50 | 2,591.07 |
| Long term | 0.00 | 1,248.23 | -45,367.65 |
| **Total** | **$0.00** | **$1,450.73** | **-$42,776.58** |

## Cash activity summary

See Account activity this month for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies only to deposits at UBS Bank USA, not to deposits at UBS AG, Stamford Branch or bank deposits placed through the UBS International Deposit Account program.  SIPC protection applies to money market sweep fund holdings but not bank deposits. See Important information about your statement on the last two pages of this document for details.

| | October 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$976.05** | **$176.89** |
| *Additions* | | |
| Dividend and interest income | 1,133.89 | 10,787.48 |
| Proceeds from investment transactions | 0.00 | 45,516.06 |
| *Total additions* | **$1,133.89** | **$56,303.54** |
| *Subtractions* | | |
| Other funds debited | -1,006.71 | -10,067.77 |
| Funds withdrawn for investments bought | 0.00 | -45,309.43 |
| *Total subtractions* | **-$1,006.71** | **-$55,377.20** |
| **Net cash flow** | **$127.18** | **$926.34** |
| **Closing balances** | **$1,103.23** | **$1,103.23** |



# Santander
SECURITIES
207 Ponce de Leon Ave. 4th Floor, San Juan, PR 00917-1816 (787) 759-5330

# Brokerage
Account Statement

```
*  0186296    02 SP    0.510 02    TR 01138 X220AD23 100000
```

SIXTO HERNANDEZ LOPEZ
CARMEN Y RIVERA TORRES TEN COM
URB BUCARE
19 CALLE ESMERALDA
GUAYNABO PR 00969-5137



February 1, 2018 - February 28, 2018
Account Number: 7CC-169247

**Your Financial Consultant:**
PR INVESTOR SERVICE DESK
(787) 200-1710

## Portfolio at a Glance

|  | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $20,428.55 | $19,101.21 |
| Dividends, Interest and Other Income | 0.13 | 0.27 |
| **Net Change in Portfolio[1]** | 2,012.24 | 3,339.44 |
| **ENDING ACCOUNT VALUE** | $22,440.92 | $22,440.92 |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

S  186296 X220AD23 030018

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

## Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 25% | Cash, Money Funds, and Bank Deposits | 5,605.93 | 5,606.06 |
| 75% | Mutual Funds | 14,822.62 | 16,834.86 |
| 100% | **Account Total (Pie Chart)** | **$20,428.55** | **$22,440.92** |

Please review your allocation periodically with your Financial Consultant.

A0189695C5F22001

Go paperless

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned
subsidiary of The Bank of New York Mellon
Corporation (BNY Mellon).



**Santander**

SECURITIES

207 Ponce de León Ave. 4th Floor, San Juan, PR 00917-1818 (787) 759-3330

February 1, 2018 - February 28, 2018
SIXTO HERNANDEZ LOPEZ

## Portfolio Holdings *(continued)*

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 75.00% of Portfolio** | | | | | | | | |
| FIRST PUERTO RICO TAX EXEMPT TARGET | | | | Security Identifier: 33611Q104 | | | | |
| MAT FD III INC COM A CASH DIV | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| ×Security Disposition Method: First In First Out | | | | | | | | |
| 05/09/12 | 543.000 | 9.7540 | 5,296.25 | 1.9600 | 1,064.28 | -4,231.97 | | |
| 06/15/12 | 0.022 | 9.3020 | 0.20 | 1.9600 | 0.04 | -0.16 | | |
| 06/15/12 | 2.660 | 9.2900 | 24.71 | 1.9600 | 5.21 | -19.50 | | |
| 07/16/12 | 0.022 | 9.2170 | 0.20 | 1.9600 | 0.04 | -0.16 | | |
| 07/16/12 | 2.669 | 9.2200 | 24.61 | 1.9600 | 5.24 | -19.37 | | |
| Total Covered | 548.372 | | 5,345.97 | | 1,074.81 | -4,271.16 | | |
| **Total** | **548.372** | | **$5,345.97** | | **$1,074.81** | **-$4,271.16** | | **$0.00** |
| FIRST PUERTO RICO TAX EXEMPT TARGET | | | | Security Identifier: 33611R102 | | | | |
| MAT FD V COM CASH DIV | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| ×Security Disposition Method: First In First Out | | | | | | | | |
| 05/17/12 | 10,869.000 | 9.2100 | 100,105.49 | 1.4500 | 15,760.05 | -84,345.44 | | |
| **TOTAL MUTUAL FUNDS** | | | **$105,451.46** | | **$16,834.86** | **-$88,616.60** | | **$0.00** |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | **$111,057.52** | **$22,440.92** | **-$88,616.60** | **$0.00** | **$0.27** |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

× *You have selected a disposition method for this security that differs from the default disposition method indicated in the Your Account Information Section. If you choose to sell or transfer a portion of these shares, the disposition method noted here will be used.*

Account Number: 7CC-169247
A0189695C5F2000I

Go paperless



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)





**Santander**
SECURITIES

B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028  (787) 759-5330

# *Brokerage*
## *Account Statement*

```
* 00235705   01 SP   0.480 01   TR 00902 X101PD18 000000
```

SIXTO HERNANDEZ LOPEZ
CARMEN Y RIVERA TORRES TEN COM
URB VALLEVERDE
BE-20 AMAZONA ESTE
BAYAMON PR 00961-3273

**Account Number: 7CC-169247**
**Statement Period: 08/01/2013 - 08/31/2013**

## Valuation at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $113,104.32 | $122,531.91 |
| Withdrawals (Cash & Securities) | -566.43 | -4,532.96 |
| Dividends, Interest and Other Income | 567.70 | 4,541.03 |
| Total Taxes Withheld | -1.24 | -7.92 |
| Net Change in Portfolio | -14,219.38 | -23,647.09 |
| **Ending Account Value** | **$98,884.97** | **$98,884.97** |

**Your Financial Consultant:**
IVAN CLAUDIO
(787) 759-5330

# Asset Allocation

| | Last Period | This Period | % Allocation |
|---|---|---|---|
| Cash, Money Funds, and Bank Deposits¹ | 64.73 | 64.76 | 1% |
| Mutual Funds | 113,039.59 | 98,820.21 | 99% |
| **Account Total** | **$113,104.32** | **$98,884.97** | **100%** |

1 The Bank Deposits in your account are FDIC insured bank deposits.
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation
(SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

A0236353CSF101DP   Go paperless   Rated Excellent Seven Years In A Row

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon)





**Santander**
SECURITIES
B7. Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028  (787) 759-5330



*Brokerage*
*Account Statement*

## Statement Period: 08/01/2013 - 08/31/2013

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** (continued) | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET FD** (continued) | | | | | | | | |
| 01/11/08 *,3 | 2,162.000 | 9.4500 | 20,430.90 | 9.0600 | 19,587.72 | -843.18 | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** | | | Security Identifier: 33611Q203 | | | | | |
| MAT FD III INC COM B DIV REINVEST | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| XSecurity Disposition Method: First In First Out | | | | | | | | |
| 05/09/12 | 543.000 | 9.7540 | 5,296.25 | 8.3200 | 4,517.76 | -778.49 | | |
| 06/15/12 | 2.660 | 9.2900 | 24.71 | 8.3200 | 22.13 | -2.58 | | |
| 06/15/12 | 0.022 | 9.3020 | 0.20 | 8.3200 | 0.18 | -0.02 | | |
| 07/16/12 | 2.669 | 9.2200 | 24.61 | 8.3200 | 22.21 | -2.40 | | |
| 07/16/12 | 0.022 | 9.2170 | 0.20 | 8.3200 | 0.18 | -0.02 | | |
| **Total Covered** | **548.372** | | **5,345.97** | | **4,562.46** | **-783.51** | | |
| **Total** | **548.372** | | **$5,345.97** | | **$4,562.46** | **-$783.51** | **$0.00** | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET** | | | Security Identifier: 33611R102 | | | | | |
| MAT FD V COM CASH DIV | | | | | | | | |
| Closed End Fund | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | |
| XSecurity Disposition Method: First In First Out | | | | | | | | |
| 05/17/13 | 10,869.000 | 9.2100 | 100,105.49 | 6.8700 | 74,670.03 | -25,435.46 | | |
| **Total Mutual Funds** | | | **$125,882.36** | | **$98,820.21** | **-$27,062.15** | **$0.00** | |

| | | | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **$125,947.12** | **$98,884.97** | **-$27,062.15** | **$0.00** | **$0.15** |

* Noncovered under the cost basis rules as defined below.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ("IRC") (incorporating amendments enacted by P.L.110-343, the Emergency Economic Stabilization Act of 2008) and are, therefore, considered " noncovered," under the new cost basis reporting rules, and marked or denoted as such. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their "applicable date(s)" at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

A0236353CSF101DP


Go paperless

Rated Excellent
Seven Years in A Row

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)



**SECURITIES**
207 Ponce de Leon Ave. 4th Floor, San Juan, PR 00917-1816 (787) 759-5330

# Brokerage

## Account Statement

\* 0231366   01 SP    0.510 01    TR 00926 X101PD17 000000

SIXTO HERNANDEZ LOPEZ
AMADO HERNANDEZ LOPEZ TEN COM
URB BUCARE
19 CALLE ESMERALDA
GUAYNABO PR 00969-5137



April 1, 2018 - April 30, 2018
Account Number: 7CC-169148

**Your Financial Consultant:**
PR INVESTOR SERVICE DESK
(787) 200-1710

### Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $161,188.09 | $163,140.70 |
| Withdrawals (Cash & Securities) | -381.76 | -1,451.41 |
| Dividends, Interest and Other Income | 383.01 | 1,456.41 |
| **Net Change in Portfolio[1]** | -489.09 | -2,445.45 |
| **ENDING ACCOUNT VALUE** | $160,700.25 | $160,700.25 |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

### Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 31% | Cash, Money Funds, and Bank Deposits | 50,458.33 | 50,459.58 |
| 69% | Mutual Funds | 110,729.76 | 110,240.67 |
| **100%** | **Account Total (Pie Chart)** | **$161,188.09** | **$160,700.25** |

Please review your allocation periodically with your Financial Consultant.

S  231366 X101PD17 036386



Go paperless



Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)

A0240267CSFIOIDP

SECURITIES
207 Ponce de Leon Ave. 4th Floor, San Juan, PR 00917-1818 (787) 759-3330

April 1, 2018 - April 30, 2018
SIXTO HERNANDEZ LOPEZ

### Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 69.00% of Portfolio** | | | | | | | | | |
| AB HIGH INCOME MUNI | | | Security Identifier: ABTHX | | | | | | |
| FUND CLASS A | | | CUSIP: 018642751 | | | | | | |
| Open End Fund | | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | | |
| Average | 9,781.781 | 11.6540 | 113,996.20 | 11.2700 | 110,240.67 | -3,755.53 | | 4,371.52 | 3.96% |
| **TOTAL MUTUAL FUNDS** | | | **$113,996.20** | | **$110,240.67** | **-$3,755.53** | | **$4,371.52** | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | **$164,455.78** | **$160,700.25** | **-$3,755.53** | **$0.00** | **$4,376.52** |

Generally, securities acquired before 2011, in retirement accounts or held by Non-U.S. entities are not subject to the cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended by the Emergency Economic Stabilization Act of 2008, and are marked as "noncovered". Securities marked as "covered", were identified as securities potentially subject to the cost basis reporting rules and may be reported to the IRS on form 1099-B for the applicable tax year in which the securities are disposed.

Note: In the event where we cannot easily determine the taxability of an account, we may mark the account as noncovered. However, if the account does not receive a 1099B, the cost basis will not be reported to the IRS.

### Portfolio Holdings Disclosures

#### Pricing
This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices, unless otherwise noted, have been obtained from independent vendor services, which we believe to be reliable. Market prices do not constitute a bid or an offer, and may differ from the actual sale price. Securities for which a price is not available are marked "N/A" and are omitted from the Total.
THE AS OF PRICE DATE ONLY APPEARS WHEN THE PRICE DATE DOES NOT EQUAL THE STATEMENT DATE.

#### Estimated Annual Figures
The estimated annual income (EAI) and estimated annual yield (EAY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position quantities, interest and dividend rates, and prices remain constant. A capital gain or return of principal may be included in the figures for certain securities, thereby overstating them. Refer to www.pershing.com/disclosures for specific details as to formulas used to calculate the figures.

Account Number: 7CC-169148
A024126A7C5F101DP


Go paperless


Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)





△ Santander

SECURITIES

B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028  (787) 759-5330



*Brokerage*

*Account Statement*

\* 00026296   02 SP   0.650 02   TR 00149 X220DD02 101000

SIXTO HERNANDEZ LOPEZ
AMADO HERNANDEZ LOPEZ TEN COM
URB VALLE VERDE II
BE-20 CALLE RIO AMAZONAS
BAYAMON PR 00961-3273

**Account Number:** 7CC-169148

**Statement Period:** 12/01/2012 - 12/31/2012

## Valuation at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| Beginning Account Value | $308,686.93 | $182,528.14 |
| Deposits (Cash & Securities) | 0.00 | 113,846.64 |
| Withdrawals (Cash & Securities) | -1,233.81 | -10,605.20 |
| Dividends, Interest and Other Income | 1,234.25 | 11,235.65 |
| Total Taxes Withheld | -0.39 | -7.20 |
| Net Other Activity | 0.00 | -50.00 |
| Net Change in Portfolio | -2,247.72 | 9,491.23 |
| **Ending Account Value** | **$306,439.26** | **$306,439.26** |

**Your Financial Consultant:**
IVAN CLAUDIO
(787) 759-5330

## Asset Allocation

| | Last Period | This Period | % Allocation |
|---|---|---|---|
| Cash, Money Funds, and Bank Deposits[1] | 426.36 | 426.41 | 1% |
| Mutual Funds | 308,260.57 | 306,012.85 | 99% |
| **Account Total** | **$308,686.93** | **$306,439.26** | **100%** |

Asset Allocation percentages are rounded to the nearest whole percentage.

1 The Bank Deposits in your account are FDIC insured bank deposits.
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection
Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation
(FDIC), up to allowable limits.

PAR-02-ROLL

A0164668CSF220D3

Go paperless

Rated Excellent
Six Years In A Row
DALBAR RATED COMMUNICATIONS

Clearing through Pershing LLC, a subsidiary
of The Bank of New York Mellon Corporation



## Santander
SECURITIES
B7 Calle Tabonuco STE 1800, Guaynabo, Puerto Rico 00968-3028 (787) 759-5330

# Brokerage
## Account Statement

**Statement Period: 12/01/2012 - 12/31/2012**

## Portfolio Holdings *(continued)*

| Quantity | Acquisition Date | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Mutual Funds** *(continued)* | | | | | | | | |
| **Mutual Funds** *(continued)* | | | | | | | | |
| **FIRST PUERTO RICO TAX EXEMPT TARGET FD** *(continued)* | | | | | | | | |
| 19,459.000 | 01/09/08* | 9.4500 | ³183,887.55 | 9.9200 | 193,033.28 | 9,145.73 | | |
| **Total Mutual Funds** | | | **$297,883.75** | | **$306,012.85** | **$8,129.10** | **$5,170.83** | |
| **Total Mutual Funds** | | | **$297,883.75** | | **$306,012.85** | **$8,129.10** | **$5,170.83** | |

| | Cost Basis | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | **$298,310.16** | **$306,439.26** | **$8,129.10** | **$0.00** | **$5,171.62** |

---

* Noncovered under the cost basis rules as defined below.

Securities acquired before 2011 are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ("IRC") (incorporating amendments enacted by P.L.110-343, the Emergency Economic Stabilization Act of 2008) and are, therefore, considered " noncovered," under the new cost basis reporting rules, and marked or denoted as such. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as securities which have been acquired on or after their "applicable date(s)" at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

Reporting requirements generally will be phased in over a three-year period, as follows:

- Stock in a corporation acquired on or after January 1, 2011
- Mutual funds and dividend reinvestment plan (DRP) shares acquired on or after January 1, 2012
- Other securities, principally debt securities and options, acquired on or after January 1, 2013, or later, as determined by the Secretary of the Treasury.

³ The cost basis of this security has been provided to us by you or your introducing firm and Pershing makes no representation as to the accuracy of this information.

ˣ You have selected a disposition method for this security that differs from the default disposition method indicated in the Customer Information Section. If you choose to sell or transfer a portion of these shares, the disposition method noted here will be used.

## Disclosures and Other Information

### Pricing

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services, which we believe to be reliable. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

The estimated annual income (EAI) and estimated current yield (ECY) figures are estimates and for informational purposes only. These figures are not considered to be a forecast or guarantee of future results. These figures are computed using information from providers believed to be reliable; however, no assurance can be made as to the accuracy. Since interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political, and business conditions, they should not be relied on for making investment, trading, or tax decisions. These figures assume that the position

A0164668CSF220D3

 Go paperless

 Rated Excellent Six Years In A Row

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation



Sixto Hernández López
Carmen Yolanda Rivera Torres
Calle Esmeralda 19 Urb. Bucare
Guaynabo, P.R.      00969

```
7020 3160 0001 2811 6152
```



  

U.S. POSTAGE PAID
PCM 1G ENV
SAN JUAN, PR
00936
FEB 04 22
AMOUNT
**$5.51**
R2303B100113-27

1000     11232

RECEIVED

FEB 09 2022

PRIME CLERK

Centro de procesamiento de Información
Complementaria  de Estado Libre Asociado P.R.
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, N.Y.   11232