# EXHIBIT A

23 de marzo de 2022

A: Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

De: Irma Iris Arocho Vidal
11 Calle La Reina
Isabela, PR, 00662

Received

MAR 3 0 2022

Kroll Restructuring Administration

Yo **Irma Iris Arocho Vidal**, trabajé en el Departamento de Educación desde 2000 al 2016. Estoy reclamando mis tres pasos de la Carrera Magisterial. Certifico y someto copia fiel y exacta, como evidencia de mi solicitud de la reclamación: **151713**. De acuerdo a su récord y su evaluación, la cantidad adeudada es **$9,115.00**.

No tengo abogado que represente mi caso. Adjunto envió copias de todos los documentos que evidencian los trámites de forma correcta y en tiempo correcto, para que el Departamento de Educación de Puerto Rico me pagara lo que me corresponde en derecho. Según el Reglamento del Departamento de Educación de Puerto Rico.

Coordiamente,

*Irma Iris Arocho Vidal*

Irma Iris Arocho Vidal
Maestra Retirada
Teléfono (939) 241-5873



Anejo 2
OCM-09 enmendada

Oficina de Carrera Magisterial

# RECOMENDACIÓN DE REVISIÓN DE SALARIO Y RECONOCIMIENTO DE NIVEL

Certificamos que hemos considerado la Solicitud de Revisión de Salario y Recomendación de Nivel de:

Nombre: **Irma I. Arocho Vidal**
Seguro social: ███-██-**5168**
Escuela: **Emilia Castillo**
Teléfono de la escuela: **787-872-4080**
Distrito escolar: **San Sebastián**
Región educativa: **Mayagüez**

Del análisis de los documentos presentados, concluimos que el reclamante cumplió satisfactoriamente con los requisitos correspondientes a la revisión de salario de las etapas: **X** 1. **X** 2. ___ 3. ___ 4. ___ 5 del Plan de Mejoramiento Profesional. Recomendamos favorablemente se le otorgue el Nivel Magisterial: ___ II. **X** III. ___ IV.

## COMITÉ DE EVALUACIÓN

| Nombre | Firma | Puesto |
|---|---|---|
| Margarita Ramos Marín | *[signature]* | Director |
| Evelyn Román Pérez | *[signature]* | Representante consejo escolar |
| Jessica Jiménez | *[signature]* | Representante de la docencia |

Fecha de aprobación: **7 de abril de 2015**



P O Box 190759
San Juan, Puerto Rico 00919-0759
Tel: 787 773 2448

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental, ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Anejo 1
OCM-07 enmendada



Oficina de Carrera Magisterial

## SOLICITUD DE REVISIÓN DE SALARIO Y RECLAMACIÓN DE NIVEL

Honorable **Rafael Román**
Secretario de Educación

De conformidad con lo establecido en el Capítulo VII del Reglamento de la Carrera Magisterial, solicito revisión de salario de las etapas: **X** 1, **X** 2, ___ 3, ___ 4, ___ 5 del Plan de Mejoramiento Profesional y Reclamación del Nivel Magisterial: ___ II, **X** III, ___ IV.

| | |
|---|---|
| Nombre del solicitante | : Irma I. Arocho Vidal |
| Seguro social | : ███-5168 |
| Categoría de la permanencia | : Maestra Educación Especial |
| Teléfono: | : 939-241-5873 |
| Correo electrónico | : nel_nieves@yahoo.com |
| Escuela | : Emilia Castillo |
| Distrito escolar | : San Sebastián |
| Región educativa | : Mayagüez |

_Irma I. Arocho Vidal_                    13 de marzo de 2015.
Firma del solicitante                              Fecha

Recibido por: _Margarita Bas_
                              Director

P O Box 190759
San Juan, Puerto Rico 00919-0759
Tel. 787 773 2448



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o



Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

## PLAN DE MEJORAMIENTO PROFESIONAL

Parte I Información Personal y Profesional

Nombre: Irma I. Arocho Vidal

Seguro Social: ███-5168

Preparación Académica: Maestría en Educación Especial

Categoría en la que tiene permanencia: Educación Especial

Nivel: Elemental

Escuela: Emilia Castillo Vda. Abreu

Municipio Escolar: Isabela

Distrito Escolar: San Sebastián

Región Educativa: Mayagüez

Rango del Solicitante:
( ) Nivel I
( ) Nivel II
(X) Nivel III

Período de vigencia: de 30 de abril de 2014 al 29 de abril de 2019

Preparado y sometido por:

_Irma I. Arocho Vidal_
Firma del Solicitante

30 de abril de 2014
Fecha de radicación

14/mayo/2014
Fecha de aprobación por Comité de Evaluación

**Departamento de Educación**
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos
Oficina de la Carrera Magisterial

ocm 01

# SOLICITUD DE ACTIVACION A LA CARRERA MAGISTERIAL

Nombre del Solicitante : Irma I. Arocho Vidal

Seguro Social : ███-██-5168

Categoría : Educación Especial

Núm. de Puesto : R-98458

Escuela : Emilia Cu__llo Vda. Abr__

Municipio Escolar : Isabela

Distrito Escolar : San Sebastián

Región Educativa : Mayagüez

Rango al que Aspira : Nivel III

De conformidad con el Artículo 2.07 del Reglamento de la Carrera Magisterial, esta solicitud debe entregarse en unión al Plan de Mejoramiento Profesional durante el mes de abril de cada año escolar.

_____
Firma del Solicitante

30 de Abril de 2014
_____
Fecha de radicación

Recibido por: _____
Fecha : _____



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Oficina de la Carrera Magisterial

Anejo 1
OCM-06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor _Irma I. Arocho Vidal_, seguro social ___-___-_5168_ de la Escuela _Emilia Castillo_ del Distrito Escolar de _San Sebastián_ radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el periodo de 1.º de abril de 2014 al 1.º de abril de 2019 (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, al utilizar como referencia el Capítulo VI del mismo reglamento; y que fue aprobado hoy, _14_ de _mayo_ de 20_14_.
(mayo o junio)

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Margarita Ramos Muñiz | Margarita R... | DIRECTOR / SUPERINTENDENTE |
| Angel D. González López | [firma] | REP. DOCENCIA / FACILITADOR |
| Evelyn Román Pérez | Evelyn Román... | REP. DEL CONSEJO ESCOLAR |

**ACTIVACIÓN: PRIMERA VEZ** _✓_  **REACTIVACIÓN** ____

**PLAN:** NIVEL II ____ NIVEL III _✓_ NIVEL IV ____

**FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD:** _30_ DE ABRIL DE 20_14_

NOTA: EL DIRECTOR TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2456 / 2452 / 2448 / 2293/ 2297/ 6287

El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Recibido por:
Elsie B. González

| Parte V Anejos | Si | No | Observaciones |
|---|---|---|---|
| Se adjunta el currículo del programa de Estudios Universitarios a seguir para alcanzar el nuevo rango | ✓ | | Incluir el Currículo |

Observaciones: _____

_____

_____

_____

Comité de Evaluación

_[signature]_ 14/mayo/14

_[signature]_ Margarita Rom____ 14/mayo/14

_[signature]_ 14/mayo/14



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN

Oficina de la Carrera Magisterial

Anejo 1
OCM-06

## CERTIFICACIÓN DE RADICACIÓN Y APROBACIÓN DEL PLAN DE MEJORAMIENTO PROFESIONAL

Certificamos que el profesor **Irma I. Arocho Vidal**, seguro social ___-__-**5168** de la Escuela **Emilia Castillo** del Distrito Escolar de **San Sebastián** radicó su Plan de Mejoramiento Profesional de acuerdo con las disposiciones del Reglamento de Carrera Magisterial, Artículo 2.06, para el período de **1.º de abril de 2014** al **1.º de abril de 2019** (5 años).

Certificamos, además, que el Comité de Evaluación analizó dicho plan, al utilizar como referencia el Capítulo VI del mismo reglamento; y que fue aprobado hoy, **14** de **mayo** de 20**14**.
(mayo/junio)

### COMITÉ DE EVALUACIÓN

| NOMBRE | FIRMA | POSICIÓN |
|---|---|---|
| Margarita Ramos Muñiz | Margarita R... | DIRECTOR / SUPERINTENDENTE |
| Angel D. González López | [firma] | REP. DOCENCIA / FACILITADOR |
| Evelyn Roman Pérez | Evelyn Roman P. | REP. DEL CONSEJO ESCOLAR |

ACTIVACIÓN: PRIMERA VEZ ✓   REACTIVACIÓN ____

PLAN: NIVEL II ____ NIVEL III ✓ NIVEL IV ____

FECHA EN QUE EL SOLICITANTE RADICÓ LA SOLICITUD: **30** DE ABRIL DE 20**14**

NOTA: EL DIRECTOR TIENE QUE COMPLETAR ESTE DOCUMENTO EN TODAS SUS PARTES.

P.O. Box 190759
San Juan, Puerto Rico 00919-0759
Tel: (787) 773-2456 / 2462 / 2448 / 2293 / 2297 / 6287



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

Número de Evidencia de Reclamación: **140748**
Reclamante: Arocho Vidal, Irma Iris

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☒ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    Activación 30-abril-2014, Revisión de Salario 7-abril-2015, Certificación Radicación
    Nivel I - II - III - 14 mayo - 2014

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $9,115



Número de Evidencia de Reclamación: **140748**
Reclamante: Arocho Vidal, Irma Iris

3. <u>Empleo.</u> ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Departamento de Educación_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Abril 2014 al 2016_

3(c). Últimos cuatro dígitos de su número de seguro social: _5168_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☒ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   
   _Pagos por activación de Carrera Magisterial, Nivel I, Nivel II, Nivel III y Revisión de Salario, desde abril 2014 al año 2016_

4. <u>Acción legal.</u> ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción. _Departamento de Educación_

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: _Departamento de Educación P.O. Box 190759 San Juan, PR 00919-0759_

4(c). Número de caso: _No- 17-03283_

4(d). Título, epígrafe, o nombre del caso: _Ley 158 Carrera Magisterial_

Batch 1

2



*Número de Evidencia de Reclamación:* **140748**
*Reclamante:* **Arocho Vidal, Irma Iris**

4(e). Estado del caso (pendiente de resolución, (en apelación), o cerrado):
Ley 158 de 18 de julio de 1999 - Ley Carrera Magisterial

4(f). ¿Tiene usted una sentencia impaga? (Sí) / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
Año 2014 al 2016, $9,115

Batch 1

3



Irma I. Arocho Vidal
11 Calle La Reina
Isabela, PR 00662



CERTIFIED MAIL

7020 3160 0002 1975 9114

U.S. POSTAGE PAID
FCM LG ENV
ISABELA, PR
00662
MAR 23, 22
AMOUNT
$5.31
R2304W121253-05

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Received
MAR 30 2022
Kroll Restructuring Administration