# EXHIBIT A-1

March 23, 2022

A: Prime Clerk LLC                              **Received**
  850 3rd Avenue, Suite 412           **Mar 30 2022**
  Brooklyn, NY 11232                     **Kroll Restructuring Administration**

From: Irma Iris Arocha Vidal
  11 Calle La Reina
  Isabela, PR 00662

I, **Irma Iris Arocho Vidal**, worked for the Department of Education from 2000 until 2016. I am claiming my three step increases in the Teaching Career. I am submitting a certified, true and exact copy as evidence of my claim application: **151713.** Based on the record and evaluation, the amount owed is **$9,115.00**.

I have no attorney to represent my case. Enclosed are copies of all the documents showing that the procedures were carried out in due form and time, so that the Department of Education of Puerto Rico may pay me what I am entitled to by law, based on the Regulations of the Department of Education of Puerto Rico.

Cordially,

[signature]
Irma Iris Arocho Vidal
Retired teacher
Telephone (939) 241-5873



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[sea]   [illegible text]                                                                    Addendum 2
Teaching Career Office                                                      OCM-09 amended


### RECOMMENDATION FOR SALARY REVIEW AND LEVEL ACKNOWLEDGMENT

We certify that we have considered the Application for Salary Review and Level Recommendation for:


Name:                   **_Irma I. Arocho Vidal_**

Social Security:        █████**_-5168_**

School:                 **_Emilia Castillo_**

School telephone:       **_787-872-4080_**

School district:        **_San Sebastián_**

Educational region:     **_Mayagüez_**

Based on the documents submitted, we conclude that the claimant has satisfactorily completed the requirements for salary review at stages: **X** 1. **X** 2.__3.__4.__5. of the Professional Development Plan. We favorably recommend that she be granted Teaching Level __II. **X** III.___ IV.

### EVALUATION COMMITTEE

| Name | Signature | Title |
|---|---|---|
| **_Margarita_** [illegible] | [signature] | **Principal** |
| **Evelyn Roman Perez** | [signature] | **School Council Representative** |
| **Jessica Jimenez** | [signature] | **Faculty Representative** |


Approval date: **_April 7, 2015_**

PO Box. 190759
San Juan, Puerto Rico 00919-0759
Phone: 787 773-2448




The Department of Education does not discriminate in any way on the basis of age, race, color, sex, place of origin, veteran status, political or religious ideology or social condition, sexual orientation or gender identity, physical or mental disability or impediment, or for having been a victim of domestic violence, sexual assault, or harassment.


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[sea]   [illegible text]                                          Addendum 1
        Teaching Career Office                                    OCM-07 amended

### REQUEST FOR SALARY REVIEW AND LEVEL CLAIM

Honorable **_Rafael Román_**
Secretary of Education

In accordance with the provisions of Chapter VII of the Teaching Career Regulations, I request a salary review for the following stages: **X** 1.  **X** 2.__3.__4.__5.  of the Professional Development Plan and Claim Teaching Level __II.  __**X** III.___ IV.

Applicant Name:        **_Irma I. Arocho Vidal_**

Social Security:        ████**_-5168_**

Job Title:             **_Special Education Teacher_**

Telephone:             **_939-241-5873_**

Email:                 **_nel-nieves@yahoo.com_**

School:                **_Emilia Castillo_**

School district:       **_San Sebastián_**

Educational region:    **_Mayagüez_**

[signature]_____                **_March 13, 2015_**
Applicant's signature             Date

Received by: [signature]
                Director

San Juan, Puerto Rico 00919-0759
Phone: 787 773-2448



The Department of Education does not discriminate in any way on the basis of age, race, color, sex, place of origin, veteran status, political or religious ideology or social condition, sexual orientation or gender identity, physical or mental disability or [cut off]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Commonwealth of Puerto Rico
Adjunct Secretary of Human Resources
Teaching Career Office

PROFESSIONAL DEVELOPMENT PLAN

Part I    Personal and Professional Information

Name                              <u>Irma I. Arocho Vidal</u>

Social Security Number            ██████-5168

Professional
Training                          <u>Master's Degree in Special Education</u>

Current employment
category                          <u>Special Education</u>

Level                             <u>Elementary</u>

School                            <u>Emilia Castillo Vda. Abreu</u>

School Municipality               <u>Isabela</u>

School District                   <u>San Sebastián</u>

Educational Region                <u>Mayagüez</u>

Applicant's Rank                  ( ) Level I
                                  ( ) Level II
                                  (X) Level III

Effective term:         <u>April 30 2014</u> to <u>April 29, 2019</u>

Prepared and submitted by:

<u>[signature]</u>
Applicant's Signature

<u>**April 30, 2014**</u>
Filing date

<u>**May 14, 2014**</u>

Date of approval by the Evaluation Committee

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Department of Education**
Commonwealth of Puerto Rico
Adjunct Secretary of Human Resources
Teaching Career Office

**APPLICATION FOR ACTIVATION IN TEACHING CAREER**

Applicant's Name:                  Irma I. Arocho Vidal

Social Security Number:            ███-5168

Category:                          Special Education

Position Number:                   R-98458

School:                            Emilia Castillo Vda. Abreu

School Municipality:               Isabela

School District:                   San Sebastián

Educational Region:                Mayagüez

Applicant's Rank:                  Level III

In accordance with Article 2.07 of the Teaching Career Regulations, this application must be submitted together with the Professional Development Plan during the month of April of each school year.

[signature]

Applicant's Signature

*April 30, 2014*

Date filed

Received by: [signature]

Date:    [illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo]   Commonwealth of
PUERTO RICO
Department of Education

**Teaching Career Office**                                                    **Addendum 1**
**OCM-06**

### CERTIFICATION OF FILING AND APPROVAL
### OF THE PROFESSIONAL DEVELOPMENT PLAN

We certify that teacher _**Irma I. Arocho Vidal**_ , social security number ████-**5168** , of the _**Emilia Castillo**_ School of the _**San Sebastián**_  School District, filed her Professional Development Plan in accordance with the provisions of the Teaching Career Regulations, Article 2.06, for the period of  April 1, 2014 to April 1, 2019 (5 years).

We also certify that the Evaluation Committee has analyzed the plan in question, using Chapter VI of the aforementioned regulations as a reference; and that it was approved on this date, _**May 14, 2014**_.

(May or June)


### EVALUATION COMMITTEE

| NAME | SIGNATURE | POSITION |
|---|---|---|
| _**Margarita Ramos Muniz**_ | [signature] | Principal/Superintendent |
| _**Angel D. Gonzalez Lopez**_ | [signature] | Faculty Rep./Facilitator |
| _**Evelyn Roman Perez**_ | [signature] | School Council Representative |
| | | |


**Activation: First Time** X __       **Reactivation** ____

**Plan:  LEVEL II** ___       **LEVEL III** X ___       **LEVEL IV** _____       [illegible stamp]

**DATE ON WHICH THE APPLICANT FILED THE APPLICATION: APRIL** _30_**, 20**_14_

**NOTE: THE PRINCIPAL MUST COMPLETE ALL PARTS OF THIS DOCUMENT.**


PO Box. 190759
San Juan, Puerto Rico 00919-0759
Phone: 787 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287



The Department of Education does not discriminate in any way on the basis of age, race, color, sex, place of origin, veteran status, political or religious ideology or social condition, sexual orientation or gender identity, physical or mental disability or impediment, or for having been a victim of domestic violence, sexual assault, or harassment.

Received by: [illegible signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| *Part V Addendums* | Yes | No | Remarks |
|---|---|---|---|
| Enclosed is the curriculum of the University Studies program to be followed in order to attain the new rank. | *X* | | *Include curriculum* |

*Remarks:* _____

_____

_____

*Evaluation Committee*

[signature]        *May 14, 2014*

[signature]        *May 14, 2014*

[signature]        *May 14, 2014*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo]   Commonwealth of
PUERTO RICO
Department of Education

**Teaching Career Office**                                                    **Addendum 1**
                                                                             **OCM-06**

### CERTIFICATION OF FILING AND APPROVAL
### OF THE PROFESSIONAL DEVELOPMENT PLAN

We certify that teacher  **_Irma I. Arocho Vidal_** , social security number  ████**-5168** , of the  **_Emilia
Castillo_** School of the  _San Sebastián_  School District, filed her Professional Development Plan in
accordance with the provisions of the Teaching Career Regulations, Article 2.06, for the period of  April
1, 2014 to April 1, 2019 (5 years).

We also certify that the Evaluation Committee has analyzed the plan in question, taking as a reference
Chapter VI of the aforementioned regulations; and that it was approved on this day, **_May 14, 2014_**.

                                                                             (May or June)

### EVALUATION COMMITTEE

| NAME | SIGNATURE | POSITION |
|---|---|---|
| **_Margarita Ramos Muniz_** | [signature] | Principal/Superintendent |
| **_Angel D. Gonzalez Lopez_** | [signature] | Faculty Rep./Facilitator |
| **_Evelyn Roman Perez_** | [signature] | School Council Representative |
|  |  |  |

**Activation: First Time** X___          **Reactivation** ____

**Plan:  LEVEL II** ___          **LEVEL III** X___          **LEVEL IV** _____          [illegible stamp]

**DATE ON WHICH THE APPLICANT FILED THE APPLICATION: APRIL** _30_**, 20**_14_

**NOTE: THE PRINCIPAL MUST COMPLETE ALL PARTS OF THIS DOCUMENT.**

PO Box. 190759
San Juan, Puerto Rico 00919-0759
Phone: 787 773-2456 / 2452 / 2448 / 2293 / 2297 / 6287



The Department of Education does not discriminate in any way on the basis of age, race, color, sex, place of origin,
veteran status, political or religious ideology or social condition, sexual orientation or gender identity, physical or
mental disability or impediment, or for having been a victim of domestic violence, sexual assault, or harassment.

                                                 Received by: [illegible signature]

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

*Proof of Claim Number:* **140748**
*Claimant:* **Arocho Vidal, Irma Iris**

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses.  **Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| By Mail | Hand Delivery or Overnight Mail Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

**1. What is the basis of your claim?**

- ☐  A pending or closed legal action with or against the Puerto Rican government
- **X**  Current or former employment with the Government of Puerto Rico
- **X**  Other (Provide as much detail as possible below. Attach additional pages if needed.)

   *<u>Activation April 30, 2014, Salary Review April 7, 2015, Certification of Filing</u>*

   *<u>Level I-II-III – May 14, 2014</u>*

**2. What is the amount of your claim (how much money do you claim to be owed):**

   *$9,115*

**Batch 1**



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **140748**
*Claimant:* **Arocho Vidal, Irma Iris**

**3.  Employment.  Does your claim relate to current or former employment with the Government of
Puerto Rico?**

   ☐   No.  *Please continue to Question 4.*
   X  Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:
   *Department of Education*

3(b).  Identify the dates of employment related to your claim:
   *April 2014 through 2016*

3(c).  Last four digits of your social security number: *5168*

3(d).  What is the nature of your employment claims (select all that apply):

   ☐   Retirement

   **X**   Unpaid Wages

   ☐   Sick Days

   ☐   Union Grievance

   ☐   Vacation

   **X**      Other (Provide as much detail as possible.  Attach additional pages if necessary).

   *Payments for activation of Teaching Career, Level I, Level II, Level III and Salary
   Review, from April 2014 through the year 2016*

**4. Legal Action.  Does your claim relate to a pending or closed legal action?**

   ☐   No.

   **X**      Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

   *Department of Education*

4(b).  Identify the name and address of the court or agency where the action is pending:

   *Department of Education P.O. Box 190759 San Juan PR 00919-0759*

4(c).  Case number: *No – 17-03283*

4(d).  Title, Caption, or Name of Case:

   *Act 158 Teaching Career*

**Batch 1**

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **140748**
*Claimant:* **Arocho Vidal, Irma Iris**

4(e).  Status of the case (pending, <u>on appeal</u>, or concluded):

<u>*Act 158 of July 18, 1999 – Teaching Career Law*</u>

4(f).  Do you have an unpaid judgment? <u>Yes</u>  /  No  (Circle one)

If yes, what is the date and amount of the judgment?

<u>  *Year 2014 through 2016, $9,115*</u>

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Irma I. Aracho Vidal
11 Calle La Reina
Isabela, PR 00662



CERTIFIED MAIL

7020 3160 0002 1975 9114



$5.31

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

Received

MAR 3 0 2022

Kroll Restructuring Administration

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 151713**

Signed this 27th of May 2022

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

