# EXHIBIT B

My name is Ivette De Jesús Rivas

My claim number is 90011

Basis of the claim.
1- Ley 89 -1979
   Retribución uniforme
2- Ley 89- 1995 (Romerazo)
3- Ley 96- 2,000
   Aumento de sueldo
4- Ley 164 -2003
   Aumento de sueldo
5- Ley 164- Sila María Calderón
6- Ley 109 -2008 Escala salarial pasos.
   En esta es la cantidad adeudada de 75,000 o más. Thank you. Any doubt. Call me 863-845-4451

Received
APR 1 5 2022
Kroll Restructuring Administration



Four Hundred Forty-Third Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 195 | RIVAS, IVETTE DE JESUS<br>P.O. BOX 9785<br>CIDRA, PR 00739 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90011 | Undetermined* |

*Handwritten annotation: "I send all the proof claim. I will send again"*

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 196 | RIVERA COLON, MYRNA<br>URB VALLE VERDE<br>828 CALLE VEREDA<br>PONCE, PR 00716 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53406 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 197 | RIVERA MARRERO, GLADYVEL<br>CONDOMINO LA ARBOLEDA<br>APT 2706<br>GUAYNABO, PR 00966 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32318 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 198 | RIVERA SANTANA, DOEL<br>BOX 974<br>SAN GERMAN, PR 00683 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89891 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 199 | RIVERA SIERRA, LUIS<br>PO BOX 261803<br>SAN JUAN, PR 00926 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40610 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 200 | RIVERA TORRES, ANA L.<br>P.O. BOX 2086<br>ANASCO, PR 00610 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 118703 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

* Indicates claim contains unliquidated and/or undetermined amounts

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 87008 | RUIZ FIGUEROA, JOSE R | Commonwealth of Puerto Rico | $ - |
| 87129 | SANTIAGO ROSA, MYRNA | Commonwealth of Puerto Rico | $ - |
| 87984 | SANTIAGO, JUAN G | Commonwealth of Puerto Rico | $ - |
| 88143 | ANDUJAR RODRIGUEZ, ROLANDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 88197 | FIGUEROA MENDEZ, EDWIN | Commonwealth of Puerto Rico | $ - |
| 89280 | SANTOS ROMERO, CELINA | Commonwealth of Puerto Rico | $ - |
| 89348 | VALENTIN OLIVO, EVELYN | Commonwealth of Puerto Rico | $ - |
| 89523 | SEDA RIVERA, JORGE | Commonwealth of Puerto Rico | $ - |
| 89754 | RAMOS VALLE, GLORIA A | Commonwealth of Puerto Rico | $ - |
| 89771 | VALLE, LLLIAM | Commonwealth of Puerto Rico | $ - |
| 89891 | RIVERA SANTANA, DOEL | Commonwealth of Puerto Rico | $ - |
| 89903 | ZAYAS LOPEZ, BETHZAIDA | Commonwealth of Puerto Rico | $ - |
| 90011 | RIVAS, IVETTE DE JESUS | Commonwealth of Puerto Rico | $ 75,000 |
| 91277 | BERAS AULET, CAROLINA | Commonwealth of Puerto Rico | $ - |



10

| Name of Claimant | Proof of Claim Number | O'Neill & Borges Attorney | Call/Email | Date of Call/Email |
|---|---|---|---|---|
| HERNANDEZ TORRES, JANETTE | 83736 | Jose J. Colon | Email | 3/18/2022 |
| TORRES TIRADO, COCESA | 83996 | Melissa M. Gallardo | Email | 03/18/2022 |
| SOTOMAYOR TORRES, FRANK REINALDO LUIZ | 84008 | Nelson A. Martinez | Email | 3/17/2022 |
| SABALIER RIOS, CARMEN J. | 84289 | Nelson A. Martinez | Email | 3/16/2022 |
| TORRES SAANCHEZ, SOLIMAR | 84640 | Melissa M. Gallardo | Email | 03/18/2022 |
| CRESPO HERNANDEZ, DIONEL | 85685 | Jose J. Colon | Email | 3/15/2022 |
| AROCHO GONZALEZ, CARMEN M. | 85903 | Gabriel A. Miranda | Email | 03/15/2022 |
| SANCHEZ GONZALEZ, NOEMI | 86160 | Nelson A. Martinez | Email | 3/16/2022 |
| SIERRA SOLLA, LAURA S. | 86316 | Nelson A. Martinez | Email | 3/17/2022 |
| RUIZ FIGUEROA, JOSE R | 87008 | Nelson A. Martinez | Call | 03/24/2022 |
| SANTIAGO ROSA, MYRNA | 87129 | Nelson A. Martinez | Email | 3/16/2022 |
| SANTIAGO, JUAN G | 87984 | Nelson A. Martinez | Call | 03/24/2022 |
| ANDUJAR RODRIGUEZ, ROLANDO | 88143 | Gabriel A. Miranda | Email | 03/15/2022 |
| FIGUEROA MENDEZ, EDWIN | 88197 | Maria Lugo | Call | 03/25/2022 |
| SANTOS ROMERO, CELINA | 89280 | Nelson A. Martinez | Email | 3/17/2022 |
| VALENTIN OLIVO, EVELYN | 89348 | Melissa M. Gallardo | Email | 03/18/2022 |
| SEDA RIVERA, JORGE | 89523 | Nelson A. Martinez | Email | 3/17/2022 |
| RAMOS VALLE, GLORIA A | 89754 | Alberto Nieves | Call | 3/22/2022 |
| VALLE, LLLIAM | 89771 | Melissa M. Gallardo | Email | 03/18/2022 |
| RIVERA SANTANA, DOEL | 89891 | Laura E. Diaz | Email | 03/17/2022 |
| ZAYAS LOPEZ, BETHZAIDA | 89903 | Melissa M. Gallardo | Call | 03/21/2022 |
| RIVAS, IVETTE DE JESUS | 90011 | Alberto Nieves | Call | 3/22/2022 |
| BERAS AULET, CAROLINA | 91277 | Jose J. Colon | Email | 3/15/2022 |
| ORTOLAZA, DOMINGA | 91309 | Owen A. Rivera | Call | 3/22/2022 |
| VARGAS, MILDRED IRIZARRY | 91445 | Gabriel A. Miranda | Email | 03/22/2022 |
| LEBRON OCASIO, GISELA M. | 92732 | Jose J. Colon | Email | 3/18/2022 |
| RIOS MATOS, EFRAIN | 92787 | Alberto Nieves | Call | 3/22/2022 |
| MATIAS CORTES, WILLIAM | 92834 | Maria Lugo | Email | 3/18/2022 |
| FIGUEROA MORALES, LUZ S | 92970 | Maria Lugo | Call | 03/25/2022 |
| BONILLA RIOS, AWILDA | 93217 | Jose J. Colon | Email | 3/15/2022 |
| VELEZ ARROYO, YARITZA NOEMI | 93241 | Gabriel A. Miranda | Email | 03/22/2022 |
| MARTINEZ RODRIGUEZ, ELEUTERIA | 94087 | Maria Lugo | Email | 3/18/2022 |
| LARREGUI SANCHEZ, CARMEN MILAGROS | 94210 | Jose J. Colon | Email | 3/18/2022 |
| LEBRON OCASIO, GISELA M. | 94404 | Jose J. Colon | Email | 3/18/2022 |
| LEBRON OCASIO, GISELA M | 94413 | Jose J. Colon | Email | 3/18/2022 |
| GONZÁLEZ SANCHEZ, MILDRED | 94961 | Jose J. Colon | Call | 3/18/2022 |
| CARDEL CARBONELL, ZULMA | 95078 | Lorena Y. Gely | Call | 3/28/2022 |
| ALVARADO HERNÁNDEZ, MARIO A. | 95516 | Gabriel A. Miranda | Email | 03/15/2022 |
| TORRES ALVAREZ, CARMEN D. | 95647 | Melissa M. Gallardo | Email | 03/18/2022 |
| GONZALEZ TORRES, NILDA D. | 95810 | Jose J. Colon | Call | 3/18/2022 |
| SANTANA TORO, SARAHI | 96006 | Nelson A. Martinez | Call | 03/24/2022 |

*Handwritten note next to RIVAS, IVETTE DE JESUS row:*
No body call me Ivette De Jesús Rivas Cell phone 863-845-4451

**Formulario 480.7C** - Form Rev. 08.21

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

**Número de Confirmación de Radicación Electrónica** / Electronic Filing Confirmation Number: **F0060077056**

AÑO CONTRIBUTIVO / TAXABLE YEAR: **2021**
Enmendado - Amended: ( / / )

Indique propósito - Indicate purpose:
- [ ] Aportaciones / Contributions
- [X] Distribuciones / Distributions
- [ ] Ambos / Both

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification No.: **66-0433481**
- Nombre - Name: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Dirección - Address: **PO BOX 42003**
- **SAN JUAN PR 00940-2003**
- Núm. de Teléfono: 
- Correo Electrónico:

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
- Seleccione un encasillado:
  - [X] Residente / Resident
  - [ ] No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
  - [ ] No Residente Extranjero / Nonresident Alien
- Núm. de Identificación - Identification No.: ███-██-3060
- Nombre - Name: **IVETTE DE JESUS RIVAS**
- Dirección - Address: **PO BOX 9785, CIDRA PR 00739-8785**

### INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
- Núm. de Identificación Patronal: **66-0433481**
- Nombre del Plan: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Nombre de quien auspicia el plan: **ADMINSTRACIÓN SISTEMAS DE RETIRO**
- Fecha en que comenzó a recibir la pensión: Día **21** Mes **12** Año **2007**

**Marque el encasillado correspondiente:**

**Forma de Distribución:**
- [ ] Total / Lump Sum
- [ ] Parcial / Partial
- [X] Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad:**
- [X] Gubernamental / Governmental
- [ ] Privado Calificado / Qualified Private
- [ ] No Calificado / Non Qualified
- [ ] Anualidad Fija / Fixed Annuity
- [ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 50,350.37 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) | 0.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) | 0.00 |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) | 0.00 |
| 10. Contribución Retenida sobre Anualidades | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 |

| Distribuciones - Distributions | |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 22,470.00 |
| 17. Cantidad Tributable / Taxable Amount | 22,170.00 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) | 0.00 |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt Income | 300.00 |
| 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico | |
| A. Exentas / Exempt | 0.00 |
| B. Tributables / Taxable | 0.00 |
| C. Cantidad sobre la cual se Pagó por Adelantado | 0.00 |
| D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| E. Total (Sume líneas 21A a la 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico | 0.00 |
| 23. Código de Distribución / Distribution Code | **A** |

Razones para el Cambio / Reasons for the Change

- Número de Cuenta / Account Number: **584763060**
- Número de Control / Control Number: **210030473**
- Número de Control de la Declaración Informativa Original:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

JUNTA DE RETIRO



ASOCIACION DE EMPLEADOS DEL ELA

La cuenta del socio que se indica a continuación refleja el siguiente balance tentativo sujeto a revisión final:

    Nombre del socio: DE JESUS RIVAS IVETTE

    Agencia : DEPARTAMENTO DE EDUCACION

    Seguro Social    : ■■■■-3060

    Balance deuda a : ENERO de 2008

    Balance deuda aplicando Ahorros y Dividendos: S A L D O

Para que así conste, firmo la presente, hoy **09 de Enero de 2008**, en San Juan, Puerto Rico.

MARIBEL QUIÑONES ALVAREZ

Departamento de Cobros
Teléfono: (787) 641-4075.

La sección 31 de la Ley Núm. 133 de 28 de junio de 1966, según enmendada, establece que: "Todo crédito, depósito o sobrante por cualquier concepto en el Gobierno Estatal, o una dependencia o instrumentalidad de éste, a favor de un asociado que habiendo cesado en su puesto estuviere en deuda con la Asociación, que no esté gravado en el sistema de retiro correspondiente será retenido por el Secretario de Hacienda de Puerto Rico o el funcionario competente y transferido a los fondos de la Asociación para solventar parcial o totalmente la deuda pendiente con la misma".

AEELA - 196

ZAEELA-INFOCOBR2 P1

**aeela**
ASOCIACIÓN DE EMPLEADOS DEL ELA
Ave. Ponce de León 463, Pda. 35 Hato Rey · P.O. Box 364508 San Juan, Puerto Rico 00936-4508

**SOLICITUD DE LIQUIDACIÓN DE AHORROS Y DIVIDENDOS**
DIVISIÓN DE LIQUIDACIONES
(VEA INSTRUCCIONES AL DORSO)

ORIGINAL-ASOCIACIÓN
COPIA-ASOCIADO

## PARTE I — A SER LLENADA POR EL SOCIO

1. Nombre y Apellidos: Ivette De Jesús Rivas
   Fecha sello: 08 FEB -7 AM 10:52
   Núm. Empleado:
   Núm. Seg. Social: ███-██-3060

2. Dirección Residencial: Bo. Bayamón, Parc. Juan del Valle # 45, Cidra, P.R.
   Teléfono: (787) 739-2973

3. Dirección Postal: Apartado 9785 Cidra, Puerto Rico   Zip Code: 00739

4. Indique la agencia anterior donde trabajó

| Agencia | Puesto - Ofic. Neg. o División | Comenzó Trabajar | Terminó | Zona o Pueblo |
|---|---|---|---|---|
| a) Departamento Educación | Maestra | Sept. 1976 | 31 dic. 2007 | Cidra |

ENS $11,160

5. Fecha de Efectividad de la Renuncia: 31 de diciembre de 2007

6. Tiene AEELA Mastercard: Sí ☐ No ☒
   Número de cuenta: _____

Indique Fecha(s) de Licencia(s) sin Sueldo: _____

7. Nombre y dirección del pariente más cercano que no viva con usted: Yarira Clavijo - Villa Amapola #3, Cidra, P.R.

SOLICITO la liquidación de mis ahorros y dividendos acumulados en esa Asociación hasta la fecha de mi separación del servicio público.
CERTIFICO que la información aquí ofrecida es correcta:

*Firma del Solicitante*: Ivette De Jesús Rivas
Fecha: 7/noviembre/2007
Firma del Testigo: _____

**NOTA:** Debe acompañarla con las siguientes certificaciones de deuda:
* Administración para el Sustento de Menores (ASUME) (30 días)
* Administración de los Sistemas de Retiro de Empleados del Gobierno y la Judicatura - Certificación del Préstamo Personal y de Viaje Cultural. (no aplica a socios que se acojan a los beneficios de jubilación)

*Para uso exclusivo de casos en que los socios no sepan firmar

## PARTE II — PARA SER LLENADA POR EL RECLAMANTE DE UN SOCIO FALLECIDO QUE HAYA TENIDO MÁS DE UN MATRIMONIO

Nombre del Cónyuge anterior: _____
Dirección: _____
Fecha de Matrimonio y Divorcio: _____
Nombre y firma de la persona que ofrece la información: _____

## PARTE III — A SER LLENADA POR LA AGENCIA

Nombre del Asociado: Ivette De Jesus Rivas
Agencia: Departamento de Educación
Seguro Social: ███-██-3060

Fecha(s) de Licencias sin Sueldo Desde: (sea Específico)
1. _____ Hasta _____
2. _____ Hasta _____
3. _____ Hasta _____

Fecha de Efectividad de la Renuncia: 20 de diciembre dde 2007
Razón de Cese: Jubilación

SI VA A COMENZAR A TRABAJAR EN OTRA AGENCIA FAVOR INDICAR:
a) ¿Cuál? _____   b) Fecha _____
c) Clase de Nombramiento _____

LOS SIGUIENTES DESCUENTOS DE SU SUELDO MENSUAL FUERON REALIZADOS PARA LA ASOCIACIÓN DURANTE LOS ÚLTIMOS TRES (3) MESES DE TRABAJO.

| MES | AHORROS | SEGURO | PRÉSTAMO |
|---|---|---|---|
| Octubre 07 | 74.40 | N/A | 194.66 |



### CERTIFICACIÓN AÑOS DE SERVICIO Y EDAD

31 de octubre de 2007

SRA MATILDE PEDRAZA
SECCION DE NOMBRAMIENTOS Y CAMBIOS
DEPARTAMENTO DE EDUCACIÓN

**Prof: Ivette De Jesús Rivas**

El (La) profesor (a) de referencia ha radicado una Solicitud de Retiro por la Ley Núm. 91 del 29 de marzo de 2004 (Ley del Sistema de Retiro para Maestros del Estado Libre Asociado de Puerto Rico.
[ X ] Años de Servicio  [ ] Edad  [ ] Diferida  [ ]Suplementaria
Al **23 de octubre de 2007** ( fecha en que piensa renunciar) **( fecha de su última cotización recibida )**
[ X ] **cualifica** [ ] no cualifica, **para acogerse a la jubilación, y tiene el siguiente tiempo**:

| AÑOS | MESES | SEMANAS | DÍAS | EDAD |
|---|---|---|---|---|
| 30 | 2 | 1 | ½ | 52 |

Los pagos pendientes no están considerados en esta certificación. Los mismos son:
  [ ] Reconocimiento de Tiempo
  [ ] Diferencia en Por Ciento por Transferencia Recibida
  [ ] Reembolso de Cuotas
  [ X ] No aplica

**De cualificar para pensión y tener menos de 30 años de servicios cotizados, cualifica para una pensión calculada al 1.8 por ciento del promedio de los 36 salarios más altos, multiplicado por el tiempo cotizado.**

**El tiempo certificado puede variar, de encontrarse diferencias en el Informe de Cambio enviado por el Departamento de Educación u otras Instituciones Gubernamentales y de existir anulaciones futuras entre cuentas que afecten las Aportaciones del Sistema. Deberá permanecer cotizando en nuestro Sistema hasta la fecha que proyecta retirarse.**

**Las Pólizas de Salud y Planes Médicos deben ser pagados directamente a las aseguradoras hasta tanto sometan las autorizaciones de descuentos para tramitar en su pensión.**
**Todas las aportaciones deben estar en el sistema al momento de procesar su pensión.**

Cordialmente,

Wanda G. Santiago López
Directora
Área Servicios de Retiro

Yolanda Cotto Ayala
Oficial Servicios de Retiro

FELD/ebc

CF: PROF: IVETTE DE JESÚS RIVAS
    PO BOX 9785
    CIDRA PR 00739

San Juan, PR 00919-1879 Teléfonos 1(787)754-8611 ó 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

PIPE

## Departamento de Educación
### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### Secretaria Auxiliar de Recursos Humanos
### Informe de Cambios

| | Antes del Cambio | Después del Cambio |
|---|---|---|
| 1. Nombre del Empleado | IVETTE DE JESUS RIVAS | |
| 2. Número de Seguro Social | 3060 | |
| 3. Lugar de Nacimiento | CAYEY, PR | |
| 4. Fecha de Nacimiento | 1955 | |
| 5. Sexo | F | |
| 6. Estado Civil | | |
| 7. Preparación Académica | BA 15 | |
| 8. Experiencia | 30.0.0.4.0 | |
| 9. Status del Empleado | PERMANENTE | |
| 10. Sueldo Bruto | $2,480.00 | |
| 11. Número de Puesto | R14111 | |
| 12. Categoría del Puesto | MAESTRO NIVEL ELEMENTAL (4-6) | |
| 13. Fondo | ESTATAL | |
| 14. Cifra de cuenta | E1110-11100-0810000-1008-00100-2008 | |
| 15. Fecha de efectividad | 20 de diciembre de 2007 03:00 pm | |
| 16. Acción | RENUNCIA | |
| 17. Duración | | |
| 18. Causa del Cese | JUBILACIÓN | |
| 19. Ultimo día de Trabajo | 20 de diciembre de 2007 03:00 pm | |
| 20. Ultimo día de Pago | 20 de diciembre de 2007 03:00 pm | |
| 21. Prog Esc, Nivel/Grado | | |
| 24. Distrito Escolar | CIDRA | |
| 25. Escuela | CIPRIAN CASTRODAD | |

26. Dirección Postal: PO BOX 148 PO BOX 148 CIDRA PUERTO RICO 007390148

26. Teléfono:

27. Observaciones: SRM Y AEELA. SE ACOGE A LOS BENEFICIOS DE LA LEY NUM 91 DE 29 DE MARZO DE 2004 P/ GLOBAL VAC. REG 20.0.00 (DESDE 08/ENERO/2008 08:00 AM - HASTA 04/FEBRERO/2008 03:00 PM) Y ENF. 90.0.00 (DESDE 05/FEBRERO/2008 08:00 AM - HASTA 13/JUNIO/2008 03:00 PM).EXC. ENF. 18.0.00 AÑOS DE SERVICIO

28. Preparado por: DAISY QUIÑONES      FECHA: 24 de enero de 2008
29. Verificado por: DIANA RIVERA MIRABAL      FECHA: 24 de enero de 2008
30. Aprobado por: SECRETARIO(A) O SU REPRESENTANTE AUTORIZADO      FECHA: 24 de enero de 2008
Secretario de Educación o su representante

