# EXHIBIT B-1

My name is Ivette De Jesús Rivas

My claim number is 90011

Basis of the claim.

1. Act 89 - 1979

Uniform remuneration

2. Act 89 - 1995 (Romerazo)

3. Act 96 - 2000

Salary increase

4. Act 164 - 2003

Salary increase

5. Act 164 - Sila Maria Calderon

6. Act 109 - 2008 Wage scale steps.

This is the amount owed of 75,000 or more. Thank you. Any doubt. Call me 863-845-4451

Received
APR 15 2022
Kroll Restructuring Administration



Certified to be a correct and true translation from the source text in Spanish to the target language English.
09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

[PDF pages 2-5 out of scope.]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# aeela *XXI century*

**ASSOCIATION OF EMPLOYEES OF THE COMMONWEALTH**

The member's account below reflects the following tentative balance subject to final review:

    Member's name: DE JESUS RIVAS IVETTE

    Agency: DEPARTMENT OF EDUCATION

    Social Security: ■■■-3060

    Balanced owed as of: JANUARY 2008

    Balanced owed applying Savings and Dividends: CREDIT

In witness whereof, I hereby sign this document on this **9th day of January, 2008**, in San Juan, Puerto Rico.

[signature].
MARIBEL QUIÑONES ALVAREZ

Collections Department
Telephone: (787) 641-4075

Section 31 of Act No. 133 of June 28, 1966, as amended, provides that: "Any credit, deposit or surplus for any concept in the State Government, or an agency or instrumentality thereof, in favor of a member who, having ceased to hold office, is indebted to the Association, which is not taxed in the corresponding retirement system, shall be retained by the Secretary of the Treasury of Puerto Rico or the competent official and transferred to the funds of the Association to partially or totally settle the outstanding debt with the Association."

AEELA - 196                                                                 ZAEELA-INFOCOBR2 P1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[PDF page 7 out of scope.]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Commonwealth of Puerto Rico
Teachers' Retirement System

YEARS OF SERVICE AND AGE CERTIFICATION

October 31, 2007

MRS. MATILDE PEDRAZA
APPOINTMENTS AND CHANGES UNIT
DEPARTMENT OF EDUCATION

**Teacher: Ivette De Jesús Rivas**

The above-named teacher has filed an Application for Retirement under Act No. 91 of March 29, 2004 (Teacher Retirement System Act of the Commonwealth of Puerto Rico).
[X] **Years of Service**      [ ] Age      [ ] Deferred      [ ] Supplemental
As of **October 23, 2007** (date you intend to resign) (**date of your last contribution received**)
**[X ] is qualified** [ ] is not qualified **for retirement, based on the following time:**

| YEARS | MONTHS | WEEKS | DAYS | AGE |
|---|---|---|---|---|
| 30 | 2 | 1 | ½ | 52 |

Pending payments are not considered in this certification. They are:
    [ ] Time Recognition
    [ ] Percent Difference per Transfer Received
    [ ] Refund of Dues
    [X ] Does not apply

**If you qualify for a pension and have less than 30 years of contributory service, you qualify for a pension calculated at 1.8 percent of the average of the 36 highest salaries, multiplied by the time you have contributed.**

**The certified time may vary if there are differences in the Change Report sent by the Department of Education or other Governmental Institutions and if there are future annulments between accounts that affect the System's Contributions. You must remain contributing into our System until the date you plan to retire.**

**Health Policies and Medical Plans must be paid directly to the insurance companies until they submit the deduction authorizations to be processed in your pension.**

**All contributions must be in the system at the time your pension is processed.**

Cordially yours,

[signature]
Wanda G. Santiago López
Director
Retirement Services Area

[signature]
Yolanda Cotto Ayála
Retirement Services Officer

FELD/ebc

CF:    TEACHER: IVETTE DE JESÚS RIVAS
        PO BOX 9785
        CIDRA PR 00739

San Juan, PR 00919-1879 Telephone 1(787)754-8611 or 1-877-JRETIRO (573-8476)
http://www.srm.gobierno.pr E-mail: consulta@srm.gobiemo.pr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[PDF p. 9 out of scope.]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **004 Tab 002 Response**

Signed this 9th of November, 2022

_____

Andreea I. Boscor

