# EXHIBIT C

12 de abril de 2022

Rosa Margarita Sánchez
SS. 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
Urb. Villa Verde
C-11 calle 2
Bayamón P.R. 00959

Received
MAY 0 3 2022
Kroll Restructuring Administration

Sirva esta nota explicativa para señalar las cantidades que el Gobierno de Puerto Rico no pagó. El desglose es como sigue:

1. Ley 69 aprobada el 4 de junio de 1983, "El Romerazo" por la cantidad de aumento mensual de cien dólares (100.00)

   1983 — 5 meses — $500.00
   1984 — 2014    — $36,000

2. Ley 168 otorgada por la Ex-gobernadora Sila Calderón, por la cantidad de ciento cincuenta dólares, mensuales. (150.00)

   2004 — 3 meses $450.00
   2005 - 2014    $18,450

Total de aumentos no pagados: 54,950

Como maestra de excelencia que no se me honró el nivel de pagos por mi labor durante tantos años y por mi preparación académica a nivel de maestría. Espero me sea honrado los aumentos que nunca fueron pagados.

Cordialmente,
Rosa Margarita Sánchez
Rosa M. Sánchez





**GOBIERNO DE PUERTO RICO**
JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Rosa M. Sánchez Bruno,** con número de seguro social que termina en **1987.**

| | |
|---|---|
| Fecha de Efectividad de la Pensión | 29 de julio de 2014 |
| Tiempo Cotizado para la Pensión | 33 años, 4 mes, 0 sem, 3.5 día |
| Pensión Mensual Inicial | $2,272.60 |
| Pensión Mensual Actual | $2,272.60 |

Esta certificación se expide hoy, **18 de marzo de 2022** en **San Juan**, **Puerto Rico**.

*Cynthia Sanjurjo Santos*

**Cynthia Sanjurjo Santos
Supervisora
Centro de Contacto**

sba

SRF 60635

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ADMINISTRATIVE CLAIMS RECONCILIATION AND ALTERNATIVE DISPUTE RESOLUTION

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation Of Claims, (B) Approving Additional Form Of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation").

2. Pursuant to the ACR Order, the Debtors have filed twenty-three notices transferring claims into Administrative Claims Reconciliation (as defined in the ACR Order), (collectively, the "ACR Transfer Notices"), and have transferred approximately 44,704 claims (collectively, the "ACR Designated Claims"), into Administrative Claims Reconciliation.

3. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). The ADR Order authorized the Debtors to resolve general unsecured claims using the procedures approved by the court in the ADR Order ("ADR Procedures").

4. Pursuant to the ADR Order, the Debtors have filed twenty-one notices transferring claims into the ADR Procedures (as defined in the ADR Order), (collectively, the "ADR Notices"), and have transferred approximately 946 claims (collectively, the "ADR Designated Claims") into the ADR Procedures.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ACR Designated Claims and ADR Designated Claims will be most efficiently resolved via omnibus objections. Accordingly, the Debtors hereby remove from the ACR Procedures the claims identified on **Exhibit A** hereto, and remove from the ADR Procedures the claim identified on **Exhibit B** hereto.

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 71451 | CRUZ LUGO, CARMEN L. | Commonwealth of Puerto Rico | $ - |
| 72798 | VAZQUEZ SOLER, NILDA M. | Commonwealth of Puerto Rico | $ - |
| 73198 | IRIZARRY RUIZ, REINALDO | Commonwealth of Puerto Rico | $ - |
| 76825 | LINARES COLLADO, ROSA M. | Commonwealth of Puerto Rico | $ - |
| 77317 | VAZQUEZ FIGUEROA, IDELISSA | Commonwealth of Puerto Rico | $ - |
| 77813 | VILA OJEDA, LUIS F | Commonwealth of Puerto Rico | $ - |
| 78022 | HERNÁNDEZ PÉREZ, MARIA DEL C | Commonwealth of Puerto Rico | $ - |
| 78474 | RIVERA TORRES, CARMEN ADA | Commonwealth of Puerto Rico | $ - |
| 78554 | ENRIQUE TORRES TORRES, TOMAS | Commonwealth of Puerto Rico | $ - |
| 78811 | TORRES RODRIGUEZ, MERCEDES | Commonwealth of Puerto Rico | $ - |
| 79567 | DUMENG ALERS, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 80168 | SANCHEZ, ROSA MARGARITA | Commonwealth of Puerto Rico | $ - |
| 80169 | GONZALEZ PEREZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 81219 | ROSADO CORDERO, MARILYN | Commonwealth of Puerto Rico | $ - |
| 81235 | ALVARADO CASIANO, ELBA L | Commonwealth of Puerto Rico | $ - |



8

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 62362 | GUTIERREZ, DANIEL ESTEVES | Commonwealth of Puerto Rico | $ - |
| 62437 | GOMEZ GONZALEZ, LUCIA | Commonwealth of Puerto Rico | $ - |
| 62609 | JIMENEZ MENDEZ, ZENAIDA M. | Commonwealth of Puerto Rico | $ - |
| 62636 | TORRES FIGUEROA, ZORAIDA | Commonwealth of Puerto Rico | $ - |
| 62691 | FLORES MONTALVO, ANGEL LUIS | Commonwealth of Puerto Rico | $ -. |
| 63168 | DEVARIE DE JESUS, MILDRED | Commonwealth of Puerto Rico | $ - |
| 64298 | DIAZ PEREZ, IRVING | Commonwealth of Puerto Rico | $ - |
| 64784 | VEGA PACHECO, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 64874 | VÁZQUEZ SANTIAGO, EVELYN M. | Commonwealth of Puerto Rico | $ - |
| 66185 | SANCHEZ VELEZ, MARISOL | Commonwealth of Puerto Rico | $ - |
| 66674 | RUIZ VEGA, MARIA DEL C. | Commonwealth of Puerto Rico | $ - |
| 69095 | RODRIGUEZ DEL TORO, JENNIFER | Commonwealth of Puerto Rico | $ - |
| 69359 | ACEVEDO PEREZ, JULIO A. | Commonwealth of Puerto Rico | $ - |
| 71117 | AQUINO CANALES, REGINO | Commonwealth of Puerto Rico | $ - |
| 71378 | ROSADO MARTINEZ, RUBEN | Commonwealth of Puerto Rico | $ - |

Rosa Margarita Sánchez
Urb. Villa Verde
C-11 Calle 2
Bayamón P.R. 00959



O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, P.R. 00918-1813



RECEIVED APR 20 2022 O'NEILL & BORGES