# EXHIBIT C-1

April 12, 2022

Rosa Margarita Sanchez
SS: 584 - 13 - 1987
Urb. Villa Verde
C-11 calle 2
Bayamón P.R. 00959

Received

MAY 0 3 2022

Kroll Restructuring Administration

    This explanatory note serves to indicate the amounts that the Government of Puerto Rico did not pay. The breakdown is as follows:

1. Act 69 passed on June 4, 1983, "El Romerazo" for a monthly increase amount of one hundred dollars ($100.00).
   1983 - 5 months - $500.00
   1984 - 2014 - $36,000

2. Act 168 approved by former Governor Sila Calderon, in the amount of one hundred and fifty dollars ($150.00) per month.
   2004 - 3 months $450.00
   2005 - 2014 $18,450

Total unpaid increases: 54,950

As a teacher of excellence, the pay leave for my work for so many years and for my academic preparation at the master's level was not honored. I hope for the raises that were never paid to be honored.

                      Cordially yours,
                      Rosa Margarita Sanchez
                      [signature]

[barcode]
990123401146990

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[coat of arms] GOVERNMENT OF PUERTO RICO
PUERTO RICO GOVERNMENT RETIREMENT BOARD

# CERTIFICATION

I certify the following information regarding the pension of **Rosa M. Sanchez Bruno, Teacher**, with social security number ending in **1987**.

| | |
|---|---:|
| Effective Retirement Date | July 29, 2014 |
| Pension Contribution Time | 33 years, 4 months, 0 weeks, 3.5 days |
| Initial Monthly Pension | $2,272.60 |
| Current Monthly Pension | $2,272.60 |

This certification is being issued on this date, **March 18, 2022 in San Juan, Puerto Rico**.

*Cynthia Sanjurjo Santos*

**Cynthia Sanjurjo Santos**
**Contact Center Supervisor**

sba

Avenida Arterial Hostos 235 - Capital Center - Torre Norte piso 8 | PO Box 191879, San Juan, PR 00919-1879
787-777-1414 | www.srm.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SRF 60635

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ADMINISTRATIVE CLAIMS RECONCILIATION AND ALTERNATIVE DISPUTE RESOLUTION

To the Honorable United States District Judge Laura Taylor Swain:

1. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation Of Claims, (B) Approving Additional Form Of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation").

2. Pursuant to the ACR Order, the Debtors have filed twenty-three notices transferring claims into Administrative Claims Reconciliation (as defined in the ACR Order), (collectively, the "ACR Transfer Notices"), and have transferred approximately 44,704 claims (collectively, the "ACR Designated Claims"), into Administrative Claims Reconciliation.

3. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). The ADR Order authorized the Debtors to resolve general unsecured claims using the procedures approved by the court in the ADR Order ("ADR Procedures").

4. Pursuant to the ADR Order, the Debtors have filed twenty-one notices transferring claims into the ADR Procedures (as defined in the ADR Order), (collectively, the "ADR Notices"), and have transferred approximately 946 claims (collectively, the "ADR Designated Claims") into the ADR Procedures.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ACR Designated Claims and ADR Designated Claims will be most efficiently resolved via omnibus objections. Accordingly, the Debtors hereby remove from the ACR Procedures the claims identified on **Exhibit A** hereto, and remove from the ADR Procedures the claim identified on **Exhibit B** hereto.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 71451 | CRUZ LUGO, CARMEN L. | Commonwealth of Puerto Rico | $ - |
| 72798 | VAZQUEZ SOLER, NILDA M. | Commonwealth of Puerto Rico | $ - |
| 73198 | IRIZARRY RUIZ, REINALDO | Commonwealth of Puerto Rico | $ - |
| 76825 | LINARES COLLADO, ROSA M. | Commonwealth of Puerto Rico | $ - |
| 77317 | VAZQUEZ FIGUEROA, IDELISSA | Commonwealth of Puerto Rico | $ - |
| 77813 | VILA OJEDA, LUIS F | Commonwealth of Puerto Rico | $ - |
| 78022 | HERNÁNDEZ PÉREZ, MARIA DEL C | Commonwealth of Puerto Rico | $ - |
| 78474 | RIVERA TORRES, CARMEN ADA | Commonwealth of Puerto Rico | $ - |
| 78554 | ENRIQUE TORRES TORRES, TOMAS | Commonwealth of Puerto Rico | $ - |
| 78811 | TORRES RODRIGUEZ, MERCEDES | Commonwealth of Puerto Rico | $ - |
| 79567 | DUMENG ALERS, WILFREDO | Commonwealth of Puerto Rico | $ - |
| 80168  | SANCHEZ, ROSA MARGARITA | Commonwealth of Puerto Rico | $ - |
| 80169 | GONZALEZ PEREZ, MILAGROS | Commonwealth of Puerto Rico | $ - |
| 81219 | ROSADO CORDERO, MARILYN | Commonwealth of Puerto Rico | $ - |
| 81235 | ALVARADO CASIANO, ELBA L | Commonwealth of Puerto Rico | $ - |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Claim # | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 62362 | GUTIERREZ, DANIEL ESTEVES | Commonwealth of Puerto Rico | $ - |
| 62437 | GOMEZ GONZALEZ, LUCIA | Commonwealth of Puerto Rico | $ - |
| 62609 | JIMENEZ MENDEZ, ZENAIDA M. | Commonwealth of Puerto Rico | $ - |
| 62636 | TORRES FIGUEROA, ZORAIDA | Commonwealth of Puerto Rico | $ - |
| 62691 | FLORES MONTALVO, ANGEL LUIS | Commonwealth of Puerto Rico | $ - |
| 63168 | DEVARIE DE JESUS, MILDRED | Commonwealth of Puerto Rico | $ - |
| 64298 | DIAZ PEREZ, IRVING | Commonwealth of Puerto Rico | $ - |
| 64784 | VEGA PACHECO, YOLANDA | Commonwealth of Puerto Rico | $ - |
| 64874 | VÁZQUEZ SANTIAGO, EVELYN M. | Commonwealth of Puerto Rico | $ - |
| 66185 | SANCHEZ VELEZ, MARISOL | Commonwealth of Puerto Rico | $ - |
| 66674 | RUIZ VEGA, MARIA DEL C. | Commonwealth of Puerto Rico | $ - |
| 69095 | RODRIGUEZ DEL TORO, JENNIFER | Commonwealth of Puerto Rico | $ - |
| 69359 | ACEVEDO PEREZ, JULIO A. | Commonwealth of Puerto Rico | $ - |
| 71117 | AQUINO CANALES, REGINO | Commonwealth of Puerto Rico | $ - |
| 71378 | ROSADO MARTINEZ, RUBEN | Commonwealth of Puerto Rico | $ - |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **002 Tab 002 Response**

Signed this 9th of November, 2022

_____

Andreea I. Boscor

