# EXHIBIT D

Received APR 1 1 2022 Kroll Restructuring Administration

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. **125306** : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

### SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS

1. Por favor proporcione información sobre la base del caso. ¿Qué hechos cree que dieron lugar al caso?
2. Por favor proporcione toda documentación que tenga relacionado con el caso.
3. ¿Cuál es la cantidad que reclamas? Por favor proporcione la base de la cantidad estimada adeuda por sus reclamaciones adicionales.
4. Cuál es el estado actual del caso?
5. ¿Estás representado en cualquiera del caso? Si es así, quien está tu abogado o abogada?

1- En los años 80 se aprobó la ley #89. En la cual establecía que había un aumento de salario para los empleados públicos de Puerto Rico. Luego hubo un cambio de gubierno después del año 80 y no se concedió el aumento.

2- No tengo documentación. La misma está en el las oficina del gubierno de Puerto Rico.

3- De acuerdo a los cálculos realizados entiendo que podrían ser alrededor de $10,000.

4- No he recibido el estado actual.

5- No tengo abogado ni abogada. La reclamación ha sido sometida por derecho propio.

7

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Prime Clerk LLC al (844) 822-9231 (llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico. El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Vigésimo Primer Aviso de Transferencia de Reclamos a Resolución Alternativa de Conflictos* el 1 de marzo de 2022 [ECF Núm. 20241], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1]. **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en** https://cases.primeclerk.com/puertorico.

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Proskauer Rose LLP conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

6

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Proskauer Rose.*

**DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL JUEVES, 24 DE MARZO DE 2022 A LA SIGUIENTE DIRECCIÓN:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado del Reclamante Designado]
Por: _Evangelina Tenorio González_
[Nombre en letra de molde]

[Firma del Representate Autorizado del Reclamante Designado]
Por: _Evangelina Tenorio González_
[Nombre en letra de molde]

8

Evangelina Tenorio González
Urbanización Valle Verde
B-19 Calle 2
San Germán, P.R. 00683



7020 3160 0000 5319 3679

Received
APR 11 2022
Kroll Restructuring Administration

Air Mail

To: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232