# EXHIBIT D-1

> Received
>
> APR 1 1 2022
>
> Kroll Restructuring Administration

**Information Request.** Debtor requests that you provide the following related to Designated Claim No. **125306**: any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

> **Please enclose your written responses to the requests for information and the requested documentation with this form.**
> YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM
>
> **REQUESTS FOR INFORMATION AND DOCUMENTS**
>
> 1. Please provide information regarding the basis of the case. What are the facts underlying the case?
> 2. Please provide any documentation you have relating to the case.
> 3. What is the amount that you are claiming? Please provide the basis for the estimated amount owed for your additional claims.
> 4. What is the current status of the case?
> 5. Are you represented in the case? If so, who is your attorney?

1- Act #89 was passed in the 80's. It established a salary increase for public employees in Puerto Rico. Later, there was a change in administration after the year '80 and the raise was not given.

2- I don't have documentation. Same is with the offices of the Puerto Rico government..

3- Based on the calculations made, my understanding is that it could be around $10,000

4- I haven't received the current status.

5- I don't have a lawyer. I have submitted the claim on my own behalf.

7



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

> **This request <u>only</u> applies to the aforementioned designated claim numbers. Read the notice thoroughly and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**
>
> **If you have any questions, please contact <u>Prime Clerk LLC at (844) 822-9231 {toll free for U.S. and Puerto Rico) or {646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case. The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Twenty-First Notice of Transfer of Claims to Alternative Dispute Resolution on March 1, 2022* [ECF No. 20241], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1]. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.primeclerk.com/puertorico.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Proskauer Rose LLP with the requested documentation and information by no later than the Response Deadline listed above.**

6

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

> *Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You MUST send all such information and documentation to Proskauer Rose.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY THURSDAY, MARCH 24, 2022**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated
Claimant's Authorized Representative]
By: __ *Evangeline Tenorio González*__
[Printed Name]

[Signature of the Designated Claimant's Authorized Representative]
By: __ *Evangeline Tenorio González*
[Printed Name]

9

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



8

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 125306**

Signed this 27th of May 2022

_____

Andreea I. Boscor

