UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING ADJOURNED CLAIM OBJECTIONS SET FOR HEARING ON APRIL 25-26, 2023**

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

informative motion (the "Informative Motion") in compliance with the Court's March 22, 2023 *Order Regarding Pro Se Adjourned Omnibus Objections to Claims of Unrepresented Claimants* [ECF No. 23844] (the "Adjourned Objection Hearing Procedures Order"), and in support of this Informative Motion, the Oversight Board respectfully states as follows:

1. On March 22, 2023, this Court entered the Adjourned Objection Hearing Procedures Order which, among other things, (*i*) scheduled hearings on Adjourned Pro Se Claim Objections[3] for April 25-26, 2023, at 9:30 a.m. Atlantic Standard Time (the "Claim Objection Hearing") and (*ii*) directed the Oversight Board to file, at least 14 days in advance of the Claim Objection Hearing, "an informative motion identifying the Adjourned Pro Se Claim Objections, claimants, claims that will be the subject of the applicable Claim Objection Hearing, and whether the claimant is incarcerated." Adjourned Objection Hearing Procedures Order at 2.

2. In compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board hereby identifies, on **Appendix A** and **B** hereto, the Adjourned Claim Objections, claimants, and claims scheduled for the Adjourned Objection Hearing.

3. To the best of the Oversight Board's knowledge, none of the claimants associated with the Adjourned Claim Objections are incarcerated.

4. Contemporaneously with this Informative Motion, and in further compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board shall submit, solely with respect to the Adjourned Claim Objections, claimants, and claims scheduled for the Adjourned Objection Hearing, (*i*) replies in support of the Adjourned Claim Objections, (*ii*) any portions of

---

[3] As defined in the Adjourned Objection Hearing Procedures Order, Adjourned Pro Se Claim Objections consist of "pending claim objections adjourned from the March 15, 2023 omnibus hearing with respect to claims on account of which responses have been submitted (formally or informally) by claimants who are not represented by counsel." Adjourned Objection Hearing Procedures Order at 1.

2

the respondent's response that were not filed on the docket, and (*iii*) certified translations of any Spanish-language portions of the respondent's response. *See* Adjourned Objection Hearing Procedures Order at 2.

[*Remainder of Page Intentionally Left Blank*]

**Appendix A**

**Claimants Appearing at April 25, 2023 Adjourned Objection Hearing**

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| **Claimants Scheduled for April 25, 2023 9:30 a.m. (AST)** | | | | |
| 1. | FIGUEROA SIERRA, JOSE | 177404 | 387 | 18818 |
| 2. | CARRASQUILLO, CARMEN D. | 175239-1 | 399 | 19754 |
| 3. | NEGRON GUZMAN, JOEL | 71072-1 | 399 | 19725 |
| 4. | LANDRAU LUGO, CRUZ V. | 6009 | 400 | N/A |
| 5. | ZABALETA ALVAREZ, ZENAIDA | 160874 | 400 | N/A |
| 6. | ACOSTA DIAZ, XILMA M. | 176183 | 403 | 19884 |
| 7. | ALICEA RIVERA, JOSE | 169481 | 403 | 19927 |
| 8. | ALVAREZ MARTINEZ, KEIRRY DEL CARMEN | 174504 | 403 | 19827 |
| 9. | ANDINO, JOSÉ PÉREZ | 175048 | 403 | 19888 |
| 10. | BURGOS, WILLIAM NARVAEZ | 175054 | 403 | 19891 |
| 11. | COLON CORREA, HERIBERTO | 175966; 178701 | 403; 404 | 19832 |
| 12. | COLON VEGA, IRMA | 139162; 140270 | 403; 437 | 19752; 21054 |
| 13. | COLON, MARTA F. | 175627 | 403 | 19852 |
| 14. | CRISPIN SANTIAGO, MARINA | 176233 | 403 | 20133 |
| 15. | FONTANEZ VAZQUEZ, RAFAEL A. | 174895 | 403 | N/A |
| **Claimants Scheduled for April 25, 2023 10:30 a.m. (AST)** | | | | |
| 1. | GARCIA, ALBA N. | 175486 | 403 | 19883 |
| 2. | HEREDIA ALVAREZ, NELSON | 176410 | 403 | 19825 |
| 3. | HERNANDEZ HERNANDEZ, FELICITA | 176160 | 403 | 19977 |
| 4. | MARRERO BORGES, ANTONIO JUAN | 169726 | 403 | 20288 |
| 5. | MARTINEZ DE JESUS, ELIS | 172218 | 403 | N/A |
| 6. | MAYSONET, JOSE A. | 176316 | 403 | 20062 |
| 7. | MORALES HERNANDEZ, MILAGROS | 175529 | 403 | 19800 |
| 8. | MUNOZ CRUZ, NELIDA | 169432 | 403 | 19877 |
| 9. | ORTIZ OTERO, FREDESVINDA | 176244 | 403 | 19821 |
| 10. | PEREZ LOPEZ, WANDA I. | 175574 | 403 | 20472 |
| 11. | ROSADO COLON, JACQUELINE | 174471 | 403 | 19801 |
| 12. | SANTOS MARTINEZ, GLADYS | 174107 | 403 | 20061 |
| 13. | TORO, ALICIA BENIQUEZ | 175665 | 403 | 19729 |
| 14. | TORRES ORRACA, LILLIAN I. | 176310 | 403 | 19826 |
| 15. | TORRES TORRES, EMERINA | 176046 | 403 | 19878 |

4

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for April 25, 2023 11:30 a.m. (AST) | | | | |
| 1. | VALDEZ PERALTA, CARMEN D. | 174966 | 403 | 19881 |
| 2. | VELAZQUEZ, MARIA ISABEL | 175171 | 403 | 19802 |
| 3. | VELEZ, LETICIA | 176054 | 403 | 19829 |
| 4. | YDRACH VIVONI, MARIA T. | 175538 | 403 | 19753 |
| 5. | SOTO JIMENEZ, IVAN | 170231 | 403 | N/A |
| 6. | BERNAZARD GARCIA, MARIA DEL C. | 177508 | 404 | N/A |
| 7. | CRUZ DAVILA, REGINA | 177215 | 404 | 21236 |
| 8. | DIAZ DE GONZALEZ, DORIS | 176671 | 404 | 21237 |
| 9. | FEBRE SANTIAGO, LOURDES | 178025 | 404 | 22884 |
| 10. | LOPEZ TORRES, WILLIAM | 178015 | 404 | 19824 |
| 11. | MARIN JURADO, ANA HILDA | 179150 | 404 | N/A |
| 12. | MARTINEZ COLE, YAZMIN | 177243 | 404 | 19886 |
| 13. | NIEVES CORREA, ARLEEN J. | 178210 | 404 | 22358 |
| 14. | PENOS, SALVADOR S. RIVERA | 177761 | 404 | 20270 |
| 15. | CARMEN ALICIA SANTIAGO DUCOS | 177513 | 404 | 21238 |

[*Remainder of Page Intentionally Left Blank*]

**Appendix B**

**Claimants Appearing at April 26, 2023 Adjourned Objection Hearing**

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| **Claimants Scheduled for April 26, 2023 9:30 a.m. (AST)** | | | | |
| 1. | DE JESUS, GABRIEL ROSADO | 175048 | 403 | N/A |
| 2. | SANTIAGO ARCE, OLGA | 177932 | 404 | 20121 |
| 3. | SERRANO VAZQUEZ, MARIA | 177092 | 404 | 21234 |
| 4. | VILA SOLANO, SYLVIA | 177099 | 404 | 21235 |
| 5. | CINTRON SERRANO, MARILYN | 16103 | 406 | 19799 |
| 6. | JORGE MARTINEZ GARCIA | 177629 | 412 | 19726 |
| 7. | FELICIANO ROSADO, MARIA IVET | 179662 | 414 | N/A |
| 8. | CARRASQUILLO NIEVES, RAFAEL A. | 15774 | 432 | 20641 |
| 9. | LOPEZ ALVARADO, RAMON A. | 128175; 162758 | 432 | 22896 |
| 10. | VEGA ZAYAS, ALBERTO | 135965; 136952; 140056; 140676 | 437 | 21010 |
| 11. | RAUSCHER, GEORGE & THERESA | 179635 | 439 | 20581 |
| 12. | YOLANDA RIVERA, CARMEN | 31525 | 439 | N/A |
| **Claimants Scheduled for April 26, 2023 10:30 a.m. (AST)** | | | | |
| 1. | ACEVEDO MERCADO, LUZ M. | 104914 | 443 | 20601 |
| 2. | AROCHO VIDAL, IRMA IRIS | 151713 | 443 | N/A |
| 3. | RIVAS, IVETTE DE JESUS | 90011 | 443 | N/A |
| 4. | SANCHEZ, ROSA MARGARITA | 80168 | 443 | N/A |
| 5. | TENORIO GONZALEZ, EVANGELINA | 125306 | 443 | N/A |
| 6. | MIRIAM SANCHEZ LEBRON | 17433 | 448 | 20646 |
| 7. | ORTIZ ROMERO, PEDRO | 31895 | 453 | N/A |
| 8. | RENTAS CRUZ, BENIVETTE | 84345-1 | 453 | 21595 |
| 9. | ALAMO CUEVAS, JOSE M. | 147357 | 460 | N/A |
| 10. | SANCHEZ LEBRON, MIRIAM | 17230; 173831 | 465 | 21075 |
| 11. | AROCHO RIVERA, HERIBERTO | 169996 | 475 | N/A |
| 12. | MORALES PAGAN, JEREMY | 122217-2 | 475 | 21691 |
| 13. | MORENO SOTO, AURELIO | 67535 | 476 | 21799 |
| 14. | ALICEA RODRIGUEZ, HELIODORA | 104126 | 484 | 22600 |

6

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| **Claimants Scheduled for April 26, 2023 11:30 a.m. (AST)** | | | | |
| 1. | COLON RAMOS, ASUNCION | 26149 | 514 | 22652 |
| 2. | DAVILA PEREZ, JUAN L | 18345 | 514 | 22654 |
| 3. | MAYSONET MARTINEZ, NELSON | 18312 | 514 | 22651 |
| 4. | RAMOS VASQUEZ, GERARDO J. | 29276 | 514 | 22656 |
| 5. | RODRIGUEZ SANCHEZ, ARNOLD | 26848 | 514 | 22655 |
| 6. | SANTINI RIVERA, RAUL | 24826 | 514 | 22657 |
| 7. | TORRES BERRIOS, MYRTELINA | 28933 | 514 | 22653 |
| 8. | MALDONADO REYES, VILMA | 12237 | 518 | N/A |
| 9. | RIVERA CUEVAS, LUZ ESTHER | 14673 | 522 | 23299 |
| 10. | MARQUEZ GUZMAN, EFRAIN | 7743 | 537 | 22852 |
| 11. | PEREZ RODRIGUEZ, MARIA V. | 16333 | 538 | 22853 |
| 12. | RIVERA SALERNA, LILLIAM L. | 152871 | 557 | N/A |
| 13. | ASTACIO PAGAN, CARMEN | 111964 | 557 | N/A |

[*Remainder of Page Intentionally Left Blank*]

7

| | |
|---|---|
| Dated: April 11, 2023<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Brian S. Rosen*<br>Martin J. Bienenstock<br>Brian S. Rosen<br>Laura Stafford<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>         brosen@proskauer.com<br>         ebarak@proskauer.com<br>         ppossinger@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla Carcía-Benítez<br>USDC No. 203708<br>Hermann D. Bauer<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: Hermann.bauer@oneillborges.com<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |