# EXHIBIT A

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Alamo Cuevas, Jose M. | 147357 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 | 138930 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | | | | | |
| Reason: | Duplicate liability filed against Debtor Commonwealth of Puerto Rico. | | | | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| Alamo Cuevas, Jose M. | 147357 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 *[handwritten: 96,000.00]* | 138930 | 6/29/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 *[handwritten: 96,000.00]* |
| Tratamiento: | Reclamo a ser desestimado | | | | | | | |
| Reason: | Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. | | | | | | | |

*[Handwritten note: El aumento o aumentos no fueron otorgados.]*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*[Stamp: Received JUL 11 2022 Kroll Restructuring Administration]*

*[Barcode: 990123401147273]*

***Cust PR 1845 SRF 61586 PackID: 5 MMLID: 1904157-P SVC: 460th Omni
Alamo Cuevas, Jose M.
Urb. Villa Del Rey 4ta Sec.
Calle 5 4L10
Caguas PR 00725

Jose M. Alonso
Villa del Rey 3rta Sec.
calle 5 #L10
Caguas, P.R. 00727

SAN JUAN PR 009
5 JUL 2022 PM 1 L



Received
JUL 11 2022
Kroll Restructuring Administration

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10163-485050