# EXHIBIT A-1

| | | |
|---|---|---|
| **Office of Legal Affairs Complaint Filing** | [Emblem] COMMONWEALTH OF PUERTO RICO<br><br>**ADMINISTRATIVE OFFICE OF THE COURTS**<br><br>Commonwealth of Puerto Rico **Administrative Office of the Courts** Telephone Nos.: 787-641-6600<br><br>**Virtual Courts 1-877-759-1888 / 787-759-1888** www.ramajudicial.pr<br><br>For more information, please call the Judicial Center closest to your residence.<br><br>**Aguadilla** 787-891-5555<br><br>**Aibonito** 787-735-8549/7201<br><br>**Arecibo** 787-878-7530<br><br>**Bayamón** 787-785-3300<br><br>**Caguas** 787-746-5775<br><br>**Carolina** 787-752-6900<br><br>**Fajardo** 787-655-0620<br><br>**Guayama** 787-686-2000<br><br>**Humacao** 787-656-0010<br><br>**Mayagüez** 787-652-5555<br><br>**Ponce** 787-841-1510/0090<br><br>**San Juan** 787-641-6363<br><br>**Utuado** 787-894-2525/2476 | **Office of Legal Affairs Complaint Filing**<br><br>[Stamp: Received – JUN 01, 2022 – Illegible – Kroll Restructuring Administration] |
| Reproduced by the Press and Community Relations Office and the Courts Administration Press Office. Rev. 2010 | [Emblem: The Judiciary of Puerto Rico – Justice above all]. | The Judiciary of Puerto Rico – Justice above all<br><br>[Barcode: 990123401147080]. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| [Emblem] COMMONWEALTH OF PUERTO RICO COURTS ADMINISTRATION OFFICE | **Office of Legal Affairs Complaint Filing** | **Notification of results** |
|---|---|---|
| | **Contents of the complaint** | The Office of Legal Affairs shall notify the citizen filing the complaint of any decision that is taken as a result of the investigation with regard to the complaint filed. |

**Office of Legal Affairs
Complaint Filing**

**Contents of the complaint**

- It must be filed in writing

- It must indicate the name of the Judiciary official or judge against whom the complaint is filed; the court or unit in which they serve or in which it is alleged that the facts occurred; and if this information is not known, sufficient information to allow identifying them must be provided.

- It must briefly state the facts on which the complaint is based and indicate the name of any witness and/or documents supporting the complaint.

- It must be filed under oath.

**Filing the complaint**

- In person

If the complaint is filed in person, it must be sworn. Otherwise, this must be done before an attorney from our office.

*Oficina de Asuntos Legales
677 Calle César González, Piso 8
Río Pedras, Puerto Rico, 00919*

- By mail

If the complaint is sent by mail, it must be sworn to before a notary public through an affidavit.

*Oficina de Administración de los Tribunales
Oficina de Asuntos Legales
PO Box 190917
San Juan, Puerto Rico 00919-0917*

**General Information**

Any citizen interested in investigating the conduct of an official of the Judiciary, a Trial Court or Appellate Court judge, for conduct contrary to the ethics and the public service procedures, may file a complaint to this effect.

**Complaints against officials of the Judiciary and Judges**

Any complaint against any official of the Judiciary, a Trial Court or Appellate Court judge, may be filed at the Office of Legal Affairs of the Courts Administration Office.

**Notification of results**

The Office of Legal Affairs shall notify the citizen filing the complaint of any decision that is taken as a result of the investigation with regard to the complaint filed.

**Guidance**

All processes related to complaints filed in the Office of Legal Affairs are confidential.

Any person interested in receiving guidance regarding the complaints filing procedure may go to the Administrative Judge of their Judicial Region.

The attorneys of the Office of Legal Affairs shall offer citizens all guidance needed regarding the complaints filing procedure.

*Oficina de Administración de los Tribunales
Oficina de Asuntos Legales*

*787-641-6600 Ext. 5806*

[www.ramajudicial.pr](http://www.ramajudicial.pr)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**MAYAGÜEZ JUDICIAL CENTER**
**SUPERIOR COURT**

| | |
|---|---|
| Maira Ivet Feliciano Rosado<br>**Claimant**<br><br>Vs<br><br>Aníbal Rodríguez García<br>**Defendant** | Civil Case No.: **ISRF200601755**<br><br><br>In re: **DIVORCE (TC)** |

**CHILD SUPPORT REPORT**
**RECOMMENDATION FOR CHILD SUPPORT ORDER**
**BY STIPULATION**

At the hearing to set child support held on November 13, 2006, the claimant appeared in person and represented by Julio E. Vargas Rosa, Esq. The defendant appeared in person and represented by María del Pilar Vazquéz Muñiz, Esq.

Pursuant to Article 14 of the Special Child Support Act, Act No. 86 on August 17, 1994, 8 LPRA 513, the stipulation submitted is hereby approved, setting the monthly amount of $419.00 to Mr. Aníbal Rodríguez García, at the biweekly rate of $209.50 in child support for the benefit of a 1-year-old child, effective November 15, 2006, paid through the Administration for Child Support Enforcement (ASUME), until otherwise ordered by the Court. It is not through an income withholding order.

The mother is to provide a private medical plan for the benefit of the child.

The retroactive payment was stipulated at $269.00 to be paid by Mr. Rodríguez in 4 biweekly payments of $67.50, beginning on November 15, 2006 through ASUME.

**To be served.**

In Mayagüez, Puerto Rico, on November _16_, 2006.


[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

[Signature]
**Lynette Barnecett Minguela, Esq.**
Child Support Hearing Officer

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| FECHA / DATE | NOV 18, 2006 | | | CHEQUE # / CHECK # | 09515910 |

| CASO CASE | SEGURO SOCIAL SOC. SEC. NO. | NOMBRE / NAME | ORDEN ORDER | FUENTE SOURCE | CANTIDAD AMOUNT |
|---|---|---|---|---|---|
| 0411528 | ███-5495 | RODRIGUEZ, ANIBAL | ZSRF2006-017 | RP | $277.00 |

[Commonwealth of Puerto Rico]

DIRECT DEPOSIT. THE QUICKEST AND SAFEST WAY TO RECEIVE CHILD SUPPORT. FOR INFORMATION, PLEASE CALL ASUME DURING BUSINESS HOURS AT 1-888-711-0011.

| FECHA / DATE | DEC 05, 2006 | | | CHEQUE # / CHECK # | 09523285 |

| CASO CASE | SEGURO SOCIAL SOC. SEC. NO. | NOMBRE / NAME | ORDEN ORDER | FUENTE SOURCE | CANTIDAD AMOUNT |
|---|---|---|---|---|---|
| 0411528 | ███-5495 | RODRIGUEZ, ANIBAL | ZSRF2006-017 | RP | $277.00 |

[Commonwealth of Puerto Rico]

DIRECT DEPOSIT. THE QUICKEST AND SAFEST WAY TO RECEIVE CHILD SUPPORT. FOR INFORMATION, PLEASE CALL ASUME DURING BUSINESS HOURS AT 1-888-711-0011.

| FECHA / DATE | DEC 18, 2006 | | | CHEQUE # / CHECK # | 09531916 |

| CASO CASE | SEGURO SOCIAL SOC. SEC. NO. | NOMBRE / NAME | ORDEN ORDER | FUENTE SOURCE | CANTIDAD AMOUNT |
|---|---|---|---|---|---|
| 0411528 | ███-5495 | RODRIGUEZ, ANIBAL | ZSRF2006-017 | RP | $544.50 |

[Commonwealth of Puerto Rico]

DIRECT DEPOSIT. THE QUICKEST AND SAFEST WAY TO RECEIVE CHILD SUPPORT. FOR INFORMATION, PLEASE CALL ASUME DURING BUSINESS HOURS AT 1-888-711-0011.

**3**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibits 2
(G)

Page: 1   Document Name: untitled

| [Illegible] | INDEX OF CHECKS-TRANSFERS TO THE PARTICIPANT | DATE  04/07/08 |
|---|---|---|

USER SM1673          50                                                      TIME: 17:54

DISPLAY MODE                    PARTICIPANT NO. 0001753309          PAGE 001

** SENSITIVE INFORMATION **

LAST NAME/FIRST NAME     FELICIANO ROSADO MAYRA    #SS ████ 4977  DOB ████ 1969

| S   NAME OF CHECK/TRANS RECIPIENT | NUMBER CHECK/TRANS | AMOUNT CHECK/TRANS | STAT | DATE |
|---|---|---|---|---|
| FELICIANO ROSADO, MAYRA | 3584 | 209.50 | TE | 02/15/08 |
| FELICIANO ROSADO, MAYRA | 1517 | 836.00 | TE | 02/08/08 |
| FELICIANO ROSADO, MAYRA | 3016 | 1,257.00 | TE | 01/16/08 |
| FELICIANO ROSADO, MAYRA | 3614 | 429.00 | TE | 12/10/07 |
| FELICIANO ROSADO, MAYRA | 3420 | 209.50 | TE | 11/20/07 |
| FELICIANO ROSADO, MAYRA | 7484 | 209.50 | TE | 10/16/07 |
| FELICIANO ROSADO, MAYRA | 1399 | 209.50 | TE | 10/01/07 |
| FELICIANO ROSADO, MAYRA | 4775 | 209.50 | TE | 07/03/07 |
| FELICIANO ROSADO, MAYRA | 3484 | 209.50 | TE | 06/18/07 |
| FELICIANO ROSADO, MAYRA | 4520 | 209.50 | TE | 06/01/07 |
| FELICIANO ROSADO, MAYRA | 6452 | 209.50 | TE | 05/15/07 |
| FELICIANO ROSADO, MAYRA | 4803 | 208.50 | TE | 05/03/07 |

MORE....

NEXT PAGE=> CH1

Date: 07/04/2008  Time: 6:40:30 PM

Exhibits

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
Trial Court
Mayagüez Judicial Center
Family and Juvenile Matters
Courtroom 301

| | |
|---|---|
| Aníbal Rodríguez García<br>Claimant<br>Vs.<br>Maira I. Feliciano Rosado<br>Defendant | Case No.: ISRF200601752<br><br>Re: **Civil Contempt** |

## Ruling and Order

**Whereas:** On September 07, 2011, a hearing was held on contempt, corroborating that Maira I. Feliciano Rosado *did not comply with the established parenting time as established and agreed-upon in this case and pursuant to other orders issued*.

**Whereas:** Such conduct has adversely affected the judicial process, which has also been detrimental to the child's well-being and interest.

**Whereas:** The Court finds said citizen in Civil Contempt and sentences her to:

<u>Serve a 90 days' sentence</u>, at a rate of three weekly hours of service to the Clara Lair Program, which is located on the first floor of this Judicial Center. Note is taken that the defendant works until 3:00 p.m., therefore she is authorized to serve the three hours at a rate of one and a half hours on two days during the week. She must coordinate to serve the hours while the child is with his father. The Clara Lair Program shall provide written documentation of the defendant's attendance. **The defendant is warned that should she not comply, without proving just cause or having made up the weekly hours, her arrest and imprisonment shall be ordered in order to complete the rest of her term in prison.**

The rulings on parenting time authorized for Tuesdays and Thursdays, and alternate weekends, are kept. However, it is concluded that the claimant was unjustifiably deprived of parenting time during the months of March, April and May 2011, which totals the 90 days to which the Court sentences the defendant.

**Mr. Aníbal Rodríguez García is ordered and authorized** to have parenting time with his child from tomorrow September 08, 2011, for the **period of 90 consecutive days, i.e., September, October and November,** on **all Tuesdays and Thursdays**, and also **all weekends within said period**, to compensate for the time that he could not be with his son, in the time after his leave from work; **parenting time shall not be alternate**.

5

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Once said term has passed, the parenting time schedule put in place by the August 05, 2011 and February 02, 2011 Rulings, including parenting time on holidays and birthdays, shall remain in full force and effect. Mr. Rodríguez García shall be responsible for complying with health care, appointments, medical treatments, tutoring, assignments, etc. Under no circumstances shall the defendant be relieved from complying with the established parenting time schedule. Any emergency or unforeseen situation should be reported to the Mayagüez police station, which is the pick-up and drop-off point for weekends.

On weekdays when the child is in school or attending therapy services, the Dad will pick the child up at the school or therapy services center that is properly coordinated.

The **defendant is ordered** to comply with the parenting time and the civil contempt sentence imposed, **under penalty of contempt and imprisonment**. She must punctually comply with the child's drop-off and pick-up schedule.

**A Follow-up Hearing is scheduled** for **December 14, 2011 at 8:30 a.m**. to review compliance with the civil contempt sentence and to ensure compliance with parenting time.

No change in services, change in the drop-off or pick-up place or any unilateral decision of one of the parties regarding the child shall be allowed.

To be filed and served.

Entered during a public hearing of this Court in Mayagüez, Puerto Rico on September 07, 2011, and executed in writing on December 02, 2011.

[Signature]
Lynette Ortiz Martínez
Appointed Superior Court Judge

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

**6**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
COURT OF MAYAGÜEZ
COURTROOM 301

RODRÍGUEZ GARCÍA, ANÍBAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -        CASE NO. ISRF200601752
CLAIMANT                                    REGARDING: IRREMEDIABLE
                                                                           BREAKDOWN
VS
FELICIANO ROSADO, MAYRA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEFENDANT
TO:    MAYRA FELICIANO ROSADO

PO BOX 379
AGUADILLA PR 00605-0379


NOTICE

I CERTIFY:    THAT ON DECEMBER 02, 2011, THE COURT ISSUED THE ATTACHED RULING
AND ORDER.

I FURTHER CERTIFY THAT I MAILED A COPY OF THIS NOTICE ON THIS DATE TO THE
FOLLOWING PERSONS AT THE ADDRESSES INDICATED, HAVING FILED A COPY OF THIS
NOTICE IN THE CASE RECORDS ON THIS SAME DATE.

OLGA LONGORIA VÉLEZ, ESQ. - 149 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680
ÁNGEL GARCÍA TROCHE, ESQ. - PO BOX 4388
MAYAGÜEZ PR 00681
JAVIER SEPÚLVEDA RIVERA, ESQ. - PO BOX 3207
MAYAGÜEZ PR 00681-3207


MAYAGUEZ, PUERTO RICO, ON DECEMBER 02, 2011.

NORMA G. SANTANA IRIZARRY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
[Stamp: COMMONWEALTH OF              CLERK
PUERTO RICO – GENERAL
COURT OF JUSTICE – TRIAL        [Signature]
COURT – SUPERIOR COURT OF     BY: ROSA REYES LAGUER
MAYAGÜEZ]                            - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                      DEPUTY COURT CLERK I


OAT 750-NOTICE OF RULINGS AND ORDERS
VIRTUAL COURTS: (787)759-1888/ISLAND, TOLL FREE (787)1-877-759-1888

7

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE MAYAGÜEZ
PO BOX 1210
MAYAGÜEZ PR 00681-1210

## CONFIDENTIAL

00605$0379

8

Exhibits
[Exhibits]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
Trial Court
Family and Juvenile Social Unit
Region of Mayagüez


**COVER SHEET**


TO          :       Mayra Feliciano Rosado
                    Family and Juvenile



FROM        :       *Janette Vidro Báez*
                    Social Worker Supervisor
                    Family and Juvenile Social Unit



SUBJECT     :       HAND-DELIVERED DOCUMENTS
                    CIVIL CASE NO.: ISRF 2006 01752

DATE        :       January 17, 2012


(  )     February 11, 2011 Minutes

(  )     August 05, 2011 Minutes

(  )     December 02, 2011 Minutes-Ruling


REMARKS: <u>The aforementioned documents regarding Court Minutes are hand delivered.</u>


Received by:  _____[Signature]_____         *Date 01/17/2012*


<u>Date 01/17/2012</u>


*Minutes*
*Filed*
*Sept 07, 2011*

                                                                        *86*


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO
TRIAL COURT
MAYAGÜEZ JUDICIAL CENTER
FAMILY COURT 301**

**ANÍBAL RODRÍGUEZ GARCÍA**
Claimant

**CIVIL CASE NO. ISRF200601752**

**VS.**

**RE:**

**MAIRA IVET FELICIANO ROSADO**
Defendant

**CIVIL CONTEMPT**

---

# RULING AND ORDER

**WHEREAS:**    A Hearing was held on this date, December 14, 2011, for the defendant, **Maira Ivet Feliciano Rosado**, to show cause why she should not be ordered confined to a correctional institution for alleged repeated non-compliance with the established parenting time, among other matters related to the child L.A.R.F., and order the enforcement of the civil contempt issued on September 07, 2011 by order for imprisonment. This Court had ordered Ms. Feliciano Rosado to complete ninety (90) days of community service at the Clara Lair Program, located at the Municipal Hall of this Judicial Center. The Clara Lair Program officials, through the testimony of the social worker and mediator, Ms. Diani Pérez Pabón, certified that the defendant completed **9 hours and 22 minutes**. Ms. Maira Ivet Feliciano Rosado stated the reasons for her non-compliance under oath. Ms. Feliciano Rosado also failed to comply with the requirements of the Court for this hearing, since the presence of the child L.A.R.F. and the resumption of parenting time for the weekend of December 02, 2011, was required. Likewise, the defendant moved her residence to the Municipality of Aguadilla, changed the child's school and changed the therapeutic services provided to the child, without prior authorization from the Court, as ordered.

**WHEREAS:**    The Court has been convinced of the repeated non-compliance of the defendant, **Maira Ivet Feliciano Rosado**, with the Court's orders. As a custodial parent, she has unilaterally deprived Mr. Aníbal Rodríguez García of having parenting time with his son. Her behavior in the courtroom and her obstinate and defiant behavior denote and dispassionately convince us that she is not capable of making decisions that would benefit her personal and professional growth and, therefore, the best welfare of her minor child. Ms. Maira Ivet Feliciano Rosado failed to take advantage of the opportunity to serve the Clara Lair Program and benefit, as a legal expert and future aspiring lawyer, from this enriching experience.

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

9

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ISRF200601752
Page 2

| | |
|---|---|
| **WHEREAS:** | **The Court converts the term of the civil contempt decreed on September 07, 2011 to <u>THIRTY (30) DAYS</u> of confinement to the Women's Correctional Institution in Vega Alta, a term to be served consecutively and immediately.** |

Provisional custody of the child L.A.R.F. is granted to the biological father, Mr. Aníbal Rodríguez García. The maternal family members are ordered to proceed with the delivery of personal belongings, documents, medical and school equipment to Mr. Rodríguez García. The child's father is authorized to pick him up this afternoon at the school he attends, and a telephonic order is issued to that effect. It is prohibited to remove the child from the jurisdiction of Puerto Rico without the Court's authorization. The mother's parenting time shall be supervised, if requested, and shall be held in the Social Unit on the 4th floor of this Judicial Center, following coordination for this purpose. Provisional custody of the child shall be extended until **the FOLLOW-UP HEARING TO CORROBORATE COMPLIANCE WITH THE CIVIL CONTEMPT scheduled for <u>February 01, 2012 at 10:00 a.m.</u>**

The request for transfer of the case is pending.

**A psychological and/or psychiatric assessment of Ms. Maira Ivet Feliciano Rosado, through the Corrections Administration, is hereby ordered and the findings must be sent directly to the attention of the presiding judge.**

A copy of the Minutes-Ruling and of this Ruling and Order is ordered to be served on the parties, attorneys and to the Supreme Court of Puerto Rico, Board of Hearing officers for Applicants to the Practice of Law.

**TO BE FILED AND SERVED.**

Issued in Mayagüez, Puerto Rico on December 14, 2011.


[Signature]
**LYNETTE ORTIZ MARTÍNEZ**
**APPOINTED SUPERIOR COURT JUDGE**


[Stamp: COMMONWEALTH OF PUERTO RICO –
GENERAL COURT OF JUSTICE – TRIAL COURT
– SUPERIOR COURT OF MAYAGÜEZ]

**10**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
COURT OF MAYAGÜEZ
COURTROOM 301

RODRÍGUEZ GARCÍA, ANÍBAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -          CASE NO. ISRF200601752
              CLAIMANT                                    RE:    IRREMEDIABLE BREAKDOWN
                  VS
FELICIANO ROSADO, MAYRA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
              DEFENDANT
TO:     NORMA B PÉREZ MUÑIZ, ESQ.
         PO BOX  417

         DORADO  PR  00646


                                    NOTICE


I HEREBY CERTIFY; THAT ON DECEMBER 14, 2011, THE COURT ISSUED THE ENCLOSED RULING
AND ORDER.

I FURTHER CERTIFY THAT I HAVE MAILED A COPY OF THIS NOTICE TO THE FOLLOWING PERSONS
AT THE ADDRESSES INDICATED ON THIS DATE AND A COPY OF THIS NOTICE IS FILED IN THE CASE
RECORDS ON THE SAME DATE.

ANÍBAL RODRÍGUEZ GARCÍA -
P O BOX 6067 MAYAGÜEZ PR 00681
OLGA LONGORIA VÉLEZ, ESQ. - 149 ENRIQUE VÁZQUEZ BAEZ
MAYAGÜEZ PR 00680
MAYRA FELICIANO ROSADO - BO MANÍ
154 CALLE ELENA SEGARRA MAYAGÜEZ PR 00680
STEPHANIE CABRERA HERNÁNDEZ, ESQ. - PO BOX 6763
MAYAGÜEZ PR 00681-6763
ALGUACILES TRIBUNAL DE MAYAGÜEZ - UNIDAD DE CONFINADOS
PO BOX 1210 MAYAGÜEZ PR 00681-1210
ADMINISTRACIÓN DE CORRECCIÓN VEGA ALTA -
PO BOX 1079 VEGA ALTA PR 00692
JUNTA EXAMINADORA DE ASPIRANTES AL - COMISIÓN DE REPUTACIÓN
PO BOX 9022392 SAN JUAN PR 00902-2392

MAYAGÜEZ, PUERTO RICO, ON DECEMBER 14, 2011.

                                    NORMA G. SANTANA IRIZARRY
                                    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
[Stamp: COMMONWEALTH OF                      CLERK
PUERTO RICO – GENERAL
COURT OF JUSTICE – TRIAL        [Signature]
COURT – SUPERIOR COURT OF       BY: ROSA REYES LAGUER
MAYAGÜEZ]                        - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                    DEPUTY COURT CLERK I                    **11**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*





12

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andrea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**GENERAL COURT OF JUSTICE**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**
**COURTROOM 301**

| | |
|---|---|
| **Aníbal Rodríguez García** <br> Claimant <br><br> Vs. <br><br> **Mayra Feliciano Rosado** <br> Defendant | Civil Case No.: **ISRF200601752** <br><br><br> Regarding: **Divorce-Irremediable Breakdown** |

## MINUTES-ORDER

The above case was called for a **Follow-up Contempt Hearing**, and the claimant appears represented by **Olga Longoria Vélez, Esq.**. The defendant appears, but not her legal representative, **Norma B. Pérez Muñiz, Esq**. Present is **Stephanie Cabrera Hernández, Esq.** and SW-Diany Pérez Pabón on behalf of the Clara Lair Program.

The magistrate notes that an Informational Motion and Motion Requesting an Order pending before the Court, filed on December 08, 2011, are joined. Furthermore, the Transfer Request submitted by Norma Pérez Muñiz, Esq. per Hon. Judge María I. Negrón García, was Dismissed. Therefore, in the case records there is a Certification of Notice via Telephone where the Deputy Clerk indicates that, yesterday December 13, 2011 the order of dismissal of the suspension, was served to all the parties. In addition, it appears that upon notifying Ms. Pérez Muñiz at her telephone number (787) 225-0298 at 11:47 am, the lawyer indicated that she was not ignoring the judge's order but shall not attend since she has a case in Bayamón.

Upon inquiry by the Court, the Bailiff informs that Noma Pérez Muñiz, Esq. has not appeared, nor communicated to excuse her non-appearance.

The lawyer informs that in the case records there is a motion filed by the defendant on her own behalf, wherein she alleges that she moved to the town of Aguadilla and requests the case's transfer. However, although it is certified that she was served with a copy of it, she was never served with said motion, and her address is the same. She did not respond to this motion because, to date, she has not been served a copy. She only saw it when she examined the case file this morning.

On September 07, 2011, a hearing was held, the parties were present, and the defendant was duly represented by two attorneys. After hearing the evidence on the merits, the Court found the defendant in contempt. That same day in open court a Ruling was issued and set in writing, imposing 90 days of community service in the Clara Lair Program and she was not imprisoned. The defendant was warned that if she failed to comply with the 90 days and the three hours per week schedule at her discretion, she would be imprisoned. Subsequently, several orders were issued, among them the hearing scheduled for today with an order to the defendant to bring the child for the hearing. The defendant failed to comply with said order and other orders.

She was not served with the motions filed by Stephanie Cabrera, Esq., on behalf of the Clara Lair Program, due to understanding that her obligation was to notify the Court of the non-compliance with the contempt judgment. There are three motions by said lawyer reiterating the non-compliance and requesting relief from the Court. She understands that the testimony today shall concern the non-compliance with the Civil Contempt regarding the Community Service imposed for 90 days, in addition to the repeated non-compliance with the orders regarding the visitation time. The immediate imprisonment of the defendant and the surrender of custody of the child to the claimant is requested

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

for his protection.

Below is a breakdown and report of the interlocutory incidents in the case, and the defendant's non-compliance with the orders on parenting time and the Ruling issued regarding the civil contempt:

I.   On October 20, 2011, the first writ of contempt was filed, advising that, by virtue of the September 07, 2011 ruling, the defendant failed to comply with the parenting time for a term of 90 days, on Tuesdays and Thursdays, in addition to all weekends. The defendant failed to comply with the parenting time schedule on the weekend of September 30. Her client went to the police station at 3:00 pm and then 6:00 pm but they did not appear for the child's drop-off. On the weekend of October 14 to 16 and September 20 to October 02, the parenting time schedule was not complied with.

II.   On November 08, 2011, another motion for contempt was filed. It was reported that the defendant failed to comply with the parenting time over October 25 and 27, the weekend of October 28 to 31 and November 03. On November 04, the claimant went to the police station and the defendant advised that she would not drop the child off.

III.   On November 17, 2011, a third motion for contempt was filed. It was reported that the defendant failed to comply with parenting time over the weekend of November 04 to 06, November 08 and 10, 2011. On November 15, the claimant went to the police station and the defendant called the police station and advised that she would not drop the child off, alleging that her car was damaged.

In view of the repeated non-compliance with the parenting time, it is deemed that the first part of the Ruling issued on September 07, 2011, was not complied with and there is not a single motion from the defendant denying the facts. The second part of the Ruling is regarding the civil contempt. The defendant failed to comply with the community service that she was ordered to perform for the term of 90 days for three hours per week. She is ready to submit evidence in this regard.

By order of the Court, the litigants, Stephanie Cabrera Hernández, Esq. and SW-Diany Pérez Pabón are sworn in, the attorney is placed under the Rules of the Court and the testimony of the SW is heard.

The documentary evidence submitted by the **Claimant** consisted of:

<u>**EX 1**</u>: Original, Certification of Mayra Feliciano Rosado's Hours at the Clara Lair Program, signed by SW-Diany Pérez Pabón, consisting of 1 sheet.
<u>**EX 2**</u>: Copy, Medical Certificate (in English), signed by Dr. Luis T. Boothby and dated September 26, 2011, consisting of 1 sheet.
<u>**EX 3**</u>: Original, Confidentiality Agreement (Community Service), unsigned, dated September 16, 2011, consisting of 1 sheet.
<u>**EX 4**</u>: Certified Copy, PPR Incident Report, dated November 18, 2011, consisting of 2 sheets.
<u>**EX 5**</u>: Certified Copy, PPR Incident Report, dated October 28, 2011, consisting of 2 sheets.

The magistrate states that a hearing was held on September 07, 2011. The Court, by means of a telephonic order, advanced the provisions of said hearing to the officials of the Clara Lair Program, indicating that the defendant should appear in person to arrange the manner in which she would comply with the Court's order. It was deemed pertinent to advise of the contents of the ruling and judgment, given the confidentiality of the services offered in said program. At that hearing, the presiding judge deemed that it would be an opportunity for the defendant to take advantage of this experience.

**14**

The Court heard the testimony of **SW-Diany Pérez Pabón**, who is a Social Worker and Legal Mediator at the Clara Lair Home located within the facilities of this Judicial Center in the Municipal Court. She is not located in the Program's Shelter. The office hours are from 8:00 am to 5:00 pm. Upon the defendant becoming aware of the judgment of civil contempt issued at the September 07 hearing, the presiding magistrate called the office and announced the judgment where the term of the sentence of 90 days and the three hours per week to serve the community service imposed were given. The Program Director was contacted to notify her of the judgment, and she indicated that she had no objection to reaching said agreement.

On September 08, the defendant presented herself at the Program's office at 4:20 p.m., indicated that she had been sentenced to community service, and was given a brief orientation due to the time of day. On September 16, she returned to the office and was assisted and informed about the program protocol and full orientation of the services provided in the office, and she also signed a confidentiality document. The defendant has completed a total of 9 hours and 22 minutes of community service to date. She did not comply with the three weekly hours ordered, since she appeared on September 16, September 27 and October 13. The reasons for her subsequent failure to appear are unknown. The defendant expressed inconveniences in the child's drop-off, her and her child's illness and her work. On October 13, she brought a medical certificate for the child, which shows that he was ordered to rest. The defendant did not return to the office to continue with the community service ordered, nor did she take any steps to make up for the hours not worked per week. She would owe days to complete the 90 days to which she was sentenced. The defendant was respectful and cordial to her person. She states that Stephanie Cabrera, Esq. was appointed by the judge to supervise the defendant in the judgment issued.

She notes that it appears from the judgment issued on September 07, 2011, that the 90 days implied that, during said period, the claimant would have the child under his supervision during working hours and would be with the child during said term. The claimant would be responsible for taking the child to his therapy sessions, picking him up from school, studying with him, etc. He would be responsible for all of the child's affairs while the defendant fulfilled her three hours of community service per week. She deems that there was no impediment for the defendant to comply with the judgment issued.

Upon conclusion of the testimony of SW-Diany Pérez Pabón, she excused herself from the witness booth. A brief recess in the case was ordered.

**The case was called again**, the above-mentioned were present.

The lawyer called her next witness, Stephanie Cabrera Hernández, Esq.

The testimony of **Stephanie Cabrera Hernández, Esq.** was heard. She is an attorney with a collaborative agreement between the Clara Lair Program and the FDEMH-Domestic Violence Unit of Mayagüez, proposed by the Women's Advocate, and shares the same office with SW-Diany Pérez within the facilities of this Judicial Center at the Municipal Court. Her functions are to legally represent victims of domestic violence, provide emotional support and counseling in conjunction with the SW.

She knows the defendant since she is a graduate of the institution where they both studied law. On one occasion, she provided her legal representation and by the order of the Court issued in the judgment of September 07, 2011 she was assigned to supervise the community service ordered for 90 days to be served at a rate of three hours per week.

She received a telephone call from the presiding judge on September 07 regarding the judgment issued. On September 08, the defendant went to the office and was given guidance since she expressed the reasons why she could not comply with the order. The judge was called to inform her, and alternatives were sought so that she could comply with the sentence and take advantage of the opportunity provided. To date, the defendant has not complied with the 90-day sentence imposed.

**15**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

She refused to sign any document such as the Confidentiality Agreement, nor did she offer community service for her supervision. She alleges that she refused because it was a University document and was not willing to accept anything from said institution and that this was not discussed at the hearing. The Confidentiality document is required by the University as she is an attorney and deals with confidential matters and information. Said confidentiality document was prepared by her and approved by Atty. Rodríguez Sierra-Dean of the Institution and his Assistant. She only went to Clara Clair on two days that she was there and saw her. On the day of the orientation the time was not completed due to an alleged discrepancy. According to the SW, the defendant covered only 9 hours and 22 minutes of work and did not return to the office. She only saw her in the office on two occasions. The defendant is a graduate of the University and a Counselor and works at the Mayagüez Higher Vocational School.

She filed motions as an attorney representing the Clara Lair Home and another one jointly with SW-Diany. There were a total of three pleadings requesting the Court's Assistance due to the defendant's repeated non-compliance, the hostile work environment created by the defendant with a defiant attitude when she was in the office and before her arrival. Her attitude towards clients who were victims of abuse was uncomfortable. She did not comply with the agreed time for her arrival, in light of her absence and the heavy burden of delegating a responsibility for her to comply with the judgment issued. The defendant expressed to SW-Diany that she could not comply for religious reasons, for her and her child's health, among other reasons. Regarding the religious reason, the defendant indicated that she is an Adventist and could not work on Fridays or Saturdays. Furthermore, that she could not work on Tuesdays or Thursdays due to the child's appointments. She showed religious reason documentation to the SW. She is aware of the judgment issued and that the defendant could serve her three hours at her comfort and convenience. Furthermore, in conversations with the magistrate, instructions were given regarding the community service ordered. She understands that there is no excuse from complying since the child would be with his father and he himself would attend to all the child's affairs. 9 hours and 22 minutes of community service worked were certified. However, the issued sentence was not complied with due to non-compliance of the defendant.

The Court takes judicial notice of the pleadings filed by Stephanie Cabrera, Esq. and SW-Diany Pérez.

The lawyer informs that her client is present to testify about what was reported in the pleadings filed and the Certified Police Complaints where it is clear that the defendant did not comply with the orders issued on September 07, 2011 regarding the visitation time. She did not take the child to the Police Station for parenting time. The defendant failed to comply with the Ruling and Order issued on September 07 and executed in writing on December 02. Her client was not with the child during the period ordered. She states that the defendant was ordered to bring the child for today's hearing, and she did not do so either. Her non-compliances are repeated.

The Court heard the testimony of the defendant, **Ms. Mayra Feliciano Rosado**. She stated that she did not bring the child because he had his birthday that day, she took him to school and would give him his present that afternoon. She stated that she did not receive the notices from the Court, and when she received the notices via telephone, she was never instructed to bring the child for today's hearing.

Regarding the orders and judgment from the September 07 hearing, she expressed that she has done her best to comply with them, with the community service, the drop-off and pick-up of the child at the police station. Although she was present, she does not remember the decisions. The times she did not comply with were because the child had been sick or because of mishaps that she communicated to the father. With regard to the religious belief, she informed the Court of the difficulty in serving the hours. When dropping the child off to the police station she arrived after 4:20 p.m. and could not serve the full hour. For such reason, she filed her Affidavit regarding the working schedule being to her disadvantage and requested that the Program allow her to do the hours on Sundays at the Home. She does not use religion as an excuse for non-compliance.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**16**

She acknowledges that she was present during the September 07 hearing, and knows of the contempt and community service imposed for 90 days at a rate of three working hours. With regard to parenting time, she may not have complied as ordered. She states that she studied at the FEMDH and is an attorney, although she has not yet been revalidated.

The attorney expresses that the defendant was ordered not to change the child's school, residence, and therapies. However, she failed to comply and made such changes without notifying the defendant. At the time of the September 07 hearing, the defendant lived in Mayagüez and then moved to the town of Aguadilla without authorization from the Court. The child was studying in Cabo Rojo and the defendant changed him to the Sabanetas School, and also changed the child's therapies. Each one of the changes was contrary to what was ordered, without notifying the claimant and without authorization of the Court. Furthermore, she filed a motion in which she requested the transfer of the case file to the Court of Aguadilla. She was not served a copy of said pleading.

She requests that the Court observe the defendant's demeanor, which shows how defiant she is. She requests that the arrest and imprisonment of the defendant be ordered and that she serve the 81 days of the sentence given on September 07, 2011 in a correctional institution, and that the child be dropped off today with his personal, school and therapy belongings. Furthermore, that this matter be immediately referred to the Board for Applicants to Practice as Attorneys and Notaries Public.

The magistrate states that it is evident from the case records that all orders, rulings, and sentences were served on the defendant at the address shown in the case file, and that there is no record of any correspondence returned in the case records. The testimony of the parties and the behavior in the courtroom are taken into consideration.

Having presented the evidence, the lawyer argued for and requested the immediate imprisonment of the defendant due to her repeated non-compliance with the Court's orders. The case was submitted to the Court for consideration.

The Court stipulates by minutes/order:

# ORDER

**Order to Show Cause is issued** against **Norma B. Pérez Muñiz**, **Esq.** to state, within **10 days,** the reasons why this Court should not sanction her or find her in contempt for her failure to appear this morning.

In view of the foregoing, the documents submitted by the claimant through the witness evidence are admitted in evidence, and the Court **GRANTS** the Request for Contempt.

The Civil Contempt Judgment issued on September 07, 2011 is converted, instead of the 90 days of community service ordered, crediting the certified 9 hours and 22 minutes of labor. The defendant, Ms. Mayra Feliciano Rosado, **is found in Civil Contempt** for her failure to comply with the Court's orders and the Parenting time set during the September 07, 2011 hearing. **Her arrest and imprisonment is ordered, for a term of 30 days, to be served at the Vega Alta Correctional Institution.**

**Temporary Custody** of the child, Leonardo Rodríguez Feliciano, is granted to the claimant, Mr. Aníbal Rodríguez García, until the next follow-up hearing. The removal of the child from the jurisdiction of Puerto Rico is prohibited without prior authorization of the Court.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**17**

Mr. Aníbal Rodríguez García shall be responsible for all academic matters, therapy services, health matters and attending to the child's personal circumstances.

**An order is issued** to the Principal and/or Officials of the Sabaneta Maní School, in Maní, Mayagüez, Puerto Rico, to drop the child L.A.R.F. off to the claimant, Mr. Aníbal Rodríguez García, this afternoon, under penalty of contempt.

**The child's maternal grandparents are ordered to** deliver to the claimant: the child's belongings, medicines, all documents regarding the child's health and education, including therapies.

**A Follow-up Hearing is scheduled for February 01, 2012, at 8:30 a.m.** The litigants are summoned in open court. Stephanie Cabrera Hernández, Esq. and SW-Diany Pérez Pabón of the Clara Lair Program are excused from appearing.

**The Bailiffs Unit of this Judicial Center is ordered to** coordinate with the Vega Alta Prison for the defendant's appearance.

The motion filed by Ms. Mayra Feliciano Rosado regarding her request for the transfer of the case file to the jurisdiction of the Court of Aguadilla **is pending**, since the custody shall provisionally be with the father who resides in this judicial jurisdiction.

If the defendant, Ms. Mayra Feliciano Rosado, is interested in having parenting time, once out of prison, she should so request. If she is interested in supervised visitation while she is in prison, she must also request so in writing.

£          £          £          £          £

**Off the Record**, the magistrate orders the following:

The Clerk is hereby ordered to forward a copy of this motion to the Board for Applicants to the Practice as Attorneys and Notaries Public of the Supreme Court of Puerto Rico.

The Corrections Administration is ordered to conduct a psychological and/or psychiatric assessment of the defendant, and the presiding magistrate shall be served with said reports.

With no further matters to address, the attorney took leave with the Court's consent.

**To be served.**

Issued in Mayagüez, Puerto Rico, on this date, December 20, 2011.

[Signature]
**HON. LYNETTE ORTIZ MARTÍNEZ**
**APPOINTED SUPERIOR COURT JUDGE**

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**I hereby certify that** I have served a copy of this motion, as ordered, to the addresses appearing in the case records.

- Olga Longoria Vélez, Esq.: 149 Calle Enrique Vázquez Báez, Mayagüez PR 00680.
- Norma B. Pérez Muñiz, Esq.: PO Box 417. Dorado PR 00646.
- Mayra Feliciano Rosado: Bo. Maní, Calle 154 Calle Elena Segarra, Mayagüez PR 00680.
- Junta de Aspirantes al Ejercicio de la Abogacía y Notaría: Comisión de Reputación, PO Box 9022392, San Juan PR 00902-2392.
- Administración de Corrección de Vega Alta: PO Box 1079, Vega Alta PR 00692.

In Mayagüez, Puerto Rico on December 20, 2011.


[Signature]
*By: Janet Colón Cuevas*
Courtroom Clerk


[Stamp:  COMMONWEALTH  OF PUERTO RICO – [faded]

| Judge: LYNETTE **ORTIZ MARTÍNEZ** **Superior Court Judge** | Bailiff: Fernando L. Rosado Vega |
|---|---|
| FTR Operator: Janet Colón Cuevas | By: Janet Colón Cuevas Court Services Clerk-At-Large |
| Courtroom No.: **301** | |
| Hearing Date: **December 14, 2011** | Transcribed on: December 20, 2011 |
| OAT-838 Civil Minutes (Trial Court) (Family) (Rev. February/2008) | **I CERTIFY**: Norma G. Santana Irizarry Regional Clerk II |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**19**

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
MAYAGÜEZ JUDICIAL CENTER
FAMILY AND JUVENILE RELATIONS
COURTROOM 301

| | |
|---|---|
| Aníbal Rodríguez García<br>*Claimant*<br>VS<br>Maira Ivet Feliciano Rosado<br>*Defendant* | Civil Case No.: **ISRF200601752**<br><br>RE: ***Divorce*** |

### Ruling and Order

Having held the Hearing today on the *Motion to Vacate the Arrest and Order Release,* filed by the defendant on December 15, 2011 through her legal representative, *Carlos F. Vera Muñoz, Esq.* this Court rules as follows:

1.  The Ruling and Order issued on *December 14, 2011* is hereby amended to order *Ms. Maira I. Feliciano Rosado* to serve ten [10] days for Contempt in the Women's Correctional Institution in Vega Alta. Therefore, *her release is ordered effective December 23, 2011.* Furthermore, she is ordered to pay a fine of $500.00 for the benefit of the *Clara Lair Home,* which Ms. Feliciano shall pay within thirty (30) days. Failure to pay this fine shall result in one day in jail for each $25.00 not paid.

2.  She is hereby summoned to appear in person on February 01, 2012, at 10:00 AM, in Courtroom 301.

3.  *Ms. Maira I. Feliciano Rosado* shall comply with any summons to appear at the *Social Unit* located on the fourth floor of this Judicial Center, for the investigation ordered.

4.  The Order for Incarceration issued on December 14, 2011 is hereby amended as stipulated herein.

To be filed and served.

Issued in Mayagüez, Puerto Rico on December 21, 2011.

[Signature]
Lynette Ortiz Martínez
Appointed Superior Court Judge

20

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
FAMILY AND JUVENILE COURT
COURT OF HUMACAO

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA FELICIANO ROSADO**<br>DEFENDANT | **CIVIL CASE NO.: HSRF201601308**<br><br>**REGARDING: REQUEST TO ENFORCE ASUME ORDER**<br><br>**ASUME:** 0516701<br><br>**COURTROOM 303** |

## RELEASE ORDER

The WARDEN OF THE 308 BAYAMÓN CORRECTIONAL INSTITUTION AND/OR ANY OTHER CORRECTIONAL INSTITUTION IN THE COUNTRY is ordered to immediately release **MAYRA FELICIANO ROSADO**, if she is not detained for any other offense, upon payment of $1,000.00.

Ms. Feliciano Rosado is hereby summoned for the **Follow-up Hearing on March 15, 2017 at 8:30 a.m.** and is warned to pay the existing support debt.

Issued in Humacao, Puerto Rico, on this date, February 21, 2017.

[Signature]
MARILUZ CRUZ MORALES
**SUPERIOR COURT JUDGE**

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE – TRIAL COURT – SUPERIOR COURT OF MAYAGÜEZ]

242

21

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE OMBUDSMAN'S OFFICE

Hon. Iris Miriam Ruiz Class
Ombudsman

May 17, 2013

Ms. Maria I. Feliciano Rosado
PO Box 4471
Aguadilla, PR 00603

**RE:   MAY-13-02473 - Maria I. Feliciano Rosado**

Dear Mr. Feliciano:

You recently provided a copy of a communication dated May *09*, 2013 addressed to Rosabelle Padín Batista, Esq. from A.S.U.M.E. requesting her intervention in relation to the situation raised.

Our Office only has the authority to intervene with government agencies of the Executive Branch, in the event that they incur in delays in processing cases in accordance with the administrative procedure and terms. However, we have no authority in law to revoke or vacate administrative decisions, nor are we an appellate court to review them. In view of the above, should the ASUME incur in delays in processing your case, you may contact our Office for the corresponding follow-up. Thank you for contacting our Office and we remain at your service to serve you in the future.

**Yours sincerely,**

_____**[Signature]**_____
Linda Hernández
Investigator

Citizen's Quick Form - OPC-112
Revised 2010

**22**

Apartado 1373 Hormigueros, PR 00660
Tel 787-832-5760 787-724-7373 ext 2602 - Fax 787-849-4787

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



OMBUDSMAN

Hon. Iris Miriam Ruiz Class
Procuradora

OFFICE OF THE OMBUDSMAN
Mayaguez Regional Office
Apartado 1373
Hormigueros, PR 00660



SRA MARIA I. FELICIANO ROSADO
PO BOX 4471
AGUADILLA PR 00603

28

[hw:] *July 27, 2015*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA** | CIVIL CASE NUMBER: ISRF 2006-01752 |
| **CLAIMANT** | ASUME CASE NUMBER: 0516701 |
| **VS.** | REGARDING: |
| **MAIRA I. FELICIANO ROSADO** | CHILD SUPPORT (NON-COMPLIANCE) |
| **DEFENDANT** | |

**INFORMATIONAL MOTION AND**
**REQUEST FOR TRANSFER**

**TO THE HONORABLE COURT:**

The Administration for Child Support Enforcement, represented by the undersigned attorney, appears before this Honorable Court and most respectfully **STATES, ALLEGES AND REQUESTS:**

1. That Mr. ANÍBAL RODRÍGUEZ GARCÍA is the custodial parent of the children in this case and resides at:

   **Residential:**

   URB. SAN CRISTOBAL II
   CALLE PALMA SABAR A 3 C 1
   Las Piedras, Puerto Rico, 00771

   **Postal:**

   PO Box 261
   Las Piedras, Puerto Rico, 00771

2. That this case is pending ASUME making an application for the collection of child support in the Superior Court, therefore we request the Honorable Court to transfer this case file to the Trial Court, Court of HUMACAO.

   IN LIGHT OF ALL THE FOREGOING, we respectfully request this Honorable Court to order the transfer of this case and have the case file sent to the Superior Court of HUMACAO of the Trial Court, with any ruling that may be appropriate in Law.

24

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

RESPECTFULLY SUBMITTED.

In Humacao, Puerto Rico, July 27, 2015.

I CERTIFY: that a copy of this brief has been sent to the parties at their addresses on record.

[Signature]
CYNTHIA E. VAZQUÉZ ESTRADA, ESQ.
RUA 12081
Deputy Counsel
Administración para el Sustento de Menores
[Child Support Administration]
PO Box 577
Humacao, Puerto Rico, 00792
Tel. 787 285 1535
Fax 787 850 2635

25

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



26

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
MAYAGÜEZ JUDICIAL CENTER
SUPERIOR COURT

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>(Claimant) | CIVIL CASE NO.: **ISRF200601752** |
| VS. | REGARDING: |
| **MAIRA I. FELICIANO ROSADO**<br>(Defendant) | DIVORCE (I/B) |

### TRANSFER ORDER

It appearing satisfactorily from the case records that this case is within the jurisdiction of the

**Superior Court of Humacao**, this Court, on its own initiative and in the exercise of the power

conferred by Article 5,005 of the Judiciary Act of the Commonwealth of Puerto Rico of 2003,

Administrative Order No. OAN 2003-10, issued on November 18, 2003 by the Acting Chief Judge,

Hon. Francisco Rebollo López, and Rule of Civil Procedure 3.6 of 2009, orders its transfer to said

Court.

The Clerk shall, upon recording of this order, send all motions filed in this case to the Clerk

of the said Court.

TO BE SERVED.

In Mayagüez, Puerto Rico, on August 31, 2015.


[Signature]

**JOSIAN J. RIVERA TORRES**
**SUPERIOR COURT JUDGE**


/mom

27

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
COURT OF MAYAGÜEZ
COURTROOM 301

OCTOBER 01, 2015

MAYRA FELICIANO ROSADO

PO BOX 4471
AGÜADILLA PR 00603

RE:             CASE NO.: ISRF200601752

RODRÍGUEZ GARCÍA, ANÍBAL

VS

FELICIANO ROSADO, MAYRA

REGARDING:       IRREMEDIABLE BREAKDOWN

DEAR SIR / MADAM :

IN ACCORDANCE WITH THE AUGUST 31, 2015 TRANSFER ORDER ISSUED BY THE HONORABLE JOSIAN J. RIVERA TORRES, ENCLOSED PLEASE FIND THE ABOVE CASE FILE.

PLEASE ACKNOWLEDGE RECEIPT, INDICATING THE DOCKET NUMBER ASSIGNED IN THAT COURT.

YOURS SINCERELY,

NORMA G. SANTANA IRIZARRY
_____
CLERK

[Signature]
BY:       ROSA REYES LAGUER
- - - - - - - - - - - - - - - - - - - - - - - - - - -
COURT CLERK I

ANÍBAL RODRÍGUEZ GARCÍA -
P O BOX 261 LAS PIEDRAS PR 00771
OLGA LONGORIA VÉLEZ, ESQ. -149 ENRIQUE VÁZQUEZ BAEZ
MAYAGÜEZ PR 00680
CYNTHIA E VÁZQUEZ ESTRADA, ESQ. - PO BOX 577
HUMACAO PR 00792
CENTRO JUDICIAL DE HUMACAO -
PO BOX 685 HUMACAO PR 00791

OAT 747-LETTER FORWARDING CASE FILE IN
        TRANSFER-(REV. MAY 1992)

28

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**


**LETTER FORWARDING CASE FILE IN TRANSFER**


HUMACAO JUDICIAL CENTER
*FAMILY COURT CLERK*
PO BOX 885
HUMACAO, PR 00792-0885

Mr./Ms. Clerk

**RE: ANÍBAL RODRÍGUEZ GARCÍA VS. MAYRA I. FELICIANO ROSADO (ISRF200601752)**

Dear Sir/Madam:

Pursuant to the Transfer Order of the *Hon. Josian J. Rivera Torres,* the approval is granted and the immediate transfer of the aforementioned case to the Superior Court of Humacao, is ordered, since it is within its jurisdiction.

**In Mayagüez, Puerto Rico, September 21, 2015.**


[Signature]
**AIXA ROSADO PIETRI**
**REGIONAL ADMINISTRATIVE JUDGE**


ARP/mcv

29

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
MAYAGUEZ TRIAL COURT
COURTROOM 301

RODRÍGUEZ GARCÍA, ANÍBAL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -          CASE NO. ISRF200601752

CLAIMANT          REGARDING:     IRREMEDIABLE
                                                                    BREAKDOWN
VS

FELICIANO ROSADO, MAYRA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEFENDANT

TO:

NOTICE

I CERTIFY:     THAT ON AUGUST 31, 2015, THE COURT ISSUED THE ENCLOSED TRANSFER ORDER.

I FURTHER CERTIFY THAT I MAILED A COPY OF THIS NOTICE TO THE FOLLOWING PERSONS ON THIS DATE AT THE ADDRESSES INDICATED, HAVING FILED A COPY OF THIS NOTICE IN THE CASE RECORDS ON THIS SAME DATE.

OLGA LONGORIA VÉLEZ, ESQ. - 149 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680
MAYRA FELICIANO ROSADO -
PO BOX 4471 AGUADILLA PR 00603
CYNTHIA E VÁZQUEZ ESTRADA, ESQ. - PO BOX 577
HUMACAO PR 00792
ANÍBAL RODRÍGUEZ GARCÍA -
P O BOX 261 LAS PIEDRAS PR 00771
CENTRO JUDICIAL DE HUMACAO -
PO BOX 885 HUMACAO PR 00791

MAYAGÜEZ, PUERTO RICO, ON OCTOBER 01, 2015       .

NORMA G. SANTANA IRIZARRY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CLERK

[Signature]
BY:   ROSA REYES LAGUER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COURT CLERK I

OAT 750-NOTICE OF RULINGS AND ORDERS

30

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**
**MAYAGÜEZ, PUERTO RICO**

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>**Claimant** | CASE NO. ISRF200601752 |
| **v.** | REGARDING: |
| **MAYRA FELICIANO ROSADO**<br>**Defendant** | DIVORCE (I.B.) |

**C E R T I F I C A T I O N**

I, Norma G. Santana Irizarry, Regional Clerk of the Superior Court of Mayagüez, Puerto Rico, **CERTIFY** that the above case file consists of **THREE VOLUMES** and contain <u>**SEVEN HUNDRED AND EIGHTY-NINE (789) FOLIOS,**</u> numbered consecutively, which I forward as a transfer, in accordance with the order issued by the Hon. Aixa Rosado Pietri, Regional Administrative Judge, to the Trial Court, Superior Court of <u>**Humacao,**</u> Puerto Rico for the corresponding action.

In Mayagüez, Puerto Rico, on October 02, 2015.

**NORMA G. SANTANA IRIZARRY**
**Regional Clerk II**

[Signature]
**By: Rosa I. Reyes Laguer**
**Confidential Court Clerk I**

31

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

32



**CONFIDENTIAL**

*307 AT*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
HUMACAO TRIAL COURT
COURTROOM 303

[stamp:]
SUPERIOR COURT OF
MAYAGÜEZ
OCT 30, 2015 9:07 AM

OCTOBER 27, 2015

MAYAGUEZ TRIAL COURT
FAMILY AND JUVENILES DIVISION
P O BOX 1210
MAYAGÜEZ PR 00681-1210

RE:  CASE NO: HSRF201501224
RODRÍGUEZ GARCÍA, ANÍBAL
VS
FELICIANO ROSADO, MAYRA
RE:   IRREMEDIABLE BREAKDOWN

DEAR SIR/MADAM:

ON OCTOBER 21, 2015, CASE FILE NUMBER ISRF 200681752 FROM SAID COURT WAS RECEIVED IN THIS OFFICE, THROUGH TRANSFER, AND IT HAS BEEN FILED UNDER NUMBER HSRF201501224.

I FURTHER ADVISE THAT I HAVE SENT A COPY OF THIS LETTER TO THE APPROPRIATE PARTIES AT THEIR RESPECTIVE ADDRESSES.

ANÍBAL RODRÍGUEZ GARCÍA -
P O BOX 261 LAS PIEDRAS PR 00771
OLGA LONGORIA VÉLEZ, ESQ. - 143 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680
MAYRA FELICIANO ROSADO -
PO BOX 4471 AGUADILLA PR 00603
CHILD SUPPORT ADM -
PO BOX 577 HUMACAO PR 00792

YOURS SINCERELY

DOMINGA GÓMEZ FUSTER
_____
CLERK

[Signature]
BY: BRENDA E. NIEVES MÉNDEZ
_____
DEPUTY COURT CLERK I

LETTER ACKNOWLEDGING RECEIPT OF CASE FILE
IN TRANSFER
FORM OAT-748 (REV. OCT. 1963)
(RULE OF CIVIL PROCEDURE 3)

33

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**
**COURTROOM 302**

October 06, 2015

Humacao Judicial Center
PO Box 885
Humacao, PR 00792-0885

Dear Sir / Madam:

**RE: ISRF200601752**
**ANÍBAL RODRÍGUEZ GARCÍA VS. MAYRA FELICIANO ROSADO**

Pursuant to the transfer order issued on August 31, 2015, by Hon. Josian J. Rivera Torres, Superior Court Judge, I am hereby forwarding to you the aforementioned case file, **as a transfer**.

[Signature]
**By: Maira E. Ortiz Rosario**
**Deputy Clerk of the Court I**

Exhibit:

Received by:  [Signature]
Date:   October 06, 2015
(Internal mail)

Received by:
Date:
(AOC Mail)

Received by:
Date:
Case number in this Court
(Transfer Court)

34

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
TRIAL COURT
SUPERIOR COURT OF HUMACAO
FAMILY AND JUVENILE COURT

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA FELICIANO ROSADO**<br>DEFENDANT | CIVIL CASE NO.: HSRF201501224<br><br>REGARDING: **DIVORCE**<br><br>**COURTROOM 303** |

# ORDER

The Court, after examining the above case file, orders the following:

- It is requested that the **Court of Mayagüez** transfer the case file **ISRF200601755** to the Court of Humacao.

- Once received, it is ordered to be joined to this case.

**TO BE SERVED.**

In Humacao, Puerto Rico on **February 23, 2017**.


**MARILUZ CRUZ MORALES**
SUPERIOR COURT JUDGE

267
35

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                         CASE NO.: HSRF201501224
        CLAIMANT                                 COURTROOM NO. 303

        VS

FELICIANO ROSADO, MAYRA                          REGARDING:
        DEFENDANT                                IRREMEDIABLE BREAKDOWN

TO: FELICIANO ROSADO, MAYRA
     SECTOR EL MANÍ
     154 ELENA SEGARRA
     MAYAGÜEZ              PR 00680

N O T I C E

ATTYS. RUIZ RAMÍREZ, FRANCIS EMANUEL
PO BOX 1302
LAS PIEDRAS PR 00771

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO
THE ABOVE CASE THIS COURT ISSUED AN ORDER ON FEBRUARY 23, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/s/  MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS
A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL,
REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR
REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED
ON THIS DATE, FEBRUARY 27, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO
THE PERSONS LISTED ABOVE TO THEIR ADDRESSES OF RECORD PURSUANT TO THE
APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN
THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, ON FEBRUARY 27, 2017.

DOMINGA GÓMEZ FUSTER                    By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - -    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        NAME OF THE                            NAME AND SIGNATURE OF THE
        REGIONAL CLERK                         DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)

268

36

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

38

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

37 (on the other side)



Maira I. Feliciano Rosado
Calle Elena Segarra #154
Sector El Mani
Mayagüez, P.R. 00682

CERTIFIED MAIL

7018 2290 0000 4486 1721

LEONARDO ANÍBAL RODRÍGUEZ FELICIANO
Urb. San Cristobal II
Calle Palma Sabar A-3 C-1
Las Piedras, Puerto Rico, 00771

**Happy Birthday, My Son!**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF MAYAGÜEZ**

| | |
|---|---|
| **MAIRA I. FELICIANO ROSADO**<br>Claimant | **Civil Case No.: ISRF200601755** |
| **VS** | |
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>Defendant | **Regarding: DIVORCE (CRUEL TREATMENT)** |

# TRANSFER ORDER

Pursuant to the Order issued on February 23, 2017 by the Hon. Mariluz Cruz Morales, requesting the transfer of the case file to the Superior Court of Humacao, this Court, on its own initiative and in the exercise of the power conferred by Article 5,005 of the Judiciary Act of the Commonwealth of Puerto Rico of 2003, as amended, Administrative Order No. OAN 2003-10, issued on November 18, 2003 by the Acting Chief Judge, Hon. Francisco Rebollo López, and Rule of Civil Procedure 3 of 2009, **orders the transfer of same to said Court**.

Upon entry of this Order, the Clerk shall send all pleadings filed in the case to the Clerk of the said Court.

**TO BE SERVED.**

Issued in Mayagüez, Puerto Rico, on March 08, 2017.


[Signature]

**VILMARY RODRÍGUEZ PARDO**

**SUPERIOR COURT JUDGE**


**ORDER OF FILING BY TRANSFER**

Pursuant to the order issued on March 08, 2017, by the Superior Court Judge(s), Hon. Vilmary Rodríguez Pardo, in which it ordered the transfer of this case to the Trial Court, Superior Court of Mayagüez, this court authorizes it and orders the continuation of the transfer process.

The Court Clerk is ordered to file this case for statistical purposes.

**TO BE SERVED.**

Issued in Mayagüez, Puerto Rico, today,          March 14, 2017.


[Signature]
**LIND O. MERLE FELICIANO**
**REGIONAL ADMINISTRATIVE JUDGE**

39
305

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF MAYAGÜEZ

FELICIANO ROSADO, MAIRA IVET                  CASE NO. ISRF200601755
CLAIMANT                                       COURTROOM NO. 301

VS

RODRÍGUEZ GARCÍA, ANIBAL                       REGARDING:
DEFENDANT                                      CRUEL TREATMENT

TO: FELICIANO ROSADO, MAIRA IVET
    BO MANÍ
    154 CALLE ELENA SEGARRA
    MAYAGÜEZ  PR 00680

                         N O T I C E

    LONGORIA VÉLEZ, OLGA, ESQ.
    149 ENRIQUE VÁZQUEZ BÁEZ
    MAYAGÜEZ PR 00680

    CENTRO JUDICIAL DE HUMACAO
    RELACIONES DE FAMILIA Y MENORES
    PO BOX 885
    HUMACAO   PR 00792-0885

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE
THIS COURT ISSUED AN ORDER ON MARCH 08, 2017.

        THE DECISION IS TRANSCRIBED BELOW:

        REFER TO THE CONSIDERATION OF THE ADMINISTRATIVE JUDGE.
                                    /S/ VILMARY RODRÍGUEZ PARDO
                                    JUDGE

YOU ARE ADVISED THAT AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE
CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE
MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, MARCH
16, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR
ADDRESSES OF RECORD TO THE APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE
WAS FILED IN THE CASE RECORDS.

NOTES FROM THE OFFICE:
REGARDING ORDER OF THE COURT OF HUMACAO TO TRANSFER CASE FILE TO THAT REGION.

IN MAYAGÜEZ, PUERTO RICO, ON MARCH 16, 2017.

    NORMA G. SANTANA IRIZARRY          By: /s/ROSA REYES LAGUER

                                           [signature]
    - - - - - - - - - - - - - - - - - - - - -      - - - - - - - - - - - - - - - - - - - - - - - - - -
            NAME OF THE                        NAME AND SIGNATURE OF THE
            REGIONAL CLERK                      DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes
(November 2016)

40

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF MAYAGÜEZ

FELICIANO ROSADO, MAIRA IVET                     CASE NO. ISRF200601755
CLAIMANT                                         COURTROOM NUMBER 301

VS

RODRÍGUEZ GARCÍA, ANÍBAL                         REGARDING:
DEFENDANT                                        CRUEL TREATMENT

TO:  FELICIANO ROSADO, MAIRA IVET
     BO MANÍ
     154 CALLE ELENA SEGARRA
     MAYAGÜEZ          PR 00680

N O T I C E

LONGORIA VÉLEZ, OLGA, ESQ.
149 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680

CENTRO JUDICIAL DE HUMACAO
RELACIONES DE FAMILIA Y MENORES
PO BOX 885
HUMACAO            PR 00792-0885

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE THIS COURT ISSUED AN ORDER ON MARCH 14, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/S/ VILMARY RODRÍGUEZ PARDO
JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, MARCH 16, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD TO THE APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

NOTES FROM THE OFFICE:
TRANSFER ORDER
ORDER OF FILING BY TRANSFER

IN MAYAGÜEZ, PUERTO RICO, ON MARCH 16, 2017.

NORMA G. SANTANA IRIZARRY                        By: /s/ROSA REYES LAGUER

[Signature]
- - - - - - - - - - - - - - - - - - - - - - - - - - -        - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAME OF THE                                      NAME AND SIGNATURE OF THE
REGIONAL CLERK                                   DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes
(November 2016)

41
307

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
COURT OF MAYAGÜEZ
COURTROOM 301

MARCH 16, 2017

MAIRA IVET FELICIANO ROSADO
BO MANÍ
154 CALLE ELENA SEGARRA
MAYAGÜEZ PR 00680

RE:     CASE NO.: ISRF200601755

FELICIANO ROSADO, MAIRA IVET

VS
RODRÍGUEZ GARCÍA, ANÍBAL

REGARDING:   CRUEL TREATMENT

DEAR SIR / MADAM:

IN ACCORDANCE WITH THE TRANSFER ORDER ISSUED BY THE HONORABLE JUDGE VILMARY RODRÍGUEZ PARDO, ON MARCH 14, 2017, I AM FORWARDING THE ABOVE CASE FILE TO YOU.

PLEASE ACKNOWLEDGE RECEIPT, INDICATING THE DOCKET NUMBER ASSIGNED IN THAT COURT.

YOURS SINCERELY,

NORMA G. SANTANA IRIZARRY
_____

CLERK

[Signature]
BY:     ROSA REYES LAGUER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COURT CLERK I

• OLGA LONGORIA VÉLEZ, ESQ. - 149 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680
CENTRO JUDICIAL DE HUMACAO - RELACIONES DE FAMILIA Y MENORES
PO BOX 885 HUMACAO PR 00792-0885

OAT 747-LETTER FORWARDING CASE FILE IN
    TRANSFER-(REV. MAY 1992)

308

42

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                    CASE NO. HSRF201501224
CLAIMANT                                    COURTROOM NO. 303

VS

FELICIANO ROSADO, MAYRA                     REGARDING:
DEFENDANT                                   IRREMEDIABLE BREAKDOWN

TO:  FELICIANO ROSADO, MAYRA
     SECTOR EL MANÍ
     154 CALLE ELENA SEGARRA
     MAYAGÜEZ          PR 00682

N O T I C E

RUIZ RAMÍREZ, FRANCIS EMANUEL, ESQ.
PO BOX 1302
LAS PIEDRAS PR 00771

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE
ABOVE CASE THIS COURT ISSUED AN ORDER ON MARCH 23, 2017.

THE DECISION IS TRANSCRIBED BELOW:

IF THE SET TIME PERIOD ELAPSES WITHOUT THE DEFENDANT STATING A POSITION, THE PETITION
IS ARCHIVED.

/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY
TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR
CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS
DATE, MARCH 28, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED
ABOVE, TO THEIR ADDRESSES OF RECORD TO THE APPLICABLE REGULATIONS. ON THIS SAME
DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, MARCH 28, 2017.

DOMINGA GÓMEZ FUSTER                        By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - -     - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAME OF THE                                NAME AND SIGNATURE OF THE
REGIONAL CLERK                             DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes
(November 2016)

48
355

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

44



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

US POSTAGE

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
HUMACAO TRIAL COURT
COURTROOM 303

MARCH 29, 2017

MAIRA IVET FELICIANO ROSADO
BO EL MANÍ
154 CALLE ELENA SEGARRA
MAYAGÜEZ PR 00680

RE:  CASE NUMBER: HSRF201700301
FELICIANO ROSADO, MAIRA IVET
VS
RODRÍGUEZ GARCÍA, ANÍBAL
REGARDING: IRREMEDIABLE
BREAKDOWN

DEAR SIR OR MADAM:

ON MARCH 28, 2017, THE CASE FILE NUMBER ISRF200601755 FROM SAID COURT
WAS RECEIVED IN THIS OFFICE BY TRANSFER AND IT HAS BEEN FILED UNDER NUMBER
HSRF201700301.

I FURTHER ADVISE THAT I HAVE SENT A COPY OF THIS LETTER TO THE
APPROPRIATE PARTIES AT THEIR RESPECTIVE ADDRESSES.

OLGA LONGORIA VÉLEZ, ESQ. - 149 ENRIQUE VÁZQUEZ BÁEZ
MAYAGÜEZ PR 00680
CENTRO JUDICIAL DE MAYAGÜEZ -
P O BOX 1210 MAYAGÜEZ PR 00681-1210

YOURS SINCERELY,

DOMINGA GÓMEZ FUSTER
_____
CLERK

BY:  WALESKA DÍAZ ESQUILIN
_____
ASS. COURT CLERK I

LETTER ACKNOWLEDGING RECEIPT OF CASE FILE
IN TRANSFER
FORM OAT-748 (REV. OCT. 1963)
(RULE OF CIVIL PROCEDURE 3)

45
357

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

358



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

US POSTAGE

0068256123 C018

46

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                    CASE NO. HSRF201601308
        CLAIMANT                            COURTROOM NO. 303

        VS

FELICIANO ROSADO, MAYRA                     REGARDING:
        DEFENDANT                           IRREMEDIABLE BREAKDOWN

TO:  FELICIANO ROSADO, MAYRA
     BO MANÍ
     154 CALLE ELENA SEGARRA
     MAYAGÜEZ PR 00680

N O T I C E

     RODRÍGUEZ ACOSTA, CAMILLE, ESQ.
     PO BOX 8958
     HUMACAO  PR 00792

CHILD SUPPORT ADM
CYNTHIA E VÁZQUEZ ESTRADA, ESQ.
PO BOX 577
HUMACAO              PR 00792-0577

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION THE MOTION SEEKING DISMISSAL OF MOTION IN AID OF JURISDICTION OF ASUME AND REQUESTING STAY OF CHILD SUPPORT COLLECTION, THIS COURT ISSUED AN ORDER ON JANUARY 24, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, JANUARY 26, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD PURSUANT TO THE APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, JANUARY 26, 2017.

DOMINGA GÓMEZ FUSTER                         By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - -   - - - - - - - - - - - - - - - - - - - - - -
        NAME OF THE                             NAME AND SIGNATURE OF THE
       REGIONAL CLERK                           DEPUTY CLERK OF THE COURT

**47**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

48



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

Commonwealth of Puerto Rico
TRIAL COURT
SUPERIOR COURT OF HUMACAO
FAMILY AND JUVENILE COURT

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA FELICIANO ROSADO**<br>DEFENDANT | CIVIL CASE NO.: **HSRF201601308**<br><br>REGARDING: **CHILD SUPPORT**<br><br>**COURTROOM 303** |

## ORDER

Having reviewed the "Motion Requesting the Dismissal of Motion in Aid of Jurisdiction of ASUME and Requesting the Stay of Child Support Collection" filed on January 19, 2017 by the Defendant, the Court rules as follows:

- The Motion to Dismiss or Stay the Child Support Collection is denied.
- Any matters regarding physical and legal custody shall <u>not</u> be addressed in a child support case. This must be filed in the appropriate case, which in this case is **HSRF201501224**.
- The HSRF201501224 case shows that [the Defendant] was deprived of legal custody of the minor child. Therefore, the request for an order prohibiting the child to leave the Island is Dismissed. See July 12, 2013 ruling.
- The other party must state its position regarding the Defendant's request for physical and legal custody, within ten (10) days.
- Attached are exhibits which the defendant must collect since they are part of the case file and part of them are subject to discovery and not to be submitted by motion.
- Ms. Feliciano is advised that this Court is prevented from reviewing decisions of a Court of equal hierarchy and therefore she should cease making statements regarding the previous proceedings, since this is *res judicata*. If she wants custody or parenting time to be reinstated, her request must be based on the current situation and not on what she deems should have happened in the other case to which she decided at that time not to appear.
- If she deems that the child support should be reviewed, she must file the corresponding motion.

**TO BE SERVED on the parties and counsel for ASUME.**

In Humacao, Puerto Rico on **January 24, 2017**.

**MARILUZ CRUZ MORALES**
SUPERIOR COURT JUDGE

**49**
59

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
TRIAL COURT
SUPERIOR COURT OF HUMACAO
FAMILY AND JUVENILE COURT

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA FELICIANO ROSADO**<br>DEFENDANT | CIVIL CASE NO.: **HSRF201601308**<br><br>REGARDING: **CHILD SUPPORT**<br><br>**COURTROOM 303** |

**ORDER**

Having reviewed the "Motion" filed on January 26, 2017, by the Defendant, the Court rules as follows:

- Ms. Feliciano is again advised that this case is only a child support case, and not a case on custody or legal custody matters.
- Mr. Rodríguez has legal custody of the child and may leave Puerto Rico if he wishes to do so.
- This Court does not have jurisdiction over proceedings that took place at a given time before ASUME. Any party that has any objection to it must file the corresponding administrative complaint.
- We strongly suggest that she seek legal assistance.
- The Petition is denied.

**TO BE SERVED.**

In Humacao, Puerto Rico on **January 31, 2017**.

**MARILUZ CRUZ MORALES**
SUPERIOR COURT JUDGE

50

124

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(1)

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF HUMACAO

| | |
|---|---|
| Name: Aníbal Rodríguez García | CIVIL CASE NO.: HSRF-2016-01308 |
| VS | REGARDING: Request to enforce ASUME order |
| Name: Maira Ivet Feliciano Rosado | |

**MOTION**

**TO THE HONORABLE COURT:**

Maira Ivet Feliciano Rosado, appearing on her own behalf respectfully alleges, states, and requests:

I am the   claimant = defendant in this case.

This motion concerns:

*The justified matter of the mother-claimant, that the father-defendant, Mr. Aníbal Rodríguez García, takes the child L.A.R.F. out of the Commonwealth of Puerto Rico, having in hand a copy of the letter with the original motions that I delivered to ASUME et al. originally (See Exhibit 1), on January 19, 2017, at 2:40 p.m., in the Prosecutor's Office of Humacao. If that were not enough, Mr. Rodríguez García took the original letter from the office, without any type of inspection from the prosecutor's office, above. This fact is alarming, as it suggests that he has an undue influence on the [Illegible] (preferential, like in Mayagüez).*

IN LIGHT OF ALL THE FOREGOING, I request that this Honorable Court:

1. *Issue an urgent order to*
2. *prohibit Mr. Aníbal Rodríguez García*
3. *from taking the minor outside of Puerto Rico or Humacao*

In Humacao, Puerto Rico, on January 26, 2017.

I CERTIFY: That I am sending a copy of this motion to the other party, on this same date
  BY REGULAR MAIL
  BY CERTIFIED MAIL WITH ACKNOWLEDGEMENT OF RECEIPT
  IN PERSON.
= OTHER (EXPLAIN) *To none of the parties as it is a special request for ASSISTANCE*

*Maira I. Feliciano Rosado*
Signature

Address of the other party:

Address:
*Maira I. Feliciano Rosado*
*Calle Elena Segarra # 154*
*Sector El Maní*
*Mayagüez, P.R. 00683*

51

Telephone:                                        Telephone:        96

*P.S. After adhering to the Clerk's strict rules to see the case file, and in comparison, see based on what reason Mr. Rodríguez García took the original of my motions from the Prosecutor's Office of*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*ASUME et al., I do not trust this Court official. I fear that they are unlawfully helping him, like the Mayagüez mafia did.*

---

## OATH

---

I, *Maira Ivet Feliciano Rosado*, [  ] of age, [  ] married, [ **X** ] unmarried, with social security number *XXX-XX-4877*, of profession *Retired*, and resident of *Mayagüez*, declare under oath that:

1. My name and personal circumstances are those indicated above.
2. I am the    claimant ꞊ defendant in this case.
3. Everything stated in this document is true.

In *Mayagüez,* Puerto Rico, on *January 26, 2017*.

[Signature]
Signature of the party filing the motion

*January 26, 2017*
Date

---

## AFFIDAVIT

---

Affidavit Number: _____

Sworn and signed before me by the aforementioned party whose identity has been proven according to the legal mechanisms, through*: Atty. # 1948115*

In *Humacao,* Puerto Rico, on *January 26, 2017*.

[Stamp: Dominga Gómez Fuster – Regional Clerk]
_____
Court Clerk
or Notary Public

[Stamp: WALESKA DÍAZ ESQUILIN – DEPUTY COURT CLERK I]
[Signature]
_____
Deputy Clerk

[Stamp:   COMMONWEALTH
OF   PUERTO   RICO   –
GENERAL   COURT   OF
JUSTICE – TRIAL COURT –
SUPERIOR   COURT   OF
MAYAGÜEZ]   [initials] H023

52                                                                                                              97

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                    CASE NO.: HSRF201601308
    CLAIMANT                                COURTROOM NO. 303

           VS

FELICIANO ROSADO, MAYRA                     RE:
    DEFENDANT                               MOTION TO ENFORCE ASUME ORDER

TO: FELICIANO ROSADO, MAYRA
    BO MANÍ
    154 CALLE ELENA SEGARRA
    MAYAGÜEZ        PR 00680

                        N O T I C E

    RODRÍGUEZ ACOSTA, CAMILLE, ESQ.
    PO BOX 8958
    HUMACAO PR 00792

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO
THE PRO SE MOTION,
THIS COURT ISSUED AN ORDER ON JANUARY 31, 2017.

         A COPY IS ATTACHED OR A LINK IS INCLUDED:

                        /S/ MARILUZ CRUZ MORALES
                        SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS
A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL,
REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR
REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED
ON THIS DATE, FEBRUARY 02, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO
THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD PURSUANT TO
APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN
THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, ON FEBRUARY 02, 2017.

DOMINGA GÓMEZ FUSTER                    By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - -    - - - - - - - - - - - - - - - - - - - - - - - - - - -
         NAME OF THE                            NAME AND SIGNATURE OF THE
      REGIONAL CLERK                              DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)
                                                                        53
                                                                       **125**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

$00.46

US POSTAGE

0068286123 C018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
SUPERIOR COURT OF HUMACAO
FAMILY AND JUVENILE COURT

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT | CASE NO.: HSFR201601308<br>**COURTOOM 303** |
| vs. | REGARDING: **CHILD SUPPORT** |
| **MAYRA FELICIANO ROSADO**<br>DEFENDANT | **ASUME NO.**: 0516701 |

## ORDER OF IMPRISONMENT

THE PEOPLE OF PUERTO RICO TO THE WARDEN OF THE BAYAMÓN STATE PENITENTIARY OR ANY OTHER CORRECTIONAL INSTITUTION IN THE COUNTRY.

By this order you are to receive and detain in your custody **MS. MAYRA FELICIANO ROSADO** for non-compliance in the payment of Child Support.

She owes the amount of **$27,454.65 as of February 2017 for child support.**

She may be released if she deposits **$1,000.00** towards the debt.

**A Follow-up Hearing is set for March 15, 2017 at 8:30 am.**

**BY ORDER OF THE COURT,**

In Humacao, Puerto Rico, on **February 15, 2017**.

**MARILUZ CRUZ MORALES
Superior Court Judge**

55
225

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO


RODRÍGUEZ GARCÍA, ANÍBAL                          CASE NO. HSRF201601308
        CLAIMANT                                 COURTROOM NO. 303

            VS
FELICIANO ROSADO, MAYRA                          REGARDING:
        DEFENDANT                                REQUEST TO ENFORCE ASUME ORDER

TO:  FELICIANO ROSADO, MAYRA
       SECTOR EL MANÍ
       154 ELENA SEGARRA
       MAYAGÜEZ              PR 00680

                          N O T I C E

       GENERAL COUNSEL FOR FAMILY AFFAIRS
       PO BOX 8958
       HUMACAO          PR 00792-8958


THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE PRO SE MOTION,
THIS COURT ISSUED AN ORDER ON MARCH 08, 2017.

           A COPY IS ATTACHED OR A LINK IS INCLUDED:

                                        /S/ MARILUZ CRUZ MORALES
                                            SUPERIOR COURT JUDGE


YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, MARCH 09, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD TO THE APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

NOTES FROM THE OFFICE:
ATTACHED: 1) FEB. 15, 2017 ORDER OF IMPRISONMENT; 2) FEB. 10, 2017 MINUTES; AND,
3) FEB 10, 2017 SUMMONS ISSUED TO MAIRA IVET FELICIANO ROSADO

IN HUMACAO, PUERTO RICO, MARCH 09, 2017.

        DOMINGA GÓMEZ FUSTER                      By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -        - - - - - - - - - - - - - -[signature]- - - - - - - - - - -
            NAME OF THE                              NAME AND SIGNATURE OF THE
          REGIONAL CLERK                             DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)

56

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

0068236123 C018

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

03/03/2017                                                    Print

Subject:   I was released from prison yesterday at 4:41 p.m.. I will continue my fight to get my SON back.

From:     Feliciano Maira (mfeducderec@yahoo.com)

To:       wilma.gonzalez@ramajudicial.pr;

Date:     Wednesday, February 22, 2017 8:02 AM


Thank you for following up on this matter. The damage is already done. Nonetheless, I will send you the original copy as I promised you. I take advantage of this opportunity to inform you that they N E V E R gave me a copy of my sentence or ruling under which they imprisoned me in the Court of Humacao on February 15, 2017. Could you mail me the copy which I am entitled to with your respective notice of the case's filing? I found it very strange that the bailiff that processed my transfer to the prison, very kindly of course, refused to give me a copy of it. All the inmates had their copy in the respective cells. I was the only one that didn't have it. The first time I was arrested in Mayagüez in 2011 they sent me to Vega Alta with the copy of my order of imprisonment in hand. If you could, please help me with this. I currently don't have the copy that legally belongs to me.


---- Forwarded Message ----
From: Wilma González Collazo <Wilma.Gonzalez@ramajudicial.pr>
To: Feliciano Maira <mfeducderec@yahoo.com>
Sent: Wednesday, February 15, 2017 9:26 AM
Subject: RE

Good morning,

I have received the document that you sent. With this copy we cannot do anything. You have to submit the original to the Court in order to proceed.


**Wilma Z. González Collazo**
Confidential Court Clerk
Family and Juvenile
787-656-0010 Ext. 2140
Wilma.Gonzalez@ramajudicial.pr

[Stamp: COMMONWEALTH OF PUERTO RICO – GENERAL COURT OF JUSTICE]

[Emblem: The Judiciary of Puerto Rico – Justice above all].


58                                                           260
about:blank                                                 1/2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
FAMILY AND JUVENILE COURT
COURT OF HUMACAO

**ANÍBAL RODRÍGUEZ GARCÍA**
Claimant

VS.

**MAYRA FELICIANO ROSADO**
Defendant

Civil Case No.: **HSRF201601308**

COURTROOM 303

Regarding:
**REQUEST TO ENFORCE ASUME ORDER**

## <u>JUDGMENT</u>

The case was called for a Child Support Contempt Hearing, and the claimant appeared represented by General Counsel for Family Affairs, Gloemy Vega Torres, Esq. and María Orsini Candal, Esq. The defendant appears self-represented.

After addressing the arguments presented in open court, the Court rules as follows:

➢ The child support is set at $239.28 every fortnight, and ASUME certifies a debt of $27,454.65 as of February 2017.

➢ The Defendant's imprisonment is ordered. She may be released upon payment of $1,000.00.

➢ The case is referred to the Child Support Hearing officer for child support review.

➢ **A Follow-up Hearing** is scheduled **for March 15, 2017 at 8:30 a.m.**

**TO BE SERVED.**

Issued in Humacao, Puerto Rico on **February 15, 2017**.
Transcribed today, June 28, 2017.

**MARILUZ CRUZ MORALES**
**Superior Court Judge**

59
693

Identifier Number: SEN2017_____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL
CLAIMANT

VS

FELICIANO ROSADO, MAYRA
DEFENDANT

CASE NO. HSRF201601308
COURTROOM NO. 303

REGARDING:
REQUEST TO ENFORCE ASUME ORDER

TO: FELICIANO ROSADO, MAYRA
SECTOR EL MANÍ
154 ELENA SEGARRA
MAYAGÜEZ          PR 00680

N O T I C E

CHILD SUPPORT ADM
PO BOX 577
HUMACAO          PR 00792

VEGA TORRES, GLOEMY, ESQ.
glvega@justicia.pr.gov,gvtny@yahoo.com

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE THIS COURT ISSUED AN ORDER ON FEBRUARY 15, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, JUNE 29, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD PURSUANT TO APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, ON JUNE 29, 2017.

DOMINGA GÓMEZ FUSTER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAME OF THE
REGIONAL CLERK

By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - [signature] - - - - - - - - - - - - -
NAME AND SIGNATURE OF THE
DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)

694

60

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
PO BOX 885
HUMACAO PR 00792-0885

$00.670
US POSTAGE

0060286123 C018

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
FAMILY AND JUVENILE COURT
COURT OF HUMACAO

**ANÍBAL RODRÍGUEZ GARCÍA**
Claimant

VS.

**MAYRA FELICIANO ROSADO**
Defendant

CASE NO.: HSRF201601308
COURTROOM 303

REGARDING: **CHILD SUPPORT**

# R E S O L U T I O N

At the end of the granted term without Ms. Feliciano Rosado having appeared and having examined the entire case file, this Court decides the following:

We fix the provisional child support from March 20, 2017, as $62.50 every fortnight to be deposited through ASUME, as the fixed child support.

**TO BE SERVED.**

In Humacao, Puerto Rico, on **June 28, 2017**.

[Signature]
**MARILUZ CRUZ MORALES**
Superior Court Judge

**62**
696

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                         CASE NO. HSRF201601308
CLAIMANT                                         COURTROOM NO. 303

VS

FELICIANO ROSADO, MAYRA                          REGARDING:
DEFENDANT                                        REQUEST TO ENFORCE ASUME ORDER

TO:  FELICIANO ROSADO, MAYRA
     SECTOR EL MANÍ
     154 ELENA SEGARRA
     MAYAGÜEZ          PR 00680

N O T I C E

CHILD SUPPORT ADM
PO BOX 577
HUMACAO          PR 00792

RODRIGUEZ GARCIA, ANIBAL
PO BOX 261
LAS PIEDRAS      PR 00771

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE THIS COURT ISSUED AN ORDER ON JUNE 28, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:
/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, JUNE 29, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD PURSUANT TO APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, ON JUNE 29, 2017.

DOMINGA GÓMEZ FUSTER                          By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -      - - - - - - - - - - [signature] - - - - - - - - - - - - - -
NAME OF THE                                    NAME AND SIGNATURE OF THE
REGIONAL CLERK                                 DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes

(November 2016)

691

63

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Exhibit Filed*
*with motions from*
*January 19, 2017*
*# Documents, Motions*
*13, 15 and 16*

March 15, 2017- After the hearing before the Child Support Hearing officer, a follow-up hearing was held before Judge Mariluz Ortiz Morales wherein Ms. Maira Ivet Feliciano Rosado received back the exhibits she submitted to the Court of Humacao to argue her allegations in the motions of January 19 and 26, 2017, prohibiting her from submitting exhibits for future pleadings. For this reason, this case has to be transferred to another court on the Island.

"On the other hand, Rule *of Civil Procedure 8.4, above, establishes that a request for an order is made by way of motion, which must be accompanied by any document* or *affidavit necessary for the ruling. It should be borne in mind that documents attached in support of an interlocutory motion, as was the motion for provisional relief in the present case, may be relevant to that interlocutory relief but not to the dispute central to the case [...]." Casasnovas Gandarilla V. Centraras Moreno,* 2008. CA 1093.

65

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
IN THE SUPREME COURT OF PUERTO RICO
OF THE CIRCUIT COURT OF APPEALS

| | |
|---|---|
| Aníbal Rodríguez García<br>Appellee or Defendant<br><br>v.<br><br>Maira Ivet Feliciano Rosado<br>Appellant or Claimant | Supreme C. Case No.: **MC-2017-0114**<br><br>A.C. Case No.: KLCE201700237<br><br>C.F.I. Case No.: HSRF-2015-01224-DIVORCE<br><br>ASUME No.: HSRF-2016-01308-CHILD SUPPORT |

Subject Matter:   FAMILY: CUSTODY, LEGAL CUSTODY AND CHILD SUPPORT AT THE COST OF THE CHILD'S ABDUCTION FOR REPRISALS AND DISCRIMINATION AGAINST HIS MOTHER, ANNULMENT OF PROCEEDINGS

Subject:   Ruling *DENIED* Request for Certiorari to the Appellate Court, Stay of Child Support Collection Proceedings in the Court of Humacao by ANNULMENT and Request for Order against the Court of Mayagüez to not vacate, nor intervene, or summon proceedings in the current case at hand for clarification of the truth and the RELEASE of the child that they have abducted there, since 2011.

How is it possible that two (2) Courts from such opposite and distant cardinal points of the Island of P.R. unite to uphold the unsupportable? Namely, the macabre A B D U C T I O N of the child L.A.R.F.

| Attorney for the Appellant | Attorney for the Appellee |
|---|---|
| Name: Pro Se/Pauperis | Name: Bufete de<br>Abogados & Asociados PSC<br>Francis E. Ruiz Ramírez, Esq. |
| | Address: P.O. Box 1302<br>Las Piedras, Puerto<br>Rico, 00771 |
| Address: _____ | Telephone:(787)733-2341<br>Telefax: (787)502-2590 |
| Telephone: _____ | E-mail Address:<br>ruizramirezasociados@gmail.com |
| Telefax: _____<br>E-mail Address: _____<br>lcdo.f.ruiz@gmail.com | |
| Association Member Number: _____ | Association Member Number:   RUA 18638 |

Name: Maira Ivet Feliciano Rosado
Mailing Address:  Calle Elena Segarra #154
Sector El Maní Mayagüez, P.R. 00682
Telephones: (787) 242-1302
(787) 242-1063 (786) 371-6770

*[hw:] [illeg.] on back 64*

405

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**FAMILY AND JUVENILE COURT**
**COURT OF HUMACAO**

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA FELICIANO ROSADO**<br>DEFENDANT | **CIVIL CASE NO.: HSRF201601308**<br>**Joined to:**      **HSRF201501224**<br>Courtroom 303<br><br>REGARDING:<br><br>**CHILD SUPPORT** |

# R E S O L U T I O N

We turn to the March 15, 2017 Report submitted by Fernando G. Marrero Coll, Esq., Child Support Hearing officer, from the hearing held pursuant to the provisions of Article 18 of the Special Child Support Act, 8 L.P.R.A., Section 501 et seq. Having evaluated the case file in its entirety, this Court sets forth the following:

1. The **provisional** child support is set at **$62.50 every fortnight**, to be deposited by Ms. Feliciano Rosado with the **ASUME Services Unit** for the child Leonardo Aníbal Rodríguez Feliciano, **effective March 15, 2017**.

2. A hearing is scheduled for **May 12, 2017, at 10:00 a.m., Courtroom 302**.

**TO BE SERVED.**

Issued in Humacao, Puerto Rico, on **March 20, 2017**.


**MARILUZ CRUZ MORALES**
**Superior Court Judge**

66

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                    CASE NO. HSRF201601308
CLAIMANT                                    COURTROOM NO. 303

VS

FELICIANO ROSADO, MAYRA                     REGARDING:
DEFENDANT                                   REQUEST TO ENFORCE ASUME ORDER

TO:  FELICIANO ROSADO, MAYRA
SECTOR EL MANÍ
154 ELENA SEGARRA
MAYAGÜEZ              PR 00680

N O T I C E

RODRIGUEZ GARCIA, ANIBAL
PO BOX 261
HUMACAO              PR 00771

CHILD SUPPORT ADM
PO BOX 577
LAS PIEDRAS          PR 00792

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE
THIS COURT ISSUED A RULING ON
MARCH 20, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE
CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE
MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, MARCH
24, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR
ADDRESSES OF RECORD TO THE APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE
WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, MARCH 24, 2017.

DOMINGA GÓMEZ FUSTER                          By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - - -        - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
NAME OF THE                                   NAME AND SIGNATURE OF THE
REGIONAL CLERK                                DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
P° BOX 885
HUMACAO PR 00792-0885

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
TRIAL COURT
FAMILY AND JUVENILE COURT
COURT OF HUMACAO

| | |
|---|---|
| **ANÍBAL RODRÍGUEZ GARCÍA**<br>CLAIMANT<br><br>VS.<br><br>**MAYRA JOSÉ RIVERA MORALES**<br>DEFENDANT | **CIVIL CASE NO.: HSRF201601308**<br>**Joined to:**      HSRF201501224<br>**Courtroom 303**<br><br>**REGARDING: REQUEST TO ENFORCE ASUME ORDER** |

## <u>ORDER</u>

Having considered the May 12, 2017 Report submitted by Fernando Marrero Coll, Esq., Child Support Hearing officer, from the hearing held pursuant to the provisions of Article 18 of the Special Child Support Act, 8 L.P.R.A. Section 501 et seq., and having examined the case file in its entirety, this Court issues the following order:

1. The defendant is granted **ten (10) days** to state the reasons why the provisional child support of **$239.28 every fortnight** set during the January 17, 2013 Ruling in case HSRF201501224 should not be reinstated.

**TO BE SERVED.**

Issued in Humacao, Puerto Rico on May 15, 2017.


[Signature]
**MARILUZ CRUZ MORALES**
**Superior Court Judge**

69

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
GENERAL COURT OF JUSTICE
TRIAL COURT
SUPERIOR COURT OF HUMACAO

RODRÍGUEZ GARCÍA, ANÍBAL                     CASE NO. HSRF201601308
CLAIMANT                                     COURTROOM NO. 303

VS

FELICIANO ROSADO, MAYRA                      REGARDING:
DEFENDANT                                    REQUEST TO ENFORCE ASUME ORDER

TO:  FELICIANO ROSADO, MAYRA
     SECTOR EL MANÍ
     154 ELENA SEGARRA
     MAYAGÜEZ           PR 00680

N O T I C E

RODRÍGUEZ GARCÍA, ANÍBAL
PO BOX 261
LAS PIEDRAS           PR 00771

THE UNDERSIGNED CLERK HEREBY CERTIFIES AND NOTIFIES YOU THAT IN RELATION TO THE ABOVE CASE THIS COURT ISSUED AN ORDER ON MAY 15, 2017.

A COPY IS ATTACHED OR A LINK IS INCLUDED:

/S/ MARILUZ CRUZ MORALES
SUPERIOR COURT JUDGE

YOU ARE ADVISED THAT, AS YOU ARE A PARTY TO OR YOUR LEGAL REPRESENTATIVE IS A PARTY TO THE CASE SUBJECT TO THIS ORDER, YOU MAY FILE A PETITION FOR APPEAL, REVIEW OR CERTIORARI, IN THE MANNER AND IN THE TIME PROVIDED BY LAW, RULE OR REGULATION.

I CERTIFY THAT THE DECISION ISSUED BY THE COURT WAS DULY ENTERED AND FILED ON THIS DATE, MAY 16, 2017, AND THAT A COPY OF THIS NOTICE WAS SENT TO THE PERSONS LISTED ABOVE, TO THEIR ADDRESSES OF RECORD PURSUANT TO APPLICABLE REGULATIONS. ON THIS SAME DATE, A COPY OF THIS NOTICE WAS FILED IN THE CASE RECORDS.

IN HUMACAO, PUERTO RICO, ON MAY 16, 2017.

DOMINGA GÓMEZ FUSTER                         By: /s/NICSIA M. MARTÍNEZ RIVERA
- - - - - - - - - - - - - - - - - - - - - - - - - - -      - - - - - - - - - - - - [signature] - - - - - - - - - -
NAME OF THE                                  NAME AND SIGNATURE OF THE
REGIONAL CLERK                               DEPUTY CLERK OF THE COURT

OAT1812-Single Notice Form- Judgments, Rulings, Orders and Minutes (November 2016)

70

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT

10-07-2019

*Give me back my son!*

FELICIANO MAYRA (45)

BO. MANÍ
154 CALLE ELENA SEGARRA
MAYAGÜEZ  PR  00680

PARTICIPANT NUMBER: 0001753309
REGARDING: CHILD SUPPORT

OBJECTION TO THE NOTICE OF THE CHILD SUPPORT ADMINISTRATION TO CERTIFY AND REFER CHILD SUPPORT DEBT TO FEDERAL, STATE AND PRIVATE ENTITIES FOR COLLECTION.

FELICIANO MAIRA                          APPEARS __X__ ON OWN BEHALF ____ THROUGH HER LEGAL REPRESENTATION AND BEFORE THE ADMINISTRATOR, STATES, ALLEGES AND REQUESTS:

ONE:   I, *Maira I. Feliciano*, RECEIVED THE "NOTICE REGARDING INTENTION TO REFER DEBT TO FEDERAL, STATE AND PRIVATE ENTITIES FOR COLLECTION," IN WHICH A CHILD SUPPORT ARREARS AMOUNT OF $21,783.00 IS CERTIFIED.

TWO:   I OBJECT TO MY NAME BEING REFERRED TO FEDERAL, STATE AND PRIVATE ENTITIES FOR THE WITHHOLDING OF MY CONTRIBUTION REIMBURSEMENT ON THE FOLLOWING GROUND(S):

_X_ THAT I AM NOT THE CHILD SUPPORT DEBTOR.
___ THAT THE AMOUNT CERTIFIED IS INCORRECT.
_X_ THAT THE CERTIFIED DEBT DOES NOT EXIST.

*I cannot get work due to this debt and the disrepute brought by the IMPRISONMENT. They have imprisoned me twice being innocent.*

THREE:  I AM ENCLOSING EVIDENCE IN SUPPORT OF THE OBJECTION.

IN LIGHT OF ALL THE FOREGOING, I REQUEST THAT THE ADMINISTRATOR CONSIDER AND REVIEW THE OBJECTION AND, IF AGREED, NOT REFER THE NAME OF *Maira I. Feliciano Rosado* TO FEDERAL, STATE AND PRIVATE ENTITIES FOR THE COLLECTION, WITH ANY OTHER RULING THAT MAY BE APPROPRIATE IN LAW.

IN SAN JUAN, PUERTO RICO, ON 07-10-2019.          *What more do you want from me!*

*Please! Tell me where they have my son? Where in the United States are they hiding him? I am dying slowly of despair. Help me get my son back! I want my son!*

*Maira I. Feliciano Rosado*
_____
SIGNATURE OF THE CHILD SUPPORT PAYER

�█4877
_____
SOCIAL SECURITY NUMBER

*N/A*
_____
SIGNATURE OF THE LEGAL REPRESENTATIVE
(IF ANY)

*N/A*
_____
ASSOCIATION MEMBER NUMBER

26240

72

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

December 12, 2019

Stephanie L. García Vidal, Esq.
Interim Administrator
Boulevard Office Building Piso 4, Boulevard del Río de Humacao
Administración para el Sustento a los Menores
Oficina Regional de Humacao
P.O. Box 577, Humacao, Puerto Rico 00792

Dear Ms. Garcia Vidal,

I am Maira Ivet Feliciano Rosado, whose ASUME case number is 0516701 and I am a resident of
Mayagüez. The purpose of this letter is to clarify that the documentary and testimonial evidence that
I have brought before ASUME and the Court of Humacao for consideration, as of January 2017, has
been arbitrarily, capriciously, selectively, obstinately, and unreasonably rejected. Since it is not proof
of my innocence that they were or are seeking, but rather my conviction, in punishment *ad infinitum*
for having denounced acts of judicial corruption dating back to 2011, which led to the ABDUCTION
AND FORCED DISAPPEARANCE OF THE CHILD, ███████████████████████████
████████ (L.A.R.F.). For this reason, I have been arrested and imprisoned two (2) times while
innocent and prevented, many times, from obtaining employment in Puerto Rico in accordance with
my professional qualifications.

Certainly, the acts and procedures that represent judicial corruption emanate from the null and void
September 07, 2011 criminal punishment of 90 days of COMMUNITY SERVICE, which does NOT
exist in the Puerto Rican legal system. *Accordingly, a sentence thus entered is null and void, and
non-existent, since penalty statutes are jurisdictional,"* Pueblo v. *Lozano Díaz,* 88 DPR 834 (1963).
Nevertheless, the Judiciary of Puerto Rico has corruptly upheld, ratified and extended the effects of
the aforementioned ruling, which produced the debt in question, using an overwhelming logic that
grants impunity and immunity to the child's mafia of abductors. There is no doubt that the judges
only defend judicial infallibility as much as papal infallibility, thus taking Puerto Rican law back to the
horrors of the Middle Ages.

I have repeated *ad nauseam* (See Exhibits showing the record of objections) that the debt accrued
with ASUME for child support, counted as of December 21, 2011, is " ...*a sentence issued contrary
to the provisions of the law, and therefore it is null and void, and non-existent. The court [lacked and]
lacks the power to issue it,"* Pueblo v. Lozano, *above [Brackets added]. "In view of this, a null and
void sentence cannot affect, impair or create rights,"* Pueblo v. District Court and Colón, Int., 74 DPR
833 (1953), quoting *State* v. *Bates,* 61 Pac. 905.83 A.S.R. 768, 772 (1900). This means that "*what
is void never had any effect, it was never 'born' in Law, and it never existed."*

Worse yet, the aforementioned debt is a mechanism of repression and cover-up of the crime of
CHILD TRAFFICKING FOR CHILD SUPPORT perpetrated by powerful and untouchable corrupt
officials of the Judiciary of Puerto Rico. An injustice committed against a single child like mine is an
injustice committed against the entire child population of Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

In virtue of the foregoing, I request that you RELEASE me from such continuing obligation by tempering the mechanized system of ASUME to the most recent CERTIFICATE OF CLEARANCE OF CHILD SUPPORT CASE, dated November 14, 2019. Especially when the only justiciable solution in the case before you is that MY ONLY CHILD BE RETURNED TO ME, who has been kept under ABDUCTION AND FORCED DISAPPEARANCE, from December 14, 2011 to date, under a form of CHILD TRAFFICKING FOR CHILD SUPPORT which no one seems to care about. Each demand against me doubles down on the impunity of those guilty of the crime against humanity of FORCED DISAPPEARANCE OF THE CHILD.

My son and I, the mother, await from you a fairer institutional response for the victims of crime and corruption, and I plead that you do what you can to stop ASUME's demands.

Yours sincerely,

[Signature]
Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez. P.R. 00682
Telephone numbers (787) 242-1302/(786) 371-6770
mfeducderec@yahoo.com



GIVE ME BACK MY SON!
WHERE IS MY SON?
TO WHAT ADDRESS IN THE USA WOULD YOU
SEND THE COLLECTION OF THE ALLEGED
DEBT? HELP ME LOCATE
█████████! I WANT MY SON!

FREE LEO!

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**Administración para el Sustento de Menores**

Gobierno de Puerto Rico

Gobierno de Puerto Rico
Government of Puerto Rico
**Departamento de la Familia**
Department of the Family
**ADMINISTRACIÓN PARA EL SUSTENTO DE MENORES**
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
Región de HUMACAO
Region of HUMACAO

**ANÍBAL RODRÍGUEZ GARCÍA**
Persona Custodia
Custodial Person

**Número de caso ASUME:**
ASUME Case Number:

**MAIRA I FELICIANO ROSADO**
Persona No Custodia
Non-Custodial Person

**Resolución sobre objeción a la Notificación de la ASUME sobre intención de certificar la deuda por concepto de pensión alimentaria y de referirla para el cobro a entidades federales, estatales y privadas**
Decision on objection to the Notification of the ASUME of intention to certify debt for child support and be referred for collection to federal, state and privates entities.

El 1 DE NOVIEMBRE DE 2019, MAIRA I FELICIANO ROSADO presentó ante el Administrador de la ASUME, una objeción a la Notificación de la ASUME sobre intención de certificar la deuda de pensión alimentaria y de referirla para el cobro a entidades federales, estatales y privadas.
On N/A, MAIRA I FELICIANO ROSADO, filed before the Administrator of the ASUME an objection to the Notification of the agency of intention to certify debt for child support and to be referred for collection to federal, state and privates entities

**Evaluada la objeción, el expediente del caso y la evidencia sometida se determina que la objeción no procede porque:**
After evaluating the objection, the record of the case and the evidence submitted, it is determined that the objection does not proceed due to:

_ Usted es la Persona No Custodia en el caso de epígrafe y tiene un atraso equivalente o mayor a un mes en el pago de la pensión alimentaria.
You are the Non-Custodial Person in the case of heading and have arrears equivalent or greater to one month in the payment for child support.

X Usted no presentó evidencia alguna en apoyo de su objeción.
You did not file evidence to support your objection.

_ Usted no invocó ninguna razón para objetar la notificación.
You did not invoke any reason to object the notification.

_ La cantidad que se le indicó en la Notificación que usted objeta, es correcta.
The amount indicated in the Notification objected is correct.

_ A pesar de que se le concedió un plan de pago para el pago de la deuda por concepto de pensión alimentaria usted no está cumpliendo con el mismo.
Despite being granted a payment plan for the payment of the debt for child support, you are not in compliance.

En consecuencia, en el término de treinta (30) días a partir de la notificación de esta orden, la ASUME certificará la deuda y la referirá para el cobro a entidades federales, estatales y privadas.
Therefore, within the term of thirty (30) days counting from the notification of this order, the ASUME will certify the debt and will refer the same for collection to federal, state and private entities.

ASUME OFICINA LOCAL DE REGION HUMACAO, PO BOX 577,
HUMACAO PR  00792 ■ Tel: (787) 285-1535 Fax: N/A ■ Email: CNIEVES@ASUME.PR.GOV
www.asume.pr.gov ■  (SM1501)

ASM447
Rev. 12/2018

73

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Administración para el Sustento de Menores
PO BOX 577
HUMACAO, PR 00792

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem:    **DEPARTMENT OF**
## FAMILY AFFAIRS
**ASUME  GOVERNMENT OF PUERTO RICO]**

## Personalized Services

Welcome to the Portal

Back to (PaymentsOnline/Homepage.asp

## Your request for service was received successfully

Service confirmation number: **SP-2021040950378**

Remember to keep this number for future reference. You will be notified by e-mail of the service follow-ups as well as the access to file the electronic form according to the type of service notified.

**Documents to be filed:**

To complete the electronic form: Motion (Form): Click here (https://serviciosenlinea.asume.pr.gov/screferidos/citizen/referidos/validate? id=50378&p=participante&tkn=88ac501f-4ef5-4824-b2a7- 7fb170e8f700&from=response)

**Warning:** You may complete this document electronically using the link provided. For your convenience, the draft of the document will be kept for a period of 10 days to give you the opportunity to complete it. However, the document will not be considered to have been filed unless you have pressed Submit and have been given a confirmation number.

It will be the participant's responsibility to present any document or actions within the corresponding terms. Under no circumstances can it be interpreted that the availability of a document's draft implies that ASUME has become aware of your intention, and it will only be considered filed once it has been submitted.

© 2021 - ASUME Online Services                                        77

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

| | |
|---|---|
| Aníbal Rodríguez García<br>FATHER OF THE MINOR<br><br>v.<br><br>Maira Ivet Feliciano Rosado<br>MOTHER OF THE MINOR | ASUME Case No.: 0516701<br><br>**FREE ████ NOW**<br>**from the Alien monster of**<br>**JUDICIAL CORRUPTION**<br>**which is keeping him under**<br>**FORCED DISAPPEARANCE.** |

**MOTION FOR RECONSIDERATION**

TO THE HONORABLE ADMINISTRATIVE COURT OF ASUME:

The undersigned party affected by the Ruling in the case at hand hereby appears on her own behalf and in her son's best interest, and respectfully alleges, states and requests:

1. That the declared mother-child support payer, is Ms. Maira Ivet Feliciano Rosado, now 52 years old, retired as a School Counselor of the Puerto Rico Department of Education (hereinafter D.E.) for reasons unrelated to the employment, since December *04*, 2014, single and a resident of Mayagüez. An attorney, yet to revalidate her license, who emerged from the bosom of poverty and sacrifice, a mother before an attorney, and a believer and practitioner of the beliefs of the Seventh-day Adventist Church, and a keeper of the Sabbath as a Day of Rest.

2. That, she most hopefully and respectfully submits, through this **"MOTION FOR RECONSIDERATION: "FREE ███!" as a cry for help, a desperate attempt to "FREE ███" from the clutches of the ALIEN MONSTER of judicial corruption.** It is subject to the respective response that the ASUME Magistrate deems appropriate, since the name does not make the thing, in this such an atypical scenario whose most just relief is that the son be returned to his mother. The affected party appears in her own right, since this case is a challenge shunned by the attorneys, and is instigated by Ms. Feliciano Rosado, the biological mother and on behalf of the child ████████ (hereinafter L.A.R.F.), now 16 years old, who was born on December 14, 2004 and has not seen his mother for 9 years because of the "*I'm in charge here*" nature.

3. That Ms. Feliciano Rosado, respectfully and very grateful for the good faith of those who have stealthily tried to help her for fear of reprisals, extensive to their own, from the dominant oppressive power or **the mafia,** an **ALIEN MONSTER,** *insists that this case should not be treated as concluded. There is nothing left but submission and dogmatic compliance. No matter how much one would like to gild the event, in this case the rights and freedoms of the child L.A.R.F. **ARE BEING SACRIFICED** to protect those who commit the grave crimes against humanity of their **ABDUCTION AND FORCED DISAPPEARANCE,** legalized as law under a scandalous scheme of **judicial corruption.** It is urgent that the ASUME and the judicial system **FREE ████████ NOW! FREE ███!,** a boy who has remained the **HOSTAGE OF THE HONORABILITIES of the ALIEN MONSTER** of arbitrariness, irrationality, despotism, bullying, differences, snobberies, cronyism and escapisms repudiated in the Puerto Rico justice system.

79

**MOTION FOR RECONSIDERATION: FREE LEO!** 1

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

4. That Ms. Feliciano Rosado **DID NOT ABANDON HER CHILD!** How can they put her in a position where her victimizer will win a sure victory over her and then blame her for the same calamities caused by the **ALIEN MONSTER** that protected him, and that this mother has faced alone in order to rescue her son from his clutches? No one can know what this mother's heart has suffered in the past 9 years, and in what despondency, in what despair she has fallen many times for not having her son with her. Indeed, this first-time and excellent mother was cornered by bitter, powerful, dangerous and untouchable enemies who subverted justice and prejudged the dispute and were ready to arrest her when the opportunity arose in subsequent legal proceedings. It is common knowledge that there is **NO** way to prevail once you are marked by **Olga Longoria Vélez, Esq.,** who rides the scoundrel Mafia of the Court of Mayagüez like the Woman to the Beast of the Apocalypse in Revelation 17. Everyone rushes to join their ranks or flee due to their "empire of terror." She subverts authority. She acted unscrupulously in collusion with **Judge Lynette Ortiz Martínez** who took the child L.A.R.F. hostage, in a fit of rage against his mother after her complaints.

As if that were not enough, the wrath of Ms. Feliciano Rosado's opulent and powerful persecutors was matched by the treachery of her seven (7) attorneys, in succession or together and each in their own way. Given that there is an aberrant union between the Court of Mayagüez and Atty. Longoria Velez, whose autocratic will is the generating source of a **murderous Nazi Law,** what they call the *"orders of the honorable court"* which are nothing more than the *"orders of Longoria."* In those days, the lack of legality and jurisdiction was made up for by overwhelming ordinances that increased the level of intensity, extent and horror of **judicial terrorism,** leaving both the mother and her son powerless. Coupled with the impunity of those responsible and the State's official denial of the horrific crimes, the psychological and ongoing damage to the victims is devastating.

5. That it is an open secret that the administrators of justice in Puerto Rico **do NOT admit anything,** no matter how evident its revelation in the evidence, if it is in opposition to the repressive hegemonic power. They sacrifice their individual judgment to the disbelief, prejudices and mandates of others. They rendered the motions, briefs and extraordinary appeals (2011-2021) of Ms. Feliciano Rosado totally ineffective, due to the underhanded work of **the abducting mafia** that instigated violence and aroused consternation against the complainant mother, disfiguring and bulking up her motives to make her look hateful. From the context of their written responses, the attitude and tone of voice in which their respective challenging decisions were pronounced can be inferred. Consequently, when this mother-attorney in good time went in search of all the helping agents that the State has pointed out, she was left in the hands of the scoundrels. They preferred to use force and resort to the noose of technicalities, differences and escapisms that stifle the pursuits of justice. Among these, the mother first asked for help within the court, in June 2011, before the then Administrative Judge of the Judicial Region of Mayagüez, **Aixa Rosado Pietri**, whose snobbery and unconditional loyalty to Atty. Longoria Vélez, ended up being a big disappointment. It turns out that the latter had legally represented the former in her contentious divorce.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

It was worse than expected, when Ms. Feliciano Rosado ran outside the Court of Mayagüez to seek assistance at the **Women's Advocate Office** on September 23, 2011, at the **Administrative Office of the Courts** (A.O.C.) on October 07, 2011, and at the office of the **Presiding Judge** on December 05, 2011. No one, however, noticed then that the sentence of **90 days of community service** that was brought before her was null and void on its face, and constitutes the common link between the unjust procedures that have been legalized as law to cover up, under the cloak of an action for the collection of child support against the complainant, the crime of **ABDUCTION AND FORCED DISAPPEARANCE OF THE CHILD L.A.R.F.** Now, this fact is very pertinent to the cause of ██████ **RELEASE** which was marked with protest **banners**, censored with escalating violence and aggression.

In view of the above, it must be concluded that "it was not *proof of my innocence that they were seeking, but my conviction.*" By way of example, **Judge Mariluz Cruz Morales** of the Court of Humacao plainly and simply rejected the evidence of Ms. Feliciano Rosado, back on March 15, 2017. In this court they also did not give any credence to the mother's testimony and imprisoned her knowingly innocent. The looks they gave her spoke of their quarrels against her for her complaints, albeit legitimate. This was confirmed by Judge Cruz Morales, who scornfully returned to her the voluminous case file that the recently released mother had placed before her in a timely manner, arguing that there was no space for it in the Clerk's Office.

That the abductors have made Ms. Feliciano Rosado and the child L.A.R.F. live through a tragedy of great proportions. Especially when this mother does not know the whereabouts and the fate of this young teenager, her only son. For this reason, this mother appears with this motion entitled **MOTION FOR RECONSIDERATION: "FREE ███!"** <u>in a desperate attempt to know about her son and be reunited with him</u>. Given that this case concerns **RESCUING** her child L.A.R.F. from her captors, and having him returned to her, Ms. Feliciano, her physical and legal custody of the child, of which she was deprived in the course of null and void legal proceedings due to lack of jurisdiction and the admission of fabricated evidence, inextricably linked to the miscarriage of due process of law and **judicial corruption**. There cannot be arguments for a single piece of evidence of the law that justifies this mother, who is a mother before attorney, being deprived of physical and legal custody of the child, which is not "I am in charge here." It is a sentence that is radically void, and it cannot be validated with the passage of time. Vázquez Ortiz v. López Hernández, 160 DPR 714 (2003).

**MOTION FOR RECONSIDERATION: FREE LEO!** 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

Today, with faith in the **ALMIGHTY GOD** who tells us: *"Though your sorrow should strike no chord in any heart on earth, look unto me and live"* (Ellen White, The Desire of Ages, p. 326), Ms. Maira Feliciano Rosado, as the holder of the **right of MOTHER,** "a *fundamental right and a right of higher constitutional hierarchy than the right to property", Stanley v. Illinois,* 405 *U.S.* 645 (1972), **REQUESTS** that this Administrative Court **REVIEW** ASUME case number 06516705 before you.

7. That it is pertinent and unavoidable to go back to the judicial proceedings in the Court of Mayagüez, back in 2011, to put this honorable Administrative Court of ASUME in a position to assess this course of justice. It is a disgrace worthy of regret, which sets a bad precedent and, in addition, consigns **TRAFFICKING IN CHILDREN FOR CHILD SUPPORT** in the Courts of Puerto Rico, causing a "shock" to the conscience of any person endowed with intelligence. *All the more so when UNICEF, UN.GIFT and ILO (2009) have stated in their open list definition that **"child trafficking** is *in any case a "violation of the child's right to grow up in a family environment,"* according to the Training Manual to Fight Trafficking in Children for Child Labor, Sexual Exploitation and Other Forms of Exploitation. *"It is an inalienable right of children to be able to live and grow up within the bosom of a happy home and the warmth of their parents," García v. Commonwealth,* 163 DPR 800 (2005).

8. That, in the case at hand, **THE TRAFFICKING OF THE CHILD FOR HIS CHILD SUPPORT** began since the child L.A.R.F. was turned into **"spoils of war,"** on December 14, 2011, the same day he turned 7 years old, when **Judge Lynette Ortiz Martínez took him hostage,** while moved by a deep-rooted feeling of revenge against Ms. Feliciano Rosado, his mother, and as a mechanism of torture and punishment *ad infinitum.* The newly appointed judge was soon displeased by the news of the formal and well-founded complaints of the child's mother against her, in the supervisory courts of the Commonwealth of Puerto Rico, for inventing a sentence to force a preferred ruling. Namely, the criminal penalty of **90 days of community service** on September 07, 2011, which opened the door to any pretense of unbridled authority and oppressive extravagance, so that the most unbalanced of the court could at their whim ridicule and oppress Ms. Feliciano Rosado during the sentence's enforcement. They had pursued her to the point of forcing her to perform community service within the Mayagüez Judicial Center, at the Clara Lair Program Office, where they could obtain, through perjury and torture, what was impossible to achieve through fair means. It was a criminal punishment with improvisations and instructions of the judge that led to excessive actions against her subjects, thus activating a bullying of the court with tortures against the martyred lawyer. No one can invoke the defense of hierarchical obedience. It took a lot of imagination to do something never seen before and so cruel.

They had well learned harsh lessons of cruelty in the courts, with the shameful practice of humiliating and mistreating another human being who is just like "you," the Social Worker, Diany Pérez, encouraged by the viciousness of the child's abductors, and the *ad hoc attorney Stephanie Cabrera Hernández,* in whose family even "the cat" is an attorney.

82

**MOTION FOR RECONSIDERATION: FREE LEO!** 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The latter was the hastiest to participate in the abuse and the court's most severe "bully", while aspiring to achieve a greater reputation than Atty. Longoria Vélez. She reached such a point in her despotism and delinquency that she fabricated evidence against the attorney-martyr. *"Unfortunately, viewing the law and interpreting it in the spirit of arriving at a preferred outcome is causing much harm to our legal order," Pueblo v. Pagán,* 130 DPR 470 (1981). Prevarication, bullying and inventing sentences in the courts of Puerto Rico is in fashion. It was in the changes of laws and improvisations that the **JEWISH HOLOCAUST** began.

9. That such degeneration of justice strengthened the hands of the victimizer of Ms. Feliciano Rosado and their son in common, L.A.R.F. Tragically in 2011, Judge Ortiz Martínez's unbridled rage and thirst for vengeance merged with the malicious persecution (2007-2011) of the victimizer, **Mr. Aníbal Rodríguez García,** the child's father and the ex-husband of Ms. Feliciano Rosado, a native of Vieques, Special Education Teacher, Refrigeration Technician and Inventor with a registered patent, bilingual and academically outstanding. His talent and feigned meekness earn him many defenders, and Mr. Rodríguez García is an aggressor due to domestic violence concomitant with child abuse and its related types. This victimizer also manifests **the profile of a PSYCHOPATH,** although still undiagnosed, according to the criteria for the diagnosis of F60.2, better known as Antisocial Personality Disorder (301.7) described in the Diagnostic and Statistical Manual of Mental Disorders or DSM-IV, today DSM-V.

Under the DSM-IV and the case at hand, what is most dangerous about this **aggressor-psychopath and child support evader** is his *"*reckless disregard for *his safety or the* **safety of others** *[his son]," "his persistent irresponsibility, indicated by his inability to take care of financial obligations"* and **"his lack of remorse,** *as indicated by his indifference to or justification of having harmed, abused or stolen from others."* [Brackets added]. **He is the real child support evader.** This is evidenced by the 2006-2010 rulings and motions in the case file, filed through counsel or pro se, before the mafia subverted justice against the victims.

10. That the obstacles stacked up against the return of the child L.A.R.F. to the mother's home not only undermined the evidence of the multiple medical care and educational resources this mother offered her son (2004-2011), but they were also a minefield for the fabrication of charges. By way of example, unscrupulous jurists tried to extort Ms. Feliciano Rosado through a **VICTIM-VICTIMIZER MEDIATION** with a gross imbalance of power during her status as a prisoner so that, yielding to the fear of being treated as a criminal, she would give up custody rights with regard to her son as a *sine qua non* condition for her freedom. Undoubtedly, this constitutes a terrible torture, exploitation of pain and subjugation of the abused woman to her aggressor. Due to the rigors of confinement, the victim appeared at such mediation under public scorn due to her depersonalization with the prison uniform, the handcuffs and chains, and the shackles that were already hurting her ankles slowing down her steps. In contrast, her victimizer enjoyed preferential treatment for being the *"namby-pamby"* of the court by virtue of his attorney, the *primus inter pares* of the Court of Mayagüez mafia.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

Since mediation assumes that both parties share the blame, and in effect, the victims are made part of the problem. They are subjected to implicit submission to all kinds of oppressive and challenging intents, as they are forced to renounce their rights and defenses by appeasing their victimizer. Consequently, those called to serve justice in the case at hand left the child and his mother in the same legal defenselessness in which they found themselves at the time they went to court to escape the domestic violence coexisting with child abuse of the sadistic victimizer.

11. That, in addition to the foregoing, after the release of Ms. Feliciano Rosado, the persecution was intensified with arbitrary, unreasonable, and capricious orders. Among these, the duplicity of **psychological-psychiatric examinations,** inside and outside the prison, without the mental health of Ms. Feliciano Rosado being in dispute and with the exclusion of her untouchable victimizer. This was in addition to the improper **mother-child visits** at the Family and Juvenile Social Unit *under* penalty of imprisonment for the least resistance. The bitter farewells caused terror and confusion in the boy, then 7 years old, as he saw his legitimate pretensions of returning home to his mother mocked time after time. In another blatant manifestation of the crime of institutional abuse of a defenseless child, court social workers eavesdropped with premeditated intent during the mother-child visits. -*"Mom, why can't I come back home with you?"* asked the boy, while not wanting to be overheard by his hostile observers. -*"Because a judge has taken control of our lives. But I am fighting to get you back,"* replied this grief-stricken mother. At the end of the next mother-child visit, now with bailiffs standing guard at the door excited by the slanders invented by the powerful abductors, the child stood in front of the elevator door so that his mother would not leave without him. Leo would say: -"Mom, *tell the judge that I want to go home with you,"* in front of the social workers and bailiffs who increased his sense of helplessness by separating him from his mother. No mention was ever made of such a candid request from the child in the motions they filed to accommodate their briefs to the instructions given by the judge-abductor and the apocalyptic attorney.

12. That, not content with torturing the child's heart in each forced farewell to his mother, **Judge Agnes Acosta,** acting in conspiracy with **Judge Ortiz Martínez and Atty. Longoria Vélez,** issued an improper **PROTECTION ORDER on** February 13, 2012 against Ms. Feliciano Rosado, which overturned **Act 54** for the Prevention of and Intervention in Domestic Violence, as something necessary supposedly for the child's protection. This happened because the child continued his pleas in the parking lot of the Court of Mayaguez, crying and begging to Mr. Rodríguez García, his father, to let him return to *"mommy."* Having already understood that he was a hostage, the boy tried to force his way out through the half-open window of his father's car that was parked in the parking lot of the Court of Mayagüez on February 07, 2012. Ms. Feliciano Rosado then attempted to record her son with a video camera, while the victimizer belittled her distress by preventing her from approaching him.

84

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

Mr. Rodríguez García's manifestations of terrifying cruelty are innumerable due to his implacable animosity toward Ms. Feliciano Rosado, since he also believes that she has to support him. He envies her law degree. -*"I am going to make sure that Maira does not become an attorney,"* boasted this aggressor-psychopath in front of third parties on the sidewalk on the corner of Ms. Feliciano Rosado's house, back in 2011, where his main informant and spy, **Ms. Aida Ruiz López,** lived**.** She was the one who removed one of the banners with pretensions of wisdom.

13. That, in this cornered and violent context, **Judge Edwin Nieves Troche,** like the first judges, issued an improper **RESTRAINING ORDER** on June 12, 2013 against Ms. Feliciano Rosado, which is void on its face. This means that it was an order issued for an indefinite term and that it dispenses with the seal of the Honorable Court of Mayagüez. This type of judicial improvisation was the court's urgent response to a June 10, 2013 motion filed by Atty. Longoria Vélez. It misrepresented the intentions of the child's mother to see her son through the gate of his elementary school on May 13, 2013. In addition, said order has the effect of a prior censure and condemnation against Ms. Feliciano Rosado, after denouncing judicial corruption this time in the Federal Court and in the Federal District Attorney's Office of Puerto Rico, with Rosa Emilia Rodríguez-Vélez as the Chief Prosecutor.

Undoubtedly, the **RESTRAINING ORDER** triggered the **FORCED DISAPPEARANCE OF THE CHILD,** whose reprehensible crime was achieved with the joint action of fierce opponents who adhered to the cause of the victimizer and the mafia. These were the following: **Olga Longoria Vélez, Esq.,** the incarnation of evil whose satanic ferocity not even the law can stop, and her minion, **Agent William Lugo Sepulveda,** as funny and corrupt as Idi Amin Dada. This lackey agent publicly harbored a deep resentment against Ms. Feliciano Rosado dating back to 2010, by virtue of a complaint she filed against him at the **Puerto Rico Police Headquarters.** As soon as the opportunity presented itself, Agent Lugo aligned himself with the mafia, and again attacked Ms. Feliciano Rosado by undermining her credibility with the 911 Emergency Line agents with false defamations. The latter were investigating the case at hand as a result of the 911 call that Ms. Feliciano Rosado had made for the protection of the child, on May 15, 2013. Moreover, the agent-persecutor was so intent on the vile work of harming the complainant that he subverted the authority of the Mayagüez District Attorney's Office with citations and intimidations against her. In the meantime, Mr. Rodríguez García disappeared with the child. And so it was that the corrupt policeman took revenge on this pious mother by collaborating in the heinous crime of the **FORCED DISAPPEARANCE OF HER ONLY SON**.

85

**MOTION FOR RECONSIDERATION: FREE LEO!** 7

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

These State persecutors were joined by School Director **Ana Ruperto** of the S.U. Río Cañas Abajo School in Mayagüez, where the child was studying, a woman as perverse as "a *witch,*" and School Police Officer Carrero, with a loyalty to the victimizer worthy of a better cause. It was similar people that Mr. Rodríguez García called to his aid, and it did not take long for him to double down on the torture and violence against Ms. Feliciano Rosado by disappearing with their son from May 15, 2013, until today. A never-ending nightmare!

14. That, days later, after the **FORCED DISAPPEARANCE OF THE CHILD**, Judge Nieves Troche of the Court of Mayagüez issued the **Ruling of Removing Legal Custody** on July 12, 2013, by virtue of a motion to that effect on March 04, 2013, appearing to give Ms. Feliciano Rosado the opportunity to get her son back when they were already hiding him. The truth is that the hearing to remove legal custody consisted of proceedings to validate not only the invalid orders of Judge Ortiz Martínez, but that only Atty. Longoria Vélez, whose presence in itself prejudiced the case for posterity, would prevail. In those days, this case was already the hot potato of the attorneys, and this mother-attorney was the leper of the robed class; no one wanted them. This is why Ms. Feliciano Rosado **DID NOT APPEAR** at the aforementioned hearing to remove legal custody over the child, which represented a threat to her **FREEDOM.** However, this mother did not sit idly by, and much less so abandon her son. She had already appeared on her own behalf at the Federal District Court for the District of Puerto Rico in a civil rights lawsuit under Federal Act 42 U.S.C.A. Sec. 12102, since December 14, 2012, and awaited the federal summons to the Court of Mayagüez executioners. Unfortunately, the lawsuit was dismissed. Another big disappointment!

15. That, indeed, the cruelty of the abductors and besiegers reached an even greater degree of intensity 4 years later by sabotaging the case behind the scenes at the Court of Humacao (2017). Thus, they were able to have the null and void judgments of the Court of Mayagüez (2011) ratified with an automatism that was detached from the deferential weight offered by the substantial evidence, in the totality of the records of the case in question. Thus, rulings were issued that, in effect, increased the seriousness of the **FORCED DISAPPEARANCE OF THE CHILD,** limited to the territory of Puerto Rico until then, and the domestic violence concurrent with child abuse, which "jumps out and *hurts the retina.*" And having achieved this, the victimizer, feeling reinforced to perpetuate the dreadful crime of the **FORCED DISAPPEARANCE** of his own son, took the child out of the country under the protection and acquiescence of state agents and the loyalty of a multitude of corrupt enemies.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:23983-2   Filed:04/11/23   Entered:04/11/23 19:48:55   Desc:
Government Parcel to Rico

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

16. That this terrifying nightmare of separation of mother and child is similar to the chilling hell suffered by **Janet Viera,** the Vega Baja mother who committed suicide when the State took away her two (2) children *under* the pretext of her deafness. An unfortunate tragedy that sets a bad precedent for mothers with disabilities. It turns out that Ms. Feliciano Rosado has also suffered in her own flesh the same unspeakable despair and pain of the Vega Baja mother, because also, to make matters worse, she has lived with the disability of diagnosed **Social Anxiety Disorder**. This disability has made her the object of hatred, ridicule, contempt, and persecution in her fight to get her son back. Some, already inclined to ridicule with an air of supremacy, claim that this mother-attorney (with 2 Master's Degrees in Education and a *Juris Doctor*) supposedly seems to be **"CRAZY."** Feeling emboldened, they add: - *"They took away her son because she seems crazy...",* as a justification for the removal of her son; - *"The child is better off with his father...,"* - *"he is with his father; he is fine,"* as a trivialization of the child's silent captivity; - *"They have damaged your nerves...you seem crazy; I cannot take your case,"* as an apology for denying justice to these victims. All these reasons justify the bullying or discrimination on the grounds of disability due to **Social Anxiety Disorder,** which makes Ms. Feliciano Rosado the **perfect victim** of the aggressor-psychopath. Taking advantage of such disability, Mr. Rodríguez García would vituperate Ms. Feliciano Rosado in front of third parties saying: - *"she really seems crazy...Ha, ha, ha...;"* although he would later try to have sex with her by objectifying her as the ex-wife post-divorce lover. It is not an exaggeration to say that Ms. Feliciano Rosado was married to **SATAN**.

17. That it is pertinent to bring to the attention of ASUME judicial forum that, through **Marxist-Leninist** indoctrination of the Court of Mayagüez mafia against Ms. Feliciano Rosado, and *under* the pretext of *"teaching her to obey,"* they attacked even her religious belief of keeping the **Sabbath as a Day of Rest,** whose main foundation is the legitimate authority of the Bible (Gen. 2:2,3). In addition, such belief is protected by the 1st Amendment of the U.S. Constitution. and Sec. 3 of Article II of the P.R. Constitution. In the contrary sense*, the Enforcement Report of the criminal penalty of 90 days of community service, which was null and void on its face, and **the matter of conscience** involved in the religious custom of keeping the Sabbath as a Day of Rest, was presented as evidence, among others. Atty. Cabrera Hernández argued in court that Ms. Feliciano Rosado used it *"as an excuse to do whatever she wanted...."* It must be concluded that the *ultra vires* orders in conjunction with the admission of fabricated evidence, due to the effect of the totality of errors committed, *Pueblo v. Echevarría Rodríguez I,* 128 DPR 299 (1991), resulted in **the unlawful removal of her son LEO and** the unlawful deprivation of both of their freedoms to date. Added to this is the illegal declaration of the mother-child support payer.

**MOTION FOR RECONSIDERATION: FREE LEO!** 9

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

18. That, with well-laid plans, her fierce persecutors at the Court of Mayagüez, some former law school classmates, such as **Eddie González Vázquez, Esq.,** of whose connection to the crime of fabricating evidence I cannot offer evidence), Stephanie Cabrera Hernández, Esq. and a corrupt professor, **Carlos Rodríguez Sierra, Esq.,** former Academic Dean of the **Eugenio María de Hostos School of Law** (FDEMH), now closed due to instigating a communist coup d'état on the island, *fabricated evidence and established an alleged pattern of non-compliance charged against Ms. Feliciano Rosado.

19. That, upon careful examination of **Art. 54 on community service** of the Criminal Code 2004, then in force, we are convinced that the Court of Mayagüez never acquired subject matter jurisdiction at the hearing on September 07, 2011. This is the date when the criminal penalty of 90 days of community service was only verbally issued against Ms. Feliciano Rosado. It was not until after she had been in jail while innocent, that she received the notice of the sentence in question on January 07, 2021, that is, four (4) months later. In effect, this opinion is null and void and its subsequent orders and rulings **\*DO NOT BIND US.** It is a reiterated rule that *"[p]enalty statutes are jurisdictional, that is, [...] they limit the Court's own power."* De Benque v. United States, 85 F2d 202 (D.C. Cir. 1936). *Pueblo* v. *Lozano Díaz,* 88 DPR 834 (1963). Therefore, a null and void judgment obtained by fraud cannot be validated with the passage of time. *"When a judgment is null and void, then it was never effective, nor did it come into legal life, that is, it did not exist as a matter of law." "Thus, if a judgment is rendered without jurisdiction, <u>the court *is obligated to declare it null and void and relieve the affected party from the effects of such judgment."</u> Náter v. Ramos,* 162 DPR 616, 625 (2004); *Montañez v. P.R. Police,* 150 DPR 917, 921, 922 (2000).

20. That, having stated the foregoing, it is pertinent to add that Ms. Feliciano Rosado apologizes if she is extensive or offensive when stating the facts of the case in question. Being a recent Law graduate, she confesses, at this point, that she has lost her litigation skills since they took her career away from her by taking her son away from her to extort money from her. Accordingly, she vehemently **PLEADS** that this Administrative Court order the ASUME Office of the Humacao Region to inform this mother-child support payer **\*to which physical address they are sending the child support payments of the child L.A.R.F.,** whose whereabouts are unknown to her. So that Ms. Feliciano Rosado, in strict justice, in accordance with fairness and the agency's constitutional right to accurate information, be placed in a legal position to get him back. *This is the **cardinal**, transcendental and inescapable issue of the case at hand, whose handler of such an atypical and shunned case is Ms. Carmen Nieves of the ASUME Humacao Office.

21. That, as a matter of fact, the mother-child support payer has received a ruling entitled *"Decision on Objection to Notice of Intention to Refer Excluded Cases for Enforcement Mechanisms,"* which was enclosed within the same envelope as a letter warning of the right to appeal an administrative judge's ruling or order, with jurisdictional terms. Both letters were dated March 02, 2021 but served on March 19, 2021. Also received on the latter date was the *"Notice from the Administration for Child Support Enforcement of Intention to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 03, 2021. The latter was enclosed within the same envelope as the above notice, to the *"Objection to the Notice from the Administration for Child Support Enforcement to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 03, 2021, but served on March 19, 2021.

88

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

22. Notwithstanding the foregoing, Ms. Lynette Carrasquillo Cruz, Child Support Officer, and through Ms. Carmen Nieves, Case Manager at ASUME of the Humacao Region, in an affable telephone conversation on Wednesday, March 31, 2021 (the last working day of Easter Week), assured Ms. Feliciano Rosado that she was up to date with the child support payments. -*"Tell her to keep paying, as it's all fine,"* added Ms. Nieves in good faith through her colleague, Ms. Carrasquillo Cruz.

23. That, with obstinate perseverance, the ASUME sent Ms. Feliciano Rosado two (2) other collection letters that arrived in her hands on Saturday, April 03, 2021, entitled *"Notice from the Administration for Child Support Enforcement of Intention to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* with a corresponding letter of *"Objection to the Notice from the Administration for Child Support Enforcement of Intention to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection."* *This is a never-ending story, with an inherent cycle of control and power of domestic violence concomitant with child abuse and its related types, which is activated with each ASUME demand and merges with the insufferable impunity of L.A.R.F.'s abductors, which implies the denaturalization of the **child's right to life along with his right to receive child support**.

24. That, failing this, if the affected party has no other option but to submit to the final and unappealable decision of the ASUME judge for the purpose of continuing as a mother-child support payer by virtue of the Ruling entitled *"Decision on the Objection to the Notice,"* above, she requests the hopeful remedy provided by Act No. 55 of June 01, 2020, better known as the **New Civil Code 2020,** in **Art. 668,** which reads as follows:

> *"The child support payer may, at the discretion of the judge and upon judicial authorization, pay the child support through the payment of the set child support or by \****RECEIVING AT THE HOME** that which is entitled to them, provided that it results in the best interest of the child support payer. The latter option may be rejected by the child support payer for legal, moral or social reasons, or for any other reasonable cause."* **[GLORY TO GOD HALLELUJAH!]** [Brackets added].

89

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

25. That, in virtue of the aforementioned rule of law which **reshapes the case at hand,** subject to judicial discretion and its prior authorization, we plead that this honorable Administrative Court of ASUME review this case and facilitate the affected and forcibly separated parties to **RECEIVE THE CHILD INTO THE HOME** of the mother-child support payer so that they may be reinstated in their inherent rights as mother and child, which are the most sacred bonds to the human heart.

26. That, at the mercy of the foregoing, the ASUME agency is obligated to inform of the child's address where the payments in question are being sent, as it did to demand this mother-child support payer there for 2015-2016 (See Exhibits, Informational Motion and Request for Transfer, dated July 27, 2017, and Motion in Relief of Jurisdiction, dated December 21, 2016). This was almost 3 1/2 years of **FORCED DISAPPEARANCE OF THE CHILD** within the island, which was compounded when he was removed from Puerto Rico and the Commonwealth territories in 2017, with the emboldening of the victimizer and his henchmen as a result of orders to that effect from the Court of Humacao (2017), according to the above case file. As was to be expected, the case file has been altered due to the destruction of evidence. Ms. Feliciano Rosado ascertained this personally, when she was able to review such case file on two (2) consecutive days, on January 26 and 27, 2017, traveling by rented car from Mayagüez to Humacao.

27. That, as recently as Wednesday, March 30, 2021, this mother provided Ms. Lynette Carrasquillo Cruz, Child Support Officer at ASUME of the Humacao Region, via telephone with the cell phone number (786) 371-6770. That is, an additional cell phone number to the one in the case file, which is (787) 242-1302. The dual purpose of this transparency is that, in addition to putting the ASUME agency in a position to locate the mother-child support payer by demand for child support payment *under* penalty of imprisonment or damage to her credit, *****it is to also inform her of the *whereabouts of the child, her son**.

28. That, precisely because Mr. Rodríguez García has masked himself with consummate skill, he so often manages to get unsuspected enemies to come to his defense. By way of example, this aggressor-psychopath with impunity provided a false physical address to the ASUME of Mayagüez and Humacao, back in 2015, with the criminal intention of, without revealing the child's whereabouts, *collecting part of the *"spoils of war,"* i.e., the money accumulated for child support that dates back to December 21, 2011*. The fraudulent conduct of the victimizer also implies the destruction of the effectiveness of the briefs, extraordinary appeals, and motions by arbitrarily and capriciously rejecting their certified notices, which Ms. Feliciano Rosado sent to his mailbox in Humacao. This was after Ms. Feliciano Rosado, who was deeply desirous of recovering her son, filed such briefs in the Court of Humacao, the Court of Appeals and the Supreme Court of Puerto Rico, back in 2017. In addition, Mr. Rodríguez García, also prevented the child L.A.R.F. from receiving the birthday postcards that his mother has sent him by registered mail since she became aware of the child's alleged whereabouts. Consequently, Ms. Feliciano Rosado filed the copies of the returned envelopes with the aforementioned courts, including with ASUME. But these outrages were allowed to go unpunished.

90

**MOTION FOR RECONSIDERATION: FREE LEO!** 12

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

29. That the child's mother is in good mental and physical health and, therefore, is in a position to provide the child with a stable, Christian, healthy home, with sufficient means to provide for all his needs and to educate him properly. Also, she enjoys a good moral reputation, despite her two (2) illegal and unjust imprisonments (from December 14 to 23, 2011 and from February 15 to 21, 2017), for which she has suffered serious damages. Being unjustly imprisoned, even for short periods of time, for an innocent attorney, constitutes a long and anguishing period of time that brings with it subsequent consequences, which are tenfold with the burden of this mother not having her son with her and enjoying his love and affection, every day.

30. That the circumstances of the declared mother-child support payer are modest. She receives a pension from the Puerto Rico Teachers' Retirement System (S.R.M.) in the amount of $26,390.77 annually, along with $108.00 monthly for benefits from the Family Socioeconomic Development Administration (PAN). In addition, she holds a *Juris Doctor* (although she has not yet revalidated her license) and three (3) current licenses granted by the D.E., such as: Elementary Education Teacher, Lifelong School Counselor and School Principal, and meets the requirements of both professions by taking Continuing Education courses. This mother has new strength to get a job that matches her strong professional background to give her son a better quality of life, which means having him at home.

31. That her son, L.A.R.F., has also suffered the traumas of separation from his mother figure. Ms. Feliciano Rosado has no doubt that her son has also felt a lot of fear during the last 9 years (December 14, 2011 to the present), being under the constant threat of new punishments and reprisals, if he communicates with his mother, by his guardians who hold his physical and legal custody. Added to this anguish and fear that keeps him down is the overwhelming weight of the lies told to the child about his mother, assuring him that she allegedly abandoned him. Nothing could be further from the truth.

32. That it is not without reason that it can be affirmed that L.A.R.F. is repressed in his feelings about his mother and challenged in the event of any question or thought of interest toward her, because he is subject to and at the mercy of his abductors, Mr. Rodríguez García and his third wife, **Ms. Gisela Maria Castillo Herrera,** who is equal to him in perversity and sadism. They are deranged persons obsessed with power, and against whose attacks the child has no effective means to defend himself.

91

**MOTION FOR RECONSIDERATION: FREE LEO!** 13

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:23983-2   Filed:04/11/23   Entered:04/11/23 19:48:55   Desc:
Government Exhibit to 13s

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

They were the first to belittle his pain of separation from his mother, when the child, then 3 to 7 years old, was staying overnight at his residence, according to the parenting time plan. They tormented him every time he would burst into tears begging to be allowed to go home to his mother the few times I was allowed to speak to him on the phone. As recently as May 25, 2020, this mother was able to communicate with Ms. Castillo Herrera to beg her to let her speak to her son on the phone. The latter not only demanded extravagances that have the effect of subjugation and ridicule but pretended to have recorded the child's voice with a message to her mother. Later, the sadistic stepmother claimed that it was deleted.

33. That the child L.A.R.F. "is not *allowed to post photos on social networks, nor is he allowed to have photos put up by others,"* so Ms. Ruth Rodríguez said textually to Ms. Feliciano Rosado, when the latter went to teach at the Vieques Adventist Academy, from January to March 2019, with the dual intention of being a missionary teacher and investigating the whereabouts of her son. Even with the epic efforts of Ms. Feliciano Rosado to hear from her son, *she has not been able to communicate with him by any possible means, either by **Facebook,** or by **Twitter,** or by **Messenger,** or by **certified mail.** This is another manifestation of child abuse of control and power of domestic violence by García, whose acts of torture and cruelty are only justified, if not erased with his false good nature. **PSYCHOPATHS ARE ONLY WELL KNOWN TO THEIR VICTIMS.** The doubters and scoffers overlook the fact that Mr. Rodríguez García has a significant scar behind his head on the lower part that crosses in a straight horizontal line, suggesting that he was attacked with a machete in a bloody underworld fight. A scar with cause and effect is seen on his upper lip, impacting his quality of life.

34. That it is pertinent to add that the fearful witness did not dare to give this mother a current photo of her son, as she had promised, for fear of the violent fury of her own family, the Rodriguez-Garcia's; now redoubled by the powerful and dangerous connections and influences of the Castillo-Herrera Family, in the courts. It is not without reason that this mother states that the Rodríguez-García family has ties to the drug trafficking underworld (similar to the violent and intimidating family in Kevin Costner's film "*Let him go*"). In fact, the aforementioned fearful witness added that the child L.A.R.F. is now tall and handsome. She assures that he is shy, quiet, affectionate, and kind and that he prays and reads the Bible every day. The child L.A.R.F. has got to know very well the violence and dangerousness of the Rodríguez-García Family and the Castillo-Herrera Family by affinity. His only hope amid intimidation and threats from both families is in the mercy and protection of GOD; his only refuge is prayer and the Word of God. Especially when psychopaths, like his father Aníbal Rodríguez García, are only well known to his victims. The child is very afraid of his own father. They have left the child in the hands of an aggressor-psychopath, but no one seems to care.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

35. That it is necessary to point out that after the legitimate and well-founded complaints of Ms. Feliciano Rosado against the judge-abductor of the Court of Mayagüez, she was filed and demonized *under* the pretext that she harmed the honor, respect and trust of the people in our judicial system. This was mainly due to the **10 BANNERS AND 5 PLACARDS** that she was forced to put up to denounce the abduction of her son. This mother placed such posters in strategic places in the Municipality of Mayagüez, back in early March 2011, and after the criminal indifference of the administrators of justice; those who are so in name only. In truth, this attorney has never attacked **JUDICIAL AUTHORITY,** but rather the abuse of power. *Zauderer v. Office of Disciplinary Counsel of Supreme Court,* 471 U.S. 626, 655, ESC. 18 (1985).

36. Failing that, *In re Secretary of Justice I,* 126 DPR 463 (1990), Associate Judge Negrón García delivered a concurring opinion, in accordance with the decision *In re Cardona Vázquez,* 116 DPR 895, 904 (1986), where the attorney Héctor Rivera Cruz was censured, who after being the Secretary of Justice served as Acting Governor, was harshly censured for his strong expressions against a federal judge, and we quote, in the pertinent part:

> *"Respect for the courts and their exaltation as one of the most beautiful deontological postulates does not imply the establishment of **prior censure.** Nor is it that we do not recognize the broadest and most extensive freedom of defense to the attorney in the exercise of his profession. Unquestionably, sound and timely judicial criticism is a necessary and effective instrument to keep judges alert and attentive to the strict fulfillment of their duties. **Such criticism is a legitimate constitutional interest that we must protect.** It is an appropriate vehicle to produce favorable changes in the justice administration system. Our duty is to listen to this criticism **without unfounded sentimentality."***
>
> *"Although because of their rudeness, for some, the manifestations of the Atty. Rivera Cruz are susceptible of being considered as lacking in forensic style and, therefore, not exemplary, or as the Judge, Hon. Fusté himself points out, "[r]easonable minds may interpret the expressions as a violation of the professional standards of ethics..." [...]. They certainly* <u>*do not exceed the legitimate scope of their right to expression inherent in the freedom of expression protected by Section 4 of Article II of our Constitution and Amendment I to the Constitution of the United States.*</u>*"*

37. In spite of the regulations outlined above, Ms. Feliciano Rosado has been illegally imprisoned and her son has been torn from her arms by torture, denying them justice as a brutal repression by the State; long before this mother put up the aforementioned posters in public places. And then they point to all these evils and crimes against humanity as a result of **the banners** that were this mother's cry for help. Undoubtedly, Ms. Feliciano Rosado, moved by the same **HOLY SPIRIT** after tears, betrayals, prayers and fasting, put up the highly censured banners by herself. *"It is the height of cynicism and nerve that murderers [and corrupt untouchables] blame their innocent victims for the rapacious misdeeds they are committing in our country." Ortiz Yambo vs. Mattco Foods,* 96TCA1109. [Brackets added].

93

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

38. That, in the alternative, every attorney in Puerto Rico is obligated to denounce the corrupt and dishonorable conduct of any colleague or court official (judges, attorneys, prosecutors and mafias of every court) expressly sanctioned in **Standard 38 of the Code of Professional Ethics,** 4 L.P.R.A. Sec. IX, which, in the pertinent part, reads as follows:

> *"The attorney shall strive, to the best of their ability, for the exaltation and honor of their profession, even if in so doing they entail* **personal sacrifices** *[...]. In their conduct as a court official, they must make their own full contribution [...]. Such participation necessarily entails assuming positions that may be personally unpleasant for them, but which are in the best interest of the profession, such as: DENOUNCING VALIANTLY, IN THE CORRESPONDING COURT, ALL TYPES OF CORRUPT AND DISHONORABLE CONDUCT OF ANY COLLEAGUE OR COURT OFFICIAL.*

Certainly, this mother-attorney fulfilled the deontological duty imposed by **Standard 38,** above, by denouncing court officials for corrupt conduct before the State's oversight courts more than *"courageously," "fearfully and solitarily,"* in order to rescue her son. But this is Aldous Huxley's "Brave New World" (1932), it is George Orwell's novel "1984" (1947-48) and it is Neo the Matrix (the 1999 movie), where all the protagonists were ALONE in defending the truth. The same thing happened to Martin Luther with his 95 theses (October 31, 1517).

39. That, out of the intense desire to see an end to this injustice of catastrophic proportions that sets a bad precedent in the Judiciary of Puerto Rico, and that the sustained and unassailable power and evil of the abductors over the life and fate of the child comes to an end, we plead that ▇▇▇▇▇▇ **BE FREED!** from his invisible captivity (2011-2021). Many forget that he who meddles with a child of **GOD,** meddles with **GOD;** "he *who touches you, touches the apple of his eye"* (Zechariah 2:8). L.A.R.F. is a servant of GOD chosen for a great mission. Hence the Devil's fervent fury to separate him from his Christian mother, at the time when he was more impressionable to the biblical teachings and the transmission of values and culture; what the **COMMUNISM** that dominates the country hates. He was presented at the altar of the Adventist Church from his early childhood to receive **GOD's blessing. FREE** ▇▇**! FREE** ▇▇**! FREE** ▇▇**!**

**WHEREFORE,** the mother-child support payer requests this Honorable Administrative Court of ASUME, following the limits of the law, to amend its order of payment of the accrued child support debt in cash, to adjust it to the additional relief provided by the New Civil Code of 2020, in its Art. 668, consisting of paying the child support by **receiving him at the home of his mothe**r, who waits for him with open arms.

94

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**


**RESPECTFULLY SUBMITTED:**


In Humacao, Puerto Rico, on April 06, 2021, through the ASUME digital platform of the Puerto Rico Department of the Family, whose link is www.asume.pr.gov.

[Signature]
Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, P.R. 00682
Tels. (787) 242-1302
(786) 371-6770
mfeducdered@yahoc.com


Exhibits:


95

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

1. Copy of the 6 A.S.U.M.E. notices, specifically:

   a. *"Decision on the Objection to Notice of Intention to Refer Cases Excluded from Enforcement for Some Compliance Mechanisms,"* in a letter dated March 02, 2021, served on March 19, 2021.

   b. Notice to the adversely affected party of its right to appeal the A.S.U.M.E. administrative judge's ruling or order, by a Motion for reconsideration and Appeal and jurisdictional terms, in a letter dated March 02, 2021, served on March 19, 2021.

   c. *"Notice from the Administration for Child Support Enforcement of Intention to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 03, 2021, served on March 19, 2021.

   d. *"Objection to the Notice from Administration for Child Support Enforcement to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 03, 2021, served on March 19, 2021.

   e. *"Notice from the Administration for Child Support Enforcement of Intention to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 08, 2021, served on April 03, 2021.

   f. *"Objection to the Notice from Administration for Child Support Enforcement to Certify and Refer Child Support Debt to Federal, State and Private Entities for Collection,"* dated March 08, 2021, served on April 03, 2021.

2. The photos of the banners and placards as a cry for help to rescue the child L.A.R.F., were taken by a passerby who saw them.

95

**MOTION FOR RECONSIDERATION: FREE LEO!** 18

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO





96

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO
DEPARTMENT OF FAMILY AFFAIRS
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
REGION OF HUMACAO

3. A list of some of the films that have touched the heartstrings of this mother anguished by the FORCED DISAPPEARANCE OF THE CHILD. These films touch on aspects similar to the case at bar with respect to the terrible violence of the victimizer and his immediate family, and the State for tolerating, doubling down on, or legitimizing it. I present these as exhibits in order to illustrate the real fear felt by the child L.A.R.F., in his silent and invisible captivity, over the past 9 years, while everyone has gone on with their lives; and to ask for help. **FREE ███!**

a. **THE FEAR OF THE CHILD AND HIS MOTHER -** "*Let him go*" (2020), by director Thomas Bezuca, is a film where the 4-year-old grandson is rescued from a family so terrifyingly violent and dangerous that it intimidated even the county police, which the child fell into the hands of after his mother's second (2nd) widowhood marriage. Everything that the grandparents had to do to rescue them both is dramatic and epic. A nightmare!

b. **THE CORRUPTION OF THE JUSTICE SYSTEM AND HOW THEY TRIED TO DESTROY THE MOTHER BECAUSE HER STORY UNDERMINED THE HONORABILITIES OF THE POWERFUL AND UNTOUCHABLE:** "*Changeling*" (2008), by director Clint Eastwood, is the film that shows the ordeal of a mother, whose only son disappeared. When she goes to ask for help in the judicial system, she is labeled as crazy and incapacitated, in order to punish and silence her testimony to avoid public scandal of the ineptitude of the administrators of justice, at election time. Despite crassly corrupt law enforcement and a public opinion that was skeptical and indifferent to her tragic and true story, the mother struggles alone to find out what happened to her real son. A nightmare!

c. **A DAUGHTER-VICTIM OF AN AGGRESSIVE-PSYCHOPATHIC FATHER WHOM SHE FEARED GREATLY, BUT THE JUDICIAL SYSTEM LEFT HER IN THE HANDS OF HER VICTIMIZER BECAUSE OF HIS INFLUENCES:** "*Todos Se Van*" [*They All Leave*] (2006), by director Sergio Cabrera, is the film that depicts the story of Nieve, an 8-year-old Cuban girl who finds herself in the middle of her parents' struggle to obtain custody of her. It is striking how terribly afraid she is of the aggressor-psychopath, her own father, and how she conceals it for fear of his reprisals. A nightmare!

d. **THE PATERNAL NAZISM OF A GOVERNMENT WITH THE POWER TO TAKE CHILDREN AWAY FROM MOTHERS WITH EXCELLENT REASONS, TODAY LEGALIZED IN LAW WITH THE SHARED CUSTODY, THE A.S.U.M.E. REGULATION. AND ACT 246 AND SOME ARTICLES ON PHYSICAL AND LEGAL CUSTODY UNDER THE NEW 2020 CIVIL CODE:** WHAT WOULD HAPPEN IF THE GOVERNMENT ABDUCTED YOUR CHILDREN? Torn from their mothers' arms, three (3) Aboriginal girls escape from their captors and embark on a 2,000-kilometer journey home. This powerful film is the story of "*Australia's Stolen Generation*" which is still suffering from the many devastating consequences of the NAZI paternalism in its country since 1931. The Australian Government, through a special so-called protection law that armed it with excellent excuses, had the power to remove any child from his or her family of origin anywhere in the State. A nightmare!

97

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF FAMILY AFFAIRS**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**REGION OF HUMACAO**

e. **THE DESPERATION OF A MOTHER WHO BELIEVED FOR 14 YEARS THAT HER SON HAD DIED WITH HER EX-HUSBAND, WHO FAKED A SHIPWRECK:** *"Long Lost Son"* (2006) by director Brian Trenchard-Smith. Kristen lost her son when her ex-husband took him away under deception and disappeared after faking a shipwreck, taking advantage of a passing storm in Florida. After 14 years, the mother saw a video recorded by friends showing off their recent vacation on an idyllic Caribbean island. She managed to recognize her victimizer and her son, now a teenager, whom she believed to be dead. She traveled there to look for her son and found him. Their reunion and reunification were beautiful.

98

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GOVERNMENT OF PUERTO RICO

# GOVERNMENT OF PUERTO RICO
## DEPARTMENT OF FAMILY AFFAIRS
## ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
## REGION OF HUMACAO








**MOTION FOR RECONSIDERATION: FREE LEO!** 22

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Personalized Services SP-2021040950378

From:    servicioalcliente@asume.pr.gov

To:      mfeducderec@yahoo.com

Date:    Monday, April 12, 2021, 08:53 AM GMT-4

**Dear Citizen:**

Asume is complying with court orders.

**Yours sincerely,**

**Administration for Child Support Enforcement**

The information transmitted in this message is intended solely for the person or entity to whom it is addressed and may contain confidential information or legally privileged material. If you are not the intended recipient of the message, any revision, retransmission, dissemination or other use, or taking any action regarding this information is prohibited. If you are not the intended recipient, please reply immediately to the sender by email or telephone that this message has been inadvertently transmitted to you and delete this email from your system. Although the agency has taken reasonable precautions to prevent the presence of viruses in this email, the agency assumes no responsibility for any loss or damage resulting from the use of this email or any attachments.

**[Emblem:   DEPARTMENT OF**

# FAMILY AFFAIRS

**ASUME  GOVERNMENT OF PUERTO RICO]**

<br>

## Personalized Services

Welcome to the Portal

_____

Back to (PaymentsOnline/Homepage.asp

_____

## Your request for service was received successfully

Service confirmation number: **SP-2021041450902**

Remember to keep this number for future reference. You will be notified by e-mail of the service follow-ups as well as the access to file the electronic form according to the type of service.

**Documents to be filed:**

**Warning:** You may complete this document electronically through the link provided. For your convenience, the draft of the document will be kept for a period of 10 days to give you the opportunity to complete it. However, the document will not be considered to have been filed unless you have pressed Submit and have been given a confirmation number.

It will be the participant's responsibility to present any document or actions within the corresponding terms. Under no circumstances can it be interpreted that the availability of a document's draft implies that ASUME has become aware of your intention, and it will only be considered filed once it has been submitted.

101



**FREE** ▮▮▮ **NOW**
**from the Alien monster of**
**JUDICIAL CORRUPTION**
**which is keeping him under**
**FORCED DISAPPEARANCE.**

April 14, 2021

Administration for Child Support Enforcement (ASUME)
Regional Office
Judicial Region of Humacao

To whom it may concern in the ASUME Administration:

As a threshold matter to this **REPLY,** the aggrieved party filed, pro se and on behalf of the child Leonardo Aníbal Rodríguez Feliciano, L.A.R.F., now 16 years old, before the honorable ASUME Administrative Court on Friday, April 09, 2021, through the **Motion for reconsideration: FREE ▮▮ !,** requesting the hopeful relief provided by Act 55-2020, better known as the **New Civil Code 2020,** in **Art. 668** which reads as follows:

> *"The child support payer may, at the discretion of the judge and upon judicial authorization, pay the child support through set child support or* *_BY RECEIVING AT HER HOME_ _what they are entitled to, provided that it is in the best interest of the child support payer. The latter option may be rejected by the child support payer for legal, moral, or social reasons, or for any other reasonable cause."_* **[GLORY TO GOD!]** [Brackets added].

It seems that Ms. Feliciano Rosado's pleas seem to them to be ridiculous pretensions. This is since the ASUME Administration and the two escape agents of the Commonwealth of Puerto Rico (Commonwealth) (hereinafter Agency or ASUME), turn a blind eye to the affected party's legitimate requests for relief (2016-2021). It is exacerbated by the fact that the last elusive response from the Agency received the day before yesterday, Monday, April 13, 2021, whose formalism is cold, insensitive and challenging, renders ineffective the **Motion for reconsideration: FREE ▮▮ !** As if that were not enough, it emerges from the voluminous records of **CIVIL CASE NO. HSRF201501224** that in the judgments, rulings and orders (2011-2021) **THERE IS NO** vestige of the principle of fairness or even the most basic justice for victims. They are the thick *"slime"* of the **Alien Monster** of judicial corruption that, in spoiling justice, subverted all the weight of the judicial machinery and agencies to hold ▮▮ in its clutches.

Therefore, we wonder if the such parsimonious, indolent, distant, and distrustful response that the Agency gave to this mother has the effect of an official response to the aforementioned motion, which was successfully received in the digital platform of the Puerto Rico Department of the Family, with the corresponding service confirmation, whose alphanumeric number is SP-2021040950378.

If so, then we are entitled to receive a final and unappealable decision from ASUME from which to appeal to the Court of Appeals under the **Motion for reconsideration: FREE ▮▮ !** either by email, if so stipulated by the *ad hoc* post-COVID-19 rule of law, or by postal mail, as stipulated by Section 3.14 of the Uniform Administrative Procedure Act ("LPAU"), 3 L.P.R.A. 2101, et seq., and its progeny that apply to the situation herein raised. *Kelly Temporary Services v. F.S.E.,* 142 DPR 290 (1997); *Concepción v. Taino Motors, Inc.,* 2006 TSPR 120; *Real Estate Corporation v. Planning Board, 14*DPR 470 (1953); *Ortiz v. Gov. Emp. Retir. Sys. Adm.,* 147 DPR 816 (1999); *Rivera Rivera v.*

102

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**FREE** ███████ **NOW
from the Alien monster of
JUDICIAL CORRUPTION
which is keeping him under
FORCED DISAPPEARANCE.**

*Municipality of Carolina,* 140 DPR 131 (1995); *Misión Industrial v. Planning Board,* 145 DPR 908 (1998).

With regard to the affected party's right to notice of a final response from the Agency, pursuant to a **review** in the administrative proceedings, the last paragraph of Sec. 3.14 of the LPAU, above, we state *ad verbatim* that: *"The agency shall notify by mail the parties, and their attorneys if any, of the order or rulings as soon as possible, and shall file in the case records a copy of the final order or ruling and the record of service."*

In line with the foregoing, the Agency is required to disclose the child's whereabouts, if there is no **judicial order to the contrary,** prior to the date of filing of the **Motion for reconsideration: FREE** ████! In order to justify keeping the whereabouts of the child L.A.R.F. in strict secrecy, as if it were a state secret, the Agency must prove precisely and unequivocally that there is a compelling interest of higher hierarchy than the values protected by the citizens' **right to freedom of information.** If so, then, the alleged mother-child support payer has the right to information and to receive the copy of the prohibition order, if any, of the notice of the current whereabouts of the child LEO, dated prior to the motion in question. This implies that the order in that regard with a later date would be of doubtful reliability due to the totality of the circumstances of the case in question.

Since the child's whereabouts are unknown, the main point of the **Motion for reconsideration: Free** ████! is the Agency's remission to Ms. Feliciano Rosado of the current mailing and residential address where ASUME is sending the child support payments of her son, now a young adolescent. Failing that, if in consideration of the criminological activity, the abductors, **Mr. Aníbal Rodríguez García and** his third (3rd) wife, **Ms. Gisela María Castillo Herrera,** prefer the method of direct payment of child support, the destination of such payment constitutes the place where they are hiding ████ under **FORCED DISAPPEARANCE** (2013-2021). Therefore, the revelation of such a destination is unavoidable. Especially when this mother, who has suffered enough, depends on such vital information, with the obstacles that have been put in her way to prevent her from effectively exercising her right to get her son back after 9 years of his **FORCED DISAPPEARANCE,** which is a crime against humanity that does not have a statute of limitations. Then they blame her for everything.

This is since the **disappearance of persons** is a single autonomous, continuous, pluri-offensive and indivisible violation, in its different traditional components. These are the **right to life** (in which the Agency is an expert), the right to personal integrity and the right to personal freedom. *Nor is there a statute of limitations on crimes arising from the base offense such as torture, child trafficking, corruption, false imprisonment, and abduction. In addition, Articles II and III of the 1994 Inter-American Convention on Forced disappearance of Persons stipulate as follows:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



FREE ███████ NOW
from the Alien monster of
**JUDICIAL CORRUPTION**
which is keeping him under
**FORCED DISAPPEARANCE.**

> "*For the purposes of this Convention, **FORCED DISAPPEARANCE** is considered to be the deprivation of freedom of one or more persons, **in whatever form**, <u>committed by agents of the State or by persons or groups of persons acting with the authorization, support or acquiescence of the State, followed by **THE LACK OF INFORMATION OR THE REFUSAL TO RECOGNIZE THE DEPRIVATION OF FREEDOM OR TO REPORT** the whereabouts of the person, thereby preventing the exercise of legal relief and the relevant procedural guarantees.</u>" \***Said crime shall be considered as continuing or permanent as long as the fate or whereabouts of the victim is not established.**

In this atypical context, which simultaneously violates several rights recognized under International Law and in the American Convention and its progeny, and Arts. 306 and 300 of the Penal Code of Puerto Rico of 2004 and 2012, respectively, to keep secret the place where the Agency is sending the aforementioned payments, is not only a torture against the victims that denaturalizes the **right to life and to receive child support,** enshrined in the Bill of Rights of the Constitution of the Commonwealth of Puerto Rico (Commonwealth), but also constitutes a cover-up of the crime of **FORCED DISAPPEARANCE OF THE CHILD.** This makes the case at hand a landmark case as it is of great public and international interest.

Now Ms. Feliciano Rosado has gained new strength by virtue of the power of the **HOLY SPIRIT,** and **Art. 668** of the Civil Code of 2020, which provides a new relief as a child support payment option, consisting of **RECEIVING THE CHILD AT HOME.** A request that is in law and is justice. There is pertinence in all the <u>data and assistance</u> that can be provided to this mother-attorney, who has been disgraced for doing her duty to denounce acts of judicial corruption, according to the mandate of Standard 38 of Professional Ethics, and had her son taken away from her in punishment *ad infinitum.* The aim is for Ms. Feliciano Rosado to be placed in a position to untangle herself from the barbed wire of judicial infallibility and null and void orders that are holding her back, due to the sabotage of the Court of Mayagüez Mafia, whose boss is **Olga Longoria Vélez, Esq.,** in collusion with **Judge Lynette Ortiz Martínez.** Making us suffer this nightmare!

The foregoing has an impact on the right to information, which is inherent to the right to **Freedom of Expression,** and is also framed within the right to confront the evidence, which guarantees the due process of law in every adjudicative process, *Ramírez v. Police,* 158 DPR 320 (2002); *Torres v. Police,* 143 DPR 783 (1997). The Supreme Court of Puerto Rico has repeatedly stated that, and we quote:

> "*The trend in favor of citizens' right to information is irreversible since there is a close correspondence between the right to free expression and freedom of information. The premise is simple. <u>Without knowledge of facts, one cannot judge; nor can one demand relief for governmental wrongs through judicial proceedings</u> or through the ballot box process every four (4) years.*" Noriega v. Gov., 130 DPR 919 (1992).

104

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



**FREE ▮▮▮▮ NOW
from the Alien monster of
JUDICIAL CORRUPTION
which is keeping him under
FORCED DISAPPEARANCE.**

As already stated, the ASUME Administration has to disclose the whereabouts of **LEO, the main victim,** either by mail, e-mail or telephone, since such liberating information never reached the knowledge or the hands of Ms. Feliciano Rosado. Otherwise, the Agency's response is not only a disregard for the pain of others and an insult to intelligence, but a crass violation of the law they so presume to enforce.

After all, it is the Agency, whose enabling statute is Act No. 86 of August 17, 1994, known as the "Organic Act for the Administration for Child Support Enforcement," which must be guided primarily by the North Star of the *"best interest"* of Puerto Rican **CHILDREN**. Furthermore, the Agency is forgetting that "the State has, [.. .] *the duty, no longer legal but moral, to protect neglected children and victims of abuse,"* because *"[t]hese are the most vulnerable legal subjects in our society'' [a]nd "[...] the State has to speak for them." Ex Parte Rivera Báez,* 170 DPR 678 (2007); *Dep. Family v. Cacho González,* 188 DPR 773 (2013). See Act No. 388-1998, as amended, Children's Bill of Rights, 1 LPRA Secs. 412 et seq. 37. In short, *"even when the law does not provide a solution to a dispute involving a child, the solution always favors consideration of what is in the best interest of the child's welfare, interest, health and safety." Vargas v. Soler,* 160 DPR 790, 800-801 (2003).

Otherwise, if the Agency, which is part of the Executive Branch of the Government of the Commonwealth, has the priority of the dogmatic obedience of the other branches, with an automatism that results in despotism, the doctrine of separation of powers is a dead letter. If this is so, our sons and daughters belong to the State under a **Nazi paternalism** that dethrones the Puerto Rican legal system, without the People noticing it. In effect, it would overturn what was decided in cases such as *Rexach v. Ramírez,* 162 DPR 130 (2004), and their progeny, to the effect that *"children \*are not creatures of the State, subject to the "subjective and discretionary judgment"* of its officials as to what is best or most convenient for them." The "*I am in charge here*" nature of the dominant oppressive power, the **ALIEN MONSTER** that captured ▮▮▮▮▮ by covering up its crime with the mantle of the child support obligation illegally imputed against his mother, and festering tempers against her, will have taken away its authority from the ASUME and overthrown the Rule of Law.

But the worst violence, the most outrageous and unexpected, which violates human dignity for being systematic and in line with macabre purposes of third parties, is the one exercised by the Agency itself against the victims of crime by not making all possible efforts and diligences so that Maira and Leonardo are reunited in their right as mother and son and live under the same roof every day; now under a new rule of law. *"Violence by the State includes both that which it perpetrates and that which it tolerates"* (Diana Valle Ferrer, PhD. (2012). *Town of Castle Rock v. Jessica Gomales,* 545 US 748 (2005). Especially when the Supreme Court of Puerto Rico has reiterated *ad nauseam* that: *"Tolerating domestic violence today contributes to the disintegration of the family, to fostering criminality and to the weakening of the values of human coexistence," Pueblo v. Ruíz,* 159 DPR 194 (2003).

105

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



**FREE** ▮▮▮▮▮▮ **NOW**
**from the Alien monster of**
**JUDICIAL CORRUPTION**
**which is keeping him under**
**FORCED DISAPPEARANCE.**

The "cycle of violence" is validated by the ASUME's undervaluation of domestic violence which, in the case at hand, *"is glaring and striking to the eye,"* because of its marginal perception of children as victims of domestic violence, isolating them from the problem. In reasoning this way, the Agency clings to the stubborn idea that the aggressor may be a bad husband, but a good father. Nothing could be further from the truth. Consequently, the child L.A.R.F. is left defenseless to the violence of Mr. Rodríguez García due to his voracity for money, *under* the pretext of holding a judicial ruling that granted him physical and legal custody and that, therefore, authorizes the **silent and invisible captivity** of his firstborn son. That is the main reason why this mother and child have not found justice anywhere in P.R. yet. It is clear that the legalization of the **FORCED DISAPPEARANCE OF THE CHILD** is the award given by the Court of Mayagüez Mafia (2011) to Mr. Rodríguez García for participating in a repudiatory scheme of **judicial corruption,** which released him from ▮▮▮ child support obligation (2011-2021); and which was also ratified by the sister Court of Humacao (2017).

In addition to the above, the criminal indifference of the State is tantamount to legitimizing the violence and dangerousness of the Rodríguez-García Family of Vieques, P.R., for their relationship with drug trafficking; a fact that no one cares about. In addition, the violence of Ms. Castillo Herrera, a native of Las Piedras, P.R., is multiplied tenfold by her evil and boastful work of mobilizing her mafia connections in the judicial system to magnify the impotence of her victims (the mother and her son). They all act in accordance with the interests of the aggressor-psychopath, but their abuses have been allowed to go unpunished. Then, they claim that "*this mother abandoned her son,"* when all the machinery of power, the **Alien claws of the State,** was subverted to deprive her not only of the protection of the law, but of the possibility of getting her son ▮▮▮▮▮ **back and ESCAPING** with him from the violence of them all. This is a nasty piece of work!

At present, the April 21, 2006 "Opinion of the European Economic and Social Committee on **"Children: Indirect Victims of Domestic Violence"** is exemplary. In essence, this opinion is summarized as follows: **"Violence against the mother is a form of violence against the child."** This means that, although domestic violence against the mother is not a form of direct violence against the children, violence against the mother **ALWAYS HARMS THE CHILD directly and indirectly. The child is ALWAYS also a victim of psychological violence.** The mother's sense of helplessness for not being able to save her child from violence is correlatively similar to the child's sense of helplessness, uneasiness and abandonment to their fate, and the child also feels partly responsible for what is happening. Often the child believes they are to blame and tries to protect their mother (saving her honor and defending her) and suffers abuse and threats as a result.

106

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**FREE** ███████ **NOW
from the Alien monster of
JUDICIAL CORRUPTION
which is keeping him under
FORCED DISAPPEARANCE.**

As **pressure factors** in the aforementioned study, the following should be highlighted as relevant to the case in question: 1) life in a threatened environment, 2) the unpredictability of new aggressions, 3) anguish for the mother, 4) **the experience of helplessness** in the face of the violent situations that arise, 5) the feeling of isolation due to the order of **SILENCE,** 6) the conflict of loyalty toward the parents, and 7) the deterioration of the father-child/mother-child relationship.

We never tire of repeating that in this case the rights and freedoms of the child L.A.R.F. **are being SACRIFICED** on the pagan altar of judicial infallibility with invented sentences, which are upheld just as much as papal infallibility was upheld, thus taking the Courts of Puerto Rico back to the darkness of the Middle Ages. In this cornered context, ███ is kept under cruel captivity and away from his biological mother for no legal reason, in order to protect those who commit the serious crimes against humanity of **ABDUCTION AND FORCED DISAPPEARANCE OF THE CHILD,** legalized as law under a scandalous scheme of **judicial corruption.**

With her heart set on **GOD,** Ms. Feliciano Rosado has been looking for someone to help her rescue her son, stumbling at every step against the trickery and chicanery of the Court of Mayagüez **mafia** and its cronies and lackeys of the State. Determined to defend the bad guys, the repressive hegemonic power has made her go from calamity to calamity. She experienced threats, imprisonment and terror from those who, seeking to preserve their power, not by legitimate means, but by appealing to all possible means, drove her out of her career. The fact that this mother-attorney is alone in facing the **Alien Monster** of judicial corruption that everyone fears (2011-2021), and that she put up the highly censured banners as a petition for help, back in 2012, feeling prey to the fear and horror of apprehension after just getting out of jail as innocent, is evidence enough that **THE MOTHER NEVER ABANDONED HER SON LEO.** Especially when being up to date with her child support payments does not stop her fight to get her son back, *under* penalty of further reprisals and imprisonment for torture and silencing. No argument can disprove such evidence that this mother-attorney **HAS** *had* and *HAS* an interest in getting her child back. However, she failed to appear before the Court of Mayagüez because of her gradual **JUDICIAL TERRORISM**; *"with terrorists you DO NOT negotiate"* (Dr. Knight (2004), Mayagüez College Ethics Seminar). Yet this organized crime doesn't seem to matter to anyone either. Hence, such power.

But the most iniquitous fact is that everyone knows that Ms. Feliciano Rosado is telling the truth. However, for fear of losing their *"little seat,"* the overwhelming majority of government officials and agents, who are friends by convenience in order to distinguish themselves by doing something worthy of effort, sacrifice and risk, make the child invisible and close ranks against the mother by voluntarily closing their eyes to the evidence. Indeed, NO one cares about **the child L.A.R.F.; only his mother.** It's shocking! To stubbornly reject the truth outlined in this mother's innumerable complaints is tantamount to perpetuating tyranny and institutional mistreatment of children by opening an even wider door in the Family Courts of Puerto Rico's courts to such gross impiety.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**FREE** ▮▮▮▮▮ **NOW
from the Alien monster of
JUDICIAL CORRUPTION
which is keeping him under
FORCED DISAPPEARANCE.**

To make matters worse, every time this mother tries to get her son back she is not only blamed for all the wrongs and damages they have caused her, but also ridiculed or imprisoned, but consciously knowing well that she was and is innocent. This is the most macabre aspect of this case, in which the mother and her son are **martyrs** of the mafias of the Courts of Puerto Rico. But, with the eyes of faith, we can say: "There is no *better pulpit than the stake of martyrs"* (Ellen White's Great Controversy, p. 208). **GOD WILL HAVE THE LAST WORD,** and whose side will the Agency be on when that happens? In Psalms 82:3, 4, it says: *"3Defend the weak and the orphaned; do justice to the afflicted and the needy. 4Set the afflicted and the needy free; set them free from the hand of the wicked."*

Lastly, Ms. Maira I. Feliciano Rosado apologizes if she appears disrespectful or to have airs of wisdom for the information she provides in this **REPLY BRIEF.** Her only intention is to get justice for her son and give him a chance to escape the violence and get his mother back. Failing that, how would you feel if the State stole your sons and daughters, grandsons, or granddaughters, and then no one did anything to have them rescued for fear of reprisals, extended to your own, by the government's abducting agents?

While awaiting the official and final response of the ASUME Administration of Humacao to the **MOTION FOR RECONSIDERATION: FREE** ▮▮▮**!, and** the notice of the whereabouts of the child L.A.R.F., I, the declared mother-child support payer, desperate to recover her only son, send my regards.

Yours sincerely,

[Signature]
Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, Puerto Rico 00682
(787) 242-1302 / (786) 371-6770
mfeducderec@yahoo.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Personalized Services SP-2021041450902

From:    servicioalcliente@asume.pr.gov

To:       MFEDUCDEREC@YAHOO.COM

Date:    Thursday, April 15, 2021,12:50 PM GMT-4

**Dear Citizen:**

You are hereby informed that Asume in complying with court orders, but not with the custody.

**Yours sincerely,**

**Administration for Child Support Enforcement**

The information transmitted in this message is intended solely for the person or entity to whom it is addressed and may contain confidential information or legally privileged material. If you are not the intended recipient of the message, any revision, retransmission, dissemination or other use, or taking any action regarding this information is prohibited. If you are not the intended recipient, please reply immediately to the sender by email or telephone that this message has been inadvertently transmitted to you and delete this email from your system. Although the agency has taken reasonable precautions to prevent the presence of viruses in this e-mail, the agency assumes no responsibility for any loss or damage resulting from the use of this e-mail or any attachments.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Re: Personalized Services SP-2021041551023

From:     Feliciano Maira (mfeducderec@yahoo.com)

To:        servicioalcliente@asume.pr.gov

Date:     Friday, April 16, 2021, 03:19 PM GMT-4

I included the Attachment to the Motion that forwarded the child's alleged whereabouts. It is clear that it is not their children who are under FORCED DISAPPEARANCE.

On Friday, April 16, 2021, 03:14:08 PM GMT-4, Feliciano Maira <mfeducderec@yahoo.com> wrote:

Good afternoon,

To whom it may concern at ASUME of Humacao:

He who can do more does less. The information regarding the child's whereabouts IS within the jurisdiction of the ASUME, by virtue of the "Informational Motion And Request for Transfer," dated July 27, 2015 and served on August 23, 2015 (See Attachment), that the ASUME of Mayagüez sent to me. Said motion refers me to the addresses that Mr. Aníbal Rodríguez García originally provided to the ASUME of Mayagüez and Humacao, to collect the accumulated debt that he got out of paying due to participating in a scheme of judicial corruption. As soon as I became aware of the fraudulent conduct of Mr. Aníbal Rodríguez García in returning the birthday postcards for the child, and of the copies of the notices of the motions and briefs that I sent him, for the purpose of recovering my son, I notified ASUME in due time. But his violations and frauds went unpunished. Consequently, I was imprisoned while being innocent and the aggressor-psychopath not only left emboldened with money and protection, but the ASUME agents laughed at his spontaneous witticisms in the March 15, 2017 hearing after my tragic legal defenselessness due to gross imbalance of power. He is as funny as Idi-Amin Dada. I ask myself, how can they give credence to the testimony of the victimizer and clothe it with a false aura of veracity while not giving any credence to my testimony. Today, *under* the pretext of not having jurisdiction in custody cases?

Failing that, I also wonder why, if ASUME has no jurisdiction to protect a child from domestic violence and free him from his abductors who are keeping him under FORCED DISAPPEARANCE, with excellent excuses, how can the Agency justify its jurisdiction to put the case file in the hands of his abductor and allow him to take it away from the agency, without any supervision, for the purpose of disposing of it in his home and planning his next attacks, back on January 26, 2017? This means that the Agency placed Mr. Aníbal Rodríguez García, the victimizer, in a position where he would have a sure victory over his victims, as long as he did not lose the favor of the dominant oppressive power, that is, the mafia, the Alien Monster of corrupted power, which protected him since the proceedings of the case in question were held in the brother Court of Mayagüez. This constitutes the subjugation of the woman and the perpetuation of her child's captivity through preferential treatment, crass partiality, concealment and corruption by the Administration for Child Support Enforcement.

Certainly, the Agency and its case managers have violated all of the child's rights and the law they so presume to enforce. This is the never-ending story. *"Sometimes the greatest discrimination is founded on treating things that are different, as if they are the same," Cardona v. Dept. of Recreation and Sports,* 129 DPR 557 (1991). GOD will have the last word in this case that has been so mocked by the State.

110

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Yours sincerely,

Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, Puerto Rico 00682
Telephones (787) 242-1302/(786) 371-6770.



**FREE** ▇▇▇▇▇ **NOW
from the Alien monster of
JUDICIAL CORRUPTION
which is keeping him under
FORCED DISAPPEARANCE.**

On Friday, April 16, 2021, 09:40:14 AM GMT-4, servicioalcliente@asume.pr.gov <servicioalcliente@asume.pr.gov> wrote:

**Dear Citizen:**

Good morning, we understand that your request is for custody of the child. Asume does not have the power or jurisdiction to enter into a custody lawsuit, and it should be referred to the superior court.

**Yours sincerely,**

**Administration for Child Support Enforcement**

The information transmitted in this message is intended solely for the person or entity to whom it is addressed and may contain confidential information or legally privileged material. If you are not the intended recipient of the message, any revision, retransmission, dissemination or other use, or taking any action regarding this information is prohibited. If you are not the intended recipient, please reply immediately to the sender by email or telephone that this message has been inadvertently transmitted to you and delete this email from your system. Although the agency has taken reasonable precautions to prevent the presence of viruses in this e-mail, the agency assumes no responsibility for any loss or damage resulting from the use of this e-mail or any attachments.

EXHIBIT, INFORMATIONAL MOTION AND REQUEST FOR TRANSFER, JULY 27, 2015.pdf
2.7MB

111

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Personalized Services SP-2021041551023

From: servicioalcliente@asume.pr.gov

To:   MFEDUCDEREC@YAHOO.COM

Date: Friday, April 16, 2021, 09:40 AM GMT-4

**Dear Citizen:**

Good morning, we understand that your request is for custody of the child. Asume does not have the power or jurisdiction to enter into a custody lawsuit, and it should be referred to the superior court.

**Yours sincerely,**

**Administration for Child Support Enforcement**

The information transmitted in this message is intended solely for the person or entity to whom it is addressed and may contain confidential information or legally privileged material. If you are not the intended recipient of the message, any revision, retransmission, dissemination or other use, or taking any action regarding this information is prohibited. If you are not the intended recipient, please reply immediately to the sender by email or telephone that this message has been inadvertently transmitted to you and delete this email from your system. Although the agency has taken reasonable precautions to prevent the presence of viruses in this e-mail, the agency assumes no responsibility for any loss or damage resulting from the use of this e-mail or any attachments.

112

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | TITLE III |
| On behalf of | No. 17 BK 3283-LTS |
| COMMONWEALTH OF PUERTO RICO, et al. | |
| Debtor | (Joint and Severally Administrated) |

**VOTING BALLOT FOR HOLDERS OF**
**CLASS 511 CLAIMS (CLAIMS OF ACTIVE SRM CONTRIBUTORS)**
This Ballot is for voting to accept or reject the *Seventh Amended Joint Adjustment Plan under Title III of the Government of Puerto Rico, et al.* dated July 30, 2021 (Plan).
**PLEASE COMPLETE THE FOLLOWING:**

**VOTE ON THE PLAN**

I have a **Class 511 Claim (Claims of Active SRM Contributors)**
I hereby vote (please check only one):

ACCEPT (vote IN FAVOR) of the Plan          REJECT (vote AGAINST) the Plan

Name of holder: MAIRA I FELICIANO ROSADO
          *(handwritten or typed)*
Signature: _____
Name and relationship of the signatory with the claim holder: _____
          *(if not the claimholder)*
Address:   *Calle Elena Segarra #154*
          *El Maní*
          *Mayagüez, P.R. 00682*
Telephone Number: *(787) 242-1302*
Email address: *mfeducderec@yahoo.com*
Date the form was completed: *October 04, 2021*

**IMPORTANT NOTE:**

You can submit your Ballot by mail, hand-delivering it at centers located in Puerto Rico, or by using the "E-Ballot" electronic platform. Please see the Voting Instructions accompanying this Ballot for more information. If you wish to submit your Ballot using the electronic platform, please visit cases.primeclerk.com/puertorico.

**Ballots must be received on or before 5:00 p.m. (Atlantic Time) on October 04, 2021.**

**If you wish to submit your Ballot using the electronic platform, you will need the following information:**

Unique E-Ballot ID #: 170328300156909

**You or members of your household may receive more than one Ballot with a different Unique E-Ballot Identification Number. Please complete and submit an E-Ballot for each ID# you receive.**

If you submit your Ballot using the E-Ballot electronic platform, you should NOT submit a paper Ballot.
[Barcode: 170328300156909].
Voter ID: 51117732

113

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**Prime Clerk**
Grand Central Station PO Box 4850
New York, NY 10163-4850

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 10/18/2021
Proof of Claim No.: 179662

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Maria Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Mani
Mayaguez, PR 00682

*115*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
> ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Feliciano Rosado, María Ivet | 179662 | 10/18/2021 | Commonwealth of Puerto Rico | $0.00 |
| **Treatment:** | Claim to be Disallowed | | | |
| **Reason:** | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
> SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Feliciano Rosado, María Ivet | 179662 | 10/18/2021 | Commonwealth of Puerto Rico | $0.00 |
| **Tratamiento:** | Reclamo a ser desestimado | | | |
| **Base para:** | La Evidencia de Reclamo no se presentó a tiempo, ya que el Reclamante presentó el reclamo después de la fecha límite aplicable establecida en las Órdenes de Fecha Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

116

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

***CUS PR 1845 SRF 59628 PackID: 15 MMLID: 2588964 - P SVC: Omni 414
Feliciano Rosado, Maria Ivet
Calle Elena Segarra #154
Sector El Mani
Mayaguez PR  00682

2

117

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Formulario 480.7C
Form
Rev. 08.21

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

AÑO CONTRIBUTIVO: 2021   ☐ Enmendada - Amended (___/___/___)
TAXABLE YEAR

Indique propósito - Indicate purpose:
☐ Aportaciones Contributions  ☒ Distribuciones Distributions  ☐ Ambos Both

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No. | Seleccione un encasillado - Select one box: ☐ Residente/Resident ☐ No Residente Ciudadano de E.U./Nonresident U.S. Citizen ☐ No Residente Extranjero/Nonresident Alien  Núm. de Identificación - Identification No. | Núm. de Identificación Patronal - Employer Identification No. |
| Nombre - Name  RETIREMENT SYSTEMS ADMINISTRATION | Nombre - Name  MAIRA FELICIANO ROSADO | Nombre del Plan - Name of Plan  RETIREMENT SYSTEMS ADMINISTRATION |
| Dirección - Address  PO BOX 42003  SAN JUAN PR          00940-2003  Código Postal - Zip Code | Dirección - Address | Nombre de quien auspicia el plan - Plan sponsor's name  RETIREMENT SYSTEMS ADMINISTRATION  Fecha en que comenzó a recibir la pensión: Date on which you started to receive the pension: |
| Núm. de Teléfono - Telephone No. | Correo Electrónico - E-mail |  Código Postal - Zip Code | Día/Day 4  Mes/Month 12  Año/Year 2014 |

Marque el encasillado correspondiente: - Check the corresponding box:

Forma de Distribución: - Form of Distribution:
☐ Total Lump Sum  ☐ Parcial Partial  ☒ Pagos Periódicos Periodic Payments

Tipo de Plan o Anualidad: - Plan or Annuity Type:
☒ Gubernamental Governmental  ☐ Privado Calificado Qualified Private  ☐ No Calificado Non Qualified  ☐ Anualidad Fija Fixed Annuity  ☐ Anualidad Variable Variable Annuity

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 | 16. Cantidad Distribuida / Amount Distributed | 5,905.68 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 | 17. Cantidad Tributable / Taxable Amount | 5,605.68 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 26,396.77 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(9) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(9) | 0.00 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 | 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 20. Ingresos Exentos / Exempt Income | 300.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 0.00 | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 | | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | A. Exentas / Exempt | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | B. Tributables / Taxable | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | 23. Código de Distribución / Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 | Razones para el Cambio / Reasons for the Change | |

| Número de Cuenta / Account Number | Número de Control / Control Number | Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS.
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA, ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO, CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY, DELIVER TWO COPIES TO PAYEE, KEEP COPY FOR YOUR RECORDS.

RETIREMENT BOARD

119

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



TRAY 39   SEQ 16596   ************AUTO**SCH 5-DIGIT 00680   P1 T39  N16596
MAIRA FELICIANO ROSADO
PARC MANI
154 CALLE ELENA SEGARRA
MAYAGUEZ PR 00682-6123

120

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Gobierno de Puerto Rico
*Government of Puerto Rico*
**Departamento de la Familia**
*Department of the Family*
**ADMINISTRACIÓN PARA EL SUSTENTO DE MENORES**
*ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT*
**Región de HUMACAO**
*Region of HUMACAO*

Case Number: 0516701

Other State
Case Number:

FELICIANO ROSADO MAIRA   (45)

## OBJECTION TO THE NOTICE OF INTENTION TO REFER CASES EXCLUDED FROM ENFORCING SOME COMPLIANCE MECHANISMS

To the Administrator:

Appears before ASUME___ *Maira I. Feliciano* ___Non Custodial Parent in the above-mentioned case, whose social security number is _ XXX-XX-4877 ___, who STATES, ALLEGES AND PRAYS:

FIRST:   On _____ *April 13, 2022* _____ I received a "Notice of Intention to Refer Cases Excluded from Enforcing Some Compliance Mechanisms".

SECOND:   In that notice I was informed that the term for evaluating and addressing controversies in my case has expired and therefore, my name and personal information will be referred so that some child support compliance mechanisms can be enforced.

THIRD: I hereby object the referral for the following reason:

[X] There is an error in fact    *My son is under cruel Forced disappearance (2013-2022)*
[X] The debt itself or the amount due is at issue before the Administration for Child Support Enforcement
[X] The debt itself or the amount due is at issue before the General Court of Justice
[  ] I am not the obliged debtor
[  ] I have filed a bankruptcy petition
[  ] I have enrolled in the "IMPULSO" Project

In __ *Mayagüez* __, Puerto Rico, today __ *April 13, 2022* __.

*Maira I. Feliciano*
_____
Name (In print)

[Signature]
_____
Signature

*Calle Elena Segarra #154 El Maní*
*Mayagüez, P.R. 00682-6128*
_____
Address

*(787) 242-1302*
_____
Telephone number

*Give me back my son! Tell me where in the United States you are sending the child support money to.*

REGION HUMACAO, PO BOX 577
HUMACAO PR 00792   (787)285-1535

Rev. 07/21
(SM1501)

8

/ 2 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Gobierno de Puerto Rico**
Government of Puerto Rico
**Departamento de la Familia**
Department of the Family
**ADMINISTRACIÓN PARA EL SUSTENTO DE MENORES**
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
**Región de HUMACAO**
Region of HUMACAO

Case Number: **0516701**

Other State
Case Number:

FELICIANO ROSADO MAIRA   (45)

### OBJECTION TO THE NOTICE OF INTENTION TO REFER CASES EXCLUDED FROM ENFORCING SOME COMPLIANCE MECHANISMS

To the Administrator:

Appears before ASUME _____,Non Custodial Parent in the above-mentioned case, whose social security number is _____ ,who STATES, ALLEGES AND PRAYS:

FIRST:     On _____ _____, I received a "Notice of Intention to Refer Cases Excluded from Enforcing Some Compliance Mechanisms".

SECOND:     In that notice I was informed that the term for evaluating and addressing controversies in my case has expired and therefore, my name and personal information will be referred so that some child support compliance mechanisms can be enforced.

THIRD: I hereby object the referral for the following reason:

[  ] There is an error in fact
[  ] The debt itself or the amount due is at issue before the Administration for Child Support Enforcement
[  ] The debt itself or the amount due is at issue before the General Court of Justice
[  ] I am not the obliged debtor
[  ] I have filed a bankruptcy petition
[  ] I have enrolled in the "IMPULSO" Project

In _____, Puerto Rico, today _____ ____,

_____
Name (In print)

_____
Address

_____
Signature

_____
Telephone number

REGION HUMACAO, PO BOX 577
HUMACAO PR 00792   (787)285-1535

Rev. 07/21
(SM1501)

8

/22

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

## U.S. Bankruptcy Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from Ramirez, Marian entered on 3/24/2022 at 2:17 PM AST and filed on 3/24/2022

| | |
|---|---|
| **Case Name:** | COMMONWEALTH OF PUERTO RICO and Puerto Rico Public Buildings Authority (PBA) |
| **Case Number:** | 17-03283-LTS9 |
| **Document Number:** | 20437 |

**Docket Text:**

ORDER CONCERNING [20359] APPLICATION FILED BY MAIRA I. FELICIANO ROSADO re: [20358] Notice of Appeal. Signed by Judge Laura Taylor Swain on 3/24/2022. (mr) s/c sent to Feliciano Rosado.

123

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et<br>al., | |
| Debtors.[1] | |

ORDER CONCERNING APPLICATION FILED BY MAIRA I. FELICIANO ROSADO

The Court has received and reviewed the *Application to Proceed in District Court
Without Prepaying Fees or Costs* (Docket Entry No. 20359 in Case No. 17-3283, the "Motion"),
filed by Maira I. Feliciano Rosado, which the Court deems to be a motion for permission to
proceed in forma pauperis with respect to Ms. Feliciano Rosado's appeal of the Court's ruling
reclassifying proof of claim no. 10547 (the "Proof of Claim") as a general unsecured claim. (See
Docket Entry No. 20358 in Case No. 17-3283, the "Notice of Appeal").

Ms. Feliciano Rosado's Proof of Claim form asserts that her claim is entitled to
administrative priority pursuant to 11 U.S.C. § 503(b)(9) and is secured in whole or in part by a
lien on property. At the February 16, 2022, hearing concerning the Debtors' objections to certain
proofs of claim, the Court made the following ruling concerning the proof of claim filed by Ms.
Feliciano Rosado:

I have reviewed the written submissions, and listened very carefully
to everything that has been said today. I am terribly sorry to hear

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy
Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four
Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS)
(Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax
ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

124

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

what Ms. Feliciano-Rosado has been going through, and her concerns about her son, and the custody matters, and the treatment of the child-custody payments. Those are not matters that are properly before the Court today. What is before the Court today is the question of whether the claim that Ms. Feliciano-Rosado has filed in these Title III proceedings is entitled to priority payment classification, either because it concerns a sale of goods to the Commonwealth within a certain period of time, or because it is backed by security, money, or property set aside to pay that claim specially. Neither of those necessary facts is established with respect to this claim. Therefore, the Court sustains the 362nd Omnibus Objection as to claim no. 10547 filed by Maira I. Feliciano-Rosado. That claim is reclassified as a general unsecured claim, and it will be considered and evaluated for payment and validity along with other general unsecured claims.

(Feb. 16, 2022, Hr'g Tr. 20:3-21, Docket Entry No. 20164 in Case No. 17-3283.) The Court has reviewed the Motion and the Notice of Appeal, and nothing therein identifies any non-frivolous argument on appeal of the Court's February 16, 2022, ruling. Accordingly, the Court certifies that Ms. Feliciano Rosado's appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); DuLaurence v. Telegen, No. 15-1537, 2016 WL 10454553, at *1 (1st Cir. Nov. 30, 2016) ("Good faith for purposes of § 1915(a)(3) is judged by an objective standard; i.e., whether the litigant 'seeks appellate review of any issue not frivolous.'") (quoting Coppedge v. United States, 369 U.S. 438, 445 (1962)). The Motion is therefore denied.

This Order resolves Docket Entry No. 20359 in Case No. 17-3283.

SO ORDERED.

Dated: March 24, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

125

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150  FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE   $00.53

Maira I. Feliciano Rosado
Calle Elena Segarra #154, El Mani
Mayaguez, PR 00682-3987

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor [DebtorName] has listed your claim in their Creditor List in Schedule [CreditorList] as a [CUD] claim in an $[ScheduleAmount] amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor [DebtorName] ha listado su reclamación en la lista de acreedores en el Schedule [CreditorList] como un reclamo [CUD] por un monto de $ [ScheduleAmount]. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   *Maira I. Feliciano Rosado*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 2. | Has this claim been acquired from someone else?  ¿Esta reclamación se ha adquirido de otra persona? | ☐ No / No  ☐ Yes. From whom? / Sí. ¿De quién? _____ ***Class Action – 159 D.P.R. 47 (2003)***  ***Teachers' Association v. Labor Relations Commission*** |

| 3. | Where should notices and payments to the creditor be sent?  Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)  ¿A dónde deberían enviarse las notificaciones al acreedor?  Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices be sent to the creditor?  ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different)  ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|---|---|

Where should notices be sent to the creditor?

Maira I. Feliciano Rosado
Name / Nombre

Calle Elena Segarra #154 Sector El Mani
Number / Número    Street / Calle

Mayagüez, P.R. 00682
City / Ciudad    State / Estado    ZIP Code / Código postal

(787) 242-1302
Contact phone / Teléfono de contacto

mfeducderec@yahoo.com
Contact email / Correo electrónico de contacto

Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

(787) 242-1063
Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

| 4. | Does this claim amend one already filed?  ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No  ☐ Yes. Claim number on court claims registry (if known)  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____  Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | Do you know if anyone else has filed a proof of claim for this claim?  ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No  ☑ Yes. Who made the earlier filing? ***Ms. Aracelis Rivera***  Sí. ¿Quién hizo la reclamación anterior?_____ |

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?  ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No  ☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)  Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).  ***Court of Mayagüez for stealing my son since December 14, 2011.*** |

| 7. | Do you supply goods and / or services to the government?  ¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No  ☐ Yes. Provide the additional information set forth below / Sí. Proporcione la información adicional establecida a continuación:  Vendor / Contract Number / Número de proveedor / contrato: _____  List any amounts due after the Petition Date (listed above) but before June 30, 2017:  Anote la cantidad que se le debe después de la fecha (que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410            Proof of Claim            page 2

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _____   . Does this amount include interest or other charges?<br>_**I don't know**_   ¿Este importe incluye intereses u otros cargos?<br><br>☐ No / No<br><br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_**Reimbursement of illegally withheld fees**_ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☑ Other. Describe:    _**Withholding against my will**_<br>Otro. Describir:<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:<br><br>_**I never signed any membership with the P.R. Teachers' Federation**_<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien:        $ _____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ _____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ _____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) _____ %<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

| | | |
|---|---|---|
| Modified Official Form 410 | Proof of Claim | page 3 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / *Negotiation of the return of fees*<br>Sí. Identifique el bien:<br>retexi *Refusal to Reimburse illegally withheld fees, alleging that my stay was effective after August 07, 2001* |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ _____<br><br>*(I don't know the amount I am owed)* |

**Part 3 / Parte 3:**     **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

· persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 04 / 27 / 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Gloria L. Feliciano Rosado_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Maira Ivet Feliciano Rosado_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _Retiree of the Department of Education_

Company / Compañía _P.R. Teachers' Association_    P. R.
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Calle Elena Segarra #154 Bo. Mani_
Number / Número   Street / Calle

_Mayagüez, P.R._    00682
City / Ciudad      State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-292-1802   Email / Correo electrónico mfeducderec@yahoo.com

Modified Official Form 410          Proof of Claim          page 4    /30

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT
for the DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al., Debtors.

PROMESA
Title III
No. 17 BK 3283-LTS

(Jointly Administered)
**This filing relates to the
Commonwealth, HTA and ERS**

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

  Notice is hereby given that Maria I. Feliciano Rosado, named above, is hereby appeals from the Treatment of "Claim to be Disallowed" of the Claim #179662 entered in the above-entitled action on  February 16, 2022.  This case was treated as follows: the original claim of May 3, 2018, was classified as Proof of Claim Case Number 10547; with the Omnibus Objection Number 362; and ECF Response (if available) 18290.

  In addition to the above, the debtors exercised their right to oppose Maira Feliciano's Claim, to the detriment of their right to seek justice, alleging that the claim evidence was not submitted on time (date filed: 10/18/2021).  Nothing is further from the truth.  However, the "Asserted Claim Amount" to the claimant was $0.00.  As a matter of fact, the additional proof was delivered on September 27, 2021, by certified mail with acknowledgment of receipt, on October 4, 2021, personally at the E.L.A. to accept deliveries, at the Bianca Convention Center in Añasco, Puerto Rico, and on February 6, 2022, by certified mail with acknowledgment of receipt.  Failing that, the claimant filed a

1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

"MOTION REQUEST FOR EXTENSION TO OBJECT WITH REPLY" on September 27, 2021.

The claimant presents himself as an individual creditor and holder of the Claim, to give voice to his son, LARF, now 17 years old, who continues to be under KIDNAPPING, since December 14, 2011, the same day he turned 7 years, and «ENFORCED DISAPPEARANCE», counted from May 13, 2012, to this day, and without anyone caring. This crime against humanity is a mechanism of repression against Mrs. Feliciano Rosado, in cruel and unusual punishment for her justified complaints against «JUDICIAL CORRUPTION», which is an «Alien Monster», since it is being perpetrated and perpetuated with the authorization and protection of State agents, followed by the lack of information[1] on the current whereabouts of the minor. The perfect crime! Reason why the Administration for Child Support (A.S.U.M.E.) refuses to reveal to Mrs. Maira Feliciano the place where the L.A.R.F. child support payments are being sent, outside of THE COMMONWEALTH OF PUERTO RICO or E.L.A. and its territories, and at the expense of the illegal seizure of her retirement pension from the Teachers' Retirement System, which gives this case an «ORGANIZED CRIME» twist (See Annexes 1), and that grossly violate the "Racketeer Influenced and Corrupt Organization Act", 28 U.S.C. 1962 et seq. (RICO Act or Law against organized crime).

This case is atypical. In particular, for *"reflecting a seriousness that violently disrupts the pillars of integrity and justice of our MAGISTERIUM"*, *Pueblo v. Álvarez*, 108

---

[1] Article III of the Inter-American Convention on Forced Disappearance of Persons, adopted on June 9, 1994, reads as follows: "Said crime shall be considered continuing or permanent until the fate or whereabouts of the victim is established." Id. Art. II reads as follows: "For the purposes of this Convention, forced disappearance is considered to be the deprivation of liberty of one or more persons, whatever its form, committed by agents of the State, or person or groups of persons, [...] State authorization."

2

132

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

DPR 112 (1978), which enjoys total impunity to keep the minor L.A.R.F. as a HOSTAGE, for EXPLOITATION FOR THE PURPOSE OF INVOLUNTARY SERVITUDE, FOR A NEW PROFITABLE MODALITY OF "CONSUMER SALE" FOR THE TRAFFICKING OF MINORS IN THE TERRITORY OF THE COMMONWEALTH OF PUERTO RICO (E.L.A.), prosecuted by Law under a sentence of amparo and as a result of a reprehensible «JUDICIAL CORRUPTION SCHEME».   Certainly, the Fiscal Control Board has the power to release the minor L.A.R.F. from the jaws of «the Alien Monster of Judicial Corruption».  Free ████.

Due to all the above, the complaining party appears before the First (1st) Circuit of Appeals, protected by the "Puerto Rico Law for Supervision, Administration and Economic Stability" («PROMESA»), 48 USC §§ 2101-2241, promulgated by the United States Congress, and by virtue of Article IV, Section 3, of the Federal Constitution, and Section 4 entitled Supremacy of «PROMESA», which reads as follows: *"The provisions of this Law shall prevail over any specific or general provision of the territorial, state laws or territorial or state regulations that are incompatible with this Law"*.  In addition, the claimant party invokes Section 205 of Title III, entitled Responsibility of the Fiscal Oversight Board, of the «PROMESA» LAW, so that the Board exercises its POWER to intervene in *"THE EFFECTS AND JUDICIAL ORDERS OF THE TERRITORY IN THE OPERATIONS OF THE TERRITORIAL GOVERNMENT"*.

Said law established a Fiscal Control Board, composed of seven members appointed by the President of the United States, who will oversee the execution of the provisions of «PROMESA». There is no doubt that the Board has focused its efforts on the creation of the Fiscal Plan, the negotiations for the payment of the debt with the

3

133

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

bondholders, the recently started bankruptcy procedure and the future economic repercussions. But he has NOT attacked the serious problem of corruption in the Government of the E.L.A. In particular, the people have not been freed from JUDICIAL CORRUPTION, although the Board has the power to initiate a restructuring of the judicial system of Puerto Rico. What's more, "the debt is paid by corruption" (Lcdo. Lozada Colón (2022). How can a country be saved from its economic crisis if the corruption problem that causes it is not tackled?

For its part, regarding «PROMESA», the Puerto Rico Court of Appeals has ruled as follows:

"*These basic legal controversies are just some of the questions that need to be answered in this new legal and political framework that has unsuspected effects on the political organization of the territory, the rights, and the lives of millions of American citizens residing in Puerto Rico*". *Palacios Revera v. ELA*, 2017TA1990; *Torres Martínez v. ELA*, 2017TA1970; *Pérez Díaz v. ELA*, et al, 2017TA1870.

Let our "PLEA" arrive now before the honorable judges of the Court of Appeals for the First (1st) Circuit of Boston, so that the «PROMESA» Law be a threshold of hope for Puerto Ricans.  Especially, for the victims of the great institutional cruelty and the «CORRUPTION » that prevails in Puerto Rico since the victims have nowhere to go. "*But we HOPE according to his «PROMISE», "new heavens and a new earth, in which justice dwells*" (2 Peter 3:13). Free ▓▓▓ from the Alien Monster of Judicial Corruption. Free Leo! and along with-it other children and their mothers in the country, as this case creates a bad precedent for the Puerto Rico Judicial Branch. Free LEO!


RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this___ Monday ____day of___ March 14 ___, 2022 _.

4

/ 3 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

s/signature _Maira R. Feliciano Rosado_
Appellant

Maira Ivet Feliciano Rosado
Calle Elena Segarra #154, El Maní
Mayagüez, P.R. 00682-6123
(787) 242-1302 / (939) 865-3987
mfeducderec@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which electronically mails notice to the attorneys of record. Notice has been delivered by mail to:

s/signature _Maira R. Feliciano Rosado_
Appellant

5

_135_

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* | PROMESA |
| FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | TITLE III |
| on behalf of the COMMONWEALTH OF PUERTO RICO, et al. | No. 17 BK 3283-LTS |
| Debtors. | (Joint and Severally Administrated) |
| In the matter of: | **The present claim is in relation to the Commonwealth** |
| Maira Ivet Feliciano Rosado CLAIM NO. 10547 503 (9) - UNDETERMINED | |

### REPLY BRIEF

Appearing today, May 02, 2022, before the Honorable Laura Taylor Swain, in the

United States District Court for the District of Puerto Rico, Counsel for the Oversight Board,

Proskauer Rose LLP and Counsel of the Creditor's Committee, Paul Hastings LLP, and the

Clerk's Office, in the United States District Court for the District of Puerto Rico (hereinafter

the federal authority concerned), the claimant as individual creditor or holder of the Claim,

namely Ms. Maira Ivet Feliciano Rosado (hereinafter Ms. Feliciano Rosado), with early

retirement due to disability not related to employment with the Teachers Retirement System

(SRM), also an attorney (although not yet having revalidated her license), and resident of

the Town of Mayagüez, and on behalf of her only son, and in request to include as claimant,

the child L.A.R.F., now 17 years old, her only wealth and hope for life, because he is the

main victim of an atrocious situation of **"FORCED DISAPPEARANCE**." <u>On April 27, 2018,</u>

<u>Ms. Feliciano Rosado delivered the Proof</u>

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

1

of Claim in person at the Delivery Center in Añasco, Puerto Rico, at Edificio Bianca, question #6 of which reads as follows: Do you have a claim against any specific agency or department of the Commonwealth of Puerto Rico? To which Ms. Feliciano Rosado replied: THE COURT OF MAYAGÜEZ FOR STEALING MY CHILD SINCE DECEMBER 14, 2011. This means that from the beginning it was the intention of Ms. Feliciano Rosado to bring to this class action the cause of **RELEASE OF THE CHILD L.A.R.F.**, although in questions 9 and 10, she emphasized as the basis of her claim "Reimbursement of Illegally Withheld Fees" (Q. 9), for "Withholding against my will" (Q. 10) (See Exhibits 2018), against the Puerto Rico Teachers' Federation. It should be added that in question 13 it was specified that the exact amount owed by the Teachers' Association was not known.

It should be noted at this point that Ms. Feliciano Rosado also submitted the relevant evidence on the same day she delivered the Proof of Claim, i.e., April 27, 2018. After years had passed, on October 04, 2021, she delivered the BALLOT in person at the center in Añasco (See Exhibits 2021, documents referenced with a red stamp that reads COPY). In addition, she also submitted additional and voluminous evidence that inevitably traces the facts of the case back to the cause of her premature and forced retirement, since the aggressor entity that subverted the authority is the State itself.

Nevertheless, the Board decided (See Exhibits 2022, document entitled "If your Claim is Listed Here, One or More of the Debtors Are seeking to Disallow Your Claim for the Reason Listed Below," with a copy of the envelope postmarked February 09, 2022). It turns out that the Court had sent an acknowledgement of receipt card entitled: "Prime Clerk

2

Received Your Proof of Claim," dated November 05, 2021. This is reliable proof that the evidence was timely in the hands of those with jurisdiction in this class action lawsuit in Federal Court. However, the Alleged Claim Amount was denied (with $0.00), with a Treatment of Claim to be dismissed, the basis of which reads as follows: "The Proof of Claim was not timely filed, as the Claimant filed the claim after the applicable deadline set forth in the Deadline Orders (See Exhibit 2021, dated Nov 05, Prime Clerk Received Your Proof of Claim, Date Filed: 10/189/2021 [sic], Proof of Claim 179662)."

Years later, it turned out that, as a phenomenon *in situ* of the case in question, said crime against humanity ended up being defrayed with the illegal confiscation of the pension of a public employee, Ms. Feliciano Rosado, who was forced to retire prematurely under the Teachers' Retirement System, precisely because of the devastation caused in her life by the **"TAKING OF THE CHILD AS A HOSTAGE,"** perpetrated by corrupt judges, and which certainly does not meet the delineated standards that fit the current typology.

The truth is that in the past 10 years (2011-2022) my son and I have been arbitrarily separated, without knowing anything about each other's fate and whereabouts, in retaliation against me for having denounced Judge Lynnette Ortiz Martínez, who acted in collusion with Olga Longoria Vélez, Esq., the head of the criminal group, among others, to the Administrative Office of the Courts (AOC), back on May 07, 2011, and since then the judicial system was subverted to persecute and imprison me and strip me

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

of my son, as a mechanism of TORTURE, revenge, blackmail, bribery, indoctrination and silencing, among others.

### A. THE CORE ISSUE:

The core issue of the present dispute, which is of complicated simplicity, being that it is no longer a *case* but a lawsuit for **RELEASE AND HUMAN RIGHTS**, so provocative that it causes a shock to the conscience of the Puerto Rican People *"due to reflecting a gravity that violently disrupts the pillars of integrity and justice of our **"MAGISTERIUM,"** Pueblo v. Álvarez,* 108 DPR 112 (1978), concerns the appalling cruelty of unjustifiably keeping as a **HOSTAGE THE CHILD L.A.R.F., NOW AN ADOLESCENT, FOR EXPLOITATION FOR THE PURPOSE OF INVOLUNTARY SERVITUDE FOR THE CHILD SUPPORT DEBT**[1] AGAINST HIS "MOTHER," **FOR A NEW FORM OF CHILD TRAFFICKING IN THE TERRITORY OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (HEREINAFTER CHILD TRAFFICKING FOR CHILD SUPPORT)**, which is very difficult to stop. This is because, among other things, the International Convention for the Protection of All Persons from Forced disappearance (ICPPED) and other international instruments were not designed to address such cases.

This makes it necessary for this Federal Court and the Board to reevaluate the standards of redress of grievances established to give an important structural contribution to the justice system of Puerto Rico which, lastly, is also a HOSTAGE of the internal criminal groups, which we call

---

[1] Article 159, INVOLUNTARY SERVITUDE OR SLAVERY, of the Penal Code of 2012, which was repealed by PS 1685 which amends the Penal Code, signed as Act 159-2020 of December 28, 2020 in the 7th Extraordinary Session, effective immediately. It repeals Articles 159 and 160, and replaces them with the new ones, as follows: Article 159-Human Trafficking for purposes of involuntary servitude or slavery and other types of exploitation, and Article 160-Human Trafficking for purposes of sexual exploitation. It clearly defines and typifies the crime of human trafficking in its different forms.

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

the **"MAFIA,"** since the courts have their own mafias that derail the processes and establish the "Reign of Terror." Victims have nowhere to go! Everyone is afraid! Moreover, we had the legal representation of 7 attorneys, by succession or jointly, who betrayed us, each one in their own way, according to the above case's records. The tragedy that followed these events is still being paid for by these genuine victims, the mother and her son.

      **FORGIVE ME** if I do not know how to properly address this honorable Federal District Court of Puerto Rico and the BOARD, as I have no litigation experience. But, I am experienced in affliction, and I have nowhere to go! It is not my intention to disrespect the judges or attack their authority, but rather the abuse of power.

      On the other hand, I do not consider myself a bad faith litigant, as provided by 28 U.S.C., Sec. 1915(a)(3), *DuLaurance v. Telegen,* No. 15-1537, 2016 WL 10454553, at *1 (1st Cir. Nov. 30, 2016) (Good faith for purpose of Sec. 1915(a) (3) is judged by and [sic] objective standard; i.e., whether the litigant "seek appellate review of any issue not frivolous") (See Exhibits 2022, Order Concerning Application Filed by Maira I. Feliciano Rosado, March 24, 2022). It is not frivolous to fight for a child. A mother will do anything for a child. It is a truth that we feel in our hearts. I want MY CHILD BACK, since the State **STOLE HIM** from me in retaliation. For as long as the crime is not recognized, I have no chance of prevailing in the state courts, let alone filing a lawsuit against the State now.

      Moreover, I vehemently and fervently wish that they would also liberate other mothers who, like me, went to court to ask for help and on behalf of their children,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

fleeing domestic violence coexisting with child abuse, but ended up being re-victimized, deprived and ridden. An injustice against one (1) child is an injustice against all other children in Puerto Rico.

I hope that the TRUTH prevails which, in itself, is **"CHRIST."** He says: - "...I am *the way, and the TRUTH, and the life" (John 14:6)*.

### B. MAIN PURPOSE OF THE OBJECTION:

In order to **OBJECT THROUGH THE PRESENT REPLY BRIEF**, we appear again with the present case which, without a doubt, is not disjoined from the state and federal provisions, nor is it unconnected with the objectives of redress of grievances by reason of the debts in "CONSUMER SALES" against the Government of the Commonwealth of Puerto Rico (Commonwealth), under the provisions of the "***Puerto Rico Oversight, Management, and Economic Stability Act"* or PROMESA**, 48 U.S.C. Sections 2101-2241, Pub. Num. 114-187, which was enacted by the United States Congress under Art. IV, Sec. 3, of the Federal Constitution, and by which the **FISCAL CONTROL BOARD** (hereinafter referred to as the BOARD) was appointed to address the country's economic crisis, by virtue of the **"NEW POLITICAL POWER"** it represents. A power that certainly "should not *be reduced to a negotiation between creditors and debtors." Torres Martínez v. Commonwealth,* 2017TA1970. There are other voices crying out for **HELP AND JUSTICE**. Namely, the clamors of **CHILDREN**, the most vulnerable legal subjects in society, and who in the courts, more and more frequently, are being **S A C R I F I C E D to the God MOLOC[2]!** of the selfishness of the country's powerful and untouchables, on the altar of the interest of power

---

[2]Modern child sacrifice, Nov, 16, 2020, Choice42, https://www.youtube.com/watch7vsEc6u-rFWw  zU (Leviticus 18:21 (abomination); 20:2 (stoning); 1 Kings 11:7 (Temple); 2 Kings 23:10; 17:17; 17:31; 19:18; 21:6; Jeremiah 19:5, 32:35, 7:31; 32:35; 1 Chronicles 20:1; 2 Chronicles 3:4; Hebrews 7:27; 10:12).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

and money, whose burning fire of corrupted honorabilities silence the weeps and cries[3] of the **CHILDREN and** their **"MOTHERS"** with frightful cruelty, <u>although this takes place in the purest and most transparent legality</u>.

  **CHILDREN**, in the flower of their purity and innocence, are always the most **SACRIFICED** on the altar that devours. Child sacrifice[4] <u>NEVER STOPPED</u>. We no longer throw them onto the fire, but onto the flames of ideological experiments such as **"GENDER IDEOLOGY,"** which give fuel to evil and horrify any sane mind. **SHARED CUSTODY** is an example of them, which *"is out of any logic of protection and natural and altruistic affection toward children, as well as the maintenance and continuity of a society"*[5] that protects the marriage covenant. It is a new **"CHILD TRAFFICKING FOR CHILD SUPPORT**." *"Given the dynamic and changing nature of "CHILD TRAFFICKING" (and its responses)*. This is what the ILO, UNICEF and the United Nations Global Initiative to Fight **Human Trafficking** (UN.GIFT) warn in the *Training Manual to Fight TRAFFICKING IN CHILDREN* for *labor* of September 15, 2009. Such a *definition now imposes an open list to* identify and *tackle new forms of CHILD EXPLOITATION FOR TRAFFICKING, as in the case at hand*.

  **CONSUMER SALES ARE CHILDREN! THE CHILDREN! MY SON, ▮ !** They are <u>**THE EXCHANGE CURRENCY**</u>. With **SHARED CUSTODY**, **TIME** has become the **CURRENT CURRENCY**

---

[3]-*"How dreadful it will be in those days for pregnant women and nursing mothers"*(Matt.  24:19). -*"Rachel weeping for her children, and refusing to be comforted, because they are no more* (Jer. 31:15).
[4]Ramos Jonathan, ABOMINATION! Documentary: CHILD SACRIFICE in antiquity [ABORTION], Historian Jonathan Ramos, YouTube. Jonathan is a historian, philosopher, writer and professor at the Catholic University of Salta. Author of 4 books: "Revelaciones Filosóficas," "La antigüedad en poemas," "Historia y concepto de la autoridad en el cristianismo" and "Fundamentación de la religión cristiana." https://www.youtube.com/watch2vsNQ_KoYHEqn4
Velasco Plaza, Ana María, Article: "El Sacrificio Infantiles Rituales," Actuall Magazine, 05/05/2019. https://www.actuall.com/criterio/vida/sacrificios-infantiles-rituales-por-ana-maria-velasco-plaza/

7

that drowns the pity and shame of parents[6] (the "Lucifer Effect"), who seek to spend more time with their children just to be relieved of child support as a reward. Interest drowns out the cries of children who long to spend quality time with them. Such a law gives impetus to evil and serves only to mock the yearnings of children's souls, hungry for love and attention. Worse yet, this law is a breeding ground for **JUDICIAL CORRUPTION**.

No matter how much one would like to gild it, in this case the rights and freedoms of the child **L.A.R.F.** are **SACRIFICED** in order to protect those who commit serious crimes against his life, in the fire of the crushing logic of the instrumentalities of the Commonwealth, and the honorabilities[7]. Corrupted honorabilities that still face that filthy stain of the foul macho of her imprisoned defenseless child, then 6 to 7 years old, who tarnishes his judicial robe, in his eagerness to impose on him and his mother, the **"SHARED CUSTODY REGIME."** Said totalitarian utopia, was instrumented in an *ad hoc* and invented sentence of 90 days of community service that does not exist in Law, but that still today continues to be given full force and effectiveness in the **CHILD SUPPORT SENTENCE** (See Exhibits 2011, 2017), which is used as an instrument of persecution against Ms. Feliciano Rosado. Both decrees are null and void ab initio.

## C. JURISDICTION:

Having said the foregoing, we recognize that the case at hand raises a cause of action not heretofore contemplated by this *ad hoc* court of the Federal Court of P.R.

---

[6] "THE LUCIFER EFFECT," how good people turn bad.
[7] As Nicolás Nogueras (1995) said: "What residue of honor is left in so many "honorable" people who traffic with the happiness and welfare of our people? How much honor can there be in the honorable who, with their pettiness, their servility, their ambitions and their weaknesses, think of themselves as masters of the life and property of others?" (Los Honorables I, Id., p. 55).

8

It is of particular relevance to bring to the attention of those with jurisdiction over **PROMESA**, Title II, Sec. 205, of its enabling act, as it authorizes the BOARD, subject to its full discretion, to intervene in *"the effects of the laws and judicial orders of the territory on the operations of the territorial government."* Among other things, the BOARD has inherent POWER to intervene in cases unrelated to the original lawsuit, and *"TO MAKE STRUCTURAL CHANGES IN THE PUERTO RICO LEGAL SYSTEM"* (Dr. Emmanuelli Jiménez (2016). "Added to this is its *power to reconcile the diversity of legal sources and *establish the new guidelines that will govern the life of Puerto Ricans with regard to the State, their rights and the new political organization of the local government." Palacios Rivera v. Commonwealth,* 2017TA1990. Failing that, *"he who can do more, does less." P.R. Posadas v. Tourism Co. Of P.R.,* 478 US 328; 106 S. Ct. 2968; 92L. Ed 2d 266 (1986).

## D. FRAMING THE CASE UNDER PROMESA:

Anxiously expecting to find justice, the claimant appears with the purpose *of* framing this cause of action within the guarantees of the PROMESA Act and its BOARD, whose powers are very broad, since *"Puerto Rico is not sovereign, and under the constitutional scheme of the United States it is a territory subject to the power of the territorial clause of Art. IV, Sec. 3 of the Federal Constitution," Pueblo v. Sánchez,* 193 DPR 594 (2020). *Commonwealth of Puerto Rico v. Franklin California Tax-Free Trust,* Et Al., 136 S. Ct. 1938 (2016); Puerto *Rico v. Sánchez Valle,* 136 S. Ct. 1863 (2016). *So that those who have jurisdiction over PROMESA, recognize that in this complex legal dispute involving the life, freedom and property of the

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

child L.A.R.F., only represents *"some of the issues that demand to be addressed in this NEW LEGAL AND POLITICAL FRAMEWORK WHICH HAS UNSUSPECTED EFFECTS on the political organization of the territory, rights and lives of millions of American citizens residing in Puerto Rico." Pérez Díaz v. Commonwealth,* et al., 2017TA1870.  Especially when *"the Board's dominion is in all INCIDENTAL POWERS it has to achieve balanced budgets and for Puerto Rico to improve its fiscal situation"* [8.] Therefore, such sovereignty "cannot *be reduced to a negotiation between creditors and debtors,"* above, when there are other larger problems that destroy the People of Puerto Rico. In particular, the children.

The crucial objective of the present OBJECTION is to GIVE VOICE, by way of **A CRY FOR HELP!** to the adolescent **LEO**, who, under the particular circumstances of this case, is still a victim of the serious crimes of **ABDUCTION AND FORCED DISAPPEARANCE** (2011-2022) <u>NOT</u> recognized by the State, which *a priori* denies him justice, <u>and without anyone caring about it</u>. Especially when the silent and invisible captivity of the child, added to the violence and reprisals exercised against the mother-complainant who has already been persecuted and imprisoned two (2) times, while being innocent, as a result of acts related to corruption in the Government of the Commonwealth, in the exercise of her judicial prerogative[9], <u>which not only have a negative impact on the country's economy</u>, but also create a new aspect of **"CHILD EXPLOITATION"** for **"TRAFFICKING"** in

---

[8] Díaz Sánchez, Grecia, Noticia: P.R.O.M.E.S.A.: Una derogación del Gobierno de Puerto Rico, Revista Jurídica, Universidad de Puerto Rico (2016), https://revistajuridica.uprrp.edU/inrev/index.php/2017/08/3 1/p-r-o-m-e-s-a-una-derogacion-del-gobierno-de-puerto-rico/

[9] Micro.juris news story- The Department of Justice proposes that the penalty for abusing a child through CONVERSION THERAPY should not be a fixed five-year term. On the contrary, they propose the establishment of an interval in the term of imprisonment. That is to say "from so many to so many years" *<u>so that the Judiciary can have discretion in setting the penalty</u>. May 13, 2021.

10

**"CONSUMER SALES,"** with children as the trade[10], which requires an urgent solution, although the BOARD, in its absence, is not <u>the appropriate court</u>.

In response to the above, the "Resilience Fund Supporting Community Responses to Organized Crime,"[11] in its debate of August 28, 2020, entitled: FORCED DISAPPEARANCES: WHO IS THE REAL PERPETRATOR? warns about the limitations and disarticulations of the ICPPED to protect victims in scenarios where **<u>CRIMINAL GOVERNANCE</u>** continues to grow, and we quote:

"<u>Contemporary</u> <u>forms</u> <u>of DISAPPEARANCES</u> *around the world increasingly show the* <u>*importance of reviewing how we understand the role played by non-state actors and,*</u> <u>*in particular, organized criminal groups in these acts.*</u>"

"*International law and its instruments recognize* **FORCED DISAPPEARANCES** *through State involvement; even so, the international community can generally hold States accountable,* <u>*but only if these forced disappearances are proven*</u>.*"

"<u>*The fact that the authorities,*</u> *as probable perpetrators,* <u>*are the ones who have to prove*</u> <u>*these crimes, makes it difficult to classify many cases [...] as*</u> **<u>FORCED</u>** **<u>DISAPPEARANCES</u>**. *The number of missing persons in these contexts of* **<u>CRIMINAL</u>** **<u>GOVERNANCE</u>** *continues to grow, at the same time that the resources available for the protection of these victims are decreasing.*"

"*The emphasis on State involvement* <u>*fails to take into account the large number of*</u> <u>*criminal contexts in which most disappearances occur, from illicit drug trafficking to*</u> **<u>*human trafficking*</u>**.*"

"*More than 330 grant applications from 67 countries represented THE VARIETY OF CONTEXTS that allow disappearances to occur. From the disappearance of Indigenous leaders and the abduction of migrants for profit to THE STEALING OF CHILDREN FOR TRAFFICKING, these contexts present themselves in different nuances and often seem disjointed from the definitions contained in international instruments.*" Id.

---

[10]Otero, Herminio, News story: The cruelest trade without rights, (July 19, 2012). https://www.panamaamerica.com.pa/opinion/ninos-la-mercaderia-mas-cruel-y-sin-derechos-basicos- 828670
[11]https://resiliencefund.globalinitiative.net

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

There is no doubt that these facts meet the elements of Article 159 INVOLUNTARY SERVITUDE OR SLAVERY, of the New Penal Code of 2012, which was repealed by Senate Bill 1685 amending the Penal Code, signed as Act 159-2020 of December 28, 2020 in the 7th Extraordinary Session, effective immediately. Inasmuch as the child is arbitrarily deprived of his freedom within the spirit of local laws and international conventions applicable to the crime against humanity of **ABDUCTION**, from December 14, 2011, with his **FORCED DISAPPEARANCE**, from May 13, 2013 until today. *And, which, as recently as March 2017 is being funded and, in effect, perpetuated by deducting the alleged mother-child support payer's monthly SRM retirement pensions, which is confiscatory and illegal. This means that the Administration for Child Support Enforcement (ASUME) is sending the payments, with the method of direct payment of child support, supposedly in favor of the child L.A.R.F., to **"UNKNOWN WHEREABOUTS"** outside of the Commonwealth and its territories (2017-2022), with the concomitant concealment of his whereabouts, *thereby* removing it from the law and following a pattern of organized crime[12], *Pueblo v. Meliá,* 143 DPR 708 (1997), with Judge Mariluz Cruz Morales of the Court of Humacao.

---

[12]The federal case law on the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. Sec. 1961 et seq., has interpreted an enterprise or business as possessing the following characteristic terms: (1) a common or shared purpose among the associated persons; (2) an organization whose members function as a continuous unit, that is, there must be some degree of structural continuity and participating individuals, or a threat of future continuity, and (3) the existence of a structure distinct from the specific acts that make up the pattern of organized crime. -The COMMONWEALTH ANTI-ORGANIZED CRIME AND MONEY LAUNDERING ACT, 25 L.P.R.A. Sec. 971 et seq. establishes that for a pattern of organized crime activity to be established, at least two (2) acts of organized crime activity must be committed within a period of ten (10) years. Acts constituting organized crime activity are the following: any act or threat relating to murder, abduction, illegal gambling, laws relating to prostitution, arson, unlawful appropriation, robbery, obscenity, bribery, extortion or the sale, possession and transportation of controlled substances or weapons, subject to criminal prosecution under the laws of the Commonwealth or those of the United States.

12

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

This is where, specifically, **"TRAFFICKING"** and **"ORGANIZED CRIME"** begin to merge, since the cruel and arbitrary refusal of the ASUME to reveal to his **"MOTHER"** the place where the child support money is being sent to her son, which is also the place where he is hidden from her with the direct support of State agents, in order to keep him in perpetual silent and invisible captivity, in the form of an **FORCED DISAPPEARANCE** for **CHILD TRAFFICKING** by exploiting his vulnerability and dependence as a minor.

In accordance with the foregoing, from the point of view of the conduct criminalized by the **Anti-Organized Crime and Money Laundering Act of the Commonwealth of Puerto Rico**, 25 L.P.R.A. Sec. 971 et seq., "*for a pattern of organized crime activity to be established, at least two (2) acts of organized crime activity must be committed within a period of ten (10) years.*" Pueblo v. Meliá León, 143 DPR 708 (1997).

In this context, the **A.S.U.M.E.** is setting a very sinister precedent of complicity in the crime against humanity of **FORCED DISAPPEARANCE OF THE CHILD L.A.R.F.** In the event of non-payment of child support, the courts and **A.S.U.M.E.** have acted as if they had before them the case of a **"MOTHER"** who was an incorrigible debtor, who was running away from such a continuing obligation. Looking for prey, they demonized Ms. Feliciano Rosado to appease the conscience of employees, officials or agents, whose culpable or negligent actions make them liable by action, omission or concealment, *Leyva vs. Aristud,* 132 DPR 489 (1993), of the acts that caused harm or endangered the physical,

13

mental and emotional health and integrity of her son (2011-2022), and thus rationalize the criminal consequence of imprisoning her, as set forth in the intentional crime of failure to comply with a child support obligation in Art. 117 of the Penal Code of 2012, 33 L.P.R.A. Section 5176, in situations where it would ordinarily apply. This is when the present case IS NOT an ordinary case, but a very fierce MAFIOSO POWER WAR!

*I PLEAD before this Federal Court to **RELEASE MY SON** ▮ **NOW**, ordering from the criminal group of honorable abductors his immediate transfer to the territory of the Commonwealth of Puerto Rico, before the Fiscal Oversight Board leaves Puerto Rico. Especially when U.S. Congressman Ritchie Torres, along with his colleagues, as recently as April 08, 2022, introduced new bipartisan legislation proposing a process to abolish the Fiscal Oversight Board, known as the "TRUST for Puerto Rico Act of 2022" (HR 7409), which, in effect, will leave us once again helpless and at the mercy of a ***"CORRUPT"*** government.

It should be noted that the acronym of the P.R.O.M.E.S.A. Act is emblematic of the hopes and aspirations of a People oppressed, enslaved, and besieged by the most despot and ruthless of the Government of the Commonwealth. "But according to ***"PROMESA,"*** *we are looking forward to a new heaven and a new earth, where RIGHTEOUSNESS dwells"* (2 Peter 3:13). GIVE ME BACK MY SON! RELEASE ▮! FREE ▮!

*I PLEAD before this Federal Court to rectify the denial of redress, on the grounds that the Proof of Claim was not timely filed, since the Claimant did file the claim

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

by the applicable deadline set forth in the Deadline Orders (See Exhibit 2021, dated Nov.
05, Prime Clerk Received Your Proof of Claim, Date Filed: 10/189/2021 [sic], Proof of Claim
179662), as stated above.

WHEREFORE, the claimant respectfully requests that the foregoing facts be noted,
and further PLEADS that these Individual Creditors, who have suffered enough, be granted
such other relief as may be deemed just.

Respectfully submitted,

[Signature]

Calle Elena Segarra #154
Sector El Maní
Mayagüez, P.R. 00682
mfeducderec@yahoo.com
(786) 371-6770
(787) 242-1063

Date:        May 02, 2022,
             In San Juan (Puerto Rico)
With copy to the authority concerned:

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
*(United States District Court),*
Sala 150 Edificio Federal (Federal Building),
San Juan (Puerto Rico) 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP,
Eleven Times Square
New York, New York 10036-8299.
Attn. Martin J. Bienenstock Brian S. Rosen

*(Counsel for the Creditors' Committee)*
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn.: Lue A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

15

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Atypical case of the FORCED DISAPPEARANCE OF THE CHILD L.A.R.F. PERPETRATED BY THE JUDICIARY OF P.R.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



AMENDED COMPLAINT
Proof of Claim Num. 10547
Omnibus Objection number 362
ECF No. Response (if available) 18290
Maira Ivet Feliciano Rosado and Minor L.A.R.F.,
Plaintiff(s) v. The Government of the
Commonwealth of Puerto Rico, Et. Al.
Civil No. 12-2019 CCC

Blue Summit Supplies

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179662 (1)**

Signed this 20TH of July 2022

Andreea Boscor
Spanish into English
Certification #525556

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

