# EXHIBIT B-1

UNITED STATES COURT of APPEALS
For the First Circuit

No. 22-1193-

IN RE: THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO,
AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING
CORPORATION, a/k/a Confina; THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES
RETIREMENT SISTEM OF THE GOVERMENT OF THE COMMONWEALTH OF
PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE
PUERTO RICO POWER ELECTRIC AUTHORITY (PREPA); THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDING AUTHORITY,

**RECEIVED**

Debtors,

**JUN 0 1 2022**

**KROLL** RESTRUCTURING
ADMINISTRATION

MAIRA I. FELICIANO ROSADO,

Claimant-Appellant



990123401147060

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS
REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE
FOR THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE
PUERTO RICO HIGHWAYS AND THE TRANSPORTATION AUTHORITY,

Debtors – Appellees.

## MOTION IN FULFILLMENT OF ORDER AND SHOW CAUSE FOR NON-DISMISSION

Appears today, May 23, 2022, before **UNITED STATES COURT OF APPEALS FOR
THE FIRST CIRCUIT**, in Boston, Massachusetts (hereinafter First Circuit Court), the Claimant-
Appellant Maira Ivet Feliciano Rosado (hereinafter Ms. Feliciano-Rosado) in the case with the
assigned No. 22-1193 (Case No. 17-03283-LTS9 United States District Court for The District of

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Puerto Rico, and NOTICED APPEAL (No. 20358) in Title III case No. 3:17-bk-03283-LTS (D.P.R.), as an individual creditor or holder of the claim #179662, and having obtained an unfavorable ruling in terms of the "Asserted Claim Amount" UNDETERMINED (with $ 0.00) (Docket Entry No. 20359 in Case 17-3283), by a decision of the Honorable Laura Taylor Swain, in The United States District Court for the District of Puerto Rico (hereinafter Federal Court), and the Financial Oversight and Management Board for Puerto Rico (hereinafter Board), which was created to assume the representation of the Government of the Commonwealth of Puerto Rico in accordance with Section 315 of the Oversight, Management, and Economic Stability Act of 2016, Public Law 114-187, better known as **«PROMESA»**, 48 U.S.C. § 2101 et seq (2016), with its Lawyers (hereinafter those who hold jurisdiction over PROMISE).

1.  It should be noted that the Claimant-Appellant party is composed of Ms. Feliciano-Rosado and her son, the minor L.A.R.F., aka ▮▮▮ now from 17 years old, his only son, and his only wealth and life expectancy (hereinafter Claimant-Appellant party). As a matter of fact, Mrs. Feliciano Rosado is in early retirement due to disability not related to employment under the Puerto Rico Teachers Retirement System (S.R.M.), by virtue of her work as a School Counselor in a secondary school of the Department of Education ( D.E.) (for its acronym in Spanish), is an attorney (although her title has not yet been revalidated), is a resident of the Town of Mayagüez, Puerto Rico, and appears before the 1st Circuit on behalf of the minor L.A.R.F.; both believers of the doctrines of the Seventh-day (7th) Adventist Church as Sabbath-Keepers.

    FORGIVE ME if I do not know how to address myself correctly before this honorable First Circuit Court, since I have no experience in litigation. But I am experienced in brokenness, and I have nowhere to go! Nor is it my intention to disrespect judges or attack their authority, but the abuse of power. We also do not consider that we have challenged the Board with recklessness and arrogance. (Orders of 1st Circuit Court dated May 11, 2022 with postmarked by the United States Post Office, dated May 11, 2022, p. 14, 18). But we are convinced that the Board, appointed by the U.S. Congress, is the only one with the power to put **«JUDICIAL CORRUPTION»** in check, freeing the judicial system from the mafia groups that hold it hostage under a "Reign of Terror" and, in effect, impacting the quality of life of Puerto Ricans.

## A.  SHOW CAUSE FOR NOT DISMISSAL:

2.  The Claimant-Appellant party appears, through Mrs. Feliciano Rosado, TO SHOW CAUSE, in writing, why this appeal should not be dismissed for lack of jurisdiction, pursuant to the Fed. Application R. P. 42(b), in compliance of the order of court of May 11, 2022, Pursuant to 1st Cir. R.27.0(d). Thus, the reasons why this 1st Circuit should not dismiss the case for lack of jurisdiction are the following:
    a.  In her ruling, Judge Laura Taylor Swain gave a brief review of what happened there with respect to this case, and we quote her words *ad verbatim*;
        "Ms. Maira I. Feliciano Rosado's Proof of Claim form asserts that her claim is entitled to administrative priority pursuant to 11 U.S.C. Secc. 503 (b)(9) and is secured in whole or in part by a lien on property. At the February 16, 2022, hearing concerning the Debtor's objections to certain proofs of claim, the Court made the following ruling concerning the proof of claim filed by Ms. Feliciano Rosado:

2

I have reviewed the written submission and listened very carefully to everything that has been said today. I am terribly sorry to hear what Ms. Feliciano-Rosado has been going through, and her concerns about her son, and the custody matters, and the treatment of the child-custody payments. Those are not matters that are properly before the Court today. What is before the Court today is the question of whether the claim that Mr. Maira I. Feliciano Rosado has field in these Title III proceeding is entitle to priority payment classification, either because it concerns a sale of goods to the Commonwealth within a certain period of time, or because it is backed by security, money, or property set aside to pay that claim specially. Neither of those necessary facts is established with respect to this claim. Therefore, the Court sustains the 362nd Omnibus Objection as to claim no. 10547 filed Maira I, Feliciano-Rosado. That claim is reclassified as a general unsecured claim, and it will be considered and evaluated for payment and validity along with other general unsecured claims". (See Annexes of 2022, Order dated March 24, 2022, pp. 7-9).

We are of the opinion that Judge Taylor-Swain's summary of the case has the effect of a TRANSCRIPT of the February 16, 2022 hearing (See Annexes 2022, Copy of pages 1 and 6 of the "Notice of Agenda of Matters Scheduled For The Hearing on February 16-17, 2022 At 9:30 A.M. AST", p. 5-7), and for which Ms. Feliciano-Rosado seeks appeal to the 1st Circuit in Boston.

b.  On the other hand, and having obtained unfavorable determinations from those who have jurisdiction over PROMESA, by qualifying their claim INDETERMINATE and, consequently, assigning it an "Amount of the Affirmed Claim" of $0.00, under Entry No. 20359, in File 17- 3283, box titled "If Your Claim Is Listed Here, One or More Debtors Are Seeking to Deny Your Request for the Reason Stated Below", it was expected that Ms. Feliciano-Rosado would conclude that her claim had been dismissed. (See Annexes 2022, Table Entitled "If You Claim is Listed Here, One or More of the Debtors are Seeking to Disallow Your Claim for the Reason Listed Bellow", pp. 4-7).

c.  Adding to the above, *I do not consider myself a BAD FAITH LITIGANT under 28 U.S.C., Sec. 1915(a)(3), *DuLaurance v. Telogen*, No. 15-1537, 2016 WL 10454553, at *1 (1st Cir. Nov. 30, 2016) (Good faith for purpose of Sec. 1915(a) (3) is judged by and objective standard, i.e., whether the litigant "seek appellate review of any issue not frivolous") (See Annexes 2022, Order Concerning Application Filed by Maira I. Feliciano Rosado, March 24, 2022, p. 8(b)). There is no bad faith on my part. However, since I filed the Notice Appeal on March 15, 2022, in the District Court, suddenly and surprisingly I was ordered to translate the Reply into English that I filed on May 2, 2022 as a sine qua non requirement for its adjudication (See Exhibits 2022, "The Motion is denied without prejudice to renewal in English dated May 5, 2011, without dateline and postmarked by the United States Post Office", dated May 5, 2022, p 10). This fact is worrying since PROMESA created an *ad hoc* rule of law that allows the parties, among other advantages, to have access to each of the federal court notices in both Spanish and English, which means that their respective responses be drafted in

3

the native language of the parties. Furthermore, PROMESA notices and motions are drafted in both languages. Since 2018, Ms. Feliciano-Rosado presented her replies and motions, with her voluminous annexes, in the Spanish language.

d.  Certainly, it is not frivolous to fight for a child. It is not bad faith to knock on the door of the 1st Circuit Court in Boston to PRAY for his RELEASE. Maxime when he is the only child this mother has managed to have, and she has been arbitrarily deprived of her love, affection and companionship for the past 10 years. My son needs me! It is a truth that I feel in my maternal heart. I know he silently suffers from his captivity, but no one seems to care.

e.  Put to the sack, the Claimant-Appellant Feliciano was denied the exemption of the payment of $505.00, notwithstanding his economic inability to cover the costs associated with an appeal litigation, due to not having recurring income. (See Annexes 2021, Tax Year 2021, p. 36; See Annexes 2022, March 2022 Check Stub, pages 37, and 37(b)). In addition, due to their economic condition, requiring the Complaint-Appellant to liquidate their few assets to file their claim would be excessively onerous and contrary to the principle of access to justice. The fact that he wants to exercise his real right to appeal does not imply that he has the financial capacity to file the fees and initiate his cause of action. *Board of Regents v. Roth*, 408 U.S. 564 (1972). Consequently, we request that Mrs. Feliciano Rosado be allowed to proceed with her cause of action without paying the amount in question.

f.  It was not until May 19, 2022, that the Judge Taylor-Swain determined the following:
    ORDERED that this Order resolves Docket Entry No. 20490 in Case No. 17-3283; and it is further ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order. (See 2022, pages 33). (See Anejos 2022, Four Hundred Thirty-Fifth Omnibus Objection, Exhibit A-Claims to Be Disallowed, subsection 2, p. 33).

The crucial objective of this OBJECTION is to GIVE VOICE, as a CRY FOR HELP!, to the young-adolescent LEO, who, under the particular circumstances of this case, is still a victim of the serious crimes of KIDNAPPING AND ENFORCED DISAPPEARANCE ( 2011-2022) NOT recognized by the State, which a priori denies it justice, and without anyone giving a damn. Especially when the silent and invisible captivity of the minor, added to the violence and reprisals that are exercised against the mother-complainant persecuted and imprisoned two (2) times, being innocent, as a result of acts related to corruption in the E.L.A. Government, in the exercise of their judicial prerogative, which not only negatively impact the country's economy, but also create a new aspect of "CHILD EXPLOITATION" for "TRAFFICKING" in "CONSUMER SALES", with children as merchandise, which requires a solution urgent, although the BOARD, failing that, is not the appropriate forum.

## B. FRAMING THE CASE IN PROMISE:

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3. The previous decisions of those who have jurisdiction over PROMESA certainly have the effect of dismissing the case at hand. Reason for which the Plaintiff appealed to the 1st Circuit in Boston (See Annexes 2022, Transcript Report, p. 1), by filing a Notice of Appeal in the Federal District Court of Puerto Rico, on March 15, 2022. *Next, more grounds will be given for the reasons why this appeal forum should not dismiss this cause:

   a. Sec. 205- Which is why the Claimant-Appellant part draws the attention of the Federal Court to Title II. Board Responsibility, Sec. 205, of the PROMESA, since it authorizes the Board, subject to its total discretion, to intervene in "the effects of the laws and judicial orders of the territory in the operations of the territorial government." Among other things, the Board has the inherent POWER to intervene in cases that are unrelated to this original lawsuit, and *"to make structural changes in the Puerto Rican legal system" (Prof. Emmanuelli Jiménez (2016)[1]. Add to the above that the Board's mission is to work with the people and government of Puerto Rico to create the foundation for sustainable economic growth and restore opportunity for the people of Puerto Rico. Certainly, it is impossible to achieve the economic restructuring that has been so much sought after without addressing the serious and real problem of the «JUDICIAL CORRUPTION», at the expense of a people crushed by the effects of corruption, misgovernment, poverty, unemployment, and - most recently - a global pandemic. *In re Jackson Sanabria*, 97 DPR 1 (1969). *Feliciano Rosado v. Matos*, 110 DPR 550 (1981). *In re Hernández Enríquez*, 115 DPR 472 (1984). *In Re Miranda Rivera*, 141 DPR 94 (1996). *In re Martínez*, 151 DPR 519 (2000). *In re Castro Colón*, 155 DPR 110 (2001). *In re López Morales*, 184 DPR 334 (2012). *In re Aprob. Rs. y Com. Esp. Ind.*, 184 DPR 575 (2012). *In re Acevedo Hernández*, 194 DPR 344 (2015). *Pueblo v. Acevedo López*, 195 DPR 357 (2016). *In re Benero García*, 2019 TSPR 82 .

   b. Sec. 701- The PROMESA also contains a final Title VII, with a single section, which seems very general and ambiguous, but which, in detailed analysis, by experts, may be a threshold of hope for the solution of other problems that affect the economy, health, security of the Town. Said Title VII literally provides: TITLE VII—SENSE OF CONGRESS REGARDING PERMANENT, PRO-GROWTH FISCAL REFORMS SEC. 701. SENSE OF CONGRESS REGARDING PERMANENT, PRO-GROWTH FISCAL REFORMS. It is the sense of the Congress that any durable solution for Puerto Rico's fiscal and economic crisis should include permanent, pro-growth fiscal reforms that feature, among other elements, a free flow of capital between possessions of the United States and the rest of the United States. In what is pertinent, we quote *ad verbatim* the words of the Prof. Emmanuelli[2] (2016):

      "The 'sense of Congress' of Section 701 should be read as an intention or legislative opinion regarding the type of general reforms that they understand should be

---

[1]Emmanuelli Jiménez, Lcdo. Rolando, J.D., LL.M.i, Title VII of PROMESA – The intention of Congress regarding permanent fiscal reforms for economic growth: Final reflections on the Law and its effects in Puerto Rico MICROJURIS.COM (November 14, 2016). pr.microjuris.com/noticias/noticia/titulo-vii-de-promesa-la-intencion-del-congreso-en-cuanto-a-las-reformas-fiscales-permanentes-de-crecimiento-economico-reflexiones-finales-sobre-la-ley-y-sus-efectos-en-puerto-rico
[2]Id.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

implemented in Puerto Rico, but a specific legislative will is not expressed regarding what this specifically translates to. It should be noted that the text of the law does not even include the business zones that Representative MacArthur mentioned in Committee. The Section's language allows for a wide margin of discretion and interpretation based on this scant information. Therefore, there is no guarantee that it will serve as a binding criterion when determining the fiscal measures to be implemented, since it will depend on the interpretation given by the officials related to the Law, particularly the Supervisory Board".

c. 301(a)- Now the Government cannot be sued, which means double impunity for the kidnapping judges and their accomplices by action, omission or cover-up. The referred Title III of PROMESA provides in its Section 301(a) the application, among others, of Sections 362 and 922 of Title 11 of the Federal Bankruptcy Code. Thus, the filing of the bankruptcy petition has the immediate and direct "effect of paralyzing" [automatic stays] any civil action that any natural or legal person has initiated, attempts to continue or from which they request the payment of a judgment against the Government of Puerto Rico and its instrumentalities, while bankruptcy proceedings are pending before the federal court. 11 USC seconds. 362(a), 922(a); 48 USC sec. 2161(a). *Marrero Rosado v. Marrero Rosado*, 178 DPR 476, 491 (2010); *Morales v. Clínica Femenina de P.R.*, 135 DPR 810, 820 (1994).

d. Art. IV, Sec. 3 of the Federal Constitution- Eagerly expecting to find justice, the claimant appears with the purpose of framing his cause of action within the guarantees of the PROMESA Law and its BOARD, whose powers are so broad, since "Puerto Rico is not a sovereign, but under the constitutional scheme of the United States it is a territory subject to the power of the territorial clause of Art. IV, Sec. 3 of the Federal Constitution", *People v. Sanchez*, 193 DPR 594 (2020). *Commonwealth of Puerto Rico v. Franklin California Tax-Free Trust*, Et Al., 136 S. Ct. 1938 (2016); *Puerto Rico vs. Sanchez Valle*, 136 S. Ct. 1863 (2016). *So that those who have jurisdiction over PROMESA, recognize in this complex legal controversy that involves the life, liberty and property of the minor L.A.R.F., it only represents "some of the questions that require to be addressed in this NOVEL LEGAL AND POLITICAL FRAMEWORK WHICH HAS UNSUSPECTED EFFECTS on the political organization of the territory, the rights, and the lives of millions of American citizens residing in Puerto Rico." *Perez Diaz v. ALS*, et al, 2017TA1870. Especially when "the domain of the Board is in all the INCIDENTAL POWERS that it has to achieve balanced budgets and that Puerto Rico improve its fiscal situation." Therefore, such sovereignty "CANNOT BE REDUCED TO A NEGOTIATION BETWEEN CREDITORS AND DEBTORS," supra, when there are other larger problems that destroy the People of Puerto Rico, and where relevant we quote: "*Pursuant to section 212, the PROMESA, the Board may also intervene in any litigation filed against the territorial government and request cease and desist orders, including stay of proceedings*". (Prof. Emmanuelli Jiménez).

4. There are other voices crying out for HELP AND JUSTICE. Namely, the cries of CHILDREN, the most vulnerable legal subjects of society, and that in the courts, with increasing frequency,

6

are SACRIFICED to the god MOLOCH![3] of the egoism of the powerful and untouchables of the country, on the altar of the interest of power and money, whose ardent fire of corrupted honor silences their screams and the cries of the CHILDREN and their "MOTHERS" with frightful cruelty, even though it develops in the purest and diaphanous legality. The «SATANIC TRINITY» lives on! It is embodied in spirit and action in the GENDER IDEOLOGY and its corollaries, such as «JOINT CUSTODY», mercilessly destroying the most sacred ties to the human heart: the mother-child relationship. A MOTHER'S LOVE IS THE MOST SUBLIME MANIFESTATION OF ABDENATION ON EARTH. CHRIST "WAS" AND "IS" THE SELF-SCRIBING IN PERSON. *"All who follow CHRIST will wear the crown of SACRIFICE. Satan will combat the principle of SELF-SERVICE wherever it manifests itself"* (DTG, p. 144)[4]. War against MOTHER is war against «CHRIST»! Thus, the war against the MOTHER is a war against religious liberty, and we quote:

> "The king on his throne has no work superior to that of the «MOTHER». This is the queen of his family. It is up to her to model the character of her children, so that they are suitable for the superior and immortal life. An angel could not ask for a higher mission; because while he performs this work the MOTHER «IS SERVING GOD»"[5].

5.  Recently, this JOINT CUSTODY REGIME was glorified in the new Civil Code 2020 with its inclusion in Arts. 602-606, although over the years it has proven to be extremely oppressive because, among other things, it restricts the right of parents to make decisions closely related to parenting style and RELIGIOUS BELIEFS. As well as attacking the roles of men and women, lashing out with special viciousness against the preferential role of the «MOTHER». Said regimen is not only attributed to the mother, with the fury of a misogynist-feminism[6], but it was implemented by laws[7] that give content and expression to the old forms of adoration of the SUN god. Now turned into public policy, sustained by the public treasury, the legal instrument of such a violent religion is the "JOINT CUSTODY REGIME", an aspect of GENDER IDEOLOGY. This implies an implicit threat of a state regulatory intervention, which is imposed as "the first option", and which, in effect, promotes an attack against mothers

---

[3] Ramos Jonathan, Historiador, Documental; ¡ABOMINACIÓN! SACRIFICIO de NIÑOS en la antigüedad [AB0RT0]. https://www.youtube.com/watch?v=NQ_KoYHEqn4

[4] White, Helen, The Desire of Ages, Pacific Press, Avenida Doral, Miami, E.U., p. 144.

[5] White, Helen, The Adventist Home, Section 10, The Queen of the Family, Chapter 38: "Position and responsibilities of the "MOTHER", Chapter 38: "Position and responsibilities of the Mother, Inter-American Publishing Association, Doral Ave. Doral Florida, (Edition Kindle).

[6] López Badillo, Article- "*Violent femmes*", January 1, 2010, Revista Ley y Foro del Colegio de Abogados de Puerto Rico, 2010_2RLF32. A discourse that is distinguished because it arises from nothing more and nothing less than women against women (nothing to do with the Mecano song), and which I call "intra-female violence". Intra-female violence is a type of violence, passive, aggressive, psychological, emotional or moral, which manifests itself as mistreatment of a woman by another woman.

[7] Micro.juris News- The Department of Justice proposes that the penalty for mistreating a minor through CONVERSION THERAPY should not be a fixed term of five years. Instead, they are proposing that a range be established in the term of imprisonment. That is to say "from so many to so many years" *so that the Judiciary may have discretion in setting the penalty. May 13, 2021.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

that is concretized in the following words: AND I WILL TAKE YOUR CHILDREN AWAY! AND I WILL TAKE AWAY YOUR CHILDREN![8]

6. CHILDREN, in the flower of their purity and innocence, are always the most SACRIFICED on the altar that devours. Child sacrifice NEVER STOPPED[9]. We no longer throw them into the fire, but into the flames of ideological experiments like «GENDER IDEOLOGY» that fuel evil and horrify any sane mind. JOINT CUSTODY is an example of them, "being outside all logic of protection and natural and altruistic affection towards children, as well as the maintenance and continuity of a society" that protects the marriage pact. The time they spend with their children is of value to them only to the extent that they can benefit for themselves. Namely, the reduction or exemption of the maintenance obligation under the pretext of JOINT CUSTODY. "*He will think to change times and laws*" (Daniel 7:25). More here a new manifestation of "CHILD TRAFFICKING FOR FOOD PENSION" can be seen. "Given the dynamic and changing nature of "CHILD TRAFFICKING" (and its responses) [...]". This is what the ILO, UNICEF and the United Nations Global Initiative to Fight against TRAFFICKING IN PERSONS (UN.GIFT) warn in the Training Manual to combat TRAFFICKING IN CHILDREN for labor purposes of September 15, 2009 Such a definition now imposes a numerus apertus list to identify and stop the new forms of CHILD EXPLOITATION FOR TRAFFICKING, as in the present case.

## C. ORIGINAL CLAIM:

7. Failing the above, on April 27, 2018, Ms. Feliciano Rosado delivered the "Proof of Claim" in person at the Añasco, Puerto Rico (See Annexes 2018, April 27, 2018, p. ), Delivery Center of the Bianca Building, which question #6 reads as follows: Do you have a claim against any specific agency or department of the Commonwealth of Puerto Rico? To which Mrs. Feliciano Rosado answered: THE MAYAGÜEZ COURT FOR STEALING MY CHILD FROM ME SINCE DECEMBER 14, 2011. This means that from the beginning it was Ms. Feliciano Rosado's intention to bring to this class action the case of «LIBERATION OF MINOR L.A.R.F.», although, in questions 9 and 10, she highlighted as the basis of her claim the "Return of fees illegally withheld" (See question 9), for "Withholding against my will." (See question 10) (See Annexes 2018), against **The Teachers' Federation of Puerto Rico** (hereinafter Federation). Add that in question #13 it was specified that the amount owed by the **Puerto Rico Teachers Association** (hereinafter Association) was not known exactly.

8. It should be noted at this point that Ms. Feliciano-Rosado also presented the pertinent evidence on the same day that she submitted the Proof of Claim, that is, on April 27, 2018 (See Annexes, 2018). The deadline to make claims of the "creditors" of any of the "debtor" or "debtors" of the Commonwealth of Puerto Rico, under section 304(a) of PROMESA, initiating under Title

---

[8]Barea Payueta, Consuelo Dra., AND I WILL TAKE AWAY YOUR CHILDREN! the trilogy of books: (1) The Disadvantages of Joint Custody (June 30, 2012); (2) The Abuser as Ex-Husband and as Father [in the context of joint custody] (September 1, 2012); (3) Patriarchal Justice: Gender Violence and Joint Custody (1-Jan-2013).

[9]Choice42, Modern Child Sacrifice, https://www.youtube.com/watch?v=04zRK5qc9mY

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

8

III cases under PROMESA (each, a "Debtor" and collectively, the "Debtors"), <u>was dated May 29, 2018</u>. In pertinent part, we quote from the order of February 15, 2018 issued by the Federal Court with the title "NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM", and which was sent to the potential debtors, Section 1 "The Bar Dates", subsection (a) "General Bar Day", which reads as follows:

> "4:00 p.m. (Atlantic Standard Time) on May 29, 2018, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9) , and (ii) claims, asserted by governmental units (as defined in Bankruptcy Code section 101(27))"…

*The date of May 29, 2018 constitutes an essential fact in the case in question.

9.  Years passed, on October 4, 2021, she personally delivered the «VOTING BALLOT» in the center of Añasco, Puerto Rico (See Annexes 2021), documents referred to with a red puncher that reads **COPY**, 4/Oct./2021). In addition, the Movant also presented additional and voluminous evidence that inevitably goes back to the facts of the case in question, to the causes of his premature and forced retirement, since the aggressor entity that subverted the authority against the victims (the mother and her son) is the State itself, in the exercise of its judicial function.

10. Even so, those who have jurisdiction over PROMESA dismissed Ms. Feliciano-Rosado's claim on the basis that we cited *ad verbatim*: "<u>Treatment: Claim to be Disallowed.  Reason: *Proof of claim was not timely filled, as claimant filled the claim after the applicable deadline set by the Bar Date Orders. Asserted Claim Amount $0.00</u>". (See Annexes 2022, document entitled "If your Claim is Listed Here, One Or More of the Debtors Are seeking to Disallow Your Claim for the Reason Listed Below", with a copy of the envelope postmarked by the mail of 9 February 2022). It turns out that the Court had sent a card with an acknowledgment of receipt entitled: "PRIME CLERK RECEIVED YOUR PROOF OF CLAIM", dated November 5, 2021. This proof of receipt card is irrefutable proof that the evidence did reach the hands of those who have jurisdiction over PROMESA within the established period. (See Annexes 2021, of November 5, Prime Clerk Received Your Proof of Claim, Date Filed: 10/189/2021, Proof of Claim 179662).

11. The petitioner has always been prevented from setting a specific amount for the claim, because she was never informed of the exact amount owed to her by the Federation for the fees illegally withheld, counting from August 1999 to May 2007, approximately.  It should be noted that from June 2007 to December 2010, Ms. Feliciano-Rosado was studying Law under three (3) unpaid leaves of absence for studies granted by the D.E.  On the other hand, the Association also did not fulfill its promise to pay back, with accrued interest, for the fees illegally withheld after having prevailed in court against the Federation in a class action lawsuit.  Such a promise was the main reason for Ms. Feliciano-Rosado to affiliate with the Association in August 2011, and under the promise that it would free her from the yoke of compulsory membership of the Federation.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

12. In effect, the debt for the refund of fees illegally withheld against the D.E., the government entity that finally made the corresponding payments to the teachers of Puerto Rico, by virtue of the class action lawsuit in that sense, constitutes the original cause by which Ms. Feliciano-Rosado entered the PROMESA class action, 48 USC secs. 2101 et seq, as of April 27, 2018. But it is also true that from the beginning the petitioner brought the KIDNAPPING OF HER SON, perpetrated by State agents, to the attention of the that have jurisdiction over PROMESA (See "Proof of Claim, Modified Official Form 410"). Especially when the Association refused to return the money that corresponded to her as a punishment mechanism for her sudden disaffiliation, back in 2012, and just in the period in which the payments in question were made. Thus, both the Association and the D.E. ruthlessly denied Ms. Feliciano-Rosado the payments that corresponded to her. This even when the *prima facie* evidence establishes that she was affiliated with the first and was listed as an employee of the second, during the scheduling period when the collective action against the Federation was carried out (See Annexes). Therefore, the Association received from the Secretary of the Treasury the amount of the affiliation premiums by discounting the payment of the monthly check of Mrs. Feliciano Rosado.

13. In this way, the Association totally disregarded the chaotic situation that Mrs. Feliciano was facing, consisting of the "ILLEGAL SEIZURE OF HER SON" from the maternity home, in unison with his first (1st) illegal and unjust incarceration, which is nerve-wracking (from 14 as of December 23, 2011) (See Annexes). Failing the foregoing, the petitioner's request to disaffiliate the Association was not due to frivolity or disloyalty, but rather due to sudden insolvency. The mediate cause for the disaffiliation and forced retirement of Ms. Feliciano-Rosado was «THE STOLEN OF YOUR CHILD».

## D. MAIN PURPOSE OF THE OBJECTION:

14. Certainly, this case establishes a bad precedent for the "Rama Judicial de Puerto Rico". The core issue of the present controversy, which is complicated in its simplicity, since it is no longer a case but a cause of LIBERATION AND HUMAN RIGHTS, so provocative that it causes a "shock" to the conscience of the Puerto Rican People by reflecting a seriousness that violently disrupts the pillars of integrity and justice of our «MAGISTRACY», regarding the verification of the appalling cruelty that they still unjustifiably keep the minor L.A.R.F., today youth-adolescent, as hostage, FOR EXPLOITATION FOR THE PURPOSES OF INVOLUNTARY SERVITUDE DUE TO OTHERS' FOOD PENSION DEBT AGAINST HIS "MOTHER", FOR A NEW MODALITY OF TRAFFICKING IN MINORS IN THE TERRITORY OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (HEREINAFTER CHILD TRAFFICKING OR TRAFFICKING IN MINORS FOR CHILD SUPPORT), which is quite difficult to stop. This is because, among other things, the International Convention for the Protection of All Persons from Enforced Disappearances (ICPPED), and other international instruments, were not designed to deal with this type of case.

15. There is no doubt that these facts configure the elements of Article 159 INVOLUNTARY SERVITUDE OR SLAVERY, of the New Penal Code 2012, which was repealed by Senate Bill 1685 amending the Penal Code of Puerto Rico 2012, signed as Law 159-2020 of December 28, 2020 in the 7th Extraordinary Session, effective immediately. Inasmuch as the minor is

10

arbitrarily deprived of his liberty within the spirit of local laws and international conventions applicable to the crime against humanity of ABDUCTION, counted from December 14, 2011, with his eventual FORCED DISAPPEARANCE, counted from May 13, 2013 until today. *And, which, as recently as March 2017 is being financed and, in effect, perpetuated with the discounting of the alleged mother-feeder's monthly SRM retirement pensions, which is confiscatory and illegal. This means that the Administration for the Support of Minors (ASUME) is sending the money payments, with the method of direct payment of alimony, allegedly in favor of the minor L.A.R.F., to an "UNKNOWN PARADERO" outside the E.L.A. and its territories (2017-2022), with the concomitant concealment of the whereabouts of the latter, thus subtracting her from the law and following a pattern of organized crime , *Pueblo v. Meliá*, 143 DPR 708 (1997), with Judge Mariluz Cruz Morales of the Humacao Court.

16. The crucial objective of this MOTION is to GIVE VOICE, as a CRY FOR HELP!, to the young-adolescent▓▓▓▓ who, under the particular circumstances of this case, is still a victim of the atrocious crimes of KIDNAPPING AND ENFORCED DISAPPEARANCE ( 2011-2022) NOT recognized by the State, which a priori denies it justice. Especially when which is being perpetrated and perpetuated by the criminal group of the Mayagüez Court and the brother Court of Humacao, in ruthless confederation with the Administration for the Support of Minors (ASUME for its acronym in Spanish), which we call «ᴹᴬꜰᴵᴬ». Reason why this mother-complainant, without being a human rights activist, who was taken out of her career by **RIPPING HER SON** away from her, and with it her lifestyle and her joy of life, raises her voice against «**JUDICIAL CORRUPTION**».

17. And she appear before the 1st Circuit of Boston to BEGGING as a MOTHER, *the new bad word of GENDER IDEOLOGY that is a challenge to the THRONE OF GOD, and a blatant violation of the RIGHT TO BE «M A D R E», *"a fundamental right and of higher constitutional hierarchy than the right of property"*, *Stanley v. Illinois*, 405 U.S. 645 (1972). Indeed, the right to be «MOTHER», from which the right to affective property over children unfolds, the most sacred ties to the human heart, must be elevated to constitutional status to protect other MOTHERS AND CHILDREN in the same situation. This is due to the restrictive and exclusive interpretation of motherhood and child rearing, which establishes a new type of «CHILD TRAFFICKING» prosecuted as a Law, and impermissible discrimination against women on the basis of sex, thus denying them equal protection of laws, *People v. Rivera*, 133 DPR 444 (1993), *Wackenhut v. Rodriguez*, 100 DPR 518 (1972); *Zachry International v. Court*, 104 DPR 267 (1975); *Women's Commission v. Secretary*, 109 DPR 715 (1980); *Milan vs. Munoz*, 110 DPR 610 (1981). *People v. Rivera*, 133 DPR 444 (1993), *Wackenhut v. Rodriguez*, 100 DPR 518 (1972); *Zachry International v. Court*, 104 DPR 267 (1975); *Women's Commission v. Secretary*, 109 DPR 715 (1980); *Milan vs. Munoz*, 110 DPR 610 (1981).

18. Causes restlessness and terror, that Puerto Rican women no longer have the preferential role in parenting. It is an authentic fact that in the Family Rooms, for adopting the Gender Ideology as a public policy, emboldened in their heretical and frantic dogmatism with the «JUDICIAL CORRUPTION» that already exists, and in their daily life, of a routine that is chilling "normality", THEY TAKE CHILDREN FROM THEIR JUST MOTHERS with "the ease that eggs are taken from the hen" (George Orwell (1949), or they separate her from them, or the

11

breadth of her influence and indispensability is counteracted with infernal audacity Worse still, the MOTHER is sent to jail allegedly for the food obligation, when the provider, by law of nature, IS THE MAN, NOT THE WOMAN! Despite the alarming cases of CHILDREN WHO ARE TAKEN FROM THEIR MOTHERS by the macabre experiment of GENDER IDEOLOGY, there is no obvious sense of urgency surrounding these tragedies. Embarrassingly, the State continues to imprison more women, allegedly for CHILD-SUPPORT debt, in an institutional "FEMINICIDE"[10], which It is one of the biggest mistakes in the country. It has been shown that "incarceration is more detrimental to women than to men because of the harm children suffer when their [...] mothers are sent to prison".

19. In Puerto Rico, they no longer allow us to be mothers. The mother is the one who raises her children. No argument is needed to establish this TRUTH; because we feel it in our own heart and in the CONSCIOUSNESS. It was that feeling of maternal conscience that led Janet Viera Grau to unease and anxiety on January 17, 2021[11], the mother from Vega Baja who committed suicide for reasons of the removal of her two (2) children for discrimination due to disability due to deafness and old lady She found no relief; she could not be content with such a fundamentally unfair court decision. It is "Rachel who mourned for her children, and she would not be comforted about her children [...]" (Jer. 31:15).

20. To add insult to injury, the « JOINT CUSTODY REGIME» was glorified in the new Civil Code 2020 with its inclusion in Arts. 602-606, although over the years it has proven to be extremely oppressive because, among other things, it restricts the right of parents to make decisions closely related to parenting style and RELIGIOUS BELIEFS. As well as attacking the roles of men and women, lashing out with special viciousness against the preferential role of the «MOTHER». Said regimen is not only attributed to the mother, with the fury of a misogynist-feminism[12], but it was implemented by laws[13] that give content and expression to

---

[10]Russell Diana, initial promoter of the "FEMINICIDE" concept, explained that "femicide represents the extreme of a continuum of anti-feminine terror that includes a wide variety of verbal and physical abuses, such as rape, TORTURE, sexual slavery (particularly by prostitution), incestuous or extra-familial child sexual abuse, physical and emotional beatings, among others." Several countries have included it as a crime in their criminal legislation, with variations in the criminal type. The word was included in the Dictionary of the Spanish language in 2014. Wikipedia.

[11]Endi.com, El Nuevo Día, Noticia: "El silencioso infierno de Janet Viera, una madre sorda que se quitó la vida en Vega Alta", Su tragedia subraya los obstáculos que enfrenta la comunidad sorda en la isla, 22 de enero de 2021. ttps://www.elnuevodia.com/noticias/locales/notas/el-silencioso-infierno-de-janet-viera-una-madre-sorda-que-se-quito-la-vida-cn-vega-alta/

[12]López Badillo, Article- "*Violent femmes*", January 1, 2010, Revista Ley y Foro del Colegio de Abogados de Puerto Rico, 2010_2RLF32. A discourse that is distinguished because it arises from nothing more and nothing less than women against women (nothing to do with the Mecano song), and which I call "intra-female violence". Intra-female violence is a type of violence, passive, aggressive, psychological, emotional or moral, which manifests itself as mistreatment of a woman by another woman.

[13]Micro.juris News- The Department of Justice proposes that the penalty for mistreating a minor through CONVERSION THERAPY should not be a fixed term of five years. Instead, they are

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

the old forms of adoration of the SUN god. Now turned into public policy, sustained by the public treasury, the legal instrument of such a violent religion is the "JOINT CUSTODY REGIME", an aspect of GENDER IDEOLOGY. This implies an implicit threat of a state regulatory intervention, which is imposed as "the first option", and which, in effect, promotes an attack against mothers that is concretized in the following words: AND I WILL TAKE YOUR CHILDREN AWAY! AND I WILL TAKE AWAY YOUR CHILDREN![14]

21. Children are the «CURRENCY OF TIME» of profane trafficking, consisting, among other reasons, in calculating for the benefit of child-support-evaders THE TIME THEY SPEND with their children, which gives the JOINT CUSTODY a combative spirit. Shared, daughter of GENDER IDEOLOGY. Thus, creating a new modality of «HUMAN TRAFFIC FOR THE CHILD SUPPORT» that fuels «JUDICIAL TERRORISM» AND «JUDICIAL CORRUPTION» against mothers and their children. The children are the «CONSUME SALES» required by the PROMESA law as a sine qua non-requirement to frame and articulate our case within the objectives of said law. In this case, it turned out that, as a phenomenon *in situ* (as an on-site phenomenon), said crime against humanity ended up being covered by the illegal confiscation of the pension of a public employee, Ms. Feliciano Rosado, who was forced to retire prematurely under the Teachers Retirement System of Puerto Rico (S.R.M. for its acronym in Spanish), precisely because of the devastation caused in his life by the «TAKING OF THE MINOR HOSTAGE», as punishment for having denounced a judge after inventing a sentence that does not exist in law to force the preferred result. However, the KIDNAPPING AND FORCED DISAPPEARANCE OF A CHILD, perpetrated by corrupt judges and court officials of the "Rama Judicial de Puerto Rico", who protect each other, does not meet the outlined standards that conform to the current typology. The truth is that the State does not recognize the crimes committed against the minor, which *a priori* denies him justice. A nightmare that never ends!

22. LET, WE BESEECH THEE, OUR SUPPLICATION BE ACCEPTED before the **UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**, so that PROMESA may become a threshold of hope for the victims of the rampant JUDICIAL CORRUPTION that exists in Puerto Rico. Add to the above that 2 Peter 3:13 says: *"Nevertheless we, according to his PROMISE, look for new heavens and a new earth, wherein dwelleth righteousness"*.

Respectfully submitted,

*Maira J. Feliciano Rosado*

Maira Ivet Feliciano Rosado
#154 Elena Segarra Street
El Maní Sector

proposing that a range be established in the term of imprisonment. That is to say "from so many to so many years" *so that the Judiciary may have discretion in setting the penalty. May 13, 2021.
[14]Barea Payueta, Consuelo Dra., AND I WILL TAKE AWAY YOUR CHILDREN! the trilogy of books: (1) The Disadvantages of Joint Custody (June 30, 2012); (2) The Abuser as Ex-Husband and as Father [in the context of joint custody] (September 1, 2012); (3) Patriarchal Justice: Gender Violence and Joint Custody (1-Jan-2013).

13

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Mayagüez, P.R. 00682
mfeducderec@yahoo.com
(939) 865-3987
(939) 257-4573
(787) 242-1302
(786) 371-6770
(787) 242-1063

Date of delivery:     May 23, 2022,
                      In (Puerto Rico)

Copy to those with jurisdiction over PROMESA:

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (*United States District Court*), Sala 150 Edificio Federal (Federal Building),
San Juan (Puerto Rico) 00918-1767

Abogados de la Junta de Supervisión (Counsel for the Oversight Board) Proskauer Rose LLP, Eleven Time Square Nueva York, Nueva York 10036-8299.
Attn.   Martin J. Bienenstock
        Brian S. Rosen

Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*) Paul Hastings LLP, 200 Park Avenue Nueva York, Nueva York 10166.
Attn:   Lue A. Despins
        James Bliss
        James Worthington
        G. Alexander Bongartz

14

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## TABLE OF CONTENTS

### I. MOTION IN FULFILLMENT OF ORDER AND
### SHOW CAUSE FOR NON-DISMISSION

A. SHOW CAUSE FOR NOT DISMISSAL ........................................2

B. FRAMING THE CASE IN PROMISE .........................................4

C. ORIGINAL CLAIM: ....................................................8

D. MAIN PURPOSE OF THE OBJECTION: .....................................10

### II. ANNEXES

Transcript Report (May 16, 2022). .......................................... 1

Prime Clerk Received Your PROOF OF CLAIM with postmarked by the United States Post
Office, dated November 5, 2021. ........................................... 2

Copy of pages 1 and 6 of the "Notice of Agenda of Matters Scheduled For The Hearing on February
16-17, 2022 At 9:30 A.M. AST". ......................................... 3, 4

Copy of pages 1 and 6 of the "Notice of Agenda of Matters Scheduled For The Hearing on February
16-17, 2022 At 9:30 A.M. AST". ......................................... 5, 6

Order dated March 24, 2022, Order Concerning Application Filed by Maira I. Feliciano Rosado,
March 24, 2022. ......................................................... 7-9

The Motion is denied without prejudice to renewal in English dated May 5, 2011, without dateline
y postmarked by the United States Post Office, dated May 5, 2022. ........................10

Orders (2) of 1st Circuit Court with dateline dated May 11, 2022 with postmarked by the United
States Post Office, dated May 11, 2022. .................................13-20

Objection to the Notice of Intention to Refer Cases Excluded From Enforcing Some Compliance
Merchanisms, Case Number 0516701. ................................21-21(d)

Proof of Claim, Modified Official Form 410 ...............................22-25

i

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE FOUR HUNDRED
THIRTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH
OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE
(ECF NO. 20490), dated May 19, 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-30

ORDER  GRANTING  FOUR  HUNDRED  THIRTY-FIFTH  OMNIBUS  OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR
WHICH THE COMMONWEALTH IS NOT LIABLE, dated May 19, 2022, (by Email). . . .31-35

Table- Four Hundred Thirty-Fifth Omnibus Objection Exhibit A - Claims to Be Disallowed . . . 35

Tax Year 2021, Form 480.7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

March 2022 Check Stub-abril 2022. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .37

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR T_

District Court Case No. _17-BK-3283-LTS_        District of Puerto Rico  ▾

Date Notice of Appeal filed _March 14, 2022_        Court of Appeals Case No. _22-1193_

Form filed on behalf of _Maira Ivet Feliciano Rosado_

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ✔

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____ N/A

### TRANSCRIPT ORDER

Name of Court Reporter _____ N/A

Phone Number of Reporter _____ N/A

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | N/A |
| ☐ Opening Statement (plaintiff) | N/A |
| ☐ Opening Statement (defendant) | N/A |
| ☐ Trial | N/A |
| ☐ Closing Argument (plaintiff) | N/A |
| ☐ Closing Argument (defendant) | N/A |
| ☐ Findings of Fact/Conclusions of Law | N/A |
| ☐ Jury Instructions | N/A |
| ☐ Change of Plea | N/A |
| ☐ Sentencing | N/A |
| ☐ Bail hearing | N/A |
| ☐ Pretrial proceedings (specify) _____ | N/A |
| ☐ Testimony (specify ) _____ | N/A |
| ☒ Other (specify) _____ PROMESA | _____ |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _Maira I. Feliciano Rosado_        Filer's Signature _Maira I. Feliciano Rosado_

Firm/Address _Calle Elena Segarra 8134 El Mani, Mayagüez, PR 00682-9123_        Filer's Email address _mfeduoderec@yahoo.com_

Telephone number _(939) 865-3987_        Date mailed to court reporter _May 16, 2022_

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)        SEE INSTRUCTIONS ON REVERSE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

$ 000.53

## Prime Clerk
Grand Central Station PO Box 4850
New York, NY 10163-4850

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR
### PROOF OF CLAIM.

Date Filed: 10/18/2021
Proof of Claim No.: 179662

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

Maria Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Mani
Mayaguez, PR 00682

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SRF 59775

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR THE HEARING ON FEBRUARY 16-17, 2022 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, February 16, 2022,** from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) and **Thursday, February 17, 2022,** from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | The Hearing will be conducted virtually via videoconferencing and telephonic platforms. |
| | **Participation by Individuals Who Have Been Notified to Attend:** Claimants who have been notified that their claims are the subject of the Hearing may participate by going to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918- |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Responses:
   A. Response to Three Hundred Sixty-Second Omnibus Objection to Claims, filed by
      Maira Feliciano Rosado (Claim No. 10547) [Case No. 17-3283, ECF No. 18290]
      (Response Form submitted, claimant will attend)

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
      Transportation Authority, and the Employees Retirement System of the
      Government of the Commonwealth of Puerto Rico to Response Filed by Claimant
      Maira Feliciano Rosado [ECF No. 18290] to the Three Hundred Sixty-Second
      Omnibus Objection (Substantive) to Misclassified Claims [Case No. 17-3283,
      ECF No. 19984]

Related Documents:
   A. Motion requesting extension of time to file a response, filed by Maira Feliciano
      Rosado [Case No. 17-3283, ECF No. 18289]

   B. Motion in objection and to be heard at the December 2021 hearing, filed by Maira
      Feliciano Rosado [Case No. 17-3283, ECF No. 19270]

   C. Order finding as moot motion requesting extension of time and motion in objection
      and to be heard at the December 2021 hearing [Case No. 17-3283, ECF No.
      19382]

   D. Motion Submitting Certified Translations in Connection with Docketed Claim
      Objection Responses To Be Heard at the February 16-17, 2022 Adjourned
      Objection Hearing [Case No. 17-3283, ECF No. 19998–1]

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and Brian Rosen, 3 minutes
   B. Objecting Parties: Maira Feliciano Rosado, *pro se*, 10 minutes
   C. Debtors: Laura Stafford and Brian Rosen, 2 minutes

5. **Three Hundred Thirty-Seventh Omnibus Objection to Claims.** Three Hundred Thirty-
   Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of
   the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted
   Against the Incorrect Debtor [Case No. 17-3283, ECF No. 17081]

   Objection Deadline: July 19, 2021 at 4:00 p.m. (Atlantic Standard Time)

   **Three Hundred Sixty-Second Omnibus Objection to Claims.** Three Hundred Sixty-
   Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto
   Rico Highways and Transportation Authority, and the Employees Retirement System of

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreaa I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Feliciano Rosado, Maria Ivet | 179662 | 10/18/2021 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Feliciano Rosado, Maria Ivet | 179662 | 10/18/2021 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no se presentó a tiempo, ya que el Reclamante presentó el reclamo después de la fecha límite aplicable establecida en las Órdenes de Fecha Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at
https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for
U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard
Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de
manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC
llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el
extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

5

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Received – March 26, 2022

## U.S. Bankruptcy Court

### District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from Ramirez, Marian entered on 3/24/2022 at 2:17 PM AST and filed on 3/24/2022

| | |
|---|---|
| **Case Name:** | COMMONWEALTH OF PUERTO RICO and Puerto Rico Public Buildings Authority (PBA) |
| **Case Number:** | 17-03283-LTS9 |
| **Document Number:** | 20437 |

**Docket Text:**
ORDER CONCERNING [20359] APPLICATION FILED BY MAIRA I. FELICIANO ROSADO re: [20358] Notice of Appeal. Signed by Judge Laura Taylor Swain on 3/24/2022. (mr) s/c sent to Feliciano Rosado.

7

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et<br>al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING APPLICATION FILED BY MAIRA I. FELICIANO ROSADO

The Court has received and reviewed the *Application to Proceed in District Court Without Prepaying Fees or Costs* (Docket Entry No. 20359 in Case No. 17-3283, the "Motion"), filed by Maira I. Feliciano Rosado, which the Court deems to be a motion for permission to proceed in forma pauperis with respect to Ms. Feliciano Rosado's appeal of the Court's ruling reclassifying proof of claim no. 10547 (the "Proof of Claim") as a general unsecured claim. (*See* Docket Entry No. 20358 in Case No. 17-3283, the "Notice of Appeal").

Ms. Feliciano Rosado's Proof of Claim form asserts that her claim is entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9) and is secured in whole or in part by a lien on property. At the February 16, 2022, hearing concerning the Debtors' objections to certain proofs of claim, the Court made the following ruling concerning the proof of claim filed by Ms. Feliciano Rosado:

I have reviewed the written submissions, and listened very carefully to everything that has been said today. I am terribly sorry to hear

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Maira I. Feliciano Rosado
Calle Elena Segarra #154, El Mani
Mayaguez, PR 00682-3987

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

5/5/22, 8:48 AM          CM/ECF - U.S. Bankruptcy Court:prb    **May 01, 2022**

## U.S. Bankruptcy Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from Ramirez, Marian entered on 5/5/2022 at 8:46 AM AST and filed on 5/5/2022

| | |
|---|---|
| **Case Name:** | COMMONWEALTH OF PUERTO RICO and Puerto Rico Public Buildings Authority (PBA) |
| **Case Number:** | 17-03283-LTS9 |
| **Document Number:** | 20677 |

**Docket Text:**

ORDER CONCERNING [20664] MOTION FILED BY MAIRA I. FELICIANO ROSADO. The Motion is denied without prejudice to renewal in English. Signed by Judge Laura Taylor Swain on 5/5/2022. (mr) s/c sent to Feliciano Rosado.

*10*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Received: May 07, 2022

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

--------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING MOTION FILED BY
MAIRA I. FELICIANO ROSADO (DOCKET ENTRY NO. 20664)

    The Court has received and reviewed the motion dated May 2, 2022 (Docket
Entry No. 20664 in Case No. 17-3283) (the "Motion"), filed entirely in the Spanish language by
Maira I. Felicisno Rosado (the "Movant"), which appears to request that the Court reconsider the
oral ruling issued at the February 16, 2022, claims objection hearing concerning Proof of Claim
No. 10547, filed by Movant.

    The Motion is written in the Spanish language, and no English language
translation was provided. The United States Code provides that all proceedings in the United
States District Court for the District of Puerto Rico must be conducted in English. See 48 U.S.C.
§ 864. See also L.Cv.R. 5(c) ("All documents not in the English language which are presented

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



May 07, 2022

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
SAN JUAN PR 00918-1767

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAN JUAN PR  009

5 MAY 2022  PM 2  L

Maira I. Feliciano Rosado
Calle Elena Segarra #154
Sector El Mani
Mayaguez, PR 00682

00682-612354

Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

# United States Court of Appeals
## For the First Circuit

No. 22-1193

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY.

Debtors,

MAIRA I. FELICIANO ROSADO,

Claimant - Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY.

Debtors - Appellees.

## ORDER OF COURT

13

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Entered: May 11, 2022
Pursuant to 1st Cir. R. 27.0(d)

Claimant-Appellant Maira I. Feliciano Rosado filed a notice of appeal (No. 20358) in Title III case No. 3:17-bk-03283-LTS (D.P.R.) challenging the Title III court's February 16, 2022 hearing decision to reclassify claim No. 10547 as a general unsecured claim (Nos. 20164, 20167), as well as appears to challenge the Financial Oversight and Management Board for Puerto Rico's 414th omnibus objection (No. 20040) listing claim No. 179662 as an untimely claim. Upon review of the record, it appears that this court may not have jurisdiction to consider this appeal as the February 16, 2022 hearing decision to reclassify claim No. 10547 as a general unsecured claim may not be a final, immediately appealable decision. _See_ 48 U.S.C. § 2166(e); In re Perry, 391 F.3d 282, 285 (1st Cir. 2004) (stating that an order must finally dispose of all the issues pertaining to the discrete dispute); _see also_ Giles World Marketing, Inc. v. Boekamp Mfg., Inc., 787 F.2d 746, 748 (1st Cir. 1986) (holding that a decision allowing the filing of a proof of claim does not conclusively determine the discrete dispute as it neither allowed the claim nor determined the amount owed). Further, it appears the 414th omnibus objection remains pending as to claim No. 179662. 48 U.S.C. § 2166(e) (permitting appeals from decisions, orders, and judgments entered by the district court).

The appellant is ordered to move for voluntary dismissal of the appeal pursuant to Fed. R. App. P. 42(b), or to show cause, in writing, why this appeal should not be dismissed for lack of jurisdiction. The failure to take action by May 25, 2022, will lead to dismissal of the appeal for lack of diligent prosecution. 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc: Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, Ricardo Burgos-Vargas, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Laura E. Stafford, Michael Luskin, Stephan E. Hornung, Chad Golder, Julia D. Alonzo, Michael A. Firestein, Paul V. Possinger, Lary Alan Rappaport, Steven O. Weise, Ginger D. Anders, William D. Dalsen, Adele M. El-Khouri, Jeffrey W. Levitan, Kevin J. Perra, Jennifer L. Roche, Brian S. Rosen, Rachel G. Miller Ziegler, Guy Brenner, Gabriel A Miranda-Rivera, Juan Carlos Ramirez-Ortiz, Luis Francisco Del-Valle-Emmanuelli, Chantel L. Febus, Maja Zerjal, Raul Castellanos-Malave, Ralph C. Ferrara, Ann M. Ashton, Arturo Diaz-Angueira, Joseph P. Davis III, Katiuska Bolanos-Lugo, Maria Jennifer DiConza, Mariana Muniz-Lara, Nelson Robles Diaz, Monsita Lecaroz-Arribas, Fernando Agrait, Sergio A. Ramirez-de-Arellano, Cynthia Torres, Maira Ivet Feliciano Rosado, Aurivette Deliz-Delgado

14

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

22-1193

Maira Ivet Feliciano Rosado
Calle Elena Segarra #154, El Mani
Mayaguez, PR 00682-6123

15

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Received – May 14, 2022



OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

US POSTAGE

ZIP 02210
02 4N
0000354 155 MAY 11 2022

$000.73

0068286123

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# United States Court of Appeals
## For the First Circuit

No. 22-1193

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

MAIRA I. FELICIANO ROSADO,

Claimant - Appellant,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors - Appellees.

## ORDER OF COURT

Entered: May 11, 2022

17

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Pursuant to 1st Cir. R. 27.0(d)

In an order entered on March 24, 2022, in No. 3:17-bk-03283-LTS (D.P.R.), the district court certified pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A) that this appeal is not taken in good faith. If claimant-appellant Maira I. Feliciano Rosado seeks to challenge the district court's certification, she must file a motion pursuant to Fed. R. App. P. 24(a)(5) on or before **June 10, 2022.**

Accordingly, on or before **June 10, 2022,** appellant must either pay the $505 filing fee to the district court or file a motion in this court pursuant to Fed. R. App. P. 24(a)(5). Failure to take either action will lead to dismissal of the appeal for lack of prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc: Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, Ricardo Burgos-Vargas, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Laura E. Stafford, Michael Luskin, Stephan E. Hornung, Chad Golder, Julia D. Alonzo, Michael A. Firestein, Paul V. Possinger, Lary Alan Rappaport, Steven O. Weise, Ginger D. Anders, William D. Dalsen, Adele M. El-Khouri, Jeffrey W. Levitan, Kevin J. Perra, Jennifer L. Roche, Brian S. Rosen, Rachel G. Miller Ziegler, Guy Brenner, Gabriel A Miranda-Rivera, Juan Carlos Ramirez-Ortiz, Luis Francisco Del-Valle-Emmanuelli, Chantel L. Febus, Maja Zerjal, Raul Castellanos-Malave, Ralph C. Ferrara, Ann M. Ashton, Arturo Diaz-Angueira, Joseph P. Davis III, Katiuska Bolanos-Lugo, Maria Jennifer DiConza, Mariana Muniz-Lara, Nelson Robles Diaz, Monsita Lecaroz-Arribas, Fernando Agrait, Sergio A. Ramirez-de-Arellano, Cynthia Torres, Maira Ivet Feliciano Rosado, Aurivette Deliz-Delgado

18

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

22-1193

Maira Ivet Feliciano Rosado
Calle Elena Segarra #154, El Mani
Mayaguez, PR 00682-6123

19

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Received – May 14, 2022



OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

**Government of Puerto Rico**
**Department of the Family**
**ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT**
**Region of HUMACAO**

**Case No.:      0516701**

**Intergovernmental Case No.:**

**FELICIANO ROSADO MAIRA (45)**

### OBJECTION TO THE NOTICE OF INTENT TO REFER EXCLUDED CASES FOR ENFORCEMENT OF CERTAIN COMPLIANCE REMEDIES

To the Administrator:

**_Maira I. Feliciano_**, non-custodial parent in the above-captioned case, whose social security number is **_xxx-xx-4877_**, appears and EXPRESSES, ALLEGES AND REQUESTS as follows:

ONE: On **_April 13th, 2022_**, I received a letter of "Notice of intent to refer excluded cases for enforcement of certain compliance remedies".

TWO: The notice advised that, in my case, the time to evaluate and deal with the matters in dispute set forth in the case had expired and that, therefore, my name and personal information are to be referred so that some of the mechanisms for the enforcement of child support payments can be carried out.

THREE:        I herewith object to the above, for the following reason:

[**_X_**] There is an error of fact    **_My son is under cruel Forced Disappearance (2013-2022)_**
[**_X_**] The debt or the amount owed to the Child Support Administration is in dispute
[**_X_**] The debt or the amount owed to the General Court of Justice is in dispute
[  ] I am not the person who owes child support
[  ] I have filed for federal bankruptcy protection
[  ] I am participating in the IMPULSO project

In **_Mayagüez_**, Puerto Rico, this **_13th_** day of **_April_** of **_2022_**

**_Maira I. Feliciano Rosado_**

Name (printed)

**_Calle Elena Segarra # 154 El Maní_**
**_Mayagüez, PR 00682-6123_**

Mailing address

[signature]_____

Signature

**_(787) 242-1302_**

Telephone

[photograph]    FREE LEONARDO NOW
FREE LEO!    FROM THE ALIEN MONSTER of
JUDICIAL CORRUPTION keeping him
under FORCED DISAPPEARANCE

[handwritten:] **_Return my son to me! Where in the United States are you sending the child support money for him?_**

Rev. 07/21
(SM1501)
**21**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Gobierno de Puerto Rico
Government of Puerto Rico
**Departamento de la Familia**
Department of the Family
**ADMINISTRACIÓN PARA EL SUSTENTO DE MENORES**
ADMINISTRATION FOR CHILD SUPPORT ENFORCEMENT
**Región de HUMACAO**
Region of  HUMACAO

Case Number:  0516701

Other State
Case Number

FELICIANO ROSADO MAIRA   (45)
BO MANI
154 CALLE ELENA SEGARRA
MAYAGUEZ PR 00680

## NOTICE OF INTENTION TO REFER CASES EXCLUDED FROM ENFORCING SOME COMPLIANCE MECHANISMS

The purpose of this notice is to inform you that the Administration for Child Support Enforcement (ASUME, as known by its Spanish acronym) is in the process of updating its files and the Electronic Database Case Registry. Since the term for evaluating and addressing any controversies in your case has expired, your name and personal information will be referred to the different private institutions and government agencies so that enforcement of some mechanisms to assure child support compliance will take effect. The debt in your account amounts to $   17,477.11

If you are adversely affected by this procedure, you should fill in and file the attached Objection Form and send it to the ASUME local office indicated at the bottom of this letter. In the Objection Form you should state the reason why we should not refer your name and personal information.

You are warned that if no objection is received within thirty days from this notice, we will automatically refer your information to the appropriate institutions.

In San Juan, Puerto Rico. Today  APRIL 04, 2022

Terilyn Sastre Fuente, Esq.
Administrator

REGION HUMACAO, PO BOX 577
HUMACAO PR 80792   (787)285-1535

Rev. 07/21
(SM1501)

8
21 C

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*27 de abril de 2018*
*April 27, 2018*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor [DebtorName] has listed your claim in their Creditor List in Schedule [CreditorList] as a [CUO] claim in an $[ScheduleAmount] amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor [DebtorName] ha listado su reclamación en la lista de acreedores en el Schedule [CreditorList] como un reclamo [CUO] por un monto de $ [ScheduleAmount]. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Maira I. Feliciano Rosado*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                Proof of Claim                page 1        **22**

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☐ No / No
☐ Yes. From whom? ___ **_Class Action Suit_** ___ - 159 D.P.R 49 (2003)
Sí. ¿De quién? ___

**_Teachers' Association v. Labor Relations Commission_**

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Maira I. Feliciano Rosado
Name / Nombre

Name / Nombre

Calle Elena Segarra #154 Sector El Mani
Number / Números   Street / Calle

Number / Número   Street / Calle

Mayagüez P.R. 00682
City / Ciudad   State / Estado   ZIP Code / Código postal

City / Ciudad   State / Estado   ZIP Code / Código postal

(787) 242 -1302
Contact phone / Teléfono de contacto

(787) 242 - 1063
Contact phone / Teléfono de contacto

mPeducderec@yahoo.com
Contact email / Correo electrónico de contacto

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) ___
Filed on / Presentada el ___ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☑ Yes. Who made the earlier filing? ___ **_Ms. Aracelis Rivera_**
Sí. ¿Quién hizo la reclamación anterior? ___

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

**_Court of Mayagüez for stealing my son since December 14, 2011._**

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: ___

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017. $ ___

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| 8. How much is the claim? <br> ¿Cuál es el importe de la reclamación? | $ _____ <br><br> **_(I don't know)_** | Does this amount include interest or other charges? <br> ¿Este importe incluye intereses u otros cargos? <br> ☐ No / No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). <br> Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim? <br> ¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. <br><br> Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. <br><br> **_Reimbursement of illegally withheld amounts._** | |
| 10. Is all or part of the claim secured? <br> ¿La reclamación está garantizada de manera total o parcial? | ☐ No./ No <br> ☑ Yes. The claim is secured by a lien on property. <br> Sí. La reclamación está garantizada por un derecho de retención sobre un bien. <br><br> Nature of property / Naturaleza del bien: <br> ☐ Motor vehicle / Vehículos <br><br> ☑ Other. Describe:    **_Withholding against my will_** <br> Otro. Describir: <br><br> Basis for perfection / Fundamento de la realización de pasos adicionales: <br> **_I never signed any membership with the P.R. Teachers' Association_** <br><br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br> Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención. <br><br> Value of property / Valor del bien:    $ _____ <br><br> Amount of the claim that is secured / <br> Importe de la reclamación que está garantizado: $ _____ <br><br> Amount of the claim that is unsecured / <br> Importe de la reclamación que no está garantizado: $ _____ <br> (The sum of the secured and unsecured amounts should match the amount in line 7.) <br> (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.) <br><br> Amount necessary to cure any default as of the Petition Date / <br> Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____ <br><br> Annual Interest Rate (on the Petition Date) <br> Tasa de interés anual (cuando se presentó el caso) ____ % <br> ☐ Fixed / Fija <br> ☐ Variable / Variable | |
| 11. Is this claim based on a lease? <br> ¿Esta reclamación está basada en un arrendamiento? | ☑ No / No <br> ☐ Yes. Amount necessary to cure any default as of the Petition Date. <br> Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ | |

Modified Official Form 410        Proof of Claim       ···· ··    24

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _retenidas ile_

_que e_

**Refusal to reimburse illegally withheld amounts, alleging that my tenure was effective after August 07, 2001**

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

$ _____

*(I don't know the amount I am owed)*

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

**Part 3 / Parte 3:**  Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

1 persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el 04 / 27 / 2018 (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Maira L. Feliciano Rosado_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Maira Ivet Feliciano Rosado_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _Retiree of the Department of Education_

Company / Compañía _P.R. Teachers' Association_

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Calle Elena Segarra #154 Bo. Mani_
Number / Número   Street / Calle

_Mayagüez, P.R._   _00682_
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-242-1902 Email / Correo electrónico Mfeducatere@yahoo.com

Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS Doc#:20902 Filed:05/19/22 Entered:05/19/22 17:07:11 Desc: Main
Document Page 1 of 4

**Presentment Date**: May 27, 2022
**Objection Deadline**: May 26, 2022 at 4:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to the Commonwealth.** |
| Debtors.[1] | |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER GRANTING THE FOUR HUNDRED THIRTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE (ECF NO. 20490)

**PLEASE TAKE NOTICE** that, on May 19, 2022, the Commonwealth of Puerto Rico (the

"Commonwealth" or the "Debtor"), by and through the Financial Oversight and Management

Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the

Commonwealth pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

26

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Economic Stability Act ("PROMESA"),[2] hereby submits a *Notice of Presentment of Proposed Order Granting the Four Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which The Commonwealth Is Not Liable* (the "Notice").

PLEASE TAKE FURTHER NOTICE that, on April 1, 2022, the Commonwealth, by and through the Oversight Board, filed the *Four Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which The Commonwealth Is Not Liable* [ECF No. 20490] (the "Four Hundred Thirty-Fifth Omnibus Objection").

PLEASE TAKE FURTHER NOTICE that the Four Hundred Thirty-Fifth Omnibus Objection was scheduled for hearing on May 18, 2022.

PLEASE TAKE FURTHER NOTICE that any party against whom the Four Hundred Thirty-Fifth Omnibus Objection was served, or any other party to the Debtors' Title III cases who objected to the relief sought therein, was required to file and serve a response to the Four Hundred Thirty-Fifth Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by 4:00 p.m. (Atlantic Time) on May 2, 2022 (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that, as set forth in Exhibit C to the Four Hundred Thirty-Fifth Omnibus Objection, if no response was filed by the Response Deadline, the Four Hundred Thirty-Fifth Omnibus Objection "will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise." Ex. C to Four Hundred Thirty-Fifth Omnibus Objection, ECF No. 20490-4, at 3.

---

[2]    PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

2

27

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**PLEASE TAKE FURTHER NOTICE** that, according to this Court's *Sixteenth Amended Case Management Procedures* [ECF No. 20190-1]) (the "Case Management Procedures"), the Court may enter an order granting a request for relief without a hearing upon receipt of a certificate of no objection ("CNO", as defined by the Case Management Procedures). *See* Case Management Procedures, Section III, paragraph P.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Case Management Procedures, the undersigned hereby certifies that this Notice is filed not less than forty-eight (48) hours after the expiration of the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby certifies that counsel for the Oversight Board has reviewed, not less than forty-eight (48) hours after expiration of the Response Deadline, (*i*) the docket in the above-captioned case, (*ii*) mailings received by Kroll Restructuring Associates, LLC ("Kroll"), (*iii*) mailings received by the Oversight Board, and (*iv*) mailings received by counsel for the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "UCC") and forwarded to counsel for the Oversight Board (collectively, the "Responses") and, to the best of the undersigned's knowledge, no applicable objection, responsive pleading, or request for a hearing with respect to the Four Hundred Thirty-Fifth Omnibus Objection has been submitted.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit A** is a proposed order (the "Proposed Order") granting the relief requested in the Four Hundred Thirty-Fifth Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph III.H of the Case Management Procedures, "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections

3

28

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

thereto must be filed and served at least one (1) calendar day before the presentment date," and

accordingly, unless a written objection to the Proposed Order is filed with the Court **by 4:00 p.m.**

**(Atlantic Time) on May 19, 2022**, the relief requested in the Four Hundred Thirty-Fifth Omnibus

Objection shall be deemed unopposed, and the Proposed Order may be entered without a further

hearing.

      **PLEASE TAKE FURTHER NOTICE** that, copies of all documents filed in these Title

III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by

calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject

to the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 19, 2022<br>    San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Ricardo Burgos Vargas*<br>Ricardo Burgos Vargas<br>USDC No. 218210<br>**A&S LEGAL STUDIO, PSC**<br>434 Ave. Hostos<br>Tel: (787) 751-6764<br>Fax: (787) 763-8260<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial*<br>*Oversight and Management Board for*<br>*Puerto Rico, as representative of the*<br>*Commonwealth of Puerto Rico* |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Exhibit A

Proposed Order

Certified to be a correct and true translation from the source text in Spanish to the target language English.
18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to the Commonwealth.** |
| Debtors.[1] | |

### ORDER GRANTING FOUR HUNDRED THIRTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH IS NOT LIABLE

Upon the *Four Hundred Thirty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which The Commonwealth Is Not Liable* [ECF No. 20490] (the "Four Hundred Thirty-Fifth Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated April 1, 2022, for entry of an order disallowing in their certain claims filed against the Commonwealth, as more fully set forth in the Four Hundred Thirty-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Four Hundred Thirty-Fifth Omnibus Objection.

1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to

consider the Four Hundred Thirty-Fifth Omnibus Objection and to grant the relief requested

therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA

section 307(a); and due and proper notice of the Four Hundred Thirty-Fifth Omnibus Objection

having been provided to those parties identified therein, and no other or further notice being

required; the claims identified in Exhibit A to the Four Hundred Thirty-Fifth Omnibus Objection

(collectively, the "Claims to Be Disallowed") having been found to be claims for which the

Commonwealth is not liable; and the Court having determined that the relief sought in the Four

Hundred Thirty-Fifth Omnibus Objection is in the best interest of the Commonwealth and its

creditors, and all the parties in interest; and the Court having determined that the legal and factual

bases set forth in the Four Hundred Thirty-Fifth Omnibus Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Four Hundred Thirty-Fifth Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their

entirety; and it is further

ORDERED that Kroll is authorized and directed to designate the Claims to Be

Disallowed as expunged on the official claims register in the Title III Cases; and it is further

ORDERED that this Order resolves Docket Entry No. 20490 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Dated: _____

Honorable Judge Laura Taylor Swain
United States District Judge

3

33

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirty-Fifth Omnibus Objection**



34

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:20902-1   Filed:05/19/22   Entered:05/19/22 17:07:11   Desc:
Exhibit A   Proposed Order   Page 6 of 6

Four Hundred Thirty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DIAZ RAMIREZ, LUIS<br>RR 1 BOX 19857<br>MANATI, PR 00674 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23026 | $ 3,458.00 |

Reason: Proof of claim purports to assert liabilities associated with unpaid unemployment benefits from the Department of Labor (DOL). The books and records of the DOL, however, show that the claimant was deemed ineligible in 2016 and, upon appeal within the DOL, the DOL confirmed the claimant's ineligibility. Claimant did not appeal this decision and the claim and/or supporting documentation do not provide any further basis for asserting liability against the Commonwealth or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | FELICIANO ROSADO, MAIRA I<br>CALLE ELENA SEGARRA<br>#154 SECTOR EL MANI<br>MAYAGUEZ, PR 00682 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10547 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against the Commonwealth of Puerto Rico or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.)<br>NICK VAN DUSEN(GOLDMAN SACHS BANK USA)<br>200 WEST STREET<br>NEW YORK, NY 10282-2198 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44253 | $ 3,606,830.47* |

Reason: Proof of Claim and supporting documentation assert liabilities associated with an interest rate swap agreement between the claimant and COFINA. Pursuant to the Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation [ECF No. 5055] (the "COFINA Plan") and the Stipulation and Order with Respect to (A) Rejection of Swap Agreement Between Goldman Sachs Bank USA and Puerto Rico Sales Tax Financing Corporation, (B) Relief from Stay With Respect to Cash Collateral and (C) Allowance and Treatment of Claim [ECF No. 576, Case No. 17-3284], the claimant's agreement with COFINA was rejected and its claim against COFINA was treated pursuant to the COFINA Plan. Following confirmation of the COFINA Plan and approval of the settlement of the Commonwealth-COFINA Dispute, the claim and supporting documentation do not provide a basis for asserting liability against the Commonwealth of Puerto Rico.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | RODRIGUEZ NUÑEZ, JESSICA<br>PO BOX 361191<br>SAN JUAN, PR 00936-1191 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28239 | $ 1,000.00* |

Reason: Proof of claim purports to assert liabilities associated with a Commonwealth program for reimbursing minor damage to vehicles caused by roads. The books and records of the office of Services to the Citizen within the Puerto Rico Department of Transportation and Public Works (DTOP) show, however, that the claimant did not properly execute and file a claim form within the required statutory period in order to be eligible for payment, and the period to file a claim has elapsed. The claim and supporting documentation do not provide any further basis for asserting liability against the Commonwealth or any other Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | SANTIAGO MEDINA, MILDRED<br>18 HOLLY STREET<br>CARTERET, NJ 07008 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25574 | $ 830.00 |

Reason: Claim to Be Disallowed purports to assert liability against the Commonwealth for commissions allegedly owed to claimant for the sale of insurance, but such liability would be, if at all, with the claimant's employer, and not the Commonwealth.

| | | | | | TOTAL | $ 3,612,118.47* |
|---|---|---|---|---|---|---|

* Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Formulario 480.7C<br>Form<br>Rev 08.21 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO<br>Departamento de Hacienda - Department of the Treasury<br>DECLARACION INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES<br>INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES | Número de Confirmación de Radicación Electrónica<br>Electronic Filing Confirmation Number<br>F0060077056 |
|---|---|---|

| AÑO CONTRIBUTIVO:    2021<br>TAXABLE YEAR: | ☐ Enmendado - Amended: ____/____/____ | Indique propósito - Indicate purpose<br>☐ Aportaciones  ☒ Distribuciones  ☐ Ambos<br>Contributions      Distributions      Both |
|---|---|---|

| INFORMACIÓN DEL PAGADOR- PAYER'S INFORMATION | INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | INFORMACIÓN DEL PLAN - PLAN'S INFORMATION |
|---|---|---|
| Núm. de Identificación Patronal - Employer Identification No. | Seleccione un encasillado - Select one box<br>☒ Residente  ☐ No Residente Ciudadano de EU  ☐ No Residente Extranjero<br>Resident    Nonresident U.S. Citizen    Nonresident Alien | Núm. de Identificación Patronal - Employer Identification No. |
| Nombre - Name<br><br>RETIREMENT SYSTEMS ADMINISTRATION | Núm. de Identificación - Identification No. | Nombre del Plan - Name of Plan<br>RETIREMENT SYSTEMS ADMINISTRATION |
| PO BOX 42003 | Nombre - Name<br>MAIRA FELICIANO ROSADO | Nombre de quien auspicia el plan - Plan sponsor's name<br>RETIREMENT SYSTEMS ADMINISTRATION |
| SAN JUAN PR          00940-2003<br>Código Postal - Zip Code | Dirección - Address<br><br>MAYAGUEZ PR 00682-6123 | Fecha en que comenzó a recibir la pensión:<br>Date on which you started to receive the pension:<br>Día/Day  4  Mes/Month  12  Año/Year  2014 |
| Núm. de Teléfono - Telephone No.   Correo Electrónico - E-mail | Código Postal - Zip Code | |

Marque el encasillado correspondiente: - Check the corresponding box:

| Forma de Distribución: – Form of Distribution: | Tipo de Plan o Anualidad: – Plan or Annuity Type: |
|---|---|
| ☐ Total  ☐ Parcial  ☒ Pagos Periódicos<br>Lump Sum  Partial  Periodic Payments | ☒ Gubernamental  ☐ Privado Calificado  ☐ No Calificado  ☐ Anualidad Fija  ☐ Anualidad Variable<br>Governmental  Qualified Private  Non Qualified  Fixed Annuity  Variable Annuity |

| Descripción - Description | Cantidad - Amount | Distribuciones - Distributions | |
|---|---|---|---|
| 1. Aportación Vía Transferencia<br>Rollover Contribution | 0.00 | 16. Cantidad Distribuida<br>Amount Distributed | 5,905.68 |
| 2. Distribución Vía Transferencia<br>Rollover Distribution | 0.00 | 17. Cantidad Tributable<br>Taxable Amount | 5,605.68 |
| 3. Costo de la Pensión o Anualidad<br>Cost of Pension or Annuity | 26,390.77 | 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1061.01(b)(B) o 1012D(b)(5) -<br>Amount over which a Prepayment was Made under Sections 1023.21, 1061.01(b)(B) or 1012D(b)(5) | 0.00 |
| 4. Fondo de Retiro Gubernamental<br>Governmental Retirement Fund | 0.00 | | |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 | 19. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%)<br>Tax Withheld from Lump Sum Distributions (20%) | 0.00 | 20. Ingresos Exentos<br>Exempt Income | 300.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%)<br>Tax Withheld from Lump Sum Distributions (10%) | 0.00 | 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 | A. Exentas<br>Exempt | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 | B. Tributables<br>Taxable | 0.00 |
| 10. Contribución Retenida sobre Anualidades<br>Tax Withheld from Annuities | 0.00 | C. Cantidad sobre la cual se Pagó por Adelantado<br>Amount over which a Prepayment was Made | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 | D. Aportaciones Voluntarias<br>After-Tax Contributions | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 | E. Total (Sume líneas 21A a la 21D)<br>Total (Add lines 21A through 21D) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 | 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 | 23. Código de Distribución<br>Distribution Code | A |
| 15. Contribución Retenida sobre Otras Distribuciones<br>Tax Withheld from Other Distribution | 0.00 | Razones para el Cambio<br>Reasons for the Change | |

| Número de Cuenta<br>Account Number | Número de Control<br>Control Number<br>4355 | Número de Control de la Declaración Informativa Original<br>Control Number of Original Informative Return |
|---|---|---|

FECHA DE RADICACIÓN: 26 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE, VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

36

**RETIREMENT BOARD**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Government of Puerto Rico<br>592 - TEACHERS' RETIREMENT SYSTEM-PENS | | Payment Group:  SM-biweekly<br>From:              03/01/2022<br>Until:             03/15/2022 | | Business Unit: PUERT<br>Notice #: **9600835**<br>Date of Notice: 03/14/2022 | |

| MAIRA I. FELICIANO ROSADO<br>SECTOR EL MANÍ<br>154 CALLE ELENA SEGARRA<br>MAYAGÜEZ, PR  00682<br>SS: XXX-XX-[REDACTED] | Employee #: XXXXX4877<br>Dept.:      592180-DISABILITY ACT 91<br>              2004<br>Place:     DISABILITY ACT 91 2004<br>Title:      Pensioner<br>Salary:    $467.14 Monthly | DATA:                Federal       PR<br>Marital Status:   Married      Married<br>Concessions:     0                39+99<br>Addit. Pct.:<br>Adv. Amount: |

## HOURS AND INCOME

| | ---------- Current ---------- | | | ---------- Cumulative ---------- | |
|---|---|---|---|---|---|
| Description | Salary | Hours | Income | Hours | Income |
| Regular Salary Payment | | | 233.57 | 390.00 | 1,167.85 |
| Total: | | | 233.57 | 390 00 | 1,167.85 |

### TAXES

| Description | Current | Cumulative |
|---|---|---|
| Total: | 0.00 | 0.00 |

## DEDUCTIONS

| Description | Current | Cumulative |
|---|---|---|
| Total: | 0.00 | 0.00 |

## GENERAL DEDUCTIONS

| Descrip ion | Current | Cumulative |
|---|---|---|
| Garnishments | 134.28 | 671.40 |
| AE-Com. Emp. Assoc.-Reg. Ben. | 33.55 | 167.75 |
| Savings-AEELA | 7.01 | 35.05 |
| Total: | 174.84 | 874.20 |

## PAID EMPLOYER BENEFITS

| Description | Current | Cumulative |
|---|---|---|
| SM-Medical Plan ASES | 0.00 | 200.00 |
| *Taxable | | |

| | GROSS TOTAL | | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAID |
|---|---|---|---|---|---|
| Current: | 233.57 | | 0.00 | 174.84 | 58.73 |
| Cumulative: | 1,167.85 | | 0.00 | 874.20 | 293.65 |

| PTO HOURS | CUM. | | |
|---|---|---|---|
| Initial Balance | 0.00 | | |
| + Cumulative: | | | |
| - Used: | | | |
| - Donated: | | | |
| + Adjustments | | | |
| Final Balance: | 0.00 | | |

### NET PAID DISTRIBUTION

| No ice #9600835 | 58.73 |
|---|---|
| Total: | 58.73 |

**MESSAGE:**

| Government of Puerto Rico<br>592 - TEACHERS' RETIREMENT SYSTEM-PENS | Date<br>**03/14/2022** | Notice No.<br>**9600835** |
|---|---|---|

## DISTRIBUTION OF DIRECT DEPOSIT

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ▆▆6866 | $58.73 |
| Total: | | $58.73 |

Deposit Amount:  $58.73

[Barcode]
TRAY 60  SEQ 15246 ***********AUTO**SCH 5-DIGIT 00680 15246 1 AV 0.426
MAIRA I FELICIANO ROSADO
PARC MANÍ
154 CALLE ELENA SEGARRA
MAYAGÜEZ PR 00682-6123

NON-NEGOTIABLE          37

*Certified to be a correct and true translation from the source text in Span*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #52555*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179662 (2)**

Signed this 18TH of July 2022

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

