# EXHIBIT A

**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN PR 00936-2708

 **BANCO POPULAR**


990123401248082

RECEIVED
JAN 10 2023
KROLL RESTRUCTURING ADMINISTRATION

VILMA MALDONADO REYES
URB PUERTO NUEVO
616 CALLE BALEARES
SAN JUAN PR 00920-5322

419-566598
AHORRO A TODA HORA

37551

Este estado cubre sus transacciones después del 20 de octubre de 2022 hasta el 21 de noviembre de 2022. Página 1

# AHORROS

## INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | + Intereses | - Débitos | - Cargos | = Balance final | Balance disponible |
|---|---|---|---|---|---|---|
| 1,525.18 | 2,150.06 | 0.02 | 2,191.39 | 0.00 | 1,483.87 | 1,483.87 |

| Balance diario promedio | Número de días en el ciclo | Tasa Periódica | Tasa rendimiento anual devengada |
|---|---|---|---|
| 1,134.48 | 32 | 0.0000547% | 00.020% |

## CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10-28 | **Depósito EFT** Sr-upr Pensionad Nómina | XXXXXX6909 | 257.03 |
| 11-15 | **Depósito EFT** Sr-upr Pensionad Nómina | XXXXXX6909 | 257.03 |
| 11-16 | **Depósito EFT** Ssa Treas 310 Xxsoc Sec | XXX-XX-6909 | 1,636.00 |
| 11-21 | **Intereses pagados** | | .02 |

## DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 10-21 | **Compra** X4628 San Juan | 10-21 LA CARRETA NATURA | 59.07 |
| 10-21 | **Compra** X4628 San Juan | 10-21 FARMACIA IBARRA I PR | 7.79 |
| 10-21 | **Compra** X4628 San Juan | 10-21 USPS PO 42847900 | 140.37 |
| 10-21 | **Compra** X4628 San Juan | 10-21 WALGREENS STORE PR | 21.16 |
| 10-21 | **Compra** X4628 San Juan | 10-21 BURGER KING 2856 PR | 8.11 |
| 10-24 | **Retiro ATH** Plaza Las Ame San Juan | 10-22 8657 PR | 20.00 |
| 10-24 | **Compra** X4628 San Juan | 10-22 FACCIO PIZZA PLA | 16.84 |
| 10-24 | **Compra** X4628 San Juan | 10-22 USPS PO 42847900 | 127.25 |
| 10-24 | **Compra** X4628 San Juan | 10-22 CARIBBEAN CIEMAS PR | 5.00 |
| 10-24 | **Compra** X4628 San Juan | 10-22 SUPERMERCADOS MAR PR | 10.93 |
| 10-24 | **Compra** X4628 San Juan | 10-23 PUMA CENTRAL 119 PR | 16.60 |
| 10-24 | **Compra** X4628 Guaynabo | 10-24 REGGIOS PIZZA SAN PR | 7.26 |
| 10-24 | **Compra** X4628 Guaynabo | 10-24 WALGREENS STORE PR | 6.67 |
| 10-25 | **Compra** X4628 San Juan | 10-25 SUPERMERCADOS MAR PR | 8.25 |
| 10-26 | **Retiro suc con** Plaza Las Américas | 10-26 4628 | 28.15 |
| 10-26 | **Retiro ATH** Service Wall San Juan | 10-26 2150 PR | 20.00 |
| 10-26 | **Compra** X4628 San Juan | 10-26 CHURCHS CHICKEN 1 PR | 7.48 |
| 10-26 | **Compra** X4628 San Juan | 10-26 CARIBBEAN CIEMAS PR | 5.00 |
| 10-28 | **Compra** X4628 San Juan | 10-27 SUPERMERCADOS MAR PR | 9.42 |
| 10-28 | **Compra** X4628 San Juan | 10-28 PUEBLO PLAZA LAS PR | 27.45 |
| 10-31 | **Compra** X4628 San Juan | 10-30 SUPERMERCADOS MAR PR | 28.64 |
| 10-31 | **Compra** X4628 San Juan | 10-30 TO GO STORES PTO PR | 94.55 |
| 10-31 | **Compra** X4628 San Juan | 10-31 PUMA CENTRAL 119 PR | 6.48 |
| 11-01 | **Compra** X4628 San Juan | 11-01 WALGREENS STORE PR | 68.95 |
| 11-02 | **Compra** X4628 San Juan | 11-02 ABA CONDADO | 15.61 |
| 11-03 | **Retiro ATH** Service Wall San Juan | 11-02 3519 PR | 20.00 |
| 11-03 | **Compra** X4628 San Juan | 11-02 SUPERMERCADO MARI PR | 6.12 |
| 11-07 | **Compra** X4628 San Juan | 11-04 PUMA CENTRAL 119 PR | 6.35 |
| 11-07 | **Compra** X4628 San Juan | 11-06 PUEBLO PLAZA LAS PR | 55.68 |
| 11-09 | **Compra** X4628 San Juan | 11-09 SUPERMERCADOS MAR PR | 6.85 |
| 11-10 | **Compra** X4628 San Juan | 11-10 TO GO STORES PTO PR | 18.71 |
| 11-14 | **Retiro ATH** Plaza Las Ame San Juan | 11-14 6060 PR | 20.00 |

**Formulario 480.7C** / Form Rev 08.21

**GOBIERNO DE PUERTO RICO** - Government of Puerto Rico
Departamento de Hacienda - Department of the Treasury
**DECLARACIÓN INFORMATIVA - PLANES DE RETIRO Y ANUALIDADES**
INFORMATIVE RETURN - RETIREMENT PLANS AND ANNUITIES

**Número de Confirmación de Radicación Electrónica** / Electronic Filing Confirmation Number: **W1673035296**

AÑO CONTRIBUTIVO / TAXABLE YEAR: **2021**
Enmendado - Amended: ( __/__/____ )

Indique propósito - Indicate purpose:
☐ Aportaciones / Contributions
☒ Distribuciones / Distributions
☐ Ambos / Both

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION
- Núm. de Identificación Patronal - Employer Identification No.: **660822664**
- Nombre - Name: **SISTEMA RETIRO UPR**
- Dirección - Address: **PO BOX 21769, SAN JUAN PR 00931-1769**
- Núm. de Teléfono: **787-751-4450**
- Correo Electrónico: **CONTABILIDAD@RETIRO.UPR.EDU**

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION
Seleccione un encasillado: - Select one box:
☒ Residente / Resident
☐ No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
☐ No Residente Extranjero / Nonresident Alien

- Núm. de Identificación: ***-**-6909
- Nombre - Name: **VILMA MALDONADO REYES**
- Dirección - Address: **URB PUERTO NUEVO, 616 CALLE BALEARES, SAN JUAN PR 00920**

### INFORMACIÓN DEL PLAN - PLAN'S INFORMATION
- Núm. de Identificación Patronal: **660822664**
- Nombre del Plan - Name of Plan: **SISTEMA RETIRO UPR**
- Nombre de quien auspicia el plan - Plan sponsor's name: **SISTEMA RETIRO UPR**
- Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension: Día **17** Mes **01** Año **2009**

**Forma de Distribución:** - Form of Distribution:
☐ Total / Lump Sum  ☐ Parcial / Partial  ☒ Pagos Periódicos / Periodic Payments

**Tipo de Plan o Anualidad:** - Plan or Annuity Type:
☒ Gubernamental / Governmental  ☐ Privado Calificado / Qualified Private  ☐ No Calificado / Non Qualified  ☐ Anualidad Fija / Fixed Annuity  ☐ Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---:|
| 1. Aportación Vía Transferencia / Rollover Contribution | 0.00 |
| 2. Distribución Vía Transferencia / Rollover Distribution | 0.00 |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 31,177.06 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) / Tax Withheld from Lump Sum Distributions (20%) | 0.00 |
| 7. Contribución Retenida sobre una Distribución Total (10%) / Tax Withheld from Lump Sum Distributions (10%) | 0.00 |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | 0.00 |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) / Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | 0.00 |
| 15. Contribución Retenida sobre Otras Distribuciones / Tax Withheld from Other Distributions | 0.00 |

**Distribuciones - Distributions**

| Descripción | Cantidad |
|---|---:|
| 16. Cantidad Distribuida / Amount Distributed | 6,568.72 |
| 17. Cantidad Tributable / Taxable Amount | 6,168.72 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt income | 400.00 |
| 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| A. Exentas / Exempt | 0.00 |
| B. Tributables / Taxable | 0.00 |
| C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 23. Código de Distribución / Distribution Code | **A** |

Razones para el Cambio / Reasons for the Change:

- Número de Cuenta / Account Number: ***-**-6909
- Número de Control / Control Number: **202104988**
- Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE NOVIEMBRE, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS

ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RECORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

Preparado por el Sistema de Retiro de la Universidad de Puerto Rico

3 de enero de 2023
Mahonado Reyes, Vilma
616 Calle Baleares
Puerto Nuevo
San Juan, P.R. 00920

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

Honorable Tribunal:

    Respetuosamente, les devuelvo, este sobre, sin firmar.

    No soy dueña de corporaciones gubernamentales, ni tengo empleo asalariado de ellas.

    Estoy retirada de la Cátedra, que ocupé en la UPRH (CUH). Decidí renunciar despúes de sufrir demaciado allí. Como no pude continuar y hube perdido mi automovil en una colición por mala medicación recetada contra insomnio y la institución se negó a entregarme a tiempo el traslado (# solicité enseñar en el Recinto de Río Piedras), no soy ya profesora.

    El Depto. de Educación de P.R., me negó una licensia de maestra aún teniendo una de N.Y. y los créditos

3/1/2023
Vilma M.R. ©

de las instituciones educativas; UPR, NUY, +.C. Columbia University. Tampoco pude dar clases en las escuelas públicas o privadas.

En la ciudad de N.Y, busqué empleo docente por espacio de tres (3) años en las instituciones universitarias y no hubo ni plazas a tiempo parcial para mí.

No sé porqué me enviaron todas las notificaciones.

Considero que la UPR, no es una entidad "gubernamental", no va a querer responder mis reclamos de: convalidarme el tiempo de trabajo de la posición que tuve en la Oficina del Gobernador, Negociado del Presupuesto.

No recibí permiso del Juez del tribunal Superior de Humacao, (por no ser abogada) o tener un abogado de oficio, que pudiera adjudicarles al CUH, su falta de profesionalismo y considero que las mentiras vertidas, contra mí, allí, no van a ser vistas a fondo.

La difamación social y política en la que me envolvieron está vigente aún, al extremo de haber sido privada (me robaron objetos, escritos y

3/1/2023
Vilma M.R. ©

(algunos hechos de mi puño y letra) pintadas.

En el lugar donde vivo (dirección donde recibo el correo), y en lugares donde viví antes ocurrieron esos hechos.

La condición mental adjudicada a mí les ha "entregado" lo mío a usurpadores y falsos 'intelectos'.

La policía de P.R. se negó a tomar querellas mías al respecto.

Por lo tanto y con todo respeto, solicito, lo perdido (objetos) y la negación de mi participación en cualquier negocio no encausado por mí o mi nombre.

Si me permiten dar clases en la Universidad de P.R., que sea con el mismo puesto que tuve que dejar, mas NO en Humacao o en otro lugar que en Río Piedras. Yo no tengo carro (automóvil), ahora no tengo ni maquinilla, ni computador.

3/1/2023
Vilma M. R. ©

Dentro del conjunto económico de la isla de P.R., soy pobre.

Recibo una pensión Diferida de $514.06 mensuales, además de $1,636. del Seguro Social.

No he legado nunca ninguna de esas cantidades, ni otras.

El maltrato en mi contra, se refleja en mi vivienda. Son ustedes una entidad revisando problemas económicos del Gobierno del ELA. Yo no soy parte de él. Ese gobierno me tiene q. ver y percibir como una individuo y ciudadana, no como un pozo sin fondo, del que ellos sacan para el beneficio de otros humanos.

He sentido mucha persecución fortuita y la he vivido. Yo sé que el ELA es un pacto contractual entre USA y P.R.

Mi firma artística es Vilma M.R. es una abreviación de mi nombre completo, es legal desde mi inscripción de nacimiento. Considero una violación a mis derechos el ver mi nombre usado por la Internet, por un número de mujeres.

3/1/2023

Vilma M.R. ①

El Gobierno de U.S.A. debiera Revisar los parámetros de la ilegalidad incurrida en mi contra.

Ninguna persona debiera decir que es Vilma M.R. si no soy yo. Mi nombre y obra creativa son míos. Mi personalidad no debe ser vinculada con otros cuerpos.

No fui quien cerró todas las galerías, en las que exhibí en N.Y.C. tampoco cerré, ni tengo algo que ver con el que en P.R. no las extiendan para que yo pueda exhibir.

No quiero problemas futuros con los gobiernos, ni con la policía, el FBI o locos.

Los peajes de las autopistas, los pagué, y no debieron acusarme y retractarse y no devolverme el $.

Porque la UPR y su sistema de retiro dice que mi pensión les cuesta $31,177.06 Averígüenlo. Aseguren muy bien la búsqueda.

Demanden al sistema de Retiro, si pueden. Ellos son del EIA.

Preocupada, me despido,

Dra. Vilma Maldonado Reys



**PRIORITY MAIL**
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

DR. Vilma Maldonado Reyes
616 Calle Balcares
Puerto Nuevo
San Juan, P.R. 00920

Received
JAN 10 2023
Knoll Restructuring Administration

TO: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

U.S. POSTAGE PAID
PM
SAN JUAN, PR
00936
JAN 04 23
AMOUNT
$9.90
R2305K141009-14

EXPECTED DELIVERY DAY: 01/09/23
USPS TRACKING® #
9505 5162 0943 3004 0298 03

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.