# EXHIBIT A-1

**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN PR 00936-2708



VILMA MALDONADO REYES
URB PUERTO NUEVO
616 CALLE BALEARES
SAN JUAN PR 00920-5322

RECEIVED
JAN 1 0 2023
KROLL RESTRUCTURING ADMINISTRATION

37551


990123401248082

419-566598
SAVINGS AT ALL TIMES

This statement covers your transactions from October 20, 2022, to November 21, 2022       Page 1

# SAVINGS

## BALANCE INFORMATION

| Starting Balance | + Credits | + Interest | - Debits | - Fees | = Ending Balance | Available Balance |
|---|---|---|---|---|---|---|
| 1,525.18 | 2,150.06 | 0.02 | 2,191.39 | 0.00 | 1,483.87 | 1,483.87 |

| Average Daily Balance | Number of Days in Cycle | Periodic Rate | Accrued Annual Rate of Return |
|---|---|---|---|
| 1,134.48 | 32 | 0.0000547% | 0.0020% |

## REGULAR AND ELECTRONIC CREDITS

| Date | Description | | Amount |
|---|---|---|---|
| 10-28 | EFT Deposit Sr-upr Retiree Payroll | XXXXXX6909 | 257.03 |
| 11-15 | EFT Deposit Sr-upr Retiree Payroll | XXXXXX6909 | 257.03 |
| 11-16 | EFT Deposit Ssa Treas 310 Xxsoc Sec | XXX-XX-6909 | 1,636.00 |
| 11-21 | Interest Paid | | .02 |

## REGULAR AND ELECTRONIC DEBITS

| Date | Description | | Amount |
|---|---|---|---|
| 10-21 | Purchase X4628 San Juan | 10-21 LA CARRETA NATURA PR | 59.07 |
| 10-21 | Purchase X4628 San Juan | 10-21 FARMACIA IBARRA I PR | 7.79 |
| 10-21 | Purchase X4628 San Juan | 10-21 USPS PO 42847900 PR | 140.37 |
| 10-21 | Purchase X4628 San Juan | 10-21 WALGREENS STORE PR | 21.16 |
| 10-21 | Purchase X4628 San Juan | 10-21 BURGER KING 2856 PR | 8.11 |
| 10-24 | ATH Withdrawal Plaza Las Ame San Juan | 10-22 8657 PR | 20.00 |
| 10-24 | Purchase X4628 San Juan | 10-22 FACCIO PIZZA PLA PR | 16.84 |
| 10-24 | Purchase X4628 San Juan | 10-22 USPS PO 42847900 PR | 127.25 |
| 10-24 | Purchase X4628 San Juan | 10-22 CARIBBEAN CIEMAS PR | 5.00 |
| 10-24 | Purchase X4628 San Juan | 10-22 SUPERMERCADOS MAR PR | 10.93 |
| 10-24 | Purchase X4628 San Juan | 10-23 PUMA CENTRAL 119 PR | 16.60 |
| 10-24 | Purchase X4628 Guaynabo | 10-24 REGGIOS PIZZA SAN PR | 7.26 |
| 10-24 | Purchase X4628 Guaynabo | 10-24 WALGREENS STORE PR | 6.67 |
| 10-25 | Purchase X4628 San Juan | 10-25 SUPERMERCADOS MAR PR | 8.25 |
| 10-26 | Con Suc Withdrawal Plaza Las Américas | 10-26 4628 | 28.15 |
| 10-26 | ATH Withdrawal Service Wall San Juan | 10-26 2150 PR | 20.00 |
| 10-26 | Purchase X4628 San Juan | 10-26 CHURCHS CHICKEN 1 PR | 7.48 |
| 10-26 | Purchase X4628 San Juan | 10-26 CARIBBEAN CIEMAS PR | 5.00 |
| 10-28 | Purchase X4628 San Juan | 10-27 SUPERMERCADOS MAR PR | 9.42 |
| 10-28 | Purchase X4628 San Juan | 10-28 PUEBLO PLAZA LAS PR | 27.45 |
| 10-31 | Purchase X4628 San Juan | 10-30 SUPERMERCADOS MAR PR | 28.64 |
| 10-31 | Purchase X4628 San Juan | 10-30 TO GO STORES PTO PR | 94.55 |
| 10-31 | Purchase X4628 San Juan | 10-31 PUMA CENTRAL 119 PR | 6.48 |
| 11-01 | Purchase X4628 San Juan | 11-01 WALGREENS STORE PR | 68.95 |
| 11-02 | Purchase X4628 San Juan | 11-02 ABA CONDADO PR | 15.61 |
| 11-03 | ATH Withdrawal Service Wall San Juan | 11-02 3519 PR | 20.00 |
| 11-03 | Purchase X4628 San Juan | 11-02 SUPERMERCADO MARI PR | 6.12 |
| 11-07 | Purchase X4628 San Juan | 11-04 PUMA CENTRAL 119 PR | 6.35 |
| 11-07 | Purchase X4628 San Juan | 11-06 PUEBLO PLAZA LAS PR | 55.68 |
| 11-09 | Purchase X4628 San Juan | 11-09 SUPERMERCADOS MAR PR | 6.85 |
| 11-10 | Purchase X4628 San Juan | 11-10 TO GO STORES PTO PR | 18.71 |
| 11-14 | ATH Withdrawal Plaza Las Ame San Juan | 11-14 6060 PR | 20.00 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Form 480.7C** Rev 08.21

**GOVERNMENT OF PUERTO RICO — Department of the Treasury**
**INFORMATIVE RETURN — RETIREMENT PLANS AND ANNUITIES**

TAXABLE YEAR: 2021
Amended: ☐
Electronic Filing Confirmation Number: **W1673035296**
Indicate purpose: ☐ Contributions   ☒ Distributions   ☐ Both

### PAYER'S INFORMATION
- Employer Identification No.: **660822664**
- Name: **UPR RETIREMENT SYSTEM**
- Address: **PO BOX 21769, SAN JUAN, PR 00931-1769**
- Telephone No.: **787-751-4450**
- E-mail: **CONTABILIDAD@RETIRO.UPR.EDU**

### PAYEE'S INFORMATION
- Select one box: ☒ Resident  ☐ Nonresident U.S. Citizen  ☐ Nonresident Alien
- Identification No.: **XXX-XX-6909**
- Name: **VILMA MALDONADO REYES**
- Address: **URB PUERTO NUEVO, 616 CALLE BALEARES, SAN JUAN, PR 00920**

### PLAN'S INFORMATION
- Employer Identification No.: **660822664**
- Name of Plan: **UPR RETIREMENT SYSTEM**
- Plan sponsor's name: **UPR RETIREMENT SYSTEM**
- Date on which you started to receive the pension: Day **17** / Month **01** / Year **2009**

**Form of Distribution:** ☐ Lump Sum  ☐ Partial  ☒ Periodic Payments
**Type of Plan or Annuity:** ☒ Governmental  ☐ Qualified Private  ☐ Non Qualified  ☐ Fixed Annuity  ☐ Variable Annuity

| Description | Amount |
|---|---:|
| 1. Rollover Contribution | 0.00 |
| 2. Rollover Distribution | 0.00 |
| 3. Cost of Pension or Annuity | 31,177.06 |
| 4. Governmental Retirement Fund | 0.00 |
| 5. Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| 6. Tax Withheld from Lump Sum Distributions (20%) | 0.00 |
| 7. Tax Withheld from Lump Sum Distributions (10%) | 0.00 |
| 8. Tax Withheld from Distributions of Non Qualified Plans | 0.00 |
| 9. Tax Withheld from Other Distributions of Qualified Plans (10%) | 0.00 |
| 10. Tax Withheld from Annuities | 0.00 |
| 11. Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | 0.00 |
| 12. Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | 0.00 |
| 13. Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | 0.00 |
| 14. Tax Withheld from Nonresident's Distributions | 0.00 |
| 15. Tax Withheld from Other Distributions | 0.00 |

| Distributions | Amount |
|---|---:|
| 16. Amount Distributed | 6,568.72 |
| 17. Taxable Amount | 6,168.72 |
| 18. Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | 0.00 |
| 19. After-Tax Contributions | 0.00 |
| 20. Exempt Income | 400.00 |
| 21. Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| A. Exempt | 0.00 |
| B. Taxable | 0.00 |
| C. Amount over which a Prepayment was Made | 0.00 |
| D. After-Tax Contributions | 0.00 |
| E. Total (Add lines 21A through 21D) | 0.00 |
| 22. Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 23. Distribution Code | A |
| Reasons for the Change | |

Account Number: XXX-XX-6909
Control Number: **202104988**
Control Number of Original Informative Return:

FILING DATE: FEBRUARY 28 OR NOVEMBER 30, AS APPLICABLE. SEE INSTRUCTIONS
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.

Prepared by the Retirement System of the University of Puerto Rico

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*handwritten*:]

JANUARY 3, 2023

Maldonado Reyes, Vilma

616 Calle Baleares

Puerto Nuevo

San Juan, PR 00920

Prime Clerk LLC

Grand Central Station

P.O. Box 4850

New York, NY 10163-4850

Honorable Court:

I am respectfully returning this envelope without signing it.

I am not the owner of any governmental corporations, nor am I a salaried employee of any of them.

I am retired from the professorship I held at the UPRH (CUH). I decided to retire after having suffered too much there. I was unable to continue after losing my vehicle in a collision due to bad medication prescribed for insomnia, and since the institution refused to grant me a transfer on time (I had requested to teach in the Rio Piedras Campus), I am no longer a professor.

The Department of Education of Puerto Rico denied me a teacher's license even though I had one from New York, and credits

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 2 -

1/3/2023
Vilma M. R. ©

from the educational institutions UPR, NUY [sic], T.C. Columbia University. I couldn't teach at public or private schools either.

In New York City, I looked for teaching employment for three (3) years in university institutions, and there were not even part-time positions for me.

I do not know why I all the notices were sent to me.

I think that the UPR, which is not a "governmental" entity, is not going to want to respond to my claims to validate the time I worked in the position I had with the Governor's Office, Budget Bureau.

I did not receive permission from the Judge of the Superior Court of Humacao, because I am not a lawyer or have a public defender, who could accuse the CUH of its lack of professionalism, and I consider that the lies told against me there are not going to be seen in depth.

The social and political defamation they soiled me with is still going on, to the extreme of having been deprived (they stole objects,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 3 -

1/3/2023
Vilma M. R. ©

writings (some made in my own handwriting) and paintings from me.

These events took place at my place of residence (the address where I receive my mail) and in other places where I lived before.

The mental condition assigned to me has "given" what is mine to usurpers and false intellectuals.

The Puerto Rico Police refused to take my complaints in this regard.

Therefore, and with all due respect, I am asking for what I lost (objects) and request that any allegation of my participation in any dealings not initiated by me or on mi behalf be rejected.

If they allow me to teach at the University of Puerto Rico, I ask that it be with the same position that I had to leave, but <u>not</u> in Humacao or in any other place than in Río Piedras. I don't have a car (automobile). Now I don't even have a typewriter or a computer.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 4 -

1/3/2023<br>
Vilma M. R. ©

Within the economic setting of the island of Puerto Rico, I'm poor.

I receive a <u>deferred</u> pension of $514.06 per month, in addition to $1,636 from Social Security.

I have <u>never</u> bequeathed any of those amounts, or any others.

The mistreatment against me is reflected in my home. You are an entity reviewing economic problems of the Government of the Commonwealth. I am not part of it. That government has to see and perceive me as an individual and citizen, not as a bottomless pit from which they can draw for the benefit of other humans.

I have felt a lot of random persecution and I have lived it. I know that the Commonwealth is a contractual agreement between the United States and Puerto Rico.

My artistic signature is Vilma M.R., which is an abbreviation of my full name. It is legal since my birth registration. I consider it a violation of my rights to see my name used on the Internet by a number of women.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- 5 -

1/3/2023
Vilma M. R. ©

The U.S. Government should review the parameters of the illegality incurred against me.

No person should claim to be Vilma M.R. other than me. My name and creative work are mine. My personality should not be linked to other bodies.

I was not the one who closed all the galleries in which I exhibited in NYC. Nor did I close, nor do I have anything to do with the fact that Puerto Rico does not extend them so that I can exhibit. [sic]

I don't want future problems with governments, nor with the police, the FBI, or crazy people.

I paid the highway tolls and they should not have accused me and retracted, and not have returned the $. [sic]

Since the UPR and its retirement system claim that my pension costs them $31,177.06, you should find out. Make sure to do a good search.

Sue the retirement system if you can. They are from the Commonwealth.

Concerned, I bid you farewell.

Dr. Vilma Maldonado Reyes

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TARGEM TRANSLATIONS**
T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **POC 12237**

Signed this 14th of February 2023



_____

Andreea I. Boscor

