# EXHIBIT B

2 de enero de 2023

A: Prime Clerk LLC

Grand Central Station

PO Box 4850

New York, N.Y.10163-4850

Estimados  Señores

El día 28 de junio de 2018 presenté una reclamación ya que cuando el Hon. Carlos Romero Barceló y la Hon. Sila María Calderón fueron gobernadores de este país, ellos aprobaron  aumentos a empleados públicos. Aumentos que nunca fueron otorgados a pesar  de la aprobación.

Fui  Ofic. Dact. en el  Departamento de Educación durante los años 1975-2000. En el año 2000 me retiré con 25 años de Servicios por una ventana que abrieron sin edad pero con años de servicios ininterrumpidos.

Nombre: Carmen Astacio Pagán

Número de Reclamación: 111964 con fecha de junio 2018

990123401248192

Gracias por su atención,

Carmen Astacio Pagán

RECEIVED

JAN 1 0 2023

KROLL RESTRUCTURING
ADMINISTRATION

> **IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
> ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Astacio Pagan, Carmen | 111964 | 6/28/2018 | Commonwealth of Puerto Rico | $9,000.00 |
| **Treatment:** | **Claim to be Disallowed** | | | |
| **Reason:** | Claim purports to assert wages and/or incentives liabilities associated with the case numbers KAL-1998-0532; KAL-1999-0665 (the "Litigations"). However, claimant has not provided sufficient supporting documentation for the basis of claim. Further, the Litigations neither relate to the asserted basis of the claim nor name claimant as a plaintiff. Therefore, the Debtor is unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico, or any of the other Title III debtors. | | | |

> **SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
> SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|---------------------------------|
| Astacio Pagan, Carmen | 111964 | 6/28/2018 | Commonwealth of Puerto Rico | $9,000.00 |
| **Tratamiento:** | **Reclamo a ser desestimado** | | | |
| **Base para:** | El reclamo pretende invocar salarios u obligaciones relativas a incentivos asociadas a los números de casos KAL-1998-0532 y KAL-1999-0665 (los "Litigios"). Sin embargo, el demandante no ha proporcionado documentación de respaldo suficiente como para fundamentar el reclamo. Por consiguiente, los Litigios no es relacionan con el fundamento declarado del reclamo, ni mencionan al demandante como tal. Por tal motivo, el Deudor no puede determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquier otro de los deudores al amparo de Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Carmen Astacio Pagán
P.O. Box 198
Cabo Rojo, PR 00623

Received

JAN 10 2023





CERTIFIED MAIL

7021 2720 0003 4229 0230

U.S. POSTAGE PAID
FCM LETTER
CABO ROJO, PR
00623
JAN 05, 23
AMOUNT
$7.25
R2305M147882-11

RDC 99

10163

SAN JUAN PR 009

PM 1 L

★ USA ★ FOREVER ★

Prime Clenk LLC
Grand Central Station
P O Box 4850
New York NY 10163 - 4850

111944

10163-485050