# EXHIBIT B-1

January 2, 2023

To: Prime Clerk LLC

Grand Central Station

PO Box 4850

New York, NY 10163-4850

Dear Sirs:

On June 28, 2018, I filed a claim because when the Honorable Carlos Romero Barceló and the Honorable Sila Maria Caldrón were governors of this country, they approved salary raises for public employees. Despite said approval, these raises were never given.

I was an Ofic. Dact.[1] with the Department of Education during the years 1975-2000. I retired in the year 2000 with 25 years of service, due to a window they opened to do so without age requirements but with uninterrupted years of service.

Name: Carmen Astacio Pagán

Claim Number: 111964, dated June 2018

Thank you for your attention,

Carmen Astacio Pagán

RECEIVED
JAN 10 2023
KROLL RESTRUCTURING ADMINISTRATION

---

[1] Translator's Note: Abbreviated job title was left as found in the Spanish version due to lack of context to determine the actual job title.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Astacio Pagan, Carmen | 111964 | 6/28/2018 | Commonwealth of Puerto Rico | $9,000.00 |
| **Treatment:** | Claim to be Disallowed | | | |
| **Reason:** | Claim purports to assert wages and/or incentives liabilities associated with the case numbers KAL-1998-0532; KAL-1999-0665 (the "Litigations"). However, claimant has not provided sufficient supporting documentation for the basis of claim. Further, the Litigations neither relate to the asserted basis of the claim nor name claimant as a plaintiff. Therefore, the Debtor is unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico, or any of the other Title III debtors. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Astacio Pagan, Carmen | 111964 | 6/28/2018 | Commonwealth of Puerto Rico | $9,000.00 |
| **Tratamiento:** | Reclamo a ser desestimado | | | |
| **Base para:** | El reclamo pretende invocar salarios u obligaciones relativas a incentivos asociadas a los números de casos KAL-1998-0532 y KAL-1999-0665 (los "Litigios"). Sin embargo, el demandante no ha proporcionad documentación de respaldo suficiente como para fundamentar el reclamo. Por consiguiente, los Litigios no es relacionan con el fundamento declarado del reclamo, ni mencionan al demandante como tal. Por tal motivo, el Deudor no puede determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquier otro de los deudores al amparo de Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **POC 111964**

Signed this 14th of February 2023



_____

Andreea I. Boscor

