# EXHIBIT 2

January 10, 2022

[stamp:]

[*illegible*]

2022 JAN 12 [*illegible*]

*Commonwealth of Puerto Rico*

*ACR Processing Center*

*c/o Prime Clerk, LLC*

*To whom it may concern:*

*I am writing in response to the letter I received informing me that part of my claim is of the Association of Employees of the Commonwealth (AEELA).*

*I wish to inform you that all of my time included in the claim was with the Department of Education under the Commonwealth of Puerto Rico. I never worked for the Association of Employees of the Commonwealth (AEELA).*

*I hope that ACR fully considers my claim as a retired employee of the Commonwealth.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Thank you for your attention and cooperation in this matter.*

*Sincerely,*

<u>*[signature]*</u>

*Carmen D. Carrasquillo*

*# 175239-1*


*For more information*

*Tel. No.: 787-647-5782*


*Enclosed:*

  *Copy of the letter*

  *Copy of checks from the Commonwealth*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Carrasquillo, Carmen D. | 175239-1 | 9/9/2020 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Carrasquillo, Carmen D. | 175239-1 | 9/9/2020 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| NAME CHECK NO. **CARMEN D CARRASQUILLO** 60785837 | | | IDENTIFICATION A08374 | | PERIOD ENDING 31  12  74 | | | | | | VOUCHER NO. 43665 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WITHHOLDINGS | | | | | | | | | | | | |
| SPECIFIC | | | | | MISCELLANEOUS | | | | | | | |
| NCOME TAX CONTRIBUTION | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEE ASSOC. | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| CUMULATIVE CALENDAR YEAR | | | | SAVINGS INSURANCE | | | | | | | | |
| 481 | 8026 | | | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | | |
| | 1026 | | | | | | | | | | | |
| 1372.38 | 1,372.38 | 175.48 | 175.48 | | 125.00 | | 135.26 | | | | | 40.22 |
| GROSS NCOME EARNED | TAXABLE INCOME SOCIAL SECURITY | TAXABLE NCOME SOCIAL SECURITY | GROSS NCOME SOCIAL SECURITY | | 1ST TWO WEEKS ADVANCE | | TOTAL WITHHOLDINGS | | | | | NET PAY |
| CUMULATIVE FOR CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | | |
| SEE CODES ON REVERSE SIDE | | | | | | | | | | | | |
| COMMONWEALTH OF PUERTO RICO – INCOME AND DEDUCTION REPORT | | | | | | | | | | | | 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 |

COMMONWEALTH OF PUERTO RICO
INCOME AND WITHHOLDINGS REPORT

| NAME CHECK NO. **CARMEN D CARRASQUILLO** 574583535 | | | IDENTIFICATION ▮0737 | | PERIOD ENDING 30  04  86 | | | | | | STUB NO. 059856 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WITHHOLDINGS | | | | | | | | | | | | |
| SPECIFIC | | | | | MISCELLANEOUS | | | | | | | |
| NCOME TAX CONTRIBUTION | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEE ASSOC. | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| CUMULATIVE CALENDAR YEAR | | | | SAVINGS INSURANCE | 07 | 27.77 | | | | | | |
| 49.64 | 120.40 | 75.80 | | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | | |
| 12.41 | 30.10 | 18.95 | | 12.63 | | | | | | | | |
| 1684.00 | 1684.00 | 421.00 | 421.00 | | 159.00 | | 101.86 | | | | | 160.14 |
| GROSS INCOME EARNED | TAXABLE INCOME SOCIAL SECURITY | TAXABLE NCOME SOCIAL SECURITY | GROSS NCOME SOCIAL SECURITY | | 1ST TWO WEEKS ADVANCE | | TOTAL WITHHOLDINGS | | | | | NET PAY |
| CUMULATIVE FOR CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | | |
| SEE CODES ON REVERSE SIDE | | | | | | | | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
INCOME AND WITHHOLDINGS REPORT

| NAME | | | | IDENTIFICATION | | | PERIOD ENDING | | | | STUB NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK NO.<br>**CARMEN D CARRASQUILLO**<br>631514142 | | | | 0737 | | | 31 0799 | | | | 411325 | |
| DEDUCTIONS | | | | | | | | | | | | |
| SPECIFIC | | | | | | MISCELLANEOUS | | | | | | |
| Contribution to taxes | Social Security | Retirement | MEDICAL SERVICES | EMPLOYEE ASSOC. | | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| CUMULATIVE CALENDAR YEAR | | | | SAVINGS INSURANCE | | 10 | 80.80 | | | | | |
| 126.14 | 457.87 | 399.00 | | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | | |
| 18.02 | 65.41 | 57.00 | | 12.63 | | | | | | | | |
| 5985.00 | 5985.00 | | 855.00 | 855.00 | | 304.00 | | 246.08 | | | | 304.92 |
| GROSS NCOME EARNED | TAXABLE INCOME SOCIAL SECURITY | | TAXABLE INCOME SOCIAL SECURITY | GROSS NCOME SOCIAL SECURITY | | 1ST TWO WEEKS ADVANCE | | TOTAL WITHHOLDINGS | | | | NET PAY |
| CUMULATIVE FOR CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | | |
| SEE CODES ON REVERSE SIDE | | | | | | | | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



- T 718.384.8040
- W TargemTranslations.com
- E projects@targemtranslations.com
- A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175239-1 DN 19754**

Signed this 5th of June 2022

_____
Andreea I. Boscor

[ATA Certified Translator Seal — Andreea Boscor, Spanish into English, Certification #525556. Verify at www.atanet.org/verify]

