# EXHIBIT 3

January 4, 2022



Clerk's Office
United States District Court
Room 150, Federal Building
San Juan, PR 00918-1767

Counsel for the Oversight Board
Attn:   Martin J. Bienenstock
        Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Counsel for the Creditors' Committee
Attn:   Luc. A. Despins
        James Bliss
        James Worthington
        G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

**RE:    Claim 71072-1/Joel Negrón Guzmán**
**Case No.: 17 BK 03283-LTS**
**Debtor: Commonwealth of Puerto Rico**
**Date submitted: 6/1/2018**
**Three hundred and ninety-ninth Omnibus Objection**

To whom it may concern:

I am hereby submitting a reply to the Omnibus Objection [which requests] that my application be rejected. I do not believe it should be rejected, as I consider my claim to be correct and just. I worked for the Department of Corrections (Juvenile Institution Administration) from 1998 until 2012. My application is related to the "Romerazo", as it is my understanding that there were some salary increases and per diem payments that were not granted to me while I was working, and to which I was entitled.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I provided all the evidence related to my case when I made the initial application, so I believe you already have it.

I hope that the Court will not grant the Omnibus Objection in relation to my claim. Below is my contact information:

Name and address:

> Joel Negrón Guzmán
> Ext. 101 Calle Vinaza
> Villalba, PR 007766

Contact e-mail address and telephone number:

> kperezroman@yahoo.com
> Phone: 787-319-2836
> 939-456-4936 (wife)

Sincerely,

[signature of Joel Negrón Guzmán]
Joel Negrón Guzmán

Joel Negrón Guzman
Ext. Estancias del Mayoral
101 Calle Vinaza
Villalba, PR 00766

SAN JUAN PR   009

6 JAN 2022   PM 2   L

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

00918-999955

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 71072-1 DN 19725**

Signed this 27th of May 2022



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

