# EXHIBIT 4

January 31, 2020

Clerk of the Court
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767



RE:    Claim # 71072
        Case # 17 BK 03283-LTS
        Joel Negrón Guzmán
        Ext. Estancias del Mayoral
        101 Calle Vinaza
        Villalba, PR 00766
        (787) 319-2836

Dear sirs:

I am hereby replying regarding my claim # 71072 in reference to Act 89, better known as "El Romerazo." I was notified that one or more debtors have requested that my claim be rejected as deficient.

First, be advised that I am submitting this claim on this date because this correspondence was delivered by mistake to a different mailing address and I received it late, according to the deadline for submitting my response in opposition to the Omnibus Objection. In addition, we residents of the Southern Area of Puerto Rico have been suffering the effects of the earthquakes, and due to the anxiety and fear that we are facing, I was not well enough emotionally to take care of this.

I contend that my claim should be considered, since I worked for the Juvenile Institutions department of the Corrections Administration from December of 1998 until December of 2011. Enclosed is a copy of my appointment and severance notices. I also enclose a check stub and an account statement from the Commonwealth (both of them old, of course) so that you can corroborate this information. If you need further information, please contact me immediately, although I believe you can confirm any additional information directly with the agency for which I worked.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I hope that you can take my objection to the Omnibus Objection under consideration, given the circumstances explained above.

Sincerely,

[signature]

Joel Negrón Guzmán

Cc:     Attorney of the Supervision Board
           Proskauer Rose LLP
           Eleven Times Square
           New York, NY, 10036-8299
           Attn.: Martin J. Bienenstock
           Brian S. Rosen

           Attorney of the Creditors' Committee
           Paul Hastings LLP
           200 Park Avenue
           New York, NY 10166
           Attn.: Luc. A. Despins
           James Bliss
           James Worthington
           G. Alexander Bongartz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| I. Accounting Symbols | | | | | | | Commonwealth of Puerto Rico<br>CENTRAL OFFICE OF PERSONNEL ADMINISTRATION<br>P.O. Box 8476, Fernández Juncos Station<br>Santurce, Puerto Rico 00910<br><br>NOTICE OF APPOINTMENT AND OATH | 2. Certificate Number<br>98-92 |
|---|---|---|---|---|---|---|---|---|
| A.F. | Fund | Agency | Div. | Subdiv. | Assig | Obj | | 3. Certificate Date<br>21/October/1998 |
| 99 | 111 | 072 | 03 | 600 | 001 | 1110 | | |

INSTRUCTIONS: Use this form for all appointments in the Career Service and Public Trust Service. Use a separate form for each appointment. The Agency will use this form to report the date on which the employee began to provide services. Therefore, it should not be submitted before the person begins work. Section 20, "Oath", must be signed by the employee in the space provided. Submit this document together with the Personal History (OCAP-1), Medical Examination (OCAP-12), Requirements Verification Certification (OCAP-29), Individual Declaration and Birth Certificate. Distribution: The original is kept by the agency, the first and second copies by O.C.A.P., the third copy by the Treasury Department (Accounting), the fourth copy by the Employee Association, the fifth by Retirement Systems, the sixth by the employee.

| 4. Employee Name:<br>**NEGRON         GUZMAN         JOEL**<br>(Father's last name)   (Mother's last name)   (Given name)<br>In the case of a married woman, follow this order:<br>(1) Paternal last name followed by the preposition "DE"<br>(2) Husband's last name and (3) Given name | 5. Name as it appears in Social Security<br>**JOEL NEGRON GUZMAN** | 6. Sex<br>[X] M   [ ] F |
|---|---|---|
| | 7. Social Security Number<br>**2381** | |

| 8. Employee's Address:<br>**P O BOX 1115**<br>**VILLALBA PUERTO RICO 00766** | 9. Agency, Division, Business Unit or Division, Section or Unit and Town<br>**JUVENILE INSTITUTION ADMINISTRATION**<br>**HUMACAO DETENTION CENTER** | |
|---|---|---|
| 10. Position Classification Title<br>**JUVENILE SERVICES OFFICER I** | 11. Class Number<br>**3111** | 12. Position Number<br>**16898** |

| 13. Appointment type<br>[ ] Regular    [X] Probationary    [ ] Temporary    RETIREMENT: 8.275%<br><br>[ ] Public trust service _____<br>*(specify legal provision that incudes the position in public trust service)* | 14. Monthly salary: **$1,059.00**<br><br>Differential _____<br><br>Total $ |
|---|---|

| 15. Effective date of appointment<br>**NOVEMBER 20, 1998** | 16. Expiration date of probation period or appointment<br>**NOVEMBER 19, 1999** |
|---|---|
| 17. Previous holder of position<br>**VACANT** | 18. Position Classification Title |

18. Signature of appointing authority or authorized representative:
**MIGUEL ANGEL RIVERA          ADMINISTRATOR          NOVEMBER 20, 1998**
Signature          Title          Date

20.          OATH OF LOYALTY AND ENTRY INTO OFFICE OR EMPLOYMENT

I, **JOEL NEGRON GUZMAN**, SS. No. ___  **23** years of age, **MARRIED**, **JUVENILE SERVICE OFFICER** I, and
(Name of officer or employee)       (Age)       (Married or Single)  (Name of position or employment)
resident of **VILLALBA**, do solemnly swear that I will uphold and defend the Constitution of the United States and the Constitution
(Town)
and Laws of the Commonwealth of Puerto Rico against all enemies, foreign or domestic; that I shall be faithful to them and adhere to them; and that I take on this obligation freely and without any mental reservations or intention to evade it; and that I shall carry out the duties of the position or employment that I am about to exercise well and faithfully, so help me God.

*November 20, 1998*                              [signature of Joel Negrón Guzmán]
(date)                                            (Signature of Employee or Officer)

Affidavit No. **592**

Signed and sworn before me by **JOEL NEGRON GUZMAN**, whose personal information is that described above, whom I witness that I know personally or that I have identified by means of his Driver's License.

In **HATO REY**, Puerto Rico, this **20**th of **NOVEMBER** of **1998**.

[notary stamp of MARIA DE LOS ANGELES QUIÑONES [illegible]]          [signature]
                                                                       Signature, Seal, and Address of the Notary Public
                                                                       or Official Authorized to administer the Oath

FOR THE EXCLUSIVE USE OF OCA:

| 21. Received at OCAP: | 22. Appointment approved or recorded by: | 23. Date |
|---|---|---|
| | /NT | |

J. 9-29-02-159-400-B-41-mar 92-IGPR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF PUERTO RICO

Department of Corrections and Rehabilitation

Juvenile Institutions Administration

February 3, 2012

Joel Negrón Guzmán
Carr. 514 Box Semil
Buzón 8607
Villalba, Puerto Rico 00766

Mr. Negrón Guzmán:

By way of December 21, 2011 letter, I notified you of our intention to order your severance from the regular position that you hold as Juvenile Services Officer I in the Social Treatment Center of Villalba. This is due to the fact that the Juvenile Institutions Administration granted you the maximum allowable period to protect your status and the rights to which you were entitled as established in Act 45 of April 18, 1935, "Worker Compensation Act of the State Insurance Fund Corporation", Article 5(a), as you were reported to have been on sick leave since October 13, 2010.

In the aforementioned letter, you were informed of your right to request in writing an Informal Administrative Hearing before the Official Disciplinary Action Examiner within a period of fifteen (15) days after receiving the notice. This period elapsed and you did not request such a hearing.

Act 184 of August 3, 2004, the "Commonwealth of Puerto Rico Human Resources in Public Service Administration Act", provides as follows:

Article 6    Human Resources Administration

Section 6.6    Retention Provisions

Item 9.    "Severance from service may be ordered, without such severance constituting a disciplinary action or dismissal, in the following circumstances:

    a.    …………
    b.    …………

P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175

Phone (787) 273-6464 * Fax (787) 765-8329



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Joel Negrón Guzmán
Page 2

> c. when the employee is disabled due to a workplace accident and under medical treatment with the State Insurance Fund for a period greater than twelve (12) months following the date of the accident, in accordance with Article 5-A of Act No. 45 of April 18, 1935, as amended, the "Workplace Accident Compensation Act". The employee will be notified of this action and advised of his or her right to request an administrative hearing.

The Collective Bargaining Agreement of the Federation of Custody Officers is in harmony with the provisions of the aforementioned legislation.

After evaluating your case, and based on the authority conferred by the November 21, 2011 Reorganization Plan No. 2, "Reorganization Plan of the Department of Corrections and Rehabilitation," you are hereby advised that you are separated from the position that you hold as a Juvenile Services Officer I, effective upon your receipt of this communication.

If you do not agree with this decision, you have the right to file an appeal before the Public Service Appeals Commission, PO Box 13934, San Juan PR 00908-3934 within a period of fifteen (15) working days, beginning on the date you receive this communication. You must notify us and send us a copy of every written document that you file with the Commission.

Sincerely,

[signature]

Jesús González Cruz, Lcdo.
Secretary
[handwritten initials]
MOT/CIC

cc. Kelvin Merced Vega
Federation of Custody Officials
Personnel File



P.O. BOX 19175, SAN JUAN, PUERTO RICO 00910-9175

Phone (787) 273-6464 * Fax (787) 765-8329

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Juvenile Institutions Admin. | | Payment Group: | SM -Biweekly | Notice #: | 3229264 |
|---|---|---|---|---|---|
| Calle Bolivia #60, Esquina Chile | | From: | 08/16/2010 | Notice Date: | 08/30/2010 |
| Hato Rey, PR 00910 | | To: | 08/31/2010 | | |

| JOEL NEGRON GUZMAN | Employee #: | [redacted] 2381 | TAX DATA | Federal | PR |
|---|---|---|---|---|---|
| PO BOX 1115 | Dept: | 072020-Shelter | Marital Status: | | Head of Household |
| VILLALBA, PR 00766 | Place: | Social Treatment Center Ponce | Claims: | 0 | 3 |
| SS: [redacted] -2381 | Title: | Juvenile Service Officer I | Add'l. %: | | |
| | Salary: | $2,177.00 Monthly | Add'l. Amt.: | | |

| HOURS AND INCOME | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | Accrued | | | | |
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of Regular salary | | | 1,088.50 | 1,297.50 | 17,416.00 | FED FICA Med Hospital Ins/EE | 15.78 | 284.87 |
| Comp. Time-Regular | | | 0.00 | | 2,230.49 | Fed OASD/Disability – EE | 67.48 | 1,218.08 |
| | | | | | | PR Withholding | 30.99 | 674.28 |
| Total: | | | 1,088.50 | 1,297.50 | 19,646.49 | Total: | 114.25 | 2,177.23 |

| DEDUCTIONS | | | GENERAL DEDUCTIONS | | | EMPLOYER BENEFITS PAID | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
| GPR Retirement Plan | 90.07 | 1,441.12 | AE-Commonw. Emp Assoc.-Reg. Ben. | 65.07 5.50 | 1,041.12 66.00 | SM-First Med. Health Plan | 130.00 100.96 | 780.00 1,615.36 |
| | | | SM-First Medical Health Plan | 97.75 | 1,564.00 | GPR Retirement Plan | 36.46 | 658.09 |
| | | | RC-Pers Ret. Benef. Cen-E Clasif | 14.64 | 234.24 | FSED Disability Plan | 0.00 | 250.00 |
| | | | AS-FED OFFICIALS CUSTODY PR Savings-AEELA | 32.66 | 589.48 | M-First Med. Health Plan | | |
| Total: | 90.07 | 1,441.12 | Total: | 215.62 | 3,494.84 | * Taxable | | |

| | GROSS TOTAL | FEDERAL GROSS TAXES | TOTAL TAXES | TOTAL WITHHOLDINGS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,088.50 | 0.00 | 114.25 | 305.69 | 668.56 |
| Accrued: | 19,646.49 | 0.00 | 2,177.23 | 4,935.96 | 12,543.30 |

| PTO HOURS | ACCRUED | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| Initial Balance | 0.0 | | Notice #3229264 | 668.56 |
| + Accumulated: | | | | |
| - Used: | | | Total: | 668.56 |
| - Donated: | | | | |
| + Adjustments | | | | |
| Ending Balance: | 0.0 | | | |

**MESSAGE:**

| Juvenile Institutions Admin. | Date | Notice No. |
|---|---|---|
| Calle Bolivia #60 | 08/30/2010 | 3229264 |
| Esquina Chile | | |
| Hato Rey, PR 00910 | | |

**Deposit Amount:** $668.56
**To the Account(s) of** JOEL NEGRON GUZMAN
PO BOX 1115
VILLALBA PR 00766

Location: Social Treatment Center Ponce

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct. Type | Account Number | Deposit Amt. |
| Savings | | $668.56 |
| Total: | | $668.56 |

**NON-NEGOTIABLE**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Employee Association   Account Statement as of 12/31/2008       ASK FOR INFORMATION ABOUT

# aeela

Commonwealth of Puerto Rico                                      MORTGAGE LOANS, IRAs,
PO BOX 364508, San Juan, P.R. 00936-4508                          MASTERCARD AND AEELA
                                                                   INSURANCE POLICIES

**Name**
NEGRON GUZMAN JOEL

| **Social Security** | **Agency** | | |
|---|---|---|---|
| XXX-XX-2381 | JUVENILE INSTITUTIONS ADMINISTRATION | | |
| **SAVINGS QUOTE DATE** | (12/01/1998) | **SAVINGS** | **DIVIDENDS** |
| **STARTING BALANCES** | (01/01/2008) | $ 5,453.97 | $ 1,080.61 |
| **ACCRUED, PERIOD 01/01/2008 to 12/31/2008** | | $ 761.28 | $ 324.49 |
| **ENDING BALANCES** | (12/31/2008) | $ 6,215.25 | $ 1,405.10 |
| | * TOTAL SAVINGS AND DIVIDENDS | | $ 7,620.35 |

| LOAN | DATE | LOAN NO. | AMOUNT | AMORTIZATION | LAST AMORT. | BALANCE* | RENEW ON: |
|---|---|---|---|---|---|---|---|
| **DE\*\*** | 10/07/2008 | 1324090 | $ 712.25 | | | $ 724.02 | |
| **GE** | 09/25/2007 | 1170761 | $ 7,200.00 | $ 130.14 | 12/31/2008 | $ 5,918.16 | 09/2008 |
| | | | * TOTAL DEBTS | | | $ 6,642.18 | |

*We are the Force That Moves Puerto Rico!*
\* Balances subject to review. \*\*This loan cannot be amortized and its balance reflects accrued interest. If you have any debt with the Association, your savings and dividends reflect this. For your insurance coverage to be honored, your payments must be up to date. Our phone number is 787-641-4075.

[signature]
**PABLO CRESPO CLAUDIO**
**EXECUTIVE DIRECTOR**

**ZMROECF 8300**

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Joel Negrón Guzmán
Ext. Estancias del Mayoral
101 Calle Vinaza
Villalba, PR 00766



FEB 0 4 2020
USPS

Abogado del Comité de Acreedores
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc. A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 71072-1 DN 10721**

Signed this 5th of June 2022

_____
Andreea I. Boscor

