# EXHIBIT 5

Response to Omnibus Objection Case-17 BK-03283-LTS

Antonio Juan Marrero Borges

HC 01 Box 6482

Santa Isabel, PR 00757

787-601-1510

March 7, 2002

The reason for this Response is because as heir to my father Mr. Juan Marrero Ortiz, who was employed by the Corporación Azucarera of PR, from Case 17 BK03283-LTS with claim number 169726, I believe that I should be compensated with the benefits that he never received for time worked at said Corporation and any other benefit to which he was entitled and which was not paid to him.

Very respectfully submitted,

[handwritten:] *Antonio Marrero*
Antonio Juan Marrero Borges

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Antonio Juan Hernan Borges
HC-01 Box 6442
Lou 74 Isabel PR 00757

Secretaris
Tribunal d Distrito de los E.U.
Sala 150 Edificio Federal
San Juan P.R. 00918-1767

00918-240550

SAN JUAN PR 009
7 MAR 2022 PM 1 L

2022 MAR -9 PM 5:57
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

FOREVER

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 169726 DN 20288**

Signed this 27th of May 2022

_____

Andreea I. Boscor

