# EXHIBIT 6

# RESPONSE TO OMNIBUS OBJECTION



**I. CONTACT INFORMATION**

Name:  _Xilma M. Acosta Díaz_

Mailing Address:  _J7 Avenida San Patricio_

_Apto. PH-D Guaynabo, P.R. 00968_

Contact Phone Home:  _787-783-6077_          Cell  _787-698-5582_

**II. CAPTION**

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

    Evidence by proof of claim numbers:

    #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

    #94067 – June 6, 2008 Pay Scale Act – Step Increases

    #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

        Act 164 (2004) of Ms. Sila Calderón – effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III.      The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 "Romerazo" – Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

IV. SUPPORTING DOCUMENTATION

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Puerto Rico, from the <u>21st</u> of <u>May</u> of <u>1979</u> through the present: <u>17th</u> of <u>January</u> of <u>2022</u>. As such, my claim is made under the applicable laws that cover these years of service working at Puerto Rico Telephone Company (Commonwealth).

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>*Xilma M. Acosta Díaz*</u>
Printed name

<u>  [signature]  </u>
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

**XILMA M ACOSTA DIAZ**

**XXX-XX-3807 SOC SEC**

For the employee referenced above, we certify the following:

- ➢ She joined PRT/Claro effective 05/21/1979.

- ➢ At present, she works as an active regular employee.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, September 14, 2020.

[signature]

Julie C. Coredro Ríos
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176183 DN 19884**

Signed this 5th of June 2022

_____

Andreea I. Boscor

