# EXHIBIT 7

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: *Keirry del C Alvarez Martinez*

Mailind Address   *20 Rio Cañas Abajo*
                  *Juana Diaz, PR 00795-9122*

Contact Phone Home: *787-260-1774*     Cell   *787-313-7195*

Claim Number *174504*

**II. Caption**

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Claim Number _____
   Act 89 – Uniform Compensation, effective July 12, 1979

   Claim Number     *174504*
   Act 89 – *Romerazo*, effective July 1, 1995

**III. The court should not grant the Omnibus Objection, because these are amounts owed based on the following laws passed by the government of the Commonwealth of Puerto Rico during the years in which PRTC was an agency of the Government (Commonwealth):**

   Act 89 – Uniform Compensation – July 12, 1979
   Act 89 – *Romerazo* – Effective July 1, 1995

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _1st_ of _December_ of _1986_ through the _31st_ of _May_ of _2019_. I finished my career as a _Service Representative III_ at Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth.

The Puerto Rico Telephone Company is an agency that belonged to the Commonwealth of Puerto Rico (Commonwealth) until 1999. In that year the governor in office, Dr. Pedro Rosello, sold the agency and it became a private entity.

As such, I do not agree with my claim being rejected because it is demonstrated that it was an agency of the government.

Claim is made under the applicable laws that cover these years of service. Enclosed are documents in support of this claim.

Should any additional information or documents be needed, please contact me.

_Keirry del C Alvarez Martines_
Printed name


[signature] _8/1/2022_
Signature

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

### IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Alvarez Martinez, Keirry del Carmen | 174504 | 7/28/2020 | Commonwealth of Puerto Rico | $15,600.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings. | | | |

### SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Alvarez Martinez, Keirry del Carmen | 174504 | 7/28/2020 | Commonwealth of Puerto Rico | $15,600.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

CERTIFICATION

KEIRRY D ALVAREZ
XXX-XX-9463

For the former employee indicated above, we certify the following:

- She began working with PRT/Claro on December 1, 1986.

- She worked as a regular employee until June 1, 2019.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, June 30, 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174504 DN 19827**

Signed this 31st of May 2022



_____

Andreea I. Boscor

