# EXHIBIT 8

RESPONSE TO OMNIBUS OBJECTION        [stamp, illegible]

I. CONTACT INFORMATION

Name: *José Pérez Andino (Claim ID 175048)*

Mailing Address
 *Urb El Comandante*
   *Calle Cecilio Lebron 958*
   *San Juan*
   *Puerto Rico 00924*

Contact Phone Home: 787-374-1616       Cell

II. Caption

   A. Clerk's Office
      United States District Court
      Room 150 Federal Building
      San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al.
(Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello –
 effective July 2002
    Act 164 (2004) of Ms. Sila Calderón –
effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III. The court should grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

    Act 89 "Romerazo" – Effective July 1, 1995

    June 6, 2008 Pay Scale Act – Step Increases

    Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

    Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

IV. Supporting Documentation

    Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Caparra, Puerto Rico, from the <u>10th</u> of <u>December</u> of <u>1984</u> through the *present day* _____ of _____ of _____ . I ended my career as a <u>Customer Service Coordinator BCC</u> with the Puerto Rico Telephone Company, Caparra, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

    Enclosed are documents in support of this claim.

    Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Should any additional information or documents be needed, please contact me.

    <u>*José Pérez Andino*    *(17048)*</u>
    Printed name


    <u> [signature]                    </u>
    Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth until 1999, when it was sold by the governor in office at the time, who belonged to the party in power. As such, I do NOT agree to my claim being dismissed; the basis of my claim is money owed for wage increases under laws that were enacted during the time that the PRTC belonged to the Government of Puerto Rico (Commonwealth). This is the basis of my claim.

Thank you for your attention to this matter.


Name: _José Pérez Andino_____Claim ID (17048)_____


Signature: _____[signature]_____


Name of claim: _____17 BK 03283 – LTS_____
2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

José Pérez
Urb. El Comandante
Calle Cecilio Lebrón 958
San Juan PR 00924

SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerks' Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175048 DN 19888**

Signed this 5th of June 2022

_____

Andreea I. Boscor

