# EXHIBIT 9

RESPONSE TO OMNIBUS OBJECTION            [stamp, illegible]

## I. CONTACT INFORMATION

Name: _William Narvaez Burgos (Claim # 175054)_

Mailing Address  _Parque San Miguel_
_C2 Calle 2_
_BAYAMON_
_PUERTO RICO_
_00959-4208_

Contact Phone Home:  _787-313-3338_            Cell

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts unpaid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
        Act 164 (2004) of Ms. Sila Calderón – effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

III.     The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

IV. Supporting Documentation

   Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Caparra, Puerto Rico, from the _28th_ of _June_ of _1976_ through the _1st_ of _August_ of _2009_.
   I ended my career as a  _Translation Technician_

   with the Puerto Rico Telephone Company, Caparra, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

   Enclosed are documents in support of this claim.

   Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Should any additional information or documents be needed, please contact me.


        _William Narvaez Burgos_
   Printed name


        [signature]
   Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth until 1999, when it was sold by the governor in office at the time, who belonged to the party in power. As such, I do NOT agree to my claim being dismissed; the basis of my claim is money owed for wage increases under laws that were enacted during the time that the PRTC belonged to the Government of Puerto Rico (Commonwealth). This is the basis of my claim.

Thank you for your attention to this matter.


Name: _____*William Narváez Burgos*_____


Signature: ____[signature]_____ *Claim 175054*_____


Name of claim: _____17 BK 03283 – LTS_____
2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**I. CONTACT INFORMATION**

Name:  *William Narvaez Burgos  (Claim 175054)*

Mailing Address        *Parque San Miguel*
                                   *C2 Calle 2*
                                   *Bayamon   PR   00959-4208*

Contact Phone Home:  *NA*                          Cell    *787-313-3338*

**II. Caption**

A. Clerk's Office
          United States District Court
          Room 150 Federal Building
          San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 –June 6, 2008 Pay Scale Act – Step Increases

   #966821 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
              Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not rule in favor of the Omnibus Objection, because these amounts are owed based on the passing of the following laws by the government of the Commonwealth of Puerto Rico:**

   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, from the <u>28th</u> of <u>June</u> of <u>1976</u> through the <u>1st</u> of <u>August</u> of <u>2009</u>. I ended my career as a <u>Translation Technician</u> with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, [cut off]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

William Narvaez
Parque San Miguel
C2 Calle 2
Bayamon, PR 00959-4208



SAN JUAN PR 009
18 JAN 2022 PM 1 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175054 DN 19891**

Signed this 5th of June 2022

_____

Andreea I. Boscor

