# EXHIBIT 10

# RESPONSE TO OMNIBUS OBJECTION

## I. CONTACT INFORMATION

Name: _Heriberto Colón Correa_

Mailing Address    _1 Vía Pedregal Apto. 704 Encantada_

_Trujillo Alto, Puerto Rico 00976_

Contact Phone Home:  _787-391-3911_         Cell  _787-615-5956_
                                                  _787-760-3911_

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection relating regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the *3rd* of *November* of *1986* through the *1st* of *October* of *2021*. I ended my career as an *Accountant II* with Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

*Heriberto Colón Correa*
Printed name


[signature]
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**My objection is for the following reason:**

**The Puerto Rico Telephone Company belonged to the Commonwealth until 1999, when it was sold by the governor in office who belonged to the ruling party at that time. As such, I do NOT agree with my claim being dismissed; the basis of my claim is money owed for wage increases under laws that were enacted during the time that the PRTC belonged to the Government of PR (Commonwealth). This is the basis of my claim. Thank you for your attention to this matter.**

**Signature:**  [signature]

**Claim number**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



HUMAN RESOURCES

DEPARTMENT OF EMPLOYEE COMPENSATION AND BENEFITS

RECORDS SECTION

## CERTIFICATION OF EMPLOYMENT

| | |
|---|---|
| Employee Name | : **HERIBERTO COLON CORREA** |
| Employee Number | : **0001746** |
| Position | : **ACCOUNTANT III** |
| Hiring Date | : **03/11/1986** |
| Department | : **COMPTROLLER** |
| Wage | : **$44,204.68**       ANNUAL |
| Employee Status | : **REGULAR**     Shift:   **FULL-TIME** |
| Payroll Status | : **NON-EXEMPT** |
| Car Allowance YTD | : **$0.00** |

**2012** Christmas Bonus: **$2,994.34**    The percentage of the Christmas Bonus approved for this year is **8.0** %.

This certificate has an official raised seal that confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **April 22, 2013**.

[signature – *Madeline Cruz Santiago*]

EMPLOYEE RECORDS SUPERVISOR
OR REPRESENTATIVE

[raised seal, illegible]

Telephone: (787) 706-6399

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175966 DN 19832**

Signed this 2nd of June 2022

_____

Andreea I. Boscor

