# EXHIBIT 12

## RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name:  *Marta F Colón*

Mailing Address          *1567 New Garden Rd*
                                    *Apt 2E Greensboro NC 27410*

Contact Phone Home: _____   Cell  *336-509-8004*
*Claim Number 175627*


II. Caption


A. Clerk's Office
        United States District Court
        Room 150 Federal Building
        San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

        Evidence by proof of claim numbers:
                *Act 124 – wage increase – July 1993*
        #49762 – Act 89 – *Romerazo* – Effective July 1, 1995
                *Act 89 – Uniform compensation – July 1979*
        #94057 –June 6, 2008 Pay Scale Act – Step increases

        #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
                Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
        *Act 124 – wage increase – July 1973*
        Act 89 "Romerazo" – Effective July 1, 1995
        *Act 89 – Uniform compensation – July 1979*
        June 6, 2008 Pay Scale Act – Step increases

        Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

        Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## IV. Supporting Documentation

*Claim # 175665*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~ *Carolina*, Puerto Rico, from the <u>*6th*</u> of <u>*July*</u> of <u>*1971*</u> through the <u>*4th*</u> of <u>*Sept*</u> of <u>*1999*</u>. I ended my career as a ____*Service Representative*_____

with the Puerto Rico Telephone Company, ~~Ponce~~ *Carolina*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


*Marta F Colon*_____
Printed name


__[signature]_____
Signature


*PS: I do not agree with my claim being dismissed, given that the PRTC was an agency of the Commonwealth until 1999, when it was sold by Governor Pedro Roselló. The grounds for my claim are based on money owed for wage increases under laws that were enacted during the time that the PRTC belonged to the Government of PR.*

*Respectfully, Marta F. Colón*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

**CERTIFICATION**

**MARTA F COLON**

**XXX-XX-3348**

For the former employee referenced above, we certify the following:

➢ She began working with PRT/Claro effective 07/06/1971.

➢ She worked as a regular employee through 09/04/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Saturday, January 15, 2022.

***Abigail Alejandro González**_

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*31/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175627 DN 19852**

Signed this 31st of May 2022

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

