# EXHIBIT 13

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: *Marina Crispín Santiago*

Mailing Address   *P.O. Box 987*
*Luquillo, PR 00773*

Contact Phone Home: _____   Cell  *347-514-0242*

*Claim Number: 176233*

II. Caption

A. Clerk's Office
  United States District Court
  Room 150 Federal Building
  San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

  Evidence by proof of claim numbers:
  *Act 124 – 1973 Wage Increase*
    #49762 – Act 89 – *Romerazo* – Effective July 1, 1995
  *Act 89 – 1979 Uniform Compensation*
    #94057 –June 6, 2008 Pay Scale Act – Step Increases

    #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
       Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
  *Act 124 – 1973 Wage Increase*
    Act 89 "Romerazo" – Effective July 1, 1995
  *Act 89 – 1979 Uniform Compensation*
    June 6, 2008 Pay Scale Act – Step Increases

    Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

    Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, *Fajardo*, Puerto Rico, from the <u>28th</u> of <u>October</u> of <u>1971</u> through the <u>1st</u> of <u>May</u> of <u>1992</u>. I ended my career as a <u>  *Supervisor*                                                       </u>
with the Puerto Rico Telephone Company, *Fajardo*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>*Marina Crispín Santiago*                   </u>
Printed name

<u>  [signature]                        </u>
Signature

*PS: The PRTC was an agency of the government until 1999, when it was sold by the governor in office at the time and it became a private agency.*

*My claim is based on money owed for wage increases under laws that were enacted during the years that the PRTC belonged to the Commonwealth.*

*I hope you will consider my claim.*

*Sincerely,*

[signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

**MARINA CRISPIN SANTIAGO**

**XXX-XX-1838**

For the former employee referenced above, we certify the following:

➢ She joined PRT/Claro effective 10/28/1971.

➢ She worked as a regular employee through 05/01/1992.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Saturday, September 12, 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176233 DN 20133**

Signed this 5th of June 2022

_____

Andreea I. Boscor

