# EXHIBIT 14

January 10, 2022

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Alba Nydia Garcia Ortiz_

Mailing Address: _108-H6 Calle 75 Villa Carolina_
_Carolina, PR 00985_

Contact Phone Home: _(787) 545-5815_      Cell _1-908-723-1825_

**II. Caption** Case # 175486

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Number of proofs of claim:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 –June 6, 2008 Pay Scale Act – Step Increase

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

   *Act 124        Wage increase July 1973*
   Act 89 "Romerazo" – Effective July 1, 1995
   *Act 89         July 1979 Uniform Compensation*
   June 6, 2008 Pay Scale Act – Step Increase

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Case # 175486*

## IV. Supporting Documentation

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~ Carolina, Puerto Rico, from the <u>18th</u> of <u>April</u> of <u>1972</u> through the <u>1st</u> of <u>June</u> of <u>1999</u>. I ended my career as a _____ with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Should any additional information or documents be needed, please contact me.


<u>*Alba Nydia Garcia Ortiz*</u>
Printed name


<u>[signature]              </u>
Signature


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*January 10, 2022*

*United States District Court*
*Room 150 Federal Building*
*San Juan, Puerto Rico 00918-1767*

*Due to the fact that Puerto Rico Telephone Co. was government until the Governor of Puerto Rico, Dr. Pedro Roselló sold the company in the year 1999.*

*This money is owed in wage increases from laws that were enacted during the time that the Puerto Rico Telephone Co. was an agency of the Government of Puerto Rico.*

*This is our claim for money owed.*

*I remain,*

*[signature]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Case # 175486     Alba N. Garcia Ortiz*

*(787) 545-5815*

*Act 124     (1973)*

*1999*
*1973     x     1,200     =     31,200*
*26 years*


*Act 89     (1979)*

*1999*
*1979     x     1,200     =     24,000*
*20 years*


*Act 89     (1995)   Romerazo*

*1999*
*1995     x     1,200     =     4,800*
*4 years*


*Total $60,000*
*dollars*

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175486 DN 19883**

Signed this 2nd of June 2022

_____

Andreea I. Boscor

American Translators Association
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

