# EXHIBIT 15

[stamp:] RECEIVED
2022 JAN 18 PM 5:00
CLERK'S OFFICE [illegible]

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Nelson Heredia Alvarez_

Mailing Address _103 Calle Caparra_

_Cataño PR 00962_

Contact Phone Home: _____ Cell _(787) 312-9457_

II. Caption _Claim # 176410_

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

    Number of proofs of claim:
        *Act 89 – Uniform Compensation – July 1979*
    #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

    #94057 – June 6, 2008 Pay Scale Act – Step Increases

    #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
        Act 164 (2004) of Mrs. Sila Calderón – effective January 2004

III. The court should not rule in favor of the Omnibus Objection, because these amounts are owed based on the passing of the following laws by the government of the Commonwealth of Puerto Rico:
    *Act 89 – Uniform compensation – July 1979*
    Act 89 "Romerazo" – Effective July 1, 1995

    June 6, 2008 Pay Scale Act – Step Increases

    Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~ *Levittown*, Puerto Rico, from the <u>*11th*</u> of <u>*November*</u> of <u>*1974*</u> through the <u>*4th*</u> of <u>*September*</u> of <u>*1999*</u>. I finished my career as a <u>    *Splicer*                    </u> with the Puerto Rico Telephone Company, ~~Ponce~~ *Levittown*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>*Nelson Heredia Alvarez*            </u>
Printed name


<u>  [signature]                    </u>
Signature


*PS I do not agree with my claim being considered for dismissal, given that the PRTC was a government agency until 1999, when it was sold by the governor in office at the time, and it became private. The basis of my claim is money owed for wage increases under laws enacted during the time that the PRTC belonged to the Commonwealth.*

*Respectfully,*

<u>[signature]    </u>

*Nelson Heredia Alvarez*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

**NELSON HEREDIA ALVAREZ**

**XXX-XX-3891**

For the former employee referenced above, we certify the following:

- ➢ He began at PRT/Claro effective 11/11/1974.

- ➢ He worked as a regular employee through 09/04/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on 9/20/2020.

<u>Abigail Alejandro González</u>

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176410 DN 19825**

Signed this 2nd of June 2022

_____

Andreea I. Boscor

