# EXHIBIT 18

**RESPONSE TO OMNIBUS OBJECTION**

[stamp:] RECEIVED [;] 2022 JAN 14 PM 2:52 [illegible]

**I. CONTACT INFORMATION**

Name: *Milagros Morales Hernández*

Mailing Address *Urbanización Camino del Mar #1037*
*Via Playera, Toa Baja, PR 00949*

Contact Phone Home: ____________ Cell *787-627-2210*

**II. Caption**

*Claim 175529*

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:
*Act 89, July 1979 – Uniform Compensation*
#49762 – Act 89 – *Romerazo* – Effective July 1, 1995
*Act 124, July 1973 – Wage Increase*
#94057 –June 6, 2008 Pay Scale Act – Step Increases

#966821 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant he Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

*Act 89, July 1979 – Uniform Compensation*
Act 89 "Romerazo" – Effective July 1, 1995
*Act 124, July 1973 – Wage Increase*
June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

*Claim 175529*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, *Toa Baja*, Puerto Rico, from the *2nd* of *February* of *1970* through the *4th* of *January* of *2000*. I ended my career as a *Frame Worker* with the Puerto Rico Telephone Company, *Toa Baja*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

*Milagros Morales Hernandez*
Printed name

[signature] *January 11, 2022*
Signature

*PS The PRTCO was a Government Agency until 1999, when it was sold by the Governor in office at the time, Dr. Pedro Roselló. My claim is based on money owed for wage increases under laws that were enacted during the year that PRTCO belonged to the Commonwealth of Puerto Rico. I hope my claim will be reconsidered.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

**CERTIFICATION**

**MILAGROS MORALES**
**XXX-XX-1987**

For the former employee referenced above, we certify the following:

- She joined PRT/Claro effective 02/02/1970.
- She worked as a regular employee until 01/04/2000.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, January 4, 2022.

***Abigail Alejandro González***
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175529 DN 19800**

Signed this 5th of June 2022

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

______________________

Andreea I. Boscor

