# EXHIBIT 19

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name:  *Fredesvinda Ortiz Otero*

Mailing Address   *Cond. The Towers Plaza*
                  *10 Calle Las Rosas Apt. 1702*
                  *Bayamon, P.R. 00961*

Contact Phone Home: _____   Cell  *787-980-0213*

II. Caption   *# 176244*

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:
   *Act 89 July 1979 – Uniform Compensation*
   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
            Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
   *Act 89 July 1979 Uniform Compensation*
      Act 89 "Romerazo" – Effective July 1, 1995

      June 6, 2008 Pay Scale Act – Step Increases

      Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

      Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

*Claim # 176244*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the <u>20th</u> of <u>December</u> of <u>1976</u> through the <u>1st</u> of <u>July</u> of <u>2007</u>. I ended my career as a _____
with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>Fredesvinda Ortiz Otero – January 13, 2022</u>
Printed name


  _[signature]_____
Signature


> *PS: The PRTCO was an agency of the government until 1979, when it was sold by the governor in office at the time, Dr. Pedro Rosselló.*
>
> *The basis of my claim is based on money owed for wage increases under laws that were enacted during the years that PRTCO belonged to the Commonwealth of P.R. I hope you will consider my claim.*



# CERTIFICATION

**FREDESVINDA ORTIZ**
**XXX-XX-2350**

For the former employee referenced above, we certify the following:

➢ She joined PRT/Claro effective 12/20/1976.

➢ She worked as a regular employee through 07/01/2007.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Wednesday, January 12, 2022.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

From:
Fredesvinda Ortiz Otero
10 Calle Las Rosas Apt 1702
Cond. The Towers Alga 00961

To: Clerks office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CERTIFIED MAIL

7020 1810 0000 3753 3761

$ 007.38
JAN 13 2022
MAILED FROM ZIP CODE 00961

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176244 DN 19821**

Signed this 5th of June 2022

_____

Andreea I. Boscor

