# EXHIBIT 20

[stamp:] RECEIVED 2022 JAN 14 PM 2:52
CLERK'S OFFICE
US DISTRICT COURT SAN JUAN, PR

RESPONSE TO OMNIBUS OBJECTION

I. Contact Information

Name:   *Jacqueline Rosado Colón*

Address: *Urb. Sombras del Real Calle El Caobo #360*

          *Coto Laurel, PR 00780*

Telephone:   *787-615-6793*

*Claim Number: 174471*

II. Caption

A. Clerk's Office

United States District Court

Room 150 Federal Building

San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection referring to the request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

#49762 – Act 89 – Romerazo – Effective July 1, ~~1996~~ *1995*

#94057 –June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III.   The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 "Romerazo" – Effective July 1, ~~1996~~ *1995*

June 6, 2008 Pay Scale Act – Step Increases

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

IV. Supporting Documentation

*Puerto Rico Telephone Company*
Enclosed are documents evidencing the years of service with the ~~Department of Education~~ of Puerto Rico from the *5th* of *December* of *1988* through the *3rd* of *November* of *2019* (    years) working as a *Service Representative III – CAC at the Puerto Rico Telephone Company, Commonwealth of Puerto Rico*. Claim is made under the applicable laws that cover these years of educational service.

Enclosed are documents in support of this claim.

*1. Certification of Employment with the Puerto Rico Telephone Company of the Commonwealth of Puerto Rico.*

PS:      *The Puerto Rico Telephone Company was an agency of the government until 1999, when the governor in office at the time sold it. That was when it became a private agency. As such, the basis of my claim is for money owed for pay raises from laws that were signed during the period in which the PRTC was still owned by the government of the Commonwealth of P.R. Thank you.*

*and Covid-19*
Due to the recent emergency situation in Puerto Rico caused by earthquakes, the responses are being sent on this date. Please contact me if any additional information or documentation is needed.

*[signature]*_____
*Jacqueline Rosado Colón*

*787-615-6793*_____
*Telephone*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



HUMAN RESOURCES

DEPARTMENT OF EMPLOYEE COMPENSATION AND BENEFITS

RECORDS SECTION

### CERTIFICATION OF EMPLOYMENT

Employee Name            : **JACQUELINE ROSADO COLON**

Social Security Number   : XXX-XX- **9411**

Employee Number          : **0007832**

Position                 : **SERV REP III-CAC**

Hiring Date              : **05/12/1988**

Department               : **CAC-PONCE MALL**

Wage                     : **$39,000.00**          ANNUAL

Employee Status          : **REGULAR**        Shift:   **FULL-TIME**

Payroll Status           : **UNION**

Car Allowance YTD        : **$0.00**


**2017 Christmas Bonus: $2,339.97**        The percentage of the Christmas Bonus approved
for this year is **6.0** %. **Up to a maximum of $2,500.00**


This certificate has an official raised seal that confirms as correct the information obtained from the employee's personnel records. In Guaynabo, Puerto Rico on **August 6, 2018**.


[signature]

EMPLOYEE RECORDS SUPERVISOR
OR REPRESENTATIVE


**Telephone: (787) 706-6355, 706-6342**

**Email: certificacion_empleo@claropr.com**


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*28/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174471 DN 19801**

Signed this 28th of May 2022



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

