# EXHIBIT 21

# RESPONSE TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name [handwritten:] *Gladys Santos Martínez*

Mailing Address    *Box 46 Mercedita, PR 00715*

Contact Phone Number Home  *787-290-0177*       Cell  *787-918-0177*

       *Claim Number # ~~194107~~*

II. Proceedings       *174107*

A. Clerk's Office
      United States District Court
      Room 150 Federal Building
      San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection relating to request for money not paid by the Commonwealth of Puerto Rico:

      Proof of claim numbers:
            *Act 124 – July – 1973 – Pay raise*
      #49762 – Act 89 – Romerazo – Effective July 1, 1995
            *Act 89 – July – 1979 – Uniform compensation*
      #94057 – June 6, 2008 Pay Scale Act – Step increases

      #98821 – Act 98 (2002) of Dr. Pedro Rosello – effective July 2002
          Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
      *Act 124  July 1973  Pay Raise*
      Act 89 "Romerazo" – Effective July 1, 1995
      *Act 89 – 1979   Uniform Compensation*
      June 6, 2008 Pay Scale Act – Step increases

      Act 98 (2002) of Dr. Pedro Rosello – effective July 2002

      Act 184 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV. Supporting Documentation

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico from the _21st_ of _August_ of _1972_ through _through_ of _July 1, 2002_ of _____. I ended my career as a __test man_____ at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents as evidence of this claim.

Due to the recent emergency situation in Puerto Rico caused by earthquakes and COVID-19, the responses are being sent on this date. Please contact me if any additional information or documentation is needed.


_Gladys Santos Martínez_____
Printed name


[signature]_____, _Feb 4, 2002_
Signature

   *PS*

   *The PR Telephone Co. was an agency of the government of P.R. until 1999, when the*

*governor in office at the time sold it. The basis of my claim relates to money owed for pay raises*

*under laws that were signed during the years that the PRTC belonged to the government of P.R.*


                                        *Thank you*
                                        *for your attention*
                                        *to this matter,*

                                        *[cancelled]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

### GLADYS SANTOS MARTINEZ
### XXX-XX-8193

For the former employee referenced above, we certify the following:

➢ She joined PRT/Claro effective August 21, 1972.

➢ She worked as a regular employee through July 1, 2002.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Friday, June 19, 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*27/MAY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174107 DN 20061**

Signed this 27th of May 2022



Andreea Boscor
Spanish into English
Certification #525556

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

