# EXHIBIT 22

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Alicia Beniquez Toro_

Mailing Address   _16304 Scaup Duck Ave Brooksville_
                  _FL_

Contact Phone Home: _[cancelled]_        Cell _(856) 777-3222_

**II. Caption**
   *Claim # 175665*
A. Clerk's Office
   United States District Court          [stamp:] RECEIVED
   Room 150 Federal Building             2022 JAN 10 PM 5:56
   San Juan Puerto Rico 00918-1767       CLERK'S OFFICE [illegible]

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:
   *Act 89 - July - 1979 - Uniform compensation*
   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
   *Act 89 - July - 1979 - Uniform compensation*
   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### IV. Supporting Documentation

*Claim # 175665*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the 26th of March of 1979 through the 1st of May of 2012. I ended my career as an     Allocator                                                                                                with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


*Alicia Beniquez Toro     1-5-2022*
Printed name


  [signature]
Signature

*PS The PRTCo. was a government agency until 1979, when it was sold by the Governor in office at the time, Dr. Pedro Roselló. My claim is based on money owed for wage increases under laws that were enacted during the years the PRTCo belonged to the Commonwealth of P.R. I hope my claim will be reconsidered.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

**ALICIA BENIQUEZ TORO**

**XXX-XX-5258**

For the former employee referenced above, we certify the following:

- ➢ She joined PRT/Claro effective 03/26/1979.

- ➢ She worked as a regular employee through 05/01/2012.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on 9/10/2020.

**Abigail Alejandro González**

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175665 DN 19729**

Signed this 5th of June 2022

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

