# EXHIBIT 23

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

[stamp:] RECEIVED
2022 JAN 18 PM 5:00
CLERK'S OFFICE
[illegible]

Name: _Lillian I. Torres Orraca_

Mailing Address _4908 Brightstar Lane_
_Columbus, GA 31907_

Contact Phone Home: _N/A_   Cell _(706) 888-0353_

Claim No.: 176310

II. Caption

A. Clerk's Office
  United States District Court
  Room 150 Federal Building
  San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

  Evidence by proof of claim numbers:
    *Act 89 – Uniform Compensation July 1979*
  #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

  #94057 –June 6, 2008 Pay Scale Act – Steps Increases

  #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
    Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
  *Act 89 – Uniform Compensation July 1979*
  Act 89 "Romerazo" – Effective July 1, 1995

  June 6, 2008 Pay Scale Act – Steps Increases

  Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

  Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

*Roosevelt 1515*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, from the <u>6th</u> of <u>March</u> of <u>1974</u> through the <u>4th</u> of <u>June</u> of <u>2003</u>. I ended my career as an <u>Executive Officer II</u>
with the Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service. *Roosevelt 1515*

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>Lillian I. Torres Orraca</u>
Printed name


<u>  [signature]                    </u>
Signature


*PS: The Puerto Rico Telephone Company was an agency of the Commonwealth of Puerto Rico until 1999. The governor in office from the Political Party that was in power privatized it. For this reason, I do NOT agree with my claim being dismissed due to the fact that my claim is based on money owed for wage increases under laws enacted during the time that the Puerto Rico Telephone Company was still an agency of the Commonwealth.*

*Respectfully,*

[signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

# CERTIFICATION

## LILLIAN I. TORRES ORRACA
## XXX-XX-6263

For the former employee referenced above, we certify the following:

- She joined CCPR effective 03/06/1974.
- She joined PRT/Claro effective 05/05/1994.
- She worked as a regular employee through 06/21/2003.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, September 15, 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*





**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176310 DN 19826**

Signed this 5th of June 2022

_____

Andreea I. Boscor

[ATA Seal: Andreea Boscor, Spanish into English, Certification #525556, Certified Translator. Verify at www.atanet.org/verify]

