# EXHIBIT 24

# RESPONSE TO OMNIBUS OBJECTION

## I. CONTACT INFORMATION

Name: *Emerina Torres Torres*

Mailing Address  *Valle del Rey*
*Calle Lineal #4718*
*Ponce, Puerto Rico 00728-3515*

Contact Phone Home:  787-290-1129        Cell     978-305-5083

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #966821 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _2nd_ of _May_ of _1961_ through the _1st_ of _May_ of _1992_. I ended my career as a _____microwaves service assistant_____ with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Should any additional information or documents be needed, please contact me.


_Emerina Torres Torres_____
Printed name


[signature]_____
Signature

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

Esmerina Torres Torres
Valle del Rey
Calle Lineal # 4718
Ponce, Puerto Rico 00728-3515

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

SAN JUAN PR 009
18 JAN 2022 PM 2 L



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176046 DN 19878**

Signed this 5th of June 2022

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

