# EXHIBIT 25

# RESPONSE TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: Carmen D. Valdez Peralta

Mailing Address: PO Box 193604
San Juan, PR 00919-3604

Contact Phone Home: 787-982-2471    Cell: 787-341-9566

II. Caption

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#966821 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 "Romerazo" – Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV.     Supporting Documentation

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Caparra, Puerto Rico, from the <u>23rd</u> of <u>April</u> of <u>1984</u> through the <u>28th</u> of <u>February</u> of <u>2019</u>. I ended my career as an <u>Administrative Assistant</u> at Puerto Rico Telephone Company, Caparra, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico caused by earthquakes and COVID-19, the responses are being sent on this date. Please contact me if any additional information or documentation is needed.

<u>Carmen D. Valdez Peralta</u>
Printed name


<u>[signature]</u>
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

My objection is for the following reason:

The Puerto Rico Telephone Company belonged to the Commonwealth until 1999 when the governor in office at the time sold it. As such, I do NOT agree to my claim being rejected; the basis of my claim is amounts owed for pay raises under laws that were signed during the period when PRTC belonged to the Government of Puerto Rico (Commonwealth). I base my claim on this.

Thank you for your attention to this matter.

Name:     Carmen D. Valdez Peralta

Signature:     [signature]

Name of Claim:     17 BK 03283 – LTS

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



October 14, 2021

**TO WHOM IT MAY CONCERN:**

We certify that **Ms. Carmen D Valdez Peralta** was retired effective March 1, 2019, under the "Puerto Rico Telephone Company Consolidated Retirement Plan for Salaried and Hourly Employees". Mrs. Valdez Peralta receives a monthly lifetime pension of **$1,127.64**.

We issue this certification at the request of Ms. Valdez Peralta.

Sincerely,

[signature]
**Karen Quintero Vélez**
Administrative Manager
Pension Plans

emms

**Department of Human Resources**
**Pensions Division**
**PO Box 360998 San Juan, PR 00936-0998**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Carmen D. Valdez
PO Box 193604
San Juan, PR 00919-3604

SAN JUAN PR 009
18 JAN 2022 PM 2 L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan PR 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 174966 DN 19881**

Signed this 5th of June 2022

_____

Andreea I. Boscor

