# EXHIBIT 26

# RESPONSE TO OMNIBUS OBJECTION



**I. CONTACT INFORMATION**

Name:  _Maria I. Velázquez Vázquez_

Mailing Address     _Apto B 201 Cond. Villas Isla Verde_
_Carolina PR 00979_

Contact Phone Home:  _NA_          Cell   _787-376-7281_

**II. Caption** *Claim number # 175171*

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:
        *Act #124 – Pay raise – July 1973*
   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995
        *Act 89 – Uniform Compensation – July 1979*
   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #966821 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
            Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**
   *Act 124 – Salary Raise – July 1973*
   Act 89 "Romerazo" – Effective July 1, 1995
   *Act 89 Uniform Compensation – July 1979*
   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

### IV. Supporting Documentation

*1959*

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~ *Carolina*, Puerto Rico, from the *25*[th] of *November* of *1959* through the ___ of *1992 – 1*[st] of *May*. I ended my career as a *Sales Department Analyst* with the Puerto Rico Telephone Company, ~~Ponce~~ *Carolina*, Puerto Rico, Commonwealth.

The Puerto Rico Telephone Company is an agency that belonged to the Commonwealth of Puerto Rico (Commonwealth) until 1999. In that year the governor in office, Dr. Pedro Roselloo, sold the agency and it became a private entity.

As such, I do not agree with my claim being rejected because it is demonstrated that it was an agency of the government.

Claim is made under the applicable laws that cover these years of service. Enclosed are documents in support of this claim.

Should any additional information or documents be needed, please contact me.

*Maria I. Velázquez*
Printed name


[signature] *January 12, 2022*
Signature

*PS See attached specification*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

*P. Rico Tel. Comp. is an agency that belonged to the Commonwealth of P.R. 1999. It was in that year that the governor in office at the time sold it and it became private. For this reason, I do not agree with my claim being cancelled, due to the fact that said claim is based on money owed under laws that were enacted during the period that P.R.T.C. was an agency of the Commonwealth.*

*Thank you.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

Exhibit A
CLAIMANT RESPONSE FORM

*Claim No.* **175171**     *Creditor Name:* **Velazquez, Maria Isabel**

| | |
|---|---|
| (1) Full Name | *Maria I. Velázquez Vázquez* |
| (2) Telephone Number | *787-314-6867 and 787-376-7281* |
| (3) Employee Number | --- |
| (4) Agency and Dates of Service. If you have been employed by more than one agency please identify the agency or agencies related to your claim and the dates when you were employed for each agency. | *P.R. Tel. Comp.* |
| (5) Personal Email Address | *danielsen.marie@yahoo.com* |
| (6) Social Security Number (last four digits) | *0556* |
| (7) Administrative or judicial case number, if applicable | Include the number of any administrative and/our court case you have filed and that is directly related to the benefits claimed in the Proof of Claim *17 BK/3283 LTS* |
| (8) Describe in detail the nature and grounds based on which you believe you are entitled to the benefit claimed. **Enclose additional pages if needed.** | *The claim is for money owed for wage increases under laws that were enacted during the time when the PRTC belonged to the government of Puerto Rico, Commonwealth.* *Act 124 – 1973 Wage Increase* *and Act 89 – 1979 Uniform Compensation* |

*** Attach any supporting documentation you may have related to you claim. ***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

Case:17-03283-LTS Doc#:19802 Filed:01/14/22 Entered:01/18/22 10:19:25 Desc: Main Document Page 5 of 5

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

Exhibit 26 Page 7 of 10

Exhibit A
Employee Response Letter

*Claim No.* **175171**  *Creditor Name:* **Velazquez, Maria Isabel**

| | | |
|---|---|---|
| (1) | Full Name | |
| (2) | Telephone Number | |
| (3) | Employee Number | |
| (4) | Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) | Personal Email Address | |
| (6) | Social Security Number (last four digits). | |
| (7) | Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.) |
| (8) | Describe in detail the nature and basis of your Claim. **Please add additional pages**, **if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***


170328300199762

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Velazquez, Maria Isabel | 175171 | 9/8/2020 | Commonwealth of Puerto Rico | $55,200.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Velazquez, Maria Isabel | 175171 | 9/8/2020 | Commonwealth of Puerto Rico | $55,200.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175171 DN 19802**

Signed this 5th of June 2022

_____

Andreea I. Boscor

