# EXHIBIT 27

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name:  _Leticia Velez_

Mailing Address      _5803 Citadel Drive_
_Orlando, FL 32839_

Contact Phone Home: _____  Cell  _(321) 417-2734_

II. Caption
   _Claim # 175665_
A. Clerk's Office
   United States District Court           [stamp:] RECEIVED
   Room 150 Federal Building              2022 JAN 18 PM 5:01
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:
     _Act 89 July 1979 – Uniform compensation_
   #49762 – Act 89 – _Romerazo_ – Effective July 1, 1995
       _Act 124 – July 1973 wage increase_
   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
       Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
   _Act 89 July 1979 – Uniform compensation_
   Act 89 "Romerazo" – Effective July 1, 1995

   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, ~~Ponce~~ *San Juan*, Puerto Rico, from the *1st* of *October* of *1970* through the *23rd* of *January* of *1995*. I ended my career as a _____ at Puerto Rico Telephone Company, ~~Ponce~~ *San Juan*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

  *Leticia Velez – 1/11/2022*
Printed name


  [signature]
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

# CERTIFICATION

**LETICIA VELEZ**

**XXX-XX-0284**

For the former employee referenced above, we certify the following:

➢ She joined PRT/Claro effective 10/01/1970.

➢ She worked as a regular employee until 01/23/1995.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, September 14, 2020.

<u>*Milly Benítez*</u>
Human Resources Representative
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176054 DN 19829**

Signed this 5th of June 2022

_____

Andreea I. Boscor

