# EXHIBIT 28

[stamp:] RECEIVED
2022 JAN 11 PM 4:21
CLERK'S OFFICE [illegible]

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _María Teresa Ydrach Vivoni_

Mailing Address   _PO BOX 7 9844 Carolina, Puerto Rico   00984 – 9844_

Contact Phone Home: _------------_   Cell _(787) 390-0395_

*Claim # 175538*

II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:
     *Act 124 – Wage increase – July – 1973*
   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995
     *Act 89 Uniform compensation*
   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
             Act 164 (2004) of Mrs. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

   *Act 124 – Wage increase – July 1973*
   Act 89 "Romerazo" – Effective July 1, 1995
   *Act 89 – Uniform compensation – July 1979*
   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Mrs. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*PS: The Puerto Rico Telephone Co. was an agency of the government of the Commonwealth of PR until 1999, when it was sold by the governor in office at the time, Dr. Pedro Rosselló, and it became a private agency. As such, I do <u>not</u> agree with my claim being dismissed, because the laws were enacted during the years of service that I am claiming. The PRTC belonged to the government of the Commonwealth of PR. [illegible]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, *Cataño* ~~Ponce~~ *Cataño*, Puerto Rico, from the <u>2nd</u> of <u>April</u> of <u>1973</u> through the <u>1st</u> of <u>March</u> of <u>1999</u>. I ended my career as an <u>Office Clerk Typist</u> with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~education~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>  MARIA TERESA YDRACH VIVONI         </u>
Printed name


<u>  [signature]                        </u>
Signature


*PS: The Puerto Rico Telephone Co. was an agency of the government of the Commonwealth of PR until 1999, when it was sold by the governor in office at the time, Dr. Pedro Rosselló, and it became a private agency. As such, I do <u>not</u> agree with my claim being dismissed, given that the laws were enacted [illegible] claiming money owed for wage increases under laws that were enacted during the years when the Telephone Company was government [illegible]*

### Eighth Administrative Reconciliation Status Notice

| Claim Number | Type of Claim (Pension/Retiree, Tax Refund, Public Employee, Grievance) | Date Transferred into ACR | Responsible Agency | Claim Review Started? (Y/N) | Explanation for Delay in Review (Over 60 Days) | Complete Administrative File? (Y/N) | Initial Determination Complete? (Y/N) | Explanation for Initial Determination Extension (Beyond 90 Days) | Claimant Appeal from Initial Determination? (Y/N) | Status of Appeal | ACR Claim Resolved? (Y/N) | Date of Resolution | Payment Date, if applicable (within 120 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175538 | Public Employee | 5/4/2021 | Puerto Rico Telephone Company | Y | N/A | N | N | Information Request letter sent to claimant; response received and being reviewed. | N | N/A | N | TBD | TBD |

To view the Debtors' full Eighth Administrative Reconciliation Status Notice, please visit https://cases.primeclerk.com/puertorico/. To obtain an electronic or hard copy of the Eighth Administrative Reconciliation Status Notice, please contact Prime Clerk at (844) 822-9231 (toll Free for the U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PuertoRicoInfo@primeclerk.com.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

### MARIA T. YDRACH VIVONI
### XXX-XX-1814

For the former employee referenced above, we certify the following:

- ➢ She joined PRT/Claro effective 04/02/1973.

- ➢ She worked as a regular employee through 03/01/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Wednesday, September 9, 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Human Resources Representative
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

[emblem] *Commonwealth of Puerto Rico*
*GOVERNMENT AND JUDICIARY EMPLOYEES'*
*RETIREMENT SYSTEMS ADMINISTRATION*
*Apartado 42003, Estación Minillas, Santurce, PR 00940*

**APR 8,1996**

```
MRS. MARIA T YDRACH VIVONI
PO BOX 1843
OLD SAN JUAN STATION
SAN JUAN PR 00902

AGENCY: P.R. TELEPHONE
SOCIAL SECURITY:
```

Dear Mrs. Yorach:

This is in reference to your letter requesting information from this System regarding your years of service.

Pursuant to the evidence in our possession, as of June 30, 1995, you have accumulated 22.50 years of service with this System.

    Periods covered:

    From April 2, 1973, to June 30, 1995

If there are no interruptions in your service subsequent to June 30, 1995, on September 30, 2002, you will complete 30.00 years of service.

We kindly ask that you contact this System as soon as possible in the event that this information does not match your records.

Cordially,

Nancy Carmona Rodríguez
Interim Director
Participants Division

[signature]
Nilda Rojas Rojas
Interim Supervisor
Account Statement Section

/sbs

Ave. Ponce de León #437, Esq. Matienzo Cintrón, Parada 32 1/2, Hato Rey, P.R.

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175538 DN 19753**

Signed this 5th of June 2022

_____

Andreea I. Boscor

