# EXHIBIT 29

**RESPONSE TO OMNIBUS OBJECTION**

I. CONTACT INFORMATION

Name: **Wanda I. Pérez López**

Mailing Address: **290 Sector Santa Clara**

**Cidra, Puerto Rico 00739**

Contact Phone Home: ____________________ Cell: **(787) 690-9715**

II. Caption

A. Clerk's Office

United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: **17 BK 3283 – LTS**

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

Act 89 – *Romerazo* – July 1, 1995

June 8, 2008 Pay Scale Act – Step Increases

Act 96 (2002) – Dr. Pedro Roselló – effective July 2002

Act 164 (2004) – of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 – *Romerazo* –July 1, 1995

June 8, 2008 Pay Scale Act – Step Increases

Act 96 (2002) – of Dr. Pedro Roselló – effective July 2002

Act 164 (2004) – of Ms. Sila M. Calderón – effective 2003, January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the University of Puerto Rico Cayey Campus, Cayey, Puerto Rico, **from December 5, 1988 through September 30, 2020**. I ended my career as an Administrative Secretary at the University of Puerto Rico Cayey Campus, Cayey, Puerto Rico. Claim is made under the applicable laws that cover these years of service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

*Wanda I. Pérez López*
Printed name

[signature]
Signature

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[seal:] UNIVERSITY OF PUERTO RICO AT CAYEY
1967

UNIVERSITY OF PUERTO RICO IN CAYEY
HUMAN RESOURCES OFFICE

# CERTIFICATION

**To whom it may concern:**

I hereby certify that Wanda I. Pérez López, with social security number Redacted worked at the University of Puerto Rico at Cayey from December 5, 1988, through September 30, 2020. Ms. Pérez held the position of Administrative Secretary IV within the Cultural Activities office.

Certificate issued at the request of the interested party, on this 24th of March of 2022, in Cayey, Puerto Rico.

[seal:] UNIVERSITY OF PUERTO RICO AT CAYEY
1967

[signature]

Enérida Rodríguez Matos
Interim Director

Current Status:
[ ] Active Service
[ ] Leave
[X] Other

PO Box 372230 Cayey, PR 00737-2230

Phone (787) 738-2161, ext. 2016, 2037, 2040 – recursos_humanos.cayey@upr.edu

*Equal Opportunity Employer*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Wanda I Pérez López
290 Sector Santa Clara
Cidra, P.R 00739










Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 175574 DN 20472**

Signed this 5th of June 2022

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

________________________

Andreea I. Boscor

