# EXHIBIT 30

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _William Lopez Torres_

Mailing Address    _Las Flores Apartments_
                   _H30 Calle 1 Apt. #1_
                   _Juana Diaz, P.R. 00795_

Contact Phone Home: _(787) 260-1313_    Cell _(787) 487-5335_

Claim number: _17BK3283-LTS_

**II. Caption**

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection relating to request for amounts not paid by the Commonwealth of Puerto Rico:

   Claimant number _178015_
   Act 89 – Uniform Compensation, effective July 12, 1979

   Claimant number _178015_
   Act 89 – "Romerazo", effective July 1, 1995

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico during the years in which PRTC was an agency of the Government (Commonwealth)

   Act 89 – Uniform Compensation – July 12, 1979
   Act 89 – "Romerazo" – Effective July 1, 1995

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the <u>*14th*</u> of <u>*August*</u> of <u>*1978*</u> through the <u>*1st*</u> of <u>*May*</u> of <u>*2009*</u>. I finished my career as an <u>  *Allocations Inspector – PRTC – Commonwealth*                        </u>
at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth.

The Puerto Rico Telephone Company is an agency that belonged to the Commonwealth of Puerto Rico until the year 1999, when it was sold by the governor in office at the time, Dr. Pedro Rosello, and it became a private entity.

As such, I do not agree to my claim being dismissed, because it has been demonstrated that it was an agency of the government.

Claim is made under the applicable laws that cover these years of service. Enclosed are documents in support of this claim.

Please contact me should any additional information or documents be needed.


<u>*William López Torres*            </u>
Printed name


  <u>[signature]                       </u>
Signature


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Lopez Torres, William | 178015 | 7/24/2020 | Commonwealth of Puerto Rico | $28,800.00 |
| **Treatment:** | *Claim to be Disallowed* | | | |
| **Reason:** | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Lopez Torres, William | 178015 | 7/24/2020 | Commonwealth of Puerto Rico | $28,800.00 |
| **Tratamiento:** | *Reclamo a ser desestimado* | | | |
| **Base para:** | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

**WILLIAM LOPEZ TORRES**

**XXX-XX-6542**

For the former employee referenced above, we certify the following:

- ➢ He began at PRT/Claro effective August 14, 1978.

- ➢ He worked as a regular employee through May 1, 2009.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, July 7, 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178015 DN 19824**

Signed this 2nd of June 2022

_____

Andreea I. Boscor

