# EXHIBIT 31

*Page 1 of 2*

# RESPONSE TO OMNIBUS OBJECTION



## I. CONTACT INFORMATION

Name: _Yazmín Martínez Cole_

Mailing Address: _#30 C/ Juan C. Borbón Apt. 311_
_Guaynabo P.R. 00969-5320_

Contact Phone Home: _____ Cell _(787) 390-1439_

Claim #: _177243_

## II. Caption

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

   Evidence by proof of claim numbers:

   #49762 – Act 89 – *Romerazo* – Effective July 1, 1995
       *Act 89 – Uniform Compensation – Effective 1979*
   #94057 – June 6, 2008 Pay Scale Act – Step Increases

   #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
       Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

   Act 89 "Romerazo" – Effective July 1, 1995
   *Act 89 – Uniform Compensation – Effective 1979*
   June 6, 2008 Pay Scale Act – Step Increases

   Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

   Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Page 2 of 2

IV. Supporting Documentation

YMC

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, *S.J.*, Puerto Rico, from the <u>16th</u> of <u>May</u> of <u>1988</u> through the <u>14th</u> of <u>January</u> of <u>2002</u>. I ended my career as a <u>Wireless Service Sales Consultant II</u> with Puerto Rico Telephone Company, *S.J.*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of educational service.

YMC

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>Yazmín Martínez Cole</u>
Printed name


  [signature]    <u>01/17/22</u>
Signature


P.S.

In 1988 I became a regular employee of the Communications Corporation of P.R. (CCPR). This agency belonged to the <u>Commonwealth of P.R.</u> (i.e., the government) and was merged in 1994 with the Puerto Rico Telephone Company (PRTC), also an agency that belonged to the <u>Commonwealth of P.R.</u> It was not until 1999 that the governor in office at the time, Dr. Pedro Roselló, sold it and it became private.

The basis of my claim is that under the laws mentioned above on the first page of this document, I am owed money according to the dates when these were created and while I worked for the (CCPR) and (PRTC), as mentioned here.

This is money owed <u>based on wage increases</u>. For this reason, I do not agree with my petition being dismissed.

I thank you for your consideration of this matter.        Sincerely,

                                                                                           [signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

## YAZMIN MARTINEZ COLE
## XXX-XX-4018

For the former employee referenced above, we certify the following:

- ➢ She joined CCPR effective 05/16/1988.

- ➢ She joined PRT/Claro effective 05/05/1994.

- ➢ She worked as a regular employee through 01/14/2002.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Wednesday, October 7, 2020.


[signature]

*Abigail Alejandro González*
Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*5/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177243 DN 19886**

Signed this 5th of June 2022

_____

Andreea I. Boscor

