# EXHIBIT 32

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: _Olga I. Santiago Arce_

Mailing Address     _Ed B Apt B12 San Alfonso Ave_

_San Juan, P.R. 00921_

Contact Phone Home: _____   Cell _787-374-4564_

Claim No.: _177932_

**II. Caption**

A. Clerk's Office
  United States District Court
  Room 150 Federal Building
  San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of Puerto Rico:

  Number of proofs of claim:
  *Act 89 – Uniform Compensation - July 1979*
  #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

  #94057 – June 6, 2008 Pay Scale Act – Step Increases

  #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
      Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
  *Act 89 – Uniform Compensation - July 1979*
  Act 89 "Romerazo" – Effective July 1, 1995

  June 6, 2008 Pay Scale Act – Step Increases

  Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

  Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing the years of service with the Puerto Rico Telephone Company, *San Juan*, Puerto Rico, from the <u>8th</u> of <u>August</u> of <u>1979</u> through the <u>1st</u> of <u>September</u> of <u>2010</u>. I ended my career as a <u>   Data, Allocations, Dispatch                             </u> with the Puerto Rico Telephone Company, *San Juan*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


<u>Olga I Santiago Arce            </u>
Printed name


  <u>[signature]                       </u>
Signature


*PS: The PRTC was an agency of the Government of P.R. until 1999, when it was sold by the governor in office at the time. That was when it became private. The basis of my claim is money owed for wage increases under laws that were enacted during the years that the PRTC belonged to the government of P.R. (Commonwealth).*

*Respectfully,*

[signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

**OLGA I SANTIAGO ARCE**

**XXX-XX-1512**

For the former employee referenced above, we certify the following:

➢ She began at PRT/Claro effective 08/06/1979.

➢ She worked as a regular employee through 09/01/2010.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Tuesday, February 8, 2022.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177932 DN 20121**

Signed this 2nd of June 2022

_____

Andreea I. Boscor

