# EXHIBIT 33

February 18, 2022

[ink stamp, illegible]

To whom it may concern:

I hereby certify that I, Salvador S. Rivera Peña, am the plaintiff in Claim #177761, and I report that I worked in the fields of the Corporación Azucarera for around 6 years, and on heavy equipment for around 10 years. In light of this, I send this letter.

The demand is for just and reasonable payment given the profits earned by the Corporación Azucarera in the suit for the lands corresponding to this Corporation and at the time I worked for the Corporación Azucarera. As such, claim is filed for $60,000 in seeking just compensation for the work performed.

Sincerely,

Salvador S. Rivera Peña
[signature]



990123401013845

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

From: Salvador S. Rivera Peña
H.C-03- Box 6156
Humacao, P.R. 00791-9512

SAN JUAN PR  009
4 MAR 2022 PM 1  L

USA • FOREVER

To: Clerk's Office
United States District Court
# 150 Chardon Avenue
Federal Building
San Juan, P.R. 00918

00918-171399

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177761 DN 20270**

Signed this 2nd of June 2022

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

