# EXHIBIT 34

RESPONSE TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name:  *María de los Angeles Serrano Vazquez # 177092*

Mailing Address        *Urb. Valle Tolima   Calle Nelson Millan*
                        *# B-21 Caguas, PR 00727*

Contact Home Phone: _____ Cell  *939-213-0660*

II. Caption

A. Clerk's Office
        United States District Court
        Room 150 Federal Building
        San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS                    [stamp:] RECEIVED   2022 JUN 13 [illegible]

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

        Evidence by proof of claim numbers:
        *Act 124 – 1973 Pay raise*
        *Act 89 – 1979 Uniform Compensation*
        #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

        #94057 –June 6, 2008 Pay Scale Act – Step Increases

        #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
                Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on
the following laws passed by the government of the Commonwealth of Puerto Rico:
        *Act 124 – 1973 Pay raise*
        *Act 89 – 1979 Uniform Compensation*
        Act 89 "Romerazo" – Effective July 1, 1995

        June 6, 2008 Pay Scale Act – Step Increases

        Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

        Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## IV. Supporting Documentation

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, ~~Ponce~~ *Caguas*, Puerto Rico, from the *1st* of *December* of *1971* through the *1st* of *March* of *1999*. I ended my career as a __*Regular PRTC Employee*_____ with the Puerto Rico Telephone Company, ~~Ponce~~ *Caguas*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


*María de los Angeles Serrano Vazquez*
Printed name


 [signature]_____
Signature



PS
To whom it may concern:
I, Maria de A. Serrano Vázquez, began working on December 1, 1971, and ended my career on March 1, 1999. I am making this claim because I believe it is unfair for them to say that I am not in said claim for laws that were passed during the period I worked for the Commonwealth of Puerto Rico. When I started at the agency that at the time was called the Communication Authority of the Commonwealth of Puerto Rico, later its name was changed to the communication corporation of the Commonwealth of Puerto Rico, when I began at the agency, later the name was changed to the PRTC of the Commonwealth of Puerto Rico. I worked for the PRTC for 28 years, during that time I qualified for three of the Laws. Act 124-1973 pay raise, Act 89-1979 Uniform compensation,
Act 89-1995 The *Romerazo,*
said laws were enacted while I was working for the PRTC of the Commonwealth of Puerto Rico.

For these reasons, I do not agree with my claim being cancelled, because the basis or reasons for my claims relates to money owed under certain laws that were enacted during the period that the PRTC of the Commonwealth of Puerto Rico was an agency that belonged to the Commonwealth of Puerto Rico.
Thank you for your attention.
Sincerely

[signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

## MARIA A SERRANO VAZQUEZ
## XXX-XX-4325

For the former employee referenced above, we certify the following:

➢ She joined CCPR effective 12/01/1971.

➢ She joined PRT/Claro effective 05/05/1994.

➢ She worked as a regular employee through 03/01/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on 6/2/2022.

Abigail Alejandro

González

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177092 DN 21234**

Signed this 14th of July 2022

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

