# EXHIBIT 35

RESPONSE TO OMNIBUS OBJECTION

[handwritten:] # *177099*

I. CONTACT INFORMATION
Name: *Sylvia Vila Solano*

Mailing Address   *Urb. Santa Juana 2 Calle 13, Casa M – 8, Caguas, PR 00725*

Contact Phone Home: *787-743-0192*   Cell *787-374-7023*

II. Caption

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

    Evidence by proof of claim numbers:
    *Act 89 – 1979 Uniform Compensation*
    #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

    #94057 – June 6, 2008 Pay Scale Act – Step Increases

    #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
        Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
    *Act 89 – 1979 Uniform Compensation*
    Act 89 "Romerazo" – Effective July 1, 1995

    June 6, 2008 Pay Scale Act – Step Increases

    Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

    Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _15th_ of _November_ of _1976_ through the _1st_ of _March_ of _1999_. I ended my career as a __Regular PRTC Employee__ with the Puerto Rico Telephone Company, ~~Ponce~~ *Caguas*, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

_Sylvia Vila Solano_
Printed name


  _[signature]_
Signature


PS
To whom it may concern:
I am Sylvia Vila Solano, I began working on November 15, 1976 CCPR of the Commonwealth of Puerto Rico, and ended my career with the PRTC of the Commonwealth of Puerto Rico on March 1, 1999. I am making this claim because I know it is unfair for them to say that I am not in said claim for laws that were passed during the period I worked for the Commonwealth of Puerto Rico. When I started at the agency that at the time was called the Communication Authority of the Commonwealth of Puerto Rico, later its name was changed to the communication corporation of the Commonwealth of Puerto Rico, when I began at the agency, later the name was changed to the PRTC of the Commonwealth of Puerto Rico. I worked for the PRTC for 23 years, during that time I qualified for two of the Laws.
Act 89-1979 Uniform compensation,
Act 89-1995 The *Romerazo,*
said laws were enacted while I was working for the PRTC of the Commonwealth of Puerto Rico.

For these reasons, I do not agree with my claim being cancelled, because the basis or reasons for my claims relates to money owed for certain laws that were enacted during the period that the PRTC of the Commonwealth of Puerto Rico was an agency that belonged to the Commonwealth of Puerto Rico.
Thank you for your attention.
Sincerely

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

**SYLVIA VILA SOLANO**
**XXX-XX-0218**

For the former employee referenced above, we certify the following:

- ➢ She joined CCPR effective 11/15/1976.
- ➢ She joined PRT/Claro effective 05/05/1994.
- ➢ She worked as a regular employee through 03/01/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on 6/2/2022.

<u>Abigail Alejandro</u>
<u>González</u>

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177099 DN 21235**

Signed this 20TH of July 2022

_____

Andreea I. Boscor

