# EXHIBIT 36

## RESPONSE TO OMNIBUS OBJECTION

### I. CONTACT INFORMATION

Name: *Regina Cruz Dávila      #177218*

Mailing Address        *P.O. Box 8447*

*Humacao, PR 00791*

Contact Home Phone: *787-656-8286*      Cell *508-873-1968*

### II. Caption

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Docket Number: 17 BK 3283 – LTS

D. Omnibus Objection relating to request for amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:
*Act 89 – 1979 - Uniform Compensation*
#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
*Act 89 – 1979 Uniform Compensation*
Act 89 "Romerazo" – Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## IV. Supporting Documentation

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _12th_ of _August_ of _1974_ through the _3rd_ of _March_ of _1999_. I ended my career as a _Regular PRTC Employee_ with the Puerto Rico Telephone Company, ~~Ponce~~ *Caguas*, Puerto Rico, Commonwealth. This claim is being made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


_Regina Cruz Dávila_
Printed name


 [signature]
Signature



PS
To whom it may concern:
I, Regina Cruz Dávila, am making a claim; I began with the agency that was called the Communications Authority of the Commonwealth of Puerto Rico at the time; later its name was changed to the communications corporation of the Commonwealth of Puerto Rico in 1974, when I began with the agency; later the name was changed to the PRTC of the Commonwealth of Puerto Rico. I worked for the PRTC for 25 years and, during that time certain laws were passed to which I am entitled for two of those Laws.
Act 89-1979 Uniform compensation,
Act 89-1995 The *Romerazo,*
said laws were enacted while I was working for the PRTC of the Commonwealth of Puerto Rico.

For these reasons, I do not agree with my claim being cancelled, because the basis or reasons for my claims relate to money owed under certain laws that were enacted during the period that the PRTC of the Commonwealth of Puerto Rico was an agency that belonged to the Commonwealth of Puerto Rico.
Thank you for your attention.
Sincerely,

[signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

**CERTIFICATION**

**REGINA CRUZ DAVILA**

**XXX-XX-9442**

For the former employee referenced above, we certify the following:

➢ She joined CCPR effective 08/12/1974.

➢ She joined PRT/Claro effective 05/05/1994.

➢ She worked as a regular employee through 03/01/1999.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on 6/2/2022.

<u>Abigail Alejandro</u>

<u>González</u>

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177215 DN 21236**

Signed this 12th of July 2022

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*