# EXHIBIT 37

[stamp:] RECEIVED 2022 JUN 13 PM 4:58 [illegible]

RESPONSE TO OMNIBUS OBJECTION

[handwritten:] # *176671*

I. CONTACT INFORMATION
Name:  *Doris Díaz Gonzalez*

Mailing Address     *Urb Arbolada Calle Roble Casa E-7*
                                *Caguas, PR 00727*

Contact Home Phone: _____     Cell  *787-595-2629*

II. Caption

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Docket Number: 17 BK 3283 - LTS

D. Omnibus Objection relating to request for amounts not paid by the Commonwealth of Puerto Rico:

    Evidence by proof of claim number:

    *Act 89 – 1979 Uniform Compensation*
    #49762 – Act 89 – *Romerazo* – Effective July 1, 1995

    #94057 – June 6, 2008 Pay Scale Act – Step Increases

    #96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
            Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:
    *Act 89 – 1979 Uniform Compensation*
    Act 89 "Romerazo" – Effective July 1, 1995

    June 6, 2008 Pay Scale Act – Step Increases

    Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

    Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the _12th_ of _August_ of _1974_ through the _1st_ of _July_ of _2004_. I ended my career as a __Regular PRTC Employee__ with the Puerto Rico Telephone Company, ~~Ponce~~ *Caguas*, Puerto Rico, Commonwealth. This claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


_Doris Díaz De Gonzalez_
Printed name


_[signature]_
Signature



PS
To whom it may concern:
I will tell you a bit more, my name is Doris Díaz González, I began working on August 12, 1974 CCPR of the Commonwealth of Puerto Rico, I left the PRTC of the Commonwealth of Puerto Rico on July 1, 2004. I am making this claim because I know it is unfair for them to say that I am not in said claim for laws that were passed during the period I worked for the Commonwealth of Puerto Rico. When I started at the agency that was called the Communication Authority of the Commonwealth of Puerto Rico at the time, later its name was changed to the communication corporation of the Commonwealth of Puerto Rico, when I began at the agency, later the name was changed to the PRTC of the Commonwealth of Puerto Rico. I worked for the PRTC for 30 years, during that time I qualified under two of the Laws.
Act 89-1979 Uniform compensation,
Act 89-1995 The *Romerazo*
said laws were enacted while I was working for the PRTC of the Commonwealth of Puerto Rico.

For these reasons, I do not agree with my claim being cancelled, because the basis or reasons for my claims relate to money owed under certain laws that were enacted during the period that the PRTC of the Commonwealth of Puerto Rico was an agency that belonged to the Commonwealth of Puerto Rico.
Thank you for your attention.
Sincerely

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

### DORIS DIAZ DE GONZALEZ
### XXX-XX-3526

For the former employee referenced above, we certify the following:

- ➢ She began at PRT/Claro effective 08/12/1974.

- ➢ She worked as a regular employee through 07/01/2004.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Friday, July 23, 2021.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176671 DN 21237**

Signed this 11th of July 2022

_____

Andreea I. Boscor

