# EXHIBIT 39

[Note: handwritten text is **_in bold and italics_**].

### REPLY TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: **_Lourdes Febre Santiago_**

Mailing Address:  **_5735 Crowntree LN._**
 **_Apt 208_**
 **_Orlando, FL 32829_**

Home Telephone No.: _____   Cell No.: **_407-731-1007_**

[stamp:]
2022 NOV 14 [illegible]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

II. Caption

    A. Clerk's Office
       United States District Court
       Room 150 Federal Building
       San Juan, Puerto Rico 00918-1767

    B. Commonwealth of Puerto Rico, et al. (Debtors)

    C. Docket Number: 17-BK-3283-LTS

    D. Omnibus Objection regarding request for amounts not paid by the Commonwealth of
       Puerto Rico:

         Proof of Claim numbers

       #49762 – Act #89 – Romerazo – Effective July 01, 1995

       #94057 – Salary Scale Act – Steps, dated June 06, 2008

       #96621 – Act #96 (2002) of Dr. Pedro Rosello – effective July 2002
           Act #164 (2004) of Mrs. Sila Calderón – effective January 2004

III.  The Court must not grant the omnibus objection since the money is owed under the following
   laws passed by the government of the Commonwealth of Puerto Rico:

     Act 89 – Romerazo – Effective July 1, 1995

     Salary Scale Act – Levels, of June 6, 2008

     Act #96 (2002) of Dr. Pedro Rosello – effective July 2002

     Act #164 (2004) of Ms. Sila M. Calderón – effective January 2004

Sent from Yahoo Mail for Android

**_Case # ~~17825~~_**
       **_178025_**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Mail body: Carta Prtc

## IV. Supporting Documentation

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from **March 15, 1976** to **December 1, 2010**. I ended my employment as a **Customer Service Representative** with the Puerto Rico Telephone Company, Ponce, Commonwealth of Puerto Rico. I am filing a claim under the applicable laws covering these years of ~~educational~~ service.

Documents in support of this claim are included.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes, the responses are being sent on today's date. Please contact the undersigned should any additional information or documents be needed.


**Lourdes Febre Santiago**

Printed name

[Signature]


**Case # 178025**


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case # 178025

[Claro Logo]

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

### LOURDES FEBRE SANTIAGO
### XXX-XX-6764

For the above-referenced former employee, we certify the following:

> She joined PRT/Claro effective March 15, 1976.

> She worked as a regular employee until December 1, 2010.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico on Friday, July 10, 2020.

*Abigaíl Alejandro González*
Abigaíl Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 22884 – Claim No. 178025**

Signed this 6ᵗʰ of December 2022



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

