# EXHIBIT 40

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name:  _Arleen J. Nieves Correa_

Mailing Address    _Urb. Jardines de Gurabo #148_
                   _Calle 6 Gurabo P.R. 00778-2730_

Contact Home Phone: _____ Cell  _787-373-0297_

Claim Number: 176804
**II. Caption**                                178210

A. Clerk's Office
    United States District Court
    Room 150 Federal Building
    San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection regarding requests for amounts not paid by the Commonwealth of Puerto Rico:

Proof of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995

#94057 –June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
         Act 164 (2004) of Ms. Sila Calderón – effective January 2004

**III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:**

Act 89 *Romerazo* – Effective July 1, 1995

June 6, 2008 Pay Scale Act – Step Increases

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents demonstrating years of service with the Puerto Rico Telephone Company, ~~Ponce~~ Caguas, Puerto Rico, from the <u>16th</u> of <u>December</u> of <u>1985</u> through the <u>13th</u> of <u>February</u> of <u>2012</u>. I ended my career as a <u>      Frame Worker - Caguas                                         </u> at the Puerto Rico Telephone Company, ~~Ponce~~, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents as evidence for this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.


<u>ARLEEN J. NIEVES CORREA</u>
Printed name


<u>[signature]</u>
Signature


 PS: The basis of my claims is money that is owed for pay raises under laws that were enacted during the years that the Puerto Rico Telephone Company was an agency of the Commonwealth of P.R.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICATION

### ARLEEN J. NIEVES CORREA
### XXX-XX-0198

For the abovenamed former employee, we certify the following:

- ➢ She joined PRT/Claro effective 12/16/1985.

- ➢ She worked as a regular employee until 02/13/2012.

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Thursday, September 10, 2020.

*Abigail Alejandro González*

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JANUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 22358**

Signed this 18th of January 2023

_____

Andreea I. Boscor

