# EXHIBIT 41



Reply


Marilyn Cintrón Serrano
Urb. San Cristóbal
257 Calle Reina de Las Flores
Las Piedras P.R. 00771
Phone (787) 205-3417
marilync966@gmail.com

Attorney's Name: Francisco Beltrán Cintrón
c/o Ivonne González Morales ivonnegm@prw.net

Beltrán Cintrón
Plaintiff Group
P.O. Box 9021828
San Juan, P.R. 0090201828


I am sending you for the second time all the documentation that I submitted to make the claims for salary increases that were not given to me in the years that I worked for the Government of Puerto Rico, from 1994 to the present.


[signature]
Marilyn Cintrón Serrano
*January 13, 2022*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

February 17, 2021


Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC

Re:      Claim Number 16103 Marilyn Cintrón Serrano
         Mailing address: Urbanización San Cristóbal 1
         Calle Reina de las Flores 257
         Las Piedras PR 00771


I currently work for the Vocational Rehabilitation Administration, as a Counseling Services Technician in the Humacao Office, Caguas Region. I have been an employee of the Agency from 1994 to the present. The following required documents are attached:

-   Evidence of the years during which I have worked for the Agency is enclosed.
-   Telephone number: (787) 205-3417
-   Social Security Number: [redacted] – 9053
-   Employee Number: 12609017

The information specified is attached for the purpose of having my claim evaluated in order to take the appropriate course of action. I have sent the information that was requested on other occasions, and I have not received a reply. I would appreciate you contacting me in order to clear up any questions.

I certify that the above is correct.


[signature]
Marilyn Cintrón Serrano

Case:17-03283-LTS   Doc#:19555-1   Filed:12/17/21   Entered:12/17/21 18:07:45   Desc:
Exhibit Exhibit A   Page 2 of 7

## Four Hundred Sixth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CINTRON SERRANO, MARILYN URB SAN CRISTOBAL I 257 CALLE REINA DE LAS FLORES LAS PIEDRAS, PR 00771 | 05/16/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 16103 | $ 70,000.00* | FRANCISCO BELTRAN ET AL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Reason: This claim is duplicative of Master Claim nos. 179140 and 93199, which were filed on behalf of all plaintiffs in the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, No. KAC2009-0809 (the "Beltrán Cintrón Master Claims"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are former Department of Family Affairs ("DOFA") employees who alleged that DOFA withheld wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis.

^ Claim #93199 also contained on Exhibit A to the 337th Omnibus Claims Objection for Misclassified Claims

Page 1 of 6

\* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Seal of United Public Servants of Puerto Rico]          [Seal of United Public Servants of Puerto Rico]

**UNITED PUBLIC SERVANTS OF PUERTO RICO**
**COUNCIL 95/AFSCME**

**RETIREMENT CLAIM FORM TO BE FILLED OUT**

NAME (PRINTED): ***MARILYN CINTRON SERRANO***

Agency: ***Vocational Rehabilitation Administration***       100% UNIONIZED:        Yes ***X*** No _____

SPU LOCAL: _____          APPROPRIATE UNIT:        A ***X*** B _____

WORK SITE OR LOCATION        ***HUMACAO COUNSELING SERVICES OFFICE***

PHYSICAL ADDRESS: ***URB. SAN CRISTOBAL CASA N-17 CALLE REINA DE LAS FLORES, LAS PIEDRAS P.R.***

MAILING ADDRESS: ***URB. SAN CRISTOBAL CASA N-17 CALLE REINA DE LAS FLORES, LAS PIEDRAS P.R.***

CELL PHONE #: ***787-205-3417*** WORK PHONE #: ***787-704-0466 EXT. 6230***

OTHER TELEPHONE # WHERE WE CAN REACH YOU: _____

EMAIL: ***MARILYN@VRA.PR.GOV***

DATE OF BIRTH: ████████ ***1964***                AGE: ***49***

YEARS OF SERVICE LISTED: ***17***        YEARS OF SERVICE **NOT LISTED**: ***2***

POSITION WITHIN THE AGENCY: ***COUNSELING SERVICES TECHNICIAN***

YOU ARE SUBJECT TO RETIREMENT ACT ***447***        YOU ARE SUBJECT TO RETIREMENT ACT **1** ***X***

HAVE YOU FILED FOR RETIRMENT BEFORE JUNE 30, 2013?        YES _____        NO ***X***

HAVE YOU FILED ANY PLEADING REGARDING RETIREMENT ACT NO. 3 THROUGH AN ATTORNEY?

YES_____        NO ***X***

SIGNATURE: [signature]

DATE: ***May 24, 2013***                DELIVERED TO: AGONZALES@SPUPR.COM

**SPUPR C-95 AFSCME PO Box 13695, San Juan, PR 00908        Phone 2727222 Fax. 272-7229**
**www.spupr.com**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# GOVERNMENT OF PUERTO RICO

Fiscal Agency and Financial
Advisory Authority of Puerto Rico

February 1, 2021

Re:    Claim No. 16103                    - **RESPONSE REQUIRED**

Dear **CINTRON SERRANO, MARILYN**

Cordial greetings from the Fiscal Agency and Financial Advisory Authority (Spanish acronym: "AAFAF"). By virtue of Act No. 2-2017, the AAFAF represents the Government of Puerto Rico before the PROMESA Title III Court ("Title III Court"). You are receiving this communication because you submitted a Proof of Claim ("Claim") to the Title III Court.

As you are aware, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board of Puerto Rico, transferred your Claim to the Administrative Claims Reconciliation Proceeding in order to resolve your Claim using the existing administrative processes of the Government of Puerto Rico. The purpose of this letter is to notify you that the information you have provided so far is not sufficient for the government entity for which you work (or worked) to properly handle your Claim.

As a result, you are being asked to submit a communication in which you describe in detail the nature of your Claim. Your letter should include: (1) the telephone number where you can be contacted directly; (2) your employee number; (3) your Social Security number; (4) if your Claim was submitted to an administrative and/or judicial process, indicate the number of the administrative or judicial case, or both; and (5) all documentation supporting your claim. If you have a pending administrative or legal case against the entity for which you work (or worked), please indicate this. If, on the other hand, a final judgment was issued on the case, please include a copy of the final resolution or judgment, if you have it available.

**Please submit your response to this documentation, and any other document supporting your claim, within twenty (20) days from the service date of this letter, to the following email address: PRACRprocess@primeclerk.com; or by mail, at the following address:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



San Juan, Puerto Rico

*Hon. Caly Rodriguez-Rivera*
*Secretary*

October 10, 1996

**Marilyn Cintrón Serrano**
**Vocational Rehab. Administration**
**Humacao Region**

**CHANGE OF STATUS**

Human resources are the "reason for being" of every organization and are ultimately responsible for that organization's success or failure. Together we have the task and the commitment to drive the growth of our Department.

I am pleased to inform you that, in accordance with Act 256 of December 28, 1995, effective July 1, 1996, your status as a temporary employee was changed to regular status. You will soon receive the corresponding Change Report (OCAP-15).

I would like to take this opportunity to personally express my gratitude for your contribution in the performance of your functions towards achieving our most prized objectives: to elevate quality and achieve excellence in public service daily. I hope we can continue to count on your support and dedication.


[signature]
**CALY RODRIGUEZ-RIVERA**
**SECRETARY**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Government of Puerto Rico
# DEPARTMENT OF FAMILY AFFAIRS
San Juan, Puerto Rico

June 28, 1996

**Cintrón Serrano, Marilyn**
Physical and Vocational Rehabilitation
Humacao Region-Humacao Regional Office

**POSITION CLASSIFICATION AND COMPENSATION PLAN**
**DEPARTMENT OF FAMILY AFFAIRS**

In accordance with Section 4.2 of Act #5, Public Service Personnel Act of Puerto Rico, as amended, Administrative Order OE-1991-47, which makes the Agency an Individual Administrator, and Reorganization Plan No. 1, which renames and reorganizes the Department of Social Services as the Department of Family Affairs, the Consulting Firm *Clapp And Mayne, Inc.* was hired to prepare the Classification and Compensation Plan for the Career and Trust Services.

In preparing the new Classification and Compensation Plan, only objective criteria were taken into account, such as the functions of the position, the hierarchy of positions within the various units and work programs, and the relative value of the positions based on market demand. The supporting documents for this study are available for review in the Office of the Assistant Secretary for Personnel and Human Resources.

As a result of this study, which was approved by the Central Personnel Administration Office (OCAP), the position that you hold was classified as **Administrative Officer 1.** Your monthly salary will be **$1121**, effective March 1, 1996, the implementation date of the Department Classification and Compensation Plan.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**POSITION CLASSIFICATION AND COMPENSATION PLAN**
June 28, 1996
Page 2

In accordance with the provisions of Section 6.4, Item (4), of the Personnel Regulations: Areas Essential to the Merit Principle, if you do not agree wit this action you will have the right to request, in writing, an informal administrative hearing before the Review Committee appointed for this purpose, which shall render judgment on any requests received within thirty (30) calendar days following the receipt of this communication.

At this informal administrative hearing, you will have the right to submit all corresponding testimonial and documentary evidence. The Committee will evaluate whatever is presented to it and will inform me of the pertinent recommendations. You will be notified in writing of the final, impartial, and evidence-based final decision.

If you disagree or are not satisfied with this determination, you may appeal it with the Board of Appeals of the Personnel Administration System (JASAP), within thirty (30) days from the date of receipt.

The implementation of the Classification and Compensation Plan reaffirms our commitment to financial improvement for all employees of the Department of Family Affairs.


[signature]
**Ramón Hernández Zayas**
Assistant Secretary of
Personnel and Human Resources

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo of the Vocational Rehabilitation Administration]

## COMMONWEALTH OF PUERTO RICO
## DEPARTMENT OF LABOR AND HUMAN RESOURCES

## AMENDMENT

May 23, 2002

Mrs. Nilda Alameda                                Att: Mrs. Nilda Rodríguez
Director, Analysis and Evaluation Division         Payroll Officer
Human Resources Office                             Finance Division

Employee Name: **Marilyn Cintrón Serrano**

Social Security Number:

Office: **Humacao Region**

Document: **Several Change Reports**

We have proceeded to make the following change in the specified document:

Action:          Cancel [  ]          Amend [**X**]

**Change Report # 63172**
**Position number after the change:** <u>12609017</u>

**Section #31 – Add: Change to position number due to the implementation of the Automated System (RHUM)**

**Change Report # 63173, # 65129**
**Position number after the change:** 12609017

Amendment due to: Adding information under the position number in accordance with the Automated System (RHUM).

[signature]

**María Rosa Iturregui, MRC/CRC**
Administrator

DM/bas

PARTNERS ACHIEVING
SUCCESS IN THE WORKING WORLD

**P O Box 191118, San Juan, PR 00919-1118 Phone (787) 728-7840 or 729-0165 Fax. (787) 728-5977**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**          **65129**

Account Number: **E1110 / 272 / 1260000 / 081 / 2001 / H126A010080**   CLASS:   **E-105-0**

**Vocational Rehabilitation Administration**          **HUMACAO**

Department or Agency                                Work Unit

The following change for this employee is reported in virtue of the provisions of Act Number 410 of October 8, 2000, as amended by Act 431 of December 21, 2000, which provides public employees with a salary increase of $100.00 per month effective January 1, 2001.

**Marilyn Cintrón Serrano**
Employee's Name

_____          **Career / Regular**

Social Security Number                          Employee Status

**9017**                                        **Administrative Officer I**

Position Number                                 Classification title

**IX**                              **$1121.00**          **$1753.00**

Pay Scale                            Minimum            Maximum

| Before the Change | After the Change |
|---|---|
| Monthly Salary          $1211.00<br>(without differential) | $1321.00 |

Remarks:

_____

_____

[signature]
Maria Rosa Iturregui, MRC/CRC
Administrator                                    **June 20, 2001**
Signature of Appointing Authority               Date
or Authorized Representative

ESC/cat

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**                     90181

Account Number: **E1110 / 272 / 1260000 / 081 / 2002 / H126A020080**   CLASS: **E-105-0**

**Vocational Rehabilitation Administration**                 **Humacao Region**

Department or Agency                                          Work Unit

The following change for this employee is reported in virtue of the provisions of Act Number 96 of July 1, 2002, which provides public employees with a salary increase of $100.00 per month effective July 1, 2002.

Marilyn Cintrón Serrano

Employee's Name

| | |
|---|---|
| _____ | **REGULAR CAREER** |
| Social Security Number | Employee Status |
| | |
| **12609017**_____ | **Administrative Officer I** |
| Position Number | Classification Title |
| | |
| **09**_____ | **$1121.00**          **$1753.00** |
| Pay Scale | Minimum          Maximum |

| Before the Change | After the Change |
|---|---|
| Monthly Salary          **$1,378.00**<br>(without differential) | **$1,478.00** |

Remarks:

_____

_____

[signature]
José O. Rolón

**Interim Administrator**                 **June 21, 2005**

Signature of Appointing Authority                 Date

or Authorized Representative          APPROVED

Vocational Rehabilitation Administration

NMS/yd          11 JUL 2005

DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**                      **90182**

Account Number: __E1110 / 272 / 1260000 / 081 / 2003 / H126A030080__   CLASS: __E-105-0__

**APPROPRIATE UNIT**                                      __Humacao Region__
                                                          Work Unit

**The following pay increase is reported for employees who are in active service as of July 1st, 2003, and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $150.00 per month and effective July 1st, 2003, is granted in compliance with Article XXXIX, Section 1 of the Collective Bargaining Agreement in force from May 23, 2003 until May 22, 2006**

                         __Marilyn Cintrón Serrano__
                              Employee's Name

_____          __Career/Regular__
Social Security Number                        Employee Status

_____ __12609017__ _____          _____ __Administrative Officer I__ _____
Position Number                               Classification title

_____ __09__ _____           __$1,121.00__          __$1,753.00__
Pay Scale                                      Minimum              Maximum

| Before the Change | After the Change |
|---|---|
| Monthly Salary        **$1,478.00**<br>(without differential) | **$1,628.00** |

Remarks:

_____

_____

[signature]
**José O. Rolón**
__Interim Administrator__                     __June 21, 2005__
Signature of Appointing Authority             Date
or Authorized Representative          APPROVED
                                      Vocational Rehabilitation Administration
NMS/yd                                11 JUL 2005
                                      DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

### SPECIAL CHANGE REPORT

Change Report Number _____**90183**_____

The following change is reported in accordance with Information Bulletin 2004-115 of February 10, 2004, by which, by decision of the Secretary of the Department of Labor, the Agency is officially identified as the Department of Labor.

___**Marilyn Cintrón Serrano**_____
Employee's Name

_____**Humacao Region**_____
Work Unit

_____
Social Security Number

___**Career / Regular**_____
Employee Status

| Before the Change | After the Change |
|---|---|
| Department of Labor and Human Resources | Department of Labor |

**January 1, 2004**
Effective Date

[signature]
**José O. Rolón**
**Interim Administrator**_____
Signature of Appointing Authority
or Authorized Representative

NMS/yd

**June 21, 2005**
Date
APPROVED
Vocational Rehabilitation Administration
11 JUL 2005
DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**            **90184**

Account Number: **E1110 / 272 / 1260000 / 081 / 2004 / H126A040080**   CLASS:   **E-105-0**

**APPROPRIATE UNIT**                    -                **Humacao Region**
                                                          Work Unit

**The following pay increase is reported for employees who are in active service as of July 1ˢᵗ, 2004, and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $150.00 per month and effective July 1ˢᵗ, 2004, is granted in compliance with Article XXXIX, Section 1 of the Collective Bargaining Agreement in force from May 23, 2003 until May 22, 2006.**

**Marilyn Cintrón Serrano**
Employee's Name

_____            **Career/Regular**
Social Security Number                     Employee Status

**12609017**                               **Administrative Officer I**
Position Number                            Classification title

**09** _____           **$1,121.00**        **$1,753.00**
Pay Scale                                  Minimum            Maximum

| Before the Change | After the Change |
|---|---|
| Monthly Salary       **$1,628.00**<br>(without differential) | **$1,778.00** |

Remarks:
_____

_____

[signature]
**José O. Rolón**
**Interim Administrator**                           **June 21, 2005**
Signature of Appointing Authority                   Date
or Authorized Representative              APPROVED
                                         Vocational Rehabilitation Administration
NMS/yd                                   11 JUL 2005
                                         DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**          **90186**

Account Number: **E1110 / 272 / 1260000 / 081 / 2005 / H126A050080**          CLASS: **CAU-1250**

**Vocational Rehabilitation Administration**    -    **East Central Region - Humacao**
Department or Agency                                     Work Unit

The following pay increase is reported for this employee by means of Stipulation No. 02-05 of March 4, 2005, approved by Vocational Rehabilitation Administration and Public Servants United, providing a salary increase of up to $50 per month for unionized employees who did not receive compensation with the implementation of the Positions and Compensation Plan. This increase is effective January 1, 2005.

**Marilyn Cintrón Serrano**
Employee's Name

_____          **Career/Regular** _____
Social Security Number                              Employee Status

**12609017**                                **Rehabilitation Counseling Services Technician**
Position Number                              Classification title

**Professional and Technical - 3**          **$1,500.00**          **$2,327.00**
Band and Zone                              Minimum          Maximum

| Before the Change | | After the Change |
|---|---|---|
| Monthly Salary | $1,778.00 | $1,828.00 |

Remarks:

_____

_____

[signature]
**José O. Rolón**
**Interim Administrator**          **June 21, 2005**
Signature of Appointing Authority          Date
or Authorized Representative          APPROVED
                                     Vocational Rehabilitation Administration
NMS/yd                               11 JUL 2005
                                     DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# COMMONWEALTH OF PUERTO RICO
## VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report**     **90187**

Account Number: **E1110 / 272 / 1260000 / 081 / 2005 / H126A050080**   CLASS:   **CAU-1250**

**APPROPRIATE UNIT**                            **East Central Region - Humacao**
                                                Work Unit

The following pay increase is reported for employees who are in active service as of July 1st, 2005 and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $100.00 per month and effective July 1st, 2005, is granted in compliance with Article XXXIX, Section 1 of the Collective Bargaining Agreement in force from May 23, 2003 until May 22, 2006.

**Marilyn Cintrón Serrano**
Employee's Name

_____          **Career/Regular** _____
Social Security Number                     Employee Status

_____**12609017**_____        **Rehabilitation Counseling Services Technician**
Position Number                            Classification title

**Professional and Technical - 3**          **$1,500.00**          **$2,327.00**
Band / Zone                                 Minimum              Maximum

| Before the Change | After the Change |
|---|---|
| Monthly Salary     **$1,828.00** (without differential) | **$1,928.00** |

Remarks:

_____

_____

[signature]
**José O. Rolón, Interim Administrator**          **June 21, 2005**
Signature of Appointing Authority                Date
or Authorized Representative          APPROVED
                                      Vocational Rehabilitation Administration
NMS/yd                                11 JUL 2005
                                      DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[logo of the Vocational Rehabilitation Administration]

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF LABOR AND HUMAN RESOURCES

**AMENDMENT**

June 21, 2005

| | | |
|---|---|---|
| Nilda Alameda | Att: | Nilda Rodríguez O'Neill |
| Supervisor | | Finance Admin. Sup. |
| Analysis and Evaluation Section | | Finance Division |
| Human Resources Division | | |

Employee Name:     **Marilyn Cintrón Serrano**

Social Security Number:

Office: **East Central Region – Humacao**

Document: **Special Change Report, Position and Compensation Plan**

We have proceeded to make the following change in the specified document:

Action:        Amend [**X**]          Cancel [  ]

**Special Change Report, Position and Compensation Plan**
**Location should read: East Central Region – Humacao**
**Zone should read: 3**
**Position Title after the change should read: Rehabilitation Counseling Services Technician**

The amendment is due to a correction in the location, zone, and title of the position after the change.

[signature]

José O. Rolón
Interim Administrator

NMS/ycl

Integrating persons with disabilities into the workplace

**P O Box 191118, San Juan, PR 00919-1118 Phone (787) 728-7840 or 729-0165 Fax. (787) 728-5977**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF LABOR AND HUMAN RESOURCES**
**VOCATIONAL REHABILITATION ADMINISTRATION**

**Special Change Report**          **91212**

Account Number: **E1110 / 272 / 1260000 / 01F / 2007 / H126A070080**   CLASS:   **CAU-1250**

APPROPRIATE UNIT          -          **East Central Region - Humacao**
                                                        Work Unit

The following pay increase is reported for employees who are in active service as of October 1, 2006 and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $100.00 per month and effective October 1, 2006, is granted in compliance with Article XLIV, Section 1 of the Collective Bargaining Agreement in force from September 21, 2006 until September 20, 2009.

**Marilyn Cintrón Serrano**
Employee's Name

_____          **Career/Regular**
Social Security Number                                          Employee Status

**12609017**          **Rehabilitation Counseling Services Technician**
Position Number                                          Classification title

**Professional and Technical / 3**          **$1,500.00          $2,327.00**
Band / Zone                                          Minimum          Maximum

| Before the Change | | After the Change |
|---|---|---|
| Monthly Salary          **$1,928.00**<br>(without differential) | | **$2,028.00** |

Remarks:

_____

_____

[signature]
**Dorcas Hernández Arroyo, MRC/CRC - Administrator**          **January 18, 2008**
Signature of Appointing Authority                                          Date
or Authorized Representative          APPROVED
                                          Vocational Rehabilitation Administration
NMS/wjml          JANUARY 30, 2008
                                          DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF LABOR AND HUMAN RESOURCES**
**VOCATIONAL REHABILITATION ADMINISTRATION**

**Special Change Report     91213**

Account Number: **E1110 / 272 / 1260000 / 01F / 2007 / H126A070080**   CLASS:     **CAU-1250**

**APPROPRIATE UNIT**                                          **East Central Region - Humacao**
Work Unit

The following pay increase is reported for employees who are in active service as of July 1, 2007 and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $100.00 per month and effective July 1, 2007, is granted in compliance with Article XLIV, Section 1 of the Collective Bargaining Agreement in force from September 21, 2006 until September 20, 2009.

**Marilyn Cintrón Serrano**
Employee's Name

_____                    **Career/Regular**
Social Security Number                                Employee Status

**12609017**                              **Rehabilitation Counseling Services Technician**
Position Number                                       Classification title

**Professional and Technical / 3**            **$1,500.00**        **$2,327.00**
Band / Zone                                          Minimum          Maximum

| Before the Change | | After the Change |
|---|---|---|
| Monthly Salary      **$2,028.00** (without differential) | | **$2,128.00** |

Remarks:

_____

_____

[signature]
**Dorcas Hernández Arroyo, MRC/CRC - Administrator**          **January 18, 2008**
Signature of Appointing Authority                              Date
or Authorized Representative            APPROVED
                                        Vocational Rehabilitation Administration
NMS/wjml                                JANUARY 30, 2008
                                        DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### COMMONWEALTH OF PUERTO RICO
### DEPARTMENT OF LABOR AND HUMAN RESOURCES
### VOCATIONAL REHABILITATION ADMINISTRATION

**Special Change Report    10839**

Account Number: **E1110 / 272 / 1260000 / 01F / 2008 / H126A080080**   CLASS:    **CAU-1250**

**APPROPRIATE UNIT**                         **East Central Region – Humacao Satellite Office**
                                                     Work Unit

The following pay increase is reported for employees who are in active service as of July 1, 2008 and hold positions within the appropriate unit of the Vocational Rehabilitation Employees' Union. This increase, equivalent to $100.00 per month and effective July 1, 2008, is granted in compliance with Article XLIV, Section 1 of the Collective Bargaining Agreement in force from September 21, 2006 until September 20, 2009.

**Marilyn Cintrón Serrano**
Employee's Name

_____         **Career/Regular** _____
Social Security Number                               Employee Status

_____12609017_____         **Rehabilitation Counseling Services Technician**
Position Number                                     Classification title

**Professional and Technical / 3**         **$1,500.00        $2,327.00**
Band / Zone                                         Minimum        Maximum

| Before the Change | After the Change |
|---|---|
| Monthly Salary          **$2,128.00**<br>(without differential) | **$2,228.00** |

**Remarks:**
_____
_____

[signature]
**Dorcas Hernández Arroyo, MRC/CRC - Administrator**          **October 6, 2008**
Signature of Appointing Authority                                     Date
or Authorized Representative               APPROVED
                                           Vocational Rehabilitation Administration
NMS/wjml                                   OCT 15, 2008
                                           DEPARTMENT OF LABOR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE**®

**PRIORITY**®
**MAIL**

FROM: MARILYN CINTRÓN SERRANO
URB. SAN CRISTOBAL
257 CALLE REINA DE LAS FLORES
LAS PIEDRAS, P.R. 00771

- Expected delivery date specified for dome
- Most domestic shipments include up to $5
- USPS Tracking® included for domestic and
- Limited international insurance.**
- When used internationally, a customs decl

*Insurance does not cover certain items. For details reg
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com f

**FLAT RATE ENVELO**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014   EP14F May
OD: 12 1/2

UNITED STATES POSTAL SERVICE.   Retail

US POSTAGE PAID
$8.95
Origin: 00771
01/13/22
4254000771-09

PRIORITY MAIL 1-DAY®

0 Lb 4.70 Oz
1005

EXPECTED DELIVERY DAY: 01/14/22

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING® #

9505 5143 6246 2013 6587 91

TO:

Clerk
United States District Court
Room 150, Federal Building
San Juan, Puerto Rico 00918-1767

Certified to be a correct and true translation from the source text in Spanish to the target language English.
2/JUNE/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11111**

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 16103 DN 19799**

Signed this 2nd of June 2022



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

