# EXHIBIT 42

Case:17-03283-LTS   Doc#:23987-42   Filed:04/11/23   Entered:04/11/23 21:08:29   Desc:
Exhibit 42   Page 2 of 11

Case:17-03283-LTS   Doc#:19726   Filed:01/10/22   Entered:01/11/22 11:20:44   Desc: Main
Document   Page 1 of 7
Case:17-03283-LTS   Doc#:19559-6   Filed:12/17/21   Entered:12/17/21 18:32:35   Desc:
Exhibit Exhibit E   Page 2 of 10

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to PREPA.** |
| Debtors.[1] | |

# CLAIMANT RESPONSE TO FOUR HUNDRED TWELFTH  OMNIBUS OBJECTION

**Instructions**

1. You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action.  If your claim does not arise from current or former employment with the Government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the Four Hundred Twelfth Omnibus Objection.

2. Please file a separate response form for each proof of claim to which the Debtors have objected.  Do not file a single response form addressing more than one claim.

3. Please answer all questions and any applicable  sub-questions.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits  of each Debtor's federal tax identification  number, as applicable,  are the (i) Commonwealth  of Puerto Rico (the "Commonwealth")  (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation  Authority  ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employee Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings  Authority  ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. Please include as much detail as possible in your responses.

    a. **Your answers should provide <u>more</u> information than the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

    b. If available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing; and
- Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for PREPA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

    □ Name: _Jorge Medina Garcia_

    □ Address: _Urb. Costa Azul AK12 Shealth FL 2 Bayamon, P.R._

    □ Telephone number: _787-241-4526_

    □ Email address: _fdedon@gmail.com_

2. Your Proof of Claim number: _BK-3283_

3. **The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.**

    □ A pending or closed legal action with or against the Puerto Rican government

    □ Current or former employment with the Government of Puerto Rico

Case:17-03283-LTS   Doc#:23987-42   Filed:04/11/23   Entered:04/11/23 21:08:29   Desc:
Exhibit 42   Page 4 of 11

Case:17-03283-LTS   Doc#:19726   Filed:01/10/22   Entered:01/11/22 11:20:44   Desc: Main
Case:17-03283-LTS   Doc#:19726-1 Document Filed:12/17/21 Entered:12/17/21 18:32:35   Desc:
Exhibit Exhibit E   Page 4 of 10

_____

_____

_____

**Please attach a copy of any other documentation or other evidence in support of your claim.**

4.  **What is the amount of your claim (how much money do you claim to be owed):**

    230,000.

5.  **Employment.   Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐   No. *Please continue to Question 6.*

    ☐   Yes. **Answer Questions 5(a)-(d).**

5(a).  Identify the specific agency or department where you were or are employed:

    Autoridad Energía Electica

5(b).  Identify the dates of your employment related to your claim:

    11/1/2009

5(c).  Last four digits of your social security number:   6031

5(d).  What is the nature of your employment claims (select all applicable):

    ☐   Pension

    ☐   Unpaid Wages

    ☐   Sick Days

    ☐   Union Grievance

    ☐   Vacation

    ☐   Other (Provide as much detail as possible.  Attach additional pages if necessary).

    I was infected the work

6. **Legal Action.  Does your claim relate to a pending or closed legal action?**

    ☐   No.

    ☐   Yes. **Answer Questions 6(a)-(f).**

6(a).  Identify the department or agency that is a party to the action.

    A.E.E

6(b).  Identify the name and address of the court or agency where the action is pending:

6(c). Case number: _BK 13323_

6(d). Title, Caption, or Name of Case: _____

6(e). Status of the case (pending, on appeal, or concluded): _____

6(f). Do you have an unpaid judgment? Yes / No (Circle one)

If yes, what is the date and amount of the judgment? _____

### PLEASE SIGN YOUR RESPONSE BELOW

_____
**Signature**

_____
**Printed Name**

_____ 12/30/2021
**Date**

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

2.  Please file separate response forms for each proof of claim opposed by the Debtors. Do not file a single response form covering more than one proof of claim.

3.  Please answer all the questions and any applicable sub-questions.

4.  Please include as many details as possible in your responses.

    a.  **Your answers should provide <u>more</u> information than was included in the initial proof of claim.** For example, if you previously wrote as the basis for your claim "Act 96," please elaborate on what specific laws you are purporting to rely on, the year said law was adopted, and how and why you believe this particular law provides a basis for your claim.

    b.  If available and applicable to your claim, please also provide the following:

       •  Copy of a pleading; such as a Complaint or an Answer:
       •  Any unpaid judgment or settlement agreement;
       •  Written notice of intent to file a claim with proof of mailing.
       •  All documentation you believe supports your claim.

5.  If you do not have a copy of your claim, you can download it on Prime Clerk's website: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6.  You must sign your reply in the place indicated below. If you do not, the clerk will not accept your reply for filing.

7.  Please file the filled-out form and any supporting documents, following the instructions of the Notice attached to the Omnibus Objection to your claim.

## Questionnaire

1.  Please provide the name, address, telephone number, and e-mail address of 1) the responding claimant; 2) the claimant's designated attorney or representative, to whom the attorneys of PREPA must serve notice of an answer to the reply, in your case, or 3) the party with authority to reach a settlement, reach an agreement, or otherwise resolve the Omnibus Objection in the claimant's name.

    ☐  **Name:** *Jorge Martinez Garcia*

    ☐  **Address:** *[Illegible]*

    ☐  **Telephone number:** *7871241-452[?]*

    ☐  **E-mail address:** *[illegible]@gmail.com*

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / APRIL / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

2. **Proof of claim number:**_____ *[illegible] 17-3283*

3. **The Debtors have opposed your Proof of Claim because not enough information is provided for the Debtors to understand the basis of your claim. Mark the box that is related to your Proof of Claim and explain the reason why the indicated objection is opposed and the basis of your claim. Attach additional pages, if necessary.**

    ☑    Pending or closed legal action with or against Government of Puerto Rico.

    ☐    current or former employment with the Government of Puerto Rico.

    _____

    _____

    _____

    _____

    **Attach copies of any other documentation or other evidence in support of your claim.**

4. **What is the amount of your claim (how much do you allege is owed to you)?**
    *230,000.00*

5. **Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?**
    ☐ No. *Go to Question 6.*

    ☑ Yes. **Answer questions 5(a) to (d).**

5(a). Identify the specific agency or department where you were or are employed:
    *AEE [Puerto Rico Electric Power Authority]*

5(b). Specify the dates of your employment in relation to your claim:
    *11/1/[2009?]*

5(c). Last four digits of your Social Security number:
    *[4031?]*

5(d). What is the nature of your employment claims (select all applicable boxes)?:
    ☐  Pension

    ☐  Unpaid salaries

    ☐  Sick leave

    ☐  Complaints with union

    ☐  Vacation Leave

*Certified to be a correct and true translation from the source text ...ch to the target language English. 10 / APRIL / 2023 – PHILLIP
BERRYMAN ATA-certified Spanish-English [ 432118] by Targem T...ns Inc.*

Certified to be a correct and true translation from the source text in Spanish to the target language English. 10  / APRIL  / 2023 –  PHILLIP
BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.

☐ Others (provide as much detailed information as possible. Attach additional pages, if necessary).

I was infected at work _____ _____ _____

Asbestos _____

**6. <u>Legal action</u>. Is your claim related to any pending or closed legal action?**

   ☐ No.

   ☑ **Yes. Answer questions 6(a) to (f).**

6(a). Specify the department or agency that is party to the action.

_____PREPA

6(b). Specify the name and address of the court or agency where the action is pending resolution.

   *Puerto Rico Court* _____

6(c). Case No.     *173283*

6(d). Title, caption, or name of the case:

_____*[illegible]*_____

6(e). Status of case (pending resolution, under appeal, or closed):

__Pending resolution_____

6(f). Do you have an unpaid judgment? Yes / No (please circle your answer)

     If yes, what is the date and amount of the judgment? _____

:
<u>**SIGN YOUR REPLY BELOW**</u>

 

              [Signature]_____

              **Signature**

 

              ___*Jorge Martinez*_____

              **Printed Name**

 

              *12/30/[illegible]*_____

              **Date**

4





**718.384.8040**
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 177629 - ECF No 19726 (1) (rev.)**

Signed this 10th day of April, 2023

Phillip Berryman

