# EXHIBIT 44

[Handwritten:] Reply to Omnibus Objection
Ramón A. López Alvarado
Rugina #10
7601
molivera 7009@gmail.com
1958
404-9511
United States District Court
Debtors
Commonwealth of Puerto Rico through the Financial Oversight and Management Board for Puerto Rico
Omnibus Objection
Claims to be dismissed
Claim numbers
- 128175
- 162758
Case 17BK03283 - LTS

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Date: 6 – 26 – 18
Justification:

Retired from the Electric Power Authority, where I worked for 25 years. I recognize the importance of wage justice being done in my case since my wages and working conditions were not the best.

I submit pay stub evidence. Since I am retired, it is not possible to submit any other document showing my wages and work at the Puerto Rico Electric Power Authority.

Ramón A. López Alvarado

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PUERTO RICO ELECTRIC POWER AUTHORITY EMPLOYEES' RETIREMENT SYSTEM. REPORT OF PAYMENTS AND DEDUCTIONS.

| PENSIONER/BENEFICIARY | | RETIREE NUMBER | RETIREE PAYROLL | | | |
|---|---|---|---|---|---|---|
| RAMON A. LOPEZ ALVARADO | | 14379 | DESCRIPTION | CONTR/DED | | ANNUAL ACCUMULATION |
| DESCRIPTION | BENEFITS | ANNUAL ACCUMULATION | PREPA RETIREE ASOC. | 6.00 | | 24.00 |
| PEN MERIT RE | 1906.36 | 7625.44 | | | | |

| | BENEFITS | CONTRIBUTIONS | DEDUCTIONS | NET PAY | DATE OF PAPYMENT | DEPOSIT NUMBER | AMOUNT DEPOSITED |
|---|---|---|---|---|---|---|---|
| CURRENT | 1906.36 | 0.00 | 6.00 | 1900.36 | 30 – APRIL - 2022 | 55425758 | 1900.36 |
| TO DATE | 7625.44 | 0.00 | 24.00 | 7601.44 | KEEP FOR YOUR RECORDS | | |

| [logo:] RETIREMENT SYSTEM EMPLOYEES OF PREPA | Puerto Rico Electric Power Authority Employees Retirement System PO Box 13970 San Juan, Puerto Rico 00908-3978 | 2138489 |
|---|---|---|
| | | DATE OF DEPOSIT 29 – APRIL – 2022 |
| **BANCO POPULAR DE PUERTO RICO-021502011** | | AMOUNT DEPOSITED 1900.36 |
| RETIREE PAYROLL<br><br>RAMON A. LOPEZ ALVARADO | | WE HAVE DEPOSITED THE AMOUNT INDICATED, WHICH REPRESENTS THE NET AMOUNT INTO YOUR BANK ACCOUNT, ACCORDING TO THE PAYMENT AND DEDUCTIONS REPORT WHICH IS ENCLOSED |
| NOTICE OF DIRECT DEPOSIT | | **NON NEGOTIABLE** |

Scanned with CamScanner

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 22896 – Claim Nos. 128175, 162758**

Signed this 6th of December 2022

_____

Andreea I. Boscor

