# EXHIBIT 45

# RESPONSE TO OMNIBUS OBJECTION

**I. CONTACT INFORMATION**

Name: *Irma Colón Vega*

Mailing Address  *P.O. Box [illegible]*
*Coto Laurel, Puerto Rico*
*00780-0868*

Contact Phone Home: _____  Cell  *787 638-9366*

*Claim Number: 139162, 140270 and 143397*

II. Caption

A. Clerk's Office
United States District Court
Room 150 Federal Building
San Juan Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283 - LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

#49762 – Act 89 – *Romerazo* – Effective July 1, 1995
  *Act 134 – Retirement Contribution    July 1996*
#94057 – June 6, 2008 Pay Scale Act – Step Increases
  *Act 164 – Pay Raise            July 2003*
#96621 – Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
    Act 164 (2004) of Ms. Sila Calderón – effective January 2004

III. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico:

Act 89 "Romerazo" – Effective July 1, 1995
*Act 134 – Retirement Contribution    July 1996*
June 6, 2008 Pay Scale Act – Step Increases
*Act 164    Pay Raise            July 2003*
Act 96 (2002) of Dr. Pedro Rosello – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IV. Supporting Documentation**

Enclosed are documents evidencing my years of service with the Puerto Rico Telephone Company, Ponce, Puerto Rico, from the <u>5th</u> of <u>December</u> of <u>1988</u> through the <u>1st</u> of <u>January</u> of <u>2011</u>. I ended my career as a <u>Office Worker [illegible] and Service Representative III</u> with the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. Claim is made under the applicable laws that cover these years of ~~educational~~ service.

Enclosed are documents in support of this claim.

Due to the recent emergency situation in Puerto Rico brought on by earthquakes and COVID-19, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

<u>Irma Colón Vega</u>
Printed name


<u>[signature]     10-2-2021</u>
Signature      *Original date of request 8-7-18*


*PS: The basis of my claim is for money owed in pay raises under Laws that were enacted during my years of service with Puerto Rico Telephone Co. Act 164 Pay Raise July 2003, Act 89 – Romerazo July 1995, and Act 164 Sila M. Calderón of 2004. As such, I do not agree with the cancellation of my claim.*

*Many thanks for your prompt attention in this regard.*

*PS I am including a receipt from the postal service dated 1-8-22 when I sent the Response to Omnibus Objection.*

                                                        *Many thanks,*
                                                        [signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*




```
            UNITED STATES
            POSTAL SERVICE.
              JUANA DIAZ
      72 CALLE EXT MUNOZ RIVERA
       JUANA DIAZ, PR 00795-9998
            (800)275-8777
01/08/2022                       10:55 AM
------------------------------------------
Product              Qty   Unit      Price
                           Price
------------------------------------------
First-Class Ma        1                $1.36
Large Envelope
    San Juan, PR 00918
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Tue 01/11/2022

First-Class Mail®     1                $1.36
Large Envelope
    New York, NY 10036
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Thu 01/13/2022

First-Class Mail®     1                $1.36
Large Envelope
    New York, NY 10166
    Weight: 0 lb 1.40 oz
    Estimated Delivery Date
        Thu 01/13/2022
------------------------------------------
Grand Total:                           $4.08
------------------------------------------
Cash                                  $10.08
Change                                -$6.00
------------------------------------------
******************************************
USPS is experiencing unprecedented volume
     increases and limited employee
    availability due to the impacts of
   COVID-19. We appreciate your patience.
******************************************

     The timeliness of service to or from
  destinations outside the contiguous US may
   be affected by the limited availability of
              transportation.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
       https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

         Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
            or call 1-800-410-7420.
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

# CERTIFICATION

**IRMA VEGA**

**XXX-XX-0432**

For the former employee referenced above, we certify the following:

- ➢ She joined PRT/Claro effective December 5, 1988.

- ➢ She worked as a regular employee through January 1, 2011.

- ➢ As on the date of her separation, she earned an hourly wage of

This certification has a raised seal that confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, February 3, 2020.

[signature]

Abigail Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 140270 DN 21054**

Signed this 18TH of July 2022

_____

Andreea I. Boscor

