# EXHIBIT 46

RESPONSE TO OMNIBUS OBJECTION

I. Contact Information

Name: *Alberto Vega Zayas*

Address: *PO Box 800868*

*Coto Laurel, Puerto Rico 00780-0868*

Phone: *787-810-8000*

*Claim Number: [illegible], 140676, 136952 and 135965*

[stamp:] RECEIVED
2022 MAY 24 [illegible]

I. Caption

A. Clerk's Office

United States District Court

Room 150 Federal Building

San Juan (Puerto Rico) 00918-1767

B. Commonwealth of Puerto Rico et al. (Debtors)

C. Case Number: 17 BK 3283-LTS

D. Omnibus Objection regarding amounts not paid by the Commonwealth of Puerto Rico:

Evidence by proof of claim numbers:

*Act 164 – Pay Raise     July 2003*
#49762 – Act 89 – "Romerazo" – Effective July 1, 1996

#94057 – June 6, 2008 Pay Scale Act – Step Increases

#96621 – Act 96 (2002) of Dr. Pedro Roselló – effective July 2002

Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

II. The court should not grant the Omnibus Objection, because these amounts are owed based on the following laws passed by the government of the Commonwealth of Puerto Rico

Act 89 "Romerazo" – Effective July 1, 1996

June 6, 2008 Pay Scale Act – Step Increases

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Act 96 (2002) of Dr. Pedro Rosello – effective July 2002
*Act 164 (2003) Pay Raise         July 2003*
Act 164 (2004) of Ms. Sila M. Calderón, effective January 2004

IV.     Supporting Documentation

Enclosed are documents evidencing my years of service with the Department of Education of Puerto Rico from the *21st* of *August* of *1998* through the *27th* of *July* of *2012* (  years) working as a *Physical Education Teacher*

Claim is made under the appliable laws that cover these years of educational service.

Enclosed are documents in support of this claim:

*Bachelor's Degree Diploma (Elementary Physical Education Teaching). Interamerican University of Puerto Rico.*
*Certification of years of service at the Department of Education of the Commonwealth of Puerto Rico.*
*Retirement Request (Teachers Retirement System) of the Commonwealth of Puerto Rico*
*Certificate of Filing of Retirement Request from the Department of Education of the Commonwealth of Puerto Rico.*
*Certification of Years of Service and Age from the Teachers Retirement System of the Government of Puerto Rico.*

*The basis of my claim is for money owed under laws that were enacted during my years of service at the Department of Education.*

*I am attaching a copy of the receipt from the postal service dated 6/12/2021, when I sent the Response to the Omnibus Objection. Thank you very much.*

Due to the recent emergency situation in Puerto Rico brought on by earthquakes, the responses are being sent on today's date. Please contact me should any additional information or documents be needed.

[signature] 2/10/2022

*Alberto Vega Zayas*
*Phone (787) 810-8000*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:21010-1   Filed:05/24/22   Entered:05/25/22 16:20:16   Desc:
Exhibit   Page 1 of 2



```
UNITED STATES
POSTAL SERVICE.
         COTO LAUREL
    3007 AVE SAN CRISTOBAL
   COTO LAUREL, PR 00780-9998
         (800)275-8777
06/12/2021                    10:26 AM
-----------------------------------------
Product            Qty    Unit     Price
                          Price
-----------------------------------------
First-Class Mail®   1              $1.40
Large Envelope
    Brooklyn, NY 11232
    Weight: 0 lb 3.00 oz
    Estimated Delivery Date
    Wed 06/16/2021

Grand Total:                       $1.40

Cash                               $1.50
Change                            -$0.10

*****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
*****************************************

The timeliness of service to or from
destinations outside the contiguous US may
be affected by the limited availability of
              transportation.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
     https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

        Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
```



```
       or call 1-800-410-7420.


UFN: 423150-0780
Receipt #: 840-50060086-2-6090035-2
Clerk: 8
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**DE**   DEPARTMENT OF EDUCATION
GOVERNMENT OF PUERTO RICO

### DEPARTMENT OF EDUCATION
Commonwealth of Puerto Rico

Office of the Assistant Secretary for Human Resources

February 6, 2020

# C E R T I F I C A T I O N

| | | |
|---|---|---|
| I certify that | | : ALBERTO VEGA ZAYAS |
| | Social Security | : ███-7894 |
| | Category | : PHYSICAL EDUCATION TEACHER (K-12) |
| | School District | : SANTA ISABEL |
| | Monthly Wage | : $2,730.00 |
| | Status | : PERMANENT |
| Remarks | | |
| | Works | : NA |
| | Terminated | : NA |
| | Resigned | : Effective July 27, 2012 |
| | Other | : Served with the Department of Education of the Government of Puerto Rico for a period of 14 years. Our Human Resources system reflects that he held a position beginning on 08/21/1998. |

[signature]
Candida R. Chico Montañez
Supervisor
Teacher Records

PO BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 PHONE: (787) 759-2000 EXT 2164,2165, 4165 FAX (787) 765-5174

The Department of Education does not discriminate based on race, color, sex, birth, national origin, social status, political or religious ideas, age, or disability in its activities, educational services, and employment opportunities.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*18/JULY/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 140056 DN 21010**

Signed this 18TH of July 2022

_____

Andreea I. Boscor

