# EXHIBIT 48

*July 21, 2020*

*Clerk's Office*
*United States District Court*

*Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*

*In relation to claim 84345-1*

*Objection to rejection of evidence showing part of proceedings, indicating that I only worked at the District Hospital of Ponce. For this reason, I am sending you evidence of continuity of work [with the] Commonwealth of Puerto Rico. I am sending you salary reports dated 1980 to 1985.*

*I hope you will review this case.*

*Thank you*

*/Signed/ Benivette Rentas*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| NAME | | | IDENTIFICATION | | PERIOD ENDING ON | | | RECEIPT NUMBER | | CHECK NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | | | REDACTED | | 12 31 81 | | | 080489 | | 75900167 | |
| DEDUCTIONS | | | | | | | | | | | |
| SPECIFIC | | | | | MISCELLANEOUS | | | | | | |
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR | | | | SAVINGS / INSURANCE | | | | | | | |
| 309.33 | 535.75 | 547.12 | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | |
| 28.17 | 44.89 | 47.25 | 79.30 | 20.25 | | | | | | | |
| 8055.97 | 8055.97 | | 675.00 | 675.00 | | 227.00 | | 219.86 | | | 228.14 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | | TOTAL DEDUCTIONS | | | NET PAY | |
| ACCRUED DURING CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | |

COMMONWEALTH OF PUERTO RICO

SEE CODES ON BACK

SALARY AND DEDUCTIONS REPORT

| NAME | | | IDENTIFICATION | | PERIOD ENDING ON | | | RECEIPT NUMBER | | CHECK NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | | | REDACTED | | 04 30 80 | | | 088809 | | 71808292 | |
| DEDUCTIONS | | | | | | | | | | | |
| SPECIFIC | | | | | MISCELLANEOUS | | | | | | |
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR | | | | SAVINGS / INSURANCE | 56 | 18.39 | 16 | 251.00 | | | |
| 8.71 | 35.56 | | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | |
| 8.71 | 35.56 | | | | | | | | | | |
| 580.11 | 580.11 | | 580.11 | 580.11 | | 00 | | 295.27 | | | 284.84 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | | TOTAL DEDUCTIONS | | | NET PAY | |
| ACCRUED DURING CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | |

NON-NEGOTIABLE

COMMONWEALTH OF PUERTO RICO

SEE CODES ON BACK

SALARY AND DEDUCTIONS REPORT

| NAME | | | IDENTIFICATION | | PERIOD ENDING ON | | | RECEIPT NUMBER | | CHECK NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | | | REDACTED | | 12 31 80 | | | 050204 | | 73436489 | |
| DEDUCTIONS | | | | | | | | | | | |
| SPECIFIC | | | | | MISCELLANEOUS | | | | | | |
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR | | | | SAVINGS / INSURANCE | | | | | | | |
| | 15.75 | | | | | | | | | | |
| CURRENT MONTH | | | | | | | | | | | |
| | 15.75 | | | | | | | | | | |
| 256.96 | 256.96 | | 256.96 | 256.96 | | 120.00 | | 15.75 | | | 121.21 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | | TOTAL DEDUCTIONS | | | NET PAY | |
| ACCRUED DURING CALENDAR YEAR | | | | CURRENT MONTH | | | | | | | |

NON-NEGOTIABLE

COMMONWEALTH OF PUERTO RICO

SEE CODES ON BACK

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## COMMONWEALTH OF PUERTO RICO
### SALARY AND DEDUCTIONS REPORT

| NAME | IDENTIFICATION | PERIOD ENDING ON | RECEIPT NUMBER | CHECK NUMBER |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 12 31 85 | 048586 | 566281872 |

| DEDUCTIONS ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIFIC |||||| MISCELLANEOUS ||||||
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION || CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR ||||| SAVINGS | INSURANCE | 07 | 48.11 | 81 | 6.25 | | | | |
| 568.75 | 705.60 | 683.76 | | | | | | | | | NON-NEGOTIABLE ||||
| CURRENT MONTH ||||||||||||
| 46.26 | 57.39 | 56.98 | | 24.42 | | | | | | | |
| 10008.00 | 10008.00 | 814.00 | 814.00 | 287.00 | 239.41 | | 287.59 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | TOTAL DEDUCTIONS | | NET PAY |
| ACCRUED DURING CALENDAR YEAR |||| CURRENT MONTH ||||

SEE CODES ON BACK

## COMMONWEALTH OF PUERTO RICO
### SALARY AND DEDUCTIONS REPORT

| NAME | IDENTIFICATION | PERIOD ENDING ON | RECEIPT NUMBER | CHECK NUMBER |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 12 31 84 | 049332 | 539298918 |

| DEDUCTIONS ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIFIC |||||| MISCELLANEOUS ||||||
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION || CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR ||||| SAVINGS | INSURANCE | 07 | 50.10 | 81 | 6.25 | | | | |
| 538.76 | 657.68 | 670.32 | | | | | | | | | NON-NEGOTIABLE ||||
| CURRENT MONTH ||||||||||||
| 46.26 | 54.54 | 56.98 | 15.00 | 24.42 | | | | | | | |
| 9816.00 | 9816.00 | 814.00 | 814.00 | 280.00 | 253.55 | | 280.45 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | TOTAL DEDUCTIONS | | NET PAY |
| ACCRUED DURING CALENDAR YEAR |||| CURRENT MONTH ||||

SEE CODES ON BACK

## COMMONWEALTH OF PUERTO RICO
### SALARY AND DEDUCTIONS REPORT

| NAME | IDENTIFICATION | PERIOD ENDING ON | RECEIPT NUMBER | CHECK NUMBER |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 07 31 83 | 032535 | 501793398 |

| DEDUCTIONS ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIFIC |||||| MISCELLANEOUS ||||||
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION || CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR ||||| SAVINGS | INSURANCE | BE | 80.00 | 07 | 31.05 | | | | |
| 246.81 | 346.39 | 352.80 | | | | | | | | | NON-NEGOTIABLE ||||
| CURRENT MONTH ||||||||||||
| 43.99 | 53.60 | 50.40 | 10.00 | 21.60 | | | | | | | |
| 5170.00 | 5170.00 | 800.00 | 800.00 | 268.00 | 210.64 | | 321.36 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | TOTAL DEDUCTIONS | | NET PAY |
| ACCRUED DURING CALENDAR YEAR |||| CURRENT MONTH ||||

SEE CODES ON BACK

## COMMONWEALTH OF PUERTO RICO
### SALARY AND DEDUCTIONS REPORT

| NAME | IDENTIFICATION | PERIOD ENDING ON | RECEIPT NUMBER | CHECK NUMBER |
|---|---|---|---|---|
| BENIVETTE RENTAS CRUZ | REDACTED | 12 31 82 | 047619 | 78333096 |

| DEDUCTIONS ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| SPECIFIC |||||| MISCELLANEOUS ||||||
| INCOME TAX | SOCIAL SECURITY | RETIREMENT | MEDICAL SERVICES | EMPLOYEES' ASSOCIATION || CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT | CODE | AMOUNT |
| ACCRUED DURING CALENDAR YEAR ||||| SAVINGS | INSURANCE | 07 | 31.05 | | | | | | |
| 448.81 | 607.02 | 617.40 | | | | | | | | | NON-NEGOTIABLE ||||
| CURRENT MONTH ||||||||||||
| 34.25 | 48.24 | 50.40 | | 21.60 | | | | | | | |
| 9060.00 | 9060.00 | 720.00 | 720.00 | 267.00 | 185.54 | | 267.46 |
| GROSS SALARY EARNED | SOCIAL SECURITY TAXABLE SALARY | SOCIAL SECURITY TAXABLE SALARY | GROSS SALARY EARNED | ADVANCE 1ST BI-WEEKLY SALARY | TOTAL DEDUCTIONS | | NET PAY |
| ACCRUED DURING CALENDAR YEAR |||| CURRENT MONTH ||||

SEE CODES ON BACK

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 84345-1 DN 21595**

Signed this 1st day of September 2022

_____

Andreea I. Boscor

