# EXHIBIT 50

July 25, 2022

*To Whom It May Concern:*

*I, Aurelio Moreno Soto, hereby certify that I am a retired employee of the Puerto Rico Department of Education since April 6, 2010. I completed 30 years, "0" months, 2 weeks and 3 days of accredited services. On June 11, 1989, I graduated from the Río Piedras campus of the University of Puerto Rico, with a master's degree in Guidance and Counseling. Since that same year, 1989, I started working as a guidance counselor with the Puerto Rico Department of Education until 2007.*

*The Teaching Career Act entered into force in 1999 and continued in effect until 2005. During those six years, the monthly pay was supposed to increase by $375.00 over the regular salary. The law required having a master's degree in the corresponding work area, specifically in the area you graduated. In my specific case, I met those requirements. These requirements qualified me to receive the $375.00 per month, which did not happen. As thousands of other colleagues, this lack of payment led me to join in filing a class action lawsuit. Case # 17-03283-LTS, Claim Number 67535.*

*This case about the Teaching Career is very different from the second case claimed, which is based on a $100.00 salary increase that was granted by the then governor, Sila María Calderón, which*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*entered into force in July 2002. It has been clearly shown in both claims that they are diametrically different from each other. It is completely far from reality to even think that there is any duplication of claims, given that one is based on the Teaching Career Act, in effect from 1999 to 2005, and the other claim is based on the salary increase granted by Sila María Calderón, former governor of Puerto Rico, which entered into effect in July 2002.*

*I would like to attach some documents to this letter as evidence of what I have stated herein, of the entire evidence already submitted during these long 23 years waiting. I would also like for you to take into account the claims of other fellow teachers who are in the same boat as me, in the same shipwreck. Thank you for your attention to this matter. We claim for <u>justice</u>. We do not want these rich guys to play games with our beans* [money]. *Enough with the injustices.*

*Honestly,*

*Aurelio Moreno Soto*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| [?] 10-OCT-08 | Commonwealth of Puerto Rico Teachers' Retirement System | | Day-Month-Year |
|---|---|---|---|
| | | | Filing Date |
| | | | **17-Nov-09** |
| **Case Number** | **LIFE ANNUITY REPORT** | | Expiration Date |
| **1840** | | | **27-May-10** |

MORENO SOTO AURELIO
Paternal, Maternal Last Names, First Name, and Middle Initial

Sex ☐ Female ☒ Male

███-1957
**Date of Birth**
Day-Month-Year

SEC-ISABELA
Category and Town

Act 91 of 2004
Retirement Act No.

Mailing Address  EXT VILLA RITA
BB 12 CALLE 26
SAN SEBASTIAN, PR 00685

Type of Income (Pension)   ☒ Years of Service and age   ☐ Age   ☐ Deferred

☐ Occupational Disability   ☐ Non-Occupational Disability

| Retirement Age | | | Accredited Service | | | | Annuity Cost | Annuity | |
|---|---|---|---|---|---|---|---|---|---|
| 53 | 0 | 10 | 30 | 0 | 2 | 3 | | Monthly | Annual |
| Years | Months | Days | Years | Months | Weeks | Days | $ 49,521.17 | $ 2,297.69 | $27,572.28 |

Resignation Date (Day-Month-Year)   5-Apr-10    Last Pay Date   5-Apr-10
Pension Effective Date (Day-Month-Year)   6-Apr-10    Payroll Closing Date   27-May-10
First Pension Pay Date (Day-Month-Year)   15-Jun-10    Amount  $   2,297.69
Retroactive Lump Sum Payment   From  6-Apr-10   To  31-May-10   Total Amount  $   4,212.44

| BREAKDOWN OF DEDUCTIONS | | | |
|---|---|---|---|
| | | **LUMP SUM PMT.** | **MONTHLY PAYMENT** |
| Total Amount (Gross) | | $ 4,212.44 | $2,297.69 |
| Minus Deductions: | Code | Deduction | Deduction |
| Loans (PL) | 47-000 | | |
| Cultural (CL) | 45-000 | | |
| Mortgage (HI) | 36-000 | **PAID** | |
| Financing (FI) | 67-059 | **26 MAY 2010** | |
| Individual Contribution 9% (Code 26-001) | | 505.47 | 275.72 |
| ASUME | | | |
| Other | | | |
| **Total Net Amount** | | **$ 3,706.97** | **$ 2,201.97** |

Bonuses:
☐ Summer Bonus (PBV)       ☐ Medications Bonus (PBM)
☐ Christmas Bonus (BNP)

I certify that the information included herein is true, accurate, and complete.
ALFONSO MARTINEZ SANCHEZ       11-May-2010
Name of Employee    Signature    Date
NORMA I. PEÑA AGOSTO       18-May-2010
Name of Supervisor    Signature    Date

| PRE-PROCESSING OF DOCUMENTS | FOR USE OF RETIREMENT UNIT DIRECTOR |
|---|---|
| Verified for:<br>☒ Accuracy<br>☒ Legality<br>☒ Signatures<br>☐ Other | Approved by:<br>IVONNE L. ORTIZ VALLADARES<br>Name of Director or Authorized Representative |
| RETIREMENT UNIT<br>PRE-PROCESSED DOCUMENTS<br>MAY 18 2010<br>Signature: | 05/17/10<br>Signature    Date |

| FOR USE BY PENSIONERS UNIT (Payrolls Section) | | |
|---|---|---|
| Payroll Entry   Month   6   ☒ 1st   ☐ 2nd | Lump Sum Payroll   Month   June   ☒ 1st   ☐ 2nd | |
| | ☐ Off Cycle   ☐ Pay Line | |
| Name of Employee   /illegible/ Rodriguez<br>20-May-2010<br>Signature   Date (Day-Month-Year) | Name of Employee<br>26-May-2010<br>Signature   Date (Day-Month-Year) | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | | |
|---|---|---|
| Juan Agosto Castro | *[signature]* | 22-June-2010 |
| Name of Supervisor | Signature | Date (Day-Month-Year) |

Retention: Six years or an intervention by the Puerto Rico Comptroller's Office, whichever comes first.

**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF HEALTH**
**REVIEW BOARD**



**CERTIFICATION AND REGISTRATION CARD**

MORENO SOTO – AURELIO
**Profession**  PROFESSIONAL COUNSELOR
**License Number**  000386
**Registration Number**  127098
**Expiration Date**  26 / APR / 2010

/Illegible signature/
**AUTHORIZED SIGNATURE**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# UNIVERSITY OF PUERTO RICO

### RIO PIEDRAS CAMPUS
### REGISTRAR'S OFFICE
### RIO PIEDRAS, PUERTO RICO 00931

## CERTIFICATION

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
STUDENT NUMBER

I CERTIFY THAT     **MORENO SOTO AURELIO**

**RECEIVED THE DEGREE OF**

**MASTER'S IN EDUCATION**
**GUIDANCE AND COUNSELING**

**FROM THE UNIVERSITY OF PUERTO RICO**

ON JUNE 11, 1989

ISSUED IN RIO PIEDRAS, PUERTO RICO
ON JUNE 11, 1989.

OR—R.P.6



FOR THE REGISTRAR

ILEANA RIVAS DE ROSA
ASSISTANT REGISTRAR

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TEACHING CERTIFICATE

### COMMONWEALTH OF PUERTO RICO
### DEPARTMENT OF PUBLIC INSTRUCTION
#### SAN JUAN, PUERTO RICO

## THE SECRETARY OF PUBLIC EDUCATION

### HEREBY CONFERS UPON:

#### AURELIO MORENO SOTO

THIS TEACHING CERTIFICATE THAT AUTHORIZES HIM TO PRACTICE AS A

SCHOOL GUIDANCE COUNSELOR

IN THE PUBLIC OR PRIVATE SCHOOLS OF THE COMMONWEALTH OF PUERTO RICO

ISSUED FROM  JUNE 23, 1989  TO  JUNE 30, 1995 .

ISSUED IN SAN JUAN, PUERTO RICO, ON  JULY 21, 1989.

Number 4118

SECRETARY OF PUBLIC INSTRUCTION

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Bilingual document]



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

DEPARTAMENTO DE SALUD
Department of Health

**202160**

OFICINA DE REGLAMENTACION Y CERTIFICACION
Office of Regulation and Certification
DE PROFESIONALES DE LA SALUD
of Health Professionals

## CERTIFICADO DE REGISTRO
## (REGISTRY CERTIFICATE)

NOMBRE (NAME) — AURELIO MORENO SOTO

PROFESIÓN (PROFESSION) — PROFESSIONAL COUNSELOR

NÚM. DE LICENCIA (LICENSE NO.) — 000386

NÚM. DE REGISTRO (REGISTRY NO.) — 127098

VÁLIDO DESDE (VALID FROM) — APR. 27, 2019

VENCE EN (DUE DATE) — APR. 26, 2022

CERTIFICAMOS QUE ESTE PROFESIONAL CUMPLIÓ CON EL REQUISITO ESTABLECIDO POR LA
(WE CERTIFY THAT THIS PROFESSIONAL HAS COMPLIED WITH REQUISITES ESTABLISHED)

LEY NÚM. 11 DE 23 DE JUNIO DE 1976 SEGÚN ENMENDADA.
(BY ACT NO.. 11 OF JUNE 23, 1976 AS AMENDED)

LA LICENCIA DEBERÁ RECERTIFICARSE A LA FECHA DE VENCIMIENTO O ANTES.
(THE LICENSE MUST BE RECERTIFY THE DATE DUE OR BEFORE)

DADA EN SAN JUAN, PUERTO RICO HOY. — FEBRUARY 25, 2019
(GIVEN IN SAN JUAN, PUERTO RICO ON)

FIRMA AUTORIZADA (AUTHORIZED SIGNATURE)

### NO TRANSFERIBLE (NON TRANSFERABLE)

ADVERTENCIA: CUALQUIER ALTERACION O BORRADURA CANCELA ESTA CERTIFICACIÓN.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.
ESTE DOCUMENTO NO ES TRANSFERIBLE / THIS DOCUMENT IS NOT TRANSFERABLE.

201902252022220426709362

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Hearing Date: **August 17, 2022 at 9:30AM (Atlantic Standard Time)**
Response Deadline: **August 1, 2022 at 4:00PM (Atlantic Standard Time)**

> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO**
> **TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the**<br>**Commonwealth and ERS.** |

## FOUR HUNDRED SEVENTY-SIXTH OMNIBUS OBJECTION
## (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND THE
## EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
## COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☒ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que tenga los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que sustente la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y convenios de garantía. No envíe documentos originales, ya que se podría que los documentos sucarioz se destruyan luego de diciacionis. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

Identify the Claim / Identifique la reclamación

### 1. Who is the current creditor?

¿Quién es el acreedor actual?

**Aurelio Moreno Soto**

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | [X] No / No<br>[ ] Yes. From whom?<br>Sí. ¿De quién? _____ | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br><br><br>7876405340<br>Contact phone / Teléfono de contacto<br><br>moreso3377@yahoo.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br><br><br>Contact phone / Teléfono de contacto<br><br><br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | [ ] No / No<br>[X] Yes. Claim number on court claims registry (if known) 67535<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)<br>Filed on / Presentada el 06/28/2017 _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | [X] No / No<br>[ ] Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior?_____ | |

Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | [ ] No / No<br>[X] Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Department of Education |
|---|---|
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | [X] No / No<br>[ ] Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

| | | |
|---|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ 48000 | **. Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br><br>☒ No / No<br><br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

==Teaching Career Act==

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales:

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :

$_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso
$_____

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No'<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.      $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |
|---|---|

**Part 3 / Parte 3**   Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Aurelio Moreno Soto*
Aurelio Moreno Soto (Jul 14, 2022 20:34 EDT)

Email: moreso3377@yahoo.com

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | Aurelio Moreno Soto | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |

Title / Cargo   Counselor

Company / Compañía   Puerto Rico Department of Education

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

| Address / Dirección | Po box 1512 | |
|---|---|---|
| | Number / Número | Street / Calle |
| | San Sebastián | PR       00685 |
| | City / Ciudad | State / Estado    ZIP Code / Código postal |

Contact phone / Teléfono de contacto 7876405340     Email / Correo electrónico moreso3377@yahoo.com

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | DISALLOWED CLAIM # | DATE FILED | DEBTOR | DISALLOWED ASSERTED CLAIM AMOUNT | SURVIVING CLAIM # | DATE FILED | DEBTOR | SURVIVING CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Moreno Soto, Aurelio | 67535 | 6/28/2018 | Commonwealth of Puerto Rico | $48,000.00 | 61451 | 6/28/2018 | Commonwealth of Puerto Rico | $9,500.00 |
| Treatment: | Claim to be Disallowed | | | | | | | |
| Reason: | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | No. DE RECLAMO DESESTIMADO | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO FORMULADO DESESTIMADO | No. DE RECLAMO SOBREVIVIENTE | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DEL RECLAMO SOBREVIVIENTE |
|---|---|---|---|---|---|---|---|---|
| Moreno Soto, Aurelio | 67535 | 6/28/2018 | Commonwealth of Puerto Rico | $48,000.00 | 61451 | 6/28/2018 | Commonwealth of Puerto Rico | $9,500.00 |
| Tratamiento: | Reclamo a ser desestimado | | | | | | | |
| Reason: | Las obligaciones invocadas en el Reclamo a ser desestimado son duplicados de obligaciones invocadas en el Reclamo remanente. | | | | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

***CUST PR 1845 SRF 62589 PackID: 32 MMLID: 1603166-P SVC: 476 Omni
Moreno Soto, Aurelio
PO Box 1512
San Sebastian PR 00685

Prime Clerk Puerto Rico
Commonwealth of Puerto Rico

Paul Hastings → Lawyer

Table
Magnifying glass — click [?]
Claim # - Moreno Aurelio
Objection
←
Annex C Page E 26 and [?] → write brief
District court

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 79683 | PEREZ SANTIAGO, MARTHA E | Commonwealth of Puerto Rico | $ - |
| 81054 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 82795 | MARTINEZ RUIZ, GLORIA M. | Commonwealth of Puerto Rico | $ 30,000 |
| 83119 | MORALES ALVARADO, MIRIAM L. | Commonwealth of Puerto Rico | $ - |
| 84715 | CINTRON DIAZ, EFRAIN | Commonwealth of Puerto Rico | $ 5,800 |
| 84907 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 25,000 |
| 85382 | FARIA, CARMEN I. | Commonwealth of Puerto Rico | $ - |
| 86442 | HERNANDEZ COLON, NORMA | Commonwealth of Puerto Rico | $ 20,000 |
| 86488 | FIGUEROA FERNANDEZ, MARITZA E | Commonwealth of Puerto Rico | $ - |
| 91062 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ - |
| 97223 | PEREZ RODRIGUEZ, ROSANA | Commonwealth of Puerto Rico | $ - |
| 97579 | PEREZ SANTIAGO, MARTHA E. | Commonwealth of Puerto Rico | $ - |
| 101019 | PEREZ TORRES, FERNANDO E | Commonwealth of Puerto Rico | $ 39,600 |
| 149181 | PEREZ TORRES, FERNANDO E. | Commonwealth of Puerto Rico | $ - |
| 118508 | NIEVES DE SNYDER, DORIS N. | Commonwealth of Puerto Rico | $ - |
| 135489 | PADIN RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 140349 | PADIN-RODRIGUEZ, AIDA L. | Commonwealth of Puerto Rico | $ 5,670 |
| 151692 | DIAZ FEBO , LUZ O. | Commonwealth of Puerto Rico | $ - |
| 158080 | RIOS, YOLANDA ACEVEDO | Commonwealth of Puerto Rico | $ 4,200 |
| 158887 | ACEVEDO RIOS, YOLANDA | Commonwealth of Puerto Rico | $ 15,600 |
| 166183 | ADAMES LUGO, ROSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 18,000 |
| 167729 | SANTOS CEDENO, BAUDILIA | Commonwealth of Puerto Rico | $ - |
| 97835 | MORENO SOTO, AURELIO | Commonwealth of Puerto Rico | $ 45,000 |
| 169996 | AROCHO RIVERA, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 178811 | SANTANA DIAZ, AUREA L. | Commonwealth of Puerto Rico | $ - |
| 29481 | CORDERO MALDONADO, MARIA DEL C | Commonwealth of Puerto Rico | $ 15,000 |
| 169151 | RODRIGUEZ ALOYO, JUSTINIANO | Commonwealth of Puerto Rico | $ - |
| 115744 | TORRES ROSARIO, NANCY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 32,652 |
| 78765-1 | DIAZ MORALES, AZLIN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 39,605 |
| 31975 | DE LOS SANTOS VALLES, MARCOS A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |
| 47926 | LUGO BEAUCHAMP, NIDYVETTE | Commonwealth of Puerto Rico | $ - |
| 11703 | MADERA ROSARIO, ELIEZER | Commonwealth of Puerto Rico | $ - |
| 2805 | ROBLES, CARLOS MALDONADO | Commonwealth of Puerto Rico | $ 11,515 |
| 27198 | SANTIAGO ROSADO, HERIBERTO | Commonwealth of Puerto Rico | $ - |
| 41575 | TORRES TRAVERSO, JOSE E | Commonwealth of Puerto Rico | $ - |
| 62584 | ACEVEDO RUIZ, ALEXANDER | Commonwealth of Puerto Rico | $ 22,238 |
| 41028 | ADORNO RODRIGUEZ, CARLOS M. | Commonwealth of Puerto Rico | $ 30,000 |

| Claim | Claimant | Debtor | Total Filed | |
|-------|----------|--------|------|---|
| 144912 | DEVARIE CORA, HERMINIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 102927 | TORRES CAMPUSANO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 103025 | LOPEZ ORTIZ, RUTH N. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 109312 | MEDINA RIVERA, NYDIA ANNIE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 127631 | ISAAC CANALES, OLGA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 131085 | MALDONADO ORTIZ, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 142001 | TORRES CAMPUSAÑO, SONIA M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 143180 | HERNANDEZ MELENDEZ, ROSE M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 175689 | REYES NIEVES, NICOLAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 38,250 |
| 40271 | HERNANDEZ, JESSICA FERNANDEZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 52,800 |
| 48968 | COLLAZO MORINGLANE, WILLIAM O | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 49231 | ROSALY GERENA , DIONISIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | - |
| 7367 | MENDEZ PADILLA, LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 27,080 |
| 89531 | ALVARADO COLON, MARIBEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ | 1,500 |
| 105579 | DOMINGUEZ GONZALEZ, ADA IRIS | Commonwealth of Puerto Rico | $ | 19,687 |
| 106267 | LORENZO ALEVS, VICTOR | Commonwealth of Puerto Rico | $ | 1,300 |
| 107940 | TORRES CAMPUSANO, MAGDALENA | Commonwealth of Puerto Rico | $ | - |
| 119301 | LOPEZ ORTIZ, RUTH N | Commonwealth of Puerto Rico | $ | - |
| 123483 | GONZALEZ MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ | - |
| 126018 | TORRES CAMPUSANO, SONIA M. | Commonwealth of Puerto Rico | $ | - |
| 129266 | PEREZ TORRES , FERNANDO. E. | Commonwealth of Puerto Rico | $ | - |
| 130584 | GONZALEZ-MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ | - |
| 130675 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ | - |
| 132847 | DIEZ DE ANDINO-RODRIGUEZ, MARIA S. | Commonwealth of Puerto Rico | $ | 20,000 |
| 133878 | MALDONADO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico | $ | - |
| 138812 | ARILL TORRES, CARLOS M. | Commonwealth of Puerto Rico | $ | 15,000 |
| 152879 | GONZALEZ - MUNIZ, PAQUITA | Commonwealth of Puerto Rico | $ | - |
| 152966 | CARDINA RIVERA, WILMER A. | Commonwealth of Puerto Rico | $ | - |
| 153104 | ALVARADO CINTRON, JOSE A. | Commonwealth of Puerto Rico | $ | 3,600 |
| 156939 | RODRIGUEZ ESTRADA, INES | Commonwealth of Puerto Rico | $ | 8,400 |
| 31399 | RIVERA VEGUILLA, MARIA T | Commonwealth of Puerto Rico | $ | 5,938 |
| 36956 | CALDERIN GARCIA, MARIA M. | Commonwealth of Puerto Rico | $ | - |
| 51198 | BARRETO RAMOS, JOSE R. | Commonwealth of Puerto Rico | $ | 14,000 |
| 56649 | OSORIO ROSA, MARIS A | Commonwealth of Puerto Rico | $ | - |
| 61973 | COLON COLON, NITZA M. | Commonwealth of Puerto Rico | $ | - |
| 73184 | MARI GONZALEZ, IRAIDA O. | Commonwealth of Puerto Rico | $ | - |
| 79637 | PEREZ SANTIAGO, MARTHA | Commonwealth of Puerto Rico | $ | - |

claims have been transferred into the Administrative Claims Reconciliation process for resolution using the Debtors' ordinary administrative processes.

16. This Four Hundred Seventy-Sixth Omnibus Objection is filed in accordance with the Court's Amended Omnibus Objection Procedures.

## OBJECTIONS TO PROOFS OF CLAIM

17. The Amended Omnibus Objection Procedures allow the Debtors to file an omnibus objection to multiple proofs of claim on any basis provided for in Federal Rule of Bankruptcy Procedure 3007(d)(1)-(7), as well as on other substantive bases set forth in the Amended Omnibus Objection Procedures.

18. The Four Hundred Seventy-Sixth Omnibus Objection seeks to disallow, in accordance with Federal Rule of Bankruptcy Procedure 3007(d)(1) and the Amended Omnibus Objection Procedures, claims that are substantively duplicative of other proofs of claim filed in the Title III Cases.

19. As set forth in **Exhibit A** hereto, the claims identified in the column titled "Claims to be Disallowed" (collectively, the "Claims to Be Disallowed") assert the same liabilities against the *False* Commonwealth and/or ERS as the claims identified in the column titled "Remaining Claims" (each a "Remaining Claim" and collectively, the "Remaining Claims"). In some instances, the Claims to Be Disallowed were filed on behalf of the same claimants as the Remaining Claims, set *False* forth the same basis for the claim (e.g., allegedly unpaid employment obligations), attach the same documentation, and/or assert an equal amount to the Remaining Claims.

*False*  *False*

an amended procedures motion seeking, among other things, to allow the Debtors to file omnibus objections on substantive bases, to further expand the number of claims that may be included on an objection, and to approve additional notice forms. *Notice of Hearing with Respect to an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [ECF No. 7091]. On June 14, 2019, the Court granted the requested relief, by the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Notice Forms, and (D) Granting Related Relief* [ECF No. 7440] (the "Amended Omnibus Objection Procedures").

15. Pursuant to the Initial Omnibus Objection Procedures and Amended Omnibus Objection Procedures, to date the Court has held over 25 hearings and entered orders on over 315 omnibus objections filed by the Commonwealth, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Electric Power Authority ("PREPA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Puerto Rico Public Buildings Authority ("PBA"), and/or ERS. Based upon rulings and orders of the Court to date, as well as the expungement of certain claims pursuant to the Plan, approximately 102,469 claims asserting $43 billion in liability against the Commonwealth, COFINA, HTA, PREPA, ERS, and PBA have been disallowed and expunged from the claim registry in the Title III proceedings. In addition, approximately 44,700.

7

*It depicts Puerto Rican teachers as perpetrators of fraud, denigrating the honor and intelligence of teachers, undermining their values.*

[…] Remaining. In other instances, the proof of claim forms submitted by the Remaining Claims and the Claims to Be Disallowed are not exactly identical, but the Remaining Claims and the Claims to Be Disallowed nevertheless assert the same liabilities on behalf of the same claimant and rely on the same supporting documentation. Accordingly, the Claims to Be Disallowed are duplicative of one or more Remaining Claims.

*False*

*False*

*False*

*An affront to teachers*

*False*

*False*

20. Any failure to disallow the Claims to Be Disallowed will result in the applicable claimants potentially receiving an unwarranted double recovery against the Debtors to the detriment of other stakeholders in the Title III Cases. The holders of the Claims to Be Disallowed will not be prejudiced by the disallowance of their claims because they will each retain a Remaining Claim against the Debtors, as set forth in **Exhibit A** hereto. Because this Four Hundred Seventy-Sixth Omnibus Objection to the Claims to Be Disallowed does not constitute an objection to the Remaining Claims, the Debtors reserve their right to object to the Remaining Claims on any other grounds whatsoever.

*False*

*Ambiguous message*

*False*

21. In support of the foregoing, the Debtors rely on the *Declaration of Jay Herriman in Support of the Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims*, dated July 1, 2022, attached hereto as **Exhibit B**.

*Aberrant and uncertain behavior, actions, and statement, far from reality and full of lies. He committed perjury. Who will put him in jail?*

## NOTICE

22. In accordance with the Amended Omnibus Objection Procedures and the Court's Notice Order, the Debtors have provided notice of this

Four Hundred Seventy-Sixth Omnibus Objection to (a) the individual creditors subject to this Four Hundred Seventy-Sixth Omnibus Objection, (b) the U.S. Trustee, and (c) the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [ECF No. 20190-1]), which is available on the Debtors' case website at https://cases.ra.kroll.com/puertorico/. A copy of the notice for this Four Hundred Seventy-Sixth Omnibus Objection is attached hereto as **Exhibit C**. Spanish translations of the Four Hundred Seventy-Sixth Omnibus Objection and all of the exhibits attached hereto are being filed with this objection and will be served on the parties. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## **NO PRIOR REQUEST**

23. No prior request for the relief sought in this Four Hundred Seventy-Sixth Omnibus Objection has been made to this or any other court.

*[Remainder of page intentionally left blank.]*

*EXHIBIT C*

*Aurelio Moreno Soto*
*Urb. Jardines de Guerrero*
*Aguadilla, P.R. 00603*
*E-mail: moreso3377@yahoo.com*
*Phone: 787-640-5340*

*Re:  #67535             Caso # 17 BK 3283-LTS*
*    #61451*


*I am submitting a response with evidence that I was employed with*
*the PR Department of Education until my retirement in April 2010.*

- *Act of Sila M. Calderón - $100.00 salary increase not granted.*
- *Class action lawsuit, Teaching Career, 1999-2005. School Guidance Counselors.*


*February 20, 2020*



GOVERNMENT OF PUERTO RICO

Teachers Retirement System

# CERTIFICATION

I certify the following information regarding the pension of teacher **AURELIO MORENO SOTO**, bearer of social security number ending in **1953.**

| | |
|---|---|
| **Date of Pension Eligibility** | **April 6, 2010** |
| **Time Considered for Retirement** | **30 years, 0 months, 2 weeks & 3 days** |
| **Effective Date of Resignation** | **April 5, 2010** |
| **Effective Date of Pension** | **April 6, 2010** |
| **Current Monthly Pension** | **$2,297.69** |

This certification is issued today, **February 10, 2020**, in **San Juan, Puerto Rico.**

Edgardo Negron Ramirez
Supervisor
**Retirement Services Unit**

FORM 409   Rev.: 99



*5-April-2010*
*Act 91*

**COMMONWEALTH OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
Office of the Assistant Secretary of Human Resources

Pay out ____ regular vacation days in July.

Deduct _____ days for absence.

## Change Report - Teaching Staff

| | PRIOR TO CHANGE | AFTER CHANGE |
|---|---|---|
| 1.   Name of Employee | AURELIO MORENO SOTO | |
| 2.   Social Security Number | ███-1953 | |
| 3.   Place & Date of Birth | San Sebastián. ███ 1957 | |
| 4.   Sex | M | |
| 5.   Marital Status | M | |
| 6.   Education | M.A. (21) | |
| 7.   Experience | 30 years | |
| 8.   Employee Status (Contract) | Permanent (01) | |
| 9.   Gross Salary | $3,145.00 | |
| 10.  Job Number | R04554 | |
| 11.  Job Category | PHYS. ED. TEACHER – HIGH SCHOOL | |
| 12.  Job Level (Executive) | | |
| 13.  Fund | State | |
| 14.  Account Number | ███-2010 | |
| 15.  Effective Date | April 5, 2010 | |
| 16.  Action and Duration | Resignation | |
| 17.  Cause of Termination | Retirement | |
| 18.  Last Day of Work | April 5, 2010 | |
| 19.  Last Payment Day | Sep. 23, 2010 9:05 A.M. | |
| 20.  School Program, Level and Grade | | |
| 21.  Shift on Record | | |
| 22.  School District | Isabela (035) | |
| 23.  School | José C. Rosario | |

| 24.  Mailing and Home Address | 25.  Home Phone |
|---|---|
| Calle 26 BB-12 Ext. Villa Rita, San Sebastián, PR 00685 Calle Arboreta F-14, Urb. Jardines de Guerrero, Aguadilla, PR 00603 | (787) 640-5340 |

26. Comments: Teachers' Retirement System (SRM) and Commonwealth Employees' Association (AEELA). Included in the benefits under Act No. 91 of 29/Mar/2004. P[?] Global Vac. Reg. 32-0-29 of 6/APR/10 to 20/May/10. 8:29 A.M. and ENF. 86-0-36 of 20/May/10. 8:29 A.M. to 23/Sep/10 9:05 A.M. Years of Service.

| 27.  In the event of a change in status to probationary or permanent, transfer, permanent reassignment, relocation, or demotion | 29.  I wish: ___to take part in ___not to take part in the 3% deduction from my monthly wages toward the Savings and Loan Fund of the Commonwealth Employees Association in the event of a change of contract to probationary or permanent |
|---|---|
| _____    _____<br>Employee's Signature           Date | _____    _____<br>Employee's Signature           Date |
| 28.  Recommended<br>/Signature/<br>_Ana N. Mendez Barreto_    _February 11, 2010_<br>Regional Director           Date | 30.  Recommended<br><br>_____    _____<br>School Principal           Date |

31. Approved by: the Secretary of Education or Representative

_Maria _____ ███████████

Signature           Date

If the appointment is with temporary provisional status, it constitutes a **PROVISIONAL TEACHING CERTIFICATE**.

1999 → 2005

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puert
Case No. 17-03283
United States Bankruptcy Co

**PRIME CLERK RECEIVE**
**PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 67535

For additional information, 
http://cases.primeclerk.co
call us at 844.822.9231.



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **#67535**
*Claimant:* **Aurelio Moreno Soto**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses**. Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| **By Mail** | **Hand Delivery or Overnight Mail Service** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

## Questionnaire

**1. What is the basis of your claim?**

- ☒ A pending or closed legal action with or against the Puerto Rican government
- ☐ Current or former employment with the Government of Puerto Rico
- ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

  *Teaching Career Act. $375.00 per month*

**2. What is the amount of your claim (how much money do you claim to be owed):**

  *$ 27,000.00 + interest.*

*Note: The value of money from 1999 compared to 2022 is not the same; it practically doubles. Also add the interest. I speculate that it exceeds $150,000.00*

*Proof of Claim Number:* **#67535**
*Claimant:* **Aurelio Moreno Soto**

**3.  Employment.  Does your claim relate to current or former employment with the Government of Puerto Rico?**

      ☐  No.  *Please continue to Question 4.*
      ☒  Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:
  *Puerto Rico Department of Education. 1982-2010*

3(b).  Identify the dates of your employment related to your claim:
  *July 1999 to July 2005*

3(c).  Last four digits of your social security number:    *1953*

3(d).  What is the nature of your employment claims (select all that apply):

      ☐  Retirement

      ☒  Unpaid Wages

      ☐  Sick Days

      ☐  Union Grievance

      ☐  Vacation

      ☐  Other (Provide as much detail as possible.  Attach additional pages if necessary).

  *Teaching Career Act, from 1999 to 2005, at a rate of $375.00 per month*

**4. Legal Action.  Does your claim relate to a pending or closed legal action?**

      ☐  No.
      ☐  Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

 *Puerto Rico Department of Education*

4(b).  Identify the name and address of the court or agency where the action is pending:

 *United States Bankruptcy Court for the District of Puerto Rico (San Juan)*

4(c).  Case number:  *17-03283*

4(d).  Title, Caption, or Name of Case:

    *Commonwealth of Puerto Rico*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



/Commonwealth of Puerto Rico. Teachers Retirement System/

*Claim # 67535*
*Aurelio Moreno Soto*

June 16, 2010

Aurelio Moreno Soto, Teacher
HC 3 Box 30403
Aguadilla, Puerto Rico 00603

Dear Mr. Moreno:

For the purposes you may deem pertinent, we hereby certify that you receive a pension from the Teachers' Retirement System amounting to $2,297.69 per month, equivalent to $27,572.28 per year.

We are at your service to provide you with any additional information you may need.

Cordially,

Carmen I. Figueroa Fernández
Supervisor
Information Services
Mayagüez Branch

CIFF/apc

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PO Box 191879 San Juan, P.R. 00919-1879  Teléfonos (787) 754-8611 ó (1) (888) 981-8611
http://www.srm.gobierno.pr  E-mail: consulta@srm.gobierno.pr

**Exhibit A**
**CLAIMANT'S RESPONSE FORM**

*Claim No.* **67535**          *Creditor Name:* **Moreno Soto, Aurelio**

| | | |
|---|---|---|
| (1) | Full Name | *Aurelio Moreno Soto* |
| (2) | Telephone Number | *(787) 640-5340* |
| (3) | Employee Number | *Retired* |
| (4) | Agency you work(ed) for and dates. If you were employed in more than one agency, please indicate the agency or agencies related to your claim and the dates you were employed by each agency. | *I worked in the classroom from 1982 until March 20, 2010. Place: Puerto Rico Department of Education.* <br><br> *Retired – July 2010* |
| (5) | E-mail address | *Moreso3377@yahoo.com* |
| (6) | Social Security Number (last 4 digits) | *1953* |
| (7) | Administrative or Legal Case Number, if applicable | *Include the number of any administrative and/or legal case, if any, you may have filed that is directly related to the benefits claimed in the Proof of Claim.* <br><br> *# 17-03283* |
| (8) | Describe in detail the nature of your claim and the basis why you believe you are entitled to the benefit claimed. Attach additional pages if needed. | *My case # 67535 is based on the Teaching Career Act. Individuals with a master's degree in their areas of work qualified under this Act. This was my case, since I graduated in 1988 as a school guidance counselor from the University of Puerto Rico. From the moment the Teaching Career Act entered into force in 1999 until 2005, I worked as a school guidance counselor.* <br><br> *Include in the lawsuit the cost of living and interest accrued from 1999 to this day, for said amount of money to be paid. $375.00 per month that I was not paid.* |

**\*\*\*Attach any supporting documentation you may have related to your claim\*\*\***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



170328300192391

**Exhibit A**
**CLAIMANT'S RESPONSE FORM**

*Claim No.* **67535**          *Creditor Name:* **Moreno Soto, Aurelio**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency you work(ed) for and dates. If you were employed in more than one agency, please indicate the agency(ies) related to your claim and the dates you were employed by each agency. | |
| (5) E-mail address | |
| (6) Social Security Number (last 4 digits) | |
| (7) Administrative or Legal Case Number, if applicable | Include the number of any administrative and/or legal case, if any, you may have filed that is directly related to the benefits claimed in the Proof of Claim. |
| (8) Describe in detail the nature of your claim and the basis why you believe you are entitled to the benefit claimed. Attach additional pages if needed. | |

**\*\*\*Attach any supporting documentation you may have related to your claim\*\*\***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



170328300192391

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2002 → 2010

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of
Case No. 17-03283
United States Bankruptc

**PRIME CLERK REC**
**PROOF OF CLAIM.**

Date Filed: 6/28/2018
Proof of Claim No.: 614

For additional informati
**http://cases.primeclerk**
call us at **844.822.9231.**

919703

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **#61451**
*Claimant:* **Aurelio Moreno Soto**

## <u>INFORMATION REQUESTED TO PROCESS YOUR CLAIM</u>

### <u>Instructions</u>

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses**. Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| <u>By Mail</u> | <u>Hand Delivery or Overnight Mail Service</u> |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### <u>Questionnaire</u>

**1. What is the basis of your claim?**

- ☒ A pending or closed legal action with or against the Puerto Rican government
- ☐ Current or former employment with the Government of Puerto Rico
- ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

  *$100.00-per-month salary increase decreed by Governor Sila Calderón.*

**2. What is the amount of your claim (how much money do you claim to be owed):**

 *$ 9,500.00 + interest.*

*Note: The value of the dollar in 2002 is not the same in 2022. It could even double. Also add the interest. I speculate that it could exceed $50,000.00*

*Proof of Claim Number:* **#61451**
*Claimant:* **Aurelio Moreno Soto**

**3. <u>Employment.</u>  Does your claim relate to current or former employment with the Government of Puerto Rico?**

    ☐  No.  *Please continue to Question 4.*
    ☐  Yes.  **Answer Questions 3(a)-(d).**

3(a).  Identify the specific agency or department where you were or are employed:
   *Puerto Rico Department of Education. 1982-2010*

3(b).  Identify the dates of your employment related to your claim:
   *July 2002 to July 2010*

3(c).  Last four digits of your social security number:    *1953*

3(d).  What is the nature of your employment claims (select all that apply):

    ☐  Retirement

    ☒  Unpaid Wages

    ☐  Sick Days

    ☐  Union Grievance

    ☐  Vacation

    ☐  Other (Provide as much detail as possible.  Attach additional pages if necessary).

   *$100.00 per month from July 2002 until July 2010. Salary increase granted by María Sila Calderón, Governor or Puerto Rico*

**4. <u>Legal Action.</u>  Does your claim relate to a pending or closed legal action?**

    ☐  No.
    ☐  Yes.  **Answer Questions 4(a)-(f).**

4(a).  Identify the department or agency that is a party to the action.

 *Puerto Rico Department of Education*

4(b).  Identify the name and address of the court or agency where the action is pending:

 *United States Bankruptcy Court for the District of Puerto Rico (San Juan)*

4(c).  Case number:   *17-03283*

4(d).  Title, Caption, or Name of Case:

     *Commonwealth of Puerto Rico*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **#61451**
*Claimant:* **Aurelio Moreno Soto**

4(e).  Status of the case (pending, on appeal, or concluded):

_____*Pending resolution*_____

4(f).  Do you have an unpaid judgment?  (Yes) / <u>No</u>  (Circle one)

  If yes, what is the date and amount of the judgment?

___*6/28/2018  $9,500.00 without interest and cost of living*___

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **#67535**
*Claimant:* **Aurelio Moreno Soto**


4(e).  Status of the case (pending, on appeal, or concluded):

_____*Pending resolution*_____

4(f).  Do you have an unpaid judgment? (Yes) / No_  (Circle one)

   If yes, what is the date and amount of the judgment?


__*6/28/2018  $48,000.00 without interest and cost of living*__

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Exhibit A**

**CLAIMANT'S RESPONSE FORM**

*Claim No.* **61451**                    *Creditor Name:* **Moreno Soto, Aurelio**

| | | |
|---|---|---|
| (1) | Full Name | *Aurelio Moreno Soto* |
| (2) | Telephone Number | *(787) 640-5340* |
| (3) | Employee Number | *Retired* |
| (4) | Agency you work(ed) for and dates. If you were employed in more than one agency, please indicate the agency or agencies related to your claim and the dates you were employed by each agency. | *Puerto Rico Department of Education from 1982 to 2010* *Retired in July 2010* |
| (5) | E-mail address | *Moreso3377@yahoo.com* |
| (6) | Social Security Number (last 4 digits) | *1953* |
| (7) | Administrative or Legal Case Number, if applicable | *Include the number of any administrative and/or legal case, if any, you may have filed that is directly related to the benefits claimed in the Proof of Claim.* *# 17-03283* |
| (8) | Describe in detail the nature of your claim and the basis why you believe you are entitled to the benefit claimed. Attach additional pages if needed. | *Case # 61451 is based on the salary increase granted by the governor of Puerto Rico at the time, Sila María Calderón. Said salary increase entered into effect in July 2002 and ended with my retirement in July 2010. The salary increase was in the amount of $100.00 per month.* *Include the cost of living and interest accrued on said amount to this day.* |

**\*\*\*Attach any supporting documentation you may have related to your claim\*\*\***



170328300211875

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



/Commonwealth of Puerto Rico. Teachers Retirement System/

*Claim # 61451*
*Aurelio Moreno Soto*

June 16, 2010

Aurelio Moreno Soto, Teacher
HC 3 Box 30403
Aguadilla, Puerto Rico 00603

Dear Mr. Moreno:

For the purposes you may deem pertinent, we hereby certify that you receive a pension from the Teachers' Retirement System amounting to $2,297.69 per month, equivalent to $27,572.28 per year.

We are at your service to provide you with any additional information you may need.

Cordially,

Carmen I. Figueroa Fernández
Supervisor
Information Services
Mayagüez Branch

CIFF/apc

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PO Box 191879 San Juan, P.R. 00919-1879  Teléfonos (787) 754-8611 ó (1) (888) 981-8611
http://www.srm.gobierno.pr   E-mail: consulta@srm.gobierno.pr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**FROM:**

Dr. Aurelio Moreno Soto
PO Box 1512
San Sebastian, P.R. 00685

**TO:**

Clerk's Office
United States District Court
#150 Ave. Chardón
Edificio Federal, San Juan, P.R.
00918

U.S. POSTAGE PAID
SAN SEBASTIAN, PR
AUG 06, 22
AMOUNT
**$2.40**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*01/SEPTEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | |
|---|---|
| **T** | 718.384.8040 |
| **W** | TargemTranslations.com |
| **E** | projects@targemtranslations.com |
| **A** | 185 Clymer St. Brooklyn, NY 11211 |

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 67535 DN 21799**

Signed this 1st day of September 2022

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

