# EXHIBIT 51

Sep. 21, 2022

Clerk's Office

United States District Court

Room 150 Federal Building

San Juan, Puerto Rico.

[Stamp: RECEIVED – OCT 12, 2022 PM 5:20 – CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN]

My name is Heliodora Alicea Rodríguez, and the last digits of my social security number [are] 4732. I live at Valles de Arroyo, calle 1 casa 6, mailing address: PO Box 102 Arroyo, Puerto Rico, 00714, e-mail hely816@hotmail.com, telephone numbers (939) 335-1775 and (787) 271-1578.

I am hereby informing you that you have two (2) files in my name, and that is why you are saying it is incomplete, one with claim number 104126 and the other with claim number 171908. I would like you to collate it and place the documents in 171908. I sent all possible documents, and I responded to all of your letters, but I did not realize that the numbers were different and I only sent one, although you sent me two. I'd like to ask you to please correct it, so that you have my complete file.

My claim is for the increases that I no longer received, under Act 85, Act 34, Act 2000, and any other amount that is owed to me since I worked for the Department of Education from 1977 to 2007, and in the Retirement System from 2007 to present. Neither the Department of Education nor the Retirement System will provide us with documents indicating what they owe us. I can only send the pension certification for years of service and the employment end letter and acceptance letter.

[Signature]
**SIGNATURE**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem: Commonwealth of Puerto Rico **Teachers' Retirement System**]   **RETIREE SERVICES DIVISION**

**HELIODORA ALICEA RODRÍGUEZ**
**PO BOX 102**
**ARROYO PR 00714**

XXX-XX-4732

## MONTHLY AND ANNUAL PENSION CERTIFICATION

I hereby certify that the teacher **Heliodora Alicea Rodríguez** is a retiree under the **Teachers' Retirement System**, as of **September 01, 2007**. She receives **$2,516.04** per month, which is equivalent to **$30,192.48** annually.

This certification is issued on this date, **May 23, 2008**, in **San Juan, Puerto Rico**.

[Signature]
Rosanna Navas Rubio
Supervisor
Retirement Services Office

PO Box 191879 San Juan, Puerto Rico 00919-1879  Telephones (787) 754-8611
or 1-877-JRETIRO (5738476) http://www.jrm.gobierno.pr   e-mail: consulta@jrm.gobierno.pr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

August 03, 2007

Ms. María Virgen Díaz López
Superintendent of Schools
Arroyo District

Ms. Díaz:

Be advised that, effective September 01, 2007 I am submitting my resignation from the position of School Principal with position number R01691, which belongs to Natividad Rodríguez González Urban High School.

I thank God and the Department of Education for giving me the opportunity to have worked for the youth of Arroyo.

Without further ado, I remain at your disposal.

Yours sincerely,

[Signature]
Heliodora Alicea Rodríguez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Emblem]
Commonwealth of Puerto Rico
<u>DEPARTMENT OF EDUCATION</u>
**Professional Development Center**
Arroyo School District
Arroyo, Puerto Rico

Telephones:   787 839-2323
              787 839-3130
Fax:          787 839-1008

August 23, 2007.

Mr. Héctor Medina Delgado
Regional Director
Humacao Educational Region
Humacao, Puerto Rico

Dear Mr. Medina:

The resignation submitted by Ms. Heliodora Alicea Rodríguez, Principal of Natividad Rodríguez School, effective September 01, 2007, is accepted.

Ms. Alicea's work has been of excellence and we regret her departure. But she has decided to retire to enjoy her well-deserved retirement.

She is a colleague and friend committed to the Education of our youth.

We wish her success and all the best in her future.

Without further ado, I remain available.

Cordially,

[Signature]
Ms. María Virgen Díaz López

mll

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*24/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*





# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:
the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **104126 - DN 22600**

Signed this 24th of November 2022

_____

Andreea I. Boscor

