# EXHIBIT 58

Case:17-03283-LTS   Doc#:22657   Filed:10/17/22   Entered:10/20/22 18:40:40   Desc: Main
Document   Page 1 of 1

## RESPONSE TO OMNIBUS OBJECTION

| (i) | Contact details:<br>Address:<br>Telephone:<br>Email address:<br>Designated attorney:<br>Address: | **Raul Santini-Rivera**<br>Urb. Monte Atenas, 1300 calle Atenas, apto. 506<br>San Juan, Puerto Rico<br>(787) 240-3189<br>rsantinirivera@gmail.com<br>Yarlene Jiménez Rosario, Esq.<br>PMB 133, 1353 Ave. Luis Vigoreaux, Guaynabo, P.R., 00966 |
|---|---|---|
| | Party authorized to settle:<br>Telephone: | Yarlene Jiménez Rosario, Esq.<br>(787) 633-6931 |
| (ii) | Caption: | In the United States Federal District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 |
| | Debtor: | **COMMONWEALTH OF PUERTO RICO**<br>PROMESA<br>Title III<br>Number 17BK 3283-LTS<br><br>FIVE HUNDRED AND FOURTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, OF THE COMMONWEALTH OF PUERTO RICO GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM, AND OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE<br><br>Proof of claim number 24826 |
| (iii) | **Reason for opposing the Omnibus Objection:** | - Non-compliance with Act 184, of August 03, 2004, as amended, known as the Public Service Human Resources Administration Act of the Commonwealth of Puerto Rico, in application of Article 8, Section 8.3 which provides for the implementation of a salary increase of up to five (5) percent for employees who have rendered satisfactory service for a period of three consecutive years.<br><br>- Omission of my name of the list of claimants of case 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. |
| (iv) | Documentation: | Copy of Article of Act 184, as amended. |

**Signature:** _____ [Signature] _____

[Stamp: RECEIVED – OCT 17, 2022 [Illegible]]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/NOVEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | |
|---|---|
| T | 718.384.8040 |
| W | TargemTranslations.com |
| E | projects@targemtranslations.com |
| A | 185 Clymer St. Brooklyn, NY 11211 |

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **24826 - DN 22657**

Signed this 17th of November, 2022

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____

Andreea I. Boscor

