# EXHIBIT 59

Hi, I am Luz Esther Rivera Cuevas, employee with the Department of Education. I am an Adapted PE teacher in the Town of Rincon. I am interested in knowing whether I can still receive the money from the Promesa Act. Thank you. Cell phone 787-396-6931

## Five Hundred Twenty-Second Omnibus Objection
### Exhibit A - Claims to Be Liquidated and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | RAMOS CHAPARRO, IRACHE R. CARLOS A. CRESPO BADILLO BUFETE CRESPO & SOTO PO BOX 1522 MOCA, PR 00676-1522 | 40903 | Commonwealth of Puerto Rico | Unsecured | $19,000.00* | Commonwealth of Puerto Rico | Unsecured | $19,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $19,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 35 | RAMOS, YADYRA MANFREDY 2905 AVE EMILIO FAGOT PONCE, PR 00716-3613 | 45821 | Commonwealth of Puerto Rico | Unsecured | $7,667.00* | Commonwealth of Puerto Rico | Unsecured | $7,667.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,667.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 36 | RIVERA CUEVAS, LUZ ESTHER PO BOX 185 ANASCO, PR 00610 | 14673 | Commonwealth of Puerto Rico | Unsecured | $230.40* | Commonwealth of Puerto Rico | Unsecured | $230.40 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $230.40 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 37 | RODRIGUEZ SIERRA, CHRISTIAN ALLAN RIVERA FERNÁNDEZ CAPITAL CENTER BUILDING SUITE 401 HATO REY, PR 00918 | 1291 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

Certified to be a correct and true translation from the source text in Spanish to the target language English.
14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*14/FEBRUARY/2023 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **POC 14673-DN 2399**

Signed this 14th of February 2023

_____

Andreea I. Boscor




