# EXHIBIT 60

**Efrain Márquez Guzmán**
10 Calle Alondra Apt. 97
Condominio Alondra
Buzón 16
San Lorenzo, P. R. 00754

November 7, 2022

Clerk's Office
United States District Court
#150 Chardon Avenue
Federal Building
San Juan, Puerto Rico 00918

[stamp:] RECEIVED 2022 NOV 10 [illegible] CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN

Re: PROMESA Title III
No. 17 BK 3283-LTS          Attachment A to Global Objection Claim 7743

Dear Sirs:

We are in receipt of a notice from the United States District Court, District of PR informing us that our claim will be denied for the reasons explained in Exhibit A.

I wish to file a response, as I do not agree. As you are aware, these matters are a bit complicated and we would like to have the specific reasons explained to us and if there is any opportunity to recover some of what the government defrauded us of.

I am enclosing a copy of the aforementioned documents.

Hoping that we will be considered, I remain,

Cordially,

[Signature]

Efrain Márquez Guzmán

Enclosure     Notice from the Federal Court
              Exhibit A

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Pages 2-7 excluded

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Five Hundred Thirty-Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | LUNDBERG, NORMA J. 2723 N. WATTS ST. PORTLAND, OR 97217 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101498 | $39,074.20 |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MARQUEZ GUZMAN, EFRAIN URB CAGUAS NORTE AE 11 CALLE PARIS CAGUAS, PR 00725 | 04/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7743 | $300,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.
Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | MOLITERNO TTEE, VALERIE G 2008 VALERIE G MOLITERNO REV TR NO 1, U/A 7/17/08 409 39TH AVE N MYRTLE BEACH, SC 29577 | 03/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3044 | Undetermined* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by HTA, however the Confirmation Order provides for discharge and no further liability with respect to such claims other than as provided in the Plan.
Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Electric Power Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

*Indicates claim contains unliquidated and/or undetermined amounts

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Efrain Marquez Guzman
10 Alondra St. Apt. 97
San Lorenzo, P. R. 00754-3171

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
#150 Avenida Chardon
Edificio Federal
San Juan, Puerto Rico 00918

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*6/DECEMBER/2022 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **ECF 22852 – Claim No. 7743**

Signed this 6th of December 2022

_____

Andreea I. Boscor

