## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

     I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On March 31, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Master Service List attached hereto as **Exhibit A**:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Third Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Unresponsive Acr Claims (ECF No. 21751) [Docket No. 23409]

- Notice Of Presentment Of Proposed Order Granting The Five Hundred First Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Unresponsive Acr Claims (ECF No. 21758) [Docket No. 23413]

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2 Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 10, 2023

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 10, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 68524

**<u>Exhibit A</u>**

Exhibit A

Supplemental Master Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Alvelo Rodriguez, Miguel A. | Dpto. de Educacion Estado Libre Asoc. | PO Box 190759 | | San Juan | PR | 00919-0759 |
| CARLOS ALSINA BATISTA LAW OFFICES PSC | ATTN CARLOS C ALSINA BATISTA | 638 Aldebaran | St #201 | SAN JUAN | PR | 00920 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)