UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                         (Jointly Administered)
et al.,

     Debtors.[1]

------------------------------------------------------------x

ORDER ESTABLISHING PROCEDURES FOR FILINGS ON
APRIL 20-24, 2023, IN LIGHT OF CM/ECF UNAVAILABILITY

     The Court has been notified that the CM/ECF system hosting the PROMESA Title III cases and adversary proceedings will be shut down to perform system upgrades beginning on **Thursday, April 20, 2023**, at **7:00 p.m. (Atlantic Standard Time)** until **Monday, April 24, 2023**, at **8:00 a.m. (Atlantic Standard Time)** (the "CM/ECF Unavailability Period"). Parties are directed to email any emergency pleadings during the CM/ECF Unavailability Period to SwainDPRCorresp@nysd.uscourts.gov.  Such email must be copied to all opposing parties.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Parties are further instructed to file any such pleadings on the CM/ECF system as soon as practicable following the conclusion of the CM/ECF Unavailability Period.

      SO ORDERED.

Dated: April 14, 2023

                                     /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 United States District Judge