**JOSE I FERNANDEZ**

Fase2 C&W, LLC
1720 Mars Hill Rd, Suite 120-284, Acworth, GA 30101
678-983-0903
josef@Fase2consulting.com

## PROFILE

Consulting actuary with over 40 years of experience with clients in the public and private sectors.  Broad range of experience in the design, administration and actuarial analysis of employee benefit programs.  Dedicated to providing high quality, efficient, timely service to clients.  Responsible for managing benefits consulting services for clients with diverse needs.

## EXPERIENCE

2018-    **Fase2 C&W, LLC**
*President and Consulting Actuary*
Provide actuarial consulting services to retirement systems, such as, the City of Miami, City of Pompano Beach, Puerto Rico Electric Power Authority and University of Puerto Rico. Retirement system consultant coordinating, reviewing and communicating valuation and special projects provided by system actuary. Consulting assistance with adequate funding and restructuring of retirement system, and special projects.

2007-2017    **Cavanaugh Macdonald Consulting**
*Principal and Consulting Actuary*

Consulting actuary responsible for services provided to state and local governmental retirement and employee benefit programs.
- Consulted with clients in the design, financial accounting, administration and funding of public retirement and OPEB plans, proposed legislation analysis, experience studies, asset liability forecasts and actuarial audits.
- Clients included the Virginia Retirement System, University of Puerto Rico Retirement System, Employees' Retirement System of Puerto Rico Electric Power Authority, City of Miami General Employees' and Sanitation Employees' Retirement Trust and City of Hollywood, FL Police Officers' Retirement System.

1981-2007    **Buck Consultants**
*Principal and Consulting Actuary*

Consulting actuary responsible for managing relationships with  corporate and public sector clients.
- Provided a broad range of actuarial and benefits consulting services for corporate, ERISA qualified and public sector domestic and international clients.
- Provided consulting services to various corporate clients, several municipal clients in the State of Florida and in the Commonwealth of Puerto Rico, and clients in Venezuela.
- Managed relationship for one of the company's top five clients, overseeing the coordination and delivery of domestic and international employee benefits consulting services, including pension and health actuarial consulting, defined benefit and defined contribution plan administration, mergers and acquisitions, communication, legal, and compensation.

## CREDENTIALS

- Associate, Society of Actuaries
- Enrolled Actuary under ERISA
- Member of the American Academy of Actuaries

## EDUCATION

St. Peter's College, Jersey City, New Jersey - Bachelor of Science, Mathematics

## LANGUAGES

English and Spanish.