THOMAS SANZILLO

**45 Patriots Place, Kingston, NY 12401 (h) 645-679-7813 + 518 505-1186+ tomsanzillo@yahoo.com**

CURRICULUM VITAE

**Organizational leader with long history of excellence in public service, finance and more. Clear-eyed, practical, bottom line grasp of where public and private investment meet and add value. Creative team leader who draws talent to him; builds group strength from individual strength; trusts openness to develop bonds and measures accountability against a common purpose. Quickly grasps and communicates the core vision that drives a complex organization and marshals strategies and resources so tactics hit their mark. Writes and speaks to any audience with strong command of complex ideas.**

Career Highlights

- Co-Founder of five year old not for profit organization designed to provide economic and financial analysis in support of renewable energy and energy efficiency and to curtail the use of fossil fuels in energy sector. Organization has grown to a global operation with worldwide reporting and training capabilities on energy and finance.
- Established business platform with special consultancies for business, labor and nonprofits in energy, public finance and public policy arena. Within five years established ten state client base and revenues in excess of $2 million.
- Supervised investment team that increased state pension fund from $97 billion to $150 billion over four years.
- Architect of multi-pronged reform campaigns to improve integrity and efficiency in government.
- Managed financial oversight for State of New York assets of approximately $650 billion annually. All external audits of assets under my watch disclosed no adverse material findings.
- Assumed responsibilities of the State Comptroller in late 2006 after the elected State Comptroller resigned. Reappointed First Deputy Comptroller in February 2007 by new Comptroller.

Areas of Expertise

| Public Budgets and Finance | Govt. Business Operations | Energy Finance Project Analysis |
|---|---|---|
| Pension Investment Strategy | Market Analysis – coal, energy, other | Corporate/Labor/Govt. Alliances |
| Corporate Governance | Fiscal Analysis of Energy Facilities | Professional Team Building |

**INSTITUTE FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (IEEFA)**
**Director of Finance** May 2013 to present

- Design, research and write economic and financial studies for clients involved with alternatives to fossil fuels. Studies cover coal plant, oil and gas drilling/mining, construction and finance, institutional investment and fossil fuels, competitive energy markets, fossil fuel subsidization, employment and taxation, corporate and public finance of coal, oil and natural gas.
- Cofounder of non-profit, first year budget over $2 million, extended service package overseas and established operations in ten countries.

**TR ROSE ASSOCIATES**
  **President** September 2007-Present

- Financial and Public Policy Consultations. Created business platform to provide highly specialized consultations on complex policy, fiduciary and fiscal topics for corporate, labor and not for profit clients.
- Developed special consultancies on energy, coal, energy efficiency and energy related financial services. Served as expert witness and financial advisor in ten states and at national level on coal and alternative energy campaigns.
- Member, Advisory Committee, Long Island Power Authority, Long Range Planning Committee (2007-10).

**NEW YORK STATE OFFICE OF THE STATE COMPTROLLER (OSC)**

State of New York's publicly Elected, Chief Financial Officer & Sole Fiduciary of pension fund

  **First Deputy Comptroller** Jan. 2003-September 2007
  **Acting New York State Comptroller** Dec. 2006-February 2007

- Directed investment team. Increased state pension fund from $97 billion to $150 billion. Exceeded investment target every year. Cited by Standard and Poor's as one of the best managed funds in the nation. Comptroller's representative to labor/business and others. Passed law $15 billion in new authority for global, higher yield, lower risk investments.
- Architect of multi-pronged reform effort to improve integrity and efficiency at public authorities, state agencies, local governments and school districts; streamline contracts process and improve public debt programs. Over 400 newspaper editorials in support. Approximately half of over 100 specific reforms enacted into law.
- Assembled acclaimed group of financial experts to operate the backbone of the State's finances:
    - $150 billion pension investment fund – 300 global relations
    - $100 billion receipts, $130 billion expenditures – accounting system
    - $6 billion in annual disbursements to 1 million member retirement system
    - $12 billion annual daily cash balance - 60 banking relationships
    - $16 billion annual, biweekly payroll for 250,000 employees
    - 19 million annual expenditure transactions worth $85 billion to vendors

- o 40,000 contracts reviewed worth $85 billion annually
- o Oversight of $150 billion in public debt
- o Oversight of 1600 units of local government/school districts with aggregate annual budgets $100 billion
- o Monitoring and oversight of $120 billion state budget
- o Fiduciary oversight of $10 billion more in miscellaneous state funds
- Managed audit plans of the State of New York including 400 annual audits of state and local governments; an internal control program within OSC; the annual review of the state's retirement system and separate five year audit of the $150 billion investment program, as well as the annual audit of all state government and authorities.
- Supported and coordinated with OSC Executive Deputy on the management of 2400 employee operation with a $400 million annual budget in 17 locations. Participated in all critical policies regarding human resources, OSC budget, information technology, agency real estate and management arrangements, agency revenue initiatives and management of miscellaneous funds. In each year agency expenditures were below budget.
- Assumed responsibilities of the State Comptroller in late 2006 after the elected State Comptroller resigned. Drove effort to ensure prospective candidates for State Comptroller, State Legislative leaders, the Governor and other stakeholders receive fair and balanced information during an unprecedented and contentious appointment process for the new Comptroller. Reappointed First Deputy Comptroller in February 2007 by new Comptroller.

**Office of the State Comptroller**
**Deputy Comptroller for Budget and Policy**          **Sept. 2001 to Dec. 2002**
Director of Policy                                    Aug. 1995 to Aug. 2001
Assist. Director Expenditures/New York City           Jan. 1994 to Aug. 1995

- Served under Comptroller H. Carl McCall in increasingly high ranking positions, including the agency's 5 person Executive Committee. Comptroller McCall was elected by voters in 1994 and in 1998 by an overwhelming margin.
- In 1996 joined the Office of Budget and Policy as part of management team. Created the only publicly available, independent monitoring of the State's $80 billion annual budget with a small highly expert group of 12 professionals. As the Comptroller's "brain trust" the office established policy oversight that resulted in McCall's administration: increasing the state pension fund from $56 billion to $127 billion; $750 million in state audit savings; $400 million in new business investment programs in New York State, including a long term effort to create a venture capital industry in upstate, and, the design of a multiyear, $400 million retooling of OSC's information technology systems.

**RECENT PUBLICATIONS, SPEECHES AND TRAINING SESSIONS**
- *Canada's Folly: Kinder Morgan Trans Mountain Pipeline,* June 2018.
- *Privatization and Puerto Rico's Energy Crisis,* with Cathy Kunkel, April 2018.
- *Red Flags at Exxon Mobil: A Note to Institutional Investors,* October 2016.
- *Material Risks: How Public Accountability is Slowing Tar Sands Development,* October 2014.
- *Making the Case for Norwegian Pension Fund investment in Renewable Energy,* with Yulanda Chung and Tim Buckley, February 2017
- *The New York State Comptroller*, Tom Sanzillo, Oxford Handbook of New York State Government and Politics, ed: Gerald Benjamin, New York: Oxford University Press, 2012.

- *The Great Giveaway: Abuses in Federal Coal Leasing Program,* IEEFA, June 2012

**Previous Experience:** *Assistant Comptroller for Policy, NYC Comptroller; Housing Developer, NYS Department of Social Services; Non-profit executive management and tenant organizer, Mount Vernon Community Action Group and Suburban Action Institute, and Consumer Investigator, NYC Department of Consumer Affairs.*

**EDUCATION**
Bachelor of Arts, Politics,     University of California, Santa Cruz

**2015 - April 2020**

**Reports and Testimony**
- Letter to the Legislative Assembly Regarding Restructuring Agreement for PREPA, October 2019.
- Puerto Rico Electric Power Authority Debt Restructuring: A Weak Deal Plagued by Scandal, August 2019.
- Testimony by Tom Sanzillo, U.S. House Natural Resources Committee hearing on The Status of the Rebuilding and Privatization of the Puerto Rico Electric Power Authority (PREPA), April 2019.
- PREPA Privatization Will Hurt Consumers and Slow Economic Recovery, January 2019.
- Queremos Sol (We Want Sun), October 2018.
- Retail Choice Will Not Bring Down Puerto Rico's High Electricity Rates, August 2018.
- Testimony to the Puerto Rico Senate Special Committee on Energy Affairs, August 2018.
- Comments to the Puerto Rico Energy Bureau on Regulation on Retail Wheeling, Case Number CEPR-MI-2018-0010, August 2018.
- Multibillion-Dollar Oil Scandal Goes Unaddressed in PREPA Contract Reform and Privatization, July 2018.
- The Puerto Rico Electric Power Authority's Fiscal Plan: Budget Shortfalls and Weak Implementation Plan Raise Substantial Risk, May 2018.
- Privatization Bill Will Not Solve Puerto Rico's Electricity Crisis April 2018.
- Toward Electric System Sustainability in Puerto Rico, February 2018.
- Letter to U.S. Rep. Doug LaMalfa Regarding PREPA Restructuring Support Agreement, March 2017.
- Puerto Rico (PREPA) Briefing Note, January 2017.
- Testimony to the Puerto Rico Energy Commission, October 2016.
- PREPA Debt Restructuring Deal Won't Restore Agency to Financial Health, August 2016.

**Commentaries**
- IEEFA letter: Governor Vazquez urged to pursue alternative path for San Juan, P.R. power plant. January 29, 2020.
- PREPA debt deal hurts consumers, dodges underlying crisis. December 19, 2019.
- Court examiner finds PREPA bond deal fees are out of control. November 14, 2019.
- IEEFA letter to Puerto Rico's Legislative Assembly: Secure more viable PREPA debt deal. October 29, 2019.

- CAMBIO and IEEFA gain unprecedented access to PREPA's documents and electrical system data. October 17, 2019.
- PREPA utility debt deal repeats mistakes of the past. October 7, 2019.
- Governor Vázquez needs to scrutinize new natural gas contracts in Puerto Rico. August 27, 2019.
- IEEFA Op-ed: Insurers sue banks over Puerto Rico debt and bond deals. August 20, 2019.
- Puerto Rico at a crossroads. July 31, 2019.
- Collapse of Puerto Rico government necessitates anti-corruption reforms. July 29, 2019.
- Despite the scandal, FOMB is still rushing through an unaffordable debt deal. July 18, 2019.
- What the corruption scandal means for the Puerto Rico Electric Power Authority (PREPA). July 16, 2019.
- 43 members of Congress declare the PREPA deal fatally flawed – they are right. July 9, 2019.
- The governor ignores the facts and misleads the public about the debt deal. May 30, 2019.
- Governor looks to Wall Street cash to fund re-election bid. May 28, 2019.
- What does LIPA's $7 billion bond deal tell us about PREPA's $8 billion deal? May 20, 2019.
- Hidden fees will drive up cost of debt deal even further. May 17, 2019.
- Under PREPA's new debt deal, electricity prices will rise 13% by next summer in Puerto Rico. May 7, 2019.
- PREPA bond deal is not a solution. April 24, 2019.
- PREPA privatization will not create competitive market, will lead to more dysfunction. April 18, 2019.
- IEEFA Op-ed: Privatizing Puerto Rico's electric utility (PREPA) opens door to more waste and mismanagement. April 9, 2019.
- Bad gas deal hurts PREPA chances for a turnaround. March 28, 2019.
- PREPA privatization plan overlooks unionized workers as best asset. February 25, 2019.
- PREPA privatization means crushingly high electric rates. February 1, 2019.
- New natural gas deal fits same old pattern for choosing contractors. January 22, 2019.
- Backroom natural gas deals threaten to displace public renewable energy plans. December 3, 2018.
- Why PREPA receivership is a worthy proposal. October 19, 2018.
- The unsustainable debt deal that won't die. October 8, 2018.
- IEEFA Op-ed: Conflicted consultants prove costly for Puerto Rico. October 4, 2018.
- Rampant political hiring at PREPA only makes matters worse. September 14, 2018.
- Is a pay-to-play racket driving Puerto Rico to ruin? September 7, 2018.
- Accountability for the banks, law firms, accountants and credit agencies that orchestrated Puerto Rico's $72 billion debt crisis. September 4, 2018.
- IEEFA Op-ed: Who really owes Puerto Rico's bondholders—and how much? August 24, 2018.
- IEEFA Op-ed: Plan to turn to imported natural gas will cost Puerto Rico dearly. August 17, 2018.
- New debt deal throws Puerto Rico under the bus. August 1, 2018.

- An influential congressman impedes Puerto Rico's recovery. July 23, 2018.
- PREPA privatization law invites more contracting scandals. July 6, 2018.
- IEEFA Op-ed: Why the SEC should conduct the investigation of Puerto Rico's debt obligations. June 22, 2018.
- IEEFA Op-ed: Latest Puerto Rico utility privatization plan is as flawed as the original. June 19, 2018.
- IEEFA Op-Ed: Little Chance New Fiscal Recovery Plan for Puerto Rico's Electric Company Will Succeed. May 29, 2018.
- IEEFA Op-Ed: Keeping Puerto Rico's Electric Utility on a Short Leash Until It Proves Accountability. March 7, 2018.
- Status-Quo Politics Imperil Public Confidence in Puerto Rico Grid Rebuild. February 28, 2018.
- Governor's Utility Privatization Plan Betrays Puerto Ricans. January 23, 2018.
- Two Clear and Opposing Directions Emerge for Puerto Rico. January 11, 2018.
- Puerto Rico's Hidebound Electric Company. December 15, 2017.
- IEEFA Op-Ed: Wall Street's War on Puerto Rico. December 7, 2017.
- The Solar Industry Delivers in Response to Humanitarian Crisis. November 21, 2017.
- Betrayal in Puerto Rico. November 17, 2017.
- The Puerto Rico Electricity 'Privatization' Discussion Is a Distraction. November 6, 2017.
- Puerto Rico's Solution—a Microgrid System Supported by Solar Energy. November 3, 2017.
- Hope for Puerto Rico if Control Board Uses its Muscle to Promote Partnerships. November 3, 2017.
- Reform Opportunity in Puerto Rico Electricity-Contract Scandal. October 25, 2017.
- Accountability for Puerto Rico's Energy Must Be Baked Into FEMA Legislation. October 13, 2017.
- Politics Is the Main Barrier to Solar Energy Independence in Puerto Rico. October 10, 2017.
- Trump Says Eliminate Puerto Rico's Debt: We Agree. October 6, 2017.
- Puerto Rico Bankruptcy Court Weighs a Motion to Turn Back the Clock on Electricity System Reform in Puerto Rico. September 29, 2017.
- 5 Reasons Puerto Rico's Electric Debt Deal Is a Rip-Off. April 27, 2017.
- The PREPA Restructuring Plan Before Congress Is Not Realistic and Does Not Hold All Players Accountable. March 22, 2017.
- How to Play Hardball With Bondholders. January 24, 2017.
- Time for an Electricity Inspector General. January 6, 2017.
- The Puerto Rico Electric Power Authority Would Starve Its Electric Grid to Pay Its Bondholders. December 14, 2016.
- Electric Company, Off the Mark on Its In-House Outlook, Is Spending Twice as Much on Fuel Than Projected. November 8, 2016.
- Puerto Rico Energy Commission, in Challenging Utility's Backward-Looking Plan, Sets a Much Wiser Course. September 29, 2016.
- Puerto Rico Redux: PREPA Should Go Back to the Drawing Board. August 26, 2016.
- In Kowtowing to Bondholders, Puerto Rico's Electric Company Neglects the Future. August 11, 2016.
- New Debt Deal Was Supposed to Solve PREPA's Financial Problems. It Doesn't. August 10, 2016.

- PREPA Is Paying a High Price, and for Consultants Who Didn't Get the Job Done. August 9, 2016.
- Puerto Rico's Proposed Electricity Turnaround Banks Largely on Hope. August 8, 2016.
- Debt Restructuring Deal for Commonwealth's Electric Company Only Makes Matters Worse. August 4, 2016.
- The Hidden Boogeyman in the Commonwealth's Debt Crisis. July 7, 2016.
- Opportunity for a New Direction for Puerto Rico's Electric System. September 2015.

Media Coverage of Tom Sanzillo/IEEFA Puerto Rico Analysis, February 2018 – Present

- New York Times. With Earthquakes and Storms, Puerto Rico's Power Grid Can't Catch a Break. January 10, 2020.
- The Weekly Journal. Nonprofits Continue the Fight Against Prepa's RSA. December 25, 2019.
- Sin Comillas. ~ PREPA's debt restructuring agreement harms consumers. December 22, 2019.
- News is my Business. Op-Ed: PREPA RSA hurts consumers, perpetuates debt crisis. December 20, 2019.
- El Nuevo Dia. ~ José Ortiz defends the agreement with the bondholders. December 14, 2019.
- El Nuevo Dia. Experts ask for PREPA's debt cancellation. December 14, 2019.
- El Nuevo Dia. The representative Jesús Santa would vote "no" to the PREPA debt restructuring agreement. December 13, 2019.
- News is my Business Román-Morales Op-ed. Evaluating P.R.'s energy transformation is an opportunity to define, promote public interest. December 11, 2019.
- News Is My Business Sanzillo Op-ed. Electricity consumers face minimum of $530M in fees to outside advisors. November 15, 2019.
- Periodico La Peria. ~ IEEFA: court examiner finds AEE bond agreement fees are out of control. November 15, 2019.
- Metro. ~ Energy Economics Institute asks Legislature to reject PREPA agreement. October 31, 2019.
- El Nuevo Dia. ~ Call to the Legislature to reject the agreement in PREPA. October 31, 2019.
- El Nuevo Dia. ~ Utier protests with cacerolazo against the increase in the rate of light. October 30, 2019.
- News is my Business. IEEFA urges P.R. Legislature to 'secure more viable PREPA debt deal.' October 30, 2019.
- News is my Business. PREPA to turn over documents, electrical system data to CAMBIO, IEEFA. October 18, 2019.
- Metro. ~ PREPA delivers the data of the P.Rico electrical system to CAMBIO and IEEFA. October 17, 2019.
- NotiCel. ~ PREPA must submit documents on the transformation of the electrical system. October 17, 2019.
- PrimeraHora.com. ~ The negotiation was achieved in the Court of San Juan. October 17, 2019.
- GreenBiz. 4 energy security lessons from rebuilding Puerto Rico's electrical system after Hurricane Maria. September 27, 2019.
- El Nuevo Dia. ~ Organizations denounce that PREPA delivers information to droppers. September 6, 2019.
- El Vocero. ~ To court four PREPA officials. September 7, 2019.
- El Vocero. ~ The lawsuit for PREPA documents returns to court. September 6, 2019.
- NotiCel. ~ PREPA continues to kick the can to not deliver information. September 6, 2019.
- Sin Comillas. ~ PREPA pays months in luxury hotels to consultants. September 5, 2019.

- PV Magazine. Gas crowding renewables in Puerto Rico, EDF acquires PowerFlex, pvMB. September 4, 2019.
- News Is My Business Sanzillo Op-ed. Gov. Vázquez needs to scrutinize new natural gas contracts in P.R. August 2, 2019.
- The Weekly Journal. IEEFA Report Calls Prepa Debt Deal "Unaffordable". August 28, 2019.
- El Nuevo Dia. IEEFA reaffirms its criticism of PREPA's debt restructuring agreement. August 22, 2019.
- News Is My Business Sanzillo Op-ed. Island residents face decades of unaffordable rate hikes and fees. August 22, 2019.
- Periodico La Peria. Electric debt restructuring agreement will involve a 13% rate increase. August 21, 2019.
- The Bond Buyer. Bond insurer lawsuit exposes fatal flaws in Puerto Rico and PREPA debt plans. August 20, 2019
- Ensia. In the Aftermath of Hurricane Maria, Efforts to Rebuild Puerto Rico's Electrical System Offer Lessons for Boosting Energy Security. August 13, 2019.
- News is my Business Kunkel Op-Ed. P.R. crisis — Oversight Board failed to do its job. August 7, 2019.
- El Nuevo Dia. ~ IEEFA Group advocates an independent corruption monitor in Puerto Rico. July 29, 2019.
- El Vocero Kunkel/Sanzillo Op-ed. Government collapse: urgency of anti-corruption reforms. July 29, 2019.
- News is my Business. IEEFA letter urges U.S. inspectors general to scrutinize PREPA contracting. July 23, 2019.
- News is my Business Kunkel Op-ed. Op-Ed: Oversight Board admits scandal is a problem, but then ignores it. July 22, 2019.
- Metro. ~ They recommend independent inspector and revision contracts EEE before crisis in the government. July 17, 2019.
- The Bond Buyer Sanzillo Op-ed. Puerto Rico's recovery must continue: Lessons from the Rosselló Administration. July 16, 2019.
- JD Supra. Puerto Rico Update: Evolving Renewable Generation Plans. June 28, 2019.
- Grupo de Diarios América (GDA). ~ Dissatisfaction with the information received. June 26, 2019.
- News Is My Business. PREPA's limited delivery of documents extends suit filed by CAMBIO and IEEFA. June 26, 2019.
- El Nuevo Dia. ~ They claim that PREPA did not give precise information about the privatization. June 24, 2019.
- El Vocero. ~ They present options for energy transformation of Puerto Rico. June 19, 2019.
- Bond Buyer. Congressional Democrats urge Puerto Rico lawmakers to reject PREPA debt deal. June 13, 2019.
- El Nuevo Dia. ~ Democratic Congress leaders ask to stop the restructuring agreement of the AEE. June 13, 2019.
- El Vocero. ~ ESA and organizations agree delivery of documents on privatization. June 7, 2019.
- El Nuevo Dia. ~ Entities receive public documents from the Electric Power Authority. June 7, 2019.
- PrimeraHora.com. ~ AEE starts delivering documents about its privatization. June 7, 2019.

- Institute for Local Self-Reliance (ILSR) Local Energy Rules Podcast, Episode 78. Using Disaster to Build a New, (d)emocratic Energy Paradigm. June 6, 2019.
- El Vocero. They insist that Electric Power deliver documents. June 6, 2019.
- Metro. ~ They claim AEE tries to revert agreement to deliver documents on privatization. June 5, 2019.
- News is my Business. PREPA pushes back against court-agreed document turnover, defendants say. June 5, 2019.
- El Nuevo Dia. ~ They denounce that PREPA tried to reverse an agreement to deliver public documents. June 4, 2019.
- CB Español Kunkel Op-ed. ~ IEEFA Puerto Rico: Governor looks at Wall Street money to finance his reelection. June 4, 2019.
- NotiCel. ~ AEE endeavors to hide documents. June 4, 2019.
- Hoy Los Angeles. ~ P.Rico electric better prepared to withstand a hurricane despite breakdowns. June 3, 2019.
- News is my Business. IEEFA, CAMBIO win court petition to get PREPA privatization documents. May 28, 2019.
- Sin Comillas. ~ Regressive count for PREPA to deliver partial documents on the privatization process. May 29, 2019.
- El Nuevo Dia. ~ They advocate setting aside the new agreement on the restructuring of the EEA. May 23, 2019.
- The Intercept. To Help Pay Off Bondholders, Solar Panel Owners Will Be Hit Hard in Puerto Rico. May 22, 2019.
- El Vocero. ~ Ingrid Vila takes action against the AEE. May 20, 2019.
- El Nuevo Dia. Nydia Velázquez muestra reparos con el propuesto acuerdo con bonistas de la AEE. May 20, 2019.
- News is My Business. CAMBIO, IEEFA sue to get PREPA to release public documents and data. May 17, 2019.
- El Nuevo Dia. ~ The Court of San Juan cites a hearing to hear legal action against the EEA. May 17, 2019.
- El Nuevo Dia. ~ Entities take legal action against PREPA to demand delivery of information. May 16, 2019.
- El Nuevo Dia. PREPA Executive Director anticipates initiatives will help mitigate bill increases. May 16, 2019.
- El Nuevo Dia. ~ Popular representatives accuse the governor of "lying" about the electricity tariff. May 15, 2019.
- El Nuevo Dia. ~ The electricity bill would increase by 28 percent. May 14, 2019.
- Hoy Los Angeles. ~ The shadow of the electrical problems go back to lengthen on Puerto Rico. May 14, 2019.
- Associated Press. Board extends power to cover Puerto Rico's 78 municipalities. May 9, 2019.
- El Nuevo Dia. ~ Experts question the preliminary agreement of restructuring of the AEE. May 9, 2019.
- Hoy Los Angeles. ~ Payment agreement on electric debt P.Rico will result in increase invoice. May 8, 2019.
- Noticel. ~ AEE brings hot summer with its double digit invoice. May 8, 2019.
- Metro. ~ Boricuas would pay between $ 130 and $ 220 more per year for electricity. May 8, 2019.

- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA update: Under PREPA's new debt deal, electricity prices will rise 13% by next summer in Puerto Rico. May 7, 2019.
- The Bond Buyer. PREPA meets skepticism over latest restructuring agreement. May 6, 2019.
- El Vocero. ~ Close the debt agreement in the AEE. May 2, 2019.
- Caribbean Business Cover Story. Critical Puerto Rico Infrastructure Projects Left in Limbo. April 26, 2019.
- Caribbean Business Sanzillo Op-ed. IEEFA Puerto Rico: PREPA bond deal is not a solution. April 24, 2019.
- CityLab. No, Puerto Rico's New Climate-Change Law Is Not a 'Green New Deal'. April 22, 2019.
- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA: PREPA privatization will not create competitive market, will lead to more dysfunction. April 22, 2019.
- Al DÍA News (U.S.). The Complicated Evolution of PREPA. April 15, 2019.
- PV Magazine. Puerto Rico goes 100% renewable as Trump Administration calls for more gas. April 12, 2019.
- Caribbean Business. Rebuilding, privatization of Puerto Rico's electric utility debated at U.S. House hearing. April 10, 2019.
- Primerahora.com. ~ Deploy the UTIER before the Congress. April 9, 2019.
- El Nuevo Dia. Natural Resources Hearing: Zamot recommends control over contracts. April 9, 2019.
- Caribbean Business. Regulator: Utility plan misses mark on green energy policy. April 8, 2019.
- The Hill Sanzillo Op-ed. Why privatizing Puerto Rico's electrical system will fail. April 7, 2019.
- PV Magazine. PREPA's long-term plan is in chaos. April 2, 2019.
- News is My Business Kunkel Op-ed. PREPA's 20-year plan conflicts, undermines long-term renewables goal. April 1, 2019.
- The Bond Buyer. PREPA union suggests inspector general as alternative to receiver. March 29, 2019.
- Inside Climate News. Puerto Rico Passes 100% Clean Energy Bill. Will Natural Gas Imports Get in the Way? March 28, 2019.
- USA Today. Clouds Form for Shift to Solar Power. March 1, 2019.
- USA Today. Texas company slowing Puerto Rico's path to solar and energy resilience after Hurricane Maria. February 26, 2019.
- Caribbean Business Sanzillo/Kunkel Op-ed. PREPA privatization plan overlooks unionized workers as best asset. February 26, 2019.
- The Bond Buyer. IRS auditing Puerto Rico school construction bonds. February 25, 2019.
- Metro PR. ~ Privatization AEE would cause "unreasonable" increase, according to study. February 11, 2019.
- elEconomista America.com. ~ Electricity privatization at P.Rico will mean higher rates, according to the Institute. January 31, 2019.
- Primera Hora. ~ Study reveals that privatization of AEE will cause rate increase. January 31, 2019.
- Caribbean Business. IEEFA Report: Privatizing the Puerto Rico Electric Power Authority is not the answer. January 31, 2019.

- El Nuevo Dia. ~ Doubts with the privatization of the Electric Power Authority. January 31, 2019.
- Caribbean Business. Public power versus privatized power: the debate in Puerto Rico before and after Hurricane Maria. January 25, 2019.
- News Is My Business Sanzillo/Kunkel Op-ed. IEEFA P.R.: New natural gas deal fits same old pattern for choosing contractors. January 25, 2019.
- The Bond Buyer. Puerto Rico's resistance may slow Oversight Board, restructuring. January 3, 2019.
- News is My Business Kunkel Op-ed. PREPA keeps relying on expensive consultants, IEEFA says. December 26, 2018.
- Noticel. ~ AEE stumbles on the same stone. December 20, 2018.
- The Bond Buyer. PREPA's moves to rebuild its system seen as positive. December 12, 2018.
- Energy Transition (Germany). Puerto Rican energy: does calm come after the storm? December 7, 2018.
- Greentechmedia. Inside Puerto Rico's Quest for 100% Renewables: A Clash Over Natural Gas. December 5, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA Puerto Rico: Backroom natural gas deals threaten to displace public renewable energy plans. December 5, 2018.
- El Nuevo Dia. ~ Aguirre GasPort is officially ruled out. December 5, 2018.
- News is My Business Kunkel Op-ed. Op-Ed: IEEFA Puerto Rico says massive liquefied natural gas project dead. December 4, 2018.
- Metro. ~ The emails of the Board: senators promoted "in a low voice" AEE privatization. November 29, 2018.
- PV Magazine. Puerto Rico utility favors LNG over solar in Siemens plan. November 14, 2018.
- PV Magazine (Germany). ~ The Senate of Puerto Rico approves the public energy policy. November 8, 2018.
- elEconomista.es (Spain). ~ Natural gas, the energy future for Puerto Rico? November 5, 2018.
- Inside Climate News. Puerto Rico Considers 100% Renewable Energy, But Natural Gas May Come First. November 3, 2018.
- USA Today. $3 billion already spent to end longest blackout in US history. Could renewable energy help Puerto Rico? October 18, 2018.
- El Nuevo Dia. Larry Seilhamer introduces bill to guide the island's energy policy. October 16, 2018.
- El Nuevo Dia. ~ They warn that the agreement between the Board and some ESA bondholders is bad business. October 10, 2018.
- News Is My Business Sanzillo/Kunkel Op-ed. Op-Ed: The unsustainable debt deal that won't die. October 10, 2018.
- Microgrid Knowledge. We Want Sun: A 100% Renewable Puerto Rico? October 8, 2018.
- Caribbean Business. IEEFA Op-ed: Conflicted consultants prove costly for Puerto Rico. October 5, 2018.
- Metro.pr. Queremos Sol calls meeting with vice president of the Senate to evaluate energy proposal. October 1, 2018.
- Primera Hora. ~ Citizen initiative for energy transformation. October 1, 2018.

- Huffington Post. Puerto Rico Could Be A Solar Pioneer, But The GOP Wants A Fossil Fuel 'Theme Park'. September 19, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: Rampant political hiring at PREPA only makes matters worse. September 17, 2018.
- Roll Call. Trump Tweet Jeopardizes Bipartisan Puerto Rico Bill. September 14, 2018.
- Rolling Stone. The Perfect Storm: How Climate Change and Wall Street Almost Killed Puerto Rico. September 12, 2018.
- Claridad. ~ The companies that took Puerto Rico to its debt have the capacity to compensate the Country. September 11, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: Is a pay-to-play racket driving Puerto Rico to ruin? September 10, 2018.
- El Nuevo Dia. Ortiz does not support the Aguirre GasPort. August 31, 2018.
- Wired. What Happened in the Dark: Puerto Rico's Year of Fighting for Power. August 23, 2018.
- The Bond Buyer. Who really owes Puerto Rico's bondholders—and how much? August 23, 2018.
- El Nuevo Dia. Study group distrusts the new desire for natural gas. August 18, 2018.
- Huffington Post. Bringing The Light Back To Puerto Rico After Last Year's Horrific Hurricane Season. August 16, 2018.
- Caribbean Business. Swain's World: Oil, Gas Industry Donations Affect Renewables for Prepa. August 3, 2018.
- Noticel. ~ "Reckless" the agreement between bondholders of the AEE and the Board. August 3, 2018.
- El Nuevo Dia. More voices criticize the agreement with bondholders. August 3, 2018.
- Caribbean Business. Puerto Rico power company's fiscal plan resurfaces offshore gas port. August 2, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: New debt deal throws Puerto Rico under the bus. August 2, 2018.
- The Intercept. House Republicans Deeply Confused About Why Puerto Rico Might Benefit From Wind And Solar Power. July 27, 2018.
- Caribbean Business Sanzillo/Kunkel Op-ed. IEEFA Update: An influential congressman impedes Puerto Rico's recovery. July 23, 2018.
- El Nuevo Dia. Congressmen ask Walter Higgins for a brake on natural gas. July 11, 2018.
- El Nuevo Dia. Study group fears Puerto Rico open the way to natural gas. July 9, 2018.
- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA Update: PREPA privatization law invites more contracting scandals. July 7, 218.
- El Nuevo Dia. Concerns in the manufacturing sector: The Puerto Rico Manufacturers Association considers the statute to privatize the power grid is a first step. June 26, 2018.
- The Bond Buyer Sanzillo Op-ed. Why the SEC should conduct the investigation of Puerto Rico's debt obligations. June 19, 2018.
- The Hill Kunkel/Sanzillo Op-ed. How Puerto Rico misses the mark in latest attempt to privatize broken power authority. June 19, 2018.
- El Nuevo Dia. Obstacles to power grid transformation. May 29, 2018.
- CB Español. IEEFA report puts EEA budget deficits at $ 1 billion per year. May 29, 2018.

- The Hill Kunkel/Sanzillo Op-ed. Little chance new fiscal recovery plan for Puerto Rico's electric company will succeed. May 29, 2018.
- Caribbean Business. IEEFA Puerto Rico: PREPA's approved budget faces 5 years of shortfalls. May 28, 2018.
- Sin Comillas. Five years of deficits await PREPA. May 26, 2018.
- The Intercept. Top Republican Plans To Use Fossil Fuels to Make Puerto Rico "The Energy Hub of the Entire Caribbean" May 5, 2018.
- News Is My Business. Op-Ed: IEEFA P.R. — Proposed offshore gas-import project makes less and less sense. May 3, 2018.
- Brinkwire. Power restored to 1.4 million Puerto Rico customers after island-wide blackout. April 23, 2018.
- The Intercept. Controversial Contractor Was Behind Island-Wide Blackout, as Puerto Rico Debates Full Privatization. April 23, 2018.
- El Observador. Puerto Rico's Lights Slowly Coming Back On, But Study Faults Privatization Plan. April 20, 2018.
- USA Today. Power restored to 1.4 million Puerto Rico customers after island-wide blackout. April 19, 2018.
- ThinkProgress. Contractor missteps persist as Puerto Rico's fragile electric grid recovers from major outage. April 19, 2018.
- The Times Herald. Puerto Rico just lost power yet again in total blackout. April 18, 2018.
- USA Today. Puerto Rico just lost power yet again in total blackout. April 18, 2018.
- Los Angeles Times. Aseguran privatizar la corporación eléctrica P.Rico será una barrera a futuro. April 14, 2018.
- The Hill Sanzillo/Kunkel Op-ed. Keeping Puerto Rico on a short leash until it proves accountability. March 6, 2018.
- Salon.com. "Disaster capitalism" in Puerto Rico: After Maria, power companies go private. February 2, 2018.