**Dr. Agustín A. Irizarry Rivera**
Professional Engineer License 12342

P.O. Box 1016                                                                                                Phone (787) 448-2553
Hormigueros, Puerto Rico 00660

**EDUCATION**

- Ph.D., Iowa State University, Ames, IA, 1996
  Dissertation Title: "Risk-based operating limits for dynamic security constrained electric power systems." Advisor: Dr. James D. McCalley, committee members: Dr. V. Vittal, Dr. V. Ajjarapu, Dr. G. Sheblé, Dr. H. T. David.

- MSEE, University of Michigan, Ann Arbor, MI, 1990

- BSEE, Magna Cum Laude, University of Puerto Rico, Mayagüez, PR, 1988

**POST DOCTORAL TRAINING**

(9/08 - 6/09) Researcher at Plataforma Solar de Almería (PSA), Tabernas, Spain. The PSA is the premiere European research and development laboratory for solar thermal concentration systems.

Integration of standard power system models, for the electric network, generator-turbine and controls, with thermo hydraulic models of a solar thermal power plant with no energy storage to provide a comprehensive, albeit simplified, dynamic model set to simulate and study the solar power plant/electric network interaction.

**ACADEMIC WORK EXPERIENCE**

- (7/05 – present) Professor, (6/00 – 6/05) Associate Professor and (1/97 – 6/00) Assistant Professor of Electrical Engineering at the University of Puerto Rico, Mayagüez (UPRM).
  During this time Dr. Irizarry Rivera has taught:

  1. INEL 3105 Electric Systems Analysis I
  2. INEL 4075 Electrical Engineering Fundamentals
  3. INEL 4103 Electric Systems Analysis III (Introduction to Electric Power Systems)
  4. INEL 4405 Electric Machines
  5. INEL 4407 Electrical Systems Design I
  6. INEL 4415 Electric Power Systems Analysis
  7. INEL 4048 Engineering Practice
  8. INEL 4998 Undergraduate Research
  9. INEL 5406 Transmission and Distribution Systems Design
  10. INEL 5495 Design Projects in Electric Power Systems: Design of the Distribution System for an Eolic Generation Park.
  11. INEL 5496 Design Projects in Power Electronics: Design, Simulation, Fabrication and Test of Brushless Commutation for Permanent Magnets DC Motors.
  12. INEL 5995 Special Problems - Environmental and Infrastructure Impact of Eolic Generation
  13. INEL 6025 Advanced Energy Conversion
  14. INEL 6027 Electric Power Systems Dynamics and Control
  15. INEL 6028 Optimization and Operation of Electric Power Systems
  16. INEL 6077 Over Voltage Phenomena in Electric Power Systems
  17. INEL 6995 Special Topics in Electrical Engineering: Reactive Power
  18. INEL 6995 Special Topics in Electrical Engineering: Power System Distribution

- President (1/11 – 8/12) and (08/10 – 12/10) Member, School of Engineering Personnel Committee

- President (8/06 – 06/07) and (08/09 – 08/12) Member, Electrical and Computer Engineering Department Personnel Committee

- (8/06 – 5/07) President, ADHOC Committee to Evaluate Proposals for a New UPRM Class Schedule

- (8/05 – 8/06) Elected Academic Senator UPRM.

   Duties included: Coordinator of the ADHOC Committee to Design Instruments to Evaluate the Chancellors' Performance, Coordinator of the ADHOC Committee to Evaluate Proposed Academic Work Schedules for the Mayagüez Campus, Member of the Courses Committee.

- (2/00 – 8/00) Assistant Dean of Academic Affairs UPRM.

   Duties included: supervisor of the Registrar Office and the Admissions Office, coordinator of the registration process for the whole Campus, author of the Academic Calendar proposal, coordinator of the Students Academic Progress Committee, supervisor of the Courses Central Archive keeper and coordinator of the Campus Early Admission Program.

- (10/00 – 01/02) and (8/99 – 2/00) Associate Director for Academic Affairs – Electrical and Computer Engineering Department, UPRM.

   Duties included: Graduate Programs Director, updating the faculty recruitment plan, coordinator of the curriculum revision and accreditation processes, evaluate the creation of new academic programs, coordinator and supervisor of the Department registration process, co-author of proposals to bring external funding to the Department, in charge of promoting and facilitating scientific research in the Electrical and Computer Engineering Department.

**ACADEMIC INTERESTS AT GRADUATE LEVEL:**

✓ Renewable/alternate energy sources such as; eolic, photovoltaic and solar thermal and their integration to the grid
✓ Electric power system dynamics and operation
✓ Power systems risk assessment

## EXAMPLES OF FUNDED RESEARCH and EDUCATION PROJECTS

**GEARED (Grid Engineering for Accelerated Renewable Energy Deployment) –** (2013) A $929,000 project (UPRM budget out of $6.9 million for the Consortium) to develop and run a Distributed Technology Training Consortium in the Eastern United States, led by the Electric Power Research Institute (EPRI) in collaboration with four U.S. universities (University of Puerto Rico Mayaguez, Georgia Institute of Technology, Clarkson University, University of North Carolina at Charlotte) and seventeen utilities and system operators. The Consortium will leverage utility industry R&D results with power engineering educational expertise to prepare power engineers in management and integration of renewable energy and distributed resources into the grid.

**Streamlined and Standardized Permitting and Interconnection Processes for Rooftop Photovoltaic (PV) in Puerto Rico** (2012) (Investigator) A $301,911 project sponsored by the US Energy Department that seeks to improve the PV energy market of rooftop systems up to 300 kW in Puerto Rico. The project strives to create not only a standardized framework for PV deployment, but

also streamlined: organized, lean permitting and interconnection processes where most residential and small commercial PV systems can be installed safely and quickly.

**Design of a Renewable Energy Track within the Electrical Engineering Program at UNAPEC, Dominican Republic** (2011) A $29,000 award to design a Renewable Energy Track within the existing Electrical Engineering Program of UNAPEC.

**IGERT: Wind Energy Science, Engineering and Policy (WESEP)** (2011) A $171,600 sub-award from Iowa State University, the lead Institution, to fund master students doing research in wind technology, science, and policy as they relate to accomplishing three objectives: (a) increase the rate of wind energy growth; (b) decrease the cost of wind energy; and (c) extend penetration limits.

**Center for Resources in General Education (CIVIS)** – (2008) A 2,500,000 (total for UPRM), approximately $500,000 for Engineering, education project to strengthen and further develop general education objectives at UPRM. Dr. Irizarry is the coordinator for the CIVIS supported UPRM Energy Systems Instrumentation Lab.

**Achievable Renewable Energy Targets For Puerto Rico's Renewable Energy Portfolio Standard** (2007) A $327,197 project sponsored by the Puerto Rico Energy Affairs Administration (Administración de Asuntos de Energía), to produce an estimate, based in realistic boundaries and limitations, of renewable energy available in Puerto Rico for electricity production. The renewable energy resources studied were: biomass - including waste-to-energy, micro hydro, ocean - waves, tides, currents and ocean thermal, solar - photovoltaic and solar thermal, wind – utility as well as small wind, and fuel cells. The purpose of producing these estimates was to establish adequate targets, as a function of time, for Puerto Rico's Renewable Portfolio Standard.

**Colegio San Ignacio - Ejemplo de Sostenibilidad** (2007) A $73,332 project to match the energy needs of Colegio San Ignacio with its available renewable energy sources. Demonstration projects with a strong educational component will be proposed to the School to be designed, installed and operated on the Scholl Campus with the participation of the School Faculty and students. The philosophy behind the program will be one of sustainable development.

**Programa Panamericano de Capacitación en Ingeniería de Potencia Eléctrica** (2006) A $97,370 educational project to deliver a Web-broadcast master program in electric power engineering to engineers at UNAPEC University in the Dominican Republic. Courses in this program responded to the reality and necessities of the Dominican Republic electric power industry and aims for sustainable development.

**Caguas Sustainable Energy Showcase, Phase I** (2006) A $90,055 project sponsored by the Municipality of Caguas, Puerto Rico to assess the current electric energy consumption profile, by sector; residential, commercial, industrial and governmental, of Caguas and to propose achievable goals (percentages of demand), by sector, to be satisfied using renewable energy sources.

**Failure Probabilities for Risk-Based Maintenance and Parameter Estimation of Synchronous Machines** (2003) A $99,444 project sponsored by the National Science Foundation (NSF) to estimate parameters and failure probabilities for synchronous generators. The main outcomes of this work were the application of useful alternate robust estimation techniques and the identification of failure modes for risk-based maintenance of generators.

**Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks** (2002) A $499,849 project sponsored by the National Science Foundation (NSF) and the Office for Naval Research (ONR) to develop a model for the next generation power network using a distributed concept based on scalable coordination by an *Intelligent Power Router* (IPR). Our goal

was to show that by distributing network intelligence and control functions using the IPR, we will be capable of achieving improved survivability, security, reliability, and re-configurability. Our approach builds on our knowledge from power engineering, systems, control, distributed computing, and computer networks.

**Puerto Rico Wind Resource Assessment - Phase I: Partnership formation and prospective site identification** (2002) A $32,465 project sponsored by the Puerto Rico Energy Affairs Administration to increase the knowledge of wind resources in Puerto Rico. We assessed wind velocity probabilities at sites that may be used to install wind farms. The criteria to select the prospective sites was not convenience of data gathering, such as existing towers or existing wind recording stations, but land availability for establishment of a wind farm, road access, available electric grid connections, zoning regulations and indicators of potential wind resource such as existing wind data, topography, wind-deformed vegetation or eolian landforms.

**Puerto Rico SMES Project Phase I - Evaluation Study** (1997-99) A $579,188 project sponsored by FOMENTO's Science and Technology Board to determine the energy requirements (size) of an energy storage unit to provide Puerto Rico's electrical system with rapid response spinning reserve in order to prevent blackouts under generation deficiency conditions.

## EXAMPLES OF FUNDED TECHNOLOGY TRANSFER PROJECTS

**Wind Resource Assessment in Caguas** (2010) A technology transfer project, derived from **Caguas Sustainable Energy Showcase, Phase I** (see below).

**Inspección de Instalación de Calentadores de Agua Solares y Generación Fotovoltaica Suplementaria para la Urbanización Villa Turabo en Caguas** (2010) A technology transfer project, derived from **Caguas Sustainable Energy Showcase, Phase I** (see below).

**Sustainable Energy Projects for Bayamón's Sustainability Master Plan** (2009) A technology transfer project. Duties included: assist Bayamón´s staff to define the scope of renewable energy projects. Pre-design a Photovoltaic Parking Roof for the Sports Complex Onofre Carballeira Umpierre, write the RFP sent to companies, evaluate the design submitted by companies that responded to the RFP, design performance criteria for the construction, test, and delivery phases of the project and evaluate the performance of the company/companies during the construction, test, and delivery phases of the project.

**Ahorro Energético vía Calentadores de Agua Solares y Generación Fotovoltaica Suplementaria para la Urbanización Villa Turabo en Caguas** (2007) A $37,800 technology transfer project, derived from **Caguas Sustainable Energy Showcase, Phase I** (see below), to produce an estimated 25% energy savings in 100 residences at Villa Turabo, Caguas via solar thermal water heaters and supplemental photovoltaic electricity generation.

**INTERNATIONAL CONFERENCES AND WORKSHOPS COORDINATION**

1. (06/06 – 06/10) Member of the Probabilistic Methods Applied to Power Systems International Society (PMAPS IS) The PMAPS IS, incorporated in Canada, is the governing body of the PMAPS Conferences. From 06/06 thru 05/08 Dr. Irizarry Rivera was the General Chair of the coming PMAPS 2008 Conference and his primary responsibility was to organize the PMAPS 2008 Conference. From 05/08 thru 06/10 Dr. Irizarry Rivera is the General Chair of the previous PMAPS Conference and his primary responsibility is to manage the selection of a venue for PMAPS 2012.

2. (06/06 – 05/08) General Chair of the 10th International Conference on Probabilistic Methods Applied to Power Systems (PMAPS 2008) Rincón, Puerto Rico, May 25-29, 2008. The PMAPS Conferences fill a

needed role in the power engineering community by providing a regular forum for engineers and scientists worldwide to interact around the common theme of power engineering decision problems under uncertainty.

3. (01/06 – 05/06) Chair of the Sustainable Energy Workshop "**De Acuerdo con la Energía Sostenible y Ahora ¿Cómo llegar allí?**" at the University of Puerto Rico Mayagüez, May 22 and 23, 2007.

**OTHER RECENT PROFESSIONAL EXPERIENCE**

**ELECTRIC POWER INDUSTRY**

(06/12 – 09/14) Member of the Board of Directors - Puerto Rico Electric Power Authority (PREPA). Elected Member Representing the Interest of Consumers.

- Vice-President of the Board
- President, Board Committee for Audits
- Member, Board Committee on Electric Power System State and Improvements
- Member, Board Committee on Labor and Legal Affairs
- Member, Board Committee on Customer Services

**EXPERT WITNESS IN CIVIL COURT**

1. (03/11 – 06/12) Expert witness – Case Number: Pending, Family of Félix López Orjales vs. Puerto Rico Electric Power Authority et al.

2. (02/10 – 06/12) Expert witness - A DP 2007-0085 Héctor Soto Villanueva et al. vs. Puerto Rico Electric Power Authority et al. - Aguadilla Court House, Aguadillla, Puerto Rico.

3. (07/09 – 06/12) Expert witness – Civil case number 09-cv-01340 (SEC) Leticia Figueroa Villegas et al. vs. Autoridad de Energía Eléctrica et al. United States District Court for the District of Puerto Rico, San Juan, Puerto Rico.

4. (07/09 – 06/12) Expert witness – Civil case number EDP 2009-0097 (402) Luz Eneida Marcano Díaz et al. vs. Autoridad de Energía Eléctrica et al. Caguas Court House, Caguas, Puerto Rico.

5. (07/09 – 06/12) Expert witness – Civil case number EDP 2009-0022 Eduardo Nieves et al. vs. Autoridad de Energía Eléctrica et al. Caguas Court House, Caguas, Puerto Rico.

6. (05/07 – 06/12) Expert witness – Civil case number ADP 2003-0130 José A. Rosario Cordero vs. Municipio de Aguadilla, et al. Aguadilla Court House, Aguadillla, Puerto Rico.

7. (08/05 – 06/12) Expert witness – Civil case number A BCI2006-0085 Fabián Crespo Muñiz et al. vs. Autoridad de Energía Eléctrica et al. Aguada Court House, Aguadillla, Puerto Rico.

8. (07/09 – 04/11) Expert witness - Civil case number 09-cv-1844 (CCC) Francisco Antonio Frías Pujols et al. vs. Puerto Rico Electric Power Authority - United States District Court for the District of Puerto Rico San Juan, Puerto Rico

9. (06/07 – 06/08) Expert witness – Civil case number ISCI 2006-00937 (206) Emilio Malavé Ortiz y Enid Rivera Román vs. Autoridad de Energía Eléctrica Mayagüez Court House, Mayagüez, Puerto Rico.

10. (09/05 – 05/08) Expert witness – Civil case number I DP2002-0257 Marilyn Meléndez Vélez et al. vs. Autoridad de Energía Eléctrica et al. Mayagüez Court House, Mayagüez, Puerto Rico.

11. (10/04 – 06/12) Expert witness – Civil case number DKPD-2002-0610 (1008) Naomi Malavé Conde, et al. vs. Distribuidora de Provisiones y Comestibles, Inc., Bayamón Court House, Bayamón, Puerto Rico.

12. (12/02 – 06/12) Expert witness – Civil case number DKDP2002-0460 (1008) Dalia E. Rivera Ortiz, et al. vs. Autoridad de Energía Eléctrica. Bayamón Court House, San Juan, Puerto Rico.

13. (06/01 – 06/12) Expert witness – Civil case number K DP2002- 0108 (503) Maribel Lozada Rodríguez vs. Autoridad de Energía Eléctrica. San Juan Court House, San Juan, Puerto Rico.

14. (11/03 – 11/07) Expert witness – Civil case number DKDP2003-578 (1001) Francisco Colón Calcador vs. Autoridad de Energía Eléctrica. Bayamón Court House, San Juan, Puerto Rico.

15. (06/02 – 01/04) Expert witness – Civil case number K DP2002-1088 María Jiménez Carrión vs. Municipio de San Juan. San Juan Court House, San Juan, Puerto Rico.

16. (2/01 – 02/03) Expert witness – Civil case number E DP1997-0275 (402) Gerardo Pérez Viera vs. Autoridad de Energía Eléctrica y otros. Caguas Court House, Caguas, Puerto Rico.

17. (7/00 – 1/02) Expert witness – Civil case number F DP1999-0011, Pablo Sánchez Rosa y otros vs. Cooperativa de Seguros Múltiples y otros. Carolina Court House, Carolina, Puerto Rico.

18. (5/98 – 10/98) Expert witness - Civil Case number K DP1995-0084, María Elena Ravelo Egaña vs. Autoridad de Energía Eléctrica. San Juan Court House, San Juan, Puerto Rico.

**ELECTRIC POWER GRID MANAGEMENT EVALUATION**

- (05/07 – 06/09) Consultant – Engineering evaluation of power system transmission and distribution limitations for Cunningham Lindsey International, Inc. provided technical advice associated to a claim of increased operational costs due to restrictions on a power system operation.

**RENEWABLE ENERGY**

1. (01/11 – 05/12) Consultant - Wind Energy Resource Assessment for New Era Eolic LLC, Puerto Rico.

2. (07/10 – 08/11) Consultant – Engineering supervision of residential photovoltaic installations in Urbanización Villa Turabo, Municipio Autónomo de Caguas.

3. (07/09 – 08/10) Consultant - Engineering services (assist in the definition of the project, pre-design, drafting of "Request for Proposals", evaluation of proposals and definition of performance criteria) in a 250 kW photovoltaic project on the Onofre Carballeira Sports Complex, Municipio Autónomo de Bayamón.

4. (08/07 – 08/08) Consultant – Engineering design of residential photovoltaic generation for one hundred (100) dwellings in Urbanización Villa Turabo, Municipio Autónomo de Caguas.

5. (10/06 – 12/06) Consultant – Provided technical advice in sitting and interconnection issues for potential wind energy projects for UPC Wind.

6. (06/04 – 06/05) Consultant to, and Partner of, ecoEnergy - Provided engineering services and technical advice in wind data analysis, sitting, preliminary wind turbines selection, interconnection

issues and preliminary power purchase agreement negotiations for potential wind energy projects in Puerto Rico.

7. (4/01 – 07/02) Consultant – Provided engineering services and technical advice in wind data analysis, sitting, preliminary wind turbines selection, interconnection issues with a proposed desalination plant and drafting of "Request for Information" and "Request for Proposals" documents for the Puerto Rico Energy Affairs Administration.

**PEER REVIEWED PUBLICATIONS:**

1. Agustín A. Irizarry-Rivera, Efraín O'Neill-Carrillo and E. Jiménez-Toribio, "Puerto Rico Small Hydro Report", Status of the Caribbean Chapter on World Small Hydropower Report, International Network for Small Hydropower, Lara Jin Qiu-ting Esser (Editor), 2014.

2. Agustín A. Irizarry-Rivera, Manuel Rodríguez-Martínez, Bienvenido Vélez, Miguel Vélez-Reyes, Alberto R. Ramirez-Orquin, Efraín O'Neill-Carrillo and José R. Cedeño, "Chapter 3 Intelligent Power Routers: Distributed Coordination for Electric Energy Processing Networks", In J. Momoh, L. Mili (Editors) *Operation and Control of Electric Energy Processing Networks*, John Wiley and Sons/IEEE Press, 2010.

3. José A. Colucci Ríos, Efraín O'Neill-Carrillo and Agustín A. Irizarry-Rivera. "Renewable Energy in the Caribbean: A Case Study from Puerto Rico", In E. Laboy, F. Schaffner, A. Abdelhadi (Editors) *Environmental Management, Sustainable Development and Human Health*, Taylor and Francis Press, 2009, pp 291.

4. Efraín O'Neill-Carrillo, Marla Pérez-Lugo, Cecilio Ortiz-García, Agustín A. Irizarry-Rivera and José A. Colucci-Ríos, "Sustainable Energy: Balancing the Economic, Environmental and Social Dimensions of Energy," Proceedings of the IEEE Energy 2030 Conference, November 2008, Atlanta, Georgia.

5. Efraín O'Neill-Carrillo, Agustín A. Irizarry-Rivera, José A. Colucci-Rios, William Frey, Cecilio Ortiz-García and Marla Pérez-Lugo, "Advancing a Sustainable Energy Ethic Through Stakeholder Engagement," Proceedings of the IEEE Energy 2030 Conference, November 2008, Atlanta, Georgia.

6. Efraín O'Neill-Carrillo, Marla Pérez-Lugo, Cecilio Ortiz-García, Agustín A. Irizarry-Rivera and José A. Colucci-Ríos, "Sustainability, Energy Policy and Ethics in Puerto Rico", Proceedings of Energy and Responsibility: A Conference on Ethics and the Environment, April 10-12, 2008, Knoxville, Tennessee.

7. José A. Colucci Ríos, Agustín A. Irizarry-Rivera and Efraín O'Neill-Carrillo, "Sustainable Energy for Puerto Rico", Proceedings of the 2007 Energy Sustainability Conference, June 27-30, 2007, Hilton Long Beach, California, USA.

8. Agustín A. Irizarry-Rivera, Manuel Rodríguez-Martínez, Bienvenido Vélez, Miguel Vélez-Reyes, Alberto R. Ramirez-Orquin, Efraín O'Neill-Carrillo and José R. Cedeño, "Intelligent Power Routers: A Distributed Coordination Approach for Electric Energy Processing Networks", International Journal of Critical Infrastructures, Vol. 3 No 1/2 pp. 20-57, 2007.

9. Efraín O'Neill-Carrillo and Agustín A. Irizarry-Rivera, "Socially-Relevant Capstone Design Projects in Power Engineering," Proceedings of the IEEE/PES Power Systems Conference and Exposition, October 2006, Atlanta, GA.

10. Luis O. Jimenez, Efrain O'Neill, William Frey, Rafael Rodríguez-Solis, Agustín A. Irizarry-Rivera, and Shawn Hunt, "A Learning Module of Social and Ethical Implications for Electrical and Computer

    Engineering Capstone Design Courses", Proceedings of the Thirty-sixth Annual Frontiers in Education Conference, San Diego, California, October 28-31, 2006.

11. Efraín O'Neill-Carrillo, Eddie Marrero, Agustín A. Irizarry-Rivera, "Integrated Laboratory Experiences in Power Engineering Courses," Proceedings of the International Conference on Engineering Education, July 2006, San Juan, Puerto Rico.

12. Efraín O'Neill-Carrillo, Agustín A. Irizarry-Rivera, Jorge A. Cruz-Emeric, "Curricular Revisions in Electrical Engineering at UPRM," Proceedings of the Thirty-fifth Annual Frontiers in Education Conference, Indianapolis, Indiana, October 2005.

13. Carlos A. Ramos-Robles and Agustín A. Irizarry-Rivera, "Economical Effects of the Weibull Parameter Estimation on Wind Energy Projects", Proceedings of the Thirty-seventh Annual North American Power Symposium, Ames, Iowa, October 23-25, 2005.

14. Linda Monge-Guerrero and Agustín A. Irizarry-Rivera, "A Degradation Model of Synchronous Generator Stator Insulation to Compute Failure Probabilities", Proceedings of the Thirty-seventh Annual North American Power Symposium, Ames, Iowa, October 23-25, 2005.

15. Jennifer Jiménez-González and Agustín A. Irizarry-Rivera, "Generation Displacement, Power Losses and Emissions Reduction due to Solar Thermal Water Heaters", Proceedings of the Thirty-seventh Annual North American Power Symposium, Ames, Iowa, October 23-25, 2005.

16. Héctor R. Zamot, Efraín O'Neill-Carrillo and Agustín A. Irizarry-Rivera, "Analysis of Wind Projects Considering Public Perception and Environmental Impact," Proceedings of the Thirty-seventh Annual North American Power Symposium, Ames, Iowa, October 23-25, 2005.

17. Carlos A. Ramos-Robles and Agustín A. Irizarry-Rivera, "Development of Eolic Generation Under Economic Uncertainty", Proceedings of the Eighth Probabilistic Methods Applied to Power Systems (PMAPS) International Conference, Ames, Iowa, September 13-16, 2004.

18. Carlos M. Torres-Ortolaza and Agustín A. Irizarry-Rivera, "Failure Modes and Failure Probability of Intelligent Power Routers", Proceedings of the Eighth Probabilistic Methods Applied to Power Systems (PMAPS) International Conference, Ames, Iowa, September 13-16, 2004.

19. Agustín A. Irizarry-Rivera, Manuel Rodríguez, Miguel Vélez-Reyes, José R. Cedeño, Bienvenido Vélez Efraín O'Neill-Carrillo and Alberto Ramírez, "Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks", Proceedings of the 2003 EPNES Workshop, Orlando, Florida, October 23-24, 2003.

20. Tania Martínez-Navedo and Agustín A. Irizarry-Rivera, "Voltage Stability Assessment of an Island's Power System as a Function of Load Model", Proceedings of the Thirty-fifth Annual North American Power Symposium, University of Missouri-Rolla, Rolla, Missouri, October 20-21, 2003.

21. Agustín A. Irizarry-Rivera. "Benefits of Storing Electric Energy from Wind in Puerto Rico", Proceedings of the Caribbean Colloquium on Power Quality (CCPQ), Dorado, Puerto Rico, June 24-27, 2003.

22. Efraín O'Neill Carrillo, Miguel Vélez Reyes, Agustín A. Irizarry-Rivera and Eduardo Marrero. "The Power of Undergraduate Research", IEEE Power and Energy Magazine, Volume 1, Number 4, July/August 2003.

23. Agustín A. Irizarry-Rivera and J.D. McCalley. "Risk of Insecurity", Proceedings of the Euro Conference on Risk Management in Power System Planning and Operation in a Market Environment (RIMAPS 2001), Porto, Portugal, September 8-11, 2001.

24. Efraín O'Neill Carrillo, Agustín A. Irizarry-Rivera and Miguel Vélez Reyes. "Curriculum Improvements in Power Engineering", Proceedings of the Thirty-first ASEE/IEEE Frontiers in Education Conference, Reno, Nevada, October 10-13, 2001.

25. A.A. Irizarry-Rivera, Wenceslao Torres and Efran Paredes. "Evaluation and Technology Review of Energy Storage for the PREPA System", Proceedings of the Electric Energy Storage Applications and Technologies Conference, Orlando, Florida, September 18-20, 2000.

26. A.A Irizarry-Rivera. "Teaching Electric Power System Analysis Using Visually Attractive Tools," Proceedings of the Twenty-ninth ASEE/IEEE Frontiers in Education Conference, San Juan, Puerto Rico November 10-13, 1999.

27. A.A Irizarry-Rivera, Manuel A. Pérez Quiñonez and Rudolph P. Darken. "Using Virtual Worlds to Explore Electric Power Grids and Plants," Proceedings of the Twenty-ninth ASEE/IEEE Frontiers in Education Conference, San Juan, Puerto Rico November 10-13, 1999.

28. L.C. González-Carrasquillo and A.A. Irizarry-Rivera. "Calculation of Capacity Value of a Wind Farm in Puerto Rico's Electric Power System," Proceedings of the Sustainable Applications for Tropical Island States (SATIS '99) Conference, San Juan, Puerto Rico, August 25-27, 1999.

29. A.A. Irizarry-Rivera and Ivette Malpica Crespo. "Monolineal Animado y Equivalente del Sistema Eléctrico Existente en Puerto Rico: Una Herramienta de Enseñanza," Memorias del IX Simposio de Ingeniería Eléctrica, Universidad Central de las Villas, Santa Clara, Cuba, February 24-27, 1999.

30. E. Paredes-Maisonet and A.A Irizarry-Rivera. "Energy Storage Systems to Mitigate Frequency Decline under Generation Deficiency Conditions," Proceedings of the Thirtieth Annual North American Power Symposium, Cleveland State University, Cleveland, Ohio, 1998.

31. M. Rodríguez-Fernández and A.A Irizarry-Rivera. "Overview of the Dynamic Performance of a Small Electric Power System in the Presence of Eolic Generation," Proceedings of the Thirtieth Annual North American Power Symposium, Cleveland State University, Cleveland, Ohio, 1998.

32. Jiménez-Dávila and A.A Irizarry-Rivera. "Establishment of a Lightning Location System in Puerto Rico," Proceedings of the Thirtieth Annual North American Power Symposium, Cleveland State University, Cleveland, Ohio, 1998.

33. L.C. González-Carrasquillo and A.A Irizarry-Rivera. "A Procedure to Determine Wind Power Capacity Value and its Future Application to Puerto Rico's Electric Power System," Proceedings of the Thirtieth Annual North American Power Symposium, Cleveland State University, Cleveland, Ohio, 1998.

34. J.D. McCalley, A.A. Fouad, V. Vittal, A.A. Irizarry-Rivera, B.J. Agrawal and R.G. Farmer. ``A Risk-Based Security Index for Determining Operating Limits in Stability Limited Electric Power Systems," IEEE Transactions on Power Systems, Volume 12 , Issue 3 , Aug. 1997, pp. 1210-1219.

35. A.A. Irizarry-Rivera, J.D. McCalley and Vijay Vittal. ``Computing Probability of Instability for Stability Constrained Electric Power Systems," Electric Power Systems Research Journal, Volume 42, Issue 2, August 1997, pp. 135-143.

36. A.A. Irizarry-Rivera, J.D. McCalley and V. Vittal. ``Limiting Operating Point Functions and their Influence on Probability of Instability," Proceedings of the Fifth Probabilistic Methods Applied to Power Systems (PMAPS) International Conference, Vancouver, British Columbia, Canada, September, 1997.

37. Z. Zhu, S. Zhao, J.D. McCalley, V. Vittal and A.A. Irizarry-Rivera. ``Risk-Based Security Assessment Influenced by Generator Rejection," Proceedings of the Fifth Probabilistic Methods Applied to Power Systems (PMAPS) International Conference, Vancouver, British Columbia, Canada, September, 1997.

38. Nguyen, A.A. Irizarry-Rivera, J.D. McCalley and V. Vittal. ``Survey Development for Assessing Impact of Power System Disturbances," Proceedings of the Fifth Annual Midwest Electro-Technology Conference, Iowa State University, Ames, Iowa, 1996.

39. A.A. Irizarry-Rivera and J.D. McCalley. ``A Cartesian Product Approach to Determine the Probability of Instability for Stability Limited Electric Power Systems," Proceedings of the Twenty-seventh Annual North American Power Symposium, Montana State University, Bozeman, Montana, 1995.

40. A.A. Irizarry-Rivera, J.D. McCalley, V. Vittal, and A.A. Fouad. ``A Risk-Based Electric Power System Security Index: Moving from Frequency to Probability of Instability," Proceedings of the Fourth Annual Midwest Electro-Technology Conference, Iowa State University, Ames, Iowa, 1995.

41. A.A. Irizarry-Rivera and J.D. McCalley. ``A Security Assessment Approach for Stability-limited Electric Power Systems Using a Risk-based Index," Proceedings of the Thirty-second Annual Power Affiliate Meeting, Iowa State University, Ames, Iowa, 1995.

42. J.D. McCalley, A.A. Fouad, V. Vittal, A.A. Irizarry-Rivera, B.J. Agrawal and R.G. Farmer. ``A Probabilistic Problem in Electric Power System Operation: The Economy-Security Tradeoff for Stability Limited Power Systems," an invited paper, Proceedings of the Third International Workshop on Rough Sets and Soft Computing, San Jose State University, San Jose, California, 1994.

**SELECTED PRESENTATIONS:**

1. Armando Figueroa, A.A. Irizarry-Rivera. "Requisitos de Reserva Operacional de un Sistema de Potencia Eléctrica con Significativa Generación Renovable", Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), Viernes 360-Centro de Convenciones, San Juan, Puerto Rico, May 16, 2013.

2. A.A. Irizarry-Rivera, E. O'Neill-Carillo. "Streamlined and Standardized Permitting and Interconnection Processes for Rooftop Photovoltaic Systems in Puerto Rico", Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), Casa Capitular Calle Obispado, Mayagüez, Puerto Rico, May 14, 2013.

3. A.A. Irizarry-Rivera. "¿Cuál Crisis Energética? El uso racional de la energía y renovables", Convención de la Sociedad de Planificadores de Puerto Rico, Sede del Colegio de Arquitectos y Arquitectos Paisajistas, Calle del Parque 255, San Juan, Puerto Rico, November 14, 2012.

4. A.A. Irizarry-Rivera. "Generación Eólica: El Debate de Comida vs. Energía", Escuela de Leyes, Pontificia Universidad Católica de Ponce, March 20, 2012.

5. A.A. Irizarry-Rivera. "Concentrated Solar Thermal Electricity Production: Principles, Resource and Technology", Brickell Avenue Business Interruption and Energy Conference (BABIEC), JW Marriot, Miami, October 27-28, 2011.

6. A.A. Irizarry-Rivera. "Wave to Wire: An Overview of Electricity Generation from Waves; Resource, Technology, System Integration and Economics", New York Power Conference, Downtown Conference Center at Pace University, Manhattan, New York City, New York, May 19, 2011.

7. A.A. Irizarry-Rivera. "The estate vs. the citizens: Crisis (mis)management in education and energy", Lucidity and Engagement: The UPR Strikes (2010-2011) and Academic Activism in Puerto Rico (Part 2), A panel session in the American Ethnological Society (AES) and the Society for Urban, National and Transnational Anthropology (SUNTA) Meeting, Caribe Hilton Hotel, San Juan, Puerto Rico, April 15, 2011.

8. A.A. Irizarry-Rivera. "Recurso Solar en Puerto Rico y la Tecnología Solar Térmica para la Producción de Electricidad", Universidad Interamericana Recinto de Guayama, April 8, 2011.

9. A.A. Irizarry-Rivera. "A usar el español en la investigación tecnológica: reflexión de un ingeniero a su regreso de Andalucía", Universidad de Puerto Rico, Mayagüez, Octuber 12, 2010.

10. A.A. Irizarry-Rivera. "Achievable Renewable Energy Targets for Puerto Rico", Universidad Interamericana Recinto de Guayama, April 15, 2010.

11. A.A. Irizarry-Rivera. "Renewable Portfolio Standards", Convención Anual Colegio de Químicos de Puerto Rico 2007, Puerto Rico Conventions Center, August 10, 2007.

12. A.A. Irizarry-Rivera. "Alternativas Energéticas Sostenibles. Energía Solar: Termal y Fotovoltaica", Convención Anual Colegio de Ingenieros y Agrimensores de Puerto Rico 2007, Cambio Climático: Ingeniería, Agrimensura y Sostenibilidad, Hotel El Conquistador, Fajardo, Puerto Rico, August 3, 2007.

13. A.A. Irizarry-Rivera. "Energía Eólica, Conservación y el Ejemplo de Caguas", Noveno Congreso de Investigación y Creación Académica de la Universidad de Puerto Rico en Ponce, Teatro General UPR – Ponce, May 11, 2007.

14. A.A. Irizarry-Rivera. "Energía Eólica", Mega Viernes Civil, Seminario de Diseño y Construcción Verde del Instituto de Ingenieros Civiles, Colegio de Ingenieros y Agrimensores de Puerto Rico, Centro de Convenciones de Puerto Rico, May 18, 2007.

15. A.A. Irizarry-Rivera. "Generación Eólica y Solar: Fotovoltaica, Termal", Tercera Reflexión Ambiental, Foro de Desarrollo de Energía Sustentable, Teatro de la Universidad de Puerto Rico, Río Piedras, April 18, 2007.

16. A.A. Irizarry-Rivera & Gerson Beauchamp "Generación Fotovoltaica para Puerto Rico", Workshop sponsored by the Alianza Ciudadana para Educación en Energía Renovable (ACEER), Centro Cultural de Mayagüez, April 21, 2007.

17. A.A. Irizarry-Rivera. "Costo de la generación eólica y ahorro por desplazamiento de generación", Conference sponsored by the Puerto Rico Chamber of Comerce, Hotel Condado Plaza, San Juan Puerto Rico, February 21, 2007.

18. A.A. Irizarry-Rivera. "Energía eléctrica en Puerto Rico: generación, transmisión y conservación", Workshop sponsored by the Alianza Ciudadana para la Educación en Energía Renovable (ACEER), Centro Cultural de Mayagüez, February 3, 2007.

19. A.A. Irizarry-Rivera and E. Juan-García "Electrical Shock and Trauma: Causes, Mechanisms of Injury and Case Studies", Workshop sponsored by the Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), CIAPR Mayagüez, November 8, 2005.

20. A.A. Irizarry-Rivera. "Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks: Second Year Progress Report", Electric Power Networks Efficiency and Security (EPNES) Workshop, sponsored by the National Science Foundation (NSF), Mayagüez, Puerto Rico, July 12-14, 2004.

21. A.A. Irizarry-Rivera. "Environmental Impact of Eolic Power", Sustainable Energy Workshop sponsored by the Instituto de Ingenieros Electricistas del Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), CIAPR Headquarters, May 19, 2004.

22. A.A. Irizarry-Rivera. "Electricity Hazards", Energy Systems Seminal Series (ES$^3$) Electrical and Computer Engineering Department, University of Puerto Rico, Mayagüez, March 30, 2004.

23. A.A. Irizarry-Rivera, M. Vélez Reyez and E. O'Neill-Carrillo. "Risk-Based Maintenance and Parameter Estimation of Synchronous Machines", Power System Engineering Research Center (PSERC) Industrial Advisory Board Meeting, December 10-12, 2003.

24. A.A. Irizarry-Rivera. "Future Power Systems", Industry University Symposium on Electrical Engineering, sponsored by the Instituto de Ingenieros Electricistas del Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), CIAPR Headquarters, November 14, 2003.

25. A.A. Irizarry-Rivera. "Electric Power from the Wind", Energy Systems Seminal Series (ES$^3$) Electrical and Computer Engineering Department, University of Puerto Rico, Mayagüez, October 30, 2003.

26. A.A. Irizarry-Rivera. "Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks: First Year Progress Report", Electric Power Networks Efficiency and Security (EPNES) Workshop, sponsored by the National Science Foundation (NSF), Orlando, Florida, October 23-24, 2003.

27. A.A. Irizarry-Rivera. "Eolic Generation", Energy Forum sponsored by the Colegio de Ingenieros y Agrimensores de Puerto Rico (CIAPR), Hotel Wyndham El Conquistador, August 1st, 2003.

28. A.A. Irizarry-Rivera. "EPNES: Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks", Modernizing the National Grid Workshop, sponsored by the National Science Foundation (NSF), New Orleans, Louisiana, November 18-19, 2002.

29. A.A. Irizarry-Rivera. "Puerto Rico SMES Project", Puerto Rico Chamber of Commerce and Guests, Puerto Rico Chamber of Commerce Headquarters, Old San Juan, Puerto Rico, January 28, 1998.

**GRADUATE THESES and PROJECTS SUPERVISED:**

1. Carlos García. "Ocean Wave Energy into Electricity Using Point Absorbers (Wave Energy) in the North Coast of Puerto Rico", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, In progress.

2. Luis de Jesús. "Design and Characterization of Fresnel Solar Concentrator for Solar Thermal Drying of Coffee in Puerto Rico", ME Report, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2014.

3. Armando Figueroa. "Requisitos de Reserva Operacional de un Sistema de Potencia Eléctrica con Significativa Generación Renovable", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2013.

4. Felipe Hernández. "Feasibility of Dish/Stirling Solar Thermal Generation in Puerto Rico and in the Dominican Republic", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2012.

5. Franchesca Aponte. "Ocean Wave Energy into Electricity Using Offshore Wave Energy Devices in the North Coast of Puerto Rico", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2009.

6. Magaby Quintero. "Ocean Wave Energy into Electricity Using Shoreline Devices in Puerto Rico", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2009.

7. Miguel Rios. "Small Wind / Photovoltaic Hybrid Renewable Energy System Optimization", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2008.

8. Linda Monge. "Effect of Distributed Energy Storage Systems in Voltage Stability of an Island Power System", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2006.

9. Jennifer Jiménez. "Benefits of Electric Generation Displacement Using Solar Thermal Water Heating", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2005.

10. Carlos Ramos. "Determination of Favorable Conditions for the Development of a Wind Power Farm in Puerto Rico", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2005.

11. Carlos Torres. "Failure Probability of Intelligent Power Routers", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2005.

12. Orlando Leal Flores. "Analysis and Simulation of EM Fields of a Permanent Magnets DC Linear Motor used to Propel a Magnetically Levitated Train", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2004.

13. Tania Martínez Navedo. "Voltage Stability Assessment of an Island Power System as a Function of Load Model", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2002.

14. Jorge Valenzuela Valenzuela. "Development of Small Signal Analysis Tools to Study Power System Dynamics Using Simulink", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2001.

15. Ismael A. Jiménez Dávila. "Calibration of Magnetic Finder System for Lightning Location Using AM Carrier Signals", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2000.

16. Francisco Quiles Torres. "Identifying Electrical Needs and Implementing Improvements on the Main Power Substation of a Manufacturing Plant", ME Project, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2000.

17. Luis C. González Carrasquillo. "A Procedure to Determine Wind Power Capacity Value and its Future Application to Puerto Rico's Electric Power System", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 2000.

18. Efran Paredes Maisonet. "Determination of Required Rapid Response Spinning Reserve to Avoid Under frequency Load Shedding under Generation Deficiency Conditions in Puerto Rico's Electric Power System", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 1999.

19. Mireya Rodríguez Fernández. "Power System Dynamic Analysis for the Integration of Wind Farms to Puerto Rico's Electric Grid", MS Thesis, University of Puerto Rico-Mayagüez, Mayagüez, Puerto Rico, 1999.

**HONORS AND OTHER PROFESSIONAL ACTIVITIES:**

- Recipient "Ingeniero Electricista Distinguido 2013" (Distinguished Electrical Engineer 2013) from the Mayagüez Chapter of the Puerto Rico Professional Engineers Society (Capítulo de Mayagüez del Colegio de Ingenieros y Agrimensores de Puerto Rico) - In recognition of services rendered to the profession, achievements in engineering education and his performance as Vice-President of the Puerto Rico Electric Power Authority Board of Directors.

- Recipient "2010 Distinguished UPRM Alumni" from the University of Puerto Rico Mayagüez Alumni Association.

- Recipient "Ingeniero Electricista Distinguido 2005" (Distinguished Electrical Engineer 2005) from the Electrical Engineering Institute of the Puerto Rico Professional Engineers Society (Instituto de Ingenieros Electricistas del Colegio de Ingenieros y Agrimensores de Puerto Rico) - In recognition of services rendered to the profession and outstanding professional achievements in the field of electrical engineering.

- Recipient "2004 Professional Progress in Engineering Award" (PPEA) from Iowa State University

  PROFESSIONAL PROGRESS IN ENGINEERING AWARD - Established in 1988

  In recognition of outstanding professional progress and personal development in a field of engineering specialization as evidenced by significant contributions to the theory and practice of engineering, distinguished service rendered to the profession, appropriate community service, and/or achievement in a leadership position. There shall also be evidence of recognition through citations and acceptance of achievements by colleagues, and of the promise of continued progress and development.

- Recipient "2003-2004 Electrical and Computer Engineering Outstanding Faculty Award" from the School of Engineering, Mayagüez, Puerto Rico

- Recipient ``Iowa State University Research Excellence Award" for Ph.D. dissertation

- Registered Professional Electrical Engineer in Puerto Rico (6/91) and Member of the "Colegio de Ingenieros y Agrimensores de Puerto Rico"

- Magna Cum Laude – BSEE, University of Puerto Rico, 1988

- Member Institute of Electrical and Electronic Engineers (IEEE) - Power Engineering Society and Faculty Advisor of the Power Engineering Society Student Chapter at the University of Puerto Rico Mayagüez

- Advocate – American Wind Energy Association

- Engineering Futures Facilitator and Member of Tau Beta Pi the National Engineering Honor Society. (06/98 – 06/08) Principal Faculty Advisor of Puerto Rico's Tau Beta Pi Alpha Chapter, (06/08 - present) Faculty Advisor of Puerto Rico's Tau Beta Pi Alpha Chapter

**SERVICES RENDERED TO THE PROFESSION**

- Member of the Energy Committee of the Puerto Rico Engineers and Surveyors Association (CIAPR, from the Spanish "Colegio de Ingenieros y Agrimensores de Puerto Rico").

- Member of the AD HOC Committee for Renewable Energy and Climate of the Puerto Rico Engineers and Surveyors Association (CIAPR, from the Spanish "Colegio de Ingenieros y Agrimensores de Puerto Rico").

- Instructor of Continuous Education Courses at the Puerto Rico Engineers and Surveyors Association (CIAPR, from the Spanish "Colegio de Ingenieros y Agrimensores de Puerto Rico")

- Member of the AD HOC Committee to Evaluate the Technical Administration of the Puerto Rico Electric System by the Puerto Rico Electric Power Authority during the Tropical Storm (TS) Jeanne of September 15, 2004 -  The official state inquiry by the CIAPR into what caused a general electric blackout in the Island of Puerto Rico during Tropical Storm Jeanne. It is part of the CIAPR public responsibility to conduct such inquiries when technical matters are in dispute. Responsibilities included: analysis of technical evidence, as submitted by PREPA, of the power system state and behavior as TS Jeanne crossed over Puerto Rico, the formulation of a hypothesis to explain such behavior, and to judge the decisions made on the administration of the power system during the storm.

**EXAMPLES OF UNDER GRADUATE RESEARCH and DESIGN PROJECTS:**

1. **Design of the Distribution System for an Eolic Generation Park**. The complete design of the Distribution System for an Eolic Generation Park. This included the decision to install an aerial or underground system and specification of: transformers, conductors, protection system, grounding system, conduits, junction boxes, lighting protection and design of the substation to connect the eolic park with the local electric utility. Other requirements included: estimate of materials and construction costs, a construction and project management schedule and analysis to determine the required reactive compensation. Students: Franchesca Aponte Santiago, Dumeng Roman Johana, Melissa Hernandez Bernier, Erika Padilla Ocasio, Magaby Quintero Lopez, Marilyn Ramirez Alvarado, Sharlene Rivera Gonzalez, Rodolfo Morales Medina and Giancarlo Santos Santiago.

2. **Environmental and infrastructure impact of eolic generation in Puerto Rico**. The study of key aspects of eolic generation and their environmental impact with emphasis in: noise, electromagnetic interference, avian issues and aesthetic considerations. Student studied the infrastructure impact of eolic generation projects specifically on roads, sea ports and sea bottom. Students were aware of socio-economic and political considerations and implications on eolic generation projects. Students: Camille T. Ocasio, Verónica Narváez and David Marrero.

3. **Design Projects in Power Electronics: Design, Simulation, Fabrication and Test of Brushless Commutator for Permanent Magnets DC Motors**. Project involved the preliminary design of a brushless commutator including computer simulations of the proposed circuit, identification of components to be used including component costs and manufacturer data, necessary tools and materials needed to construct and test the commutator, and detailed work schedule of the steps needed to complete the design and prototype construction tasks. A working prototype and documented results of tests performed to the prototype to ensure its compliance with design

specifications was required. Proposed modifications to solve any problems found during testing, computer simulations of the proposed modifications to the commutator circuit were also required. Students: Noel G. Figueroa Urdaz, Camille Guzmán Torres, Lourdes Orona Jiménez, José J. Rodríguez Alvarez, Reyes M. Ruiz Donate, José L. Valenzuela Rivera and Miguel D. Vázquez Peña.

4. **Development of an Animated One-line Equivalent of Puerto Rico's Existing Electric Power System**. Project involved the use of the commercially available **PowerWorld Simulator**, a user-friendly, highly interactive package for engineering analysis, to develop a one-line equivalent of Puerto Rico's existing electric power system.  The animated and graphical one-line equivalent of Puerto Rico's electric system is geographically accurate as well as electrically equivalent to the generation and transmission (115 kV and above) of the Puerto Rico Electric Power Authority (PREPA).  This equivalent has being used by engineering students to study the behavior of Puerto Rico's electric power grid under a variety of system conditions. It will also provides an excellent teaching tool to demonstrate the principles of electric power flow, voltage profiles and their relation to reactive power, economic dispatch and steady-state system security. Students: Ivette Malpica

5. **Using Virtual Worlds to Explore Electric Power Grids and Plants.** Virtual worlds provide the capability of visiting spaces difficult to explore because of: time constraints, natural hazards, and cost of accessibility or access restrictions. Electric power system courses are constrained to show primary components of a power system using drawings and photos. Development of virtual worlds tailored to suit the topic being discussed is an attractive solution. Student may browse around the system learning as they go along. They provide motivation and the electric utility may use these tools to familiarize new personnel with their system and inform and educate non-technically trained decision-makers using accurate and visually attractive presentations. Two undergraduate students participated in the project developing virtual worlds of a power plant. Students: Iomar Vargas and Emmanuel Arzuaga.

**OTHER PROFESSIONAL EXPERIENCE**

- (2006) Implementation Specialist – Alliance for the Strengthening of Mathematics and Science Teaching (AFAMaC): An Alliance among the Puerto Rico Department of Education and University of Puerto Rico Mayagüez (UPRM) to professionally advance Mathematics and Science school teachers of 7th, 8th and 9th grade in three Educational Districts; Mayagüez, Moca and San Sebastian. The primary goal of the project is to improve knowledge and practice of Mathematics and Science teachers thru summer and weekend long internships at the UPRM taking courses that will focus on content (Math, Physics, Chemistry, Geology, Basic Engineering, and Information Technology) rather than teaching methods.

- (01/03) Consultant – Engineering evaluation of electrical installation at a private residence in Mayagüez, Puerto Rico. Identified electrical design deficiencies and failures to comply with the National Electric Code.

- (05/98 – 08/98) Consultant – Electric Energy Audit and Consumption Estimates for a small Hotel in Aguadilla, Puerto Rico. Analyzed electric bills and estimated energy consumption of the Hotel including internal generation to settle a billing dispute between the Hotel Management and the Puerto Rico Electric Power Authority.

- (02/98 – 04/98) Consultant – Redesign the electric distribution system of a Trailer Camp Facility in La Parguera, Puerto Rico.

- (1/94 - 5/96) Computer Network System Administrator at Iowa State University, Ames, Iowa Performed software and hardware system administration for UNIX workstation network serving 50

users.

- (7/93 - 10/96) Research Assistant at Iowa State University, Ames, Iowa

  - Developed a risk-based method to assess security and determine operating limits for electric power systems, a project sponsored by Electric Power Research Institute (EPRI).
  - Utilized state of the art industry-grade power systems software applications (power flow, stability, etc).
  - Performed large scale system studies of WSCC network
  - Supervised two undergraduate students in their undergraduate research projects

- (8/90 - 6/93) Assistant Researcher at the University of Puerto Rico, Mayagüez, Puerto Rico

  Administered the optics and laser facilities of the Physics Department and supervised authorized personnel in the operation of the equipment

- (9/89 - 2/90) Research Assistant at the University of Michigan, Ann Arbor, Michigan

  Developed a novel and simple technique to create an optical source capable of providing high peak power at a desired frequency or a short pulse with a tunable, spectrally pure frequency

- Summer Intern at Aluminum Company of America, ALCOA Center, Pennsylvania

  - (5/90 - 7/90) Characterized electromagnetic field properties of electromagnetic acoustic transducers and eddy current sensors
  - (5/89 - 8/89) Implemented the Digital Holographic Interferometry Technique for surface displacement measurements
  - (6/88 - 8/88) Implemented the Synthetic Aperture Focusing Technique for ultrasonic testing using an HP1000 computer
  - (6/87 - 8/87) Designed, fabricated and analyzed electromagnetic acoustic transducers

**ADDITIONAL EDUCATIONAL INFORMATION:**

Graduate Coursework:

23 hours in Power Systems, 23 hours in optics, 12 hours in electromagnetics, 9 hours in Control Systems, 12 hours in Math and 9 hours in probability and statistics.

Salient Ph.D. Research Contributions:

- Developed a method that allows risk-based security assessment in an operating environment considering any type of security violation.
- Developed, using probability theory, expressions to calculate the conditional probability of insecurity given a fault occurs for thermal overloads and transient instability.
- Developed a method to generate risk-based operating limits in terms of parameters available to system operators, illustrated using nomograms based on risk rather than deterministic limits. The change from deterministic to risk-based operating limits is transparent to system operators since they just see new nomograms or tables.
- Investigated the effect of conventional protection systems on risk of an operating point.

Participated in investigation of the effect of special protection schemes on risk of transient instability.