UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| as representative of | : : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : : | (Jointly Administered) |
| Debtors.[1] | : | |

---

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| as representative of | : : | Case No. 17-BK-4780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHOIRTY, | : : | |
| Debtor. | : | |

---

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RESERVATION OF RIGHTS REGARDING PRELIMINARY FACT WITNESS LIST
<u>RELATED TO PREPA'S TITLE III PLAN OF ADJUSTMENT</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

In accordance with the *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 3305] (the "Confirmation Procedures Order"),[2] the Official Committee of Unsecured Creditors (the "Committee"), by its counsel, hereby makes the following reservation of rights regarding the preliminary list of fact witnesses in connection with the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3296] (the "Plan").

1. The Committee reserves the right to call any of the witnesses identified by the Oversight Board (including the witnesses identified on the *Debtor's Preliminary List of Witnesses to Be Offered in Support of Confirmation of Plan of Adjustment* [Docket No. 3329]) or any other party (including the witnesses identified on *Preliminary Fact Witness List of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association as PREPA Bond Trustee Related to PREPA's Title III Plan of Adjustment* [Docket No. 3395]), including as to the topics identified by the Oversight Board and such other parties.

2. The Committee reserves the right to call any witnesses to testify, if needed, to authenticate documents the Committee may offer in evidence in connection with the Confirmation Hearing.

3. The Committee reserves the right to call any witness who provides deposition testimony in connection with confirmation of the Plan.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Confirmation Procedures Order.

4. The Committee reserves the right to amend the preliminary list of fact witnesses as planning for the Confirmation Hearing proceeds and to (a) add or remove witnesses and (b) modify the topics about which witnesses may testify.

*[Remainder of page intentionally left blank.]*

Dated: April 14, 2023
      New York, New York

/s/ Luc A. Despins

PAUL HASTINGS LLP
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*