UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARINGS ON APRIL 25-26, 2023

The Court will conduct two hearings on certain omnibus claim objections in the above-captioned cases (the "Hearings") beginning, respectively, at **9:30 a.m. (Atlantic Standard Time) on April 25, 2023**, and at **9:30 a.m. (Atlantic Standard Time) on April 26, 2023**.  The Court will conduct the Hearings virtually using videoconferencing and telephonic platforms as set forth herein.  The Hearings shall be governed by the following procedures.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public and Press**

1. **Videoconferencing via Zoom**. The Court will conduct the Hearings using a combination of the audio and video features of the Zoom platform and facilitating live participation for pro se participants who are scheduled to present in connection with the Hearings.[2] Attorneys who are appearing in connection with a matter scheduled for the Hearings will be permitted to register their appearance by filing an Informative Motion in accordance with paragraph 3 below. Pro se participants, who shall appear in person, are not required to file an Informative Motion. The Court will circulate an invitation to register for Zoom access to those attorneys who have properly filed an Informative Motion. Attorneys must respond to the invitation to register for Zoom access and will automatically receive an email confirmation with a link and relevant login information to join the virtual proceeding. To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall be limited to three attorneys appearing in the Zoom session at any given time, and each other party appearing in connection with a matter scheduled for the Hearings shall be limited to two attorneys. **Only attorneys who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear remotely at the Hearing**. Recording and retransmission of the proceedings by any means are prohibited.

---

[2] In accordance with the *Order Regarding Pro Se Adjourned Omnibus Objections to Claims of Unrepresented Claimants* (Docket Entry No. 23844 in Case No. 17-3283) (the "Adjournment Order"), pro se participants who have timely responded to the Hearing Notice (as that term is defined in the Adjournment Order) shall appear in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. **Listen-Only Access to the Hearing**. Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and, when prompted, entering the access code (7214978) and the security code which will be (7533) This telephonic access line for the press and the general public will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited.

3. **Attorney Registration to Participate in the Hearings via Zoom.** Counsel who intend to speak at the Hearings must jointly file an informative motion by **April 19, 2023**, at **12:00 p.m. (Atlantic Standard Time)**, identifying (a) the relevant claim objection, (b) the parties who intend to appear and speak in connection with the relevant claim objection or response, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant claim objection or response, (d) the order in which the parties to the relevant matter shall present argument, and (e) time allocations for each speaker. In addition, counsel for each represented Party **must** be listed on the Party Appearance Cover Sheet which is annexed to the Party's Informative Motion as Exhibit A.

**Pre-Hearing Deadlines**

4. An agenda outlining the matters to be addressed shall be filed by Debtors' counsel by **5:00 p.m. (Atlantic Standard Time) on April 20, 2023**. The agenda shall also include the information filed pursuant to Paragraph 3, supra, and the following information: (a) the relevant claim objection(s) and the names of the individuals presenting responses to the claim objection(s) for each time slot, (b) the attorney or pro se party presenting the claim objection(s) for each time slot, (c) whether an individual presenting a claim objection response requires an interpreter, and (d) a time allocation (taking into account any anticipated need for interpretation) for each matter to be heard. Debtors' counsel shall file a revised agenda if circumstances have

changed or if requested to do so by the Court. Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **April 19, 2023**, at **12:00 p.m. (Atlantic Standard Time)**.

5. Pursuant to the Adjournment Order, the Debtors shall submit an electronic hearing binder to the Court to swaindprcorresp@nysd.uscourts.gov by **April 18, 2023**, at **12:00 p.m. (Atlantic Standard Time)**. The electronic binder shall consist of one consolidated, bookmarked PDF containing CM/ECF-stamped courtesy copies of all of the pleadings relevant to each of the Hearings. The bookmarks must be placed so as to provide access to the pleadings for each of the matters to be heard.

6. **Courtroom Procedures**. All persons are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The formalities of a courtroom must be observed. When appearing by Zoom, each counsel must be situated in such a manner as to be able to view the video screen and be seen by the Court. Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary). Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order.

7. During the Hearings, individuals who are registered to participate via Zoom are directed to observe the following rules:

    a. The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

    i. Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

      a. PARTY A / Doe, John / ABC Law Firm, or

      b. XYZ Agency/ Doe, Jane / Office of the ABC Government

  b. Identify yourself if asked to do so.

  c. Identify yourself by name each time you speak.

  d. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

  e. Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: April 17, 2023

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  United States District Judge