IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administrated) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administrated) |

**MOTION SUBMITTING EXPERT WITNESS CREDENTIALS**

TO THE HONORABLE COURT:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COMES NOW, Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico (ICSE), as party in interest pursuant to 11 U.S.C. §1109(b), through its undersigned attorney and before this Honorable Court very respectfully states and prays:

1.      ICSE filed the motion identifying the Expert Witnesses Disclosure on March 24, 2023. (Docket Entry 23870).

2.      ICSE submits the experts' credentials for Ramon Cao (See Exhibit I-CV Ramon Cao and for Ramon Luis Nieves (See Exhibit II-CV Ramon Luis Nieves).

3.      ICSE notified the witnesses according to the Court timetable and this motion is to include the credentials of such witnesses.

WHEREFORE, ICSE respectfully requests that the Court take notice of the above stated.

WE HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in First Amended Standing Order.

In San Juan, Puerto Rico, this 17th day of April 2023.

Respectfully submitted.

/s/FERNANDO E. AGRAIT

FERNANDO E. AGRAIT
USDC 127212
EDIFICIO CENTRO DE SEGUROS
701 AVENIDA PONCE DE LEON
OFICINA 414
SAN JUAN, PUERTO RICO 00907
TEL. 787-725-3390/3391
FAX 787-724-0353
EMAIL: agraitfe@agraitlawpr.com