Case:17-03283-LTS Doc#:24015-1 Filed:04/17/23 Entered:04/17/23 13:52:17 Desc: Exhibit EXHIBIT I-CV RAMON CAO Page 1 of 14

Exhibit I-CV Ramon Cao

# CURRICULUM VITAE

**Ramón J. Cao García**
**Urb. Cupey Gardens, C-11, 3rd St.**
**Río Piedras, Puerto Rico 00926-7306**

| | | |
|---|---|---|
| **POSTAL ADDRESS** | : | Urb. Cupey Gardens C-11 Calle 3<br>San Juan, PR 00926-7306 |
| **LANGUAGE ABILITY** | : | Spanish (excellent)<br>English (excellent)<br>Italian (reading ability)<br>Portuguese (reading ability) |
| **ACADEMIC DEGREES** | : | Ph.D. - Economics<br>Virginia Polytechnic Institute and State University<br>(January 1979)<br><br>M.A. - Economics<br>University of Puerto Rico, Río Piedras Campus<br>(June 1971)<br><br>B.A. - Economics<br>University of Puerto Rico, Río Piedras Campus<br>(June 1968) |
| **FIELDS OF INTEREST** | : | Statistics and Econometrics<br>Public Sector Economics<br>Urban Economics<br>Human Resources/Economics of Education<br>Forensic Economics |
| **HONORS** | : | Honor Student<br>Río Piedras Campus, University of Puerto Rico<br>(1964-1971) |
| | : | B.A. Magna Cum Laude<br>Río Piedras Campus, University of Puerto Rico<br>(June 1968) |

| | |
|---|---|
| **HONORS** (Cont.):: | M.A. Magna Cum Laude<br>Río Piedras Campus, University of Puerto Rico<br>(June 1971) |
| | Scaife fellow in economics<br>Virginia Polytechnic Institute and SU<br>(1971-1972) |
| : | Beta Gamma Sigma (National Scholastic Society for Students of Business and Management) |
| : | Invited to become a member of the International Association of Public Finance (September 1979) |
| : | Member of the Governor's Committee on Economic Policy for Development and Chairman of the Education and Economic Growth Subcommittee (1978-1980) |
| : | Member of the Board of Directors of Puerto Rican Economic Association (1984-1985 and 1994-2000) |
| : | Member, Private Industry Council on Strategic Planning (1988-1990) |
| : | Member of the Editorial Board of Revista de Ciencias Sociales. |
| | Member of the May 8. 2006 Commission (to solve the closing of the Executive Branch of the Government) |
| | Member of the Council of Economic Advisors to the Governor (2009-2012) |
| : | Referee for the following professional journals:<br>- Caribbean Studies<br>- Revista de Administración Pública<br>- Revista/Review Interamericana<br>- Revista de Administración de Empresas<br>- Revista de Ciencias Sociales |
| | Member Academia Científica y Literaria Iberoamericana (since 2004) |
| | Member Academia de Artes y Ciencias de Puerto Rico (since 2007) |
| | 2014 Annual Assembly of the P.R. Economists Association was dedicated to honor my lifework. |

*Ramón J. Cao García*
*Curriculum Vitae*

**3**

**PROFESSIONAL ORGANIZATIONS**:
- International Institute of Public Finance (not active at present time)
- Western Economic Association (not active at present time)
- Public Choice Society (not active at present time)
- Intercollegiate Studies Association (not active at present time)
- Caribbean Studies Association (not active at present time)
- Asociación de Economistas de Puerto Rico

**TEACHING EXPERIENCE**:

Department of Economics
Río Piedras Campus
University of Puerto Rico
(since July 1973 – Retired June 2004)

| | |
|---|---|
| Professor | : since 1988 |
| Associate Professor | : 1981-1988 |
| Assistant Professor | : 1978-1981 |
| Instructor | : 1973-1978 |

Instructor
Department of Economics
College of Social Sciences
Río Piedras Campus
University of Puerto Rico
(Summer 1972)

Lecturer in Economics and Statistics
Universidad Central de Bayamón
Bayamón, Puerto Rico
(1969-1971 and Summer 1972)

**ADMINISTRATIVE EXPERIENCE**:

Assistant Dean for Academic Affairs
College of Social Sciences
Río Piedras Campus
University of Puerto Rico
(January 1983 to July 1985)

Director of the Economic Research Unit,
College of Social Sciences
Río Piedras Campus
University of Puerto Rico
(August 1982 to July 1983)

*Ramón J. Cao García* **4**
*Curriculum Vitae*

Chairman of the Economics Department,
College of Social Sciences
Río Piedras Campus
University of Puerto Rico
<u>(July 1980 to August 1982)</u>

**RESEARCH EXPERIENCE**: Advisor to various private enterprises and associations in Puerto Rico.

Consultant to various government agencies in Puerto Rico, including, among others, the following:

- Puerto Rico Tax Reform Commission
  <u>(1973-1975)</u>

- Puerto Rico Treasury Department
  <u>(1975-1976)</u>

- Puerto Rico Planning Board
  <u>(1978)</u>

- Puerto Rico Right to Work Administration
  <u>(1979)</u>

- Commission on the Social Responsibility of the University of Puerto Rico
  <u>(1984-1985)</u>

- President of the Senate of Puerto Rico
  <u>(1986-1989)</u>

- Puerto Rico Manufacturer's Association
  <u>(1979-1990)</u>

- Puerto Rico Chamber of Commerce
  <u>(1990-2005)</u>

- President of the University of Puerto Rico
  <u>(1990-1993)</u>

*Ramón J. Cao García*  
*Curriculum Vitae*

**5**

| | |
|---|---|
| **RESEARCH EXPERIENCE (Cont.)** | Secretary of the Treasury - Tax Reform (1993-1995)<br><br>Secretary of the Treasury of Puerto Rico (1995-2001)<br><br>Commerce Development Administration (1998-2000)<br><br>Office of the Comptroller of Puerto Rico (2001-2005, 2006-2010)<br><br>Department of the Treasury of Puerto Rico (fiscal reform) (2005-2006)<br><br>Consultant to the United Nations Development Program on the following projects:<br><br>    -Economic Development and Planning for El Salvador Planning Council (1975)<br><br>    -Methodology for a Plan for the Development of the Niger River Basin (1976-1977)<br><br>    -Modernization of the Venezuelan Fiscal System (1977)<br><br>    -Cost/Benefit Analysis of the Cartagena Commercial and Industrial Free Trade Zone (1977-1978)<br><br>Economist of the Caribbean Economic Development Corporation (1969)<br><br>Research Assistant<br>Economic Researh Unit<br>College of Social Sciences<br>Río Piedras Campus<br>University of Puerto Rico<br>(1969-1971)<br><br>Research Assistant (part-time)<br>Public Choice Center<br>Virginia Polytechnic Inst. & S.U. (1972-1973) |

*Ramón J. Cao García*  
*Curriculum Vitae*  *6*

**CONSULTING EXPERIENCE**
**IN THE PRIVATE SECTOR**
**(SELECTED PROJECTS)**: Co-editor of ECO-NEWS and consultant to the Puerto Rico Manufacturers Association on various projects. ECO-NEWS was a quarterly newsletter written for Puerto Rican Manufacturers Association. It analyzed economic conditions in Puerto Rico.

(1979-1990)

Subcontracted by Clapp & Mayne, Inc. to work on various projects, including a feasability study for the Chase Manhattan Bank, and various financial and managerial rehabilitation studies of clothing factories for the Trade Adjustment Assistance Center, monitored by the Institute of Public Administration.

Consultant to various private enterprises, including:

- Crown Cork of Puerto Rico (market research) (1979)

- Mafresu, Inc. (financial feasability) (1980)

- Omark Caribbean (statistical quality control) (1981)

- General Electric of Puerto Rico (trends of prices and costs in the Puerto Rico economy) (1983)

- California Rice Growers Association (market and demand analysis and forecasts for 14 commodity categories) (1987)

- Cervecería India (demand for local and imported beer in Puerto Rico) (1989)

*Ramón J. Cao García*  
*Curriculum Vitae*  **7**

**PUBLICATIONS:**
**(Selected List)**

### Books

Contribución sobre los ingresos de las personas en Puerto Rico (with S. Andic and F. Andic). San Juan, Puerto Rico: Comisión de Reforma Contributiva de Puerto Rico, 1974 (out of print).

Principios y métodos estadísticos para comercio y economía (with J. R. Stockton and C. T. Clark). Cincinnati, Ohio: South-Western Publishing Co., Volume I, 1980; Volume II, 1982.

Economía básica (Spanish translation of T. J. Hailstones, Basic Economics). Cincinnati, Ohio: South-Western Publishing Co., 1982.

Explorations Toward an Economic Theory of Political Systems. Lanham, Md.: University Press of America, 1983.

Economía de la reforma fiscal en Puerto Rico (Ramón J. Cao García, ed.) Cincinnati, Ohio: South-Western Publishing Co., 1983.

Métodos estadísticos: teoría y práctica (with J. R. Stockton and C. T. Clark). Chicago: Scott and Foresman Publishing Co., 1985.

Ensayos económicos (edited with A. L. Ruiz y F. Zalacaín). Proceedings of the Puerto Rican Economic-Association Annual Conference of 1984. San Juan, 1986.

Educación universitaria y oportunidad económica en Puerto Rico (with H. Matos). Madrid: Editorial Betania, 1988.

Reforma Contributiva en Puerto Rico 1994 - Estudio Técnico (edited with S. Andic). San Juan: Editorial de la Universidad de Puerto Rico, 1996.

Estrategias para el desarrollo: Competitividad, productividad y eficiencia (editor). San Juan: Cámara de Comercio de Puerto Rico, 1997.

Impuestos en Puerto Rico: Treinta años de experiencias y estudios. San Juan: Grupo Editorial Akron/Sistema Universitario Ana G. Méndez, 2004.

*Ramón J. Cao García*  
*Curriculum Vitae*  **8**

## Professional Articles

### 1970

"Cooperativismo y desarrollo". Nueva Generación, Vol. III, No. 2, November 1970.

### 1979

"Accidentes de tránsito: un modelo económico" (with H. Matos). Revista de Ciencias Sociales, Vol. XXI, No. 1-2, March-June 1979.

"The Environment and the Guidelines for Project Evaluation" (with F. Andic), in W. Beller, ed., Proceedings of the Conference on Environmental Management and Growth in the Smaller Caribbean Islands. Wilday, St. Michael, Barbados. Department of State Publication 8998, U.S. Government Printing Office, September 1979. (Reprinted by the Economic Research Unit, Río Piedras Campus, University of Puerto Rico).

"La teoría económica de los sistemas políticos: evidencia empírica". Revista de Administración Pública, Vol. XII, No. 1, October 1979.

"Distribución del ingreso en Puerto Rico: unos comentarios y un nuevo análisis". Revista de Ciencias Sociales, Vol. XXI, No. 3-4, September-December 1979.

### 1980

"Cost and Benefit of a Free Zone: The Case of Cartagena" (with F. Andic). Caribbean Studies, Vol. XX, No. 1, March 1980.
(Reprinted by the Economic Research Unit, Río Piedras Campus, University of Puerto Rico).

"Az Gelismis Ulkederle Vergi Reformlarinim Trend Ve Fonksiyonlari: Bazi Sinirlayici Facktorler" (with F. Andic), in Nihad S. Sayar'a Armagan, et.al., eds., Gagdas Vergilermediki Son Calismeler. Istambul: 1980.

*Ramón J. Cao García*
*Curriculum Vitae*

**9**

### 1981

"Educación privada y desigualdad: un análisis económico". <u>Revista de Ciencias Sociales</u>, Vol. XXIII, No. 1-2, March-June 1981.

"Trends and Functions of Tax Reforms in LDC's: Some Limiting Factors" (with F. Andic), in K. W. Roskamp and F. Forte, eds. <u>Reforms of Tax Systems</u>. Detroit: Wayne State University Press, 1981. (Reprinted by the Economic Research Unit, Río Piedras Campus, University of Puerto Rico).

"Migración interna en Puerto Rico: un análisis económico". <u>Revista de Administración Pública</u>, Vol. XIV, No. 1, October 1981.

### 1982

"Puerto Rico: recesión o crisis". <u>Análisis - Revista de Planificación</u>. Vol. 1, No. 1, January-June 1982.

"Condiciones de vida en los municipios de Puerto Rico: un análisis preliminar". <u>Schemas</u>, Vol. I, No. 1, October 1982.

"El poder político de la burocracia en Puerto Rico: un análisis preliminar". <u>Revista de Administración Pública</u>, Vol. XV, No. 1, October 1982.

"Economía de Puerto Rico: una interpretación de sus problemas para los años 80". <u>Revista Jurídica de la Universidad de Puerto Rico</u>. Vol. LI, No. 3-4, 1982.

### 1983

"Reforma fiscal: concordancias y divergencias", in R. Cao, ed., <u>Economía de la reforma fiscal en Puerto Rico</u>. Cincinnati: South-Western Publishing Co., 1983, pp. 2-14.

"Impuestos de base amplia y reforma fiscal", in R. Cao, ed., <u>Economía de la reforma fiscal en Puerto Rico</u>, pp. 54-67.

"Un análisis económico de la educación pública en Puerto Rico" (with A. Ortiz). <u>Schemas</u>, Vol. I, No. 3, January 1983.

### 1984

"Regulation in a Democracy: Inefficiency or Efficiency" (with S. Andic), in H. Hanusch, ed., <u>Public Finance and the Quest for Efficiency</u>. Detroit: Wayne

*Ramón J. Cao García*
*Curriculum Vitae*

**10**

State University Press, 1984.

### 1985

"Impacto económico de la Universidad de Puerto Rico: año fiscal 1982-1983" (with A. Rivera y A. L. Ruiz). <u>Informe de la Comisión de Responsabilidad Social de la Universidad de Puerto Rico</u>, Vol. II. Río Piedras: Universidad de Puerto Rico, 1985.
(Reprinted by the Economic Research Unit, Río Piedras Campus, University of Puerto Rico).

"Un análisis de las condiciones salariales del personal docente de la Universidad de Puerto Rico". <u>Revista de Administración Pública</u>, Vol. XVIII, No. 1, October 1985.

### 1986

"Un análisis del consumo en Puerto Rico", en R. Cao, A. L. Ruiz y F. Zalacaín, eds., <u>Ensayos Económicos</u>. San Juan: Asociación de Economistas de Puerto Rico, 1986, pp. 39-50.

"Información acerca de empresas pequeñas y medianas en Puerto Rico" (with A. Mann). <u>Comercio y Producción</u>, Vol. XXVI, No. 4, July-August 1986.

### 1987

"La decisión de tener hijos: un modelo económico de mujeres casadas." <u>Revista/Review Interamericana</u>, Vol. XVII, No. 1-2, Spring-Summer 1987.

"Demanda por recursos humanos y planificación educativa". <u>Plerus</u>, Vol. XX, No. 1-2, June-December 1987.

### 1988

"University Education as an Homogeneizing Process: An Exploratory Analysis" (with H. Matos), <u>Journal of Economics of Education</u>, 1988.

### 1989

"Tasa de rendimiento privado de la educación: Un estimado para Puerto Rico" (with H. Matos), <u>Revista/Review Interamericana</u>, Vol. XIX, No. 1-2, Spring/Summer 1989.

*Ramón J. Cao García*  *11*
*Curriculum Vitae*

### 1991

"Educación universitaria y realidad social: mirando al futuro". <u>Realidad social puertorriqueña y reconceptualización del currículo universitario</u>. San Juan: Sistema Universitario Ana G. Méndez, 1991.

"Modelos de planificación educativa", <u>Plerus</u>

### 1992

"Reforma municipal y finanzas de los municipios". Serie de Publicaciones, Unidad de Investigaciones Económicas, Universidad de Puerto Rico, Recinto de Río Piedras, May 1992.

"El Acuerdo de Libre Comercio de Norteamérica y la competitividad de las empresas puertorriqueñas", <u>Comercio y Producción</u>, Sept.-Oct. 1992.

### 1995

"Transportación y progreso", <u>Comercio y Producción</u>, Sept.-Oct. 1995.

"Perspectivas empresariales: Resultados de una encuesta a los socios de la Cámara de Comercio de Puerto Rico", <u>Boletín AEPR</u>, Vol. IX, No. 2, pp. 5-6.

"Cambios a la Sección 936: Opiniones de empresarios", <u>Boletín AEPR</u>, Vol. IX, No. 2, pp. 7-9.

### 2000

"Buscando una definición de la 'Nueva Economía'" <u>Boletín de Economía</u>, Unidad de Investigaciones Económicas, UPR, Recinto de Río Piedras (2000).

### 2009

"Tariffs and economic consequences of the Government of Puerto Rico experience from the purchasing power agreements for electric generation and energy capacity from privately-owned qualified cogeneration facilities" (with José J. Cao Alvira), *Proceedings of the 8th Latin-American Congress on Electricity Generation and Transmission – CLAGREE 2009.* ISBN 978-85-61065-01-0.

*Ramón J. Cao García*  *12*
*Curriculum Vitae*

## 2010

*Estudio de Reforma Contributiva Integral en Puerto Rico*, (with Juan Lara Fontánez and José J. Cao Alvira), San Juan, P.R.: Fundación del Colegio de Contadores Públicos Autorizados, September 21, 2010, 403 pages.

"Incentivos contributivos e inversión privada en Puerto Rico", *Revista Civilizar de Empresa y Economía*, Universidad Sergio Arboleda, Bogotá, D.C., Colombia, Núm. 2, Año 2, julio-diciembre de 2010, págs. 54 a 74.

## 2011

"Empirical estimation of avoided costs of coal-fired electric energy cogeneration." (with José J. Cao Alvira), *Proceedings of the 8th Latin-American Congress on Electricity Generation and Transmission – CLAGREE 2011*.

## 2021

"Introduction to Puerto Rico's energy transformation: An analysis of key documents and plans towards the reconstruction of the electric system." (with Tomás J. Torres Placa), *The Electricity Journal* 34 (2021).

## 2022

"Viable transformation of an electric utility: The case of the Puerto Rico electric power authority." (with Tomás J. Torres Placa), *The Electricity Journal* 35 (2022).

## Book Reviews

"William Niskanen, Jr.; Bureaucracy and Representative Government". Revista de Administración Pública, Vol. VI, No. 2, March 1974.

"James M. Buchanan and Richard Wagner; Democracy in Deficit: The Political Legacy of Lord Keynes". Revista de Ciencias Sociales, Vol. XX, No. 2, September 1978.

"Thomas E. Borcherding, ed.; Budgets and Bureaucrats: The Sources of Government Growth". Revista de Administración Pública, Vol. XI, No. 1, October 1978.

"Fuat M. Andic and S. B. Hendrickson, eds.; Readings in Caribbean Public Sector Economics". Caribbean Studies, Vol. XXI, No. 2, April 1981.

*Ramón J. Cao García*  
*Curriculum Vitae*

**13**

"Gordon Tullock, ed.; Toward a Science of Politics: Papers in Honor of Duncan Black". Revista de Ciencias Sociales, Vol. XXIII, No. 1-2, March-June 1981.

"International Monetary Fund; World Economic Outlook". Revista/Review Interamericana, Vol. XVIII, No. 1-2, Spring/Summer 1988.

"Michael Hammer and James Champy, Reengineering the Corporation: A manifesto for business revolution", Boletín AEPR, Vol. IX, No. 1, pp. 12-13.

### Working Papers and Monographs

"Equilibrio y análisis económico". Economic Research Unit, University of Puerto Rico, Río Piedras, 1977.

"Zona franca industrial y comercial de Cartagena: un análisis de costo y beneficio". Economic Research Unit, University of Puerto Rico, Río Piedras, 1978".

"Las fluctuaciones económicas y sus efectos sobre el desarrollo de la economía". Consejo Estatal de Empleo y Adiestramiento, 1980.

"Metodología y posibilidades de la economía". Economic Research Unit, University of Puerto Rico, Río Piedras, 1980.

"Elementos en la planificación de programas de empleo y adiestramiento". Consejo Estatal de Empleo y Adiestramiento, 1981.
"Inestabilidad económica: causas y efectos". Consejo Estatal de Empleo y Adiestramiento, 1981.

"Pasos a seguir para identificar la demanda por programas laborales: las necesidades de la población". Consejo Estatal de Empleo y Adiestramiento, 1981.

"Teoría de la localización y mercados laborales". Consejo Estatal de Empleo y Adiestramiento, 1981.

"Doctrinas, revoluciones, contrarrevoluciones y el enfoque de oferta", in S. Torres, ed., Análisis económico del enfoque de oferta. Economic Research Unit, University of Puerto Rico, Río Piedras, 1981.

"Las nuevas leyes contributivas de 1985", in R. Cao, ed., ¿Reforma contributiva en Puerto Rico?. Economic Research Unit, University of Puerto Rico, Río Piedras, 1985.

Una evaluación del sistema contributivo de Puerto Rico (with S. Andic) Secretaría del Senado de Puerto Rico, San Juan, 1986.

*Ramón J. Cao García*
*Curriculum Vitae*

**14**

<u>An Estimate of the Impact of the Minimum Wage on the Economy of Puerto Rico, with Special Reference to Expected Impacts of a Possible Increase in the Minimum Wage and the Manufacturing Sector</u> (with S. Andic). Puerto Rico Manufacturers Association, San Juan, 1987.

"Impacto económico del Recinto de Río Piedras de la Universidad de Puerto Rico: Año fiscal 1986-87". Oficina de Planificación y Desarrollo, Recinto de Río Piedras, Universidad de Puerto Rico, 1987.

<u>Análisis de las tarifas de matrícula en la Universidad de Puerto Rico</u>. Oficina de Planificación y Desarrollo, Administración Central, Universidad de Puerto Rico, 1991.

"<u>Impacto económico del Programa de Mejoras Permanentes de la Universidad de Puerto Rico</u>". Oficina de Planificación y Desarrollo, Administración Central, Universidad de Puerto Rico, 1991.

"Proyecciones de ingresos al fondo general de la Universidad de Puerto Rico: 1992-93 a 1995-96". Oficina de Planificación y Desarrollo, Administración Central, Universidad de Puerto Rico, 1991.

*Los Estudiantes de Sociales: Análisis de una encuesta a estudiantes de Bachillerato en Ciencias Sociales*. Universidad de Puerto Rico, Recinto de Río Piedras, Facultad de Ciencias Sociales, noviembre de 2001, 152 + iv pages.


**PERSONAL DATA**: Born on La Habana, Cuba, at October 26, 1947 and living in Puerto Rico since March 1961.
Married with three sons.

*Revised: August 2022*