Case:17-03283-LTS Doc#:24015-2 Filed:04/17/23 Entered:04/17/23 13:52:17 Desc: Exhibit EXHIBIT II-CV RAMON LUIS NIEVES Page 1 of 3

Exhibit II-CV Ramon Luis Nieves

# Ramón Luis Nieves, Esq.
ramonluisnieves@rlnlegal.com

**Ramon-Luis Nieves** is the managing member of **RL Legal & Consulting Services, LLC**. Since 2017, the firm has supported nonprofits, foundations, banks, businesses, and individuals. Ramon-Luis is an attorney with more than two decades of professional experience in banking and financial institution law, energy law and policy, legislation and government affairs, regulatory matters, contract law, real estate, consumer law, litigation, and appellate practice.

After several years working as a trial attorney, Ramon-Luis was retained as vice president and in-house counsel of a publicly traded financial institution.

In 2012, Ramon-Luis was elected senator for the District of San Juan, Puerto Rico. During his tenure in the Senate of Puerto Rico (2013-2016), he served as Chairman of the Committee on Energy, as well as the Committee on Banking, Insurance, and Telecommunications.

While in the Senate, Ramon-Luis championed legislation for energy reform (Act No. 57-2014), which created the Puerto Rico Energy Bureau, as well as new mandates for PREPA and the energy sector. He sponsored Act No. 22-2016, which reformed and/or eliminated energy subsidies; included legislative mandates in Act No. 4-2016 to prohibit political intervention in PREPA and sponsored Act No. 133-2016 to facilitate net metering and authorize microgrids and community-shared solar. As an advisor to senator Eduardo Bhatia, Nieves collaborated in the drafting of Act No. 17-2019, the Puerto Rico Energy Public Policy Act, as well as Act No. 258-2018, to authorize the organization of electric cooperatives in Puerto Rico.

As an attorney in the energy sector, Ramón-Luis procured the first certifications for community-controlled microgrids before the Puerto Rico Energy Bureau.

Ramon-Luis is a frequent speaker and commentator on energy issues – both in local and U.S. national media. In 2017, Ramón-Luis testified before a subcommittee of the U.S. Congress regarding the state of the energy grid in the aftermath of Hurricane María. He has published the following op-eds:

- *In the wake of hurricane destruction, Biden is supporting Puerto Rico's clean energy transition*, The Hill (January 26, 2023)
- *The community effort to bounce back from Puerto Rico's eight-month blackout*, The Hill (September 30, 2018)
- *'America's Greece' and its Insolvent Energy Utility*, Utility Dive (April 11, 2017)
- *Puerto Rico needs a New Energy Grid (not just repairs to the old one)*, The Hill (October 1, 2017)
- *Privatizing Puerto Rico's energy utility could be Whitefish 2.0*, The Hill (February 5, 2018)

Ramon-Luis is currently pursuing an Energy Law LLM from Vermont Law and Graduate School (May 2023). His final research project will review the development, potential and challenges of implementing Puerto Rico's energy policy.

**EXPERIENCE**

**RL Legal & Consulting Services, LLC** – January 2017 – Present

Legal counsel and trial lawyer. Energy law practitioner and advocate. Counsel for non-profits. Government affairs. Banking and financial institutions law. Corporate law. Real Estate. Intellectual property. Torts. Trademark law. Foreclosure and collections. Appellate practice. Notary public.

**Senate of Puerto Rico** – January 2013 – December 2016

Senator for the District of San Juan. Chairman of the Banking, Insurance and Telecommunications Committee, and the Energy Affairs and Water Resources Committee of the Senate. Sponsor of 45 bills enacted into law.

**Jimenez Seda & Archilla Law Offices** – March 2010 – December 2012

Trial lawyer and legal counsel for financial institutions.

**R&G Financial Corporation** – January 2004 – March 2010

Vice President and In-house Counsel to the Company, its subsidiaries, departments, and branches. Manager of all litigation, customer complaints and administrative cases against the Company. Review and negotiation of contracts on behalf of the Company. Regulatory compliance. Chief investigator of cases related to labor, fraud, and ethics violations. Member of the senior staff of its main subsidiaries and several committees.

**Quilichini, Oliver & Medina** - January 2001– January 2004

Trial lawyer, legal counsel, and notary public.

**EDUCATION**

- LL.M. Energy Law (candidate, May 2023), Vermont Law and Graduate School
- J.D., University of Puerto Rico Law School, 2000
- B.A., Cum Laude, Sociology, University of Puerto Rico-Río Piedras, 1996

**BAR ADMISSIONS**

- Commonwealth of Puerto Rico - January 2001
- U.S. District Court - District of Puerto Rico – January 2002
- U.S. Court of Appeals 1st Circuit – March 2001
- U.S. Supreme Court – June 2006
- Licensed notary public – December 2001

**MEMBERSHIPS**

- Puerto Rico Bar Association – (2001-present)
- Energy Bar Association – (2022-present)
- Notary Public Bar of Puerto Rico (2022-present)
- Council of State Governments (CSG) - National Board Member / Henry Toll Fellow / Energy & Environment Committee (2013-2016)
- Southern States Regional Energy Board (2013-2016)
- Puerto Rico Manufacturers Association - Committee on Energy (2018-2019)