## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 16827 | A.L. RAMOS MD., CSP | Tax Credit | $21,967.00 |
| 36843-1 | A.L. SUAREZ MANAGEMENT COMPANY INC. | Tax Credit | $25,000.00 |
| 38152 | ABBOTT DIAGNOSTICS INTERNATIONAL, LTD. | Tax Credit | $0.00 |
| 39372 | ABBOTT HEALTHCARE (PUERTO RICO) LTD. | Tax Credit | $0.00 |
| 23493 | ABBOTT LABORATORIES FOR ITSELF AND AS THE ULTIMATE PARENT COMPANY OF A GROUP OF ENTITIES COMPRISING THE ABBOTT CONTROLLER GROUP NUMBER 1009 FOR EXERCISE TAX PURPOSES | Tax Credit | $0.00 |
| 30714-1 | ACEVEDO CORTES, VIRGINIA | Union Grievance | $0.00 |
| 29411-1 | ADVANCED MRI GROUP OF PR PSC | Tax Credit | $60,000.00 |
| 130142 | AIAC INTERNATIONAL PHARMA, LLC D/B/A AVARA PHARMACEUTICAL SERVICES | Tax Credit | $534,603.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 14002 | AIG INSURANCE COMPANY-- PUERTO RICO | Tax Credit | $3,572,507.83 |
| 63085 | AIRPORT SHOPPES AND HOTELS CORP | Tax Credit | $28,338.00 |
| 9967 | AJ WOODS & JOEL RODRIGUEZ | Tax Credit | $5,028.80 |
| 52198-1 | ALBERTO GALLARDO VILLAR & MARIA ELENA DE LA CRUZ ECHEANDIA | Tax Credit | $7,793.00 |
| 48321 | ALFREDO L SUAREZ RAMIREZ & FRANCES M. SERRALLES NEVAREZ | Tax Credit | $106,772.00 |
| 57411 | ALL CREDITORS LISTED IN ATTACHMENT WHO ARE APPELLANTS IN CASE JOSE GARCIA MORALES ET AL. VS, HTA, NO. 2016-04-1117 AT THE PUBLIC SERVICE APPEALS COMMISSION | Public Employee | $236,600.00 |
| 62145 | ALZA CORPORATION | Tax Credit | $1,957,896.00 |
| 20739 | AMADOR RODRIGUEZ, JOSE L | Tax Credit | $27,000.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 69502 | AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA | Tax Credit | $2,059.00 |
| 13042 | AMF BOWLING CENTERS INC | Tax Credit | $43,932.00 |
| 101293 | AMGEN MANUFACTURING, LIMITED | Tax Credit | $0.00 |
| 64812 | AMGEN WORLDWIDE SERVICES, INC. | Tax Credit | $721,842.00 |
| 65296 | AMO PUERTO RICO MANUFACTURING, INC. | Tax Credit | $39,156,317.00 |
| 33171 | ANTONIO ADOLFO HERNANDEZ - ALMODOVAR, BECKY MARIE LOPEZ - FREYTES | Tax Credit | $7,775.00 |
| 67682 | ANTONIO R. LOPEZ FELICES Y ESTELA LANDRON NATER | Tax Credit | $16,455.00 |
| 26486-1 | APONTE BERMUDEZ, LUIS D | Tax Credit | $2,816.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|:---:|:---|:---|---:|
| 87536 | ARAMSCO, INC. | Tax Credit | $15,844.50 |
| 33521 | ARMADA PRODUCTIONS,CORP | Tax Credit | $76,615.00 |
| 31187 | ARMSTRONG PETROVICH, JOSE | Tax Credit | $27,089.00 |
| 59598 | AROCHO BERRIOS, MIGUEL A. | Tax Credit | $20,422.00 |
| 52170 | ASTRAZENECA PLC | Tax Credit | $45,000,000.00 |
| 75412 | AUTOZONE PUERTO RICO, INC | Tax Credit | $0.00 |
| 21473 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $1,039,882.00 |
| 22032 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $125,459.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 22136 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $513,762.00 |
| 22370 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $1,148,306.00 |
| 23277 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $106,156.00 |
| 23300 | AXA EQUITABLE LIFE INSURANCE COMPANY | Tax Credit | $2,600,845.00 |
| 168640 | BARD SHANNON LIMITED | Tax Credit | $350,169.00 |
| 20235 | BECTON DICKINSON CARIBE LTD., BECTON DICKINSON AND COMPANY, BECTON DICKINSON BIOSCIENCES, SYSTEM AND REAGENTS, AND BENEX LMITED | Tax Credit | $6,031,122.00 |
| 60117 | BELLA INTERNATIONAL LLC | Tax Credit | $84,963.84 |
| 115264 | BELLA INTERNATIONAL LLC | Tax Credit | $15,940.16 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 77645 | BELLA INTERNATIONAL, LLC | Tax Credit | $142,764.71 |
| 82643 | BELLA RETAIL GROUP, LLC | Tax Credit | $12,618.93 |
| 21482 | BERMUDEZ VEVE, JUAN  J. | Tax Credit | $411,842.00 |
| 38873 | BERNARD DIAZ, FELIX | Tax Credit | $78,331.00 |
| 148265 | BIO-MEDICAL APPLICATIONS OF AGUADILLA INC | Tax Credit | $613,595.00 |
| 146446 | BIO-MEDICAL APPLICATIONS OF ARECIBO, INC. | Tax Credit | $414,329.00 |
| 163078 | BIO-MEDICAL APPLICATIONS OF ARECIBO, INC. | Tax Credit | $1,289,644.00 |
| 142850 | BIO-MEDICAL APPLICATIONS OF BAYAMON, INC | Tax Credit | $305,168.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 157061 | BIO-MEDICAL APPLICATIONS OF CAROLINA, INC | Tax Credit | $653,407.00 |
| 152338 | BIO-MEDICAL APPLICATIONS OF HUMACAO INC. | Tax Credit | $489,191.00 |
| 154574 | BIO-MEDICAL APPLICATIONS OF MAYAGUEZ, INC. | Tax Credit | $314,555.00 |
| 161276 | BIO-MEDICAL APPLICATIONS OF PONCE, INC. | Tax Credit | $393,841.00 |
| 155902 | BIO-MEDICAL APPLICATIONS OF PUERTO RICO, INC. | Tax Credit | $4,375,371.00 |
| 153004 | BIO-MEDICAL APPLICATIONS OF RIO PIEDRAS INC | Tax Credit | $726,815.00 |
| 143675 | BIO-MEDICAL APPLICATIONS OF SAN GERMAN, INC | Tax Credit | $296,912.00 |
| 147147 | BIO-MEDICAL APPLICATIONS OF SAN JUAN, INC | Tax Credit | $260,565.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 85914 | BIOMET ORTHOPEDICS PUERTO RICO, INC. | Tax Credit | $276,677.00 |
| 8992 | BLUE RIBBON TAG LABEL | Tax Credit | $45,027.00 |
| 76621 | BRAVO FERNANDEZ, JUAN F. | Tax Credit | $50,351.00 |
| 21519 | BRIGTHOUSE LIFE INSURANCE COMPANY | Tax Credit | $480,000.00 |
| 48937-1 | BUENA VIBRA GROUP INC | Tax Credit | $83,680.00 |
| 16780-1 | CALDERON RIVERA, LUZ E | Pension/Retiree | $0.00 |
| 153660 | CAREPOINT, INC. | Tax Credit | $234,854.00 |
| 53676 | CARIBBEAN RESTAURANTS LLC | Tax Credit | $222,411.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 69437 | CARIBBEN AMERICAN LIFE ASSURANCE COMPANY | Tax Credit | $490,488.00 |
| 73185 | CARLOS J. ONETTI IRIZARRY & MARIANA M. CONTRERAS GOMEZ | Tax Credit | $0.00 |
| 107772 | CASA GRANDE INTERACTIVE COMMUNICATIONS, INC. | Tax Credit | $331,986.00 |
| 179441-1 | CASIANO JUSINO, HAROLD | Pension/Retiree | $0.00 |
| 31179-1 | CASTRO MORALES, ELSIE | Pension/Retiree | $0.00 |
| 25512 | CEMEX CAL, INC. | Tax Credit | $126,883.00 |
| 22164 | CEMEX CONCRETOS INC | Tax Credit | $734,241.00 |
| 82166 | CEMEX DE PUERTO RICO INC | Tax Credit | $3,248,160.28 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 24854 | CEMEX TRANSPORTE, INC. | Tax Credit | $666,501.00 |
| 21478 | CIGNA BEHAVIORAL HEALTH, INC. | Tax Credit | $32,400.00 |
| 142175-1 | CLINICA LAS AMERICAS GUAYNABO INC. | Tax Credit | $146,095.00 |
| 135846 | CLINIQUE LABORATORIES, LLC | Tax Credit | $110,192.21 |
| 61789 | CM LIFE INSURANCE COMPANY | Tax Credit | $131,196.00 |
| 48843-1 | COLECTIVO 84 CORP | Tax Credit | $72,072.00 |
| 149105 | COLORCON PR, LLC | Tax Credit | $652,268.00 |
| 40174 | COMBE PRODUCTS, INC. | Tax Credit | $7,074,071.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 21812-1 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | Tax Credit | $105,199.00 |
| 24954 | COOPERATIVA DE A/C CAMUY | Tax Credit | $27,600.00 |
| 108971 | COOPERATIVA DE A/C JESUS OBRERO | Tax Credit | $38,500.00 |
| 34382 | COOPERATIVA DE AHORRO Y CREDITO DE LA ASOCIACION DE MAESTROS DE PR | Tax Credit | $27,600.00 |
| 36323 | COOPERVISION CARIBBEAN CORPORATION | Tax Credit | $33,961,832.00 |
| 52395 | COOPERVISION CARIBBEAN CORPORATION | Tax Credit | $1,957,538.00 |
| 52925 | COOPERVISION CARIBBEAN CORPORATION | Tax Credit | $37,418,752.00 |
| 62668 | CORDIS LLC | Tax Credit | $466,538,298.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 36149-1 | COSTCO WHOLESALE CORPORATION | Tax Credit | $464,306.33 |
| 84666-1 | COTTO SANTOS, EFRAIN | Pension/Retiree | $0.00 |
| 45281 | CPG/GS PR NPL, LLC | Tax Credit | $1,946,841.00 |
| 27498 | CRISTIAN LAY DE PR, INC. | Tax Credit | $27,399.00 |
| 106371 | CRUZ CRUZ, ANA R | Public Employee & Pension/Retiree | $0.00 |
| 230 | CRUZ SOTO, ROBERT | Pension/Retiree | $100,000.00 |
| 13158 | CRUZ, ENID ESPINAR | Pension/Retiree | $0.00 |
| 53319 | CUTLER-HAMMER ELECTRICAL CO. | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 28852 | DANTZLER, INC. | Tax Credit | $300,321.00 |
| 15304 | DE LA VEGA, RICARDO A  HERRERA | Tax Credit | $89,969.00 |
| 20507 | DESARROLLOS MULTIPLES INSULARES INC | Tax Credit | $27,993.00 |
| 143186 | DESTILERIA SERRA LLES, INC. | Tax Credit | $259,613.00 |
| 114261 | DIAZ LOPEZ, CARMEN M | Pension/Retiree | $0.00 |
| 68176 | DL HOTEL COMPANY, LLC | Tax Credit | $8,626,259.00 |
| 73719 | DL, LLC | Tax Credit | $10,009,350.60 |
| 47992 | DOWDUPONT FOR ITSELF AN AS ULTIMATE PARENT COMPANY OF A GROUP OF ENTITIES COMPRISING THE DUPONT CONTROL GROUP NUMBER 1031 FOR EXCISE TAX PURPOSES | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 34704 | DUPONT AGRICULTURAL CARIBE INDUSTRIES, LTD | Tax Credit | $756,204.31 |
| 21028 | DUPONT ELECTRONIC MICROCIRCUITS INDUSTRIES, LTD. | Tax Credit | $3,551,197.85 |
| 151806 | EASTERN AMERICAN FINANCIAL SERVICES | Tax Credit | $1,250.00 |
| 53636 | EATON CORPORATION | Tax Credit | $0.00 |
| 28783 | EBI PATIENT CARE, INC. | Tax Credit | $7,196,600.00 |
| 92248 | EDWARDS (SHANGHAI)MEDICAL PRODUCTS CO. LTD. | Tax Credit | $38,228.00 |
| 78823 | EDWARDS LIFESCIENCES (JAPAN) LIMITED | Tax Credit | $189,135.00 |
| 78567 | EDWARDS LIFESCIENCES (TAIWAN) CORP | Tax Credit | $6,129.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 74526 | EDWARDS LIFESCIENCES (THAILAND) LTD. | Tax Credit | $9,574.00 |
| 73918 | EDWARDS LIFESCIENCES AG/SA | Tax Credit | $234,280.00 |
| 86970 | EDWARDS LIFESCIENCES COLUMBIA S.A.S, ROBERT WA SELLERS | Tax Credit | $10,200.00 |
| 87324 | EDWARDS LIFESCIENCES COMERICO PRUDUTOS MEDICO-CIRURGICOS LTDA | Tax Credit | $7,740.00 |
| 74170 | EDWARDS LIFESCIENCES LLC | Tax Credit | $218,959.00 |
| 90348 | EDWARDS LIFESCIENCES LLC | Tax Credit | $218,959.00 |
| 73407-1 | EDWARDS LIFESCIENCES MALAYSIA SDN. BHD | Tax Credit | $1,354.00 |
| 87616 | EDWARDS LIFESCIENCES MEXICO S.A. DE C.V. | Tax Credit | $2,191.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 85341 | EDWARDS LIFESCIENCES NEW ZEALAND LIMITED | Tax Credit | $4,253.00 |
| 66164 | EDWARDS LIFESCIENCES TECHNOLOGY SARL | Tax Credit | $34,942,899.00 |
| 49411 | EDWIN SANTANA DE LA ROSA & ANA BLANES | Tax Credit | $387,495.00 |
| 5311 | EL SEVEN INC. | Tax Credit | $2,130.05 |
| 85204-1 | ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) | Tax Credit | $5,187,072.00 |
| 47849 | EMPRESAS STEWART - FUNERARIAS | Tax Credit | $5,391.00 |
| 47290 | EMPRESAS STEWART-CEMENTERIOS | Tax Credit | $174,182.00 |
| 73212 | ESTEVE ABRIL, JERONIMO | Tax Credit | $23,252.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 69064 | ETHICON LLC | Tax Credit | $75,517,194.00 |
| 69496 | ETHICON LLC | Tax Credit | $18,650,658.00 |
| 68124 | EVERTEC, INC. | Tax Credit | $944,002.00 |
| 83-1 | EVYANMICK, INC. | Tax Credit | $695.00 |
| 13573 | FDIC AS RECEIVER FOR R-G PREMIER BANK OF PUERTO RICO | Tax Credit | $23,481,768.00 |
| 70917 | FEDERAL WARRANTY SERVICE CORPORATION | Tax Credit | $1,482.00 |
| 98258 | FELICIANO ROSADO, JESUS | Tax Refund | $0.00 |
| 165061 | FRESENIUS HEALTH PARTNERS PUERTO RICO LLC | Tax Credit | $229,897.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 44951-1 | FUENTES BENEJAM, GABRIEL | Tax Credit | $10,833.00 |
| 45060 | FUENTES CONCRETE PILE | Tax Credit | $310,099.00 |
| 134911 | FUNDACION DE INVESTIGACION DE DIEGO, INC. | Tax Credit | $12,240.00 |
| 128534 | FUNDACION INVESTIGACION DE DIEGO, INC. | Tax Credit | $76,218.00 |
| 44404 | GABRIEL FUENTES JR CONST CO | Tax Credit | $155,256.00 |
| 53077 | GARCIA GONZALEZ, MARIA  S. | Pension/Retiree | $0.00 |
| 13329-1 | GARCIA MORALES, VICTOR RAFAEL | Pension/Retiree | $0.00 |
| 21355 | GENERAL ELECTRIC COMPANY AND GE INDUSTRIAL OF PR LLC AND CARIBE GE INTERNATIONAL OF PUERTO RICO, INC. | Tax Credit | $9,451,710.10 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 36147-1 | GINARA, INC | Tax Credit | $12,864.00 |
| 56758 | GOMEZ HOLDINGS, INC. | Tax Credit | $3,899.00 |
| 1537 | GONZALEZ MARTINEZ, HECTOR | Pension/Retiree | $25,000.00 |
| 87756 | GONZALEZ TORRES & CO CPA, PSC | Tax Credit | $34,669.00 |
| 16559 | GRUPO MEDICO SAN PABLO | Tax Credit | $29,712.00 |
| 28207 | GRUPO NEUROLOGIA AVANZADA | Tax Credit | $39,191.00 |
| 52088 | GUIDANT PUERTO RICO, B.V. D/B/A BOSTON SCIENTIFIC | Tax Credit | $34,814,806.00 |
| 30245 | GUZMAN RODRIGUEZ, HUMBERTO | Tax Credit | $25,000.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 17184 | HELAPAN INC. | Tax Credit | $125,890.63 |
| 33319 | HENKEL PUERTO RICO, INC. | Tax Credit | $144,565.00 |
| 72951 | HEWLETT PACKARD CARIBE BV, LLC | Tax Credit | $79,637,077.00 |
| 76891 | HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP | Tax Credit | $14,627,941.57 |
| 60705 | HEWLETT PACKARD PUERTO RICO BV, LLC TAX ID: 98-0380286 | Tax Credit | $789,070.00 |
| 26902 | HILTON INTERNATIONAL OF PUERTO RICO INC. | Tax Credit | $237,121.00 |
| 130341 | HILTON INTERNATIONAL OF PUERTO RICO, INC. | Tax Credit | $4,288,919.00 |
| 98233 | HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC | Tax Credit | $4,051,798.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 146090 | HILTON WORLDWIDE INTERNATIONAL PUERTO RICO LLC | Tax Credit | $0.00 |
| 35012 | HLT OWNED VIII HOLDING LLC | Tax Credit | $4,296,449.29 |
| 28369 | HP INTERNATIONAL TRADING B.V. (PUERTO RICO BRANCH) LLC | Tax Credit | $9,361,362.50 |
| 48130 | HPT IHG-2 PROPERTIES TRUST | Tax Credit | $3,301,307.50 |
| 47310 | HUGH A ANDREWS-WOTOCHEK & SANDRA NAPLES DELLSANDRO | Tax Credit | $52,216.00 |
| 134119 | INTERACTIVE SYSTEMS, INC. | Tax Credit | $250,948.00 |
| 82854 | INTERNATIONAL AUTOMOTIVE DISTRIBUTOR GROUP, LLC | Tax Credit | $91,816.51 |
| 36330 | IPR PHARMACEUTICALS INC. | Tax Credit | $23,656,501.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 43515 | IPR PHARMACEUTICALS, INC | Tax Credit | $2,898,219.00 |
| 11620 | IRIZARRY CAMACHO, LEONCIO | Tax Credit | $13,836.14 |
| 127756 | IRON MOUNTAIN RECORDS MANAGEMENT (PUERTO RICO), INC. | Tax Credit | $426,581.00 |
| 21386 | J & M DEPOT INC | Tax Credit | $122,875.77 |
| 35424 | J R INDUSTRIAL CONTRACTOR INC | Tax Credit | $13,157.00 |
| 28501 | J R INSULATION SALES AND SERV | Tax Credit | $55,988.00 |
| 144413-1 | JABIL NYPRO INTERNATIONAL B.V. | Tax Credit | $382,507.00 |
| 62405 | JANSSEN CILAG MANUFACTURING LLC | Tax Credit | $8,511,307.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 65861 | JANSSEN ORTHO LLC | Tax Credit | $63,655,937.00 |
| 67301 | JCPENNEY PUERTO RICO, INC. | Tax Credit | $1,796,473.00 |
| 15109 | JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA | Tax Credit | $16,400,000.00 |
| 21348 | JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA | Tax Credit | $1,100,000.00 |
| 21471 | JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA | Tax Credit | $162,000.00 |
| 21476 | JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA | Tax Credit | $7,197,500.00 |
| 22315 | JOAQUIN B. VISO ALONSO & OLGA LIZARDI PORTILLA | Tax Credit | $4,000,000.00 |
| 51260 | JOHNSON & JOHNSON INTERNATIONAL | Tax Credit | $10,823,423.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 47340 | JOSE G. PAGAN PEDRERO & NANCY A. LANSER PLUMMER | Tax Credit | $3,150.00 |
| 69195 | KMART CORPORATION | Tax Credit | $0.00 |
| 69798 | KMART CORPORATION | Tax Credit | $0.00 |
| 16736-1 | LABORATORIO CLINICO C&C, CSP | Tax Credit | $87,488.00 |
| 89704-1 | LABORATORIO CLINICO MINILLAS CORP | Tax Credit | $3,580.00 |
| 27527-1 | LABORATORY CORP OF AMERICA HOLDINGS | Tax Credit | $55,710.00 |
| 15783 | LENNOX GARDENS INVESTMENTS, INC. | Tax Credit | $3,858,113.25 |
| 21422 | LIFE INSURANCE COMPANY OF NORTH AMERICA | Tax Credit | $697,903.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 64791 | LIFESCAN LLC | Tax Credit | $13,948,466.00 |
| 63121 | LIFESCAN PRODUCTS, LLC | Tax Credit | $5,240,787.00 |
| 113034 | LILLY DEL CARIBE, INC. | Tax Credit | $21,535,529.31 |
| 34517 | LONGO RAVELO, ADRIEL | Tax Credit | $790,587.41 |
| 22053 | LONGO SALADRIGAS, ALEJANDRO | Tax Credit | $292,279.41 |
| 66682 | LOPEZ HERNANDEZ, MONICA | Public Employee & Pension/Retiree | $4,100.00 |
| 84773 | LOPEZ LAY, CARLOS | Tax Credit | $132,813.00 |
| 51994 | LUIS D. SOTO ZAYAS Y NILDA GIRAUD CERVERA | Tax Credit | $79,335.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 32074 | M.T., INC. | Tax Credit | $61,018.00 |
| 103459-1 | MACY'S PUERTO RICO | Tax Credit | $3,460,347.00 |
| 16988 | MADERA SANTOS, LUIS | Pension/Retiree | $0.00 |
| 130411-1 | MALDONADO ROSADO, NEFTALI | Pension/Retiree | $0.00 |
| 1623 | MANUEL ROSA E HIJOS INC | Tax Credit | $76,181.00 |
| 81968 | MARTIN G. MARXUACH TORROS Y MARIA D. RODRIGUEZ RODRIGUEZ | Tax Credit | $53,261.00 |
| 76464 | MASSA DIEPPA, HILDA | Public Employee & Pension/Retiree | $75,000.00 |
| 62725 | MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | Tax Credit | $206,608.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 67125 | MCNEIL HEALTHCARE LLC | Tax Credit | $153,897,343.00 |
| 56544 | MCS HEALTH MANAGEMENT OPTIONS, INC. | Tax Credit | $725,481.00 |
| 59271 | MCS LIFE INSURANCE COMPANY | Tax Credit | $4,492,445.00 |
| 37059 | MENTOR TECHNICAL GROUP CORP. | Tax Credit | $20,218.00 |
| 17992 | METROPOLITAN LIFE INSURANCE COMPANY | Tax Credit | $233,656.00 |
| 18026 | METROPOLITAN TOWER LIFE INSURANCE COMPANY | Tax Credit | $365,732.00 |
| 25868 | MICROSOFT CORPORATION, AND ITS SUBSIDIARIES, MICROSOFT LICENSING GP; MICROSOFT OPERATIONS PUERTO RICO, LLCI AND MSLI LATAM, INC. | Tax Credit | $0.00 |
| 111856 | MINIMED DISTRIBUTION CORP. | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 74943-1 | MIRANDA, JULIO L. | Tax Credit | $10,859.00 |
| 91989-1 | MIRO, CARLOS | Tax Credit | $4,016,150.00 |
| 21987 | MISTER PRICE, INC. | Tax Credit | $648,045.35 |
| 81820-1 | MOLINA HEALTHCARE OF PUERTO RICO, INC. | Tax Credit | $3,430,000.00 |
| 20076 | MONY LIFE INSURANCE COMPANY | Tax Credit | $127,075.00 |
| 20224 | MONY LIFE INSURANCE COMPANY | Tax Credit | $128,770.00 |
| 20232 | MONY LIFE INSURANCE COMPANY | Tax Credit | $138,396.00 |
| 22582 | MONY LIFE INSURANCE COMPANY | Tax Credit | $103,329.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 20915 | MONY LIFE INSURANCE COMPANY OF AMERICA | Tax Credit | $9,446.00 |
| 22351 | MONY LIFE INSURANCE COMPANY OF AMERICA | Tax Credit | $11,127.00 |
| 22793 | MONY LIFE INSURANCE COMPANY OF AMERICA | Tax Credit | $36,746.00 |
| 23626 | MONY LIFE INSURANCE COMPANY OF AMERICA | Tax Credit | $10,000.00 |
| 19587 | MORTGAGE GUARANTY INSURANCE CORPORATION | Tax Credit | $2,323,566.67 |
| 112857 | MOTORAMBAR, INC. | Tax Credit | $0.00 |
| 24277-1 | MPT CONSULTING GROUP, INC | Tax Credit | $65,000.00 |
| 90909 | MSD INTERNATIONAL GMBH (PR BRANCH)LLC | Tax Credit | $216,530,073.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 44459 | NESTLE PUERTO RICO, INC. | Tax Credit | $585,524.17 |
| 44566 | NESTLE PUERTO RICO, INC. | Tax Credit | $6,196,775.00 |
| 54192 | NESTOR L. CAMACHO SANCHEZ & MARILDA VALLEJO ROLDAN | Tax Credit | $2,830.00 |
| 150794 | NEW CENTURY FINANCE CORP. | Tax Credit | $15,975.00 |
| 145742 | OFG BANCORP | Tax Credit | $656,909.00 |
| 151244 | OLYMPUS LATIN AMERICA, INC. | Tax Credit | $85,959.00 |
| 63789 | OMJ PHARMACEUTICALS, INC. | Tax Credit | $1,261,333.00 |
| 30625 | OMS LOYOLA, LUIS  J. | Tax Credit | $91,194.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 143566 | ORIENTAL BANK | Tax Credit | $28,452,216.00 |
| 152303 | ORIENTAL FINANCIAL SERVICES CORP. | Tax Credit | $452,903.00 |
| 56739 | ORTIZ RUIZ, FLOR MARIA | Public Employee & Pension/Retiree | $82,000.00 |
| 21845 | PEOPLES ADVANTAGE INC | Tax Credit | $31,117.77 |
| 74322 | PEPSI COLA PUERTO RICO DISTRIBUTING, LLC | Tax Credit | $1,123,449.83 |
| 82091 | PEPSI-COLA MANUFACTURING INTERNATIONAL, LIMITED | Tax Credit | $2,035,150.00 |
| 99916 | PFIZER PHARMACEUTICALS LLC | Tax Credit | $8,432,798.00 |
| 145305 | POINT GUARD INSURANCE COMPANY | Tax Credit | $1,612,420.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 25998 | PONCE CAPITAL CORPORATION | Tax Credit | $13,740.00 |
| 21626 | PONCE DE LEON 1403 | Tax Credit | $52,546,335.00 |
| 23681-1 | PORTELA RODRIGUEZ, RAMON M. | Tax Credit | $21,832.00 |
| 22412-1 | PPG ARCHITECTURAL COATINGS (PUERTO RICO), INC. | Tax Credit | $1,013,805.00 |
| 70351 | PPG ARCHITECTURAL COATINGS PR, INC. | Tax Credit | $0.00 |
| 82344 | PRAXEDES M. RIVERA FERRER AND ANA M. ZAYAS | Tax Credit | $13,273.00 |
| 15164 | PRIETO GARCIA , HERACILIO R. | Tax Credit | $164,439.65 |
| 43229 | PROCTER & GAMBLE COMMERCIAL LLC | Tax Credit | $5,226,397.98 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 34482 | PRO-PAVE CORP. | Tax Credit | $25,678.00 |
| 60220 | PUEBLO, INC. | Tax Credit | $13,068.00 |
| 88536 | QBE SEGUROS | Tax Credit | $85,237.00 |
| 139125 | QUALITY CARE DIALYSIS CENTER OF VEGA BAJA INC | Tax Credit | $478,092.00 |
| 75282-1 | RA RF INC | Tax Credit | $2,700.00 |
| 52542 | RAMON M RUIZ COMAS & MARTA M TORO LOPEZ | Tax Credit | $21,096.00 |
| 47099 | RAMON VIDAL CRUZ & ANA RONCHAS MENENDEZ | Tax Credit | $8,165.00 |
| 46525 | RAMON VIDAL NADAL & AIDA A. CRUZ VIDAL | Tax Credit | $350,947.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 53889 | RC LEGAL & LITIGATION SERVICES PSC | Tax Credit | $29,483.00 |
| 601-1 | REBARBER OCASIO, FRED | Tax Credit | $95,000.00 |
| 163291-1 | RENATO V. SARTORI SALVUCCI AND PAOLA MARCHITA BAZZANO | Tax Credit | $25,312.00 |
| 128275-1 | REYES AGUAYO, MARTA D | Pension/Retiree | $0.00 |
| 36107 | RIDGE TOP DEVELOPMENT, INC. | Tax Credit | $6,512,790.00 |
| 20001 | RIOS DELGADO, CARMEN | Pension/Retiree | $0.00 |
| 11218 | RIVERA GERENA, SHEILA | Pension/Retiree | $0.00 |
| 25479-1 | RIVERA MARTINEZ PSC, OSCAR | Tax Credit | $11,509.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 28857 | RIVERA MUNICH & HERNANDEZ LAW OFFICES, P.S.C. | Tax Credit | $93,815.00 |
| 36784-1 | RIVERA SOLIS, MYRIAM | Pension/Retiree | $0.00 |
| 46229-1 | RN PROMOTIONS & INC. | Tax Credit | $10,435.73 |
| 42643 | ROBERTO SANTANA APARICIO | Tax Credit | $14,198.00 |
| 134485-1 | ROCHE-PABON, MARTA I. | Pension/Retiree | $0.00 |
| 17781 | RODRIGUEZ GONZALEZ, ANGEL A | Tax Credit | $38,361.00 |
| 50042 | ROSA CORTES, GILBERTO SANTA | Tax Credit | $79,959.00 |
| 84294-1 | RSM LAW OFFICE, PSC | Tax Credit | $18,000.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 67444 | RUIZ COMAS, ANA T | Tax Credit | $9,797.00 |
| 37682 | RULLAN, LUIS G | Tax Credit | $3,745.00 |
| 11939 | SAN PABLO PHYSICIAN GROUP INC | Tax Credit | $40,064.00 |
| 45614 | SARTORIUS STEDIM FILTERS, INC | Tax Credit | $685,509.00 |
| 73891-1 | SARTORIUS STEDIM NORTH AMERICA, INC. | Tax Credit | $4,735.00 |
| 72329 | SCHUESSLER, MORGAN M. AND KIMBERLY K. | Tax Credit | $8,891.00 |
| 82588 | SEABOURNE DEVELOPMENT, CORP | Tax Credit | $192,159.00 |
| 69448 | SEARS HOLDINGS CORPORATION | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 75217 | SEARS PROTECTION COMPANY (PR), INC. | Tax Credit | $0.00 |
| 69384 | SEARS ROEBUCK DE PR INC. | Tax Credit | $0.00 |
| 50897 | SHELL TRADING (US) COMPANY | Tax Credit | $516,692.00 |
| 143530 | SMITH & NEPHEW, INC. | Tax Credit | $1,644,830.00 |
| 54391 | SOL PUERTO RICO LIMITED | Tax Credit | $36,408.00 |
| 22454 | ST. JUDE MEDICAL PUERTO RICO LLC | Tax Credit | $9,305,456.00 |
| 42708 | ST. JUDE MEDICAL PUERTO RICO LLC | Tax Credit | $12,073,696.00 |
| 46529 | STAR LINK INC. | Tax Credit | $23,174.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 52434 | SUN WEST FINANCIAL SERVICES INTERNATIONAL, INC. | Tax Credit | $178,392.00 |
| 66037 | SURFSIDE HOTEL CORPORATION | Tax Credit | $2,891.00 |
| 60029 | SYNOVOS PUERTO RICO, LLC | Tax Credit | $3,507,058.38 |
| 18885 | TBLP PROPERTIES LLC | Tax Credit | $33,118.00 |
| 66332 | THE GATORADE PUERTO RICO COMPANY | Tax Credit | $2,812,855.00 |
| 67768 | THERMO KING CORPORATION, ET ALS | Tax Credit | $0.00 |
| 44037 | THERMO KING DE PUERTO RICO, INC.; THERMO KING PUERTO RICO MANUFACTURA, INC.; TK PUERTO RICO SOLUCIONES CLIMATICAS, INC.; TK PUERTO RICO AIRE INC.; TK PUERTO RICO COMMERCIAL INC. | Tax Credit | $0.00 |
| 25834 | TIENDAS LA GLORIA, INC. | Tax Credit | $14,417.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 165584-1 | TIJERETA. LLC | Tax Credit | $54,909.00 |
| 30932-1 | TORRES AROCHO, SONYA | Pension/Retiree | $0.00 |
| 50949-1 | TORRES PAGAN, AMNERIS L | Pension/Retiree | $0.00 |
| 87564 | TORRES RODRIGUEZ, MARIA MONSERRATE | Public Employee & Pension/Retiree | $125,000.00 |
| 140140 | TORRES, LESLIE M. | Public Employee & Pension/Retiree | $0.00 |
| 79187 | TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | Tax Credit | $261,643.00 |
| 67188 | TOWER ACQUISITION GROUP, LLC | Tax Credit | $0.00 |
| 67458 | TOWER EQUITY GROUP, LLC | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 19957 | TOYOTA DE PR CORP | Tax Credit | $129,697.62 |
| 18773 | TOYOTA DE PR CORP. | Tax Credit | $1,277.36 |
| 19923 | TOYOTA DE PR CORP. | Tax Credit | $369,415.46 |
| 19948 | TOYOTA DE PR CORP. | Tax Credit | $53,274.46 |
| 19983 | TOYOTA DE PR CORP. | Tax Credit | $9,028.01 |
| 155136 | TRIPLE-S ADVANTAGE, INC. | Tax Credit | $2,311,480.00 |
| 152462 | TRIPLE-S BLUE, INC. I.I. | Tax Credit | $108,079.00 |
| 142624 | TRIPLE-S INSURANCE AGENCY, INC. | Tax Credit | $143,209.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 148206 | TRIPLE-S MANAGEMENT CORPORATION | Tax Credit | $397,213.00 |
| 137542 | TRIPLE-S PROPIEDAD, INC. | Tax Credit | $782,064.00 |
| 151484 | TRIPLE-S SALUD INC | Tax Credit | $13,830,873.00 |
| 144552 | TRIPLE-S VIDA, INC. | Tax Credit | $4,028,206.52 |
| 73237-1 | TROCHE PACHECO, IVETTE | Public Employee & Pension/Retiree | $0.00 |
| 80210 | UNIVERSAL FINANCE, INC. | Tax Credit | $57,488.00 |
| 150245 | UNIVERSAL GROUP, INC. | Tax Credit | $349,563.00 |
| 151075 | UNIVERSAL INSURANCE COMPANY | Tax Credit | $583,195.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 91993 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST | Pension/Retiree | $34,189.67 |
| 179672 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST | Pension/Retiree | $2,194,304.18 |
| 49307-1 | USB UNITED SOCIAL BUSINESS CORP | Tax Credit | $23,994.00 |
| 26751 | VAZQUEZ GONZALEZ, ANGEL A | Tax Credit | $11,498.00 |
| 19776 | VAZQUEZ PLARD, JAIME RAFAEL | Tax Credit | $74,772.00 |
| 21332 | VAZQUEZ PLARD, JAIME RAFAEL | Tax Credit | $127,564.00 |
| 87686 | VF CORPORATION | Tax Credit | $0.00 |
| 81178 | VF OUTDOOR LLC | Tax Credit | $0.00 |

## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 86536 | WARNER CHILCOTT COMPANY, LLC | Tax Credit | $25,448,353.00 |
| 90432 | WERT SERRANO, LUISA | Tax Credit | $39,395.00 |