**UNITED STATES DISTRICT COURT OF PUERTO RICO/
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| VALERIANO FLORES CRUZ<br>Parte Demandante | MMC ID: 1072339 |
| Vs. | CLAIM: 157312 |
| ESTADO LIBRE ASOCIADO DE P.R.,<br>Et Als<br>Parte Demandada | EPOC ID: 170356600333197<br>CASE: 17-BK-3283-LTS |

### RECLAMACIÓN Y/O RÉPLICA

**AL HONORABLE TRIBUNAL DE QUIEBRAS:**

Comparece la parte demandante, **VALERIANO FLORES CRUZ**, por conducto de la representación legal que suscribe y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

En el presente caso hemos sido notificados que existe una objeción a nuestra reclamación, en la cual la misma puede ser desestimado a base y citamos:

**"La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico, pero no proporciona fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III."**

1. El 7 de junio de 2017, la parte demandante, Valeriano Flores Cruz, mayor de edad, soltero, pensionado y vecino de Fajardo, Puerto Rico; siendo su dirección física y postal, Urb. Vistas del Convento, Calle #2, D-1, Fajardo, Puerto Rico 00738; y su número telefónico el (787) 860-2014, radicó Demanda de Desahucio por Falta de Pago y Cobro de Dinero (Propiedad Comercial), y posteriormente enmendada el 24 de agosto de 2017, por el incumplimiento de la parte demandada, ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACIÓN y OBRAS PÚBLICAS, una entidad jurídica gubernamental

con personalidad jurídica independiente para demandar y ser demandada, por su incumplimiento al Contrato de Arrendamiento de un espacio comercial localizado en la Urbanización Vistas del Convento, Calle Dos (2), D-1, Fajardo, Puerto Rico (Finca #7965, Folio: 105, Tomo: 215 de Fajardo), para ser utilizado como Oficinas del Área de Examen a Conductores, CESCO, Fajardo. El mismo fue suscrito por las partes el 29 de junio de 2012 (Renovación Número: 2007-000394-A), cuyo término contratado era de cinco (5) años, (desde el 1 de julio de 2012 al 30 de junio de 2017), y un canon de arrendamiento de $500.00 mensuales.

2. La parte demandante, Valeriano Flores Cruz, es dueño de la propiedad que se describe a continuación:

> ---**LOCAL COMERCIAL (410.75 pies cuadrados) localizado en la Urbanización Vistas del Convento, Calle Dos (2), D-1, Fajardo, Puerto Rico (Finca #7965, Folio: 105, Tomo: 215 de Fajardo). (Utilizado para Oficinas /Área Examen a Conductores, CESCO, Fajardo).**-------------------------------------------------------------------------

3. La parte demandante solicitó en la referida Demanda instada, que se decrete el desahucio por falta de pago, se ordenara el lanzamiento de la parte demandada de la propiedad inmueble antes descrita, y ordenara el pago de los cánones de arrendamiento adeudados, por los pasados cinco (5) años aproximadamente, **a razón de $500.00 mensual, para un total de 30,000.00, más el pago de costas, gastos y la suma de $1,500.00 por concepto de honorarios de abogado.**

4. La parte demandada, Estado Libre Asociado de Puerto Rico, fue emplazada el 29 de agosto de 2017, por conducto del Departamento de Justicia, representado por la Secretaria de Justicia en ese momento, la Lcda. Wanda Vázquez Garced, y en representación del Departamento de Transportación y Obras Públicas.

5. **La parte demandada no presentó alegación responsiva a la Demanda-Enmendada,** habiéndose señalado Juicio en su Fondo para el 7 de diciembre de 2017. En el Juicio en su Fondo pautado la parte demandada alegó no estar

operando en las facilidades objeto de Desahucio, y se acordó por ambas partes la entrega de la posesión (llaves) del local comercial en o antes del 12 de diciembre de 2017. El 2 de febrero de 2018, la parte demandada certificó la entrega de la posesión (llaves), limpieza y recogido del local comercial, el 12 de diciembre de 2017, a la parte demandante, Valeriano Flores Cruz, sin embargo no realizó pago alguno.

6. La parte demandada se allanó al desahucio y no presentó defensas afirmativas.

7. Luego de los acuerdos de las partes, la parte demandada presentó una Petición de Quiebra bajo el Título III de la Ley Promesa, emitiendo el Honorable Tribunal de Primera Instancia, Sala de Fajardo, Sentencia de Paralización, firmada el 2 de abril de 2018, por la Hon. Juez Maritere Colón Domínguez, Jueza Superior. Notificada y archivada en autos el 9 de abril de 2018.

8. El 5 de febrero de 2018 el Tribunal dictó Sentencia Parcial, en cuanto al Desahucio, por haberse tornado académica.

9. La parte demandante ha incumplido con el pago del canon de arrendamiento por el término de cinco (5) años aproximadamente, a razón de $500.00 mensual, para un total de 30,000.00. Que la deuda de los $30,000.00 es líquida y exigible.

10. La parte demandante entiende que la deuda ascendente a $30,000.00, es exigible en derecho, toda vez que la parte demandante, Estado Libre Asociado de Puerto Rico, mantuvo la posesión de la propiedad inmueble (local comercial), hasta el 12 de diciembre de 2017, fecha en que se hizo entrega de las llaves del local comercial a la parte demandante.

11. Amerita señalar que se cumplieron con los requisitos jurisprudenciales en la otorgación de un contrato gubernamental. El Estado Libre Asociado de Puerto Rico, mantuvo posesión y no realizaron pago alguno. El Estado Libre

Asociado de Puerto Rico, utilizó el local devengando ingresos de su actividad y no actuaron de buena fé, incumpliendo con el pago de los $500.00 acordados.

13. Que se hace formar parte de la presente reclamación la Demanda, Demanda Enmendada y la Sentencia de Paralización en el caso N1CI2017-0309, en el Tribunal de Primera Instancia, Sala de Fajardo.

**EN MÉRITO DE LO ANTES EXPUESTO,** se solicita Muy Respetuosamente del Tribunal de Quiebra adjudique y ordene el pago de los $30,000.00, más costas, gastos legales y $3,000.00 por concepto de honorarios de abogados en la presente reclamación.

**CERTIFICO,** haber enviado copia fiel y exacta del presente escrito a la parte demandada, Estado Libre Asociado de Puerto Rico, Departamento de Justicia, División de Contributivo, Cobro de Dinero y Expropiación Forzosa, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192.

**RESPETUOSAMENTE SOMETIDA.**

En y para Fajardo, Puerto Rico hoy día 30 de marzo de 2023.

*NORMA I. CONCEPCIÓN PEÑA*
RUA Núm. 9528, Colegiado Núm. 10,806
Urbanización Baralt
G-19 Avenida Principal
Fajardo, Puerto Rico 00738
Teléfonos: (787) 860-6446 / 860-9333
Telecopiadora: (787) 860-6446
E-mail: lcdanormaconcepcion@gmail.com