Anejo 1

Modelo SC 854
8 95 53
CC 1350-17-04

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PUBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

Núm. de Contrato de la Agencia

Núm. de Contrato de la Oficina del Contralor

## CONTRATO DE ARRENDAMIENTO DE LOCALES
## POR CINCO AÑOS O MENOS O HASTA 10 AÑOS
## EN LOCALES EN EL EXTERIOR

El ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado por ING. FERNANDO I. PONT, SECRETARIO INT, quien en adelante se denominará el arrendatario y VALERIANO FLORES CRUZ, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato, entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendatario certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación.
   a. Construcción: __Hormigón__
   b. Área: (1) Del Solar _____ Metros Cuadrados
             (2) Del Local __±10.75__ _____ Pies Cuadrados.
             (3) Del Estacionamiento _____ Pies Cuadrados.
   c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) __Vistas del Convento, Calle 2, D-1, Fajardo Puerto Rico, Finca número 7, 965 inscrita al folio 105 del tomo 215, Municipio de Fajardo.__

6. Que la propiedad será usada por el arrendatario como __Oficina Área Examen a Conductores__
7. Este contrato entrará en vigor el día __1__ de __junio__ de 20__07__, sujeto a la aprobación de __ASG, OGP__. Regirá hasta el 30 de junio de 2012. El arrendatario podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de Arrendamiento, la cual es propiedad de __Valeriano Flores Cruz__, y fue construida en _____ de _____ de _____.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de __Trescientos sesenta y nueve dólares con sesenta y siete Centavos__ mensuales ($369.67) pagaderos por el arrendatario de la siguiente forma: __Mensual__. El arrendador no podrá aumentar el canon de arrendamiento o modificarlo en un periodo menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.
11. Se hace constar que ningún funcionario o empleado del Departamento de Transportación y Obras Públicas tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador
    ☒Estacionamiento- Núm. espacios __1__  ☐Agua  ☐Aire Acondicionado  ☐Instalación Eléctrica
    ☐Vigilancia  ☐Luz  ☐Limpieza  ☐Facilidades Telefónicas  ☐Ascensor  ☐Otros
13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDATARIO.
    Compañía aseguradora __UNIVERSAL INSURANCE AGENCY__  Núm. __09-572-0142067-1__
    __AMERICAN INTERNATIONAL__  Núm. __06-05-0051719-1__
    __COMPANY OF PUERTO RICO__  Núm. _____
14. Otras estipulaciones (utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato).
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en __San Juan__, PR, hoy __1__ de __junio__ de 20__07__.

__Fernando I. Pont__
Nombre y Firma del Jefe de la Agencia
o su Representante Autorizado

REGISTRO INTERNO
Sección De Contratos-DTOP
2007-000394
MAY 31 2007
Según Cargado
La Oficina del Contralor
Tomo 05 Pág. 484

__Valeriano Flores Cruz__
Nombre y Firma del Arrendador
Vistas del Convento Calle 2, D-1
Fajardo Puerto Rico
Dirección
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
Seguro Social

Nota: Aprobaciones al Dorso

Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Anejo II

Modelo SC 854
18 mar 05
CC 1300-5-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PÚBLICAS
DIRECTORÍA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41269 MINILLAS STA, SANTURCE PR 00940
Dirección

Núm. de Contrato de la Agencia

Núm. de Contrato de la Oficina del Contralor

REGISTRO INTERNO
Sección De Contratos-DTOP
2007-000394-A
JUL 06 2012
Según Dispone
La Oficina del Contralor
Tomo 06 Pág 404

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
POR CINCO AÑOS O MENOS O HASTA 10 AÑOS
EN LOCALES EN EL EXTERIOR

El ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado por el RUBÉN A. HERNÁNDEZ GREGORAT, MEM, PE, quien en adelante se denominará el arrendador; y SR. VALERIANO FLORES CRUZ, quien en adelante se denominará el arrendatario, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.
2. Que el arrendatario certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.
3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.
4. Que el arrendatario certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.
5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación:
   a. Construcción: Hormigón
   b. Area: (1) Del Solar _____ Metros Cuadrados,
      (2) Del Local 510.75 _____ Pies Cuadrados,
      (3) Del Estacionamiento _____ Pies Cuadrados.
   c. Localización y Certificación Registral del inmueble (incluyendo cargas y gravámenes) Vistas del Convento, Calle 2, D-1, Fajardo, Puerto Rico. Finca núm. 7,065, inscrita al folio 105 del tomo 215, Municipio de Fajardo.
6. Que la propiedad será usada por el arrendatario como Área Examen a Conductores, CESCO, Fajardo.
7. Este contrato entrará en vigor desde su otorgamiento, sujeto a la aprobación de la A.F.P. Y O.G.P. Regirá de mes a mes y se renovará automáticamente de mes a mes. El arrendador podrá en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.
8. Que el arrendador posee la propiedad descrita en calidad de dueño, la cual es propiedad de el Arrendador, y fue construida en ___ de ___.
9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de QUINIENTOS DÓLARES mensuales ($500.00) pagadero por el arrendatario de la siguiente forma: MENSUALIDADES VENCIDAS. El arrendador no podrá aumentar el canon de arrendamiento o modificarlo en un período menor de doce meses.
10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidos o que se establezcan.
11. Se hace constar que ningún funcionario o empleado del Departamento DE TRANSPORTACION Y OBRAS PÚBLICAS tiene directa o indirectamente interés pecuniario en este contrato.
12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
    ☒Estacionamiento- Núm. espacios 1 ☐Agua ☐Aire Acondicionado ☐Instalación Eléctrica
    ☐Vigilancia (parcial) ☐Luz ☐Limpieza ☐Facilidades Telefónicas ☐Ascensor ☐Otros
13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del ARRENDATARIO
    Compañía aseguradora INTEGRAND ASSURANCE CO.    Núm. 026047808-01-000000
    Núm. _____

14. Otras estipulaciones (utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hará formar parte integrante de este contrato).
15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

EN TESTIMONIO DE LO CUAL, y para que así conste, suscriben este documento las partes contratantes en _____ PR, hoy 29 de junio de 2012.

RUBÉN HERNÁNDEZ GREGORAT, MEM, PE
Nombre y Firma del Jefe de la Agencia
o su Representante Autorizado

SR. VALERIANO FLORES CRUZ
Nombre y Firma del Arrendador
Vistas del Convento, Calle 2, D-1
Fajardo, Puerto Rico
Dirección
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
Seguro Social

Nota: Aprobaciones al Dorso
Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.