ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE FAJARDO

| | |
|---|---|
| **VALERIANO FLORES CRUZ**<br>URB. VISTAS DEL CONVENTO<br>CALLE #2, D-1<br>FAJARDO, PUERTO RICO 00738<br>**Parte Demandante**<br><br>Vs.<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS, por conducto del Secretario, ING. CARLOS CONTRERAS APONTE**<br>Centro Gubernamental Minillas<br>Edif. Sur, Piso 17, Ave. De Diego<br>Santurce, PR 00940-1269<br>BOX 41269, MINILLAS STATION,<br>SAN JUAN, PUERTO RICO 00940-1269<br>**Parte Demandada** | **CIVIL NUMERO:**<br><br>**SOBRE:**<br><br>**DESAHUCIO POR FALTA DE PAGO Y COBRO DE DINERO**<br>**(Propiedad Comercial)** |

## *DEMANDA*

**AL HONORABLE TRIBUNAL:**

Comparece la parte demandante **VALERIANO FLORES CRUZ**, por conducto de la representación legal que suscribe y muy respetuosamente **EXPONEN, ALEGAN Y SOLICITAN:**

1. La parte demandante, Valeriano Flores Cruz, es mayor de edad, soltero, pensionado y vecino de Fajardo, Puerto Rico; siendo su dirección física y postal, Urb. Vistas del Convento, Calle #2, D-1, Fajardo, Puerto Rico; y su número telefónico el (787) 860-2014. [handwritten: Bosque 2-D-1 00738]

2. La parte demandada ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEPARTAMENTO DE TRANSPORTACIÓN y OBRAS PÚBLICAS, es una entidad jurídica gubernamental con personalidad jurídica independiente para demandar y ser demandada, siendo su dirección física en el Centro Gubernamental Minillas Edif. Sur, Piso 17, Ave. De Diego, Santurce, PR 00940-1269; su dirección postal Box 41269, Minillas Station, San Juan, Puerto Rico 00940-1269; y su

número telefónico el (787) 757-4151.

3. La parte demandante, Valeriano Flores Cruz, es dueño de la propiedad que se describe a continuación:

---LOCAL COMERCIAL (410.75 pies cuadrados) localizado en la Urbanización Vistas del Convento, Calle Dos (2), D-1, Fajardo, Puerto Rico (Finca #7965, Folio: 105, Tomo: 215 de Fajardo). (Utilizado para Oficinas /Área Examen a Conductores, CESCO, Fajardo).-----------------------------------------------------------------

4. El 29 de junio de 2012, las partes suscribieron un Contrato de Arrendamiento (Renovación Número: 2007-000394-A), en el cual la parte demandante arrendó a la parte demandada el espacio comercial descrito en el hecho TERCERO de la presente demanda, por un término de cinco (5) años, cuya vigencia es **desde el ~~1~~ 29 de ~~julio~~ junio de 2012 al ~~30~~ 29 de junio de 2017**; el canon de arrendamiento establecido es en la suma de $500.00 mensuales.

5. La parte demandante ha incumplido con el pago del canon de arrendamiento por los pasados cinco (5) años aproximadamente, a razón de $500.00 mensual, para un total de ~~26,500.00~~ 30,000.00.

6. La parte demandante de forma extrajudicial le ha requerido a la parte demandada que cumpla con el contrato en cuanto al pago de los cánones de arrendamiento vencidos, y la parte demandada ha hecho caso omiso a dicho requerimiento, permaneciendo así en la posesión del inmueble antes descrito, sin efectuar pago alguno.

7. La parte demandante solicita que se decrete el desahucio por falta de pago, se ordene el lanzamiento de la parte demandada de la propiedad inmueble antes descrita, y ordene el pago de los cánones de arrendamiento adeudados, por los pasados cinco (5) años aproximadamente, a razón de $500.00 mensual, para un total de ~~26,500.00~~ 30,000.00.

8. La parte demandante solicita que en la eventualidad de que la parte demandada haya realizado mejoras a la propiedad inmueble, objeto de esta demanda, prevalezcan y queden a beneficio de la parte demandante.

Página 2 de 3

9. Que por ser una propiedad comercial, no reside ningún menor de edad ni incapacitado, por lo que el demandante no tiene que dar cumplimiento alguno a la notificación al Departamento de la Familia ni al Departamento de la Vivienda.

**POR TODO LO CUAL**, se solicita muy respetuosamente del Tribunal que a tenor con lo expuesto en la presente demanda, ordene lo siguiente:

A. Decrete el desahucio de la parte demandada y/o cualquier persona que en su nombre y representación posean la propiedad.

B. Decretado el desahucio, se ordene el desalojo de la parte demandada, equipo y mobiliario de la propiedad.

C. Se ordene a la parte demandada al pago a favor del demandante por la suma de $26,500.00, por concepto de cánones de arrendamiento vencidos, y de continuar la parte demandada en posesión de la propiedad objeto de esta demanda, se le ordene el pago de las rentas que continúan en vencimiento a razón de $500.00 mensuales.

D. Se ordene el pago de intereses legales por mora desde que la parte demandada debió haber pagado y no lo hizo.

E. Se condene a la parte demandada al pago de costas, gastos y la suma de $1,500.00 por concepto de honorarios de abogado.

F. Que las mejoras que se le hayan hecho por la parte demandada a la propiedad objeto de esta demanda, prevalezcan y queden a beneficio de la parte demandante.

G. Se cite a las partes en el caso de epígrafe para la primera comparecencia que dispone el procedimiento sumario de desahucio y luego de escuchar la prueba que presente la parte demandante en apoyo de sus alegaciones, declare CON LUGAR la presente Demanda.

H. Cualquier otro pronunciamiento que en derecho proceda.

**RESPETUOSAMENTE SOMETIDA.**

En y para Fajardo, Puerto Rico hoy día 5 de junio de 2017.

*[firma]*
NORMA I. CONCEPCION PEÑA
RUA Número: 9528
Colegiada Número: 10806
Urbanización Baralt
Avenida Principal G-19
Fajardo, Puerto Rico 00738
Teléfonos: (787) 860-6446
Telecopiadora: (787) 860-6446
Texto ("Whats App") (787) 672-9206
E-mail: nconcepcion@libertypr.net