9/4/2018             Gmail - Notificación Electrónica N1CI201700309

 Gmail

Norma Concepcion <secretaria.nicp@gmail.com>

## Notificación Electrónica N1CI201700309

**NoReply@ramajudicial.pr** <NoReply@ramajudicial.pr>
Para: secretaria.nicp@gmail.com

9 de abril de 2018, 08:53

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE FAJARDO-SUPERIOR LIMITADO

| | | | |
|---|---|---|---|
| FLORES CRUZ, VALERIANO | CASO NÚM. | | N1CI201700309 |
| DEMANDANTE | SALON NÚM. | | 307 |
| VS | SOBRE: | | COBRO DE DINERO |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO | | | |
| DEMANDADO | | | |

**N O T I F I C A C I Ó N**

A:     LIC. CONCEPCIÓN PEÑA, NORMA I.
       LCDANORMACONCEPCION@GMAIL.COM
       LIC. MIRANDA GRAJALES, RAHYXA Y
       RAHYXA@HOTMAIL.COM

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): CASO DE EPÍGRAFE ESTE TRIBUNAL EMITIÓ UNA SENTENCIA EL 02 DE ABRIL DE 2018.
SE ANEJA COPIA O INCLUYE ENLACE:

Presione aquí para acceder al documento electrónico objeto de esta notificación. El documento estará disponible a través de este enlace durante 45 días desde que se archivó en autos la notificación.

                                FDO. MARITERE COLON DOMINGUEZ
                                     JUEZ SUPERIOR

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA SENTENCIA, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 09 DE ABRIL DE 2018, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN FAJARDO, PUERTO RICO, EL 09 DE ABRIL DE 2018.
WANDA SEGUI REYES                             POR: F/ LYDIA E. RIVERA MIRANDA
NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL      NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR
                                                                DEL TRIBUNAL

OAT1812-Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016)