**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE FAJARDO**

| | |
|---|---|
| **VALERIANO FLORES CRUZ** | **CIVIL NÚM.: N1CI2017-0309** |
| **DEMANDANTE** | **SALA: 307** |
| VS. | |
| **ESTADO LIBRE ASOCIADO DE PUERTO RICO** | **SOBRE: DESAHUCIO (FALTA DE PAGO) Y COBRO DE DINERO** |
| **DEMANDADO** | |

## SENTENCIA DE PARALIZACIÓN

La parte demandada Estado Libre Asociado de Puerto Rico presentó una petición de quiebra bajo el Título III de la ley conocida como "Puerto Rico Oversight, Management, and Economic Stability Act" (PROMESA), 48 USC §2101 *et seq.* La referida legislación federal otorgó a Puerto Rico la oportunidad de acogerse a un procedimiento similar al proceso de quiebras federal, e incluyó específicamente la aplicación de algunas disposiciones del Código de Quiebras de 1984. En particular, el Título III de PROMESA regula lo concerniente al mecanismo que habrá de utilizarse para el ajuste de deudas y hace referencia a ciertas secciones del Código de Quiebra que aplicarán a los casos presentados bajo el Título III de PROMESA. La Sección 301 de PROMESA, 48 USC §2161, dispone lo siguiente:

> *(a) Sections applicable to cases under this title. Sections 101 (except as otherwise provided in this section), 102, 104, 105, 106, 107, 108, 112, 333, 344, 347(b), 349, 350(b), 351, 361, **362**, [...] of title 11, United States Code, apply in a case under this title [48 USCS §§ 2161 et seq.] [...].* (Énfasis nuestro).

Es decir, del texto de PROMESA surge expresamente la aplicabilidad de la Sección 362 del Código de Quiebra una vez la Junta de Control Fiscal presenta la petición al amparo del Título III. Esta sección establece la paralización automática (*automatic stay*) en los procedimientos de quiebra. A tales efectos, una vez se presenta el caso bajo el Título III, opera la paralización automática del Código de Quiebras, para comenzar o continuar una acción judicial o administrativa contra el ELA por hechos anteriores a la presentación del caso, salvo ciertas excepciones dispuestas en el estatuto. Una vez se determina, a la luz de la Sección 362 de la Ley de Quiebras, 11

Núm. Identificador SEN2018_____

N1CI2017-0309 (307)                                PÁG. 2

USC §362 y su jurisprudencia interpretativa, que el asunto no cae dentro de alguna de las excepciones allí dispuestas, el tribunal no tiene jurisdicción para atender la controversia hasta que otra cosa disponga la Corte de Distrito. Durante la vista argumentativa celebrada en el día de hoy, ambas partes afirmaron la aplicación de la paralización automática bajo la Ley PROMESA a la acción judicial sobre cobro de dinero pendiente en el caso de epígrafe.

En virtud de lo anterior, este Tribunal ordena la paralización de los procedimientos y el archivo administrativo del presente caso como si se hubiera emitido una orden automática de paralización por el Tribunal Federal para el Distrito de Puerto Rico, a tenor con la 11 USC §362 y el Memorando Núm. 2 del Año Fiscal 2003-2004, de 3 de septiembre de 2003 de la Oficina de la Administración de los Tribunales. En caso que la parte demandada solicite y obtenga el levantamiento de esta paralización en la Corte de Distrito se podrá reabrir el caso y continuar con los procedimientos judiciales.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Fajardo, Puerto Rico, a 2 de abril de 2018.

*[firma]*

**MARITERÉ COLÓN DOMÍNGUEZ**
**JUEZA SUPERIOR**