Lcda. Norma I. Concepción Peña
Urbanización Baralt
Avenida Principal G-19
Fajardo, P.R. 00738
787-860-6446 / 787-860-9333

CERTIFIED MAIL
7020 3160 0000 8690 3573





U.S. POSTAGE PAID
FCM LG ENV
FAJARDO, PR
00738
APR 13, 23
AMOUNT
$9.72
R2305K140969-6

2023 APR 18 AM
CLERK'S OFFICE USDC
RECEIVED AND FILED

Tribunal Dto. E.U. de América
Secretaría
Sala 150 Edificio Federal
San Juan PR 00918-1767