# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## JOINT INFORMATIVE MOTION REGARDING OMNIBUS CLAIM OBJECTIONS TO BE HEARD AT APRIL 25–26, 2023 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

      Pursuant to the Court's *Order Regarding Procedures for Hearings on April 25–26, 2023* [Case No. 17-3283, ECF No. 124011] (the "Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

HTA, ERS, and PREPA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") respectfully submit this informative motion:

1.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Three Hundred Eighty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified Claims* [Case No. 17-3283, ECF No. 17926] (the "Three Hundred Eighty-Seventh Omnibus Objection") with respect to Proof of Claim No. 177404, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Seventh Objection:

    a.  Movants

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Jose Figueroa Sierra (*pro se*): Jose Figueroa Sierra did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

2.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members* [Case No. 17-

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

3283, ECF No. 19548] (the "Three Hundred Ninety-Ninth Omnibus Objection") with respect to Proof of Claim No. 71072-1, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Ninth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Joel Negron-Guzman (*pro se*): Joel Negron-Guzman did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

3. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Three Hundred Ninety-Ninth Omnibus Objection with respect to Proof of Claim No. 175239-1, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Ninth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Carmen D. Carrasquillo (*pro se*): Carmen D. Carrasquillo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

4. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundredth Omnibus Objection (Non-Substantive) of The Employees*

*Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [Case No. 17-3283, ECF No. 19549] (the "Four Hundredth Omnibus Objection") with respect to Proof of Claim No. 6009, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundredth Omnibus Objection:

  a. Movants

   i. Oversight Board: Laura Stafford, 5 minutes

  b. Objecting Parties

   i. Cruz V. Landrau Lugo (*pro se*): Cruz V. Landrau Lugo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

5.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundredth Omnibus Objection with respect to Proof of Claim No. 160874, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundredth Omnibus Objection:

  a. Movants

   i. Oversight Board: Laura Stafford, 5 minutes

  b. Objecting Parties

   i. Zenaida Zabaleta Alvarez (*pro se*): Zenaida Zabaleta Alvarez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

6.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26,

2023 hearing on the *Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* [Case No. 17-3283, ECF No. 19552] (the "<u>Four Hundred Third Omnibus Objection</u>") with respect to Proof of Claim No. 176183, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Xilma M Acosta Diaz (*pro se*): Xilma M Acosta Diaz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

7.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 169481, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

         i.    Jose Alicea Rivera (*pro se*): Jose Alicea Rivera has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

8.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 174504, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.    Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.    Keirry Del Carmen Alvarez Martinez (*pro se*): Keirry Del Carmen Alvarez Martinez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

9.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175048, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.    Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

       i.   José Pérez Andino (*pro se*): José Pérez Andino did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

10.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175054, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

     a.  <u>Movants</u>

       i.   Oversight Board: M. Rina Kim, 5 minutes

     b.  <u>Objecting Parties</u>

       i.   William Narvaez Burgos (*pro se*): William Narvaez Burgos did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

11.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors* [Case No. 17-3283, ECF No. 19553] (the "<u>Four Hundred Fourth Omnibus Objection</u>") with respect to Proof of Claim No. 178701 and the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175966, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection and the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim and Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Heriberto Colon Correa (*pro se*): Heriberto Colon Correa did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

12.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [Case No. 17-3283, ECF No. 20495] (the "<u>Four Hundred Thirty-Seventh Omnibus Objection</u>") with respect to Proof of Claim No. 140270 and the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 139162, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Seventh Omnibus Objection and the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim and Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Irma Colon Vega (*pro se*): Irma Colon Vega did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

13.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26,

2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175627, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Marta F. Colon (*pro se*): Marta F. Colon did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

14. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 174895, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Rafael A. Fontanez Vazquez (*pro se*): Rafael A. Fontanez Vazquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

15. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

176233, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Marina Crispin Santiago (*pro se*): Marina Crispin Santiago did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

16.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175486, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Alba N. Garcia (*pro se*): Alba N. Garcia did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

17.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

176410, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Nelson Heredia Alvarez (*pro se*): Nelson Heredia Alvarez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

18.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 176160, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Felicita Hernandez (*pro se*): Felicita Hernandez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

19.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

169726, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Antonio Juan Marrero Borges (*pro se*): Antonio Juan Marrero Borges did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

20.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 172218, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 3 minutes

    b. <u>Objecting Parties</u>

        i. Elis Martinez de Jesus (*pro se*): 10 minutes.

    c. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 2 minutes

21.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

176316, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Jose A. Maysonet (*pro se*): Jose A. Maysonet did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

22.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175529, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Milagros Morales Hernandez (*pro se*): Milagros Morales Hernandez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

23.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

169432, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Nelida Munoz Cruz (*pro se*): Nelida Munoz Cruz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

24.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 176244, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Fredesvinda Ortiz Otero (*pro se*): Fredesvinda Ortiz Otero did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

25.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

175574, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Wanda I. Perez Lopez (*pro se*): Wanda I. Perez Lopez has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

26.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 174471, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Jacqueline Rosado Colon (*pro se*): Jacqueline Rosado Colon did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

27.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

174107, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Gladys Santos Martinez (*pro se*): Gladys Santos Martinez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

28.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175665, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: M. Rina Kim, 5 minutes

    b. <u>Objecting Parties</u>

        i. Alicia Beniquez Toro (*pro se*): Alicia Beniquez Toro did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

29.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

176310, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

- a.  <u>Movants</u>

  - i.  Oversight Board: M. Rina Kim, 5 minutes

- b.  <u>Objecting Parties</u>

  - i.  Lillian I. Torres Orraca (*pro se*): Lillian I. Torres Orraca did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

30.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 176046, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

- a.  <u>Movants</u>

  - i.  Oversight Board: M. Rina Kim, 5 minutes

- b.  <u>Objecting Parties</u>

  - i.  Emerina Torres (*pro se*): Emerina Torres did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

31.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

174966, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Carmen D. Valdez Peralta (*pro se*): Carmen D. Valdez Peralta did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

32.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175171, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Isabel Velazquez (*pro se*): Maria Isabel Velazquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

33.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

176054, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

      a.  <u>Movants</u>

          i.  Oversight Board: M. Rina Kim, 5 minutes

      b.  <u>Objecting Parties</u>

          i.  Leticia Velez (*pro se*): Leticia Velez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

34.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No. 175538, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

      a.  <u>Movants</u>

          i.  Oversight Board: M. Rina Kim, 5 minutes

      b.  <u>Objecting Parties</u>

          i.  Maria T. Ydrach Vivoni (*pro se*): Maria T. Ydrach Vivoni did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

35.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Third Omnibus Objection with respect to Proof of Claim No.

170231, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: M. Rina Kim, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ivan Soto Jimenez (*pro se*): Ivan Soto Jimenez has requested to change their hearing date. However, Ivan Soto Jimenez did not propose an alternative date for a hearing on their response form.

36.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 177508, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Del C. Bernazard Garcia (*pro se*): Maria Del C. Bernazard Garcia did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

37.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

177215, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Regina Cruz Davila (*pro se*): Regina Cruz Davila did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

38.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 176671, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Doris Diaz De Gonzalez (*pro se*): Doris Diaz De Gonzalez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

39.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

178025, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Reuven C. Klein, 5 minutes

b. <u>Objecting Parties</u>

i. Lourdes Febre Santiago (*pro se*): Lourdes Febre Santiago did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

40. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 178015, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

a. <u>Movants</u>

i. Oversight Board: Reuven C. Klein, 5 minutes

b. <u>Objecting Parties</u>

i. William Lopez Torres (*pro se*): William Lopez Torres did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

41. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

179150, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ana Hilda Marin Jurado (*pro se*): Ana Hilda Marin Jurado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

42.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 177243, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Yazmin Martinez Cole (*pro se*): Yazmin Martinez Cole did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

43.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

178210, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Reuven C. Klein, 5 minutes

    b. <u>Objecting Parties</u>

        i. Arleen J. Nieves Correa (*pro se*): Arleen J. Nieves Correa did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

44.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 177761, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Reuven C. Klein, 3 minutes

    b. <u>Objecting Parties</u>

        i. Salvador S. Rivera Pena (*pro se*): 10 minutes.

    c. <u>Movants</u>

        i. Oversight Board: Reuven C. Klein, 2 minutes

45.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

177513, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Reuven C. Klein, 5 minutes

    b. <u>Objecting Parties</u>

        i. Carmen Alicia Santiago Ducos (*pro se*): Carmen Alicia Santiago Ducos did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

46. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 177932, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Reuven C. Klein, 5 minutes

    b. <u>Objecting Parties</u>

        i. Olga Santiago Arce (*pro se*): Olga Santiago Arce did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

47. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No.

177092, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Serrano Vazquez (*pro se*): Maria Serrano Vazquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

48.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fourth Omnibus Objection with respect to Proof of Claim No. 177099, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Reuven C. Klein, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Sylvia Vila Solano (*pro se*): Sylvia Vila Solano did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

49.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of*

*Puerto Rico to Duplicate Litigation Claims* [Case No. 17-3283, ECF No. 19555] (the "Four Hundred Sixth Omnibus Objection") with respect to Proof of Claim No. 16103, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Sixth Omnibus Objection:

    a.  Movants

       i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

       i.  Marilyn Cintron Serrano (*pro se*): Marilyn Cintron Serrano did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

50.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Twelfth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* [Case No. 17-3283, ECF No. 19559] (the "Four Hundred Twelfth Omnibus Objection") with respect to Proof of Claim No. 177629, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Twelfth Omnibus Objection:

    a.  Movants

       i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

       i.  Jorge Martinez Garcia (*pro se*): Jorge Martinez Garcia did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

51. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims* [Case No. 17-3283, ECF No. 20040] (the "Four Hundred Fourteenth Omnibus Objection") with respect to Proof of Claim No. 179662, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fourteenth Omnibus Objection:

    a. Movants

        i. Oversight Board: Laura Stafford, 3 minutes

    b. Objecting Parties

        i. Maria Ivet Feliciano Rosado (*pro se*): 10 minutes.

    c. Movants

        i. Oversight Board: Laura Stafford, 2 minutes

52. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor* [Case No. 17-3283, ECF No. 20487] (the "Four Hundred Thirty-Second Omnibus Objection") with respect to Proof of Claim No. 15774, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Second Omnibus Objection:

    a. Movants

        i.     Oversight Board: Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.     Rafael A. Carrasquillo Nieves (*pro se*): 10 minutes.

    c.  <u>Movants</u>

        i.     Oversight Board: Laura Stafford, 2 minutes

53.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Thirty-Second Omnibus Objection with respect to Proof of Claim Nos. 128175 and 162758, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.     Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.     Ramon A. Lopez Alvarado (*pro se*): Ramon A. Lopez Alvarado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

54.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim Nos. 135965, 136952, 140056, and 140676, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

       i.     Oversight Board: Laura Stafford, 5 minutes

    b.   <u>Objecting Parties</u>

       i.     Alberto Vega Zayas (*pro se*): Alberto Vega Zayas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

55.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Duplicate and No Liability Bond Claims* [Case No. 17-3283, ECF No. 20497] (the "<u>Four Hundred Thirty-Ninth Omnibus Objection</u>") with respect to Proof of Claim No. 179635, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Ninth Omnibus Objection:

    a.   <u>Movants</u>

       i.     Oversight Board: Laura Stafford, 5 minutes

    b.   <u>Objecting Parties</u>

       i.     George & Theresa Rauscher (*pro se*): George & Theresa Rauscher did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

56.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Thirty-Ninth Omnibus Objection with respect to Proof of Claim

No. 31525, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Thirty-Ninth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Carmen Yolanda Rivera (*pro se*): Carmen Yolanda Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

57. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims* [Case No. 17-3283, ECF No. 20501] (the "<u>Four Hundred Forty-Third Omnibus Objection</u>") with respect to Proof of Claim No. 104914, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Luz M. Acevedo Mercado (*pro se*): Luz M. Acevedo Mercado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

58.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Forty-Third Omnibus Objection with respect to Proof of Claim No. 151713, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Irma Iris Arocho Vidal (*pro se*): Irma Iris Arocho Vidal did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

59.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Forty-Third Omnibus Objection with respect to Proof of Claim No. 90011, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ivette De Jesus Rivas (*pro se*): Ivette De Jesus Rivas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

60.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Forty-Third Omnibus Objection with respect to Proof of Claim No. 80168, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Rosa Margarita Sanchez (*pro se*): Rosa Margarita Sanchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

61.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Forty-Third Omnibus Objection with respect to Proof of Claim No. 125306, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Third Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Evangelina Tenorio Gonzalez (*pro se*): Evangelina Tenorio Gonzalez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

62.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it Is Not Liable* [Case No. 17-3283, ECF No. 20504] (the "Four Hundred Forty-Eighth Omnibus Objection") with respect to Proof of Claim No. 17433, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Forty-Eighth Omnibus Objection:

    a.  Movants

        i.   Oversight Board: Laura Stafford, 3 minutes

    b.  Objecting Parties

        i.   Miriam Sanchez Lebron (*pro se*): 10 minutes.

    c.  Movants

        i.   Oversight Board: Laura Stafford, 2 minutes

63.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* [Case No. 17-3283, ECF No. 20784] (the "Four Hundred Fifty-Third Omnibus Objection") with respect to Proof of Claim No. 31895, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fifty-Third Omnibus Objection:

    a.  Movants

   i. Oversight Board: Matthew A. Skrzynski, 5 minutes

  b. <u>Objecting Parties</u>

   i. Ortiz Romero (*pro se*): Ortiz Romero did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

64. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Fifty-Third Omnibus Objection with respect to Proof of Claim No. 84345-1, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Fifty-Third Omnibus Objection:

  a. <u>Movants</u>

   i. Oversight Board: Matthew A. Skrzynski, 5 minutes

  b. <u>Objecting Parties</u>

   i. Benivette Rentas Cruz (*pro se*): Benivette Rentas Cruz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

65. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Cross-Debtor Duplicate Claims* [Case No. 17-3283, ECF No. 20791] (the "<u>Four Hundred Sixtieth Omnibus Objection</u>") with respect to Proof of Claim No. 147357, as

well as any and all related objections, responses, statements, joinders, and replies to the Four

Hundred Sixtieth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Jose M. Alamo Cuevas (*pro se*): Jose M. Alamo Cuevas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

66.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for which the Debtors Are Not Liable* [Case No. 17-3283, ECF No. 20796] (the "<u>Four Hundred Sixty-Fifth Omnibus Objection</u>") with respect to Proof of Claim Nos. 17230 and 173831, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Sixty-Fifth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Miriam Sanchez Lebron (*pro se*): Miriam Sanchez Lebron did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

67.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* [Case No. 17-3283, ECF No. 21426] (the "Four Hundred Seventy-Fifth Omnibus Objection") with respect to Proof of Claim No. 169996, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Seventy-Fifth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Heriberto Arocho Rivera (*pro se*): Heriberto Arocho Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

68.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Four Hundred Seventy-Fifth Omnibus Objection with respect to Proof of Claim No. 122217-2, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Seventy-Fifth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  Objecting Parties

       i.    Jeremy Morales Pagan (*pro se*): Jeremy Morales Pagan did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

69.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims* [Case No. 17-3283, ECF No. 21428] (the "Four Hundred Seventy-Sixth Omnibus Objection") with respect to Proof of Claim No. 67535, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Seventy-Sixth Omnibus Objection:

    a.    Movants

       i.    Oversight Board: Laura Stafford, 5 minutes

    b.    Objecting Parties

       i.    Aurelio Moreno Soto (*pro se*): Aurelio Moreno Soto did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

70.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Four Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims* [Case No. 17-3283, ECF No. 21733] (the "Four Hundred Eighty-Fourth Omnibus Objection") with respect to

Proof of Claim No. 104126, as well as any and all related objections, responses, statements, joinders, and replies to the Four Hundred Eighty-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Heliodora Alicea Rodriguez (*pro se*): Heliodora Alicea Rodriguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

71.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable* [Case No. 17-3283, ECF No. 22251] (the "<u>Five Hundred Fourteenth Omnibus Objection</u>") with respect to Proof of Claim No. 26149, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Asuncion Colon Ramos (*pro se*): Asuncion Colon Ramos did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

72.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 18345, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Juan L. Davila Perez (*pro se*): Juan L. Davila Perez has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

73.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 18312, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Nelson Maysonet Martinez (*pro se*): Nelson Maysonet Martinez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

74.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 29276, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Gerardo J. Ramos Vasquez (*pro se*): Gerardo J. Ramos Vasquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

75.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 26848, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Arnold Rodriguez Sanchez (*pro se*): Arnold Rodriguez Sanchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

76.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 24826, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Raul Santini Rivera (*pro se*): Raul Santini Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

77.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fourteenth Omnibus Objection with respect to Proof of Claim No. 28933, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fourteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Matthew A. Skrzynski, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Myrtelina Torres Berrios (*pro se*): Myrtelina Torres Berrios did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

78.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Five Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors* [Case No. 17-3283, ECF No. 22247] (the "Five Hundred Eighteenth Omnibus Objection") with respect to Proof of Claim No. 12237, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Eighteenth Omnibus Objection:

    a. Movants

        i. Oversight Board: Laura Stafford, 5 minutes

    b. Objecting Parties

        i. Vilma Maldonado Reyes (*pro se*): Vilma Maldonado Reyes did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

79.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Five Hundred Twenty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Unliquidated Claims* [Case No. 17-3283, ECF No. 22257] (the "Five Hundred Twenty-Second Omnibus Objection") with respect to Proof of Claim No. 14673, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Twenty-Second Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Luz Esther Rivera Cuevas (*pro se*): Luz Esther Rivera Cuevas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

80.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Five Hundred Thirty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate and No Liability Bond Claims* [Case No. 17-3283, ECF No. 22740] (the "<u>Five Hundred Thirty-Seventh Omnibus Objection</u>") with respect to Proof of Claim No. 7743, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Efrain Marquez Guzman (*pro se*): Efrain Marquez Guzman did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

81.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the *Five Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the*

44

*Commonwealth of Puerto Rico to Incorrect Debtor Claims* [Case No. 17-3283, ECF No. 22741]
(the "Five Hundred Thirty-Eighth Omnibus Objection") with respect to Proof of Claim No. 16333,
as well as any and all related objections, responses, statements, joinders, and replies to the Five
Hundred Thirty-Eighth Omnibus Objection:

      a.  Movants

          i.  Oversight Board: Laura Stafford, 5 minutes

      b.  Objecting Parties

          i.  Maria V. Perez Rodriguez (*pro se*): Maria V. Perez Rodriguez has
indicated that they do not intend to attend the Hearing, therefore no
time has been allocated to them.

82.     The following individuals may appear to speak on behalf of the parties, listed in the
order in which the parties shall present along with proposed time allocations, at the April 25–26,
2023 hearing on the *Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the
Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the
Commonwealth of Puerto Rico to Deficient Claims* [Case No. 17-3283, ECF No. 23092] (the "Five
Hundred Fifty-Seventh Omnibus Objection") with respect to Proof of Claim No. 152871, as well
as any and all related objections, responses, statements, joinders, and replies to the Five Hundred
Fifty-Seventh Omnibus Objection:

      a.  Movants

          i.  Oversight Board: Laura Stafford, 5 minutes

       b.  <u>Objecting Parties</u>

          i.  Lilliam L. Rivera Salerna (*pro se*): Lilliam L. Rivera Salerna has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

83.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the April 25–26, 2023 hearing on the Five Hundred Fifty-Seventh Omnibus Objection with respect to Proof of Claim No. 111964, as well as any and all related objections, responses, statements, joinders, and replies to the Five Hundred Fifty-Seventh Omnibus Objection:

       a.  <u>Movants</u>

          i.  Oversight Board: Laura Stafford, 5 minutes

       b.  <u>Objecting Parties</u>

          i.  Carmen Astacio Pagan (*pro se*): did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

84.    Brian S. Rosen, Matthew A. Skrzynski, Reuven C. Klein, Laura Stafford, and M. Rina Kim reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party.

85.    Gabriel L. Olivera will appear on behalf of AAFAF, but does not intend to participate in the hearing.  Gabriel L. Olivera reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 19, 2023
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Laura Stafford*
Martin J. Bienenstock
Brian S. Rosen
Laura Stafford
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Gabriel L. Olivera*
Gabriel L. Olivera
USDC No. 303314
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 728-5827
Facsimile: (212) 326-2061

*Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero

USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Telephone: (787) 705-2171
Facsimile:  (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal*
*Agency and Financial Advisory Authority*

## **Exhibit A**

Party Appearance Cover Sheet

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | Financial Oversight and Management Board for Puerto Rico |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | FOMB |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Brian S. Rosen (Zoom)<br>brosen@proskauer.com<br>Proskauer Rose LLP<br>212-969-3380<br>Docket Entry No. 1902<br>FOMB/ Rosen, Brian/ Proskauer Rose LLP |
| | Laura Stafford (In-Person PR)<br>lstafford@proskauer.com<br>Proskauer Rose LLP<br>617-526-9714<br>Docket Entry No. 4967<br>FOMB/ Stafford, Laura/ Proskauer Rose LLP |
| | Matthew A. Skrzynski (Zoom)<br>mskrzynski@proskauer.com<br>Proskauer Rose LLP<br>212-969-3726<br>Docket Entry No. 22173<br>FOMB/ Skrzynski, Matthew/ Proskauer Rose LLP |
| | M. Rina Kim (Zoom)<br>rkim@proskauer.com<br>Proskauer Rose LLP<br>212-416-6831<br>Docket Entry No. 14893<br>FOMB/ Kim, Rina/ Proskauer Rose LLP |

|  | Reuven C. Klein (Zoom)<br>rklein@proskauer.com<br>Proskauer Rose LLP<br>212-969-3771<br>FOMB/ Klein, Reuven/<br>Proskauer Rose LLP |
|---|---|
| Name of Party | Puerto Rico Fiscal Agency and Financial Advisory Authority |
| Party Name Abbreviation (For Use with Zoom) | AAFAF |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Gabriel L. Olivera (Zoom)<br>golivera@omm.com<br>O'Melveny & Myers LLP<br>617-526-9714<br>Docket Entry No. 20102<br>AAFAF/ Olivera, Gabriel /<br>O'Melveny & Myers LLP |
|  |  |