Case:17-03283-LTS Doc#:24035-1 Filed:04/19/23 Entered:04/19/23 22:37:35 Desc:
Exhibit Page 1 of 1

*Ing. Javier Ramos [handwritten]*
*Tel. 787-412-5227*
*721-8787 Ext. 2814 (2829).*

DTOP-270
REV. 6/95

*Nestor Rivera [handwritten]*
*743-4270*
*220-2183*
*87-645-9025*

DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS

OFICINA REGIONAL ___Humacao___

NOTIFICACION DE QUERELLA

Fecha __15 de mayo de 2012__ Hora __11:58__ Número de Querella __338__

Querellante __Nestor Rivera Colón__ Recibida por __CE__

Dirección __Urb. Villa Blanca Calle #17 Calle Zafiro__

Carretera __Caguas P.R.__ Kilómetro _____ Barrio _____

Sector __00725__ Municipio _____

Fca de __Caguas__

QUERELLA __El cierre de la entrada y salida original de la Urb. por la calle Acerina para la apertura de la manigua dando acceso al proyecto Ave. José Gairudo por la calle Zafiro y el alto flujo vehicular y sus consecuencias. Esto tan sólo a 18 pies de nuestras residencias, limitando el disfrute de__

Referido a _____ Fecha _____

ACCION TOMADA O REALIZADA

__nuestra residencias y afectando nuestra salud y tranquilidad por la contaminación de los vehículos y el ruido que no nos deja dormir ni vivir en paz. Estos trabajos lo realizó el Ing. Corchado Rodríguez__

16 MAY AM 9:30   FECHA

FIRMA DEL SUPERVISOR

Favor de devolver contestada en o antes de _____