*Ing. Javier Ramos* [illegible]
Tel-787-412-5227
721-8787 Ext. 2814 (2829).

DTOP-270
REV.6/95

**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**

Nesto Rivera
~~743-4270~~
~~220-2183~~
87-645-9025

OFICINA REGIONAL **Humacao**

NOTIFICACION DE QUERELLA

Fecha **15 de mayo de 2012** Hora **11:58** Número de Querella **338**

Querellante **Nestor Rivera Colón**   Recibida por **CE**

Dirección **Urb. Villa Blanca Calle #17 Calle Zafiro**

Carretera **Caguas P.R.**   Kilómetro _____   Barrio _____

Sector **00725**   Municipio _____

Fca de **Caguas**

QUERELLA: El cierre de la entrada y salida original de la Urb. por la calle Acerina para la apertura de la marquina dando acceso al proyecto Ave. José Garrido por la calle Zafiro y el alto flujo vehicular y sus consecuencias. Esto tan sólo a 18" pies de nuestras residencias, limitando el disfrute de

Referido a _____   Fecha _____

**ACCION TOMADA O REALIZADA**

nuestras residencias y afectando nuestra salud y tranquilidad por la contaminación de los vehículos y el ruido que no nos deja dormir ni vivir en paz. Estos trabajos lo realizó el Ing. Conchado Rodríguez.

16 MAY AM 9:30   FECHA                    FIRMA DEL SUPERVISOR

Favor de devolver contestada en o antes de _____