12 QM
Tel. 653-8833
EXT 2300-2324
# 261
2012-OMA-00017

**ODP** — Oficina de Permisos
Estado Libre Asociado de Puerto Rico
Municipio Autónomo de Caguas
ODP-15.31 Noviembre 2010

## RADICACION DE QUERELLA

### Número/Fecha de Radicación — Para uso de ODP

Fecha (MM/DD/AA): 03 - 12 - 2012

**Oficina de Permisos** — Unidad de Servicios Especiales

### Tipo de Querella

- [x] Construcción
- [ ] Rótulos/Anuncios
- [x] Uso
- [x] Construcción/Uso
- [ ] Otro

**Tipo:**
- [ ] Privado
- [x] Gobierno

**Clasificación:**
- [x] Residencial
- [ ] Industrial
- [ ] Comercial
- [ ] Otro
- [ ] Institucional

### B - Dirección Física

Calle: ZAFIRO, Ave. Jose Garrido
Carr. Principal: —  Km: —
Carr. Sec.: —
# Casa/Edificio: —  Unidad: —
Sector (Rural): —
Urb/Barrio: Villa Blanca
Municipio: Caguas  Estado: P.R.  Zip: 00725

- [x] Dirección Urbana
- [ ] Dirección Rural

Lugar Reportado o Puntos de Referencia: Conección Ave. José Garrido con la Calle Zafiro Extremo Carr. #1 y Ave. Muñoz Marín.

### Queja o Querella

Se solicita que se investiguen los hechos que a continuación se exponen: La conección del Proyecto Ave. José Garrido con la Calle Zafiro por la eliminación de la marginal y el ensanchamiento de su extremo el cual nos protegía del tráfico y de otras sonificaciones obstruyendo nuestra tranquilidad y bienestar, causando daños físicos, sicológicos, no nos permite el disfrute de nuestros hogares a causa del alto flujo vehicular, contaminación, ruido y sus consecuencias. La calle Zafiro se encuentra en una sonificación urbana residencial bajo el control, custodia y mantenimiento de Obras Públicas Municipal División de Conservación de Vías. La construcción efectuada por DTOP (Ing. Corchado).

### Número de Querella Principal | Fecha del Suceso | Número de Caso Civil | Clasificación

### Información del Querellante

Relación con Dueño: —
Nombre: Nestor  Inicial: F  Apellidos: Rivera Colón
Compañía: —
Urb/Edif/Cond/PO/RR/HC: Villa Blanca, Zafiro #17
Blq/Apt/Núm/Calle: —
Ave/Carr: —
Municipio: Caguas  Estado: P.R.  Zip: 00725
País: —

Seguro Social: -8248
Número de Licencia: 1607684

Teléfonos:
Res (787) 743-4870
Fax ( ) —
Oficina ( ) —
E-Mail: —

### Información del Querellado

Nombre: —  Apellidos: —  Compañía: —
Urb/Edif/Cond/PO/RR/HC: —
Blq/Apt/Núm/Calle: —
Ave/Carr: —
Municipio: Caguas  Estado: P.R.  Zip: 00725
País: —

Otros Datos: Municipio Autónomo de Caguas y D.T.O.P.

Recibido por: Patricia Ginés 18 dic 13
A ser elevada a OIGPE
BR González 787-412-5227  12/3 2012
OMO