situations. No matter, we make all possible efforts to help the community with this situation.

We keep in touch.

Best regards,

*Plan. Guillermo Rivera Cruz*

Director
Oficina de Asuntos Ambientales
Municipio Autónomo de Caguas
Tel. 787-653-8833 ext. 1717, 1719, 1726
Directo 787-653-6354
Fax. 787-653-6355
Email: guillermor@caguas.gov.pr

---

From: Aponte, John [mailto:Aponte.John@epa.gov]
Sent: Wednesday, November 06, 2013 10:56 AM
To: Rivera Cruz, Guillermo
Cc: Rodriguez, Teresita; Font, Jose; Caballero Miranda, Ada B.
Subject: Complaint on Urb. Villa Blanca, Caguas

Hello Mr. Rivera:

On Thursday, October 31, 2013, our Caribbean Protection Division received ones again a call on noise complaint from Mr. Nestor Rivera Colon, resident on Safiro St. Urb. Villa Blanca, Caguas, Puerto Rico. Allegation from Mr. Rivera Colon is that Safiro St. renamed to Jose Garrido Avenue never was completed as avenue and since year 2000 residents in Villa Blanca are getting impacted by heavy traffic and noise daily. Part of the Jose Garrido Avenue is inside the Urb. Villa Blanca and continue to have only 2 lanes with no control to reduce the traffic volume crossing inside the urbanization.

As you may recall, on August 5, 2013, you and I spoke on the phone about the traffic and noise issue raised by Mr. Rivera Colon on the Jose Garrido Avenue inside the Urb. Villa Blanca. We agreed at that time that a meeting will be schedule between your office, Municipal Government of Caguas Public Work office, and the PR Department of Transportation and Public Works.

On August 5, 2013, Mr. David Ramos, Engineer in the PR Department of Transportation and Public Works, informed that the Jose Garrido Avenue project was to increase from 2 lanes to 4 lanes starting at interception with PR156 to the interception with PR32. The project was partially completed because the road sector inside the Urb. Villa Blanca did not received funding due to the amount of private properties to decommission and acquire. The project completeness is pending and no funding assigned yet by the PR government. Mr. Ramos also informed me that is pending a meeting with the Municipal Government of Caguas to continue the project planning. Actually the Jose Garrido Avenue provide direct access to two main avenues, PR156 and PR32 and it are use by all type of vehicles and trucks. The Jose Garrido Avenue is presently use by drivers to short trip between the PR156 and PR32.

EPA is recommending that the Municipal Government of Caguas needs to coordinate with PRDTPW to develop alternatives for noise reduction on the Jose Garrido Avenue inside the Urb. Villa Blanca. If you have any question or

2

concern on the complaint raised by Mr. Rivera Colon, please contact me at the phone below or just email me. Your cooperation on this matter is greatly appreciated.

Regards,



John P. Aponte
Environmental Scientist
USEPA Region 2
Caribbean Environmental Protection Division
Multimedia Permit and Compliance Branch
City View Plaza II - Suite 7000
#48 Road 165 km1.2
Guaynabo, PR 00968-8069
M - Th - 6:30 to 5:00 pm
Tel: (787) 977-5853
Fax: (787) 729-7748

MUNICIPIO AUTÓNOMO DE CAGUAS

AVISO DE CONFIDENCIALIDAD: Este documento, y cualquier anejo incluido, contienen información que podría considerarse privilegiada, confidencial y exenta de divulgación. La información es para el uso exclusivo del individuo o entidad a quien esta dirigida. Si usted no es el destinatario, el empleado o el agente a quien se le confió la responsabilidad de hacer llegar el mensaje al destinatario, debe percatarse que la divulgación, copia o distribución de esta transmisión está estrictamente prohibida. Si ha recibido esta comunicación por error, favor de borrarla y notificar al remitente inmediatamente.

CONFIDENTIALITY NOTE: This communication and any attachments hereto contain information that may be privileged, confidential and exempt from disclosure. The information is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the employee or agent entrusted with the responsibility of delivering the message to the intended recipient, be aware that any disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this communication by mistake, please delete and notify the sender immediately.

3

| | |
|---|---|
| From: | Aponte, John |
| Sent: | Tuesday, November 12, 2013 12:41 PM |
| To: | 'Rivera Cruz, Guillermo' |
| Cc: | Rodriguez, Teresita; Font, Jose; Caballero Miranda, Ada B. |
| Subject: | RE: Complaint on Urb. Villa Blanca, Caguas |

Hello Guillermo:

Thanks very much for your response. EPA appreciate the proactive assistant of the Caguas Municipal government can provide. Please, keep us posted.

Regards,



John P. Aponte
Environmental Scientist
USEPA Region 2
C    ɔbean Environmental Protection Division
Multimedia Permit and Compliance Branch
City View Plaza II - Suite 7000
#48 Road 165 km1.2
Guaynabo, PR 00968-8069
M - Th - 6:30 to 5:00 pm
Tel: (787) 977-5853
Fax: (787) 729-7748

---

**From:** Rivera Cruz, Guillermo [mailto:GuillermoR@caguas.gov.pr]
**Sent:** Wednesday, November 06, 2013 12:07 PM
**To:** Aponte, John
**Cc:** Rodriguez, Teresita; Font, Jose; Caballero Miranda, Ada B.
**Subject:** RE: Complaint on Urb. Villa Blanca, Caguas

Hello Mr. Aponte:

Thanks for your email.

Our Municipal Administration has knowledge about Mr. Rivera's and other neighbors' concerns about noise and traffic through Jose Garrido Avenue (last know Zafiro Street). Our Municipality will create a team work to evaluate some options to minimize this situation. These options also include bring another parties to work with us as the Department of Transportation & Public Works (DTPW) because PR-1 is a state road. We talk with some neighbors about these evaluations and will have a meeting with them in the next future when our evaluation is completed. It's important to indicate that our Office doesn't have direct legal jurisdiction over these situations related to infrastructure

1