**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE CAGUAS**

| | |
|---|---|
| 1. Néstor Rivera Colón, por sí y como Presidente de la Asociación de Vecinos Propietarios, Ex Propietarios y Arrendadores de la Antigua Calle Zafiro Convertida Ilegalmente en Avenida/Expreso José Garrido de Caguas, Puerto Rico, Entidad de Facto;<br>2. David Ramos Correa;<br>3. Carlos A. Ramírez Mora;<br>4. Ramón Martínez Merced;<br>5. Gladys Guzmán Torres;<br>6. Orlando Laguer Almodóvar;<br>7. Domingo Santiago;<br>8. Héctor Santiago;<br>9. Félix Cordero Mercado;<br>10. Justo M. Rivas Martínez;<br>11. Matilde Irizarry;<br>12. David Vázquez Caraballo;<br>13. Pedro Cruz;<br>14. Margarita Torres Rodríguez;<br>15. Xavier Calderón Morales;<br>16. Delvin Roldán Rodríguez;<br>17. Gabriel Díaz;<br>18. Miguel A Falcón;<br>19. María S. Díaz Dávila;<br>20. Jorge Sánchez;<br>21. Jonas Droz;<br>22. Víctor Lanza Rivera;<br>23. José Luis Colón La Santa;<br>Incluyendo a sus Familiares y a la Asociación de Vecinos, Propietarios, Ex Propietarios y Arrendadores de la Antigua Calle Zafiro Convertida Ilegalmente en Avenida/Expreso José Garrido en Caguas, Urbanización Villa Blanca, Puerto Rico, Entidad de Facto.<br><br>*Demandantes*<br><br>**Vs.**<br>**Municipio de Caguas Representado por su Alcalde Hon. William Miranda Torres;**<br>**Autoridad de Carreteras y Transportación**, Corporación Pública de Puerto Rico **representada por su Presidente o Director Ejecutivo Ing. Carlos Contreras Aponte**; **y PERSONAS X y Z**, Otras Entidades Aseguradoras de los Co-Demandados, o Personas por ahora Desconocidas que pudieran ser Responsables a la Parte Demandante.<br><br>*Demandados* | **CIVIL NÚM. EDP2017-0334**<br><br>**SOBRE:**<br><br>**DAÑOS Y PERJUCIOS**<br><br>CONVERSION ILEGAL DE CALLE RESIDENCIAL A EXPRESO CAUSANDO NIVEL INSOPORTABLE DE RUIDOS, GASES, CONDICIONES PELIGROSAS, DEVALUACION A LAS PROPIEDADES Y OTROS DAÑOS<br><br>Acción Civil<br>Pleito Acción Clases<br>Injunction Permanente<br>Sentencia Declaratoria |

# Demanda

1

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la parte demandante, por conducto de los abogados que subscriben, y muy respetuosamente **ALEGAN**, **EXPONEN Y SOLICITAN**:

1. La Parte Demandante es los descritos en el epígrafe de esta Demanda y en el Anejo 1 que se acompaña con una breve descripción de los daños y perjuicios sufridos por la Conversión Ilegal de la Antigua Calle Zafiro en Avenida/Expreso José Garrido en Caguas, Urbanización Villa Blanca, Puerto Rico.

2. La Parte Demandada es el **Municipio de Caguas Representado por su Alcalde Hon. William Miranda Torres; y la Autoridad de Carreteras y Transportación**, Corporación Pública de Puerto Rico, Representada por su Presidente o Director Ejecutivo **Ing. Carlos Contreras Aponte**; **y PERSONAS X y Z**, Otras Entidades Aseguradoras de los Co-Demandados, o Personas por ahora Desconocidas que pudieran ser Responsables a la Parte Demandante.

3. Las oficinas del Alcalde Caguas está localizadas en la Casa Alcaldía de Caguas y del Presidente de la Autoridad de Carreteras en el Centro Gubernamental Minillas en Santurce, San Juan Puerto Rico.

4. Desde o alrededor del 2002 la Autoridad de Carreteras y el Municipio de Caguas, comenzaron a planificar la conversión de la Calle Zafiro una calle residencial de una de las primeras Urbanizaciones Residenciales Modelo que se construyeron en Puerto Rico en una Avenida /Expreso para facilitar el enorme tráfico entre las Avenidas y Expresos del Municipio de Caguas. Esos Planos, según aparece de documentos fehacientes, incluía expropiar las 84 residencias de la antigua Calle Zafiro donde habían comprado, residen o residieron los Demandantes en este caso.

5. Desde o alrededor del 2004 realizaron algunas obras y en el 2006 abrieron los

2

accesos para el enorme tráfico. Hubo una pequeña expropiación para esas fechas que les permitió cambiar la entrada a la Calle Zafiro directamente desde la PR-52 y Carretera #1.

6. Alegando que no tenían los fondos suficientes para las expropiaciones de los hogares de los Demandantes, el Municipio de Caguas, propietarios y encargados del mantenimiento de la Antigua Calle Zafiro, y la Autoridad de Carreteras, construyeron un acceso directo a la Carretera Número 1. También realizaron obras para unir la Autopista PR-52 de San Juan a Ponce, con la PR-22 de Caguas a Humacao. Esto facilitó el tráfico de facilidades y Centros Comerciales, atrayendo una multiplicación extraordinaria de camiones, motoras, arrastres y vehículos a la calle residencial Zafiro causando ruidos y gases insoportables medidos como altamente perjudiciales a la salud, que por lo angosto de la calle, los 84 vecinos de la Calle Zafiro se vieron obligados a no usar casi todas las áreas de sus hogares. Otros problemas fueron de peligrosidad ya que sus estacionamientos quedaron a poca distancia de la calle convertida en Avenida /Expreso, sus familiares y amigos no los pueden visitar como lo hacían; muchos tuvieron que mudarse y sus hogares que estaban valorados en $184,000.00 se han devaluado en menos de la mitad.

7. La ilegalidad de los Demandados Municipio de Caguas y la Autoridad de Carreteras consiste en no realizar los Planos que se prepararon, en convertir una calle residencial en Avenida /Expreso sin los Permisos requeridos, sin enmendar la zonificación el área, y en violación de las Leyes Federales y Locales sobre ruidos; y en causar los ruidos y daños a los residentes antes descritos.

8. Desde la conversión ilegal de la Calle Zafiro a la Avenida José Garrido, el Demandantes Néstor Rivera Colón y vecinos han estado reclamándole al Municipio de Caguas, a la Autoridad de Carreteras, a la Junta de Calidad Ambiental y a la EPA

3

Federal el que cumplan con los Planos propuestos, o cierren los accesos y se usen sólo para el tráfico local, o los expropien. También se radicaron acciones judiciales ante el Tribunal de Distrito Federal en Puerto Rico Casos **2015-1048 (DRD) y .2016-2045(GAG)** en los cuales se encontró que la jurisdicción para hacer cumplir el **Quiet Communities Act of 1978, Pub.L. No. 95-609 - 42 USC 4901ss** era los Tribunales Estatales o Territoriales.

9. Esta reclamación no está prescrita porque los Demandantes han estado realizando múltiples reclamaciones escritas y mediantes requerimientos verbales desde el momento en que sus hogares resultaron afectados. Los Casos Federales se decidieron hace menos de un año, y bajo la doctrina legal de daños continuos aplicable a esta reclamación.

10. Iniciados los trámites de Descubrimiento de los Hechos en este caso, la Parte Demandante se propone solicitar al Honorable Tribunal celebre una Vista para demostrar la necesidad y conveniencia; capacidad, disposición y experiencia de los abogados comparecientes representando a los Demandantes para que este caso se dilucide y se Certifique a los Demandantes como una Acción de Clases que incluya a todos los perjudicados descritos; y de acuerdo a las Reglas de Procedimiento Civil vigentes sobre Pleito de Clases.

11. Adelantados los trámites del Descubrimiento de Pruebas, la Parte Demandante se propone solicitar al Honorable Tribunal una Inspección Ocular a los hogares de los Demandantes y tras escuchar a las Partes emitir una Orden (nes) de Injunction, Cese y Desista en contra de las Partes Demandadas para que eliminen o reduzcan las condiciones perjudiciales a la salud de los Demandantes.

12. -Esta Demanda se radica en la Región de Caguas porque la culpa o negligencia ocurrió en el Municipio de Caguas que forma parte de la Región Judicial de Caguas.

4

13. Las Partes Demandadas, por sus oficiales, supervisores, empleados, agentes, representantes, contratistas o sub-contratistas son los que por su exclusiva culpa o negligencia al convertir ilegalmente la Calle Residencial Zafiro a una Avenida/Expreso José Garrido causando los daños y perjuicios antes descritos.

14. Cada uno de los Demandantes se han afectado en su vida personal, familiar y social, causándole temor, ansiedad, irritabilidad, inestabilidad física y emocional que le han causado sufrimientos y angustias mentales y morales hasta el grado que ya no disfrutan igual de su hogar, ni de la vida diaria como antes.

15. Se estima que este incidente y a base de los datos disponibles que los daños se estiman en $200,000.00 por cada Demandante.

**POR TODO EXPUESTO,** solicitamos muy respetuosamente de este Honorable Tribunal tras los trámites legales correspondientes declare **CON LUGAR** esta Demanda y los siguientes remedios:

1- El Certificar a los Demandantes de esta demanda como representantes de la Clase y se acepte este caso como un Pleito de Clases;

2- Emitir Orden (es) de Cese y Desista en contra de los Demandados para que eliminen o reduzcan sustancialmente las condiciones de peligro a las salud física y mental que afecta a los Demandantes según descrito;

3- Emita una Sentencia Declaratoria estableciendo que la conversión de la Calle Zafiro a la Avenida/Expreso José Garrido le causa a los Demandantes los daños y perjuicios descritos;

4- y condene a las Partes demandadas individual o colectivamente al pago de la suma de $200,000.00 dólares por cada unidad de vivienda por los hechos descritos en esta

5

Demanda, más una suma razonable para honorarios de abogados, intereses, gastos y costas.

**RESPETUOSAMENTE SOMETIDO**.

En San Juan, Puerto Rico a 11 de diciembre del 2017.

**Por: Wilma Cadilla** - TSPR Núm. 12719
**Francisco R. González-Colón, CA-4814**
TSPR Núm. 3503
**Francisco J. González-Magaz**
TSPR Núm. 15,786
Colegiado Núm. 16,953
**Wilma Cadilla** - TSPR Núm. 12719
**Bufete Francisco R. González**
1519 Ponce de León, First Federal Bldg, Suite 805
San Juan, Puerto Rico, 00909
bufetefrgonzalez@gmail.com / gonzalezmagaz@gmail.com
**Tel. 787-723-3222 / Fax 787-919-0156**

# ANEJO 1- EJEMPLO DE DAÑOS PARTICULARES QUE HAN SUFRIDO LOS DEMANDANTES

1. Nombre: Néstor Rivera Colón y Familia – Urbanización Villa Blanca, Calle Zafiro, Casa #17, Caguas, Puerto Rico – 00725 – Tel. – 787-645-9025 - Ruido constante e insoportable; contaminación de gases nocivos y polvo de los miles y miles de autos y camiones que transitan a diez-doce pies de las viviendas; el peligro de su velocidad; el eliminar los espacios de estacionamiento y realizar gestiones como la entrega de correo, mercancías y comestibles; lo que ha causado enfermedades, alergias, no permite conversar ni ver televisión; no se puede+ dormir en paz ni compartir con la familia; lo que ha obligado a muchos a vender, alquilar o abandonar sus propiedades lo que ha devaluado la tasación de la propiedad en un 50-60%. Además de los sufrimientos mentales y morales; y la violación de los

derechos humanos básicos Constitucionales al Debido Proceso de Ley, a la Libertad, Propiedad y a la Consecución de la Felicidad protegidas por las Leyes, Reglamentos y Jurisprudencia Federales y Locales.

2- Nombre: Ramón Martínez Merced y Familia –Edad: 40; **Número de Casa: 7;** Daños Causados: El ruido constante es muy molestoso los camiones que pasan dejan todo tipo de contaminación y hay mucho vandalismo por el fácil acceso a la urbanización. Se me dificulta el entrar y salir de mi casa y de la urbanización. Ya no puedo disfrutar al frente de mi casa con mi hija por seguridad. Teléfono: 939-339-2603

3. Nombre: Gladys Guzmán Torres y Familia –Edad: 42, **Número de casa: 4 -** Daños causados: Ruidos a todas horas, gases de vehículos y camiones, polvorín que levantan los autos, El hollín de los escapes de los autos y camiones, no puedo entrar y salir libremente de mi casa ni de la urbanización por el tapón, Aumento en la criminalidad, Problemas respiratorios a causa del polvorín, no puedo descansar por el ruido ni dormir bien, Tengo niñas pequeñas que sufren de esta situación, Vehículos a alta velocidad poniendo en riesgo la vida de adultos y niños y los niños no pueden jugar ni estar al frente de sus casas. Teléfono: 939-260-6178

4. Nombre: Orlando Laguer Almodóvar y Familia –Edad: ---; **Numero de casa: 52 -** Daños causados: Pasan muchos trucks, hay mucho ruido, la peste a diésel, se forman muchos tapones, hay mucho tránsito, hay mucho polvo, estamos con muchos problemas nasales, se nos hace imposible tener calidad de vida.

5. Nombre: Domingo Santiago y Familia –Edad: 72 - **Número de casa: 28 -** Daños Causados: Por la presente les hago saber las dificultades que tengo para salir de mi casa por la cantidad de transito que trafican por esta calle y mi salud se afecta por mal oxígeno y la polución que este tránsito y camiones a cada día inclusive hasta de noche transitan por aquí.

6. Nombre: Héctor Santiago y Familia –Edad: ----, **Número de casa: 30 -** Daños causados: Ruido vehicular, contaminación, riesgo daños a automóviles, polvorín generado por camiones y vehículos, alza de criminalidad, Inmovilidad al frente de la residencia.

7. Nombre: Félix Cordero Mercado y Familia – Edad: --- - **Número de casa: 64 -** Daños causados: Me han chocado el auto dos veces frente a mi residencia. El ruido de los camiones, los gases, el polvorín, el hollín por la contaminación y el alto tráfico de los vehículos a toda hora.

8. Nombre: Justo M. Rivas Martínez y Familia – - Edad: 64 - **Número de casa: 59 -** Daños causados: Polvorín, gases emisión, hollín, acceso no libre a casa y urbanización, alto tráfico camiones chocan carros frente a casa. Teléfono: 787-445-9123

9. Nombre: Matilde Irizarry y Familia –Edad: 83 - **Número de casa: 25 -** Daños Causados: Por la contaminación, polvorín hollín, los gases de camiones y carros.

8

10. Nombre: David Vázquez Caraballo y Familia – Edad: 29 - **Numero de casa: N-13 -** Daños causados: Ruido excesivo las 24 horas, gases, trafico excesivo en ocasiones camiones, problemas para dormir, dificultad al salir del hogar.

11. Nombre: Pedro Cruz y Familia –Edad: --- **Número de casa: 68 -** Daños causados: Ruido de autos y camiones. Los gases tenemos una persona encamada de 78 años de edad, no podemos dormir por el ruido. Me afecta la entrada para la casa.

12. Nombre: Margarita Torres Rodríguez y Familia –Edad: 50 - **Numero de casa: 37**

Daños causados: para salir del hogar no se puede ya que las personas que están en los vehículos no nos dejan pasar y es un tapón todos los días y en una emergencia tenemos problemas ya que los conductores no permiten que uno puede salir rápido. No se puede estar afuera, los ruidos, el polvo. Alboroto, troces, no se puede estar afuera ni tener privacidad.

13. Nombre: Xavier Calderón Martínez y Familia –Edad: 45 - **Número de casa: 62 -** Daños causados: nos encontramos con ruidos innecesarios en mi casa. Problemas para descanso y dormir bien los ruidos. El polvo que se levanta por el paso de un carro y el hollín. @carros han chocado en el mismo lugar. Y por último un tapón que no permite salida y entrada a la urbanización a mi casa. Teléfono: 787-692-4251

14. Nombre: Delvin Roldan Rodríguez y Familia –Edad: 28 - **Número de casa: G-2 altos**

9

Daños causados: Ruidos excesivos, problemas respiratorios, problemas de salud a mi hija, Daños a los vehículos, Daños a la propiedad y carros, dificultad para entrar o salir de la residencia, y mucha congestión vehicular. Teléfono: 787-225-4131

15. Nombre: Gabriel Díaz y Familia – Edad: ---- **Numero de casa: 40 altos -** Daños causados: gases de los camiones, impedimento para salir de las casas, la excesiva limpieza necesaria por el polvo y los ruidos de los camiones y carros.

16. Nombre: Miguel A Falcón y Familia –Edad: 61 - **Numero de casa: 29 -** Daños causados: Todos los que mencionan los demás.

17. Nombre: María S. Díaz Dávila y Familia –Edad: 67 - **Numero de casa: 40 -** Daños causados: Los ruidos, se me hace difícil cuando voy a salir de la casa y de la urbanización, el polvo, la contaminación y los gases de los camiones. Teléfono: 939-645-2254

18. Nombre: Jorge Sánchez y Familia – Edad: 46 años - **Numero de casa: 34** Daños causados: Ruido por el tránsito de autos, camiones y motoras. Mucho flujo de tránsito. El auto no puede estar frente a la casa porque la policía indica que no puede estar frente a la casa por ser vía principal.

19. Nombre: Jonás Droz y Familia –Edad: 79 - **Numero de casa: 29-b -** Daños causados: Ruido excesivo las 24 horas los 7 días de la semana, Polvorín me afecta condición pulmonar, y los gases toda clase de vehículo especialmente camiones. Y la obstrucción entrada y salida de tráfico.

10

20. Nombre: Víctor Lanza Rivera y Familia –Edad: 80 - **Número de la casa: 39 -** Daños causados: Carrera de carros, carreras de motoras carreras de caballos, no se puede sacar carros de la marquesina, el polvorín hay personas con asma, mucho truck pasando, no se puede poner carro en la calle porque los chocan, solo hay una entrada y salida en la ave. José Garrido y en una emergencia no se puede salir de la casa por los tapones que hay en la avenida. Todo esto afecta a los residentes de la avenida José Garrido.

21. Nombre: José Luis Colon La Santa y Familia –Edad: 23 - **Numero de casa: 62 -** Daños Causados: Ruidos con equipo de música, Hollín, tapón en entrada y salida, gases de los camiones, no permiten un carro al frente de la propiedad porque la policía indica que afecta el transito que de por si es común.

Teléfono: 787-692-4251

11