**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE CAGUAS**
**SALON DE SESIONES 801**

| | |
|---|---|
| **NESTOR RIVERA COLÓN, Y OTROS**<br>**Parte Demandante**<br><br>**VS.**<br><br>**MUNICIPIO DE CAGUAS, Y OTROS**<br>**Parte Demandada** | CIVIL NUM.: EDP2017-0334<br><br><br><br>SOBRE: DAÑOS Y PERJUICIOS |

**SENTENCIA PARCIAL**

Se paralizan los procedimientos de este caso, en cuanto a la Autoridad de Carreteras respecta, hasta que otra cosa disponga la Corte de Quiebra.

REGISTRESE Y NOTIFIQUESE.

Dada en Caguas, Puerto Rico, a 2 de enero de 2018.

JULIO A. DIAZ VALDES
JUEZ SUPERIOR

Número Identificador
_____