**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE CAGUAS**
**SALON DE SESIONES 801**

| | |
|---|---|
| **NESTOR RIVERA COLON, Y OTROS**<br><br>Parte Demandante<br><br>Vs.<br><br>**MUNICIPIO AUTONOMO DE CAGUAS, Y OTROS**<br><br>Parte Demandada | **CIVIL NUM: EDP2017-0334**<br><br>**SOBRE: DAÑOS Y PERJUICIOS** |

### SENTENCIA PARCIAL ENMENDADA

En cuanto a la Autoridad de Carreteras respecta, se paralizan los procedimientos de este caso con relación a la causa de acción de daños y perjuicios. En cuanto a dicha parte proseguirán las reclamaciones de cese y desista y sentencia declaratoria.

**REGISTRESE Y NOTIFIQUESE.**

En Caguas, Puerto Rico, a 5 de marzo de 2018.

JULIO A. DIAZ VALDES<br>
JUEZ SUPERIOR