IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NESTOR RIVERA COLON, ET. ALS.<br><br>Plaintiffs<br><br>Vs.<br><br>ENG. MIGUEL A. TORRES DIAZ, ET. ALS.<br><br>Defendants | CASE NO. 15-CV-1048 (DRD)<br><br>CIVIL ACTION<br>CIVIL RIGHTS<br>JURY TRIAL REQUESTED |

SWORN STATEMENT

I, Néstor Francisco Rivera Colón, of legal age, single, retired and resident of Ave. José Garrido #17, Villa Blanca, Caguas, Puerto Rico, under oath:

1. That my name and personal circumstances are the above stated.

2. That the municipality of Caguas and the Department of Transportation of PR change the Safiro Street into Road 34 in other to use it at a state or National Road to connect with Luis Muñoz Marin Avenue.

3. That the Safiro Street has become a very busy road without the proper infrastructure of the place.

4. That the above situation has cause me physical illness because of the high traffic there is a lot of noise, danger, contamination of air, water and contamination of sewer.

5. That the sound and air contamination, the gas from the traffic has cause me high deep depression, high blood pressure, lock of sleep and anxiety.

1

6. The situation stated above does not let me enjoy may property with peace and tranquility.

That the above stated is the true but nothing that the true.

In Caguas, PR, February 5, 2015.

Nestor Francisco Rivera Colón

Affidavit Number: 9795 -

Sworn before me by Nestor Francisco Rivera Colón of the above stated circumstances and identify by PR driving license number 16007684.

In Caguas, PR at this 5th day of February 2015.

NOTARY PUBLIC



2