UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NESTOR RIVERA COLON,<br><br>    Plaintiff(s),<br><br>MIGUEL A. TORRES DIAZ; WILLIAM MIRANDA TORRES; HIGHWAY AND TRANSPORTATION AUTHORITY OF PUERTO RICO; MUNICIPALITY OF CAGUAS; PUERTO RICO DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS, LOCAL QUALITY ENVIRONMENTAL BOARD; JUSTICE DEPARTMENT OF PUERTO RICO; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES DISTRICT ATTORNEY OF PUERTO RICO,<br><br>    Defendant(s). | Civil No. 15-1048 (DRD) |

## JUDGMENT

For the reasons set forth in the *Opinion and Order* of even date, Docket No. 60, this case is dismissed without prejudice.

This case is now closed for all administrative and statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 31st day of March, 2016.

                                                                             s/Daniel R. Domínguez
                                                                             DANIEL R. DOMINGUEZ
                                                                             United States District Judge