#32

**Listado demandantes**

David Ramos #19 casa Carlos Alberto Ramirez Nora

1-Néstor Rivera Colón y Familia

2-Ramón Martínez Merced y Familia

3-Gladys Guzmán Torres y Familia

4-Orlando Laguer Almodóvar y Familia

5-Domingo Santiago y Familia

6-Héctor Santiago y Familia

7-Félix Cordero Mercado y Familia

8-Justo M. Rivas Martínez y Familia

9-Matilde Irizarry y Familia

10-David Vázquez Caraballo y Familia

11-Pedro Cruz y Familia

12-Margarita Torres Rodríguez y Familia

13-Xavier Calderón Martínez y Familia

14-Delvin Roldan Rodríguez y Familia

15-Gabriel Díaz y Familia

16-Miguel A Falcón y Familia

17-María S. Díaz Dávila y Familia

18-Jorge Sánchez y Familia

19-Jonás Droz y Familia

20-Víctor Lanza Rivera y Familia

21-José Luis Colon La Santa y Familia

1. Néstor Rivera Colón
2. David Ramos
3. Carlos
4. Ramón Martínez Merced
5. Gladys Guzmán Torres
6. Orlando Laguer Almodóvar
7. Domingo Santiago
8. Héctor Santiago
9. Félix Cordero Mercado
10. Justo M. Rivas Martínez
11. Matilde Irizarry
12. David Vázquez Caraballo
13. Pedro Cruz
14. Margarita Torres Rodríguez
15. Xavier Calderón Morales
16. Delvin Roldán Rodríguez
17. Gabriel Díaz
18. Miguel A Falcón
19. María S. Díaz Dávila
20. Jorge Sánchez
21. Jonas Droz
22. Víctor Lanza Rivera
23. José Luis Colón La Santa

## Listado demandantes

1-Néstor Rivera Colón y Familia

2-Ramón Martínez Merced y Familia

3-Gladys Guzmán Torres y Familia

4-Orlando Laguer Almodóvar y Familia

5-Domingo Santiago y Familia

6-Héctor Santiago y Familia

7-Félix Cordero Mercado y Familia

8-Justo M. Rivas Martínez y Familia

9-Matilde Irizarry y Familia

10-David Vázquez Caraballo y Familia

11-Pedro Cruz y Familia

12-Margarita Torres Rodríguez y Familia

13-Xavier Calderón Martínez y Familia

14-Delvin Roldan Rodríguez y Familia

15-Gabriel Díaz y Familia

16-Miguel A Falcón y Familia

17-María S. Díaz Dávila y Familia

18-Jorge Sánchez y Familia

19-Jonás Droz y Familia

20-Víctor Lanza Rivera y Familia

21-José Luis Colon La Santa y Familia