

ESTADO LIBRE ASOCIADO DE PUERTO RICO
ADMINISTRACION MUNICIPAL DE CAGUAS

# CERTIFICACIÓN

Certificamos que hemos verificado nuestros archivos y hasta el presente no existe expediente alguno localizado en la Urb. Villa Blanca Calle Zafiro Ave. José Garrido en Caguas.

Cualquier información adicional favor de comunicarse a nuestra Oficina de Permisos al (787) 653-8833, extensiones 2300, 2316.

Dado hoy 16 de agosto de 2012 en Caguas, Puerto Rico.

*Elida A. Palacios Velázquez*
Elida A. Palacios Velázquez
Ejecutivo II
Oficina de Permisos