

LEGISLATURA MUNICIPAL Caguas

## SOLICITUD SERVICIOS LEGISLATIVOS

| NOMBRE | APELLIDO PATERNO | APELLIDO MATERNO |
|---|---|---|
| Néstor | Rivera | Calvo |

**DIRECCIÓN FÍSICA:** Calle Sfero #19, Urb. Villa Blanca

**DIRECCIÓN POSTAL:**

**NÚMERO TELÉFONO MÓVIL:** 787-602-8358

**NÚMERO TELÉFONO RESIDENCIAL:**

**CORREO ELECTRÓNICO:** N/A

### RECURSO DE LA LEGISLATURA MUNICIPAL QUE ATIENDE EL CIUDADANO

NOMBRE: [signature]

FECHA: 15-nov-2021

### ASUNTO:

### RELATO

Tráfico en la carretera antes mencionada. Los gases de los vehículos y la alta contaminación de los automóviles, imposibilitan el diario vivir. No pueden respirar por los gases. Los residentes se mantienen "asfixiados" por tener que cerrar todas las ventanas. La ley 2005 de Planificación indica que a 50 metros de distancia no puede haber un alto →



## CONTINUACIÓN RELATO

tráfico vehicular por las emanaciones de gases. Logró un estudio de zonometro del MAC, para medir el ruido y no cumplió con lo establecido por calidad ambiental. Esto quedó en nada. El caballero había hecho esta solicitud en la Legislatura el pasado año y hasta el día de hoy, no ha recibido comunicación. Esto es una emergencia. Solicita una reunión urgente. Es una violación de derechos constitucionales.

_____  Nov/15/2021
Firma del Solicitante          Fecha

### COMENTARIO RECURSO A CARGO DE ATENDER LA SOLICITUD:

### PARA SER COMPLETADO POR LA OFICINA DEL SECRETARIO

**REFERIDO**

☐ Comisión _____     ☐ Rama Ejecutiva

COMPROMISO ÉTICO DE FIDUCIA   DILIGENCIA LEALTAD