ESTADO LIBRE ASOCIADO DE PUERTO RICO
**Oficina del Gobernador**
**Junta de Calidad Ambiental**
*35 Años de Gestión Ambiental*

Lcdo. Carlos W. López Freytes
Director Ejecutivo

DADA: 0985-07

4 de mayo de 2007

Ing. Irma M. García
Área Programación y Estudios Especiales
Dpto. Transportación y Obras Públicas
Autoridad de Carreteras y Transportación
PO Box 42007
San Juan, Puerto Rico 00940-2007

Estimada ingeniera García:

DN 89-1453 (AC)
AC-019604 (Fase V)
Extensión Ave. Zafiro (PR-156 hasta PR-1)
Caguas, Puerto Rico

La Junta de Calidad Ambiental evaluó la petición en su comunicación radicada en esta Junta el 12 de abril de 2007, relacionada al proyecto mencionado en referencia. La acción propuesta consiste en continuar con la construcción de la Fase V de la extensión de la Avenida Zafiro, la cual se encuentra en su fase final de diseño, que comprende el tramo desde la PR-156 hasta la PR-1 en el municipio de Caguas. Hasta el presente se encuentran construidas y en operación las fases I, II, III y IV, que comprenden el tramo desde la PR-156 hasta la intersección con la PR-52, quedando pendiente la Fase V del proyecto propuesto.

Esta Junta determinó mediante la comunicación emitida el 29 de marzo de 1990 (y la recertificación emitida el 15 de mayo de 2002 para la fase III), que su instrumentalidad cumplió con la gestión de evaluar el posible impacto ambiental de la acción propuesta, de acuerdo con el Artículo 4(C) de la Ley sobre Política Pública Ambiental vigente en ese momento. Además, la parte proponente certifica que las condiciones existentes al momento de someter el documento ambiental original en el año 1989, se mantienen inalteradas.

5/8/2007

Ave. Ponce de León 1308, PR-8838, Sector El Cinco, Río Piedras Tel. (787) 767-8181 Fax (787) 767-4861
Apartado 11488, Santurce, Puerto Rico 00910

*Ing. Irma M. García*
*DN 89-1453 (ARPE)*
*4 de mayo de 2007*

2

El Reglamento de la Junta de Calidad Ambiental para el Proceso de Presentación, Evaluación y Trámite de Documentos Ambientales establece en la Regla 225, Inciso A, que las evaluaciones ambientales que terminen en una DIA Negativa (DN) y que hayan cumplido con el proceso de evaluación, tendrán una vigencia de cinco (5) años a partir del momento en que la Junta emita sus comentarios de cumplimiento con el Artículo 4-C (4-B3, según la Ley Núm 416) y hasta que se comience o realice la acción propuesta, siempre y cuando no se incorporen cambios significativos al proyecto propuesto.

Esta Junta, amparada en la regla mencionada, entiende que con su solicitud se reabrió el proceso nuevamente y luego de la evaluación correspondiente concluimos que se cumplió con el Artículo 4-B(3) de la Ley de Política Pública Ambiental, Ley Número 416 del 22 de septiembre de 2004. Por lo que nos reafirmamos en las recomendaciones señaladas en la comunicación emitida el 29 de marzo de 1990, mencionadas a continuación, las cuales continúan vigentes y aplicables:

1. Previo a dar comienzo a la construcción o efectuar algún movimiento de tierra, se debe obtener el Permiso General que establece el Reglamento para el Trámite de los Permisos Generales de esta Junta, que incluye lo siguiente:

    a. Permiso de Actividad Generadora de Desperdicios Sólidos No Peligrosos (Permiso DS-3).
    b. Permiso para el Control de la Erosión y Prevención de la Sedimentación (Permiso CES), si el volumen del movimiento de tierra es mayor de 40 metros$^3$ o se realiza en un área mayor de 900 metros$^2$.
    c. Permiso para Operar una Fuente de Emisión (Permiso PFE), para el control del polvo fugitivo.

2. Deberán tomar las medidas necesarias para evitar que residuos de sustancias orgánicas e inorgánicas tales como aceites, combustibles u otras sustancias químicas, puedan ser arrastradas por la escorrentía y ganen acceso a un cuerpo de agua o al sistema pluvial.

3. Mantener las vías públicas y alrededores del proyecto libres de acumulación de escombros y desechos de construcción. Los mismos deberán manejarse y disponerse de acuerdo a la reglamentación vigente.

4. Durante la fase de construcción del proyecto, deberán cumplir con el Reglamento para el Control de la Contaminación por Ruido, en cuanto al nivel de sonido máximo permitido y construir la barrera de sonido según propuesta

DADA: 0985-07

5/8/2007

*Ing. Irma M. García*
*DN 89-1453 (ARPE)*   3
*4 de mayo de 2007*

---

en el documento ambiental, para garantizar la tranquilidad y bienestar general de los residentes en las áreas adyacentes.

5. La construcción de la barrera de sonido según propuesta, deberá considerar las mejores prácticas de ingeniería de manera tal, que se asegure una buena disposición de la escorrentía para evitar la erosion e inundaciones locales y mantener la estabilidad estructural de la misma. Esto es así para evitar efectos detrimentales sobre las propiedades adyacentes al proyecto.

6. Si durante el desarrollo del proyecto se encuentran depósitos arqueológicos, los mismos deberán ser informados inmediatamente al Instituto de Cultura Puertorriqueña. Si para este proyecto se utilizan fondos federales, deberán informar también a la Oficina de Preservación Histórica Estatal.

Agradecemos su cooperación por mantener y conservar la calidad de nuestro ambiente.

Cordialmente,

[signature]

Lcdo. Carlos W. López Freytes
Director Ejecutivo
Junta de Calidad Ambiental

ODM/

5/8/2007

DADA: 0985-07

Estado Libre Asociado De Puerto Rico / Oficina Del Gobernador
JUNTA DE PLANIFICACION
AREA DE SUBPROGRAMA DE TRAFICO

## SISTEMA SEGUIMIENTO DE DOCUMENTOS

Código: DN89-1453 ACT/    Nombre: CONSTRUCCION EXTENSION AVENIDA ZAFIRO

Agencia proponente: AC-000030-000035

Ubicación: RR-156 HASTA PR-1, CAGUAS

Pueblo: CAGUAS

Director Responsable: LUCINIA GHIGLIOTTY
Recibido:    08/03/00
Info. adicional:    / /

Técnico a cargo: 26

COMENTARIOS:

04/25/2002 LLEGO DOC. AMBIENTAL.
SE PASO A TEO LLEGO INF. ADC. 27-3-07 REF/ A TEO REF. A ONEIDA DELGADO 4/24/2007,
02/06/2008 - Carta de Carreteras del señor Luis A. Rivera Rosario notificando comienzo de construcción y notificando para sacar permisos (AC-019604)
COMENTARIO ACT 02/15/2008

15 MAY 04 9:30

Comentarios transcribir: 05/15/02
Firma director:  / /    Lucinia Ghigliotty
Firma presidente: 05/07/07
Despacho: 05/08/07

Página 1

03/28/12