

Entrada a la Urbanización Villa Blanca en Caguas Expreso José Garrido por dentro de la Urbanización Villa Blanca de Caguas



Intersección con la Autopista Número 1 de Ponce a San Juan



Desde Expreso #1 a Entrada a la Calle Zafiro convertida en Expreso 34 de la Urbanización Villa Blanca



Al Norte hacia San Juan, al Oeste hacia Aguas Buenas y al Este por la Urbanización
Villa Blanca hacia la Avenida Luis Muñoz Marín o Carretera Núm. 32







Asilo de Ancianos Saint Jude en la Calle Amatista y Zafiro convertida en Avenida José Garrido



Calle Zafiro Convertida en Avenida Garrido.    Calle Zafiro esq. Rubí.







Intersección Calle Diamante y Zafiro.











# Y Otras Cien Fotografías más.

**f/FRANCISCO R. GONZÁLEZ-COLÓN**
TSPR Núm. 3503
BUFETE FRANCISCO R. GONZÁLEZ
1519 Ponce de León,  First Federal Bldg, Suite 805
San Juan, Puerto Rico, 00909
bufetefrgonzalez@gmail.com
Tel. 787-723-3222, Fax 787-919-0156 Cel-787-378-1487