Case:17-03283-LTS Doc#:24035-27 Filed:04/19/23 Entered:04/19/23 22:37:35 Desc:
Exhibit Page 1 of 5



**GOBIERNO DE PUERTO RICO**
**OFICINA DEL GOBERNADOR**
**JUNTA DE CALIDAD AMBIENTAL**

Área Control de Ruidos y Querellas Ambientales

21 de febrero de 2012

Sra Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación
Municipio Autónomo de Caguas
Box 907
Caguas PR 0076-0907

Estimada señora Velázquez:

**ESTUDIO RUIDO AMBIENTAL**
**CALLE SAFIRO**
**URB. VILLA BLANCA**
**CAGUAS, PR**

Reciba un saludo cordial. El 8 de febrero de 2012, el personal de la División de Cumplimiento y Estudio del Área de Control de Ruido y Oficina de Querellas, instaló en la residencia del Sr. Néstor Rivera Colón, calle Zafiro, Urb. Villa Blanca en Caguas un equipo sonométrico en respuesta a la solicitud de realizar un estudio de niveles de sonido, para analizar los niveles de sonido producto del tráfico vehicular.

Durante la parte investigativa e instalación del equipo estuvo presente la Srta. Anilda Fernández, Planificadora de la Unidad de Información Geográfica y Estadística Vitales del Municipio de Caguas, como parte de este estudio se entrevistaron a los vecinos de calle Zafiro y Sr. Rivera Colón. Según fuera informado por los residentes del área y del señor Rivera la problemática de ruido (tránsito vehicular) comenzó cuando se conectó la Carr. 196 (Ave. Garrido) con la Carr. 1 y se amplió la calle Zafiro hasta la intersección de la calle Rubí.

MUNICIPIO AUTONOMO DE CAGUAS
OFICINA DE PLANIFICACION

FEB 2 7 2012

# Control 366606

Edificio Agencias Ambientales Cruz A. Matos
Ave. Ponce de León 1375, San Juan, PR 00926-2604
Apartado 11488, Santurce, PR 00910
Tel. 787-767-8181 Fax 787-756-5831

Estudio de Ruido Ambiental
Calle Zafiro
Urb. Villa Blanca
Página 2

En la inspección realizada por nuestro personal se pudo constatar que la calle Zafiro es utilizada como una Vía principal con un alto flujo vehicular y la existencia de rotulación de no vehículos pesados. Luego del análisis del estudio de ruido ambiental podemos indicar que los niveles de sonido que se generan sobrepasan los 67 db(A) en el período nocturno (11:00pm) con un LAeq de 83.2 dB(A) establecido en la Regla 31 Criterios para la toma de mediciones en el Reglamento Para el Control de la Contaminación por Ruido.

En adición a esto podemos mencionar que durante la evaluación de los niveles de sonido generados en la calle Zafiro, el personal técnico observo que existen varias rejillas pluviales que cruzan la calle, esto trae como consecuencia que aquellos vehículos que no reduzcan la velocidad al pasar impactan la rejilla aumenta el nivel de sonido. La residencia del señor Rivera colinda con una rejilla pluvial (ver foto). Los conductores que transitan dicha vía no les permiten a los residentes la entrada y salida a sus hogares.



Residencia Sr. Rivera

Rejilla pluvial

Calle Zafiro

Las sugerencias del Área Control de Ruido para que se pueda aminorar el problema de ruido el área afectada son las siguientes:

    a. El implantar un código de orden público para la implantación de la rotulación de prohibición de vehículos pesados ya existente.
    b. El colocar reductores de velocidad tipo paseo peatonal como los utilizados en el área de Isla Verde.
    c. La posibilidad de colocar un control de acceso (el cual funcione entre las 6:00pm y las 6:00am, esto a discreción de los residentes) en la calle Zafiro intersección con la carretera número 1 y otro en la calle intercepción con la Ave. Luis Muñoz Marín.

Estudio de Ruido Ambiental
Calle Zafiro
Urb. Villa Blanca
Página 3

    d. Realizar una encuesta entre los residentes de la Urb. Villa Blanca para verificar si están de acuerdo con el establecimiento de este control de acceso y si el mismo es costo efectivo para el municipio.

    e. Consultar o contratar los servicios de un consultor de acústica para que éste evalúe la mejor alternativa para una posible solución del problema de ruido que tiene la comunidad Villa Blanca.

Adjunto gráficas de los resultados obtenidos en un período de 24 horas.

Gracias anticipadas por la ayuda brindada en la solución de los problemas ambientales que afectan nuestro ambiente. De solicitar información adicional, puede comunicarse a los teléfonos (787)767-8181 ext. 3203 y 3204.

Cordialmente,

María de los Ángeles Ortiz
Gerente
Área Control de Ruido
y Querellas Ambientales



| Tiempo | LAeq | LAF10.0 | LAF90 | Nivel Reglamento |
|---|---|---|---|---|
| 7:00 am | 61.3 | 64.1 | 46.1 | 67 |
| 8:00am | 66.4 | 64.1 | 45.4 | 67 |
| 9:00 am | 62.4 | 65.1 | 47.1 | 67 |
| 10:00 am | 63.1 | 66.5 | 47.8 | 67 |
| 11:00 am | 63.5 | 66.5 | 47.9 | 67 |
| 12:00 m | 62.1 | 65 | 48.7 | 67 |
| 1:00 pm | 63.3 | 65.1 | 48.9 | 67 |
| 2:00 pm | 63.3 | 65.8 | 50.4 | 67 |
| 3:00 pm | 64.8 | 66.1 | 50.9 | 67 |
| 4:00 pm | 62.4 | 65 | 50.9 | 67 |
| 5:00 pm | 62.3 | 65.1 | 51.4 | 67 |
| 6:00 pm | 62.8 | 64.8 | 51.6 | 67 |
| 7:00 pm | 62 | 64.3 | 53.5 | 67 |
| 8:00 pm | 63.1 | 63.6 | 52.6 | 67 |
| 9:00 pm | 83.2 | 64.1 | 49.9 | 67 |
| 10:00 pm | 57 | 59.8 | 47.3 | 67 |
| 11:00 pm | 52.6 | 53.6 | 45 | 67 |
| 12:00pm | 57 | 53.4 | 44.9 | 67 |
| 1:00 am | 48.5 | 47.4 | 44.8 | 67 |
| 2:00 am | 63.4 | 46.2 | 44.8 | 67 |
| 3:00 am | 47.4 | 45 | 44.8 | 67 |
| 4:00 am | 51.7 | 45 | 44.8 | 67 |
| 5:00 am | 57.8 | 53 | 44.8 | 67 |
| 6:00 am | 62.7 | 63.5 | 44.9 | 67 |