

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTONOMO DE CAGUAS

Oficina de Permisos

MAR 20 2012

17 de marzo de 2012

SR. NESTOR F. RIVERA COLON
VILLA BLANCA # 17 CALLE ZAFIRO
CAGUAS PR, 00725

Estimado Sr Rivera:

**CASO: 12QXP-N0146-00261–QUERELLA POR CARRETERA–VILLA BLANCA AVE. GARRIDO ( CALLE ZAFIRO) EN CAGUAS**

Relacionado a su solicitud de Querella que corresponde al caso de referencia, le informamos que la misma ha sido elevada a la consideración de la Oficina de Inspector General de Permisos en San Juan. Dicha agencia ha retenido la facultad de evaluarla, según el Convenio de Transferencia de Facultades, firmado el 6 de junio de 2004.

Agradeceremos que para más información se comunique con la Ing. Marimir Alicea al (787) 744-8833 extensiones 2318 ó 2319.

Cordialmente,

Ing. Milagros Calixto Vega
Directora

MAT/ bgb

Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 744-8833  Fax (787) 286-2525