**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**MUNICIPIO AUTÓNOMO DE CAGUAS**

William E. Miranda Torres
Alcalde

COPY

24 de octubre de 2011

RECEIVED
JAN 17 2012
Area Control
de Ruido

Lcdo. Pedro J. Nieves Miranda
Presidente
Junta de Calidad Ambiental
PO Box 114888
San Juan, Puerto Rico 00910

Estimado Nieves Miranda:

**SOLICITUD DE ESTUDIO DE RUIDO EN LA CALLE ZAFIRO, URBANIZACIÓN VILLA BLANCA**

Nuestra oficina, se encuentra atendiendo una solicitud de servicio del señor Néstor Rivera Colón relacionado al ruido que proviene del tráfico vehicular de la calle Zafiro o conocida como la Ave. Garrido. La propiedad del señor Rivera ubica en la Urb. Villa Blanca en la Calle Zafiro número 17.

Como parte de nuestro esfuerzo para atender la solicitud, le solicitamos al Departamento de Obras Públicas Municipal una Certificación de Camino de la Calle Zafiro. El 26 de septiembre de 2011, emiten certificación indicando que la calle Zafiro es municipal, donde la vía es de uso público y está bajo el control, custodia y mantenimiento de la División de Conservación de Vías del Departamento de Obras Públicas Municipal.

El 13 de octubre de 2011 se realizó una inspección de campo para observar el tránsito vehicular e inventariar los usos de las parcelas que circunscribe la calle Zafiro en Villa Blanca. De la visita, se logró un mapa donde se clasificaron las parcelas en residencial, comercial, mixto, dotacional y desocupada. Aunque predomina el uso residencial, en la entrada y salida de la calle predominan los usos comerciales y mixtos.

Referente al tránsito vehicular, las residencias están siendo impactadas por altos niveles de sonido proveniente de vehículos de motor y vehículos pesados. Por años, la calle Zafiro ha sido utilizada como un tipo de conector entre la PR-1 y la Ave. Luis Muñoz Marín; lo que ha incrementado el tránsito vehicular del área. La calle tiene rotulación de prohibición de vehículos pesados.



CAGUAS

Box 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 746-6562

E-mail: william.miranda@caguas.gov.pr
http://www.caguas.gov.pr

Ldo. Pedro J. Nieves Miranda
Página 2
24 de octubre de 2011

Por lo que, le solicitamos a la agencia que usted dirige, un estudio de 24 horas para conocer la intensidad del sonido del predio. También, nos gustaría que nos ofrezcan recomendaciones que se le pueda presentar al ciudadano y residentes de la comunidad. Además, de posibles alternativas para el Municipio.

Incluimos el mapa de ubicación, mapa de uso de parcela producto de la inspección de campo, certificación de camino solicitada al Departamento de Obras Públicas de nuestro Municipio y fotos tomadas de la rotulación sobre la prohibición de vehículos pesados. La persona contacto es el Sr. Néstor Rivera Colón y se pueden comunicar al teléfono 787-743-4270.

Agradeceremos su cooperación y atención a este asunto. Si necesitan alguna información adicional, puede hacerlo a través de la Planificadora Carmen M. Díaz Borrás, Directora Auxiliar de la Unidad de Información Geográfica y Estadística Vitales al 787-744-8833, extensión 2542 y su dirección electrónica: cdiaz@caguas.gov.pr.

Cordialmente,

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación

AFV/gsh

Anejos

C: Sr. Néstor Rivera Colón
    Quereilante

I:\Administrativo\Cartas_Memos\JuntaCalidadAmbiental\Carta_Rudio_querella_VillaBlanca_JCA.doc



Box 907, Caguas, P.R. 00726-0907
Phone (787) 653-8833 Fax (787) 746-6562

CAGUAS

E-mail: william.miranda@caguas.gov.pr
http://www.caguas.gov.pr



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**MUNICIPIO AUTÓNOMO DE CAGUAS**

William E. Miranda Torres
Alcalde

16 de septiembre de 2011

Ing. Denisse Rosario Pérez
Directora
Departamento de Obras Públicas Municipal

### CERTIFICACION DE CALLE MUNICIPAL

Recibimos una solicitud de servicio del Sr. Néstor Rivera, la cual fue referida por la Oficina del Alcalde. Para la misma, necesitamos una certificación de que la Calle Zafiro en la Urb. Villa Blanca es municipal.

Agradeceremos su pronta atención a este asunto. De necesitar información adicional, puede comunicarse con la Plan. Carmen M. Díaz Borrás a la extensión 2545 ó 2500.

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación

SMVR\CMDB\gsh

\\mcopsql\Direccion\Administracion General\Formas\cetificacion calle munc.docx



Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 743-8304

E-mail: william.miranda@caguas.gov.pr
http://www.caguas.gov.pr