ESTADO LIBRE ASOCIADO DE PUERTO RICO



**AUTORIDAD DE CARRETERAS Y TRANSPORTACION**

19 de agosto de 2011

Sr. Luis F. Colón Morales
Director
Oficina Servicios al Ciudadano
ACT/DTOP

Marco A. Torres Rosario, PE
Director
Área de Construcción

**OFICINA PROCURADOR AL CIUDADANO**
**NÉSTOR RIVERA COLÓN**
**(CAG-11-02469-170)**

El Área de Construcción de la Autoridad de Carreteras y Transportación recibió su correspondencia del 29 de julio de 2011. En la misma acompaña comunicación de la Oficina del Procurador del Ciudadano, relacionada a la reclamación de referencia.

En atención a su solicitud, el 11 de agosto de 2011, referimos el caso al Ing. Luis F. Cruz Rosa, Director, Oficina Regional Este, para que realizara la correspondiente investigación. Por lo tanto, le acompaño comunicación del 15 de agosto de 2011, suscrita por el Ing. Samuel Corchado Rodríguez, Administrador de Proyecto, Oficina Regional Este, relacionada con el asunto de referencia.

De necesitar información adicional, favor de comunicarse con el ingeniero Corchado Rodríguez al teléfono (787) 850-7051 ó 285-7110.

6501/MATR/abt

Anejo

cc: Ing. Luis F. Cruz Rosa, Director, Oficina Región Este