

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**MUNICIPIO AUTÓNOMO DE CAGUAS**

William E. Miranda Torres
Alcalde

COPY

16 de septiembre de 2011

Ing. Denisse Rosario Pérez
Directora
Departamento de Obras Públicas Municipal

## CERTIFICACION DE CALLE MUNICIPAL

Recibimos una solicitud de servicio del Sr. Néstor Rivera, la cual fue referida por la Oficina del Alcalde.  Para la misma, necesitamos una certificación de que la Calle Zafiro en la Urb. Villa Blanca es municipal.

Agradeceremos su pronta atención a este asunto.   De necesitar información adicional, puede comunicarse con la Plan. Carmen M. Díaz Borrás a la extensión 2545 ó 2500.

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación

SMVR\CMDB\gsh

\\mcopsql\Direccion\Administracion General\Formas\cetificacion calle munc.docx



Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 743-8304

E-mail: william.miranda@caguas.gov.pr
http://www.caguas.gov.pr