

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTÓNOMO DE CAGUAS

Hon. William E. Miranda Torres
Alcalde

26 de septiembre de 2011

Plan. Sandra Velázquez Rivera
Directora
Oficina de Planificación
Municipio de Caguas

CERTIFICACION DE CAMINO DEL SR. NESTOR RIVERA

Recibimos una comunicación en la cual usted nos solicita la certificación de un camino que está ubicado en la **Calle Zafiro, conocida como la Ave. José Garrido,** en el Municipio Autónomo de Caguas. La vía es de uso público y está bajo el control, custodia y mantenimiento de la División de Conservación de Vías del Departamento de Obras Públicas Municipal. ↳ Juanita Alcantara

Para información adicional, puede comunicarse con la Ing. Aida Pagán al teléfono (787) 653-5400 extensión 3287 ó 3283.

Atentamente,

Ing. Denise Rosario Pérez
Directora
Departamento de Obras Públicas

DRosario@caguas.gov.p.r.
EXT 3325.

Sec. Juan Alicea. EX 3291
Infra Estructura Ornato y Conservacion.
Juan.Alicea@caguas.gov.pr

MUNICIPIO AUTONOMO DE CAGUAS
OFICINA DE PLANIFICACION
OCT 3 - 2011
# Control 26020


CAGUAS

Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 258-6482

E-mail: wmiranda@caguas.gov.pr
http//www.caguas.gov.pr

11 ene 2012