# Cuestionan declaración de zonas inundables

**Por:** Noticel

**Publicado:** Apr 22, 2011 12:56 PM



Los residentes de algunas comunidades afectadas por la declaración de zona inundable señalan que los planos que maneja FEMA no son totalmente correctos.
Foto:

Los residentes de diez comunidades de Caguas lamentaron esta semana que sus casas hayan reducido su valor en el mercado un 35 por ciento y enfrenten otros problemas debido a que una determinación de FEMA y la Junta de Planificación declara las áreas donde están ubicadas como 'zonas inundables'. Los vecinos señalan irregularidades en los mapas de FEMA.

La Asociación Recreativa de Residentes de Santa Elvira denunció que las urbanizaciones incluidas en la determinación son Villa Guadalupe, Caribe Gardens, Caguax, Santa Elvira, Santa Cecilia, Terralinda, Villa María, Villa Victoria, Villa Blanca y Urb. Residencial Bairoa.

El efecto inmediato de dicha determinación, según publica