GOBIERNO DE PUERTO RICO
OFICINA DEL GOBERNADOR
JUNTA DE CALIDAD AMBIENTAL

Área Control de Ruidos y Querellas Ambientales

28 de marzo de 2012

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación
Municipio Autónomo de Caguas
Box 907
Caguas PR 0076-0907

**ESTUDIO RUIDO AMBIENTAL
CALLE SAFIRO
URB. VILLA BLANCA
CAGUAS, PR**

Estimada señora Velázquez:

El 27 de marzo de 2012, se recibió un comunicado del Hon. William E. Miranda Torres, Alcalde del Municipio de Caguas, donde nos solicita un estudio que comprenda sietes (7) días para conocer la intensidad del sonido del predio y la exposición que tienen los ciudadanos en la calle Zafiro en dicho municipio.

Como se menciona en la carta el 8 de febrero de 2012, el personal de la División de Cumplimiento y Estudio del Área de Control de Ruido y Oficina de Querellas, instaló en la residencia del Sr. Néstor Rivera Colón, Calle Zafiro, Urb. Villa Blanca en Caguas un equipo sonométrico en respuesta a la solicitud de realizar un estudio de niveles de sonido, para analizar los niveles de sonido producto del tráfico vehicular.

De los resultados reflejados del estudio realizado se hicieron unas sugerencias para que se tomen las medidas correspondientes para minimizar la problemática planteada por la parte querellante, una vez atendidas estas sugerencias, se pueden comunicar con nosotros para realizar un estudio, este no sería por siete (7) días como lo solicitan. Podemos realizar un estudio de acuerdo a las medidas de mitigación que tomaron para minimizar el ruido en la Calle Zafiro.

Edificio Agencias Ambientales Cruz A. Matos
Ave. Ponce de León 1375, San Juan, PR 00926-2604
Apartado 11488, Santurce, PR 00910
Tel. 787-767-8181  Fax 787-756-5831

Estudio de Ruido Ambiental
Calle Zafiro
Urb. Villa Blanca
Página 2

Gracias anticipadas por la ayuda brindada en la solución de los problemas ambientales que afectan nuestro ambiente. De solicitar información adicional, puede comunicarse a los teléfonos (787)767-8181 ext. 3203 y 3204.

Cordialmente,

María de los Ángeles Ortíz
Gerente
Área Control de Ruido
y Querellas Ambientales