ING SAUL RAMOS (Corea Regional del DTOP)
Tel-787-412-5227
721-8787 Ext. 2814 (2829).

SAMUEL Forestier
Dir. Ing. DTOP (ACT)
Tel 721-8787
Ext. 2829

Nestor Rivera
743-4270
220-2183
787-645-9025

Sec. Aide 05-27-14 9:45
2829 (1270)
AA

DTOP-270
REV. 6/95

**DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS**

OFICINA REGIONAL __Humacao__

Sra. Desante

NOTIFICACION DE QUERELLA

Fecha __15 de mayo de 2012__  Hora __11:58__  Número de Querella __338__

Querellante __Nestor Rivera Colón__  Recibida por __CE__

Dirección __Urb. Villa Blanca Calle #17 Calle Zafiro__

Carretera __Caguas P.R.__  Kilómetro _____  Barrio _____

Sector _____  00725  Municipio _____

Cerca de __Caguas__

QUERELLA __El cierre de la entrada y salida original de la Urb. por la calle Acerina para la apertura de la marginal dando acceso al proyecto Que. José Garrido por la calle Zafiro y el alto flujo vehicular y sus consecuencias. Esto tan sólo a 18 pies de nuestras residencias, limitando el disfrute de__

Referido a _____  Fecha _____

ACCION TOMADA O REALIZADA

__nuestras residencias y afectando nuestra salud y tranquilidad por la contaminación de los vehículos y el ruido que no nos deja dormir ni vivir en paz. Estos trabajos lo realizó el Ing. Conchado Rodríguez__

16 MAY AM 9:30  FECHA            FIRMA DEL SUPERVISOR

21 NOV AM 9:13

Favor de devolver contestada en o antes de _____



Junta de Planificación
Jazmín Rivera Tirado
8/3/17
1:59 pm