**OIGPE** | GOBIERNO DE PUERTO RICO
Oficina del Inspector General de Permisos

## Notificación de Archivo de Querella

10 de mayo de 2012

**Sr. Néstor F. Rivera Colón**
**Villa Blanca**
**Zafiro #17**
**Caguas, P.R. 00725**

Estimado señor Rivera Colón:

**Asunto: 2011-QMA-00017**

El Municipio Autónomo de Caguas, ha elevado ante nuestra atención la querella en referencia. La misma consiste en la construcción de un conector del Proyecto de la Avenida José Garrido con la calle Zafiro. La problemática presentada por usted, está relacionada al problema de ruidos (contaminación sónica) que existe, como consecuencia de haber eliminado la marginal y el uso de esta vía como avenida principal.

Sobre este particular deseamos informarle que la Oficina del Inspector General de Permisos ha realizado un análisis de los documentos presentados en su querella y del asunto en controversia. Sin embargo, nuestra oficina carece de jurisdicción para este tipo de asunto, ya que al tratarse de una controversia por ruidos, la agencia con jurisdicción principal lo es la Junta de Calidad Ambiental.

En el caso que nos ocupa, el propio Municipio en conjunto con el Departamento de Obras Públicas (DTOP), son las entidades responsables de obtener y emitir los correspondientes permisos para las vías públicas.

Aún así, existe una comunicación de la Junta de Calidad Ambiental, con fecha del 21 de febrero de 2012, donde ofrece una serie de recomendaciones y medidas al Municipio Autónomo de Caguas con el fin de minimizar el problema de ruido que pueda estar generando el ensanchamiento de la referida vía (Calle Zafiro).

Considerando lo antes mencionado y que la situación planteada por usted en la solicitud de investigación de querella, no es parte de nuestra jurisdicción primaria, la  Oficina de OIGPe determinó el **ARCHIVO SIN PERJUICIO** de este caso para toda acción administrativa y/o legal en nuestra agencia.

De tener cualquier duda o pregunta adicional sobre este asunto, puede comunicarse con uno de nuestros representantes de servicio al cliente a través de: Teléfono: 1-855-PERMISO (737-6476), Portal: www. sip.pr.gov

**Firma y Sello**

Axel M. Pérez Rodríguez
Director Secretaría y
Servicio al Cliente



Centro Gubernamental Roberto Sánchez Vilella Ave De Diego, Edificio Norte, Santurce
P O Box 41266 San Juan, Puerto Rico 00940-1266