

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
Regional de Humacao

16 de mayo de 2012

Sr. Néstor Rivera Colón
Urb. Villa Blanca
Calle #17 Calle Zafiro
Caguas, PR 00725

**QUERELLA CALLE JOSE GARRIDO, CAGUAS**

Señor Rivera Colón:

Luego que personal técnico de nuestra Oficina Regional visitara y evaluara los documentos sometidos, le indicamos que la Carretera PR-196 comienza en la Carretera PR-1 y termina en la Carretera PR-156 en dirección OESTE, el tramo que discurre desde la Carretera PR-1 hacia la Carretera PR-32 en dirección NORESTE, no se encuentra bajo jurisdicción, control y mantenimiento de nuestra Oficina Regional de Humacao.

No obstante, hemos referido dicha querella a la Autoridad de Carreteras y Transportación, Regional Este, para la evaluación correspondiente, ya que tenemos conocimiento que a pesar de que es una carretera municipal el Ing. Samuel Corchado Rodríguez, realizó unos trabajos en la misma.

Cordialmente,

Woldetrudis Cruz Torres, PE
Director
Oficina Regional de Humacao

560-WCT-wirs

Apartado 757, Humacao, Puerto Rico 00792 . Tel. (787) 852-0950 Fax. (787) 852-0740