OFIC. DIRECT. EJEC.
10 SEP'18 PM12:33

## Hoja de Visitas

☐ DRNA
☑ JCA

Fecha: 10 /Sep / 18     Hora: 12:35 a.m / (p.m)
    (dia/mes/año)

Nobre del visitante: Nestor Rivera Colón

Teléfono contacto: (787) 602-8358

Dirección postal: Calle Zafiro (Ave Jose Garrido, Carr 196, Carr 34) #17 Villa Blanca Caguas PR. 00725

Persona a visitar: Dir. Tania Vazquez

Propósito de la vista: Reunion de Emergencia por la Contaminacion de Gases y Contaminacion por Ruido 24/7 Afectados, +84 Familias desde Años. y No Solucion (911).

Referido a: _____

Fecha: ____/____/____
    (dia/mes/año)