**GOBIERNO DE PUERTO RICO**

OFICINA SERVICIOS AL CIUDADANO

24 de septiembre de 2021

**Sr. Néstor F. Rivera Colón**
17 Calle José Garrido
Urb. Villa Blanca
Caguas, Puerto Rico 00725

Estimado señor Rivera Colón:

Reciba un caluroso saludo en nombre de nuestro Gobernador, Hon. Pedro R. Pierluisi Urrutia, y de todos los que laboramos en la Oficina de Servicios al Ciudadano de La Fortaleza.

Le informamos que su solicitud a través de llamada telefónica fue atendida y referida al *Enlace de la Junta de Planificación (JP)* para que se evalúe y se tomen las acciones pertinentes de acuerdo a las normas y reglamentos que rigen la agencia.

Cordialmente,

*Rafael A. Muñoz Aponte*
Coordinador Servicios al Ciudadano

*Lymarie Escobar Quiñones, Directora*
Oficina de Servicios al Ciudadano
La Fortaleza

/jrr