## Límites de Niveles de Sonido

| Fuente Emisora | Zona Receptora | | | |
|---|---|---|---|---|
| | Zona I (Res) | | Zona II (Com) | |
| | Diurno | Nocturno | Diurno | Nocturno |
| Zona I (res) | 60 | 50 | 65 | 55 |
| Zona II (com) | 65 | 50 | 70 | 60 |
| Zona III (Industrial) | 65 | 50 | 70 | 65 |

| Fuente Emisora | Zona Receptora | | | |
|---|---|---|---|---|
| | Zona III (Ind) | | Zona IV (Tranq) | |
| | Diurno | Nocturno | Diurno | Nocturno |
| Zona I (res) | 70 | 60 | 50 | 45 |
| Zona II (com) | 75 | 65 | 50 | 45 |
| Zona III (Industrial) | 75 | 75 | 50 | 45 |

*Nivel de Reglamento JCA* (handwritten annotation circling Zona IV values 50 and 45)

### Percepción del Sonido

El hombre percibe los sonidos por el oído. Este se divide en tres: oído medio, oído externo y oído interno. Las ondas sonoras penetran por el canal auditivo del oído externo hacia el oído medio, haciendo que la membrana timpánica vibre, la cual conduce las vibraciones a tres huesitos del oído medio que se llama martillo, el yunque y el estribo. Estos trasmiten la vibración a través de la ventanilla oval al fluido que cubre el oído interno. Finalmente son llevados por el nervio auditivo al cerebro donde se registra como sensación de sonido.

### Efectos a la Audición

El ruido puede causar pérdidas auditivas temporeras. Pero si se exponen por periodos prolongados, esta pérdida puede convertirse en permanente o progresiva.

- Mantén el silenciador de tu vehículo en condiciones adecuadas.
- No uses aditamentos adicionales para aumentar los ruidos normales de los motores de combustión interna.
- Utiliza tu bocina cuando sea necesario.
- Mantén el volumen del televisor y la radio a un volumen que no moleste a los vecinos, especialmente de noche.
- Adiestra a tu perro, que no ladre excepto en caso de que haya un intruso.
- Utiliza materiales acústicos para evitar los ruidos como: espuma de goma, corcho, alfombras, cortinas.
- No utilices bocinas de aires ni sirenas innecesariamente.



PUERTO RICO VERDE

**Junta de Calidad Ambiental**
Dirección Física:
Ave. Ponce de León 1308, Carr. Estatal 8838 Sector El Cinco
Río Piedras, PR 00926

Dirección Postal:
Apartado 11488
Santurce, PR 00910

Teléfonos:
787-767-8181 ext. 3200, 3201

www.jca.pr.gov

Autorizado: CEE-SA-12-6247

Oficina del Gobernador
**Junta de Calidad Ambiental**
Oficina Control de Ruidos y Querellas

# El Ruido
## un problema Invisible



**Instituto de Educación Ambiental**

## Contaminación por Ruido

Cuando un sonido es indeseable y perturbante se llama **RUIDO**. El Ruido es un tipo de contaminante invisible, sin embargo obstruye nuestra tranquilidad y bienestar, causando daños físicos y sicológicos en las personas. El *sonido*, fiel y vital compañero de nuestra existencia, está aumentando a tales proporciones desagradables a nuestro ambiente que hoy día se ha convertido en una amenaza para nuestra salud.

El ruido es uno de los problemas de contaminación más importantes en Puerto Rico como en el resto del mundo.

## Principales Fuentes de Ruido

1. Transportación (automóviles, autobuses, motoras, aviones)

2. Maquinarias y equipos de construcción

3. Industrias

4. Comercios

4. Amplificadores, velloneras, equipos domésticos, compresores, sirenas, etc.

## El Decibel y el Sonómetro

La unidad de medición del sonido se llama Decibel. El instrumento para medir el nivel de sonido se llama sonómetro.



Distintas intensidades del sonido en decibeles