

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTÓNOMO DE CAGUAS

William E. Miranda Torres
Alcalde

COPY

16 de septiembre de 2011

Ing. Denisse Rosario Pérez
Directora
Departamento de Obras Públicas Municipal

**CERTIFICACION DE CALLE MUNICIPAL**

Recibimos una solicitud de servicio del Sr. Néstor Rivera, la cual fue referida por la Oficina del Alcalde. Para la misma, necesitamos una certificación de que la Calle Zafiro en la Urb. Villa Blanca es municipal.

Agradeceremos su pronta atención a este asunto. De necesitar información adicional, puede comunicarse con la Plan. Carmen M. Díaz Borrás a la extensión 2545 ó 2500.

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación

SMVR\CMDB\gsh

\\mcopsql\Direccion\Administracion General\Formas\cetificacion calle munc.docx

Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 743-8304

E-mail: william.miranda@caguas.gov.pr
http: //www.caguas.gov.pr



ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTONOMO DE CAGUAS

Hon. William E. Miranda Torres
Alcalde

26 de septiembre de 2011

Plan. Sandra Velázquez Rivera
Directora
Oficina de Planificación
Municipio de Caguas

CERTIFICACION DE CAMINO DEL SR. NESTOR RIVERA

Recibimos una comunicación en la cual usted nos solicita la certificación de un camino que está ubicado en la **Calle Zafiro, conocida como la Ave. José Garrido,** en el Municipio Autónomo de Caguas. La vía es de uso público y está bajo el control, custodia y mantenimiento de la División de Conservación de Vías del Departamento de Obras Públicas Municipal. D Juanita Alcántara

Para información adicional, puede comunicarse con la Ing. Aida Pagán al teléfono (787) 653-5400 extensión 3287 ó 3283.

Atentamente,

DRosario@Caguas.gov.pr

Ing. Denise Rosario Pérez
Directora
Departamento de Obras Públicas

EXT 3325.

MUNICIPIO AUTONOMO DE CAGUAS
OFICINA DE PLANIFICACION
OCT 3 - 2011
# Control 240020

Sec. Juan Alicea. Ex 3291
Infra Estructura Ornato y Conservación.
Juan.Alicea@Caguas.gov.pr

Apartado 907, Caguas, P.R. 00726-0907
Tel. (787) 653-8833 Fax (787) 258-6482

E-mail: wmiranda@caguas.gov.pr
http//www.caguas.gov.pr

11 ene 2012
[illegible] se le orientó!

ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTÓNOMO DE CAGUAS

William E. Miranda Torres
Alcalde

COPY

24 de octubre de 2011

Lcdo. Pedro J. Nieves Miranda
Presidente
Junta de Calidad Ambiental
PO Box 114888
San Juan, Puerto Rico 00910

Estimado Nieves Miranda:

**SOLICITUD DE ESTUDIO DE RUIDO EN LA CALLE ZAFIRO, URBANIZACIÓN VILLA BLANCA**

Nuestra oficina, se encuentra atendiendo una solicitud de servicio del señor Néstor Rivera Colón relacionado al ruido que proviene del tráfico vehicular de la calle Zafiro o conocida como la Ave. Garrido. La propiedad del señor Rivera ubica en la Urb. Villa Blanca en la Calle Zafiro número 17.

Como parte de nuestro esfuerzo para atender la solicitud, le solicitamos al Departamento de Obras Públicas Municipal una Certificación de Camino de la Calle Zafiro. El 26 de septiembre de 2011, emiten certificación indicando que la calle Zafiro es municipal, donde la vía es de uso público y está bajo el control, custodia y mantenimiento de la División de Conservación de Vías del Departamento de Obras Públicas Municipal.

El 13 de octubre de 2011 se realizó una inspección de campo para observar el tránsito vehicular e inventariar los usos de las parcelas que circunscribe la calle Zafiro en Villa Blanca. De la visita, se logró un mapa donde se clasificaron las parcelas en residencial, comercial, mixto, dotacional y desocupada. Aunque predomina el uso residencial, en la entrada y salida de la calle predominan los usos comerciales y mixtos.

Referente al tránsito vehicular, las residencias están siendo impactadas por altos niveles de sonido proveniente de vehículos de motor y vehículos pesados. Por años, la calle Zafiro ha sido utilizada como un tipo de conector entre la PR-1 y la Ave. Luis Muñoz Marín; lo que ha incrementado el tránsito vehicular del área. La calle tiene rotulación de prohibición de vehículos pesados.

Lcdo. Pedro J. Nieves Miranda
Página 2
24 de octubre de 2011

Por lo que, le solicitamos a la agencia que usted dirige, un estudio de 24 horas para conocer la intensidad del sonido del predio. También, nos gustaría que nos ofrezcan recomendaciones que se le pueda presentar al ciudadano y residentes de la comunidad. Además, de posibles alternativas para el Municipio.

Incluimos el mapa de ubicación, mapa de uso de parcela producto de la inspección de campo, certificación de camino solicitada al Departamento de Obras Públicas de nuestro Municipio y fotos tomadas de la rotulación sobre la prohibición de vehículos pesados. La persona contacto es el Sr. Néstor Rivera Colón y se pueden comunicar al teléfono 787-743-4270.

Agradeceremos su cooperación y atención a este asunto. Si necesitan alguna información adicional, puede hacerlo a través de la Planificadora Carmen M. Díaz Borrás, Directora Auxiliar de la Unidad de Información Geográfica y Estadística Vitales al 787-744-8833, extensión 2542 y su dirección electrónica: cdiaz@caguas.gov.pr.

Cordialmente,

Sandra M. Velázquez Rivera, PPL
Directora
Oficina de Planificación

AFV/gsh

Anejos

C: Sr. Néstor Rivera Colón
Querellante

I:\Administrativo\Cartas_Memos\JuntaCalidadAmbiental\Carta_Rudio_querella_VillaBlanca_JCA.doc

Box 907, Caguas, P.R. 00726-0907
Phone (787) 653-8833 Fax (787) 746-6562

CAGUAS

E-mail: william.miranda@caguas.gov.pr
http: //www.caguas.gov.pr



ESTADO LIBRE ASOCIADO DE PUERTO RICO
MUNICIPIO AUTÓNOMO DE CAGUAS
OFICINA DE PERMISOS

# HOJA DE SOLICITUD

- ☐ PARA PERMISO DE USO PROVISIONAL
- ☐ EXTENSIÓN PERMISO PROVISIONAL
- ☐ PARA PRÓRROGA
- ☐ RECONSIDERACIÓN
- ☐ PARA REAPERTURA
- ☐ ENMIENDA
- ☐ ARCHIVO DEL CASO
- ☑ CERTIFICACIÓN
- ☑ COPIAS

2012 JUN 3 AM 11 56
MUNICIPIO DE CAGUAS OFIC. DE PERMISOS RECIBIDO

FECHA: 03-07-12 NÚM. DE CASO: ____ - ____ - ____

NOMBRE: Nestor Rivera Colón

DIRECCIÓN POSTAL: Calle Zafiro #17 Villa Blanca Caguas P.R. 00725

TELÉFONO: 787-743-4320 CELULAR: ______

SOLICITO EL TRAMITE MENCIONADO EN EL EPÍGRAFE POR LAS SIGUIENTES RAZONES:

1. Saber Solicitar Documentos Publicos Pertenezcan o Tenga el Municipio
2. Autonomo Caguas con Relacion a la Continuación que Jose Garrido por la
3. calle Zafiro URB. Villa Blanca Caguas.

ATENTAMENTE,

Nestor Rivera
NOMBRE

[signature]
FIRMA

# RESIDENTE DE VILLA BLANCA CAGUAS, PUERTO RICO

**ES ALARMANTE LA CANTIDAD DE ROBOS Y OTROS DELITOS EN ESTA COMUNIDAD.**

**BUSCANDO LA SEGURIDAD Y LA SANA CONVIVENCIA PARA TUS HIJOS, PARA LOS ENVEJECIENTES, PARA TI MUJER U HOMBRE TENEMOS UNA ORIENTACION ESTE SABADO 17 DE MAYO DE 2014 EN EL CENTRO COMUNAL A LA 1:00 PM**

**SOBRE SEGURIDAD EN NUESTRA COMUNIDAD**

**ASISTE TU OPINION CUENTA Y AYUDANOS A PLANIFICAR UN MEJOR FUTURO PARA TODOS**

**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE CAGUAS**
**SALA MUNICIPAL DE CAGUAS**

# REFERIDO

**Q2017-0227**

El **16 de junio de 2017** comparece **Néstor Rivera Colón** por derecho propio. Luego de escuchar las alegaciones y habiendo examinado el documento, el Tribunal dispone que este asunto debe ser atendido por:

- Abogado Privado para la acción correspondiente
- ARPE
- Cuartel de la Policía para acción correspondiente.
- Centro de Mediación de Conflictos
  Centro Judicial de Caguas, Segundo piso.
- DACO
- ~~Departamento de la Familia~~
- Departamento de Salud
- Procurador de Menores
- Proyecto de Apoyo a Sobrevivientes de Violencia Doméstica
  Y Agresión Sexual.
- Servicios Legales

Otros: **OBRAS PUBLICAS DEL MUNICIPIO DE CAGUAS**

**HON. SONYA Y. NIEVES CORDERO**
Juez Municipal

mp

**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE CAGUAS**
**SALA MUNICIPAL DE CAGUAS**

# REFERIDO

**Q2017-0227**

El **26 de julio de 2017** comparece **Néstor Rivera Colón** mediante moción por derecho propio. Luego de escuchar las alegaciones y habiendo examinado el documento, el Tribunal dispone que este asunto debe ser atendido por:

☐ Abogado Privado para la acción correspondiente

☐ ARPE

☐ Cuartel de la Policía para acción correspondiente.

☐ Centro de Mediación de Conflictos
Centro Judicial de Caguas, Segundo piso.

☐ DACO

☐ Departamento de la Familia

☐ Departamento de Salud

☐ Procurador de Menores

☐ Proyecto de Apoyo a Sobrevivientes de Violencia Doméstica
Y Agresión Sexual.

☐ Servicios Legales

Otros: **OFICINA DE INFRAESTRUCTURA DEL MUNICIPIO DE CAGUAS PARA ACCION CORRESPONDIENTE.**

[signature]

**HON. SONYA Y. NIEVES CORDERO**
Juez Municipal

Oficina de la Asesora Ejecutiva
División Legal
Recibido [signature]
Fecha 1 agosto 17.

rnp

OFIC. DIRECT. EJEC.
10 SEP'18 PM12:33

# Hoja de Visitas

☐ DRNA
☑ JCA

Fecha: 10 / Sep / 18 (dia/mes/año)  Hora: 12:35 a.m / p.m.

Nobre del visitante: Nestor Rivera Colón

Teléfono contacto: (787) 602-8358

Dirección postal: Calle Zafiro (Ave Jose Garrido, Carr 196, Carr 34) #12 Villa Blanca Caguas P.R. 00725

Persona a visitar: Dir. Tania Vazquez

Propósito de la vista: Reunion de Emergencia por la contaminacion de gases y contaminacion por ruido 24/7 Afectados +84 familias desde años. y no solucion (911).

Referido a: ____________________

Fecha: ____/____/____ (dia/mes/año)