Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☐ Superior ☒ Municipal de ___CAGUAS___

CASO NÚM. Q2017-0227
Salón Núm. SALA DE INVESTIGACIONES

NESTOR RIVERA COLON
Querellante
v.
MUNICIPIO DE CAGUAS
Querellado(a)

Sobre: LEY 140

## NOTIFICACIÓN

A: NESTOR RIVERA COLON
VILLA BLANCA
17 CALLE ZAFIRO
CAGUAS PR 00725

Oficina de la Asesora Ejecutiva
División Legal
Recibido _____
Fecha 23/6/19

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al (a la):

☐ Moción de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración
☐ Moción de Nuevo Juicio
☐ Moción de Reconsideración y de Enmiendas o Determinaciones Iniciales o Adicionales
☐ Moción de Reconsideración y/o Enmiendas o Determinaciones Iniciales o Adicionales y Nuevo Juicio
☐ Moción: _____
☒ Caso de Epígrafe

este Tribunal emitió una ___Orden___ el __16__ de __junio__ de __2017__.

☒ Se aneja copia o incluye enlace: REFERIDO
☐ Se transcribe la determinación a continuación:

FDO. SONYA Y. NIEVES CORDERO

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta Orden, usted puede presentar un recurso de apelación, revisión o certiorari, de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento. aplicable.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy __16__ de __junio__ de __2017__, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

Notas de la Secretaría: _____

En __CAGUAS__, Puerto Rico, a __16__ de __junio__ de __2017__.

CARMEN A. PEREIRA ORTIZ
Nombre del (de la)
Secretario(a) Regional

Por: f/ RUTH N. PEDRAZA ALEJANDRO
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

Oficina de la Asesora Ejecutiva
División Legal
Recibido _____
Fecha 1 agosto 2017

OAT 1812 Formulario Único de Notificación – Sentencias, Resoluciones, Órdenes y Minutas
(Rev. Enero 2017)

Página 1 de 1

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA CENTRO JUD...
TRIBUNAL DE PRIMERA INSTANCIA SALA DE INVESTIGACIONES
Sala **Caguas**

2017 JUN 16 AM 10: 29

| Querella Núm: | Querella Núm: **02017-0227** |
|---|---|
| Nombre: **N. R. Colón** Querellante | Nombre: **Municipio Caguas** |
| Dirección: calle **Zafiro #17 (Ahora Ave. José Garrido) Villa Blanca Caguas P.R. 00725** | **Aut. Carreteras** Querellado **Ing. José T. Rivera** Dirección: **P.R. Minillas** **Samuel Forresti** |
| Teléfono: **787-645-9025** | Teléfono: **Mun Caguas - 787-653-5400** |
| Postal: | |

## QUERELLA
(Bajo Ley 140)

Yo, **Nestor Rivera Colón**, mayor de edad, vecino(a) de: **Caguas**
bajo juramento presento la siguiente querella:

La Aut. Carr. P.R. construye la Ave José Garrido y finalizando el mismo en la Carr #1 amanecimos con la entrada de la urbaniza- ción y salida por la calle Acevina cerrada la marginal y abrieron la marginal por la calle Zafiro, continuando el alto trafico por nuestra calle hacia la Ave. Muñoz Marín y viceversa. Esto sin la debida Infraestructura por el mismo frente de nuestras casas. El Ruido, los Gases el Ollín, Polvo, no podemos vivir ni dormir tranquilos. El tapón nos impide entrar o salir libremente de nues... casas, los camiones y los gases nos afixian no sauc... Recidentes (vehículos) y el alto trafico obligan a itantes y residentes a estacionarnos en la acera ya que chocan los carros y continuan. Los peatones tienen que utilizar la calle de manera insegura. La calle Zafiro ahora se rotula con la Ave. José Garrido y Carr. #34. Lo unico que tiene de carr. es el alto trafico de todo tipo de vehículos 24/7, 365 días al año. Esto ocurriendo desde +- 2004. Los trabajos los realizo la Aut. Carreteras y la calle Zafiro esta bajo el Mun. Caguas. Se realizaron sin Num. de querellas y nadie hace nada. No podemos vivir ni dormir ni disfrutar con Tranquilidad en nuestras propias casas. Por favor ayudenos. Hay varias rejillas pluviales las cuales alborotan cada vez que el peso de los carros las tocan al pasar.

Por tal motivo, solicito del Honorable Tribunal que cite a la parte querellada para dilucidar la controversia y determinar el remedio correspondiente, si alguno procediera en Ley.

En **Caguas**, Puerto Rico, a **16** de **Junio** de 20**17**.

Oficina de la Asesora Ejecutiva
División Legal
Recibido **C Flores**
Fecha **7-29-agosto-2017**

*N. R.* 
Firma del Querellante bajo juramento

## ACCIÓN TOMADA

☐ Se ordena citar a las partes.
☐ Se refiere a la Oficina de Servicios Sociales.
☐ Se refiere al Cuartel de la Policía para acción correspondiente.
☐ Se refiere al abogado para la acción pertinente.
☐ Se brinda orientación legal.
☐ No se toma acción porque no existe controversia adjudicable.
☒ Otras: **Se refiere al Municipio, Ofic. de Obras Publicas**

Firma del Juez(a)

**Sonya Nieves Ortiz**
Nombre del Juez(a)

OAT - 983 (Rev. Mayo/2006)
Hoja para presentar querella
(Bajo la Ley 140)

ADMINISTRACIÓN
OBRAS PÚBLICAS

JUL 05 2017

Firma *Sara de Leon*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE <u>CAGUAS</u>
SALA DE INVESTIGACIONES DE CAGUAS
TEL. 787-653-0070 (EXT. 2006 / 2007 / 2008 / 2009 / 2010)

| Néstor Rivera Colón<br>**PETICIONARIO (QUERELLANTE)**<br><br>VS.<br><br>Municipio Caguas<br>**PETICIONADO (QUERELLADO)**<br>Ada Belén Caballero<br>Ing. Directora Infraestructura<br>Municipio Caguas. | **CIVIL NUMERO:**<br><br>(Pueblo: ☑ Caguas, ☐ Cidra, ☐ Aguas Buenas, ☐ Juncos,<br>☐ Gurabo, ☐ San Lorenzo, ☐ Cayey)<br><br>POR: ☑ LEY 140<br>☐ LEY 121<br>☐ LEY 284<br>☐ LEY 246<br>☐ OTRO |
|---|---|

## MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Néstor Rivera Colón CASO Q2017-0227
Comparece A Contestación Desestimación por Mun. Caguas.
por derecho propio y muy respetuosamente Expone, Alega y Solicita: El Municipio Caguas Tiene el control y dominio de la calle. Incluyo Certificación de camino calle Zafiro. Incluyo Planos de Sonificación de la urbanización. R-3 (uso Residentes). Incluyo- Cartas de Residentes por los Daños. El Tribunal Federal No Decidió con Relación caso #16-2045(CAG) Indicando Resolver en Tribunal correspondiente. La Ley 140 por los Daños a la salud, vida, al disfrute de la propiedad. ya que no podemos vivir ni dormir por los gases, ruido, polvorín, tapón. Nos afictan los gases de los vehículos por el alto trafico 24/7/365 dias y la Alta contaminación por el frente de nuestras casas y cuartos. Esto es la calle de una urbanisación dentro de la urbanisación, sin los devidos procesos de ley, ni Infraestructura Devida. Adjunto. Fotos

EN CAGUAS, PUERTO RICO, A 23 DE Agosto DE 2017.

_N.R._
**FIRMA**

Dirección Postal: Calle Zafiro #17 urb. Villa Blanca Caguas P.R. 00725
TELEFONO: 787-645-9025

**Certifico haber enviado a la otra parte copia fiel y exacta de esta Moción**
*(Favor llenar y enviar copia de esta Moción por correo a la dirección de la otra parte. El Tribunal no envía copia de Mociones a las partes, la copia la debe sacar usted y luego entregar el original y copias para ser debidamente radicadas). Todo documento que se presente, la otra parte debe enterarse. Es responsabilidad de la persona que presenta documento hacerle llegar copia del mismo.*

Nombre de la otra parte: Ada Belén Caballero Dir. Infraestructura Mun. Caguas P.R.
Dirección de la otra parte: Municipio Caguas (Area Infraestructura y Obras Publicas)