

Site search

CONTENIDO RELEVANTE

# Una balacera en Caguas deja el saldo de dos muertos

Otras cinco personas resultaron heridas

- Miguel Rivera Puig, EL VOCERO    15/05/2022    Comments



ARCHIVO

**CAGUAS –** Una mujer fue asesinada en la avenida Muñoz Marín y un hombre fue herido a balazos en la calle Ópalo, en Villa Blanca, como resultado de unos nueve tiroteos que se extendieron durante la tarde de este domingo por esta ciudad, en la que la Policía reportó al menos otros tres heridos.

La mujer que resultó muerta, según la Uniformada, fue víctima inocente del intercambio de disparos entre presuntos narcotraficantes.

A eso de las 6:10 de la tarde los ocupantes de un Acura negro y de un Toyota Yaris fueron arrestados y se les ocuparon rifles de asalto.

Policías estatales y municipales han intentado enfrentar a los sicarios.

Según distintas versiones, las balaceras comenzaron después de que unos individuos fueron secuestrados en Turabo Heights y que otros sicarios atacaron a los puntos en la barriada Morales.

Las balaceras tuvieron distintos escenarios, uno de ellos en el sector Brooklyn.



**Miguel Rivera Puig, EL VOCERO**