**LOCALES**

# Reportan inundaciones en Caguas

Varias familias tuvieron que ser desalojadas.

Por: **NotiCentro** - hace 7 meses



*Suministrada*

Varias familias tuvieron que ser desalojadas en Caguas a causa de las inundaciones provocadas por el huracán Fiona.

Las familias son residentes del sector Villa Antonio en Villa Blanca.

La isla ha recibido entre 9 a 13 pulgadas de lluvia en las últimas horas.