**CASOS POLICIACOS**

# Asesinan a hombre de 26 años en Caguas

Fue baleado frente a su residencia | Falleció mientras recibía asistencia médica.

Por **TELEMUNDO PR** • Publicado el 30 de marzo del 2023 • Actualizado a las 6:48 am del 30 de marzo del 2023



*Orlando Hernández*
Policías investigan asesinato.

Un hombre fue asesinado a eso de las 9:15 pm del miércoles en la avenida Garrido, de la urbanización Villa Blanca, en Caguas.

Según el informe de la Policía, una llamada al 9-1-1 los alertó sobre una persona herida de bala frente a una residencia.

Al llegar los agentes, encontraron a Carlos Rafael Vázquez Pérez de 26 años, quien fue transportado al Hospital HIMA de Caguas, donde falleció mientras recibía asistencia médica.

La División de Homicidios del Cuerpo de Investigaciones Criminales (CIC) de Caguas y el fiscal Darío Vissepó se hicieron a cargo de la investigación.