Noticias   Puerto Rico

# Rescatan a residentes de una égida en Caguas

El alcalde de Caguas indicó que fueron algunos de los ciudadanos asistidos en la urbanización Villa Blanca.



Varios residentes de una égida fueron asistidos por personal de rescate. (Captura)

**Nota de archivo:** esta historia fue publicada hace más de *6 meses*.



Por Alex Figueroa Cancel

18 de septiembre de 2022 • 6:53pm

Caguas. Casi una veintena de personas estaban siendo rescatadas esta tarde de la urbanización Villa Blanca en Caguas.

El alcalde William Miranda Torres indicó que entre los afectados había varios residentes de una égida, que también se afectó cuando se desbordó el río Cagüitas, que también inundó la urbanización San Antonio.

"Sacaron a varios residentes, incluyendo varios de un hogar de envejecientes que necesitaron ayuda. Recurrimos a la Guardia Nacional", relató Miranda Torres vía telefónica.

Una transmisión en directo del periodista Miguel Ángel Rosa mostró cómo algunos de los residentes eran sacados por policías estatales.

Las imágenes mostraban a una adulta mayor y a una mujer con su niño.

Por su parte, el teniente Carlos Iván Figueroa indicó que también rescataron a una mujer embarazada.

En la transmisión, el sargento López Pulliza indicó que los rescatados superaban las 15 personas.

Por su parte, el alcalde cagüeño señaló que los desalojados estaban siendo llevados al refugio ubicado en la escuela Francisco Valdez.

Dijo que también tuvieron que desalojar familias en la carretera PR-172 en Cidra, por deslizamientos.

Por otro lado, la Guardia Nacional de Puerto Rico informó que hasta las 5:00 de la tarde se encontraba atendiendo diez misiones de evacuación de personas debido a inundaciones en varios municipios y comunidades.

En la urbanización Mansiones de Monte Río en Cayey el personal de la Guardia Nacional apoyaba en la evacuación de unas 200 personas. En el barrio Playa en Ponce, por otro lado, se llevaba a cabo una misión de evacuación de 50 personas.

De igual modo en el área de El Coco en Salinas, la Guardia Nacional se encontraba evacuando a unas 15 personas, así como otras 20 en Guánica, 30 en el barrio Mosquito en Guayama y 200 en Toa Baja, debido a inundaciones.

Además, el personal de la Guardia Nacional atendía una evacuación de unas 200 personas en Loíza, así como evacuaciones en el barrio Manzanillo de Juana Díaz. En estas dos últimas misiones no se precisó la cantidad de personas evacuadas.