# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------- x

## NOTICE OF FOURTH AMENDED APPEARANCE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee")[2] hereby files, through its counsel, Paul Hastings LLP and Casillas, Santiago & Torres LLC, this fourth amended notice of appearance,[3] and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by section 310 of PROMESA,[4] requests that all notice given or required to be given in these cases be served upon:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA

[3] The Committee previously filed notices of appearance on June 27, 2017 [Docket No. 494], July 7, 2017 [Docket No. 601], July 21, 2017 [Docket No. 703], and January 24, 2023 [Docket No. 23318]. The Committee files this fourth amended notice of appearance to reflect the updated list of lawyers at Paul Hastings LLP and Casillas, Santiago & Torres LLC that are appearing on behalf of the Committee.

[4] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |
|---|---|
| Luc A. Despins, Esq. | Juan J. Casillas Ayala, Esq. |
| Pedro A. Jimenez, Esq. | Israel Fernández Rodríguez, Esq. |
| Nicholas A. Bassett, Esq. | Luis F. Llach-Zúñiga |
| William K. Whitner, Esq. | Juan C. Nieves González, Esq. |
| G. Alexander Bongartz, Esq. | Cristina B. Fernández Niggemann, Esq. |
| Eric D. Stolze, Esq. | El Caribe Office Building |
| 200 Park Avenue | 53 Palmeras Street, Ste. 1601 |
| New York, NY 10166 | San Juan, Puerto Rico 00901-2419 |
| Telephone: (212) 318-6000 | Telephone: (787) 523-3434 |
| Fax: (212) 319-4090 | jcasillas@cstlawpr.com |
| lucdespins@paulhastings.com | ifernandez@cstlawpr.com |
| pedrojimenez@paulhastings.com | lllach@cstlawpr.com |
| nicholasbassett@paulhastings.com | jnieves@cstlawpr.com |
| kwhitner@paulhastings.com | cfernandez@cstlawpr.com |
| alexbongartz@paulhastings.com | |
| ericstolze@paulhastings.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be in accordance with the Sixteenth Amended Notice, Case Management and Administrative Procedures [Docket No. 20190-1], unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

**RESPECTFULLY SUBMITTED.**

Dated: April 20, 2023
San Juan, Puerto Rico

/s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc A. Despins, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3