UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284- LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority "HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

**COMES NOW**, Asociación de Titulares de Condominios, Inc., a party-in-interest in the captioned case, and hereby enter its appearance through its undersigned counsel, and respectfully states and prays as follows:

1. The undersigned counsel has been retained to represent the appearing party in the above captioned case.

2. Asociación de Titulares de Condominios, Inc. (the "Asociación") is a community-based nonprofit corporation, organized under the laws of the Commonwealth of Puerto Rico since 2019. Its purpose is to educate, research, and advocate for the rights of Puerto Rico's individual condominium titleholders. The Asociación provides its more than 3,000 members, which comprise households for approximately 500,000 families, information and free legal counsel as well a communal forum to discuss issues affecting condominium titleholders under Puerto Rico's Horizontal Property Regime.

3. The contact information of the requesting party is as follows:

> Marimar Pérez-Riera, Esq.
> Marimar Condado Condominium
> 1754 McLeary Avenue, Penthouse
> San Juan, Puerto Rico 00911
> (787) 929-1555
> marimar.perezriera@yahoo.com

4. The appearing party is a community organization and active stakeholder on energy issues in Puerto Rico. Its members are concerned citizens and condominium titleholders who depend on a reliable, sustainable, and affordable access to electricity. All of the Asociación's members are clients of Puerto Rico Power Authority (PREPA) that will be concretely affected by the Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Power Authority, its projected electricity rate increases, and the continued fragility of the island's power grid. The

Asociación's members are interested in promoting a transformation of PREPA that ensures their right to the full enjoyment of their homes and their condominiums' common areas.

Hence, the undersigned request from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the Ninth Amended Notice, Case Management and Administrative Procedures (In Re: Commonwealth of Puerto Rico (17-03283-LTS) Docket No. 1512-1, applicable by Order in the 17-4780-LTS case Docket No. 11), to accept this notice as a formal appearance in the captioned case and that he be notified with copy of all filings in the case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order*.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of April, 2023.

**/s/ Judith Berkan**
Judith Berkan
USDC 200803

Berkan/Méndez
G-11 Calle O'Neill
San Juan, P.R. 00918
Tel.: 787-764-0814
Temp.: 787-399-7657

Email: berkanj@microjuris.com;
Email: berkanmendez@gmail.com

3