UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

---

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Comes now, William K. Whitner, applicant herein and respectfully states:

    1.    Applicant is an attorney and is employed by the law firm of Paul Hastings LLP, with offices at:

| | |
|---|---|
| Address | 1170 Peachtree Street, N.E., Suite 100<br>Atlanta, GA 30309 |
| Email | kwhitner@paulhastings.com |
| Telephone No. | 404-815-2228 |
| Fax No. | 404-685-5228 |

    2.    Applicant will sign all pleadings with the name William K. Whitner.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant, as an attorney with the above-named firm, has been employed by the <u>Official Committee of Unsecured Creditors for all Title III Debtors (other than PBA and COFINA)</u> to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1996, applicant has been and presently is a member in good standing of the bar of the highest court of the State of <u>Georgia</u>, where applicant regularly practices law. Applicant's bar license number is 756652.

5. Applicant has been admitted to practice before the following courts:

| *Court* | *Admission Date* |
|---|---|
| State of Georgia | 1996 |
| Superior Court of the State of Georgia | 11/25/1996 |
| Georgia Court of Appeals | 5/07/1997 |
| United States District Court Northern District of Georgia | 11/24/1997 |
| Georgia Supreme Court | 1/08/2009 |
| Eleventh Circuit Court of Appeals | 6/24/2010 |
| United States District Court Northern District of Florida, Pensacola Division | 6/22/2012 |
| First Circuit Court of Appeals | 8/15/2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application | Case Number and Style |
|---|---|
| N/A | N/A |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Juan J. Casillas Ayala |
| USDC-PR Bar No. | 218312 |
| Address | PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |
| Email | jcasillas@cstlawpr.com |
| Telephone No. | (787) 523-3434 |
| Fax No. | (787) 523-3433 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

*[Remainder of page intentionally left blank.]*

      WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

      Date: April 20, 2023

William K. Whitner
Printed Name of Applicant

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: April 20, 2023

Juan J. Casillas Ayala
Printed Name of Local Counsel

_____
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

_____
Signature of Applicant

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE