# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON APRIL 25–26, 2023 AT 9:30 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Tuesday, April 25, 2023**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) and **Wednesday, April 26, 2023**, from 9:30 a.m. to 12:30 p.m. (Atlantic Standard Time) |
| | Honorable Laura Taylor Swain, United States District Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** **Participation by Individuals Who Have Been Notified to Attend: Claimants who have been notified that their claims are the subject of the Hearing may participate by going to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**1767, where videoconference and interpretation facilities will be provided.**

For the benefit of those who may attend the hearing in person, a copy of the Form of Notice describing the Safety Procedures at the Hearing (ECF No. 23844-1) is attached to this Agenda as **Exhibit A**.

Attorney Participation:  Pursuant to the *Order Regarding Procedures for Hearings on April 25-26, 2023* [Case No. 17-3283, ECF No. 24011], attached to this Agenda as **Exhibit B** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access.  The FOMB may register up to three attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press:  Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.ra.kroll.com/puertorico/ or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**RELATED DOCUMENTS CONCERNING ALL CLAIM OBJECTIONS:**

A. Order Regarding Pro Se Adjourned Omnibus Objections to Claims of Unrepresented Claimants **[Case No. 17-3283, ECF No. 23844]**

B. Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Adjourned Claim Objections Set for Hearing on April 25-26, 2023 **[Case No. 17-3283, ECF No. 23980]**

C. Order Regarding Procedures for Hearings on April 25-26, 2023 **[Case No. 17-3283, ECF No. 24011]**

## I.   CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time on April 25, 2023):

1. **Three Hundred Eighty-Seventh Omnibus Objection to Claims.** Three Hundred Eighty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified Claims **[Case No. 17-3283, ECF No. 17926]**

   Objection Deadline:  September 20, 2021 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to Three Hundred Eighty-Seventh Omnibus Objection to Claims, filed by Jose Figueroa Sierra (Claim No. 177404) **[Case No. 17-3283, ECF No. 18818]**

   Replies, Joinders & Statements:
   A. Reply of the Puerto Rico Electric Power Authority to the Response Filed by Jose A. Figueroa Sierra [ECF No. 18818] to the Three Hundred Eighty-Seventh Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Misclassified Claims **[Case No. 17-3283, ECF No. 23954]**

   Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-1]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford, 5 minutes
   B. Objecting Parties: Jose Figueroa Sierra, *pro se*

2. **Three Hundred Ninety-Ninth Omnibus Objection to Claims.** Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members **[Case No. 17-3283, ECF No. 19548]**

   Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
   A. Response to Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Joel Negron-Guzman (Claim No. 71072-1) **[Case No. 17-3283, ECF No. 19725]**

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed by Claimants Carmen D. Carrasquillo [ECF No. 19754] and Joel Negron Guzman [ECF No. 19725] to the Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System to No Liability Claims Filed by AEELA Members **[Case No. 17-3283, ECF No. 23960]**

<u>Related Documents</u>:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987- 3]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: Laura Stafford, 5 minutes
    B. <u>Objecting Parties</u>: Joel Negron-Guzman, *pro se*

3. **<u>Three Hundred Ninety-Ninth Omnibus Objection to Claims.</u>** Three Hundred Ninety-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to No Liability Claims Filed by AEELA Members **[Case No. 17-3283, ECF No. 19548]**

<u>Objection Deadline</u>:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A. Response to Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Carmen D. Carrasquillo (Claim No. 175239-1) **[Case No. 17-3283, ECF No. 19754]**

<u>Replies, Joinders & Statements</u>:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed by Claimants Carmen D. Carrasquillo [ECF No. 19754] and Joel Negron Guzman [ECF No. 19725] to the Three Hundred Ninety-ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System to No Liability Claims Filed by AEELA Members **[Case No. 17-3283, ECF No. 23960]**

<u>Related Documents</u>:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-2]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Carmen D. Carrasquillo, *pro* se

4. **Four Hundredth Omnibus Objection to Claims.** Four Hundredth Omnibus Objection (Non-Substantive) of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19549]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundredth Omnibus Objection to Claims by Cruz V. Landrau Lugo (Claim No. 6009) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundredth Omnibus Objection (Non-Substantive) of the Government of The Employees Retirement System of the Commonwealth of Puerto Rico to Cross-debtor Duplicate Claims **[Case No. 17-3283, ECF No. 23975]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Cruz V. Landrau Lugo, *pro se*

5. **Four Hundredth Omnibus Objection to Claims.** Four Hundredth Omnibus Objection (Non-Substantive) of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 19549]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
- A. Response to Four Hundredth Omnibus Objection to Claims by Zenaida Zabaleta Alvarez (Claim No. 160874) **[Not Filed]**

Replies, Joinders & Statements:
- A. Notice of Correspondence regarding the Four Hundredth Omnibus Objection (Non-Substantive) of the Government of The Employees Retirement System of the Commonwealth of Puerto Rico to Cross-debtor Duplicate Claims **[Case No. 17-3283, ECF No. 23975]**

Related Documents:
- A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

- A. Debtors: Laura Stafford, 5 minutes
- B. Objecting Parties: Zenaida Zabaleta Alvarez, *pro se*

6. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
- A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Xilma M Acosta Diaz (Claim No. 176183) **[Case No. 17-3283, ECF No. 19884]**

Replies, Joinders & Statements:
- A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
  A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-6]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: M. Rina Kim, 5 minutes
  B. Objecting Parties: Xilma M Acosta Diaz, *pro se*

7. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline: January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Jose Alicea Rivera (Claim No. 169481) **[Case No. 17-3283, ECF No. 19927]**

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
  A. None.

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: M. Rina Kim, 5 minutes

B. Objecting Parties: Jose Alicea Rivera, *pro se*

8. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline: January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Keirry Del Carmen Alvarez Martinez (Claim No. 174504) **[Case No. 17-3283, ECF No. 19827]**

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
  A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-7]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: M. Rina Kim, 5 minutes
  B. Objecting Parties: Keirry Del Carmen Alvarez Martinez, *pro se*

9. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline: January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by José Pérez Andino (Claim No. 175048) **[Case No. 17-3283, ECF No. 19888]**

Replies, Joinders & Statements:
> A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
> A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-8]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

> A. Debtors: M. Rina Kim, 5 minutes
> B. Objecting Parties: José Pérez Andino, *pro se*

10. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by William Narvaez Burgos (Claim No. 175054) **[Case No. 17-3283, ECF No. 19891]**

Replies, Joinders & Statements:
> A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection

(Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
 A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-9]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

 A. Debtors: M. Rina Kim, 5 minutes
 B. Objecting Parties: William Narvaez Burgos, *pro se*

11. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

 **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
 A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Heriberto Colon Correa (Claim No. 175966) **[Case No. 17-3283, ECF No. 19832]**

 B. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Heriberto Colon Correa (Claim No. 178701) **[Case No. 17-3283, ECF No. 19832]**

Replies, Joinders & Statements:
 A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

10

B. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-10]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: M. Rina Kim and Reuven C. Klein, 10 minutes
   B. Objecting Parties: Heriberto Colon Correa, *pro se*

12. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

**Four Hundred Thirty-Seventh Omnibus Objection to Claims.** Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims **[Case No. 17-3283, ECF No. 20495]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time) / May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Irma Colon Vega (Claim No. 139162) **[Case No. 17-3283, ECF Nos. 19752, 21054]**

   A. Response to Four Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Irma Colon Vega (Claim No. 140270) **[Case No. 17-3283, ECF No. 21054]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062,

20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

B. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of Puerto Rico to Responses [ECF Nos. 21054, 21010] to the Four Hundred Thirty-seventh Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 23966]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-11, 45]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford and M. Rina Kim, 10 minutes
   B. Objecting Parties: Irma Colon Vega, *pro se*

13. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Marta F. Colon (Claim No. 175627) **[Case No. 17-3283, ECF No. 19852]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:

A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-12]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: M. Rina Kim, 5 minutes
B. Objecting Parties: Marta F. Colon, *pro se*

14. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Four Hundred Third Omnibus Objection to Claims by Rafael A. Fontanez Vazquez (Claim No. 174895) **[Not Filed]**

Replies, Joinders & Statements:
A. Notice of Correspondence regarding the Four Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23976]**

Related Documents:
A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: M. Rina Kim, 5 minutes
B. Objecting Parties: Rafael A. Fontanez Vazquez, *pro se*

15. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Marina Crispin Santiago (Claim No. 176233) **[Case No. 17-3283, ECF No. 20133]**

Replies, Joinders & Statements:
   A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
   A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-13]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: M. Rina Kim, 5 minutes
   B. Objecting Parties: Marina Crispin Santiago, *pro se*


[*Remainder of Page Intentionally Left Blank*]

14

## II.   **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on April 25, 2023):**

1. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

   Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
      A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Alba N. Garcia (Claim No. 175486) **[Case No. 17-3283, ECF No. 19883]**

   Replies, Joinders & Statements:
      A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

   Related Documents:
      A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-14]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

      A. Debtors: M. Rina Kim, 5 minutes
      B. Objecting Parties: Alba N. Garcia, *pro se*

2. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

   Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Nelson Heredia Alvarez (Claim No. 176410) **[Case No. 17-3283, ECF No. 19825]**

<u>Replies, Joinders & Statements</u>:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

<u>Related Documents</u>:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-15]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors</u>: M. Rina Kim, 5 minutes
    B. <u>Objecting Parties</u>: Nelson Heredia Alvarez, *pro se*

3.  **<u>Four Hundred Third Omnibus Objection to Claims.</u>** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

<u>Objection Deadline</u>:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Felicia Hernandez Hernandez (Claim No. 176160) **[Case No. 17-3283, ECF No. 19977]**

<u>Replies, Joinders & Statements</u>:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection

16

(Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-16]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: M. Rina Kim, 5 minutes
   B. Objecting Parties: Felicita Hernandez Hernandez, *pro se*

4. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Antonio Juan Marrero Borges (Claim No. 169726) **[Case No. 17-3283, ECF No. 20288]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-5]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Antonio Juan Marrero Borges, *pro se*

5. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims by Elías Martínez de Jesús (Claim No. 172218) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23976]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 3 minutes
    B. Objecting Parties: Elías Martínez de Jesús, *pro se*, 10 minutes
    C. Debtors: M. Rina Kim, 2 minutes

6. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Jose A.
> Maysonet Rivera (Claim No. 176316) **Case No. 17-3283, ECF No. 20062]**

Replies, Joinders & Statements:
> A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753,
> 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877,
> 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062,
> 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection
> (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are
> Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
> A.  Motion Submitting Motion Submitting Certified Translations in Connection with
> Docketed Claim Objection Responses to be Heard at the April 25-26, 2023
> Adjourned Objection **[Case No. 17-3283, ECF No. 23987-17]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

> A. Debtors: M. Rina Kim, 5 minutes
> B. Objecting Parties: Jose A. Maysonet Rivera, *pro se*

7.  **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection
(Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of
the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax
Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are
Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Milagros
> Morales Hernandez (Claim No. 175529) **[Case No. 17-3283, ECF No. 19800]**

Replies, Joinders & Statements:
> A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753,
> 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877,
> 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062,
> 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection

(Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-18]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: M. Rina Kim, 5 minutes
   B. Objecting Parties: Milagros Morales Hernandez, *pro se*

8. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Nelida Munoz Cruz (Claim No. 169432) **[Case No. 17-3283, ECF No. 19877]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Nelida Munoz Cruz, *pro se*

9. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Fredesvinda Ortiz Otero (Claim No. 176244) **[Case No. 17-3283, ECF No. 19821]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-19]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Fredesvinda Ortiz Otero, *pro se*

10. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Wanda I. Perez Lopez (Claim No. 175574) **[Case No. 17-3283, ECF No. 20472]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-29]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Wanda I. Perez Lopez, *pro se*

11.  **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Jacqueline Rosado Colon (Claim No. 174471) **[Case No. 17-3283, ECF No. 19801]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877,

19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-20]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Jacqueline Rosado Colon, *pro se*

12.  **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Gladys Santos Martinez (Claim No. 174107) **[Case No. 17-3283, ECF No. 20061]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-21]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Gladys Santos Martinez, *pro se*

13. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Alicia Beniquez Toro (Claim No. 175665) **[Case No. 17-3283, ECF No. 19729]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-22]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Alicia Beniquez Toro, *pro se*

14. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax

Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Lillian I. Torres Orraca (Claim No. 176310) **[Case No. 17-3283, ECF No. 19826]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-23]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Lillian I. Torres Orraca, *pro se*

15. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Emerina Torres Torres (Claim No. 176046) **[Case No. 17-3283, ECF No. 19878]**

Replies, Joinders & Statements:

   A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:

   A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-24]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: M. Rina Kim, 5 minutes
   B. Objecting Parties: Emerina Torres Torres, *pro se*

[*Remainder of Page Intentionally Left Blank*]

## III.   CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on April 25, 2023):

1. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

   Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Carmen D. Valdez Peralta (Claim No. 174966) **[Case No. 17-3283, ECF No. 19881]**

   Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

   Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-25]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Carmen D. Valdez Peralta, *pro se*

2. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

   Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Maria Isabel Velazquez (Claim No. 175171) **[Case No. 17-3283, ECF No. 19802]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-26]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Maria Isabel Velazquez, *pro se*

3.  **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Third Omnibus Objection to Claims, filed by Leticia Velez (Claim No. 176054) **[Case No. 17-3283, ECF No. 19829]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection

28

(Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-27]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Leticia Velez, *pro se*

4. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline: January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Maria T. Ydrach Vivoni (Claim No 175538) **[Case No. 17-3283, ECF No. 19753]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19729, 19753, 19800, 19801, 19802, 19821, 19825, 19826, 19827, 19829, 19832, 19852, 19877, 19878, 19878, 19881, 19883, 19884, 19888, 19891, 19927, 19977, 20061, 20062, 20133, 20288, 20472, 21054] to the Four Hundred Third Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23961]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-28]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Maria T. Ydrach Vivoni, *pro se*

5. **Four Hundred Third Omnibus Objection to Claims.** Four Hundred Third Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Sales Tax Financing Corporation to Employee Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 19552]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Third Omnibus Objection to Claims, filed by Ivan Soto Jimenez (Claim No. 170231) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23976]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: M. Rina Kim, 5 minutes
    B. Objecting Parties: Ivan Soto Jimenez, *pro se*[2]

6. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

---

[2] Ivan Soto Jimenez has requested to change their hearing date.  However, Ivan Soto Jimenez did not propose an alternative date for a hearing on their response form.

Objection Deadline: January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Fourth Omnibus Objection to Claims by Maria Del C.
        Bernazard Garcia (Claim No. 177508) **[Not Filed]**

Replies, Joinders & Statements:
    A.  Notice of Correspondence regarding the Four Hundred Fourth Omnibus Objection
        (Substantive) to Employee Claims asserting Liabilities owed by Entities that Are
        Not Title III Debtors **[Case No. 17-3283, ECF No. 23977]**

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Reuven C. Klein, 5 minutes
    B. Objecting Parties: Maria Del C. Bernazard Garcia, *pro se*

7.  **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus
Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims
Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283,
ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Regina
        Cruz Davila (Claim No. 177215) **[Case No. 17-3283, ECF No. 21236]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832,
        19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the
        Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims
        Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-
3283, ECF No. 23962]**

Related Documents:

A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-36]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Reuven C. Klein, 5 minutes
B. Objecting Parties: Regina Cruz Davila, *pro se*

8. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Doris Diaz De Gonzalez (Claim No. 176671) **[Case No. 17-3283, ECF No. 21237]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-37]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Reuven C. Klein, 5 minutes
B. Objecting Parties: Doris Diaz De Gonzalez, *pro se*

9. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Lourdes Febre Santiago (Claim No. 178025) **[Case No. 17-3283, ECF No. 22884]**

Replies, Joinders & Statements:
   A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
   A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-39]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Reuven C. Klein, 5 minutes
   B. Objecting Parties: Lourdes Febre Santiago, *pro se*

10. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Four Hundred Fourth Omnibus Objection to Claims, filed by William Lopez Torres (Claim No. 178015) **[Case No. 17-3283, ECF No. 19824]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-30]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Reuven C. Klein, 5 minutes
    B. Objecting Parties: William Lopez Torres, *pro se*

11. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Fourth Omnibus Objection to Claims by Ana Hilda Marin Jurado (Claim No. 179150) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims asserting Liabilities owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23977]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Reuven C. Klein, 5 minutes
    B. Objecting Parties: Ana Hilda Marin Jurado, *pro se*

12. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Yazmin Martinez Cole (Claim No. 177243) **[Case No. 17-3283, ECF No. 19886]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-31]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Reuven C. Klein, 5 minutes
    B. Objecting Parties: Yazmin Martinez Cole, *pro se*

13. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Arleen J. Nieves Correa (Claim No. 178210) **[Case No. 17-3283, ECF No. 22358]**

Replies, Joinders & Statements:
> A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
> A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-40]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

> A. Debtors: Reuven C. Klein, 5 minutes
> B. Objecting Parties: Arleen J. Nieves Correa, *pro se*

14. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline: January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
> A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Salvador S. Rivera Peña (Claim No. 177761) **[Case No. 17-3283, ECF No. 20270]**

Replies, Joinders & Statements:
> A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
  A. Motion Submitting Motion Submitting Certified Translations in Connection with
     Docketed Claim Objection Responses to be Heard at the April 25-26, 2023
     Adjourned Objection **[Case No. 17-3283, ECF No. 23987-33]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A. Debtors: Reuven C. Klein, 3 minutes
  B. Objecting Parties: Salvador S. Rivera Peña, *pro se*, 10 minutes
  C. Debtors: Reuven C. Klein, 2 minutes

15. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus
    Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims
    Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283,
    ECF No. 19553]**

Objection Deadline: January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Carmen
     Alicia Santiago Ducos (Claim No. 177513) **[Case No. 17-3283, ECF No. 21238]**

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832,
     19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the
     Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims
     Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-
     3283, ECF No. 23962]**

Related Documents:
  A. Motion Submitting Motion Submitting Certified Translations in Connection with
     Docketed Claim Objection Responses to be Heard at the April 25-26, 2023
     Adjourned Objection **[Case No. 17-3283, ECF No. 23987-38]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

A. <u>Debtors:</u> Reuven C. Klein, 5 minutes
B. <u>Objecting Parties:</u> Carmen Alicia Santiago Ducos, *pro se*

[*Remainder of Page Intentionally Left Blank*]

## IV.    CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time on April 26, 2022):

1.  **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

    Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

    Responses:
    A.  Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Olga Santiago Arce (Claim No. 177932) **[Case No. 17-3283, ECF No. 20121]**

    Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

    Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-32]**

    Status:  This matter is going forward.

    Estimated Time Required:  5 minutes

    Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Reuven C. Klein, 5 minutes
    B.  Objecting Parties: Olga Santiago Arce, *pro se*

2.  **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

    Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

    Responses:

A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Maria Serrano Vazquez (Claim No. 177092) **[Case No. 17-3283, ECF No. 21234]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-34]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Reuven C. Klein, 5 minutes
B. Objecting Parties: Maria Serrano Vazquez, *pro se*

3. **Four Hundred Fourth Omnibus Objection to Claims.** Four Hundred Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Tile III Debtors **[Case No. 17-3283, ECF No. 19553]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Sylvia Vila Solano (Claim No. 177099) **[Case No. 17-3283, ECF No. 21235]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico to Responses [ECF Nos. 19824, 19832, 19886, 20121, 20270, 21234, 21235, 21236, 21237, 21238, 22358, 22884] to the Four Hundred Fourth Omnibus Objection (Substantive) to Employee Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23962]**

Related Documents:

   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-35]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Reuven C. Klein, 5 minutes
   B. Objecting Parties: Sylvia Vila Solano, *pro se*

4. **Four Hundred Sixth Omnibus Objection to Claims.** Four Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 19555]**

Objection Deadline: January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Sixth Omnibus Objection to Claims, filed by Marilyn Cintron Serrano (Claim No. 16103) **[Case No. 17-3283, ECF No. 19799]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico to Response [ECF No. 19799] to the Four Hundred Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims **[Case No. 17-3283, ECF No. 23963]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-41]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford, 5 minutes
   B. Objecting Parties: Marilyn Cintron Serrano, *pro se*

5. **Four Hundred Twelfth Omnibus Objection to Claims.** Four Hundred Twelfth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims **[Case No. 17-3283, ECF No. 19559]**

Objection Deadline:  January 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Twelfth Omnibus Objection to Claims, filed by Jorge Martinez Garcia (Claim No. 177629) **[Case No. 17-3283, ECF No. 19726]**

Replies, Joinders & Statements:
    A.  Reply of the Puerto Rico Electric Power Authority to the Response Filed by Jorge Martinez Garcia [ECF No. 19726] to the Four Hundred Twelfth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims **[Case No. 17-3283, ECF No. 23964]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-42]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Jorge Martinez Garcia, *pro se*

6. **Four Hundred Fourteenth Omnibus Objection to Claims**. Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 20040]**

Objection Deadline:  March 7, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Fourteenth Omnibus Objection to Claims by Maira Ivet Feliciano Rosado (Claim No. 179662) **[Not Filed]**

Replies, Joinders & Statements:

A. Notice of Correspondence regarding the Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-filed Claims **[Case No. 17-3283, ECF No. 23983]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford, 3 minutes
   B. Objecting Parties: Maira Ivet Feliciano Rosado, *pro se*, 10 minutes
   C. Debtors: Laura Stafford, 2 minutes

7. **Four Hundred Thirty-Second Omnibus Objection to Claims.** Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 20487]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Thirty-Second Omnibus Objection to Claims, filed by Rafael A. Carrasquillo Nieves (Claim No. 15774) **[Case No. 17-3283, ECF No. 20641]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rafael Carrasquillo Nieves [ECF No. 20641] and Ramn A. Lpez Alvarado [ECF No. 22896] to the Four Hundred Thirty-second Omnibus Objection (Non-Substantive) to Claims Asserted against the Incorrect Debtor **[Case No. 17-3283, ECF No. 23965]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-43]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 3 minutes
    B. Objecting Parties: Rafael A. Carrasquillo Nieves, *pro se*, 10 minutes
    C. Debtors: Laura Stafford, 2 minutes

8. **Four Hundred Thirty-Second Omnibus Objection to Claims.** Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor **[Case No. 17-3283, ECF No. 20487]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Thirty-Second Omnibus Objection to Claims, filed by Ramon A. Lopez Alvarado (Claim Nos. 128175, 162758) **[Case No. 17-3283, ECF No. 22896]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed by Rafael Carrasquillo Nieves [ECF No. 20641] and Ramn A. Lpez Alvarado [ECF No. 22896] to the Four Hundred Thirty-second Omnibus Objection (Non-Substantive) to Claims Asserted against the Incorrect Debtor **[Case No. 17-3283, ECF No. 23965]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-44]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Ramon A. Lopez Alvarado, *pro se*

9. **Four Hundred Thirty-Seventh Omnibus Objection to Claims.** Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and

The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims **[Case No. 17-3283, ECF No. 20495]**

Objection Deadline: May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Alberto Vega Zayas (Claim Nos. 135965, 136952, 140056, 140676) **[Case No. 17-3283, ECF No. 21010]**

Replies, Joinders & Statements:
  A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of Puerto Rico to Responses [ECF Nos. 21054, 21010] to the Four Hundred Thirty-seventh Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 23966]**

Related Documents:
  A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-46]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

  A. Debtors: Laura Stafford, 5 minutes
  B. Objecting Parties: Alberto Vega Zayas, *pro se*

10. **Four Hundred Thirty-Ninth Omnibus Objection to Claims.** Four Hundred Thirty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No. 20497]**

Objection Deadline: May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Thirty-Ninth Omnibus Objection to Claims, filed by George & Theresa Rauscher (Claim No. 179635) **[Case No. 17-3283, ECF No. 20581]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, the Puerto Rico Highways and
      Transportation Authority, and the Puerto Rico Public Buildings Authority to
      Response filed by Claimant George and Theresa Rauscher [ECF No. 20581] to the
      Four Hundred Thirty-Ninth Omnibus Objection (Substantive) to Duplicate and No
      Liability Bond Claims **[Case No. 17-3283, ECF No. 23967]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

   A. Debtors: Laura Stafford, 5 minutes
   B. Objecting Parties: George & Theresa Rauscher, *pro se*

11. **Four Hundred Thirty-Ninth Omnibus Objection to Claims.** Four Hundred Thirty-
    Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the
    Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings
    Authority to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No.
    20497]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Response to Four Hundred Thirty-Ninth Omnibus Objection to Claims by Carmen
       Yolanda Rivera (Claim No. 31525) **[Not Filed]**

Replies, Joinders & Statements:
   A. Notice of Correspondence regarding the Four Hundred Thirty-Ninth Omnibus
      Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto
      Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings
      Authority to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No.
      23978]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. <u>Debtors:</u> Laura Stafford, 5 minutes
    B. <u>Objecting Parties:</u> Carmen Yolanda Rivera, *pro se*

[*Remainder of Page Intentionally Left Blank*]

**V.**   **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time on April 26, 2023):**

1. **Four Hundred Forty-Third Omnibus Objection to Claims.** Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20501]**

   Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

   Responses:
      A. Response to Four Hundred Forty-Third Omnibus Objection to Claims, filed by Luz M. Acevedo Mercado (Claim No. 104914) **[Case No. 17-3283, ECF No. 20601]**

   Replies, Joinders & Statements:
      A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response filed by Luz M. Acevedo Mercado [ECF No. 20601] to the Four Hundred Forty-third Omnibus Objection (Substantive) to Deficient ADR Claims **[Case No. 17-3283, ECF No. 23968]**

   Related Documents:
      A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-47]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes

   Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

      A. Debtors: Laura Stafford, 5 minutes
      B. Objecting Parties: Luz M. Acevedo Mercado, *pro se*

2. **Four Hundred Forty-Third Omnibus Objection to Claims.** Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20501]**

   Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

   Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Forty-Third Omnibus Objection to Claims by Irma Iris
     Arocho Vidal (Claim No. 151713) **[Not Filed]**

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Four Hundred Forty-Third Omnibus
     Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees
     Retirement System of the Government of the Commonwealth of Puerto Rico to
     Deficient ADR Claims **[Case No. 17-3283, ECF No. 23979]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A. Debtors: Laura Stafford, 5 minutes
  B. Objecting Parties: Irma Iris Arocho Vidal, *pro se*

3. **Four Hundred Forty-Third Omnibus Objection to Claims.** Four Hundred Forty-Third
   Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The
   Employees Retirement System of the Government of the Commonwealth of Puerto Rico
   to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20501]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A. Response to Four Hundred Forty-Third Omnibus Objection to Claims by Ivette De
     Jesus Rivas (Claim No. 90011) **[Not Filed]**

Replies, Joinders & Statements:
  A. Notice of Correspondence Regarding the Four Hundred Forty-Third Omnibus
     Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees
     Retirement System of the Government of the Commonwealth of Puerto Rico to
     Deficient ADR Claims **[Case No. 17-3283, ECF No. 23979]**

Related Documents:
  A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Ivette De Jesus Rivas, *pro se*

4. **Four Hundred Forty-Third Omnibus Objection to Claims.** Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20501]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Forty-Third Omnibus Objection to Claims by Rosa Margarita Sanchez (Claim No. 80168) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 23979]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Rosa Margarita Sanchez, *pro se*

5. **Four Hundred Forty-Third Omnibus Objection to Claims.** Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 20501]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Four Hundred Forty-Third Omnibus Objection to Claims by Evangelina Tenorio Gonzalez (Claim No. 125306) **[Not Filed]**

Replies, Joinders & Statements:
A. Notice of Correspondence Regarding the Four Hundred Forty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient ADR Claims **[Case No. 17-3283, ECF No. 23979]**

Related Documents:
A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford, 5 minutes
B. Objecting Parties: Evangelina Tenorio Gonzalez, *pro se*

6. **Four Hundred Forty-Eighth Omnibus Objection to Claims.** Four Hundred Forty-Eighth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it Is Not Liable **[Case No. 17-3283, ECF No. 20504]**

Objection Deadline:  May 2, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Four Hundred Forty-Eighth Omnibus Objection to Claims, filed by Miriam Sanchez Lebron (Claim No. 17433) **[Case No. 17-3283, ECF No. 20646]**

Replies, Joinders & Statements:
A. Reply of the Puerto Rico Electric Power Authority to the Response filed by Miriam Sanchez Lebron [ECF No. 20646] to the Four Hundred Forty-eighth Omnibus Objection (Substantive) of the Puerto Rico Electric Power Authority to Claims for Which it is Not Liable **[Case No. 17-3283, ECF No. 23969]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-62]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors:</u> Laura Stafford, 3 minutes
    B. <u>Objecting Parties:</u> Miriam Sanchez Lebron, *pro se*, 10 minutes
    C. <u>Debtors:</u> Laura Stafford, 2 minutes

7. **<u>Four Hundred Fifty-Third Omnibus Objection to Claims.</u>** Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20784]**

Objection Deadline:  June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Fifty-Third Omnibus Objection to Claims, filed by Ortiz Romero (Claim No. 31895) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundred Fifty-third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of The Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23981]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors:</u> Matthew A. Skrzynski,  5 minutes
    B. <u>Objecting Parties:</u> Ortiz Romero, *pro se*

8. **<u>Four Hundred Fifty-Third Omnibus Objection to Claims.</u>** Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting

Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 20784]**

Objection Deadline: June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Fifty-Third Omnibus Objection to Claims, filed by Benivette Rentas Cruz (Claim No. 84345-1) **[Case No. 17-3283, ECF No. 21595]**

Replies, Joinders & Statements:
   A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Response filed by Benivette Rentas [ECF No. 21595] to the Four Hundred Fifty-third Omnibus Objection (Non-Substantive) to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23970]**

Related Documents:
   A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-48]**

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Matthew A. Skrzynski, 5 minutes
   B. Objecting Parties: Benivette Rentas Cruz, *pro se*

9. **Four Hundred Sixtieth Omnibus Objection to Claims.** Four Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Cross-Debtor Duplicate Claims **[Case No. 17-3283, ECF No. 20791]**

Objection Deadline: June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Four Hundred Sixtieth Omnibus Objection to Claims, filed by Jose M. Alamo Cuevas (Claim No. 147357) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence regarding the Four Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Proof of Claim No. 147357 **[Case No. 17-3283, ECF No. 23982]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Jose M. Alamo Cuevas, *pro se*

10. **Four Hundred Sixty-Fifth Omnibus Objection to Claims.** Four Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for which the Debtors Are Not Liable **[Case No. 17-3283, ECF No. 20796]**

Objection Deadline: June 13, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Sixty-Fifth Omnibus Objection to Claims, filed by Miriam Sanchez Lebron (Claim Nos. 17230, 173831) **[Case No. 17-3283, ECF No. 21075]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to the Response filed by Miriam Sanchez Lebron (ECF No. 21075) to the Four Hundred Sixty-fifth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23971]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-49]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Matthew A. Skrzynski, 5 minutes
    B. Objecting Parties: Miriam Sanchez Lebron, *pro se*

11. **Four Hundred Seventy-Fifth Omnibus Objection to Claims.** Four Hundred Seventy-
Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The
Employees Retirement System of the Government of the Commonwealth of Puerto Rico
to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No.
17-3283, ECF No. 21426]**

Objection Deadline:  August 1, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Seventy-Fifth Omnibus Objection to Claims by
       Heriberto Arocho Rivera (Claim No. 169996) **[Not Filed]**

Replies, Joinders & Statements:
    A. Notice of Correspondence Regarding the Four Hundred Seventy-Fifth Omnibus
       Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The
       Employees Retirement System of the Government of the Commonwealth of Puerto
       Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors
       **[Case No. 17-3283, ECF No. 23959]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Heriberto Arocho Rivera, *pro se*

12. **Four Hundred Seventy-Fifth Omnibus Objection to Claims.** Four Hundred Seventy-
Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The
Employees Retirement System of the Government of the Commonwealth of Puerto Rico

to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 21426]**

Objection Deadline: August 1, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Seventy-Fifth Omnibus Objection to Claims, filed by Jeremy Morales Pagan (Claim No. 122217-2) **[Case No. 17-3283, ECF No. 21691]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Response Filed by Claimant Jeremy Morales Pagan (ECF No. 21691) to the Four Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23955]**

Related Documents:
    A. None.

Status: This matter is going forward.

Estimated Time Required: 5 minutes

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Jeremy Morales Pagan, *pro se*

13. **Four Hundred Seventy-Sixth Omnibus Objection to Claims.** Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Claims **[Case No. 17-3283, ECF No. 21428]**

Objection Deadline: August 1, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Four Hundred Seventy-Sixth Omnibus Objection to Claims, filed by Aurelio Moreno Soto (Claim No. 67535) **[Case No. 17-3283, ECF No. 21799]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by

Claimant Aurelio Moreno Soto (ECF No. 21799) to the Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) to Duplicate Claims **[Case No. 17-3283, ECF No. 23956]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-50]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A.  Debtors: Laura Stafford, 5 minutes
    B.  Objecting Parties: Aurelio Moreno Soto, *pro se*

14.  **Four Hundred Eighty-Fourth Omnibus Objection to Claims. Fou**r Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims **[Case No. 17-3283, ECF No. 21733]**

Objection Deadline:  September 5, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A.  Response to Four Hundred Eighty-Fourth Omnibus Objection to Claims, filed Heliodora Alicea Rodriguez (Claim No. 104126) **[Case No. 17-3283, ECF No. 22600]**

Replies, Joinders & Statements:
    A.  Reply of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response filed by Claimant Alicea Rodriguez Heliodora (ECF No. 22600) to the Four Hundred Eighty-fourth Omnibus Objection (Non-Substantive) to Subsequently Amended and Superseded Claims **[Case No. 17-3283, ECF No. 23972]**

Related Documents:
    A.  Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-51]**

Status:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors:</u> Laura Stafford, 5 minutes
    B. <u>Objecting Parties:</u> Heliodora Alicea Rodriguez, *pro se*

<p align="center">[<em>Remainder of Page Intentionally Left Blank</em>]</p>

## VI.   CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time on April 26, 2023):

1. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

    Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

    Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

    Responses:
    A. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Asunción Colón Ramos (Claim No. 26149) **[Case No. 17-3283, ECF No. 22652]**

    Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

    Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-53]**

    Status:  This matter is going forward.

    Estimated Time Required:  5 minutes

    Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Matthew A. Skrzynski, 5 minutes
    B. Objecting Parties: Asunción Colón Ramos, *pro se*

2. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Juan
      L. Dávila Pérez (Claim No. 18345) **[Case No. 17-3283, ECF No. 22654]**

Replies, Joinders & Statements:
  A.  Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of
      the Government of the Commonwealth of Puerto Rico, and the Puerto Rico
      Highways and Transportation Authority to the Responses Filed Nelson I. Maysonet
      Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina
      Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold
      Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No.
      22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth
      Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable
      **[Case No. 17-3283, ECF No. 23957]**

Related Documents:
  A.  Motion Submitting Motion Submitting Certified Translations in Connection with
      Docketed Claim Objection Responses to be Heard at the April 25-26, 2023
      Adjourned Objection **[Case No. 17-3283, ECF No. 23987-55]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter
and time allocations for each party are listed below:

  A. Debtors: Matthew A. Skrzynski, 5 minutes
  B. Objecting Parties: Juan L. Dávila Pérez, *pro se*

3.  **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth
    Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees
    Retirement System of the Government of the Commonwealth of Puerto Rico, and the
    Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are
    Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
  A.  Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by
      Nelson Maysonet Martinez (Claim No. 18312) **[Case No. 17-3283, ECF No.
      22651]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed by Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-52]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Matthew A. Skrzynski, 5 minutes
    B. Objecting Parties: Nelson Maysonet Martinez, *pro se*

4. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Gerardo J. Ramos Velázquez (Claim No. 29276) **[Case No. 17-3283, ECF No. 22656]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed by Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654),

Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-57]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Matthew A. Skrzynski, 5 minutes
B. Objecting Parties: Gerardo J. Ramos Velázquez, *pro se*

5. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Arnold Rodriguez Sanchez (Claim No. 26848) **[Case No. 17-3283, ECF No. 22655]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed by Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

Related Documents:

A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-56]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Matthew A. Skrzynski, 5 minutes
B. Objecting Parties: Arnold Rodriguez Sanchez, *pro se*

6. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
A. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Raul Santini Rivera (Claim No. 24826) **[Case No. 17-3283, ECF No. 22657]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed by Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-58]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Matthew A. Skrzynski, 5 minutes
    B. Objecting Parties: Raul Santini Rivera, *pro se*

7. **Five Hundred Fourteenth Omnibus Objection to Claims.** Five Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 22251]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Myrtelina Torres Berríos (Claim No. 28933) **[Case No. 17-3283, ECF No. 22653]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to the Responses Filed by Nelson I. Maysonet Martinez (ECF No. 22651), Asunción Colón Ramos (ECF No. 22652), Myrtelina Torres Berríos (ECF No. 22653), Juan L. Dávila Pérez (ECF No. 22654), Arnold Rodriguez Sanchez (ECF No. 22655), Gerardo J. Ramos Velázquez (ECF No. 22656), and Raul Santini-Rivera (ECF No. 22657) to the Five Hundred Fourteenth Omnibus Objection (Substantive) to Claims for which the Debtors are Not Liable **[Case No. 17-3283, ECF No. 23957]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-54]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Matthew A. Skrzynski, 5 minutes
    B. Objecting Parties: Myrtelina Torres Berríos, *pro se*

8. **Five Hundred Eighteenth Omnibus Objection to Claims.** Five Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities Owed by Entities  that Are Not Title III Debtors Debtors **[Case No. 17-3283, ECF No. 22247]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Five Hundred Eighteenth Omnibus Objection to Claims, filed by Vilma Maldonado Reyes (Claim No. 12237) **[Not Filed]**

Replies, Joinders & Statements:
   A. Notice of Correspondence regarding Five Hundred Eighteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims Asserting Liabilities owed by Entities that Are Not Title III Debtors **[Case No. 17-3283, ECF No. 23985]**

Related Documents:
   A. None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. Debtors: Laura Stafford, 5 minutes
   B. Objecting Parties: Vilma Maldonado Reyes, *pro se*

9. **Five Hundred Twenty-Second Omnibus Objection to Claims.** Five Hundred Twenty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Unliquidated Claims **[Case No. 17-3283, ECF No. 22257]**

Objection Deadline:  October 17, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Response to Five Hundred Twenty-Second Omnibus Objections to Claims, filed by Luz Esther Rivera Cuevas (Claim No. 14673) **[Case No. 17-3283, ECF No. 23299]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Response (ECF No. 23299) to the Five Hundred Twenty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Unliquidated Claims **[Case No. 17-3283, ECF No. 23958]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-59]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. Debtors: Laura Stafford, 5 minutes
    B. Objecting Parties: Luz Esther Rivera Cuevas, *pro se*

10. **Five Hundred Thirty-Seventh Omnibus Objection to Claims.** Five Hundred Thirty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No. 22740]**

Objection Deadline:  November 28, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline:  April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:
    A. Response to Five Hundred Thirty-Seventh Omnibus Objections to Claims, filed by Efrain Marquez Guzman (Claim No. 7743) **[Case No. 17-3283, ECF No. 22852]**

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Response filed by Efrain Marquez Guzman (ECF No. 22852) to the Five Hundred Thirty-Seventh Omnibus Objection (Substantive) to Duplicate and No Liability Bond Claims **[Case No. 17-3283, ECF No. 23973]**

Related Documents:
    A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-60]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford, 5 minutes
B. Objecting Parties: Efrain Marquez Guzman, *pro se*

11. **Five Hundred Thirty-Eighth Omnibus Objection to Claims.** T Five Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 22741]**

Objection Deadline:  November 28, 2022 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Response to Five Hundred Thirty-Eighth Omnibus Objections to Claims, filed by Maria V Perez Rodriguez (Claim No. 16333) **[Case No. 17-3283, ECF No. 22853]**

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico to Response filed by Maria V. Perez Rodrguez (ECF No. 22853) to the Five Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) to Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 23974]**

Related Documents:
A. Motion Submitting Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to be Heard at the April 25-26, 2023 Adjourned Objection **[Case No. 17-3283, ECF No. 23987-61]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes

Order and Number of Speakers:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

A. Debtors: Laura Stafford, 5 minutes
B. Objecting Parties: Maria V. Perez Rodriguez, *pro se*

12. **Five Hundred Fifty-Seventh Omnibus Objection to Claims.** Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims **[Case No. 17-3283, ECF No. 23092]**

Objection Deadline:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

Reply Deadline: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Five Hundred Fifty-Seventh Omnibus Objections to Claims, filed by Lilliam L Rivera Salerna (Claim No. 152871) **[Not Filed]**

<u>Replies, Joinders & Statements</u>:
   A. Notice of Correspondence regarding the Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 152871 and 111964 **[Case No. 17-3283, ECF No. 23986]**

<u>Related Documents</u>:
   A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

   A. <u>Debtors</u>: Laura Stafford, 5 minutes
   B. <u>Objecting Parties</u>: Lilliam L. Rivera Salerna, *pro se*

13. **<u>Five Hundred Fifty-Seventh Omnibus Objection to Claims.</u>** Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims **[Case No. 17-3283, ECF No. 23092]**

<u>Objection Deadline</u>:  January 17, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Reply Deadline</u>: April 11, 2023 at 4:00 p.m. (Atlantic Standard Time)

<u>Responses</u>:
   A. Response to Five Hundred Fifty-Seventh Omnibus Objections to Claims, filed by Carmen Astacio Pagan (Claim No. 111964) **[Not Filed]**

<u>Replies, Joinders & Statements</u>:
   A. Notice of Correspondence regarding the Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 152871 and 111964 **[Case No. 17-3283, ECF No. 23986]**

<u>Related Documents</u>:
   A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

<u>Order and Number of Speakers</u>:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

    A. <u>Debtors:</u> Laura Stafford, 5 minutes
    B. <u>Objecting Parties:</u> Carmen Astacio Pagan, *pro se*


[*Remainder of Page Intentionally Left Blank*]

Dated: April 20, 2023
San Juan, Puerto Rico

Respectfully submitted,

/s/ Brian S. Rosen
Martin J. Bienenstock
Brian S. Rosen
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**Exhibit A**

**Form of Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE THREE
HUNDRED THIRTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF
THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO
MISCELLANEOUS DEFICIENT CLAIMS**

       **PLEASE TAKE NOTICE THAT** the Commonwealth of Puerto Rico (the
"<u>Commonwealth</u>"), Puerto Rico Highways and Transportation Authority ("<u>HTA</u>"),  and
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>,"
collectively with the Commonwealth and HTA, the "<u>Debtors</u>"), by and through the Financial
Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the representative
of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight,
Management, and Economic Stability Act ("<u>PROMESA</u>"),[1] filed the *Three Hundred Thirty-
Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the
Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the
Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* (the
"<u>Omnibus Objection</u>") with the United States District Court for the District of Puerto Rico (the
"<u>Court</u>").[2]

       **PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on
<u>**Exhibit A**</u> to this Notice of Hearings, a hearing will be held on your claim(s) on **April 25, 2023**,
at **9:30 a.m. Atlantic Standard Time** (the "<u>Claim Objection Hearing</u>") before The Honorable
Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos
Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  You may appear and
speak at the Claim Objection Hearing.  You should complete and return the claimant response

---

[1]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2]    Capitalized terms used but not defined herein shall have the meanings set forth in the
Omnibus Objection.

form (the "<u>Response Form</u>"), attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the Claim Objection Hearing.

<div style="border:1px solid black; padding:10px;">

### <u>KEY POINTS</u>

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THIS NOTICE.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to this Notice of Hearing, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for **April 25, 2023,** at the time listed on Exhibit A.  To indicate whether you intend to attend the Claim Objection Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are not listed on <u>Exhibit A</u> to this Notice of Hearing, you SHOULD NOT appear at the Claim Objection Hearing.

- In the event that public health conditions or other circumstances require cancellation of the hearing, the Oversight Board will provide notice of the cancellation to you, and the hearing will be rescheduled for another date.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/.

- **If you have questions, please contact Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available). DO NOT call the Court.**

</div>

**<u>Claim Objection Hearing on the Omnibus Objection</u>**.  If your claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing, a hearing will be held on the Omnibus Objection as to your claim **on April 25, 2023**, at **9:30 a.m. Atlantic Standard Time**, before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico.  **You may appear and speak at the hearing at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767**.

**<u>Availability of Interpretation Services at the Claim Objection Hearing</u>**.  For any claimant who may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

**<u>Response Forms to Be Submitted Prior to the Claim Objection Hearing</u>**.  To assist the Court in preparing for and managing attendance at the hearing, each party whose claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing should submit the Response Form.  The Response

Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the Claim Objection Hearing, whether claimants intend to bring their own interpreters to the hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim.

Response Forms must be received by Kroll no later than **4:00 p.m. (Atlantic Standard Time)** on **April 18, 2023**.  You may submit your Response Form to Kroll by email and/or mail.

> **Email**:  puertoricoinfo@kroll.com
> **Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
> c/o Kroll Restructuring Administration LLC
> 850 Third Avenue
> Suite 412
> Brooklyn, NY 11232.

**DO NOT send your Response Form to the Court.  Doing so may result in delayed processing and exclusion from participation in the Claim Objection Hearing.**

**Additional Documentation in Support of Your Claim(s).**  If you wish to present any additional documentation in support of your claim at the Claim Objection Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Hearing**.  Participants and visitors will be required to follow the current protocol for in-person hearings and trials during COVID-19 pandemic at the United States District Court for the District of Puerto Rico.  Information regarding the most updated safety protocols can be found here: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.

| **Additional Resources and Whom to Contact with Questions** |
|---|
| If you have any questions about this Notice of Hearing, about the Claim Objection Hearing, or about the Response Form, please contact the **Kroll** hotline at **(844) 822-9231**.<br><br>All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.ra.kroll.com/puertorico/.  This website is maintained by Kroll and includes a searchable database to assist with locating documents.<br><br>If you require additional information regarding the status of your response, your claim, this notice, or your Response Form, please contact the Kroll hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@kroll.com. Do not call the Court. |

**Attachment 1**
**Claimant Response Form for the Claim Objection Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | |
| Debtors.[1] | |

**RESPONSE FORM FOR CLAIMS TO BE
HEARD AT THE CLAIM OBJECTION HEARING**

This form must be received by Kroll no later than **4:00 p.m. (Atlantic Standard
Time) on April 18, 2023**. You may submit your Response Form to Kroll by email and/or mail.
If you choose to mail this form, the mailing must be delivered to the mailing address below by
the deadline.

**Email**:  puertoricoinfo@kroll.com.
**Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-
LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474);
(iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-
LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747);
and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth,
COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last
Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case
numbers due to software limitations).

Claim                 Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address: _____

Telephone Number: _____

Email Address: _____

---

**Please respond to the following questions by answering
-Yes *or* No -
on the line next to the question.**

I.   <u>Attendance</u>

_____   I will attend the Claim Objection Hearing.

_____   I will not attend Claim Objection Hearing.

_____   Please move the hearing for my claim to another date.  I am requesting the change of date because: _____

II.   <u>Interpreter Services</u>

_____ I do not need an interpreter.

_____ I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____ I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.

III.   <u>Documents and Information</u>

_____   I have attached additional documentation in support of my claim(s) to this Response Form.

_____   I do not have any additional documentation that I intend to use in support of my claim(s) at the Claim Objection Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____

[Printed Name]

3

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>             Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE VISTA SOBRE CIERTAS RECLAMACIONES SUJETAS A LA OBJECIÓN GLOBAL [ÓMNIBUS] (NO SUSTANTIVA) NÚMERO TRESCIENTOS TREINTA Y CUATRO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A VARIAS RECLAMACIONES DEFICIENTES MISCELÁNEAS**

      **FAVOR DE TOMAR CONOCIMIENTO DE QUE** el Estado Libre Asociado de Puerto Rico (el "ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT"),  y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE," colectivamente con el ELA y la ACT, los "Deudores"), por conducto de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del ELA y el SRE, conforme a la Sección 315(b) de la Ley para la Supervisión, Administración y Estabilización Económica de Puerto Rico ("PROMESA"),[1] han presentado la *Objeción Global [Ómnibus] (No Sustantivas) Número Trescientos Treinta y Cuatro  del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, y la Autoridad de Carreteras y Transportación de Puerto Rico a las Reclamaciones Deficientes Misceláneas* (la "Objeción Globalizada [Ómnibus]") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

      **TOME CONOCIMIENTO, ADEMÁS, DE QUE** si su(s) reclamación(-ones) aparecen enumeradas en el **Exhibit B** de esta Notificación de Vistas, se habrá de celebrar una vista para atender su(s) reclamación(-ones) el día **25 de abril de 2023**, a las **9:30 a.m. Hora del**

---

[1]     PROMESA se encuentra codificada en el 48 U.S.C. §§ 2101-2241.

[2]     Aquellos términos en mayúscula que se usen pero no se definan en este documento tendrán el significado que se establece en la Objeción Globalizada [Ómnibus].

**Atlántico** (la "Vista para Atender Objeciones a las Reclamaciones") ante la Honorable Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico , Calle Carlos Chardón #150, Edificio Federal, San Juan, Puerto Rico 00918-1767.  Usted podrá comparecer y expresarse en la Vista para Atender Objeciones a las Reclamaciones.  Para eso tiene que llenar y devolver el formulario de respuesta del reclamante (el "Formulario de Respuesta"), que se adjunta a esta Notificación de Vista como Anejo 1, para indicar si es su intención asistir a la Vista para Atender Objeciones a las Reclamaciones.

---

### PUNTOS CLAVE

- **POR FAVOR VERIFIQUE SI SU(S) RECLAMACIÓN(-ONES) SE ENCUENTRAN ENUMERADAS EN EL <u>EXHIBIT B</u> DE ESTA NOTIFICACIÓN.**

- Si su(s) reclamación(-ones) se encuentra(n) enumeradas en el <u>Exhibit B</u> de esta Notificación de Vista, entonces hay una vista señalada para el **25 de abril de 2023** en la que se atenderán su(s) reclamación(-ones) contra el Estado Libre Asociado, la ACT o el SRE, a la hora que se indica en el Exhibit B.  Para dejarnos saber si su intención es acudir a la Vista para Atender Objeciones a las Reclamaciones, por favor llene y devuelva el Formulario de Respuesta que se adjunta a esta Notificación de Vista identificado como el Anejo 1.

- Si su(s) reclamación(-ones) no se encuentran enumeradas en el <u>Exhibit B</u> de esta Notificación de Vista, usted NO DEBE comparecer en la Vista para Atender Objeciones a las Reclamaciones.

- En caso de que las condiciones de salud pública o alguna otra circunstancia nos obligue a cancelar la vista, la Junta de Supervisión le hará llegar una notificación de cancelación y la vista quedará señalada para otra fecha.

- Las copias de la Objeción Globalizada [Ómnibus] y todas las demás radicaciones en los casos bajo el Título III están disponibles en línea gratuitamente a través de https://cases.ra.kroll.com/puertorico/.

- **Si tiene alguna pregunta, por favor comuníquese con Kroll al (844) 822-9231 (sin cargos para los EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m.  (Hora del Atlántico) (Disponible en español). NO llame al Tribunal.**

---

**Vista para Atender Objeciones a las Reclamaciones que conciernen a la Objeción Globalizada [Ómnibus]**.  Si su reclamación se encuentra enumerada en el **Exhibit B** de esta Notificación de Vista, el **25 de abril de 2023**, a las **9:30 a.m. Hora del Atlántico**, se estará celebrando una vista sobre la Objeción Globalizada que corresponde a su reclamación, ante la Honorable Laura Taylor Swain del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.  **Usted podrá comparecer y expresarse durante esa vista ante el Tribunal de**

2

Distrito de los Estados Unidos para el Distrito de Puerto Rico, Calle Carlos Chardón #150, Edificio Federal, San Juan, Puerto Rico 00918-1767.

**Disponibilidad de Servicios de Interpretación durante la Vista para Atender Objeciones a las Reclamaciones**.  Los Deudores proporcionarán un intérprete certificado para cualquier reclamante que necesite los servicios de interpretación al idioma español.  Cada reclamante también está en libertad de traer su propio intérprete certificado para el idioma español, pagado por el reclamante, si es que no desea utilizar los servicios de interpretación que proporcionen los Deudores.

**El Formulario de Respuestas se tiene que presentar antes de que se celebre la Vista para Atender Objeciones a las Reclamaciones**.  Con el fin de ayudar al Tribunal a preparase y manejar la asistencia a la vista, cada parte cuya reclamación aparezca enumerada en el **Exhibit B** de esta Notificación de Vista tiene que presentar el Formulario de Respuesta.  El Formulario de Respuesta le brinda información importante a los Deudores y al personal del Tribunal sobre aquellos reclamantes que tienen la intención de comparecer a la Vista para Atender Objeciones a las Reclamaciones, si van a traer sus propios intérpretes o si van a servirse de los intérpretes que proporcionen los Deudores, y si es la intención de los reclamantes presentar documentación de apoyo adicional para propósitos de su reclamación.

Kroll tiene que recibir el Formulario de Respuestas para el **18 de abril de 2023** a las **4:00 p.m. (Hora del Atlántico)** a más tardar.  Usted puede enviarle su Formulario de Respuesta a Kroll por correo regular o correo electrónico.

> **Email**:  puertoricoinfo@kroll.com
> **Dirección Postal**: Commonwealth of Puerto Rico Claims Processing Center
> c/o Kroll Restructuring Administration LLC
> 850 Third Avenue
> Suite 412
> Brooklyn, NY 11232.

**NO le envíe su Formulario de Respuesta al Tribunal.  Si lo hace, el procesamiento del mismo se podría retrasar y usted podría verse impedido de participar en la Vista para Atender Objeciones a las Reclamaciones.**

**Documentación Adicional en Apoyo a su(s) Reclamación(-ones)**.  Si desea presentar alguna documentación adicional en apoyo a su reclamación durante la Vista para Atender Objeciones a las Reclamaciones, **tiene** que enviar esa documentación junto con su Formulario de Respuesta.

**Protocolos de Seguridad durante la Vista**.  Todo participante y visitante tendrá que seguir el protocolo para vistas y juicios presenciales durante la pandemia del COVID-19 establecido por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico.  Aquí podrá encontrar la información más actualizada sobre estos protocolos de seguridad: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.

**Recursos Adicionales y Personas de Contacto para Preguntas**

Si tiene alguna pregunta sobre esta Notificación de Vista, sobre la Vista para Atender Objeciones a las Reclamaciones, o sobre el Formulario de Respuesta, por favor comuníquese con la línea directa de **Kroll** al **(844) 822-9231**.

Todos los documentos radicados en los Casos bajo el Título III, incluyendo copias de las reclamaciones radicadas mediante el sistema de CM/ECF, se encuentran disponibles gratuitamente en línea a través de https://cases.ra.kroll.com/puertorico/.  Esta página de internet está a cargo de Kroll e incluye una base de datos donde puede hacer búsquedas de documentos.

Si necesita información adicional sobre su respuesta, su reclamación, esta notificación, o su Formulario de Respuesta, por favor comuníquese con Kroll usando la línea directa del **(844) 822-9231** (sin cargos para EE.UU. y Puerto Rico) o llame al **(646) 486-7944** (para llamadas internacionales), disponible de las 10:00 a.m. a las 7:00 p.m. (Hora del Atlántico) (Disponible en español).  Puede enviar cualquier pregunta por correo electrónico también, dirigido a puertoricoinfo@kroll.com. No llame al Tribunal.

**Anejo 1**

**Formulario de Respuesta del Reclamante para efectos de la Vista para Atender Objeciones a las Reclamaciones**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

### FORMULARIO DE RESPUESTA PARA RECLAMACIONES QUE HABRÁN DE VENTILARSE DURANTE LA VISTA PARA ATENDER OBJECIONES A LAS RECLAMACIONES

Kroll debe recibir este formulario para el **18 de abril de 2023** a las **4:00 p.m.** (Hora del Atlántico) a más tardar. Usted puede enviarle este Formulario de Respuesta a Kroll por correo electrónico o correo regular. Si decide enviar el formulario por correo regular, el envío tiene que llegar antes de la fecha límite a la dirección que se indica a continuación.

    **Email**:  puertoricoinfo@kroll.com.
    **Dirección Postal**:  Commonwealth of Puerto Rico Claims Processing Center
                       c/o Kroll Restructuring Administration LLC
                       850 Third Avenue
                       Suite 412
                       Brooklyn, NY 11232.

---

[1] Los Deudores en estos casos bajo el Título III, junto con el número de caso bajo el Título III de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de quiebra No. 17BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) Autoridad de Edificios Públicos ("AEP" y conjuntamente con el ELA, COFINA, la ACT, SRE y AEE, los "Deudores") (Caso de quiebra No. 19-BK-5523-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (Los casos del Título III aparecen con sus números de Caso de Quiebra debido a las limitaciones del programa de informática).

Número(s) de Reclamación: _____

Reclamante(s): _____

Nombre del Abogado (si tiene uno): _____

Información de Contacto más Efectiva para Comunicarnos con el Reclamante:

Dirección: _____

Número de Teléfono: _____

Dirección de Correo Electrónico: _____

---

**Por favor conteste las siguientes preguntas con un**
**-Sí *o* No -**
**Sobre la línea al lado de la pregunta.**

I.  <u>Asistencia</u>

_____  Asistiré a la Vista para Atender Objeciones a las Reclamaciones.

_____  No voy a asistir a la Vista para Atender Objeciones a las Reclamaciones.

_____  Favor de cambiar para otra fecha la vista para atender mi reclamación. Estoy pidiendo cambio de fecha porque:

_____

II.  <u>Servicios de Interpretación</u>

_____  No necesito un intérprete.

_____  Necesito un intérprete y tengo intenciones de usar al intérprete que proporcionen los Deudores.

_____  Necesito un intérprete y tengo intenciones de traer a mi propio intérprete certificado de inglés-español.

III.  <u>Documentos e Información</u>

_____  Estoy adjuntando documentación adicional a este Formulario de Respuesta en apoyo a mi(s) reclamación(-ones)

_____  No tengo documentación adicional que tenga pensado usar en apoyo a mi(s) reclamación(-ones) durante la Vista para Atender Objeciones a las Reclamaciones aparte de lo que ya he incluido junto con mi(s) reclamación(-ones) y lo que ya he radicado con mi respuesta a la Objeción Globalizada [Ómnibus].

---

[Firma del Reclamante o su Representante Autorizado]

Por: _____

[Nombre en letra de molde]

3

**<u>Exhibit B</u>**

**Procedures Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                      PROMESA
                                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                           No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                             (Jointly Administered)
et al.,

              Debtors.[1]

-------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARINGS ON APRIL 25-26, 2023

       The Court will conduct two hearings on certain omnibus claim objections in the

above-captioned cases (the "Hearings") beginning, respectively, at **9:30 a.m. (Atlantic**

**Standard Time)** on **April 25, 2023**, and at **9:30 a.m. (Atlantic Standard Time)** on **April 26,**

**2023**.  The Court will conduct the Hearings virtually using videoconferencing and telephonic

platforms as set forth herein.  The Hearings shall be governed by the following procedures.

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

**Registration for Videoconference; Listen-In Facilities for Attorneys, Members of Public and Press**

1.  **Videoconferencing via Zoom**.  The Court will conduct the Hearings using a combination of the audio and video features of the Zoom platform and facilitating live participation for pro se participants who are scheduled to present in connection with the Hearings.[2]  Attorneys who are appearing in connection with a matter scheduled for the Hearings will be permitted to register their appearance by filing an Informative Motion in accordance with paragraph 3 below.  Pro se participants, who shall appear in person, are not required to file an Informative Motion.  The Court will circulate an invitation to register for Zoom access to those attorneys who have properly filed an Informative Motion.  Attorneys must respond to the invitation to register for Zoom access and will automatically receive an email confirmation with a link and relevant login information to join the virtual proceeding.  To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall be limited to three attorneys appearing in the Zoom session at any given time, and each other party appearing in connection with a matter scheduled for the Hearings shall be limited to two attorneys.  **Only attorneys who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear remotely at the Hearing**.  Recording and retransmission of the proceedings by any means are prohibited.

---

[2]     In accordance with the *Order Regarding Pro Se Adjourned Omnibus Objections to Claims of Unrepresented Claimants* (Docket Entry No. 23844 in Case No. 17-3283) (the "Adjournment Order"), pro se participants who have timely responded to the Hearing Notice (as that term is defined in the Adjournment Order) shall appear in person at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.      **Listen-Only Access to the Hearing**.  Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749 and, when prompted, entering the access code (7214978) and the security code which will be (7533) This telephonic access line for the press and the general public will be in listen-only mode at all times.  Recording and further broadcasting of the proceedings by any means remain prohibited.

3.      **Attorney Registration to Participate in the Hearings via Zoom.**  Counsel who intend to speak at the Hearings must jointly file an informative motion by **April 19, 2023**, at **12:00 p.m. (Atlantic Standard Time)**, identifying (a) the relevant claim objection, (b) the parties who intend to appear and speak in connection with the relevant claim objection or response, (c) the names of no more than two individuals who intend to speak on behalf of each party in connection with the relevant claim objection or response, (d) the order in which the parties to the relevant matter shall present argument, and (e) time allocations for each speaker. In addition, counsel for each represented Party **must** be listed on the Party Appearance Cover Sheet which is annexed to the Party's Informative Motion as Exhibit A.

**Pre-Hearing Deadlines**

4.      An agenda outlining the matters to be addressed shall be filed by Debtors' counsel by **5:00 p.m. (Atlantic Standard Time)** on **April 20, 2023**.  The agenda shall also include the information filed pursuant to Paragraph 3, <u>supra</u>, and the following information: (a) the relevant claim objection(s) and the names of the individuals presenting responses to the claim objection(s) for each time slot, (b) the attorney or pro se party presenting the claim objection(s) for each time slot, (c) whether an individual presenting a claim objection response requires an interpreter, and (d) a time allocation (taking into account any anticipated need for interpretation) for each matter to be heard.  Debtors' counsel shall file a revised agenda if circumstances have

changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **April 19, 2023**, at **12:00 p.m. (Atlantic Standard Time)**.

5.      Pursuant to the Adjournment Order, the Debtors shall submit an electronic hearing binder to the Court to swaindprcorresp@nysd.uscourts.gov by **April 18, 2023**, at **12:00 p.m. (Atlantic Standard Time)**.  The electronic binder shall consist of one consolidated, bookmarked PDF containing CM/ECF-stamped courtesy copies of all of the pleadings relevant to each of the Hearings.  The bookmarks must be placed so as to provide access to the pleadings for each of the matters to be heard.

6.      **Courtroom Procedures**.  All persons are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of this prohibition may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.  The formalities of a courtroom must be observed.  When appearing by Zoom, each counsel must be situated in such a manner as to be able to view the video screen and be seen by the Court.  Each Party's camera must be turned on when addressing the Court or examining a witness (if necessary).  Those appearing by Zoom may be removed from the virtual courtroom if they do not comply with this Order.

7.      During the Hearings, individuals who are registered to participate via Zoom are directed to observe the following rules:

       a.   The following naming conventions must be used by Zoom participants for admission to the Zoom virtual courtroom. For example:

   i. Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

    a. PARTY A / Doe, John / ABC Law Firm, or

    b. XYZ Agency/ Doe, Jane / Office of the ABC Government

  b. Identify yourself if asked to do so.

  c. Identify yourself by name each time you speak.

  d. <u>Mute</u> yourself when you are not speaking to eliminate background noise.

  e. Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

 SO ORDERED.

Dated: April 17, 2023

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          United States District Judge