# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima novena objeción global**

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BADILLO SAATCHI & SAATCHI INC. ORLANDO GONZALES ROSA A-16 CALLE GENOVA EXT VILLA CAPARRA PO BOX 11905 GUAYNABO, PR 00966 | 16582 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $159,316.02 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,047.66 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $153,074.10 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $1,194.26 se pagaron mediante la transferencia electrónica identificada con el número 2450 el 20/6/2017. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | BETTEROADS ASPHALT LLC ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 115241 | El Estado Libre Asociado de Puerto Rico | Garantizada | $281,008.92 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $69,599.53 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $210,390.64 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $1,018.75 se pagaron mediante cheques identificados con los números 02533570 y 02639894 los días 17/11/2010 y 21/6/2011. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | BPA OFFICE SUPPLIES INC PO BOX 10611 PONCE, PR 00732 | 25556 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $240,131.43 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,000.00 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascienden a un total de $1,687.02 se pagaron mediante cheques identificados con los números 00116946, 00128810, 00151282 y 00147400 los días 1/5/2017, 20/6/2017, 30/8/2017 y 18/7/2017. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores creen que el acreedor solo tiene derecho a $1,000 por las facturas restantes. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | CARIBE TECNO, CRL<br>1254 AVE F.D. ROOSEVELT<br>SAN JUAN, PR 00920 | 67190 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $312,694.57 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,842.34 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $303,852.23 en el sistema de dicha agencia. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | CASA JUPITER INC<br>21 CALLE BARBOSA<br>BAYAMON, PR 00961 | 28837 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $96,100.90 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,479.38 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $14,064.04 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $439.20 se pagaron con el cheque número 00074222 el 24/10/2016. La o las facturas que ascienden a un total de $75,565.14 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. Una porción del reclamo invoca obligaciones entre el demandante y la Universidad de Puerto Rico y varios municipios que no son parte del proceso al amparo del Título III. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Reclamo No. 28837 incluido también en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | COMERCIAL DON BENJA, INC.<br>HC 03 BOX 27150<br>LAJAS, PR 00667-9629 | 20713 | El Estado Libre Asociado de Puerto Rico | Garantizada | $3,136.17 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,526.58 |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía por el monto de $3,136.17. El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascienden a un total de $1,978.56 se pagaron mediante cheques identificados con los números 02804807 y 03051427 los días 29/5/2012 y 21/11/2013. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que el acreedor solo tiene derecho a $1,526.58 por las facturas restantes. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | COMPUTER HOUSE, INC. 1577 AVE. JESUS T. PIÑERO SAN JUAN, PR 00920 | 11456 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $162,362.78 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $101.94 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $14,795.23 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $3,227.84 se pagaron con el cheque número 00047506 el 12/7/2016. La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $144,237.77, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | ES_NATIONALCOPIER EXT VILLA RICA G 18 CALLE 1 BAYAMON, PR 00958 | 35847 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $378,715.27 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,051.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $364,664.27 en el sistema de dicha agencia. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 174436 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $483,760.98 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $8,013.60 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $470,404.98 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $5,342.40 se pagaron con el cheque número 23107802 el 9/9/2019. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 10 | PROMOTIONS & DIRECT, INC.<br>MCCONNELL VALDÉS LLC<br>P.O. BOX 364225<br>SAN JUAN, PR 00936 | 22595 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,113,881.59 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,912.93 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $1,043,202.19 en el sistema de dicha agencia. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Reclamo No. 22595 incluido también en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | RANGER AMERICAN ARMORED SERVICES INC<br>ATTN: LILLIAM FAJARDO<br>PO BOX 29105<br>SAN JUAN, PR 00929-0105 | 77358 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $103,803.20 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $151.99 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascienden a un total de $29,420.00 se pagaron mediante cheques identificados con los números 169 y 0396 los días 16/12/2016 y 21/7/2017. La o las facturas que ascienden a un total de $5,707.21 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y GILA LLC, la Autoridad de Transporte Marítimo y el Municipio de San Juan, que no forman parte de los procedimientos iniciados al amparo del Título III. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que el acreedor solo tiene derecho a $151.99 por las facturas restantes. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Reclamo No. 77358 incluido también en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

4

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

|  | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 12 | SALUD INTEGRAL DE LA MONTANA<br>JOHN E. MUDD<br>PO BOX 194134<br>SAN JUAN, PR 00919 | 109469 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $570,402.42 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $375,462.31 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $141,395.52 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $53,544.59 se pagaron mediante cheques identificados con los números 00201058, 00049431, 00050636 y 00095085 los días 4/6/2012, 30/5/2017, 13/6/2017 y 14/9/2018. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| 13 | SALUD INTEGRAL DE LA MONTANA, INC.<br>JOHN E. MUDD<br>P.O. BOX 194134<br>SAN JUAN, PR 00919 | 115027 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $616,429.73 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $419,805.26 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascienden a un total de $83,620.45 se pagaron mediante cheques identificados con los números 00056684, 00066727, 00085105, 00143864, 00200187, 00243422, 00015327, 00095085 y 00095649 los días 20/1/2009, 29/4/2009, 27/10/2009, 30/3/2011, 29/5/2012, 8/5/2013, 4/8/2016, 14/9/2018 y 17/19/2018. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que el acreedor solo tiene derecho a $419,805.26 por las facturas restantes. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| 14 | SKYTEC INC<br>500 ROAD 869, SUITE 501<br>CATANO, PR 00962-2011 | 19098 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $176,749.34 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,000.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $98,525.99 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $66,223.35 se pagaron mediante transferencias electrónicas identificadas con los números 00067724, 00068771, 00068772, 00070343, 00070409 y 00070410 los días 12/3/2018, 19/3/2018, 28/3/2018 y 2/4/2018. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

Quingentésima Sexagésima Novena Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 15 | STERICYCLE<br>ATTN: LINARES PALACIOS LAW OFFICE<br>PMB 456 SUITE 102, AVE. ESMERALDA<br>GUAYNABO, PR 00969 | 107672 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $55,424.59 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,951.73 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $3,390.72 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $44,082.14 se pagaron mediante cheques identificados con los números 192028, 250562, 263730, 263742, 265448, 265759, 265774, 265781, 265787, 265792, 265796, 265800, 265803, 266277, 266748, 266771, 266790, 267596, 267600, 267605, 267607, 267621, 267624, 267629 y 267630 entre el 23/8/2016 y el 18/9/2018. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 16 | XEROX CORPORATION<br>JON A.B. NOLLA-MAYORAL<br>PO BOX 195287<br>SAN JUAN, PR 00919 | 10013 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $345,991.10 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $86.17 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascieden a un total de $70,203.53 se pagaron mediante cheques identificados con los números 1396, 1529 y 1601 los días 27/3/2013, 8/7/2013 y 10/9/2013. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que el acreedor solo tiene derecho a $86.17 por las facturas restantes. El Reclamo se admitirá en el monto liquidado, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".