## EXHIBIT C

**Declaration of Carmen Q. Rodríguez Rodríguez**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and PBA.** |

**DECLARATION OF CARMEN Q. RODRÍGUEZ RODRÍGUEZ IN SUPPORT OF THE FIVE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND/OR PARTIALLY ASSERT AMOUNTS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Carmen Q. Rodríguez Rodríguez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am an account payable director at the Puerto Rico Department of Education (the "PRDE") whose job responsibilities include among other tasks, managing the accounts payable

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

department. Within the managing functions, I oversee all aspects of the accounts payable

operations, including the review of invoices to ensure that all costs have been charged correctly,

and reviewing reports to identify errors or other problems with payments made, as required. The

facts set forth herein are true and correct to the best of my knowledge and belief as per my review

of PRDE records and information provided by team of PRDE employees I personally supervised,

as further explained below.

2.      In my capacity as an account payable director of PRDE, I and a team of PRDE

employees working at my direction are responsible for, among other things, reviewing certified

invoices and processing them for payment. As a general matter, invoices are certified for payment

to ensure the legal disbursement of public funds for goods and services, materials, claims and any

other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and

Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims

reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed

pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3.      I submit this declaration in support of the *Five Hundred Sixty-Ninth Omnibus*

*Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and*

*Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims That Are*

*Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable* (the

"Five Hundred Sixty-Ninth Omnibus Objection").[3]

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in
the Five Hundred Sixty-Ninth Omnibus Objection.

4.      Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PRDE, but not yet paid.  That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5.      At the request of AAFAF's representatives, I conducted a reasonable review of PRDE's records to determine whether the invoices associated with the claims have been certified for payment.  In order to determine if the invoices were paid, the invoices received and registered in the accounts payable module are verified with the unrecorded invoice report and historical check register.

6.      Based upon that review, Claim No. 11456, 25556, and 35847, identified on **Exhibit A** to the Five Hundred Sixty-Ninth Omnibus Objection are based upon invoices that have not been certified for payment.  It is my understanding that invoices that have not been certified for payment cannot be paid.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Dated:  March 29, 2023

By: /s/ *Carmen Q. Rodríguez Rodríguez,*
Account Payable Director

## ANEXO C

**Declaración de Carmen Q. Rodríguez Rodríguez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

<table>
<tr>
<td>

*En el asunto*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

    como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *y
otros*,

                              Deudores.[1]

</td>
<td>

PROMESA
Título III
Núm.: 17 BK 3283-LTS
(Administrado Conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y
la AEP.**

</td>
</tr>
</table>

**DECLARACIÓN DE CARMEN Q. RODRÍGUEZ RODRÍGUEZ EN APOYO DE LA
QUINGENTÉSIMA SEXAGÉSIMA NOVENA OBJECIÓN GLOBAL (SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE
CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN
PARTE SATISFECHAS Y/O EN PARTE ALEGAN UNOS MONTOS POR LOS QUE
LOS DEUDORES NO SON RESPONSABLES**

Yo, Carmen Q. Rodríguez Rodríguez, conforme al Título 28 U.S.C. § 1746, por medio de

la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a

mi leal saber y entender:

1.      Trabajo como directora de cuentas por pagar en el Departamento de Educación (el

"DE"), cuya responsabilidad laboral incluye, entre otras tareas, administrar el departamento de

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los
últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el
Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto
Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación
contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de
Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el
Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de
Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la
Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos
cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto
Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm.
19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos
de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa
informático).

cuentas por pagar. Dentro de las funciones de gestión, superviso todos los aspectos de las operaciones de cuentas por pagar, incluida la revisión de las facturas para garantizar que todos los costos se hayan cobrado correctamente y la revisión de los informes para identificar errores u otros problemas con los pagos realizados, según necesario. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del DE y en la información proporcionada por el equipo de empleados del DE que estaba bajo mi supervisión personal, como explico más adelante.

2.       Como directora de cuentas por pagar en el DE, yo, y un equipo integrado por los empleados del DE que trabajan bajo mi dirección, somos responsables, entre otras cosas, de analizar facturas certificadas y de procesarlas para su pago. Por lo general, las facturas se certifican para su pago con el fin de garantizar el desembolso legal de fondos públicos en concepto de productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3.       Realizo esta declaración en apoyo de la *Quingentésima sexagésima novena Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico a Reclamaciones que están en parte satisfechas y/o en parte reclaman unos montos por los*

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

*que los Deudores no son Responsables* (la "Quingentésima sexagésima novena objeción global").[3]

4.      Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DE, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5.      A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del DE para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago.  Para determinar si las facturas fueron pagadas, las facturas recibidas y registradas en el módulo de cuentas por pagar se verifican con el reporte de facturas no registradas y el registro histórico de cheques.

6.      Sobre la base de dicha revisión, las Reclamaciones núm. 11456, 25556 y 35847, que aparecen en el **Anexo A** de la Quingentésima sexagésima novena objeción global se basan en facturas que no han sido certificadas para su pago.  Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 29 de marzo de 2023

Por: */s/Carmen Q. Rodríguez Rodríguez*
Carmen Q. Rodríguez Rodríguez

---

[3]  Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima sexagésima novena objeción global.