## **EXHIBIT D**

**Declaration of Hugo R. Jiménez Arroyo**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and PBA.** |

**DECLARATION OF HUGO R. JIMÉNEZ ARROYO IN SUPPORT OF THE FIVE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND/OR PARTIALLY ASSERT AMOUNTS FOR WHICH THE DEBTORS ARE NOT LIABLE**

    I, Hugo R. Jiménez Arroyo, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

    1.    I am a Fiscal Manager of the Puerto Rico Department of Health (the "PRDH"). The Fiscal Manager is responsible for the planning, coordination, and supervision of the fiscal, budgetary, and administrative activities that are developed in its division. The facts set forth herein

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

are true and correct to the best of my knowledge and belief as per my review of PRDH records and information provided by the team of the Finance Office employees I personally supervise, as further explained below.

2. In my capacity as a Fiscal Manager of PRDH, I and employees working at my direction at PRDH, are responsible for, among other things, supervising the Finance Director responsible for reviewing certified invoices and processing them for payments. Once the invoices are certified for payment by the appropriate officer, the team is responsible for ensuring the disbursement of public funds that are legal and for goods and services, materials, claims and other legal obligations of the agency. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with me at various times in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Sixty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable* (the "Five Hundred Sixty-Ninth Omnibus Objection").[3]

4. I have performed several reviews at the request of the Oversight Board and AAFAF. AAFAF first provided me with another list of claims which purport to assert liabilities

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixty-Ninth Omnibus Objection.

associated with invoices that have allegedly been issued to PRDH, but not yet paid. Later, representatives of the Oversight Board provided AAFAF with another list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PRDH, but not yet paid, and AAFAF provided that list of claims to me. Both lists included spreadsheets identifying certain invoices the claimants asserted were unpaid.

5. At the request of AAFAF and the Oversight Board's representatives, I conducted a reasonable review of PRDH's records to determine whether the invoices associated with the claims have been certified for payment. As part of this review, we searched our Financial System and software that we call People Soft 8.4 and confirmed that there are no invoices from the relevant suppliers.

6. Based upon the review performed at Oversight Board's request, Claim No. 28837 and 107672, identified on **Exhibit A** to Five Hundred Sixty-Ninth Omnibus Objection, are based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. Based on the review performed at the AAFAF's request, Claim No. 109469 and 115027, also identified on **Exhibit A** to Five Hundred Sixty-Ninth Omnibus Objection, are based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 29, 2023

By: *Hugo R. Jiménez Arroyo*
    Hugo R. Jiménez Arroyo
    Fiscal Manager
    Puerto Rico Department of Health

3

## **ANEXO D**

**Declaración de Hugo R. Jiménez Arroyo**

Case:17-03283-LTS Doc#:24045-5 Filed:04/20/23 Entered:04/20/23 17:19:03 Desc:
Exhibit D Declaration of M. Len-Rodrguez -En. & Sp. Page 5 of 9

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y la AEP**. |

**DECLARACIÓN DE HUGO R. JIMÉNEZ ARROYO EN APOYO DE LA QUINGENTÉSIMA SEXAGÉSIMA NOVENA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y/O EN PARTE RECLAMAN UNOS MONTOS POR LOS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Hugo R. Jiménez Arroyo, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Trabajo como Gerente Fiscal en el Departamento de Salud (el "DS"). El Gerente Fiscal es responsable de la planificación, coordinación y supervisión de las actividades fiscales, presupuestarias y administrativas que se desarrollan en su división. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del DS y en la información proporcionada por el equipo de empleados de la oficina de finanzas que estaba bajo mi supervisión personal, como explico más adelante.

2. Como Gerente Fiscal en el DS, yo, y un equipo integrado por los empleados del DS que trabajan bajo mi dirección, somos responsables, entre otras cosas, de analizar facturas certificadas y de procesarlas para su pago. Una vez que las facturas se certifican para su pago por el funcionario correspondiente, el equipo es responsable de garantizar el desembolso legal de fondos públicos en concepto de productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en varias ocasiones en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [2]

3. Realizo esta declaración en apoyo de la *Quingentésima sexagésima novena Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico a Reclamaciones que están en parte satisfechas y/o en parte reclaman unos montos por los*

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

2

*que los Deudores no son Responsables* (la "Quingentésima sexagésima novena objeción global").[3]

4. He realizado varios análisis a petición de la Junta de Supervisión y AAFAF. Al principio, AAFAF me proporcionó otra relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DS, pero que todavía no han sido pagadas. Más tarde, los representantes de la Junta de Supervisión proporcionaron a AAFAF otra relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DS, pero que todavía no han sido pagadas, y AAFAF me brindó a mí dicha relación de reclamaciones. Ambas relaciones incluían hojas de cálculo que identificaban determinadas facturas que los reclamantes alegaban que no estaban pagadas.

5. A petición de los representantes de AAFAF y de la Junta de Supervisión, he revisado, dentro de lo razonable, los registros del DS para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Como parte de esta revisión, buscamos en nuestro sistema financiero y software que llamamos People Soft 8.4 y confirmamos que no hay facturas de los proveedores relevantes.

6. Sobre la base del análisis realizado a petición de la Junta de Supervisión, las Reclamaciones núm. 28837 y 107672, que aparecen en el **Anexo A** de la Quingentésima sexagésima novena objeción global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima sexagésima novena objeción global.

7. Sobre la base del análisis realizado a petición de AAFAF, las Reclamaciones núm. 109469 y 115027, que también aparecen en el **Anexo A** de la Quingentésima sexagésima novena objeción global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

8. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 29 de marzo de 2023

Por: */s/ Hugo R. Jiménez Arroyo*

4