# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixty-Ninth Omnibus Objection**

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BADILLO SAATCHI & SAATCHI INC. ORLANDO GONZALES ROSA A-16 CALLE GENOVA EXT VILLA CAPARRA PO BOX 11905 GUAYNABO, PR 00966 | 16582 | Commonwealth of Puerto Rico | Unsecured | $159,316.02 | Commonwealth of Puerto Rico | Unsecured | $5,047.66 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with invoice(s) totaling $153,074.10 in the agency's system. Invoice(s) totaling $1,194.26 were paid via EFT 2450 on 6/20/2017. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | BETTEROADS ASPHALT LLC ROSIMARI LEON 209 AVE. MUNOZ RIVERA (8TH FLOOR) SAN JUAN, PR 00917 | 115241 | Commonwealth of Puerto Rico | Secured | $281,008.92 | Commonwealth of Puerto Rico | Unsecured | $69,599.53 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with invoice(s) totaling $210,390.64 in the agency's system. Invoice(s) totaling $1,018.75 were paid via Checks 02533570 and 02639894 on 11/17/2010 and 06/21/2011. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | BPA OFFICE SUPPLIES INC PO BOX 10611 PONCE, PR 00732 | 25556 | Commonwealth of Puerto Rico | Unsecured | $240,131.43 | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim . The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $1,687.02 were paid via Checks 00116946, 00128810, 00151282, and 00147400 on 05/01/2017, 06/20/2017, 08/30/2017, and 07/18/2017. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe the creditor is only entitled to $1,000 for the remaining invoices. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

1

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CARIBE TECNO, CRL<br>1254 AVE F.D. ROOSEVELT<br>SAN JUAN, PR 00920 | 67190 | Commonwealth of Puerto Rico | Unsecured | $312,694.57 | Commonwealth of Puerto Rico | Unsecured | $8,842.34 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $303,852.23 in the agency's system. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CASA JUPITER INC<br>21 CALLE BARBOSA<br>BAYAMON, PR 00961 | 28837 | Commonwealth of Puerto Rico | Unsecured | $96,100.90 | Commonwealth of Puerto Rico | Unsecured | $5,479.38 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on declarations attesting to a reasonable review of the agencies' books and records, there are no outstanding liabilities associated with invoice(s) totaling $14,064.04 in the agencies' systems. Invoice(s) totaling $439.20 were paid via Check 00074222 on 10/24/2016. Invoice(s) totaling $75,565.14 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. A portion of the claim asserts liabilities between Claimant and University of Puerto Rico and multiple municipalities, which are not part of the Title III proceedings. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Claim #28837 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | COMERCIAL DON BENJA, INC.<br>HC 03 BOX 27150<br>LAJAS, PR 00667-9629 | 20713 | Commonwealth of Puerto Rico | Secured | $3,136.17 | Commonwealth of Puerto Rico | Unsecured | $1,526.58 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $3,136.17. The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $1,978.56 were paid via Checks 02804807 and 03051427 on 05/29/2012 and 11/21/2013. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe the creditor is only entitled to $1,526.58 for the remaining invoices. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | COMPUTER HOUSE, INC.<br>1577 AVE. JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | 11456 | Commonwealth of Puerto Rico | Unsecured | $162,362.78 | Commonwealth of Puerto Rico | Unsecured | $101.94 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on declarations attesting to a reasonable review of the agencies' books and records, there are no outstanding liabilities associated with invoice(s) totaling $14,795.23 in the agencies' systems. Invoice(s) totaling $3,227.84 were paid via Check 00047506 on 7/12/2016. Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $144,237.77, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | ES_NATIONALCOPIER<br>EXT VILLA RICA<br>G 18 CALLE 1<br>BAYAMON, PR 00958 | 35847 | Commonwealth of Puerto Rico | Unsecured | $378,715.27 | Commonwealth of Puerto Rico | Unsecured | $14,051.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $364,664.27 in the agency's system. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 174436 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $483,760.98 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $8,013.60 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $470,404.98 in the agency's system. Invoice(s) totaling $5,342.40 were paid via Check 23107802 on 9/9/2019. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | PROMOTIONS & DIRECT, INC. MCCONNELL VALDÉS LLC P.O. BOX 364225 SAN JUAN, PR 00936 | 22595 | Commonwealth of Puerto Rico | Unsecured | $1,113,881.59 | Commonwealth of Puerto Rico | Unsecured | $1,912.93 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $1,043,202.19 in the agency's system. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Claim #22595 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | RANGER AMERICAN ARMORED SERVICES INC ATTN: LILLIAM FAJARDO PO BOX 29105 SAN JUAN, PR 00929-0105 | 77358 | Commonwealth of Puerto Rico | Unsecured | $103,803.20 | Commonwealth of Puerto Rico | Unsecured | $151.99 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $29,420.00 were paid via Checks 169 and 0396 on 12/16/2016 and 07/21/2017. Invoice(s) totaling $5,707.21 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. A portion of the claim asserts liabilities between Claimant and GILA LLC, Maritime Transportation Authority, and Municipality of San Juan, which are not part of the Title III proceedings. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe the creditor is only entitled to $151.99 for the remaining invoices. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Claim #77358 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | SALUD INTEGRAL DE LA MONTANA JOHN E. MUDD PO BOX 194134 SAN JUAN, PR 00919 | 109469 | Commonwealth of Puerto Rico | Unsecured | $570,402.42 | Commonwealth of Puerto Rico | Unsecured | $375,462.31 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $141,395.52 in the agency's system. Invoice(s) totaling $53,544.59 were paid via Checks 00201058, 00049431, 00050636, and 00095085 on 06/04/2012, 05/30/2017, 06/13/2017, and 09/14/2018. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | SALUD INTEGRAL DE LA MONTANA, INC. JOHN E. MUDD P.O. BOX 194134 SAN JUAN, PR 00919 | 115027 | Commonwealth of Puerto Rico | Unsecured | $616,429.73 | Commonwealth of Puerto Rico | Unsecured | $419,805.26 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $83,620.45 were paid via Checks 00056684, 00066727, 00085105, 00143864, 00200187, 00243422, 00015327, 00095085, and 00095649 on 01/20/2009, 04/29/2009, 10/27/2009, 03/30/2011, 05/29/2012, 05/08/2013, 08/04/2016, 09/14/2018, and 09/17/2018. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe the creditor is only entitled to $419,805.26 for the remaining invoices. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | SKYTEC INC 500 ROAD 869, SUITE 501 CATANO, PR 00962-2011 | 19098 | Commonwealth of Puerto Rico | Unsecured | $176,749.34 | Commonwealth of Puerto Rico | Unsecured | $12,000.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $98,525.99 in the agency's system. Invoice(s) totaling $66,223.35 were paid via EFTs 00067724, 00068771, 00068772, 00070343, 00070409, and 00070410 on 03/12/2018, 03/19/2018, 03/28/2018, and 04/02/2018. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | STERICYCLE ATTN: LINARES PALACIOS LAW OFFICE PMB 456 SUITE 102, AVE. ESMERALDA GUAYNABO, PR 00969 | 107672 | Commonwealth of Puerto Rico | Unsecured | $55,424.59 | Commonwealth of Puerto Rico | Unsecured | $7,951.73 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $3,390.72 in the agency's system. Invoice(s) totaling $44,082.14 were paid via Checks 192028, 250562, 263730, 263742, 265448, 265759, 265774, 265781, 265787, 265792, 265796, 265800, 265803, 266277, 266748, 266771, 266790, 267596, 267600, 267605, 267607, 267621, 267624, 267629, and 267630 between 08/23/2016 and 09/18/2018. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".

Five Hundred Sixty-Ninth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

|    | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|----|------|---------|-----------------|-----------------|--------|----------------------------|-----------------|--------|
| 16 | XEROX CORPORATION<br>JON A.B.<br>NOLLA-MAYORAL<br>PO BOX 195287<br>SAN JUAN, PR 00919 | 10013 | Puerto Rico Highways and Transportation Authority | Unsecured | $345,991.10 | Puerto Rico Highways and Transportation Authority | Unsecured | $86.17 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $70,203.53 were paid via Checks 1396, 1529, and 1601 on 03/27/2013, 07/08/2013, and 09/10/2013. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe the creditor is only entitled to $86.17 for the remaining invoices. The Claim will be allowed in the liquidated amount, as set forth in the column titled "Reduced and Allowed".