# **EXHIBIT M**

**Declaration of Edna A. Rivera Vargas**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                        Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and PBA.** |

**DECLARATION OF EDNA A. RIVERA VARGAS IN SUPPORT OF THE FIVE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS THAT ARE PARTIALLY SATISFIED AND/OR PARTIALLY ASSERT AMOUNTS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Edna A. Rivera Vargas, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Chief Financial Officer at the Puerto Rico Public Housing Administration (the "PRPHA"). I am in charge of the financial operations of the PRPHA including, among others, accounts payable review. The facts set forth herein are true and correct to the best of my

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

knowledge and belief as per my review of PRPHA records and information provided by the team of PRPHA employees I personally supervised, as further explained below.

2. In my capacity as Chief Financial Officer of PRPHA, I and my team of PRPHA finance and administration area employees, working under my direction are responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Sixty-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable* (the "Five Hundred Sixty-Ninth Omnibus Objection").[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PRPHA, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixty-Ninth Omnibus Objection.

2

5. At the request of AAFAF's representatives, I conducted a reasonable review of the PRPHA's records to determine whether the invoices associated with the claims have been certified for payment. Specifically, a review of the documents existing in our files.

6. Based upon that review, Claim No. 67190, identified on **Exhibit A** to the Five Hundred Sixty-Ninth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 21, 2023

By: /*Edna A. Rivera-Vargas*/

# **ANEXO M**

**Declaración de Edna A. Rivera Vargas**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>    Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT y la AEP**. |

**DECLARACIÓN DE EDNA A. RIVERA VARGAS EN APOYO DE LA QUINGENTÉSIMA SEXAGÉSIMA NOVENA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y/O EN PARTE RECLAMAN UNOS MONTOS POR LOS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Edna A. Rivera Vargas, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Trabajo como Directora Financiera en la Administración de Vivienda Pública (la "AVP"). Estoy a cargo de las operaciones financieras de la AVP incluyendo, entre otras, la revisión de cuentas por pagar. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros de la AVP y en la información proporcionada por el equipo de empleados de la AVP que estaba bajo mi supervisión personal, como explico más adelante.

2. Como Directora Financiera en la AVP, yo, y mi equipo de empleados del área de administración y finanzas de AVP, trabajando bajo mi dirección, somos responsables, entre otras cosas, de revisar las facturas certificadas y procesarlas para su pago. Por lo general, las facturas se certifican para su pago con el fin de garantizar el desembolso legal de fondos públicos en concepto de productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Realizo esta declaración en apoyo de la *Quingentésima sexagésima novena Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico a Reclamaciones que están en parte satisfechas y/o en parte reclaman unos montos por los*

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

2

*que los Deudores no son Responsables* (la "Quingentésima sexagésima novena objeción global").[3]

4. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas a la AVP, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros de la AVP para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. En concreto, una revisión de los documentos existentes en nuestros archivos.

6. Sobre la base de dicha revisión, la Reclamación núm. 67190, que aparece en el **Anexo A** de la Quingentésima sexagésima novena objeción global se basa en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 21 de marzo de 2023

Por: /firma/

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima sexagésima novena objeción global.

3