## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima sexta objeción global**

Quingentésima Sexagésima Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1  INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) PETER D. DECHIARA COHEN, WEISS AND SIMON LLP 900 THIRD AVE NEW YORK, NY 10022 | 05/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36811 | Indeterminado* | INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) PETER D. DECHIARA COHEN, WEISS AND SIMON LLP 900 THIRD AVENUE NEW YORK, NY 10022 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 130169 | Indeterminado* |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2  ORSINI, AIDA MARTINEZ LUIS R. LUGO EMANUELLI PO BOX 34 FAJARDO, PR 00738 | 08/30/17 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 97 | $110,461.48* | MARTINEZ ORSINI, AIDA PO BOX 34 FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 92655 | $110,461.48* |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3  THREE O'CONSTRUCTION, S.E JOSE L CABIYA MORALES P.O. BOX 2500 PMB 929 TOA BAJA, PR 00951 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 147008 | $3,536,902.95* | THREE O CONSTRUCTION, S.E. JOSE L. CABIYA MORALES PO BOX 2500 PMB 929 TOA BAJA, PR 00951 | 04/22/20 | 19-BK-05523-LTS El Autoridad de Edificios Públicos de Puerto Rico | 173755 | $3,536,902.95* |

Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Sexagésima Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN. JOSE L. RAMIREZ-COLL P.O. BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 93752 | $679,110.43 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN. JOSE LUIS RAMIREZ COLL P.O BOX 13128 SAN JUAN, PR 00908 | 10/26/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179672 | $2,194,304.18 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 5 | VELEZ ROSA, LYDIA Y OTROS LCDO. JOSE TORRES VALENTIN CALLE GEORGETTI 78 SAN JUAN, PR 00925 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 31506 | $150,000.00* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29477 | Indeterminado* |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |