## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixty-Seventh Omnibus Objection**

Five Hundred Sixty-Seventh Omnibus Objection
Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO, ELBA | 09/19/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177573 | $14,400.00 |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVARADO RODRIGUEZ, YOLANDA | 06/29/2018 | 17 BK 04780-LTS | Puerto Rico Electric Power Authority | 164832 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Puerto Rico Electric Power Authority without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BURZO ROMAN, SUSAN | 06/28/2018 | 17 BK 04780-LTS | Puerto Rico Electric Power Authority | 156947 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Puerto Rico Electric Power Authority without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Cabrera Santos, Gustavo L. | 05/30/2018 | 17 BK 04780-LTS | Puerto Rico Electric Power Authority | 44519 | $5,725.00 |

Reason: The claimant filed a deficient proof of claim against the Puerto Rico Electric Power Authority without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COLON, NELSON | 09/27/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177983 | $74,000.00 |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Sixty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | DEFENDINI RIVERA, MARIA D. | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 72205 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | DRAGONI CEBOLLERO, INGRID | 05/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29281 | $50,000.00 |

Reason: The claimant filed a deficient proof of claim against the Employees Retirement System of the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FELIX JESUS, MANUEL ROSARIO | 11/21/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177618 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | FIGUEROA COLON, HAYDEE JAYUYA, PR 00664 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 143507 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GARCIA, NATALIA | 01/06/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177738 | $208,822.00 |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | GONZALEZ, JOSE | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155227 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | LUGO PAGAN, BETTY | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 84780 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | LUIS VAZQUEZ, CARMEN | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166549 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | MAGDA, RAMOS | 08/31/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178726 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | NATALIA, GARCIA | 01/06/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 177600 | $208,822.00 |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | PEREZ, NEREIDA | 08/13/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178318 | $60,000.00 |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Sixty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | PP NUNEZ, MARIA L. | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114018 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | REYES LEON, LUIS I. | 11/24/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 178890 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | RIVERA MORALES, JUAN A | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165277 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | RIVERA VAZQUEZ, MIRTA | 06/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50408 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | SANCHEZ, NANCY | 07/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66248 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

|  | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | TORRES MARTINEZ, TERESA | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137811 | $16,200.00* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixty-Seventh Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | TORRES, ISRAEL MERCADO | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56939 | Undetermined* |

Reason: The claimant filed a deficient proof of claim against the Commonwealth of Puerto Rico without sufficient contact information. The government has made multiple attempts to obtain this data, including printing the claims in multiple publications requesting the claimant provide this information. Despite the multiple attempts by the government, these claimants have not responded and the claims should be marked for objection as deficient as outlined in the outreach publications.

| | TOTAL | $637,969.00* |
|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts