# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima sexagésima séptima objeción global**

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO, ELBA | 09/19/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177573 | $14,400.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto. El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma. A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones, tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVARADO RODRIGUEZ, YOLANDA | 06/29/2018 | 17 BK 04780-LTS | Autoridad de Energía Eléctrica de Puerto Rico | 164832 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra la Autoridad de Energía Eléctrica de Puerto Rico sin suficiente información de contacto. El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma. A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones, tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BURZO ROMAN, SUSAN | 06/28/2018 | 17 BK 04780-LTS | Autoridad de Energía Eléctrica de Puerto Rico | 156947 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra la Autoridad de Energía Eléctrica de Puerto Rico sin suficiente información de contacto. El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma. A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones, tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Cabrera Santos, Gustavo L. | 05/30/2018 | 17 BK 04780-LTS | Autoridad de Energía Eléctrica de Puerto Rico | 44519 | $5,725.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra la Autoridad de Energía Eléctrica de Puerto Rico sin suficiente información de contacto. El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma. A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones, tal y como se indica en las publicaciones de divulgación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COLON, NELSON | 09/27/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177983 | $74,000.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| 6 | DEFENDINI RIVERA, MARIA D. | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 72205 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| 7 | DRAGONI CEBOLLERO , INGRID | 05/21/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 29281 | $50,000.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico sin suficiente información de contacto. El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma. A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones, tal y como se indica en las publicaciones de divulgación.

| 8 | FELIX JESUS, MANUEL ROSARIO | 11/21/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177618 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | FIGUEROA COLON, HAYDEE JAYUYA, PR 00664 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 143507 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | GARCIA, NATALIA | 01/06/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177738 | $208,822.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | GONZALEZ, JOSE | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155227 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | LUGO PAGAN, BETTY | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 84780 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | LUIS VAZQUEZ, CARMEN | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 166549 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MAGDA, RAMOS | 08/31/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178726 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | NATALIA, GARCIA | 01/06/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177600 | $208,822.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | PEREZ, NEREIDA | 08/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178318 | $60,000.00 |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | PP NUNEZ, MARIA L. | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114018 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | REYES LEON, LUIS I. | 11/24/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178890 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | RIVERA MORALES, JUAN A | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 165277 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERA VAZQUEZ, MIRTA | 06/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50408 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

## Quingentésima Sexagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | SANCHEZ, NANCY | 07/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66248 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | TORRES MARTINEZ, TERESA | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 137811 | $16,200.00* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | TORRES, ISRAEL MERCADO | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56939 | Indeterminado* |

Base para: El demandante presentó una Evidencia de Reclamo deficiente contra el Estado Libre Asociado de Puerto Rico sin suficiente información de contacto . El Gobierno llevó a cabo numerosos intentos de obtener dicha información, incluso reprodujo los reclamos en varias publicaciones impresas en las que solicitó al demandante que proveyera la misma . A pesar de los múltiples intentos del Gobierno, los demandantes no respondieron y los reclamos se deben considerar deficientes a los efectos de las objeciones , tal y como se indica en las publicaciones de divulgación.

| | | TOTAL | $637.969.00* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados