## **EXHIBIT B**

**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, and PREPA.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE
FIVE HUNDRED SIXTY-SEVENTH OMNIBUS OBJECTION (SUBSTANTIVE) OF
THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,
AND THE PUERTO RICO ELECTRIC POWER AUTHORITY TO DEFICIENT
CLAIMS FILED WITHOUT NECESSARY CONTACT INFORMATION**

        I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

        1.    I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") retained

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' (as defined below) cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth and ERS, the "Debtors").

3. I submit this declaration in support of the *Five Hundred Sixty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority to Deficient Claims Filed Without Necessary Contact Information* (the "Five Hundred Sixty-Seventh Omnibus Objection").[3] I have personally reviewed the Five Hundred Sixty-Seventh Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Five Hundred Sixty-Seventh Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Five Hundred Sixty-

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixty-Seventh Omnibus Objection.

2

Seventh Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel, or were reviewed and analyzed by personnel of other agents retained by the Oversight Board. These efforts, including obtaining and reviewing information provided by the Debtors, resulted in the identification of the deficient claims, as identified in the column titled "Deficient Claims" in **Exhibit A** to the Five Hundred Sixty-Seventh Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims listed on **Exhibit A** to the Five Hundred Sixty-Seventh Omnibus Objection (collectively, the "Deficient Claims") purport to be based on obligations owed to the applicable claimant by the Debtors, but does not provide contact information for the claimant, making it impossible for the Debtors to contact, identify, or disburse funds to the claimants, and in some instances, also either (i) fail to provide any information identifying the nature or source of the obligations or explaining why the Debtors or any other Title III Debtor is liable to the claimant, or (ii) identify the nature or source of the obligation, but fail to explain how the Debtors or any other Title III Debtor is liable to the claimant.

6. In addition, each of the Deficient Claims fails to include necessary contact information, thereby precluding the Debtors from obtaining supporting information from the respective claimants. To date, the Oversight Board, on behalf of the Debtors, has been unable to contact the claimants associated with the Deficient Claims, despite employing its best efforts to do so, including (i) searching public records for claimant contact information and (ii) printing the Deficient Claims and their corresponding claimant's names in multiple publications requesting the respective claimants reach out to the Oversight Board and provide their contact information and information in support of their claim (the "Publication Notice"). *See Affidavit of Publication* [ECF No. 23022].

7. With respect to the Deficient Claims asserted against PREPA, my review consisted solely of confirming that such claims did not include necessary contact information, thereby precluding the Debtors from obtaining supporting information from the respective claimants. A&M takes no position with respect to any of the underlying legal claims asserted by any of the claimants associated with the Deficient Claims asserted against PREPA.

8. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Five Hundred Sixty-Seventh Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Debtors and their creditors.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 20, 2023

By: /s/ *Jay Herriman*
Jay Herriman

## **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>                                        Deudores.[1] | PROMESA<br>Título III<br>Número: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, el SRE y la AEE.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA QUINGENTÉSIMA SEXAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES DEFICIENTES RADICADAS SIN LA INFORMACIÓN DE CONTACTO NECESARIA**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamaciones en relación con los casos de los Deudores (según se define abajo) radicados conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a las reclamaciones en el marco de los casos de los Deudores radicados conforme a PROMESA. El proceso continuo de reconciliación de reclamaciones de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y de O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del Estado Libre Asociado de Puerto Rico (el "ELA"), del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") y de la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE", y junto con el ELA y el SRE, los "Deudores").

3. Realizo esta declaración en apoyo de la *Quingentésima sexagésima séptima objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico, del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones Deficientes Radicadas sin la Información de Contacto Necesaria* (la "Quingentésima sexagésima séptima objeción global").[3] He revisado

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima sexagésima séptima objeción global.

2

personalmente la Quingentésima sexagésima séptima objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Quingentésima sexagésima séptima objeción global, bajo mi dirección y/o supervisión, cada una de las reclamaciones controvertidas en la Quingentésima sexagésima séptima objeción global fue examinada y analizada cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente, o fue examinada y analizada por el personal de otros agentes contratados por la Junta de Supervisión. Dichos esfuerzos (lo que incluye obtener y examinar información proporcionada por los Deudores) resultaron en la identificación de las reclamaciones deficientes, según se identifica en la columna titulada "Reclamaciones Deficientes" en el **Anexo A** de la Quingentésima sexagésima séptima objeción global.

5. A mi leal saber y entender, las reclamaciones que aparecen en el **Anexo A** de la Quingentésima sexagésima séptima objeción global (conjuntamente, las "Reclamaciones Deficientes") alegan estar basada en obligaciones de los Deudores ante el correspondiente reclamante, pero no proporciona información de contacto del reclamante, lo que hace imposible que los Deudores contacten, identifiquen o desembolsen fondos a los reclamantes, y en algunos casos, o bien i) no han proporcionado ninguna información que identifique la naturaleza o fuente de las obligaciones o que explique por qué los Deudores o cualquier otro Deudor de Título III son responsables ante el reclamante, o bien ii) han identificado la naturaleza o fuente de la obligación, pero no han explicado por qué los Deudores o cualquier otro Deudor de Título III son responsables ante el reclamante.

6. Además, ninguna de las Reclamaciones Deficientes incluye la información de contacto necesaria, lo cual impide a los Deudores obtener información justificativa de los

3

respectivos reclamantes. Hasta la fecha, la Junta de Supervisión (en nombre de los Deudores) no ha podido comunicarse con los reclamantes vinculados con las Reclamaciones Deficientes, a pesar de los intensos esfuerzos que ha realizado para lograrlo, lo que incluye i) buscar en registros públicos información de contacto de los reclamantes e ii) incluir las Reclamaciones Deficientes y los nombres de los reclamantes relacionados en varias publicaciones en las que se solicita a los reclamantes que se pongan en contacto con la Junta de Supervisión y proporcionen su información de contacto, así como información justificativa de sus reclamación (la "Notificación Publicada"). *Véase Declaración Jurada de la Publicación* [ECF Número 23022].

7. En lo que respecta a las Reclamaciones Deficientes alegadas contra la AEE, mi análisis únicamente consistió en confirmar que dichas reclamaciones no incluían la información de contacto necesaria, lo cual impide a los Deudores obtener información justificativa de los respectivos reclamantes. A&M no adopta ninguna postura con respecto a ninguna de las reclamaciones legales subyacentes, alegadas por los reclamantes vinculados con las Reclamaciones Deficientes radicadas contra la AEE.

8. Sobre la base de lo que antecede, y a mi leal saber y entender, la información contenida en la Quingentésima sexagésima séptima objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de los Deudores y de sus acreedores.

9. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 20 de abril de 2023

Por: *[Firma en la versión en inglés]*
Jay Herriman

4