# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Seventieth Omnibus Objection**

## Five Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AECOM CARIBE, LLP<br>URS CARIBE LLP<br>P/C PEDRO E. VAZQUEZ MELENDEZ<br>PO BOX 9024025<br>SAN JUAN, PR 00902-4025 | 06/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 104150 | $243,556.27 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 2 | AMERICAN PETROLEUM CO. INC.<br>P.O. BOX 2529<br>TOA BAJA, PR 00951 | 04/13/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 173740 | $31,675.25 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $28,925.25 in the agency's system. Invoice(s) totaling $2,750.00 were paid via Check 23105378 on 8/16/2018. | | | | | |
| 3 | ANTILLES POWER DEPOT, INC.<br>ATTN: WIGBERTO LUGO MENDER, ESQ.<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 126458 | $196,226.48 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $18,476.48 in the agency's system. Invoice(s) totaling $177,750.00 were paid via Checks 338472, 338475, 338478, 338481, 338482, 338483, 338484, 338485, and 338486 on 9/13/2018. | | | | | |
| 4 | ASOCIACION CONDOMINES CONDOMINIO TORRUELLA<br>2235 LUIS A FERRE BLVD<br>SUITE 111<br>PONCE, PR 00717 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 57104 | $15,090.93 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

1

# Five Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ASOCIACIÓN MIEMBROS POLICIA DE PUERTO RICO LCDA. CARMINE CASTRO VILLANUEVA PO BOX 19-1671 SAN JUAN, PR 00919-1671 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19056 | $184,000.00 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $151,434.00 in the agency's system. Invoice(s) totaling $29,935.00 were paid via Checks 00114950, 00141305, 00160843, 00200777, and 00954747 on 09/18/2009, 03/17/2010, 06/29/2010, 04/23/2009, and 03/12/2012. Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $2,631.00, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 6 | BDO PUERTO RICO C/O RYAN MARIN PO BOX 363343 SAN JUAN, PR 00936-3343 | 06/10/2022 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 180070 | $984,412.50 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on declarations attesting to a reasonable review of the agencies' books and records, there are no outstanding liabilities associated with these invoices in the agencies' systems. | | | | | |
| 7 | CONSOLIDATED TELECOM OF PUERTO RICO, LLC D/B/A CONSO TEL OF PUERTO RICO, LLC RODRIGUEZ MARXUACH, PSC PO BOX 16636 SAN JUAN, PR 00908-6636 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27119 | $44,961.06 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Seventieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28104 | $25,757.30 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 7 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. The Debtors determined invoice(s) totaling $9,086.85 were paid via ACHs 29467, 29468, 00014170, and 00029467 between 03/04/2021 and 12/28/2022 and Checks 00029467, 00039880, 00039958, 00040962, 00044863, 00046831, 00046832, 00046833, 00046834, 00046836, 00046885, 00046886, 00046887, 00046888, 00046889, 00046894, 00046896, 00046897, 00046899, 00046900, 00046901, 00046902, 00046903, 00047611, 00047613, 00047614, 00047615, 00047616, 00047617, 00047618, 00047619, 00048058, 00048401, 00060578, 00060579, 00060580, 00060591, 00060592, 00060593, 00060724, and 00060731 between 04/10/2018 and 12/28/2021. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe there are no outstanding liabilities associated with the remaining invoices in the agency's system.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | CORP SERVICIOS AMA DE LLAVES INC<br>P.O. BOX 1858<br>TRUJILLO ALTO, PR 00977-0892 | 05/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11495 | $2,290,935.16 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | CRUZ GONZALEZ, WALTER TIMOTHY<br>URB VEREDAS<br>784 CAMINO DE LOS CEDROS<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18709 | $53,900.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $52,003.28 in the agency's system. Invoice(s) totaling $1,896.72 were paid via EFT 00078686 on 5/18/2018.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | DANOSA CARIBBEAN INC<br>P.O. BOX 13757<br>COMPLEJO INDUSTRIAL LUCHETTI<br>SAN JUAN, PR 00908-3757 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56478 | $108,926.02 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

Claim #56478 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DAT@ACCESS<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9461 | $596.68 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | FJ BUS SERVICE INC<br>PO BO X1258<br>AIBONITO, PR 00705 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29910 | $44,939.50 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $4,389.00 in the agency's system. Invoice(s) totaling $850.00 were paid via Check 00158178 on 6/22/2017. Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $39,700.50, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | FLORES LABAULT, CARLOS M<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12280 | Undetermined* |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $209,779.52 for the Claim, such amount fully liquidates the Claim on the basis of submitted invoice(s). However, based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $91,517.52 in the agency's system, and invoice(s) totaling $118,262.00 were paid via Checks 02795825, 02834877, 001033734, 00103735, 00224727, and 00227104 on 05/11/2012, 07/20/2012, 12/14/2016, 12/14/2016, 07/19/2018, and 07/30/2018 and EFTs 00077288 and 00092303 on 05/09/2018 and 07/25/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | INSTITUTO MODELO DE ENSENANZA INDIVIDUALIZADA<br>PO BOX 21307<br>SAN JUAN, PR 00928-1307 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24984 | $801,151.57 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. According to evidence provided by the creditor in answer to our Standard Mailing Response, invoice(s) totaling $379,645.75 were paid. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe there are no outstanding liabilities associated with the remaining invoices.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | INTERNATIONAL TRAFFIC SYSTEMS, LLC<br>MCCONNELL VALDES LLC<br>C/O INTERNATIONAL TRAFFIC SYSTEMS, LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 06/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 79073 | $8,194,673.75 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | JACQUELINE MOORE AND ASSOCIATES<br>5861 S. ALBION COURT<br>LITTLETON, CO 80121 | 03/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5578 | $32,453.56 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with invoice(s) totaling $16,853.56 in the agency's system. Invoice(s) totaling $3,600.00 were paid via Check 02775011 on 4/2/2012.

Claim #5578 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | JML INVESTMENT INC<br>URB HERMANOS DAVILA<br>CALLE 3 A #142<br>BAYAMON, PR 00959 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48713 | $308,727.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JOSE R CACHO TOSSAS Y ROSA MARGARITA RODRIGUEZ SALAS<br>PO BOX 968<br>MANATI, PR 00674 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42072 | $11,122.88 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with invoice(s) totaling $39.58 in the agency's system. Invoice(s) totaling $11,083.30 were paid via EFTs 00198291, 00198292, 00203268, 00203269, 00203270, 00203271, 00203272, 00272630, 00272646, and 1 between 07/20/2020 and 05/17/2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LOPEZ PEREZ, JOHNNY<br>PMB 230 AVE ALEJANDRINO 3071<br>GUAYNABO, PR 00969 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27183 | $106,364.33 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventieth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29504 | $437,284.26* |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | PHARMA BIO SERV PR INC<br>6 CARR 696<br>DORADO, PR 00646-3306 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59396 | $44,500.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | PR STORAGE FORKLIFT DIVISION, INC.<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45501 | Undetermined* |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,749.56 for the Claim, such amount fully liquidates the Claim on the basis of submitted invoice(s). However, based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $981.19 in the agency's system, and invoice(s) totaling $1,768.37 were paid via Checks 16004310 and 16004313 on 05/11/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | TRAFON GROUP, INC.<br>JUAN R. RIVERA FONT<br>27 GONZALEZ GIUSTI<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49480 | $1,081.90 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Seventieth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | VENEGAS CONSTRUCTION CORP<br>EDIF MARVESA STE<br>472 AVE TITO CASTRO STE 203<br>PONCE, PR 00731-4702 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28474 | $419,817.44 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | TOTAL | $14,582,153.84* |
|---|---|---|---|---|---|---|

\*Indicates claim contains unliquidated and/or undetermined amounts

8