# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima septuagésima objeción global**

Quingentésima Septuagésima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AECOM CARIBE, LLP<br>URS CARIBE LLP<br>P/C PEDRO E. VAZQUEZ MELENDEZ<br>PO BOX 9024025<br>SAN JUAN, PR 00902-4025 | 06/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 104150 | $243,556.27 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |
| 2 | AMERICAN PETROLEUM CO. INC.<br>P.O. BOX 2529<br>TOA BAJA, PR 00951 | 04/13/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 173740 | $31,675.25 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $28,925.25 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $2,750.00 se pagaron con el cheque número 23105378 el 16/8/2018. | | | | | |
| 3 | ANTILLES POWER DEPOT, INC.<br>ATTN: WIGBERTO LUGO MENDER, ESQ.<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968-8052 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 126458 | $196,226.48 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $18,476.48 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $177,750.00 se pagaron mediante cheques identificados con los números 338472 , 338475, 338478, 338481, 338482, 338483, 338484, 338485 y 338486 el 13/9/2018. | | | | | |
| 4 | ASOCIACION CONDOMINES CONDOMINIO TORRUELLA<br>2235 LUIS A FERRE BLVD<br>SUITE 111<br>PONCE, PR 00717 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 57104 | $15,090.93 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                1

## Quingentésima Septuagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | ASOCIACIÓN MIEMBROS POLICIA DE PUERTO RICO LCDA. CARMINE CASTRO VILLANUEVA PO BOX 19-1671 SAN JUAN, PR 00919-1671 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19056 | $184,000.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $151,434.00 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $29,935.00 se pagaron mediante cheques identificados con los números 00114950, 00141305, 00160843, 00200777 y 00954747 los días 18/9/2009, 17/3/2010, 29/6/2010, 23/4/2009 y 12/3/2012. La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $2,631.00, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | BDO PUERTO RICO C/O RYAN MARIN PO BOX 363343 SAN JUAN, PR 00936-3343 | 06/10/2022 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 180070 | $984,412.50 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED TELECOM OF PUERTO RICO, LLC D/B/A CONSO TEL OF PUERTO RICO, LLC RODRIGUEZ MARXUACH, PSC PO BOX 16636 SAN JUAN, PR 00908-6636 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27119 | $44,961.06 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

Quingentésima Septuagésima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | CONSOLIDATED WASTE SERVICES<br>PO BOX 1322<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28104 | $25,757.30 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 7 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Los Deudores determinaron que la o las facturas que ascienden a un total de $9,086.85 se pagaron mediante pagos de ACH (Cámara de Compensación Automatizada) 29467, 29468, 00014170 y 00029467 entre el 4/3/2021 and 28/12/2022 y mediante cheques identificados con los números 00029467, 00039880, 00039958, 00040962, 00044863, 00046831, 00046832, 00046833, 00046834, 00046836, 00046885, 00046886, 00046887, 00046888, 00046889, 00046894, 00046896, 00046897, 00046899, 00046900, 00046901, 00046902, 00046903, 00047611, 00047613, 00047614, 00047615, 00047616, 00047617, 00047618, 00047619, 00048058, 00048401, 00060578, 00060579, 00060580, 00060591, 00060592, 00060593, 00060724 y 00060731 entre el 10/4/2018 y el 28/12/2021. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que no existen obligaciones pendientes asociadas a las facturas restantes en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CORP SERVICIOS AMA DE LLAVES INC<br>P.O. BOX 1858<br>TRUJILLO ALTO, PR 00977-0892 | 05/08/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11495 | $2,290,935.16 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.
Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CRUZ GONZALEZ, WALTER TIMOTHY<br>URB VEREDAS<br>784 CAMINO DE LOS CEDROS<br>GURABO, PR 00778 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18709 | $53,900.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $52,003.28 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $1,896.72 se pagaron mediante transferencia electrónica identificada con el número 00078686 el 18/5/2018.

## Quingentésima Septuagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | DANOSA CARIBBEAN INC<br>P.O. BOX 13757<br>COMPLEJO INDUSTRIAL LUCHETTI<br>SAN JUAN, PR 00908-3757 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56478 | $108,926.02 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

Reclamo No. 56478 incluido también en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | DAT@ACCESS<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9461 | $596.68 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | FJ BUS SERVICE INC<br>PO BO X1258<br>AIBONITO, PR 00705 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29910 | $44,939.50 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $4,389.00 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $850.00 se pagaron con el cheque número 00158178 el 22/6/2017. La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $39,700.50, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Septuagésima Objeción Global

### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | FLORES LABAULT, CARLOS M<br>PO BOX 3092<br>BAYAMON, PR 00960 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12280 | Indeterminado* |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $209,779.52 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo con base en la o las facturas presentadas. Sin embargo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $91,517.52 en el sistema de dicha agencia, y la o las facturas que totalizan $118,262.00 se pagaron mediante cheques identificados con los números 02795825, 02834877, 001033734, 00103735, 00224727 y 00227104 los días 11/5/2012, 20/7/2012, 14/12/2016, 14/12/2016, 19/7/2018 y 30/7/2018 y mediante transferencias electrónicas identificadas con los números 00077288 y 00092303 los días 9/5/2018 y 25/7/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | INSTITUTO MODELO DE ENSENANZA INDIVIDUALIZADA<br>PO BOX 21307<br>SAN JUAN, PR 00928-1307 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24984 | $801,151.57 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. De acuerdo con la evidencia proporcionada por el acreedor en respuesta a nuestra Respuesta de Correo Estándar, la o las facturas que totalizan $379,645.75 se pagaron. Asimismo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, los Deudores consideran que no existen obligaciones pendientes asociadas a las facturas restantes.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | INTERNATIONAL TRAFFIC SYSTEMS, LLC<br>MCCONNELL VALDES LLC<br>C/O INTERNATIONAL TRAFFIC SYSTEMS, LLC<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 06/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 79073 | $8,194,673.75 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

* Indica que la reclamación contiene montos por liquidar o indeterminados

5

## Quingentésima Septuagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | JACQUELINE MOORE AND ASSOCIATES<br>5861 S. ALBION COURT<br>LITTLETON, CO 80121 | 03/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5578 | $32,453.56 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $16,853.56 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $3,600.00 se pagaron con el cheque número 02775011 el 2/4/2012.

Reclamo No. 5578 incluido también en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | JML INVESTMENT INC<br>URB HERMANOS DAVILA<br>CALLE 3 A #142<br>BAYAMON, PR 00959 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48713 | $308,727.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | JOSE R CACHO TOSSAS Y ROSA MARGARITA RODRIGUEZ SALAS<br>PO BOX 968<br>MANATI, PR 00674 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42072 | $11,122.88 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $39.58 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $11,083.30 se pagaron mediante transferencias eletrónicas identificadas con los números 00198291, 00198292, 00203268, 00203269, 00203270, 00203271, 00203272, 00272630, 00272646 y 1 entre el 20/7/2020 y el 17/5/2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LOPEZ PEREZ, JOHNNY<br>PMB 230 AVE ALEJANDRINO 3071<br>GUAYNABO, PR 00969 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27183 | $106,364.33 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29504 | $437,284.26* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | PHARMA BIO SERV PR INC<br>6 CARR 696<br>DORADO, PR 00646-3306 | 06/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59396 | $44,500.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | PR STORAGE FORKLIFT DIVISION, INC.<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 05/31/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45501 | Indeterminado* |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $2,749.56 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo con base en la o las facturas presentadas. Sin embargo, según las declaraciones que testifican la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $981.19 en el sistema de dicha agencia, y la o las facturas que totalizan $1,768.37 se pagaron mediante cheques identificados con los números 16004310 y 16004313 el 11/5/2016.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | TRAFON GROUP, INC.<br>JUAN R. RIVERA FONT<br>27 GONZALEZ GIUSTI<br>SUITE 602<br>GUAYNABO, PR 00968 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49480 | $1,081.90 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Septuagésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | VENEGAS CONSTRUCTION CORP<br>EDIF MARVESA STE<br>472 AVE TITO CASTRO STE 203<br>PONCE, PR 00731-4702 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28474 | $419,817.44 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | TOTAL | $14,582,153.84* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados