# EXHIBIT G

**Declaration of Kenneth M. Berrios**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, HTA, and PBA.** |

**DECLARATION OF KENNETH M. BERRIOS IN SUPPORT OF THE FIVE HUNDRED SEVENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Kenneth M. Berrios, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am Finance Director at the Department of Sports and Recreation ("DRD"). Some of my job responsibilities are the following: In charge of directing the strategic financial planning

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the Agency; Manage all financial information of the organization through financial reports, both internal and those established by legal regulations; Analyze financial performance, in order to make sound decisions to ensure compliance with the Agency's goals; Supervise the areas of pay, Pre-intervention, accounts receivable and other tax matters of the Agency; Develop and implement accounting policies and financial processes that optimize the management of the Agency. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of DRD records and information provided by the team of DRD employees I personally supervised, as further explained below.

2. In my capacity as a Finance Director of DRD, I and the team of DRD employees working at my direction are responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") have consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and*

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which the Debtors Are Not Liable* (the "Five Hundred Seventieth Omnibus Objection").[3]

4. Representatives of the Oversight Board provided AAFAF with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to DRD, but not yet paid, and AAFAF provided that list of claims to me. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of the Oversight Board's representatives, I conducted a reasonable review of DRD's records to determine whether the invoices associated with the claims have been certified for payment. We reviewed the files to verify the Invoices against Purchase Orders and Vouchers, and also verified the information in the (PRIFAS) Accounting System to determine whether they proceeded. Based on the investigation, it was determined the following:

For the claims verified, only the existence of the following credits can be certified:

- Invoice #2014-132 for $ 4,389: It was cancelled on 6/15/17 due to lack of invoicing.

- Invoice #2017-178 for $ 850: It is certified that payment has been made on 6/22/2017.

- It is certified that no invoice was received in relation to the remaining balance of $39,700.50.

6. Based upon that review, Claim No. 29910, identified on **Exhibit A** to the Five Hundred Seventieth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Seventieth Omnibus Objection.

3

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 27, 2023

By: /s/ *Kenneth M. Berrios*
*Kenneth M. Berrios*
Finance Director
Department of Sports and Recreation

# ANEXO G

**Declaración de Kenneth M. Berrios**

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *En el asunto:*<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, el SRE, la ACT y la AEP.** |

**DECLARACIÓN DE KENNETH M. BERRIOS EN APOYO DE LA QUINGENTÉSIMA SEPTUAGÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Kenneth M. Berrios, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Trabajo como Director de finanzas en el Departamento de Recreación y Deportes (el "DRD"). Algunas de mis responsabilidades laborales son las siguientes: A cargo de dirigir la planificación financiera estratégica de la Agencia; Gestionar toda la información financiera de la organización a través de informes financieros, tanto internos como los que establezca la normativa legal; Analizar el desempeño financiero, a fin de tomar decisiones acertadas para asegurar el cumplimiento de los objetivos de la Agencia; Supervisar las áreas de sueldo, pre-intervención, cuentas por cobrar y demás materias tributarias de la Agencia; Desarrollar e implementar políticas contables y procesos financieros que optimicen la gestión de la Agencia. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del DRD y en la información proporcionada por el equipo de empelados del DRD que estaba bajo mi supervisión personal, como explico más adelante.

2. Como Director de finanzas en el DRD, yo, y un equipo integrado por los empleados del DRD que trabajan bajo mi dirección, somos responsables, entre otras cosas, de analizar facturas certificadas y de procesarlas para su pago. Por lo general, las facturas se certifican para su pago con el fin de garantizar el desembolso legal de fondos públicos en concepto de productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me han consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado

conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Realizo esta declaración en apoyo de la *Quingentésima septuagésima objeción global (sustantiva) del Estado Libre de Puerto Rico, del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico a Reclamaciones por las que los Deudores no son Responsables* (la "Quingentésima septuagésima objeción global").[3]

4. Los representantes de la Junta de Supervisión proporcionaron a AAFAF una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DRD, pero que todavía no han sido pagadas, y AAFAF me brindó a mí dicha relación de reclamaciones. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5. A petición de los representantes de la Junta de Supervisión, he revisado, dentro de lo razonable, los registros del DRD para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Revisamos los expedientes para verificar las Facturas contra Órdenes de Compra y Comprobantes, y también verificamos la información en el Sistema de Contabilidad (PRIFAS) para determinar si procedieron. Con base en la investigación, se determinó lo siguiente:

- Factura #2014-132 por $ 4,389: Se canceló el 15/6/17 por falta de facturación.
- Factura #2017-178 por $ 850: Se certifica que el pago se ha realizado el 22/06/2017.

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima septuagésima objeción global.

3

- Se certifica que no se recibió factura en relación al saldo remanente de $39,700.50.

6. Sobre la base de dicha revisión, la Reclamación núm. 29910, que aparece en el **Anexo A** de la Quingentésima septuagésima objeción global se basa en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 27 de marzo de 2023

Por: /firma/ *Kenneth M. Berrios*
*Kenneth M. Berrios*
Finance Director
Department of Sports and Recreation

4