# **EXHIBIT Q**

**Declaration of Heriberto Salgado Santiago**

Case:17-03283-LTS Doc#:24050-18 Filed:04/20/23 Entered:04/20/23 18:02:25 Desc:
Exhibit Q Dec of Salgado-Santiago -En. & Sp. Page 1 of 9

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, HTA, and PBA.** |

**DECLARATION OF HERIBERTO SALGADO SANTIAGO IN SUPPORT OF THE FIVE HUNDRED SEVENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Heriberto Salgado Santiago, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. I am a Chief Financial Officer at the State Elections Commission (the "CEEPR"). As Chief Financial Officer, I review and approve payment orders so the Finance Division's functionary in charge, but authorized by PRIFAS in the Puerto Rico Department of Treasury, can work on the payment orders and make the final submission. The Puerto Rico Department of Treasury is the one that makes the payment. These orders go through the process of Pre-intervention to later obligate the funds which will be used to make the payment. After obligating the funds, we receive other documents related with the order (certified and registered invoices in the Puerto Rico Department of Treasury, inspection sheet and other documents that are generated by the Purchasing Division. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of CEEPR records and information provided by the team of CEEPR employees I personally supervised, as further explained below.

2. In my capacity as a Chief Financial Officer of CEEPR I and a team of CEEPR employees working at my direction am responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and*

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

*Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which the Debtors Are Not Liable* (the "Five Hundred Seventieth Omnibus Objection").[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to CEEPR, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of AAFAF's representatives, I conducted a reasonable review of CEEPR's records to determine whether the invoices associated with the claims have been certified for payment. The invoices arrive in the Finance Division by mail, personnel from the companies sometimes deliver them as well, and the Storage Section provides them to us. Afterwards, the receptionist receives and stamps them, enters them into a computer for record. The invoices pass through me for review and verification as to whether the invoice is registered in the Puerto Rico Department of Treasury.

6. Based upon that review, Claim No. 42072, identified on **Exhibit A** to Five Hundred Seventieth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 8, 2023

By: *Heriberto Salgado Santiago*

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Seventieth Omnibus Objection.

3

## **ANEXO Q**

**Declaración de Heriberto Salgado Santiago**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>    Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, el SRE, la ACT y la AEP.** |

**DECLARACIÓN DE HERIBERTO SALGADO SANTIAGO EN APOYO DE LA QUINGENTÉSIMO SEPTUAGÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Heriberto Salgado Santiago, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Trabajo como Director Financiero en la Comisión estatal de Elecciones (la "CEEPR"). Como Director Financiero, reviso y apruebo órdenes de pago para que el funcionario de la División Financiera encargado (pero autorizado por PRIFAS desde el Departamento de Hacienda de Puerto Rico) pueda trabajar en dichas órdenes y hacer el envío final; el Departamento de Hacienda de Puerto Rico es el organismo que realiza el pago. Dichas órdenes pasan por un proceso de Pre-intervención para asignar los fondos que más tarde serán utilizados para realizar el pago. Luego de asignar los fondos, recibimos otros documentos relacionados con la orden (facturas certificadas y registradas en el Departamento de Hacienda de Puerto Rico, hoja de inspección y los demás documentos generados por la División de Compras). A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros de la CEEPR y en la información proporcionada por el equipo de empleados de la CEEPR que estaba bajo mi supervisión personal, como explico más adelante.

2. Como Director Financiero de la CEEPR, yo, y un equipo integrado por los empleados de la CEEPR que trabajan bajo mi dirección, soy/somos responsables, entre otras cosas, de analizar facturas certificadas y de procesarlas para su pago. Por lo general, las facturas se certifican para su pago con el fin de garantizar el desembolso legal de fondos públicos en concepto de productos y servicios, materiales, reclamaciones y otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

3. Realizo esta declaración en apoyo de la *Quingentésimo septuagésima objeción global (sustantiva) del Estado Libre de Puerto Rico, del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y de la Autoridad de Edificios Públicos de Puerto Rico a Reclamaciones por las que los Deudores no son Responsables* (la "Quingentésimo septuagésima objeción global").[3]

4. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas a la CEEPR, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros de la CEEPR para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Las facturas llegan a la División Financiera por correo, pero a veces el personal de las propias compañías también las entrega, y la Sección de Almacenes nos las brindan. A continuación, el recepcionista recibe las facturas, las sella y las ingresa en la computadora para su registro. Las facturas pasan por mí para su revisión y verificación para comprobar que cada factura está registrada en el Departamento de Hacienda de Puerto Rico.

6. Sobre la base de dicha revisión, la Reclamación núm. 42072, que aparece en el **Anexo A** de la Quingentésimo septuagésima objeción global se basa en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésimo septuagésima objeción global.

3

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 8 de marzo de 2023

Por: *Heriberto Salgado Santiago*