# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixty-Eighth Omnibus Objection**

# Five Hundred Sixty-Eighth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BERMUDEZ QUINONES, JOSE<br>CALLE JARDIN DE GIRASOLES 160<br>JARDINES DE VEGA BAJA<br>VEGA BAJA, PR 00693 | 04/19/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6026 | $57,351.24* | BERMUDEZ QUINONES, JOSE<br>CALLE JARDIN DE GIRASOLES 160<br>JARDINES DE VEGA BAJA<br>VEGA BAJA, PR 00693 | 04/18/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 5789 | $57,351.24* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Puerto Rico Highways and Transportation Authority | | | | | | | | | |
| 2 | COLON COATES, NANCY<br>267 SIERRA MORENA PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 9885 | $267,500.00* | COLON COATES, NANCY<br>267 SIERRA MORENA PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9427 | $267,500.00* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 3 | COLON GONZALEZ, CARLOS<br>267 SIERRA MORENA PMB 336<br>SAN JUAN, PR 00921 | 05/07/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 9379 | $267,500.00* | COLON GONZALEZ, CARLOS<br>267 SIERRA MORENA PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9888 | $267,500.00* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 4 | COLON OTERO, MYRNA LUZ<br>URB. RAMOS ANTONINI #9 CALLE A<br>CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175868 | $75,000.00 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 179584 | $75,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Sixty-Eighth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 106617 | Undetermined* | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 106371 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 6 | ESCOBAR, ROSA PRADOS PO BOX 43001 PMB 209 RIO GRANDE, PR 00745 | 03/06/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 1118 | $30,922.54 | PRADO DE LAUREANO, ROSA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11101 | $55,137.19 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 7 | GUITIERREZ TORRES, LUZ M CONDOMINIO ACUA PARQUE 5 A TOA BAJA, PR 00949 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 30533 | Undetermined* | GUTIERREZ TORRES, LUZ M. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10747 | $102,906.36 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 8 | JUSINO FREYRE, MARILYN PO BOX 1456 HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17253 | $40,486.75 | JUSINO FREYRE, MARILYN PO BOX 1456 HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 17503 | $40,486.75 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

# Five Hundred Sixty-Eighth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77416 | $25,525.77 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 66682 | $4,100.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 10 | LUGO PEREZ, EDNA I<br>CALLE DOMENECH #129<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6428 | $50,000.00* | LUGO PEREZ, EDNA I<br>CALLE JUANA GONZALEZ 15<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 4257 | $50,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 11 | MASSA DIEPPA, HILDA<br>F 1 -48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/13/20 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174126 | $4,897.20 | MASSA DIEPPA, HILDA<br>CALLE 8 F1-48<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 76464 | $75,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 12 | MORALES, JULIA<br>ADMINISTRAIOL DE TRIBUALS<br>PO BOX 190917<br>SAN JUAN, PR 00919-0917 | 03/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5117 | $67,141.07* | MORALES, JULIA<br>ADMINISTRAIOL DE TRIBUALS<br>PO BOX 190917<br>SAN JUAN, PR 00919-0917 | 03/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 5285 | $67,141.07* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

# Five Hundred Sixty-Eighth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 CALLE MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23743 | Undetermined* | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 INT C MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 31075 | $88,799.48 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 14 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/25/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37792 | $82,000.00 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 56739 | $82,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 15 | PEREZ IRIZARRY, ANA C.<br>JARDINES DEL CARIBE 6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122355 | $21,645.12 | PEREZ IRIZARRY, ANA C.<br>JARDINES DEL CARIBE 6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 117245 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Eighth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | RIOS TORRES, CRUZ M.<br>PATIOS DE REXVILLE<br>CD66 CALLE 21<br>BAYAMON, PR 00957 | 05/24/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27825 | $47,345.95 | RIOS TORRES, CRUZ M.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/03/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10486 | $17,088.24 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 17 | RODRIGUEZ ARROYO, JUAN B.<br>URB. FERNANDEZ<br>14 PEDRO DIAZ FONSECA<br>CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175383 | $75,000.00 | RODRIGUEZ ARROYO, JUAN B.<br>14 PEDRO DIAZ FONSECA<br>URB. FERROMDEZ<br>CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 113090 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 18 | ROMAN MARTINEZ, NAYDE I<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* | ROMAN MARTINEZ, NAYDE I.<br>205-11 SANTANE<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 123222 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 19 | SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ)<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03567-LTS<br>Puerto Rico Highways and Transportation Authority | 9378 | $267,500.00* | SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ)<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 9976 | $267,500.00* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Sixty-Eighth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 138393-1 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140140 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |
| 21 | VELAZQUEZ ARIAS, MARITZA L. P.O. BOX 1071 QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174980 | Undetermined* | VELAZQUEZ ARIAS, MARITZA L. P.O. BOX 1071 QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 174805 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any, would be between the Claimant and the Commonwealth of Puerto Rico | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts