# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima sexagésima octava objeción global**

# Quingentésima Sexagésima Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BERMUDEZ QUINONES, JOSE<br>CALLE JARDIN DE GIRASOLES 160<br>JARDINES DE VEGA BAJA<br>VEGA BAJA, PR 00693 | 04/19/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6026 | $57,351.24* | BERMUDEZ QUINONES, JOSE<br>CALLE JARDIN DE GIRASOLES 160<br>JARDINES DE VEGA BAJA<br>VEGA BAJA, PR 00693 | 04/18/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 5789 | $57,351.24* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y la Autoridad de Carreteras y Transportación de Puerto Rico | | | | | | | | | |
| 2 | COLON COATES, NANCY<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 9885 | $267,500.00* | COLON COATES, NANCY<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9427 | $267,500.00* |
| | Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 3 | COLON GONZALEZ, CARLOS<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00921 | 05/07/18 | 17 BK 03567-LTS<br>Autoridad de Carreteras y Transportación de Puerto Rico | 9379 | $267,500.00* | COLON GONZALEZ, CARLOS<br>267 SIERRA MORENA<br>PMB 336<br>SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 9888 | $267,500.00* |
| | Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 4 | COLON OTERO, MYRNA LUZ<br>URB. RAMOS ANTONINI #9 CALLE A<br>CIDRA, PR 00739 | 09/21/20 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175868 | $75,000.00 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 179584 | $75,000.00 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Sexagésima Octava Objeción Global
## Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | CRUZ CRUZ, ANA R. LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 106617 | Indeterminado* | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 106371 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 6 | ESCOBAR, ROSA PRADOS PO BOX 43001 PMB 209 RIO GRANDE, PR 00745 | 03/06/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 1118 | $30,922.54 | PRADO DE LAUREANO, ROSA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11101 | $55,137.19 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 7 | GUITIERREZ TORRES, LUZ M CONDOMINIO ACUA PARQUE 5 A TOA BAJA, PR 00949 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 30533 | Indeterminado* | GUTIERREZ TORRES, LUZ M. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10747 | $102,906.36 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 8 | JUSINO FREYRE, MARILYN PO BOX 1456 HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17253 | $40,486.75 | JUSINO FREYRE, MARILYN PO BOX 1456 HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 17503 | $40,486.75 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Sexagésima Octava Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77416 | $25,525.77 | LOPEZ HERNANDEZ, MONICA<br>HC 1 BOX 6982<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 66682 | $4,100.00 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 10 | LUGO PEREZ, EDNA I<br>CALLE DOMENECH #129<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6428 | $50,000.00* | LUGO PEREZ, EDNA I<br>CALLE JUANA GONZALEZ 15<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 4257 | $50,000.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 11 | MASSA DIEPPA, HILDA<br>F 1 -48 CALLE 8<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 07/13/20 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174126 | $4,897.20 | MASSA DIEPPA, HILDA<br>CALLE 8 F1-48<br>CIUDAD MASSO<br>SAN LORENZO, PR 00754 | 06/22/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 76464 | $75,000.00* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 12 | MORALES, JULIA<br>ADMINISTRAIOL DE TRIBUALS<br>PO BOX 190917<br>SAN JUAN, PR 00919-0917 | 03/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 5117 | $67,141.07* | MORALES, JULIA<br>ADMINISTRAIOL DE TRIBUALS<br>PO BOX 190917<br>SAN JUAN, PR 00919-0917 | 03/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 5285 | $67,141.07* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Sexagésima Octava Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 13 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 CALLE MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23743 | Indeterminado* | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 INT C MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 31075 | $88,799.48 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 14 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/25/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37792 | $82,000.00 | ORTIZ RUIZ, FLOR MARIA<br>VILLAS SAN AGUSTIN<br>P 17 CALLE 10<br>BAYAMON, PR 00959 | 06/27/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 56739 | $82,000.00 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 15 | PEREZ IRIZARRY, ANA C.<br>JARDINES DEL CARIBE 6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122355 | $21,645.12 | PEREZ IRIZARRY, ANA C.<br>JARDINES DEL CARIBE 6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 117245 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Sexagésima Octava Objeción Global
### Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | RIOS TORRES, CRUZ M. PATIOS DE REXVILLE CD66 CALLE 21 BAYAMON, PR 00957 | 05/24/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27825 | $47,345.95 | RIOS TORRES, CRUZ M. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/03/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10486 | $17,088.24 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 17 | RODRIGUEZ ARROYO, JUAN B. URB. FERNANDEZ 14 PEDRO DIAZ FONSECA CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175383 | $75,000.00 | RODRIGUEZ ARROYO, JUAN B. 14 PEDRO DIAZ FONSECA URB. FERROMDEZ CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 113090 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |
| 18 | ROMAN MARTINEZ, NAYDE I 205-11 SANTANA ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 123182 | Indeterminado* | ROMAN MARTINEZ, NAYDE I. 205-11 SANTANE ARECIBO, PR 00612 | 07/03/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 123222 | Indeterminado* |
| | Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico | | | | | | | | | |

Quingentésima Sexagésima Octava Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ) 267 SIERRA MORENA PMB 336 SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 9378 | $267,500.00* | SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ) 267 SIERRA MORENA PMB 336 SAN JUAN, PR 00926 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 9976 | $267,500.00* |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico

| 20 | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 138393-1 | Indeterminado* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 140140 | Indeterminado* |

Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico

| 21 | VELAZQUEZ ARIAS, MARITZA L. P.O. BOX 1071 QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174980 | Indeterminado* | VELAZQUEZ ARIAS, MARITZA L. P.O. BOX 1071 QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 174805 | Indeterminado* |

Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones reclamadas, si las hubiere, serían entre el Demandante y el Estado Libre Asociado de Puerto Rico

\* Indica que la reclamación contiene montos por liquidar o indeterminados