# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Seventy-Fifth Omnibus Objection**

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

|   | | | ASSERTED | | | REDUCED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BAUZA TORRES, ANTONIO<br>EDIF LEMANS OFIC 402<br>AVE MUNOZ RIVERA 602<br>SAN JUAN, PR 00918-3612 | 42971 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $8,750.00 |

Reason: The claimant asserts liabilities related to litigation case GDP-2012-0172. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $8,750.00 for the Claim. Accordingly, the Claim should be reduced to $8,750.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CARLOS M FLORES LABAULT DBA CE&L FIRE EXTINGUISHER<br>PO BOX 3092<br>BAYAMON, PR 00960 | 9534 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $4,057.60 |

Reason: Invoice(s) totaling $7,268.83 were paid via check number 00218641 on 06/22/2018 and EFTs 00080201, 00085873, 00085874, and 00085875 between 05/23/2018 and 06/22/2018. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of $4,057.60 for the Claim. Accordingly, the Claim should be liquidated in the amount of $4,057.60 and allowed as set forth in the column titled "Reduced and Allowed."

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | CASTILLO RODRIGUEZ, GLADYS<br>URB EL CORTIJO<br>AG18 CALLE 25<br>BAYAMON, PR 00956-5703 | 100407 | Commonwealth of Puerto Rico | Unsecured | $52,640.00* | Commonwealth of Puerto Rico | Unsecured | $13.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $13.00 for the Claim. Accordingly, the Claim should be reduced to $13.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CENTRO DE SALUD DE LARES INC<br>PO BOX 379<br>LARES, PR 00669 | 8163-1 | Commonwealth of Puerto Rico | Unsecured | $67,988.41 | Commonwealth of Puerto Rico | Unsecured | $13,835.65 |

Reason: Invoice(s) totaling $54,152.76 were paid via check numbers 95381 and 95653 on 09/14/2018 and 09/17/2018. Accordingly, the Claim should be reduced to $13,835.65 and allowed, as set forth in the column titled "Reduced and Allowed."

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CONSOLIDATED WASTE SERVICES<br>P.O. BOX 1322<br>GURABO, PR 00778 | 24601 | Commonwealth of Puerto Rico | Unsecured | $19,992.75 | Commonwealth of Puerto Rico | Unsecured | $13,443.75 |

Reason: Invoice(s) totaling $3,851.00 were paid via EFT 00036009 on 05/30/2017 and check numbers 03172538, 03207254, 03266599, and 03274299 on 09/25/2014, 12/23/2014, 05/20/2015, and 06/09/2015, respectively. According to the books and records of the Commonwealth of Puerto Rico, invoices totaling $2,698.00 were associated with amounts that were outside of the approved contract, where no contract was in place, or where the invoices were never received and therefore are not due and owed by the asserted agency of the Commonwealth of Puerto Rico. Accordingly, the Claim should be reduced to $13,443.75 and allowed, as set forth in the column titled "Reduced and Allowed."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 22337 | Commonwealth of Puerto Rico | Unsecured | $10,015.00* | Commonwealth of Puerto Rico | Unsecured | $7,518.41 |

Reason: The claimant asserts liabilities related to litigation case KAC-2017-0222. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $7,518.41 for the Claim. Accordingly, the Claim should be reduced to $7,518.41 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | ERIC J RIVERA MATOS DBA ERIC TRANSPORT S<br>HC 01 BOX 3854<br>SANTA ISABEL, PR 00757 | 23607 | Commonwealth of Puerto Rico | Unsecured | $83,030.00 | Commonwealth of Puerto Rico | Unsecured | $8,140.00 |

Reason: Invoice(s) totaling $14,211.52 attached to the Claim appear to relate to the Municipality of Coamo, which is not a Title III debtor, part of the Commonwealth of Puerto Rico or any other Title III debtor. Accordingly, such invoice(s) fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $60,678.48, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of only $8,140.00 for the Claim. Accordingly, the Claim should be reduced to $8,140.00 and allowed, as set forth in the column titled "Reduced and Allowed."

\*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | GERMAN TORRES BERRIOS D/B/A GERMAN TORRES BERRIOS & ASSOC. HC-4 BOX 5775 BARRANQUITAS, PR 00794-9800 | 174088 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $12,979.46* | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $1,979.46 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority show that $11,000 of the asserted liabilities have been satisfied with check number 23057606. Accordingly, the Claim should be reduced to $1,979.46 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | GUZMAN LOPEZ, OSVALDO LCDP. RENE ARRILLAGA ARMENDARIZ 430 ALTOS AVE. HOSTOS SAN JUAN, PR 00918-3016 | 2000 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $4,500.00 |

Reason: The claimant asserts liabilities related to litigation case KDP-2012-0949. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $4,500.00. Accordingly, the Claim should be reduced to $4,500.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | HERNANDEZ DE JESUS, ISABEL 602 M. RIVERA AV. SELNONS BLQ C/402 HATO REY, PR 00918 | 47455 | Commonwealth of Puerto Rico | Unsecured | $35,000.00* | Commonwealth of Puerto Rico | Unsecured | $26,250.00 |

Reason: The claimant asserts liabilities related to litigation case GDP-2012-0172. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $26,250.00 for the Claim. Accordingly, the Claim should be reduced to $26,250.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | IRIARTE, MARIANA<br>JOSÉ E. TORRES VALENTÍN<br>#78 CALLE GEORGETTI<br>SAN JUAN, PR 00925 | 13565 | Commonwealth of Puerto Rico | Unsecured | $33,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: The claimant asserts liabilities related to litigation case KPE-2011-3676. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $30,000.00 for the Claim. The remaining $3,000 is related to attorney's fees, and such amount is asserted in Proof of Claim No. 62296. Accordingly, the Claim should be reduced to $30,000.00 and allowed, as set forth in the column titled "Reduced and Allowed."

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | ISALES CARMONA, MARITZA<br>URB LOMAS DE CAROLINA<br>2A-10 CALLE YUNQUESITO<br>CAROLINA, PR 00987 | 39114 | Puerto Rico Highways and Transportation Authority | Unsecured | $150,000.00* | Commonwealth of Puerto Rico | Unsecured | $12.50 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $12.50 for the Claim. Accordingly, the Claim should be reduced to $12.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

Claim #39114 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | JESUS COLON, OBEIDA<br>PO BOX 800626<br>COTO LAUREL, PR 00780-0626 | 92973 | Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $74.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $74.00 for the Claim. Accordingly, the Claim should be reduced to $74.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (REDUCED AND ALLOWED) | PRIORITY STATUS (REDUCED AND ALLOWED) | AMOUNT (REDUCED AND ALLOWED) |
|---|---|---|---|---|---|---|---|---|
| 14 | LOPEZ IRIZARRY, EDIBERTO<br>URB HACIENDA TOLEDO<br>G 289 CALLE ZARRAGONA<br>ARECIBO, PR 00612-8820 | 4723 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $34.50 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $34.50 for the Claim. Accordingly, the Claim should be liquidated in the amount of $34.50 and allowed as set forth in the column titled "Reduced and Allowed."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | OLIVENCIA VARGAS, MILAGROS<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 65736 | Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $3.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896; HSCI-2005-00098; KAC-2001-5506. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $3.00 for the Claim. Accordingly, the Claim should be reduced to $3.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | ORTIZ ABRAHAM, JOHANNA<br>PO BOX 1066<br>CAROLINA, PR 00986 | 146142 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $34.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $34.00 for the Claim. Accordingly, the Claim should be liquidated in the amount of $34.00 and allowed as set forth in the column titled "Reduced and Allowed."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | ORTIZ NIEVES, LILLIAM I.<br>L222 CALLE MAIN URB.<br>ALT RÍO GRANDE<br>RÍO GRANDE, PR 00745 | 47267 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $76.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $76.00 for the Claim. Accordingly, the Claim should be liquidated in the amount of $76.00 and allowed as set forth in the column titled "Reduced and Allowed."

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | P.R. AGRO - TERRA INTERNATIONAL<br>ORQUIDEA 34, URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 8659 | Commonwealth of Puerto Rico | Unsecured | $7,199.10* | Commonwealth of Puerto Rico | Unsecured | $193.00 |

Reason: Claim asserts liabilities arising from DAC-2009-0978, a litigation regarding alleged improper tax liens. A judgment has been entered in the litigation awarding claimant certain costs.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | PACHECO-ESTRADA, CARLOS J.<br>BUFETE FRANCISCO GONZALEZ<br>1519 PONCE DE LEON AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51134 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|  | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | PÉREZ DELGADO, FRANCISCO<br>JOSE J. NAZARIO<br>URB. SANTA RITA<br>867 DOMINGO CABRERA<br>SAN JUAN, PR 00925-2412 | 84945 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The claimant asserts liabilities related to litigation case KDP-2010-1615. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $37,500.00 for the Claim. Accordingly, the Claim should be reduced to $37,500.00 and allowed, as set forth in the column titled "Reduced and Allowed."

*Indicates claim contains unliquidated and/or undetermined amounts

6

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | PEREZ MARTINEZ, JULIA<br>11 L-8 URB. EL MADRIGAL<br>PONCE, PR 00730-1433 | 59526 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $183.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $183.00 for the Claim. Accordingly, the Claim should be liquidated in the amount of $183.00 and allowed as set forth in the column titled "Reduced and Allowed."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | PEREZ-BERNARD, LUIS A.<br>BUFETE FRANCISCO GONZÁLEZ<br>1519 PONCE DE LEÓN AVE.<br>SUITE 805<br>SAN JAUN, PR 00909 | 50213 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 45435 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $13,021.74 |

Reason: Invoice(s) totaling $6,753.86 were paid via check numbers 00174151, 00216115, 00209142, 00206183, 00209143, and 00217835 between 09/11/2017 and 06/18/2018. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of $13,021.74 for the Claim. Accordingly, the Claim should be liquidated in the amount of $13,021.74 and allowed as set forth in the column titled "Reduced and Allowed."

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 45503 | Commonwealth of Puerto Rico | Unsecured | $10,954.47* | Commonwealth of Puerto Rico | Unsecured | $1,999.01 |

Reason: Invoices 015071, 015135, and 015136 totaling $2,052.94 were withheld for garnishment. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of only $1,999.01 for the Claim. Accordingly, the Claim should be reduced to $1,999.01 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

Claim #45503 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY<br>P.O. BOX 362350<br>SAN JUAN, PR 00936-2350 | 50423 | Commonwealth of Puerto Rico | Unsecured | $17,675.64 | Commonwealth of Puerto Rico | Unsecured | $6,725.83 |

Reason: Invoice(s) totaling $10,949.81 were paid via ACH 07190008 on 07/19/2017. Accordingly, the Claim should be reduced to $6,725.83 and allowed, as set forth in the column titled "Reduced and Allowed."

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | PUERTO RICO TELEPHONE COMPANY D/B/A CLARO<br>C/O MCCONNELL VALDES LLC, NAYUAN ZOUAIRABANI<br>P.O. BOX 364225<br>SAN JUAN, PR 00936-4225 | 23370 | Commonwealth of Puerto Rico | Unsecured | $1,355,464.12 | Commonwealth of Puerto Rico | Unsecured | $6,662.20 |

Reason: According to email correspondence from claimant's counsel on 03/02/2023, invoice(s) totaling $1,348,801.92 were paid. Accordingly, the Claim should be reduced to $6,662.20 and allowed, as set forth in the column titled "Reduced and Allowed."

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | RAMOS RODRIGUEZ, CARMEN I<br>PO BOX 8680<br>PONCE, PR 00732-8680 | 47596 | Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $175.21 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $175.21 for the Claim. Accordingly, the Claim should be reduced to $175.21 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, JOSE<br>PO BOX 801175<br>COTO LAUREL, PR<br>00780-1175 | 38003 | Commonwealth of Puerto Rico | Unsecured | $1,747.12* | Commonwealth of Puerto Rico | Unsecured | $255.00 |

Reason: The claimant asserts liabilities related to litigation case JAC-2015-0041. According to the books and records of the Commonwealth of Puerto Rico, a payment was made to claimant in the amount of $1,219.38 with check number 03325392 on October 21, 2015, and the claimant is owed a remaining total of only $255.00 for the Claim. Accordingly, the Claim should be reduced to $255.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | RIVERA RODRIGUEZ, JUANA V<br>URB ALTAGRACIA<br>E15 CALLE PELICANO<br>TOA BAJA, PR 00949-2409 | 25085 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $58.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $58.00 for the Claim. Accordingly, the Claim should be liquidated in the amount of $58.00 and allowed as set forth in the column titled "Reduced and Allowed."

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | RODRIGUEZ MONTAÑEZ, IRIS<br>JUAN R. DÁVILA DÍAZ<br>134 MAYAGUEZ<br>SAN JUAN, PR 00936-8567 | 41677 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The claimant asserts liabilities related to litigation case FBCI-2014-002574. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $5,000.00 for the Claim. Accordingly, the Claim should be reduced to $5,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO JORGE, MILAGROS<br>PO BOX 360928<br>SAN JUAN, PR 00936 | 94678 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $76.67 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $76.67 for the Claim. Accordingly, the Claim should be liquidated in the amount of $76.67 and allowed as set forth in the column titled "Reduced and Allowed."

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | ROSARIO MELENDEZ, WANDA<br>JOSÉ J. NAZARIO<br>URB. SANTA RITA<br>867 DOMINGO CABRERA<br>SAN JUAN, PR 00925-2412 | 83600 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $37,500.00 |

Reason: The claimant asserts liabilities related to litigation case KDP-2010-1615. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $37,500.00 for the Claim. Accordingly, the Claim should be reduced to $37,500.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | SANCHEZ-CRUZ, DOROTEO<br>BUFETE FRANCISCO GONZALEZ<br>1519 PONCE DE LEON AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 50352 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | TOMAS CUERDA INC.<br>PO BOX 363307<br>SAN JUAN, PR 00936 | 150005 | Commonwealth of Puerto Rico | Unsecured | $106,867.75* | Commonwealth of Puerto Rico | Unsecured | $9,223.80 |

Reason: Invoice(s) totaling $97,643.95 attached to the Claim appear to relate to the Water and Sewage Authority and the University of Puerto Rico Humacao, which are not Title III debtors, part of the Commonwealth of Puerto Rico or any other Title III debtor. Accordingly, such invoice(s) fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $9,223.80 for the Claim. Accordingly, the Claim should be reduced to $9,223.80 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 35 | TORRES SERRANT, GISELLE<br>P.O. BOX 194211<br>SAN JUAN, PR 00919-4211 | 91729 | Commonwealth of Puerto Rico | Unsecured | $9,000.00* | Commonwealth of Puerto Rico | Unsecured | $4,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of only $4,000.00 for the Claim. Accordingly, the Claim should be reduced to $4,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 36 | VALENTIN-GARCIA, DANIEL<br>BUFETE FRANCISCO GONZÁLEZ<br>1519 PONCE DE LEÓN AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51138 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|------|---------|--------|-----------------|--------|--------|-----------------|--------|
| 37 | VAZQUEZ-GARCIA, HECTOR<br>BUFETE FRANCISCO GONZALEZ<br>1519 PONCE DE LONE AVE<br>SUITE 805<br>SAN JUAN, PR 00909 | 49766 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | VEGA RODRIGUEZ, RAMON<br>URB. HIPODROMO<br>1456 CALLE SAN RAFAEL<br>SAN JUAN, PR 00909 | 150971 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $61.00 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of $61.00 for the Claim. Accordingly, the Claim should be liquidated in the amount of $61.00 and allowed as set forth in the column titled "Reduced and Allowed."

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | VELEZ-GARCIA, ROBERTO<br>BUFETE FRANCISCO GONZÁLEZ<br>1519 PONCE DE LEÓN AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51257 | Commonwealth of Puerto Rico | Unsecured | $1,250,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The claimant asserts liabilities related to litigation case 14-1435 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,000.00 for the Claim. Accordingly, the Claim should be reduced to $15,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | VICANA SYSTEMS CORPORATION<br>LCDO, IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I<br>SUITE 219 AVE. MUÑOZ RIVERA #500<br>HATO REY, PR 00918 | 9880 | Commonwealth of Puerto Rico | Unsecured | $13,625.04* | Commonwealth of Puerto Rico | Unsecured | $6,013.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority support a total of only $6,013.00 for the Claim. Accordingly, the Claim should be reduced to $6,013.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fifth Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | VILLA TORRES, MIRIAM<br>URB SUNNY HILLS CALLE<br>HAITI D-11<br>BAYAMON, PR 00956 | 105945 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $29.50 |

Reason: The claimant asserts liabilities related to litigation cases HSCI-2004-00896 & HSCI-2005-00098. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $29.50 for the Claim. Accordingly, the Claim should be reduced to $29.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts