## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima septuagésima quinta objeción global**

## Quingentésima Septuagésima Quinta Objeción Global
### Anexo A: Reclamos para Reducir y Admitir

| | | | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BAUZA TORRES, ANTONIO<br>EDIF LEMANS OFIC 402<br>AVE MUNOZ RIVERA 602<br>SAN JUAN, PR 00918-3612 | 42971 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,750.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2012-0172. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $8,750.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $8,750.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CARLOS M FLORES LABAULT DBA CE&L FIRE EXTINGUISHER<br>PO BOX 3092<br>BAYAMON, PR 00960 | 9534 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,057.60 |

Base para: La o las facturas que ascienden a un total de $7,268.83 se pagaron con el cheque número 00218641 el 22/6/2018 y mediante transferencias electrónicas identificadas con los números 00080201, 00085873, 00085874 y 00085875 entre el 23/5/2018 y el 22/6/2018. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $4,057.60 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $4,057.60 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | CASTILLO RODRIGUEZ, GLADYS<br>URB EL CORTIJO<br>AG18 CALLE 25<br>BAYAMON, PR 00956-5703 | 100407 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $52,640.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $13.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $13.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CENTRO DE SALUD DE LARES INC<br>PO BOX 379<br>LARES, PR 00669 | 8163-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $67,988.41 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,835.65 |

Base para: La o las facturas que ascienden a un total de $54,152.76 se pagaron mediante cheques identificados con los números 95381 y 95653 los días 14/9/2018 y 17/9/2018. Por consiguiente, el Reclamo debería reducirse a $13,835.65 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | CONSOLIDATED WASTE SERVICES<br>P.O.BOX 1322<br>GURABO, PR 00778 | 24601 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $19,992.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,443.75 |

Base para: La o las facturas que ascienden a un total de $3,851.00 se pagaron mediante transferencia electrónica identificada con el número 00036009 el 3/5/2017 y mediante cheques identificados con los números 03172538, 03207254, 03266599 y 03274299 los días 25/9/2014, 23/12/2014, 20/5/2015 y 9/6/2015 respectivamente. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, las facturas que totalizan $2,698.00 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. Por consiguiente, el Reclamo debería reducirse a $13,443.75 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 22337 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,015.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,518.41 |

Base para: El demandante invoca obligaciones relacionadas con el litigio KAC-2017-0222. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $7,518.41 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $7,518.41 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 7 | ERIC J RIVERA MATOS DBA ERIC TRANSPORT S<br>HC 01 BOX 3854<br>SANTA ISABEL, PR 00757 | 23607 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $83,030.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $8,140.00 |

Base para: La o las facturas que totalizan $14,211.52 adjuntas al reclamo parecen estar asociadas al Municipio de Coamo, que no es un Deudor en el caso conforme al Título III, parte del Estado Libre Asociado de Puerto Rico o cualquier otro deudor en el caso conforme al Título III. Por consiguiente, dichas facturas no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $60,678.48, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $8,140.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $8,140.00 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir."

* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | GERMAN TORRES BERRIOS D/B/A GERMAN TORRES BERRIOS & ASSOC. HC-4 BOX 5775 BARRANQUITAS, PR 00794-9800 | 174088 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $12,979.46* | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $1,979.46 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico indica que $11,000.00 de las obligaciones invocadas se pagaron con el cheque número 23057606. Por consiguiente, el Reclamo debería reducirse a $1,979.46 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | GUZMAN LOPEZ, OSVALDO LCDP. RENE ARRILLAGA ARMENDARIZ 430 ALTOS AVE. HOSTOS SAN JUAN, PR 00918-3016 | 2000 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,500.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio KDP-2012-0949. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $4,500.00. Por consiguiente, el Reclamo debería reducirse a $4,500.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | HERNANDEZ DE JESUS, ISABEL 602 M. RIVERA AV. SELNONS BLQ C/402 HATO REY, PR 00918 | 47455 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $26,250.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2012-0172. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $26,250.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $26,250.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | IRIARTE, MARIANA JOSÉ E. TORRES VALENTÍN #78 CALLE GEORGETTI SAN JUAN, PR 00925 | 13565 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $33,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio KPE-2011-3676. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $30,000.00 por el Reclamo. Los $3,000 restantes se relacionan con los honorarios de los abogados, y dicho monto se invoca en la Evidencia de Reclamo No. 62296. Por consiguiente, el Reclamo debería reducirse a $30,000.00 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A-10 CALLE YUNQUESITO CAROLINA, PR 00987 | 39114 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $150,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12.50 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $12.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $12.50 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo No. 39114 incluido también en el Anexo A de la Quingentésima Septuagésima Segunda Objeción Global por Reclamos para Reclasificar.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | JESUS COLON, OBEIDA PO BOX 800626 COTO LAUREL, PR 00780-0626 | 92973 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $74.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $74.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $74.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 14 | LOPEZ IRIZARRY, EDIBERTO URB HACIENDA TOLEDO G 289 CALLE ZARRAGONA ARECIBO, PR 00612-8820 | 4723 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $34.50 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $34.50 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $34.50 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | OLIVENCIA VARGAS, MILAGROS HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 65736 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896; HSCI-2005-00098; KAC-2001-5506. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $3.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $3.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | ORTIZ ABRAHAM, JOHANNA PO BOX 1066 CAROLINA, PR 00986 | 146142 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $34.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $34.00 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $34.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | ORTIZ NIEVES, LILLIAM I. L222 CALLE MAIN URB. ALT RÍO GRANDE RÍO GRANDE, PR 00745 | 47267 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $76.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $76.00 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $76.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 18 | P.R. AGRO - TERRA INTERNATIONAL<br>ORQUIDEA 34, URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 8659 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,199.10* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $193.00 |
| | Base para: El reclamo invoca obligaciones derivadas de DAC-2009-0978, un litigio relativo a presuntos gravámenes tributarios indebidos. Se ha dictado sentencia en el litigio y se ha determinado que el demandante pague determinados costos. | | | | | | | |
| 19 | PACHECO-ESTRADA, CARLOS J.<br>BUFETE FRANCISCO GONZALEZ<br>1519 PONCE DE LEON AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51134 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 20 | PÉREZ DELGADO, FRANCISCO<br>JOSE J. NAZARIO<br>URB. SANTA RITA<br>867 DOMINGO CABRERA<br>SAN JUAN, PR 00925-2412 | 84945 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |
| | Base para: El demandante invoca obligaciones relacionadas con el litigio KDP-2010-1615. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $37,500.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $37,500.00 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir". | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 21 | PEREZ MARTINEZ, JULIA 11 L-8 URB. EL MADRIGAL PONCE, PR 00730-1433 | 59526 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $183.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $183.00 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $183.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 22 | PEREZ-BERNARD, LUIS A. BUFETE FRANCISCO GONZÁLEZ 1519 PONCE DE LEÓN AVE. SUITE 805 SAN JAUN, PR 00909 | 50213 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 23 | PR STORAGE FORKLIFT DIVISION PO BOX 250060 AGUADILLA, PR 00604-0060 | 45435 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,021.74 |

Base para: La o las facturas que ascienden a un total de $6,753.86 se pagaron mediante cheques identificados con los números 00174151, 00216115, 00209142, 00206183, 00209143, y 00217835 entre el 11/9/2017 y el 18/6/2018. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $13,021.74 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $13,021.74 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

|  | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 24 | PR STORAGE FORKLIFT DIVISION<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 45503 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,954.47* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,999.01 |

Base para: Las facturas 015071, 015135 y 015136 que totalizan $2,052.94 se retuvieron para su embargo. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $1,999.01 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1,999.01 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo No. 45503 incluido también en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 25 | PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY<br>P.O. BOX 362350<br>SAN JUAN, PR 00936-2350 | 50423 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,675.64 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,725.83 |

Base para: La o las facturas que ascienden a un total de $10,949.81 se pagaron mediante pago de ACH (Cámara de Compensación Automatizada) 07190008 el 19/7/2017. Por consiguiente, el Reclamo debería reducirse a $6,725.83 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

|  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 26 | PUERTO RICO TELEPHONE COMPANY D/B/A CLARO<br>C/O MCCONNELL VALDES LLC, NAYUAN ZOUAIRABANI<br>P.O. BOX 364225<br>SAN JUAN, PR 00936-4225 | 23370 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,355,464.12 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,662.20 |

Base para: De acuerdo con la correspondencia por correo electrónico del abogado del demandante el 2/3/2023, se pagaron facturas que totalizan $1,348,801.92. Por consiguiente, el Reclamo debería reducirse a $6,662.20 y admitirse, conforme se establece en la columna titulada "Reclamos para Reducir y Admitir".

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | | | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 27 | RAMOS RODRIGUEZ, CARMEN I<br>PO BOX 8680<br>PONCE, PR 00732-8680 | 47596 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $175.21 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $175.21 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $175.21 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, JOSE<br>PO BOX 801175<br>COTO LAUREL, PR 00780-1175 | 38003 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,747.12* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $255.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio JAC-2015-0041. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, se le pagó al demandante el monto de $1,219.38 con el cheque número 03325392 el 21/10/2015, y al demandante solo se le debe un total de $255.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $255.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | RIVERA RODRIGUEZ, JUANA V<br>URB ALTAGRACIA<br>E15 CALLE PELICANO<br>TOA BAJA, PR 00949-2409 | 25085 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $58.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $58.00 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $58.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 30 | RODRIGUEZ MONTAÑEZ, IRIS<br>JUAN R. DÁVILA DÍAZ<br>134 MAYAGUEZ<br>SAN JUAN, PR 00936-8567 | 41677 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio FBCI-2014-002574. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $5,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $5,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSARIO JORGE, MILAGROS<br>PO BOX 360928<br>SAN JUAN, PR 00936 | 94678 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $76.67 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $76.67 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $76.67 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32 | ROSARIO MELENDEZ, WANDA<br>JOSÉ J. NAZARIO<br>URB. SANTA RITA<br>867 DOMINGO CABRERA<br>SAN JUAN, PR 00925-2412 | 83600 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,500.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio KDP-2010-1615. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $37,500.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $37,500.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

|   | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 33 | SANCHEZ-CRUZ, DOROTEO BUFETE FRANCISCO GONZALEZ 1519 PONCE DE LEON AVE. SUITE 805 SAN JUAN, PR 00909 | 50352 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 34 | TOMAS CUERDA INC. PO BOX 363307 SAN JUAN, PR 00936 | 150005 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $106,867.75* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,223.80 |

Base para: La o las facturas que totalizan $97,643.95 adjuntas al reclamo parecen estar relacionadas con la Autoridad de Acueductos y Alcantarillados de Puerto Rico y la Universidad de Puerto Rico, Recinto Humacao, que no son Deudores en el caso conforme al Título III, parte del Estado Libre Asociado de Puerto Rico o cualquier otro deudor en el caso conforme al Título III. Por consiguiente, dichas facturas no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $9,223.80 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $9,223.80 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 35 | TORRES SERRANT, GISELLE P.O. BOX 194211 SAN JUAN, PR 00919-4211 | 91729 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $4,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $4,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir"; dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 36 | VALENTIN-GARCIA, DANIEL<br>BUFETE FRANCISCO GONZÁLEZ<br>1519 PONCE DE LEÓN AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51138 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 37 | VAZQUEZ-GARCIA, HECTOR<br>BUFETE FRANCISCO GONZALEZ<br>1519 PONCE DE LONE AVE<br>SUITE 805<br>SAN JUAN, PR 00909 | 49766 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 38 | VEGA RODRIGUEZ, RAMON<br>URB. HIPODROMO<br>1456 CALLE SAN RAFAEL<br>SAN JUAN, PR 00909 | 150971 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $61.00 |

Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098 . En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $61.00 por el Reclamo. Por consiguiente, el Reclamo debería liquidarse por el monto de $61.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir."

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 39 | VELEZ-GARCIA, ROBERTO<br>BUFETE FRANCISCO GONZÁLEZ<br>1519 PONCE DE LEÓN AVE.<br>SUITE 805<br>SAN JUAN, PR 00909 | 51257 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,250,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El demandante invoca obligaciones relacionadas con el litigio 14- 1435(DRD) En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , al demandante solo se le debe un total de $15,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 40 | VICANA SYSTEMS CORPORATION<br>LCDO, IVAN GARAU DIAZ<br>CONDOMINIO EL CENTRO I<br>SUITE 219 AVE. MUÑOZ RIVERA #500<br>HATO REY, PR 00918 | 9880 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,625.04* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,013.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $6,013.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $6,013.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 41 | VILLA TORRES, MIRIAM<br>URB SUNNY HILLS CALLE HAITI D-11<br>BAYAMON, PR 00956 | 105945 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $29.50 |
| | Base para: El demandante invoca obligaciones relacionadas con los litigios HSCI-2004-00896 y HSCI-2005-00098 . En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $29.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $29.50 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados