## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Five Hundred Eighty-Third Omnibus Objection**

Five Hundred Eighty-Third Omnibus Objection
Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL CENTRO INTERNACIONAL DE DISTRIBUCION CARR. 165 KM 2.4 EDIFICIO 10 GUAYNABO, PR 00965 | 04/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7349 | $397.10 |

Reason: Claimant's letter dated February 12, 2019 indicates the pre-petition amount has been paid in full.  Although the same letter also asserts additional liabilities, this assertion has not been timely filed and should be denied.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DAT@ACCESS HECTOR FIGUEROA-VINCENTY, ESQ 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9463 | $2,321.78 |

Reason: Invoice(s) totaling $2,321.78 were paid via EFTs 00081979 and 00082289 on 06/01/2018 and 06/06/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DAT@ACCESS COMMUNICATIONS, INC HECTOR FIGUEROA-VINCENTY ESQ. 30 CALLE PADIAL SUITE 204 CAGUAS, PR 00725-3841 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9453 | $91,845.85 |

Reason: Invoice(s) totaling $1,565.00 were paid via EFT 00079553 on 05/23/2018.

Claim #9453 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FERRAU RIVERA, ROLANDO LAW OFFICES OF LUIS RAFAEL RIVERA ALLAN RIVERA FERNÁNDEZ CAPITAL CENTER BUILDING SUITE 401 239 ARTERIAL HOSTOS AVENUE HATO REY, PR 00918 | 04/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7493 | $1,000.00* |

Reason: Proof of Claim asserts claim related to litigation case DAC-2013-2854. Commonwealth paid the liabilities with check number 00167451.

# Five Hundred Eighty-Third Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 261 | $263,287.50 |
| | Reason: Invoice(s) totaling $263,287.50 were paid via EFTs 00048713, 00056373, 00056372, 00057479, and 00057478 between 08/15/2017 and 12/11/2017. | | | | | |
| 6 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10173 | $10,800.00 |
| | Reason: Invoice totaling $10,800.00 was paid via EFT DDC00530 on 05/08/2018. | | | | | |
| 7 | QUILES, ROBERTO<br>PO BOX 1337<br>SAN SEBASTIAN, PR 00685-1337 | 03/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5244 | $13,000.00* |
| | Reason: Proof of Claim asserts claim related to litigation case ISCI-2017-00375. Commonwealth paid the liabilities on June 15, 2021 | | | | | |
| 8 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25874 | $9,280.00 |
| | Reason: Invoice(s) totaling $9,280.00 were paid via EFT 7074 on 05/18/2018. | | | | | |
| | | | | | TOTAL | $391,932.23* |

*Indicates claim contains unliquidated and/or undetermined amounts