# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima tercera objeción global**

Quingentésima Octogésima Tercera Objeción Global

Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CARDINAL HEALTH PR 120, INC.<br>WILLIAM M. VIDAL CARVAJAL<br>CENTRO INTERNACIONAL DE DISTRIBUCION<br>CARR. 165 KM 2.4 EDIFICIO 10<br>GUAYNABO, PR 00965 | 04/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7349 | $397.10 |
| | Base para: La carta del demandante con fecha 12 de febrero de 2019 indica que el monto previo al inicio del proceso se pagó en su totalidad. Aunque en la misma carta también se invocan obligaciones adicionales, esta afirmación no se presentó a tiempo y se debe denegar. | | | | | |
| 2 | DAT@ACCESS<br>HECTOR FIGUEROA-VINCENTY, ESQ<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9463 | $2,321.78 |
| | Base para: La o las facturas que ascienden a un total de $2,321.78 se pagaron mediante transferencias electrónicas identificadas con los números 00081979 y 00082289 los días 1/6/2018 y 6/6/2018. | | | | | |
| 3 | DAT@ACCESS COMMUNICATIONS, INC<br>HECTOR FIGUEROA-VINCENTY ESQ.<br>30 CALLE PADIAL<br>SUITE 204<br>CAGUAS, PR 00725-3841 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9453 | $91,845.85 |
| | Base para: La o las facturas que ascienden a un total de $1,565.00 se pagaron mediante transferencia electrónica identificada con el número 00079553 el 23/5/2018.<br><br>Reclamo No. 9453 incluido también en el Anexo A de la Tricentésima Septuagésima Segunda Objeción Global por Reclamos Modificados. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Tercera Objeción Global

### Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | FERRAU RIVERA, ROLANDO<br>LAW OFFICES OF LUIS RAFAEL RIVERA<br>ALLAN RIVERA FERNÁNDEZ<br>CAPITAL CENTER BUILDING SUITE 401<br>239 ARTERIAL HOSTOS AVENUE<br>HATO REY, PR 00918 | 04/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7493 | $1,000.00* |
| | Base para: La Evidencia de Reclamo invoca obligaciones relacionadas con el litigio DAC-2013-2854. El Estado Libre Asociado de Puerto Rico pagó las obligaciones con el cheque número 00167451. | | | | | |
| 5 | HERNANDEZ CASTRODAD, FIDECICOMISO<br>HC-06 BOX 72502<br>CAGUAS, PR 00725 | 11/01/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 261 | $263,287.50 |
| | Base para: La o las facturas que ascienden a un total de $263,287.50 se pagaron mediante transferencias electrónicas identificadas con los números 00048713, 00056373, 00056372, 00057479 y 00057478 entre el 15/8/2017 y el 11/12/2017. | | | | | |
| 6 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 05/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10173 | $10,800.00 |
| | Base para: La o las facturas que ascienden a un total de $10,800.00 se pagaron mediante transferencia electrónica identificada con el número DDC00530 el 8/5/2018. | | | | | |
| 7 | QUILES, ROBERTO<br>PO BOX 1337<br>SAN SEBASTIAN, PR 00685-1337 | 03/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5244 | $13,000.00* |
| | Base para: La Evidencia de Reclamo invoca obligaciones relacionadas con el litigio ISCI-2017-00375. El Estado Libre Asociado de Puerto Rico pagó las obligaciones el 15/6/2021 | | | | | |
| 8 | TECHNICAL DISTRIBUTERS, INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25874 | $9,280.00 |
| | Base para: La o las facturas que ascienden a un total de $9,280.00 se pagaron con el cheque número 7074 el 18/5/2018. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Tercera Objeción Global

### Anexo A: Reclamos Satisfechos

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| | | | | TOTAL | $391,932.23* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados