# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Seventy-First Omnibus Objection**

## Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AEROMETALICA CORP<br>EL TUQUE INDUSTRIAL PARK<br>119 SUITE 2<br>PONCE, PR 00728-2803 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31096 | $540,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 2 | CASTRO, VIVIAN VAZQUEZ<br>P.O BOX 13282<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90676 | $150,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 3 | CHAPARRO RIOS , ADRIELIZ<br>PO BOX 13282<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88025 | $150,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 4 | CINTRON, GISELA RIVERA<br>APARTADO 10061<br>HUMACAO, PR 00792 | 06/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 50531-1 | $150,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico , but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico , such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CORREA VILLEGAS, CARMEN M<br>HC 02 BOX 14377<br>CAROLINA, PR 00987 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85610-1 | $201,600.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CORREA VILLEGAS, CARMEN M.<br>HC 02 BOX 14377<br>CAROLINA, PR 00987 | 06/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 84983-2 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | COSTAS ELENA, LUIS P.<br>34 ORGUIDEA, URB. SANTA MARIA<br>SAN JUAN, PR 00927 | 05/03/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10531 | $1,800.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CRUZ VALENTIN, MADELYN<br>PO BOX 1890<br>ISABELA, PR 00662 | 06/06/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 65702-1 | $47,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | DE JESUS ORENGO, ONEIL<br>PI BOX 219<br>PENUELAS, PR 00624 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16737 | $79,360.76 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | DIAZ FLOUES, GLENDA LIZ<br>HC 50 BOX 20913<br>SAN LORENZO, PR 00754 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12083-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DUVERGE PEREZ, IVONNE J<br>CALLE BONIFACIO # 10<br>NAGUABO, PR 00677 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6400 | $1,500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | FAMILIA JIMENEZ, FLOR M<br>COND. PLAYA DORADA APT. 414 A<br>CAROLINA, PR 00979 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27266 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | GALINDEZ SIERRA, CARMEN S.<br>BOX 1550<br>MANATI, PR 00674 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 38765-2 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GONZALEZ MERCADO, OMAR<br>URB ROLLING HILLS<br>S 368 CALLE TEGUCIGALPA<br>CAROLINA, PR 00987 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71688-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ RODRIGUEZ, CARMEN D<br>COND CAGUAS TOWER<br>40 COND CAGUAS TOWER APT 406<br>CAGUAS, PR 00725-5601 | 07/05/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 156607-1 | $25,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | LOPEZ MARTINEZ, NANCY<br>LCDO OSVALDO BURGOS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140879 | $12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | MALDONADO VELEZ, LESTER<br>URB. LA GUADALUPE1827 CALLE 19 MONSERRATE<br>PONCE, PR 00730-4305 | 05/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14169 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | MELENDEZ MALDONADO, MIGUEL ANGEL<br>7719 DR. TOMMAYRAC APT 506<br>PONCE, PR 00717 | 08/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166170 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | P.R. USED OIL COLLECTORS, INC<br>OLIVERAS & ORTIZ LAW OFFICES PSC<br>171 AVE. CHARDÓN, SUITE 406<br>SAN JUAN, PR 00918-1722 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19943 | $1,274,423.88 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | RIVERA PEREZ, CARMEN J.<br>COND. CENTURY GARDENS<br>APT. B-4<br>TOA BAJA, PR 00949 | 05/18/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28107-1 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ GUZMAN, JOSE R.<br>HC-01 BOX 11727<br>COAMO, PR 00769 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 137140 | $30,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | SANTIAGO GALARZA, BRENDA<br>PO BOX 13282<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90505 | $150,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | SANTIAGO SANTIAGO , NORMA M<br>HACIENDAS DE BORINQUEN<br>2 78 CALLE FLAMBOYAN<br>LARES, PR 00669 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62098 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

Claim #62098 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | SANTIAGO VELAZQUEZ, LISBETH<br>P.O. BOX 13282<br>SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85695 | $150,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-First Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | TORRES ADORNO, MARTA B<br>PARTICOS DE CUPEY 14203<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 26957 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | TORRES KERCADO V DE, MARIA E.<br>LCDO OSVALDO BURGOS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 146935 | $10,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | TORRES PAGAN, JORGE I.<br>PO BOX 348<br>LARES, PR 00669 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 66225 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

Claim #66225 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | VELEZ PEREZ, PROVIDENCIA<br>CALLE ENSANCHE #62<br>BO COLOMBIA<br>MAYAGUEZ, PR 00680 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 85812 | $18,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-First Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | VILLANUEVA, ANGEL L<br>330 EAST KING STREET<br>APT # 1<br>LANASTER, PA 17602 | 03/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4664 | $10,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $3,000,684.64* |