## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima septuagésima primera objeción global**

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AEROMETALICA CORP EL TUQUE INDUSTRIAL PARK 119 SUITE 2 PONCE, PR 00728-2803 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31096 | $540,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTRO, VIVIAN VAZQUEZ P.O BOX 13282 SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90676 | $150,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CHAPARRO RIOS , ADRIELIZ PO BOX 13282 SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 88025 | $150,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CINTRON, GISELA RIVERA APARTADO 10061 HUMACAO, PR 00792 | 06/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 50531-1 | $150,000.00 |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores , en virtud del Título III.

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CORREA VILLEGAS, CARMEN M HC 02 BOX 14377 CAROLINA, PR 00987 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 85610-1 | $201,600.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | CORREA VILLEGAS, CARMEN M. HC 02 BOX 14377 CAROLINA, PR 00987 | 06/22/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 84983-2 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COSTAS ELENA, LUIS P. 34 ORGUIDEA, URB. SANTA MARIA SAN JUAN, PR 00927 | 05/03/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10531 | $1,800.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | CRUZ VALENTIN, MADELYN PO BOX 1890 ISABELA, PR 00662 | 06/06/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 65702-1 | $47,000.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

## Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | DE JESUS ORENGO, ONEIL PI BOX 219 PENUELAS, PR 00624 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16737 | $79,360.76 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | DIAZ FLOUES, GLENDA LIZ HC 50 BOX 20913 SAN LORENZO, PR 00754 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12083-1 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | DUVERGE PEREZ, IVONNE J CALLE BONIFACIO # 10 NAGUABO, PR 00677 | 04/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6400 | $1,500.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | FAMILIA JIMENEZ, FLOR M COND. PLAYA DORADA APT. 414 A CAROLINA, PR 00979 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27266 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

## Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | GALINDEZ SIERRA, CARMEN S. BOX 1550 MANATI, PR 00674 | 06/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 38765-2 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | GONZALEZ MERCADO, OMAR URB ROLLING HILLS S 368 CALLE TEGUCIGALPA CAROLINA, PR 00987 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71688-1 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | GONZALEZ RODRIGUEZ, CARMEN D COND CAGUAS TOWER 40 COND CAGUAS TOWER APT 406 CAGUAS, PR 00725-5601 | 07/05/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 156607-1 | $25,000.00* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores , en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | LOPEZ MARTINEZ, NANCY LCDO OSVALDO BURGOS PO BOX 194211 SAN JUAN, PR 00919-4211 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140879 | $12,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | MALDONADO VELEZ, LESTER URB. LA GUADALUPE1827 CALLE 19 MONSERRATE PONCE, PR 00730-4305 | 05/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14169 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | MELENDEZ MALDONADO, MIGUEL ANGEL 7719 DR. TOMMAYRAC APT 506 PONCE, PR 00717 | 08/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 166170 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | P.R. USED OIL COLLECTORS, INC OLIVERAS & ORTIZ LAW OFFICES PSC 171 AVE. CHARDÓN, SUITE 406 SAN JUAN, PR 00918-1722 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19943 | $1,274,423.88 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | RIVERA PEREZ, CARMEN J. COND. CENTURY GARDENS APT. B-4 TOA BAJA, PR 00949 | 05/18/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28107-1 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | RODRIGUEZ GUZMAN, JOSE R. HC-01 BOX 11727 COAMO, PR 00769 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 137140 | $30,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | SANTIAGO GALARZA, BRENDA PO BOX 13282 SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90505 | $150,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | SANTIAGO SANTIAGO , NORMA M HACIENDAS DE BORINQUEN 2 78 CALLE FLAMBOYAN LARES, PR 00669 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62098 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

Reclamo No. 62098 incluido también en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos para Reclasificar.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | SANTIAGO VELAZQUEZ, LISBETH P.O. BOX 13282 SAN JUAN, PR 00908 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 85695 | $150,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | TORRES ADORNO, MARTA B<br>PARTICOS DE CUPEY 14203<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 26957 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores, en virtud del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | TORRES KERCADO V DE, MARIA E.<br>LCDO OSVALDO BURGOS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 146935 | $10,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | TORRES PAGAN, JORGE I.<br>PO BOX 348<br>LARES, PR 00669 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 66225 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

Reclamo No. 66225 incluido también en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos para Reclasificar.

# Quingentésima Septuagésima Primera Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | VELEZ PEREZ, PROVIDENCIA<br>CALLE ENSANCHE #62<br>BO COLOMBIA<br>MAYAGUEZ, PR 00680 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 85812 | $18,000.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | VILLANUEVA, ANGEL L<br>330 EAST KING STREET<br>APT # 1<br>LANASTER, PA 17602 | 03/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4664 | $10,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | TOTAL | $3.000.684.64* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados