# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Seventy-Second Omnibus Objection**

## Five Hundred Seventy-Second Omnibus Objection
### Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CINTRON DIAZ, IRMA L.<br>JJ172 TOPACIO TERRAZAS<br>DEMAJASUA II<br>FAJARDO, PR 00738 | 143774 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CORA RIVERA, JORGE<br>HC 65 BOX 6385<br>PATILLIAS, PR 00723 | 30423 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Puerto Rico Public Buildings Authority (PBA) | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Public Buildings Authority (PBA).

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | DIAZ DEL VALLE, ANGEL L.<br>PO BOX 366877<br>SAN JUAN, PR 00936-6877 | 5137 | Puerto Rico Highways and Transportation Authority | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 160082 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 86363 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Seventy-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | HERNANDEZ RAMIREZ, CARMEN S. URB. LOMAS VERDES 3V CALLE MIRTO BAYAMON, PR 00956-3320 | 149771 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | HERNANDEZ SANTANA, ROSA A. C/20 AB-9 VILLAS DE RIO CORANDE RIO GRANDE, PR 00745 | 147683 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A-10 CALLE YUNQUESITO CAROLINA, PR 00987 | 39114 | Puerto Rico Highways and Transportation Authority | Unsecured | $150,000.00* | Commonwealth of Puerto Rico | Unsecured | $12.50 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation , show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

Claim #39114 also contained on Exhibit A to the 575th Omnibus Claims Objection to Reduce, Liquidate and Allow the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | MAESO HIRALDO, JOSE G. HC-2 BOX 14697 CAROLINA, PR 00987 | 17526 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $33,850.85* | Puerto Rico Highways and Transportation Authority | Unsecured | $33,850.85* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Highways and Transportation Authority.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-Second Omnibus Objection
### Exhibit A - Claims to Be Reclassified

|   | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA P.O. BOX 177 LOIZA, PR 00772 | 165307 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 80935 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC-1 BOX 8911 GURABO, PR 00778 | 137398 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 91667 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO NAGUABO, PR 00718 | 154332 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $30,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 121110 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 176138 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 71671 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Secured | $10,989.48* | Commonwealth of Puerto Rico | Secured | $10,989.48* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 113619 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Seventy-Second Omnibus Objection
Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 95363 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | TORRES TRINIDAD, VIRGEN I<br>URB VILLA UNIVERSITARIA<br>CALLE CENTRAL ROIG I 189<br>GUAYAMA, PR 00784 | 32300 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Puerto Rico Public Buildings Authority (PBA) | Unsecured | Undetermined* |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Puerto Rico Public Buildings Authority (PBA).

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | VAZQUEZ VEGA, GLORIA<br>AA X-23 JARDINES ARROYO<br>ARROYO, PR 00714 | 123348 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $150,000.00* | Commonwealth of Puerto Rico | Unsecured | $150,000.00* |

Reason: Claimant identifies obligor as the Employees Retirement System of the Government of the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | VERA ROLDAN, LOURDES<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029 | 178996 | Puerto Rico Highways and Transportation Authority | Unsecured | $113,750.00 | Commonwealth of Puerto Rico | Unsecured | $113,750.00 |

Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under Commonwealth of Puerto Rico.

*Indicates claim contains unliquidated and/or undetermined amounts

5