# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima septuagésima segunda objeción global**

Quingentésima Septuagésima Segunda Objeción Global

Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | CORREGIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 143774 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CORA RIVERA, JORGE HC 65 BOX 6385 PATILLIAS, PR 00723 | 30423 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como la Autoridad de Carreteras y Transportación de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Edificios Públicos de Puerto Rico (AEP).

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | DIAZ DEL VALLE, ANGEL L. PO BOX 366877 SAN JUAN, PR 00936-6877 | 5137 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | GONZALEZ PEREZ, YOLANDA BOX 893 SAN SEBASTIAN, PR 00685 | 160082 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | GONZALEZ SANCHEZ, CARMEN CORONEL IRIZARRY #12 CAYEY, PR 00736 | 86363 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Septuagésima Segunda Objeción Global
### Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 6 | HERNANDEZ RAMIREZ, CARMEN S. URB. LOMAS VERDES 3V CALLE MIRTO BAYAMON, PR 00956-3320 | 149771 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | HERNANDEZ SANTANA, ROSA A. C/20 AB-9 VILLAS DE RIO CORANDE RIO GRANDE, PR 00745 | 147683 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A-10 CALLE YUNQUESITO CAROLINA, PR 00987 | 39114 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $150,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12.50 |

Base para: El Demandante identifica al Deudor como la Autoridad de Carreteras y Transportación de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

El reclamo No.39114 también incluido en el Anexo A de la Quincuagésima Septuagésima Quinta Objeción Global para Reducir, Liquidar y Admitir el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | MAESO HIRALDO, JOSE G. HC-2 BOX 14697 CAROLINA, PR 00987 | 17526 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $33,850.85* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $33,850.85* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Carreteras y Transportación de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Segunda Objeción Global

Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA P.O. BOX 177 LOIZA, PR 00772 | 165307 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 80935 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC-1 BOX 8911 GURABO, PR 00778 | 137398 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 91667 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Septuagésima Segunda Objeción Global

Anexo A: Reclamos para Reclasificar

|  |  | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO NAGUABO, PR 00718 | 154332 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| 15 | | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 121110 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| 16 | | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 176138 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| 17 | | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 71671 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Garantizada | $10,989.48* | El Estado Libre Asociado de Puerto Rico | Garantizada | $10,989.48* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| 18 | | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 113619 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Septuagésima Segunda Objeción Global
## Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 95363 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | TORRES TRINIDAD, VIRGEN I<br>URB VILLA UNIVERSITARIA<br>CALLE CENTRAL ROIG I 189<br>GUAYAMA, PR 00784 | 32300 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al Deudor como la Autoridad de Carreteras y Transportación de Puerto Rico cuando la Evidencia de Reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Edificios Públicos de Puerto Rico (AEP).

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | VAZQUEZ VEGA, GLORIA<br>AA X-23 JARDINES ARROYO<br>ARROYO, PR 00714 | 123348 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00* |

Base para: El Demandante identifica al Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico como deudor cuando la evidencia de reclamo y la documentación de respaldo indican que una obligación, de existir, recaería en el Estado Libre Asociado de Puerto Rico.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | VERA ROLDAN, LOURDES<br>310 PASSAIC AVE APT 315<br>HARRISON, NJ 07029 | 178996 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $113,750.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $113,750.00 |

Base para: El Demandante identifica al deudor como Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.

\* Indica que la reclamación contiene montos por liquidar o indeterminados