# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima septuagésima tercera objeción global**

Quingentésima Septuagésima Tercera Objeción Global

Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | CIRINO ORTIZ, SAMUEL<br>P.O. BOX 152<br>LOIZA, PR 00772 | 143753-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.
Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos. Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | ORTIZ MORALES, JOSE ANTONIO<br>C/O LCDO. MIGUEL A. OLMEDO OTERO<br>PMB 914, 138 WINSTON CHURCHILL AVE.<br>SAN JUAN, PR 00926-6013 | 8175 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $130,000.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $130,000.00* |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

* Indica que la reclamación contiene montos por liquidar o indeterminados