## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Seventy-Fourth Omnibus Objection**

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ACEVEDO CARRASCO, JOHN PAUL MIGUEL PEREZ BURGOS APARTADO 1062 GUAYAMA, PR 00785 | 22036 | Commonwealth of Puerto Rico | Unsecured | $1,675.00* | Commonwealth of Puerto Rico | Unsecured | $1,675.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,675.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ALBETORIO DIAZ, MARIA E COOP. JARD. DE SAN IGNACIO APT.1812-1 SAN JUAN, PR 00927 | 55356 | Commonwealth of Puerto Rico | Unsecured | $331.38* | Commonwealth of Puerto Rico | Unsecured | $331.38 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $331.38 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | BAEZ ACOSTA, WILFREDO P.O. SAN JUAN, PR 00914 | 11 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | BAEZ ORTIZ, CHRISTIAN J. C/ RAMON DIAZ GOMEZ P.O. BOX 9786 CAROLINA, PR 00988-9786 | 29183 | Commonwealth of Puerto Rico | Unsecured | $6,800.00* | Commonwealth of Puerto Rico | Unsecured | $7,001.13 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,001.13 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | BANKRUPTCY ESTATE OF SECURITY AND INVESTIGATION PUERTO RICO, INC., CASE NO. 14-05614 ATTN: NOREEN WISCOVITCH-RENTAS, CHAPTER 7 TRUSTEE PMB 136, 400 CALLE JUAN CALAF SAN JUAN, PR 00918 | 10200 | Commonwealth of Puerto Rico | Unsecured | $7,897.97* | Commonwealth of Puerto Rico | Unsecured | $7,897.97 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,897.97 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CARDONA LAMOURT, MAGDA LCDO. CARLOS RAMON CRUZ CARRION PO BOX 545 LAS MARIAS, PR 00670 | 6049 | Commonwealth of Puerto Rico | Unsecured | $200.00* | Commonwealth of Puerto Rico | Unsecured | $200.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $200.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | CLAUDIO-ROSARIO, HECTOR L. 167 CALLE PEDRO FLORES H-8 URB. MONTICIELO CAGUAS, PR 00725 | 7008 | Commonwealth of Puerto Rico | Unsecured | $34,069.68* | Commonwealth of Puerto Rico | Unsecured | $34,069.68 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $34,069.68 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | COFAN HERNANDEZ, MELISSA PEDRO ORTIZ ALVAREZ LLC P.O. BOX 9009 PONCE, PR 00732 | 34965 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $25,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 19241 | Commonwealth of Puerto Rico | Unsecured | $457.16* | Commonwealth of Puerto Rico | Unsecured | $457.16 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $457.16 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 20371 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 20732 | Commonwealth of Puerto Rico | Unsecured | $6,071.34* | Commonwealth of Puerto Rico | Unsecured | $6,071.34 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,071.34 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 21737 | Commonwealth of Puerto Rico | Unsecured | $458.41* | Commonwealth of Puerto Rico | Unsecured | $458.41 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $458.41 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 21857 | Commonwealth of Puerto Rico | Unsecured | $11,000.00* | Commonwealth of Puerto Rico | Unsecured | $11,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 21871 | Commonwealth of Puerto Rico | Unsecured | $10,111.51* | Commonwealth of Puerto Rico | Unsecured | $10,111.51 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,111.51 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 21938 | Commonwealth of Puerto Rico | Unsecured | $10,235.89* | Commonwealth of Puerto Rico | Unsecured | $10,235.89 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,235.89 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 22652 | Commonwealth of Puerto Rico | Unsecured | $12,625.00* | Commonwealth of Puerto Rico | Unsecured | $12,625.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $12,625.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 8461 LAKE WORTH ROAD SUITE 420 LAKE WORTH, FL 33467 | 23135 | Commonwealth of Puerto Rico | Unsecured | $7,000.00* | Commonwealth of Puerto Rico | Unsecured | $7,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,000.00 for the Claim, such amount fully liquidates the Claim.

| 18 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 23595 | Commonwealth of Puerto Rico | Unsecured | $24,256.44* | Commonwealth of Puerto Rico | Unsecured | $24,256.44 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $24,256.44 for the Claim, such amount fully liquidates the Claim.

| 19 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 23635 | Commonwealth of Puerto Rico | Unsecured | $11,185.95* | Commonwealth of Puerto Rico | Unsecured | $11,185.95 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,185.95 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 24052 | Commonwealth of Puerto Rico | Unsecured | $13,000.00* | Commonwealth of Puerto Rico | Unsecured | $13,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 21 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 24272 | Commonwealth of Puerto Rico | Unsecured | $4,045.48* | Commonwealth of Puerto Rico | Unsecured | $4,045.48 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,045.48 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 22 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 24721 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Commonwealth of Puerto Rico | Unsecured | $18,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $18,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 23 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 25215 | Commonwealth of Puerto Rico | Unsecured | $8,306.72* | Commonwealth of Puerto Rico | Unsecured | $8,306.72 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,306.72 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 24 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 25230 | Commonwealth of Puerto Rico | Unsecured | $9,638.21* | Commonwealth of Puerto Rico | Unsecured | $9,638.21 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $9,638.21 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 25 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 25755 | Commonwealth of Puerto Rico | Unsecured | $3,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | | LIQUIDATED AND ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 26 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 25780 | Commonwealth of Puerto Rico | Unsecured | $13,100.00* | Commonwealth of Puerto Rico | Unsecured | $13,100.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,100.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 27 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 27761 | Commonwealth of Puerto Rico | Unsecured | $8,000.00* | Commonwealth of Puerto Rico | Unsecured | $8,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $8,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 28 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ SAN JUAN, PR 00926 | 39236 | Commonwealth of Puerto Rico | Unsecured | $500.00* | Commonwealth of Puerto Rico | Unsecured | $500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

9

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 29 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 82950 | Commonwealth of Puerto Rico | Unsecured | $15,100.07* | Commonwealth of Puerto Rico | Unsecured | $15,100.07 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,100.07 for the Claim, such amount fully liquidates the Claim.

| 30 | COTTO GARCIA, JUAN GABRIEL BUZON 1570 B.O JUAN SANCHEZ BAYAMON, PR 00959 | 8448 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| 31 | COTTO LÓPEZ, MIGUEL Y OTROS MICHELE M. SILVA MARRERO 20 AVE. LUIS MUNOZ MARIN PMB 263 CAGUAS, PR 00725-1956 | 20959 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | CRUZ TOLEDO, GILBERTO Y OTROS LCDO. JOSE C. MARTINEZ TOLEDO PO BOX 362132 SAN JUAN, PR 00936-2132 | 134466 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 33 | DE JESUS COLÓN, WILMA JANET MIGUEL A. PEREZ BURGOS APARTADO 1062 GUAYAMA, PR 00785 | 22148 | Commonwealth of Puerto Rico | Unsecured | $4,000.00* | Commonwealth of Puerto Rico | Unsecured | $4,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 34 | DE JESUS, SONIA 602 A.M. RIVERA UMMS BLQ OF 402 HATO REY, PR 00918 | 49809 | Commonwealth of Puerto Rico | Unsecured | $7,500.00* | Commonwealth of Puerto Rico | Unsecured | $7,500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 35 | DELGADO PAGAN, NEFTALI JOSÉ I. JIMÉNEZ RIVERA URB HERMANAS DAVILA J8 AVE BETANCES BAYAMÓN, PR 00959 | 40797 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

## Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | DENIS NUÑEZ, CHRISTIAN G<br>ARAMIL GARCIA FUENTES<br>PO BOX 29693<br>SAN JUAN, PR 00929 | 24743 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | DESPIAU LOPEZ, MARISELA<br>OSVALDO BURGOS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 132899 | Commonwealth of Puerto Rico | Unsecured | $7,000.00* | Commonwealth of Puerto Rico | Unsecured | $7,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 38 | EVELYN GONZALEZ V<br>DEPARTAMENTO<br>EDUCACION<br>LCDA AMELIA M. CINTRON<br>URB SAN ANTONIO 1939<br>AVE LAS AMERICAS<br>PONCE, PR 00728-1815 | 44370 | Commonwealth of Puerto Rico | Unsecured | $6,750.00* | Commonwealth of Puerto Rico | Unsecured | $6,750.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,750.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | EXCELLERE CONSULTING ASSOCIATES, INC.<br>SHIRLEY M. MONGE, ESQ.<br>PO BOX 260995<br>SAN JUAN, PR 00926-2633 | 2682 | Commonwealth of Puerto Rico | Unsecured | $19,097.00* | Commonwealth of Puerto Rico | Unsecured | $19,097.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $19,097.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 40 | GILBERTO J. DE JESUS CASAS AND ELISA RIVERA TOLEDO LUIS E. GONZALEZ 1605 PONCE DE LEON AVE., SUITE 101 SAN JUAN, PR 00909 | 642 | Commonwealth of Puerto Rico | Unsecured | $10,500.00* | Commonwealth of Puerto Rico | Unsecured | $10,500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 41 | GONZALEZ AYALA, JOSE LCDO. JUAN CARLOS RIOS PEREZ PO BOX 9020443 SAN JUAN, PR 00902-0443 | 24418 | Commonwealth of Puerto Rico | Unsecured | $20,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 42 | HERNANDEZ RAMOS, LUIS RAUL 1416 AVE PAZ GRANELA URB STGO IGLESIAS RIO PIEDRAS, PR 00925 | 39567 | Commonwealth of Puerto Rico | Unsecured | $2,000.00* | Commonwealth of Puerto Rico | Unsecured | $2,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 43 | HERNANDEZ, HERIBERTO 102 AV. M. RIVERA LEMS 602 HATO REY, PR 00918 | 23451 | Commonwealth of Puerto Rico | Unsecured | $7,500.00* | Commonwealth of Puerto Rico | Unsecured | $7,500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

13

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | | LIQUIDATED AND ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 44 | HERRERA DOS REIS, GENARO PO BOX 194211 SAN JUAN, PR 00919-4211 | 82286 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 45 | LINA M. TORRES RIVERA Y MANUEL E. MUÑIZ FERNEANDEZ RR 37 #1781 SAN JUAN, PR 00926 | 105874 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 46 | MAPFRE PRAICO CORPORATION Y RELIABLE FINANCIAL SERVICES, INC. Y AIDA GARCIA ORTIZ MIGUEL PEREZ BURGOS APARTADO 1062 GUAYAMA, PR 00785 | 20682 | Commonwealth of Puerto Rico | Unsecured | $3,275.00* | Commonwealth of Puerto Rico | Unsecured | $3,275.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,275.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 47 | MARRERO CAMAHCO, MIRIAM ELENA M. QUINTERO PO BOX 2288 MANATI, PR 00674 | 4691 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 48 | MATOS ROLON, RAQUEL<br>HC 1 BOX 6446<br>AIBONITO, PR 00705 | 105443 | Commonwealth of Puerto Rico | Unsecured | $396.00* | Commonwealth of Puerto Rico | Unsecured | $396.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $396.00 for the Claim, such amount fully liquidates the Claim.

| 49 | MEDINA ALVERIO, MIGDALIA<br>WILLIAM LOPEZ CARATINI<br>CENTRO COMERCIAL SAN JOSÉ LOCAL 8A<br>CARRETERA #3<br>HUMACAO, PR 00791 | 2306 | Commonwealth of Puerto Rico | Unsecured | $30,000.00* | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $30,000.00 for the Claim, such amount fully liquidates the Claim.

| 50 | MELENDEZ DE JESUS, JORGE<br>LCDA. MARGARITA CARRILLO ITURINO.<br>EDIFICIO LE MANS<br>OFICINA 508<br>602 AVENIDA MUÑOZ RIVERA<br>SAN JUAN, PR 00918 | 43346 | Commonwealth of Puerto Rico | Unsecured | $1,500.00* | Commonwealth of Puerto Rico | Unsecured | $1,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,500.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

15

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 51 | MENDEZ PAGAN, JOSE ALLAN RIVERA FERNÁNDEZ CAPITAL CENTER BUILDING SUITE 401 239 ARTERIAL HOSTOS AVENUE HATO REY, PR 00918 | 7516 | Commonwealth of Puerto Rico | Unsecured | $1,000.00* | Commonwealth of Puerto Rico | Unsecured | $1,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | MERADO JIMENEZ, MARIA MARIA DE LOURDES GONZALEZ FRAMIL PO BOX 932 GUAYAMA, PR 00785 | 36894 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $45,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $45,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53 | MILLAN MACHUCA, ROLANDO C/O LCDO. RICARDO ORTIZ MORALES PO BOX 371816 CAYEY, PR 00737-1816 | 53158 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | MONTALVO, RICARDO J. MANSIONES CIUDAD JARDIN NORTE CALLE LOGRONO #515 CAGUAS, PR 00727-1423 | 28523 | Commonwealth of Puerto Rico | Unsecured | $17,042.34* | Commonwealth of Puerto Rico | Unsecured | $17,042.34 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $17,042.34 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | MORALES COLLADO, LEGNA VELEZ & SEPULVEDA, PSC C/O SAULO A. VÉLEZ-RÍOS, ESQ. PMB 269 PO BOX 194000 SAN JUAN, PR 00919-4000 | 9420 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | MORALES RAMOS, NEFTALI OSVALDO BURGOS PO BOX 194211 SAN JUAN, PR 00919-4211 | 153013 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | NOVOA FIGUEROA, JOSE M<br>LCDO PABLO COLON SANTIAGO<br>URB. CONSTANCIA 1739, PASEO LAS COLONIAS<br>PONCE, PR 00717-2234 | 38022 | Commonwealth of Puerto Rico | Unsecured | $4,590.00* | Commonwealth of Puerto Rico | Unsecured | $4,590.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,590.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 58 | OSTOLAZA, CESAR JESUS JIMENEZ<br>URB. VILLA ROSA I-A-12<br>PO BOX 3025<br>GUAYAMA, PR 00785 | 39900 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 59 | PASTRANA ALAMO, MILAGROS<br>HC 01 BOX 7539<br>LOÍZA, PR 00772 | 59146 | Commonwealth of Puerto Rico | Unsecured | $6,125.70* | Commonwealth of Puerto Rico | Unsecured | $6,125.70 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,125.70 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | | LIQUIDATED AND ALLOWED | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 60 | PEREZ REISLER, JOSE C/O LANDRON VERA, LLC ATTN: LUIS A. RODRIGUEZ MUÑOZ, ATORNEY 1606 AVENIDA PONCE DE LEON, SUITE 501 EDIF. BOGORICIN SUITE 501 SAN JUAN, PR 00909 | 67563 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 61 | PIZARRO MARRERO, VANESSA HERIBERTO QUIÑONES ECHEVARRIA URB. SABANERA CAMINO DE LOS JARDINES #392 CIDRA, PR 00739 | 46211 | Commonwealth of Puerto Rico | Unsecured | $3,262.50* | Commonwealth of Puerto Rico | Unsecured | $3,262.50 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,262.50 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 62 | POMALES, ALEXIS MELBA DIAZ RAMIREZ PO BOX 194876 SAN JUAN, PR 00919-4876 | 66377 | Commonwealth of Puerto Rico | Unsecured | $65,000.00* | Commonwealth of Puerto Rico | Unsecured | $65,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $65,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 63 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 49272 | Commonwealth of Puerto Rico | Unsecured | $4,000.00* | Commonwealth of Puerto Rico | Unsecured | $4,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 64 | QUINONES REYES , IHOMARA A 301 CALLE MABO HACIENDAS DE BORIQUEN TOA ALTA, PR 00953-7203 | 47218 | Commonwealth of Puerto Rico | Unsecured | $13,259.46* | Commonwealth of Puerto Rico | Unsecured | $13,259.46 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $13,259.46 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 65 | RAMERY P'EREZ, MICHELLE LEELO JOSÉ RÍOS RÍOS CHIRINO OFFICE PLAZA 1802 CARRETERA 8838 SUITE 307 SAN JUAN, PR 00926-2745 | 23211 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 66 | RAMOS ORTIZ, ISRAEL Y OTROS LCDO. JOSE R. OLMO RODRIGUEZ EL CENTRO I, OFICINA 215 SAN JUAN, PR 00918 | 62728 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $25,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 67 | RAMOS TORRES, JOSE LUIS FRANCIS & GUEITS LAW OFFICE PO BOX 267 CAGUAS, PR 00726 | 11441 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $25,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | REQUENA, ENID M. URB. MONTECASINO CADOA 114 TOA ALTA, PR 00953 | 139580 | Commonwealth of Puerto Rico | Unsecured | $7,175.00* | Commonwealth of Puerto Rico | Unsecured | $7,175.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,175.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 69 | REYES, REBECCA 207 DOMENECH AVE. SUITE 106 SAN JUAN, PR 00918 | 143 | Commonwealth of Puerto Rico | Unsecured | $20,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 70 | RIOPEDRE RODRIGUEZ, EPIFANIA URBANIZACION BONNEVILLE, CALLE 6 L-22 CAGUAS, PR 00725 | 13576 | Commonwealth of Puerto Rico | Unsecured | $6,250.00* | Commonwealth of Puerto Rico | Unsecured | $6,250.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,250.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71 | RIOS BACO, FRANCISCO M ATT. MARIA DE L. GUZMAN HOSTOS AVE. #573 URB. BALDRICH SAN JUAN, PR 00918 | 14268 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 72 | RIOS GUZMAN, MERZAIDA KEILA ORTEGA CASALS AMERICAN AIRLINES BUILDING 10TH FLOOR SUITE 10 CALLE LÓPEZ LANDRÓN #1509 SAN JUAN, PR 00911 | 5507 | Commonwealth of Puerto Rico | Unsecured | $11,000.00* | Commonwealth of Puerto Rico | Unsecured | $11,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $11,000.00 for the Claim, such amount fully liquidates the Claim.

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 73 | RIVERA , SACHA PACHECO LCDO. JUAN CARLOS RODRIGUEZ 4024 CALLE AURORA PONCE, PR 00717-1513 | 140889 | Commonwealth of Puerto Rico | Unsecured | $3,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 74 | RIVERA AVILES, ZULMA NOEMI LAS PALMAS DE CERRO GORDO C/ JAS PALMAS 47 VEGAS ALTA, PR 00692 | 145603 | Commonwealth of Puerto Rico | Unsecured | $161.00* | Commonwealth of Puerto Rico | Unsecured | $161.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $161.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 75 | RIVERA DIAZ, IDA URB SANTA CLARA M 2 CALLE SALVIA GUAYNABO, PR 00969 | 52502 | Commonwealth of Puerto Rico | Unsecured | $7,875.90* | Commonwealth of Puerto Rico | Unsecured | $7,875.90 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,875.90 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | LIQUIDATED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 76 | RIVERA SANTANA, JOSE OMAR LCDO. CARLOS BELTRAN MELENDEZ PO BOX 6478 BAYAMON, PR 00960 | 3418 | Commonwealth of Puerto Rico | Unsecured | $24,315.00* | Commonwealth of Puerto Rico | Unsecured | $24,315.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $24,315.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 77 | RIVERA TORRES, LUCELENIA APT.411-A A COOP. JARDINES DE SAN IGNACIO SAN JUAN, PR 00927-6527 | 55818 | Commonwealth of Puerto Rico | Unsecured | $154.98* | Commonwealth of Puerto Rico | Unsecured | $154.98 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $154.98 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 78 | RODRIGUEZ FELIX, BELKYS CALLE PARAGUAY #310 SAN JUAN, PR 00917 | 54468 | Commonwealth of Puerto Rico | Unsecured | $6,652.80* | Commonwealth of Puerto Rico | Unsecured | $6,652.80 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $6,652.80 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 79 | RODRIGUEZ MEDINA, CARMEN B 500 ROBERTO H. TODD P.O. BOX 8000 SANTURCE, PR 00910 | 29402 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $16,937.70 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $16,937.70 for the Claim, such amount fully liquidates the Claim.

Claim #29402 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 80 | RODRIGUEZ SANCHEZ, JOSE PO BOX 29001 SAN JUAN, PR 00929 | 17421 | Commonwealth of Puerto Rico | Unsecured | $51,105.96* | Commonwealth of Puerto Rico | Unsecured | $51,105.96 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $51,105.96 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection

Exhibit A - Unliquidated Claims

| | | | | ASSERTED | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 81 | ROJAS RIVERA V DE, MARIA V. LCDO OSVALDO BURGOS PO BOX 194211 SAN JUAN, PR 00919-4211 | 146943 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | ROMAN DELGADILLO, LUIS A. JOSE RIOS RIOS CHIRINO OFFICE PLAZA 1802 CARRETERA 8838 SUITE 307 SAN JUAN, PR 00926-2745 | 28637 | Commonwealth of Puerto Rico | Unsecured | $12,500.00* | Commonwealth of Puerto Rico | Unsecured | $12,500.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $12,500.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 83 | RUBE ENTERTAINMENT, INC ÁNGEL E. GONZÁLEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEÓN STE. 605-B SAN JUAN, PR 00917-4820 | 14028 | Commonwealth of Puerto Rico | Unsecured | $18,000.00* | Commonwealth of Puerto Rico | Unsecured | $18,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $18,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | DEBTOR | LIQUIDATED AND ALLOWED PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 84 | SANTANA BAEZ, ELIEZER PRO SE 50 CARR. 5 UNIT A 501 EDIF. 3-J IND. LUCHETTI BAY, PR 00961-7403 | 2909 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 85 | SOBERAL MORALES, MELVIN LCDO. HECTOR CORTES BABILONIA AVE. JOSE A. CEDEÑO RODRÍGUEZ #545 PO BOX 896 ARECIBO, PR 00613 | 26912 | Commonwealth of Puerto Rico | Unsecured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 86 | SONIA N. ACEVEDO-TORRES; MARCOS RIVERA-CRUZ 623 AVE. PONCE DE LEÓN OFICINA 1103 SAN JUAN, PR 00917 | 19288 | Commonwealth of Puerto Rico | Unsecured | $25,000.00* | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $25,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 87 | SOTO CACERES, ARNALDO K-3 1 URB. VALPARAISO CATANO, PR 00962 | 132059 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 88 | TORRES PINERO, SAMUEL HC 23 BOX 6437 JUNCOS, PR 07777-9714 | 13098 | Commonwealth of Puerto Rico | Unsecured | $700.00* | Commonwealth of Puerto Rico | Unsecured | $700.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $700.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 89 | TORRES RAMIREZ, GERARDO URB SANTA ANA A 5 CALLE 6 VEGA ALTA, PR 00962 | 12707 | Commonwealth of Puerto Rico | Unsecured | $7,500.00* | Commonwealth of Puerto Rico | Unsecured | $7,500.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,500.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 90 | TORRES RESTO, GERMAN HC 3 BOX 7025 CEIBA NORTE JUNCOS, PR 00777 | 13400 | Commonwealth of Puerto Rico | Unsecured | $300.00* | Commonwealth of Puerto Rico | Unsecured | $300.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $300.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 91 | VASQUEZ JUAN, RUTH J URB SANTA PAULA CALLE JUAN RAMOS L-6 GUAYMABO, PR 00969 | 48712 | Commonwealth of Puerto Rico | Unsecured | $4,569.60* | Commonwealth of Puerto Rico | Unsecured | $4,569.60 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,569.60 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

|  | NAME | CLAIM # | DEBTOR | ASSERTED PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 92 | Y.T.M., UN MENOR (CARLA MOLINA BARRIOS, MADRE, #171 AVE. CHARDON STE. 301, SAN JUAN, PR 00918 JOSE M. CARRERAS, ESQ. #171 AVE. CARLOS CHARDO, STE. 301 SAN JUAN, PR 00918 | 26535 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| 93 | ZAYAS SANTIAGO, JENNIFER URB ALTURAS DE COAMO CALLE CALIZA 113 COAMO, PR 00769 | 152183 | Puerto Rico Highways and Transportation Authority | Unsecured | $4,168.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $4,168.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim.

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $4,168.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

28