**EXHIBIT A**

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MURRAY-SOTO, LUISA | 331 | d | Litigation Claims | 2004-09-0329; 2008-11-0496; 2016-04-1108; 2016-11-1109; 2016-GV-1119; 2016-GV-1398; KLRA-2016-01255 |
| ACEVEDO VAZQUEZ, ALBA | 1592 | c | Litigation Claims | AQ-19-0301 |
| CARO MORENO, CARELYN | 2379 | c | Litigation Claims | CA-09-036 |
| SANTANA BAEZ, ELIEZER | 3944 | c | Litigation Claims | DDP-2014-0337 |
| MARTINEZ GOMEZ, ROSA | 4391 | c | Litigation Claims | A00464123-01 |
| ROSARIO RODRIGUEZ, MARIA | 5634 | c | Litigation Claims | 2015-0097 |
| ARIZMENDI CARDONA V ELA, NORMAN L | 5932 | c | Litigation Claims | JDP-2017-0159 |
| MARQUEZ PEREZ , CARMEN | 6167 | c | Litigation Claims | DDP-2017-0050 |
| DIAZ TORRES, IRIS N. | 6560 | d | Litigation Claims | DCD-2014-2778; KCM-2015-0129; KLRA-2014-01419; SJV-19-01749 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| NIEVES DOMINGUEZ, HERIBERTO | 6600 | c | Litigation Claims | 2016-02878 |
| CYNTHIA I. CASTRO Y FLABIO J. HERRERA JOSÉ, POR SI Y EN REPRESENTACIÓN DE SU HIJO CEHC | 7320 | d | Litigation Claims | DPE-2017-0227 |
| ROSARIO RODRIGUEZ, MARIA | 7573 | c | Litigation Claims | 2015-0097; 2017-04-1131; SJ-2018-CV-00295 |
| BAEZ ELIEZER, SANTANA | 8055 | d | Litigation Claims | DDP-2014-0673 |
| MORAIMA PICORNELL MARTÍ, POR SI Y EN REPRESENTACIÓN DE SU HIJO FRANCISCO FONSECA PICORNELL | 8097 | d | Litigation Claims | DPE-2017-0210 |
| NOVAS BEATO, JEFFREY | 8190 | d | Litigation Claims | KDP-2015-0328 |
| HERNÁNDEZ DE JESÚS, ABEL | 8199 | d | Litigation Claims | GDP-2013-0039 |
| TORRES TORRES, YERALIS MARIE Y OTROS | 8206 | d | Litigation Claims | KDP-2017-0089 |
| ARROYO MORALES, ORLANDO | 8352 | e | Litigation Claims | DDP-2012-0748 |

2

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GOMEZ RAMIREZ, GLORIA Y OTROS | 8417 | d | Litigation Claims | E2CI-2016-00642 |
| CORDERO JAVIER, CRISTINA | 8681 | d | Litigation Claims | KDP-2015-1293 |
| LÓPEZ COTTO, MYRIAM | 8929 | e | Litigation Claims | KDP-2016-0582 |
| MALDONADO, WANDA | 9589 | c | Litigation Claims | JDP-2016-0436 |
| REYES FALCON, MARISOL | 10249 | d | Litigation Claims | EDP-2016-0191 |
| DIOGENTS INTERNATIONAL CONSULTING CORP. | 10257 | f | Litigation Claims | RDT CONSTRUCTION CORP. VS. COLON CARLO; PUEBLO VS. LOUBRIEL |
| LEON GIRAU, LUIS | 13148 | d | Litigation Claims | JAC-2012-0666 |
| GARCIA ROSARIO, BRENDA | 14354 | a | Litigation Claims | KDP-2016-0646 |
| PAGAN RIVERA , MARIA | 15124 | d | Litigation Claims | KDP-2009-1491 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ALONSO FUENTES, MARIA ELENA | 15829 | d | Litigation Claims | FDP-2014-0344 |
| MARITZA TORRES CRUZ Y CARLOS R. TORRES GARCÍA | 16695 | d | Litigation Claims | NSCI-2013-00312 |
| RODRIGUEZ MADERA, ALEXANDER | 16842 | f | Litigation Claims | 16-2866 (CCC) |
| ALVAREZ MATTA, CARL | 17461 | c | Litigation Claims | ASOCIACION DE MAESTROS DE PUERTO RICO v. DEPARTAMENTO DE EDUCACION |
| FELICIANO RAMOS, MICHELLE MARIE | 17470 | b | Litigation Claims | 2015-01-1006 |
| MENDEZ COLON, HARILEEN | 18110 | c | Litigation Claims | A2CI-2006-00481 |
| ANA BOSCH VELEZ, ZWINDA S. FERRERAS BOSCH Y ANGEL JOSE FERRAS BOSCH | 19443 | d | Litigation Claims | E2CI-2016-00618 |
| MENDEZ COLON, HARRILEEN | 19876 | c | Litigation Claims | A2CI-2006-00481 |
| ANA BOSCH VELEZ, ZWINDA S. FERRERAS BOSCH Y ANGEL JOSE FARRAS BOSCH | 20218 | d | Litigation Claims | E2CI-2016-00618 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| OSORIO-COLLAZON, HOLVIN | 20269 | e | Litigation Claims | 17-2361 (FAB) |
| CAMARERO RIVERA, MARIA DEL CARMEN | 20481 | d | Litigation Claims | KDP-2016-1296 |
| ECHEVARRIA CORCHADO, ANGEL | 20489 | c | Litigation Claims | A2CI-2006-00482 |
| SHEILA MUÑOZ RODRIGUEZ, ET. ALS. | 20904 | d | Litigation Claims | KDP-2010-1560 |
| ECHEVARRIA CORCHADO, ANGEL | 20935 | c | Litigation Claims | A2CI-2006-00482 |
| RIVERA JIMENEZ, BENJAMIN | 22564 | e | Litigation Claims | 2009-06-1103 |
| RODRIGUEZ DEYNES, VICTOR | 23941 | e | Litigation Claims | KDP-2012-1156 |
| OCASIO BRAVO, RODOLFO G | 24250 | d | Litigation Claims | 2017-01-0767 |
| SANCHEZ RAMOS, CARMEN A | 25014 | b | Litigation Claims | 2016-11-0606 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MIRANDA VELEZ, SANDRA | 25488 | d | Litigation Claims | CDP-2015-0199 |
| ALBINO GONZALES, JUAN A. | 25551 | d | Litigation Claims | ISCI-2013-00960 |
| RAMOS SANTIAGO, ETS. AL, XAVIER J | 27484 | f | Litigation Claims | BDP-2016-0004 |
| RODRIGUEZ ROSARIO, WALESKA | 29215 | d | Litigation Claims | ISCI-2014-01355 |
| MARQUEZ ESCOBAR, EVELYN T | 29328 | c | Litigation Claims | KDP-2006-0385; KDP-2006-0386 |
| SEMPRIT OTERO, CARMEN JUDITH, POR SI Y EN REPRESTACION DE SU HIJA MENOR G.M.A.S | 30908 | d | Litigation Claims | DDP-2015-0599 |
| RIVERA CORDERO, EDGARDO | 31229 | c | Litigation Claims | CDP-2014-0231 |
| DE JESUS BERRIOS, LUCILA | 31267 | c | Litigation Claims | 2016-07-0056 |
| JESUS MANUEL SOSA PAGAN Y KEISHLA LIZ ROSARIO SOTO | 31348 | e | Litigation Claims | ABCI201601088 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| DRULLARD ALONSO, JOSELYN | 31808 | b | Litigation Claims | 2015-01-1006 |
| CABELLO ACOSTA, WILMARIE | 31867 | b | Litigation Claims | 2016-11-0606 |
| VILLANUEVA ACEVEDO, MARGARITA | 33282 | c | Litigation Claims | ASOCIACION DE MAESTROS DE PUERTO RICO v. DEPARTAMENTO DE EDUCACION |
| GALARZA GONZALEZ, GUARIONEX | 34279 | c | Litigation Claims | 14-AC-129 |
| GONZALEZ LOPEZ, LILLIAM | 34568 | a | Litigation Claims | 2016-04-1164 |
| LOPEZ ORTIZ, BAMILY | 36068 | c | Litigation Claims | 14-CV-1149-CCC |
| RIVERA SOTO, JOSE | 38360 | c | Litigation Claims | KLAN-201700901 |
| GUILLEMO-SANCHEZ, JAVIER ALBERTO | 38501 | f | Litigation Claims | BY2018CV 00572 |
| WALESKA VEGA ES TUTOR OF LINETTE CORREA AND AS INHERITOR OF LINETTE CORREA | 38672 | e | Litigation Claims | WALESKA VEGA EN REPRESENTACION DEL MENOR LINETTE CORREA |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| COLON, ASUNCION QUINONES | 39690 | b | Litigation Claims | 2016-10-0511 |
| TORRES PAGAN, MARIA DE LOS A. | 40379 | d | Litigation Claims | JPE-2007-0520 |
| HEREDIA TORRES, JULIO | 44077 | c | Litigation Claims | 2016-10-0488 |
| GUILLERMO MOLINA, JAVIER MIGUEL | 44349 | e | Litigation Claims | BY2018CV 00572 |
| PADILLA VELEZ, JESUS | 46398 | d | Litigation Claims | ISCI-2010-01805 |
| ORTIZ SANABRIA, LUIS M. | 48594 | d | Litigation Claims | JDP-2012-0434 |
| ORTIZ RODRIGUEZ, MIGDALIA | 51431 | c | Litigation Claims | KLAN-201700901 |
| MENENDEZ SEPULVEDA, JORGE | 54028 | d | Litigation Claims | 2016-0309 |
| MASSA PEREZ, MARIA M. | 58801 | b | Litigation Claims | 2015-01-1005 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA, MIRTA JULIA | 60661 | a | Litigation Claims | 2016-05-1340 |
| AULET RIVERA, NILDA R | 61082 | b | Litigation Claims | 2015-01-1005 |
| BANCHS VINAS, ENITH A. | 61868 | b | Litigation Claims | 2015-01-1005 |
| GUZMAN ARIZMENDI, MANUEL | 63254 | b | Litigation Claims | 2015-01-1005 |
| REYES CABRERA, HILDA B | 81439 | d | Litigation Claims | JPE-2016-0494 |
| CALIXTO RODRIGUEZ, GUILLERMO | 81637 | b | Litigation Claims | KDP-2010-1251 |
| GONZALEZ ROMAN, ANA M M | 83644 | c | Litigation Claims | 1700PR862; 2014TSPR |
| RIVERA PEREZ , ROBERTO | 85059 | c | Litigation Claims | 2014-04-1258 |
| MOLINA ECHEVARRIA, MOISES | 86626 | c | Litigation Claims | AQ-02-076, L-03-006 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RODRIGUEZ FLECHA, ZAIDA L | 89150 | c | Litigation Claims | 170-DPR-863; 2014-TSPR-26 |
| GONZALEZ ROMAN, ABIMARL J | 94436 | d | Litigation Claims | 2014-04-1356 |
| TORRES ROSA, MELVIN | 94739 | d | Litigation Claims | 2000-05-1550 |
| QUINONES RIVERA, NOEL | 94780 | c | Litigation Claims | JDP-2016-0104 |
| CARRERA MONTALVO, RAUL | 95245 | c | Litigation Claims | 2017-077-013; SJ-2018-CV-03572,SJ-2018-CV-03572 |
| SANTIAGO RODRIGUEZ, IRIS N. | 99012 | b | Litigation Claims | 2013-11-0224 |
| TOLEDO PÉREZ, BRENDA L. | 107458 | c | Litigation Claims | KPE-2012-0874 |
| DELGADO PEREZ, ALMA R. | 107770 | a | Litigation Claims | 2016-05-1340 |
| BALLESTER-AROCHO, VIRGINIA I. | 109945 | b | Litigation Claims | 2013-11-0224 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| JESUS BON, BASILIO | 112846 | c | Litigation Claims | Unknown |
| FELICIANO MEDINA, MIGUEL | 113392 | a | Litigation Claims | KAC-2007-0214; KAC-2009-0809; KLAN-2015-00004; KLAN-2015-01434; KPE-2005-0608 |
| ROBLES VALENCIA, ENILDA M. | 115152 | b | Litigation Claims | 2016-04-1106 |
| REYES RIVERA, NILDA | 116762 | c | Litigation Claims | Unknown |
| ECHAVARRY OCASIO, CYNTHIA | 120417 | a | Litigation Claims | Unknown |
| RIVERA ORTIZ, MIGDALIA | 126353 | c | Litigation Claims | Unknown |
| GUILLERMO, NEGRON STGO. REPRESENTING MINOR S.N.A. | 133280 | d | Litigation Claims | JDP-2014-0483 |
| MATOS JIMENEZ, YANIRA | 136507 | b | Litigation Claims | 2015-01-1005 |
| LEON CARTAGENA, MARIA W | 136775 | a | Litigation Claims | 2016-05-1340 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA DIAZ, MIGUEL A. | 144752 | d | Litigation Claims | JDP-2016-0199 |

Claim Amount Key
a: Unspecified
b: $1 - $10,000
c: $10,001 - $100,000
d: $100,001 - $500,000
e: $500,001 - $1,000,000
f: $1,000,001+