UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                   (Jointly Administered)
et al.,

      Debtors.[1]

---------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF PUERTO RICO ELECTRIC POWER AUTHORITY PLAN OF
ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery

Concerning Confirmation of Puerto Rico Electric Power Authority Plan of Adjustment have been

received by the Court on April 11, 2023 for filing in the above-captioned cases pursuant to the

*Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation PREPA Plan)
April 24, 2023

*Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry

No. 23676 in Case No. 17-3283 and Docket Entry No. 3305 in Case No. 17-4780).

1.  Daniel G. White and Ellen J. White

Dated:  April 24, 2023