Daniel G White & Ellen J White ("Participant") hereby submits this notice of intent to participate in discovery for confirmation of the *Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. _____], as may be amended, modified, or supplemented, pursuant to the Court's *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. _____] and respectfully states as follows:

1. **Participant's contact information, including email address, and that of its counsel:**

   Participant's Name   Daniel G & Ellen J White

   Participant's Address

   Names and Addresses of Counsel:
   151 Jack Oak Dr.
   Cascade, Iowa 52033

   Email Addresses of Counsel:

2. **Participant's Claim number and the nature of Participant's Claim:**

   Claim Number:   Case # 17-04780-LTS Doc # 3306

   Nature of Claim:   Puerto Rico

   Respectfully submitted, Daniel G. White - Trustee
                          Ellen J. White - Trustee
   Dated:

230303 ORD RE CONF & DISC PROCEDURES          VERSION MARCH 3, 2023               2

Edwa[rd]

c/o White D+E
133 1st Ave East
980 Field of Dreams
Dyersville IA 52040

Cedar Rapids IA 524
THU 06 APR 2023 PM

United States District
Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 APR 11 PM 5:35



Edward Jones
MAKING SENSE OF INVESTING

www.edwardjones.com