UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780 (LTS) |

**APPLICATION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF DEBRA O'GORMAN**

**TO THE HONORABLE COURT:**

**COMES NOW**, Debra O'Gorman, applicant herein and respectfully states:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Applicant is an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, with offices at 51 Madison Avenue, 22nd Floor, New York, NY 10010, Telephone No. (212) 849-7000, Fax No. (212) 849-7100 and E-mail: debraogorman@quinnemanuel.com.

2. Applicant will sign all pleadings with the name Debra O'Gorman.

3. Applicant has been retained as an attorney of the above-named firm by Syncora Guarantee, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since February 27, 1991, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2388940.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| The State Bar of New York | 02/27/1991 | 2388940 |
| The State Bar of Connecticut | 12/071990 | Juris No. 402868 |
| Eastern District of NY | 07/16/1991 | DO1643 |
| Southern District of NY | 07/16/1991 | DO1643 |
| District of Columbia | 11/07/2022 | NY0499 |
| USCA Second Circuit | 11/14/2014 | |
| USCA DC Circuit | 03/29/2023 | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. Applicant has previously filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico on April 22, 2021 in the matter *Crown Managed Accounts SPC - Crown/GT Segregated Portfolio v. Puerto Rico Industrial Development Corporation*, Case 3:21-cv-01178-GAG and on January 24, 2023 in the matter *Crown Managed Accounts SPC – Crown/GT Segregated Portfolio v. Puerto Rico Industrial Development Corporation*, Case 3:23-cv-01017-RAM, both requests for admission were granted.

10. Local Counsel of record associated with applicant in this matter is:

Rafael Escalera-Rodriguez
USDC-PR No. 122609

Carlos R. Rivera-Ortiz
USDC-PR No. 303409

**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, Tenth Floor
San Juan, PR 00917
PO Box 364148
San Juan, PR 00936-4148
Tel. (787) 777-8888
Tax (787) 765-4225

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee has been made through the CM/ECF system.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: April 24, 2023

*[signature]*
_____
Debra O'Gorman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel. (212) 849-7000
Fax. (212) 849-7100
debraogorman@quinnemanuel.com

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: April 24, 2023

/s/ Rafael Escalera-Rodriguez
Rafael Escalera-Rodriguez
USDC-PR No. 122609

/s/ Carlos R. Rivera-Ortiz
Carlos R. Rivera-Ortiz
USDC-PR No. 303409

**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, Tenth Floor
San Juan, PR 00917
PO Box 364148
San Juan, PR 00936-4148
Tel. (787) 777-8888
Fax (787) 765-4225

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and that I made the corresponding payment of $300.00 *pro hac vice* admission fee.

*/s/ Carlos R. Rivera Ortiz*
USDC-PR No. 303409

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2023.

                                                      _____
                                                            **U.S. DISTRICT JUDGE**