# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors[1] | PROMESA Title III Case No. 17 BK 3283-LTS |
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY, Debtor | PROMESA Title III Case No. 17 BK 4780-LTS |

### MOTION SUBMITTING WITNESS CREDENTIALS (ECF NO. 23698)

COMES NOW, PV Properties, Inc. ("PV Properties"), through its undersigned attorneys and respectfully states and requests:

1. On March 21, 2023, PV Properties filed its party in interest preliminary fact witness list (**ECF No. 23837**).

2. PV Properties submits its fact witness' credentials as follows:

Victor Luis González: San Juan resident since November 11, 1962

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1970 - APS, San Juan High School Diploma

1974 - The Wharton School, University of Pennsylvania, Bachelor's Degree in Science and Economics

1977 – Yale School of Forestry and Environmental Studies (The School of the Environment), Yale University, Master of Forest Science

3. Mr. González, through Windmar Renewable Energy, PV Properties and Windmar PV Energy has been active in the renewable energy business for more than 15 years. His entities are the largest installers of rooftop solar units, with and without batteries in Puerto Rico. He is, through its entities, the owner operator of Puerto Rico's first Power Purchase and Operating Agreements ("PPOA") of utility size with PREPA and has installed several systems in private facilities.

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

San Juan, Puerto Rico this 26th day of April 2023

| *s*/Fernando E. Agrait | *s*/Charles A. Cuprill-Hernández |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |