UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER GRANTING MOTION FOR EXTENSION OF
TIME TO FILE PRELIMINARY WITNESS LIST INSTANTER

   The Court has received and reviewed the *Motion for Extension of Time to File Preliminary Witness List Instanter* (Docket Entry No. 3407 in Case No. 17-4780) (the "Motion"), filed by the Asociación de Titulares de Condominios, Inc. (the "Movant") and, with good cause shown to grant the relief requested in the Motion, it is hereby ordered that

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(i) Movant's deadline to file a preliminary fact witness list pursuant to the *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objection to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 23676 in Case No. 17-3283 and Docket Entry No. 3305 in Case No. 17-4780) is extended through April 26, 2023, and (ii) the *Motion for Leave to File Asociación de Titulares de Condominios, Inc. Preliminary List of Witnesses to Be Offered in Opposition to Confirmation of Plan of Adjustment Instanter* (Docket Entry No. 3408 in Case No. 17-4780) is deemed to be Movant's preliminary fact witness list.

SO ORDERED.

Dated: April 26, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge