**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>**

     I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On March 1, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Rosario Collazo, Silverio J. (ADRID: 3155897), at an address that is being redacted in the interest of privacy:

- Five Hundred Fifty-Fifth Omnibus Objection (Substantive) Of the Commonwealth of Puerto Rico to Claims for Which the Debtor Is Not Liable [Docket No. 23090]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On March 1, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Cooperativa de Seguros Multiples de Puerto Rico, (ADRID: 3064762) Hector E. Valdes Ortiz, Esq., 38 Calle Nevarez, San Juan PR 00926:

- Five Hundred Fifty-Fourth Omnibus Objection (Substantive) Of the Commonwealth of Puerto Rico to Unliquidated Claims [Docket No. 23096]

On March 2, 2023, at my direction and under my supervision, employees of Kroll caused a Spanish language version of the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date [Docket No. 22999]

On March 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice Of Presentment of Proposed Order Granting the Five Hundred Third Omnibus Objection (Substantive) Of the Commonwealth of Puerto Rico to Unresponsive ACR Claims (ECF No. 21751) [Docket No. 23409]

On March 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit C**:

- Five Hundred Forty-Second Omnibus Objection (Substantive) Of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth Is Not Liable.

On March 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit D**:

- Five Hundred Fiftieth Omnibus Objection (Non-Substantive) Of the Puerto Rico Electric Power Authority to Duplicative Bond Claims. [Docket No. 22737]

On March 9,2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on Roman Morales, Jose D, (ADDID 4218228), PO Box 473, Arroyo, PR, 00714:

- Five Hundred Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unresponsive ACR Claims [Docket No. 21763]

On March 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on SM Electrical Contracto, (Adrid: 1706709), Sm Building, 3006 Ave. San Cristobal, Coto Laurel, Ponce PR 00780:

- Five Hundred Fifteenth Omnibus Objection (Substantive) Of the Puerto Rico Highways And Transportation Authority And The Puerto Rico Public Buildings Authority To Claims For Which The Debtors Are Not Liable.

Dated: April 11, 2023                                              */s/ Paul Pullo*
                                                                   Paul Pullo


State of New York
County of New York


Subscribed and sworn (or affirmed) to me on April 11, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.




*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 67599, 67650, 67719, 67829,
                                                67830, 67890 & 67892

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 3567448 | Sierra Pascual, Esther | Address on file |
| 2912513 | Miser, Jimmie L | Address on file |

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 2898987 | Echevarria Crespo, Roberto | Address on file | | | | | | |
| 4137264 | EVO Consortium LLC | Felipe Mariana | Alvarado Tax & Business Advisors, LLC | 104 Acuarela Marginal Street | Martinez Nadal Expressway | Guaynabo | PR | 00969 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit C**

Exhibit C

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 3247937 | Arenas Bus Line, Inc. | RR 01  Box 3405 | | | Cidra | PR | 00739 |
| 3781307 | Arenas Bus Line, Inc. | Attn: Manuel Fernandez | Attorney | 1404 Ave Paz Granela Suite 2 PMB 246 | San Juan | PR | 00921 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit D</u>**

Exhibit D

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 3997676 | Black Diamond Credit Strategies Master Fund, Ltd. | 2187 Atlantic Street | 9th Floor | | | Stamford | CT | 06902 |
| 2887398 | C.M. Life Insurance Company | Baring LLC | Steven J. Katz | 1295 State Street | MIP B340 | Springfield | MA | 01111 |
| 2924711 | encody Inc (formerly Environmental Control Dynamics Inc) | Harry Matthew Pelaez | Calle 27 Blq. 33 | #24 | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 2898589 | Joannco LLLP | 311 Town Center | | | | Bella Vista | AR | 72714 |
| 2908904 | Rama Construction LLC | PO Box 8845 | | | | Ponce | PR | 00732-8845 |
| 2887167 | Sackett Loving Trust | Address on file | | | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)