# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors. | PROMESA TITLE III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

### INFORMATIVE MOTION

**TO THE HONORABLE UNITED STATES DISTRICT COURT
JUDGE LAURA TAYLOR SWAIN:**

**NOW COMES THE PLAINTIFF**, through the undersigned counsel, and respectfully **INFORMS** this Court the following:

1. On April 9, 2023, the undersigned counsel suffered a rupture of the *radius* bone in her left hand, for which she went under surgery on April 18, 2023.

2. Throughout the process, and especially since the surgery, the undersigned counsel has been incapacitated to perform most personal or professional tasks without considerable assistance.

3. Last night, the undersigned had the post operative appointment with her doctor, where she was informed that, for at least six (6) more weeks, she must limit the use of her left hand and remain at home as much as possible. *See Exhibit 1, Medical Certificate.*

4. Although the undersigned anticipates no particular issues with the Reply deadline scheduled in this case, the present motion is submitted for this Court to take into account the information contained herein with respect to any further scheduling in this case.

**WHEREFORE**, Gilberto Ares, et al, petitioners in case number SJ2017CV02199, respectfully request that the Court take note of the information contained herein and take it into account with respect to any scheduling in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 27th day of April, 2023.

BERKAN/Méndez
O'Neill G-11
San Juan, PR 00918-2301
Tel 787-764-0814; fax 787-250-0986
berkanmendez@gmail.com

/s/ Judith Berkan
  Judith Berkan
  US DC 200803
  Temp phone 787-399-7657

I hereby certify that this motion is being presented through the ECF filing system which will automatically notify all counsel of record.

/s/ Judith Berkan
  Judith Berkan