Case:17-03283-LTS Doc#:24081-1 Filed:04/27/23 Entered:04/27/23 14:22:14 Desc:
Exhibit Exhibit 1 - Medical Certificate Page 1 of 1

**EXHIBIT 1**



JOSE M SANTIAGO FIGUEROA

COND PLAZA DE DIEGO 310
AVE DE DIEGO SUITE 301
San Juan, PR 00909
(787) 721-5505   Fax: (787) 721-5388

## Certificado Médico

Fecha:     4/26/2023

**Paciente:** JUDITH BERKAN

## Certificación Médica

PACIENTE SUFRIÓ FRACTURA EN SU MANO IZQUIERDA EL 9 DE ABRIL DE 2023.
FUE INTERVENIDA BAJO EL TRATAMIENTO DE CIRUGÍA EL 18 DE ABRIL DE 2023.
SE MANTENDRÁ FUERA DE TRABAJO PARA SU RECUPERACIÓN DESDE
EL 26 DE ABRIL DE 2023 HASTA EL 9 DE JUNIO DE 2023.

AL ESTAR BAJO MI CUIDADO LAS RECOMENDACIONES SON NO VIAJARA LARGAS
DISTANCIAS, NO TRABAJAR A TIEMPO COMPLETO Y/O TRABAJAR MANEJANDO EL
TECLADO.

DE EXTENDER EL DESCANSO, SERÁ ACTUALIZADA EN SUS PRÓXIMAS CITAS.

JOSE M. SANTIAGO FIGUEROA, M.D.
Cond. Plaza De Diego
310 Ave. De Diego Ste. 301
San Juan, PR 00909-1730

_____  9 2|4
JOSE M SANTIAGO FIGUEROA  [NPI: 1083676894]

*Impreso por: EVELYN DIAZ - Fecha: 4/26/2023*       Producido por ASSERTUS / www.assertus.com