UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>     Debtor | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>     Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br>(Jointly Administered) |

**COMITÉ DIÁLOGO AMBIENTAL, EL PUENTE DE WILLIAMSBURG, INC.-ENLACE DE ACCIÓN CLIMÁTICA, COMITÉ YABUCOEÑO PRO-CALIDAD DE VIDA, INC., ALIANZA COMUNITARIA AMBIENTALISTA DEL SURESTE, INC., SIERRA CLUB PUERTO RICO, INC., MAYAGÜEZANOS POR LA SALUD Y EL AMBIENTE, INC., COALICIÓN DE ORGANIZACIONES ANTI INCINERACIÓN, INC., AMIGOS DEL RÍO GUAYNABO, INC.'S RULE 26(A) MOTION TO SUBMIT OPENING EXPERT REPORT OF DR. AGUSTÍN IRIZARRY**

TO THE HONORABLE COURT:

    **COMES NOW,** Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el

1

Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc., parties-in-interest in the captioned case, through its undersigned attorney and respectfully submit the Opening Expert Report of Dr. Agustín A. Irizarry, as per the Title III Court's Amended and Restated Order Establishing, Among Other Things, Procedures and deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith ("Procedural Order"), Case No. 17-3283-LTS, ECF 23676.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

**I HEREBY CERTIFY** that, on this same date, I filed this document electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of April 2023.

S/WILLIAM SANTIAGO-SASTRE
USDC PR NO. 201106
P.O. BOX 1801
SABANA SECA, P.R. 00952-1801
(786) 622-3939
wssbankruptcy@gmail.com