Expert Report of Agustín Irizarry-Rivera

PROMESA Title III - No. 17 BK 3283-LTS and

PROMESA Title III - No. 17 BK 4780-LTS

United States District Court for the District of Puerto Rico

Submitted April 28, 2023

# TABLE OF CONTENTS

I. Introduction ...................................................................................................... 3

II. Current rate of adoption of net metering solar rooftop photovoltaic systems and batteries in Puerto Rico vs utility scale projects ........................................ 6

III. Why the fast adoption? Current cost of solar PV and batteries in Puerto Rico and expected decline in cost ................................................................... 11

IV. Levelized Cost of Energy (LCOE): definition, uses and limitations ................... 21

V. Levelized Cost of Energy (LCOE) of rooftop solar PV systems with net metering and no batteries vs. current electricity from the grid cost ..................................... 22

VI. Levelized Cost of Energy (LCOE) of rooftop solar PV systems with batteries, system disconnected from the grid vs. electricity from the grid with proposed PAD cost .......................................................................................................... 24

VII. The legacy charge will not improve electric grid reliability ................................. 26

VIII. Is the public guaranteed continuity of electric service under the proposed PAD? ......................................................................................................... 30

    a. Puerto Rico's electric energy delivery infrastructure is weak ...................... 31

IX. Resiliency thru Distributed Renewable Energy ................................................... 35

X. Summary of Conclusions .................................................................................. 38

XI. Expert Witness Background................................................................................ 41

XII. Expert Witness CV........................................................................................... 46

1   ## I.   Introduction

2   The following organizations: Comité Diálogo Ambiental, Inc., El Puente de Williamsburg,

3   Inc.- Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza

4   Comunitaria Ambientalista del Sureste, Inc., Sierra Club Inc. and its Puerto Rico Chapter,

5   Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti

6   Incineración, Inc., and Amigos del Río Guaynabo, Inc., has asked that I review the Plan of

7   Adjustment of the Debt ("PAD") submitted by the Financial Oversight and Management

8   Board (FOMB) for the Puerto Rico Electric Power Authority (PREPA)[1].

9

10   I have been asked to assess the effect of the proposed PAD on Puerto Rico's public policy

11   that promotes the rapid adoption of distributed renewable energy, a resilient electricity

12   supply for the people of Puerto Rico, and energy justice.

13

14   The proposed PAD contradicts this public policy and would hamper the achievement of

15   Puerto Rico's energy independence, energy affordability and energy resilience goals. In

16   Puerto Rico distributed renewables are growing while utility scale renewables are not. The

17   proposed PAD fails to analyze the publicly available data that shows this and simply

18   ignores this fact.

19

20   The fixed component of the proposed "legacy charge" is designed to tax the adoption of

21   residential solar energy and it penalizes net metering adoption of solar photovoltaic rooftop

22   generation.

---

[1] Modified Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Electric
Power Authority, dated February 21, 2023.

23   The proposed PAD is based on flawed assumptions on the current rate of adoption of

24   distributed renewable generation, specifically residential rooftop solar photovoltaic systems

25   including energy storage (batteries), resulting in overestimating future energy sales and

26   rendering the proposed PAD unable to repay the uninsured debt it seeks to pay.

27

28   My analysis shows that the current Levelized Cost of Energy (LCOE) of residential rooftop

29   solar photovoltaic systems, including batteries, is already less than the cost of electricity

30   from the electric grid. These distributed energy systems are currently equal to the electric

31   grid in cost and superior in terms of reliability and resiliency. Lack of resiliency and

32   reliability from the electricity supplied by the electric grid further drives the adoption of

33   rooftop solar PV systems and is not included in the LCOE calculation.

34

35   In short, the proposed PAD fails to recognize, or willfully ignores, the rapid technological

36   change and current accelerated adoption of distributed renewable energy. The proposed

37   legacy charge will increase the cost of electricity from the electric grid, but will not

38   increase the reliability of this service, thus accelerating the adoption of distributed

39   renewables and probably increasing grid defection, or partial grid defection. This will result

40   in reduced energy sales and render the proposed PAD useless since to increase revenues

41   further increases in the legacy charge will be needed creating a vicious cycle.

42

43   Finally, and for completeness, I include results from a case study in residential electric

44   resiliency thru rooftop solar photovoltaic generation plus batteries.

45   **My conclusions are:**

46   Conclusion 1 – The proposed PAD fails to analyze, or willfully ignores, current rate of

47   adoption of distributed energy.

48

49   Conclusion 2 – Renewable energy adoption policy is harmed by taxing the only renewable

50   energy sector growing for the sake of paying an uninsured debt.

51

52   Conclusion 3 – Bondholders are experiencing a technological change they did not foresee.

53   Failure to foresee technological change while investing is not cause to change the bonds

54   guarantee whether the bondholders' claims are secured or not. Nor is it cause to tax the new

55   technology as the proposed PAD does.

56

57   Conclusion 4 – Based on Levelized Cost of Energy (LCOE) calculations the proposed

58   "legacy charge" is designed to tax the adoption of residential solar energy and it penalizes

59   net metering adoption of solar photovoltaic rooftop generation.

60

61   Conclusion 5 – The LCOE of residential rooftop solar photovoltaic systems, including

62   batteries and using equipment of good warranty and LiFePO4 batteries, already cost less than

63   the cost of electricity from the grid after applying the proposed legacy charge.

64

65   Conclusion 6 - Contrary to what is assumed in Exhibit P of the proposed PAD significant

66   grid defection could become a reality in Puerto Rico if the proposed legacy charge is

67   implemented, thus rendering the proposed PAD useless.

68    Conclusion 7 – Rooftop solar photovoltaic systems with batteries are currently less costly

69    than unreliable electricity from the electric grid. This lack of reliability from the electricity

70    supplied by the electric grid will further drive the adoption of rooftop solar PV systems with

71    storage.

72

73    Conclusion 8 - The proposed legacy charge will increase the cost of electricity from the

74    electric grid, but will not increase the reliability of this service, thus accelerating the

75    adoption of distributed renewables and probably increasing grid defection, or partial grid

76    defection.

77

78    Conclusion 9 - Residents of Puerto Rico require a cost effective and resilient alternative to

79    generate electricity and the proposed PAD is an obstacle to achieve this much needed goal.

80

81    A description of my qualifications and compensation is available in Section XIII of this

82    Report.

83

84    **II.     Current rate of adoption of net metering solar rooftop photovoltaic systems**

85            **and batteries in Puerto Rico vs utility scale projects**

86

87    The Puerto Rico Energy Bureau (PREB) has a public docket named "Performance of the

88    Puerto Rico Electric Power Authority" (docket number NEPR-MI-2019-0007)[2] where

89    LUMA Energy is required to report a number of metrics. The most recent report, dated

---

[2] The docket is available at https://energia.pr.gov/numero_orden/nepr-mi-2019-0007/.

90   April 20, 2023, provides data on the incremental installed distributed generation systems

91   capacity. This refers to the number of clients with solar photovoltaic systems (mostly

92   rooftop systems) and wind turbines that register for net metering. If the client does not

93   register into the net metering program the installation will not appear in this statistic.

94   As of April 2023, only 1 client has a wind turbine system, all other clients use solar

95   photovoltaic generation. Figure 1 shows total number of net metering clients with solar

96   photovoltaic generation (bars) and the total generation capacity of these systems in MW.



**Figure 1.** Incremental installed distributed solar photovoltaic generation (registered for net
metering) clients and total generation capacity in MW.

97   Figure 1. shows the increase in solar photovoltaic generation, registered for net metering,

98   since LUMA Energy assumed control of the operation of transmission and distribution.

99   Note that on June 1st 2021, LUMA reported 26,077 registered net metering solar PV

100   systems. As of March 1st, 2023, 21 months later, LUMA is reporting 78,096 registered net

101    metering clients. In 21 months, the number of net metering clients has tripled. Further

102    notice that **the number of net metering clients is doubling every 15 months**.

103

104    The incremental installed capacity shows a similar trend. On June 1st 2021, LUMA reported

105    228 MW of installed net metering solar PV capacity. As of March 1st, 2023, 21 months

106    later, LUMA is reporting 524 MW of installed net metering solar PV capacity. In 21

107    months, the installed net metering solar PV capacity more than doubled. It increased by a

108    factor of 2.3. Further notice that **the installed capacity of net metering solar PV systems**

109    **is doubling every year and a half (doubling every 18 to 19 months)**.

110

111    LUMA did not include distributed storage in the April 20, 2023 report to PREB. The most

112    recent energy storage report is dated April 3, 2023 and only includes distributed energy

113    storage data from June 2021 thru December 2022. This is summarized in Figure 2.



**Figure 2.** Incremental installed distributed energy storage, in MWh, and corresponding net metering clients from June 2021 thru December 2022 as reported by LUMA to PREB.

114   On June 1st 2021, LUMA reported 401 MWh of installed distributed electric storage. On

115   December 1st 2022, 18 months later, LUMA reported 1006 MWh of installed distributed

116   electric storage. **From December 1st 2021 to December 1st 2022, one year, the installed**

117   **distributed electric storage doubled, from 501 MWh to 1006 MWh.**

118

119   **Thus, the installed generation capacity of net metering solar PV systems is doubling**

120   **every year and a half (doubling every 18 to 19 months) and the installed distributed**

121   **electric storage corresponding to these net metering clients is doubling every year.**

122

123   It is important to note that citizens that install solar PV systems with batteries to serve a

124   portion of their home, disconnecting that portion of the electric load from the grid, do not

125   apply for net metering and therefore are not part of the previous statistics.

126

127   On March 30, 2023, the president of the Puerto Rico Energy Bureau, Edison Aviles,

128   declared on a hearing of the Puerto Rico Senate Committee on Strategic Projects and

129   Energy that all tranche 1 utility scale renewable energy projects (18 projects in total) are

130   not under construction as planned due to "differences about the points of interconnection

131   between LUMA and PREPA". Therefore, in Puerto Rico utility scale renewables are not

132   growing while distributed renewables are growing at an accelerated pace.

133

134   Puerto Rico Act 17-2019, the Puerto Rico Energy Public Policy Act, indicates on its first

135   paragraph that its purpose is "To create the "Puerto Rico Energy Public Policy Act" for the

136   purposes of establishing the Puerto Rico public policy on energy in order to set the

137   parameters for a resilient, reliable, and robust energy system with just and reasonable rates

138    for all class of customers; make it feasible for energy system users to produce and

139    participate in energy generation; facilitate the interconnection of distributed generation

140    systems and microgrids, and unbundle and transform the electrical power system into an

141    open system..." Through Law 17-2019 Section 1.6, the Puerto Rico legislature explained

142    that Puerto Rico's energy policy required 40% renewable energy by 2025, 60% by 2040,

143    and 100% by 2050, while keeping electricity prices below 20 cents per kWh. The

144    Legislature also set policy goals of facilitating distributed generation "through any available

145    mechanism", and to encourage use of energy storage. Id.

146

147    Is the proposed PAD aligned with Puerto Rico's renewable energy policy? No. The

148    narrative provided in Exhibit P "Legacy Charge Derivation" shows that the fixed charge of

149    the proposed legacy charge is meant to tax the adoption of distributed renewables, the only

150    renewable sector growing in Puerto Rico.

151

152    Exhibit P explicitly states that the fixed charge component of the legacy charge is a sun tax.

153    Quoting from Exhibit P, page 4, "Fixed charges (as opposed to volumetric charges) are

154    preferable as the primary instrument for raising additional revenues, as they are less

155    impacted by the adoption of solar panels by consumers." In other words – customers can

156    install rooftop solar to lower their energy burden from a volumetric charge – but not a fixed

157    charge. The PAD uses a fixed charge to impose an energy burden on Puerto Ricans that

158    they can only escape by leaving the archipelago or defecting from the grid.

159

160    Is the reality of growing distributed solar generation and distributed storage properly

161    captured by the proposed PAD? No. The narrative provided in Exhibit P "Legacy Charge

162   Derivation" shows that the proposed PAD is completely disconnected from the

163   technological reality of growing distributed solar photovoltaic plus batteries in Puerto Rico.

164

165   Conclusion 1 – The proposed PAD fails to analyze, or willfully ignores, current rate of

166   adoption of distributed energy.

167   Conclusion 2 – Renewable energy adoption policy is harmed by taxing the only renewable

168   energy sector growing for the sake of paying an uninsured debt.

169

170   **III.    Why the fast adoption? Current cost of solar PV and batteries in Puerto Rico**

171   **and expected decline in cost**

172

173   The narrative provided in Exhibit P "Legacy Charge Derivation" shows that the proposed

174   PAD is disconnected from the technological reality, specifically cost, of solar photovoltaic

175   plus batteries in Puerto Rico.

176

177   The narrative explicitly accepts that the adoption of solar rooftop generation is, from page

178   4, "relatively attractive for a variety of reasons, including the large number of sunny days

179   per year, the prevalence of buildings with flat roofs, and the generous incentives offered to

180   adopters of solar technology under Puerto Rico law. Consumers purchasing solar panels

181   would see an immediate reduction in their bill from all volumetric charges."

182

183   Further quoting Exhibit P, page 4, "To avoid paying such fixed monthly charges, a

184   customer would need to remove themselves from the grid entirely. This in turn would

185   require that a customer install sufficient additional equipment, such as batteries, to ensure

186    access to reliable electricity at all times (and be willing to take the risk in the event their

187    own generation and storage capabilities did not suffice). While the cost of the required

188    additional equipment is also decreasing and many solar rooftop installations on Puerto Rico

189    already involve some battery capacity, **the cost of installing enough backup capacity to**

190    **disconnect from the electric grid entirely (and thereby avoid both fixed connection**

191    **and volumetric charges)** <u>**will likely remain prohibitive for the vast majority of**</u>

192    <u>**customers for many years to come (if ever)**</u>." (**<u>Emphasis</u>** provided by the author of this

193    report).

194

195    The proposed PAD makes no attempt to justify its assumption that installation cost of

196    energy storage is "prohibitive" and will remain so "for many years to come". In this section

197    we challenge this assumption using representative cost of these systems in Puerto Rico and

198    estimates of declining cost for this technology provided by the US Department of Energy.

199

200    Table 1 shows representative real costs of ten (10) rooftop solar photovoltaic residential

201    systems, with LiFePO4 batteries and without batteries, installed in Puerto Rico (2021 cost).

**Table 1.** Representative real costs of rooftop solar photovoltaic residential systems,
with LiFePO4 batteries, in Puerto Rico (2021)

| | Total Cost | PV capacity kW | LiFePO4 storage kWh | $/W with storage | Total cost no storage | $/W no storage | LiFePO4 storage kW | Total cost LiFePO4 storage no PV |
|---|---|---|---|---|---|---|---|---|
| 1 | $40,529 | 5.60 | 28.8 | $7.24 | $26,337 | $4.70 | 7.20 | $35,319 |
| 2 | $31,816 | 6.75 | 19.2 | $4.71 | $22,021 | $3.26 | 4.80 | $25,844 |
| 3 | $28,000 | 6.08 | 15.0 | $4.61 | $20,129 | $3.31 | 3.75 | $22,472 |
| 4 | $28,950 | 5.60 | 14.4 | $5.17 | $21,354 | $3.81 | 3.60 | $23,740 |
| 5 | $24,900 | 3.96 | 19.2 | $6.29 | $15,105 | $3.81 | 4.80 | $20,777 |
| 6 | $26,950 | 3.80 | 28.8 | $7.09 | $12,758 | $3.36 | 7.20 | $22,933 |
| 7 | $27,328 | 6.40 | 19.2 | $4.27 | $17,533 | $2.74 | 4.80 | $21,588 |
| 8 | $33,700 | 7.20 | 28.8 | $4.68 | $19,508 | $2.71 | 7.20 | $27,430 |
| 9 | $31,076 | 7.20 | 15.0 | $4.32 | $23,205 | $3.22 | 3.75 | $24,806 |
| 10 | $33,700 | 7.20 | 14.4 | $4.68 | $26,104 | $3.63 | 3.60 | $27,430 |
| **average** | **$29,602** | **6.02** | **19.3** | **$4.92** | **$19,746** | **$3.28** | **4.83** | **$24,113** |
| minimum | $24,900 | 3.80 | 14.4 | $4.27 | $12,758 | $2.71 | 3.60 | $20,883 |
| maximum | $40,529 | 7.20 | 28.8 | $7.24 | $26,337 | $4.70 | 7.20 | $34,259 |

202   These costs are real cost of installed systems in Puerto Rico as reported by University of

203   Puerto Rico investigators[3] and currently being used in "The Puerto Rico 100 Study"[4].

204

205   Total cost includes: equipment (solar panels, inverter, charge controllers (if not included

206   within the inverter), batteries), "balance of system" items (mounting racks, nuts and bolts,

207   electrical tubing, wires, electric protection, electrical boxes) design, installation, retrofit (if

208   needed) and profit.

209

210   PV capacity refers to the total installed generating capacity of the solar photovoltaic array,

211   in thousands of Watts (kW).

212

213   Lithium ion batteries (specifically LiFePO4) are used in every installation. The storage

214   capacity is shown in Table 1 in kWh.

215

216   Total system cost for a system with no batteries, but ready to add batteries, is estimated by

217   subtracting the actual cost of LiFePO4 batteries in Puerto Rico (2021, $458.06 per kWh)

218   and installation cost for the batteries ($1,000).

219

---

[3] The data in the Total Cost and Total Cost - No Storage columns was obtained from reports submitted to the
Puerto Rico Grid Resilience and Transitions to 100% Renewable Energy Study (PR100) by Members of the
Puerto Rico Energy Recovery and Resilience Advisory Group. The figures in the rest of the columns were
derived from that Total Cost data. The data submitted to the PR100 Study is attached as **Exhibit 1**
[4] Puerto Rico Grid Resilience and Transitions to 100% Renewable Energy Study (PR100), -
https://www.energy.gov/gdo/puerto-rico-grid-resilience-and-transitions-100-renewable-energy-study-pr100.

220     The storage package capacity, in kW, is calculated from the energy capacity, in kWh,

221     dividing by 4 hours.[5]

222

223     Total storage package, including inverter cost, is estimated by subtracting: the actual cost of

224     solar panels in Puerto Rico (2021, $0.55/W), panels rack cost ($180 per 4 panels, 400 W

225     panels) and installation cost for the rooftop solar panels ($1,500).

226

227     For the ten rooftop solar systems described in Table 1 above, I calculated a "dollar per

228     installed W" ($/W) index for both the system with batteries and the system without

229     batteries for comparison. The average installed cost of a system without batteries is

230     $3.28/W. The average installed cost of a system with LiFePO4 batteries is $4.92/W. Figure

231     3 summarizes this comparison graphically.



**Figure 3**. Representative total $/W of installed residential rooftop solar photovoltaic systems, with and without LiFePO4 batteries, in Puerto Rico (2021 data).

---

[5] For the "average" system in Table 1 divide 19.3 kWh/4 h = 4.83 kW. This capacity is of the total storage package only and not to be confused with the 6 kW of installed solar panels in the same "average" system.

232     Contrary to the assumptions in Exhibit P "Legacy Charge Derivation" of the proposed PAD

233     the cost of residential solar photovoltaic systems with batteries continues to decrease. How

234     fast is the cost declining? How to estimate the expected reduced cost of these systems in the

235     future?

236

237     The National Renewable Energy Laboratory (NREL) specializes in the research and

238     development of renewable energy, energy efficiency, energy systems integration, and

239     sustainable transportation. NREL is a federally funded research and development center

240     sponsored by the Department of Energy.

241

242     NREL produces the Annual Technology Baseline (ATB) as "a consistent set of technology

243     cost and performance data for energy analysis"[6]. NREL's ATB predicts the declining cost

244     of this, and other, technologies. Three scenarios are normally calculated: conservative,

245     moderate and advanced.

246

247     In the conservative scenario it is assumed that historical investments come to market with

248     continued industrial learning. Technology looks similar to today, with few changes from

249     technology innovation. Public and private research and development (R&D) investment

250     decreases.

251

252     In the moderate scenario it is assumed that innovations observed in today's marketplace

253     become more widespread, and innovations that are nearly market-ready today come into the

---

[6] NREL (National Renewable Energy Laboratory). 2022. "2022 Annual Technology Baseline." Golden, CO.
https://atb.nrel.gov/.

254    marketplace. Current levels of public and private R&D investment continue. This scenario

255    may be considered the expected level of technology innovation.

256

257    In the advanced scenario it is assumed that innovations that are far from market-ready today

258    are successful and become widespread in the marketplace. New technology architectures

259    could look different from those observed today. Public and private R&D investment

260    increases.

261

262    In our analysis we only consider the conservative and moderate scenarios. The expected

263    declining capital cost of residential solar photovoltaic systems, according to NREL ATB

264    2022 model in $/W, is shown in Figure 4.



**Figure 4.** Declining capital cost of residential solar photovoltaic systems based on NREL ATB 2022.

265    We calculate the declining cost of rooftop solar based on the trajectories established by

266    NREL ATB and the 2021 Puerto Rico's average cost of solar rooftop photovoltaic systems

267    with no batteries, as shown in Figure 5.

268

269    Note that the cost in Puerto Rico, in 2021, is $3.28/W while NREL's cost in the same year

270    is $2.65/W. The difference in cost is due to the type of inverter used in the representative

271    Puerto Rico installations, a more expensive hybrid inverter, one that is ready to add

272    batteries.



**Figure 5**. Declining cost of rooftop solar (trend from NREL ATB 2022) and the 2021 Puerto Rico's average cost of solar rooftop photovoltaic systems with no batteries.

273    The expected declining total cost of residential lithium ion battery systems (5 kW - 20

274    kWh, i.e. 4 hours of storage), according to NREL ATB 2022 model, is shown in Figure 6.

**Figure 6.** Total storage system cost for residential Li ion batteries in the US, ATB 2022.

275    From Table 1 the average cost of a storage system package in Puerto Rico, for lithium ion

276    (LiFePO4) batteries was $24,113 in 2021. We calculate the declining total cost of

277    residential lithium ion battery systems based on the trajectories established by NREL ATB

278    and the 2021 Puerto Rico's average cost, as shown in Figure 7.

279

280    Note that total storage cost in Puerto Rico, in 2021, is $24,113 while NREL's cost in the

281    same year is $22,725. Further note that the average storage system size is 4.8 kW and 19.3

282    kWh, very similar to NREL's values of 5 kW 20 kWh.



**Figure 7**. Estimated declining total cost of storage (trend from NREL ATB 2022) and the 2021 Puerto Rico's average cost of storage.

283    The proposed PAD is disconnected from the technological reality, specifically the cost of

284    solar photovoltaic plus batteries in Puerto Rico. The rapid decline in cost of distributed

285    solar photovoltaic generation plus energy storage is completely overlooked by the proposed

286    PAD.

287

288    Conclusion 3 – Bondholders are experiencing a technological change they did not foresee.

289    Failure to foresee technological change while investing is not cause to change the bonds

290    guarantee whether the bondholders' claims are secured or not. Nor is it cause to tax the new

291    technology as the proposed PAD does.

292   **IV.    Levelized Cost of Energy (LCOE): definition, uses and limitations**

293

294   The US Department of Energy (NREL) defines the levelized cost of energy (LCOE) as

295   "LCOE is a summary metric that combines the primary technology cost and performance

296   parameters: capital expenditures, operations expenditures, and capacity factor."[7]

297   LCOE can be useful to assess the effect of technology advances in future projections

298   because it accounts for primary cost (e.g., up-front capital costs, financing cost) and key

299   performance parameters (e.g., capacity factor) when comparing different technology

300   innovation scenarios.

301   But LCOE does not capture the full value to the user of reliable electric service, i.e., the

302   electricity worth.

303   Furthermore, LCOE does not capture the economic value of a particular generation type to

304   the system and therefore may not serve as an appropriate basis for comparisons between

305   technologies. This is so because LCOE ignores attributes that can vary significantly across

306   different technologies (both in terms of capability and cost) such as ramping, startup, and

307   shutdown that could be relevant for more detailed evaluations of generator cost and value to

308   the system.

309   In this report we use LCOE as an indicator, an index that quantifies the relative cost of

310   electricity when comparing rooftop solar photovoltaic systems, with and without batteries

311   and connected and disconnected from the grid, vs the current cost of electricity from the

312   grid or the estimated cost of electricity under the proposed PAD.

---

[7] *Levelized Cost of Energy,* Nat'l. Renewable Energy Lab, https://atb.nrel.gov/electricity/2021/definitions.

313   Table 2 summarizes the parameters used in the calculation of LCOE for all cases. The

314   parameters specific to each case are discussed in the corresponding section of this report.

**Table 2**. Parameters, and values, used in the calculation of the Levelized Cost of Energy

| parameter and units | parameter value |
|---|---|
| rooftop solar PV system capacity (solar panels capacity) in kW | 5 |
| capacity factor, dimensionless | 0.174 (17.4%) |
| discount rate, dimensionless | 0.435 (4.35%) |
| ideal annual energy yield, kWh | 7621.2 |
| annual energy yield reduction, dimensionless | 0.005 (5%) |
| system lifetime, years | 25 |
| annual operation and maintenance (O&M) cost PV only, $ | 16 |
| annual operation and maintenance (O&M) cost PV + storage, $ | 71 |

315   In the following sections we present the LCOE for two different scenarios: (1) rooftop solar

316   PV systems with net metering and no batteries vs. the current electricity cost from the

317   electric grid to residential end users, and (2) rooftop solar PV systems with batteries

318   disconnected from the electric grid (grid defection) vs estimated electricity cost from the

319   electric grid to residential end users under the proposed PAD.

320

321   **V.   Levelized Cost of Energy (LCOE) of rooftop solar PV systems with net**

322   **metering and no batteries vs. current electricity from the grid cost**

323

324   We calculate the LCOE of rooftop solar PV systems, 2021 system cost with a net metering

325   contract and no storage, for a 5-kW solar system with capital cost of $3.28/W (average

326   value from Table 1), fixed operation and maintenance cost of $16/year (a value equal to the

327   average value on the moderate scenario in NREL's ATB 2022) and utility interconnection

328   cost of $4/month, or $48/year the current interconnection cost, to be 16 ¢/kWh (0.16

329   $/kWh)[8].

330   The LCOE for the same system, and same 2021 cost, with utility interconnection cost of

331   $17/month, or $204/year the proposed interconnection cost due to the fixed component of

332   the legacy charge, to be 18.1 ¢/kWh (0.181 $/kWh). **The fixed component of the legacy**

333   **charge becomes an immediate solar tax of 2.1 ¢/kWh.**

334   Note that we calculate LCOE for a system installed using 2021 costs. Since the actual cost

335   is declining a system installed in the future, say 2025, will result in a 2025 LCOE smaller

336   than the 2021 LCOE. For example, using $2.38/W as the capital cost (from Figure 5, ATB

337   2022 moderate scenario trend) the resulting LCOE is 14 ¢/kWh (0.14 $/kWh).

338   Conclusion 4 – Based on Levelized Cost of Energy (LCOE) calculations the proposed

339   "legacy charge" is designed to tax, therefore penalize, the adoption of residential solar

340   energy thru net metering.

341

342

343

---

[8] For comparison ATB 2022 list the LCOE for a residential solar PV system with no batteries as 8.3 ¢/kWh, about half of our calculated value. Reasons for this discrepancy are: the inverter cost assumed by NREL in the ATB are much lower than the inverter cost in Table 1 (a hybrid inverter capable of adding batteries), and NREL also incorporates in its financial components tax credits available in the continental US and not available in Puerto Rico.

344   **VI.   Levelized Cost of Energy (LCOE) of rooftop solar PV systems with batteries,**

345   **system disconnected from the grid vs. electricity from the grid with proposed**

346   **PAD cost**

347

348   We calculate the LCOE of rooftop solar PV systems, 2021 system cost with storage, for a

349   5-kW, 20 kWh solar system, disconnected from the electric grid. We use total capital cost

350   of \$4.92/W (average value from Table 1), fixed operation and maintenance cost of \$71/year

351   (a value equal to the average value on the moderate scenario in NREL's ATB 2022) and no

352   utility interconnection cost.

353   Since the selected lifetime of the project is 25 years, we include the cost of one battery bank

354   replacement in year 12, \$7,635. We use the battery cost in year 12 as per the decline

355   established in the moderate scenario of the ATB 2022 for lithium ion batteries.  The LCOE

356   is 27.8 ¢/kWh (0.278 \$/kWh).

357   The Puerto Rico Electric Power Authority (PREPA) Executive Director must provide

358   monthly reports to its Governing Board. The February 2023 version of this report[9] indicates

359   that the average cost of residential electricity, fiscal year to date (i.e., July 2022 thru

360   February 2023, 9 months) was 28.41 ¢/kWh.

361   **Thus, the current electricity cost from the electric grid, prior to the proposed PAD, is**

362   **already more expensive than grid defection cost thru rooftop solar photovoltaic**

363   **generation with storage.**

---

[9] PREPA, *Monthly Report to the Governing Board* (Feb. 2023), https://aeepr.com/es-pr/investors/FinancialInformation/Monthly%20Reports/2023/February%202023.pdf.

364   The average annual solar PV electricity generation of the 5 kW/20 kWh system is 7,145

365   kWh, or 595.4 kWh per month. Under the proposed PAD a residential client buying this

366   amount of electricity from the grid will pay:

367   $17 + 500*(0.2841 + 0.0075) + 95*(0.2841 + 0.03) = $192.64, which results in 32.37

368   ¢/kWh for unreliable electric service.

369   The imposition of the proposed legacy charge with the subsequent electric energy price

370   increase, a price increase associated to unreliable electric power, and the declining prices of

371   rooftop solar photovoltaic systems plus batteries will create an incentive for customers to

372   permanently disconnect from the electric grid. This is called "grid defection".

373

374   A 2014 study[10] shows that in places like Hawaii the conditions for grid defection are

375   already present. The 2018 average price of residential electricity in Hawaii varies from 31

376   ¢/kWh to 37 ¢/kWh. As we have calculated in this report the cost of un-reliable electric

377   energy in Puerto Rico, after the proposed legacy charge will be approximately 32 ¢/kWh.

378

379   **Contrary to what is assumed in Exhibit P of the proposed PAD significant grid**

380   **defection could become a reality in Puerto Rico if the proposed legacy charge is**

381   **implemented.**

382

383   Further note that we calculate LCOE for a system installed using 2021 costs. Since the

384   actual cost is declining a system installed in the future, say 2025, will result in a 2025

385   LCOE smaller than the 2021 LCOE. For example, using $3.65/W as the capital cost (using

---

[10] "The Economics of Grid Defection: When and Where Distributed Solar Generation Plus Storage Competes with Traditional Utility Service", The Rocky Mountain Institute and others, 2014.

386 the ATB 2022 moderate scenario declining cost trend for batteries, similar to Figure 7) the

387 resulting LCOE is 22 ¢/kWh (0.22 $/kWh).

388 Conclusion 5 – The LCOE of residential rooftop solar photovoltaic systems, including

389 batteries and using equipment of good warranty and LiFePO4 batteries, already cost less than

390 the cost of electricity from the grid after applying the proposed legacy charge.

391

392 Conclusion 6 - Contrary to what is assumed in Exhibit P of the proposed PAD significant

393 grid defection could become a reality in Puerto Rico if the proposed legacy charge is

394 implemented, thus rendering the proposed PAD useless.

395

396 **VII.    The legacy charge will not improve electric grid reliability**

397

398 The proposed PAD fails to include needed investments in the electric grid to achieve reliable

399 electric service. This failure will only drive further adoption of distributed solar energy and

400 reduce sales.

401

402 One metric used to measure the reliability of U.S. electric utilities is the System Average

403 Interruption Duration Index (SAIDI), which measures the total time an average customer

404 experiences a non-momentary power interruption in a one-year period[11]. For utilities that

405 report SAIDI metrics using Institute of Electrical and Electronics Engineers (IEEE)

406 standards, LUMA follows this practice, non-momentary interruptions are those lasting longer

---

[11] 1366-2012 - IEEE Guide for Electric Power Distribution Reliability Indices.

407    than five minutes. SAIDI is often paired with the System Average Interruption Frequency

408    Index (SAIFI), an index that measures the frequency of interruptions.

409

410    The Energy Information Administration (US Department of Energy) reports, for 2021, an

411    average SAIDI of 121.5 minutes and an average SAIFI of 1.03 interruptions per customer[12].

412    Using data reported by LUMA to the Puerto Rico Energy Bureau (PREB) in 2022 the annual

413    distribution system SAIDI was 1,022 minutes and the annual distribution system SAIFI was

414    4.7 interruptions per customer[13].

415

416    In January 2023, LUMA reported 2,417.75 minutes of outages, per customer served, for the

417    eighteen months between June 2021 and December 2022. This is a significant drop in

418    performance compared to the expected performance, measured by the baseline set by the

419    Puerto Rico Energy Bureau, of 1,864.15 months for 18 months.[14]

420

421    In the summer of 2021, LUMA reported that the average time for restoration of a customer's

422    electric service following an outage had increased significantly 25 out of 26 regions of Puerto

423    Rico.[15] The average system-wide time to restore electric service after an interruption

424    increased from 2 hours and 43 minutes during June, July and August 2020 to 4 hours and 38

---

[12] *Table 11.1 Reliability Metrics of U.S. Distribution System*, U.S. Energy Infor. Admin.
https://www.eia.gov/electricity/annual/html/epa_11_01.html
[13] https://energia.pr.gov/wp-content/uploads/sites/7/2023/03/Resumen-Metricas-Master_Jan2023_Revised-1.xlsx
[14] Submission of Corrected Spreadsheets on Performance Metrics Quarterly Report for October through December 2022, and Corrected Data on Reliability Metrics for July through August 2022, PREB Docket NEPR-MI-2019-0007 (March 3, 2023)
[15] *Id.*

425    minutes during June, July and August 2021.[16] Puerto Ricans across the archipelago reported

426    lost food and medicine and damaged appliances from frequent outages:

427

428    • "Ashlee Vega, who lives in northwestern Puerto Rico, said the power fluctuations this

429        month were so imperceptible that it took her several hours to realize her appliances

430        were not working right. The new refrigerator she had bought in February - to replace

431        an old one that gave out after enduring years of volatile electrical surges - was fried."[17]

432    • "It has been hard to expand the business as frequent power cuts force him to close the

433        store and also damage the fridges, which are costly to repair."[18]

434    • "In early August, the Independent Consumer Protection Office said it had received

435        about twice as many monthly complaints under LUMA than it had when PREPA

436        managed the grid; the complaints have been primarily related to service disruptions

437        and equipment damaged by voltage fluctuations."[19]

438    • "The latest outage unleashed a flood of complaints on social media as anger spread

439        among thousands of people who were forced to throw out food and refrigerated

440        medication including insulin in recent dats. Some also complained about damaged

441        appliances as lights flickered on and off since Thursday's outage that left 900,000

442        people in the dark.[20]

---

[16] *Id*.

[17] Patricia Mazzei, *Why Don't We Have Electricity?: Outages Plague Puerto Rico,* N.Y. TIMES (Oct. 19, 2021), https://www.nytimes.com/2021/10/19/us/puerto-rico-electricity-protest.html.

[18] Nina Lakhani, *We want sun: the battle for the solar power in Puerto Rico*, THE GUARDIAN (Oct. 18, 2021) https://www.theguardian.com/environment/2021/oct/18/puerto-rico-solar-power-climate-resilience.

[19] Cathy Kunkel & Tom Sanzillo, Puerto Rico Grid Privatization Flaws Highlighted in First Two Months of Operation (August 2021) http://ieefa.org/wp-content/uploads/2021/08/Puerto-Rico-Grid-Privatization-Flaws-Highlighted-in-First-Two-Months-of-Operation_August-2021.pdf.

[20] *Massive power outage in Puerto Rico affects hundreds of thousands amid growing outrage*, CBS NEWS (June 16, 2021), https://www.cbsnews.com/news/puerto-rico-power-outage-latest-2021-06-16/.

- "Irizarry worried for his safety ... and the growing list of appliances lost to unexpected voltage changes. .... The unreliable electricity damaged the freezer where he stored pizza ingredients. ...'We are talking about scenarios where voltage changes have been dramatic and they have destroyed medical equipment and burned down houses...'"[21]

- "Residents of the island say the power cuts have damaged appliances and can be life-threatening to those who rely on certain medical machines."[22]

- "The list of recent incidents includes massive power outages and an increase in power surges. These, along with daily complaints of citizens' damaged equipment, are some examples of the company's inability to manage a complex system."[23]

Conclusion 7 – Rooftop solar photovoltaic systems with batteries are currently less costly than unreliable electricity from the electric grid. This lack of reliability from the electricity supplied by the electric grid will further drive the adoption of rooftop solar PV systems with storage.

Conclusion 8 - The proposed legacy charge will increase the cost of electricity from the electric grid, but will not increase the reliability of this service, thus accelerating the

---

[21] María Luisa Paúl, *Two major power outages in a week fuel fear in Puerto Rico – and memories of Hurricane María*, THE WASHINGTON POST (June 18, 2021), https://www.washingtonpost.com/nation/2021/06/18/puerto-rico-power-outages/.

[22] *Puerto Ricans March to Protest Ongoing Power Outages After Privatization of Electric Grid*. DEMOCRACY NOW! (Oct. 18, 2021). https://www.democracynow.org/2021/10/18/headlines/puerto_ricans_march_to_protest_ongoing_power_outages_after_privatization_of_electric_grid.

[23] Johnny Irizarry Rojas, *Four years after María, Puerto Rico's power grid still in shambles | Commentary*, ORLANDO SENTINEL (Sept. 22. 2021), https://www.orlandosentinel.com/opinion/guest-commentary/os-op-puerto-rico-power-grid-in-shambles-20210922-w6cwdrrgwffzrb25ruylhigsmy-story.html.

460    adoption of distributed renewables and probably increasing grid defection, or partial grid

461    defection.

462

463    **VIII.    Is the public guaranteed continuity of electric service under the proposed**

464              **PAD?**

465

466    Is the public guaranteed continuity of electric service under the PAD? No.

467

468    The PAD does not mention reliability[24] of electric energy service, nor it explain how the

469    legacy charge will provide for a resilient[25] electric power system for the public[26]. Thus, the

470    PAD completely ignores the primary reason a utility has been granted a monopoly in

471    exchange for cost-based regulated rates, the obligation to serve and provide an essential

472    service.

473

474    The legacy charge sole purpose is to collect money to pay old debt. The legacy charge

475    collects no money to invest on the electric grid in order to make it more reliable and

---

[24] NERC is the North American Electric Reliability Corporation; the entity certified by the Federal Energy
Regulatory Commission (FERC) to establish and enforce reliability standards for the interconnected bulk
power system in North America (www.nerc.com). NERC's definition of reliability is the degree of
performance of the elements of the bulk electric system that results in electricity being delivered to customers
within accepted standards and in the amount desired. Reliability may be measured by the frequency, duration,
and magnitude of adverse effects on the electric supply.
[25] From the Presidential Policy Directive (PPD) 21 "the ability to prepare for and adapt to changing conditions
and withstand and recover rapidly from disruptions. Resilience includes the ability to withstand and recover
from deliberate attacks, accidents, or naturally occurring threats or incidents."
https://obamawhitehouse.archives.gov/the-press-office/2013/02/12/presidential-policy-directive-critical-
infrastructure-security-and-resil.
[26] "Without some numerical basis for assessing resilience, it would be impossible to monitor changes or show
that community resilience has improved. At present, no consistent basis for such measurement exists. We
recommend therefore that a National Resilience Scorecard be established." - National Research Council.
2012. Disaster Resilience: A National Imperative. Washington, DC: The National Academies Press.
https://doi.org/10.17226/13457.

476   resilient.  This leaves PREPA with inadequate funds to even keep the system from

477   deteriorating further, let alone improving. In fact, section VIII. Certain Risk Factors to Be

478   Considered of the proposed PAD (page 356) indicates "*The Certified Fiscal Plan*

479   *projections account for the implementation of rate adjustments necessary to meet PREPA's*

480   *operational and capital expenditure needs. For example, during the first 10 years, PREPA*

481   *will need to provide an additional approximately $500 million (or 5% of the approximately*

482   *$10 billion paid over 10 years) of cost share to access FEMA funding that was not included*

483   *in the Certified Fiscal Plan. Moreover, benchmarking PREPA against comparable utilities*

484   *suggests that it may need to spend an additional $93 million, increasing to $125 million on*

485   *capital expenditures annually between Fiscal Years 2035 to 2051.*"

486

487   Thus, proposed PAD recognizes that the cost of providing reliable electric service from the

488   electric grid will be higher that the estimated electricity cost of 32 ¢/kWh including legacy

489   charge. Is this estimate, approximately $2.5 billion, enough to provide reliable electric

490   service? No. Estimates of required capital investment to increase reliability are much higher

491   as discussed in the following section.

492

493   **a.  Puerto Rico's electric energy delivery infrastructure is weak**

494

495   Puerto Rico's electric energy delivery infrastructure, the Transmission and Distribution

496   (T&D) network, is weak as shown by its failed performance during a series of events prior

497  to Hurricanes Irma and María[27], and by its performance after Hurricane María[28] and

498  recently Hurricane Fiona[29]. The fiscal year (2022-23) to date average residential electric

499  energy cost in Puerto Rico is 28.4 ¢/kWh. **Thus, the new rate of electricity, including the**

500  **legacy charge, will provide unreliable electricity at a cost of approximately 32 ¢/kWh**

501  **if the current fuel prices remain as they have been in from July 2022 thru February**

502  **2023.**

503

504  How much money is necessary to invest in the T&D network to obtain a reliable electric

505  energy supply? Different studies provide different estimates of needed investment to

506  achieve a reliable electric system.

507

508  The following Table[30], an estimate from 2017, summarizes the estimated rebuild cost

509  needed to "harden and enhance the resiliency of PREPA's system".

---

[27] Prior to Hurricane María a fire at the switchyard of Aguirre generation station in September 2016 caused a complete blackout in Puerto Rico that lasted days. https://www.nytimes.com/2016/09/22/us/fire-at-power-plant-leaves-puerto-rico-in-the-dark.html.
[28] I. Umair, "Puerto Rico's blackout, the largest in American history, explained," Vox, 08-May-2018. [Online]. Available: https://www.vox.com/2018/2/8/16986408/puerto-rico-blackout-power-hurricane.
[29] https://www.politico.com/news/2022/09/18/hurricane-fiona-knocks-out-puerto-ricos-power-00057387.
[30] Table adapted from the Executive Summary of "Build Back Better: Reimagining and Strengthening the Power Grid of Puerto Rico", Puerto Rico Energy Resiliency Working Group members and Navigant Consulting, Inc., A Report for Governor Andrew Cuomo, New York, Governor Ricardo Rosselló, Puerto Rico and William Long, Administrator FEMA, December 2017.
www.governor.ny.gov/sites/governor.ny.gov/files/atoms/files/PRERWG_Report_PR_Grid_Resiliency_Report.pdf.

**Table E-1**. Rebuild Cost Summary

| Item | Rebuild Recommendations | Total (millions, US$) |
|------|------------------------|------------------------|
| 1 | Overhead Distribution (includes 38 kV) | $5,268 |
| 2 | Underground Distribution | $35 |
| 3 | Transmission - Overhead | $4,299 |
| 4 | Transmission - Underground | $601 |
| 5 | Substations – 38 kV | $856 |
| 6 | Substations – 115 kV & 230 kV | $812 |
| 7 | System Operations | $482 |
| 8 | Distributed Energy Resources | $1,455 |
| 9 | Generation | $3,115 |
| 10 | Fuel Infrastructure | $683 |
| | **Total Estimated Cost** | **$17,606** |

510   Items 1 thru 6, inclusive, account for almost $12 billion needed according to this study, for

511   electric grid "hardening".

512

513   A more recent estimate, December 2022, from the Puerto Rico Department of Housing,

514   estimates that Puerto Rico will need a capital investment of about $6.4 billion in the

515   electrical system beyond the federal funds available.[31]

516

---

[31] DEP'T OF HOUS. Puerto Rico Disaster Recovery Action Plan for the Use of CDBG-DR Funds for Electrical Power System Improvements at 77 (Dec. 16, 2022).

517    The Plan of Adjustment is proposing to emit $5.68 billion in new bonds at between 6% and

518    6.75% interest and accepts that this is not enough. The proposed PAD underestimates the

519    required capital investment to achieve reliable electric service by assuming a mere $2.5

520    billion are needed. The required investment is much more.

521

522    Does this investment guarantee continuity of electric service after a strong Hurricane? No.

523    It is virtually impossible to protect every element of the T&D system from falling trees,

524    flying debris, landslides due to flooding, and the most severe hurricane winds.

525

526    Is there an alternative? Yes. Distributed and renewable electric energy generation plus

527    electric storage provides a better investment in Puerto Rico and in places with high

528    electricity costs, severe local reliability challenges or both. As presented in this report by

529    2025 solar photovoltaic electric energy plus storage will cost around 22 ¢/kWh while the

530    current cost + legacy charge shall produce a cost of about 32 ¢/kWh,

531

532    Are rooftop solar photovoltaic systems impervious to hurricanes? No. But our experience

533    during Hurricane María shows that when properly installed even a modest rooftop

534    photovoltaic system can provide resiliency and continuity of electric service post a major

535    hurricane.

536    IX.    **Resiliency thru Distributed Renewable Energy**

537

538    A case study article[32] describes how electric service resiliency is achieved thru the

539    adaptation of a relatively small existing residential photovoltaic system, originally grid-tied

540    under a net metering agreement with the utility, to a stand-alone system with batteries to

541    provide continuity of service after Hurricane María destroyed Puerto Rico's electric

542    transmission and distribution system.

543

544    A modest rooftop photovoltaic system with batteries (1 kW in solar panel capacity, 10 kWh

545    of energy storage, total cost of $2,812) provided resiliency and continuity of electric service

546    post hurricane María. The electric service from the grid, at the location under study,

547    stopped 20 September 2017 and was restored 132 days later, on 30 January 2018. It took 31

548    days of old fashioned "walk around" to obtain the necessary equipment (charge controllers,

549    batteries, off-grid inverter) to adapt the net metering system into a stand-alone system[33].

550    The rooftop solar photovoltaic system operated uninterrupted for 101 days, until the electric

551    service from the grid was restored. The system was later re-connected to serve as a net

552    metering system and backup in the event of grid service failure.

553

554    In the article the authors also contrast the cost of buying and operating the photovoltaic

555    system to the cost of buying and operating a gasoline emergency generator to supply the

---

[32] A. Irizarry-Rivera, K.V. Montano-Martinez, S. Alzate-Drada, F. Andrade, *A Case Study of Residential Electric Service Resiliency thru Renewable Energy Following Hurricane María*, Mediterranean Conference on Power Generation, Transmission, Distribution and Energy Conversion (MEDPower), Dubrovnik (Cavtat) Croatia, Nov. 12-15 2018.
[33] There was no electricity nor communications, therefore no Internet, in Puerto Rico for close to a month after Hurricane María.

556  same amount of energy. The cost of using a set of gasoline generators to provide the same

557  energy is less only if electricity from the grid is available within four months of the

558  blackout. This cost comparison does not include labor and transportation cost of procuring

559  fuel and oil, and the labor cost of performing oil changes and refueling the generator. Nor

560  did we assigned a monetary value to lost sleep re-fueling the generator in the middle of the

561  night.

562

563  This is one case study out of hundreds, if not thousands, of rooftop solar photovoltaic systems

564  that help the people of Puerto Rico survive a severe natural disaster. **The proposed PAD is**

565  **designed to make ownership of a rooftop solar photovoltaic system far more expensive**

566  **that it has to be and therefore to impede the ability to survive hurricanes in Puerto Rico,**

567  **an island that lies squarely in the hurricane path of the Caribbean Sea** as shown in Figures

568  9 and 10.



**Figure 9.** Forty-nine (49) hurricane tracks, from 1842-2021, crossing within 60 nautical miles of the Puerto
Rico coast.[34] Note that Hurricane Fiona made landfall in Puerto Rico in 2022 raising the total to fifty (50).

---

[34] Nat'l Ocean Serv., NAT'L OCEANIC AND ATMOSPHERIC ADMIN. (NOAA), *Historical Hurricane Tracks*,
available at www.oceanservice.noaa.gov/news/historical-hurricanes.

569    Forty-nine (49) hurricanes have crossed nearby Puerto Rico, within 60 nautical miles of its

570    coast from 1842 thru 2021. Eighteen (18) have made landfall during the same period, as shown

571    in Figure 9. Note that Hurricane Fiona made landfall in Puerto Rico in 2022 raising the total

572    of "cross nearby" to fifty (50) and nineteen making landfall. Of the 49 twenty-one (21) were

573    category 3 and higher hurricanes, in the Saffir-Simpson scale, with nine (9) making landfall.

574    Hurricanes categories 3 and higher are described as major hurricanes where near-total to total

575    power loss is likely for weeks.[35]



**Figure 10**. The path of the twenty-one (21) major hurricanes (category 3 and higher), from 1842-2021, crossing within 60 nautical miles of the Puerto Rico coast; nine (9) made landfall.

576    **The people of Puerto Rico should not be penalized for taking advantage of a market**

577    **driven technological change**, the significant drop in the retail price of solar photovoltaic

---

[35] T. Schott, C. Landsea, G. Hafele, J. Lorens, A. Taylor, H. Thurm, B. Ward, M. Willis, and W. Zaleski, "The Saffir-Simpson Hurricane Wind Scale", National Oceanic and Atmospheric Administration (NOAA), 2012.

578    systems and batteries, **that allows them to use their clean indigenous resources**, their

579    rooftop and the sun that falls on it, **to generate the totality or a portion of their electric**

580    **energy needs**. Furthermore, **this technological change provides for increased resiliency**

581    **of electric energy services after a major hurricane and breaks the "natural monopoly"**

582    **of the traditional electric utility business**.

583

584    Conclusion 9 - Residents of Puerto Rico require a cost effective and resilient alternative to

585    generate electricity and the proposed PAD is an obstacle to achieve this much needed goal.

586

587    **X.    Summary of Conclusions**

588

589    Conclusion 1 – The proposed PAD fails to analyze, or willfully ignores, current rate of

590    adoption of distributed energy.

591    Conclusion 2 – Renewable energy adoption policy is harmed by taxing the only renewable

592    energy sector growing for the sake of paying an uninsured debt.

593

594    Conclusion 3 – Bondholders are experiencing a technological change they did not foresee.

595    Failure to foresee technological change while investing is not cause to change the bonds

596    guarantee whether the bondholders' claims are secured or not. Nor is it cause to tax the new

597    technology as the proposed PAD does.

598

599    Conclusion 4 – Based on Levelized Cost of Energy (LCOE) calculations the proposed

600    "legacy charge" is designed to tax the adoption of residential solar energy and it penalizes

601    net metering adoption of solar photovoltaic rooftop generation.

602    Conclusion 5 – The LCOE of residential rooftop solar photovoltaic systems, including
603    batteries and using equipment of good warranty and LiFePO4 batteries, already cost less than
604    the cost of electricity from the grid after applying the proposed legacy charge.

605

606    Conclusion 6 - Contrary to what is assumed in Exhibit P of the proposed PAD significant
607    grid defection could become a reality in Puerto Rico if the proposed legacy charge is
608    implemented, thus rendering the proposed PAD useless.

609

610    Conclusion 7 - Distributed energy systems are currently equal in cost but not in reliability to
611    the electric grid, the electric grid being less reliable. Lack of reliability from the electricity
612    supplied by the electric grid further drives the adoption of rooftop solar PV systems.

613

614    Conclusion 8 - The proposed legacy charge will increase the cost of electricity from the
615    electric grid, but will not increase the reliability of this service, thus accelerating the
616    adoption of distributed renewables and probably increasing grid defection, or partial grid
617    defection.

618

619    Conclusion 9 - Residents of Puerto Rico require a cost effective and resilient alternative to
620    generate electricity and the proposed PAD is an obstacle to achieve this much needed goal.

**Signature**

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Signed this 28th day of April 2023, in Mayagüez, Puerto Rico,

Agustín Alexi Irizarry-Rivera, Ph.D., P.E.

.

621    **XI.    Expert Witness Background**

622

623    Agustín A. Irizarry-Rivera obtained his bachelor, Magna Cum Laude, at Universidad de Puerto

624    Rico Mayagüez (UPRM) (1988), masters at University of Michigan, Ann Arbor (1990) and Ph.D.

625    at Iowa State University, Ames (1996) all in electrical engineering. Since 1997 he has been

626    Professor at the Electrical and Computer Engineering (ECE) Department UPRM where he teaches

627    graduate and undergraduate courses such as: Electric Systems Analysis, Fundamentals of Electric

628    Power Systems, Power System Analysis, Electric Machines, Electrical Systems Design, Advanced

629    Energy Conversion, Power Systems Dynamics and Control and Transmission and Distribution

630    Systems Design.

631

632    He has been elected member of the Electrical and Computer Engineering Department Personnel

633    Committee and the School of Engineering Personnel Committee in three occasions and has served

634    as President of both Committees twice. He has been elected Academic Senator to represent the

635    School of Engineering in the Academic Senate. Dr. Irizarry-Rivera has served as Assistant Dean

636    of Academic Affairs and Associate Director for Academic Affairs of the Electrical and Computer

637    Engineering Department at UPR Mayagüez.

638

639    Dr. Irizarry-Rivera conducts research in the topic of renewable energy and how to adapt the

640    existing power grid to add more of these resources in our energy portfolio. He had a research

641    internship at Plataforma Solar de Almería, Tabernas, Spain from 2008 to 2009 to study

642    concentrated solar thermal systems. He contributed to the development of dynamic models to

643    simulate the interaction between these plants and the electric grid. He has served as Consultant on

644    renewable energy and energy efficiency projects to Puerto Rico's Government agencies,

645    municipalities, private developers and consulting firms in and outside Puerto Rico. He has also

646    served as expert witness in civil court cases involving electric hazard, shock or electrocution.

647  Dr. Irizarry-Rivera conducts research in the topic of renewable energy and how to adapt the

648  existing power grid to add more of these resources into our energy portfolio. He had a research

649  internship at Plataforma Solar de Almería, Tabernas, Spain from 2008 to 2009 to study

650  concentrated solar thermal systems. During this research internship he contributed to the

651  development of dynamic models to simulate the interaction between these plants and the electric

652  grid. A few examples of funded research and education projects are:

653

654  **GEARED (Grid Engineering for Accelerated Renewable Energy Deployment) –** (2013-2018) A

655  $929,000 project (UPRM budget out of $6.9 million for the Consortium) to develop and run a

656  Distributed Technology Training Consortium in the Eastern United States, led by the Electric Power

657  Research Institute (EPRI) in collaboration with four U.S. universities (University of Puerto Rico

658  Mayaguez, Georgia Institute of Technology, Clarkson University, University of North Carolina at

659  Charlotte) and seventeen utilities and system operators. The Consortium will leverage utility industry

660  R&D results with power engineering educational expertise to prepare power engineers in

661  management and integration of renewable energy and distributed resources into the grid.

662

663  **Streamlined and Standardized Permitting and Interconnection Processes for Rooftop**

664  **Photovoltaic (PV) in Puerto Rico** (2012-2013) (Investigator) A $301,911 project sponsored by the

665  US Energy Department that seeks to improve the PV energy market of rooftop systems up to 300 kW

666  in Puerto Rico. The project strives to create not only a standardized framework for PV deployment,

667  but also streamlined: organized, lean permitting and interconnection processes where most residential

668  and small commercial PV systems can be installed safely and quickly.

669

670  **Design of a Renewable Energy Track within the Electrical Engineering Program at Universidad**

671  **APEC, Dominican Republic** (2011-2012) A $29,000 award to design a Renewable Energy Track

672  within the existing Electrical Engineering Program of UNAPEC.

673  **IGERT: Wind Energy Science, Engineering and Policy (WESEP)** (2011-2015) A $171,600 sub-
674  award from Iowa State University, the lead Institution, to fund master students doing research in wind
675  technology, science, and policy as they relate to accomplishing three objectives: (a) increase the rate
676  of wind energy growth; (b) decrease the cost of wind energy; and (c) extend penetration limits.

677

678  **Achievable Renewable Energy Targets For Puerto Rico's Renewable Energy Portfolio**
679  **Standard** (2007-2009) A $327,197 project sponsored by the Puerto Rico Energy Affairs
680  Administration (Administración de Asuntos de Energía), to produce an estimate, based in realistic
681  boundaries and limitations, of renewable energy available in Puerto Rico for electricity production.
682  The renewable energy resources studied were: biomass - including waste-to-energy, micro hydro,
683  ocean - waves, tides, currents and ocean thermal, solar - photovoltaic and solar thermal, wind – utility
684  as well as small wind, and fuel cells. The purpose of producing these estimates was to establish
685  adequate targets, as a function of time, for Puerto Rico's Renewable Portfolio Standard.

686

687  **Colegio San Ignacio - Ejemplo de Sostenibilidad** (2007-2008) A $73,332 project to match the
688  energy needs of Colegio San Ignacio with its available renewable energy sources. Demonstration
689  projects with a strong educational component were designed for the School with the participation of
690  the School Faculty and students.  The philosophy of the program was of sustainable development.

691

692  **Programa Panamericano de Capacitación en Ingeniería de Potencia Eléctrica** (2006-2008) A
693  $97,370 educational project to deliver a Web-broadcast master program in electric power engineering
694  to engineers at UNAPEC University in the Dominican Republic. Courses in this program responded
695  to the reality and necessities of the Dominican Republic electric power industry and were aimed for
696  sustainable development.

**Caguas Sustainable Energy Showcase, Phase I** (2006-2007) A $90,055 project sponsored by the Municipality of Caguas, Puerto Rico to assess the current electric energy consumption profile, by sector; residential, commercial, industrial and governmental, of Caguas and to propose achievable goals (percentages of demand), by sector, to be satisfied using renewable energy sources.

**Intelligent Power Routers for Distributed Coordination in Electric Energy Processing Networks** (2002-2005) A $499,849 project sponsored by the National Science Foundation (NSF) and the Office for Naval Research (ONR) to develop a model for the next generation power network using a distributed concept based on scalable coordination by an *Intelligent Power Router* (IPR). Our goal was to show that by distributing network intelligence and control functions using the IPR, we will be capable of achieving improved survivability, security, reliability, and re-configurability. Our approach builds on our knowledge from power engineering, systems, control, distributed computing, and computer networks.

He has served as Consultant on renewable energy, energy efficiency and electric grid performance and operation to Puerto Rico's Government agencies, municipalities, private developers and consulting firms in and outside Puerto Rico. He has also served as expert witness in civil court cases involving electric hazard, shock or electrocution.

He is author or coauthor of over 50 refereed publications including two book chapters (see complete list in the CV section). A licensed professional engineer in Puerto Rico since 1991 and member of IEEE he has organized local and international conferences such as the Tenth International Conference on Probabilistic Methods Applied to Power Systems (PMAPS 2008) in Rincón, Puerto Rico. PMAPS Conferences provide a regular forum for engineers and scientists worldwide to interact around the common theme of power engineering decision problems under uncertainty.

723   Dr. Irizarry-Rivera has received several awards and honors: **Distinguished Engineer 2013** from

724   Puerto Rico's Professional Engineers Society (CIAPR) and **Distinguished Electrical Engineer 2005**

725   from the Electrical Engineering Institute of CIAPR in recognition of services rendered to the

726   profession and outstanding professional achievements in electrical engineering, the **2009**

727   **Distinguished Alumni Award** from UPRM Alumni Association, the **2004 Professional Progress in**

728   **Engineering Award** from Iowa State University, in recognition of outstanding professional progress

729   and personal development in engineering as evidenced by significant contributions to the theory and

730   practice of engineering, distinguished service rendered to the profession, appropriate community

731   service, and/or achievement in a leadership position and the 2003-2004 ECE **Outstanding Faculty**

732   **Award** from UPRM's School of Engineering.

733

734   In May 2012 he was elected, by the consumers, to the Board of Directors of the Puerto Rico

735   Electric Power Authority, in the first election of this kind in Puerto Rico, to represent the interests

736   of consumers. He was President of the Board's Audit Committee and an active member of the

737   Engineering and Infrastructure, Legal and Labor Affairs and Consumer's Affairs Committees. In

738   2013 Board Members elected him Vice President of the Board and he served in this capacity until

739   September 2014 when his term expired.

740

741   He is Member of the Board of Directors, in the Interest of Consumers, of PREPA Holdings, LLC, a

742   company registered in Delaware, whose sole owner is PREPA. PREPA Holdings owns PREPANET

743   a communications network infrastructure provider that uses an optical network platform in Puerto

744   Rico to provide wholesale telecommunication services.

745

746   Dr. Irizarry Rivera is being paid $150 per hour for his services in this case.

747   **XII.    Expert Witness CV**

748      Please refer to attached CV **(Exhibit 2).**