# Exhibit 1

| | Location ID | Total Cost | Plant Size kW | Effective kW | Storage Tech* | Storage Size kWh | Storage kWh | Annual Producttion kWh | COE con Batts cents/kWh | COE no Batts cents/kWh |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P1 | $8,704.00 | 1.98 | 1.78 | 0.50 | 9.25 | 4.63 | 65,043 | $0.134 | $0.090 |
| 2 | P2 | $11,350.00 | 2.20 | 1.98 | 0.50 | 15.12 | 7.56 | 72,270 | $0.157 | $0.101 |
| 3 | P4 | $16,890.00 | 3.84 | 3.46 | 0.50 | 17.28 | 8.64 | 126,144 | $0.134 | $0.098 |
| 4 | P7 | $12,600.00 | 2.40 | 2.16 | 0.50 | 18.00 | 9.00 | 78,840 | $0.160 | $0.101 |
| 5 | P19 | $13,915.77 | 3.40 | 3.06 | 0.50 | 17.30 | 8.65 | 111,690 | $0.125 | $0.084 |
| 6 | P22 | $13,916.00 | 3.42 | 3.08 | 0.50 | 17.30 | 8.65 | 112,347 | $0.124 | $0.084 |
| 7 | P23 | $29,894.00 | 6.75 | 6.08 | 0.50 | 28.80 | 14.40 | 221,738 | $0.135 | $0.104 |
| 8 | P33 | $8,950.00 | 2.30 | 2.07 | 0.50 | 8.64 | 4.32 | 75,555 | $0.118 | $0.082 |
| 9 | P37 | $12,563.00 | 3.20 | 2.88 | 0.50 | 8.64 | 4.32 | 105,120 | $0.120 | $0.093 |
| 10 | P40 | $12,145.12 | 3.20 | 2.88 | 0.50 | 8.64 | 4.32 | 105,120 | $0.116 | $0.089 |
| | Ave | $14,092.789 | 3.3 | | | 14.9 | 7.4 | 107,387 | $0.132 | $0.093 |
| | Max | | | | | | | | $0.160 | $0.104 |
| | Min | | | | | | | | $0.116 | $0.082 |

| | Location ID | Total Cost | Plant Size kW | Effective kW | Storage Tech* | Storage Size kWh | Storage kWh | Annual Producttion kWh | COE con Batts cents/kWh | COE no Batts cents/kWh |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | P10 | $40,529.00 | 5.60 | 5.04 | 0.80 | 28.80 | 23.04 | 183,960 | $0.220 | $0.143 |
| 2 | P23 | $31,816.00 | 6.75 | 6.08 | 0.80 | 19.20 | 15.36 | 221,738 | $0.143 | $0.097 |
| 3 | P25 | $28,000.00 | 6.08 | 5.47 | 0.80 | 15.00 | 12.00 | 199,728 | $0.140 | $0.098 |
| 4 | P26 | $28,950.00 | 5.60 | 5.04 | 0.80 | 14.40 | 11.52 | 183,960 | $0.157 | $0.116 |
| 5 | P28 | $24,900.00 | 3.96 | 3.56 | 0.80 | 19.20 | 15.36 | 130,086 | $0.191 | $0.112 |
| 6 | P32 | $26,950.00 | 3.80 | 3.42 | 0.80 | 28.80 | 23.04 | 124,830 | $0.216 | $0.102 |
| 7 | P35 | $27,327.68 | 6.40 | 5.76 | 0.80 | 19.20 | 15.36 | 210,240 | $0.130 | $0.081 |
| 8 | P45 | $33,700.00 | 7.20 | 6.48 | 0.80 | 28.80 | 23.04 | 236,520 | $0.142 | $0.082 |
| 9 | P46 | $31,076.00 | 7.20 | 6.48 | 0.80 | 15.00 | 12.00 | 236,520 | $0.131 | $0.096 |
| 10 | P49 | $33,700.00 | 7.20 | 6.48 | 0.80 | 14.40 | 11.52 | 236,520 | $0.142 | $0.110 |
| | Ave | $29,602.19 | 6.0 | | | 19.3 | 15.5 | 197,794 | $0.155 | $0.099 |
| | Max | | | | | | | | $0.216 | $0.116 |
| | Min | | | | | | | | $0.130 | $0.081 |