IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administrated) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administrated) |

**MOTION SUBMITTING EXPERT WITNESSES' REPORT**

TO THE HONORABLE COURT:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COMES NOW, Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico (ICSE), as party in interest pursuant to 11 U.S.C. §1109(b), through its undersigned attorney and before this Honorable Court very respectfully states and prays:

1. The Court calendar provided for the filing of Expert Witnesses Report today, April 27, 2023.

2. The Expert Witnesses report of Dr. Ramón Cao and Attorney Ramón Luis Nieves, previously notified as expert witnesses, is herewith included.

WHEREFORE, it is requested from this Honorable Court to receive the Expert Witnesses Report.

WE HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

In San Juan, Puerto Rico, this 28th day of April 2023.

Respectfully submitted.

/s/FERNANDO E. AGRAIT

FERNANDO E. AGRAIT
USDC 127212
EDIFICIO CENTRO DE SEGUROS
701 AVENIDA PONCE DE LEON
OFICINA 414
SAN JUAN, PUERTO RICO 00907
TEL. 787-725-3390/3391
FAX 787-724-0353
EMAIL: agraitfe@agraitlawpr.com