**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On March 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the (1) Supplemental Five Hundred Fiftieth Omnibus Service List attached hereto as **Exhibit A**; and (2) Supplemental Five Hundred Fifty-First Omnibus Service List attached hereto as **Exhibit B**:

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit C**.

On March 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Marianne Torres Torres, Juan Lourido Dume y la Sociedad de Ganancia les Compuesto por ambos Landron Vera LLC, (ADRID:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

3041757), Luis A. Rodriguez Munoz, Esq., 1610 Ave Ponce De Leon, Ste 2, San Juan, PR, 00909-4401:

- Omnibus Objection Notice (Reclassified Amount), customized for each party, a blank copy of which is attached hereto as **Exhibit D**.

On March 14, 2023, at my direction and under my supervision, employees of Kroll caused a Spanish language version of the following document to be served via First Class Mail on Bermudez, Longo, Diaz-Mosso, LLC, (ADRID: 1547683), Faccio & Pabon Roca Law Offices, Villa Nevarez, 308 Calle 32, San Juan PR 00927-4721:

- Notice of (A) Entry of Order Confirming Modified Fifth Amended Title III Plan of Adjustment of the Puerto Rico Highways and Transportation Authority Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date. [Docket No. 22999]

On March 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Cooperativa de Seguros Multiples de Puerto Rico (ADRID: 3020490), Hector E. Valdes Ortiz, Esq., 38 Nevárez Street, San Juan, PR, 00927:

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit E**.

On March 15, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Cooperativa de Seguros Multiples de Puerto Rico, (ADRID: 3064762), Hector E. Valdes Ortiz, Esq., 38 Calle Nevarez, San Juan, PR, 00926

- Omnibus Objection Notice (Reclassified Amount), customized for each party, a blank copy of which is attached hereto as **Exhibit F**.

On March 16, 2023, at my direction and under my supervision, employees of Kroll [Pages 1-4], a copy of which is attached hereto as **Exhibit G**

- Fifteenth Administrative Reconciliation Status Notice, customized per claim, a blank copy of which is attached hereto as **Exhibit H**.

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Master Service List attached hereto as **Exhibit I**:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Fourth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Unresponsive Acr Claims (Ecf No. 21760) [Docket No. 23415]

2

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Melendez, Karla M., (ADRID: 3392823), at an address that is being redacted in the interest of privacy:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Fifth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Unresponsive Acr Claims (Ecf No. 21761) [Docket No. 23416]

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Olma Matias, Malda I., at an address that is being redacted in the interest of privacy:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Ninth Omnibus Objection (Substantive) Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Unresponsive Acr Claims (Ecf No. 21765) [Docket No. 23420]

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Rivera Rivera, Ramon, at an address that is being redacted in the interest of privacy:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Tenth Omnibus Objection (Substantive) Of The Puerto Rico Highways And Transportation Authority, Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And Puerto Rico Public Buildings Authority To Unresponsive Acr Claims (Ecf No. 21766) [Docket No. 23421]

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Master Service List attached hereto as **Exhibit J**:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Twenty-Ninth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Duplicate And No Liability Bond Claims (Ecf No. 22262) [Docket No 23363]

On March 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Aurelius Capital Master, Ltd., (ADRID: 3447314) c/o Aurelius Capital Management, LP, Attn: Dan Gropper, 3825 PGA Blvd Ste 205, Palm Beach Gardens FL 33410-2987:

- Notice Of Presentment Of Proposed Order Granting The Five Hundred Thirtieth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Partial Duplicate, Deficient, No Liability, And Incorrect Debtor Bond Claims (Ecf No. 22263) [Docket No 23373]

Dated: April 11, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 11, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 67569, 67826, 67974, 67980, 67979, 68049, 68050

**<u>Exhibit A</u>**

Exhibit A

Supplemental Five Hundred Fiftieth Omnibus Service List
Served via first class mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 333404 | Asociación de Empleados Gerenciales de la Autoridad de Energía Eléctrica (AEG-AEE) | López Rivera, Luz Marixibelle | Edif. San Alberto | #605 Ave. Condado | Oficina 500 | Santurce | PR | 00908 |
| 2866713 | Bazley, Marilyn | Address on File | | | | | | |
| 2887439 | Massachusetts Mutual Life Insurance Company | c/o Barings LLC | Attn: Steven J. Katz | 1295 State Street, MIP B340 | | Springfield | MA | 01111 |
| 2914425 | Raymond Scully Trust UAD 11/16/94 Brian Scully and Mona Scully-Smith TTEES AMD 08/29/08 | Address on File | | | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

Exhibit B

Supplemental Five Hundred Fifty-First Omnibus Service List
Served via first class mail

| AddressID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 3025122 | Saul And Theresa Esman Foundation | Address on File | | | | |
| 2870427 | United Insurance Co. | Robert Connelly, Analyst | 4956 North 300 West # 101 | Provo | UT | 84604-5880 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                        Page 1 of 1

**Exhibit C**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS**
**ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES**
**SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit D</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| | | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
|---|---|
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| | | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
|---|---|---|---|---|---|---|---|
| NOMBRE | CLAIM # | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
|---|---|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit E</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| Treatment: | **Claim to be Disallowed** |  |  |  |
| Reason: |  |  |  |  |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| Tratamiento: | **Reclamo a ser desestimado** |  |  |  |
| Base para: |  |  |  |  |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit F</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | MODIFIED AND ALLOWED | | |
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Treatment: | Reclassify |
|---|---|
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Treatment: | Reclasificar |
|---|---|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objección global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Exhibit G**

SRF 66754-67980

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**FIFTEENTH ADMINISTRATIVE CLAIMS RECONCILIATION STATUS NOTICE**

To the Honorable United States District Judge Laura Taylor Swain:

1.      On March 12, 2020, this Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order").  The ACR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve

certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims

(each as defined in the ACR Order) using the Debtors' existing administrative reconciliation

processes ("Administrative Claims Reconciliation") in accordance with the procedures contained in

Exhibit A to the ACR Order (the "ACR Procedures").

2.        Pursuant to Paragraph 5 of the ACR Procedures, the Debtors hereby respectfully

submit their *Fifteenth Administrative Claims Reconciliation Status Notice*, attached hereto as Exhibit

A (the "Fifteenth ACR Status Notice"). The Fifteenth ACR Status Notice provides an update to the

Court regarding the status of claims transferred into the ACR Procedures.[2] *See* ACR Procedures at

¶ 5. Please note that unless otherwise stated, any ACR Designated Claims marked as "resolved" in

the Debtors' *First Administrative Claims Reconciliation Status Notice* [ECF No. 14515], *Second

Administrative Claims Reconciliation Status Notice* [ECF No. 15367], *Third Administrative Claims

Reconciliation Status Notice* [ECF No. 15812], *Fourth Administrative Claims Reconciliation Status

Notice* [ECF No. 16322], *Fifth Administrative Claims Reconciliation Status Notice* [ECF No. 15086],

*Sixth Administrative Claims Reconciliation Notice* [ECF No. 17659], *Seventh Administrative Claims

Reconciliation Status Notice* [ECF No. 18363], *Eighth Administrative Claims Reconciliation Status

Notice* [ECF No. 19381], *Ninth Administrative Claims Reconciliation Status Notice* [ECF No. 19945],

*Tenth Administrative Claims Reconciliation Status Notice* [ECF No. 20461], *Eleventh Administrative

Claims Reconciliation Status Notice* [ECF No. 21048], or *Twelfth Administrative Claims

Reconciliation Status Notice* [ECF No. 21599], *Thirteenth Administrative Claims Reconciliation

Status Notice* [ECF No. 22367], or *Fourteenth Administrative Claims Reconciliation Status Notice*

---

[2] Pursuant to the ACR Order, the Debtors have filed twenty-eight notices transferring claims into Administrative Claims Reconciliation (as defined in the ACR Order), (collectively, the "ACR Transfer Notices"), and have transferred approximately 45,193 claims (collectively, the "ACR Designated Claims"), into Administrative Claims Reconciliation.

[ECF No. 22901] are not separately listed in this Fifteenth ACR Status Notice.

    3.    The Debtors shall serve copies of this notice upon the claimants associated with the

ACR Designated Claims listed in Exhibit A and upon the Master Service List (as defined by the

*Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]). This

notice is also available on the Debtors' case website at https://cases.ra.kroll.com/puertorico.

Dated: January 20, 2023
    San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Laura Stafford (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and*

*Transportation Authority, Employees
Retirement System of the Government of the
Commonwealth of Puerto Rico, Puerto Rico
Electric Power Authority, and Puerto Rico
Public Buildings Authority*

**Exhibit H**

Fifteenth Administrative Reconciliation Status Notice

| Claim Number | Type of Claim (Pension/Retiree, Tax Refund, Public Employee, Grievance) | Date Transferred into ACR | Responsible Agency | Claim Review Started? (Y/N) | Explanation for Delay in Review (Over 60 Days) | Complete Administrative File? (Y/N) | Initial Determination Complete? (Y/N) | Explanation for Initial Determination Extension (Beyond 90 Days) | Claimant Appeal from Initial Determination? (Y/N) | Status of Appeal | ACR Claim Resolved? (Y/N) | Date of Resolution | Payment Date, if applicable (within 120 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

To view the Debtors' full Fifteenth Administrative Reconciliation Status Notice, please visit
https://cases.ra.kroll.com/puertorico/.  To obtain an electronic or hard copy of the Fifteenth Administrative
Reconciliation Status Notice, please contact Kroll Restructuring at (844) 822-9231 (toll Free for the U.S. and Puerto Rico) or (646) 486-7944
(for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email puertoricoinfo@ra.kroll.com.

**Exhibit I**

Exhibit I

Notice Parties Service List
Served via First Class Mail

| AddressID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 460874 | Marrero Ortiz, Miguel Angel | PO Box 2011 | San Sebastian | PR | 00685 |
| 3772486 | Melendez Ramirez, Karla M. | 888 Orchid Grove Blvd | Davenport | FL | 33837-9050 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit J</u>**

Exhibit J

Affected Claimants Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|-----------|------|----------|----------|----------|------|-------|-------------|
| 2981653 | Nuveen Maryland Quality Municipal Income Fund, a Massachusetts business trust | c/o Arent Fox LLP | Attn: David L. Dubrow, Esq. | 1301 Avenue of the Americas, 42nd Floor New York | New York | NY | 10019 |
| 3006434 | Nuveen Multistate Trust IV - Nuveen Kansas Municipal Bond Fund, a Massachusetts Business Trust | Arent Fox LLP | David Dubrow | 1301 Avenue of the Americas, 42nd Floor | New York | NY | 10019 |
| 4052308 | OppenheimerFunds, Inc. and OFI Global Institutional, Inc. on behalf of funds and/or accounts managed or advised by them | Richard Stein c/o OppenheimerFunds, Inc. | Two Peachtree Pointe | 1555 Peachtree Street, NE, Suite 1800 | Atlanta, | GA | 30309 |
| 2980769 | SPDR Series Trust - SPDR Nuveen S&P High Yield Municipal Bond ETF, a Massachusetts Business Trust | Arent Fox LLP | David Dubrow | 1301 Avenue of the Americas, 42nd Floor | New York | NY | 10019 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)