UNITED STATES DISTRICT COURT
For THE DISTRICT oF PUERTO RICO

In re:

THE Financial OVERSIGHT and MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH oF PUERTO RICO et al...

DEBTORS

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 APR 28 PM 6:12

Informative Motion and petition of remedy:

To the Honorable Court:

Appear Josué Torres Santiago, how petitioner, in his own right, in forma pauperis and very respectfully Exposes, Allege and request's:

1.) How in, concerning of order 230111, Ord Re Torres Santiago Mots, that this Honorable Court or Judge dictation for them debtors subjugate Status Report before February 21, 2023, How the petitioner Not receipt Notification for expire with order.

2.) How the petitioner for Motion a court where continue Motionless the complain against them debtors case civil No. 16-CV-3189(D.P.R.) and Civ. No. 15-CV-1840(D.P.R.), and concerning that enclosed Copy of Resolution of the court. (Attached #1).

3.) How the petitioner very respectfully be cause of apparent Noncompliance of debtor envelope the order of this Honorable Judge, then, provide

a remedy or order under **penalty** to the debtors, in **accordance** with federal procedure Rules, how the debtors answer the order of court, with before nouns other pronunciation coming from in right and Justice.

4.) How for the access to the Honorable court, from inside prison the existence of Limitation, a Traslator, for preparation and present this motion, in English Language so much, solicitous and plea this Honorable Judge consideration or error assignments.

for all of wich, The Honorable Court is very respectfully requested and begged, that after the rigorous procedures, conclude this Motion with admissbility with any other Pronouncement that is appropiate in Law and Justice.

Respectfully himself Solicitous this Honorable Court Notify this motion an the Part.

Respectfully Today April, 12, 2023, in Ponce P.R..

Josué Torres Santiago
Inst. Corr. Ponce-1000 3L-212
3699 Ponce by Pass
Ponce P.R. 00728-1500