***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 3/27/2023 at 5:37 PM AST and filed on 3/27/2023
**Case Name:**    Tores-Santiago v. Administracion. de Correcion y Rehabilitacion et al
**Case Number:**    3:16-cv-03189-PAD
**Filer:**
**WARNING: CASE CLOSED on 02/11/2019**
**Document Number:** 42(No document attached)

**Docket Text:**
ORDER: Denying [41] "Informative Motion and Concern of Order Agreement of the Procedure Rules in Federal Civil." From what the court can gather, plaintiff is seeking to enforce compliance with an order from the bankruptcy court in Case No. 17-bk-3283. However, this court does not have jurisdiction over those proceedings. Plaintiff shall seek any relief related to the bankruptcy court's orders in Case No. 17-bk-3283. Signed by Judge Pedro A. Delgado-Hernandez on 3/27/2023. (FAR)