SAN JUAN PR 009 PM 1 L
20 APR 2023

Josué Torres Santiago
Inst. Corr. Ponce-1000
3L-212
3699 Ponce by Pass
Ponce, P.R. 00728-1500

CLERK's Office
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
San Juan, P.R. 00918-1767

00918-11767

2023 APR 28 PM 12:19

RECEIVED AND FILED
CLERK'S OFFICE USDC PR