# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al., Debtors | PROMESA Title III **Case No. 17 BK 3283-LTS** |
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY, Debtor | PROMESA Title III Case No. 17 BK 4780-LTS |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

COMES NOW, PV Properties, Inc. ("PV Properties"), through the undersigned counsel, and respectfully informs the Court that on this date PV Properties forwarded to the Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Electric Power Authority, its Interrogatories and Request for Production of Documents, through its counsel, Hermann D. Bauer, Esq. to his email address: hermann.bauer@oneillborges.com

**WHEREFORE**, it is respectfully requested that the Court take notice of the above.

San Juan, Puerto Rico this 2nd day of May 2023

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

| *s*/**Fernando E. Agrait** | *s*/**Charles A. Cuprill-Hernandez** |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |