# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Fifty-Fifth Omnibus Objection**

## Five Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COTTO CASTRO, PABLO J.<br>HC 2 BOX 6281<br>GUAYANILLA, PR 00656-9708 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114498 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CRUZ LAFONTAINE, JUAN M.<br>15 FIGERAS<br>JAYUYA, PR 00664 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30885 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CRUZ NUNEZ, FRANCISCO<br>PO BOX 526<br>BAJADERO, PR 00616-0526 | 03/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2872 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | CRUZ SANCHEZ, RUBEN D.<br>PO BOX 346<br>ARROYO, PR 00714 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71402 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | FAS RAMIREZ, JOSUE<br>URB. MARTY BUZON #3<br>CABO ROJO, PR 00623 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46281 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz").  However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, the claimant is not a named plaintiff in either litigation, and there is therefore no basis for the claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | FIGUEROA ORTIZ, MARIA D<br>P O BOX 826<br>YABUCOA, PR 00767 | 05/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16121 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | GONZALEZ ZAYAL, RAFAEL<br>URB. ESTANCIA DEL MAYORAL<br>CALLE COUBERAL BUZON 12106<br>VILLALBA, PR 00766 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 165332 | $17,000.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | MONTALVO CASTRO, FERNANDO<br>1542 AVE MIRAMAR<br>ARECIBO, PR 00612 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15477 | $40,000.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ORTIZ SANTIAGO, SAMUEL<br>HC 1 BOX 4336<br>AIBONITO, PR 00705 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5390 | $1,072.00* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, the claimant is not a named plaintiff in either litigation, and there is therefore no basis for the claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

# Five Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | OTANO HERNANDEZ, ANGEL<br>HC 01 BOX 4146<br>LARES, PR 00669 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24439 | $30,000.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón").  However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | PINTO GONZALEZ, ALFREDO<br>303 CALLE VEREDA DEL PRADO<br>URB. LOS ARBOLES<br>CAROLINA, PR 00987 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140364 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | QUINONES PINTO, ANGEL G<br>BO LAS DOLORES<br>263 CALLE COLOMBIA<br>RIO GRANDE, PR 00745 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5731 | $85,813.91* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Fifty-Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | RIVERA MARRERO, JOSE R<br>URB COUNTRY CLUB<br>877 CALLE HYPOLIAS<br>SAN JUAN, PR 00924 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41805 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Francisco Beltrán Cintrón et al. v. Puerto Rico Department of Family Affairs, Case No. KAC-2009-0809 ("Beltrán Cintrón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 179140 and 93199, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Beltrán Cintrón.

Claim #41805 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ROSARIO COLLAZO, SILVERIO J.<br>RES. FERNANDO LUIS GARCIA<br>EDI. 27 APT. 195<br>UTUADO, PR 00641 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33388 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | VALENTIN TORRES, JULIO ANGEL<br>URB. RIO CRISTAL C/ ROBERTO COLE 520<br>MAYAGUEZ, PR 00680 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15400 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Juan Pérez Colón et al. v. Puerto Rico Department of Transportation & Public Works, Case No. KAC1990-0487 ("Pérez Colón") and Jeannette Abrams Diaz et al. v. Department of Transportation & Public Works, Case No. KAC-2005-5021 ("Abrams Diaz"). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, the claimant is not a named plaintiff in either litigation, and there is therefore no basis for the claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in either litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Pérez Colón and Abrams Diaz litigations.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Fifty-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | VAZQUEZ MARTINEZ, MITCHELL<br>CANA<br>DD-1 CALLE 29<br>BAYAMON, PR 00957 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35228 | $223,200.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 ("Acevedo Camacho").  However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor.  Further, even if Claimant were in fact a plaintiff in that litigation, the claim would be duplicative of Claim nos. 32044 and 103072, the master proof of claims filed on behalf of all plaintiffs associated with the litigation captioned Acevedo Camacho.

|  |  |
|---|---|
| TOTAL | $397,085.91* |

*Indicates claim contains unliquidated and/or undetermined amounts