# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixtieth Omnibus Objection**

Five Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALICEA, JENNIFER<br>PO BOX 363901<br>SAN JUAN, PR 00936-3901 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19589 | $139,968.58 |

Reason: Information provided states that the claim is related to case SJ2020CV06210, which was withdrawn by the creditor on 02/25/2022.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | BATISTA SERRANO, ENID M.<br>HC-01 BOX 1070-M<br>ARECIBO, PR 00612 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 126174 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

Claim #126174 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | CAPPA DELGADO, NANCY<br>P.O. BOX 336433<br>PONCE, PR 00733-6433 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 74612 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | COLON MALDONADO, CARMEN G<br>CALLE 3 H-3 FOREST HILL<br>BAYAMON, PR 00959 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80160 | $3,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD<br>SUITE 420<br>LAKE WORTH, FL 33467 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20364 | $1,500.00* |

Reason: Proof of claim purports to assert liability on the basis of case number ISCI-2015-1067, but the case has since been withdrawn by the claimant and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8461 LAKE WORTH ROAD, SUITE 420<br>LAKE WORTH, FL 33467 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24242 | $8,038.90 |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |
| 7 | DAT@ACCESS COMUNICATIONS INC.<br>HÉCTOR FIGUEROA-VINCENTY<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34656 | $63,000.00 |
| | Reason: Invoice(s) totaling $15,750.00 were paid via EFT 00048329 on 08/14/2017. Additionally, proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $47,250.00 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 8 | GUZMAN CORTES, CARMEN<br>BO MORA GUERRERO<br>BUZON 289 CALLE 7<br>ISABELA, PR 00662 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115088 | $2,400.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability. | | | | | |
| 9 | LOPEZ RIVERA, MARIA DEL C.<br>APARTADO 957<br>VILLALBA, PR 00766 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94315 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Sixtieth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | MENDEZ PEREZ, GEORGINA<br>URB COLINAS<br>G 4 CALLE 6<br>YAUCO, PR 00698 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 150864 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| 11 | ORTIZ ORTIZ, MARGARITA R<br>RR 2 BOX 7104<br>GUAYAMA, PR 00784 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147932 | $12,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| 12 | PEREZ RODRIGUEZ, MARIBEL<br>PUEBLO NUEVO C # 22<br>YAUCO, PR 00698 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81136 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| 13 | PEREZ TORRES, ELIZABETH<br>URB. SANTA ELEANA 2<br>B-16 CALLE ORIQUIDEA<br>GUAYANILLA, PR 00656 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93765 | $10,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

| 14 | ROBLES RODRIGUEZ, CARLOS LUIS<br>BO LOS CROABAS CARR 987<br>HC67 BOX 21591<br>FAJARDO, PR 00738 | 09/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170820 | $13,800.00 |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2003-00282, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixtieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | ROBLES RODRIGUEZ, RODOLFO<br>HC 67 BOX 21591<br>BO LAS CROABAS CARR 987<br>FAJARDO, PR 00738-9499 | 09/20/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 170834 | $16,200.00 |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2003-00282, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RODRIGUEZ LEON, RUTH I<br>6602 DOREL STREET<br>PHILADELPHIA, PA 19142 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 73329 | $11,498.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | RODRIGUEZ RAMOS, ISMAEL<br>6 NOBLEZA V. ESPERANZA<br>CAGUAS, PR 00727 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63539 | $8,594.09* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | ROSADO MORALES, AYMEE DEL C.<br>YADIRA ADORNO DELGADO<br>1605 AVE. PONCE DE LEON STE 600<br>SAN JUAN, PR 00909 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46213 | $1,350,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FBCI-2010-01417, but the case has since been dismissed and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | TOLEDO TORRES, JULYSBETTE D.<br>PO BOX 1989<br>HATILLO, PR 00659 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65152 | $1,500.00 |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-4295, but the case has since been dismissed and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Sixtieth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 20 | TORRES ROSADO, JULIO<br>PO BOX 100   43 CIDRA, PUERTO RICO 00739<br>CIDRA, PR 00739 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54400 | $12,375.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-00542, but a judgment has since been issued withdrawing the claimant from the case. Therefore, there is no further basis for liability. | | | | | |
| 21 | URBINA REYES, GLORIMAR<br>URB L'ANTIGUA CALLE 4 VIA PARIS LH-105<br>TRUJILLO ALTO, PR 00976 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18424 | $61,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of an arbitration proceeding against the Commonwealth regarding accrued but unpaid wages and/or pension, but the administrative case is closed, and no amounts were owed as part of the resolution. Additionally, Proof of Claim asserts liability on the basis of a tax refund. The records of the Department of Treasury show such refund has been paid in full. | | | | | |
| | | | | | TOTAL | $1,714,874.57* |

*Indicates claim contains unliquidated and/or undetermined amounts