## EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Sixty-Second Omnibus Objection**

Five Hundred Sixty-Second Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDUJAR NIEVES, VIVIAN E<br>P.O. BOX 330-306 ATOCHA STATION<br>PONCE, PR 00733-0306 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 105256 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DELGADO RODRIGUEZ, LUZ<br>HC 01 BOX 6558<br>LAS PIEDRAS, PR 00771 | 05/31/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42272 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | PAGAN, EAST J.<br>URB. ISLAZUL<br>3323 CALLE BELIZE<br>ISABELA, PR 00662 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82761 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RAMOS SOTO, DAVID<br>16 ARISTIDES MAISONAVE<br>MOCA, PR 00676 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68979 | Undetermined* |

Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Sixty-Second Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | RIVERA CRUZ, JOHANNA<br>URB. PATIOS DE REXUILLE<br>PC 4 CALLE 21 A<br>BAYAMON, PR 00957 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49599 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 6 | RIVERA QUINONES, EILEEN JANET<br>PO BOX 560244<br>GUAYANILLA, PR 00656 | 05/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13733 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| 7 | SANTIAGO CINTRON, IRMA<br>HC 1 BOX 5280<br>JUANA DIAZ, PR 00795 | 06/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49364 | Undetermined* |
| | Reason: Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | | | |
| | | | | | TOTAL | Undetermined* |

*Indicates claim contains unliquidated and/or undetermined amounts