UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17-BK-3283-LTS<br>(Jointly Administered) |

ORDER GRANTING FIVE HUNDRED SIXTY-THIRD OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO UNLIQUIDATED CLAIMS

Upon the *Five Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims* (Docket Entry No. 23425 in Case No. 17-3283) (the "Five Hundred Sixty-Third Omnibus Objection"),[2] filed by the Commonwealth of Puerto Rico ("Commonwealth" or the "Objecting Debtor"), dated January 27, 2023, for entry of an order liquidating and allowing certain claims filed against the Objecting Debtor, as more fully

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Sixty-Third Omnibus Objection.

set forth in the Five Hundred Sixty-Third Omnibus Objection and supporting exhibits thereto; and

the Court having jurisdiction to consider the Five Hundred Sixty-Third Omnibus Objection and to

grant the relief requested therein pursuant to PROMESA Section 306(a); and venue being proper

pursuant to PROMESA Section 307(a); and due and proper notice of the Five Hundred Sixty-Third

Omnibus Objection having been provided to those parties identified therein, and no other or further

notice being required; and the Court having determined that the claims identified in Exhibit A to

the Five Hundred Sixty-Third Omnibus Objection (the "Unliquidated Claims") should be

liquidated and allowed; and the Court having determined that the relief sought in the Five Hundred

Sixty-Third Omnibus Objection is in the best interest of the Objecting Debtor, its creditors, and all

the parties in interest; and the Court having determined that the legal and factual bases set forth in

the Five Hundred Sixty-Third Omnibus Objection establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Five Hundred Sixty-Third Omnibus Objection is GRANTED

as set forth herein; and it is further

ORDERED that the Unliquidated Claims are liquidated and allowed in the amounts

identified in the columns titled "Modified and Allowed" in Exhibit A to the Five Hundred Sixty-

Third Omnibus Objection; and it is further

ORDERED that Kroll is authorized and directed to designate the Unliquidated

Claims as liquidated and allowed on the official claims registry in the Title III cases; and it is

further

ORDERED that this Order resolves Docket Entry No. 23425 in Case No. 17-3283;

and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: May 2, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge