UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

AMENDED AND RESTATED[2] ORDER GRANTING FIVE HUNDRED FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO DUPLICATIVE BOND CLAIMS

Upon the *Five Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicative Bond Claims* (Docket Entry No. 22737 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This Order amends and restates the *Order Granting Five Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicative Bond Claims* (Docket Entry No. 23752) to reflect PREPA's withdrawal, without prejudice, of the Five Hundred Fiftieth Omnibus Objection as to Proof of Claim Nos. 30888 and 22078. (See Docket Entry No. 23036 in Case No. 17-3283.)

Case No. 17-3283) (the "Five Hundred Fiftieth Omnibus Objection")[3] of the Puerto Rico Electric Power Authority ("PREPA"), dated October 28, 2022, for entry of an order disallowing certain claims filed against PREPA, as more fully set forth in the Five Hundred Fiftieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Fiftieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Fiftieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in Exhibit A hereto (collectively, the "Duplicative Bond Claims") asserting a duplicative claim, as set forth in Exhibit A hereto; and the Court having determined that the relief sought in the Five Hundred Fiftieth Omnibus Objection is in the best interest of PREPA and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Fiftieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Fiftieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Duplicative Bond Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk (now Kroll Restructuring Administration LLC) is authorized and directed to delete the Duplicative Bond Claims from the official claims register in the Title III Cases; and it is further

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Fiftieth Omnibus Objection.

ORDERED that this Order resolves Docket Entry No. 22737 in Case No. 17-3283; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: May 2, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge
