**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA <br><br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA <br><br> Title III <br><br> Case No. 17-4780 (LTS) |

**NOTICE OF APPEARANCE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 et seq., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Corey K. Brady of Weil, Gotshal & Manges LLP hereby enters his appearance in the above-captioned Title III case (the "Title III Case") as counsel to National Public Finance Guarantee Corporation ("National").

**PLEASE TAKE FURTHER NOTICE** that National hereby requests, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, in the Title III Case be given and served upon the following:

**WEIL, GOTSHAL & MANGES LLP**

**Corey K. Brady**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159
Email: corey.brady@weil.com
*Admitted *pro hac vice*

[*Remainder of page intentionally left blank*]

2

| | |
|---|---|
| Dated: May 3, 2023 | Respectfully submitted, |
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| By: */s/ Eric Pérez-Ochoa* | By: */s/ Corey K. Brady* |
| Eric Pérez-Ochoa  USDC-PR No. 206314 | Kelly DiBlasi (admitted *pro hac vice*) Jonathan Polkes (admitted *pro hac vice*) Gregory Silbert (admitted *pro hac vice*) |
| */s/ Luis Oliver-Fraticelli* Luis Oliver-Fraticelli USDC-PR No. 209204 | Robert Berezin (admitted *pro hac vice*) 767 Fifth Avenue New York, New York 10153 Telephone: (212) 310-8000 |
| */s/ Alexandra Casellas-Cabrera* Alexandra Casellas-Cabrera USDC-PR No. 301010 | Facsimile: (212) 310-8007 Email: kelly.diblasi@weil.com jonathan.polkes@weil.com gregory.silbert@weil.com robert.berezin@weil.com |
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** PO BOX 70294 San Juan, PR 00936 Telephone: 787.756.9000 Facsimile: 787.756.9010 Email: epo@amgprlaw.com loliver@amgprlaw.com acasellas@amgprlaw.com | Corey K. Brady (admitted *pro hac vice*) 1395 Brickell Avenue, Suite 1200 Miami, Florida 33131 Telephone: (305) 577-3100 Facsimile: (305) 374-7159 Email: corey.brady@weil.com |
| *Attorneys for National Public Finance Guarantee Corporation* | *Attorneys for National Public Finance Guarantee Corporation* |

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, the 3 day of May, 2023.

By: /s/ *Eric Pérez-Ochoa*