EXHIBIT A[1]

PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY/In Person PR **or** Zoom |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| | Zoom Username (if applicable) | |
| ATTORNEY 2 | Appearance Method | In Person NY/In Person PR **or** Zoom |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| | Zoom Username (if applicable) | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>- In Person – NY<br>- In Person – PR<br>- Zoom<br>Law Firm<br>Email<br>Phone Number | |
| All attorneys who wish to appear in person or by Zoom must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.