**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the April 25 Omnibus Objections Hearing Service List attached hereto as **Exhibit A**:

- Claims to Be Heard at the April 25, 2023 Claim Objection Hearing (the "***Claims to be Heard at April 25 Hearing***")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Figueroa Sierra, Jose A. (ADRID: 42849780), PO Box 2956, Carolina, PR, 00984-2956:

- Notice Of Hearing As To Certain Claims Subject To The Three Hundred Eighty-Seventh Omnibus Objection (Substantive) Of The Puerto Rico Electric Power Authority To Misclassified Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Three Hundred Ninety-Ninth Omnibus Objection Service List attached hereto as **Exhibit B**:

- Notice Of Hearing As To Certain Claims Subject To The Three Hundred Ninety-Ninth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To No Liability Claims Filed By Aeela Members (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Four Hundredth 930 Omnibus Objection Service List attached hereto as **Exhibit C**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundredth Omnibus Objection (Non-Substantive) Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Cross-Debtor Duplicate Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Four Hundred Third 930 Omnibus Objection Service List attached hereto as **Exhibit D**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Third Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Sales Tax Financing Corporation To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Colon Correa, Heriberto (ADRID: 42945530), 1 Via Pedregal Apto 704, Trujillo Alto, PR, 00796:

2

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Fourth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Colon Vega, Irma (ADRID: 4089916), HC 3 Box 15476. Calle Caguax, Juana Díaz, PR, 00795

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Duplicate Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Four Hundred Third 1030 Omnibus Objection Service List attached hereto as **Exhibit E**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Third Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Sales Tax Financing Corporation To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Four Hundred Third 1130 Omnibus Objection Service List attached hereto as **Exhibit F**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Third Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Sales Tax Financing Corporation To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 25 Hearing and the following document to be served via first class mail on the Four Hundred Fourth 1130 Omnibus Objection Service List attached hereto as **Exhibit G**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Fourth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be serve via first class mail on the April 26 Omnibus Objections Hearing Service List attached hereto as **Exhibit H**:

- Claims to Be Heard at the April 26, 2023 Claim Objection Hearing (the "***Claims to be Heard at April 26 Hearing***")

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Fourth 930 Omnibus Objection Service List attached hereto as **Exhibit I**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Fourth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico To Employee Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Cintron Serrano, Marilyn (ADRID: 2942836), Urb San Cristobal I, 257 Calle Reina De Las Flores, Las Piedras, PR, 00771:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Sixth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Duplicate Litigation Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Martinez Garcia, Jorge (ADRID: 3024948), Avenida Santa Juanita, AK-12 Santa Juanita, Bayamon, PR, 00956:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Twelfth Omnibus Objection (Non-Substantive) Of The Puerto Rico Electric Power Authority To Deficient Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Feliciano Rosado, Maria Ivet (ADRID: 5008588), Calle Elena Segarra #154, Sector El Mani, Mayaguez, PR, 00682:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Fourteenth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Public Buildings Authority To Late-Filed Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Twenty Fifth 930 Omnibus Objection Service List attached hereto as **Exhibit J**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Twenty-Fifth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Highways And Transportation Authority To Duplicate Litigation Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Thirty Second 930 Omnibus Objection Service List attached hereto as **Exhibit K**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Thirty-Second Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Claims Asserted Against The Incorrect Debtor (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Vega Zayas, Alberto (ADRID: 4080234), HC 3 Box 15476, Juana Diaz, PR, 00795:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Duplicate Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Thirty Ninth 930 Omnibus Objection Service List attached hereto as **Exhibit L**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Thirty-Ninth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Puerto Rico Highways And Transportation Authority, And The Puerto Rico Public Buildings Authority To Duplicate And No Liability Bond Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Forty Third 1030 Omnibus Objection Service List attached hereto as **Exhibit M**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Forty-Third Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Deficient ADR Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Sanchez Lebron, Miriam (ADRID: 2965871), HC 4 Box 4001, Humacao, PR, 00791-9401:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Forty-Eighth Omnibus Objection (Substantive) Of The Puerto Rico Electric Power Authority To Claims For Which It Is Not Liable (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Fifty Third 1030 Omnibus Objection Service List attached hereto as **Exhibit N**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Fifty-Third Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Highways And Transportation Authority To Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Alamo Cuevas, Jose M. (ADRID: 3792438), Urb. Villa Del Rey 4ta Sec., Calle 5 4L10, Caguas, PR, 00725:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Sixtieth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico, Puerto Rico Highways And Transportation Authority, Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And Puerto Rico Public Buildings Authority To Cross-Debtor Duplicate Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Sanchez Lebron, Miriam (ADRID: 158562), HC 4 Box 4001, Humacao, PR, 00791-8900:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Sixty-Fifth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Puerto Rico Highways And Transportation Authority, And The Puerto Rico Public Buildings Authority To Claims For Which The Debtors Are Not Liable (w/

Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Seventy Fifth 1030 Omnibus Objection Service List attached hereto as **Exhibit O**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Seventy-Fifth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Moreno Soto, Aurelio (ADRID: 3219310), PO Box 1512, San Sebastian, PR, 00685:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Seventy-Sixth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Duplicate Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Four Hundred Eighty Fourth 1030 Omnibus Objection Service List attached hereto as **Exhibit P**:

- Notice Of Hearing As To Certain Claims Subject To The Four Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico And The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Subsequently Amended And Superseded Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Five Hundred Fourteenth 1130 Omnibus Objection Service List attached hereto as **Exhibit Q**:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Fourteenth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Highways And Transportation Authority To Claims For Which The Debtors Are Not Liable (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Five Hundred Eighteenth 1130 Omnibus Objection Service List attached hereto as **Exhibit R**:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Eighteenth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, And The Puerto Rico Highways And Transportation Authority To Claims Asserting Liabilities Owed By Entities That Are Not Title III Debtors (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Rivera Cuevas, Luz Esther (ADRID: 2963062), PO Box 185, Anasco, PR, 00610:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Twenty-Second Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Unliquidated Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Five Hundred Thirty Seventh 1130 Omnibus Objection Service List attached hereto as **Exhibit S**:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Thirty-Seventh Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico And The Puerto Rico Highways And Transportation Authority To Duplicate And No Liability Bond Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on Perez Rodriguez, Maria V (ADRID: 2956103), 400 Katherine Vega Serena, Vega Baja, PR, 00693:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Thirty-Eighth Omnibus Objection (Non-Substantive) Of The Commonwealth Of Puerto Rico To Incorrect Debtor Claims (w/ Spanish version)

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the Claims to be Heard at April 26 Hearing and the following document to be served via first class mail on the Five Hundred Fifty Seventh 1130 Omnibus Objection Service List attached hereto as **Exhibit T**:

- Notice Of Hearing As To Certain Claims Subject To The Five Hundred Fifty-Seventh Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Ricoand The

Employees Retirement System Of The Government Of The Commonwealth Of Puerto
Rico To Deficient Claims (w/ Spanish version)


Dated: April 27, 2023

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York


Subscribed and sworn (or affirmed) to me on April 27, 2023, by Moheen Ahmad, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 68638

**<u>Exhibit A</u>**

Exhibit A

April 25 Omnibus Objections Hearing Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4270265 | Acosta Diaz, Xilma M. | J7 Ave. San Patricio Apt. PH D | | Guaynabo | PR | 00968 |
| 4174766 | Alicea Rivera, Jose | HC2 Box 3668 | | Santa Isabel | PR | 00757 |
| 4253285 | Alvarez Martinez, Keirry del Carmen | 20 Rio Cañas Abajo | | Juana Diaz | PR | 00795 9122 |
| 4261462 | Andino, José Pérez | Calle Cecilio Lebron | 958 Urb. El Comandante | San Juan | PR | 00924 3512 |
| 4272071 | Andino, José Pérez | Puerto Rico Telephone Company | GPO Box 360998 | San Juan | PR | 00936 0998 |
| 4286452 | Bernazard Garcia, Maria del C. | Urb. Santa Elvira | E12 Santa Ana | Caguas | PR | 00725 |
| 4261269 | Burgos, William  Narvaez | C2 Calle 2 Urbanizacion Parque San Miguel | | Bayamon | PR | 00959 4208 |
| 4264393 | Carrasquillo, Carmen D. | 356 Parcelas Blancas | | Cidra | PR | 00739 |
| 4267556 | COLON CORREA, HERIBERTO | COND. MONTECILLO 1 | EDIFICIO 7 APT. BC4 | TRUJILLO ALTO | PR | 00976 |
| 4272835 | COLON CORREA, HERIBERTO | GPO BOX 360 998 | | SAN JUAN | PR | 00936 0998 |
| 4294553 | COLON CORREA, HERIBERTO | 1 VIA PEDREGAL APTO 704 | ENCANTA | TRUJILLO ALTO | PR | 00796 |
| 4087823 | Colon Vega, Irma | HC 3 Box 15476. Calle Caguax | | Juana Díaz | PR | 00795 |
| 4089916 | Colon Vega, Irma | HC 3 Box 15476. Calle Caguax | | Juana Díaz | PR | 00795 |
| 4266824 | COLON, MARTA F. | 1567 New Garden Rd Apt 2E | | Greensboro | NC | 27410 |
| 4271039 | Crispin Santiago, Marina | P.O. Box 987 | | Luquillo | PR | 00773 |
| 4282324 | Cruz Davila, Regina | P.O. Box 8447 | | Humacao | PR | 00792 |
| 4274961 | Diaz de Gonzalez, Doris | E 7 Roble Urb. Arbolada | | Caguas | PR | 00727 |
| 4292125 | Febre Santiago, Lourdes | 5735 Crowntree Ln Apt 208 | | Orlando | FL | 32829 |
| 4284978 | Figueroa Sierra, Jose A. | PO Box 2956 | | Carolina | PR | 00984 2956 |
| 4259045 | Fontanez Vazquez, Rafael A. | HC11 Box 12430 | | Humacao | PR | 00791 |
| 4266139 | Garcia, Alba N. | Calle 75 Blq. 108 #46 | | Villa Carolina | PR | 00985 |
| 4272774 | Heredia Alvarez, Nelson | 103 Calle Caparra | | Cataño | PR | 00962 |
| 4271023 | Hernandez Hernandez, Felicita | Cond. Bayamonte Apt 1805 | | Bayamon | PR | 00956 |
| 2734094 | LANDRAU LUGO, CRUZ V | URB LOMA ALTA | CALLE 13 L6 | CAROLINA | PR | 00984 |
| 4253268 | Lopez Torres, William | Las Flores Apartment H30 Calle 1 Apt #1 | | Juana Diaz | PR | 00795 |
| 4317388 | Marin Jurado, Ana Hilda | HC4 Box 4299 | | Las Piedras | PR | 00771 9212 |
| 4176177 | Marrero Borges, Antonio Juan | HC01 Box 6482 | | Santa Isabel | PR | 00757 |
| 4281742 | Martinez Cole, Yazmin | #30 c/ Juan C. Borbon Apt. 311 | | Guaynabo | PR | 00969 5320 |
| 4198432 | Martinez de Jesus, Elis | Urb Los Angeles | C F D 3 | Yabucoa | PR | 00767 |
| 4270292 | Maysonet, Jose A. | Bo. Campanillas 1022 Calle Trinitaria | | Toa Baja | PR | 00949 3689 |
| 4266656 | Morales Hernandez, Milagros | 1037 Via Playera Camino Del Mar | | Toa Baja | PR | 00949 |

Exhibit A

April 25 Omnibus Objections Hearing Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4174524 | Munoz Cruz, Nelida | HC 2 Box 3656 | | Santa Isabel | PR | 00757 |
| 3513025 | Negron Guzman, Joel | Ext Estoncias del Magon 1 | 101 Calle Vinazo | Villalba | PR | 00766 |
| 4291734 | Nieves Correa, Arleen J. | Urb. Jardines de Gurabo | #148C 6 | Gurabo | PR | 00778 2730 |
| 4271026 | Ortiz Otero, Fredesvinda | 10 Las Rosas Apt 1702 Cond. The Towers Plz. | | Bayamon | PR | 00961 |
| 4290470 | Penos, Salvador  S. Rivera | HC 03 Box 6156 | | Humacao | PR | 00791 |
| 4267079 | Perez Lopez, Wanda I. | 290 Sector Santa Clara | | Cidra | PR | 00739 |
| 4251948 | Rosado Colon, Jacqueline | Urb Sombras del Real | 901 Calle: El Caobo | Coto Laurel | PR | 00780 |
| 4286473 | Santiago Duco, Carmen Alicia | Urb. Parque del Rio | Calle Yahueca Casa A 16 | Caguas | PR | 00725 |
| 4243311 | Santos Martinez, Gladys | PO Box 46 | | Mercedita | PR | 00715 |
| 4183798 | Soto Jimenez, Ivan | Carr III UmL6 1 | | San Sebastian | PR | 00685 |
| 4183914 | Soto Jimenez, Ivan | Hc7 Box 75133 | | San Sebastian | PR | 00685 |
| 4269481 | Toro, Alicia Beniquez | 16304 Scaup Duck Ave | | Brooksville | FL | 34614 |
| 4271512 | Torres Orraca, Lillian I. | 4908 Brightstar Lane | | Columbus | GA | 31907 |
| 4268379 | Torres Torres, Emerina | Valle del Rey Calle Lineal #4718 | | Ponce | PR | 00728 |
| 4267279 | Valdez Peralta, Carmen D. | PO Box 193604 | | San Juan | PR | 00919 3604 |
| 4263421 | Velazquez, Maria Isabel | Apto B 201 | Cond Villas de Isla Verde | Carolina | PR | 00979 |
| 4267671 | Velez, Leticia | 2429 Americana Blvd | Apt 4207 | Orlando | FL | 32839 3017 |
| 4266433 | Ydrach Vivoni, Maria T. | P.O. Box 79844 | | Carolina | PR | 00984 9844 |
| 3745545 | Zabaleta Alvarez, Zenaida | HC 33 Buzon 5250 | | Dorado | PR | 00646 |

**Exhibit B**

Exhibit B

Three Hundred Ninety Ninth Omnibus Objection Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4264393 | Carrasquillo, Carmen D. | 356 Parcelas Blancas | | Cidra | PR | 00739 |
| 3513025 | Negron Guzman, Joel | Ext Estoncias del Magon 1 | 101 Calle Vinazo | Villalba | PR | 00766 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17 03283 (LTS)                                     Page 1 of 1

**Exhibit C**

Exhibit C

Four Hundredth Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2734094 | LANDRAU LUGO, CRUZ V | URB LOMA ALTA | CALLE 13 L6 | CAROLINA | PR | 00984 |
| 3745545 | Zabaleta Alvarez, Zenaida | HC 33 Buzon 5250 | | Dorado | PR | 00646 |

**<u>Exhibit D</u>**

Exhibit D

Four Hundred Third 930 Omnibus Objection

Service List Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4270265 | Acosta Diaz, Xilma M. | J7 Ave. San Patricio Apt. PH D | | Guaynabo | PR | 00968 |
| 4174766 | Alicea Rivera, Jose | HC2 Box 3668 | | Santa Isabel | PR | 00757 |
| 4253285 | Alvarez Martinez, Keirry del Carmen | 20 Rio Cañas Abajo | | Juana Diaz | PR | 00795 9122 |
| 4261462 | Andino, José Pérez | Calle Cecilio Lebron | 958 Urb. El Comandante | San Juan | PR | 00924 3512 |
| 4272071 | Andino, José Pérez | Puerto Rico Telephone Company | GPO Box 360998 | San Juan | PR | 00936 0998 |
| 4261269 | Burgos, William  Narvaez | C2 Calle 2 Urbanizacion Parque San Miguel | | Bayamon | PR | 00959 4208 |
| 4267556 | COLON CORREA, HERIBERTO | COND. MONTECILLO 1 | EDIFICIO 7 APT. BC4 | TRUJILLO ALTO | PR | 00976 |
| 4272835 | COLON CORREA, HERIBERTO | GPO BOX 360 998 | | SAN JUAN | PR | 00936 0998 |
| 4087823 | Colon Vega, Irma | HC 3 Box 15476. Calle Caguax | | Juana Díaz | PR | 00795 |
| 4266824 | COLON, MARTA F. | 1567 New Garden Rd Apt 2E | | Greensboro | NC | 27410 |
| 4271039 | Crispin Santiago, Marina | P.O. Box 987 | | Luquillo | PR | 00773 |
| 4259045 | Fontanez Vazquez, Rafael A. | HC11 Box 12430 | | Humacao | PR | 00791 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**Exhibit E**

Exhibit E

Four Hundred Third 1030 Omnibus Objection

Service List Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4266139 | Garcia, Alba N. | Calle 75 Blq. 108 #46 | | Villa Carolina | PR | 00985 |
| 4272774 | Heredia Alvarez, Nelson | 103 Calle Caparra | | Cataño | PR | 00962 |
| 4271023 | Hernandez Hernandez, Felicita | Cond. Bayamonte Apt 1805 | | Bayamon | PR | 00956 |
| 4176177 | Marrero Borges, Antonio Juan | HC01 Box 6482 | | Santa Isabel | PR | 00757 |
| 4198432 | Martinez de Jesus, Elis | Urb Los Angeles | C F D 3 | Yabucoa | PR | 00767 |
| 4270292 | Maysonet, Jose A. | Bo. Campanillas 1022 Calle Trinitaria | | Toa Baja | PR | 00949 3689 |
| 4266656 | Morales Hernandez, Milagros | 1037 Via Playera Camino Del Mar | | Toa Baja | PR | 00949 |
| 4174524 | Munoz Cruz, Nelida | HC 2 Box 3656 | | Santa Isabel | PR | 00757 |
| 4271026 | Ortiz Otero, Fredesvinda | 10 Las Rosas Apt 1702 Cond. The Towers Plz. | | Bayamon | PR | 00961 |
| 4267079 | Perez Lopez, Wanda I. | 290 Sector Santa Clara | | Cidra | PR | 00739 |
| 4251948 | Rosado Colon, Jacqueline | Urb Sombras del Real | 901 Calle: El Caobo | Coto Laurel | PR | 00780 |
| 4243311 | Santos Martinez, Gladys | PO Box 46 | | Mercedita | PR | 00715 |
| 4269481 | Toro, Alicia Beniquez | 16304 Scaup Duck Ave | | Brooksville | FL | 34614 |
| 4271512 | Torres Orraca, Lillian I. | 4908 Brightstar Lane | | Columbus | GA | 31907 |
| 4268379 | Torres Torres, Emerina | Valle del Rey Calle Lineal #4718 | | Ponce | PR | 00728 |

**<u>Exhibit F</u>**

Exhibit F

Four Hundred Third 1130 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4183798 | Soto Jimenez, Ivan | Carr III UmL6 1 | | San Sebastian | PR | 00685 |
| 4183914 | Soto Jimenez, Ivan | Hc7 Box 75133 | | San Sebastian | PR | 00685 |
| 4267279 | Valdez Peralta, Carmen D. | PO Box 193604 | | San Juan | PR | 00919 3604 |
| 4263421 | Velazquez, Maria Isabel | Apto B 201 | Cond Villas de Isla Verde | Carolina | PR | 00979 |
| 4267671 | Velez, Leticia | 2429 Americana Blvd | Apt 4207 | Orlando | FL | 32839 3017 |
| 4266433 | Ydrach Vivoni, Maria T. | P.O. Box 79844 | | Carolina | PR | 00984 9844 |

**Exhibit G**

Exhibit G

Four Hundred Fourth 1130 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4286452 | Bernazard Garcia, Maria del C. | Urb. Santa Elvira | E12 Santa Ana | Caguas | PR | 00725 |
| 4282324 | Cruz Davila, Regina | P.O. Box 8447 | | Humacao | PR | 00792 |
| 4274961 | Diaz de Gonzalez, Doris | E 7 Roble Urb. Arbolada | | Caguas | PR | 00727 |
| 4292125 | Febre Santiago, Lourdes | 5735 Crowntree Ln Apt 208 | | Orlando | FL | 32829 |
| 4253268 | Lopez Torres, William | Las Flores Apartment H30 Calle 1 Apt #1 | | Juana Diaz | PR | 00795 |
| 4317388 | Marin Jurado, Ana Hilda | HC4 Box 4299 | | Las Piedras | PR | 00771 9212 |
| 4281742 | Martinez Cole, Yazmin | #30 c/ Juan C. Borbon Apt. 311 | | Guaynabo | PR | 00969 5320 |
| 4291734 | Nieves Correa, Arleen J. | Urb. Jardines de Gurabo | #148C 6 | Gurabo | PR | 00778 2730 |
| 4290470 | Penos, Salvador  S. Rivera | HC 03 Box 6156 | | Humacao | PR | 00791 |
| 4286473 | Santiago Duco, Carmen Alicia | Urb. Parque del Rio | Calle Yahueca Casa A 16 | Caguas | PR | 00725 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**<u>Exhibit H</u>**

Exhibit H

April 26 Omnibus Objections Hearing Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3868985 | Acevedo Mercado, Luz M. | 8 Calle Andalucia Urb. Doraville | | | | Dorado | PR | 00646 |
| 3792438 | Alamo Cuevas, Jose M. | Urb. Villa Del Rey 4ta Sec. | Calle 5 4L10 | | | Caguas | PR | 00725 |
| 3922053 | Alicea Rodriguez, Heliodora | Urbanizacion Valles Arroyo Box 102 | | | | Arroyo | PR | 00714 |
| 4178245 | Arocho Rivera, Heriberto | HC2 Box 22781 | | | | San Sebastian | PR | 00685 |
| 3845392 | Arocho Vidal, Irma Iris | 11 Calle La Reina | | | | Isabela | PR | 00662 |
| 1905010 | Astacio Pagan, Carmen | Apartado 198 | | | | Cabo Rojo | PR | 00623 |
| 197703 | Carrasquillo Nieves, Rafael A. | PO Box 1384 | | | | Carolina | PR | 00986 |
| 3007363 | Carrasquillo Nieves, Rafael A. | Calle Armonia #5  Urb Los Suenos | | | | Gurabo | PR | 00778-7800 |
| 2942836 | CINTRON SERRANO, MARILYN | URB SAN CRISTOBAL I | 257 CALLE REINA DE LAS FLORES | | | LAS PIEDRAS | PR | 00771 |
| 3097626 | Colon Ramos, Asuncion | Calle 145 CD-9 Valle Alliba Heights | | | | Carolina | PR | 00983 |
| 2979665 | Davila Perez, Juan L | Cond. College Park | 200 Alcala, Apt. 903 | | | San Juan | PR | 00921 |
| 2961526 | De Jesus, Gabriel Rosado | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177 | Estación Minillas | San Juan | PR | 00940 |
| 3014212 | De Jesus, Gabriel Rosado | Abogado Reclamacion | Jose E Torres Valentin | #78 Calle Georgettin | | San Juan | PR | 00925 |
| 5008588 | Feliciano Rosado, Maria Ivet | Calle Elena Segarra #154 | Sector El Mani | | | Mayaguez | PR | 00682 |
| 3658643 | Figueroa Torres, Carlos Alberto | 39 Calle Arizona #8 | | | | Arroyo | PR | 00714 |
| 4048007 | Lopez Alvarado, Ramon A. | 10 Calle Rufina | | | | Guayanilla | PR | 00656 |
| 454805 | MALDONADO REYES, VILMA | 616 CALLE BALIARES | PUERTO NUEVO | | | SAN JUAN | PR | 00920 |
| 2961427 | MALDONADO REYES, VILMA | UNIVERSIDAD DE PUERTO RICO HUMACAO | ESTACION POSTAL CUH | | | HUMACAO | PR | 00791 |
| 387113 | Marquez Guzman, Efrain | URB Caguas Norte | AE 11 Calle Paris | | | Caguas | PR | 00725 |
| 2910388 | Marquez Guzman, Efrain | Efrain Marquez Guzman | 10 Alondra St. Apto.97 | | | San Lorenzo | PR | 00754 |
| 3024948 | Martinez Garcia, Jorge | Avenida Santa Juanita | AK-12 Santa Juanita | | | Bayamon | PR | 00956 |
| 2987339 | Maysonet Martinez, Nelson | JJ- 5 C/Nancy | | | | Bayamon | PR | 00957 |
| 162933 | Morales Pagan, Jeremy | Mansiones Carolina | C/laurel Nn-18 | | | Carolina | PR | 00987 |
| 3219310 | Moreno Soto, Aurelio | PO Box 1512 | | | | San Sebastian | PR | 00685 |
| 2114947 | ORTIZ ROMERO, PEDRO | PO BOX 190987 | | | | SAN JUAN | PR | 00918-0987 |
| 2956103 | Perez Rodriguez, Maria V | 400 Katherine Vega Serena | | | | Vega Baja | PR | 00693 |
| 3130973 | Ramos Vasquez,  Gerardo  J | Valle de Andalucia Mojacar #3218 | | | | Ponce | PR | 00728-3122 |
| 5005690 | Rauscher, George & Theresa | 15 Comanche Trail | | | | Denville | NJ | 07834 |
| 520853 | RENTAS CRUZ, BENIVETTE | URB. LAS ALONDRAS | CALLE 5-B-21 | | | VILLALBA | PR | 00766 |
| 3690707 | Rivas, Ivette De Jesus | P.O. Box 9785 | | | | Cidra | PR | 00739 |
| 2963062 | Rivera Cuevas, Luz Esther | PO Box 185 | | | | Anasco | PR | 00610 |
| 4047098 | Rivera Salerna, Lilliam  L. | P.O. Box 4 | Urb. Reparto Daguey C-13 | | | Anasco | PR | 00610 |
| 543562 | RODRIGUEZ SANCHEZ, ARNOLD | COND. LUCERNA | EDIF. A-1 | APT. M-1 | | CAROLINA | PR | 00983 |
| 158562 | SANCHEZ LEBRON, MIRIAM | HC 4 BOX 4001 | | | | HUMACAO | PR | 00791-8900 |
| 2965871 | SANCHEZ LEBRON, MIRIAM | HC 4 BOX 4001 | | | | HUMACAO | PR | 00791-9401 |
| 3562784 | SANCHEZ, ROSA MARGARITA | C-11 CALLE 2 | URB. VILLA VERDE | | | BAYAMON | PR | 00959 |
| 4290967 | Santiago Arce, Olga | Ed. B Apt. B-12 San Alfonso Av. #1 | | | | San Juan | PR | 00921 |
| 563774 | SANTINI RIVERA, RAUL | URB.MONTE ATENAS | 1300 CALLE ATENAS APT.506 | | | SAN JUAN | PR | 00926 |

Exhibit H

April 26 Omnibus Objections Hearing Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4281758 | Serrano Vazquez, Maria | Ubr. Valle Tolima, Calle Nelson Millan B21 | | | | Caguas | PR | 00725 |
| 3726808 | Tenorio Gonzalez, Evangelina | Urb. Valle Verde | Calle 2 B-19 | | | San German | PR | 00683 |
| 258781 | TORRES BERRIOS, MYRTELINA | PO BOX 3011 | | | | GUAYNABO | PR | 00970 |
| 4080234 | Vega Zayas, Alberto | HC 3 Box 15476 | | | | Juana Diaz | PR | 00795 |
| 4282071 | Vila Solano, Sylvia | M-8 Calle 13 Santa Juana II | | | | Caguas | PR | 00727 |
| 3139597 | Yolanda Rivera, Carmen | Urb. Bucare, Esmeralda 19 | | | | Guaynabo | PR | 00969 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**Exhibit I**

Exhibit I

Four Hundred Fourth 930 Omnibus Objection

Service List Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4290967 | Santiago Arce, Olga | Ed. B Apt. B-12 San Alfonso Av. #1 | San Juan | PR | 00921 |
| 4281758 | Serrano Vazquez, Maria | Ubr. Valle Tolima, Calle Nelson Millan B21 | Caguas | PR | 00725 |
| 4282071 | Vila Solano, Sylvia | M-8 Calle 13 Santa Juana II | Caguas | PR | 00727 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)                              Page 1 of 1

**Exhibit J**

Exhibit J

Four Hundred Twenty Fifth 930 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2961526 | De Jesus, Gabriel Rosado | Asociación de Empleados Gerenciales | Autoridad de Carreteras y Transportación | Apartado 40177 | Estación Minillas | San Juan | PR | 00940 |
| 3014212 | De Jesus, Gabriel Rosado | Abogado Reclamacion | Jose E Torres Valentin | #78 Calle Georgettin | | San Juan | PR | 00925 |

**<u>Exhibit K</u>**

Exhibit K

Four Hundred Thirty Second 930 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 197703 | Carrasquillo Nieves, Rafael A. | PO Box 1384 | Carolina | PR | 00986 |
| 3007363 | Carrasquillo Nieves, Rafael A. | Calle Armonia #5  Urb Los Suenos | Gurabo | PR | 00778-7800 |
| 4048007 | Lopez Alvarado, Ramon A. | 10 Calle Rufina | Guayanilla | PR | 00656 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**Exhibit L**

Exhibit L

Four Hundred Thirty Ninth 930 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 5005690 | Rauscher, George & Theresa | 15 Comanche Trail | Denville | NJ | 07834 |
| 3139597 | Yolanda Rivera, Carmen | Urb. Bucare, Esmeralda 19 | Guaynabo | PR | 00969 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**Exhibit M**

Exhibit M

Four Hundred Forty Third 1030 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 3868985 | Acevedo Mercado, Luz M. | 8 Calle Andalucia Urb. Doraville | | Dorado | PR | 00646 |
| 3845392 | Arocho Vidal, Irma Iris | 11 Calle La Reina | | Isabela | PR | 00662 |
| 3690707 | Rivas, Ivette De Jesus | P.O. Box 9785 | | Cidra | PR | 00739 |
| 3562784 | SANCHEZ, ROSA MARGARITA | C-11 CALLE 2 | URB. VILLA VERDE | BAYAMON | PR | 00959 |
| 3726808 | Tenorio Gonzalez, Evangelina | Urb. Valle Verde | Calle 2 B-19 | San German | PR | 00683 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)

**Exhibit N**

Exhibit N

Four Hundred Fifty Third 1030 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2114947 | ORTIZ ROMERO, PEDRO | PO BOX 190987 | | JUAN | PR | 00918-0987 |
| 520853 | RENTAS CRUZ, BENIVETTE | URB. LAS ALONDRAS | CALLE 5-B-21 | VILLALBA | PR | 00766 |

**Exhibit O**

Exhibit O

Four Hundred Seventy Fifth 1030 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 4178245 | Arocho Rivera, Heriberto | HC2 Box 22781 | | San Sebastian | PR | 00685 |
| 162933 | Morales Pagan, Jeremy | Mansiones Carolina | C/laurel Nn-18 | Carolina | PR | 00987 |

**<u>Exhibit P</u>**

Exhibit P

Four Hundred Eighty Fourth 1030 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 3922053 | Alicea Rodriguez, Heliodora | Urbanizacion Valles Arroyo Box 102 | Arroyo | PR | 00714 |
| 3658643 | Figueroa Torres, Carlos Alberto | 39 Calle Arizona #8 | Arroyo | PR | 00714 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)                                    Page 1 of 1

**<u>Exhibit Q</u>**

Exhibit Q

Five Hundred Fourteenth 1130 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 3097626 | Colon Ramos, Asuncion | Calle 145 CD 9 Valle Alliba Heights | | | Carolina | PR | 00983 |
| 2979665 | Davila Perez, Juan L | Cond. College Park | 200 Alcala, Apt. 903 | | San Juan | PR | 00921 |
| 2987339 | Maysonet Martinez, Nelson | JJ  5 C/Nancy | | | Bayamon | PR | 00957 |
| 3130973 | Ramos Vasquez,  Gerardo  J | Valle de Andalucia Mojacar #3218 | | | Ponce | PR | 00728 3122 |
| 543562 | RODRIGUEZ SANCHEZ, ARNOLD | COND. LUCERNA | EDIF. A 1 | APT. M 1 | CAROLINA | PR | 00983 |
| 563774 | SANTINI RIVERA, RAUL | URB.MONTE ATENAS | 1300 CALLE ATENAS APT.506 | | SAN JUAN | PR | 00926 |
| 258781 | TORRES BERRIOS, MYRTELINA | PO BOX 3011 | | | GUAYNABO | PR | 00970 |

**<u>Exhibit R</u>**

Exhibit R

Five Hundred Eighteenth 1130 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 454805 | MALDONADO REYES, VILMA | 616 CALLE BALIARES | PUERTO NUEVO | SAN JUAN | PR | 00920 |
| 2961427 | MALDONADO REYES, VILMA | UNIVERSIDAD DE PUERTO RICO HUMACAO | ESTACION POSTAL CUH | HUMACAO | PR | 00791 |

**<u>Exhibit S</u>**

Exhibit S

Five Hundred Thirty Seventh 1130 Omnibus Objection Service List

Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 387113 | Marquez Guzman, Efrain | URB Caguas Norte | AE 11 Calle Paris | Caguas | PR | 00725 |
| 2910388 | Marquez Guzman, Efrain | Efrain Marquez Guzman | 10 Alondra St. Apto.97 | San Lorenzo | PR | 00754 |

**<u>Exhibit T</u>**

Exhibit T

Five Hundred Fifty Seventh 1130 Omnibus Objection

Service List Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 1905010 | Astacio Pagan, Carmen | Apartado 198 | | Cabo Rojo | PR | 00623 |
| 4047098 | Rivera Salerna, Lilliam  L. | P.O. Box 4 | Urb. Reparto Daguey C 13 | Anasco | PR | 00610 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17 03283 (LTS)