EXHIBIT A

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Unión de Trabajadores de la Industria Eléctrica y Riego Inc. |
| Party Name Abbreviation (For Use with Zoom[2]) | UTIER |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Rolando Emmanuelli-Jiménez<br>rolando@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br>Docket No. 29 (17-04780)<br><br>Jessica E. Méndez-Colberg<br>jessica@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Zoé C. Negrón-Comas<br>zoe@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br>Docket No. 2786 (17-04780) |

EXHIBIT A

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica |
| Party Name Abbreviation (For Use with Zoom[2]) | SREAEE |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Disclosure Statement Hearing Procedures Order, ¶ 7(a))<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Rolando Emmanuelli-Jiménez<br>rolando@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br>Docket No. 769 (17-04780)<br><br>Jessica E. Méndez-Colberg<br>jessica@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br><br>Zoé C. Negrón-Comas<br>zoe@emmanuelli.law<br>Bufete Emmanuelli, CSP<br>787-848-0666<br>Docket No. 2787 (17-04780)<br><br>Rafael A. Ortiz-Mendoza<br>rafael.ortiz.mendoza@gmail.com<br>Ortiz Mendoza & Farinacci Fernós, LLC<br>787-963-0404 |