**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 24, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the ADR Notice Parties Service List attached hereto as **Exhibit A**:

- Thirty-First Notice of Transfer of Claims to Alternative Dispute Resolution [Docket No. 24063]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: April 28, 2023

/s/ *Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 28, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 69118

**Exhibit A**

Exhibit A
ADR Notice Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2312699 | ACEVEDO VAZQUEZ, ALBA | CONDVALENCIA SUITE | APT B5 322 CBADAJOZ | | | SAN JUAN | PR | 00923 | acevedoalba25@gmail.com | First Class Mail and Email |
| 3055972 | Albino Gonzales, Juan A. | Captial Center Building | South Tower, Suite 702 | 239 Artenial Hosto Ave | Hato Rey | San Juan | PR | 00918 | albinogonzlelaw@gmail.com | First Class Mail and Email |
| 2830967 | LÓPEZ COTTO, MYRIAM | LUIS M. BARNECET VÉLEZ | URB SAN ANTONIO 1744 CALLE DONCELLA | | | PONCE | PR | 00728-1624 | barneat@hotmail.com | First Class Mail and Email |
| 595807 | MALDONADO, WANDA | LCDO. LUIS BARNECET VÉLEZ | URB. SAN ANTONIO | 1744 CALLE DONCELLA | | PONCE | PR | 00728-1624 | barnecet@hotmail.com | First Class Mail and Email |
| 2832755 | TOLEDO PÉREZ, BRENDA L. | 11403 WESTON POINT DRIVE | APT 102 | | | BRANDON | FL | 33511 | breudaliz7pr@gmail.com | First Class Mail and Email |
| 3088772 | Miranda Velez, Sandra | LCDO. Hector A. Cortes Babilonia | PO Box 896 | | | Arecibo | PR | 00613 | bufetecortesestremerasantos@gmail.com | First Class Mail and Email |
| 2832366 | RODRIGUEZ ROSARIO, WALESKA | HÉCTOR CORTÉS BABILONIA | PO BOX 896 | | | ARECIBO | PR | 00613 | bufetecortesestremerasantos@gmail.com | First Class Mail and Email |
| 3455747 | QUINONES RIVERA, NOEL | PMB 105 P O BOX 5004 | | | | YAUCO | PR | 00698 | bufeterodriguezcartagena@gmail.com | First Class Mail and Email |
| 3006565 | ALVAREZ MATTA, CARL | COND TORRES ALTA 274 | CALLE MEJICO APT 204 | | | SAN JUAN | PR | 00918 | caam2005@yahoo.com | First Class Mail and Email |
| 29056 | CABELLO ACOSTA, WILMARIE | 529 BLQ. 200 #10 | VILLA CAROLINA | | | CAROLINA | PR | 00985 | cabellowilmarie@hotmail.com | First Class Mail and Email |
| 1220007 | CARO MORENO, CARELYN | HC 8 BOX 25025 | | | | AGUADILLA | PR | 00603 | carelyncr@yahoo.com | First Class Mail and Email |
| 3983381 | ROBLES VALENCIA, ENILDA M. | P.O. BOX 1298 | | | | CAGUAS | PR | 00725 | carlosalbertoruizquiebras@gmail.com | First Class Mail and Email |
| 2733729 | SANCHEZ RAMOS, CARMEN A | BO CAMPANILLAS | 172 C/ IGLESIAS | | | TOA BAJA | PR | 00949 | carmannette@gmail.com | First Class Mail and Email |
| 558786 | BAEZ ELIEZER, SANTANA | CARYMAR PÉREZ CINTRÓN | PO BOX 462 | | | COROZAL | PR | 00783 | carymarp@yahoo.com | First Class Mail and Email |
| 462691 | MARTINEZ GOMEZ, ROSA | URB.VALLE ALTO 2057 CALLE COLINAS | | | | PONCE | PR | 00731 | cebada2011@live.com | First Class Mail and Email |
| 3734229 | Echavarry Ocasio, Cynthia | 68 Ciales Palmer | | | | Ciales | PR | 00638 | cechavarryocasio@gmail.com | First Class Mail and Email |
| 3609115 | ROBLES VALENCIA, ENILDA M. | Calle 18 Bloque 23#23 Santa Rosa | | | | Bayamon | PR | 00956 | crafts-and-buttons@yahoo.com | First Class Mail and Email |
| 3038320 | Camarero Rivera, Maria Del Carmen | Bufete Quinones Vargas & Asoc. | Damaris Quinones Vargas | PO Box 429 | | Cabo Rojo | PR | 00623 | damarisqv@bufetequiones.com | First Class Mail and Email |
| 3442915 | Delgado Perez, Alma R. | Urb. Santa Rita 3 | 1522 Calle Santa Clara | | | Coto Laurel | PR | 00780-2513 | delgado.alma20@yahoo.com | First Class Mail and Email |
| 3395798 | Banchs Vinas, Enith A. | 1972 Jose Fidalgo Diaz | Urb. Caldas | | | San Juan | PR | 00926 | ebanchs@gmail.com | First Class Mail and Email |
| 3022562 | Lopez Ortiz, Bamily | PO Box 635 | | | | Rio Grande | PR | 00745 | estudiolopeztoro@aol.com | First Class Mail and Email |
| 392015 | Marquez Escobar, Evelyn T | PO Box 810386 | | | | Carolina | PR | 00981-0386 | evetmarquez@gmail.com | First Class Mail and Email |
| 3170759 | Waleska Vega es tutor de Linette Correa and as inheritor of Linette Correa | Glenn Carl James, Esq. | PMB 501, 1353 Ave Luis Vigoreaux | | | Guaynabo | PR | 00966-2700 | glenncarljameslawoffice@gmail.com | First Class Mail and Email |
| 2830594 | GARCIA ROSARIO, BRENDA | HAROLD J. RIVERA VAZQUEZ | 750 CALLE PIEDRAS NEGRAS #2 | PORTICOS DE VENUS | | SAN JUAN | PR | 00926 | hrvlaw@aol.com | First Class Mail and Email |
| 3882493 | Santiago Rodriguez, Iris N. | Urb. Glenview Gardens | Calle Elemental C-12 | | | Ponce | PR | 00730 | ire0858@yahoo.com | First Class Mail and Email |
| 424555 | DIAZ TORRES, IRIS N. | PO BOX 433 | | | | BAYAMON | PR | 00960 | IRISDIAZTORRES@YAHOO.COM | First Class Mail and Email |
| 3148438 | Padilla Velez, Jesus | PO Box 1768 | | | | Cabo Rojo | PR | 00623 | ivirivera3@yahoo.com | First Class Mail and Email |
| 3194693 | RIVERA SOTO, JOSE | COND. CARIBBEAN SEA | APT. 706 105 ROOSEVELT | | | SAN JUAN | PR | 00917 | JARIVERASOTO7@GMAIL.COM | First Class Mail and Email |
| 3102216 | GUILLEMO-SANCHEZ, JAVIER ALBERTO | URBANIZACION LAS CASCADAS 1 | 1544 AGUAS TIBIAS | | | TOA ALTA | PR | 00953 | javierguillermo5@gmail.com | First Class Mail and Email |
| 3102841 | GUILLERMO MOLINA, JAVIER MIGUEL | URB. LAS CASCADAS 1 | 1544 AGUAS TIBIAS | | | TOA ALTA | PR | 00953 | javierguillermo5@gmail.com | First Class Mail and Email |
| 3027159 | Drullard Alonso, Joselyn | PO Box 55338 | | | | Bayamon | PR | 00960-5338 | jdrullard@justicia.pr.gov | First Class Mail and Email |
| 2829434 | ARROYO MORALES, ORLANDO | JULIO E GIL DE LA MADRID | A-11 CALLE GRANADA REPARTO ALHAMBRA | | | BAYAMON | PR | 00957 | JGIL@GILDELAMADRID-PSC.COM | First Class Mail and Email |
| 2907864 | CORDERO JAVIER, CRISTINA | C/O LCDO. MIGUEL A. OLMEDO OTERO | PMB 914, 138 WINSTON CHURCHILL AVE | | | SAN JUAN | PR | 00926 | jnatal@olmedolawpsc.com | First Class Mail and Email |
| 2831549 | NOVAS BEATO, JEFFREY | OLMEDO LAW OFFICES PSC | MIGUEL A. OLMEDO | PMB 914 AVE. WINSTON CHURCHILL #138 | | SAN JUAN | PR | 00926 | jnatal@olmedolawpsc.com | First Class Mail and Email |
| 2910195 | TORRES TORRES, YERALIS MARIE Y OTROS | LCDO. MIGUEL A. OLMEDO OTERO | PMB 914, #138 WINSTON CHURCHILL AVE | | | SAN JUAN | PR | 00926 | jnatal@olmedolawpsc.com | First Class Mail and Email |
| 2908722 | Gomez Ramirez, Gloria y Otros | LCDO. Miguel A. Olmedo Otero | PMB 914 #138 Winston Churchill Ave | | | San Juan | PR | 00926 | jnatal@olmedolawpsc.com; olmedolaw.jnatal@yahoo.com | First Class Mail and Email |
| 3092246 | Semprit Otero, Carmen Judith, por si y en represtacion de su hija menor G.M.A.S | Juan Corchado Juarbe | I-2 Ave Betances | Urb.Hermanas Davila | | Bayamon | PR | 00951 | juancorchado.law@yahoo.com | First Class Mail and Email |
| 3018671 | Ana Bosch Velez, Zwinda S. Ferreras Bosch y Angel Jose Farras Bosch | LDO JUAN CORCHADO JUARBE | AVENIDA BETANCES I-2 HERMANAS DAVILA | | | BAYAMON | PR | 00959 | juancorchadolaw@yahoo.com | First Class Mail and Email |
| 2829572 | Ana Bosch Velez, Zwinda S. Ferreras Bosch y Angel Jose Ferras Bosch | Ana Bosch Velez | LDO Juan Corchado Juarbe | Avenida Betances I-2 Hermanas Davila | | Bayamon | PR | 00959 | juancorchadolaw@yahoo.com | First Class Mail and Email |
| 3120084 | Jesus Manuel Sosa Pagan y Keishla Liz Rosario Soto | c/o Juan Corchado Juarbe | I-2 Ave. Betances, Urb. Hermanas Davila | | | Bayamon | PR | 00959 | juancorchadolaw@yahoo.com | First Class Mail and Email |
| 2830748 | HEREDIA TORRES, JULIO | COND. LA ARBOLEDA APTDO. 1106 | | | | GUAYNABO | PR | 00966 | JULIOHEREDIA685@GMAIL.COM | First Class Mail and Email |
| 3650692 | CALIXTO RODRIGUEZ, Guillermo | APARTADO 130 | | | | PATILLAS | PR | 00723 | junitoal@prte.net | First Class Mail and Email |
| 3965085 | MATOS JIMENEZ, YANIRA | SANTA JUANITA SEC 6 | BD 32 CALLE INDIA | | | BAYAMON | PR | 00956 | kleo1976@yahoo.es | First Class Mail and Email |
| 418949 | HERNÁNDEZ DE JESÚS, ABEL | DEMANDANTE: LUIS G. RIVERA LEON | DEMANDANTE: PMB 161 LA CUMBRE 273 | SIERRA MORENA | | SAN JUAN | PR | 00926-5575 | l.riveraleon@gmail.com | First Class Mail and Email |
| 6041 | RODRIGUEZ MADERA, ALEXANDER | LAVINIA APARICIO LÓPEZ | CONDOMINIO LOS CEDROS 1687 AMARILLO ST. SUITE 6202 | | | SAN JUAN | PR | 00926 | lavyaparicio@gmail.com | First Class Mail and Email |
| 17643 | AULET RIVERA, NILDA R | COND. VEREDAS DE VENUS | 800 CALLE PIEDRAS NEGRAS | APTO 5208 | | SAN JUAN | PR | 00926-4738 | lcda.aulet@gmail.com | First Class Mail and Email |
| 2837473 | NIEVES DOMINGUEZ, HERIBERTO | ANEXO 292 EDIF 8-D #11 | 50 CARR. UNIT 700-607073 | INDUSTRIAL LUCHETTI | | BAYAMON | PR | 00961-7403 | librosheribertond@gmail.com | First Class Mail and Email |
| 2446677 | GONZALEZ LOPEZ, LILLIAM | REPARTO GLORIVI 8 | | | | ARECIBO | PR | 00612 | lilliamgonzalezlopez@gmail.com | First Class Mail and Email |
| 3033205 | Osorio-Collazon, Holvin | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | | San Juan | PR | 00909 | lrodriguez@landronvera.com | First Class Mail and Email |
| 3030380 | Rodriguez Deynes, Victor | Landron Vera. LLC | Luis A. Rodriguez Muñoz, Esq. | 1606 Avenida Ponce De Leon, Suite 501 | | San Juan | PR | 00909 | lrodriguez@landronvera.com | First Class Mail and Email |
| 1562414 | DE JESUS BERRIOS, LUCILA | CALLE ROMA 288 | OLYMPIC VILLE | | | LAS PIEDRAS | PR | 00771-9698 | luciladjb@gmail.com | First Class Mail and Email |
| 3580990 | Gonzalez Roman, Abimarl J | HC-01 4602 | | | | lares | PR | 00669 | lucyromandiaz10@gmail.com | First Class Mail and Email |
| 2917191 | Diogents International Consulting Corp. | Luis P. Costas Elena, Attorney | 34 Orquidea, Urb. Santa Maria | | | San Juan | PR | 00927 | luisssatsoc@aol.com | First Class Mail and Email |
| 1671552 | Murray-Soto, Luisa | River Glance de Caguas | 3 Carr 784 Apt 3201 | | | Caguas | PR | 00727 | lumurr@gmail.com | First Class Mail and Email |
| 3028408 | Camarero Rivera, Maria Del Carmen | Calle India BD 19 Urb. Santa Juanita | | | | Bayamon | PR | 00956 | macamareno52@gmail.com | First Class Mail and Email |
| 3085168 | TORRES PAGAN, MARIA DE LOS A. | CARLOS J. RIVERA RUIZ | 2905 AVE. EMILIO FAGOT | | | PONCE | PR | 00716-3613 | manfredylawfirm@gmail.com | First Class Mail and Email |
| 3461375 | Villanueva Acevedo, Margarita | BO MAMEY CARR 4417 RAMAL 4418 | | | | AGUADA | PR | 00602 | margisel63@yahoo.com | First Class Mail and Email |
| 3145925 | Villanueva Acevedo, Margarita | PO Box 2169 | | | | Aguada | PR | 00602 | margisel63@yahoo.com | First Class Mail and Email |
| 3340987 | MASSA PEREZ, MARIA M. | CALLE LAS MARÍAS B-25 | URB. VISTAMAR | | | CAROLINA | PR | 00983 | mariamassa2009@hotmail.com | First Class Mail and Email |

Exhibit A
ADR Notice Parties Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2950370 | Maritza Torres Cruz y Carlos R. Torres García | PO Box 652 | | | | Vieques | PR | 00765 | marizavpr@yahoo.com | First Class Mail and Email |
| 3554371 | Torres Rosa, Melvin | Urb. Valle Bello Chalets | A5 Calle 1 | | | Bayamon | PR | 00956 | melvintorresrosa@hotmail.com | First Class Mail and Email |
| 455819 | Guzman Arizmendi, Manuel | PO Box 367787 | | | | San Juan | PR | 00936-7787 | MGALAW@GMAIL.COM | First Class Mail and Email |
| 156009 | FELICIANO RAMOS, MICHELLE MARIE | URB BONEVILLE HEIGHTS | 18 CALLE LAJAS | | | CAGUAS | PR | 00727-4919 | michellemfeliciano@gmail.com | First Class Mail and Email |
| 3731451 | RIVERA ORTIZ, MIGDALIA | URB MIRAFLORES | 20 1 CALLE 6 | | | BAYAMON | PR | 00957 | migdaliariveraortiz@gmail.com | First Class Mail and Email |
| 3971509 | FELICIANO MEDINA, MIGUEL | HC-01 | BOX 9097 | | | PENUELAS | PR | 00624 | miguelloseta@gmail.com | First Class Mail and Email |
| 3230510 | Colon, Asuncion Quinones | Jesus R. Morales Cordero | PO Box 363085 | | | San Juan | PR | 00936 | moracor@gmail.com | First Class Mail and Email |
| 3230504 | Colon, Asuncion Quinones | PO Box 40177 | | | | San Juan | PR | 00940-0177 | moracor@gmail.com | First Class Mail and Email |
| 3196002 | ORTIZ RODRIGUEZ, MIGDALIA | P O BOX 167 | | | | COROZAL | PR | 00783-0167 | mortizrodriguez1016@gmail.com | First Class Mail and Email |
| 133925 | LEON GIRAU, LUIS | LCDO. MANUEL PORRO VIZCARRA | CAPARRA HEIGHTS | 382 AVE ESCORIAL | | SAN JUAN | PR | 00920 | mpv@mpvlawpr.com | First Class Mail and Email |
| 2995424 | SHEILA MUÑOZ RODRIGUEZ, ET. ALS. | LCDA. MICHELE SILVA MARRERO | 20 AVE. LUIS MUÑOZ MARIN PMB 263 | | | CAGUAS | PR | 00725-1956 | msilvamarrero@gmail.com | First Class Mail and Email |
| 4038988 | LEON CARTAGENA, MARIA W | URB MANSIONES DE COAMO B17 | BOX 504 | | | COAMO | PR | 00769 | mwlc02@hotmail.com | First Class Mail and Email |
| 3224519 | Menendez Sepulveda, Jorge | Villa El Encanto | Calle 5 I 26 | | | Juana Díaz | PR | 00757 | nereydarodriguez7919@gmail.com | First Class Mail and Email |
| 3514461 | Carrera Montalvo, Raul | P.O. Box 194211 | | | | San Juan | PR | 00919 | oburgoperez@aol.com | First Class Mail and Email |
| 3897506 | Carrera Montalvo, Raul | Burgos Perez CSP | 870 Calle Baldorioty de CAstro | | | San Jaun | PR | 00925 | oburgosperez@aol.com | First Class Mail and Email |
| 2905902 | Cynthia I. Castro y Flabio J. Herrera José, por si y en representación de su hijo CEHC | PO Box 21400 | | | | San Juan | PR | 00928 | promesaeducacionespecial@gmail.com | First Class Mail and Email |
| 2906683 | Moraima Picornell Martí, por si y en representación de su hijo Francisco Fonseca Picornell | Apartado 21400 | | | | San Juan | PR | 00928 | promesaeducacionespecial@gmail.com | First Class Mail and Email |
| 2831196 | Marquez Perez, Carmen | Attn: Ricardo E. Carrillo Delgado | 403 Calle Del Parque | Suite 6 | | San Juan | PR | 00912-3709 | r.e.carrillo@gmail.com | First Class Mail and Email |
| 2992437 | ECHEVARRIA CORCHADO, ANGEL | RAMONITA DIEPPA GONZALEZ, ESQ. | URB. ROOSEVELT | 478 CALLE JOSE CANALS STE. 1A | | San Juan | PR | 00918 | ramonita.dieppa@dieppagonzalez.com | First Class Mail and Email |
| 2831335 | MENDEZ COLON, HARILEEN | RAMONITA DIEPPA GONZÁLEZ | URB. ROOSEVELT 478 CALLE JOSÉ | CANALS STE. 1A | | SAN JUAN | PR | 00918 | ramonita.dieppa@dieppagonzalez.com | First Class Mail and Email |
| 3022638 | Mendez Colon, Harrileen | Ramonita Dieppa Gonzalez, ESQ. | URB Roosevelt | 478 Calle Jose Canals Ste. 1A | | San Juan | PR | 00918 | ramonita.dieppa@dieppagonzalez.com | First Class Mail and Email |
| 3214789 | Ortiz Sanabria, Luis M. | Lcdo. Fermin Arraiza Navas | P.O. Box 194876 | | | San Juan | PR | 00919-4876 | rerr99@gmail.com | First Class Mail and Email |
| 3652319 | REYES CABRERA, HILDA B | URB MONTESORIA II | 101 CALLE CORAL | | | AGUIRRE | PR | 00704 | reyes1530@hotmail.com | First Class Mail and Email |
| 2831612 | OCASIO BRAVO, RODOLFO G | PMB 188 NÚM. 5900 AVE. ISLA VERDE | | | | CAROLINA | PR | 00979-4901 | rgocasio@gmail.com | First Class Mail and Email |
| 4068728 | Guillermo, Negron Stgo. representing minor S.N.A. | Juan C. Rodriguez Lopez-DTE | 4024 Calle Aurora | | | Ponce | PR | 00717-1513 | riveraroman@hotmail.com | First Class Mail and Email |
| 3631792 | RIVERA PEREZ, ROBERTO | PO BOX 561215 | | | | GUAYANILLA | PR | 00656-3215 | RRIVERAPEREZ00@GMAIL.COM | First Class Mail and Email |
| 2964850 | PAGAN RIVERA, MARIA | C/O LCDO. RAMON E. SEGARRA BERRIOS | P.O. BOX 9023853 | | | SAN JUAN | PR | 00902-3853 | segarra@microjuris.com | First Class Mail and Email |
| 2925571 | Reyes Falcon, Marisol | Ramon E. Segarra Berrios | PO Box 9023853 | | | San Juan | PR | 00902-3853 | segarra@microjuris.com | First Class Mail and Email |
| 3043381 | RAMOS SANTIAGO, ETS. AL, XAVIER J | CALLE ESTEBAN PADILLA 60E | (ALTOS) | | | BAYAMON | PR | 00959 | Sualaw@yahoo.com | First Class Mail and Email |
| 2938592 | Alonso Fuentes, Maria Elena | Jorge L. Guerrero Calderon, USDCPR 116806 | 301 Calle Recinto Sur, Suite 502 | | | San Juan | PR | 00901 | tuttieguerrero@yahoo.com | First Class Mail and Email |
| 3861288 | Ballester-Arocho, Virginia I. | 819 Vereda | Valle Verde | | | Ponce | PR | 00716 | vibaponce@yahoo.com | First Class Mail and Email |
| 3943975 | Jesus Bon, Basilio | PO Box 193965 | | | | San Juan | PR | 00919-3965 | virgi41@live.com | First Class Mail and Email |
| 3628843 | Rodriguez Flecha, Zaida L | Urb Castellana Gardens | M8 Calle 16 | | | Carolina | PR | 00983 | zairodz@gmail.com | First Class Mail and Email |
| 2903900 | ARIZMENDI CARDONA V ELA, NORMAN L | 3699 PONCE BY PASS INST. MEDIANA SEG. PONCE 1,000 | | | | PONCE | PR | 00728-1500 | | First Class Mail |
| 2903898 | ARIZMENDI CARDONA V ELA, NORMAN L | MARILYN CARDONA PAGAN | SECTOR GUANIQUILLA, BUYE | HC BOX 13616 | | CABO ROJO | PR | 00623 | | First Class Mail |
| 490161 | ARIZMENDI CARDONA V ELA, NORMAN L | SR. NORMAN L. ARIZMENDI CARDONA | INSTITUCIÓN MÁXIMA SEGURIDAD | SECCIÓN NARANJA A5-5011 3793 | Ponce BY PASS | PONCE | PR | 00728-1504 | | First Class Mail |
| 3395853 | Banchs Vinas, Enith A. | PMB 658 Ave. Winston Churchill 138 | | | | San Juan | PR | 00926 | | First Class Mail |
| 3941211 | CALIXTO RODRIGUEZ, Guillermo | Bo Tueaboa,Cant.#3,KM 191.4 | | | | PATILLAS | PR | 00723 | | First Class Mail |
| 3160753 | GALARZA GONZALEZ, GUARIONEX | HC 04 BOX 119023 | | | | YAUCO | PR | 00698 | | First Class Mail |
| 3677563 | GONZALEZ ROMAN, ANA M M | URB ROUND HILL | 606 CALLE VIOLETA | | | CAROLINA | PR | 00976 | | First Class Mail |
| 4134286 | Guillermo, Negron Stgo. representing minor S.N.A. | PO Box 7498 | | | | Ponce | PR | 00732 | | First Class Mail |
| 2903575 | Marquez Perez, Carmen | Cond. Marbella del Caribe Este, | Apt. 1514, Isla Verde | | | Carolina | PR | 00979 | | First Class Mail |
| 3965227 | MATOS JIMENEZ, YANIRA | 25 43 BLOQUE 3 | | | | BAY | PR | 00956 | | First Class Mail |
| 3732659 | Molina Echevarria, Moises | HC 03 Box 33740 | | | | Hatillo | PR | 00659-9611 | | First Class Mail |
| 2226364 | REYES RIVERA, NILDA | 12 CALLE EXT CONSTITUCION | | | | SANTA ISABEL | PR | 00757-2408 | | First Class Mail |
| 3166778 | RIVERA CORDERO, EDGARDO | 4 CALLE VENDIG | | | | MANATI | PR | 00674 | | First Class Mail |
| 2832111 | RIVERA CORDERO, EDGARDO | WILLIAM RODRIGUEZ LUGO | PO BOX 1460 | | | MANATÍ | PR | 00674 | | First Class Mail |
| 2837641 | RIVERA DIAZ, MIGUEL A. | INSTITUCIÓN PONCE PRINCIPAL FASE 3: | 3793 PONCE BY PASS ANEXO A 33,SI | | | PONCE | PR | 00728-1504 | | First Class Mail |
| 4132997 | RIVERA DIAZ, MIGUEL A. | RR 02 Buzon 6045 | | | | Manati | PR | 00674 | | First Class Mail |
| 22881 | RIVERA JIMENEZ, BENJAMIN | P O BOX 2070 | | | | AGUADILLA | PR | 00603 | | First Class Mail |
| 3058757 | RIVERA JIMENEZ, BENJAMIN | PO Box 2070 | | | | Aguadilla | PR | 00605 | | First Class Mail |
| 3390746 | Rivera, Mirta Julia | Urb. Santa Maria Calle Nazaret | | 7835 | | Ponce | PR | 00717-1005 | | First Class Mail |
| 2896345 | ROSARIO RODRIGUEZ, MARIA | 8400 CALLEJON LOS LUGOS | | | | QUEBRADILLAS | PR | 00678 | | First Class Mail |
| 1878416 | ROSARIO RODRIGUEZ, MARIA | BO COCOS | 8400 CALLEJON LOS LUGOS | | | QUEBRADILLAS | PR | 00678 | | First Class Mail |
| 1540957 | SANTANA BAEZ, ELIEZER | PRO SE | 50 CARR. 5 UNIT A 501 EDIF. 3-J | IND. LUCHETTI BAY | | BAYAMON | PR | 00961-7403 | | First Class Mail |