EXHIBIT A[1]

PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY |
| | Name | Peter Friedman |
| | Law Firm | O'Melveny & Myers LLP |
| | Email | pfriedman@omm.com |
| | Phone Number | (202) 383-5300 |
| | Docket Entry No. of Notice of Appearance | PHV Admission - Docket No. 153 |
| ATTORNEY 2 | Appearance Method | In Person NY |
| | Law Firm | Maria DiConza |
| | Email | O'Melveny & Myers LLP |
| | Phone Number | mdiconza@omm.com |
| | Docket Entry No. of Notice of Appearance | (212) 326-2144 |
| | | PHV Admission - Docket No. 16488 |
| ADDITIONAL ATTORNEY | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>• CourtSolutions Listen Only<br>• In Person – NY<br>• In Person – PR<br>Law Firm<br>Email<br>Phone Number | Luis C. Marini-Biaggi<br>lmarini@mpmlawpr.com<br>Marini Pietrantoni Muñiz, LLC<br>(787) 705-2171<br>NOA - Docket No. 2682<br>Appearing in Person, PR<br><br>Carolina Velaz-Rivero<br>cvelaz@mpmlawpr.com<br>Marini Pietrantoni Muñiz, LLC<br>(787) 705-2171<br>NOA - Docket No. 2683<br>Appearing in Person, PR |
| Attorneys who wish to view but not participate in the hearing may gain admittance to the San Juan Courtroom or New York Courtroom, on a first-come first-served basis. All attorneys who wish to observe in person must be listed on this appearance sheet. | | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.

230503 EXHIBIT A. APPEARANCE SHEET       VERSION MAY 3, 2023