**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------- x
                                 :
In re:                                 :
                                 :
THE FINANCIAL OVERSIGHT AND         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                                 :
      as representative of             :   Case No. 17-BK-3283 (LTS)
                                 :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,  :   (Jointly Administered)
                                 :
      Debtors.[1]                    :
------------------------------------------------------------------------- x

**INFORMATIVE MOTION OF**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**REGARDING STATUS CONFERENCE ON MAY 8, 2023**

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (the

"Committee")[2] hereby submits this informative motion in response to the Court's *Order to*

*Appear for Urgent Status Conference* [Case No. 17-3283, Docket No. 24115] (the "Scheduling

Order") and respectfully states as follows:

      1.      Luc A. Despins will appear in person and Pedro Jimenez and G. Alexander

Bongartz will appear via Zoom on behalf of the Committee at the Hearing (as defined in the

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case
No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings
Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and
COFINA.

Scheduling Order), and reserve the right to be heard on any matter raised by any party at the

Hearing.

2.      In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and

one of his co-counsel will also be attending, on behalf of the Committee, the Hearing, via Zoom.

[*Remainder of the page intentionally left blank.*]

2

WHEREFORE, the Committee respectfully requests that the Court take notice of the
above.

Dated: May 4, 2023                          /s/ Luc A. Despins

                                            PAUL HASTINGS LLP
                                            Luc. A. Despins, Esq. (Pro Hac Vice)
                                            Pedro A. Jimenez, Esq. (Pro Hac Vice)
                                            Nicholas A. Bassett, Esq. (Pro Hac Vice)
                                            G. Alexander Bongartz, Esq. (Pro Hac Vice)
                                            200 Park Avenue
                                            New York, New York 10166
                                            Telephone:  (212) 318-6000
                                            lucdespins@paulhastings.com
                                            nicholasbassett@paulhastings.com
                                            alexbongartz@paulhastings.com

                                            *Counsel to the Official Committee of Unsecured
                                            Creditors*

                                            - and -

                                            /s/ Juan J. Casillas Ayala

                                            CASILLAS, SANTIAGO & TORRES LLC
                                            Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
                                            Israel Fernández Rodríguez, Esq. (USDC - PR
                                            225004)
                                            Juan C. Nieves González, Esq. (USDC - PR 231707)
                                            Cristina B. Fernández Niggemann, Esq. (USDC - PR
                                            306008)
                                            PO Box 195075
                                            San Juan, PR 00919-5075
                                            Tel.: (787) 523-3434
                                            Fax: (787) 523-3433
                                            jcasillas@cstlawpr.com
                                            ifernandez@cstlawpr.com
                                            jnieves@cstlawpr.com
                                            cfernandez@cstlawpr.com

                                            *Local Counsel to the Official Committee of
                                            Unsecured Creditors*

3

**Exhibit A**

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | | Official Committee of Unsecured Creditors |
|---|---|---|
| Party Name Abbreviation<br><br>(For Use with Zoom) | | Creditors Comm. |
| ATTORNEY 1 | Appearance Method | In Person |
| | Name | **Luc A. Despins** |
| | Law Firm | Paul Hastings LLP |
| | Email | lucdespins@paulhastings.com |
| | Phone Number | (212) 318-6001 |
| | Docket Entry No. of Notice of Appearance | Docket No. 494 |
| | Zoom Screen Name | **Creditors Comm. / Despins, Luc / Paul Hastings LLP** |
| ATTORNEY 3 | Appearance Method | Via Zoom |
| | Name | **Pedro Jimenez** |
| | Law Firm | Paul Hastings LLP |
| | Email | pedrojimenez@paulhastings.com |
| | Phone Number | (212) 318-6790 |
| | Docket Entry No. of Notice of Appearance | Docket No.23318 |
| | Zoom Screen Name | **Creditors Comm. / Bongartz, Alex / Paul Hastings LLP** |
| ATTORNEY 2 | Appearance Method | Via Zoom |
| | Name | **G. Alexander Bongartz** |
| | Law Firm | Paul Hastings LLP |
| | Email | alexbongartz@paulhastings.com |
| | Phone Number | (212) 318-6472 |
| | Docket Entry No. of Notice of Appearance | Docket No. 494 |

1

| | Zoom Screen Name | **Creditors Comm. / Bongartz, Alex / Paul Hastings LLP** |
|---|---|---|