# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | Re: Dkt. No. 24115<br><br>**Hearing date:** May 8, 2023 at 2:15 p.m. (Atlantic Standard Time) |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER TO APPEAR FOR URGENT STATUS CONFERENCE ON MAY 8, 2023

The Fee Examiner appointed in these proceedings files this Informative Motion pursuant to the *Order to Appear for Urgent Status Conference* [Dkt. No. 24115]. The Fee Examiner requests that he and his San Juan counsel be permitted to appear via Zoom in listen-only status. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated this 4th day of May, 2023.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

    EDGE Legal, LLC

    *s/ Eyck O. Lugo*
    Eyck O. Lugo
    252 Ponce de León Avenue
    Citibank Tower, 12th Floor
    San Juan, PR 00918
    Telephone: (787) 522-2000
    Facsimile: (787) 522-2010
    *Puerto Rico Counsel for Fee Examiner*

    GODFREY & KAHN, S.C.
    One East Main Street, Suite 500
    Madison, WI 53703
    Telephone: (608) 257-3911
    Facsimile: (608) 257-0609

    Brady C. Williamson

    *PROMESA Fee Examiner*

**EXHIBIT A**
<u>FEE EXAMINER'S PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | Via Zoom in listen-only capacity |
| | Name | Brady C. Williamson |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | bwilliam@gklaw.com |
| | Phone Number | (608) 284-2636 |
| | | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |

29280213.2