## EXHIBIT A
### PARTY APPEARANCE COVER SHEET

| Name of Party | | U.S. Bank National Association as PREPA Bond Trustee |
|---|---|---|
| Attorney 1 | Appearance Method | Via Zoom |
| | Name | Clark Whitmore |
| | Law Firm | Maslon LLP |
| | Email | Clark.Whitmore@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 68 – Case 17-BK-4780 |
| | Zoom Screen Name | U.S. Bank as PREPA Bond Trustee / Whitmore, Clark / Maslon LLP |
| Attorney 2 | Appearance Method | Via Zoom |
| | Name | Michael McCarthy |
| | Law Firm | Maslon LLP |
| | Email | Mike.McCarthy@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 3044 – Case 17-BK-4780 |
| | Zoom Screen Name | U.S. Bank as PREPA Bond Trustee / McCarthy, Michael / Maslon LLP |