# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>      as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>                Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

## INFORMATIVE MOTION REGARDING
## NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
## APPEARANCE AT MAY 8, 2023 URGENT STATUS CONFERENCE

**PLEASE TAKE NOTICE** that Gabriel A. Morgan and Robert Berezin from Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the May 8, 2023 Urgent Status Conference, which will be conducted in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

using the audio and video features of the Zoom platform as a virtual courtroom. National's legal representatives reserve the right to be heard on any matter concerning the parties' engagement in the mediation process and any other matter addressed at the Urgent Status Conference, as well as any responses or filings related to the foregoing. National's Party Appearance Cover Sheet is attached hereto as **Exhibit A**.

**RESPECTFULLY SUBMITTED**, this 4th day of May, 2023.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>PO Box 70294<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>  loliver@amgprlaw.com<br>  acasellas@amgprlaw.com<br><br>By: */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010 | **WEIL, GOTSHAL & MANGES LLP**<br>Matthew S. Barr (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Robert Berezin (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: matt.barr@weil.com<br>  jonathan.polkes@weil.com<br>  robert.berezin@weil.com<br><br>Gabriel A. Morgan (admitted *pro hac vice*)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: gabriel.morgan@weil.com |

2

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | **National Public Finance Guarantee Corporation** |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In-Person |
| | Name | Robert Berezin |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | robert.berezin@weil.com |
| | Phone Number | (212) 310-8884 |
| | Docket Entry No. of Notice of Appearance | ECF No. 18829 |
| | Zoom Username (if applicable) | National / Berezin, Robert / Weil, Gotshal & Manges |
| ATTORNEY 2 | Appearance Method | Zoom |
| | Name | Gabriel Morgan |
| | Law Firm | Weil, Gotshal & Manges LLP |
| | Email | gabriel.morgan@weil.com |
| | Phone Number | 212-310-8000 |
| | Docket Entry No. of Notice of Appearance | ECF No. 22190 |
| | Zoom Username (if applicable) | National / Morgan, Gabriel/ Weil, Gotshal & Manges |
| PARTICIPANT 1 | Appearance Method | Zoom |
| | Name | Adam Bergonzi |
| | Company | National Public Finance Guarantee Corporation |
| | Email | Adam.Bergonzi@nationalpfg.com |
| | Zoom Username (if applicable) | Participant / National / Bergonzi, Adam |