UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>          Debtor. | PROMESA<br>Title III<br><br>Case No. 17-4780-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF SYNCORA GUARANTEE, INC.
REGARDING ITS REQUEST TO BE HEARD AT THE
<u>MAY 8, 2023 URGENT STATUS CONFERENCE</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

      1.      Syncora Guarantee, Inc. ("<u>Syncora</u>") submits this informative motion in response to the Court's *Order to Appear for Urgent Status Conference* (the "<u>Order</u>") (ECF No. 24115 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case No. 17-3283-LTS; ECF No. 3435 in Case No. 17-4780-LTS)[2] and respectfully states as follows:

2. Susheel Kirpalani and Eric Kay of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Syncora, will appear in person in the New York Courtroom.

3. Daniel Salinas and Kate Scherling of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Syncora, will appear virtually through the Zoom platform.[3]

4. Mr. Kirpalani intends to be heard on any matter raised by or presented to the Court at the Urgent Status Conference, and to respond to any statements made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of Syncora.

5. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

6. The required Party Exhibit Cover Sheet accompanies this Informative Motion as Exhibit B.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order.

[3] In addition, client representatives, Mr. Ted Lodge and Robby Tennenbaum, will appear at the Urgent Status Conference. Mr. Lodge will appear virtually through the Zoom Platform and Mr. Tennenbaum will appear in person in the New York Courtroom.

DATED: May 4, 2023

Respectfully submitted,

| | |
|---|---|
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| **By :** */s/ Rafael Escalera* | |
| **Rafael Escalera** | **Susheel Kirpalani** (*pro hac vice*) |
| USDC No. 122609 | susheelkirpalani@quinnemanuel.com |
| escalera@reichardescalera.com | |
| | **Daniel Salinas** |
| **Sylvia M. Arizmendi** | USDC-PR 224006 |
| USDC-PR 210714 | danielsalinas@quinnemanuel.com |
| arizmendis@reichardescalera.com | |
| | **Eric Kay** (*pro hac vice*) |
| **Carlos R. Rivera-Ortiz** | erickay@quinnemanuel.com |
| USDC-PR 303409 | |
| riverac@reichardescalera.com | **Kate Scherling** (*pro hac vice*) |
| | katescherling@quinnemanuel.com |
| 255 Ponce de León Avenue | |
| MCS Plaza, 10th Floor | 51 Madison Avenue, 22nd Floor |
| San Juan, Puerto Rico 00917-1913 | New York, New York 10010-1603 |

*Co-Counsel for Syncora Guarantee, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/ Carlos R. Rivera-Ortiz*
USDC-PR 303409

# EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | Syncora Guarantee, Inc. | |
|---|---|---|
| Attorney 1 | Appearance Method | In Person/New York Courtroom |
| | Name | **Susheel Kirpalani** |
| | Email | susheelkirpalani@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7200 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 2 | Appearance Method | In Person/New York Courtroom |
| | Name | **Eric Kay** |
| | Email | erickay@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7273 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 3 | Appearance Method | Zoom |
| | Name | **Daniel Salinas** |
| | Email | danielsalinas@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 202-905-4668 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | Syncora/ Salinas, Daniel/ Quinn Emanuel Urquhart & Sullivan LLP |
| Attorney 4 | Appearance Method | Zoom |
| | Name | **Kate Scherling** |
| | Email | katescherling@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7178 |
| | Docket Entry No. of Notice of Appearance | Dkt No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | Syncora/ Scherling, Kate/ Quinn Emanuel Urquhart & Sullivan LLP |

| Participant 1 | Appearance Method | Zoom |
|---|---|---|
| | Name | **Ted Lodge** |
| | Email | tlodge@goldentree.com |
| | Company | GoldenTree Asset Management |
| | Phone Number | 212-847-3611 |
| | Docket Entry No. of Notice of Appearance | N/A |
| | Zoom Screen Name | GoldenTree Asset Management/ Lodge, Ted |
| | | |
| Participant 2 | Appearance Method | In Person/New York Courtroom |
| | Name | **Robby Tennenbaum** |
| | Email | rtennenbaum@goldentree.com |
| | Company | GoldenTree Asset Management |
| | Phone Number | 212-847-3439 |
| | Docket Entry No. of Notice of Appearance | N/A |
| | Zoom Screen Name | N/A |

**EXHIBIT B**

PARTY EXHIBIT COVER SHEET

N/A