UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.¹

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INFORMATIVE
MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD REGARDING MAY 8, 2023 URGENT STATUS CONFERENCE**

To the Honorable United States District Judge Laura Taylor Swain:

    Pursuant to the Court's *Order to Appear for Urgent Status Conference* [Case No. 17-3283, ECF No. 24115], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Electric Power Authority pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),² respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

1. Martin J. Bienenstock and Margaret A. Dale of Proskauer Rose LLP will appear on behalf of the Oversight Board as set forth on the Party Appearance Cover Sheet attached hereto as **Exhibit A**.

2. The following individuals will also attend the urgent status conference as set forth on the Party Appearance Cover Sheet attached hereto as **Exhibit A**: (i) Robert F. Mujica Jr., Executive Director of the Oversight Board; (ii) David A. Skeel Jr., Chairman of the Oversight Board; (iii) Arthur J. González, Member of the Oversight Board; and (iv) Jaime El Koury, General Counsel to the Oversight Board.

3. Martin J. Bienenstock and Margaret A. Dale reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

Dated: May 5, 2023
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Margaret A. Dale
Paul V. Possinger
Ehud Barak
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

# EXHIBIT A

PARTY APPEARANCE SHEET

EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | Financial Oversight and Management Board for Puerto Rico | |
|---|---|---|
| EXECUTIVE DIRECTOR OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Appearance Method | In Person NY |
| | Name | Robert F. Mujica Jr. |
| | Law Firm | N/A |
| | Email | robert.mujica@promesa.gov |
| | Phone Number | 787-641-0001 |
| | Docket Entry No. of Notice of Appearance | N/A |
| CHAIRMAN OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Appearance Method | Zoom |
| | Name | David A. Skeel Jr. |
| | Law Firm | N/A |
| | Email | david.skeel@promesa.gov |
| | Phone Number | 787-641-0001 |
| | Docket Entry No. of Notice of Appearance | N/A |
| | Zoom Screen Name | Participant/ Skeel, David |
| MEMBER OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Attendance Method | In Person NY |
| | Name | Arthur J. González |
| | Law Firm | N/A |
| | Email | arthur.gonzalez@promesa.gov |
| | Phone Number | 787-641-0001 |
| | Docket Entry No. of Notice of Appearance | N/A |
| GENERAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Attendance Method | In Person NY |
| | Name | Jaime El Koury |
| | Law Firm | N/A |
| | Email | jaime.elkoury@promesa.gov |
| | Phone Number | 787-641-0001 |
| | Docket Entry No. of Notice of Appearance | N/A |
| ATTORNEY 1 | Appearance Method | In Person NY |
| | Name | Martin J. Bienenstock |
| | Law Firm | Proskauer Rose LLP |
| | Email | mbienenstock@proskauer.com |
| | Phone Number | 212-969-4530 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |

1

| ATTORNEY 2 | Appearance Method | In Person NY |
|---|---|---|
| | Name | Margaret A. Dale |
| | Law Firm | Proskauer Rose LLP |
| | Email | mdale@proskauer.com |
| | Phone Number | 212-969-3315 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 2486 |