# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

### INFORMATIVE MOTION AND NOTICE OF REQUEST
### TO BE HEARD AT THE MAY 8, 2023 URGENT STATUS CONFERENCE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Ad Hoc Group of PREPA Bondholders (the "**Ad Hoc Group**") submits this informative motion in response to the Court's *Order to Appear for Urgent Status Conference* (the "**Order**") setting forth guidelines for parties wishing to be heard at the May 8, 2023 status conference (the "**Urgent Status Conference**").

1. Amy Caton and Alice J. Byowitz of Kramer Levin Naftalis & Frankel LLP will appear in person on behalf of the Ad Hoc Group at the Urgent Status Conference, and intend to participate in the Urgent Status Conference. Gary A. Orseck and Matthew M. Madden will appear via Zoom on behalf of the Ad Hoc Group at the Urgent Status Conference, and reserve the right to participate in the Urgent Status Conference.

2. Ms. Caton, Ms. Byowitz, Mr. Orseck and Mr. Madden reserve the right to be heard and present oral argument at the Urgent Status Conference related to any matter (i) identified in any agenda to be filed in connection with the Status Conference, or (ii) raised by any party at the Status Conference related to the Title III cases which may affect the interests of the Ad Hoc Group.

3. Pursuant to paragraph 1 of the Order, principal business representatives from members of the Ad Hoc Group will be present at the Urgent Status Conference, either in person or via Zoom. The Ad Hoc Group has provided the names and email addresses of the representatives that will be present to the Court via email.

4. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A. The Ad Hoc Group further reserves the right to amend this Informative Motion and Party Appearance Sheet as needed.

- 3 -

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today May 5, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>MATTHEW M. MADDEN*<br>ALICE J. BYOWITZ*<br>Email: acaton@kramerlevin.com<br>　　　　tmayer@kramerlevin.com<br>　　　　mmadden@kramerlevin.com<br>　　　　abyowitz@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – New York |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | In Person – New York |
| | Name | Alice J. Byowitz |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | abyowitz@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 3 | Appearance Method | Zoom |
| | Name | Gary A. Orseck |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | gorseck@kramerlevin.com |
| | Phone Number | (202) 775-4504 |
| | Docket Entry No. of Notice of Appearance | 73 |
| | Zoom Username | PREPA Ad Hoc Group / Orseck, Gary / Kramer Levin Naftalis & Frankel LLP |
| ATTORNEY 4 | Appearance Method | Zoom |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| | Zoom Username | PREPA Ad Hoc Group / Madden, Matthew / Kramer Levin Naftalis & Frankel LLP |
| PRINCIPAL BUSINESS REPRESENTATIVES FROM MEMBERS OF AD HOC GROUP | Appearance Method | In Person - NY |
| | Names | As provided to the Court |

- 5 -

| PRINCIPAL BUSINESS REPRESENTATIVE FROM MEMBERS OF AD HOC GROUP | Appearance Method | Zoom |
| --- | --- | --- |
| | Name | As provided to the Court |
| | Zoom Username | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>  • In Person – PR<br>  • In Person – NY<br>  • Zoom<br>Law Firm<br>Email<br>Phone Number | N/A |
| All attorneys who wish to appear in person or by Zoom must be listed on this appearance sheet. | | |