UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| *et al.* | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | No. 17 BK 4780-LTS |
| as representative of | ) | |
| PUERTO RICO ELECTRIC POWER | ) | |
| AUTHORITY ("PREPA") | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")[1], José R. Feliciano-Boada of Reichard & Escalera LLC hereby enters his appearance in the above-captioned cases ("the Cases") as co-counsel to Cobra Acquisitions LLC.

DATED: 5th day of May, 2023.

RESPECTFULLY SUBMITTED.

By: */s/ José R. Feliciano Boada*

---

[1] Made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 et seq., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") made applicable to these proceedings by Section 301 of PROMESA.

USDC-PR 307908
feliciano@reichardescalera.com

REICHARD & ESCALERA LLC
Attorneys for *Cobra Acquisitions LLC*
MCS Plaza,
Suite 1000
255 Ave. Ponce de León
Hato Rey, PR 00918
P.O. Box 364148
San Juan, PR 00936-4148
Tel: (787) 777-8888/777-8812
Fax: (787) 765-4225

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/ *Jose R. Feliciano-Boada*
USDC-PR 307908