**Exhibit 1 – Schedule of Resolved Claims**

**Exhibit 1 – Schedule of Resolved Claims**

| Claimant | Claim Number | Debtor(s) | Asserted Claim Amount | Settled Amount | Stipulation Ex. No. |
|---|---|---|---|---|---|
| IZQUIERDO SAN MIGUEL LAW OFFICES | 167861 | Puerto Rico Electric Power Authority | $3,750.00 | $3,000.00 | 1-A |
| NATHANAEL RIVERA RIVERA (MINOR) REPRESENTED BY AMALIA QUINONES | 167857 | Puerto Rico Electric Power Authority | $15,000.00 | $9,000.00 | 1-B |