# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br><br>Title III<br><br>**Case No. 17 BK 3283-LTS** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br><br>Title III<br><br>Case No. 17 BK 4780-LTS |

## MOTION TO WITHDRAW INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

COMES NOW, PV Properties, Inc. ("PV Properties"), through its undersigned attorneys, and respectfully states and requests:

1. On May 2, 2023, PV Properties served on counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") interrogatories and a request for production of documents, and filed an Informative Motion as to such service (**ECF No. 24097**), objected to by the Oversight Board on May 3, 2023 for the discovery request and the motion having been served beyond the deadline of the Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith (**ECF No. 24121**).

2. PV Properties appeared and participated in Mr. David Skeel, the Oversight Board's president's deposition of May 3, 2023 and doesn't need to pursue its intended discovery.

**WHEREFORE**, it is respectfully requested that said discovery and the informative motion be deemed withdrawn.

San Juan, Puerto Rico this 5th day of May 2023

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

| *s*/**Fernando E. Agrait** | *s*/**Charles A. Cuprill-Hernandez** |
|---|---|
| USDC-PR 127212 | USDC-PR 114312 |
| 701 Avenida Ponce de León | Charles A. Cuprill, P.S.C., Law Offices |
| Edificio Centro de Seguros | 356 Fortaleza Street - Second Floor |
| Oficina 414 | San Juan, PR 00901 |
| San Juan, Puerto Rico 00907 | Tel.: 787-977-0515 |
| Tel. 787-725-3390/3391 | Fax: 787-977-0518 |
| Fax: 787-724-0353 | E-mail: cacuprill@cuprill.com |
| E-mail: agraitfe@agraitlawpr.com | |

2