# Exhibit 3

## Account Ledger

USO OFICIAL

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
SALA DE SAN JUAN

**Informe de subsidiario**
Todas las Transacciones hasta 23/jun./2022
Página 1 de 1

K EF-2004--00237  Z-242438  AUT. DE CARRETERAS vs ADRIANA LUISA MERCADO PARRA
Materia: EXP. FORZOSA

EXPROPIACIONES San Juan

First Bank
**Cuenta Corriente :8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 18/mar./2004 | R | AUT. DE CARRETERAS | | 806818 | 146,800.00 | | 146,800.00 |
| 30/dic./2005 | C | FINCA MATILDE, INC | | 35291 | | 146,800.00 | 0.00 |
| 15/may./2008 | R | AUT. DE CARRETERAS | | 968864 | 101,400.00 | | 101,400.00 |
| 08/jul./2008 | C | FINCA MATILDE, INC. | | 41397 | | 101,400.00 | 0.00 |
| 14/jun./2021 | R | AUTORIDAD DE CARRETERAS | | 4832 | 5,687,235.34 | | 5,687,235.34 |
| 17/sep./2021 | C | FINCA MATILDE, INC. | | 10097 | | 5,687,235.34 | 0.00 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN


USO OFICIAL

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 1 de 1

K EF-2011--00018    Z-355139    AUTORIDAD DE CARRETERAS vs DOMINGA SANCHEZ CORREA  
Materia: EXPROPIACION

EXPROPIACIONES  San Juan

**First Bank**  
**Cuenta Corriente :8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 03/feb./2011 | R | AUTORIDAD DE CARRETERAS | | 1514 | 7,560.00 | | 7,560.00 |
| 25/abr./2012 | C | JOSE ANTONIO CARRASQUILLO SANCHEZ | | 4233 | | 840.00 | 6,720.00 |
| 25/abr./2012 | C | SAMUEL CARRASQUILLO SANCHEZ | | 4234 | | 840.00 | 5,880.00 |
| 25/abr./2012 | C | ENEIDA CARRASQUILLO SANCHEZ | | 4235 | | 840.00 | 5,040.00 |
| 25/abr./2012 | C | LYDIA ESTHER CARRASQUILLO SANCHEZ | | 4236 | | 840.00 | 4,200.00 |
| 25/abr./2012 | C | JUANA CARRASQUILLO SANCHEZ | | 4237 | | 840.00 | 3,360.00 |
| 25/abr./2012 | C | ELIZABETH CARRASQUILLO SANCHEZ | | 4238 | | 840.00 | 2,520.00 |
| 25/abr./2012 | C | MARGARITA CARRASQUILLO SANCHEZ | | 4239 | | 840.00 | 1,680.00 |
| 25/abr./2012 | C | DANIEL CARRASQUILLO SANCHEZ | | 4240 | | 840.00 | 840.00 |
| 25/abr./2012 | C | YOLANDA CARRASQUILLO SANCHEZ | | 4241 | | 840.00 | 0.00 |
| 03/sep./2020 | R | AUTORIDAD DE CARRETERAS | | 4738 | 3,959.53 | | 3,959.53 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN

USO OFICIAL

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 1 de 4

K EF-2004--01202    Z-243400

AUT. DE CARRETERAS vs FIORINA VILELLA GARCIA  
Materia: EXP. FORZOSA

EXPROPIACIONES   San Juan

First Bank  
**Cuenta Corriente :8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 29/nov./2004 | R | AUT. DE CARRETERAS | | 811462 | 1,369,630.00 | | 1,369,630.00 |
| 29/dic./2004 | C | ZULMA/FIORINA Y FLAVIA VILELLA | | 32452 | | 684,815.00 | 684,815.00 |
| 29/dic./2004 | C | OSCAR Y ZOE BLASINI GARCIA | | 32453 | | 684,815.00 | 0.00 |
| 09/oct./2014 | R | AUT. DE CARRETERAS | | 3518 | 324,730.00 | | 324,730.00 |
| 03/mar./2015 | C | FIORINA VILELLA GARCIA | | 7172 | | 54,054.83 | 270,675.17 |
| 03/mar./2015 | C | ALEJANDRO JUAN JOSE Y FABIOLA CRISTINA MARIA SANTOS VILELLA | | 7173 | | 54,054.83 | 216,620.34 |
| 03/mar./2015 | C | ZULMA ANTONIA VILELLA GARCIA | | 7174 | | 54,054.84 | 162,565.50 |
| 03/mar./2015 | C | ZOE BLASINI GARCIA | | 7175 | | 81,082.25 | 81,483.25 |
| 03/mar./2015 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 7176 | | 81,082.25 | 401.00 |
| 30/ene./2019 | R | AUT. DE CARRETERAS | | 4518 | 57,875.42 | | 58,276.42 |
| 08/mar./2019 | R | AUTORIDAD DE CARRETERAS | | 4535 | 592,957.74 | | 651,234.16 |
| 01/abr./2019 | R | AUTORIDAD DE CARRETERAS | | 4545 | 295,900.21 | | 947,134.37 |
| 02/may./2019 | R | AUTORIDAD DE CARRETERAS | | 4549 | 295,514.43 | | 1,242,648.80 |
| 29/may./2019 | R | AUTORIDAD DE CARRETERAS | | 4561 | 295,128.66 | | 1,537,777.46 |
| 28/jun./2019 | R | AUTORIDAD DE CARRETERAS | | 4587 | 294,742.88 | | 1,832,520.34 |
| 06/ago./2019 | R | AUTORIDAD DE CARRETERAS | | 4615 | 294,357.10 | | 2,126,877.44 |
| 03/sep./2019 | R | AUTORIDAD DE CARRETERAS | | 4624 | 293,971.33 | | 2,420,848.77 |
| 23/sep./2019 | C | FIORINA VILELLA GARCIA | | 9661 | | 403,474.80 | 2,017,373.97 |
| 23/sep./2019 | C | ZULMA ANTONIA VILELLA GARCIA | | 9662 | | 403,474.80 | 1,613,899.17 |
| 23/sep./2019 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9663 | | 201,737.39 | 1,412,161.78 |
| 23/sep./2019 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9664 | | 201,737.39 | 1,210,424.39 |
| 23/sep./2019 | C | ZOE BLASINI GARCIA | | 9665 | | 605,212.19 | 605,212.20 |
| 23/sep./2019 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9666 | | 605,212.20 | 0.00 |
| 26/sep./2019 | R | AUTORIDAD DE CARRETERAS | | 4633 | 293,585.55 | | 293,585.55 |
| 31/oct./2019 | R | AUTORIDAD DE CARRETERAS | | 4643 | 293,199.78 | | 586,785.33 |
| 25/nov./2019 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9726 | | 73,396.39 | 513,388.94 |
| 25/nov./2019 | C | ZOE BLASINI GARCIA | | 9727 | | 73,396.39 | 439,992.55 |
| 25/nov./2019 | C | FIORINA VILELLA GARCIA | | 9728 | | 48,926.02 | 391,066.53 |
| 25/nov./2019 | C | ZULMA ANTONIA VILELLA GARCIA | | 9729 | | 48,926.03 | 342,140.50 |
| 25/nov./2019 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9730 | | 24,470.36 | 317,670.14 |
| 25/nov./2019 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9731 | | 24,470.36 | 293,199.78 |
| 02/dic./2019 | R | AUTORIDAD DE CARRETERAS | | 4652 | 292,814.00 | | 586,013.78 |
| 02/ene./2020 | R | AUTORIDAD DE CARRETERAS | | 4661 | 292,428.23 | | 878,442.01 |
| 17/ene./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9757 | | 146,503.45 | 731,938.56 |
| 17/ene./2020 | C | ZOE BLASINI GARCIA | | 9758 | | 146,503.45 | 585,435.11 |
| 17/ene./2020 | C | FIORINA VILELLA GARCIA | | 9759 | | 97,668.96 | 487,766.15 |
| 17/ene./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9760 | | 97,668.96 | 390,097.19 |
| 17/ene./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9761 | | 48,834.48 | 341,262.71 |
| 17/ene./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9762 | | 48,834.48 | 292,428.23 |
| 31/ene./2020 | R | AUTORIDAD DE CARRETERAS | | 4671 | 292,042.45 | | 584,470.68 |
| 05/feb./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9771 | | 73,107.06 | 511,363.62 |
| 05/feb./2020 | C | ZOE BLASINI GARCIA | | 9772 | | 73,107.06 | 438,256.56 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN



**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 2 de 4

| K EF-2004--01202 | Z-243400 | | | | AUT. DE CARRETERAS vs FIORINA VILELLA GARCIA |
|---|---|---|---|---|---|

Materia: EXP. FORZOSA

EXPROPIACIONES   San Juan

First Bank  
**Cuenta Corriente :8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 05/feb./2020 | C | FIORINA VILELLA GARCIA | | 9773 | | 48,739.00 | 389,517.56 |
| 05/feb./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9774 | | 48,739.00 | 340,778.56 |
| 05/feb./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9775 | | 24,368.05 | 316,410.51 |
| 05/feb./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9776 | | 24,368.06 | 292,042.45 |
| 18/feb./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9785 | | 73,010.61 | 219,031.84 |
| 18/feb./2020 | C | ZOE BLASINI GARCIA | | 9786 | | 73,010.61 | 146,021.23 |
| 18/feb./2020 | C | FIORINA VILELLA GARCIA | | 9787 | | 48,673.74 | 97,347.49 |
| 18/feb./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9788 | | 48,673.75 | 48,673.74 |
| 18/feb./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9789 | | 24,336.87 | 24,336.87 |
| 18/feb./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9790 | | 24,336.87 | 0.00 |
| 09/mar./2020 | R | AUTORIDAD DE CARRETERAS | | 4690 | 291,656.68 | | 291,656.68 |
| 03/jul./2020 | R | AUTORIDAD DE CARRETERAS | | 4711 | 290,499.35 | | 582,156.03 |
| 03/jul./2020 | R | AUTORIDAD DE CARRETERAS | | 4713 | 290,113.58 | | 872,269.61 |
| 03/jul./2020 | R | AUTORIDAD DE CARRETERAS | | 4714 | 290,885.13 | | 1,163,154.74 |
| 03/jul./2020 | R | AUTORIDAD DE CARRETERAS | | 4715 | 291,270.90 | | 1,454,425.64 |
| 23/jul./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9826 | | 72,914.17 | 1,381,511.47 |
| 23/jul./2020 | C | ZOE BLASINI GARCIA | | 9827 | | 72,914.17 | 1,308,597.30 |
| 23/jul./2020 | C | FIORINA VILELLA GARCIA | | 9828 | | 48,609.45 | 1,259,987.85 |
| 23/jul./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9829 | | 48,609.45 | 1,211,378.40 |
| 23/jul./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9830 | | 24,304.72 | 1,187,073.68 |
| 23/jul./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9831 | | 24,304.72 | 1,162,768.96 |
| 24/ago./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9878 | | 290,692.24 | 872,076.72 |
| 24/ago./2020 | C | ZOE BLASINI GARCIA | | 9879 | | 290,692.24 | 581,384.48 |
| 24/ago./2020 | C | FIORINA VILELLA GARCIA | | 9880 | | 193,794.83 | 387,589.65 |
| 24/ago./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9881 | | 193,794.83 | 193,794.82 |
| 24/ago./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9882 | | 96,897.41 | 96,897.41 |
| 24/ago./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9883 | | 96,897.41 | 0.00 |
| 28/ago./2020 | R | AUTORIDAD DE CARRETERAS | | 4733 | 289,342.03 | | 289,342.03 |
| 28/ago./2020 | R | AUTORIDAD DE CARRETERAS | | 4734 | 289,727.80 | | 579,069.83 |
| 28/sep./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9895 | | 144,767.46 | 434,302.37 |
| 28/sep./2020 | C | ZOE BLASINI GARCIA | | 9896 | | 144,767.46 | 289,534.91 |
| 28/sep./2020 | C | FIORINA VILELLA GARCIA | | 9897 | | 96,511.64 | 193,023.27 |
| 28/sep./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9898 | | 96,511.64 | 96,511.63 |
| 28/sep./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9899 | | 48,255.81 | 48,255.82 |
| 28/sep./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9900 | | 48,255.82 | 0.00 |
| 29/sep./2020 | R | AUTORIDAD DE CARRETERAS | | 4744 | 288,956.25 | | 288,956.25 |
| 26/oct./2020 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9906 | | 72,239.06 | 216,717.19 |
| 26/oct./2020 | C | ZOE BLASINI GARCIA | | 9907 | | 72,239.06 | 144,478.13 |
| 26/oct./2020 | C | FIORINA VILELLA GARCIA | | 9908 | | 48,159.39 | 96,318.74 |
| 26/oct./2020 | C | ZULMA ANTONIA VILELLA GARCIA | | 9909 | | 48,159.38 | 48,159.36 |
| 26/oct./2020 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9910 | | 24,079.68 | 24,079.68 |
| 26/oct./2020 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9911 | | 24,079.68 | 0.00 |
| 06/nov./2020 | R | AUTORIDAD DE CARRETERAS | | 4758 | 288,570.48 | | 288,570.48 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN

**USO OFICIAL**

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 3 de 4

| K EF-2004--01202 | Z-243400 | | | AUT. DE CARRETERAS vs FIORINA VILELLA GARCIA |
| | | | | Materia: EXP. FORZOSA |

EXPROPIACIONES   San Juan

**First Bank**  
**Cuenta Corriente : 8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 01/dic./2020 | R | AUT. DE CARRETERAS | | 4765 | 288,184.70 | | 576,755.18 |
| 21/dic./2020 | R | AUTORIDAD DE CARRETERAS | | 4786 | 287,798.93 | | 864,554.11 |
| 13/ene./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9934 | | 144,188.80 | 720,365.31 |
| 13/ene./2021 | C | ZOE BLASINI GARCIA | | 9935 | | 144,188.80 | 576,176.51 |
| 13/ene./2021 | C | FIORINA VILELLA GARCIA | | 9936 | | 96,125.86 | 480,050.65 |
| 13/ene./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 9937 | | 96,125.86 | 383,924.79 |
| 13/ene./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9938 | | 48,062.93 | 335,861.86 |
| 13/ene./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9939 | | 48,062.93 | 287,798.93 |
| 28/ene./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9948 | | 71,949.73 | 215,849.20 |
| 28/ene./2021 | C | ZOE BLASINI GARCIA | | 9949 | | 71,949.73 | 143,899.47 |
| 28/ene./2021 | C | FIORINA VILELLA GARCIA | | 9950 | | 47,966.50 | 95,932.97 |
| 28/ene./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 9951 | | 47,966.49 | 47,966.48 |
| 28/ene./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9952 | | 23,983.24 | 23,983.24 |
| 28/ene./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9953 | | 23,983.24 | 0.00 |
| 05/feb./2021 | R | AUTORIDAD DE CARRETERAS | | 4797 | 287,413.15 | | 287,413.15 |
| 08/feb./2021 | T | REINGRESO 9949 (ZOE BLASINI GARCIA) | | 9949 | 71,949.73 | | 359,362.88 |
| 17/mar./2021 | R | AUTORIDAD DE CARRETERAS | | 4810 | 287,027.38 | | 646,390.26 |
| 18/mar./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 9974 | | 71,853.29 | 574,536.97 |
| 18/mar./2021 | C | FIORINA VILELLA GARCIA | | 9975 | | 47,902.18 | 526,634.79 |
| 18/mar./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 9976 | | 47,902.19 | 478,732.60 |
| 18/mar./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 9977 | | 23,951.10 | 454,781.50 |
| 18/mar./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 9978 | | 23,951.10 | 430,830.40 |
| 30/mar./2021 | R | AUTORIDAD DE CARRETERAS | | 4811 | 286,641.60 | | 717,472.00 |
| 19/abr./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 10029 | | 143,417.24 | 574,054.76 |
| 19/abr./2021 | C | FIORINA VILELLA GARCIA | | 10030 | | 95,611.49 | 478,443.27 |
| 19/abr./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 10031 | | 95,611.50 | 382,831.77 |
| 19/abr./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 10032 | | 47,805.75 | 335,026.02 |
| 19/abr./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 10033 | | 47,805.75 | 287,220.27 |
| 03/may./2021 | R | AUTORIDAD DE CARRETERAS | | 4817 | 286,255.83 | | 573,476.10 |
| 02/jun./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 10047 | | 71,563.96 | 501,912.14 |
| 02/jun./2021 | C | FIORINA VILELLA GARCIA | | 10048 | | 47,709.30 | 454,202.84 |
| 02/jun./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 10049 | | 47,709.31 | 406,493.53 |
| 02/jun./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 10050 | | 23,854.65 | 382,638.88 |
| 02/jun./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 10051 | | 23,854.65 | 358,784.23 |
| 03/jun./2021 | R | AUTORIDAD DE CARRETERAS | | 4829 | 285,870.05 | | 644,654.28 |
| 30/jun./2021 | R | AUTORIDAD DE CARRETERAS | | 4848 | 285,484.28 | | 930,138.56 |
| 29/jul./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 10062 | | 71,467.51 | 858,671.05 |
| 29/jul./2021 | C | FIORINA VILELLA GARCIA | | 10063 | | 47,645.01 | 811,026.04 |
| 29/jul./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 10064 | | 47,465.00 | 763,561.04 |
| 29/jul./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 10065 | | 23,822.50 | 739,738.54 |
| 29/jul./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 10066 | | 23,822.50 | 715,916.04 |
| 30/ago./2021 | R | AUTORIDAD DE CARRETERAS | | 4867 | 569,811.23 | | 1,285,727.27 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
SALA DE SAN JUAN

USO OFICIAL

**Informe de subsidiario**
Todas las Transacciones hasta 23/jun./2022
Página 4 de 4

K EF-2004--01202    Z-243400    AUT. DE CARRETERAS vs FIORINA VILELLA GARCIA
Materia: EXP. FORZOSA

EXPROPIACIONES   San Juan

First Bank
**Cuenta Corriente :8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 29/sep./2021 | R | AUTORIDAD DE CARRETERAS | | 4874 | 284,326.95 | | 1,570,054.22 |
| 08/oct./2021 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 10156 | | 71,371.07 | 1,498,683.15 |
| 08/oct./2021 | C | FIORINA VILELLA GARCIA | | 10157 | | 47,580.71 | 1,451,102.44 |
| 08/oct./2021 | C | ZULMA ANTONIA VILELLA GARCIA(Nulo) | | 10158 | | | 1,451,102.44 |
| 08/oct./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA(Nulo) | | 10159 | | | 1,451,102.44 |
| 08/oct./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA(Nulo) | | 10160 | | | 1,451,102.44 |
| 08/oct./2021 | C | ZULMA ANTONIA VILELLA GARCIA | | 10161 | | 47,580.71 | 1,403,521.73 |
| 08/oct./2021 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 10162 | | 23,790.36 | 1,379,731.37 |
| 08/oct./2021 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 10163 | | 23,790.36 | 1,355,941.01 |
| 26/oct./2021 | R | AUTORIDAD DE CARRETERAS | | 4884 | 283,941.18 | | 1,639,882.19 |
| 17/nov./2021 | R | AUTORIDAD DE CARRETERAS | | 4905 | 283,555.40 | | 1,923,437.59 |
| 03/ene./2022 | R | AUTORIDAD DE CARRETERAS | | 4936 | 283,170.10 | | 2,206,607.69 |
| 24/ene./2022 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 1093 | | 355,408.68 | 1,851,199.01 |
| 24/ene./2022 | C | FIORINA VILELLA GARCIA | | 1094 | | 236,939.14 | 1,614,259.87 |
| 24/ene./2022 | C | ZULMA ANTONIA VILELLA GARCIA | | 1095 | | 237,119.14 | 1,377,140.73 |
| 24/ene./2022 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 1096 | | 118,469.55 | 1,258,671.18 |
| 24/ene./2022 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 1097 | | 118,469.55 | 1,140,201.63 |
| 24/ene./2022 | C | ZOE MARIE MERCADO BLASINI | | 1098 | | 157,209.24 | 982,992.39 |
| 24/ene./2022 | C | OSCAR ALBERTO MERCADO BLASINI | | 1099 | | 157,209.24 | 825,783.15 |
| 24/ene./2022 | C | TEDDY MIGUEL MERCADO BLASINI | | 1100 | | 157,209.24 | 668,573.91 |
| 24/ene./2022 | C | GRACE MARIE MERCADO BLASINI | | 1101 | | 157,209.24 | 511,364.67 |
| 24/ene./2022 | C | CECILE MARIE MERCADO COSTAS | | 1102 | | 78,604.62 | 432,760.05 |
| 24/ene./2022 | C | JORGE ENRIQUE MERCADO COSTA | | 1103 | | 78,604.61 | 354,155.44 |
| 25/feb./2022 | C | SILVIA, ANNETTE Y ANTONIA BLASINI BATISTA Y SILVIA BATISTA | | 1137 | | 70,792.52 | 283,362.92 |
| 25/feb./2022 | C | FIORINA VILELLA GARCIA | | 1138 | | 47,195.01 | 236,167.91 |
| 25/feb./2022 | C | ZULMA ANTONIA VILELLA GARCIA | | 1139 | | 47,195.02 | 188,972.89 |
| 25/feb./2022 | C | ALEJANDRO JUAN JOSE SANTOS VILELLA | | 1140 | | 23,597.51 | 165,375.38 |
| 25/feb./2022 | C | FABIOLA CRISTINA MARIA SANTOS VILELLA | | 1141 | | 23,597.51 | 141,777.87 |
| 25/feb./2022 | C | ZOE MARIE MERCADO BLASINI | | 1142 | | 14,158.51 | 127,619.36 |
| 25/feb./2022 | C | OSCAR ALBERTO MERCADO BLASINI | | 1143 | | 14,158.52 | 113,460.84 |
| 25/feb./2022 | C | TEDDY MIGUEL MERCADO BLASINI | | 1144 | | 14,158.52 | 99,302.32 |
| 25/feb./2022 | C | GRACE MARIE MERCADO BLASINI | | 1145 | | 14,158.52 | 85,143.80 |
| 25/feb./2022 | C | CECILE MARIE MERCADO COSTA | | 1146 | | 7,079.25 | 78,064.55 |
| 25/feb./2022 | C | JORGE ENRIQUE MERCADO COSTA | | 1147 | | 7,079.25 | 70,985.30 |
| 25/feb./2022 | C | ZOE MARIE MERCADO BLASINI | | 1148 | | 14,197.06 | 56,788.24 |
| 25/feb./2022 | C | OSCAR ALBERTO MERCADO BLASINI | | 1149 | | 14,197.06 | 42,591.18 |
| 25/feb./2022 | C | TEDDY MIGUEL MERCADO BLASINI | | 1150 | | 14,197.06 | 28,394.12 |
| 25/feb./2022 | C | GRACE MARIE MERCADO BLASINI | | 1151 | | 14,197.06 | 14,197.06 |
| 25/feb./2022 | C | CECILE MARIE MERCADO COSTA | | 1152 | | 7,098.53 | 7,098.53 |
| 25/feb./2022 | C | JORGE ENRIQUE MERCADO COSTA | | 1153 | | 7,098.53 | 0.00 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN  

USO OFICIAL

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 1 de 1

| K EF-2004--00206 | Z-242407 | | | AUT. DE CARRETERAS vs MADELINE LOPEZ PAGAN |
| --- | --- | --- | --- | --- |
| | | | | Materia: EXP. FORZOSA |

EXPROPIACIONES San Juan

Banco Santander  
**Cuenta Corriente :0006960088**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/mar./2004 | R | AUT. DE CARRETERAS | | 806798 | 128,030.00 | | 128,030.00 |
| 13/may./2004 | C | R & G MORTGAGE CORP | | 30534 | | 27,325.06 | 100,704.94 |
| 13/may./2004 | C | MADELINE LOPEZ PAGAN | | 30535 | | 100,704.94 | 0.00 |
| 30/ago./2004 | R | AUT. DE CARRETERAS | | 810483 | 12,970.00 | | 12,970.00 |
| 30/sep./2004 | C | MADELINE LOPEZ PAGAN | | 31727 | | 12,970.00 | 0.00 |
| 26/feb./2019 | R | AUT. DE CARRETERAS | | 4533 | 7,988.48 | | 7,988.48 |
| 28/ene./2020 | C | FINCA MATILDE, INC. | | 9770 | | 7,988.48 | 0.00 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
SALA DE SAN JUAN

**Informe de subsidiario**
Todas las Transacciones hasta 23/jun./2022
Página 1 de 1

K EF-2002--00814  Z-216246  AUTORIDAD DE CARRETERAS vs LUCAS Y JORGE LUCAS PEREZ
Materia: EXP. FORZOSA

EXPROPIACIONES  San Juan

Banco Santander
**Cuenta Corriente :0006960088**

| Fecha | Den | Descripción | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|
| 19/dic./2002 | R | AUTORIDAD DE CARRETERAS | 760007 | 227,524.00 | | 227,524.00 |
| 25/mar./2003 | C | JORGE LUCAS VALDIVIESO TORRUELLAS | 27520 | | 113,762.00 | 113,762.00 |
| 25/mar./2003 | C | JORGE LUCAS VALDIVIESO TORRUELLAS | 27521 | | 113,762.00 | 0.00 |
| 05/jul./2006 | R | AUT. DE CARRETERAS | 868435 | 127,722.22 | | 127,722.22 |
| 22/ago./2006 | C | JORGE LUCAS VALDIVIESO TORRUELLAS | 36512 | | 63,861.11 | 63,861.11 |
| 22/ago./2006 | C | JORGE LUCAS VALDIVIESO TORRUELLAS | 36513 | | 63,861.11 | 0.00 |
| 13/mar./2008 | R | AUT. DE CARRETERAS | 956385 | 18,444.66 | | 18,444.66 |
| 18/abr./2008 | C | JORGE LUCAS PEREZ VALDIVIESO | 40786 | | 9,222.33 | 9,222.33 |
| 18/abr./2008 | C | JORGE LUCAS VALDIVIESO TORRUELLAS | 40787 | | 9,222.33 | 0.00 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN

 USO OFICIAL

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 1 de 1

K EF-2011--00240    Z-355360    AUTORIDAD CARRETERAS Y TRANSPORTACION DE PR vs LUIS ALBERTO MERCADO JIMENEZ  
Materia: EXPROPIACION FORZOSA

EXPROPIACIONES   San Juan

**First Bank**  
**Cuenta Corriente: 8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 29/ago./2011 | R | AUTORIDAD DE CARRETERAS | | 1920 | 551,200.00 | | 551,200.00 |
| 04/oct./2011 | R | AUTORIDAD DE CARRETERAS | | 2038 | 3,600.00 | | 554,800.00 |
| 30/sep./2014 | C | JOSE A. MERCADO MENDEZ | | 6754 | | 35,196.85 | 519,603.15 |
| 30/sep./2014 | C | CARLOS A. MERCADO MENDEZ | | 6755 | | 35,196.85 | 484,406.30 |
| 30/sep./2014 | C | SYLVIA M. MERCADO MENDEZ | | 6756 | | 3,102.46 | 481,303.84 |
| 30/sep./2014 | C | ENA MOURE DE LIS | | 6757 | | 10,703.84 | 470,600.00 |
| 10/dic./2014 | C | VICTOR CALES FRATICELLI Y MARIA CARIDAD CANLER ELDIDY | | 6956 | | 227,050.00 | 243,550.00 |
| 10/dic./2014 | C | MIGUELINA ALVARADO GALARZA | | 6957 | | 113,525.00 | 130,025.00 |
| 10/dic./2014 | C | PAULA ISABEL CALES PEREZ | | 6958 | | 28,381.25 | 101,643.75 |
| 10/dic./2014 | C | RAFAEL JOSE CALES PEREZ | | 6959 | | 28,381.25 | 73,262.50 |
| 10/dic./2014 | C | MADELINE RAQUEL CALES GUZMAN | | 6960 | | 28,381.25 | 44,881.25 |
| 10/dic./2014 | C | RAFAEL III CALES GUZMAN | | 6961 | | 28,381.25 | 16,500.00 |
| 23/feb./2015 | C | LUIS ALBERTO MERCADO JIMENEZ | | 7156 | | 5,500.00 | 11,000.00 |
| 23/feb./2015 | C | ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO | | 7157 | | 5,500.00 | 5,500.00 |
| 05/mar./2015 | T | REINGRESO 7156 (LUIS ALBERTO MERCADO JIMENEZ) | | 7156 | 5,500.00 | | 11,000.00 |
| 16/feb./2016 | R | AUTORIDAD DE CARRETERAS | | 3953 | 150,510.99 | | 161,510.99 |
| 07/mar./2016 | C | PRADERAS DEL RIO, INC. | | 8271 | | 109,800.00 | 51,710.99 |
| 07/mar./2016 | C | ADRIAN MERCADO VIZCARRONDO Y MARIANGELIE BERLINGERI MARIN | | 8272 | | 36,585.36 | 15,125.63 |
| 27/feb./2018 | T | RECUADADO EN CTA. INCORRECTA, PERTENECE A CTA. 006960088. | | 30901 | 16,448.00 | | 31,573.63 |
| 26/jun./2018 | R | AUTORIDAD DE CARRETERAS | | 4417 | 9,693.32 | | 41,266.95 |
| 07/feb./2019 | C | ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO | | 9520 | | 10,948.00 | 30,318.95 |
| 12/ago./2019 | C | ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO | | 9609 | | 15,193.32 | 15,125.63 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
SALA DE SAN JUAN

USO OFICIAL

**Informe de subsidiario**
Todas las Transacciones hasta 23/jun./2022
Página 1 de 1

| K EF-2006--00464 | Z-268696 |
|---|---|

AUT. DE CARRETERAS vs EMPRESAS BASTARD INC.
Materia: EXP. FORZOSA

EXPROPIACIONES San Juan

First Bank
**Cuenta Corriente: 8932000022**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 28/ago./2006 | R | AUT. DE CARRETERAS | | 577898 | 142,477.00 | | 142,477.00 |
| 22/oct./2007 | C | EMPRESAS BASTARD, INC | | 39577 | | 94,523.00 | 47,954.00 |
| 22/oct./2007 | C | MARIA CASTRO,IVETTE M.,YVONNE M.,JUAN H. Y JOSE M. SAAVEDRA | | 39578 | | 30,975.00 | 16,979.00 |
| 22/oct./2007 | C | AUTORIDAD DE CARRETERAS | | 39579 | | 16,979.00 | 0.00 |
| 15/may./2008 | R | AUT. DE CARRETERAS | | 968870 | 32,301.00 | | 32,301.00 |
| 01/oct./2008 | C | MARIA CASTRO,IVETTE M.,YVONNE M.,JUAN H. Y JOSE M. SAAVEDRA | | 41915 | | 32,301.00 | 0.00 |
| 30/oct./2009 | T | EXPIRADO 41915 | | 41915 | 32,301.00 | | 32,301.00 |
| 12/jul./2010 | C | MARIA CASTRO,IVETTE M.,YVONNE M.,JUAN H. Y JOSE M. SAAVEDRA | | 577 | | 32,301.00 | 0.00 |
| 06/jul./2011 | R | AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PR | | 1812 | 290,875.61 | | 290,875.61 |
| 12/jul./2011 | C | MARIA CASTRO,IVETTE M.,YVONNE M.,JUAN H. Y JOSE M. SAAVEDRA | | 2870 | | 290,875.61 | 0.00 |
| 07/feb./2017 | R | AUTORIDAD DE CARRETERAS | | 4221 | 150,000.00 | | 150,000.00 |
| 03/mar./2017 | R | AUTORIDAD DE CARRETERAS | | 4242 | 500,000.00 | | 650,000.00 |
| 06/abr./2017 | R | AUTORIDAD DE CARRETERAS | | 4271 | 328,476.25 | | 978,476.25 |
| 16/may./2017 | C | EMPRESAS BASTARD, INC | | 8896 | | 978,476.25 | 0.00 |
| 11/dic./2020 | R | AUTORIDAD DE CARRETERAS | | 4768 | 196,537.67 | | 196,537.67 |
| 14/feb./2022 | R | AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PR | | 4955 | 52,160.64 | | 248,698.31 |

Ordenado por Fecha

ESTADO LIBRE ASOCIADO DE PUERTO RICO  
TRIBUNAL GENERAL DE JUSTICIA  
SALA DE SAN JUAN

USO OFICIAL

**Informe de subsidiario**  
Todas las Transacciones hasta 23/jun./2022  
Página 1 de 1

| K EF-2016--00083 | Z-444932 | AUTORIDAD DE CARRETERAS vs LAS MONJAS REALTY II, SE |
|---|---|---|
| | | Materia: EXPROPIACION FORZOSA |

EXPROPIACIONES  San Juan

Banco Santander  
**Cuenta Corriente :0006960088**

| Fecha | | Descripción | Den | Número | INGRESOS | EGRESOS | Balance |
|---|---|---|---|---|---|---|---|
| 07/dic./2016 | R | AUTORIDAD DE CARRETERAS | | 4184 | 1,274,000.00 | | 1,274,000.00 |
| 09/nov./2018 | R | AUTORIDAD DE CARRETERAS | | 4495 | 271,187.96 | | 1,545,187.96 |
| 17/ene./2019 | C | LAS MONJAS REALTY II, S.E. | | 9495 | | 1,545,187.96 | 0.00 |

Ordenado por Fecha