THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

**AMENDED INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE MAY 8, 2023 URGENT STATUS CONFERENCE**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this Amended Informative Motion in compliance with the *Order to Appear for Urgent Status Conference* (the "Order," ECF No. 24115)[2] and respectfully state as follows:

1. William J. Natbony (bill.natbony@cwt.com) of Cadwalader, Wickersham & Taft LLP will appear in-person at the New York Courtroom[3] and reserves the right to be heard on behalf of Assured at the Urgent Status Conference.

2. Mark C. Ellenberg (mark.ellenberg@cwt.com) of Cadwalader, Wickersham & Taft LLP will appear live via Zoom and reserves the right to be heard on behalf of Assured at the Urgent Status Conference.

3. Mr. Ellenberg and/or Mr. Natbony reserve the right to be heard on any matter raised by any party at the Urgent Status Conference as concerns Assured related to the Title III Cases or the interests of Assured.

4. Jorge Gana (Chief Risk Officer) will attend the Urgent Status Conference in the New York Courtroom as a representative of Assured.

5. Holly Horn (Chief Surveillance Officer) and Kevin Lyons (Deputy General Counsel) will attend the Urgent Status Conference via Zoom as representatives of Assured.

6. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

[*Remainder of Page Intentionally Omitted*]

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

[3] Capitalized terms used in this Informative Motion but not defined herein shall have the meanings ascribed to them in the Order.

Dated: May 8, 2023
       New York, New York

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
   Heriberto Burgos Pérez
   USDC-PR No. 204,809
   Ricardo F. Casellas-Sánchez
   USDC-PR No. 203,114
   Diana Pérez-Seda
   USDC–PR No. 232,014
   P.O. Box 364924
   San Juan, PR 00936-4924
   Tel.: (787) 756-1400
   Fax: (787) 756-1401
   E-mail: hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM & TAFT LLP**

By: /s/ *Howard R. Hawkins, Jr.*
   Howard R. Hawkins, Jr.*
   Mark C. Ellenberg*
   Casey J. Servais*
   William J. Natbony*
   Thomas J. Curtin*
   200 Liberty Street
   New York, New York 10281
   Tel.: (212) 504-6000
   Fax: (212) 406-6666
   Email: howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           casey.servais@cwt.com
           bill.natbony@cwt.com
           thomas.curtin@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

-4-

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 8th day of May, 2023.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice
