**EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|---|
| | Party Name Abbreviation | Assured |
| Attorney 1 | • Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance | **In Person NY:**<br>**William J. Natbony**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676 |
| Attorney 2 | • Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Zoom:**<br>**Mark C. Ellenberg**<br>mark.ellenberg@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(202) 862 2238<br>Notice of Appearance: ECF No. 138<br>Zoom Screen Name: Assured / Ellenberg, Mark / Cadwalader, Wickersham & Taft LLP |
| Representative 1 | • Name,<br>• Email,<br>• Company,<br>• Zoom Screen Name | **In Person NY:**<br>**Jorge Gana**<br>N/A[1]<br>Assured<br>Zoom Screen Name: Assured / Gana, Jorge / Assured Representative |
| Representative 2 | • Name,<br>• Email,<br>• Company, | **Zoom:**<br>**Holly Horn**<br>N/A<br>Assured |

---

[1] As permitted under Paragraph 5 of the Order, the email addresses for Jorge Gana, Holly Horn, and Kevin Lyons have been provided to the Court by email at swaindprcorresp@nysd.uscourts.gov.

|  | • Zoom Screen Name | Zoom Screen Name: Assured / Horn, Holly / Assured Representative |
|---|---|---|
| Representative 3 | • Name,<br>• Email,<br>• Company,<br>• Zoom Screen Name | **Zoom:**<br>**Kevin Lyons**<br>N/A<br>Assured<br>Zoom Screen Name: Assured / Lyons, Kevin / Assured Representative |