Check Date: 23.May.2016     Check No. 00023947

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| RENTA DE LOCAL - | 19.May.2016 | 16012876 | 2,450.00 | 0.00 | 2,450.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 179304206 | MARIA GON,ALE, CHACON | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00023947 | 23.May.2016 | 00123 | | $2,450.00 |

ATTACHMENT #1

**Anejo N Individuo**
Rev. 9 nov 17

**INGRESO DE ALQUILER**

**2017**

Año contributivo comenzado el __01__ de __01__ de __2017__ y terminado el __31__ de __12__ de __2017__

Número de Seguro Social: REDACTED 4206

Nombre del contribuyente: Mexia A Gonzalez Chacon

## Parte I — Cuestionario

| Número de Identificación Patronal | Número de Registro de Comerciante | Ingreso de Alquiler (ennegrezca uno): | Ennegrezca aquí si esta es su industria o negocio principal | Código Municipal |
|---|---|---|---|---|
| 66-0433519 | 00850000026 | ● 1 Contribuyente   ○ 2 Cónyuge | | |

Ennegrezca aquí si durante el año contributivo dispuso de la totalidad de los activos utilizados en su industria o negocio ○

Ennegrezca aquí si la propiedad alquilada está localizada fuera de Puerto Rico ○

Localización de la propiedad alquilada – Número, Calle y Pueblo
Carr 651 Km 2.7
Hato Arriba
ARECIBO   PR   00613

Naturaleza de la propiedad alquilada (Ej. residencia, apartamento, etc.)
Renta de apartamento

Ingreso de Alquiler:
- Totalmente Tributable ● (01)
- Totalmente Exento (Ley 132-2010) ○ (02)
- Incentivos Contributivos bajo:
  - Ley Núm. 52 de 1983 ○ (03)
  - Ley Núm. 8 de 1987 ○ (04)
  - Ley 78-1993 ○ (05)
  - Ley 135-1997 ○ (06)
  - Ley 73-2008 ○ (07)
  - Ley 74-2010 ○ (08)
  - Ley 83-2010 ○ (09)
  - Ley 1-2013 ○ (10)
  - Ley 135-2014 ○ (11)
  - Sección 1031.02(a)(28) del Código ○ (12)
  - Sección 1031.02(a)(35)(F) del Código ○ (13)
  - Otro ○ (14)

Propiedad (Ennegrezca una):
● 1 Residencial
○ 2 Comercial

Número de caso o concesión: ____    Número de empleados: ____

Indique si reclamó gastos relacionados con la titularidad, uso, mantenimiento y depreciación de los siguientes conceptos (ennegrezca las que apliquen). Además, indique si el negocio derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o de carga o arrendamiento en el caso de embarcaciones, transportación de pasajeros o de carga o arrendamiento en el caso de aeronaves, o alquiler de propiedades a personas no relacionadas en el caso de propiedad residencial fuera de Puerto Rico.

| Concepto | Indique si reclamó gastos | | Indique si derivó 80% o más del ingreso de esa actividad | |
|---|---|---|---|---|
| | Sí | No | Sí | No |
| 1. automóviles | ○ | ● | ○ | ● |
| 2. embarcaciones | ○ | ● | ○ | ● |
| 3. aeronaves | ○ | ● | ○ | ● |
| 4. propiedad residencial fuera de Puerto Rico | ○ | ● | ○ | ● |

## Parte II — Determinación de Ganancia o Pérdida

| | | |
|---|---|---|
| 1. Ingresos | (01) | 6240 00 |
| | (08) | 0 00 |
| 2. Menos: Cantidad exenta bajo Ley 135-2014  (02) ○ 1 Hasta $40,000  ○ 2 Hasta $500,000 (Véanse instrucciones) | (09) | 6240 00 |
| 3. Ingreso bruto después de la exención bajo la Ley 135-2014 (Línea 1 menos línea 2, si aplica. De otro modo, anote el importe de la línea 1) | (10) | 13775 00 |
| 4. Menos: Gastos de operación y otros costos (informe detalle en Parte III) | (11) | -7535 00 |
| 5. Ingreso neto del año corriente | (12) | 0 00 |
| 6. Menos: Pérdida neta en operaciones de años anteriores (Acompañe Anejo V Individuo, véanse instrucciones) | (13) | -7535 00 |
| 7. Ingreso neto ajustado (Línea 5 menos línea 6) | (14) | 0 00 |
| 8. Menos: Cantidad exenta ____% de la línea 7 (Véanse instrucciones) | | |
| 9. Ganancia (o pérdida) (Traslade el total a la página 2, Encasillado 1, línea 2L de la planilla o línea 3L, Columna B o C del Anejo CO Individuo, según aplique. Si es una pérdida, véanse instrucciones. Por otro lado, si es una ganancia que tributa a tasa reducida bajo una Ley de Incentivos, traslade el total a la Columna correspondiente de la línea 4(i) del Anejo A2 Individuo, según la tasa contributiva que le aplique a dicha ganancia) | (20) | -7535 00 |

## Parte III — Gastos de Operación y Otros Costos

A. Gastos deducibles para la contribución básica alterna:

| | | |
|---|---|---|
| 1. Salarios, comisiones y bonificaciones a empleados (Pago cualificado exento $_____) (Véanse inst.) | (02) | 00 |
| 2. Gastos de nómina (Véanse instrucciones) | (03) | 00 |
| 3. Seguro médico o de hospitalización | (04) | 0 00 |
| 4. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta Modelo SC-6042) | (05) | 0 00 |
| 5. Servicios profesionales (Pago cualificado exento $_____ 670 ) os (Véanse instrucciones) | (06) | 00 |
| 6. Intereses sobre deudas del negocio | (07) | 00 |
| 7. Contribuciones sobre la propiedad, patentes y licencias | (08) | 1300 00 |
| 8. Seguros (Véanse instrucciones) | (09) | 880 00 |
| 9. Servicios públicos (agua, luz, teléfono, etc.) | (10) | 00 |
| 10. Depreciación y amortización (Someta Anejo E) | (11) | 7000 00 |
| 11. Gastos de automóviles (Millaje_____) (19, (Véanse instrucciones) | (12) | 0 00 |
| 12. Gastos de otros vehículos de motor (Véanse instrucciones) | (14) | 0 00 |
| 13. Contribución federal sobre el trabajo por cuenta propia (Véanse instrucciones) | (15) | 00 |
| 14. Costos directos imprescindibles (Someta Anejo W Individuo. Véanse instrucciones) | (16) | 0 00 |
| 15. Subtotal (Sume líneas 1 a la 14) | (17) (18) | 9180 00 |

B. Otras deducciones:

| | | |
|---|---|---|
| 16. Reparaciones | (19) | 2600 00 |
| 17. Otros seguros | (20) | 00 |
| 18. Anuncios | (21) | 00 |
| 19. Mantenimiento | (22) | 1995 00 |
| 20. Gastos de viajes | (23) | 00 |
| 21. Otros gastos (Someta Anejo W Individuo) | (24) | 0 00 |
| 22. Subtotal (Sume líneas 16 a la 21) | (25) | 4595 00 |
| 23. Total (Sume líneas 15 y 22. Traslade a la Parte II, línea 4 de este Anejo) | (30) | 13775 00 |

Período de Conservación: Diez (10) años

ATTACHMENT # 2



Formulario 480.6A
Form Rev. 10.17

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - INGRESOS NO SUJETOS A RETENCIÓN
INFORMATIVE RETURN - INCOME NOT SUBJECT TO WITHHOLDING

W863185

Número de Confirmación de Radicación Electrónica
Electronic Filing Confirmation Number

AÑO CONTRIBUTIVO / TAXABLE YEAR: 2017

Enmendado - Amended: (___/___)

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | Clase de Ingreso / Type of Income | Código - Code | Cantidad Pagada / Amount Paid |
|---|---|---|---|
| Número de Identificación Patronal - Employer Identification Number: 66-0433519 | 1. Pagos por Servicios Prestados por Individuos (Vea Instrucciones) / Payments for Services Rendered by Individuals (See instructions) | | 0.00 |
| Nombre - Name: MUNICIPIO DE ARECIBO | 2. Pagos por Servicios Prestados por Corporaciones y Sociedades (Vea inst.) / Payments for Services Rendered by Corporations and Partnerships (See inst.) | Código - Code | 0.00 |
| Dirección - Address: BOX 1086 ARECIBO ARECIBO, PR 006130000 | 3. Comisiones y Honorarios / Commissions and Fees | | 0.00 |
| | 4. Rentas / Rents | | 6,240.00 |
| INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | | | |
| Número de Seguro Social o Identificación Patronal: REDACTED 4206 | 5. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) / Interest under Section 1023.04 (except IRA and Educational Contribution Account) | | 0.00 |
| Nombre - Name: GONZALEZ MARIA | 6. Intereses bajo la Sección 1023.05(b) / Interest under Section 1023.05(b) | | 0.00 |
| Dirección - Address: URB.VEREDAS 784 LOS CERRO GURABO, PR 00778-0000 | 7. Dividendos (Vea instrucciones) / Dividends (See instructions) | | 0.00 |
| | 8. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) (Vea instrucciones) / Capital Gain Distributions under Section 1112.01(c)(3) (See instructions) | | 0.00 |
| Número de Cuenta Bancaria / Bank Account Number | 9. Condonación de Deuda / Debt Discharge | | 0.00 |
| Razones para el Cambio - Reasons for the Change | 10. Otros Pagos / Other Payments | | 0.00 |
| Número Control - Control Number: 003752544 | Número Control Informativa Original / Control No. Original Informative Return | 11. Rédito Bruto (Vea instrucciones) / Gross Proceeds (See instructions) | 0.00 |

FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES
FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus récords.
Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records.

ATTACHMENT # 3



**Formulario 480.6A** / Form Rev. 07.18

GOBIERNO DE PUERTO RICO — Departamento de Hacienda - Department of the Treasury
DECLARACIÓN INFORMATIVA - INGRESOS NO SUJETOS A RETENCIÓN
INFORMATIVE RETURN - INCOME NOT SUBJECT TO WITHHOLDING

W1064005376 — Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number

AÑO CONTRIBUTIVO / TAXABLE YEAR: **2018**

Enmendado - Amended: ☐ __/__/__

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

Número de Identificación Patronal - Employer Identification Number: **66-0433481**

Nombre - Name: **ADMINISTRACION FAMILIA Y NINOS**

Dirección - Address: 10 PASEO COVADONGA, SAN JUAN, PR 00901-2613

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Número de Seguro Social o Identificación Patronal: REDACTED-4206

Nombre - Name: **MARIA GONZALEZ CHACON**

Dirección - Address: URB VEREDAS, 784 CAMINOS DE LOS CEDROS, GURABO, PR 00778

Aportación Especial por Servicios Profesionales y Consultivos bajo la Ley 48-2013: 0.00
Gastos Reembolsados: 0.00
Responsabilidad de Pago a Proveedores de Salud: 0.00
Número de Cuenta Bancaria: 
Razones para el Cambio:

Número Control - Control Number: 201800041
Número Control Informativa Original:

FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES
FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS

| Clase de Ingreso / Type of Income | Código - Code | Cantidad Pagada / Amount Paid |
|---|---|---|
| 1. Pagos por Servicios Prestados por Individuos / Payments for Services Rendered by Individuals — ☐ Servicios de Salud - Health Services | ☐ | 0.00 |
| 2. Pagos por Servicios Prestados por Corporaciones y Sociedades / Payments for Services Rendered by Corporations and Partnerships — ☐ Servicios de Salud - Health Services | ☐ | 0.00 |
| 3. Comisiones y Honorarios / Commissions and Fees | | 0.00 |
| 4. Rentas / Rents | | **9,246.72** |
| 5. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) | | 0.00 |
| 6. Intereses bajo la 1023.05(b) | | 0.00 |
| 7. Dividendos | | 0.00 |
| 8. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) | | 0.00 |
| 9. Condonación de Deuda / Debt Discharge | | 0.00 |
| 10. Primas de Seguros Pagadas / Insurance Premiums Paid | | 0.00 |
| 11. Servicios de Telecomunicaciones Pagados / Telecommunication Services Paid | | 0.00 |
| 12. Anuncios Pagados / Advertising Paid | | 0.00 |
| 13. Pagos por Servicios de Internet y Televisión por Cable o Satélite | | 0.00 |
| 14. Regalías / Royalties | | 0.00 |
| 15. Otros Pagos / Other Payments | | 0.00 |
| 16. Rédito Bruto / Gross Proceeds | | 0.00 |

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus records.

---

*Handwritten note:*

ONLY $9,246.72 WERE PAID IN 2018 FOR THE LEASE OF THE CAMPEA ARECIBO FACILITY. PLEASE NOTICE IT WAS UNDER MARIA GONZALEZ CHACON 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 NOT UNDER WALTER T. CRUZ GONZALEZ. THIS CLAIM IS SUBMITTED ON BEHALF OF MY MOTHER MARIA A. GONZALEZ CHACON.

ATTACHMENT # 4

| Formulario 480.6A Form Rev. 08.19 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACIÓN INFORMATIVA - OTROS INGRESOS NO SUJETOS A RETENCIÓN INFORMATIVE RETURN - OTHER INCOME NOT SUBJECT TO WITHHOLDING | | W0306976128 |
|---|---|---|---|
| AÑO CONTRIBUTIVO: 2019 TAXABLE YEAR: | ☐ Enmendado - Amended: (___/___/___) | | Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | Clase de Ingreso / Type of Income | Cantidad Pagada / Amount Paid |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number 66-0433481 | 1. Comisiones y Honorarios / Commissions and Fees | 0.00 |
| Nombre - Name ADMINISTRACION FAMILIA Y NINOS | 2. Rentas / Rents | 26,950.00 |
| Dirección - Address 10 PASEO COVADONGA | 3. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) / Interest under Section 1023.04 (except IRA and Educational Contribution Account) | 0.00 |
| SAN JUAN, PR  00901-2613 Código Postal - Zip Code | 4. Intereses bajo la Sección 1023.05(b) / Interest under Section 1023.05(b) | 0.00 |
| INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | 5. Dividendos (Vea instrucciones) / Dividends (See instructions) | 0.00 |
| Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number REDACTED 9522 | 6. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) (Vea instrucciones) / Capital Gain Distributions under Section 1112.01(c)(3) (See instructions) | 0.00 |
| | 7. Condonación de Deuda / Debt Discharge | 0.00 |
| Nombre - Name WALTER TIMOTHY CRUZ GONZALEZ | 8. Regalías (Vea instrucciones) / Royalties (See instructions) | 0.00 |
| Dirección - Address URB VEREDAS 784 CAMINO DE LOS CEDROS | 9. Energía Eléctrica / Electric Power | 0.00 |
| | 10. Agua y Alcantarillado / Water and Sewage | 0.00 |
| GURABO, PR  00778 Código Postal - Zip Code | 11. Cuotas de Colegiación / Professional Associations Fees | 0.00 |
| Número de Cuenta Bancaria Bank Account Number | 12. Educación Continua para Profesiones y Oficios / Continuing Education for Professions and Trades | 0.00 |
| Razones para el Cambio - Reasons for the Change | 13. Cuotas de Mantenimiento Pagadas a Asociaciones de Residentes o Condómines / Homeowners Association Fees Paid | 0.00 |
| | 14. Otros Pagos / Other Payments | 0.00 |
| Número Control - Control Number  Número Control Informativa Original / Control No. Original Informative Return 900000001 | 15. Rédito Bruto (Vea instrucciones) / Gross Proceeds (See instructions) | 0.00 |
| FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS | Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus récords. Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records. | |

FIRST INFORMATIVE RETURN BELONGING TO THE CAMPER IN ARECIBO FACILITY (which belongs TO MARIA A. GONZALEZ Chacón) but was generated under WALTER T. CRUZ GONZALEZ as PAYEE. Previous TO 2019 the INFORMATIVE RETURNS CAME under MARIA A. GONZALEZ Chacón.

ATTACHMENT #5

| Formulario 480.6A Form Rev. 10.17 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACIÓN INFORMATIVA - INGRESOS NO SUJETOS A RETENCIÓN INFORMATIVE RETURN - INCOME NOT SUBJECT TO WITHHOLDING | W843350 |
|---|---|---|
| AÑO CONTRIBUTIVO: 2017 TAXABLE YEAR: | Enmendado - Amended: ( / / ) | Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |



| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | Clase de Ingreso / Type of Income | Código - Code | Cantidad Pagada / Amount Paid |
|---|---|---|---|
| Número de Identificación Patronal - Employer Identification Number 66-0433481 | 1. Pagos por Servicios Prestados por Individuos (Vea instrucciones) Payments for Services Rendered by Individuals (See instructions) | E | 0.00 |
| Nombre - Name DEPTO FAMILIA SECRETARIADO | 2. Pagos por Servicios Prestados por Corporaciones y Sociedades (Vea inst.) Payments for Services Rendered by Corporations and Partnerships (See inst.) | | 0.00 |
| Dirección - Address P O BOX 11398 | 3. Comisiones y Honorarios Commissions and Fees | | 0.00 |
| SAN JUAN, PR   009100000 Código Postal - Zip Code | 4. Rentas Rents | | 37,500.03 |
| INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | 5. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) Interest under Section 1023.04 (except IRA and Educational Contribution Account) | | 0.00 |
| Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number REDACTED 9522 | 6. Intereses bajo la Sección 1023.05(b) Interest under Section 1023.05(b) | | 0.00 |
| Nombre - Name WALTER TIMOTHY CRUZ GONZALEZ | 7. Dividendos (Vea instrucciones) Dividends (See instructions) | | 0.00 |
| Dirección - Address URB VEREDAS 784 CAMINO DE LOS CEDROS | 8. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) (Vea instrucciones) Capital Gain Distributions under Section 1112.01(c)(3) (See instructions) | | 0.00 |
| GURABO, PR   00778-0000 Código Postal - Zip Code | 9. Condonación de Deuda Debt Discharge | | 0.00 |
| Número de Cuenta Bancaria Bank Account Number | 10. Otros Pagos Other Payments | | 0.00 |
| Razones para el Cambio - Reasons for the Change | 11. Rédito Bruto (Vea instrucciones) Gross Proceeds (See instructions) | | 0.00 |
| Número Control - Control Number 005176500 | Número Control Informativa Original Control No. Original Informative Return | | |
| FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS | Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus récords. Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records. | | |

This INFORMATIVE RETURN belongs to the RENT/LEASE of my father warehouse to the DEPARTMENT OF FAMILY (Regional warehouse in ARECIBO). YEARLY LEASE COST OF this warehouse is $50,000.00 NOTICE difference of $12,500.00 not paid in 2017.

ATTACHMENT # 6

| Formulario 480.6A Form Rev. 07.18 | GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO Departamento de Hacienda - Department of the Treasury DECLARACIÓN INFORMATIVA - INGRESOS NO SUJETOS A RETENCIÓN INFORMATIVE RETURN - INCOME NOT SUBJECT TO WITHHOLDING | W0722657024 |
|---|---|---|
| AÑO CONTRIBUTIVO: 2018 TAXABLE YEAR: | Enmendado - Amended: (___/___/___) | Número de Confirmación de Radicación Electrónica Electronic Filing Confirmation Number |

| INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION | Clase de Ingreso / Type of Income | Cantidad Pagada / Amount Paid |
|---|---|---|
| Número de Identificación Patronal - Employer Identification Number 66-0433481 | 1. Pagos por Servicios Prestados por Individuos (Vea instrucciones) Payments for Services Rendered by Individuals (See instructions) □ Servicios de Salud - Health Services    Código - Code | 0.00 |
| Nombre - Name DEPARTAMENTO DE LA FAMILIA | 2. Pagos por Servicios Prestados por Corporaciones y Sociedades (Vea inst.) Payments for Services Rendered by Corporations and Partnerships (See inst.) □ Servicios de Salud - Health Services   Código - Code | 0.00 |
| Dirección - Address 10 PASEO COVADONGA | 3. Comisiones y Honorarios Commissions and Fees | 0.00 |
| SAN JUAN, PR           00901-2613 Código Postal - Zip Code | 4. Rentas Rents | 62,500.05 |
| INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION | | |
| Número de Seguro Social o Identificación Patronal - Social Security or Employer Identification Number REDACTED 9522 | 5. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) Interest under Section 1023.04 (except IRA and Educational Contribution Account) | 0.00 |
| Nombre - Name WALTER TIMOTHY CRUZ GONZALEZ | 6. Intereses bajo la 1023.05(b) Interest under Section 1023.05(b) | 0.00 |
| Dirección - Address URB VEREDAS 784 CAMINO DE LOS CEDROS | 7. Dividendos (Vea instrucciones) Dividends (See instructions) | 0.00 |
| GURABO, PR           00778 Código Postal - Zip Code | 8. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) (Vea instrucciones) Capital Gain Distributions under Section 1112.01(c)(3) (See instructions) | 0.00 |
| Aportación Especial por Servicios Profesionales y Consultivos bajo la Ley 48-2013 Special Contribution for Professional and Advisory Services under Act 48-2013 0.00 | 9. Condonación de Deuda Debt Discharge | 0.00 |
| Gastos Reembolsados (Ver instrucciones) Reimbursed Expenses (See instructions) 0.00 | 10. Primas de Seguros Pagadas Insurance Premiums Paid | 0.00 |
| Responsabilidad de Pago a Proveedores de Salud (Ver instrucciones) Responsibility of Payment to Health Providers (See instructions) 0.00 | 11. Servicios de Telecomunicaciones Pagados Telecommunication Services Paid | 0.00 |
| Número de Cuenta Bancaria Bank Account Number | 12. Anuncios Pagados Advertising Paid | 0.00 |
| Razones para el Cambio - Reasons for the Change | 13. Pagos por Servicios de Internet y Televisión por Cable o Satélite Payments for Internet and Cable or Satellite Television Services | 0.00 |
| | 14. Regalías (Vea instrucciones) Royalties (See instructions) | 0.00 |
| | 15. Otros Pagos Other Payments | 0.00 |
| Número Control - Control Number 122190016 | Número Control Informativa Original Control No. Original Informative Return | 16. Rédito Bruto (Vea instrucciones) Gross Proceeds (See instructions) | 0.00 |
| FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS | Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus récords. Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records. | |

PLEASE NOTICE the $12,500.01 NOT paid in 2017 were paid in 2018. $12,500.01 + 50,000.04 = $62,500.05 This informative return belongs to the Regional warehouse in Arecibo, not the CAMPEA in Arecibo facility.

ATTACHMENT #7

**Formulario 480.6A** / Form Rev. 08.19

**GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO**
**Departamento de Hacienda - Department of the Treasury**

**DECLARACIÓN INFORMATIVA - OTROS INGRESOS NO SUJETOS A RETENCIÓN**
**INFORMATIVE RETURN - OTHER INCOME NOT SUBJECT TO WITHHOLDING**

W1086645632

**AÑO CONTRIBUTIVO / TAXABLE YEAR:** 2019

Enmendado - Amended: (___/___/___)

Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number

### INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

Número de Identificación Patronal - Employer Identification Number: **66-0433481**

Nombre - Name: **DEPARTAMENTO DE LA FAMILIA**

Dirección - Address: **10 PASEO COVADONGA**
**SAN JUAN, PR  00901-2613**

### INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Número de Seguro Social o Identificación Patronal: REDACTED 9522

Nombre - Name: **WALTER TIMOTHY CRUZ GONZALEZ**

Dirección - Address: **URB VEREDAS 784 CAMINO DE LOS CEDROS**
**GURABO, PR  00778**

Número de Cuenta Bancaria / Bank Account Number:

Razones para el Cambio - Reasons for the Change:

Número Control - Control Number: **900000054**

Número Control Informativa Original / Control No. Original Informative Return:

FECHA DE RADICACIÓN: 28 DE FEBRERO, VEA INSTRUCCIONES
FILING DATE: FEBRUARY 28, SEE INSTRUCTIONS

| Clase de Ingreso / Type of Income | Cantidad Pagada / Amount Paid |
|---|---|
| 1. Comisiones y Honorarios / Commissions and Fees | 0.00 |
| 2. Rentas / Rents | **50,000.04** |
| 3. Intereses bajo la Sección 1023.04 (excepto IRA y Cuenta de Aportación Educativa) / Interest under Section 1023.04 (except IRA and Educational Contribution Account) | 0.00 |
| 4. Intereses bajo la Sección 1023.05(b) / Interest under Section 1023.05(b) | 0.00 |
| 5. Dividendos (Vea instrucciones) / Dividends (See instructions) | 0.00 |
| 6. Dividendos de Ganancia de Capital bajo la Sección 1112.01(c)(3) / Capital Gain Distributions under Section 1112.01(c)(3) | 0.00 |
| 7. Condonación de Deuda / Debt Discharge | 0.00 |
| 8. Regalías (Vea instrucciones) / Royalties (See instructions) | 0.00 |
| 9. Energía Eléctrica / Electric Power | 0.00 |
| 10. Agua y Alcantarillado / Water and Sewage | 0.00 |
| 11. Cuotas de Colegiación / Professional Associations Fees | 0.00 |
| 12. Educación Continua para Profesiones y Oficios / Continuing Education for Professions and Trades | 0.00 |
| 13. Cuotas de Mantenimiento Pagadas a Asociaciones de Residentes o Condóminos / Homeowners Association Fees Paid | 0.00 |
| 14. Otros Pagos / Other Payments | 0.00 |
| 15. Rédito Bruto (Vea instrucciones) / Gross Proceeds (See instructions) | 0.00 |

Envíe electrónicamente al Departamento de Hacienda. Entregue dos copias a quien recibe el pago. Conserve copia para sus récords.
Send to Department of the Treasury electronically. Deliver two copies to payee. Keep copy for your records.

*[Handwritten:] INFORMATIVE RETURN OF THE REGIONAL WAREHOUSE IN ARECIBO.*

*[Handwritten:] ATTACHMENT #8*