Walter T. Cruz Gonzalez
Urb. Veredas
784 Camino Los Cedros
Gurabo, Puerto Rico
00778-7071

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 5 PM 5:36