UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Docket Entry Nos. 24103, 23621, 23612, and 21326.<br><br>This filing relates only to HTA |

ORDER ON MOTION OF THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY FOR LEAVE TO SUBMIT A SPANISH
LANGUAGE EXHIBIT AND FOR EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATION

Upon consideration of the *Motion of the Puerto Rico Highways and Transportation Authority for Leave to Submit a Spanish Language Exhibit and for Extension of Time to File a Certified Translation* (Docket Entry No. 24154) (the "Motion"), filed by the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of HTA pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and dated May 5, 2023, for an order granting HTA leave to submit a Spanish-language version of a Judgment issued by the Commonwealth Court of Appeals dated May 31, 2019, which is in its original Spanish language (the "Judgment"), as Exhibit 2 to the Objection, and an extension of 3 business days, to and including May 10, 2023, to file a certified English translation of the Judgment, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and to grant the relief requested therein pursuant to section 306(a) of PROMESA; and venue being proper pursuant to section 307(a) of PROMESA; and notice of the Motion was adequate and proper under the circumstances, and no other or further notice being required; and finding good cause for the requested relief, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. HTA is permitted to file a Spanish-language version of the Judgment.

3. HTA's certified English-language translation of the Judgment shall be due on or before May 10, 2023.

4. The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

5. This Order resolves Docket Entry No. 24154.

SO ORDERED.

Dated: May 8, 2023

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.