RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 5 PM 5:00

2 de Mayo de 2023

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
150 Carlos Chandón Street
Federal Building
San Juan, PR 00918-1767

Case: 17-03283-LTS Doc#: 24053-4
No. Reclamación 69590

Estimada honorable:

Yo, Marisol Collado Ramos, no estoy de acuerdo con el plan de Objeción Global. Yo fui sacada del listado de la demanda ya que esta era supuestamente en relación a quiebra. Sin embargo, la reclamación de la demanda fue por despido injustificado en el hospital Ramon Emeterio Betances en Mayagüez cuando este paso a ser empresa privada. La carta de despido se entregó el 15 de Octubre del 2000 y no dieron la oportunidad de reubicación en agencias de gobierno. Por tal razón, se demandó al gobierno y el Tribunal Supremo fallo a favor de los empleados. Durante el proceso de despido, perdí mis beneficios de retiro como empleada al igual que muchos otros, por lo cual se llevo a cabo este proceso.

Cordialmente,

*Marisol Collado Ramos*

Marisol Collado Ramos
Carretera Militar 116 KM 0.4
HC 03 Box 27519
Lajas, PR 00667
Teléfono: 787-673-4767
marisolcollado537@gmail.com

2 de Mayo de 2023

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
150 Carlos Chandón Street
Federal Building
San Juan, PR 00918-1767



Case: 17-03283-LTS Doc#: 24053-4
No. Reclamación 69590

Estimada honorable:

Yo, Marisol Collado Ramos, no estoy de acuerdo con el plan de Objeción Global. Yo fui sacada del listado de la demanda ya que esta era supuestamente en relación a quiebra. Sin embargo, la reclamación de la demanda fue por despido injustificado en el hospital Ramon Emeterio Betances en Mayagüez cuando este paso a ser empresa privada. La carta de despido se entregó el 15 de Octubre del 2000 y no dieron la oportunidad de reubicación en agencias de gobierno. Por tal razón, se demandó al gobierno y el Tribunal Supremo fallo a favor de los empleados. Durante el proceso de despido, perdí mis beneficios de retiro como empleada al igual que muchos otros, por lo cual se llevo a cabo este proceso.

Cordialmente,

*Marisol Collado Ramos*

Marisol Collado Ramos
Carretera Militar 116 KM 0.4
HC 03 Box 27519
Lajas, PR 00667
Teléfono: 787-673-4767
marisolcollado537@gmail.com

2 de Mayo de 2023

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
150 Carlos Chandón Street
Federal Building
San Juan, PR 00918-1767



Case: 17-03283-LTS Doc#: 24053-4
No. Reclamación 69590

Estimada honorable:

Yo, Marisol Collado Ramos, no estoy de acuerdo con el plan de Objeción Global. Yo fui sacada del listado de la demanda ya que esta era supuestamente en relación a quiebra. Sin embargo, la reclamación de la demanda fue por despido injustificado en el hospital Ramon Emeterio Betances en Mayagüez cuando este paso a ser empresa privada. La carta de despido se entregó el 15 de Octubre del 2000 y no dieron la oportunidad de reubicación en agencias de gobierno. Por tal razón, se demandó al gobierno y el Tribunal Supremo fallo a favor de los empleados. Durante el proceso de despido, perdí mis beneficios de retiro como empleada al igual que muchos otros, por lo cual se llevo a cabo este proceso.

Cordialmente,

*Marisol Collado Ramos*

Marisol Collado Ramos
Carretera Militar 116 KM 0.4
HC 03 Box 27519
Lajas, PR 00667
Teléfono: 787-673-4767
marisolcollado537@gmail.com

Marisol Collado Ramos
2-03 34 21579
Lajas, PR 00667

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 5 PM 2:01

U.S. POSTAGE PAID
FCM LETTER
LAJAS, PR
00667
MAY 03, 23
AMOUNT
$7.50
R2304M114316-07

7022 2410 0001 1158 2790

SAN JUAN PR 009
3 MAY 2023 PM 2 L

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico
150 Carlos Chardón Street
Federal Building, SJ PR 00918-1767