# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                              Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

**SREAEE'S REBUTTAL EXPERT WITNESS DISCLOSURE**

*[Space intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**TO THE HONORABLE COURT**

**COMES NOW** Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") and, through the undersigned attorneys, respectfully submits this Disclosure, as per the Title III Court's *Amended and Restated Order Establishing, Among Other Things, Procedures and deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* ("Procedural Order"), Case No. 17-04780-LTS, ECF 3305. SREAEE does not waive any rights, privileges, or protections, including but not limited to objections on any grounds to the discovery or use of information disclosed herein, and SREAEE expressly reserves all such rights.

### SREAEE'S OPENING EXPERT WITNESS DISCLOSURE

1. **Dr. José I. Alameda Lozada, Economist.**
    a. Physical Address: Bechara # 411, Villa Sultanita, Mayagüez PR 00680
    b. Telephone: (787) 309-9046.
    c. Email: joseialameda@gmail.com

**Subject of the testimony:** Dr. José Alameda will respond to the *Expert Report Of Glenn R. George, MBA, PE, PHD* at ECF 3418-1 Exhibit A. *SREAEE reserves all rights to amend this information as a result of discovery and/or any subsequent amendment to the Plan of Adjustment or Disclosure Statement.*

*[Signatures on the next page]*

 

| | |
|---|---|
| ORTIZ MENDOZA & FARINACCI FERNÓS, LLC<br>Edificio Banco Cooperativo Plaza<br>623 Ponce de León Ave., Suite 701-B<br>San Juan, PR 00917-4820<br>Tel: 787-963-0404<br><br>*/s/Rafael A. Ortiz-Mendoza*<br>Rafael A. Ortiz-Mendoza, Esq.<br>USDC-PR: 229103<br>rafael.ortiz.mendoza@gmail.com<br><br>*Co-counsel to SREAEE* | BUFETE EMMANUELLI, C.S.P.<br>P.O. Box 10779<br>Ponce, Puerto Rico 00732<br>Tel.: 787-848-0666<br>Fax: 1-787-841-1435<br>motificaciones@bufete-emmanuelli.com<br><br>*/s/Rolando Emmanuelli-Jiménez*<br>Rolando Emmanuelli-Jiménez, Esq.<br>USDC: 214105<br>rolando@emmanuelli.law<br><br>*/s/Jessica E. Méndez-Colberg*<br>Jessica E. Méndez-Colberg, Esq.<br>USDC: 302108<br>jessica@emmanuelli.law<br><br>*/s/ Zoé C. Negrón-Comas*<br>Zoé C. Negrón-Comas, Esq.<br>USDC: 308702<br>zoe@emmanuelli.law<br><br>*Co-counsel to SREAEE* |