# EXHIBIT 3

**The Oversight Board's and PREPA's Initial Categorical Privilege Log of Documents Withheld in Response to Creditor's Requests**
**April 28, 2023**[*]

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| 1. | 04/2022 – 12/2022 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa<br><br>**Proskauer Rose LLP ("Proskauer") (Oversight Board Advisor)** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Citigroup Global Markets Inc. ("Citigroup") (Oversight Board Advisor)** | Confidential documents and communications reflecting and exchanging legal advice analyzing and considering settlement proposals received from creditors, drafting, reviewing, and discussing settlement proposals to creditors, and discussing analyses regarding settlement proposals received, including analyses regarding rates, during the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders. | Attorney-Client Privilege; Work Product; Mediation Privilege; Deliberative Process Privilege | AHG Request No. 11<br>AHG Request No. 12<br>AHG Request No. 13 |

---

[*] This categorical log reflects the Oversight Board's and PREPA's good faith, reasonable efforts to categorize responsive documents withheld on the basis of the deliberative process privilege, the attorney client privilege, the work product doctrine, the mediation privilege (including the Court's orders regarding mediation in these Title III Cases, FRE 408, as well as any federal, state, or local analogues), and the common interest doctrine as of the date indicated. The Oversight Board and PREPA reserve the right to amend or supplement this categorical log.

[1] In addition to the individuals listed in this column, recipients include the listed individuals' subordinates within the respective entities. Each individual identified in each category is not included on every communication covered by the category.

[2] This column reflects the specific requests received by the Oversight Board from: the Ad Hoc Group of PREPA Bondholders ("AHG Request"); the Official Committee of Unsecured Creditors ("UCC Request"); the Ad Hoc Committee of National Claims Assignees ("AHC Request"); Cobra Acquisitions ("Cobra Request"); Unión de Trabajadores de la Industria Eléctrica y Riego Inc. ("UTIER Request"); and the Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE Request").

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | David Brownstein; James Castiglioni; John C. Gavin<br><br>**Ernst & Young ("EY") (Oversight Board Advisor)**<br>Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Sofia Panagiotakis; Trenton Bradley; Laura Wheeler; Daniel Mullins; Gaurav Malhotra<br><br>**McKinsey & Company ("McKinsey") (Oversight Board Advisor)**<br>AK Mahadevan; Rachel Enright<br><br>**Brattle Group ("Brattle") (Oversight Board Advisor)**<br>Jurgen Weiss; Bill Zarakas; Alberto Vargas; Andrew Grose; Akhilesh Ramakrishan | | | |
| 2. | 04/2022 – current | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El Koury<br><br>**Proskauer** | Confidential documents and communications regarding the Plan and Disclosure Statement, including concerning the drafting of the Plan or Disclosure Statement, their terms and components, such as the PREPA PayGo Trust and the New Bond Master Indenture, any analyses of the Plan, such as whether it meets confirmation requirements, and plans to obtain approval | Attorney-Client Privilege; Work Product; Common Interest | AHG Request No. 2<br>AHC Request No. 1<br>AHC Request No. 7<br>UCC Request No. 5<br>UCC Request No. 6<br>UCC Request No. 31 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Citigroup**<br>David Brownstein; James Castiglioni; John C. Gavin<br><br>**EY**<br>Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Sofia Panagiotakis; Trenton Bradley; Laura Wheeler; Daniel Mullins; Gaurav Malhotra<br><br>**McKinsey**<br>AK Mahadevan; Aaron Bielenberg; Rachel Enright<br><br>**Brattle**<br>Jurgen Weiss; Bill Zarakas; Alberto Vargas; Andrew Grose; Akhilesh Ramakrishan<br><br>**Weil Gotshal & Manges LLP ("Weil") (National Advisor)**<br>Matthew Barr; Gabriel Morgan | of the Disclosure Statement and confirmation of the Plan. | | UCC Request No. 60<br>UCC Request No. 61<br>UTIER Request No. 5<br>UTIER Request No. 6 |

3

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | **Wachtell, Lipton, Rosen & Katz ("Wachtell") (Fuel Line Lenders' Advisor)** Richard Mason; Amy Wolf; Emil Kleinhaus; Stephanie Marshak; Michael Cassel; Angela Herring | | | |
| 3. | 04/2022 – 03/01/2023 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El Koury<br><br>**Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**EY** Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Sofia Panagiotakis; Trenton Bradley; Laura Wheeler; Daniel Mullins; Gaurav Malhotra<br><br>**McKinsey** | Confidential, pre-decisional, deliberative documents and communications regarding development of the Legacy Charge, including analyzing models and calculations performed by advisors and discussing analyses of the Legacy Charge in the context of the Plan's other terms and provisions. | Deliberative Process | AHG Request No. 2<br>AHG Request No. 8<br>UCC Request No. 30<br>UCC Request No. 31<br>UTIER Request No. 30<br>UTIER Request No. 33<br>SREAEE Request No. 6 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | AK Mahadevan; Aaron Bielenberg; Rachel Enright<br><br>**Brattle**<br>Jurgen Weiss; Bill Zarakas; Alberto Vargas; Andrew Grose; Akhilesh Ramakrishan | | | |
| 4. | 5/3/2018 – 03/08/2022 | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El Koury<br><br>**Proskauer**<br>Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale<br><br>**Citigroup**<br>David Brownstein; James Castiglioni; John C. Gavin | Confidential documents and communications exchanging and providing legal advice from in-house and outside counsel regarding the 2019 RSA, including, among other things, the circumstances under which the 2019 RSA could be terminated and whether to terminate the 2019 RSA. | Attorney-Client Privilege; Work Product | AHG Request No. 4 |
| 5. | 04/2022 – 12/2022 | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El Koury | Confidential presentations prepared by Oversight Board advisors, with the assistance of counsel, and presented to the Oversight Board during the course of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc | Attorney-Client Privilege; Work Product; Mediation Privilege; Deliberative Process | AHG Request No. 17<br>AHC Request No. 9 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | **Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Citigroup** David Brownstein; James Castiglioni; John C. Gavin | Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, providing analysis and containing, providing, or reflecting legal advice concerning the status of the mediation, details of proposals received by the Oversight Board, and proposals made to creditors on behalf of the Oversight Board and/or discussing analyses regarding settlement proposals received, including analyses regarding rates. | | |
| 6. | 1/2023 – current | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández<br><br>**McKinsey** AK Mahadevan; Rachel Enright<br><br>**EY** Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Gaurav Malhotra | Confidential, pre-decisional, deliberative documents and communications regarding planning and development of the 2023 PREPA Fiscal Plan, including any communications consisting of requests for and delivery of legal advice from in-house counsel. | Deliberative Process; Attorney-Client Privilege; Work Product | AHG Request No. 30<br><br>UCC Request No. 37 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| 7. | 10/2022 – 04/03/2023 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Ginorly Maldonado<br><br>**McKinsey** Juan Rebolledo, Jonathan Davis, Ojas Shah<br><br>**EY** Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Gaurav Malhotra | Confidential, pre-decisional, deliberative documents and communications regarding planning and development of the 2023 Commonwealth Fiscal Plan, including any communications consisting of requests for and delivery of legal advice from in-house counsel. | Deliberative Process; Attorney-Client Privilege; Work Product | UCC Request No. 37 |
| 8. | 4/2022 – current | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández<br><br>**Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot | Confidential communications requesting and providing legal advice regarding negotiations with PREPA's pension funds, PREPA's pension underfunding, treatment of PREPA ERS participants, whether to reject any of PREPA's collective bargaining agreements, and the related restructuring of PREPA's debts. | Attorney-Client Privilege; Work Product; Deliberative Process | AHG Request No. 5<br>AHG Request No. 22 |

7

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Stevens; Daniel Desatnik; Joshua Esses<br><br>**EY**<br>Shawn Dubinsky; Adam Chepenik; Juan Santambrogio; Sofia Panagiotakis; Trenton Bradley; Laura Wheeler; Daniel Mullins; Gaurav Malhotra; Sheva Levy; Clark Good; Rob Tague | | | |
| 9. | 04/2022 – 12/2022 | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández<br><br>**Proskauer**<br>Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses | Confidential documents and communications regarding mediation between the Oversight Board and SREAEE in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, including the analysis of claims, exchange of proposals, and negotiation of the terms of a settlement. | Mediation Privilege | AHG Request No. 5<br><br>AHG Request No. 22 |

8

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | **Bufete Emmanuelli, C.S. P. (SREAEE Advisor)** Zoé Negrón-Comas; Rolando Emmanuelli Jiménez; Jessica E. Méndez-Colberg | | | |
| 10. | 12/2022 – 02/2022 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury **Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses **Citigroup** David Brownstein; James Castiglioni; John C. Gavin | Confidential documents and communications concerning the Uninsured Bond Settlement Agreement, including documents and communications regarding its terms, distribution, or subsequent treatment of the claims held by any signor of the agreement. | Attorney-Client Privilege; Work Product | AHC Request No. 23 |
| 11. | 06/2019 – current | **Oversight Board** Jaime El-Koury **Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret | Confidential documents and communications concerning proofs of claim filed against PREPA, including analysis of the merits of the claims, any objections | Attorney-Client Privilege; Work Product | UCC Request No. 51 UCC Request No. 54 UCC Request No. 56 UCC Request No. 57 |

9

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses; Laura Stafford; Jordan Sazant<br><br>**Berkeley Research Group ("BRG")**<br>Mark Shankweiler; Robert Cohen | thereto, the extent of any possible payments or recovery, and treatment under the Plan. | | |
| 12. | 04/2022 – 12/16/2022 | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury<br><br>**Proskauer**<br>Brian Rosen; Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Citigroup**<br>David Brownstein; James Castiglioni<br><br>**Weil**<br>Matthew Barr; Gabriel Morgan | Confidential documents and communications regarding settlement proposals between National and the Oversight Board in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, including any analysis of National's claims, negotiation of the terms of the settlement, and the impact of the settlement on the Plan and other creditors, and any communications requesting, exchanging, containing, or reflecting legal advice regarding these topics. | Mediation Privilege | AHG Request No. 5<br>AHC Request No. 4<br>AHC Request No. 5<br>AHC Request No. 9<br>UCC Request No. 15<br>UCC Request No. 16<br>UCC Request No. 17<br>UCC Request No. 19<br>UCC Request No. 22<br>UCC Request No. 27<br>UCC Request No. 28<br>UCC Request No. 29 |

10

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| 12A. | 12/16/2022 – 01/31/2023 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury<br><br>**Proskauer** Brian Rosen; Martin Bienenstock<br><br>**Citigroup** David Brownstein; James Castiglioni<br><br>**Weil** Matthew Barr; Gabriel Morgan | Confidential documents and communications regarding the PREPA Plan Support Agreement between National and the Oversight Board in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, including any analysis of National's claims, negotiation of the terms of the settlement, and the impact of the settlement on the Plan and other creditors, and any communications requesting, exchanging, containing, or reflecting legal advice regarding these topics. | Attorney-Client Privilege; Work Product; Mediation Privilege; Common Interest | AHG Request No. 5<br>AHC Request No. 4<br>AHC Request No. 5<br>AHC Request No. 9<br>UCC Request No. 15<br>UCC Request No. 16<br>UCC Request No. 17<br>UCC Request No. 19<br>UCC Request No. 22<br>UCC Request No. 27<br>UCC Request No. 28<br>UCC Request No. 29 |
| 12B. | 12/16/2022 – 01/31/2023 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández<br><br>**Proskauer** | Confidential drafts of the PREPA Plan Support Agreement between National and the Oversight Board including drafts of any schedules, annexes, exhibits and term sheets, prepared in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, and any communications requesting, exchanging, | Attorney-Client Privilege; Work Product; Mediation Privilege; Common Interest | AHC Request No. 2<br>AHC Request No. 3<br>AHC Request No. 5<br>UCC Request No. 14<br>UCC Request No. 15 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Brian Rosen; Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Citigroup**<br>David Brownstein; James Castiglioni; John C. Gavin<br><br>**Weil**<br>Matthew Barr; Gabriel Morgan | containing, or reflecting legal advice regarding these drafts. | | |
| 13. | 04/2022 – 11/19/2022 | **Oversight Board**<br>David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury;<br><br>**Proskauer**<br>Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Wachtell**<br>Richard Mason; Amy Wolf; Emil Kleinhaus; Stephanie | Confidential documents and communications regarding settlement proposals between the Fuel Line Lenders in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, including any analysis of the Fuel Line Lenders' claims, negotiation of the terms of the settlement, and the impact of the settlement on the Plan and other creditors and any communications requesting, exchanging, containing, or reflecting legal advice regarding these topics. | Mediation Privilege | AHG Request No. 5<br>AHC Request No. 5<br>UCC Request No. 2<br>UCC Request No. 3<br>UCC Request No. 4<br>UCC Request No. 5 |

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Marshak; Michael Cassel; Angela Herring | | | |
| 13A. | 11/19/2022 – 12/01/2022 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury  **Proskauer** Paul Possinger  **Wachtell** Richard Mason; Amy Wolf; Emil Kleinhaus; Stephanie Marshak; Michael Cassel; Angela Herring | Confidential documents and communications regarding the PREPA Plan Support Agreement between the Fuel Line Lenders in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders, including any analysis of the Fuel Line Lenders' claims, negotiation of the terms of the settlement, and the impact of the settlement on the Plan and other creditors and any communications requesting, exchanging, containing, or reflecting legal advice regarding these topics. | Attorney-Client Privilege; Work Product; Mediation Privilege; Common Interest | AHG Request No. 5 AHC Request No. 5 UCC Request No. 2 UCC Request No. 3 UCC Request No. 4 UCC Request No. 5 |
| 13B. | 11/19/2022 – 12/01/2022 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández  **Proskauer** | Confidential drafts of the PREPA Plan Support Agreement between the Fuel Line Lenders and the Oversight Board, including drafts of any schedules, annexes, exhibits and term sheets, prepared in the context of the Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders and any communications requesting, exchanging, containing, or | Attorney-Client Privilege; Work Product; Mediation Privilege; Common Interest | AHG Request No. 5 AHC Request No. 5 UCC Request No. 1 |

13

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Wachtell**<br>Richard Mason; Amy Wolf; Emil Kleinhaus; Stephanie Marshak; Michael Cassel; Angela Herring | reflecting legal advice regarding these topics. | | |
| 14. | 07/14/2022 - 08/26/2022 | **Proskauer**<br>Margaret Dale<br><br>**Susman Godfrey**<br>Alex Kaplan | Confidential documents and communications regarding the settlement between Vitol and the Oversight Board, including drafts of any schedules, annexes, exhibits and term sheets. | Common Interest Privilege; Attorney-Client Privilege | AHG Request No. 5 |
| 15. | 09/12/2019 | **DLA Piper (PREPA Advisor)**<br>Kristin H. R. Franceschi<br><br>**PREPA**<br>Diego Figueroa-Rodriguez<br>Sarah Ritter<br><br>**Proskauer**<br>Laura Stafford; Jordan Sazant; Paul Possinger; Ehud Barak<br><br>**BRG** | Confidential draft memorandum reflecting legal advice and analysis regarding the status of audits into certain bonds issued by PREPA. | Common Interest Privilege; Attorney-Client Privilege; Work Product | UCC Request No. 56 |

14

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Mark Shankweiler; Robert Cohen | | | |
| 16. | 12/2022 | **Citigroup** James Castiglioni; David Brownstein; John C. Gavin<br><br>**Proskauer** Laura Stafford; Margaret Dale; Paul Possinger; Ehud Barak; Julia Alonzo; Michael Mervis; Daniel Desatnik; Jordan Sazant; Javier Sosa | Confidential projection, prepared at the request of counsel, of volumetric and fixed charge cash flows underlying model supporting Oversight Board settlement proposal during Court-ordered mediation between the Oversight Board, AAFAF, the Ad Hoc Group, National, Assured, Syncora, UTIER, SREAEE, the UCC, and the Fuel Line Lenders. | Mediation Privilege; Attorney-Client Privilege; Work Product | AHG Request No. 11 |
| 17. | 01/2017 - current | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El-Koury; Fernando Bruno Ramírez de Arellano; Fausto J Hernández<br><br>**Citigroup** James Castiglioni; David Brownstein; John C. Gavin<br><br>**Proskauer** Laura Stafford; Margaret Dale; Paul Possinger; Ehud Barak; Julia Alonzo; Michael Mervis; | Confidential documents and communications reflecting and exchanging legal advice and analyzing proposals regarding the privatization of PREPA. | Attorney-Client Privilege; Work Product | |

15

| Category No. | Approximate Date Range | Aggregate Recipient List[1] | Category Description | Privilege Basis | Request(s)[2] |
|---|---|---|---|---|---|
| | | Daniel Desatnik; Jordan Sazant; Javier Sosa | | | |
| 18. | 01/2021 | **Oversight Board** David Skeel; Andrew Biggs; Arthur González; Antonio Medina; John Nixon; Justin Peterson; Betty Rosa; Alejandro Figueroa; Jaime El Koury<br><br>**Proskauer** Paul Possinger; Ehud Barak; Martin Bienenstock; Margaret Dale; Michael Mervis; Elliot Stevens; Daniel Desatnik; Joshua Esses<br><br>**Brattle** Jurgen Weiss; Bill Zarakas; Alberto Vargas; Andrew Grose; Akhilesh Ramakrishan | Confidential documents and communications regarding Brattle's financial analysis of PREPA, prepared at the request of counsel. | Attorney-Client Privilege; Work Product | |