# **EXHIBIT 4**

**Proskauer** Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

April 24, 2023

Julia D. Alonzo
Senior Counsel
d +1.212.969.4558
f 212.969.2900
jalonzo@proskauer.com
www.proskauer.com

<u>VIA E-MAIL</u>

Nicholas Bassett, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

Re: *In re: The Financial Oversight and Management Board For Puerto Rico, as Representative of Puerto Rico Electric Power Authority*, No. 17-04780-LTS

Dear Nick:

I write on behalf of the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as Title III representative of the Puerto Rico Electric Power Authority ("<u>PREPA</u>"), in response to your request for an update on our searches and investigations made at the April 19 meet and confer (the "<u>Meet and Confer</u>") in connection with the *Official Committee of Unsecured Creditors' First Set of Document Requests* (the "<u>Requests</u>," and each individual request therein a "<u>Request</u>").

***Document Requests***. Below is an update on each document request discussed at the meet and confer for which you have requested an update.

<u>Request Nos. 9 and 10 (Documents concerning payments of Current Expenses)</u>. The Oversight Board is working with LUMA and AAFAF to investigate this request and will provide an update when one is available.

<u>Request No. 11 (Documents concerning requests for payment as a Current Expense)</u>. We will be uploading documents responsive to this Request on or before Wednesday, April 26 in the folder labeled "Claims and Class Recovery."

<u>Request No. 20 (Documents on which the asserted National Reimbursement Claim is based)</u>. Documents responsive to this Request are now in the Plan Depository, in the folder labeled "Plan Support Agreement with National."

<u>Request No. 21 (Documents from National regarding the National Reimbursement Claim)</u>. Documents responsive to this Request are now in the Plan Depository, in the folder labeled "Plan Support Agreement with National."

<u>Request Nos. 23-26 (Documents regarding the National Reimbursement Claim and the Interim Charge)</u>. We are continuing to investigate these Requests with our advisors and will provide an update as soon as we can.

**Proskauer**

Nicholas Bassett, Esq.
April 24, 2023
Page 2

       <u>Request No. 31 (Documents concerning analyses of the Second Amended Plan)</u>.  As requested during the Meet and Confer, on April 19, we sent you via email the password to certain of the models and spreadsheets in the Plan Depository.

       <u>Request No. 32 (Documents concerning affordability analyses of the New Bonds)</u>.  Following service of our Responses and Objections to your Requests on April 7, 2023, and in connection with our ongoing discussions with the Ad Hoc Group of PREPA Bondholders, we have uploaded several additional responsive documents to the "Legacy Charge Model and Related Data" folder.  We have also uploaded a document at FOMB_PREPA 00023690 - FOMB_PREPA 00023691 with explanatory information regarding the affordability analyses, and we intend to upload a second document with additional explanatory information by Wednesday, April 26.

       <u>Request No. 33(a) (Demand and dispatch of generation units for 2021 and 2022)</u>.  The Oversight Board is continuing to work with LUMA to determine whether LUMA has additional information responsive to this Request and will provide an update when one is available.

       <u>Request No. 33(b) (Customer account data)</u>.  The Oversight Board is continuing to work with LUMA to determine whether LUMA has additional information responsive to this Request beyond the information that is in the folder labeled "Factual Source Materials and Raw Data Underlying the Disclosure Statement" in the Plan Depository and will provide an update when one is available.

       <u>Request Nos. 33(c) and (d) (Customer requests for distributed energy resources interconnection)</u>.  As stated in our Responses and Objections, residential customers are not always required to make distributed generation interconnection requests to LUMA.  Customers with systems greater than 25 kW are required to submit a Net Energy Metering application.  A record of such applications is available at Docket No. NEPR-MI-2019-0016 on PREB's website.  Additional information responsive to these Requests is available at FOMB_PREPA 00001493 and FOMB_PREPA 00023700 in the Plan Depository.

       <u>Request No. 33(e) (Requests for service termination or permanent disconnection)</u>.  The Oversight Board has confirmed with LUMA that LUMA does not track information responsive to this Request, and accordingly there are no responsive documents to produce.

       <u>Request No. 34 (Documents related to the operations of the Puerto Rico generation fleet)</u>.  The Oversight Board has investigated this Request with LUMA.  With respect to subpart (a), the Oversight Board refers the Committee to Docket No. NEPR-MI-2020-0001 on PREB's website, in which historical fuel costs are filed on a quarterly basis.  The Oversight Board is continuing to investigate this Request with LUMA and will provide an update when one is available.

       <u>Request No. 35 (Documents concerning customers' use of customer-generated or off-grid electricity)</u>.  The Oversight Board is continuing to investigate this Request and will provide an update when one is available.

**Proskauer**

**Proskauer**

Nicholas Bassett, Esq.
April 24, 2023
Page 3

 Request No. 36 (Documents concerning subsidies provided to PREPA's customers). The Oversight Board refers the Committee to FOMB_PREPA 00000023, FOMB_PREPA 00001573, FOMB_PREPA 00001476 – FOMB_PREPA00001492, FOMB_PREPA 00001471 – FOMB_PREPA 00001472 and FOMB_PREPA 00001494 – FOMB_PREPA 00001569, located in the folder labeled "Factual Source Materials and Raw Data Underlying Disclosure Statement" in the Plan Depository. The Oversight Board also refers the Committee to Docket No. NEPR-MI-2020-0001 on the PREB website, in which information related to subsidies is available.

 Request No. 40 (Documents related to the PREPA Pension Claim and Recovery presentation). The Oversight Board is continuing to investigate this Request with its advisors and will provide an update when one is available.

 Request No. 41 (Documents showing weekly cash flow actuals). We intend to upload weekly cash flow reports from March 18, 2023 to April 14, 2023 by Wednesday, April 26, and we will continue to upload such documents to the Plan Depository as they are made available through the close of fact discovery.

 Request No. 42 (Documents concerning Debtor's assets). The Oversight Board is continuing to investigate this Request with its advisors and will provide an update when one is available.

 Request Nos. 43 and 44 (Documents concerning determination of Debtor's assets as "essential"). The Oversight Board is continuing to investigate this Request with its advisors and will provide an update when one is available.

 Request Nos. 45 and 46 (Documents showing accounts receivable by government agency or customer class and by aging bucket). The Oversight Board is continuing to work with LUMA to investigate this Request and will provide an update when one is available.

 Request No. 47 (Documents showing all efforts undertaken by the Debtor to collect on or monetize past-due accounts receivable). The Oversight Board is continuing to work with LUMA to investigate this Request and will provide an update when one is available.

 Request No. 48 (Documents concerning litigations and claims transferring to the Avoidance Actions Trust). As discussed on the Meet and Confer, the folder labeled "Certain Briefing Relating to Litigation Settlements" contains subfolders for individual litigations that will be transferred to the Avoidance Actions Trust. Accordingly, the subfolders titled "19-381 – Core Laboratories, N.V." and "19-384 – Puerto Nuevo Security Guards, Inc." contain documents responsive to this Request. The Oversight Board is also continuing to investigate this Request and will provide an update when one is available.

 Request Nos. 52 and 55 (Documents concerning General Unsecured Claims). As stated on the Meet and Confer, the Oversight Board intends to upload a claims report to the Plan Depository in the near term.

**Proskauer**

Nicholas Bassett, Esq.
April 24, 2023
Page 4

Request No. 53 (Documents regarding the estimated rejection damages claim if UTIER CBA is rejected). The Oversight Board is investigating this Request with its advisors and will provide an update as soon as one is available.

Request No. 56 (Documents concerning the Oversight Board's inclusion or exclusion of claims from Class 7). The Oversight Board directs the Committee to FOMB_PREPA 00002872–FOMB_PREPA 00002992 and the folders labeled "Certain Public Employee Collective Bargaining Agreements" and "Certain Briefing Related to Litigation Settlements," and specifically, to the subfolders labeled "19-ap-396 – Fuel Line Lenders Litigation" and "19-ap-453 – Vitol Litigation," in the Plan Depository. The Oversight Board continues to investigate this Request and will provide any further updates as soon as they are available.

Request No. 57 (Documents showing payments of prepetition unsecured claims made by PREPA, the Commonwealth, or its instrumentalities since the commencement of the Title III Case). The Oversight Board is continuing to investigate this Request and will provide an update when it is available.

We remain willing to continue discussing open issues with you.

Julia D. Alonzo

cc: Elizabeth McKeen, Esq.