# EXHIBIT 4



Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 26, 2023

Julia D. Alonzo
Senior Counsel
d +1.212.969.4558
f 212.969.2900
jalonzo@proskauer.com
www.proskauer.com

**VIA E-MAIL**

Nicholas Bassett, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

Re:   *In re: The Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Electric Power Authority*, No. 17-04780-LTS

Dear Nick:

I write on behalf of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Title III representative of the Puerto Rico Electric Power Authority ("PREPA"), further to our April 24 letter and to provide additional updates on our searches and investigations of your Requests:

Request Nos. 9 and 10 (Documents concerning payments of Current Expenses). We will be uploading responsive documents to the folder labeled "Claims and Class Recovery" in the Plan Depository. We are also continuing to investigate these Requests with LUMA to determine if it has any additional responsive documents.

Request Nos. 23 (Documents regarding amount of National Reimbursement Claim). We will be uploading a responsive document to the folder labeled "Plan Support Agreement with National" in the Plan Depository.

Request No. 24 (Documents concerning payments made in connection with the National Reimbursement Claim). We have been unable to identify any additional documents regarding payments made by National under their insurance policies for the bonds subject to the National Reimbursement Claim.

Request No. 26 (Documents concerning the value of the Interim Charge). We will be uploading a responsive document to the folder labeled "Plan Support Agreement with National" in the Plan Depository. We note that the information included in this document is an estimate and remains subject to the impact of variables including, but not limited to, the approval of PREB, the timing of implementation on customers' bills, and actual energy demand from the time of implementation until termination.

Request No. 47 (Documents showing all efforts undertaken by the Debtor to collect on or monetize past-due accounts receivable). We will be uploading responsive documents to the folder labeled "PREPA Financial Data" in the Plan Depository.



Nicholas Bassett, Esq.
April 26, 2023
Page 2

      We are continuing to investigate the remaining Requests identified in our April 24 letter, and we remain willing to discuss open issues with you.

Sincerely,

Julia D. Alonzo

cc:    Elizabeth McKeen, Esq.