# EXHIBIT 6

**Proskauer**  Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 7, 2023

Julia D. Alonzo
Senior Counsel
d +1.212.969.4558
f 212.969.2900
jalonzo@proskauer.com
www.proskauer.com

**VIA E-MAIL**

Nicholas Bassett, Esq.
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

Re:   *In re: The Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Electric Power Authority*, No. 17-04780-LTS

Dear Nick:

I write on behalf of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as Title III representative of the Puerto Rico Electric Power Authority ("PREPA"), to provide updates on the status of our searches and investigations and further to our letters of April 24 and April 26.

*Document Requests*.  Below is an update on certain document requests.

Request Nos. 20 and 21 (documents regarding the National Reimbursement Claim).  Documents responsive to this Request have been uploaded to the folder labeled "Plan Support agreement with National" in the Plan Depository.

Request No. 25 (documents regarding the impact of the Interim Charge).  The Oversight Board has concluded its investigation and determined there are no documents responsive to this Request.

Request No. 26 (documents regarding the value of the Interim Charge).  Documents responsive to this Request have been uploaded to the folder labeled "Plan Support agreement with National" in the Plan Depository.

Request No. 40 (documents regarding the PREPA Pension Claim and Recovery presentation).  The Oversight Board has uploaded documents responsive to this Request to the folder labeled "Certain Pension-Related Documents" in the Plan Depository.

Request No. 42 (documents sufficient to show the assets of the Debtor).  Documents responsive to this Request have been uploaded to the folder labeled "PREPA Financial Data" in the Plan Depository.

Request Nos. 52 and 55 (documents regarding the Class 7 General Unsecured Claims).  As previewed in the Oversight Board's response to these Requests, the claims report has now been uploaded to the folder labeled "Claims and Class Recovery" in the Plan Depository.



Nicholas Bassett, Esq.
May 7, 2023
Page 2

      Request Nos. 62 and 63 (documents produced to other parties, including the Ad Hoc Group). The Oversight Board's production to the Ad Hoc Group in response to the Ad Hoc Group's Request Nos. 2 and 6 has been uploaded to the folder labeled "Oversight Board Productions" in the Plan Depository. We can provide this production as a Relativity load file upon request.

Sincerely,

Julia D. Alonzo

cc:    Elizabeth McKeen, Esq.