# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 2:15 PM (AST)
Started: 2:10 PM (AST)
Ended: 3:32 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**      DATE:  May 8, 2023
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority, Debtor. | 3:17-BK-4780 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**Urgent Status Conference held.**

    **Related documents:**

- AAFAF's Informative Motion Regarding Termination of PREPA RSA [Case No. 17-3283, ECF No. 20277; Case No. 17-4780, ECF No. 2747]
- Order Appointing Mediation Team [Case No. 17-3283, ECF No. 20526; Case No. 17-4780, ECF No. 2772]

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Page 2
Urgent Status Conference – May 8, 2023

- The Court referred to PREPA Mediation Team's Fifth Notice and Report [Case No. 17-3283, ECF No. 24112; Case No. 17-4780, ECF No. 3433]

Counsel, interested parties, and mediators heard on the record.

Order to be issued.

**NEXT SCHEDULED HEARING:**

Hearing in 22-cv-1517 (LTS) set for May 10, 2023, at 2:00 PM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator