# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>        Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | Case No. 17-BK-4780-LTS |

**INFORMATIVE MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND SYNCORA GUARANTEE, INC. RELATED TO OPENING EXPERT REPORT OF <u>DR. SEBASTIAN EDWARDS</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**To the Honorable United States District Court Judge Laura Taylor Swain:**

Pursuant to paragraphs 3 and 25 of the Court's March 3, 2023 *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (the "Procedures Order") (ECF No. 3305), and paragraph 7 of the Plan Depository Protective Order, the Ad Hoc Group of PREPA Bondholders ("Ad Hoc Group"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), and Syncora Guarantee Inc. ("Syncora" and collectively, "Bondholders"), respectfully submit this informative motion submitting an unredacted copy of Dr. Sebastian Edwards's Opening Expert Report with the agreement of U.S. Bank National Association in its capacity as PREPA Bond Trustee.

1. Bondholders filed a prior version of Dr. Edwards's Opening Expert Report with information redacted that Bondholders believed relied on information the Oversight Board had marked confidential in the Plan Depository. ECF No. 3424-2.

2. Bondholders and the Oversight Board have agreed that no information in Dr. Edwards's Report meets the criteria for confidential information. Accordingly, Bondholders attach hereto an unredacted copy of the Opening Expert Report of Dr. Edwards.

**WHEREFORE** Bondholders respectfully request that the Court take notice of the foregoing.

2

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: San Juan, Puerto Rico
May 9, 2023

| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| | tmayer@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | abyowitz@kramerlevin.com |
| Linette Figueroa-Torres | |
| USDC-PR No. 227,104 | Gary A. Orseck* |
| E-mail: lft@tcm.law | Matthew M. Madden* |
| | 2000 K Street NW, 4th Floor |
| */s/ Nayda Perez-Roman* | Washington, DC 20006 |
| Nayda Perez-Roman | Tel: (202) 775-4500 |
| USDC–PR No. 300,208 | Fax: (202) 775-4510 |
| E-mail: nperez@tcm.law | Email: gorseck@kramerlevin.com |
| | mmadden@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | *Admitted Pro Hac Vice |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

3

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>    Heriberto Burgos Pérez<br>    USDC-PR No. 204,809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR No. 203,114<br>    Diana Pérez-Seda<br>    USDC–PR No. 232,014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Tel.: (787) 756-1400<br>    Fax: (787) 756-1401<br>    E-mail:  hburgos@cabprlaw.com<br>              rcasellas@cabprlaw.com<br>              dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ William J. Natbony*<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    Casey J. Servais*<br>    William J. Natbony*<br>    Thomas J. Curtin*<br>    200 Liberty Street<br>    New York, New York 10281<br>    Tel.: (212) 504-6000<br>    Fax: (212) 406-6666<br>    Email:  howard.hawkins@cwt.com<br>             mark.ellenberg@cwt.com<br>             casey.servais@cwt.com<br>             bill.natbony@cwt.com<br>             thomas.curtin@cwt.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara*<br>  Rafael Escalara<br>  USDC-PR No. 122,609<br><br>  */s/ Sylvia M. Arizmendi*<br>  Sylvia M. Arizmendi<br>  USDC-PR No. 210,714<br><br>  */s/ Carlos R. Rivera-Ortiz*<br>  Carlos R. Rivera-Ortiz<br>  USDC–PR No. 303,409<br>  255 Ponce de León Avenue<br>  MCS Plaza, 10th Floor<br>  San Juan, PR 00917-1913<br>  Tel.: (787) 777-8888<br>  Fax: (787) 765-4225<br>  E-mail:  escalara@reichardescalera.com<br>      arizmendis@reichardescalera.com<br>      riverac@reichardescalera.com<br><br>*Counsel for Syncora Guarantee, Inc.* | By: */s/ Susheel Kirpalani*<br>  Susheel Kirpalani\*<br>  Daniel Salinas<br>  USDC-PR No. 224,006<br>  Eric Kay\*<br>  51 Madison Avenue, 22nd Floor<br>  New York, New York 10010-1603<br>  Tel.: (212) 849-7000<br>  Fax: (212) 849-7100<br>  Email:  susheelkirpalani@quinnemanuel.com<br>      danielsalias@quinnemanuel.com<br>      erickay@quinnemanuel.com<br><br>*\* Admitted Pro Hac Vice*<br><br>*Counsel for Syncora Guarantee, Inc.* |