# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). On December 20, 2022, this Court entered the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113] (the "Amended ADR Order"). The Amended ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the Amended ADR Order [ECF No. 23113-1] (the "ADR Procedures").

2. In accordance with the terms and conditions of the Amended ADR Order, the Debtors have filed thirty notices transferring claims (collectively, the "ADR Designated Claims") into the ADR Procedures (as defined in the Amended ADR Order), and have transferred over 1,300 claims into the ADR Procedures.

3. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4. In accordance with the terms and conditions of the ACR Order, the Debtors have filed thirty-one notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 45,317 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures. The ACR Designated Claims will be resolved utilizing the Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims and ACR Designated Claims will be most efficiently resolved via the omnibus objections filed on April 20, 2023. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: May 10, 2023
     San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

**EXHIBIT A**

| Claim | Claimant | Debtor |
|---|---|---|
| 15800 | ACEVEDO PACHECO, GLADYS E | Commonwealth of Puerto Rico |
| 91699 | ACEVEDO PEREZ, MIGDALIA | Commonwealth of Puerto Rico |
| 101734 | AGUAYO PACHECO, ROSA MARIA | Commonwealth of Puerto Rico |
| 89628 | ALAMEDA VARGAS, BETSY | Commonwealth of Puerto Rico |
| 97298 | ALAMO SIERRA, LILLIAM | Commonwealth of Puerto Rico |
| 55356 | ALBETORIO DIAZ, MARIA E | Commonwealth of Puerto Rico |
| 9900 | ALEJANDRO ESTRADA, REYNALDO | Commonwealth of Puerto Rico |
| 21067 | ALFONSO ARCHEVAL, GLORIA | Commonwealth of Puerto Rico |
| 38433 | ALOMAR TORRES, MIRIAM | Commonwealth of Puerto Rico |
| 128935 | ALVALLE ALVARADO, BETTY | Commonwealth of Puerto Rico |
| 89968 | ANGEL MANUEL RODRIGUEZ GONZALEZ (SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ) (CIVIL NUM. G2CI201500258) ( 11092850-700) | Commonwealth of Puerto Rico |
| 89886 | ANGEL MANUEL RODRIGUEZ GONZALEZ (SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ) (CIVIL NUM. G2CI201500258) (1092850-700) | Commonwealth of Puerto Rico |
| 83251 | APELLANIZ PALMA, ROSEMARY | Commonwealth of Puerto Rico |
| 97090 | ARROYO PEREZ, ANTONIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 6119 | ARROYO ROSARIO, JAVIER | Puerto Rico Highways and Transportation Authority |
| 143662 | BAEZ MONTALVO, JESUS MANUEL | Commonwealth of Puerto Rico |
| 146368 | BALLESTER MELENDZ, JOHANA | Commonwealth of Puerto Rico |
| 145236 | BALLESTER RIVERA, EDUARDO | Commonwealth of Puerto Rico |
| 10199 | BANKRUPTCY ESTATE OF GENESOFT LABS, CORP., CASE NO. 14-00239 | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 10182 | BANKRUPTCY ESTATE OF INELCONT. CASE NO. 10-11989 | Commonwealth of Puerto Rico |
| 121509 | BARNES ROSICH, ROXANA | Commonwealth of Puerto Rico |
| 77115 | BATLLE TORRES, ELSIE | Commonwealth of Puerto Rico |
| 103019 | BERRIOS GARCIA, HÉCTOR LUIS | Commonwealth of Puerto Rico |
| 42219 | BETANCOURT MERCED, FÉLIX | Commonwealth of Puerto Rico |
| 23923 | BLAS MEDINA, FRANCISCO | Commonwealth of Puerto Rico |
| 156566 | BORIA DIAZ, LUIS, DIAZ VIZCAINO, GERMINIA Y OTROS | Commonwealth of Puerto Rico |
| 38423 | CABAN-AVILES, RAUL | Commonwealth of Puerto Rico |
| 32241 | CABAN-LOPEZ, SUHAIL | Commonwealth of Puerto Rico |
| 16780 | CALDERON RIVERA, LUZ E | Commonwealth of Puerto Rico |
| 125010 | CAMACHO HERNANDEZ, BEXAIDA | Commonwealth of Puerto Rico |
| 26921 | CAMACHO PAGAN, YAHAIRA | Commonwealth of Puerto Rico |
| 23297 | CAMACHO PAGAN, YAJAIRA | Commonwealth of Puerto Rico |
| 43353 | CAMPOS COLLAZO, ANA M | Commonwealth of Puerto Rico |
| 28752 | CAMPOS RODRÍGUEZ, CORALY | Commonwealth of Puerto Rico |
| 166846 | CARTAGENA NAZARIO, IDA L | Commonwealth of Puerto Rico |
| 31179 | CASTRO MORALES, ELSIE | Commonwealth of Puerto Rico |
| 93588 | CASTRO PIERLUISSI, ZOE D. | Commonwealth of Puerto Rico |
| 7167 | CASTRO SANTIAGO, NOEMI | Commonwealth of Puerto Rico |
| 124952 | CESAR GERARDO, ESCOBAR SANTIAGO | Commonwealth of Puerto Rico |
| 79170 | CHAVEZ ENCARNACION, GUILLERMO | Commonwealth of Puerto Rico |
| 47024 | CHERENA RIVERA, LUIS JAVIER | Commonwealth of Puerto Rico |
| 7441 | CLASSEN RIVERA, MERCEDES | Puerto Rico Highways and Transportation Authority |
| 7461 | CLASSEN RIVERA, MERCEDES | Commonwealth of Puerto Rico |
| 120358 | COLON DELGADO, BRENDA | Commonwealth of Puerto Rico |
| 9379 | COLON GONZALEZ, CARLOS | Puerto Rico Highways and Transportation Authority |
| 83711 | COLON GONZALEZ, IRIS M | Commonwealth of Puerto Rico |
| 81888 | COLON GONZALEZ, LUIS A. | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 29012 | COLON ORTIZ, DIANA | Commonwealth of Puerto Rico |
| 56441 | COLÓN RIVERA, JUDITH E. | Commonwealth of Puerto Rico |
| 133062 | COLON RODRIGUEZ, MARIA ELENA | Commonwealth of Puerto Rico |
| 28144 | CONSOLIDATED WASTE SERVICES | Commonwealth of Puerto Rico |
| 99076 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | Commonwealth of Puerto Rico |
| 67395 | COTTO MORALES, NOEMI | Commonwealth of Puerto Rico |
| 29049 | CRUZ LOPEZ, MARIA | Commonwealth of Puerto Rico |
| 46068 | CRUZ MONROIG, MARISOL | Commonwealth of Puerto Rico |
| 7261 | CRUZ RODRIGUEZ, ABIGAIL | Commonwealth of Puerto Rico |
| 40922 | CRUZ TORRES, PORFIRIA | Commonwealth of Puerto Rico |
| 29451 | CRUZ VÁZQUEZ, HÉCTOR | Commonwealth of Puerto Rico |
| 117189 | CRUZ VAZQUEZ, JOSE IVAN | Commonwealth of Puerto Rico |
| 13502 | CRUZ VAZQUEZ, LIZZY | Commonwealth of Puerto Rico |
| 45861 | CUADRADO BERRIOS, MARIA M. | Commonwealth of Puerto Rico |
| 100477 | DE LA CRUZ DE LA CRUZ, AMPARO | Commonwealth of Puerto Rico |
| 87753 | DIAZ CALIZ, MARGARITA A. | Commonwealth of Puerto Rico |
| 3653 | DOMINGUEZ RODRIGUEZ, LOIDIS | Commonwealth of Puerto Rico |
| 27281 | DUPREY RIVERA, LUIS | Commonwealth of Puerto Rico |
| 4227 | ELIEZER SANTANA BAEZ & HENRY FIGUEROA RAMOS | Commonwealth of Puerto Rico |
| 48077 | ESTATE OF AARON L. HERNANDEZ MARTINEZ | Puerto Rico Highways and Transportation Authority |
| 151264 | ESTRADA GARCIA, FELIX A. | Commonwealth of Puerto Rico |
| 28226 | FELICIANO GERENA, YAXIVIA | Commonwealth of Puerto Rico |
| 53836 | FELICIANO HERNÁNDEZ, RAFAEL A. | Commonwealth of Puerto Rico |
| 26272 | FELICIANO TORRES, WILLIVETTE | Commonwealth of Puerto Rico |
| 26673 | FELIX TORRES, EDGAR | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 64568 | FERRER BERRIOS, JOSE M | Commonwealth of Puerto Rico |
| 80225 | FIGUEROA ORTIZ, CARMEN | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 136191 | GARCIA HICKS, JASLIND | Commonwealth of Puerto Rico |
| 54266 | GARCIA PIÑERO, ARIANA | Commonwealth of Puerto Rico |
| 15040 | GARCIA TORRES, JESUS | Commonwealth of Puerto Rico |
| 106466 | GARCIA TORRES, JORGE L. | Commonwealth of Puerto Rico |
| 6678 | GARCIA, DORYSABEL AVILES | Commonwealth of Puerto Rico |
| 75021 | GARCIA, ZORAIDA I / CHRISTIAN S. RIVERA GARCIA | Commonwealth of Puerto Rico |
| 39042 | GAUTIER TAPIA, CARMEN D. | Commonwealth of Puerto Rico |
| 65239 | GAVILAN LAMBOY, IVETTE | Commonwealth of Puerto Rico |
| 26813 | GINES CRUZ, JUAN C. | Commonwealth of Puerto Rico |
| 165 | GLORYMAR COLÓN-ROSARIO, PERSONALLY AND ON BEHALF OF HER MINOR SON, DRC | Commonwealth of Puerto Rico |
| 8950 | GOMEZ JIMINEZ, MARIA | Commonwealth of Puerto Rico |
| 163688 | GONZALEZ CUEVAS, SANDRA | Commonwealth of Puerto Rico |
| 63201 | GONZALEZ FONTANEZ, MARIBEL | Commonwealth of Puerto Rico |
| 52589 | GONZALEZ MALDONADO, MIGDALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 121497 | GONZALEZ MILLAN, CARMEN L | Commonwealth of Puerto Rico |
| 49011 | GONZALEZ MONTALVO, GABRIEL | Commonwealth of Puerto Rico |
| 46873 | GONZALEZ ORTIZ, MARGARITA | Commonwealth of Puerto Rico |
| 157553 | GONZALEZ PEREZ, ANETTE A. | Commonwealth of Puerto Rico |
| 19968 | GUEVARA, JASHIRI VÉLEZ | Commonwealth of Puerto Rico |
| 10000 | GUILBE MERCADO, SOCORRO | Commonwealth of Puerto Rico |
| 21186 | HERNANDEZ, WALDEMAR | Commonwealth of Puerto Rico |
| 14607 | HIDALGO POLANCO, LUIS F. | Commonwealth of Puerto Rico |
| 115595 | IRIZARRY CRUZ, SARAH D. | Commonwealth of Puerto Rico |
| 100678 | IRIZARRY REYES, JOSE LUIS | Commonwealth of Puerto Rico |
| 124292 | JOHNSON LUGO, JAMES E. | Commonwealth of Puerto Rico |
| 79868 | JONES ECHEVARRIA, SANTOS Y. | Commonwealth of Puerto Rico |
| 59887 | JOVET ORTIZ, MAYRA E. | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 81483 | JULIA RIVERA, MIRTA | Commonwealth of Puerto Rico |
| 32002 | K.Y.C. A MINOR CHILD (SON OF YAHAIRA CAMACHO PAGAN) | Commonwealth of Puerto Rico |
| 110833 | LAGO ESCALET, NANCY | Commonwealth of Puerto Rico |
| 34934 | LARRIUZ MARRERO, LUIS A | Commonwealth of Puerto Rico |
| 6059 | LEANDRY HERNANDEZ, JULIO | Commonwealth of Puerto Rico |
| 34505 | LEBRON SANTIAGO, JOSE CARLOS | Commonwealth of Puerto Rico |
| 60897 | LOPEZ ALFONSO, MYRNA E | Commonwealth of Puerto Rico |
| 110259 | LOPEZ SANCHEZ, ANA L | Commonwealth of Puerto Rico |
| 8147 | LUGO CABAN, ROSA H | Commonwealth of Puerto Rico |
| 87462-1 | LUGO SANTANA, INES M | Commonwealth of Puerto Rico |
| 1858 | LUNA DE JESUS, MIGUEL A | Commonwealth of Puerto Rico |
| 90988 | MADERA MARTÍNEZ, DEMETRIO | Commonwealth of Puerto Rico |
| 10749 | MALDONADO SOTO, IVAN | Puerto Rico Highways and Transportation Authority |
| 2852 | MALDONADO VAZQUEZ, CESAR A | Puerto Rico Highways and Transportation Authority |
| 2452 | MÁRQUEZ RIVERA, JUAN | Commonwealth of Puerto Rico |
| 125301 | MARRERO GONZALEZ, AWILDA | Commonwealth of Puerto Rico |
| 50970 | MARRERO RODRIGUEZ, NELIDA | Commonwealth of Puerto Rico |
| 100943 | MARTINEZ BERRIOS, WILFREDO | Commonwealth of Puerto Rico |
| 118857 | MARTINEZ CRUZ, CARMEN L | Commonwealth of Puerto Rico |
| 31212 | MARTINEZ FERNANDEZ, CARLOS R. | Commonwealth of Puerto Rico |
| 10301 | MARTINEZ IRIZARRY, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 24833 | MARTINEZ MARTINEZ, OTTMAN R. | Commonwealth of Puerto Rico |
| 35212 | MAYOL SANCHEZ, JOSE RAMON Y OTROS, FRANCISCA PENA LOPEZ Y SU HIJO NUNOR A.Y.M.P. | Commonwealth of Puerto Rico |
| 2306 | MEDINA ALVERIO, MIGDALIA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 88652 | MEDINA GALINDO , RAMON | Commonwealth of Puerto Rico |
| 35846 | MEDINA IRIZARRY, IDELISSA | Commonwealth of Puerto Rico |
| 8812 | MEDINA OLIVERAS, JOSE J | Commonwealth of Puerto Rico |
| 26190 | MELENDEZ COLON, DIANCHERISKA | Commonwealth of Puerto Rico |
| 38578 | MELENDEZ GONZALEZ, LUIS JAVIER | Commonwealth of Puerto Rico |
| 125329 | MELENDEZ VEGA, DOMINGO | Commonwealth of Puerto Rico |
| 22215 | MENDOZA RUIZ, OREALIS | Commonwealth of Puerto Rico |
| 109155 | MERCADO TORRES, ESPERANZA | Commonwealth of Puerto Rico |
| 72712 | MERCADO, LARY | Commonwealth of Puerto Rico |
| 130262 | MILLAN RIVERA, RAMONITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 40658 | MIRANDA ROSARIO, NEYSA | Commonwealth of Puerto Rico |
| 49138 | MOLINA PEREZ, NURYS A. | Puerto Rico Highways and Transportation Authority |
| 77585 | MOLINA RUIZ, LILIA | Commonwealth of Puerto Rico |
| 27957 | MONTALVO VAZQUEZ, MARIANA | Commonwealth of Puerto Rico |
| 127576 | MORALES DIAZ, EVELYN | Commonwealth of Puerto Rico |
| 92530 | MORALES MARTINEZ, LUIS ANTONIO | Commonwealth of Puerto Rico |
| 43805 | MORALES PACHECO, MARIA N. | Commonwealth of Puerto Rico |
| 4923 | MORELL SANTIAGO, PEDRO | Commonwealth of Puerto Rico |
| 46423 | MORENO MIRANDA, MONSERATE | Commonwealth of Puerto Rico |
| 123842 | MUNIZ MENDOZA, DOMITILA | Commonwealth of Puerto Rico |
| 27092 | MUNOZ REYES, JUDITH | Commonwealth of Puerto Rico |
| 175780 | NAVARRO LUGO, ROBERTO | Commonwealth of Puerto Rico |
| 21023 | NAVEDO SANTANA, ERIKA | Commonwealth of Puerto Rico |
| 79697 | NIEVES BORRERO, ELIZABETH | Commonwealth of Puerto Rico |
| 101632 | NIEVES RAMOS, GLADYS | Commonwealth of Puerto Rico |
| 34904 | NUÑEZ GONZALEZ, CHARDLENIS | Commonwealth of Puerto Rico |
| 25581 | NUNEZ, YADINES | Commonwealth of Puerto Rico |
| 120471 | OLMO MATIAS, MALDA I | Commonwealth of Puerto Rico |
| 121824 | ORTIZ AHORRIO, EDGAR | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 50033 | ORTIZ ALVARADO, ZULMA MILAGROS | Commonwealth of Puerto Rico |
| 87204 | ORTIZ FORRODONA, LUISA | Commonwealth of Puerto Rico |
| 4809 | ORTIZ PÉREZ, GEOVANNY | Commonwealth of Puerto Rico |
| 35590 | ORTIZ TORRES, LORENZO | Commonwealth of Puerto Rico |
| 87738 | ORTIZ TORRES, LUZ V. | Commonwealth of Puerto Rico |
| 111305 | OTERO GARCIA, JOSE A. | Commonwealth of Puerto Rico |
| 157207 | PACHECO RODRIGUEZ, FERDINAND | Commonwealth of Puerto Rico |
| 14511 | PAGAN PAGAN, IRMA | Commonwealth of Puerto Rico |
| 16661 | PALAU RIOS, GERMAN | Commonwealth of Puerto Rico |
| 26434 | PERDOMO OLMO, NYDIA E. | Commonwealth of Puerto Rico |
| 40590 | PEREA GINORIO, LILIA M | Commonwealth of Puerto Rico |
| 7104 | PEREZ HERRERA, JOSE | Commonwealth of Puerto Rico |
| 28581 | PEREZ MELENDEZ, LILLIAM | Commonwealth of Puerto Rico |
| 39851 | PEREZ REYES, MARAGARITA | Commonwealth of Puerto Rico |
| 1648 | PERUCHETT LEBRON, RUBEN | Commonwealth of Puerto Rico |
| 86027 | PONCE DE LEON GONZALEZ, PEDRO | Commonwealth of Puerto Rico |
| 118848 | QUINONES DE RIVERA, NILMA L. | Commonwealth of Puerto Rico |
| 27033 | QUIÑONES FLORES, ANA L | Commonwealth of Puerto Rico |
| 47218 | QUINONES REYES, IHOMARA A | Commonwealth of Puerto Rico |
| 133701 | QUIRINDONGO ROSADO, ANN I. | Commonwealth of Puerto Rico |
| 31990 | R.R.C. A MINOR CHILD (SON OF YAHAIRA CAMACHO PAGÁN) | Commonwealth of Puerto Rico |
| 90617 | RAMIREZ MIRANDA, ROSA ESTHER | Commonwealth of Puerto Rico |
| 109025 | RAMIREZ TORRES, NELLY | Commonwealth of Puerto Rico |
| 28983 | RAMIREZ VAZQUEZ, CHARLIE | Commonwealth of Puerto Rico |
| 7883 | RAMOS BARRIOS, RAFAEL | Commonwealth of Puerto Rico |
| 55315 | RENTA MATEO, MIRIAM YOLANDA | Commonwealth of Puerto Rico |
| 40910 | REYES LUGO, MIGDA | Commonwealth of Puerto Rico |
| 102258 | RIVERA COLON, YEIDI V | Commonwealth of Puerto Rico |
| 33425 | RIVERA COSME, MARIA A | Commonwealth of Puerto Rico |
| 52502 | RIVERA DIAZ, IDA | Commonwealth of Puerto Rico |
| 108162 | RIVERA ELVIRA, ITSALIA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 145481 | RIVERA GONZALEZ , CARMEN LYDIA | Commonwealth of Puerto Rico |
| 29180 | RIVERA MEDINA, MARELYN | Commonwealth of Puerto Rico |
| 71195 | RIVERA NAZARIO, HERIBERTO | Commonwealth of Puerto Rico |
| 34634 | RIVERA OLMEDA, TEODORO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 77765 | RIVERA QUILES, JOSE M | Commonwealth of Puerto Rico |
| 89562 | RIVERA QUINONES, JELIXSA | Commonwealth of Puerto Rico |
| 105976 | RIVERA RIVERA, SYLVIA I. | Commonwealth of Puerto Rico |
| 28322 | RIVERA RUIZ , ANA M. | Commonwealth of Puerto Rico |
| 112543 | RIVERA SOTO, MIKEY | Commonwealth of Puerto Rico |
| 166503 | RIVERA SOTO, MIKEY | Commonwealth of Puerto Rico |
| 60938 | RIVERA VEGA, CARMEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 13057 | RODRIGUEZ CINTRON, HECTOR | Commonwealth of Puerto Rico |
| 2868 | RODRIGUEZ FELICIANO V ELA, JERRY | Commonwealth of Puerto Rico |
| 54468 | RODRIGUEZ FELIX, BELKYS | Commonwealth of Puerto Rico |
| 98501 | RODRIGUEZ FERRA, MYRNA Y | Commonwealth of Puerto Rico |
| 26258 | RODRÍGUEZ GUTIÉRREZ, ANA | Commonwealth of Puerto Rico |
| 101891 | RODRIGUEZ JIMENEZ, SAMIA | Commonwealth of Puerto Rico |
| 52239 | RODRIGUEZ LUGO, LUZ C. | Commonwealth of Puerto Rico |
| 29402 | RODRIGUEZ MEDINA, CARMEN B | Commonwealth of Puerto Rico |
| 28922 | RODRIGUEZ ORTIZ, CARMEN | Commonwealth of Puerto Rico |
| 13297 | RODRIGUEZ OTERO, NADIA E | Commonwealth of Puerto Rico |
| 49024 | RODRIGUEZ PAGAN, SANTA M. | Commonwealth of Puerto Rico |
| 65330 | RODRIGUEZ QUINONES, MIGDALIA | Commonwealth of Puerto Rico |
| 9490 | RODRIGUEZ RIVERA, LUIS MODESTO | Commonwealth of Puerto Rico |
| 14245 | RODRIGUEZ RODRIGUEZ, CARMELO | Commonwealth of Puerto Rico |
| 87773 | RODRIGUEZ RODRIGUEZ, SELENIA | Commonwealth of Puerto Rico |
| 144226 | RODRIGUEZ ROMAN, GLADYS | Commonwealth of Puerto Rico |
| 93194 | RODRIGUEZ VELAZQUEZ, JAMIE I. | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 86422 | RODRIGUEZ, ADELAIDA IRIZARRY | Commonwealth of Puerto Rico |
| 41315 | ROMAN ARROYO, SORITZA | Commonwealth of Puerto Rico |
| 26914 | ROSA CASTRO, GLENDA | Commonwealth of Puerto Rico |
| 122643 | ROSADO CRUZ, JOSE ENRIQUE | Commonwealth of Puerto Rico |
| 131805 | ROSADO DE JESUS, MARIA ELENA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 48326 | ROSADO RIVERA, WILLIAM | Commonwealth of Puerto Rico |
| 88500 | ROSADO ROSADO, PAULA | Commonwealth of Puerto Rico |
| 26373 | ROSARIO RESTO, JOSE | Commonwealth of Puerto Rico |
| 45990 | RUIZ ARZOLA, MIGUELINA | Commonwealth of Puerto Rico |
| 20803 | RUIZ CAMACHO, HARRY H | Commonwealth of Puerto Rico |
| 146990 | RUIZ SANTIAGO, MARGARITA | Commonwealth of Puerto Rico |
| 57857 | SALCEDO SANTIAGO, YOMARA G. | Commonwealth of Puerto Rico |
| 38929 | SAMPAYO RAMOS, EVELYN A | Commonwealth of Puerto Rico |
| 8185 | SANABRIA PLAZA, JUAN C. | Commonwealth of Puerto Rico |
| 38697 | SANCHEZ ACOSTA, ERNESTO H | Commonwealth of Puerto Rico |
| 29060 | SANCHEZ AYALA, MODESTA | Commonwealth of Puerto Rico |
| 51905 | SANCHEZ CARRION, NIDIA E | Commonwealth of Puerto Rico |
| 81 | SANTANA BAEZ, ELIEZER | Commonwealth of Puerto Rico |
| 49297 | SANTIAGO APONTE, DELIA | Commonwealth of Puerto Rico |
| 102943 | SANTIAGO GONZALEZ, ANA F | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 39774 | SANTIAGO ORTIZ, NORMA IRIS | Commonwealth of Puerto Rico |
| 82671 | SANTIAGO SOTO, ROSA | Commonwealth of Puerto Rico |
| 3490 | SANTOS ALVAREZ, LUIS | Commonwealth of Puerto Rico |
| 149306 | SANTOS ORTIZ, LOURDES | Commonwealth of Puerto Rico |
| 101870 | SANTOS ORTIZ, RITA A | Commonwealth of Puerto Rico |
| 127900 | SEIN FIGUERRA, BENJAMIN | Commonwealth of Puerto Rico |
| 94777 | SEPULVEDA PAGAN, NELLY J | Commonwealth of Puerto Rico |
| 159500 | SERRANO HERNANDEZ, LUZ NEREIDA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 128100 | SERRANO MERCADO, CARMEN R. | Commonwealth of Puerto Rico |
| 44586 | SIBERON MALDONADO, MIGUEL A. | Puerto Rico Highways and Transportation Authority |
| 9378 | SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ) | Puerto Rico Highways and Transportation Authority |
| 14510 | SOLER VARGAS, JOSE | Commonwealth of Puerto Rico |
| 53960 | SOSA PENA, LUZ | Commonwealth of Puerto Rico |
| 23850 | SOTO SANTIAGO, WILLIAM | Puerto Rico Highways and Transportation Authority |
| 78698 | SUCESION DE ANGEL M. RODRIGUEZ GONZALEZ (ANGEL M. RODRIGUEZ GONZALEZ) (CIVIL NUM G2CI201500258) (11092850-700) | Commonwealth of Puerto Rico |
| 92039 | SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ ( ANGEL MANUEL RODRIGUEZ GONZALEZ CIVIL NUM G2CI201500258 -- 11092850-7.00 | Commonwealth of Puerto Rico |
| 83611 | SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ (ANGEL M. RODRIGUEZ GONZALEZ CIVIL NUM. G2CI201500258 - SELLO 11092850-700) | Commonwealth of Puerto Rico |
| 91856 | SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ (ANGEL MANUEL RODRIGUEZ GONZALEZ CIVIL NUM G2CI201500258- 11092850-700) | Commonwealth of Puerto Rico |
| 90335 | SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ (ANGEL MANUEL RODRIGUEZ GONZALEZ CIVIL NUM G2CI201500258-11092850-700) | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 108125 | SUCESION DE ANGEL MANUEL RODRIGUEZ GONZALEZ (ANGEL MANUEL RODRIGUEZ GONZALEZ CIVILNUM G2CI201500258) (11092850-700) | Commonwealth of Puerto Rico |
| 9341 | TARRATS AGOSTO, LUISA M M | Commonwealth of Puerto Rico |
| 163592 | TIRADO HERNANDEZ, LOURDES | Commonwealth of Puerto Rico |
| 26065 | TORO GOYCO, LUIS | Commonwealth of Puerto Rico |
| 62031 | TORRES CORREA, YOLANDA | Commonwealth of Puerto Rico |
| 165876 | TORRES FIGUEROA , MYRTA A. | Commonwealth of Puerto Rico |
| 124472 | TORRES FIGUEROA, LOURDES | Commonwealth of Puerto Rico |
| 87385 | TORRES LEON, LUIS OSVALDO | Commonwealth of Puerto Rico |
| 131688 | TORRES MARTINEZ, ESTHER | Commonwealth of Puerto Rico |
| 36752 | TORRES RIVERA, MYRNA | Commonwealth of Puerto Rico |
| 29056 | TORRES SANCHEZ, OMAYRA | Commonwealth of Puerto Rico |
| 91797 | TORRES SANTIAGO, EDWIN ANIBAL | Commonwealth of Puerto Rico |
| 47888 | VALDERRAMA COLÓN, PEDRO | Commonwealth of Puerto Rico |
| 50534 | VARGAS GONZALEZ, CLARIBEL | Commonwealth of Puerto Rico |
| 72245 | VARGAS NEGRON, CARMEN | Commonwealth of Puerto Rico |
| 48712 | VASQUEZ JUAN, RUTH J | Commonwealth of Puerto Rico |
| 26873 | VAZQUEZ RODRIGUEZ, CARMEN | Commonwealth of Puerto Rico |
| 71612 | VEGA CADAVEDO, SILVIA | Commonwealth of Puerto Rico |
| 89999 | VEGA COTTO, CARMEN JULIA | Commonwealth of Puerto Rico |
| 140658 | VELAZQUES MADERA, AMADO | Commonwealth of Puerto Rico |
| 4889 | VELAZQUEZ COLLAZO, ANGEL M M | Commonwealth of Puerto Rico |
| 161987 | VELAZQUEZ MORALES, DELFINA | Commonwealth of Puerto Rico |
| 129284 | VENTURA CLAVELL, LYDIA | Commonwealth of Puerto Rico |
| 59926 | VERA GARCIA, ZORAIDA | Commonwealth of Puerto Rico |
| 109254 | VERA UMPIERRE, RITA MARIA | Commonwealth of Puerto Rico |
| 32532 | VIDAL SANTIAGO, JUAN SEBASTIÁN | Commonwealth of Puerto Rico |
| 41798 | VILLEGAS ESTRADA, ALERIA M. | Puerto Rico Highways and Transportation Authority |

| Claim | Claimant | Debtor |
|---|---|---|
| 20304 | Y.C.C. A MINOR CHILD (DAUGHTER OF YAHAIRA CAMACHO PAGÁN) | Commonwealth of Puerto Rico |
| 43110 | YULFO-BELTRAN, DAMARIS | Commonwealth of Puerto Rico |
| 5429 | ZARAGOZA FERNÁNDEZ, CARLOS J | Commonwealth of Puerto Rico |
| 152183 | ZAYAS SANTIAGO, JENNIFER | Puerto Rico Highways and Transportation Authority |

**EXHIBIT B**

| Claim | Claimant | Debtor |
|---|---|---|
| 6026 | BERMUDEZ QUINONES, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 50531-1 | CINTRON, GISELA RIVERA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 175868 | COLON OTERO, MYRNA LUZ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 85610-1 | CORREA VILLEGAS, CARMEN M | Commonwealth of Puerto Rico |
| 106617 | CRUZ CRUZ, ANA R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 228 | CRUZ RAMIREZ, DAVID | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 65702-1 | CRUZ VALENTIN, MADELYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 12083-1 | DIAZ FLOUES, GLENDA LIZ | Commonwealth of Puerto Rico |
| 27266 | FAMILIA JIMENEZ, FLOR M | Commonwealth of Puerto Rico |
| 6150 | FELIX MONTILLA, JUAN | Commonwealth of Puerto Rico |
| 71688-1 | GONZALEZ MERCADO, OMAR | Commonwealth of Puerto Rico |
| 156607-1 | GONZALEZ RODRIGUEZ, CARMEN D | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 17253 | JUSINO FREYRE, MARILYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 77416 | LOPEZ HERNANDEZ, MONICA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 120093 | LUGO MORALES, NOEMI | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 6428 | LUGO PEREZ, EDNA I | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 174126 | MASSA DIEPPA, HILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 166170 | MELENDEZ MALDONADO, MIGUEL ANGEL | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 5117 | MORALES, JULIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 23743 | NIEVES HERNANDEZ, BILLY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 37792 | ORTIZ RUIZ, FLOR MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 122355 | PEREZ IRIZARRY, ANA C. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 59526 | PEREZ MARTINEZ, JULIA | Commonwealth of Puerto Rico |
| 28107-1 | RIVERA PEREZ, CARMEN J. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 13195 | RIVERA ROJAS, VIRGEN M | Commonwealth of Puerto Rico |
| 50408 | RIVERA VAZQUEZ, MIRTA | Commonwealth of Puerto Rico |
| 175383 | RODRIGUEZ ARROYO, JUAN B. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 123182 | ROMAN MARTINEZ, NAYDE I | Puerto Rico Highways and Transportation Authority |
| 66248 | SANCHEZ, NANCY | Commonwealth of Puerto Rico |
| 26957 | TORRES ADORNO, MARTA B | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 138393-1 | TORRES, LESLIE M. | Puerto Rico Highways and Transportation Authority |
| 93752 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST | Commonwealth of Puerto Rico |
| 174980 | VELAZQUEZ ARIAS, MARITZA L. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 85812 | VELEZ PEREZ, PROVIDENCIA | Commonwealth of Puerto Rico |