**EXHIBIT 2**

rvelasco@mercadosotolaw.com

**From:** Skrzynski, Matthew A. <MSkrzynski@proskauer.com>
**Sent:** Tuesday, May 09, 2023 4:10 PM
**To:** rvelasco@mercadosotolaw.com; Palmer, Marc
**Cc:** avmj72@gmail.com; Stafford, Laura
**Subject:** RE: FOMB - PROMESA MERCADO

Mr. Mercado,

We consent to the extension of your reply deadline until May 25, 2023.

Regards,
Matt

**Matthew Skrzynski**
Associate

Proskauer
Eleven Times Square
New York, NY 10036
212.969.3726
MSkrzynski@proskauer.com

greenspaces
Please consider the environment before printing this e-mail.

---

**From:** rvelasco@mercadosotolaw.com <rvelasco@mercadosotolaw.com>
**Sent:** Tuesday, May 9, 2023 11:46 AM
**To:** Palmer, Marc <MPalmer@proskauer.com>; Skrzynski, Matthew A. <MSkrzynski@proskauer.com>
**Cc:** avmj72@gmail.com
**Subject:** FOMB - PROMESA MERCADO
**Importance:** High

This email sent by rvelasco@mercadosotolaw.com originated from outside the Firm.

Good day to both. Tried to reach by phone with negative results. I request your consent to file a reply to your Opposition of May 5, 2023, until May 25, 2023. If I don't hear from you, I assume you have no objection. Please call at your convenience. 787-567-0025

Adrián Mercado

---

**Rosa Velasco Guzmán**
Administradora
**MERCADO & SOTO DEVELOPMENT INVESTMENT CORP.**
PO Box 9023980

1