DP-10
(Rev. 7/63)

Estado Libre Asociado de Puerto Rico
Departamento de Salud
Oficina de Personal
Ponce, Puerto Rico

De : Oficial de Personal
Región de Salud Sur

A : Carmen J. Vega Cotto
Conserje I
Hospital General Ponce

P/C : Dr. Víctor M. Carlo Domínguez
Director Médico Regional
Región de Salud Sur

Asunto : Notificación de Nombramiento Regular

Fecha : 14 de febrero de 1974

Nos place informarle que usted ha pasado a ser empleado regular de este Departamento tras haber completado satisfactoriamente el período probatorio requerido por la Ley de Personal.

Este Nombramiento es efectivo desde el día __17__ de febrero de 1974, para un puesto de Conserje I con sueldo mensual de $ 280.00 .

AGNERIS GUZMAN DE DURAN
Oficial de Personal
Región de Salud Sur

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022



U.S. POSTAGE · PITNEY BOWES
ZIP 11232 $000.35
02 4W
0000349804 AUG 20 2018

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.**

Date Filed: 6/25/2018
Proof of Claim No.: 89999

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

Carmen Julia Vega Cotto
HC-03 Box 10852
Juana Diaz, PR 00982
00795

-959952

4 de mayo de 2023

Secretaria
Tribunal de Distrito Federal de los Estados Unidos
Num. 150 Ave. Chardón
San Juan, PR

Tribunal Federal de los Estados Unidos

Yo, Carmen Julia Vegas Cotto como empleada retirada del Gobierno del Estado Libre Asociado de P.R., formo parte del grupo de personas que componen una reclamación por dinero adeudado. Por los años que han transcurrido entiendo que la cantidad puede sobrepasar los $30,000.00, pero si emiten una orden de pago por dicha cantidad o alguna cantidad similar si el Tribunal así lo determina lo aceptare si es una cantidad que haga justicia a los años de espera.

Sin nada mas a que referirme queda de usted,

Cordialmente,

Carmen J. Vega Cotto

*[firma]*

Anejo: Documentos entregados