**FROM:**

Carmen J. Vega Cotto
HC-03 Box 10852
Juana Diaz, P.R.
00795-9502

**TO:**

Tribunal de Distrito de
Los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico
00918-1767

CERTIFIED MAIL
7022 1670 0001 4290 5318

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
MAY 08, 23
AMOUNT
$9.24
R2305K135197-55

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

Utility Mailer
10 1/2" x 16"

ReadyPost