**Exhibit E**

**Customer Ledgers**

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---:|---:|---:|
| Comision-CSP Comisión de Servicio Públi | 9/1/11 | CSP-SEP2011 | SJ | 46,000.00 | | 46,000.00 |
| | 9/1/11 | COM-SEP11-AJUSTE | SJ | 0.04 | | 46,000.04 |
| | 9/30/11 | AEE-SEPT-2011 | SJ | 19,521.00 | | 65,521.04 |
| | 10/1/11 | CSP-OCT11 | SJ | 46,000.00 | | 111,521.04 |
| | 10/6/11 | 11-117 | CRJ | | 30,209.55 | 81,311.49 |
| | 10/14/11 | CK.02686537- | SJ | | 15,790.49 | 65,521.00 |
| | 10/14/11 | 11-122B | CRJ | | 30,209.55 | 35,311.45 |
| | 10/17/11 | CK.02692180 | SJ | | 15,790.49 | 19,520.96 |
| | 10/17/11 | COM-OCT11-AJUSTE | SJ | 0.04 | | 19,521.00 |
| | 10/24/11 | AEE-OVERPAYMENT | SJ | 1,952.10 | | 21,473.10 |
| | 10/24/11 | 11-125B | CRJ | | 19,521.00 | 1,952.10 |
| | 10/24/11 | 125B | CRJ | | 1,952.10 | 0.00 |
| | 10/31/11 | AEE-OCT-2011 | SJ | 16,907.67 | | 16,907.67 |
| | 10/31/11 | AEE-CREDITO | SJ | | 1,952.10 | 14,955.57 |
| | 11/1/11 | CSP-NOV11 | SJ | 46,000.04 | | 60,955.61 |
| | 11/7/11 | 11-133 | CRJ | | 30,209.55 | 30,746.06 |
| | 11/16/11 | 10023 | SJ | | 15,790.49 | 14,955.57 |
| | 11/30/11 | AEE-NOV-2011 | SJ | 13,733.72 | | 28,689.29 |
| | 12/1/11 | CSP-DEC11 | SJ | 46,000.00 | | 74,689.29 |
| | 12/1/11 | 11-142 | CRJ | | 14,955.57 | 59,733.72 |
| | 12/8/11 | 11-148 | CRJ | | 30,209.39 | 29,524.33 |
| | 12/9/11 | 10024 | SJ | | 0.12 | 29,524.21 |
| | 12/29/11 | 11-156 | CRJ | | 13,733.72 | 15,790.49 |
| | 12/29/11 | 11-156 | CRJ | | 15,790.49 | 0.00 |
| | 12/30/11 | AEE-DEC2011 | SJ | 13,264.72 | | 13,264.72 |
| | 1/1/12 | CSP-JAN12 | SJ | 46,000.00 | | 59,264.72 |
| | 1/11/12 | 12-161 | CRJ | | 46,000.00 | 13,264.72 |
| | 1/20/12 | 12-165 | CRJ | | 13,264.72 | 0.00 |
| | 1/31/12 | AEE-JAN2012 | SJ | 14,313.63 | | 14,313.63 |
| | 2/1/12 | CSP-FEB12 | SJ | 46,000.00 | | 60,313.63 |
| | 2/9/12 | 12-173 | CRJ | | 46,000.00 | 14,313.63 |
| | 2/14/12 | 12-176 | CRJ | | 14,313.63 | 0.00 |
| | 2/29/12 | AEE-FEB2013 | SJ | 13,516.32 | | 13,516.32 |
| | 3/1/12 | CSP-MAR2012 | SJ | 46,000.00 | | 59,516.32 |
| | 3/13/12 | 12-189 | CRJ | | 30,209.51 | 29,306.81 |
| | 3/13/12 | PRESTAMO | SJ | | 15,790.49 | 13,516.32 |
| | 3/28/12 | CSP-AEEMARZO | SJ | 12,673.36 | | 26,189.68 |
| | 4/1/12 | CSP-APR12 | SJ | 46,000.00 | | 72,189.68 |
| | 4/1/12 | ALMACEN-APR12 | SJ | 4,604.00 | | 76,793.68 |
| | 4/10/12 | 12-200 | CRJ | | 43,725.83 | 33,067.85 |
| | 4/11/12 | 12-201 | CRJ | | 17,277.36 | 15,790.49 |
| | 4/13/12 | 2776605ck | SJ | | 15,790.49 | 0.00 |
| | 4/30/12 | CSP/AEE-230 | SJ | 16,283.37 | | 16,283.37 |
| | 4/30/12 | CSP-AEE/APR12 | SJ | 1,547.59 | | 17,830.96 |
| | 5/1/12 | CSP-MAY12 | SJ | 46,000.00 | | 63,830.96 |
| | 5/1/12 | ALMACEN-MAY012 | SJ | 4,604.00 | | 68,434.96 |
| | 5/8/12 | 12-212 | CRJ | | 34,813.51 | 33,621.45 |
| | 5/8/12 | CSP-MAYO12 | SJ | | 15,790.49 | 17,830.96 |
| | 5/17/12 | 12-218 | CRJ | | 17,830.96 | 0.00 |
| | 5/30/12 | ALMACEN-AEE/MAY12 | SJ | 1,422.70 | | 1,422.70 |
| | 5/30/12 | CSP-AEE/MAY12 | SJ | 15,515.19 | | 16,937.89 |
| | 6/1/12 | CSP-JUN12 | SJ | 46,000.00 | | 62,937.89 |
| | 6/1/12 | CSPSTG-JUN12 | SJ | 4,604.00 | | 67,541.89 |
| | 6/4/12 | 12-227 | CRJ | | 50,604.00 | 16,937.89 |
| | 6/14/12 | 12-236 | CRJ | | 16,937.89 | 0.00 |
| | 6/28/12 | STG-AEE JUN12 | SJ | 1,931.28 | | 1,931.28 |
| | 6/28/12 | CSP AEE/JUN12 | SJ | 15,689.70 | | 17,620.98 |
| | 7/1/12 | CSP-JULY12 | SJ | 46,000.00 | | 63,620.98 |
| | 7/1/12 | CSPSTG-JULY12 | SJ | 4,604.00 | | 68,224.98 |
| | 7/11/12 | 12-248 | CRJ | | 17,620.98 | 50,604.00 |
| | 7/17/12 | 12-250 | CRJ | | 34,813.51 | 15,790.49 |
| | 7/17/12 | CK 02831737 | SJ | | 15,790.49 | 0.00 |
| | 7/31/12 | CSP AEE/JUL12 | SJ | 11,998.00 | | 11,998.00 |
| | 7/31/12 | STG-AEE JUL12 | SJ | 1,974.42 | | 13,972.42 |
| | 8/1/12 | CSP-AUG12 | SJ | 46,000.00 | | 59,972.42 |

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---:|---:|---:|
| | 8/1/12 | CSPSTG-AUG12 | SJ | 4,604.00 | | 64,576.42 |
| | 8/10/12 | 12-262 | CRJ | | 30,209.51 | 34,366.91 |
| | 8/10/12 | CM PRESTMO AGO | SJ | | 15,790.49 | 18,576.42 |
| | 8/17/12 | 12-266 | CRJ | | 4,604.00 | 13,972.42 |
| | 8/27/12 | CSP AEE-AGO12 | SJ | 11,800.68 | | 25,773.10 |
| | 8/27/12 | CSPSTG/AEE-AGO12 | SJ | 1,872.68 | | 27,645.78 |
| | 8/27/12 | CSP-LightBulbs | SJ | 28.00 | | 27,673.78 |
| | 9/1/12 | CSP-SEPT/12 | SJ | 46,000.00 | | 73,673.78 |
| | 9/1/12 | CSP-STG-SEPT/12 | SJ | 4,604.00 | | 78,277.78 |
| | 9/7/12 | 12-276 | CRJ | | 48,785.93 | 29,491.85 |
| | 9/7/12 | CM-CSP-Sept12 | SJ | | 15,790.49 | 13,701.36 |
| | 9/17/12 | 12-280 | CRJ | | 13,673.36 | 28.00 |
| | 9/27/12 | CSP AEE-SEPT12 | SJ | 12,840.52 | | 12,868.52 |
| | 9/27/12 | CSPSTG/AEE-SEPT12 | SJ | 1,681.50 | | 14,550.02 |
| | 10/1/12 | CSP OCT12 | SJ | 46,000.00 | | 60,550.02 |
| | 10/1/12 | CSP STG-OCT12 | SJ | 4,604.00 | | 65,154.02 |
| | 10/11/12 | 12-293 | CRJ | | 49,335.53 | 15,818.49 |
| | 10/12/12 | CM-CSP-OCT12 | SJ | | 15,790.49 | 28.00 |
| | 10/25/12 | CSP AEE OCT/2012 | SJ | 11,648.72 | | 11,676.72 |
| | 10/25/12 | CSP STG AEE/OCT12 | SJ | 1,649.70 | | 13,326.42 |
| | 11/1/12 | CSP NOV12 | SJ | 46,000.00 | | 59,326.42 |
| | 11/1/12 | CSP STG-NOV12 | SJ | 4,604.00 | | 63,930.42 |
| | 11/14/12 | 12-308 | CRJ | | 63,902.42 | 28.00 |
| | 11/30/12 | CSP AEE NOV/12 | SJ | 13,205.16 | | 13,233.16 |
| | 11/30/12 | CSP STG AEE/NOV | SJ | 2,125.89 | | 15,359.05 |
| | 12/1/12 | CSP DEC12 | SJ | 46,000.00 | | 61,359.05 |
| | 12/1/12 | CSP STG-DEC12 | SJ | 4,604.00 | | 65,963.05 |
| | 12/7/12 | 12-320 | CRJ | | 34,813.51 | 31,149.54 |
| | 12/7/12 | CM LOAN BDE | SJ | | 15,790.49 | 15,359.05 |
| | 12/19/12 | 12-324 | CRJ | | 15,331.05 | 28.00 |
| | 12/26/12 | CSP STG AEE/DEC/12 | SJ | 1,057.51 | | 1,085.51 |
| | 12/26/12 | CSP AEE DEC/12 | SJ | 7,870.23 | | 8,955.74 |
| | 1/1/13 | CSP JAN13 | SJ | 46,000.00 | | 54,955.74 |
| | 1/1/13 | CSP JAN13 STG | SJ | 4,604.00 | | 59,559.74 |
| | 1/23/13 | 13-105 | CRJ | | 8,927.74 | 50,632.00 |
| | 1/31/13 | CSP STG AEE JAN13 | SJ | 1,754.34 | | 52,386.34 |
| | 1/31/13 | CSP AEE JAN13 | SJ | 14,919.06 | | 67,305.40 |
| | 1/31/13 | 13-114 | CRJ | | 50,604.00 | 16,701.40 |
| | 2/1/13 | CSP FEB13 | SJ | 46,000.00 | | 62,701.40 |
| | 2/1/13 | CSPSTG-FEB13 | SJ | 4,604.00 | | 67,305.40 |
| | 2/28/13 | CSP AEE FEB13 | SJ | 9,041.10 | | 76,346.50 |
| | 2/28/13 | CSP STG AEE FEB13 | SJ | 973.02 | | 77,319.52 |
| | 3/1/13 | CSP MAR13 | SJ | 46,000.00 | | 123,319.52 |
| | 3/1/13 | CSP-MAR13 STG | SJ | 4,604.00 | | 127,923.52 |
| | 3/5/13 | 13-121 | CRJ | | 16,673.40 | 111,250.12 |
| | 3/14/13 | 13-124 | CRJ | | 111,222.02 | 28.10 |
| | 3/31/13 | CSP AEE MAR13 | SJ | 11,526.11 | | 11,554.21 |
| | 3/31/13 | CSP STG AEE1 | SJ | 1,209.21 | | 12,763.42 |
| | 4/1/13 | CSP APR13 | SJ | 46,000.00 | | 58,763.42 |
| | 4/1/13 | CSP STG-APR13 | SJ | 4,604.00 | | 63,367.42 |
| | 4/22/13 | 13-136 | CRJ | | 63,339.32 | 28.10 |
| | 4/29/13 | CSP AEE ABR13 | SJ | 11,410.17 | | 11,438.27 |
| | 4/29/13 | CSP STG AEE-ABR13 | SJ | 1,417.60 | | 12,855.87 |
| | 5/1/13 | CSP MAY13 | SJ | 46,000.00 | | 58,855.87 |
| | 5/1/13 | CSP STG MAY13 | SJ | 4,604.00 | | 63,459.87 |
| | 5/5/13 | CSP AEE MAY13 | SJ | 11,067.68 | | 74,527.55 |
| | 5/10/13 | 13-142 | CRJ | | 50,604.00 | 23,923.55 |
| | 5/20/13 | DD13-147 | CRJ | | 12,827.77 | 11,095.78 |
| | 5/29/13 | CSP STG AEE-MAY13 | SJ | 1,317.43 | | 12,413.21 |
| | 5/31/13 | PPAY JUN13 | SJ | 50,604.00 | | 63,017.21 |
| | 5/31/13 | 13-150 | CRJ | | 50,604.00 | 12,413.21 |
| | 6/1/13 | CSP JUNE13 | SJ | 46,000.00 | | 58,413.21 |
| | 6/1/13 | CSP STG-JUNE13 | SJ | 4,604.00 | | 63,017.21 |
| | 6/1/13 | CSP CMJUN13 | SJ | | 46,000.00 | 17,017.21 |
| | 6/1/13 | CSP-SRG CMJUN14 | SJ | | 4,604.00 | 12,413.21 |

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 6/1/13 | CM AEE/FEB13 | SJ | | 0.10 | 12,413.11 |
| | 6/5/13 | CSP STG AEE3 | SJ | | | 12,413.11 |
| | 6/18/13 | 13-155A | CRJ | | 12,385.11 | 28.00 |
| | 6/28/13 | CSP AEE JUN13 | SJ | 11,599.64 | | 11,627.64 |
| | 6/28/13 | CSP STG AEE-JUN13 | SJ | 1,389.25 | | 13,016.89 |
| | 7/1/13 | CSP JUL13 | SJ | 46,000.00 | | 59,016.89 |
| | 7/1/13 | CSP STG-JUL13 | SJ | 4,604.00 | | 63,620.89 |
| | 7/12/13 | 13-161 | CRJ | | 63,592.89 | 28.00 |
| | 7/29/13 | CSP STG AEE-13 | SJ | 1,700.76 | | 1,728.76 |
| | 7/29/13 | CSP AEE JUL/13 | SJ | 11,688.30 | | 13,417.06 |
| | 8/1/13 | CSP STG-AUG13 | SJ | 4,604.00 | | 18,021.06 |
| | 8/1/13 | CSP AUG13 | SJ | 46,000.00 | | 64,021.06 |
| | 8/23/13 | DD13-174 | CRJ | | 63,992.46 | 28.60 |
| | 8/29/13 | CSP AEE AUG/13 | SJ | 12,344.02 | | 12,372.62 |
| | 8/29/13 | CSP STG AEE-AUG13 | SJ | 1,690.91 | | 14,063.53 |
| | 9/1/13 | CSP SEP13 | SJ | 46,000.00 | | 60,063.53 |
| | 9/1/13 | CSP STG-SEP13 | SJ | 4,604.00 | | 64,667.53 |
| | 9/16/13 | 13-184 | CRJ | | 64,638.93 | 28.60 |
| | 9/26/13 | CSP AEE-SEP13 | SJ | 12,058.47 | | 12,087.07 |
| | 9/26/13 | CSP STG AEE-SEP13 | SJ | 1,699.19 | | 13,786.26 |
| | 10/1/13 | CSP OCT13 | SJ | 46,000.00 | | 59,786.26 |
| | 10/1/13 | CSP STG-OCT13 | SJ | 4,604.00 | | 64,390.26 |
| | 10/18/13 | DD13-197 | CRJ | | 64,361.66 | 28.60 |
| | 10/31/13 | CSP AEE-OCT/13 | SJ | 14,055.44 | | 14,084.04 |
| | 10/31/13 | CSP STG AEE-OCT/13 | SJ | 2,011.91 | | 16,095.95 |
| | 11/1/13 | CSP NOV13 | SJ | 46,000.00 | | 62,095.95 |
| | 11/1/13 | CSP STG-NOV13 | SJ | 4,604.00 | | 66,699.95 |
| | 11/6/13 | 13-203 | CRJ | | 50,604.00 | 16,095.95 |
| | 11/15/13 | 13-207 | CRJ | | 6,260.31 | 9,835.64 |
| | 11/21/13 | 13-210 | CRJ | | 9,807.04 | 28.60 |
| | 11/29/13 | CSP AEE-NOV/13 | SJ | 12,000.69 | | 12,029.29 |
| | 11/29/13 | CSP STG AEE-NOV/13 | SJ | 1,609.22 | | 13,638.51 |
| | 12/1/13 | CSP DEC13 | SJ | 46,000.00 | | 59,638.51 |
| | 12/1/13 | CSP STG-DEC13 | SJ | 4,604.00 | | 64,242.51 |
| | 12/5/13 | 13-215 | CRJ | | 50,604.00 | 13,638.51 |
| | 12/16/13 | 13-220 | CRJ | | 13,609.91 | 28.60 |
| | 12/31/13 | CSP AEE-DEC/13 | SJ | 11,360.75 | | 11,389.35 |
| | 12/31/13 | CSP STG AEE-DEC/13 | SJ | 1,369.07 | | 12,758.42 |
| | 1/1/14 | CSP JAN14 | SJ | 46,000.00 | | 58,758.42 |
| | 1/1/14 | CSP STG-JAN14 | SJ | 4,604.00 | | 63,362.42 |
| | 1/28/14 | CSP AEE-JAN14 | SJ | 7,188.75 | | 70,551.17 |
| | 1/28/14 | CSP STG AEE-JAN14 | SJ | 858.58 | | 71,409.75 |
| | 1/31/14 | 14-011 | CRJ | | 50,604.00 | 20,805.75 |
| | 2/1/14 | CSP FEB14 | SJ | 46,000.00 | | 66,805.75 |
| | 2/1/14 | CSP STG-FEB14 | SJ | 4,604.00 | | 71,409.75 |
| | 2/14/14 | 14-016 | CRJ | | 50,604.00 | 20,805.75 |
| | 2/21/14 | 14-019 | CRJ | | 20,777.15 | 28.60 |
| | 2/28/14 | CSP AEE-FEB14 | SJ | 10,971.18 | | 10,999.78 |
| | 2/28/14 | CSP STG AEE-FEB14 | SJ | 1,320.40 | | 12,320.18 |
| | 3/1/14 | CSP MAR14 | SJ | 46,000.00 | | 58,320.18 |
| | 3/1/14 | CSP STG-MAR14 | SJ | 4,604.00 | | 62,924.18 |
| | 3/13/14 | 14-030 | CRJ | | 12,291.58 | 50,632.60 |
| | 3/28/14 | CSP AEE-MAR14 | SJ | 12,187.56 | | 62,820.16 |
| | 3/28/14 | CSP STG AEE-MAR14 | SJ | 1,474.01 | | 64,294.17 |
| | 3/28/14 | 14-038 | CRJ | | 50,604.00 | 13,690.17 |
| | 4/1/14 | CSP APR/14 | SJ | 46,000.00 | | 59,690.17 |
| | 4/1/14 | CSP STG-APR14 | SJ | 4,604.00 | | 64,294.17 |
| | 4/3/14 | 14-040A | CRJ | | 50,604.00 | 13,690.17 |
| | 4/12/14 | 14-045A | CRJ | | 13,661.57 | 28.60 |
| | 4/30/14 | CSP AEE-APR-14 | SJ | 11,926.04 | | 11,954.64 |
| | 4/30/14 | CSP STG AEE-APR-14 | SJ | 1,422.09 | | 13,376.73 |
| | 5/1/14 | CSP-MAY/14 | SJ | 46,000.00 | | 59,376.73 |
| | 5/1/14 | CSP STG MAY/14 | SJ | 4,604.00 | | 63,980.73 |
| | 5/2/14 | 14-050 | CRJ | | 50,604.00 | 13,376.73 |
| | 5/9/14 | 14-056 | CRJ | | 13,348.13 | 28.60 |

## EMPRESAS OMAJEDE, INC.
### Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 5/31/14 | CSP AEE-MAY14 | SJ | 12,682.60 | | 12,711.20 |
| | 5/31/14 | CSP STG AEE-MAY14 | SJ | 1,523.96 | | 14,235.16 |
| | 6/1/14 | CSP JUN14 | SJ | 46,000.00 | | 60,235.16 |
| | 6/1/14 | CSP STG-JUN14 | SJ | 4,604.00 | | 64,839.16 |
| | 6/5/14 | 14-066 | CRJ | | 50,604.00 | 14,235.16 |
| | 6/17/14 | 14-070 | CRJ | | 14,206.56 | 28.60 |
| | 6/26/14 | CSP AEE-JUNE14 | SJ | 11,778.48 | | 11,807.08 |
| | 6/26/14 | CSP STG AEE-JUNE14 | SJ | 1,700.19 | | 13,507.27 |
| | 7/1/14 | CSP JUL14 | SJ | 46,000.00 | | 59,507.27 |
| | 7/1/14 | CSP STG-JUL14 | SJ | 4,604.00 | | 64,111.27 |
| | 7/18/14 | 14-082 | CRJ | | 64,082.67 | 28.60 |
| | 7/29/14 | CSP AEE-JUL14 | SJ | 11,740.65 | | 11,769.25 |
| | 7/29/14 | CSP STC AEE-JUL14 | SJ | 2,014.26 | | 13,783.51 |
| | 8/1/14 | CSP Aug/14 | SJ | 46,000.00 | | 59,783.51 |
| | 8/1/14 | CSP STG Aug/14 | SJ | 4,604.00 | | 64,387.51 |
| | 8/6/14 | 14-087 | CRJ | | 46,000.00 | 18,387.51 |
| | 8/11/14 | 14-089 | CRJ | | 18,358.91 | 28.60 |
| | 8/26/14 | CSP AEE-AGO14 | SJ | 10,331.16 | | 10,359.76 |
| | 8/26/14 | CSP STG AEE-AGO14 | SJ | 1,763.62 | | 12,123.38 |
| | 8/27/14 | CSP_Baños | SJ | 165.00 | | 12,288.38 |
| | 9/1/14 | CSP SEP14 | SJ | 46,000.00 | | 58,288.38 |
| | 9/1/14 | CSP STG SEP14 | SJ | 4,604.00 | | 62,892.38 |
| | 9/3/14 | 14-097 | CRJ | | 46,000.00 | 16,892.38 |
| | 9/23/14 | 14-106 | CRJ | | 12,259.78 | 4,632.60 |
| | 9/26/14 | CSP AEE-SEP14 | SJ | 11,406.92 | | 16,039.52 |
| | 9/26/14 | CSP STG AEE-SEP14 | SJ | 2,014.48 | | 18,054.00 |
| | 10/1/14 | CSP OCT14 | SJ | 46,000.00 | | 64,054.00 |
| | 10/6/14 | 14-110 | CRJ | | 46,000.00 | 18,054.00 |
| | 10/9/14 | 14-111 | CRJ | | 4,604.00 | 13,450.00 |
| | 10/17/14 | 14-117 | CRJ | | 13,421.40 | 28.60 |
| | 10/29/14 | CSP AEE-OCT14 | SJ | 11,366.55 | | 11,395.15 |
| | 11/1/14 | CSP NOV14 | SJ | 46,000.00 | | 57,395.15 |
| | 11/6/14 | 14-122 | CRJ | | 46,000.00 | 11,395.15 |
| | 11/13/14 | 14-125 | CRJ | | 11,366.55 | 28.60 |
| | 11/21/14 | CSP REP.BAÑOS | SJ | 410.00 | | 438.60 |
| | 11/26/14 | CSP AEE-NOV14 | SJ | 9,150.57 | | 9,589.17 |
| | 12/1/14 | CSP DEC14 | SJ | 46,000.00 | | 55,589.17 |
| | 12/5/14 | 14-132 | CRJ | | 30,209.51 | 25,379.66 |
| | 12/8/14 | 14-134 | CRJ | | 15,790.49 | 9,589.17 |
| | 12/15/14 | 14-139 | CRJ | | 9,560.57 | 28.60 |
| | 12/24/14 | CSP AEE-DEC14 | SJ | 7,498.00 | | 7,526.60 |
| | 1/1/15 | CSP JAN15 | SJ | 46,000.00 | | 53,526.60 |
| | 1/16/15 | 15-008 | CRJ | | 53,498.00 | 28.60 |
| | 1/26/15 | CSP AEE-JAN15 | SJ | 8,239.44 | | 8,268.04 |
| | 2/1/15 | CSP FEB15 | SJ | 46,000.00 | | 54,268.04 |
| | 2/5/15 | 15-016 | CRJ | | 54,239.44 | 28.60 |
| | 2/24/15 | CSP AEE-FEB15 | SJ | 8,982.88 | | 9,011.48 |
| | 3/1/15 | CSP MAR15 | SJ | 46,000.00 | | 55,011.48 |
| | 3/5/15 | 15-028 | CRJ | | 46,000.00 | 9,011.48 |
| | 3/12/15 | CM STG-AEE13 | SJ | | 0.60 | 9,010.88 |
| | 3/13/15 | 15-036 | CRJ | | 8,982.88 | 28.00 |
| | 3/26/15 | CSP AEE-MAR15 | SJ | 8,014.81 | | 8,042.81 |
| | 4/1/15 | CSP APR15 | SJ | 46,000.00 | | 54,042.81 |
| | 4/6/15 | 15-044 | CRJ | | 46,000.00 | 8,042.81 |
| | 4/9/15 | 15-048 | CRJ | | 8,014.81 | 28.00 |
| | 4/30/15 | CSP AEE-ABRIL15 | SJ | 8,466.30 | | 8,494.30 |
| | 5/1/15 | CSP MAY15 | SJ | 46,000.00 | | 54,494.30 |
| | 5/6/15 | 15-059 | CRJ | | 30,209.51 | 24,284.79 |
| | 5/12/15 | 15-061 | CRJ | | 15,790.49 | 8,494.30 |
| | 5/12/15 | 15-061 | CRJ | | 8,466.30 | 28.00 |
| | 5/26/15 | CSP AEE-MAYO15 | SJ | 9,677.48 | | 9,705.48 |
| | 6/1/15 | CSP JUN15 | SJ | 46,000.00 | | 55,705.48 |
| | 6/8/15 | 15-075 | CRJ | | 46,000.00 | 9,705.48 |
| | 6/18/15 | 15-081 | CRJ | | 9,677.48 | 28.00 |
| | 6/25/15 | CSP AEE-JUN15 | SJ | 9,049.70 | | 9,077.70 |

# EMPRESAS OMAJEDE, INC.
## Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 7/1/15 | CSP JUL/2015 | SJ | 46,000.00 | | 55,077.70 |
| | 7/20/15 | 15-093 | CRJ | | 9,049.70 | 46,028.00 |
| | 7/24/15 | CSP AEE-JUL15 | SJ | 8,060.40 | | 54,088.40 |
| | 7/24/15 | 15-094 | CRJ | | 46,000.00 | 8,088.40 |
| | 8/1/15 | CSP AGO15 | SJ | 46,000.00 | | 54,088.40 |
| | 8/11/15 | 15-102 | CRJ | | 8,060.40 | 46,028.00 |
| | 8/20/15 | 15-106 | CRJ | | 46,000.00 | 28.00 |
| | 8/25/15 | CSP AEE-AGO15 | SJ | 10,315.14 | | 10,343.14 |
| | 9/1/15 | CSP SEP15 | SJ | 46,000.00 | | 56,343.14 |
| | 9/11/15 | 15-116 | CRJ | | 26,105.63 | 30,237.51 |
| | 9/24/15 | CSP AEE-SEP15 | SJ | 8,361.60 | | 38,599.11 |
| | 9/25/15 | 15-123 | CRJ | | 30,209.51 | 8,389.60 |
| | 10/1/15 | CSP OCT15 | SJ | 46,000.00 | | 54,389.60 |
| | 10/15/15 | 15-131 | CRJ | | 15,790.49 | 38,599.11 |
| | 10/19/15 | 15-133 | CRJ | | 38,571.11 | 28.00 |
| | 10/27/15 | CSP AEE-OCT15 | SJ | 9,282.42 | | 9,310.42 |
| | 11/1/15 | CSP NOV15 | SJ | 46,000.00 | | 55,310.42 |
| | 11/9/15 | 15-143 | CRJ | | 9,282.42 | 46,028.00 |
| | 11/13/15 | 15-146 | CRJ | | 30,209.51 | 15,818.49 |
| | 11/19/15 | 15-150 | CRJ | | 15,790.49 | 28.00 |
| | 11/30/15 | CSP AEE-NOV15 | SJ | 8,909.34 | | 8,937.34 |
| | 12/1/15 | CSP DEC15 | SJ | 46,000.00 | | 54,937.34 |
| | 12/24/15 | 15-164 | CRJ | | 8,909.34 | 46,028.00 |
| | 12/29/15 | CSP AEE-DEC15 | SJ | 6,509.97 | | 52,537.97 |
| | 12/30/15 | 15-167 | CRJ | | 15,768.29 | 36,769.68 |
| | 1/1/16 | CSP JAN2016 | SJ | 46,000.00 | | 82,769.68 |
| | 1/26/16 | CSP AEE-JAN16 | SJ | 4,591.44 | | 87,361.12 |
| | 1/27/16 | 16-008 | CRJ | | 30,209.51 | 57,151.61 |
| | 2/1/16 | CSP FEB16 | SJ | 46,000.00 | | 103,151.61 |
| | 2/11/16 | 16-017 | CRJ | | 52,509.97 | 50,641.64 |
| | 2/24/16 | 16-022 | CRJ | | 50,591.44 | 50.20 |
| | 2/29/16 | CSP AEE-FEB16 | SJ | 5,818.20 | | 5,868.40 |
| | 3/1/16 | CSP MAR16 | SJ | 46,000.00 | | 51,868.40 |
| | 3/28/16 | CSP AEE-MAR16 | SJ | 6,241.72 | | 58,110.12 |
| | 3/30/16 | 16-035 | CRJ | | 51,818.20 | 6,291.92 |
| | 4/1/16 | CSP APR16 | SJ | 46,000.00 | | 52,291.92 |
| | 4/25/16 | CSP AEE-APR16 | SJ | 7,162.56 | | 59,454.48 |
| | 5/1/16 | CSP MAY16 | SJ | 46,000.00 | | 105,454.48 |
| | 5/5/16 | 16-051 | CRJ | | 52,241.72 | 53,212.76 |
| | 5/20/16 | 16-056 | CRJ | | 53,162.56 | 50.20 |
| | 5/25/16 | CSP AEE-MAY16 | SJ | 6,818.58 | | 6,868.78 |
| | 6/1/16 | CSP JUN16 | SJ | 46,000.00 | | 52,868.78 |
| | 6/20/16 | 16-065 | CRJ | | 46,000.00 | 6,868.78 |
| | 6/24/16 | CSP AEE-JUN16 | SJ | 6,591.10 | | 13,459.88 |
| | 6/29/16 | 16-069 | CRJ | | 6,818.58 | 6,641.30 |
| | 7/1/16 | CSP JULY16 | SJ | 46,000.00 | | 52,641.30 |
| | 7/21/16 | 16-080 | CRJ | | 6,591.10 | 46,050.20 |
| | 7/26/16 | CSP AEE-JUL16 | SJ | 6,436.06 | | 52,486.26 |
| | 8/1/16 | CSP AUG16 | SJ | 46,000.00 | | 98,486.26 |
| | 8/4/16 | 16-086 | CRJ | | 46,000.00 | 52,486.26 |
| | 8/23/16 | CSP AEE-AGO16 | SJ | 6,894.34 | | 59,380.60 |
| | 9/1/16 | CSP SEP16 | SJ | 46,000.00 | | 105,380.60 |
| | 9/1/16 | 16-098 | CRJ | | 13,330.40 | 92,050.20 |
| | 9/1/16 | CSP SEP16-ADJ | SJ | 20,666.66 | | 112,716.86 |
| | 9/27/16 | CSP AEE-SEP16 | SJ | 8,370.81 | | 121,087.67 |
| | 10/1/16 | CSP OCT16 | SJ | 46,000.00 | | 167,087.67 |
| | 10/1/16 | CSP OCT16-ADJ | SJ | 20,666.66 | | 187,754.33 |
| | 10/12/16 | 16-117 | CRJ | | 8,370.81 | 179,383.52 |
| | 10/21/16 | CSP AEE-OCT16 | SJ | 5,991.93 | | 185,375.45 |
| | 10/28/16 | 16-124 | CRJ | | 46,000.00 | 139,375.45 |
| | 10/31/16 | 16-125 | CRJ | | 46,000.00 | 93,375.45 |
| | 11/1/16 | CSP NOV16 | SJ | 66,666.66 | | 160,042.11 |
| | 11/7/16 | 16-130 | CRJ | | 5,991.93 | 154,050.18 |
| | 11/21/16 | CSP AEE-NOV16 | SJ | 6,594.20 | | 160,644.38 |
| | 11/29/16 | CSP 20161129 | SJ | 4,805.00 | | 165,449.38 |

## EMPRESAS OMAJEDE, INC.
### Customer Ledgers
### For the Period From Jan 1, 2011 to Jun 30, 2017

Filter Criteria includes: 1) IDs from Comision-CSP to Comision-CSP. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---:|---:|---:|
| | 12/1/16 | CSP DEC16 | SJ | 66,666.66 | | 232,116.04 |
| | 12/2/16 | 16-137 | CRJ | | 46,000.00 | 186,116.04 |
| | 12/9/16 | 16-142 | CRJ | | 46,000.00 | 140,116.04 |
| | 12/12/16 | 16-143 | CRJ | | 6,594.20 | 133,521.84 |
| | 12/19/16 | 16-146 | CRJ | | 46,000.00 | 87,521.84 |
| | 12/22/16 | CSP AEE-DEC16 | SJ | 6,866.20 | | 94,388.04 |
| | 1/1/17 | CSP JAN17 | SJ | 66,666.66 | | 161,054.70 |
| | 1/23/17 | CSP AEE-JAN17 | SJ | 6,052.40 | | 167,107.10 |
| | 1/23/17 | 17-010 | CRJ | | 6,866.20 | 160,240.90 |
| | 2/1/17 | CSP FEB17 | SJ | 66,666.66 | | 226,907.56 |
| | 2/9/17 | 17-018 | CRJ | | 6,052.40 | 220,855.16 |
| | 2/13/17 | 17-019 | CRJ | | 46,000.00 | 174,855.16 |
| | 2/21/17 | CSP AEE-FEB17 | SJ | 6,726.81 | | 181,581.97 |
| | 2/22/17 | 17-022 | CRJ | | 46,000.00 | 135,581.97 |
| | 3/1/17 | CSP MAR17 | SJ | 66,666.66 | | 202,248.63 |
| | 3/10/17 | CM CSP-Lights | SJ | | 28.00 | 202,220.63 |
| | 3/10/17 | CM CSP-Lights1 | SJ | | 22.20 | 202,198.43 |
| | 3/15/17 | 17-031 | CRJ | | 6,726.81 | 195,471.62 |
| | 3/23/17 | CSP AEE-MAR17 | SJ | 5,977.02 | | 201,448.64 |
| | 4/1/17 | CSP APR17 | SJ | 66,666.66 | | 268,115.30 |
| | 4/25/17 | CSP AEE-APR17 | SJ | 3,721.41 | | 271,836.71 |
| | 5/1/17 | CSP MAY17 | SJ | 66,666.66 | | 338,503.37 |
| | 5/12/17 | 17-048 | CRJ | | 9,698.43 | 328,804.94 |
| | 6/1/17 | CSP JUNE17 | SJ | 66,666.66 | | 395,471.60 |
| **Report Total** | | | | **4,367,053.73** | **3,971,582.13** | **395,471.60** |