UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION FOR ADMISSION
## *PRO HAC VICE* OF ADAM FARBIARZ

**COMES NOW**, Adam, J. Farbiarz (hereinafter, "Applicant"), and states and requests as follows:

1. Applicant is an attorney with the law firm Proskauer Rose LLP, with offices at:

> **PROSKAUER ROSE LLP**
> Eleven Times Square
> New York, NY 10036-8299
> Tel: (212) 969-3346
> Fax: (212) 969-2900
> Email: afarbiarz@proskauer.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Applicant makes the instant request to appear pro hac vice on behalf of the Financial Oversight and Management Board for Puerto Rico.

3. Applicant will sign all pleadings with the name Adam Farbiarz.

4. Since 2011 and 2013, respectively, applicant has been and presently is a member in good standing of the bars of the States of New York (Registration No: 4910634) and Connecticut (Bar No. 434694) where applicant regularly practices law.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| State of New York | 2011 |
| State of Connecticut | 2013 |
| U.S. District Court, Southern District of New York | 2012 |
| U.S. District Court, Eastern District of New York | 2012 |
| U.S. District Court, District of Connecticut | 2015 |

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC No. 215205
> **O' NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813

2

>Tel: (787) 764-8181
>Fax: (787) 753-8944
>Email: hermann.bauer@oneillborges.com

10. Applicant has read the Local Rules of this Court and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court.

12. **CERTIFICATE:** I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on May 10, 2023, accompanied by a $300.00 pro hac vice admission fee.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases. Date: May 10, 2023.

>Adam Farbiarz
>Printed Name of Applicant

>/s/ *Adam Farbiarz*
>Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 10, 2023.

Hermann D. Bauer
Printed Name of Local Counsel

/s/ *Hermann D. Bauer*
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ *Adam Farbiarz*
Signature of Applicant

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the Applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2023.

_____
**U.S. District Judge**

5