UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Marianne Torres Torres, Juan Lourido Dume y la Sociedad de Gananciales Compuesto por ambos Landron Vera LLC Luis A. Rodriguez Munoz, Esq. (ADRID: 3041757), 1606 Ave. Ponce de León Ave, Edif. Bogoricín, Suite 501, San Juan, PR 00909.

- Omnibus Objection Notice (Reclassified Amount), customized for each party, a blank copy of which is attached hereto as **Exhibit A**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On April 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Bazley, Marilyn (ADRID: 2866713), 5000 Culbreath Key Way, Apt 9308, Tampa, FL 33611-3064.

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit B**

On April 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Cooperativa De Seguros Multiples de Puerto Rico, Hector E. Valdes Ortiz, Esq., 38 Calle Nevarez, San Juan, PR 00927.

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit C**

On April 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Cooperativa de Seguros Multiples de Puerto Rico, Hector E. Valdes Ortiz, Esq., 38 Calle Nevárez, San Juan, PR 00927.

- Omnibus Objection Notice (Modified and Allowed), customized for each party, a blank copy of which is attached hereto as **Exhibit D**

On February 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Therapy Soutions LLC, 500 Grey Goose Lane, West Lafayette, IN 47906.

- Omnibus Objection Notice (Reduce and Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit E.**

Dated: May 4, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 4, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | MODIFIED AND ALLOWED | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
| --- | --- |
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
| --- | --- |
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit B</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| **Treatment:** | **Claim to be Disallowed** | | | |
| **Reason:** |  | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| **Tratamiento:** | **Reclamo a ser desestimado** | | | |
| **Base para:** |  | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit C</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| Treatment: | **Claim to be Disallowed** | | | |
| Reason: |  | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| Tratamiento: | **Reclamo a ser desestimado** | | | |
| Base para: |  | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit D</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
|---|---|
| Reason: | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
|---|---|---|---|---|---|---|---|
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
|---|---|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit E</u>**

| | | ASSERTED | | | REDUCED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **DEBTOR** | **PRIORITY** | **AMOUNT** | **DEBTOR** | **PRIORITY** | **AMOUNT** |
| | | | | | | | |

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| **Treatment:** | Reclassify |
|---|---|
| **Reason:** | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| | | INVOCADO | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|
| **NOMBRE** | **CLAIM #** | **DEUDOR** | **PRIORIDAD** | **MONTO** | **DEUDOR** | **PRIORIDAD** | **AMOUNT** |
| | | | | | | | |

| **Treatment:** | Reclasificar |
|---|---|
| **Reason:** | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**