## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| As a representative of | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | |
| **Debtors.[1]** | |

## TWELFTH INTERIM FEE APPLICATION OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH NOVEMBER 30, 2022

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | PJT Partners LP |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2022 through November 30, 2022 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $2,500,000.00 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Expense Reimbursement sought
as actual, Reasonable, and Necessary:        $2,880.28

Amount of Cash Payment Sought:        $1,740,380.28

This is a ____ monthly fee statement   __x__ interim fee application ____ final fee application

## SUMMARY OF TIME RECORDED DURING THE TWELFTH INTERIM PERIOD

| Name | Title | Total Hours |
|------|-------|-------------|
| Steven Zelin | Partner | 12.0 |
| William Evarts | Managing Director | 104.0 |
| Ashim Midha | Vice President | 94.5 |
| Angela Weng | Analyst | 126.5 |
| **Total Hours** | | **337.0** |

| Prior Interim or Monthly Fee Payments To Date: | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Paid | |
| Date Payment Received | Monthly Fee Statement Paid | Fees | Expenses | Fees[1] | Expenses |
| 05/29/19 | 02/01/19 – 02/28/19 | $1,250,000.00 | $0.00 | $782,020.00 | $0.00 |
| 06/06/19 | 03/01/19 – 03/31/19 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 06/06/19 | 04/01/19 – 04/30/19 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 09/20/19 | 05/01/19 – 05/31/19 | $1,250,000.00 | $333.16 | $781,875.00 | $333.16 |
| 10/15/19 | 06/01/19 – 06/30/19 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 11/29/19 | 07/01/19 – 07/31/19 | $1,250,000.00 | $62.83 | $781,875.00 | $62.83 |
| 11/29/19 | 08/01/19 – 08/31/19 | $1,250,000.00 | $246.44 | $781,875.00 | $246.44 |
| 11/29/19 | 09/01/19 – 09/30/19 | $1,250,000.00 | $6,671.62 | $781,875.00 | $6,671.62 |
| 05/22/20 | 10/01/19 – 10/31/19 | $1,250,000.00 | $6,434.20 | $781,875.00 | $6,434.20 |
| 05/22/20 | 11/01/19 – 11/30/19 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 05/22/20 | 12/01/19 – 12/31/19 | $1,250,000.00 | $10,492.86 | $781,875.00 | $10,492.86 |
| 05/26/20 | 01/01/20 – 01/31/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 09/17/20 | 02/01/20 – 02/29/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 09/17/20 | 03/01/20 – 03/31/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 09/17/20 | 04/01/20 – 04/30/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 09/17/20 | 05/01/20 – 05/31/20 | $1,250,000.00 | $30,021.86 | $781,875.00 | $30,021.86 |
| 01/26/21 | 06/01/20 – 06/30/20 | $1,250,000.00 | $2,426.81 | $781,875.00 | $2,426.81 |
| 01/26/21 | 07/01/20 – 07/31/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/26/21 | 08/01/20 – 08/31/20 | $1,250,000.00 | $0.00 | $782,020.00 | $0.00 |
| 01/26/21 | 09/01/20 – 09/30/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 07/19/21 | 10/01/20 – 10/31/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 07/21/21 | 11/01/20 – 11/30/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 07/21/21 | 12/01/20 – 12/31/20 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 08/26/21 | 01/01/21 – 01/31/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/03/22 | 02/01/21 – 02/28/21 | $1,250,000.00 | $2,009.01 | $781,875.00 | $2,009.01 |
| 01/06/22 | 03/01/21 – 03/31/21 | $1,250,000.00 | $1,818.03 | $781,875.00 | $1,818.03 |
| 01/06/22 | 04/01/21 – 04/30/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/06/22 | 05/01/21 – 05/31/21 | $1,250,000.00 | $16.39 | $781,875.00 | $16.39 |

---

[1] Amount reflects net amount paid to PJT.

| Prior Interim or Monthly Fee Payments To Date: | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Requested | | Paid | |
| Date Payment Received | Monthly Fee Statement Paid | Fees | Expenses | Fees[2] | Expenses |
| 01/18/22 | 06/01/21 – 06/30/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/18/22 | 07/01/21 – 07/31/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/18/22 | 08/01/21 – 08/31/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 01/18/22 | 09/01/21 – 09/30/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 10/26/22 | 10/01/21 – 10/31/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 10/26/22 | 11/01/21 – 11/30/21 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 10/26/22 | 12/01/21 – 12/31/21 | $1,250,000.00 | $3,989.43 | $781,875.00 | $3,989.43 |
| 10/26/22 | 01/01/22 – 01/31/22 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 10/26/22 | 02/01/22 – 02/28/22 | $1,250,000.00 | $424.87 | $781,875.00 | $424.87 |
| 10/26/22 | 03/01/22 – 03/31/22 | $1,250,000.00 | $228.52 | $781,875.00 | $228.52 |
| 10/26/22 | 04/01/22 – 04/30/22 | $1,250,000.00 | $197.41 | $781,875.00 | $197.41 |
| 10/26/22 | 05/01/22 – 05/31/22 | $1,250,000.00 | $1,302.91 | $781,875.00 | $1,302.91 |
| 02/16/23 | 06/01/22 – 06/30/22 | $1,250,000.00 | $488.80 | $781,875.00 | $488.80 |
| 02/16/23 | 07/01/22 – 07/30/22 | $1,250,000.00 | $988.66 | $781,875.00 | $988.66 |
| 02/17/23 | 08/01/22 – 08/31/22 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| 02/17/23 | 09/01/22 – 09/30/22 | $1,250,000.00 | $0.00 | $781,875.00 | $0.00 |
| Total Fees and Expenses Paid To Date | | | | $35,184,810.00 | $68,153.82 |

---

[2] Amount reflects net amount paid to PJT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| **As a representative of** | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | |
| **Debtors.**[1] | |

## TWELFTH INTERIM FEE APPLICATION OF PJT PARTNERS LP AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO FOR COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2022 THROUGH NOVEMBER 30, 2022

PJT Partners LP ("PJT"), investment banker to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), hereby submits its twelfth interim fee application (the "Twelfth Interim Fee Application"), pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), section 503(b) of title 11, United States Code (the "Bankruptcy Code") as made applicable to these cases by section 301(a) of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Bankruptcy Court for the District of Puerto Rico (the "<u>Local Rules</u>"), and the Interim Compensation Order (as hereinafter defined) for allowance of compensation for the period of October 1, 2022 through November 30, 2022 (the "<u>Twelfth Interim Period</u>"). In support of this Twelfth Interim Fee Application, PJT states as follows:

## I. <u>Background</u>

1.    On May 3, 2017, the Oversight Board commenced a title III case for the Commonwealth of Puerto Rico by filing a voluntary petition for relief pursuant to section 304 (a) of PROMESA (the "<u>Commonwealth Title III Case</u>"). Thereafter, the Oversight Board commenced a title III case for each of COFINA, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS Title III Case</u>"), the Puerto Rico Highways and Transportation Authority ("<u>HTA Title III Case</u>"), and the Puerto Rico Electric Power Authority ("<u>PREPA Title III Case</u>") (all such cases, together with the Commonwealth Title III Case, the "<u>Title III Cases</u>").[2] By orders dated June 29, 2017 [Docket No. 537] and October 6, 2017 [Docket No. 1417], the court approved the joint administration of the Title III Cases.

2.    On August 23, 2017, the court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150]. On November 8, 2017, the court entered the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715]. On June 6, 2018, the court entered the *Second Amended Order Setting Procedures for Interim*

---

[2] Unless otherwise indicated, references to docket numbers shall be to the docket of the Commonwealth Title III Case.

*Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] (the "<u>Interim
Compensation Order</u>").

## II. <u>The PJT Engagement</u>

3.    The Oversight Board retained PJT as its investment banker pursuant to the terms
of the engagement agreement (the "<u>Engagement Agreement</u>") dated February 2, 2019, effective
as of February 1, 2019. Pursuant to the Engagement Agreement, PJT was retained to provide the
following services to the Oversight Board:[3]

  (a)   assist in the evaluation of the Specified Entities' current fiscal situation and
        prospects;

  (b)   assist in the development of financial data and presentations to the Oversight
        Board, various creditors and other third parties;

  (c)   analyze the financial liquidity and evaluate alternatives to improve such liquidity
        for the Commonwealth and Specified Entities;

  (d)   analyze various restructuring scenarios and the potential impact of these scenarios
        on the recoveries of those stakeholders impacted by the Restructuring;

  (e)   provide strategic advice with regard to restructuring or refinancing the Specified
        Entities' Obligations;

  (f)   review and evaluate the Specified Entities' capital structure, debt capacity, and
        alternative capital structures;

  (g)   participate in negotiations among the Oversight Board, the Specified Entities, and
        their creditors, suppliers, lessors and other interested parties;

  (h)   value securities offered by the Specified Entities in connection with a
        Restructuring;

  (i)   provide expert witness testimony concerning any of the subjects encompassed by
        the other investment banking services; and

  (j)   provide such other advisory services as are customarily provided in connection
        with the analysis and negotiation of a transaction similar to a potential
        Restructuring as requested and mutually agreed.

---

[3] Capitalized terms used but not defined herein shall have the meanings provided thereto in the Engagement Agreement.

4. Pursuant to the Engagement Agreement, the Oversight Board agreed to pay PJT as follows in consideration for the services rendered:

(a) A fixed monthly advisory fee (the "Monthly Fee") in the amount of $1,250,000 per month payable in cash monthly in arrears (upon the submission of monthly invoices) commencing on February 1, 2019; and

(b) Reimbursement of all reasonable out-of-pocket expenses incurred during this engagement, including, but not limited to, travel and lodging, direct identifiable data processing, document production, publishing services and communication charges, courier services, working meals, reasonable fees and expenses of PJT Partners' counsel (without the requirement that the retention of such counsel be approved by the court in any Title III case) and other necessary expenditures, payable upon rendition of invoices setting forth in reasonable detail the nature and amount of such expenses.

### III. Services Provided by PJT during the Twelfth Interim Period

5. The nature of the work performed by PJT during the Twelfth Interim Period included the following:

(a) preparing analysis and materials for presentation to the Oversight Board's members and executives, including introductory materials for new Oversight Board executives;

(b) preparing materials regarding distributions of consideration to various creditors related to Plan of Adjustment, involving discussions with various creditors; advisors and creditor principals;

(c) preparing materials regarding distributions of consideration to various creditors related to Plan of Adjustment, involving discussions with various creditors; advisors and creditor principals;

(d) participating in working group calls with Oversight Board advisors regarding multiple case matters;

(e) facilitating ongoing diligence by various creditor constituencies and their advisors, including preparing various analyses, preparing presentation materials, and hosting diligence meetings with various creditor constituencies and their advisors;

(f) attending Oversight Board public meeting;

(g) assisting counsel in reviewing and preparing various legal filings and associated exhibits;

(h) conducting diligence and analysis of the assets and fiscal plan of the

Commonwealth and various other entities;

(i)   conducting analysis related to any potential claims of the Commonwealth; and

(j)   participating in meetings with creditors, representatives of creditors, government officials, advisors to the government; and other parties in interest regarding various other case matters.

## IV. The PJT Team

6.   The investment banking services set forth above were performed primarily by Steven Zelin, Partner; William Evarts; Managing Director; Ashim Midha, Vice President; Angela Weng, Analyst; and other PJT professionals as needed.

## V. PJT's Request for Compensation and Reimbursement of Out-of-Pocket Expenses

7.   For the Twelfth Interim Period, PJT seeks (a) allowance of Monthly Fees in the amount of $2,500,000.00, and (b) the reimbursement of out-of-pocket expenses incurred in the amount of $2,880.28. Although every effort has been made to include all expenses incurred during the Twelfth Interim Period, some expenses may not be included in this Twelfth Interim Fee Application due to delays resulting from the accounting and processing of such expenses. Accordingly, PJT reserves the right to make further application to the Court for allowance of such expenses incurred during the Twelfth Interim Period but not included herein.

8.   Invoices detailing the fees earned by PJT during the Twelfth Interim Period are attached hereto as Appendix A. A summary of all fees earned during the Twelfth Interim Period is outlined below:

| Twelfth Interim Period | Monthly Fees | Government Contribution Fee | Withholding Taxes | Out-of-Pocket Expenses | Total |
|---|---|---|---|---|---|
| October 1 – 31, 2022 | $1,250,000.00 | ($18,750.00) | ($362,500.00) | $2,880.28 | $871.630.28 |
| November 1 – 30, 2022 | 1,250,000.00 | (18,750.00) | (362,500.00) | - | 868,750.00 |
| **Total** | **$2,500,000.00** | **($37,500.00)** | **($725,000.00)** | **$2,880.28** | **$1,740,380.28** |

9.   The amount of fees sought in this Twelfth Interim Fee Application and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.   PJT has never billed its clients based on the number of hours expended by its

5

professionals.   Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.   PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 337.0 hours expended by PJT professionals in providing investment banking services to the Oversight Board during the Twelfth Interim Period are provided in Appendix B.

10. A summary of the total amount of hours expended by PJT professionals during the Twelfth Interim Period is provided below:

**Hours Expended By Professional**

| Professional | Title | October 2022 | November 2022 | Total |
|---|---|---|---|---|
| Steven Zelin | Partner | 7.0 | 5.0 | **12.0** |
| William Evarts | Managing Director | 45.5 | 58.5 | **104.0** |
| Ashim Midha | Vice President | 39.0 | 55.5 | **94.5** |
| Angela Weng | Analyst | 59.5 | 67.0 | **126.5** |
| **Total Hours** | | **151.0** | **186.0** | **337.0** |

11. Out-of-pocket expenses incurred by PJT are charged to a client if out-of-pocket expenses are incurred for the client or are otherwise necessary in connection with services rendered for such particular client. PJT does not factor general overhead expenses into any disbursements charged to its clients in connection with chapter 11 cases. PJT has followed its general internal policies with respect to out-of-pocket expenses billed as set forth below, with any exceptions specifically explained.

(a)  All cross-country airfare charges are based upon coach class rates;

(b)  With respect to local travel, PJT's general policy enables employees to travel by taxi or, in certain circumstances, private car service to and from meetings while rendering services to a client on a client related matter, for which the client is charged. Further, and primarily for safety reasons, employees are permitted to charge to a client the cost of transportation home if an employee is required to work past 9:00 p.m., and to charge a client the cost of transportation for work on weekends and holidays on client-specific matters.

(c)  PJT's general policy permits its professionals to charge in-office dinner meals 3 hours beyond their regularly scheduled workday if an employee is required to provide services to the client during such dinnertime, and to charge in-office

meals on the weekend if an employee is required to provide services to a client on the weekend.

(d)  The External Research category of expenses includes charges from outside computer/electronic service companies that supply, for a fee, research and/or financial documents to PJT.  The services provided by these companies primarily consist of the retrieval of financial documents from regulatory agencies and/or the retrieval of research that would not otherwise be available to PJT. The Internal Research category of expenses are the charges for time spent by PJT research staff in operating the computer/electronic terminals related to these computer/electronic service companies.

(e)  The Publishing Services category of expenses includes charges for the production of text-based publications such as research reports and presentations, and printing and binding services.

## VI. <u>Requested Relief</u>

**WHEREFORE**, pursuant to Sections 316 and 317 of PROMESA, the Interim Compensation Order and the Engagement Agreement, PJT respectfully requests that the Court:

(a)  allow (i) PJT's Monthly Fees in the amount of $2,500,000.00, and (ii) the reimbursement of PJT's out-of-pocket expenses in the amount of $2,880.28 in respect of the Twelfth Interim Period;

(b)  authorize and direct the Debtors to pay PJT's allowed Monthly Fees that remain unpaid, including all holdbacks, earned or incurred during the Twelfth Interim Period;

and

(c)  grant such other and further relief as this Court deems just and proper.

Dated: May 12, 2023                          PJT PARTNERS LP

By: /s/ *Steven Zelin*
                Steven Zelin
                Partner
                280 Park Avenue
                New York, NY 10017
                (212) 364-7800

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| As a representative of | (Jointly Administered) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | |
| **Debtors.**[1] | |

### CERTIFICATION FOR FEES AND OUT-OF-POCKET EXPENSES FOR PROFESSIONALS IN RESPECT OF TWELFTH INTERIM FEE APPLICATION OF PJT PARTNERS LP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES INCURRED

Steven Zelin, being duly sworn, deposes and says:

1.  I am a partner with the applicant firm, PJT Partners LP ("PJT").

*2.* In accordance with sections 316 and 317 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the Office of the United States Trustee guidelines (the "UST Guidelines"), and the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Professionals* [Docket No. 3269] (the "<u>Interim Compensation Order</u>"), this certification is made with respect to PJT's twelfth interim fee application dated May 12, 2023 (the "<u>Twelfth Interim Fee Application</u>"), for allowance of compensation and reimbursement of out-of-pocket expenses incurred during the period of October 1, 2022 through November 30, 2022.

3.   In respect of Local Rule 2016-1(a)(4), I certify that:

   a.   I have read the Twelfth Interim Fee Application;

   b.   To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Rules; and

   c.   The fees and out-of-pocket expenses sought are customarily charged by PJT and generally accepted by PJT's clients.

By: <u>/s/ *Steven Zelin*</u>
           Steven Zelin
           Partner

**APPENDIX A**

**PJT Partners**



April 20, 2023

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | | |
|---|---|---|---|
| Monthly Fee for the period of October 1, 2022 through October 31, 2022: | | $ | 1,250,000.00 |

Out-of-pocket expenses processed through December 23, 2022:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 1,410.00 | |
| Ground Transportation | | 558.79 | |
| Communications | | 7.99 | |
| Meals | | 116.72 | |
| Lodging | | 786.78 | 2,880.28 |
| **Total Amount Due** | | $ | **1,252,880.28** |

**Invoice No. 10023080**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**Financial Oversight and Management Board for Puerto Rico**
**Summary of Expenses**

|  | GL Detail Dec-22 | Total Expenses |
|---|---|---|
| Airfare | $ 1,410.00 | $ **1,410.00** |
| Ground Transportation | 558.79 | **558.79** |
| Communications | 7.99 | **7.99** |
| Employee Meals | 116.72 | **116.72** |
| Lodging | 786.78 | **786.78** |
| **Total** | $ **2,880.28** | $ **2,880.28** |

| | |
|---|---|
| **Airfare** | $ 1,410.00 |
| **Ground Transportation** | 558.79 |
| **Communications** | 7.99 |
| **Meals** | 116.72 |
| **Lodging** | 786.78 |
| **Total Expenses** | $ 2,880.28 |

**Financial Oversight and Management Board for Puerto Rico**
**Detail of Expenses Processed**
**Through December 23, 2022**
**Invoice No. 10023080**

**Airfare**

| | | | |
|---|---|---|---|
| Evarts (travel agency booking fee for flight to San Juan, PR from Newark, NJ on 08/15/22) | 07/25/22 | 55.00 | |
| Evarts (travel agency booking fee for flight to Queens, NY from San Juan, PR on 08/17/22) | 07/25/22 | 55.00 | |
| Evarts (one-way coach class flight to San Juan, PR from Newark, NJ) | 08/15/22 | 650.00 | |
| Evarts (one-way coach class flight to Queens, NY from San Juan, PR) | 08/17/22 | 650.00 | |
| **Subtotal - Airfare** | | **$** | **1,410.00** |

**Ground Transportation**

| | | | |
|---|---|---|---|
| Evarts (car service to Newark Airport in Newark, NJ from home) | 08/15/22 | 280.73 | |
| Evarts (taxi to client meeting from hotel in San Juan, PR) | 08/16/22 | 14.67 | |
| Evarts (taxi to hotel from client meeting in San Juan, PR) | 08/16/22 | 17.76 | |
| Evarts (taxi to client meeting from hotel in San Juan, PR) | 08/17/22 | 22.91 | |
| Evarts (taxi home from JFK Airport in Queens, NY) | 08/17/22 | 222.72 | |
| **Subtotal - Ground Transportation** | | | **558.79** |

**Communications**

| | | | |
|---|---|---|---|
| Evarts (wi-fi access while traveling) | 08/15/22 | 2.99 | |
| Evarts (wi-fi access while traveling) | 08/17/22 | 5.00 | |
| **Subtotal - Communications** | | | **7.99** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Evarts (working dinner meal at Newark Airport in Newark, NJ) | 08/15/22 | 64.85 | |
| Evarts (working dinner meal at hotel in San Juan, PR) | 08/16/22 | 51.87 | |
| **Subtotal - Employee Meals** | | | **116.72** |

**Lodging**

| | | | |
|---|---|---|---|
| Evarts (2 day hotel stay in San Juan, PR) | 08/15/22 - 08/17/22 | 786.78 | |
| **Subtotal - Lodging** | | | **786.78** |
| **Total Expenses** | | **$** | **2,880.28** |

PJT Partners



April 20, 2023

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
P.O. Box 192018
San Juan, PR 00919

| | | |
|---|---|---|
| Monthly Fee for the period of November 1, 2022 through November 30, 2022: | $ | 1,250,000.00 |
| **Total Amount Due** | **$** | **1,250,000.00** |

**Invoice No. 10023081**

(1) Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
(212) 364-7800
PJTUSInvoicing@pjtpartners.com

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Title | Hours |
|---|---|---|
| Steven Zelin | Partner | 7.0 |
| William Evarts | Managing Director | 45.5 |
| Ashim Midha | Vice President | 39.0 |
| Angela Weng | Analyst | 59.5 |
| | **Total** | **151.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steven Zelin | 10/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/06/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/07/22 | 0.5 | Review of Board Materials | HTA |
| Steven Zelin | 10/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/13/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/13/22 | 1.0 | FOMB Strategy Session | HTA |
| Steven Zelin | 10/14/22 | 1.5 | FOMB Public Board Meeting | HTA |
| Steven Zelin | 10/17/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/20/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/24/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 10/26/22 | 0.5 | FOMB Advisor Call | HTA |
| | | **7.0** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| William Evarts | 10/02/22 | 0.5 | Call with AAFAF advisor | HTA |
| William Evarts | 10/02/22 | 0.5 | Call with FOMB Counsel | HTA |
| William Evarts | 10/03/22 | 0.5 | Call with FOMB Counsel | HTA |
| William Evarts | 10/03/22 | 1.0 | Email Correspondence re HTA Closing Conditions | HTA |
| William Evarts | 10/03/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/06/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/06/22 | 1.0 | Review of Materials re ERS | CW |
| William Evarts | 10/07/22 | 0.5 | Review of Board Materials | HTA |
| William Evarts | 10/10/22 | 0.5 | Email Correspondence with Counsel re Bond Claims | HTA |
| William Evarts | 10/10/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/11/22 | 0.5 | Email Correspondence with Counsel re Bond Claims | HTA |
| William Evarts | 10/11/22 | 1.5 | Review of Analysis re PFC QM Claims | CW |
| William Evarts | 10/12/22 | 1.0 | Correspondence re Claims Distributions | CW |
| William Evarts | 10/12/22 | 1.0 | Review of HTA claims analysis correspondence | HTA |
| William Evarts | 10/12/22 | 2.5 | Review of Public Release Materials | HTA |
| William Evarts | 10/13/22 | 0.5 | Call with AAFAF Advisor re HTA | HTA |
| William Evarts | 10/13/22 | 0.5 | Emails with FOMB Advisors re HTA Closing | HTA |
| William Evarts | 10/13/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/13/22 | 2.0 | FOMB Strategy Session | HTA |
| William Evarts | 10/13/22 | 1.0 | Review of Analysis re PFC QM Claims | CW |
| William Evarts | 10/14/22 | 2.0 | FOMB Public Board Meeting | HTA |
| William Evarts | 10/14/22 | 1.5 | Review of PFC Solicitation Statement | CW |
| William Evarts | 10/14/22 | 2.0 | Review of PRIDCO Restructuring Materials | PRIDCO |
| William Evarts | 10/17/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/17/22 | 1.0 | Internal Discussions regarding Distribution Mechanics | CW |
| William Evarts | 10/17/22 | 0.5 | Review of PFC Solicitation Statement Changes | CW |
| William Evarts | 10/18/22 | 0.5 | New FOMB Executive Onboarding Preparations | CW |
| William Evarts | 10/19/22 | 0.5 | Internal Discussions regarding Distribution Mechanics | CW |
| William Evarts | 10/19/22 | 3.0 | Review of Metropistas Materials | HTA |
| William Evarts | 10/20/22 | 0.5 | Call with AAFAF Advisor re Various Matters | HTA |
| William Evarts | 10/20/22 | 1.0 | Calls and Emails with FOMB Counsel | HTA |
| William Evarts | 10/20/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/21/22 | 1.0 | Call with AAFAF and Subsequent Email Correspondence | HTA |
| William Evarts | 10/24/22 | 0.5 | Email Correspondence re PRIDCO Restructuring | PRIDCO |
| William Evarts | 10/24/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/25/22 | 1.0 | Review of Analysis re PFC QM Claims | CW |
| William Evarts | 10/25/22 | 2.0 | Review of PRIDCO Restructuring Materials | PRIDCO |
| William Evarts | 10/26/22 | 1.0 | Review of Email Correspondence re ERS Portfolio | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| William Evarts | 10/26/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 10/27/22 | 0.5 | Call with FOMB Advisor re ERS Portfolio | CW |
| William Evarts | 10/27/22 | 1.0 | Internal Discussion re ERS Portfolio | CW |
| William Evarts | 10/27/22 | 1.5 | Research re HTA Payments | HTA |
| William Evarts | 10/27/22 | 1.5 | Review of PRIDCO Restructuring Materials | PRIDCO |
| William Evarts | 10/28/22 | 2.5 | Review of Complaint and Calls with Counsel | HTA |
| William Evarts | 10/29/22 | 0.5 | Email Correspondence re ERS Portfolio | CW |
| William Evarts | 10/30/22 | 0.5 | Email Correspondence re ERS Portfolio | CW |
| William Evarts | 10/31/22 | 0.5 | FOMB Advisor Call | HTA |
| | | 45.5 | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 10/02/22 | 0.5 | Call with FOMB Counsel | HTA |
| Ashim Midha | 10/03/22 | 0.5 | Call with FOMB Counsel | HTA |
| Ashim Midha | 10/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/06/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/06/22 | 1.0 | Review of Materials re ERS | CW |
| Ashim Midha | 10/07/22 | 0.5 | Review of Board Materials | HTA |
| Ashim Midha | 10/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/11/22 | 1.5 | Review of Analysis re PFC QM Claims | CW |
| Ashim Midha | 10/12/22 | 3.0 | Review of HTA Distributions re Emergence | HTA |
| Ashim Midha | 10/12/22 | 2.5 | Review of Public Release Materials | HTA |
| Ashim Midha | 10/13/22 | 0.5 | Call with AAFAF Advisor re HTA | HTA |
| Ashim Midha | 10/13/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/13/22 | 2.0 | FOMB Strategy Session | HTA |
| Ashim Midha | 10/13/22 | 1.0 | Review of Analysis re PFC QM Claims | CW |
| Ashim Midha | 10/14/22 | 2.5 | FOMB Public Board Meeting | HTA |
| Ashim Midha | 10/14/22 | 1.0 | Review of PFC Solicitation Statement | CW |
| Ashim Midha | 10/14/22 | 1.5 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Ashim Midha | 10/17/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/17/22 | 1.0 | Internal Discussions regarding Distribution Mechanics | CW |
| Ashim Midha | 10/17/22 | 0.5 | Review of PFC Solicitation Statement Changes | CW |
| Ashim Midha | 10/19/22 | 0.5 | Internal Discussions regarding Distribution Mechanics | CW |
| Ashim Midha | 10/19/22 | 1.0 | Review of Metropistas Materials | HTA |
| Ashim Midha | 10/20/22 | 0.5 | Call with AAFAF Advisor re Various Matters | HTA |
| Ashim Midha | 10/20/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/22/22 | 1.0 | Review of Materials re: HTA Filing Motion | HTA |
| Ashim Midha | 10/24/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/24/22 | 0.5 | Review of Correspondence re PRIDCO Restructuring | PRIDCO |
| Ashim Midha | 10/25/22 | 1.5 | Review of Analysis re PFC QM Claims | CW |
| Ashim Midha | 10/25/22 | 2.0 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Ashim Midha | 10/26/22 | 0.5 | Review of Email Correspondence re ERS Portfolio | CW |
| Ashim Midha | 10/26/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 10/26/22 | 1.0 | Review of Materials re: HTA Filing Motion | HTA |
| Ashim Midha | 10/27/22 | 0.5 | Call with FOMB Advisor re ERS Portfolio | CW |
| Ashim Midha | 10/27/22 | 2.0 | Internal Discussion re ERS Portfolio | CW |
| Ashim Midha | 10/27/22 | 2.0 | Research re HTA Payments | HTA |
| Ashim Midha | 10/27/22 | 1.0 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Ashim Midha | 10/29/22 | 0.5 | Email Correspondence re ERS Portfolio | CW |
| Ashim Midha | 10/30/22 | 0.5 | Email Correspondence re ERS Portfolio | CW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 10/31/22 | 0.5 | FOMB Advisor Call | HTA |
|  |  | 39.0 |  |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Angela Weng | 10/02/22 | 0.5 | Call with FOMB Counsel | HTA |
| Angela Weng | 10/03/22 | 0.5 | Call with FOMB Counsel | HTA |
| Angela Weng | 10/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/06/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/06/22 | 1.0 | Review of Materials re ERS | CW |
| Angela Weng | 10/07/22 | 0.5 | Review of Board Materials | HTA |
| Angela Weng | 10/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/11/22 | 4.0 | Preparation of Analysis re PFC QM Claims | CW |
| Angela Weng | 10/12/22 | 6.0 | Preparation of HTA Distributions re Emergence | HTA |
| Angela Weng | 10/12/22 | 2.5 | Review of Public Release Materials | HTA |
| Angela Weng | 10/13/22 | 0.5 | Call with AAFAF Advisor re HTA | HTA |
| Angela Weng | 10/13/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/13/22 | 2.0 | FOMB Strategy Session | HTA |
| Angela Weng | 10/13/22 | 1.0 | Preparation of Analysis re PFC QM Claims | CW |
| Angela Weng | 10/13/22 | 1.0 | Review of Analysis re PFC QM Claims | CW |
| Angela Weng | 10/14/22 | 2.5 | FOMB Public Board Meeting | HTA |
| Angela Weng | 10/14/22 | 1.0 | Review of PFC Solicitation Statement | CW |
| Angela Weng | 10/14/22 | 1.5 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Angela Weng | 10/17/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/17/22 | 1.0 | Internal Discussions regarding Distribution Mechanics | CW |
| Angela Weng | 10/17/22 | 0.5 | Review of PFC Solicitation Statement Changes | CW |
| Angela Weng | 10/18/22 | 1.0 | Call with FOMB Advisor re Distribution Mechanics | CW |
| Angela Weng | 10/18/22 | 3.0 | New FOMB Executive Onboarding Preparations | CW |
| Angela Weng | 10/18/22 | 3.5 | Preparation of Fee Distributions | CW |
| Angela Weng | 10/19/22 | 0.5 | Internal Discussions regarding Distribution Mechanics | CW |
| Angela Weng | 10/19/22 | 1.0 | Review of Metropistas Materials | HTA |
| Angela Weng | 10/20/22 | 0.5 | Call with AAFAF Advisor re Various Matters | HTA |
| Angela Weng | 10/20/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/22/22 | 2.0 | Preparation of Materials re: HTA Filing Motion | HTA |
| Angela Weng | 10/24/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/24/22 | 0.5 | Review of Correspondence re PRIDCO Restructuring | PRIDCO |
| Angela Weng | 10/25/22 | 3.0 | Preparation of Analysis re PFC QM Claims | CW |
| Angela Weng | 10/25/22 | 1.5 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Angela Weng | 10/26/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 10/26/22 | 2.0 | Preparation of Materials re: HTA Filing Motion | HTA |
| Angela Weng | 10/27/22 | 0.5 | Call with FOMB Advisor re ERS Portfolio | CW |
| Angela Weng | 10/27/22 | 2.0 | Internal Discussion re ERS Portfolio | CW |
| Angela Weng | 10/27/22 | 4.0 | Research re HTA Payments | HTA |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2022 THROUGH OCTOBER 31, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Angela Weng | 10/27/22 | 0.5 | Email Correspondence re HTA Payments | HTA |
| Angela Weng | 10/27/22 | 1.5 | Review of PRIDCO Restructuring Materials | PRIDCO |
| Angela Weng | 10/31/22 | 2.0 | Review and Preparation of Responses to CVI Diligence Questions | HTA |
| Angela Weng | 10/31/22 | 0.5 | FOMB Advisor Call | HTA |
| | | 59.5 | | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Title | Hours |
|---|---|---|
| Steven Zelin | Partner | 5.0 |
| William Evarts | Managing Director | 58.5 |
| Ashim Midha | Vice President | 55.5 |
| Angela Weng | Analyst | 67.0 |
| | Total | 186.0 |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Steven Zelin | 11/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 11/07/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 11/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 11/14/22 | 0.5 | FOMB Advisor Call | HTA |
| Steven Zelin | 11/16/22 | 0.5 | Internal Discussions re ERS Allocations | CW |
| Steven Zelin | 11/17/22 | 2.0 | FOMB Board Strategy Session | CW |
| Steven Zelin | 11/21/22 | 0.5 | FOMB Advisor Call | HTA |
| | | 5.0 | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| William Evarts | 11/01/22 | 1.0 | Review and Preparation of Responses to CVI Diligence Questions | CW |
| William Evarts | 11/01/22 | 1.5 | Review of ERS PE Portfolio Transfer Documents | CW |
| William Evarts | 11/02/22 | 1.5 | Preparation of Onboarding Materials for New FOMB Executive | HTA |
| William Evarts | 11/03/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/03/22 | 1.0 | Questions from FOMB Counsel re PFC QM | CW |
| William Evarts | 11/03/22 | 1.5 | Review of Metropistas Proposal | HTA |
| William Evarts | 11/07/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/07/22 | 1.0 | Review of ERS PE Portfolio Distributions | CW |
| William Evarts | 11/07/22 | 0.5 | Review of Updated ERS PE Portfolio Distributions | CW |
| William Evarts | 11/08/22 | 2.0 | Review and Preparation of Board Onboarding Materials | CW |
| William Evarts | 11/08/22 | 1.0 | Review of PRIDCO Correspondence with AFAAF / Creditors | PRIDCO |
| William Evarts | 11/09/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| William Evarts | 11/09/22 | 0.5 | Review of Court Order re Effective Date | CW |
| William Evarts | 11/10/22 | 1.0 | Advisor Call re PRIDCO | PRIDCO |
| William Evarts | 11/10/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/10/22 | 0.5 | Internal Meeting re Board Onboarding Materials | HTA |
| William Evarts | 11/10/22 | 2.0 | Review of Debt Management Policy / Reporting Agreements | HTA |
| William Evarts | 11/11/22 | 1.0 | Call with Counsel and Review of Emails re PRIDCO | PRIDCO |
| William Evarts | 11/11/22 | 1.5 | Review and Comment on Revised Debt Management Policy | HTA |
| William Evarts | 11/11/22 | 1.0 | Review of Letter from PRIDCO Creditors | PRIDCO |
| William Evarts | 11/13/22 | 0.5 | Review of Email Correspondence re HTA Distributions | HTA |
| William Evarts | 11/14/22 | 1.0 | Email Correspondence re ERS Distributions | CW |
| William Evarts | 11/14/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/14/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| William Evarts | 11/15/22 | 0.5 | Call re Claims Reconciliation re HTA Distributions | HTA |
| William Evarts | 11/15/22 | 2.0 | Calls re Acceleration Price Analysis | HTA |
| William Evarts | 11/15/22 | 1.0 | Calls with AAFAF Advisors re Closing Mechanics | HTA |
| William Evarts | 11/15/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| William Evarts | 11/15/22 | 1.5 | Review of Materials re ERS PE Portfolio Distributions | CW |
| William Evarts | 11/16/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| William Evarts | 11/16/22 | 0.5 | Review and Preparation of Allocations to UBS Retail Accounts | CW |
| William Evarts | 11/16/22 | 0.5 | Call with ERS Creditor Advisor | CW |
| William Evarts | 11/16/22 | 1.0 | Internal Discussions re ERS Allocations | CW |
| William Evarts | 11/16/22 | 1.5 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| William Evarts | 11/17/22 | 2.5 | FOMB Board Strategy Session | CW |
| William Evarts | 11/17/22 | 1.5 | Internal Discussions re HTA Allocations | HTA |
| William Evarts | 11/17/22 | 2.5 | Review of Materials and Emails re HTA Distributions | HTA |
| William Evarts | 11/18/22 | 1.0 | Review of Materials re HTA Distributions | HTA |
| William Evarts | 11/21/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/21/22 | 1.5 | Internal Meeting re HTA Distributions | HTA |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| William Evarts | 11/22/22 | 3.0 | Calls re HTA Distributions | HTA |
| William Evarts | 11/22/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| William Evarts | 11/25/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| William Evarts | 11/28/22 | 1.5 | Calls re Acceleration Price Analysis | HTA |
| William Evarts | 11/28/22 | 0.5 | FOMB Advisor Call | HTA |
| William Evarts | 11/28/22 | 2.0 | Review of Materials re HTA Distributions | HTA |
| William Evarts | 11/29/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| William Evarts | 11/30/22 | 2.5 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| | | **58.5** | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 11/01/22 | 1.0 | Review and Preparation of Responses to CVI Diligence Questions | CW |
| Ashim Midha | 11/01/22 | 1.5 | Review of ERS PE Portfolio Transfer Documents | CW |
| Ashim Midha | 11/02/22 | 2.0 | Review and Preparation of Onboarding Materials for New FOMB Executive | HTA |
| Ashim Midha | 11/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/03/22 | 2.0 | Review of Metropistas Proposal | HTA |
| Ashim Midha | 11/07/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/07/22 | 1.0 | Review of ERS PE Portfolio Distributions | CW |
| Ashim Midha | 11/07/22 | 0.5 | Review of Updated ERS PE Portfolio Distributions | CW |
| Ashim Midha | 11/08/22 | 3.0 | Review and Preparation of Board Onboarding Materials | CW |
| Ashim Midha | 11/08/22 | 1.0 | Review of PRIDCO Correspondence with AFAAF / Creditors | PRIDCO |
| Ashim Midha | 11/09/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| Ashim Midha | 11/09/22 | 1.0 | Review of Court Order re Effective Date | CW |
| Ashim Midha | 11/10/22 | 1.0 | Advisor Call re PRIDCO | PRIDCO |
| Ashim Midha | 11/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/10/22 | 0.5 | Internal Meeting re Board Onboarding Materials | HTA |
| Ashim Midha | 11/10/22 | 2.0 | Review of Debt Management Policy / Reporting Agreements | HTA |
| Ashim Midha | 11/11/22 | 1.0 | Review of Letter from PRIDCO Creditors | PRIDCO |
| Ashim Midha | 11/13/22 | 0.5 | Review of Email Correspondence re HTA Distributions | HTA |
| Ashim Midha | 11/14/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/14/22 | 1.0 | Internal Call re Fee Allocations | HTA |
| Ashim Midha | 11/14/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Ashim Midha | 11/15/22 | 0.5 | Call re Claims Reconciliation re HTA Distributions | HTA |
| Ashim Midha | 11/15/22 | 2.0 | Calls re Acceleration Price Analysis | HTA |
| Ashim Midha | 11/15/22 | 1.0 | Calls with AAFAF Advisors re Closing Mechanics | HTA |
| Ashim Midha | 11/15/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Ashim Midha | 11/15/22 | 1.5 | Review of Materials re ERS PE Portfolio Distributions | CW |
| Ashim Midha | 11/16/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| Ashim Midha | 11/16/22 | 0.5 | Review and Preparation of Allocations to UBS Retail Accounts | CW |
| Ashim Midha | 11/16/22 | 0.5 | Call with ERS Creditor Advisor | CW |
| Ashim Midha | 11/16/22 | 1.0 | Internal Discussions re ERS Allocations | CW |
| Ashim Midha | 11/16/22 | 1.5 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Ashim Midha | 11/16/22 | 1.0 | Preparation and Review of Materials re ERS Allocations | CW |
| Ashim Midha | 11/17/22 | 3.0 | FOMB Board Strategy Session | CW |
| Ashim Midha | 11/17/22 | 1.5 | Internal Discussions re HTA Allocations | HTA |
| Ashim Midha | 11/17/22 | 2.0 | Review of Materials re HTA Distributions | HTA |
| Ashim Midha | 11/18/22 | 1.0 | Review of Materials re HTA Distributions | HTA |
| Ashim Midha | 11/21/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/21/22 | 1.5 | Internal Meeting re HTA Distributions | HTA |
| Ashim Midha | 11/22/22 | 3.0 | Calls re HTA Distributions | HTA |
| Ashim Midha | 11/22/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Ashim Midha | 11/25/22 | 3.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| Ashim Midha | 11/28/22 | 0.5 | FOMB Advisor Call | HTA |
| Ashim Midha | 11/28/22 | 2.0 | Review of Materials re HTA Distributions | HTA |
| Ashim Midha | 11/29/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| | | 55.5 | | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Angela Weng | 11/01/22 | 1.5 | Review and Preparation of Responses to CVI Diligence Questions | CW |
| Angela Weng | 11/02/22 | 0.5 | Email Correspondence re Holdings | HTA |
| Angela Weng | 11/02/22 | 2.0 | Review and Preparation of Onboarding Materials for New FOMB Executive | HTA |
| Angela Weng | 11/03/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/03/22 | 1.0 | Review of Correspondence re PFC QM | CW |
| Angela Weng | 11/07/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/07/22 | 3.0 | Preparation of ERS PE Portfolio Distributions | CW |
| Angela Weng | 11/08/22 | 6.0 | Preparation of Board Onboarding Materials | CW |
| Angela Weng | 11/09/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| Angela Weng | 11/10/22 | 1.0 | Advisor Call re PRIDCO | PRIDCO |
| Angela Weng | 11/10/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/10/22 | 0.5 | Internal Meeting re Board Onboarding Materials | HTA |
| Angela Weng | 11/11/22 | 1.5 | Review of Letter from PRIDCO Creditors | PRIDCO |
| Angela Weng | 11/13/22 | 0.5 | Review of Email Correspondence re HTA Distributions | HTA |
| Angela Weng | 11/14/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/14/22 | 1.0 | Internal Call re Fee Allocations | HTA |
| Angela Weng | 11/14/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Angela Weng | 11/14/22 | 4.0 | Preparation of Materials re Fee Allocations | HTA |
| Angela Weng | 11/14/22 | 1.0 | Review of Correspondence re ERS Distributions | CW |
| Angela Weng | 11/15/22 | 0.5 | Call re Claims Reconciliation re HTA Distributions | HTA |
| Angela Weng | 11/15/22 | 0.5 | Call with FOMB Advisor re Acceleration Price Analysis | HTA |
| Angela Weng | 11/15/22 | 1.0 | Calls re Acceleration Price Analysis | HTA |
| Angela Weng | 11/15/22 | 1.0 | Calls with AAFAF Advisors re Closing Mechanics | HTA |
| Angela Weng | 11/15/22 | 1.0 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Angela Weng | 11/15/22 | 3.5 | Preparation of Materials re Acceleration Price | HTA |
| Angela Weng | 11/15/22 | 1.5 | Review of Materials re ERS PE Portfolio Distributions | CW |
| Angela Weng | 11/16/22 | 0.5 | Advisor Call re PRIDCO | PRIDCO |
| Angela Weng | 11/16/22 | 0.5 | Call with ERS Creditor Advisor | CW |
| Angela Weng | 11/16/22 | 1.0 | Internal Discussions re ERS Allocations | CW |
| Angela Weng | 11/16/22 | 1.5 | Internal Meeting re Claims Reconciliation and Fee Allocations | HTA |
| Angela Weng | 11/16/22 | 2.0 | Preparation of Analysis re Allocations to UBS Retail Accounts | CW |
| Angela Weng | 11/16/22 | 1.5 | Preparation of Materials re ERS Allocations | CW |
| Angela Weng | 11/17/22 | 2.5 | FOMB Board Strategy Session | CW |
| Angela Weng | 11/17/22 | 1.5 | Internal Discussions re HTA Allocations | HTA |
| Angela Weng | 11/17/22 | 4.0 | Preparation of Materials re HTA Distributions | HTA |
| Angela Weng | 11/21/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/21/22 | 1.5 | Internal Meeting re HTA Distributions | HTA |
| Angela Weng | 11/22/22 | 2.0 | Calls re HTA Distributions | HTA |
| Angela Weng | 11/22/22 | 2.0 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |
| Angela Weng | 11/25/22 | 4.5 | Email Correspondence and Preparation of Materials re HTA Distributions | HTA |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2022 THROUGH NOVEMBER 30, 2022**

| Professional | Date | Hours | Explanation | Entity |
|---|---|---|---|---|
| Angela Weng | 11/28/22 | 0.5 | FOMB Advisor Call | HTA |
| Angela Weng | 11/28/22 | 4.0 | Preparation of Materials re HTA Distributions | HTA |
| Angela Weng | 11/29/22 | 1.0 | Review of Correspondence re HTA Distributions | HTA |
| | | **67.0** | | |