UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT CONSENSUAL MOTION FOR
EXTENSION OF DEADLINES REGARDING MOTION
REQUESTING PAYMENT OF SEVERANCE DAMAGES

Upon the *Urgent Consensual Motion for Extension of Deadlines Regarding the Puerto Rico Highways and Transportation Authority's (1) Opposition to (A) Motion Requesting Payment of Severance Damages [ECF No. 23612], and (B) Amended Petition Requesting Payment of Severance Damages [ECF No. 24103], and (2) Reply to Response Filed by Claimant Adrián Mercado Jiménez [ECF No. 21326] in Connection with the Four Hundred Fifty-Fourth Omnibus*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Objection (Non-Substantive) to Satisfied Claims* (Docket Entry No. 24182 in Case No. 17-3283, the "Urgent Motion"), filed by Adrián Mercado Jiménez, Teresa Vizcarrondo Toro, and their Conjugal Society (the "Movants");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The following briefing schedule shall apply for filing responsive pleadings to the *Amended Petition Requesting Payment of Severance Damages* (Docket Entry No. 24103 in Case No. 17-3283) (the "Motion"):[3]

- The deadline for the Movants to file a reply to all oppositions and responses shall be **May 25, 2023**.

3. The Court will thereafter take the Motion on submission unless it determines otherwise.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

[3] Because Docket Entry No. 24103 in Case No. 17-3283 amends and supersedes both Docket Entry No. 23612, the original motion, and Docket Entry No. 23654, providing documentary support, the Clerk of Court is directed to terminate Docket Entry Nos. 23612 and 23654 without prejudice for administrative purposes only; the Court will still consider the supporting documents attached thereto provided by the Movants.

4. This Order resolves Docket Entry No. 24182 in Case No. 17-3283.

SO ORDERED

Dated: May 15, 2023.

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge