# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

------------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

------------------------------------------------------------------------ x

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

PROMESA
Title III

Case No. 17-BK-4780 (LTS)

## SECOND AMENDED NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING DEPOSITIONS, PURSUANT TO FED. R. CIV. P. 30, IN CONNECTION WITH PREPA'S TITLE III PLAN OF ADJUSTMENT

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedures and section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, the Official Committee of Unsecured Creditors (the "Committee")[2] will take the depositions upon oral examination of:

- The same persons, and at the same dates, times, and locations, set forth in the *Fourth Amended Notice of Depositions Pursuant to Fed. R. Civ. P. 30 by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, in Connection with PREPA's Title III Plan of Adjustment* [Docket No. 3467],[3] or at such other times and places as agreed upon by the parties (within the topics identified for each of those persons to be deposed, the Committee is expanding "certain bondholders" to "certain unsecured creditors (including but not limited to those with whom no settlement has been reached)");

- The same designee(s) and topics, and at the same dates, times, and locations, set forth in and pursuant to the *Notice of Deposition to The Puerto Rico Fiscal Agency And Financial Advisory Authority in Connection with PREPA's Title III Plan of Adjustment Pursuant to Fed. R. Civ. P. 30(b)(6) by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association* [Docket No. 3420], to commence on **May 12, 2023 at 9:30 a.m. (ET)** at the offices of

---

[2]   Any capitalized terms not defined herein shall have the meaning ascribed to them in the Plan or Disclosure Statement (as defined below).

[3]   Unless otherwise specified, references to the docket are to Case No. 17-BK-04780-LTS.

Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 or at such other times and places as agreed upon by the parties.

- The same designee(s) and topics, and at the same dates, times, and locations, set forth in and pursuant to the *Notice of Deposition to Puerto Rico Electric Power Authority in Connection with PREPA's Title III Plan of Adjustment Pursuant to Fed. R. Civ. P. 30(b)(6) by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association* [Docket No. 3421], to commence on **May 12, 2023 at 9:30 a.m. (ET)** at the offices of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 or at such other times and places as agreed upon by the parties.

- The organizational representative(s) of, and to be designated by, the Financial Oversight and Management Board for Puerto Rico,[4] was previously noticed to commence on **May 16, 2023 at 9:00 a.m. (ET)** at the offices of Paul Hastings LLP, 200 Park Avenue New York, NY 10166, or at such other times and places as agreed upon by the parties, on each of the following topics:

   i.   The estimated value, range of potential values, and cap applicable to General Unsecured Claims;

   ii.   Legacy Charge Revenues and post-Petition modifications of rates (including the structure of rates) charged to PREPA customers;

---

[4]   Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedures and section 310 of the Puerto Rico Oversight, Management and Economic Stability Act.

iii.    Characteristics of the Series A Bonds and Series B Bonds, including in comparison of each's attributes to the other;

iv.    The Fuel Line Lender PSA, including all of the proposed settlements embodied within the Fuel Line Lender PSA, qualification of any claim by the Fuel Line Lenders and Committee as Current Expenses (as defined in the Trust Agreement), applicability or inapplicability of Current Expenses to the Committee, PREPA's determination of (and discretion in determining qualification of) claims as Current Expenses, and whether the Fuel Line Lender PSA is in the best interests of creditors;

v.    The rationale for treating the general unsecured creditors differently from the Fuel Line Lenders as it relates to payment of, or priority of, Current Expenses;

vi.    The National PSA and National Settlement, including whether the foregoing are in the best interests of creditors, the components of the foregoing (*e.g.,* the National Reimbursement Claim, National Insured Bonds Claims, and the structuring fees described in Article II.D.2 of the Plan), and the explanation for the change in position as to National being entitled to any recovery or recourse beyond the Sinking Fund;

vii.    Assets of PREPA available for the repayment of creditors, including whether assets are "essential" to operations of, or provide an "essential service" of, the Debtor;

    viii.    The Avoidance Actions Trust, including the litigations and claims transferred and not transferred to that trust (and the estimated value thereof);

    ix.    ACR Procedures;

    x.    Payments made relating to pre-Petition unsecured claims, including records and documents memorializing such payments, and decisions to pay, or not to pay, any pre-Petition unsecured claims.

The Financial Oversight and Management Board for Puerto Rico has either objected to this aspect of this notice or designated individuals who were otherwise noticed to be deposed.  As such, no designees are expected to appear at the noticed date, time, and location.

- The deposition of **David Brownstein** will commence on **May 16, 2023 at 9:30 a.m. (ET)** at the offices of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036. The topics of Mr. Brownstein's deposition will include, without limitation, the Plan, the Disclosure Statement, any work performed by Mr. Brownstein in connection with the Plan or the Disclosure Statement, the Plan's feasibility, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, the Legacy Charge, the New Bonds, and any other topic Mr. Brownstein may reasonably be assumed to have knowledge about relevant to the Plan's confirmability.

5

- The deposition of **Sebastian Edwards** will commence remotely on **May 17, 2023 at 9:30 a.m. (AST)** at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036. The topics of Dr. Edwards' deposition will include, without limitation: the subject matter set forth in the *Expert Report of Sebastian Edwards April 28, 2023* [ECF No. 3423-1 in Case No. 17-04780-LTS]; Dr. Edwards' qualifications; Dr. Edwards' history testifying in other cases; and the details of any compensation Dr. Edwards received for testifying in this case. To observe or participate in Dr. Edwards' deposition remotely, please use the following link:

  **https://proceedings.veritext.com/?token=c52c1e12f6e4a5130fc305b9926ecee3**

- The deposition of **Thomas Sanzillo** will commence remotely on **May 19, 2023 at 9:30 a.m. (AST)**. The topics of Mr. Sanzillo's deposition will include, without limitation: the subject matter set forth in the *Expert Declaration of Mr. Thomas Sanzillo in Support of the Unión de Trabajadores de la Industria Eléctrica y Riego Inc.'s Objection to the Confirmation of the Puerto Rico Electric Power Authority's Plan of Adjustment* [ECF No. 3416-1 in Case No. 17-04780-LTS]; Mr. Sanzillo's qualifications; Mr. Sanzillo's history testifying in other cases; and the details of any compensation Mr. Sanzillo received for testifying in this case. To observe or participate in Mr. Sanzillo's deposition remotely, please use the following link:

  **https://proceedings.veritext.com/?token=3a15827f9a1c1732452868aaeab416d5**

- The deposition of **Mark Shankweiler** of Berkeley Research Group will commence on **May 22, 2023 at 9:00 a.m. (ET)** at the offices of Paul Hastings LLP, 200 Park Avenue New York, NY 10166, or at such other times and places as agreed upon by the parties.  The topics of Mr. Shankweiler's deposition will include, without limitation, the estimate of General Unsecured Claims, the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3296] (as it may be amended modified, or supplemented, the "Plan"), the *Disclosure Statement for the Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3297] (as it may be amended modified, or supplemented, the "Disclosure Statement"), any work performed by Mr. Shankweiler in connection with the Plan or the Disclosure Statement, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, whether the Plan was proposed in good faith, the Legacy Charge, the 2019 RSA, the New Bonds, and any other topic Mr. Shankweiler may reasonably be assumed to have knowledge about relevant to the Plan's confirmability.  For remote access to this deposition, please use the following link:

  **https://proceedings.veritext.com/?token=b737f9924210dac81c52152eadf8c77
  2**

- **Justin Peterson** – to commence on **May 23, 2023 at 9:00 a.m. (ET)** at the offices of Paul Hastings LLP, 200 Park Avenue New York, NY 10166, or at such other times and places as agreed upon by the parties.  The topics of Mr. Peterson's deposition will include, without limitation, the Plan, the Disclosure Statement, Mr. Peterson's prior statements regarding the foregoing and payment of creditors, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, whether the Plan was proposed in good faith, the Legacy Charge, the 2019 RSA, the New Bonds, and any other topic Mr. Peterson may reasonably be assumed to have knowledge about relevant to the Plan's confirmability.  For remote access to this deposition, please use the following link:

  **https://proceedings.veritext.com/?token=fe20370ecfc016d4bcecfe8ffe0c1c12**

- Any other person noticed for deposition by any other party or participant, and any person designated pursuant to any notice of deposition directed to an organization.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves the right to notice additional depositions in accordance with in the *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 3305].

Each deposition will be taken upon oral examination in person (or by videoconference or by telephone) before a notary public or other person authorized by law to administer oaths and will be recorded stenographically and will be videotaped with an audio recording.

Dated:  May 15, 2023
      New York, New York

*/s/ G. Alexander Bongartz*
PAUL HASTINGS LLP
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel:  (202) 551-1700
nicholasbassett@paulhastings.com

Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel:  (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

- and –

*/s/ Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR
225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR
306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I caused copies of the foregoing document to be

served on the following individuals via electronic mail:

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | |
| Linette Figueroa-Torres | Gary A. Orseck* |
| USDC-PR No. 227,104 | Matthew M. Madden* |
| E-mail: lft@tcm.law | 2000 K Street NW, 4th Floor |
| | Washington D.C., 20006 |
| Nayda Perez-Roman | Tel: (202) 775-4500 |
| USDC–PR No. 300,208 | Fax: (202) 775-4510 |
| E-mail: nperez@tcm.law | Email:  gorseck@kramerlevin.com |
| | mmadden@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | |
| | *Admitted Pro Hac Vice |
| | |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

**CASELLAS ALCOVER & BURGOS P.S.C.**

Heriberto Burgos Pérez
USDC-PR No. 204,809
Ricardo F. Casellas-Sánchez
USDC-PR No. 203,114
Diana Pérez-Seda
USDC–PR No. 232,014
P.O. Box 364924
San Juan, PR 00936-4924
Tel.: (787) 756-1400
Fax: (787) 756-1401
E-mail:  hburgos@cabprlaw.com
         rcasellas@cabprlaw.com
         dperez@cabprlaw.com


*Counsel for Assured Guaranty Corp. and Assured
Guaranty Municipal Corp.*

**CADWALADER, WICKERSHAM &
TAFT LLP**

Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
Casey J. Servais*
William J. Natbony*
Thomas J. Curtin*
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 406-6666
Email:  howard.hawkins@cwt.com
        mark.ellenberg@cwt.com
        casey.servais@cwt.com
        bill.natbony@cwt.com
        thomas.curtin@cwt.com

*Admitted Pro Hac Vice*

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

**REICHARD & ESCALERA, LLC**

Rafael Escalara
USDC-PR No. 122,609

Sylvia M. Arizmendi
USDC-PR No. 210,714

Carlos R. Rivera-Ortiz
USDC–PR No. 303,409
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Tel.: (787) 777-8888
Fax: (787) 765-4225
E-mail:  escalara@reichardescalera.com
   arizmendis@reichardescalera.com
   riverac@reichardescalera.com

*Counsel for Syncora Guarantee, Inc.*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

Susheel Kirpalani*
Daniel Salinas
USDC-PR No. 224,006
Eric Kay*
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Tel.: (212) 849-7000
Fax: (212) 849-7100
Email:  susheelkirpalani@quinnemanuel.com
   danielsalias@quinnemanuel.com
   erickay@quinnemanuel.com

*\* Admitted Pro Hac Vice*

*Counsel for Syncora Guarantee, Inc.*

**RIVERA, TULLA & FERRER LLC**

Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

*Counsel for U.S. Bank National Association,
in its Capacity as Trustee*

**MASLON LLP**

Clark T. Whitmore (admitted *pro hac vice*)
Michael C. McCarthy (*pro hac vice pending*)
John Duffey (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Tel.: (612) 672-8200
Fax: (612) 672-8397
Email: clark.whitmore@maslon.com
        mike.mccarthy@maslon.com
        john.duffey@maslon.com
        jason.reed@maslon.com

*\* Admitted Pro Hac Vice*

*Counsel for U.S. Bank National
Association, in its Capacity as Trustee*

**PROSKAUER ROSE LLP**

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Michael T. Mervis
Elliot R. Stevens
(Admitted *Pro Hac Vice*)
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
        ebarak@proskauer.com
        mdale@proskauer.com
        mmervis@proskauer.com
        estevens@proskauer.com

Paul V. Possinger
(Admitted *Pro Hac Vice*)
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

Jared M. DuBosar
(Admitted *Pro Hac Vice*)
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
Email: JDuBosar@proskauer.com

*Attorneys for the Financial Oversight and
Management Board, as representative for the
Debtors*

**A&S LEGAL STUDIO, PSC**

Luis F. del Valle-Emmanuelli
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax. N/A

Of Counsel for A&S Legal Studio, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel (787) 751-6764/763-0565
Fax (787) 763-8260
Email: dvelawoffices@gmail.com

*Co-Attorneys for the Financial
Oversight and Management Board, as
representative for the Debtors*

*/s/ G. Alexander Bongartz*