**GIERBOLINI & CARROLL LAW OFFICES, P.S.C.**
**Miguel E. Gierbolini, Esq.**
**Courtney R. Carroll, Esq.**

Statement of Account
May 1-June 30, 2022
In re: The Financial Oversight and Management Board for Puerto Rico,
PROMESA Title III No. 17-BK3283-LTS

March 2019

| DATE | ACTION | TIME | LAWYER |
|---|---|---|---|
| 05/19/2023 | Review and analyze Court Order related to Material Interested Party.(1.0) | 1.0 | CRC |
| 05/20/22 | Review Court order related to Material Interested Parties. Begin to review list. (1.5) | 1.5 | MEG |
| 05/20/22 | Prepare draft of Declaration of Compliance. Review other submissions for form. | 2.5 | CRC |
| 06/02/22 | Read and review list of Materially Interested parties and conduct in office research to determine possible conflicts. | 5.0 | MEG |
| 06/07/22 | Finalize reviewing list. (1.3) Review, edit and file Declaration of Compliance with Puerto Rico Recovery Accuracy Disclosure Act.(2.0) | 3.3 | MEG |
| TOTAL HOURS | | 13.3 | |

**FEES**

| Initials | Name | Position | Total time | Rate per hour | Total amount |
|---|---|---|---|---|---|
| CRC | Courtney R. Carroll | partner | 3.5 | 240 | $840 |
| MEG | Miguel E. Gierbolini | partner | 9.8 | 240 | $2352 |
| **TOTAL** | | | 13.3 | | **$3192.00** |

1