**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket # 20789** |

----------------------------------------------------------------x

**CONSTRUCTORA SANTIAGO II, CORP. RESPONSE TO THE FIVE HUNDRED SEVENTY-SEVEN OMNIBUS (577) OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO CLAIMS FOR WHICH THE DEBTOR IS NOT LIABLE**

TO THE HONORABLE JUDGE LAURA TAYLOR SWAIN:

COME NOW CONSTRUCTORA SANTIAGO II, CORP. ("CSC") represented by the undersigned attorney and respectfully sets forth and prays:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. That on April 20, 2023, the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA") filed the Five Hundred Seventy-Seven (577) Omnibus Objection (substantive) [docket no. 24053] to the claims listed in Exhibit A (docket no. 24053-1).

2. That CSC's claim number 15869 in the amount of $4,435,566.81 was listed in Exhibit A – Claims to be Disallowed of the Five Hundred Seventy-Seven of the Omnibus Objection to Claims.

3. That CSC after a careful review of the account receivable ledger and legal documents on file, admits the allegations depicted by movant in the Five Hundred Seventy-Seven Omnibus (Substantive) Objection to claim number 15869 and consents to the entry of an order disallowing claim number 15869, because said claim was settled and paid after it was filed.

WHEREFORE CSC hereby consents to the entry of an order disallowing claim number 15869, because said claim was settled and paid after it was filed.

In San Juan, PR, this 17th day of May 2023.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: to all attorneys that have filed their respective notice of appearance and to the Standard Parties as such term is defined in the Court's Order Establishing Case Management Procedures, supra:

(i) <u>Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to each chambers listed below):</u>

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150,
San Juan, P.R. 00918-1767

-and-

United States District Court for the Southern District of New York

        Daniel Patrick Moynihan United States Courthouse
        500 Pearl St., Suite No. 3212
        New York, New York 10007-1312

(ii)    Office of the United States Trustee for Region 21
       Edificio Ochoa, 500 Tanca Street, Suite 301
       San Juan, PR 00901-1922

(iii)   <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

       Puerto Rico Fiscal Agency and Financial Advisory Authority
       Roberto Sánchez Vilella (Minillas) Government Center
       De Diego Ave. Stop 22
       San Juan, Puerto Rico 00907
       Attn:   Gerardo J. Portela Franco
               Mohammad Yassin, Esq.
       E-Mail: Gerardo.Portela@aafaf.pr.gov
                Mohammad.Yassin@aafaf.pr.gov

(iv)   <u>Counsel for AAFAF</u>:

| O'Melveny & Myers LLP | Law Offices of Andrés W. López, Esq. |
| --- | --- |
| 7 Times Square | 902 Fernández Juncos Ave. |
| New York, New York 10036 | San Juan, PR 00907 |
| Attn:  John J. Rapisardi, Esq. | Attn: Andrés W. López, Esq. |
|        Suzzanne Uhland, Esq. | E-Mail : andres@awllaw.com |
|        Peter Friedman, Esq. | |
|        Diana M. Perez, Esq. | |
| E-Mail: jrapisardi@omm.com | |
|        suhland@omm.com | |
|        pfriedman@omm.com | |
|        dperez@omm.com | |

(v)    <u>Counsel for the Oversight Board</u>:

| Proskauer Rose LLP | O'Neill & Borges LLC |
| --- | --- |
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |
| Attn:  Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
|        Paul V. Possinger | E-Mail: herman.bauer@oneillborges.com |
|        Ehud Barak | |
|        Maja Zerjal | |
|        Chris Theodoridis | |
| E-Mail: mbienenstock@proskauer.com | |
|       ppossinger@proskauer.com | |
|       ebarak@proskauer.com | |

      mzerjal@proskauer.com
      ctheodoridis@proskauer.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: to the members of the Creditors' Committee at their postal address of record.

In San Juan, Puerto Rico, this 17th day of May, 2023.

    CARDONA JIMENEZ LAW OFFICES, PSC
    Attorney for Constructora Santiago II, Corp.
    PO Box 9023593
    San Juan, PR 00902-3593
    Tel: (787) 724-1303, Fax (787) 724-1369
    E-mail: jf@cardonalaw.com

    *s/José F. Cardona Jiménez*
      USDC PR 124504