# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors,[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780 (LTS) |

## APPLICATION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF CAMERON KELLY

**TO THE HONORABLE COURT:**

**COMES NOW**, Cameron Kelly, applicant herein and respectfully states:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Applicant is an attorney with the law firm Quinn Emanuel Urquhart & Sullivan LLP, with offices at Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas 77002, Telephone No. (713) 221-7000, Fax No. (713) 221-7100 and E-mail: cameronkelly@quinnemanuel.com.

2. Applicant will sign all pleadings with the name Cameron Kelly.

3. Applicant has been retained as an attorney of the above-named firm by Syncora Guarantee, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since October 30, 2020, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. Applicant's bar license number is 24120936.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| The State Bar of Texas | October 30, 2020 | 24120936 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local Counsel of record associated with applicant in this matter is:

Rafael Escalera-Rodriguez

USDC-PR No. 122609

Carlos R. Rivera-Ortiz
USDC-PR No. 303409

**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, Tenth Floor
San Juan, PR 00917
PO Box 364148
San Juan, PR 00936-4148
Tel. (787) 777-8888
Tax (787) 765-4225

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee has been made through the CM/ECF system.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 17, 2023

/s/ Cameron Kelly
Cameron Kelly
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, Texas 77002
Tel. No. (713) 221-7000
Fax No. (713) 221-7100
cameronkelly@quinnemanuel.com

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

| | |
|---|---|
| Date: May 17, 2023 | */s/ Rafael Escalera-Rodriguez*<br>Rafael Escalera-Rodriguez<br>USDC-PR No. 122609<br><br>*/s/ Carlos R. Rivera-Ortiz*<br>Carlos R. Rivera-Ortiz<br>USDC-PR No. 303409<br><br>**REICHARD & ESCALERA**<br>255 Ponce de León Avenue<br>MCS Plaza, Tenth Floor<br>San Juan, PR 00917<br>PO Box 364148<br>San Juan, PR 00936-4148<br>Tel. (787) 777-8888<br>Fax (787) 765-4225 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and that I made the corresponding payment of $300.00 *pro hac vice* admission fee.

*/s/ Carlos R. Rivera Ortiz*
USDC-PR No. 303409

4

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2023.

_____
**U.S. DISTRICT JUDGE**