| | | | |
|---|---|---|---|
| REICHARD & ESCALERA LLC<br>P O BOX 364148<br>SAN JUAN, PR 00936-4148 | BANCO POPULAR DE PUERTO RICO<br>SAN JUAN, PR<br>101-201/215 | 12636 | 12636 |
| | | | 5/17/2023 |

PAY TO THE ORDER OF CLERK U.S. DISTRICT COURT FOR PR           $ **********300.00

Three Hundred and 00/100 Dollars************************************************************************************************    DOLLARS

CLERK U.S. DISTRICT COURT FOR PR
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE
SAN JUAN, PR 00918-1767
ADMISSION PRO HAC VICE

⑈012636⑈ ⑉021502011⑉ 030⑈045991⑈

---

REICHARD & ESCALERA LLC                                          12636

| CLERK U.S. DISTRICT COURT FOR PR | 5/17/2023 | |
|---|---|---|
| Item to be Paid - Description | Discount Take | Amount Paid |
| ADMISSION PRO HAC VICE<br>CAMERON KELLY<br>CBC: 1559.0010 | | 300.00 |

ADMISSION PRO HAC VICE                                           $300.00

RECEIVED BY: _____

DATE: _____