Thursday 27, April 2023

**To**: Hon. Judge Swan

**From**: José A. Irizarry Quintana

Luis A. González Rodríguez

**Issue**: Civil NUM.: KAC-90-487(905)

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 MAY 12 AM 10:34

The present letter is to inform you about this case, we have not received any updates and have no way of contact with attorney Ivonne González Morales that to this date oversees this case. We are presenting this letter to acknowledge the extended long time that this has taken and that we have not received any compensatory relief nor any update on this matter. We understand we have waited long enough for an update within this Civil NUM.: KAC-90-487(905) and want to know the decision taken. We would appreciate a look into this matter, knowing that justice has been served and action was taken on this unjust and hurtful matter that has taken so long for us to know any decision making by this court. We will still be on this unbearable waiting time for longer to hear that this letter has reached the right person and we receive justice.

With much appreciation,

*[signature]*
José A. Irizarry Quintana

*[signature]*
Luis A. González Rodríguez

gpi