# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.[1]<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

### MANPOWERGROUP, INC.'S NOTICE OF WITHDRAWAL OF ADMINISTRATIVE PROOF OF CLAIM #180110

ManpowerGroup Inc., by its counsel Kohner, Mann & Kailas, S.C., pursuant to Fed. R. Bankr. P. 3006, hereby withdraws its Administrative Proof of Claim filed June 13, 2022, listed on the claim register as Claim #180110 in the amount of $9,308,383.05, as the claim has been paid.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No objection to Claim #180110 has been filed. Adversary Proceeding 19-00088 against Manpower was filed before the claim, but this adversary proceeding has been dismissed.

This Notice of Withdrawal does not apply to or affect any other claim filed by or on behalf of ManpowerGroup, Inc. and all such other claims are reserved and preserved.

Dated: May 18, 2023

By: /s/ Samuel C. Wisotzkey
Ryan M. Billings (*pro hac vice*)
Wis. Bar No. 1084543
Samuel C. Wisotzkey (*pro hac vice*)
Wis. Bar No. 1029537
**KOHNER, MANN & KAILAS, S.C.**
*Attorneys for ManpowerGroup, Inc.*
Washington Building, Barnabas Business Center
4650 North Port Washington Rd.
Milwaukee, Wisconsin 53212
Telephone: 414-962-5110
Facsimile: 414-962-8725
rbillings@kmksc.com
swisotzkey@kmksc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record on May 18, 2023.

By: /s/ Samuel C. Wisotzkey
Samuel C. Wisotzkey (*pro hac vice*)
Wis. Bar No. 1029537