RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 15 PM 4:57

3 de mayo de 2023

Secretaría
Tribunal de Distrito De Estados Unidos
Sala 150 Edificio Federal
San Juan PR 00918-1767

Caso # 17BK03283-LTS
Doc. # 24053
Reclamación # 27404

Recientemente recibí una notificación donde aparecía una lista de plan global se desestimaba mi demanda contra el gobierno de Puerto Rico porque mi nombre no aparece en la lista de demandante. No estoy de acuerdo, ya que mi reclamación fue por despido injustificado y sin reubicación en otra agencia gubernamental. Trabajé para el Centro Médico de Mayagüez, Hospital Ramón E. Betances por 15 años como enfermera graduada. El 15 de octubre de 2000 fue mi despido. En ese momento, el gobernador Dr. Pedro Roselló decide privatizar el hospital, dejando afuera a todos los empleados. Es por esta razón, que muchos decidimos demandar al Gobierno de Puerto Rico. En la demanda, el Tribunal Supremo de Puerto Rico falló a favor de los empleados ya que fueron despidos injustificados y sin reubicación en otra agencia de gobierno. Durante ese proceso de despido, perdí mis aportaciones al retiro. Respetuosamente solicito ser incluida en la demanda.

Cordialmente;

*Daisy Charón Santiago*
Bo. Aguilar Km 3.7 Carr 351
HC 5 Box 20435
Mayagüez, P.R. 00680-9456
Tel. (787) 640-7125
Email: day.charon@gmail.com