U.S. POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00680
MAY 11, '23
AMOUNT
**$4.78**
R2305K134005-27

00918

RDC 99

To: Secretaria
Tribunal de distrito de
Estados Unidos 150 Ave. Chardon
Sala 150 Edificio Federal
San Juan, P.R.

00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 MAY 15 PM 4:57

CERTIFIED MAIL

7022 3330 0001 0282 1947

From: Daisy Charon Santiago
HC 5 Box 50435
Mayaguez, P.R.
00680-9450