2 de Mayo de 2023

Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico
150 Carlos Chandón Street
Federal Building
San Juan, PR 00918-1767



Case: 17-03283-LTS Doc#: 24053-4
No. Reclamación 69590

Estimada honorable:

Yo, Marisol Collado Ramos, no estoy de acuerdo con el plan de Objeción Global. Yo fui sacada del listado de la demanda ya que esta era supuestamente en relación a quiebra. Sin embargo, la reclamación de la demanda fue por despido injustificado en el hospital Ramon Emeterio Betances en Mayagüez cuando este paso a ser empresa privada. La carta de despido se entregó el 15 de Octubre del 2000 y no dieron la oportunidad de reubicación en agencias de gobierno. Por tal razón, se demandó al gobierno y el Tribunal Supremo fallo a favor de los empleados. Durante el proceso de despido, perdí mis beneficios de retiro como empleada al igual que muchos otros, por lo cual se llevo a cabo este proceso.

Cordialmente,

*Marisol Collado Ramos*

Marisol Collado Ramos
Carretera Militar 116 KM 0.4
HC 03 Box 27519
Lajas, PR 00667
Teléfono: 787-673-4767
marisolcollado537@gmail.com

SS     REDACTED    4156