

**FROM:** Marisol Collado Ramos
18 Arliss St.
Springfield MA. 01109
Phone: (987) 673-4767

**TO:** Hon. Laura Taylor Swain
Tribunal de Distrito de los Estados Unidos
Para el Distrito de P.R.
150 Carlos Chardón St.
Federal Building, S.J., P.R.
00918-1767

U.S. POSTAGE PAID
PME 2-Day
SPRINGFIELD, MA
01108
MAY 13, 23
AMOUNT
$28.75
R2305E124146-11

EI 419 468 286 US

PO ZIP Code: 01108
Scheduled Delivery Date: 5/15/23
Postage: $28.75
Date Accepted: 5/13/23
Scheduled Delivery Time: 6:00 PM
Time Accepted: 8:51 AM
Total Postage & Fees: $28.75