| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Evertec Inc. | 19-00044 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 11-Aug-22 | Hon. Brian Tester (ret.) | 25-Aug-22 | The parties did not reach a settlement. After further discussions, the Parties determined that further mediation sessions will not be useful. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Creative Educational & Psychological Services, Inc. | 19-00152 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties reached a settlement in principle, are conducting further due diligence and definitive settlement documents, and anticipate some further discussions concerning the final terms of settlement. The Parties do not anticipate additional mediation sessions, nor intend to seek an Order lifting the stay to proceed with litigation. | The Parties do not intend to lift the stay, or proceed with litigation at this time, except as necessary to effect a settlement. |
| N. Harris Computer Corporation | 19-00102 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Law Offices Wolf Popper P.S.C. | 19-00236 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 26-Aug-22 | Hon. Brian Tester (ret.) | 1-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Taller de Desarrollo Infantil y Prescolar Chiquirimundi Inc. | 19-00049 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 29-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Defendant committed to providing the Trustee with additional information and due diligence concerning its settlement positions and the Trustee agreed to consider such information in good faith upon receipt in furtherance of the Parties' efforts to resolve this matter amicably. The Parties do not anticipate additional mediation sessions. | The Parties do not intend to lift the stay, or proceed with litigation at this time. The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Macam S.E. | 19-00255 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 30-Aug-22 | Hon. Brian Tester (ret.) | 8-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Enterprise Services Caribe, LLC | 19-00060 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Sep-22 | Hon. Brian Tester (ret.) | 26-Sep-22 | The Trustee has reached a settlement with the Defendant following mediation. The Parties have executed a settlement agreement. The Trustee has received final payment and has dismissed the vendor. | Dismissed following settlement. |
| Prospero Tire Export, Inc. | 19-00196 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 23-Sep-22 | Hon. Brian Tester (ret.) | 28-Sep-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | Dismissed following settlement. |
| Fast Enterprises LLC | 19-00266 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Oct-22 | Hon. Brian Tester (ret.) | 24-Oct-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Trustee anticipates engaging in further work in good faith to make progress on a potential resolution of this litigation. | The Parties have reached a settlement in principle after engaging in informal communications after mediation. The Parties are working on the terms and conditions of the agreement. |
| Apex General Contractors, LLC | 19-00062 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 25-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | Pursuant to the Order Lifting Stay [Dkt. No. 23522 in Case No. 17-03283-LTS], the Trustee will proceed with litigation in this matter. This action is subject to the Order Approving Joint Scheduling Report [Dkt. No. 46] and the Procedures [Dkt. No. 20937 at Appendix II, in Case No. 17-03283]. |
| Truenorth Corp. | 19-00160 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Oct-22 | Hon. Brian Tester (ret.) | 4-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| International Surveillance Services Corporation | 19-00202 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 1-Nov-22 | Hon. Brian Tester (ret.) | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to continue informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Explora Centro Academico Y Terapeutico LLC | 19-00143 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 2-Nov-22 | Christian Alcalá, Esq. | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Facsimile Paper Connection Corp. | 19-00092 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 3-Nov-22 | Hon. Brian Tester (ret.) | 11-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Computer Network Systems Corp. | 19-00150 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 4-Nov-22 | Corali Lopez Castro | 10-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| GF Solutions, Inc. | 19-00063 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 18-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | Pursuant to the Order Lifting Stay [Dkt. No. 23522 in Case No. 17-03283-LTS], the Trustee will proceed with litigation in this matter. This action is subject to the Order Approving Joint Scheduling Report [Dkt. No. 42] and the Procedures [Dkt. No. 20937 at Appendix II, in Case No. 17-03283]. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| S.H.V.P. Motor Corp. | 19-00134 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 10-Nov-22 | Hon. Melanie L. Cyganowski (ret.) | 20-Nov-22 | The Trustee has reached a settlement with the Defendant following mediation. | Dismissed following settlement. |
| Computer Learning Centers, Inc. | 19-00055 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 15-Nov-22 | Hon. Brian Tester (ret.) | 22-Nov-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Reyes Contractor Group, Inc. | 19-00220 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Dec-22 | Hon. Brian Tester (ret.) | 15-Dec-22 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| First Hospital Panamericano, Inc. | 19-00093 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 17-Jan-23 | Hon. Brian Tester (ret.) | 25-Jan-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Parties have agreed to settle the action and are working towards documenting the terms and conditions of the settlement. |
| Manpower | 19-00088 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 18-Jan-23 | Hon. Judith K. Fitzgerald (ret.) | 25-Jan-23 | The Parties reached a settlement in principle and are in the process of preparing definitive settlement documents | Dismissed following settlement. |
| Citibank, N.A. | 19-00265 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 30-Jan-23 | Hon. Melanie L. Cyganowski (ret.) | 9-Feb-23 | The Parties did not reach a settlement at Mediation and are at an impasse on certain threshold issues. | The Trustee is currently evaluating whether to seek an Order to lift the stay and proceed with litigation. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Professional Consulting Psychoeducational Services | 19-00188 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 31-Jan-23 | Hon. Brian Tester (ret.) | 10-Feb-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties may undertake further mediation sessions with the Mediator in support of these above-described post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Community Cornerstones, Inc. | 19-00043 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 6-Feb-23 | Hon. Brian Tester (ret.) | 16-Feb-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Netwave Equipment Corp. | 19-00253 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 21-Feb-23 | Hon. Brian Tester (ret.) | 3-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| St. James Security Services, LLC | 19-00145 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Feb-23 | Hon. Brian Tester (ret.) | 6-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| GM Security Technologies, Inc. | 19-00273 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-Feb-23 | Hon. Brian Tester (ret.) | 6-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Bristol-Myers Squibb Puerto Rico, Inc. | 19-00042 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 28-Feb-23 | Hon. Brian Tester (ret.) | 10-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Hospira Puerto Rico, LLC | 19-00186 | YES | Second Continued Mediation Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. First Mediation held on November 9, 2022 | 1-Mar-23 | Corali Lopez Castro | 13-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Clinica de Terapias Pediatricas, Inc. | 19-00054 | YES | Second Continued Mediation Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. First mediation held January 23, 2023 | 9-Mar-23 | Hon. Brian Tester (ret.) | 20-Mar-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Centro de Desarrollo Academico, Inc. | 19-00053 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 17-Apr-23 | Hon. Brian Tester (ret.) | 27-Apr-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Rodriguez-Parissi & Co., C.S.P. | 19-00155 | YES | **Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 19-Apr-23 | Hon. Brian Tester (ret.) | 29-Apr-23 | **The Parties reached an impasse at Mediation. No further mediation conferences will be necessary. The Trustee intends to seek an Order lifting the stay.** | **The Trustee intends to seek an Order lifting the stay.** |
| Intervoice Communication of Puerto Rico Inc. | 19-00068 | YES | **Second Continued Mediation Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. First Mediation held on September 28, 2022 | 1-May-23 | Hon. Brian Tester (ret.) | 11-May-23 | **The Parties reached a settlement at mediation and are in the process of documenting that settlement.** | **The Parties documenting the settlement reached at mediation.** |
| Caribe Grolier, Inc. | 19-00051 | YES | **Second Continued Mediation Completed.** The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. First mediation held October 6, 2022. | 2-May-23 | Hon. Melanie L. Cyganowski (ret.) | 12-May-23 | **While the Parties did not reach a settlement at Mediation, the Mediation remains open. The Parties have agreed to continue to work in good faith toward a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. The Parties are working to schedule a further mediation session with the Mediator in support of their post-Mediation efforts and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur.** | **The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time.** |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Trinity Metal Roof & Steel Structure Corp. | 19-00187 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-May-23 | Hon. Brian Tester (ret.) | 18-May-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Ambassador Veterans Services of Puerto Rico L.L.C. | 19-00048 | YES | Pending. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 15-May-23 | Hon. Brian Tester (ret.) | 25-May-23 | The Parties had scheduled mediation for May 15, 2023 with the Hon. Brian Tester (ret)., but Defendant did not appear. | In light of defendant's non-appearance at the scheduled mediation, the Trustee is evaluating the process forward and whether to seek an order to lift the stay. |
| Merck Sharp & Dohme (I.A.) LLC | 19-00276 | YES | Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 17-May-23 | Hon. Melanie L. Cyganowski (ret.) | 27-May-23 | The Parties did not reach a settlement at Mediation. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Didacticos, Inc. | 19-00161 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 23-May-23 | Hon. Brian Tester (ret.) | 5-Jun-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| E. Cardona & Asociados, Inc. | 19-00056 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 24-May-23 | Hon. Brian Tester (ret.) | 5-Jun-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Sesco Technology Solutions, LLC | 19-00162 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 31-May-23 | Vendor is in the process of selecting a mediator | 12-Jun-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Jose Santiago, Inc. | 19-00075 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 7-Jun-23 | Hon. Brian Tester (ret.) | 19-Jun-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Xerox Corporation | 19-00218 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 8-Jun-23 | Hon. Brian Tester (ret.) | 18-Jun-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Total Petroleum Puerto Rico Corp. | 19-00114 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 21-Jun-23 | Hon. Brian Tester (ret.) | 3-Jul-23 | The Parties utilized the scheduled mediation conference as a preliminary session to narrow down issues. The Parties are endeavoring to schedule a continued mediation for June 2023. Once a date has been confirmed, the parties will file the appropriate notice. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Junior Bus Line, Inc. | 19-00229 | YES | Preliminary Mediation Completed. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. The Parties have scheduled a continued mediation session with Judge Tester for June 28, 2023. | 28-Jun-23 | Hon. Brian Tester (ret.) | 10-Jul-23 | The Parties did not reach a settlement at the Initial Mediation Conference held **May 4, 2023**. Notwithstanding, the Parties have agreed to further work in good faith to make progress on a potential resolution of this litigation through a continued exchange of information, materials, and due diligence concerning, and discussions of, the Parties' litigation positions. To that end, the Parties have agreed to undertake a continued mediation session before Judge Tester and propose filing an additional Notice of Mediation in the event such additional mediation sessions occur. | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Parties do not intend to lift the stay, or proceed with litigation at this time. |
| Puerto Rico Telephone Company, Inc. | 19-00127 | YES | Scheduled. The Trustee has elaborated and distributed to Defendant a position paper that articulates the Trustee's position with respect to the claims asserted against the Defendant. | 29-Jun-23 | Hon. Brian Tester (ret.) | 3-Jul-23 | | The Trustee intends to use informal settlement communications and mediation to narrow or resolve the claims against Defendant. The Trustee does not intend to lift the stay, or proceed with litigation at this time. |
| Seguros Colon, Inc. | 19-00130 | YES | Dismissed | Dismissed | | | | Dismissed |
| Hewlett Packard Puerto Rico, BV LLC | 19-00183 | YES | Dismissed | Dismissed | | | | Dismissed |
| Ricardo Estrada Maisonet | 19-00227 | YES | Dismissed | Dismissed | | | | Dismissed |
| Rocket Learning, LLC | 19-00232 | YES | Dismissed | Dismissed | | | | Dismissed |
| Rocket Teacher Training, LLC | 19-00235 | YES | Dismissed | Dismissed | | | | Dismissed |
| Rosso Group, Inc. | 19-00239 | YES | This vendor has indicated that it will not mediate or defend against claims asserted by the Trustee. Proceeding with Litigation Per Order Lifting Stay | | | | | Pursuant to the Order Lifting Stay [Dkt. No. 23522 in Case No. 17-03283-LTS], the Trustee will proceed with litigation in this matter. Pursuant to the Order Requiring Status Report dated March 7, 2023, the Parties are to filed a joint status report concerning the filing of a Joint Scheduling Report and defendant's efforts to obtain counsel [Dkt. No. 38]. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.

| Defendant Name | Case No. | Mediation Invitation Sent | Status of Scheduling Mediation | Date of Mediation | Mediator | Date of Mediation Report | Summary of Mediation Result | Expectation Concerning Litigation |
|---|---|---|---|---|---|---|---|---|
| Quest Diagnostics of Puerto Rico, Inc. | 19-00440 | YES | Settled | | Corali Lopez Castro | | The Trustee reached abroad agreement concerning settlement with the Defendant prior to mediation. | The court has entered a consent order and final judgment following settlement of the parties. |

*All updates within the thirty-day period since the Trustee's filing of the Eighth Status Report are emphasized using a red font color.