RECEIVED AND FILED

CLERK'S OFFICE USDC PR

13 de marzo de 2023

2023 MAY 15 PM 5:05

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P. R. 00918-1767

Honorables Jueces:

El día 6 de agosto de 2018 fuí personalmente a llenar una solicitud relacionada con el Título III de la Ley Promesa en la Oficina 150 - Federal Bldg en Hato Rey.

Verificaron que la solicitud estuviera cumplimentada según la orientación recibida por ustedes y que luego nos contestarían por correo en que status estaba el caso.

Empezé a recibir correspondencia de Prime Clerk LLC en New York Estados Unidos y también haciéndoles llamadas telefónicas donde ellos me informaban que el caso estaba en el Tribunal Supremo de Estados Unidos para una decisión. Luego con el tiempo dejaron de enviarme cartas.

Ustedes me informaron personalmente el día 10 de mayo de 2023 y me dieron una evidencia que la solicitud que yo había llenado en el 2018 que había sido cancelada porque la llené fuera de fecha pero no me lo informaron el mismo día que llené la solicitud personalmente el día 6 de agosto de 2018.

A través de esta comunicación solicito de favor que consideren mi solicitud ya que brindé muchos años de servicio al Depto. de Salud del gobierno de Puerto Rico y hasta el presente no he recibido el dinero que me corresponde.

Cordialmente,

Maricel Ortiz Cortés
Urb. Villa Andalucía
J62 Calle Colmenar
San Juan, P.R. 00926-2524