Maricel Ortiz Cotes
Urb. Villa Andalucía
Calle Colmenar J-62
San Juan, Puerto Rico   00926-2524

**CERTIFIED MAIL**

7022 3330 0000 9452 4833   RDC 99

00918



U.S. POSTAGE
FCM LETTER
SAN JUAN, PR
00925
MAY 13, 23
AMOUNT
$8.13
R2305M145359

US District Court
150 Carlos Chardon Ave.
Suite 150
San Juan, P. R.   00918-1767

2023 MAY 15 PM 5:05

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

00918-170625