**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 24010**<br><br><br>(Jointly Administered) |

**URGENT CONSENSUAL MOTION**
**<u>FOR EXTENSION OF REPLY DEADLINE</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Commonwealth of Puerto Rico (the "<u>Commonwealth</u>" or the "<u>Debtor</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the sole Title III representative of the Debtor pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[2] respectfully submit this urgent consensual motion (the "<u>Urgent Motion</u>") for entry of an order, substantially in the form attached hereto as **<u>Exhibit A</u>** (the "<u>Proposed Order</u>"), extending the reply deadline established in

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101–2241.

the *Order Granting Urgent Consensual Motion for Extension of Reply Deadline* [ECF No. 24010] (the "Scheduling Order") relating to the *Motion for Relief From Stay Respecting Second Cause of Action (Attorneys Fees) in Ares et al v. Secretary of Labor After Completion of Conferral Process* [ECF No. 23894] (the "Motion"), and state as follows:

### Request for Relief

1.      On March 30, 2023, Judith Berkan ("Movant"), counsel to the petitioners (the "Petitioners") in the case captioned *Ares et al v. Secretario del Trabajo*, Case No. SJ-2017- 02199 (the "Litigation") filed the Motion, seeking an order modifying the automatic stay pursuant to section 362 of title 11 of the United States Code (the "Bankruptcy Code") to allow for the second cause of action in the Litigation regarding the payment of Movant's attorneys' fees to  proceed to final judgment and execution.

2.      On April 13, 2023, the Oversight Board filed the *Objection of the Commonwealth of Puerto Rico to Motion for Relief From Stay With Respect to Second Cause of Action (Attorneys Fees) in Ares et al v. Secretary of Labor After Completion of Conferral Process* [ECF No. 23992].

3.      Pursuant to the Scheduling Order, replies were to be filed by May 11, 2023 (the "Reply Deadline").  Scheduling Order at 2.

4.      Movant has informed the Oversight Board that, due to ongoing medical issues, she has been undergoing medical treatment and has limited ability to work.  Movant requested an extension of the Reply Deadline to June 13, 2023 to allow for her recovery.   The Oversight Board consents to the proposed extension, and requests that the Reply Deadline set forth in the Scheduling Order be extended to **June 13, 2023**.

5.      Pursuant to Paragraph 1.H of the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 20190-1] (the "Case Management Procedures"), the

Oversight Board certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the issues presented in the Urgent Motion; and has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court.

### Notice

6.      The Oversight Board has provided notice of this motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtor's bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against the Debtor; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) the Movants; and (j) all parties filing a notice of appearance in these Title III cases. A copy of the motion is also available at https://cases.ra.kroll.com/puertorico/.

7.      The Oversight Board submits that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of Page Left Intentionally Blank]*

---

[3]   The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtor; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtor.

**WHEREFORE** the Debtor request the Court enter the Proposed Order and grant such

other relief as is just and proper.

Dated: May 18, 2023
      San Juan, Puerto Rico

**PROSKAUER ROSE LLP**

*/s/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)

Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

**-**and-

**O'NEILL & BORGES LLC**

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García-Benítez
USDC No. 203708
Gabriel A. Miranda
USDC No. 306704

250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Attorneys for the Financial Oversight and*
*Management Board as representative for the*
*Commonwealth*

**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. _____**<br><br><br>(Jointly Administered) |

## ORDER GRANTING
## <u>URGENT CONSENSUAL MOTION FOR EXTENSION OF REPLY DEADLINE</u>

Upon the *Urgent Consensual Motion for Extension of Reply Deadline*, dated May 18, 2023 (Docket Entry No. _____ in Case No. 17-3283, the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Last Four Digits of Federal Tax ID: 3801) (Last Four Digits of Federal Tax ID: 3801) (Bankruptcy Case No. 19-BK-5523-LTS). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

having found that the Oversight Board provided adequate and appropriate notice of the Urgent

Motion under the circumstances and that no other or further notice is required; and the Court

having reviewed the Urgent Motion, the Court having found good and sufficient cause exists for the

granting of the relief as set forth herein, it is hereby ORDERED that:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      The Scheduling Order shall be modified as provided herein.

3.      The following briefing schedule shall apply:

- The deadline for the Movant to file a reply to the opposition shall be **June 13, 2023**.

4.      The Court will thereafter take the Motion on submission.

5.      This Order resolves Docket Entry No. _____ in Case No. 17-3283.


SO ORDERED.

Dated: May ____, 2023

                                        _____
                                        LAURA TAYLOR SWAIN
                                        United States District Judge