UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | No. 17 BK 4780-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO POWER ELECTRIC AUTHORITY, | Adv. Proc. No. 19-00391-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> Plaintiff/Counterclaim-Defendant,
>
> PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTICA,
>
> Intervenor-Plaintiffs,
>
> -v-
>
> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
>
> Defendant/Counterclaim-Plaintiff,
>
> THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,
>
> Intervenor-Defendants/Counterclaim-Plaintiffs.

### NOTICE CONCERNING SECTION 502 HEARING AND OMNIBUS HEARING

The Court will conduct the Section 502 claim estimation hearing beginning on **June 6, 2023**, at **9:30 a.m. (Atlantic Standard Time)**, and resuming, if necessary, on **June 7, 2023**, at **9:30 a.m. (Atlantic Standard Time)** (the "Claim Estimation Hearing"). The Court will conduct the omnibus claim objection hearing on **June 8, 2023,** at **9:30 a.m. (Atlantic Standard Time)** (the "Omnibus Hearing," and together with the Claim Estimation Hearing, the "Hearings"). The Hearings will be conducted in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom") and by video teleconference in a courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom"). Judge Swain will be present in the New York Courtroom and video-teleconferencing facilities will be available in the San Juan Courtroom.

Counsel who intend to participate in the Hearing must appear in the New York Courtroom or the San Juan Courtroom. Counsel who are not scheduled to present argument will have the following options to access the Hearing: (i) observe in person in the New York Courtroom, (ii) observe a video feed of the Hearing in person in the San Juan Courtroom, or

(iii) listen to the Hearing on the listen-only telephone line. Any witnesses who may intend to appear in connection with the Claim Estimation Hearing, and counsel who intend to examine such witnesses, must appear in the New York Courtroom.

Members of the public and press who wish to view but not participate in the Hearing will have the option to (i) observe in person in the New York Courtroom or the San Juan Courtroom, or (ii) listen to the Hearing on the listen-only telephone line. A procedures order governing the in-person proceedings will be entered in due course.

SO ORDERED.

Dated: May 18, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge