Tribunal De Distrito De Los Estados Unidos
Para El Distrito de Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 15 PM 4:57

# Replica a la Objeción Global

| | |
|---|---|
| Junta de Supervisión y Administración Financiera para Puerto Rico como representante del Estado Libre Asociado de Puerto Rico | Promesa Titulo III<br>Número: 17 BK-3283-LTS<br>(Administrado conjuntamente)<br>La presente radicación guarda relación con el ELA, el SRE y la ACT |

## Replica a la Objeción Global

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United State District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

A quien Concierne:

(2)

Que mi nombre es, Noemí V. Kemp Torres, con dirección en Coop. Torres de Carolina - 100 Calle Joaquina, Apto. M-1 Carolina, PR 00979-1244, mi número de teléfono es el 787-624-1226 y mi correo electrónico es kempt60@gmail.com.

El nombre del Abogado, que tiene el caso en el Tribunal de Primera Instancia del Estado Libre Asociado de Puerto Rico, es el Ldo. Alberto Aresti Franceschini, su dirección estaba ubicada en el Edificio Unión Plaza, 416 Ave. Ponce de León, Hato Rey, PR 00918, ya no esta en esa dirección, pero el teléfono sigue siendo el mismo, 787.751.5740

(3)

El motivo para oponerme a la Objeción Global, es que no he recibido los aumentos ni me retribuyeron el aumento del Romerazo que era por ley para todos los empleados y algunas agencias los cobraron. Este aumento del Romerazo, data desde el año 1984.

La demanda fue incohada en el Tribunal de San Juan, Número de caso civil: KAC-2004-0646 vs. Estado Libre Asociado de Puerto Rico y luego fue trasladada al Tribunal de Fajardo.

(4)

La demanda, no se adjudico porque fue paralizada por motivo de está Quiebra de Puerto Rico.

El fundamento es, que se detuvo el caso y se detuvo la Demanda Presentada. Es decir, al día de hoy, no se ha adjudicado en su totalidad, a pesar que ya estaban depurando los expedientes de cada empleado.

(5)

No hay espectativa de que se vea el caso porque esta paralizado por la Quiebra de Puerto Rico.

En la Documentación Justificativa, estoy incluyendo Memo del Lcdo. Alberto Franceschini del 3 de Septiembre de 2004, donde el adjunta Orden del Tribunal donde El Tribunal Dicta una Orden de Mordaza

(6)

en relación al caso Radicado en el Tribunal de Puerto Rico.

Finalmente, informo que esta objección Global, la recibí por correo regular a mi dirección.

Por todo lo cual, solicito que me dejen saber la decisión y que también se comuniquen con el Lcdo. Alberto Aresti Franceschini al teléfono 787-751-5740, yo, no tengo su dirección.

(7)

Certifico, que he enviado está información a las 3 direcciones que me indicaron, hoy 12 de mayo de 2023.

Atentamente

Noemi V. Kemp Torres
Coop. Torres de Carolina
100 Calle Joaquina
Apto. Y-1, Carolina PR
00979-1244

Cf: de Memo y Orden de Mordaza