# Lcdo. Alberto Aresti Franceschini

Ave. Ponce de León 416, Edificio Union Plaza, Oficina 1109, Hato Rey, Puerto Rico 00918

| | | |
|---|---|---|
| **A** | : | ESTIMADOS CLIENTES |
| **DE** | : | LCDO. ALBERTO ARESTI FRANCESCHINI |
| **RE** | : | CARMEN S. MALDONADO ROSARIO VS. ESTADO LIBRE ASOCIADO DE PUERTO RICO CIVIL NUMERO KAC2004-0646 |
| **FECHA** | : | 3 DE SEPTIEMBRE DE 2004 |

## MEMO

Adjunto, le acompaño Orden del Tribunal la cual se explica por sí sola.

De tener alguna duda favor de llamar a la oficina (787)751-5740.

Al surgir cualquier otro incidente en el caso, se lo informaremos prontamente.

*[signature] 9/3/04*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| **CARMEN S. MALDONADO ROSARIO**<br>**DAMARIS MEDINA DE RIOS**<br>**ANGEL O BUJOSA GABRIEL**<br>**JOSE M. TORRES TORRES, ETC.**<br>Demandantes<br><br>Vs.<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO Y SU ADMINISTRACION DE TRIBUNALES DE PUERTO RICO REPRESENTADA POR LA HONORABLE MERCEDES BAUERMEISTER**<br>Demandados | CASO CIVIL NUM. KAC04-0646<br><br>SALA 505<br><br>MATERIA: SENTENCIA DECLARATORIA |

## ORDEN DE MORDAZA

Se prohibe a los abogados y sus empleados, así como a los funcionarios del Salón que atiende el presente caso y a las partes, hasta tanto el Tribunal tome otra determinación, divulgar información relacionada con los procedimientos que se siguen.

**REGÍSTRESE Y NOTIFÍQUESE**.

En San Juan, Puerto Rico a 20 de agosto de 2004.

*[signature]*

**RITA L. PRUETZEL**
**JUEZ DEL TRIBUNAL DE PRIMERA INSTANCIA**