Noemi V. Kemp Torres
Coop. Torres de Carolina
100 Calle Joaquina Apto. 8-1
Carolina, PR 00979-1244

CERTIFIED MAIL
7019 2970 0001 9541 0296

U.S. POSTAGE PAID
FCM LG ENV
CAROLINA, PR
00983
MAY 12, 23
AMOUNT
$9.24
R2305H129836-4

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 MAY 15 PM 4:58

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United State District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan PR 00918-1767