9 de Mayo de 2023

Caso 17-03283 LTS
Reclamación 77115

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 19 AM 8:18

Secretaria
Tribunal Distrito de Estados Unidos
Sala 150
San Juan, P.R. 00918-1767

Estimados Licenciados:

Paso a contestar la Objeción Global. Nunca he recibido personalmente ninguna notificación de Uds dirigida a mi personal. Ni por dirección postal ni por Email.

La reclamación fue basada en la Ley OE 1984-4308 por aumento salarial creo de $50.00 mensuales por el ex gobernador Carlos Romero Barceló.

Trabajé desde el 1978 hasta Enero 15/1994 para el Depto de Transportación y Obras Públicas Regional de Mayagüez y de Enero 16 de 1994 hasta Mayo 2003 en el Depto de Educación como Maestra nivel secundario.

Dejo a Uds. la solución de este caso que sea beneficioso para ambas partes.

Adjunto hoja o anejo 1 - 2 mi información requerida

Mil gracias y muchas bendiciones.

Mil gracias
Ep 2
Elsie Batlle Soul
(mis dos firmas)

9 de Mayo 2023

Referencias:
Elsie Batlle Torres
1939
SS# 3270
BP de P.R Cta 7917
Telefno: 787 265 6248
           1956 301 6862
           787 363 3956
battle.elsie@gmail.com
Dirección postal:
P.O. Box 151
Mayaguez, PR

Dirección Residencial
201 Miguel Cervantes
Mansiones de España
Mayaguez PR 00682

Trabajo: Departamento Transportación y Obras Públicas
Regional de Mayaguez
Depto de Educación
Escuela Soledad
Mayaguez PR

Comienzo Trabajo: 1978 / 1980 hasta Enero 15/1994 stop
Enero 16/1994 hasta 2003 Depto Educación

Reclamación:
Aumento 50.00 mensuales
Ley #0E 1984-4308
Doc #24047-4
Exibit c
Junta Supervicion fiscal
y Adm financiera
Sección 315(b) Ley Supervisión
Objeción Global

Reclamación: 77115

Caso: 17-03283 LTS
Regla local 3007-1