P.O. Box 1571
Mayaguez, PR
00681-0151

A#
Sala 150

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 19 AM 8:18

Secretaria
Tribunal Distrito Estados Unidos
150 Carlos Chardón ST
Edificio Federal
Hato Rey, PR 00918

7022 3330 0001 0282 6317

CERTIFIED MAIL

MAYAGUEZ, PR
00682
MAY 16, 23
$8.13
R2305K131646-24