UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER CONCERNING LETTER REQUEST FOR INFORMATION

The Court has received and reviewed the letter of José A. Irizarry Quintana and Luis A. González Rodriguez (together, the "Movants"), which the Court construes as a request to obtain information related to Civ. No. KAC-90-487(905) (Docket Entry No. 24226 in Case No. 17-3283) (the "Motion"). Civil number KAC-90-487(905), under the caption *Juan Perez Colon et al. v. Puerto Rico Department of Transportation & Public Works* in the Puerto Rico Court of First Instance, appears to be among the cases that are the subject of the *Urgent Motion Requesting Order for Allowance and Immediate Payment of Administrative Expense* (Docket Entry No. 18239 in Case No. 17-3283) (the "DTOP Motion"), requesting payment of a claim alleging administrative expense priority and filed by attorney Ivonne González Morales—the attorney named in the Motion.

On Wednesday, May 18, 2023, upon request of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and with the consent of the movants to the DTOP

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion, the Court granted an extension of the briefing schedule relating to certain portions of the DTOP Motion.  (Docket Entry No. 24220 in Case No. 17-3283.)  Beyond this, the Court cannot provide Movants further information with respect to the DTOP Motion or the underlying litigation to which it relates.  The Court directs attorney Ivonne González Morales to contact Movants with respect to their information requests as soon as possible.

This Order resolves Docket Entry No. 24226 in Case No. 17-3283.

SO ORDERED.

Dated: May 19, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge