Thursday 27, April 2023

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 MAY 12 AM 10:34

**To**: Hon. Judge Swan

**From**: José A. Irizarry Quintana

        Luis A. González Rodríguez

**Issue**: Civil NUM.: KAC-90-487(905)

The present letter is to inform you about this case, we have not received any updates and have no way of contact with attorney Ivonne González Morales that to this date oversees this case. We are presenting this letter to acknowledge the extended long time that this has taken and that we have not received any compensatory relief nor any update on this matter. We understand we have waited long enough for an update within this Civil NUM.: KAC-90-487(905) and want to know the decision taken. We would appreciate a look into this matter, knowing that justice has been served and action was taken on this unjust and hurtful matter that has taken so long for us to know any decision making by this court. We will still be on this unbearable waiting time for longer to hear that this letter has reached the right person and we receive justice.

With much appreciation,

*[signature]*
José A. Irizarry Quintana

*[signature]*
Luis A. González Rodríguez

gpi

A:
Honorable Juez

Por este medio me dirijo a su persona respetuosamente tome accion sobre este caso ya que llevan demasiado años esperando una resolucion del caso. Agradecere su intervencion lo antes posible. En espera gracias.

Att
Jose A. Lizama Quintan

0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000 XXX 0000

ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO

Yo, __Jose Irizarry Quintana__ (letra molde), (✓) mayor de edad, (✓) casado (_) soltero, (_) empleado DTOP (✓) retirado/inactivo y (dirección postal): __149 Ave. Los Patriotas Bzn. 49__ __Lares, PR 00669__ por la presente declare que soy un acreedor en el caso IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case No. 17BK 3283-LTS.

Por la presente designo a la Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, teléfono: 787-410-0119, ivonnegm@prw.net para que me represente en el caso No. 17BK 3283-LTS ante el Tribunal de Quiebras de PR y realice todas las gestiones, determinaciones y role que sean necesarios para cobrar y distribuir cualquier suma de dinero que me corresponda en pago de la Sentencia dictada en el caso de Jeannete Abrams Díaz vs. ELA and DTOP, supra.

A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al Síndico del Title III a pagar directamente a mi abogada, Lcda. Ivonne González Morales el 25% de los pagos que reciba en el caso No. 17BK 3283-LTS.

También acuerdo pagar todos los gastos, costas, peritos que se incurran en la tramitación del caso No. 17BK 3283-LTS, dentro del término de 30 días del recibo del requerimiento de pago.

Certifico que he recibido orientación relacionada a la presente autorización y que he tenido la oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos y la firmo de forma libre y voluntaria

__10 agosto 2017__   __Jose Irizarry Quintana__
Fecha                Firma

DÍAZ, JEANNETE
VS
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
CIVIL NUM KAC-2005-5021 (905)

ANEJO I

| NOMBRE | SS | Primera Hoja | Segunda Hoja | Total adeudado | Aport. Pat. | Total | Observaciones |
|---|---|---|---|---|---|---|---|
| HERNANDEZ ORTEGA, PEDRO | | $ 2,011.36 | | $ 2,011.36 | $ 471.16 | $ 2,482.52 | |
| HERNÁNDEZ ORZA, ERNESTO | | $ 22,240.00 | $ 19,589.80 | $ 41,829.80 | $ 9,798.63 | $ 51,628.43 | REN. EAS 29/MAYO/09 |
| HERNÁNDEZ PÉREZ, CECILIO* | | $ 19,067.96 | $ 17,589.20 | $ 36,657.16 | $ 8,586.94 | $ 45,244.10 | |
| HERNANDEZ RAMOS, CARMEN HILDA | | $ 2,346.00 | | $ 2,346.00 | $ 549.55 | $ 2,895.55 | |
| HERNANDEZ RODRIGUEZ, ELBA I. | | $ 26,784.18 | | $ 26,784.18 | $ 6,274.19 | $ 33,058.37 | REN. ACT. 30/JUNIO/02 |
| HERNANDEZ RODRIGUEZ, IVELISSE | | $ 7,289.06 | | $ 7,289.06 | $ 1,707.46 | $ 8,996.52 | LEY 7 25/JUNIO/10 |
| HERNANDEZ SEGARRA, NIVEA | | $ 20,398.50 | $ 17,051.92 | $ 37,450.42 | $ 8,772.76 | $ 46,223.18 | |
| HERRERA CRUZ, JOSE CARLOS | | $ 4,825.00 | $ 2,578.36 | $ 7,403.36 | $ 1,734.24 | $ 9,137.60 | |
| HERRERA IRENE, ALEXIS | | $ 1,785.96 | | $ 1,785.96 | $ 418.36 | $ 2,204.32 | LEY 7 28/MAYO/10 |
| HUERTAS MORALES, LUIS E. | | $ 28,754.35 | | $ 28,754.35 | $ 6,735.71 | $ 35,490.06 | |
| IGLESIAS DE JESÚS, ELIZABETH** | | $ 4,187.40 | | $ 4,187.40 | $ 980.90 | $ 5,168.30 | DESTITUCION 31/AGOSTO/07 |
| IRIZARRY IRIZARRY, LUIS A.** | | $ 759.68 | | $ 759.68 | $ 177.96 | $ 937.64 | REN. 30/NOV./05 |
| IRIZARRY MONGE, VIOLETA | | $ 20,886.56 | $ 14,458.00 | $ 35,344.56 | $ 8,279.46 | $ 43,624.02 | REN. 31/DIC./05 |
| IRIZARRY QUINTANA, JOSÉ A. | | $ 17,522.68 | $ 1,816.00 | $ 19,338.68 | $ 4,530.09 | $ 23,868.77 | CEST. INO 30/AGOSTO/05 |
| IRIZARRY RIVERA, RAUL | | $ 15,584.50 | $ 16,197.80 | $ 31,782.30 | $ 7,445.00 | $ 39,227.30 | |
| JIMÉNEZ MOLINARY, RAMÓN | | $ 26,245.66 | | $ 26,245.66 | $ 6,148.05 | $ 32,393.71 | |
| JIMÉNEZ RIVERA, DAVID | | $ 29,149.00 | $ 10,826.24 | $ 39,975.24 | $ 9,364.20 | $ 49,339.44 | |
| JIMÉNEZ RIVERA, IRENES | | $ 14,830.00 | $ 10,180.80 | $ 25,010.80 | $ 5,858.78 | $ 30,869.58 | REN. 31/ENERO/06 |
| JIMÉNEZ RIVERA, SERGIO | | $ 15,653.50 | $ 16,197.80 | $ 31,851.30 | $ 7,461.17 | $ 39,312.47 | |
| JIMÉNEZ SOLA, JOSÉ MANUEL | | $ 7,069.32 | | $ 7,069.32 | $ 1,655.99 | $ 8,725.31 | |
| JORDAN RAMOS, NYRMA E. | | $ 9,541.24 | | $ 9,541.24 | $ 2,235.04 | $ 11,776.28 | |
| JUARBE ANDUJAR, ANTONIO A. | | $ 19,220.00 | $ 24,413.64 | $ 43,633.64 | $ 10,221.18 | $ 53,854.82 | |
| JULIA CARABALLO, ARISTIDES | | $ 19,144.64 | $ 13,913.20 | $ 33,057.84 | $ 7,743.80 | $ 40,801.64 | |
| JUSINO MARTÍNEZ, JUAN | | $ 16,747.00 | $ 21,923.68 | $ 38,670.68 | $ 9,058.61 | $ 47,729.29 | |
| JUSINO MORALES, NOREEN | | $ 13,733.84 | | $ 13,733.84 | $ 3,217.15 | $ 16,950.99 | |
| JUSINO MORENO, LUIS A.* | | $ 15,576.50 | $ 16,154.32 | $ 31,730.82 | $ 7,432.94 | $ 39,163.76 | |
| JUSINO VAZQUEZ, HAYDEE | | $ 23,562.00 | $ 14,692.64 | $ 38,254.64 | $ 8,961.15 | $ 47,215.79 | REN. 31/DIC./06 |
| JUSTINIANO LANZA, MARIA R. | | $ 14,878.50 | $ 16,445.64 | $ 31,324.14 | $ 7,337.68 | $ 38,661.82 | REN. MERITO 31/DICIEMBRE/09 |
| LAMBOY SANTIAGO, EMILIA | | $ 22,635.50 | $ 24,472.84 | $ 47,108.34 | $ 11,035.13 | $ 58,143.47 | |
| LASALLE OLIVERO, GILBERTO | | $ 19,148.00 | $ 13,913.20 | $ 33,061.20 | $ 7,744.59 | $ 40,805.79 | |
| LASALLE OLIVERO, WILLIAM | | $ 10,822.50 | $ 15,614.04 | $ 26,436.54 | $ 6,192.76 | $ 32,629.30 | |
| LAVIERA RIVERA, EDNA V. | | $ 19,172.72 | | $ 19,172.72 | $ 4,491.21 | $ 23,663.93 | |
| LAZU COLON, RAMON L. | | $ 6,218.00 | $ 11,361.40 | $ 17,579.40 | $ 4,117.97 | $ 21,697.37 | |

ABRAMS DIAZ, JEANNETE
VS
DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUBLICAS
CIVIL NUM KAC-2005-5021 (905)

| NOMBRE | SS# | Primera Hoja | Segunda Hoja | Total adeudada | Aport. Pat. | Total | Observaciones |
|---|---|---|---|---|---|---|---|
| GONZÁLEZ RIVERA, FELIX L. | | $ 21,739.04 | $ | $ 21,739.04 | $ 5,092.37 | $ 26,831.41 | |
| GONZÁLEZ RODRIGUEZ, LUIS A. | | $ 15,194.05 | $ 12,476.24 | $ 27,670.29 | $ 6,481.77 | $ 34,152.06 | |
| GONZÁLEZ RODRIGUEZ, MARIA DEL C. | | $ 53,457.00 | $ 42,524.16 | $ 95,981.16 | $ 22,483.59 | $ 118,464.75 | |
| GONZALEZ ROSARIO, SARAH | | $ 2,496.00 | $ | $ 2,496.00 | $ 584.69 | $ 3,080.69 | |
| GONZÁLEZ TRAVERSO, TERESA | | $ 13,758.92 | $ | $ 13,758.92 | $ 3,223.03 | $ 16,981.95 | LEY 7 6/NOV./09 |
| GONZÁLEZ VAZQUEZ, ANGELA | | $ 36,568.24 | $ 21,970.00 | $ 58,538.24 | $ 13,712.58 | $ 72,250.82 | |
| GONZÁLEZ VAZQUEZ, EFRAÍN | | $ 14,131.00 | $ 9,538.88 | $ 23,669.88 | $ 5,544.67 | $ 29,214.55 | FALLECIO 20/MAYO/09 |
| GONZÁLEZ ZAYAS, ALEJANDRO M. | | $ 4,568.96 | $ | $ 4,568.96 | $ 1,070.28 | $ 5,639.24 | |
| GUALDARRAMA GARCIA, ANNA L. | | $ 2,505.04 | $ | $ 2,505.04 | $ 586.81 | $ 3,091.85 | |
| GUERRIDO RIVAS, LYDIA E. | | $ 21,707.00 | $ 10,430.00 | $ 32,137.00 | $ 7,528.09 | $ 39,665.09 | LEY 7 30/JUNIO/10 |
| GUIBAS VAZQUEZ, ANGEL L. | | $ 15,647.53 | $ 16,154.32 | $ 31,801.85 | $ 7,449.58 | $ 39,251.43 | REN. 31/JULIO/04 |
| GUTIERREZ CALDERON, HILDA J. | | $ 22,679.00 | $ 13,164.28 | $ 35,843.28 | $ 8,396.29 | $ 44,239.57 | REN. 30/JUNIO/06 |
| GUZMAN GORDIAN, YOLANDA | | $ 27,678.50 | $ 27,282.64 | $ 54,961.14 | $ 12,874.65 | $ 67,835.79 | |
| GUZMAN MONTAÑEZ, PASCUAL | | $ 15,362.00 | $ 17,502.24 | $ 32,864.24 | $ 7,698.45 | $ 40,562.69 | |
| GUZMAN RAMOS, RAFAEL | | $ 12,184.10 | $ 7,872.44 | $ 20,056.54 | $ 4,698.24 | $ 24,754.78 | REN. EAS 31/ENERO/09 |
| GUZMAN RIVERA, RAMON L. | | $ 5,248.48 | $ | $ 5,248.48 | $ 1,229.46 | $ 6,477.94 | |
| GUZMÁN SANTIAGO, WILFREDO | | $ 7,631.12 | $ | $ 7,631.12 | $ 1,787.59 | $ 9,418.71 | REN. 28/DIC./05 |
| HADDOCK COLON, ENEIDA M. | | $ 759.68 | $ | $ 759.68 | $ 177.96 | $ 937.64 | |
| HANCE BATISTA, AGAPITO | | $ 17,857.00 | $ | $ 17,857.00 | $ 4,183.00 | $ 22,040.00 | REN. 31/MAYO/02 |
| HERNÁNDEZ ACEVEDO, MARILYN | | $ 13,633.84 | $ | $ 13,633.84 | $ 3,193.73 | $ 16,827.57 | |
| HERNANDEZ ALICEA, MARIA DEL C. | | $ 14,698.50 | $ 10,750.24 | $ 25,448.74 | $ 5,961.37 | $ 31,410.11 | REN. 30/SEPT./06 |
| HERNÁNDEZ ALMODOVAR, ROBERTO | | $ 19,266.16 | $ | $ 19,266.16 | $ 4,513.10 | $ 23,779.26 | |
| HERNÁNDEZ CABAN, SAUL | | $ 20,122.00 | $ 16,348.20 | $ 36,470.20 | $ 8,543.14 | $ 45,013.34 | REN. 29/MAYO/09 |
| HERNÁNDEZ CINTRÓN, ISRAEL | | $ 18,957.36 | $ 10,302.24 | $ 29,259.60 | $ 6,854.06 | $ 36,113.66 | REN. 30/NOV./09 |
| HERNÁNDEZ COLON, JOSE E. | | $ 36,108.58 | $ | $ 36,108.58 | $ 8,458.43 | $ 44,567.01 | REN. 30/SEPT./06 |
| HERNÁNDEZ ENCARNACIÓN, AMARILIS | | $ 15,863.44 | $ | $ 15,863.44 | $ 3,716.01 | $ 19,579.45 | RENUNCIA 13/SEPTIEMBRE/06 |
| HERNÁNDEZ ENCARNACION, ELVIRA | | $ 4,953.50 | $ | $ 4,953.50 | $ 1,160.36 | $ 6,113.86 | |
| HERNÁNDEZ FERNÁNDEZ, RAMONITA | | $ 10,150.00 | $ | $ 10,150.00 | $ 2,377.64 | $ 12,527.64 | REN. ATM 2/SEPT./08 |
| HERNÁNDEZ GONZÁLEZ, EDWIN | | $ 51,758.00 | $ 64,342.60 | $ 116,100.60 | $ 27,196.57 | $ 143,297.17 | REN. 30/NOV./09 |
| HERNÁNDEZ HERNÁNDEZ, LUIS | | $ 45,108.58 | $ | $ 45,108.58 | $ 10,566.68 | $ 55,675.26 | REN. 30/JUNIO/10 |
| HERNÁNDEZ JAMARDO, RICARDO | | $ 32,862.34 | $ 5,850.00 | $ 38,712.34 | $ 9,068.37 | $ 47,780.71 | |
| HERNÁNDEZ LOPEZ, CRUCITA | | $ 17,330.00 | $ 9,198.20 | $ 26,528.20 | $ 6,214.23 | $ 32,742.43 | REN. 31/DIC./05 |
| HERNÁNDEZ NIEVES, BENJAMÍN | | $ 9,271.92 | $ | $ 9,271.92 | $ 2,171.95 | $ 11,443.87 | |

ANEJO I

Feb 20 04 09:50a      Bufete Gonzalez Moralez      (787)724-5323           p.3

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| JUAN PÉREZ COLON Y OTROS<br><br>Demandantes<br><br>VS.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y OTROS<br><br>Demandados | CIVIL NUM.: KAC-90-487 (905)<br><br><br>SOBRE:<br>RECLAMACIÓN DE SALARIOS<br>SENTENCIA DECLARATORIA |

### SOLICITUD DE ACUMULACIÓN EN DEMANDA

YO _Luis R. González Rodríguez_ empleado de carrera del Departamento de Transportación y Obras Públicas, por la presente solicito al Hon. Tribunal autorice la acumulación de mi reclamación sobre cobro de salarios contra el Departamento demandado por estar similarmente situado. A los efectos, designo a la Lcda. Ivonne González para que me represente.

RESPETUOSAMENTE SOMETIDO.

En _Aguadilla_, Puerto Rico, a 26 de _febrero_ de 2004.

_[firma]_
FIRMA PETICIONARIO
DIRECCIÓN POSTAL Y TELÉFONO

_Calle Quesillo Primo_
_#16 Aguada P.R. 00603_
_847-3962_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In re: | PROMESA |
| --- | --- |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim** ("Proof of Claim").

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
| --- | --- | --- | --- |
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

## MEMORANDO EXPLICATIVO

A:      DEMANDANTES CASOS
        JEANNETE ABRAMS DIAZ Y OTROS, v DTOP, K AC2005-5021
        JUAN PEREZ COLON Y OTROS v DTOP K AC 1990-0487

DE:      LCDA. IVONNE GONZALEZ MORALES

FECHA:      31 julio de 2017

ASUNTO:      LEY PROMESA, caso: The Financial Oversight and Management Board for Puerto Rico, el at. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS.

Como es de su conocimiento, el 3 de mayo de 2017, el ELA presentó una Petición de Quiebra ante la Corte Federal del Distrito de Puerto Rico.

A los efectos, es importante que conozcan que la Ley PROMESA expresamente prohíbe el comienzo o la continuación de cualquier procedimiento de cobro de dinero que este ventilándose contra GOBIERNO ante los tribunales o foros administrativos y dispone para que todo trámite de cobro quede automáticamente paralizado. Esto significa que los tribunales locales pierden jurisdicción para ordenar al Gobierno [DTOP] les pague la Sentencia. El propósito de la paralización es para asegurar que todas las personas a quienes el Gobierno les debe dinero, tengan que comparecer ante el Tribunal federal de Quiebras para reclamar el pago. De esa forma, se asegura que se efectúe una distribución equitativa entre los acreedores, de acuerdo con las leyes y reglamentos federales aplicables y facilitar la restructuración de la deuda que tiene el gobierno.

A esta fecha, la mayoría de ustedes, deben haber comenzado a recibir una notificación sobre la Quiebra presentada titulada "Notificación de Comienzo de Procesos bajo el Título III de PROMESA, emisión de Orden concediendo remedios y otros asuntos relacionados", donde se les notifica sobre el proceso y teléfonos donde pueden solicitar orientación.

Esto constituye la notificación oficial que le están haciendo a ustedes de que están incluidos como acreedores en el proceso de reestructuración del Gobierno de Puerto Rico, un requisito de la Reglas de Procedimiento de Quiebra, ya que el ELA le deben a ustedes el pago que le corresponde de la Sentencia dictada a su favor en el caso de <u>Jeannete Abrams Díaz y otros v ELA y DTOP</u>, y/o <u>Juan Perez Colón v DTOP</u> y que, según indicado, todas las gestiones de cobro quedaron paralizadas, irrespectivamente de que3 se trate de sentencias finales y firmes. Su reclamación se dilucidará ante la juez Laura Taylor Swain en el Tribunal Federal bajo el Título III. El posible pago de su deuda se determinará en el Plan de Ajuste de Deudas que presentara la Junta de Supervisión Fiscal, como representante del ELA, y que será aprobado por el Tribunal Federal.

Por tal razón, para obtener el pago de la Sentencia en los casos de referencia, es necesario radicar la correspondiente solicitud ante el Tribunal de Quiebras y acreditar las sumas individuales específicas y beneficios, que se les adeuda. El propósito del presente Memorando es informarles que estaremos realizando ante el tribunal federal de Quiebras gestiones para obtener el cobro de las Sentencias en los casos de Jeannete Abrams y Juan Pérez Colón y hacerles llegar documento sobre Autorización para que lo firmen y lo remitan a la dirección que se indica, **en o antes del 20 de agosto de 2017**

Lcda. Ivonne González Morales<br>
P.O. Box 9021828<br>
San Juan, Puerto Rico 00902-1828

Se les informa además, que por la magnitud y complejidad del caso de Quiebra radicado por el ELA, puede tardar varios años en resolverse. Por lo que es **MUY IMPORTANTE** que mantengan actualizados sus datos de dirección, teléfono y correo electrónico. Como siempre, quedamos a sus ordenes.

**Sección 1. Las Fechas límite**

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III mencionados anteriormente de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) Fecha límite general: **4:00 p. m. (hora estándar del Atlántico) del 29 de mayo de 2018**. Este es el plazo (la "Fecha límite general") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de los Deudores en concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluidos, a fin de disipar dudas, reclamaciones en forma de bonos y reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) Fecha límite de rechazos: salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p. m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, junto con la Fecha límite general, las "Fechas límite").

(c) Fecha límite si se modifica o complementa la Lista de acreedores: si, una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su respectiva Lista de acreedores para reducir una reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones reducidas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso**, la fecha que sea posterior, para presentar una evidencia de reclamación o una evidencia de reclamación modificada, si corresponde, o se les prohibirá hacerlo.

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores basado en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de los Deudores o de alguna otra manera, incluidos, a fin de disipar dudas, las reclamaciones que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "Reclamación").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones**

**EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

**A las siguientes personas y entidades no se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:**

A. <u>Reclamaciones permitidas</u>: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. <u>Reclamaciones pagadas</u>: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. <u>Evidencias de reclamaciones ya presentadas</u>: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones y avisos de los Deudores.

D. <u>Reclamaciones correctamente mencionados y categorizados en las Listas de acreedores</u>: cualquier persona o entidad cuya reclamación figure en una de las Listas de acreedores y (i) si la reclamación no se menciona como "impugnada", "eventual" o "no liquidada", (ii) si la persona o la entidad no impugnan el monto y la naturaleza de la reclamación, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que la reclamación es una obligación del Deudor en cuestión.

E. <u>Clientes de PREPA</u>: los clientes de PREPA en relación con la disposición de sus depósitos o disputas individuales de servicio o facturación; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

F. <u>Reclamaciones por pensión</u>: con respecto a beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

G. <u>Reclamaciones de empleados sindicalizados o no sindicalizados</u>: cualquier empleado, empleado con licencia o exempleado representados por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de indemnización"); <u>sin embargo</u>, las reclamaciones de indemnización no deben incluir

reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

L. Reclamaciones intergubernamentales: (i) cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "organismo territorial cubierto". A fin de disipar dudas, cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de dicha reclamación.

M. Gastos administrativos: cualquier titular de una reclamación permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** una reclamación en virtud del artículo 503(b)(9) del Código de Quiebras).

N. Evidencias de reclamaciones con plazos independientes: cualquier titular de una reclamación para el cual este Tribunal fije o haya fijado un plazo independiente.

O. Reclamaciones administrativas de profesionales: profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

### Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamación.**

### Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

**A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHA RECLAMACIÓN.**

reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichas reclamaciones se alegan como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

H. <u>Reclamaciones de miembros de sindicatos individuales</u>: cualquier persona o entidad titular de una reclamación se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de su relación laboral actual o anterior con Commonwealth; <u>sin embargo</u>, dicho titular debe alegar (i) una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección o (ii) una reclamación por una queja que se resolvió y liquidó mediante un arreglo o laudo arbitral al 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

I. <u>Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente o designado similares</u>: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros montos que pueden surgir conforme al respectivo acuerdo de fideicomiso o documento del bono que no estipulan un fiduciario, agente fiscal, o agente o designado similares que podrían presentar una Evidencia de reclamaciones principal; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

J. <u>Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente</u>: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todos las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

K. <u>Reclamaciones de prestamistas de contratos de préstamos individuales</u>: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de

**Sección 5. Qué se debe presentar**

SI ALEGARÁ UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL SE ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación**

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de reclamaciones y avisos, Prime Clerk LLC, (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza de la reclamación.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii) Realizar el envío **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv) Realizar la **entrega personalmente** en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

| Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones Todas las ubicaciones están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018 (excepto los fines de semana y los feriados judiciales) ||
|---|---|
| Dirección | Horarios (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Calle Recinto Sur San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Avenida Carlos Chardón San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Avenida Tito Castro Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4to Piso San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

### Sección 7. Información adicional

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 15 de febrero de 2018