# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:37 AM (AST)
Ended: 1:10 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: April 25, 2023

**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY:   Carmen Tacoronte

COURT REPORTER:   Amy Walker

CONTRACT INTERPRETER:   María Cristina Colón- Irizarry

CSO: Luis Bruno

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br>(Jointly Administered) |

**Hearing on Adjourned Omnibus Objections to Claims held.**

   Attorneys Laura Stafford and Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, were present in court.

   The agenda was filed at DE #24044 in 17-3283.

**I.   CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

1. Three Hundred Eighty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 17926]
   a. Response to Three Hundred Eighty-Seventh Omnibus Objection to Claims, filed by Jose Figueroa Sierra (Claim No. 177404) [Case No. 17-3283, ECF No. 18818]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

    b. The objection was sustained as to Claim No. 177404. The claim was reclassified as a general unsecured claim.

2. Three Hundred Ninety-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19548]
   a. Response to Three Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Joel Negron-Guzman (Claim No. 71072-1) [Case No. 17-3283, ECF No. 19725]
   b. The objection was sustained as to Claim No. 71072-1. The claim was disallowed in its entirety.

3. Three Hundred Ninety-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19548]
   a. Response to Three Hundred Ninety-Ninth Omnibus Objection to Claims, filed by Carmen D. Carrasquillo (Claim No. 175239-1) [Case No. 17-3283, ECF No. 19754]
   b. The objection was sustained as to Claim No. 175239-1. The claim was disallowed in its entirety.

4. Four Hundredth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19549]
   a. Response to Four Hundredth Omnibus Objection to Claims by Cruz V. Landrau Lugo (Claim No. 6009)
   b. The objection was sustained as to Claim No. 6009. The claim was disallowed in its entirety.

5. Four Hundredth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19549]
   a. Response to Four Hundredth Omnibus Objection to Claims by Zenaida Zabaleta Alvarez (Claim No. 160874)
   b. The objection was sustained as to Claim No. 160874. The claim was disallowed in its entirety.

6. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
   a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Xilma M. Acosta Diaz (Claim No. 176183) [Case No. 17-3283, ECF No. 19884]
   b. The objection was sustained as to Claim No. 176183. The claim was disallowed in its entirety.

7. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
   a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Jose Alicea Rivera (Claim No. 169481) [Case No. 17-3283, ECF No. 19927]
   b. The objection was sustained as to Claim No. 169481. The claim was disallowed in its entirety.

8. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
   a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Keirry Del Carmen Alvarez Martinez (Claim No. 174504) [Case No. 17-3283, ECF No. 19827]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

- b. The objection was sustained as to Claim No. 174504. The claim was disallowed in its entirety.

9. Four Hundred Third Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by José Pérez Andino (Claim No. 175048) [Case No. 17-3283, ECF No. 19888]
    b. The objection was sustained as to Claim No. 175048. The claim was disallowed in its entirety.

10. Four Hundred Third Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by William Narvaez Burgos (Claim No. 175054) [Case No. 17-3283, ECF No. 19891]
    b. The objection was sustained as to Claim No. 175054. The claim was disallowed in its entirety.

11. Four Hundred Third Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 19552]

    Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]

    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Heriberto Colon Correa (Claim No. 175966) [Case No. 17-3283, ECF No. 19832]
    b. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Heriberto Colon Correa (Claim No. 178701) [Case No. 17-3283, ECF No. 19832]
    c. Both objections were sustained. The claims were disallowed in their entirety.

12. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]

    Four Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20495]

    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Irma Colon Vega (Claim No. 139162) [Case No. 17-3283, ECF Nos. 19752, 21054]
    b. Response to Four Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Irma Colon Vega (Claim No. 140270) [Case No. 17-3283, ECF No. 21054]
    c. Both objections were sustained. The claims were disallowed in their entirety.

13. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Marta F. Colon (Claim No. 175627) [Case No. 17-3283, ECF No. 19852]
    b. The objection was sustained as to Claim No. 175627. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

14. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims by Rafael A. Fontanez Vazquez (Claim No. 174895)
    b. The objection was sustained as to Claim No. 174895. The claim was disallowed in its entirety.
15. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Marina Crispin Santiago (Claim No. 176233) [Case No. 17-3283, ECF No. 20133]
    b. The objection was sustained as to Claim No. 176233. The claim was disallowed in its entirety.

II. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

1. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Alba N. Garcia (Claim No. 175486) [Case No. 17-3283, ECF No. 19883]
    b. The objection was sustained as to Claim No. 175486. The claim was disallowed in its entirety.
2. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Nelson Heredia Alvarez (Claim No. 176410) [Case No. 17-3283, ECF No. 19825]
    b. The objection was sustained as to Claim No. 176410. The claim was disallowed in its entirety.
3. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Felicita Hernandez Hernandez (Claim No. 176160) [Case No. 17-3283, ECF No. 19977]
    b. The objection was sustained as to Claim No. 176160. The claim was disallowed in its entirety.
4. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Anton Juan Marrero Borges (Claim No. 169726) [Case No. 17-3283, ECF No. 20288]
    b. The objection was sustained as to Claim No. 169726. The claim was disallowed in its entirety.
5. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. No response to Four Hundred Third Omnibus Objection to Claims by Elías Martínez de Jesús (Claim No. 172218)
    b. The objection was sustained as to Claim No. 172218. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

6. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Jose A. Maysonet Rivera (Claim No. 176316) Case No. 17-3283, ECF No. 20062]
    b. Mr. Maysonet Rivera was heard on the record with the assistance of the contract interpreter.
    c. The objection was sustained as to Claim No. 176316. The claim was disallowed in its entirety.
7. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Milagros Morales Hernandez (Claim No. 175529) [Case No. 17-3283, ECF No. 19800]
    b. The objection was sustained as to Claim No. 175529. The claim was disallowed in its entirety.
8. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Nelida Muñoz Cruz (Claim No. 169432) [Case No. 17-3283, ECF No. 19877]
    b. The objection was sustained as to Claim No. 169432. The claim was disallowed in its entirety.
9. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Fredesvinda Ortiz Otero (Claim No. 176244) [Case No. 17-3283, ECF No. 19821]
    b. The objection was sustained as to Claim No. 176244. The claim was disallowed in its entirety.
10. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Wanda I. Perez Lopez (Claim No. 175574) [Case No. 17-3283, ECF No. 20472]
    b. The objection was sustained as to Claim No. 175574. The claim was disallowed in its entirety.
11. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Jacqueline Rosado Colon (Claim No. 174471) [Case No. 17-3283, ECF No. 19801]
    b. The objection was sustained as to Claim No. 174471. The claim was disallowed in its entirety.
12. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Gladys Santos Martinez (Claim No. 174107) [Case No. 17-3283, ECF No. 20061]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

- b. The objection was sustained as to Claim No. 174107. The claim was disallowed in its entirety.
13. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Alicia Beniquez Toro (Claim No. 175665) [Case No. 17-3283, ECF No. 19729]
    - b. The objection was sustained as to Claim No. 175665. The claim was disallowed in its entirety.
14. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Lillian I. Torres Orraca (Claim No. 176310) [Case No. 17-3283, ECF No. 19826]
    - b. The objection was sustained as to Claim No. 176310. The claim was disallowed in its entirety.
15. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Emerina Torres Torres (Claim No. 176046) [Case No. 17-3283, ECF No. 19878]
    - b. The objection was sustained as to Claim No. 176046. The claim was disallowed in its entirety.

### III. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):

1. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Carmen D. Valdez Peralta (Claim No. 174966) [Case No. 17-3283, ECF No. 19881]
    - b. The objection was sustained as to Claim No. 174966. The claim was disallowed in its entirety.
2. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Maria Isabel Velazquez (Claim No. 175171) [Case No. 17-3283, ECF No. 19802]
    - b. The objection was sustained as to Claim No. 175171. The claim was disallowed in its entirety.
3. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    - a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Leticia Velez (Claim No. 176054) [Case No. 17-3283, ECF No. 19829]
    - b. The objection was sustained as to Claim No. 176054. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

4. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. Response to Four Hundred Third Omnibus Objection to Claims, filed by Maria T. Ydrach Vivoni (Claim No 175538) [Case No. 17-3283, ECF No. 19753]
    b. The objection was sustained as to Claim No. 175538. The claim was disallowed in its entirety.
5. Four Hundred Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19552]
    a. No response to Four Hundred Third Omnibus Objection to Claim by Ivan Soto Jimenez (Claim No. 170231)
    b. FOMB to confirm information regarding a settlement offer as alleged by claimant.
    c. The objection was sustained as to Claim No. 170231. The claim was disallowed in its entirety.
6. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. No response to Four Hundred Fourth Omnibus Objection to Claims by Maria Del C. Bernazard Garcia (Claim No. 177508)
    b. The objection was sustained as to Claim No. 177508. The claim was disallowed in its entirety.
7. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Regina Cruz Davila (Claim No. 177215) [Case No. 17-3283, ECF No. 21236]
    b. The objection was sustained as to Claim No. 177215. The claim was disallowed in its entirety.
8. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Doris Diaz de Gonzalez (Claim No. 176671) [Case No. 17-3283, ECF No. 21237]
    b. The objection was sustained as to Claim No. 176671. The claim was disallowed in its entirety.
9. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Lourdes Febre Santiago (Claim No. 178025) [Case No. 17-3283, ECF No. 22884]
    b. The objection was sustained as to Claim No. 178025. The claim was disallowed in its entirety.
10. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

- a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by William Lopez Torres (Claim No. 178015) [Case No. 17-3283, ECF No. 19824]
- b. The objection was sustained as to Claim No. 178015. The claim was disallowed in its entirety.

11. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    - a. No response to Four Hundred Fourth Omnibus Objection to Claims by Ana Hilda Marin Jurado (Claim No. 179150)
    - b. The objection was sustained as to Claim No. 179150. The claim was disallowed in its entirety.

12. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    - a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Yazmin Martinez Cole (Claim No. 177243) [Case No. 17-3283, ECF No. 19886]
    - b. The objection was sustained as to Claim No. 177243. The claim was disallowed in its entirety.

13. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    - a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Arleen J. Nieves Correa (Claim No. 178210) [Case No. 17-3283, ECF No. 22358]
    - b. The objection was sustained as to Claim No. 178210. The claim was disallowed in its entirety.

14. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    - a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Salvador S. Rivera Peña (Claim No. 177761) [Case No. 17-3283, ECF No. 20270]
    - b. The objection was sustained as to Claim No. 177761. The claim was disallowed in its entirety.

15. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    - a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Carmen Alicia Santiago Ducos (Claim No. 177513) [Case No. 17-3283, ECF No. 21238]
    - b. The objection was sustained as to Claim No. 177513. The claim was disallowed in its entirety.

**Continued Claim Objections Hearing set for April 26, 2023 at 9:30 AM (AST), before Judge Laura Taylor Swain.**

3:17-BK-3283 (LTS)
Hearing on Adjourned Omnibus Objections to Claims – April 25, 2023

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk