# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

*Morning Session:*
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 1:01 PM (AST)
*Afternoon Session:*
Set: 2:05 PM (AST)
Started: 2:11 PM (AST)
Ended: 3:00 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: April 26, 2023
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker
CONTRACT INTERPRETER:   María Cristina Colón- Irizarry
COURT INTERPRETER: Carlos Ravelo
CSO: Luis Bruno

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br>PROMESA Title III<br><br><br><br>(Jointly Administered) |

**Further Hearing on Adjourned Omnibus Objections to Claims held.**

  Attorneys Laura Stafford and Gabriel Miranda Rivera, counsel for the Financial Oversight and Management Board, were present in court.

  The agenda was filed at DE #24044 in 17-3283.

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

**IV. CONTESTED CLAIM OBJECTIONS (beginning at 9:30 a.m. Atlantic Standard Time):**

1. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Olga Santiago Arce (Claim No. 177932) [Case No. 17-3283, ECF No. 20121]
    b. The objection was sustained as to Claim No. 177932. The claim was disallowed in its entirety.
2. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Maria Serrano Vazquez (Claim No. 177092) [Case No. 17-3283, ECF No. 21234]
    b. The objection was sustained as to Claim No. 177092. The claim was disallowed in its entirety.
3. Four Hundred Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19553]
    a. Response to Four Hundred Fourth Omnibus Objection to Claims, filed by Sylvia Vila Solano (Claim No. 177099) [Case No. 17-3283, ECF No. 21235]
    b. The objection was sustained as to Claim No. 177099. The claim was disallowed in its entirety.
4. Four Hundred Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19555]
    a. Response to Four Hundred Sixth Omnibus Objection to Claims, filed by Marilyn Cintron Serrano (Claim No. 16103) [Case No. 17-3283, ECF No. 19799]
    b. The objection was conditionally sustained as to Claim No. 16103. The claim was disallowed in its entirety subject to supplementation re: the Beltran Cintron litigation master claim.
5. Four Hundred Twelfth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 19559]
    a. Response to Four Hundred Twelfth Omnibus Objection to Claims, filed by Jorge Martinez Garcia (Claim No. 177629) [Case No. 17-3283, ECF No. 19726]
    b. The objection was sustained as to Claim No. 177629. The claim was disallowed in its entirety.
6. Four Hundred Fourteenth Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 20040]
    a. No response on file to the Four Hundred Fourteenth Omnibus Objection to Claims by Maira Ivet Feliciano Rosado (Claim No. 179662)
    b. Ms. Feliciano Rosado was heard on the record with the assistance of the contract interpreter.

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

- c. The objection was sustained as to Claim No. 179662. The claim was disallowed in its entirety.

7. Four Hundred Thirty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20487]
    - a. Response to Four Hundred Thirty-Second Omnibus Objection to Claims, filed by Rafael A. Carrasquillo Nieves (Claim No. 15774) [Case No. 17-3283, ECF No. 20641]
    - b. Mr. Carrasquillo Nieves was heard on the record with the assistance of the contract interpreter.
    - c. The objection was overruled as to Claim No. 15774.

8. Four Hundred Thirty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20487]
    - a. Response to Four Hundred Thirty-Second Omnibus Objection to Claims, filed by Ramon A. Lopez Alvarado (Claim Nos. 128175, 162758) [Case No. 17-3283, ECF No. 22896]
    - b. The objection was sustained as to Claim Nos. 128175, 162758. Both claims were reclassified as claims against PREPA.

9. Four Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20495]
    - a. Response to Four Hundred Thirty-Seventh Omnibus Objection to Claims, filed by Alberto Vega Zayas (Claim Nos. 135965, 136952, 140056, 140676) [Case No. 17-3283, ECF No. 21010]
    - b. The objection was sustained as to Claim Nos. 135965, 136952, 140056, 140676. The claims were disallowed in their entirety.

10. Four Hundred Thirty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20497]
    - a. Response to Four Hundred Thirty-Ninth Omnibus Objection to Claims, filed by George & Theresa Rauscher (Claim No. 179635) [Case No. 17-3283, ECF No. 20581]
    - b. The objection was sustained as to Claim No. 179635. The claim was disallowed in its entirety.

11. Four Hundred Thirty-Ninth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20497]
    - a. No response on file to Four Hundred Thirty-Ninth Omnibus Objection to Claims by Carmen Yolanda Rivera (Claim No. 31525)
    - b. The objection was sustained as to Claim No. 31525. The claim was disallowed in its entirety.

V. **CONTESTED CLAIM OBJECTIONS (beginning at 10:30 a.m. Atlantic Standard Time):**

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

1. Four Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20501]
    a. Response to Four Hundred Forty-Third Omnibus Objection to Claims, filed by Luz M. Acevedo Mercado (Claim No. 104914) [Case No. 17-3283, ECF No. 20601]
    b. Subject to supplementation, the objection was sustained as to Claim No. 104914. The claim was disallowed in its entirety.
2. Four Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20501]
    a. No response on file to Four Hundred Forty-Third Omnibus Objection to Claims by Irma Iris Arocho Vidal (Claim No. 151713)
    b. The objection was sustained as to Claim No. 151713. The claim was disallowed in its entirety.
    c. FOMB to supplement the proposed order with additional information on the litigation referenced by the claimant.
3. Four Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20501]
    a. No response on file to Four Hundred Forty-Third Omnibus Objection to Claims by Ivette De Jesus Rivas (Claim No. 90011)
    b. The objection was sustained as to Claim No. 90011. The claim was disallowed in its entirety.
4. Four Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20501]
    a. No response on file to Four Hundred Forty-Third Omnibus Objection to Claims by Rosa Margarita Sanchez (Claim No. 80168)
    b. The objection was sustained as to Claim No. 80168. The claim was disallowed in its entirety.
5. Four Hundred Forty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20501]
    a. No response on file to Four Hundred Forty-Third Omnibus Objection to Claims by
       Evangelina Tenorio Gonzalez (Claim No. 125306)
    b. The objection was sustained as to Claim No. 125306. The claim was disallowed in its entirety.
6. Four Hundred Forty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20504]
    a. Response to Four Hundred Forty-Eighth Omnibus Objection to Claims, filed by Miriam Sanchez Lebron (Claim No. 17433) [Case No. 17-3283, ECF No. 20646]

- b. Ms. Sanchez Lebron was heard on the record with the assistance of the contract interpreter.
- c. The objection was sustained as to Claim No. 17433. The claim was disallowed in its entirety.

7. Four Hundred Fifty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20784]
    - a. Response to Four Hundred Fifty-Third Omnibus Objection to Claims, filed by Ortiz Romero (Claim No. 31895)
    - b. The objection was sustained as to Claim No. 31895. The claim was disallowed in its entirety.

8. Four Hundred Fifty-Third Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20784]
    - a. Response to Four Hundred Fifty-Third Omnibus Objection to Claims, filed by Benivette Rentas Cruz (Claim No. 84345-1) [Case No. 17-3283, ECF No. 21595]
    - b. The objection was sustained as to Claim No. 84345-1. The claim was disallowed in its entirety.

9. Four Hundred Sixtieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20791]
    - a. No response on file to Four Hundred Sixtieth Omnibus Objection to Claims, filed by Jose M. Alamo Cuevas (Claim No. 147357)
    - b. The objection was sustained as to Claim No. 147357. The claim was disallowed in its entirety.

10. Four Hundred Sixty-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 20796]
    - a. Response to Four Hundred Sixty-Fifth Omnibus Objection to Claims, filed by Miriam Sanchez Lebron (Claim Nos. 17230, 173831) [Case No. 17-3283, ECF No. 21075]
    - b. Ms. Sanchez Lebron was heard on the record with the assistance of the contract interpreter.
    - c. The objection was adjourned. FOMB was directed to meet and confer with the claimant.

11. Four Hundred Seventy-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21426]
    - a. No response on file to Four Hundred Seventy-Fifth Omnibus Objection to Claim by

        Heriberto Arocho Rivera (Claim No. 169996)
    - b. The objection was sustained as to Claim No. 169996. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

12. Four Hundred Seventy-Fifth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21426]
    a. Response to Four Hundred Seventy-Fifth Omnibus Objection to Claims, filed by Jeremy Morales Pagan (Claim No. 122217-2) [Case No. 17-3283, ECF No. 21691]
    b. The objection was sustained as to Claim No. 122217-2. The claim was disallowed in its entirety.
13. Four Hundred Seventy-Sixth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21428]
    a. Response to Four Hundred Seventy-Sixth Omnibus Objection to Claims, filed by Aurelio Moreno Soto (Claim No. 67535) [Case No. 17-3283, ECF No. 21799]
    b. The objection was sustained as to Claim No. 67535. The claim was disallowed in its entirety.
14. Four Hundred Eighty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 21733]
    a. Response to Four Hundred Eighty-Fourth Omnibus Objection to Claims, filed Heliodora Alicea Rodriguez (Claim No. 104126) [Case No. 17-3283, ECF No. 22600]
    b. The objection was sustained as to Claim No. 104126. The claim was disallowed in its entirety.

**VI. CONTESTED CLAIM OBJECTIONS (beginning at 11:30 a.m. Atlantic Standard Time):**

1. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]
    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Asunción Colón Ramos (Claim No. 26149) [Case No. 17-3283, ECF No. 22652]
    b. The objection was sustained as to Claim No. 26149. The claim was disallowed in its entirety.
2. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]
    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Juan L. Dávila Pérez (Claim No. 18345) [Case No. 17-3283, ECF No. 22654]
    b. The objection was sustained as to Claim No. 18345. The claim was disallowed in its entirety.
3. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]
    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

    Nelson Maysonet Martinez (Claim No. 18312) [Case No. 17-3283, ECF No. 22651]

    b. The objection was sustained as to Claim No. 18312. The claim was disallowed in its entirety.

4. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]

    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Gerardo J. Ramos Velázquez (Claim No. 29276) [Case No. 17-3283, ECF No. 22656]

    b. The objection was sustained as to Claim No. 29276. The claim was disallowed in its entirety.

5. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]

    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Arnold Rodriguez Sanchez (Claim No. 26848) [Case No. 17-3283, ECF No. 22655]

    b. The objection was sustained as to Claim No. 26848. The claim was disallowed in its entirety.

6. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]

    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Raul Santini Rivera (Claim No. 24826) [Case No. 17-3283, ECF No. 22657]

    b. The objection was sustained as to Claim No. 24826. The claim was disallowed in its entirety.

7. Five Hundred Fourteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22251]

    a. Response to Five Hundred Fourteenth Omnibus Objection to Claims, filed by Myrtelina Torres Berríos (Claim No. 28933) [Case No. 17-3283, ECF No. 22653]

    b. The objection was sustained as to Claim No. 28933. The claim was disallowed in its entirety.

8. Five Hundred Eighteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22247]

    a. Response to Five Hundred Eighteenth Omnibus Objection to Claims by Vilma Maldonado Reyes (Claim No. 12237)

    b. The objection was sustained as to Claim No. 12237. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

9. Five Hundred Eighteenth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22257]
    a. Response to Five Hundred Twenty-Second Omnibus Objections to Claims, filed by Luz Esther Rivera Cuevas (Claim No. 14673) [Case No. 17-3283, ECF No. 23299]
    b. The objection was sustained as to Claim No. 14673. The claim was liquidated, and was allowed in the amount of $230.40.

10. Five Hundred Thirty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22740]
    a. Response to Five Hundred Thirty-Seventh Omnibus Objections to Claims, filed by Efrain Marquez Guzman (Claim No. 7743) [Case No. 17-3283, ECF No. 22852]
    b. The objection was sustained as to Claim No. 7743. The claim was disallowed in its entirety.

11. Five Hundred Thirty-Eighth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 22741]
    a. Response to Five Hundred Thirty-Eighth Omnibus Objections to Claims, filed by Maria V. Perez Rodriguez (Claim No. 16333) [Case No. 17-3283, ECF No. 22853]
    b. The objection was sustained as to Claim No. 16333. The claim was reclassified as a claim against PREPA.

12. Five Hundred Fifty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 23092]
    a. No response on file to Five Hundred Fifty-Seventh Omnibus Objections to Claims by Lilliam L. Rivera Salerna (Claim No. 152871)
    b. The objection was sustained as to Claim No. 152871. The claim was disallowed in its entirety.

13. Five Hundred Fifty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 23092]
    a. No response on file to Five Hundred Fifty-Seventh Omnibus Objections to Claims by Carmen Astacio Pagan (Claim No. 111964)
    b. The objection was sustained as to Claim No. 111964. The claim was disallowed in its entirety.

3:17-BK-3283 (LTS)
Further Hearing on Adjourned Omnibus Objections to Claims – April 26, 2023

**DRA Bond Issue Hearing set for May 10, 2023, at 2:00 PM (AST), before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk