# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
    as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO, et al.,            :   (Jointly Administered)
                                                    :
    Debtors.¹                                       :
------------------------------------------------------------------------ x
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
    as representative of                            :   Case No. 17-BK-4780 (LTS)
                                                    :
PUERTO RICO ELECTRIC POWER AUTHORITY,               :
                                                    :
    Debtor.                                         :
------------------------------------------------------------------------ x
```

**THIRD AMENDED NOTICE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING DEPOSITIONS, PURSUANT TO FED. R. CIV. P. 30, IN CONNECTION WITH PREPA'S TITLE III PLAN OF ADJUSTMENT**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedures and section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, the Official Committee of Unsecured Creditors (the "Committee")[2] will take the depositions upon oral examination of:

- The same persons, and at the same dates, times, and locations, set forth in the *Fifth Amended Notice of Depositions Pursuant to Fed. R. Civ. P. 30 by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association, in Connection with PREPA's Title III Plan of Adjustment* [Docket No. 3502],[3] or at such other times and places as agreed upon by the parties (within the topics identified for each of those persons to be deposed, the Committee is expanding "certain bondholders" to "certain unsecured creditors (including but not limited to those with whom no settlement has been reached)");

- The same designee(s) and topics, and at the same dates, times, and locations, set forth in and pursuant to the *Notice of Deposition to The Puerto Rico Fiscal Agency And Financial Advisory Authority in Connection with PREPA's Title III Plan of Adjustment Pursuant to Fed. R. Civ. P. 30(b)(6) by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association* [Docket No. 3420], to commence on **May 12, 2023 at 9:30 a.m. (EST)** at the offices of

---

[2] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Plan or Disclosure Statement (as defined below).

[3] Unless otherwise specified, references to the docket are to Case No. 17-BK-04780-LTS.

2

- Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 or at such other times and places as agreed upon by the parties.

- The same designee(s) and topics, and at the same dates, times, and locations, set forth in and pursuant to the *Notice of Deposition to Puerto Rico Electric Power Authority in Connection with PREPA's Title III Plan of Adjustment Pursuant to Fed. R. Civ. P. 30(b)(6) by the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association* [Docket No. 3421], to commence on **May 12, 2023 at 9:30 a.m. (EST)** at the offices of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036 or at such other times and places as agreed upon by the parties.

- The organizational representative(s) of, and to be designated by, the Financial Oversight and Management Board for Puerto Rico,[4] was previously noticed to commence on **May 16, 2023 at 9:00 a.m. (EST)** at the offices of Paul Hastings LLP, 200 Park Avenue New York, NY 10166, or at such other times and places as agreed upon by the parties, on each of the following topics:

    i. The estimated value, range of potential values, and cap applicable to General Unsecured Claims;

    ii. Legacy Charge Revenues and post-Petition modifications of rates (including the structure of rates) charged to PREPA customers;

---

[4] Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedures and section 310 of the Puerto Rico Oversight, Management and Economic Stability Act.

3

iii. Characteristics of the Series A Bonds and Series B Bonds, including in comparison of each's attributes to the other;

iv. The Fuel Line Lender PSA, including all of the proposed settlements embodied within the Fuel Line Lender PSA, qualification of any claim by the Fuel Line Lenders and Committee as Current Expenses (as defined in the Trust Agreement), applicability or inapplicability of Current Expenses to the Committee, PREPA's determination of (and discretion in determining qualification of) claims as Current Expenses, and whether the Fuel Line Lender PSA is in the best interests of creditors;

v. The rationale for treating the general unsecured creditors differently from the Fuel Line Lenders as it relates to payment of, or priority of, Current Expenses;

vi. The National PSA and National Settlement, including whether the foregoing are in the best interests of creditors, the components of the foregoing (*e.g.,* the National Reimbursement Claim, National Insured Bonds Claims, and the structuring fees described in Article II.D.2 of the Plan), and the explanation for the change in position as to National being entitled to any recovery or recourse beyond the Sinking Fund;

vii. Assets of PREPA available for the repayment of creditors, including whether assets are "essential" to operations of, or provide an "essential service" of, the Debtor;

  viii. The Avoidance Actions Trust, including the litigations and claims transferred and not transferred to that trust (and the estimated value thereof);

  ix. ACR Procedures;

  x. Payments made relating to pre-Petition unsecured claims, including records and documents memorializing such payments, and decisions to pay, or not to pay, any pre-Petition unsecured claims.

The Financial Oversight and Management Board for Puerto Rico has either objected to this aspect of this notice or designated individuals who were otherwise noticed to be deposed. As such, no designees are expected to appear at the noticed date, time, and location.

- The deposition of **David Brownstein** will commence on **May 16, 2023 at 9:30 a.m. (EST)** at the offices of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036. The topics of Mr. Brownstein's deposition will include, without limitation, the Plan, the Disclosure Statement, any work performed by Mr. Brownstein in connection with the Plan or the Disclosure Statement, the Plan's feasibility, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, the Legacy Charge, the New Bonds, and any other topic Mr. Brownstein may reasonably be assumed to have knowledge about relevant to the Plan's confirmability.

- The deposition of **Sebastian Edwards** will commence remotely on **May 17, 2023 at 9:30 a.m. (AST)** at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036. The topics of Dr. Edwards' deposition will include, without limitation: the subject matter set forth in the *Expert Report of Sebastian Edwards April 28, 2023* [ECF No. 3423-1 in Case No. 17-04780-LTS]; Dr. Edwards' qualifications; Dr. Edwards' history testifying in other cases; and the details of any compensation Dr. Edwards received for testifying in this case. To observe or participate in Dr. Edwards' deposition remotely, please use the following link:

    **https://proceedings.veritext.com/?token=c52c1e12f6e4a5130fc305b9926ecee3**

- The deposition of **Thomas Sanzillo** will commence remotely on **May 19, 2023 at 9:30 a.m. (AST)**. The topics of Mr. Sanzillo's deposition will include, without limitation: the subject matter set forth in the *Expert Declaration of Mr. Thomas Sanzillo in Support of the Unión de Trabajadores de la Industria Eléctrica y Riego Inc.'s Objection to the Confirmation of the Puerto Rico Electric Power Authority's Plan of Adjustment* [ECF No. 3416-1 in Case No. 17-04780-LTS]; Mr. Sanzillo's qualifications; Mr. Sanzillo's history testifying in other cases; and the details of any compensation Mr. Sanzillo received for testifying in this case. To observe or participate in Mr. Sanzillo's deposition remotely, please use the following link:

    **https://proceedings.veritext.com/?token=3a15827f9a1c1732452868aaeab416d5**

6

- The deposition of **Mark Shankweiler** of Berkeley Research Group will commence on **May 22, 2023 at 9:00 a.m. (EST)** at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, or at such other times and places as agreed upon by the parties. The topics of Mr. Shankweiler's deposition will include, without limitation, the estimate of General Unsecured Claims, the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3296] (as it may be amended modified, or supplemented, the "Plan"), the *Disclosure Statement for the Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [Docket No. 3297] (as it may be amended modified, or supplemented, the "Disclosure Statement"), any work performed by Mr. Shankweiler in connection with the Plan or the Disclosure Statement, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, whether the Plan was proposed in good faith, the Legacy Charge, the 2019 RSA, the New Bonds, and any other topic Mr. Shankweiler may reasonably be assumed to have knowledge about relevant to the Plan's confirmability. For remote access to this deposition, please use the following link: **https://proceedings.veritext.com/?token=b737f9924210dac81c52152eadf8c772**

- **Justin Peterson** – to commence on **May 23, 2023 at 9:00 a.m. (EST)** at the offices of Paul Hastings LLP, 200 Park Avenue New York, NY 10166, or at such other times and places as agreed upon by the parties. The topics of Mr. Peterson's deposition will include, without limitation, the Plan, the Disclosure Statement, Mr. Peterson's prior statements regarding the foregoing and payment of creditors, whether the Plan is in the best interest of creditors, whether the Plan unfairly discriminates against certain unsecured creditors (including but not limited to those with whom no settlement has been reached), whether the Plan is fair and equitable, whether and under what other conditions the Plan could be made effective and consummated, whether the Plan was proposed in good faith, the Legacy Charge, the 2019 RSA, the New Bonds, and any other topic Mr. Peterson may reasonably be assumed to have knowledge about relevant to the Plan's confirmability. For remote access to this deposition, please use the following link:

  **https://proceedings.veritext.com/?token=fe20370ecfc016d4bcecfe8ffe0c1c12**

- The deposition of **Gary Strumeyer** will commence on **May 24, 2023 at 9:30 a.m.** at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036. The topics of Mr. Strumeyer's deposition will include, without limitation: the subject matter set forth in the *Expert Report of Gary Strumeyer* [ECF No. 3423-2 in Case No. 17-04780-LTS]; Mr. Strumeyer's qualifications; Mr. Strumeyer's history testifying in other cases; and the details of any compensation Mr. Strumeyer received for testifying in this case. For remote access to this deposition, please use the following link:

**https://proceedings.veritext.com/?token=1425065e1894424a399a9003f7fd0ed
c**

- The deposition of **Ramón Luis Nieves** will commence remotely on **May 25, 2023 at 9:30 a.m. (AST)**. The topics of Mr. Nieves' deposition will include, without limitation: the subject matter set forth in the Expert Testimony – Ramón Luis Nieves, Esq. on Behalf of Puerto Rico Institute for Competitiveness and Sustainable Economy (ICSE-PR) [ECF No. 24087-1 in Case No. 17-03283-LTS]; Mr. Nieves' qualifications; Mr. Nieves' history testifying in other cases; and the details of any compensation Mr. Nieves received for testifying in this case. For remote access to this deposition, please use the following link: **https://proceedings.veritext.com/?token=effc68fa590ae005c1db0c1485349db
d**

- The deposition of **Victor Luis González** will commence remotely on **May 26, 2023 at 9:30 a.m. (AST)**. The topics of Mr. Luis González's deposition will include, without limitation: the topics of Mr. Luis González's expected testimony, as set forth in Party in Interest's Preliminary Fact Witness List, Case No. 17-bk-4780, ECF No. 3348. For remote access to this deposition, please use the following link: **https://proceedings.veritext.com/?token=82c3b24e3b962be213353ee49a078a
e1**

- The deposition of **Maureen M. Chakraborty** will commence on **May 26, 2023 at 9:30 a.m.** at the offices of Proskauer Rose LLP, Eleven Times Square, New York, NY. The topics of Dr. Chakraborty's deposition will include, without

9

limitation: the subject matter set forth in the Expert Report of Maureen M. Chakraborty, Ph.D. [ECF No. 197-1 in Case No. 19-00391-LTS] and the Rebuttal Expert Report of Maureen M. Chakraborty, Ph.D. [ECF No. 3503-1 in Case No. 17-BK-4780-LTS]; Dr. Chakraborty's qualifications; Dr. Chakraborty's history testifying in other cases; and the details of any compensation Dr. Chakraborty received for testifying in this case. For remote access to this deposition, please use the following link:

**https://proceedings.veritext.com/?token=524330651fe0f9323f73869cf645a70e**

- The deposition of **José Israel Alameda Lozada** will commence remotely on **May 26, 2023 at 9:30 a.m. (AST)**. The topics of Dr. Alameda's deposition will include, without limitation: the subject matter set forth in the Expert Declaration of Dr. José Israel Alameda Lozada in Support of the Employees' Retirement System of Puerto Rico Electric Power Authority's Objection to the Confirmation of the Puerto Rico Electric Power Authority's Plan of Adjustment [ECF No. 3427-1 in Case No. 17-04780-LTS]; the subject matter set forth in the Rebuttal Expert Declaration of Dr. José Israel Alameda Lozada in Support of the Employees' Retirement System of Puerto Rico Electric Power Authority's Objection to the Confirmation of the Puerto Rico Electric Power Authority's Plan of Adjustment [ECF No. 3501-1 in Case No. 17-04780-LTS]; Dr. Alameda's qualifications; Dr. Alameda's history testifying in other cases; and the details of any compensation Dr. Alameda received for testifying in this case. For remote access to this deposition, please use the following link:

**https://proceedings.veritext.com/?token=c6ce423fe042d21d69d8cb25868fe078**

- **LUMA Energy, LLC and LUMA ServCo, LLC** (collectively "**LUMA**") will be required to appear and provide testimony at a deposition on **May 26, 2023 at 9:30 a.m.** at the offices of Kramer Levin Naftalis & Frankel, LLP, 1177 Avenue of the Americas, New York, NY 10036, or at such other time and place as agreed to by the parties, pursuant to the Ad Hoc Group's Notice of Subpoena for the 30(b)(6) Deposition Testimony of LUMA [Docket No. 3523]. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and video.

- The deposition of **Dr. Ramón Cao** will commence remotely on **May 30, 2023 at 9:30 a.m. (AST)**. The topics of Dr. Cao's deposition will include, without limitation: the subject matter set forth in Expert Testimony-Ramón Cao [ECF No. 24087-2 in Case No. 17-03283-LTS]; Dr. Cao's qualifications; Dr. Cao's history testifying in other cases; and the details of any compensation Dr. Cao received for testifying in this case. For remote access to this deposition, please use the following link:

  **https://proceedings.veritext.com/?token=f71c79975bc81100497a491025a2d81b**

- The deposition of Susan Tierney, Ph.D. will commence remotely on **May 31, 2023 at 9:30 a.m. (EST).** The topics of Dr. Tierney's deposition will include, without limitation: the subject matter set forth in the *Expert Report of Susan*

11

*Tierney, Ph.D.* [ECF No. 3423-2 in Case No. 17-BK-4780-LTS] and the *Rebuttal Expert Report of Susan Tierney, Ph.D.* [ECF No. 3503-3 in Case No. 17-BK-4780-LTS]; Dr. Tierney's qualifications; Dr. Tierney's history testifying in other cases; and the details of any compensation Dr. Tierney received for testifying in this case. For remote access to this deposition, please use the following link: **https://proceedings.veritext.com/?token=9486d51d7f3c60f6ce0887091e549173**

- The deposition of **Dr. Agustín Irizarry-Rivera** will commence remotely on **June 2, 2023 at 9:30 a.m. (AST)**. The topics of Dr. Irizarry-Rivera's deposition will include, without limitation: the subject matter set forth in the Expert Report of Agustín Irizarry-Rivera [ECF No. 3414-1 in Case No. 17-04780-LTS]; Dr. Irizarry-Rivera's qualifications; Dr. Irizarry-Rivera's history testifying in other cases; and the details of any compensation Dr. Irizarry-Rivera received for testifying in this case. For remote access to this deposition, please use the following link:

    **https://proceedings.veritext.com/?token=3668f02b99a08e1eb568588bcd4e4984**

- Any other person noticed for deposition by any other party or participant, and any person designated pursuant to any notice of deposition directed to an organization.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves the right to notice additional depositions in accordance with in the *Amended and Restated Order Establishing,*

12

*Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [Docket No. 3305].

Each deposition will be taken upon oral examination in person (or by videoconference or by telephone) before a notary public or other person authorized by law to administer oaths and will be recorded stenographically and will be videotaped with an audio recording.

Dated: May 19, 2023
      New York, New York

/s/ G. Alexander Bongartz
PAUL HASTINGS LLP
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

14

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I caused copies of the foregoing document to be served on the following individuals via electronic mail:

**TORO COLÓN MULLET P.S.C.**

Manuel Fernández-Bared
USDC-PR No. 204,204
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760
E-mail: mfb@tcm.law

Linette Figueroa-Torres
USDC-PR No. 227,104
E-mail: lft@tcm.law

Nayda Perez-Roman
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*Counsel for the Ad Hoc Group of PREPA Bondholders*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Amy Caton*
Thomas Moers Mayer*
Alice J. Byowitz*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

Gary A. Orseck*
Matthew M. Madden*
2000 K Street NW, 4th Floor
Washington D.C., 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
Email:   gorseck@kramerlevin.com
         mmadden@kramerlevin.com

*\*Admitted Pro Hac Vice*

*Counsel for the Ad Hoc Group of PREPA Bondholders*

15

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| Heriberto Burgos Pérez<br>USDC-PR No. 204,809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR No. 203,114<br>Diana Pérez-Seda<br>USDC–PR No. 232,014<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Tel.: (787) 756-1400<br>Fax: (787) 756-1401<br>E-mail: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>Casey J. Servais*<br>William J. Natbony*<br>Thomas J. Curtin*<br>200 Liberty Street<br>New York, New York 10281<br>Tel.: (212) 504-6000<br>Fax: (212) 406-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>casey.servais@cwt.com<br>bill.natbony@cwt.com<br>thomas.curtin@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *\*Admitted Pro Hac Vice*<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

Rafael Escalara
USDC-PR No. 122,609

Sylvia M. Arizmendi
USDC-PR No. 210,714

Carlos R. Rivera-Ortiz
USDC–PR No. 303,409
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Tel.: (787) 777-8888
Fax: (787) 765-4225
E-mail: escalara@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com

*Counsel for Syncora Guarantee, Inc.*

Susheel Kirpalani*
Daniel Salinas
USDC-PR No. 224,006
Eric Kay*
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Tel.: (212) 849-7000
Fax: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
danielsalias@quinnemanuel.com
erickay@quinnemanuel.com

* *Admitted Pro Hac Vice*

*Counsel for Syncora Guarantee, Inc.*

<div style="display: flex;">

**RIVERA, TULLA & FERRER LLC**

Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

*Counsel for U.S. Bank National Association, in its Capacity as Trustee*

**MASLON LLP**

Clark T. Whitmore (admitted *pro hac vice*)
Michael C. McCarthy (*pro hac vice pending*)
John Duffey (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Tel.: (612) 672-8200
Fax: (612) 672-8397
Email: clark.whitmore@maslon.com
       mike.mccarthy@maslon.com
       john.duffey@maslon.com
       jason.reed@maslon.com

*\* Admitted Pro Hac Vice*

*Counsel for U.S. Bank National Association, in its Capacity as Trustee*

</div>

| **PROSKAUER ROSE LLP** | **A&S LEGAL STUDIO, PSC** |
|---|---|
| Martin J. Bienenstock | Luis F. del Valle-Emmanuelli |
| Ehud Barak | P.O. Box 79897 |
| Margaret A. Dale | Carolina, Puerto Rico 00984-9897 |
| Michael T. Mervis | Tel. 787.647.3503 |
| Elliot R. Stevens | Fax. N/A |
| (Admitted *Pro Hac Vice*) | |
| Eleven Times Square | Of Counsel for A&S Legal Studio, PSC |
| New York, NY 10036 | 434 Avenida Hostos |
| Tel: (212) 969-3000 | San Juan, PR 00918 |
| Fax: (212) 969-2900 | Tel (787) 751-6764/763-0565 |
| Email: mbienenstock@proskauer.com | Fax (787) 763-8260 |
| ebarak@proskauer.com | Email: dvelawoffices@gmail.com |
| mdale@proskauer.com | |
| mmervis@proskauer.com | *Co-Attorneys for the Financial* |
| estevens@proskauer.com | *Oversight and Management Board, as representative for the Debtors* |

Paul V. Possinger
(Admitted *Pro Hac Vice*)
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551
Email: ppossinger@proskauer.com

Jared M. DuBosar
(Admitted *Pro Hac Vice*)
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
Email: JDuBosar@proskauer.com

*Attorneys for the Financial Oversight and Management Board, as representative for the Debtors*

　　　　　　　　　　　　　　　　　　　　　　*/s/ G. Alexander Bongartz*