IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: THE FINANCIAL OVERSIGHT AND | * | 17-03283 (LTS) |
| MANAGEMENT BOARD FOR PUERTO RICO | * | |
| as representative of THE COMMONWEALTH OF | * | |
| PUERTO RICO, et al., | * | |
| Debtors | | |
| | * | |

**RESPONSE TO FIVE HUNDRED SEVENTY-SEVENTH OMINUBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO REGARDING CLAIM NO. 105874**

To the Honorable Court:

Comes now the creditors Manuel Muñiz Fernandez and Lina Torres Rivera through the undersigned counsel and respectfully responds to the Commonwealth of Puerto Rico's Five Hundred Seventy-Seventh Omnibus Objection to Claim No. 105874:

1. The Claim is valid and hasn't. being paid Debtor is liable to the creditors for the claimed amount.

2. Creditors have judgments, orders and decisions in their favor against Debtor.

WHEREFORE, for the reasons above stated, it is respectfully requested this motion be granted.

CERTIFICATE OF SERVICE: I hereby certify that a copy of this motion has been notified through CM/ECF all parties in this case.

In San Juan, Puerto Rico, May 22, 2023.

S/ Jesús M. Rivera Delgado
JESÚS M. RIVERA DELGADO
USDC-PR-213014
P O Box 22518
San Juan, Puerto Rico 00931
787-765-2615
www.jesusriveradelgado.com