**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ■ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ❑ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ❑ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ❑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ❑ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación DTOP CESCO CAROLINA - DTOCBP |
|---|---|

| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | **P.D.C.M ASSOCIATES, S.E.**<br>———————————————————————————————<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

P.D.C.M ASSOCIATES, S.E.
_____
Name / Nombre

PO BOX 190858
_____
Number / Número       Street / Calle

SAN JUAN   PR        00919-0858
_____
City / Ciudad      State / Estado      ZIP Code / Código postal

(787) 641-8200
_____
Contact phone / Teléfono de contacto

dkopel@realestatepr.net
_____
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número       Street / Calle

_____
City / Ciudad      State / Estado      ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
Filed on / Presentada el _____(MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

DTOP CESCO CAROLINA - DTOCBP

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

| | | |
|---|---|---|
| 8. **How much is the claim?** | $ **437,284.26** | . **Does this amount include interest or other charges?** |
| **¿Cuál es el importe de la reclamación?** | | **¿Este importe incluye intereses u otros cargos?** |
| | | ☐ No / No |
| | RENT BASIC: $248,427.06 | ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| | RENT ADD. -ELECTRICITY: $185,107.20 | Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| | RENT ADD. -WATER: $ 3,750.00 | |

---

**9. What is the basis of the claim?**

**¿Cuál es el fundamento de la reclamación?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúna los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

## LEASE CONTRACT - DTOP CESCO CAROLINA

---

**10. Is all or part of the claim secured?**

**¿La reclamación está garantizada de manera total o parcial?**

☒ No / No

☐ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____
_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $_____

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
_____

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

**¿Esta reclamación está basada en un arrendamiento?**

☐ No / No

☒ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $437,284.26

---

| 12. **Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☑ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>**¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☑ No / No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**    $_____<br><br>**Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☑ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el    26/MAY/2018    (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma    */s/ Rosendo E. Miranda Lopez*

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name    ROSENDO      E.      MIRANDA LOPEZ
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo    CEDITOR'S ATTORNEY

Company / Compañía    _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección    PO BOX 190006
       Number / Número    Street / Calle

       SAN JUAN        PR        00919-0006
       City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto    787-724-3393    Email / Correo electrónico    r.miranda @rmirandalex.net

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 775,071.84 |
| 05/14/14 | chk# 3108630  Deposit Slip 5/14/2014 EAG | | 26,570.78 | 748,501.06 |
| 06/01/14 | Rent Charges (06/14) | 74,250.00 | | 822,751.06 |
| 06/01/14 | Water & Sewer Charge (06/14) | 937.50 | | 823,688.56 |
| 06/03/14 | chk# 3121786  Deposit Slip 6/3/2014 EAG | | 74,250.00 | 749,438.56 |
| 06/03/14 | chk# 3121787  Deposit Slip 6/3/2014 EAG | | 74,250.00 | 675,188.56 |
| 06/03/14 | chk# 3121788  Deposit Slip 6/3/2014 EAG | | 74,250.00 | 600,938.56 |
| 06/17/14 | chk# 3129647  Deposit Slip 6/17/2014 EAG | | 74,250.00 | 526,688.56 |
| 06/24/14 | chk# 3131870  Deposit Slip 6/24/2014 EAG | | 23,138.46 | 503,550.10 |
| 06/24/14 | chk# 3131871  Deposit Slip 6/24/2014 EAG | | 28,713.50 | 474,836.60 |
| 06/30/14 | Electricity Charge (05/14). jmdv | 33,628.80 | | 508,465.40 |
| 07/01/14 | Rent Charges (07/14) | 74,250.00 | | 582,715.40 |
| 07/01/14 | Water & Sewer Charge (07/14) | 937.50 | | 583,652.90 |
| 07/07/14 | chk# 3137840  Deposit Slip 7/7/2014 EAG | | 1,170.56 | 582,482.34 |
| 08/01/14 | Rent Charges (08/14) | 74,250.00 | | 656,732.34 |
| 08/01/14 | Water & Sewer Charge (08/14) | 937.50 | | 657,669.84 |
| 08/08/14 | chk# 3139230  Deposit Slip 8/8/2014 EAG | | 34,506.78 | 623,163.06 |
| 08/25/14 | Electricity Charge (06/14) dvc | 33,985.92 | | 657,148.98 |
| 08/28/14 | Electricity Charge (07/14) dvc | 37,596.80 | | 694,745.78 |
| 09/01/14 | Rent Charges (09/14) | 74,250.00 | | 768,995.78 |
| 09/01/14 | Water & Sewer Charge (09/14) | 937.50 | | 769,933.28 |
| 10/01/14 | Rent Charges (10/14) | 74,250.00 | | 844,183.28 |
| 10/01/14 | Water & Sewer Charge (10/14) | 937.50 | | 845,120.78 |
| 10/08/14 | Electricity Charge (09/14) | 37,854.72 | | 882,975.50 |
| 10/14/14 | Electricity Charge (08/14) | 37,755.52 | | 920,731.02 |
| 10/14/14 | chk# 3178671  Deposit Slip 10/14/2014 EAG | | 34,566.30 | 886,164.72 |
| 10/14/14 | chk# 3175120  Deposit Slip 10/14/2014 EAG | | 74,250.00 | 811,914.72 |
| 10/16/14 | chk# 3175121  Deposit Slip 10/16/2014 EAG | | 74,250.00 | 737,664.72 |
| 11/06/14 | chk# 3183940  Deposit Slip 11/6/2014 EAG | | 34,923.42 | 702,741.30 |
| 11/06/14 | chk# 3183939  Deposit Slip 11/6/2014 EAG | | 74,250.00 | 628,491.30 |
| 11/06/14 | chk# 3184562  Deposit Slip 11/6/2014 EAG | | 38,534.30 | 589,957.00 |
| 11/25/14 | Electricity Charge (10/14) | 37,914.24 | | 627,871.24 |
| 11/26/14 | chk# 3194180  Deposit Slip 11/26/2014 EAG | | 74,250.00 | 553,621.24 |
| 12/11/14 | chk# 3197636  Deposit Slip 12/11/2014 EAG | | 38,693.02 | 514,928.22 |
| 12/12/14 | chk# 3198484  Deposit Slip 12/12/2014 EAG | | 38,792.22 | 476,136.00 |
| 02/20/15 | chk# 3224839  Deposit Slip 2/20/2015 EAG | | 38,851.74 | 437,284.26 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 437,284.26 | 437,284.26 |

# Tenant Ledger

|  |  |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
|  | Balance Forward |  |  | 512,381.22 |
| 12/08/06 | chk# 01851113  Deposit Slip |  | 41,135.20 | 471,246.02 |
| 12/12/06 | Electricity Charge - November 2006 – RG | 27,480.96 |  | 498,726.98 |
| 12/18/06 | chk# 01860041  Deposit Slip |  | 29,373.49 | 469,353.49 |
| 01/01/07 | Rent Charges (01/07) | 67,500.00 |  | 536,853.49 |
| 01/01/07 | Water & Sewer Charge (01/07) | 350.00 |  | 537,203.49 |
| 01/08/07 | Electricity Charge - December 2006 – RG | 24,875.14 |  | 562,078.63 |
| 02/01/07 | Rent Charges (02/07) | 67,500.00 |  | 629,578.63 |
| 02/01/07 | Water & Sewer Charge (02/07) | 350.00 |  | 629,928.63 |
| 02/06/07 | chk# 01885515  Deposit Slip |  | 26,887.47 | 603,041.16 |
| 02/13/07 | Electricity Charge - January 2007 - RG | 21,969.79 |  | 625,010.95 |
| 02/22/07 | Diff. Rent Charges 7/06 to 2/07. New Lea | 54,000.00 |  | 679,010.95 |
| 02/28/07 | chk# 01896378  Deposit Slip |  | 53,056.10 | 625,954.85 |
| 03/01/07 | Rent Charges (03/07) | 74,250.00 |  | 700,204.85 |
| 03/01/07 | Water & Sewer Charge (03/07) | 350.00 |  | 700,554.85 |
| 03/05/07 | Electricity Charge - Feb 2007 - RG | 23,647.10 |  | 724,201.95 |
| 03/14/07 | chk# 01906277  Deposit Slip |  | 668,250.00 | 55,951.95 |
| 04/01/07 | Rent Charges (04/07) | 74,250.00 |  | 130,201.95 |
| 04/01/07 | Water & Sewer Charge (04/07) | 350.00 |  | 130,551.95 |
| 04/16/07 | Electricity Charge - March 2007 - RG | 26,971.78 |  | 157,523.73 |
| 04/17/07 | chk# 01916896  Deposit Slip |  | 22,319.79 | 135,203.94 |
| 04/20/07 | chk# 01921744  Deposit Slip |  | 74,250.00 | 60,953.94 |
| 04/20/07 | chk# 01921743  Deposit Slip |  | 23,997.10 | 36,956.84 |
| 05/01/07 | Rent Charges (05/07) | 74,250.00 |  | 111,206.84 |
| 05/01/07 | Water & Sewer Charge (05/07) | 350.00 |  | 111,556.84 |
| 05/04/07 | Electricity Charge - Abril 07 - nndv | 22,583.81 |  | 134,140.65 |
| 06/01/07 | Rent Charges (06/07) | 74,250.00 |  | 208,390.65 |
| 06/01/07 | Water & Sewer Charge (06/07) | 350.00 |  | 208,740.65 |
| 06/05/07 | Electricity  Charge - May 2007 - nndv | 21,235.97 |  | 229,976.62 |
| 07/01/07 | Rent Charges (07/07) | 74,250.00 |  | 304,226.62 |
| 07/01/07 | Water & Sewer Charge (07/07) | 350.00 |  | 304,576.62 |
| 07/02/07 | chk# 01960597  Deposit Slip yeba |  | 27,321.78 | 277,254.84 |
| 07/02/07 | chk# 01942751  Deposit Slip yeba |  | 148,500.00 | 128,754.84 |
| 07/02/07 | chk# 01971642  Deposit Slip yeba |  | 22,933.81 | 105,821.03 |
| 07/10/07 | chk# 1980927  Deposit Slip yeba |  | 21,585.97 | 84,235.06 |
| 07/11/07 | Electricity Charge (06/07). nndv. | 26,073.22 |  | 110,308.28 |
|  |  |  |  | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 110,308.28 |
| 08/01/07 | Rent Charges (08/07) | 74,250.00 | | 184,558.28 |
| 08/01/07 | Water & Sewer Charge (08/07) | 350.00 | | 184,908.28 |
| 08/13/07 | chk# 01993964  Deposit Slip yeba | | 148,500.00 | 36,408.28 |
| 08/14/07 | Electricity Charge (07/07) | 32,842.37 | | 69,250.65 |
| 09/01/07 | Rent Charges (09/07) | 74,250.00 | | 143,500.65 |
| 09/01/07 | Water & Sewer Charge (09/07) | 350.00 | | 143,850.65 |
| 09/28/07 | chk# 2020027  Deposit Slip 9/28/07 yeba | | 74,250.00 | 69,600.65 |
| 10/01/07 | Rent Charges (10/07) | 74,250.00 | | 143,850.65 |
| 10/01/07 | Water & Sewer Charge (10/07) | 350.00 | | 144,200.65 |
| 10/31/07 | chk# 2028426  Deposit Slip 10/31/07 yeba | | 74,250.00 | 69,950.65 |
| 11/01/07 | Rent Charges (11/07) | 74,250.00 | | 144,200.65 |
| 11/01/07 | Water & Sewer Charge (11/07) | 350.00 | | 144,550.65 |
| 11/06/07 | Electricity Charge (08/07) nndv | 24,695.42 | | 169,246.07 |
| 11/06/07 | Electricity Charge (09/07) nndv | 23,766.91 | | 193,012.98 |
| 11/19/07 | Electricity Charge (10/07). nndv. | 30,416.26 | | 223,429.24 |
| 11/27/07 | chk# 2042946  Deposit Slip 11/27/07 yeba | | 148,500.00 | 74,929.24 |
| 12/01/07 | Rent Charges (12/07) | 74,250.00 | | 149,179.24 |
| 12/06/07 | Water & Sewer Sept 2000 to Dec 2000. nnd | 8,202.81 | | 157,382.05 |
| 12/06/07 | Water & Sewer Chrg 2001. nndv. | 9,497.34 | | 166,879.39 |
| 12/06/07 | Water & Sewer Chrg 2002. nndv. | 11,446.37 | | 178,325.76 |
| 12/06/07 | Water & Sewer Chrg 2003. nndv. | 18,582.36 | | 196,908.12 |
| 12/06/07 | Water & Sewer Chrg 2004. nndv. | 11,657.60 | | 208,565.72 |
| 12/06/07 | Water & Sewer Chrg 2005. ndv. | 6,215.85 | | 214,781.57 |
| 12/06/07 | Water & Sewer Chrg 2006. nndv. | 2,474.89 | | 217,256.46 |
| 12/06/07 | Water & Sewer Jan 2007 to Nov 2007. nndv | 7,247.38 | | 224,503.84 |
| 12/11/07 | Electricity Charge (11/07) nndv. | 21,505.54 | | 246,009.38 |
| 01/01/08 | Rent Charges (01/08) | 74,250.00 | | 320,259.38 |
| 01/01/08 | Water & Sewer Charge (01/08) | 937.50 | | 321,196.88 |
| 01/07/08 | Electricity Charge (12/07) nndv. | 22,209.41 | | 343,406.29 |
| 02/01/08 | Rent Charges (02/08) | 74,250.00 | | 417,656.29 |
| 02/01/08 | Water & Sewer Charge (02/08) | 937.50 | | 418,593.79 |
| 02/12/08 | Electricity Charge (01/08) nndv. | 24,545.66 | | 443,139.45 |
| 02/18/08 | chk# 2077670  Deposit Slip 02/19/08 yeba | | 49,162.33 | 393,977.12 |
| 03/01/08 | Rent Charges (03/08) | 74,250.00 | | 468,227.12 |
| 03/01/08 | Water & Sewer Charge (03/08) | 937.50 | | 469,164.62 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 469,164.62 |
| 03/07/08 | Electricity Charge (02/08) nndv. | 21,041.28 | | 490,205.90 |
| 03/26/08 | chk# 2086961  Deposit Slip 03/26/08 yeba | | 148,500.00 | 341,705.90 |
| 03/26/08 | chk# 2086962  Deposit Slip 03/26/08 yeba | | 30,766.26 | 310,939.64 |
| 04/01/08 | Rent Charges (04/08) | 74,250.00 | | 385,189.64 |
| 04/01/08 | Water & Sewer Charge (04/08) | 937.50 | | 386,127.14 |
| 04/02/08 | Electricity Charge (03/08). nndv. | 26,837.76 | | 412,964.90 |
| 05/01/08 | Rent Charges (05/08) | 74,250.00 | | 487,214.90 |
| 05/01/08 | Water & Sewer Charge (05/08) | 937.50 | | 488,152.40 |
| 05/08/08 | Electricity Charge (04/08). nndv. | 31,366.40 | | 519,518.80 |
| 06/01/08 | Rent Charges (06/08) | 74,250.00 | | 593,768.80 |
| 06/01/08 | Water & Sewer Charge (06/08) | 937.50 | | 594,706.30 |
| 06/03/08 | Electricity Charge (05/08). nndv. | 21,019.42 | | 615,725.72 |
| 07/01/08 | Rent Charges (07/08) | 74,250.00 | | 689,975.72 |
| 07/01/08 | Water & Sewer Charge (07/08) | 937.50 | | 690,913.22 |
| 07/02/08 | Electricity Charge (06/08). nndv. | 29,928.00 | | 720,841.22 |
| 07/02/08 | chk# 2118067  deposit slip 07/02/08 *mgf* | | 47,338.70 | 673,502.52 |
| 07/02/08 | chk# 2116381  deposit slip 07/02/08 *mgf* | | 31,569.41 | 641,933.11 |
| 07/02/08 | chk# 2139978  deposit slip 07/02/08 *mgf* | | 21,978.78 | 619,954.33 |
| 07/02/08 | chk# 2121163  deposit slip 07/02/08 *mgf* | | 222,750.00 | 397,204.33 |
| 07/02/08 | chk# 2135464  deposit slip 07/02/08 *mgf* | | 74,250.00 | 322,954.33 |
| 08/01/08 | Rent Charges | 74,250.00 | | 397,204.33 |
| 08/01/08 | Water & Sewer Charge | 937.50 | | 398,141.83 |
| 08/05/08 | Electricity Charge (07/08). nndv. | 34,104.00 | | 432,245.83 |
| 09/01/08 | Rent Charges (09/08) | 74,250.00 | | 506,495.83 |
| 09/01/08 | Water & Sewer Charge (09/08) | 937.50 | | 507,433.33 |
| 09/03/08 | Electricity Charge (08/08). nndv. | 29,464.00 | | 536,897.33 |
| 10/01/08 | Rent Charges (10/08) | 74,250.00 | | 611,147.33 |
| 10/01/08 | Water & Sewer Charge (10/08) | 937.50 | | 612,084.83 |
| 10/02/08 | chk# 0277542  DEPOSIT SLIP 10/02/08*DVC* | | 222,750.00 | 389,334.83 |
| 10/07/08 | Electricity Charge (09/08). nndv. | 27,028.00 | | 416,362.83 |
| 11/01/08 | Rent Charges (11/08) | 74,250.00 | | 490,612.83 |
| 11/01/08 | Water & Sewer Charge (11/08) | 937.50 | | 491,550.33 |
| 11/03/08 | Electricity Charge (10/08) | 31,343.20 | | 522,893.53 |
| 12/01/08 | Rent Charges (12/08) | 74,250.00 | | 597,143.53 |
| 12/01/08 | Water & Sewer Charge (12/08) | 937.50 | | 598,081.03 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR   00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 598,081.03 |
| 12/02/08 | Electricity Charge (11/08) | 25,659.20 | | 623,740.23 |
| 01/01/09 | Rent Charges (01/09) | 74,250.00 | | 697,990.23 |
| 01/01/09 | Water & Sewer Charge (01/09) | 937.50 | | 698,927.73 |
| 01/12/09 | Electricity Charge (12/08). nndv. | 26,401.60 | | 725,329.33 |
| 02/01/09 | Rent Charges (02/09) | 74,250.00 | | 799,579.33 |
| 02/01/09 | Water & Sewer Charge (02/09) | 937.50 | | 800,516.83 |
| 02/09/09 | Electricity Charge (01/09) nndv, | 27,210.24 | | 827,727.07 |
| 03/01/09 | Rent Charges (03/09) | 74,250.00 | | 901,977.07 |
| 03/01/09 | Water & Sewer Charge (03/09) | 937.50 | | 902,914.57 |
| 03/04/09 | chk# 02200225  DEPOSIT SLIP 03/04/09 DVC | | 74,250.00 | 828,664.57 |
| 03/04/09 | chk# 02199695  DEPOSIT SLIP 03/04/09 DVC | | 147,005.58 | 681,658.99 |
| 03/05/09 | Electricity Charge (02/09). nndv | 19,205.12 | | 700,864.11 |
| 03/09/09 | chk# 02239942  DEPOSIT SLIP 03/09/09 DVC | | 32,280.70 | 668,583.41 |
| 03/09/09 | chk# 02231428  DEPOSIT SLIP 03/09/09 DVC | | 74,250.00 | 594,333.41 |
| 03/09/09 | chk# 02216824  DEPOSIT SLIP 03/06/09 DVC | | 74,250.00 | 520,083.41 |
| 03/09/09 | chk# 02213986  DEPOSIT SLIP 03/09/09 DVC | | 30,401.50 | 489,681.91 |
| 03/19/09 | chk# 02248315  DEPODIT SLIP 03/19/09 DVC | | 27,965.50 | 461,716.41 |
| 04/01/09 | Rent Charges (04/09) | 74,250.00 | | 535,966.41 |
| 04/01/09 | Water & Sewer Charge (04/09) | 937.50 | | 536,903.91 |
| 04/03/09 | Electricity Charge (03/09) nndv | 22,121.60 | | 559,025.51 |
| 04/28/09 | chk# 02258885  DEPOSIT SLIP 04/28/09 | | 26,596.70 | 532,428.81 |
| 05/01/09 | Rent Charges (05/09) | 74,250.00 | | 606,678.81 |
| 05/01/09 | Water & Sewer Charge (05/09) | 937.50 | | 607,616.31 |
| 05/06/09 | chk# 02256095  DEPOSIT SLIP 05/06/09 DVC | | 222,750.00 | 384,866.31 |
| 05/08/09 | Electricity Charge (04/09) nndv. | 24,680.96 | | 409,547.27 |
| 05/20/09 | chk# 02271451  DEPOSIT SLIP 05/20/09 DVC | | 27,339.10 | 382,208.17 |
| 06/01/09 | Rent Charges (06/09) | 74,250.00 | | 456,458.17 |
| 06/01/09 | Water & Sewer Charge (06/09) | 937.50 | | 457,395.67 |
| 06/11/09 | Electricity Charge (05/09) nndv. | 25,355.52 | | 482,751.19 |
| 07/01/09 | Rent Charges (07/09) | 74,250.00 | | 557,001.19 |
| 07/01/09 | Water & Sewer Charge (07/09) | 937.50 | | 557,938.69 |
| 07/02/09 | Electricity Charge (06/09) nndv. | 16,685.44 | | 574,624.13 |
| 07/02/09 | chk# 02289858  DEPOSIT SLIP 07/02/09 DVC | | 148,500.00 | 426,124.13 |
| 07/02/09 | chk# 02289859  DEPOSIT SLIP 07/03/09 DVC | | 74,250.00 | 351,874.13 |
| 07/22/09 | chk# 02300565  DEPOSIT SLIP 07/22/09 DVC | | 71,349.46 | 280,524.67 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR   00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 280,524.67 |
| 07/22/09 | chk# 02306978  DEPOSIT SLIP 07/17/09 DVC | | 25,618.46 | 254,906.21 |
| 08/01/09 | Rent Charges (08/09) | 74,250.00 | | 329,156.21 |
| 08/01/09 | Water & Sewer Charge (08/09) | 937.50 | | 330,093.71 |
| 09/01/09 | Rent Charges (09/09) | 74,250.00 | | 404,343.71 |
| 09/01/09 | Water & Sewer Charge (09/09) | 937.50 | | 405,281.21 |
| 09/01/09 | Electricity Charge (07/09) nndv. | 33,058.46 | | 438,339.67 |
| 09/03/09 | Electricity Charge (08/09) | 18,371.84 | | 456,711.51 |
| 09/15/09 | chk# 02336629  D. S . 09/15/09 DVC | | 74,250.00 | 382,461.51 |
| 09/15/09 | chk# 02337663  D. S . 09/15/09 DVC | | 74,250.00 | 308,211.51 |
| 09/15/09 | chk# 02336630  D. S . 09/15/09 DVC | | 74,250.00 | 233,961.51 |
| 10/01/09 | Rent Charges (10/09) | 74,250.00 | | 308,211.51 |
| 10/01/09 | Water & Sewer Charge (10/09) | 937.50 | | 309,149.01 |
| 10/06/09 | Electricity Charge (09/09). nndv. | 25,891.20 | | 335,040.21 |
| 11/01/09 | Rent Charges (11/09) | 74,250.00 | | 409,290.21 |
| 11/01/09 | Water & Sewer Charge (11/09) | 937.50 | | 410,227.71 |
| 11/06/09 | Electricity Charge (10/09). nndv | 19,304.32 | | 429,532.03 |
| 12/01/09 | Rent Charges (12/09) | 74,250.00 | | 503,782.03 |
| 12/01/09 | Water & Sewer Charge (12/09) | 937.50 | | 504,719.53 |
| 12/01/09 | chk# 02362749  Deposit Slip yeba | | 26,293.02 | 478,426.51 |
| 12/01/09 | chk# 02362747  Deposit Slip yeba | | 17,622.94 | 460,803.57 |
| 12/01/09 | chk# 02362748  Deposit Slip yeba | | 33,058.46 | 427,745.11 |
| 12/15/09 | Electricity Charge (11/09) nndv. | 17,598.08 | | 445,343.19 |
| 01/01/10 | Rent Charges (01/10) | 74,250.00 | | 519,593.19 |
| 01/01/10 | Water & Sewer Charge (01/10) | 937.50 | | 520,530.69 |
| 01/07/10 | Electricity Charge (12/09) nndv. | 14,463.36 | | 534,994.05 |
| 01/08/10 | chk# 02378312  D S 01/08/10 DVC | | 74,250.00 | 460,744.05 |
| 02/01/10 | Rent Charges (02/10) | 74,250.00 | | 534,994.05 |
| 02/01/10 | Water & Sewer Charge (02/10) | 937.50 | | 535,931.55 |
| 02/11/10 | Electricity Charge (01/10) nndv. | 17,655.60 | | 553,587.15 |
| 02/26/10 | chk# 02404876  D S 02/26/10 DVC | | 74,250.00 | 479,337.15 |
| 02/26/10 | chk# 02404875  D S 02/26/10 DVC | | 74,250.00 | 405,087.15 |
| 02/26/10 | chk# 02404876  D S 02/26/10 DVC | | 74,250.00 | 330,837.15 |
| 03/01/10 | Rent Charges (03/10) | 74,250.00 | | 405,087.15 |
| 03/01/10 | Water & Sewer Charge (03/10) | 937.50 | | 406,024.65 |
| 03/15/10 | Electricity Charge (02/10) nndv. | 18,768.64 | | 424,793.29 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 424,793.29 |
| 03/25/10 | chk# 02419771  D S 03/25/10 DVC | | 74,250.00 | 350,543.29 |
| 03/25/10 | chk# 02419772  D S 03/25/10 DVC | | 74,250.00 | 276,293.29 |
| 04/01/10 | Rent Charges (04/10) | 74,250.00 | | 350,543.29 |
| 04/01/10 | Water & Sewer Charge (04/10) | 937.50 | | 351,480.79 |
| 04/06/10 | chk# 02423709  D S 04/06/10 DVC | | 26,828.70 | 324,652.09 |
| 04/06/10 | chk# 02423189  D S 04/06/10 DVC | | 20,241.82 | 304,410.27 |
| 04/13/10 | chk# 02419359  D S 04/13/10 DVC | | 19,309.34 | 285,100.93 |
| 04/15/10 | Electricity Charge (03/10) | 19,601.92 | | 304,702.85 |
| 05/01/10 | Rent Charges (05/10) | 74,250.00 | | 378,952.85 |
| 05/01/10 | Water & Sewer Charge (05/10) | 937.50 | | 379,890.35 |
| 05/10/10 | Electricity Charge (04/10) nndv. | 23,351.68 | | 403,242.03 |
| 05/25/10 | chk# 02448758  DS 05/25/10. nndv. | | 74,250.00 | 328,992.03 |
| 05/25/10 | chk# 02448757  DS 05/25/10. nndv. | | 74,250.00 | 254,742.03 |
| 05/25/10 | chk# 02448759  DS 05/25/10. nndv. | | 74,250.00 | 180,492.03 |
| 06/01/10 | Rent Charges (06/10) | 74,250.00 | | 254,742.03 |
| 06/01/10 | Water & Sewer Charge (06/10) | 937.50 | | 255,679.53 |
| 06/21/10 | Electricity Charge (05/10) nndv. | 23,212.80 | | 278,892.33 |
| 06/24/10 | chk# 02465155  D S 06/24/10 DVC | | 20,539.42 | 258,352.91 |
| 06/29/10 | chk# 02467345  D S 06/29/10 DVC | | 24,289.18 | 234,063.73 |
| 07/01/10 | Rent Charges (07/10) | 74,250.00 | | 308,313.73 |
| 07/01/10 | Water & Sewer Charge (07/10) | 937.50 | | 309,251.23 |
| 07/02/10 | Electricity charge (06/2010) jrm. | 29,918.72 | | 339,169.95 |
| 08/01/10 | Rent Charges (08/10) | 74,250.00 | | 413,419.95 |
| 08/01/10 | Water & Sewer Charge (08/10) | 937.50 | | 414,357.45 |
| 08/02/10 | chk# 02481881  D S 08/02/10 DVC | | 18,595.10 | 395,762.35 |
| 08/02/10 | chk# 02481883  D S 08/02/10 DVC | | 18,535.58 | 377,226.77 |
| 08/02/10 | chk# 02481880  D S 08/02/10 DVC | | 19,706.14 | 357,520.63 |
| 08/02/10 | chk# 02481882  D S 08/02/10 DVC | | 15,400.86 | 342,119.77 |
| 08/04/10 | Electricity Charge (07/10) nndv. | 24,958.72 | | 367,078.49 |
| 09/01/10 | Rent Charges (09/10) | 74,250.00 | | 441,328.49 |
| 09/01/10 | Water & Sewer Charge (09/10) | 937.50 | | 442,265.99 |
| 09/13/10 | Electricity Charge (08/2010) JRM | 25,935.90 | | 468,201.89 |
| 09/21/10 | chk# 02503833  D S 09/21/10 DVC | | 74,250.00 | 393,951.89 |
| 09/21/10 | chk# 02503832  D S 09/21/10 DVC | | 74,250.00 | 319,701.89 |
| 09/22/10 | chk# 02503834  D S 09/21/10 DVC | | 74,250.00 | 245,451.89 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR   00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | Balance Forward | | | 245,451.89 |
| 10/01/10 | Rent Charges (10/10) | 74,250.00 | | 319,701.89 |
| 10/01/10 | Water & Sewer Charge (10/10) | 937.50 | | 320,639.39 |
| 10/05/10 | Electricity Charge (09/10) nndv. | 26,545.92 | | 347,185.31 |
| 11/01/10 | Rent Charges (11/10) | 74,250.00 | | 421,435.31 |
| 11/01/10 | Water & Sewer Charge (11/10) | 937.50 | | 422,372.81 |
| 11/08/10 | Electricity Charge (10/10) nndv. | 29,740.16 | | 452,112.97 |
| 11/09/10 | chk# 02528077  D S 11/09/10 DVC | | 74,250.00 | 377,862.97 |
| 11/09/10 | chk# 02528078  D S 11/09/10 DVC | | 74,250.00 | 303,612.97 |
| 11/09/10 | chk# 02528079  D S 11/09/10 DVC | | 74,250.00 | 229,362.97 |
| 12/01/10 | Rent Charges (12/10) | 74,250.00 | | 303,612.97 |
| 12/01/10 | Water & Sewer Charge (12/10) | 937.50 | | 304,550.47 |
| 12/17/10 | Electricity Charge (11/10) nndv. | 17,320.32 | | 321,870.79 |
| 12/22/10 | Water & Sewer Credit - Se facturo en el | -75,324.60 | | 246,546.19 |
| 12/29/10 | chk# 02550964  D S 12/29/10 DVC | | 25,935.90 | 220,610.29 |
| 12/29/10 | chk# 02550963  D S 12/29/10 DVC | | 27,483.42 | 193,126.87 |
| 12/29/10 | chk# 02550965  D S 12/29/10 DVC | | 30,856.22 | 162,270.65 |
| 01/01/11 | Rent Charges (01/11) | 74,250.00 | | 236,520.65 |
| 01/01/11 | Water & Sewer Charge (01/11) | 937.50 | | 237,458.15 |
| 01/11/11 | Electricity Charge (12/10) nndv. | 23,351.68 | | 260,809.83 |
| 02/01/11 | Rent Charges (02/11) | 74,250.00 | | 335,059.83 |
| 02/01/11 | Water & Sewer Charge (02/11) | 937.50 | | 335,997.33 |
| 02/15/11 | chk# 02568122  DS 02/15/2011. (01/11) | | 74,250.00 | 261,747.33 |
| 02/15/11 | chk# 02568124  DS 02/15/2011 (02/11). nndv. | | 74,250.00 | 187,497.33 |
| 02/15/11 | chk# 02568123  DS 02/15/2011 (03/11) nndv. | | 74,250.00 | 113,247.33 |
| 02/16/11 | Electricity Charge (01/11) nndv. | 23,490.56 | | 136,737.89 |
| 03/01/11 | Rent Charges (03/11) | 74,250.00 | | 210,987.89 |
| 03/01/11 | Water & Sewer Charge (03/11) | 937.50 | | 211,925.39 |
| 03/15/11 | Electricity Charge (02/11) nndv. | 22,022.40 | | 233,947.79 |
| 04/01/11 | Rent Charges (04/11) | 74,250.00 | | 308,197.79 |
| 04/01/11 | Water & Sewer Charge (04/11) | 937.50 | | 309,135.29 |
| 04/08/11 | Electricity Charge (03/11) nndv. | 26,030.08 | | 335,165.37 |
| 04/13/11 | chk# 02598335  D S  04/13/11 DVC | | 18,257.82 | 316,907.55 |
| 04/13/11 | chk# 02598337  D S  04/13/11 DVC | | 24,289.18 | 292,618.37 |
| 04/13/11 | chk# 02598338  D S  04/13/11 DVC | | 24,428.06 | 268,190.31 |
| 04/13/11 | chk# 02598336  D S  04/13/11 DVC | | 30,677.66 | 237,512.65 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 237,512.65 |
| 05/01/11 | Rent Charges (05/11) | 74,250.00 | | 311,762.65 |
| 05/01/11 | Water & Sewer Charge (05/11) | 937.50 | | 312,700.15 |
| 05/06/11 | Electricity Charge (04/11) | 24,085.76 | | 336,785.91 |
| 05/13/11 | chk# 02613313  D S 05/13/11 DVC | | 74,250.00 | 262,535.91 |
| 05/13/11 | chk# 02613314  D S 05/13/11 DVC | | 74,250.00 | 188,285.91 |
| 05/13/11 | chk# 02613312  D S 05/13/11 DVC | | 74,250.00 | 114,035.91 |
| 06/01/11 | Rent Charges (06/11) | 74,250.00 | | 188,285.91 |
| 06/01/11 | Water & Sewer Charge (06/11) | 937.50 | | 189,223.41 |
| 06/09/11 | Electricity Charge (05/11) nndv. | 24,323.84 | | 213,547.25 |
| 06/22/11 | chk# 02638678  D S 06/22/11 DVC | | 22,959.90 | 190,587.35 |
| 06/22/11 | chk# 02638679  D S 06/22/11 DVC | | 26,967.58 | 163,619.77 |
| 07/01/11 | Rent Charges (07/11) | 74,250.00 | | 237,869.77 |
| 07/01/11 | Water & Sewer Charge (07/11) | 937.50 | | 238,807.27 |
| 07/19/11 | Electricity Charge (06/11) nndv | 26,585.60 | | 265,392.87 |
| 08/01/11 | Rent Charges (08/11) | 74,250.00 | | 339,642.87 |
| 08/01/11 | Water & Sewer Charge (08/11) | 937.50 | | 340,580.37 |
| 08/09/11 | Electricity Charge (07/11) nndv. | 23,768.32 | | 364,348.69 |
| 09/01/11 | Rent Charges (09/11) | 74,250.00 | | 438,598.69 |
| 09/01/11 | Water & Sewer Charge (09/11) | 937.50 | | 439,536.19 |
| 10/01/11 | Rent Charges (10/11) | 74,250.00 | | 513,786.19 |
| 10/01/11 | Water & Sewer Charge (10/11) | 937.50 | | 514,723.69 |
| 10/05/11 | chk# 02687221  D S 10/05/11 DVC | | 27,523.10 | 487,200.59 |
| 10/05/11 | chk# 02687222  D S 10/05/11 DVC | | 25,261.34 | 461,939.25 |
| 10/12/11 | chk# 02687885  D S 10/12/11 DVC | | 25,023.23 | 436,916.02 |
| 10/15/11 | Electricity Charge (08/11) nndv. | 28,272.00 | | 465,188.02 |
| 10/24/11 | Electricity Charge 09/11. nndv. | 24,026.24 | | 489,214.26 |
| 11/01/11 | Rent Charges (11/11) | 74,250.00 | | 563,464.26 |
| 11/01/11 | Water & Sewer Charge (11/11) | 937.50 | | 564,401.76 |
| 11/23/11 | Electricity Charge (10/11) nndv, | 25,692.80 | | 590,094.56 |
| 12/01/11 | Rent Charges (12/11) | 74,250.00 | | 664,344.56 |
| 12/01/11 | Water & Sewer Charge (12/11) | 937.50 | | 665,282.06 |
| 01/01/12 | Rent Charges (01/12) | 74,250.00 | | 739,532.06 |
| 01/01/12 | Water & Sewer Charge (01/12) | 937.50 | | 740,469.56 |
| 01/04/12 | Electricity Charge (11/11) nndv. | 22,320.00 | | 762,789.56 |
| 01/04/12 | chk# 02732850 | | 74,250.00 | 688,539.56 |
| | | | | CONTINUED |

# Tenant Ledger

|  |  |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
|  | Balance Forward |  |  | 688,539.56 |
| 01/04/12 | chk# 02732849  LBF 01/04/12 DVC |  | 74,250.00 | 614,289.56 |
| 01/04/12 | chk# 02732848  LBF 01/04/12 DVC |  | 74,250.00 | 540,039.56 |
| 02/01/12 | Rent Charges (02/12) | 74,250.00 |  | 614,289.56 |
| 02/01/12 | Water & Sewer Charge (02/12) | 937.50 |  | 615,227.06 |
| 03/01/12 | Rent Charges (03/12) | 74,250.00 |  | 689,477.06 |
| 03/01/12 | Water & Sewer Charge (03/12) | 937.50 |  | 690,414.56 |
| 03/12/12 | chk# 02763426  D S 03/12/12 DVC |  | 74,250.00 | 616,164.56 |
| 03/12/12 | chk# 02763425  D S 03/12/12 DVC |  | 74,250.00 | 541,914.56 |
| 03/12/12 | chk# 02763424  D S 03/12/12 DVC |  | 74,250.00 | 467,664.56 |
| 03/16/12 | Electricity Charge (01/12) nndv. | 20,137.60 |  | 487,802.16 |
| 03/23/12 | Electricity Charge (02/12) jmdv. | 22,320.00 |  | 510,122.16 |
| 04/01/12 | Rent Charges (04/12) | 74,250.00 |  | 584,372.16 |
| 04/01/12 | Water & Sewer Charge (04/12) | 937.50 |  | 585,309.66 |
| 04/09/12 | Electricity Charge (03/12) jmdv. | 23,808.00 |  | 609,117.66 |
| 05/01/12 | Rent Charges (05/12) | 74,250.00 |  | 683,367.66 |
| 05/01/12 | Water & Sewer Charge (05/12) | 937.50 |  | 684,305.16 |
| 05/07/12 | Electricity Charge (04/12) jmdv | 25,520.52 |  | 709,825.68 |
| 06/01/12 | Rent Charges (06/12) | 74,250.00 |  | 784,075.68 |
| 06/01/12 | Water & Sewer Charge (06/12) | 937.50 |  | 785,013.18 |
| 06/08/12 | Electricity Charge (05/12). jmdv | 28,847.36 |  | 813,860.54 |
| 06/11/12 | chk# 02811364  D S 06/11/12 DVC |  | 74,250.00 | 739,610.54 |
| 06/11/12 | chk# 02811365  D S 06/11/12 DVC |  | 74,250.00 | 665,360.54 |
| 06/11/12 | chk# 02811366  D S 06/11/12 DVC |  | 74,250.00 | 591,110.54 |
| 06/11/12 | chk# 02809673  D S 06/11/12 DVC |  | 24,745.50 | 566,365.04 |
| 06/11/12 | chk# 02809674  D S 06/11/12 DVC |  | 23,257.50 | 543,107.54 |
| 06/11/12 | chk# 02800972  D S 06/11/12 DVC |  | 21,075.10 | 522,032.44 |
| 07/01/12 | Rent Charges (07/12) | 74,250.00 |  | 596,282.44 |
| 07/01/12 | Water & Sewer Charge (07/12) | 937.50 |  | 597,219.94 |
| 07/05/12 | Electricity Charge (06/12) jmdv | 29,779.84 |  | 626,999.78 |
| 07/05/12 | chk# 2826792  Deposit Slip 7/5/2012 EAG |  | 24,289.18 | 602,710.60 |
| 07/05/12 | chk# 2826793  Deposit Slip 7/5/2012 EAG |  | 26,630.30 | 576,080.30 |
| 07/09/12 | chk# 2828141  Deposit Slip 7/9/2012 EAG |  | 26,458.02 | 549,622.28 |
| 07/18/12 | Electricity Charge (12/11). jmdv | 23,351.68 |  | 572,973.96 |
| 08/01/12 | Rent Charges (08/12) | 74,250.00 |  | 647,223.96 |
| 08/01/12 | Water & Sewer Charge (08/12) | 937.50 |  | 648,161.46 |
|  |  |  |  | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 648,161.46 |
| 08/13/12 | Electricity Charge (07/12). jmdv | 34,918.40 | | 683,079.86 |
| 09/01/12 | Rent Charges (09/12) | 74,250.00 | | 757,329.86 |
| 09/01/12 | Water & Sewer Charge (09/12) | 937.50 | | 758,267.36 |
| 09/06/12 | Electricity Charge (08/12) jmdv. | 26,367.36 | | 784,634.72 |
| 09/28/12 | chk# 2866479  Deposit Slip 9/28/2012 EAG | | 74,250.00 | 710,384.72 |
| 09/28/12 | chk# 2866480  Deposit Slip 9/28/2012 EAG | | 74,250.00 | 636,134.72 |
| 09/28/12 | chk# 2866481  Deposit Slip 9/28/2012 EAG | | 74,250.00 | 561,884.72 |
| 10/01/12 | Rent Charges (10/12) | 74,250.00 | | 636,134.72 |
| 10/01/12 | Water & Sewer Charge (10/12) | 937.50 | | 637,072.22 |
| 10/03/12 | Electricity Charge (09/12) jmdv | 23,827.84 | | 660,900.06 |
| 10/12/12 | chk# 2872449  Deposit Slip 10/12/2012 EAG | | 30,717.34 | 630,182.72 |
| 10/12/12 | chk# 2872450  Deposit Slip 10/12/2012 EAG | | 29,784.86 | 600,397.86 |
| 10/16/12 | chk# 2873578  Deposit Slip 10/16/2012 EAG | | 35,855.90 | 564,541.96 |
| 11/01/12 | Rent Charges (11/12) | 74,250.00 | | 638,791.96 |
| 11/01/12 | Water & Sewer Charge (11/12) | 937.50 | | 639,729.46 |
| 11/08/12 | Electricity Charge (10/12). jmdv | 27,141.12 | | 666,870.58 |
| 12/01/12 | Rent Charges (12/12) | 74,250.00 | | 741,120.58 |
| 12/01/12 | Water & Sewer Charge (12/12) | 937.50 | | 742,058.08 |
| 12/11/12 | Electricity Charge (11/12). jmdv | 23,093.76 | | 765,151.84 |
| 01/01/13 | Rent Charges (01/13) | 74,250.00 | | 839,401.84 |
| 01/01/13 | Water & Sewer Charge (01/13) | 937.50 | | 840,339.34 |
| 01/16/13 | Electricity Charge (12/12). jmdv | 26,942.72 | | 867,282.06 |
| 02/01/13 | Rent Charges (02/13) | 74,250.00 | | 941,532.06 |
| 02/01/13 | Water & Sewer Charge (02/13) | 937.50 | | 942,469.56 |
| 02/11/13 | Electricity Charge (01/13). jmdv | 25,633.28 | | 968,102.84 |
| 03/01/13 | Rent Charges (03/13) | 74,250.00 | | 1,042,352.84 |
| 03/01/13 | Water & Sewer Charge (03/13) | 937.50 | | 1,043,290.34 |
| 03/08/13 | Electricity Charge (02/13). jmdv | 21,486.72 | | 1,064,777.06 |
| 04/01/13 | Rent Charges (04/13) | 74,250.00 | | 1,139,027.06 |
| 04/01/13 | Water & Sewer Charge (04/13) | 937.50 | | 1,139,964.56 |
| 04/08/13 | Electricity Charge (03/13). jmdv | 22,518.40 | | 1,162,482.96 |
| 04/09/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 1,088,232.96 |
| 04/16/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 1,013,982.96 |
| 04/16/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 939,732.96 |
| 04/16/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 865,482.96 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP**
**DIRECTORIA SERV. AL CONDUCTOR**
**P.O. Box 41243 Minillas Sta.**
**San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 865,482.96 |
| 04/16/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 791,232.96 |
| 04/17/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 27,880.22 | 763,352.74 |
| 04/17/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 27,304.86 | 736,047.88 |
| 04/17/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 24,765.34 | 711,282.54 |
| 04/17/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 28,078.62 | 683,203.92 |
| 04/17/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 24,031.26 | 659,172.66 |
| 05/01/13 | Rent Charges (05/13) | 74,250.00 | | 733,422.66 |
| 05/01/13 | Water & Sewer Charge (05/13) | 937.50 | | 734,360.16 |
| 05/13/13 | Electricity Charge (04/13). jmdv | 27,736.32 | | 762,096.48 |
| 05/13/13 | Electricity Charge (04/13). jmdv | 2,876.80 | | 764,973.28 |
| 05/13/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 26,570.78 | 738,402.50 |
| 05/20/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 22,424.22 | 715,978.28 |
| 06/01/13 | Rent Charges (06/13) | 74,250.00 | | 790,228.28 |
| 06/01/13 | Water & Sewer Charge (06/13) | 937.50 | | 791,165.78 |
| 06/19/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 23,455.90 | 767,709.88 |
| 06/19/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 693,459.88 |
| 06/19/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 619,209.88 |
| 06/19/13 | chk# Depto. Hacienda  Pago por el Inq. al Dep. Hac. | | 74,250.00 | 544,959.88 |
| 06/20/13 | Electricity Charge (05/13). jmdv | 24,859.52 | | 569,819.40 |
| 07/01/13 | Rent Charges (07/13) | 74,250.00 | | 644,069.40 |
| 07/01/13 | Water & Sewer Charge (07/13) | 937.50 | | 645,006.90 |
| 07/15/13 | Electricity Charge (06/13). jmdv | 32,716.16 | | 677,723.06 |
| 08/01/13 | Rent Charges (08/13) | 74,250.00 | | 751,973.06 |
| 08/01/13 | Water & Sewer Charge (08/13) | 937.50 | | 752,910.56 |
| 08/16/13 | Electricity Charge (07/13). jmdv | 33,212.16 | | 786,122.72 |
| 09/01/13 | Rent Charges (09/13) | 74,250.00 | | 860,372.72 |
| 09/01/13 | Water & Sewer Charge (09/13) | 937.50 | | 861,310.22 |
| 09/17/13 | Electricity Charge (08/13). jmdv | 31,962.24 | | 893,272.46 |
| 09/24/13 | chk# 3018368  Deposit Slip 9/24/2013 EAG | | 74,250.00 | 819,022.46 |
| 10/01/13 | Rent Charges (10/13) | 74,250.00 | | 893,272.46 |
| 10/01/13 | Water & Sewer Charge (10/13) | 937.50 | | 894,209.96 |
| 10/22/13 | Electricity Charge (09/13). jmdv | 23,768.32 | | 917,978.28 |
| 10/25/13 | chk# 3038024  Deposit Slip 10/25/2013 EAG | | 34,149.66 | 883,828.62 |
| 10/25/13 | chk# 3028539  Deposit Slip 10/25/2013 EAG | | 74,250.00 | 809,578.62 |
| 10/25/13 | chk# 3028540  Deposit Slip 10/25/2013 EAG | | 74,250.00 | 735,328.62 |
| | | | | CONTINUED |

# Tenant Ledger

| | |
|---|---|
| Date: | 04/25/18 |
| Tenant Code: | DTOCBP |
| Property: | CBP |
| Unit: | CBP-006 |
| Status: | Past |
| Rent: | 74,250.00 |
| Deposit: | 0.00 |
| Move In Date: | 03/01/00 |
| Move Out Date: | 10/31/14 |
| Due Day: | 1 |
| Tel# (O): | (787) 294-0162 |
| Tel# (H): | (787) 294-2424 x236 |

**DTOP
DIRECTORIA SERV. AL CONDUCTOR
P.O. Box 41243 Minillas Sta.
San Juan, PR  00940-1243**

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 735,328.62 |
| 11/01/13 | Rent Charges (11/13) | 74,250.00 | | 809,578.62 |
| 11/01/13 | Water & Sewer Charge (11/13) | 937.50 | | 810,516.12 |
| 11/06/13 | chk# 3038025  Deposit Slip 11/6/2013 EAG | | 25,797.02 | 784,719.10 |
| 11/06/13 | chk# 3038026  Deposit Slip 11/6/2013 EAG | | 31,550.62 | 753,168.48 |
| 11/08/13 | Electricity Charge (10/13) EAG | 32,636.80 | | 785,805.28 |
| 12/01/13 | Rent Charges (12/13) | 74,250.00 | | 860,055.28 |
| 12/01/13 | Water & Sewer Charge (12/13) | 937.50 | | 860,992.78 |
| 12/16/13 | Electricity Charge (11/13). JMDV | 26,645.12 | | 887,637.90 |
| 12/24/13 | chk# 03059509  D S 12/24/13 DVC | | 74,250.00 | 813,387.90 |
| 12/24/13 | chk# 03059508  D S 12/24/13 DVC | | 74,250.00 | 739,137.90 |
| 12/24/13 | chk# 03059510  D S 12/24/13 DVC | | 74,250.00 | 664,887.90 |
| 01/01/14 | Rent Charges (01/14) | 74,250.00 | | 739,137.90 |
| 01/01/14 | Water & Sewer Charge (01/14) | 937.50 | | 740,075.40 |
| 01/13/14 | Electricity Charge (12/13). jmdv | 30,632.96 | | 770,708.36 |
| 02/01/14 | Rent Charges (02/14) | 74,250.00 | | 844,958.36 |
| 02/01/14 | Water & Sewer Charge (02/14) | 937.50 | | 845,895.86 |
| 02/10/14 | Electricity Charge (01/14). jmdv | 26,803.84 | | 872,699.70 |
| 03/01/14 | Rent Charges (03/14) | 74,250.00 | | 946,949.70 |
| 03/01/14 | Water & Sewer Charge (03/14) | 937.50 | | 947,887.20 |
| 03/04/14 | chk# 3073636  Deposit Slip 3/4/2014 EAG | | 32,899.74 | 914,987.46 |
| 03/07/14 | Electricity Charge (02/14). jmdv | 22,200.96 | | 937,188.42 |
| 03/13/14 | chk# 3089259  Deposit Slip 3/13/2014 EAG | | 74,250.00 | 862,938.42 |
| 03/26/14 | chk# 3091513  Deposit Slip 3/26/2014 EAG | | 33,574.30 | 829,364.12 |
| 04/01/14 | Rent Charges (04/14) | 74,250.00 | | 903,614.12 |
| 04/01/14 | Water & Sewer Charge (04/14) | 937.50 | | 904,551.62 |
| 04/03/14 | Electricity Charge (03/14). jmdv | 27,776.00 | | 932,327.62 |
| 04/07/14 | chk# 3099989  Deposit Slip 4/7/2014 EAG | | 74,250.00 | 858,077.62 |
| 04/07/14 | chk# 3099988  Deposit Slip 4/7/2014 EAG | | 74,250.00 | 783,827.62 |
| 04/24/14 | chk# 3105652  Deposit Slip 4/24/2014 EAG | | 33,653.66 | 750,173.96 |
| 04/24/14 | chk# 3105654  Deposit Slip 4/24/2014 EAG | | 24,705.82 | 725,468.14 |
| 04/24/14 | chk# 3105653  Deposit Slip 4/24/2014 EAG | | 27,582.62 | 697,885.52 |
| 04/24/14 | chk# 3105651  Deposit Slip 4/24/2014 EAG | | 31,570.46 | 666,315.06 |
| 05/01/14 | Rent Charges (05/14) | 74,250.00 | | 740,565.06 |
| 05/01/14 | Water & Sewer Charge (05/14) | 937.50 | | 741,502.56 |
| 05/09/14 | Electricity Charge (04/14). jmdv | 33,569.28 | | 775,071.84 |
| | | | | CONTINUED |

Modelo SC 854
16 mar 05

GC 1500-16-05
REGISTRO INTERNO
Sección de Contratos-DTOP
2012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06 Pág. 234

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PÚBLICAS
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia
APARTADO 41294 MINILLAS STA. SANTURCE PR 00940
Dirección

Núm. de Contrato de la Agencia

Núm. de Contrato de la
Oficina del Contralor

**CONTRATO DE ARRENDAMIENTO DE LOCALES
POR CINCO AÑOS O MENOS O HASTA 10 AÑOS
EN LOCALES EN EL EXTERIOR**

**EL ESTADO LIBRE ASOCIADO DE PUERTO RICO**, representado por RUBEN HERNANDEZ GREGORAT, MEM, PE, SECRETARIO quien en adelante se denominará el arrendatario; y PDCM ASSOCIATES, SE, Propietario, número de Seguro Social Patronal 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, representado en este acto por el Sr. Israel Kopel, Socio Administrador, quien en adelante se denominará el arrendador, convienen de mutuo acuerdo en lo siguiente:

1. Que el arrendador certifica y garantiza que previo a la formalización de este contrato entregó las siguientes certificaciones: ☒Certificación Registral de la propiedad incluyendo cargas y gravámenes ☒Certificación de deuda y Certificación de Radicación de Planilla expedida por el Departamento de Hacienda ☒Certificación Negativa de Propiedad Inmueble del Centro de Recaudación de Ingreso Municipal.

2. Que el arrendatario certifica que realizó el Informe de Valoración y el mismo está firmado por el tasador y aprobado por el tasador revisor.

3. Que el arrendador y el arrendatario certifican que los documentos antes mencionados no tienen más de seis meses de expedidos a la fecha de otorgarse el presente contrato.

4. Que el arrendador certifica que realizó una inspección del bien inmueble objeto de arrendamiento y el mismo cumple con las expectativas, necesidades y especificaciones necesarias y que rindió un informe escrito de dicha inspección.

5. Que el arrendador cede en calidad de arrendamiento al arrendatario la propiedad que se describe a continuación:
   a. Construcción: ESTRUCTURA EN HORMIGON Y BLOQUES

   b. Área: (1) Del Solar _____ Metros Cuadrados.
   (2) Del Local 45,000 _____ Pies Cuadrados.
   (3) Del Estacionamiento 160 ESPACIOS _____ Pies Cuadrados.
   c. Localización y Certificación Registral del Inmueble (incluyendo cargas y gravámenes) AVE. CAMPO RICO ESQ 246 CAROLINA, PUERTO RICO 00981.

6. Que la propiedad será usada por el arrendatario como FACILIDADES DEL CENTRO DE SERVICIOS AL CONDUCTOR METROPOLITANO DE LA DIRECTORIA DE SERVICIOS AL CONDUCTOR.

7. Este contrato entrará en vigor el día ____ de SU OTORGAMIENTO de ____, sujeto a la aprobación de A.S.G., O.G.P., Y DEPARTAMENTO DE HACIENDA. Regirá de mes a mes y se renovará automáticamente de mes a mes. El arrendador en cualquier momento resolver el contrato siempre que notifique por escrito su intención al arrendador con treinta días de antelación a la fecha deseada.

8. Que el arrendador posee la propiedad descrita en calidad de DUEÑO.

9. Que luego de haber efectuado un estudio de mercadeo para determinar la tarifa vigente, el canon de arrendamiento fijado por las partes contratantes es de SETENTA Y CUATRO MIL DOSCIENTOS CINCUENTA DOLARES ($74,250.00) mensuales equivalentes a $19.80 costo por pie cuadrado. El arrendador no podrá aumentar el canon de arrendamiento o modificarle en un periodo menor de doce meses.

10. Que el arrendador queda obligado en todo tiempo a efectuar los arreglos y reparaciones para conservar el inmueble en condiciones utilizables, y mantener en funcionamiento, todos los servicios, equipo y accesorios dentro de las normas de seguridad establecidas o que se establezcan.

11. Se hace constar que ningún funcionario o empleado del DEPARTAMENTO DE TRANSPORTACION Y OBRAS PÚBLICAS tiene directa o indirectamente interés pecuniario en este contrato.

12. Descripción de los servicios, equipo y accesorios incluidos en el contrato por cuenta del arrendador:
☒Estacionamiento ☐Agua ☒Aire Acondicionado ☐Instalación Eléctrica
☒Vigilancia ☐Luz ☐Limpieza ☐Facilidades Telefónicas ☐Ascensor ☐Otros

13. Que el pago de las pólizas para cubrir los riesgos tales como: incendios, huracanes, terremotos, inundaciones o cualquier otro acto de la naturaleza, responsabilidad pública y cualesquiera otra necesaria, será por cuenta del arrendatario.
Compañía aseguradora: INTEGRAND ASSURANCE CO. Núm. CP-028039781
Núm. _____

14. Otras estipulaciones (utilice el Modelo SC 854.2, Contrato de Arrendamiento de Locales (Hoja de Continuación), el cual se hace formar parte integrante de este contrato).

15. Este contrato no será válido hasta tanto sea aprobado por los funcionarios correspondientes según la legislación y reglamentación vigente.

**EN TESTIMONIO DE LO CUAL**, y para que así conste, suscriben este documento las partes contratantes en SAN JUAN, PR, hoy 22 de Septiembre de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

Nota: Aprobaciones al Dorso
Conservación: Seis años o una intervención del Contralor, después de concedido o vencido el contrato, lo que ocurra primero.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico                    Página Núm. 2 de 12

DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

|  |
|---|
| Núm. de Contrato de la agencia |
| Núm. de Contrato de la Oficina del Contralor |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o        ☐ Hasta 10 Años en el Exterior        ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

1. Las partes acuerdan que el local aquí contratado será usado exclusivamente para aquellas labores y funciones inherentes al Departamento de Transportación y Obras Públicas.

2. EL ARRENDATARIO se compromete a realizar por su cuenta y cargo cualquier cambio o mejora al local, de acuerdo con las especificaciones y requisitos de seguridad establecidos o que se establezcan por el Departamento de Bomberos, Departamento del Trabajo y Recursos Humanos (OSHA), Departamento de Salud, Junta de Calidad Ambiental o cualquier otra Agencia concernida, excepto la remoción de asbestos (si alguno) que será por cuenta y cargo del ARRENDADOR.

3. La parte contratada certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico por concepto de contribuciones sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribución retenida en el origen a terceros en el pago de salarios y servicios personales, en el pago de intereses, dividendos, rentas, a individuos, sobre corporaciones y sociedades no residentes, seguro por desempleo, incapacidad temporal y de seguro social para chóferes (la que aplique).    A tales efectos ha presentado la siguiente documentación que se hace formar parte de este contrato como anejo del mismo:

   a. Certificación de Radicación de Planillas, por los últimos cinco (5) años (Modelo SC-2888) y la Certificación de Deuda, (Modelo SC-6096), ambas expedidas por el Departamento de Hacienda.

   b. Certificación de deuda por Concepto de Propiedad mueble e inmueble expedida por el Centro de Recaudaciones e Ingresos Municipales (CRIM).

   c. Certificación de deuda por Concepto de seguro por desempleo, incapacidad temporal, seguro social para chóferes (la que aplique), expedida por el Departamento del Trabajo y Recursos Humanos.

   d. Certificado que la Corporación cumplió con la radicación de su informe anual al Departamento de Estado, Artículo 15.01, Ley General de Corporaciones.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 22 de Sphiembre de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

Nota:  Aprobaciones al Dorso
Conservación:  Igual que el periodo establecido en el Contrato del cual forma parte.

REGISTRO INTERNO
Sección De Contratos-DTOP
2012 - 0000 30
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06   Pág. 434

Modelo SC 854.2 (Hoja de Cont.)
15 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**
DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. 3 de 12

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| | |
|---|---|
| Núm. de Contrato de la agencia | |
| Núm. de Contrato de la Oficina del Contralor | |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

☒ Hasta Cinco Años o Menos o ☐ Hasta 10 Años en el Exterior ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

e. Certificado por la Administración para el Sustento de Menores (ASUME) vigente de estado de cumplimiento para corporaciones, compañías, sociedades, otras personas jurídicas.

Expresamente se reconoce que lo anterior es una condición esencial del presente Contrato, y de no ser correcta en todo o en parte las anteriores certificaciones, ésto será causa suficiente para que el ARRENDATARIO pueda dejar sin efecto el mismo y el ARRENDADOR tendrá que reintegrar al ARRENDATARIO toda suma de dinero recibida bajo este Contrato.

4. EL ARRENDADOR certifica que no es empleado o funcionario de ninguna dependencia de la Rama Ejecutiva, o de ninguna Corporación Pública o Municipio del Estado Libre Asociado de Puerto Rico; y que ningún funcionario del ARRENDATARIO o algún miembro de la unidad familiar de cualquiera de estos, tiene algún interés económico, directo o indirecto, en este contrato.

5. Las reparaciones y mantenimiento ordinario de los interiores del local tales como la electricidad destape de tuberías, y todo el mobiliario y equipo que contenga la propiedad (si alguna) será por cuenta y cargo de el ARRENDATARIO. Las reparaciones extraordinarias incluyendo las estructurales, filtraciones de techo, daños a vigas, y columnas serán por cuenta del ARRENDADOR excepto si las mismas son causadas por actos negligentes del ARRENDATARIO.

6. Al finalizar el Contrato, el ARRENDATARIO entregará el local con las mejoras permanentes en buenas condiciones salvo el deterioro por el uso normal del local quedando las mejoras a favor del el ARRENDADOR sin derecho a compensación por ella. Cualquier propiedad del ARRENDATARIO podrá ser removida al finalizar el Contrato.

7. EL ARRENDADOR se compromete con lo siguiente:

a. Proveer un área privada de 160 estacionamientos para el personal del Centro de Servicios al Conductor, con acceso al local. Se proveerán estacionamientos exclusivos debidamente rotulados para impedidos en la parte frontal del local objeto de este contrato.

b. Conexiones eléctricas normales y corrientes para el local arrendado.

c. Póliza de Seguro para las áreas comunes.

d. Mantenimiento de áreas comunes.

e. Pintura exterior de las áreas comunes.

f. Mantener en óptimas condiciones las áreas verdes, jardines que se construyan y las facilidades comunes del inmueble.

g. En caso de venta del inmueble, el comprador deberá cumplir con lo estipulado en este contrato.

h. El mantenimiento de los aires acondicionados en el local arrendado y en las áreas comunes será por cuenta y cargo del ARRENDADOR.

i. El local arrendado incluye acondicionadores de aire central, plafones acústicos, piso de vynil de 1/8", particiones para oficinas privadas con alumbrado fluorescente y baños.

REGISTRO INTERNO
ción de Contratos-DTOP
2012-0000 30
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
mo 06 Pág. 434

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 27 de septiembre de 2011.

_____
Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

_____
Israel Kopel, Socio Adminstrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. __4__ de __12__

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

Núm. de Contrato
de la agencia

Núm. de Contrato de la
Oficina del Contralor

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o  ☐ Hasta 10 Años en el Exterior  ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

8.    EL ARRENDATARIO se compromete con lo siguiente:

a. Pagar un canon mensual de arrendamiento de $74,250.00 durante la vigencia del contrato.

b. EL ARRENDATARIO se compromete a pagar fielmente el canon mensual de arrendamiento estipulado, en el inciso nueve (9) del formulario SC-854, y no dejará de pagar el mismo salvo en caso de déficit presupuestario Estatal de tal naturaleza y magnitud que impida al Gobierno de Puerto Rico pagar a su vencimiento el importe de cualquier plazo de principal o intereses en bono u obligaciones que envuelva el crédito general (full faith and credit) del Gobierno de Puerto Rico, y en tal caso, EL ARRENDATARIO incurrirá en incumplimiento en el presente contrato.

c. Mantener en buen estado las facilidades comprendidas dentro del local contratado.

d. Las facilidades permanentes que se construyan en el local pasarán a ser parte del inmueble.

e. Se encargará del mantenimiento de los baños y del resto de las facilidades comprendidas dentro del local.

f. El canon de arrendamiento será pagado por EL ARRENDATARIO mensualmente al vencimiento de cada periodo.

g. Toda línea de agua, electricidad y luminaria dentro del local será reparada por EL ARRENDATARIO y será de su cuenta todos los gastos de mantenimiento en el interior de las facilidades provistas por EL ARRENDADOR. El mantenimiento de las facilidades y equipos en el exterior del local será por cuenta y cargo del EL ARRENDADOR.

h. No subarrendar el local ni ningún otro bien objeto del presente contrato; disponiéndose, sin embargo, que EL ARRENDATARIO podrá subarrendar el local o ceder el arrendamiento con la previa autorización expresa y por escrito de EL ARRENDADOR la cual no será denegada irrazonablemente, y siempre y cuando EL ARRENDATARIO acredite de forma fehaciente que ha cumplido con los términos del presente contrato; disponiéndose, además, que, en el caso de cualquier subarrendamiento del local o cesión del presente contrato de arrendamiento, la razonabilidad o irrazonabilidad de cualquier negativa por parte de EL ARRENDADOR deberá interpretarse utilizando, entre otros factores, la capacidad económica del cesionario o subarrendatario para cumplir con los términos del presente contrato.

i. EL ARRENDATARIO se compromete a devolver la propiedad inmueble en el mismo estado que le ha sido entregado, salvo el normal deterioro del tiempo.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 20 de Septiembre de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Adminstrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

REGISTRO INTERNO
Sección De Contratos-DTOP
30/2-00030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06 Pág 4374

Nota:  Aprobaciones al Dorso
Conservación:  Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico
DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. __5__ de __12__

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| | |
|---|---|
| Núm. de Contrato de la agencia | |
| Núm. de Contrato de la Oficina del Contralor | |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o ☐ Hasta 10 Años en el Exterior ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

j. Cualquier aumento en el cobro de las contribuciones sobre la propiedad inmueble será pagada por El ARRENDADOR, en base a la proporción de pies cuadrados utilizados del edificio.

k. EL ARRENDADOR permitirá la instalación de rotulo que identifique la ubicación del ARRENDATARIO.

l. A mantener el local fumigado contra sabandijas y la propiedad limpia y segura para evitar deterioro innecesario a ésta y accidentes o lesiones a parroquianos o empleados.

m. A no permitir que en el local tengan lugar o se lleven a cabo actividades ruidosas o en violación a la ley o que lesionen la moral o el orden público o que impidan a otros inquilinos o a vecinos del local el goce pacífico de sus respectivas propiedades.

n. No permitir que se utilicen, almacenen, mantengan en el local o se trafiquen a éste o desde éste, explosivos o materiales o artículos inflamables, ni que puedan poner en riesgo inusitado la vida o la salud de parroquianos o empleados o vecinos y propiedades circundantes, con excepción de aquel equipo y material que EL ARRENDATARIO utilice en el curso ordinario de sus operaciones.

o. A obtener y cumplir, por su cuenta y cargo con todos los requisitos de licencia, permisos y de cualquier otra índole que por ley, reglamento u ordenanza, vigente al momento de este contrato o que de tiempo en tiempo sean puestos en vigor, por cualquier agencia u organismo federal, estatal o municipal y que le sean aplicables al local por su naturaleza o la explotación que allí se lleve a cabo o se llevare a cabo conforme con los términos del presente contrato. Se aclara y se conviene que de requerirse cambio o mejora permanente al inmueble por lo aquí expuesto, éstos serán realizados por cuenta y cargo de EL ARRENDADOR luego de acordar con EL ARRENDATARIO, mediante enmienda al presente contrato, el nuevo canon de arrendamiento por la inversión que vendrá obligado a realizar EL ARRENDADOR.

p. EL ARRENDATARIO contratará servicio de remoción y desecho de basura y desperdicios sólidos que generen sus operaciones en la propiedad arrendada.

9. De Conformidad con la Orden Ejecutiva 2001-73 del 29 de noviembre de 2001 toda factura sometida a EL ARRENDATARIO deberá contener la siguiente certificación:

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 28 de Septiembre de 2011.

Rubén Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Adminsirador
Nombre y Firma del Arrendador

Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social.

REGISTRO INTERNO
...cción De Contratos-DTOP
2012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
...omo 06   Pág. 434

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)

16 mar 05
CC 1300-16-05

Estado Libre Asociado de Puerto Rico     Página Núm. __6__ de __12__
DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

| Núm. de Contrato de la agencia |
| --- |
| Núm. de Contrato de la Oficina del Contralor |

☒ Hasta Cinco Años o Menos o    ☐ Hasta 10 Años en el Exterior    ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

"Bajo pena de nulidad absoluta certifico que ningún servidor público de la Autoridad de Carreteras y Transportación o el Departamento de Transportación y Obras Públicas es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados."

10.    EL ARRENDADOR se compromete a cumplir con las disposiciones de la Ley Núm.84 del 18 de junio de 2002, mediante la cual se establece el Código de Ética para Contratistas, Suplidores y Solicitantes de Incentivos Económicos de las Agencias Ejecutivas del Estado Libre Asociado de Puerto Rico.

11.    EL ARRENDADOR orientará a sus empleados y supervisores sobre las leyes de igualdad de oportunidades en el empleo y hostigamiento sexual y las políticas administrativas existentes para estos fines. Durante la ejecución de este contrato, El Arrendador no discriminará contra empleado alguno por razones de raza, color, sexo, edad, religión, condición social, origen nacional, ideologías políticas, condición de veterano o impedimentos.

12.    EL ARRENDATARIO tendrá derecho a dar por finalizado este contrato en cualquier momento, sin mediar causa, mediante la debida notificación escrita con treinta (30) días de anticipación a la fecha de terminación. Este contrato podrá ser resuelto inmediatamente sin necesidad de la notificación escrita antes mencionada, por cualquiera de las siguientes causas:

a.    Por negligencia o abandono de los deberes de EL ARRENDADOR o por incumplimiento de las cláusulas o condiciones de este contrato.

b.    Por la cesión de EL ARRENDADOR de los derechos u obligaciones otorgados en este contrato.

c.    De resultar culpable EL ARRENDADOR y/o cualquiera de sus asociados, de algún delito contra el erario, la fe y función pública, o que envuelva fondos o propiedad pública, ya sean estatales o federales.

d.    EL ARRENDADOR podrá solicitar la resolución del contrato solamente por razones de fuerza mayor, aceptables por EL ARRENDATARIO siempre y cuando haya notificado su intención de así hacerlo mediante notificación escrita treinta (30) días antes de su efectividad.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 27 de Septiembre de 2011.

Rubén Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador

Box 839, San Juan, PR 00919-0839
Dirección

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
Seguro Social

REGISTRO INTERNO
Sección De Contratos-DTOP
2012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06   Pág. 434

Conservación: Igual que el período establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**
DEPTO. DE TRANSP. Y OBRAS PUBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

Página Núm. __7__ de _12_

Núm. de Contrato
de la agencia

Núm. de Contrato de la
Oficina del Contralor

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

☒ Hasta Cinco Años o Menos o ☐ Hasta 10 Años en el Exterior ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

13. EL ARRENDATARIO certifica que dispone de la suma de setenta y cuatro mil doscientos cincuenta dolares **($74,250.00)** para el arrendamiento solicitado. La cuantía máxima total para este Contrato es de setenta y cuatro mil doscientos cincuenta dolares **($74,250.00)** por la vigencia del mismo. Que las cifra de cuenta contra la cual se cargará este gasto será 299-0490000-0000-081-1998; y que negociamos para conseguir el canon de arrendamiento más razonable posible.

14. ANTECEDENTES PENALES, CERTIFICACION SOBRE.
EL ARRENDADOR certifica que de conformidad al Artículo 5 (p) de la Ley 84 del 18 de junio de 2002, supra, que esta y ninguno de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, no han sido convictos de delitos contra la integridad pública según definido en el Código Penal o malversación de fondos públicos y que no se ha declarado culpable de este tipo de delito en los Tribunales del Estado Libre Asociado de Puerto Rico, en los Tribunales Federales o los Tribunales de cualquier jurisdicción de los Estados Unidos de América u otro país. De resultar culpable de los delitos antes mencionados, el contrato de servicios profesionales o consultivos quedará resuelto. Se acepta que dichos delitos están desglosados en el Artículo 3 de la Ley 458 del 29 de diciembre de 2000, conocida como Ley sobre Prohibición de Adjudicación de Subastas o Contratos sobre Servicios y Bienes. Toda enmienda al Artículo 3 de la Ley 458, supra, durante la vigencia de este contrato, es parte integral de esta cláusula. EL ARRENDADOR acepta que conoce los elementos constitutivos de esos delitos. Expresamente se reconoce que esta certificación es una condición esencial de este Contrato. De no ser correcta en todo o en parte la presente certificación, esto constituirá causa suficiente para que el DEPARTAMENTO deje sin efecto el Contrato inmediatamente, sin necesidad de notificación previa, y EL ARRENDADOR tendrá que desembolsar al DEPARTAMENTO toda suma de dinero recibida hasta la fecha.

15. EL ARRENDADOR certifica que esta ni que esta y ninguno de sus accionistas, sus socios, oficiales, principales, empleados, subsidiarias o compañías matrices, no se encuentran bajo investigación en procedimientos legislativos, judiciales o administrativos, en Puerto Rico, Estados Unidos de América y ningún otro país.

16. EL ARRENDADOR certifica que durante los DIEZ (10) AÑOS anteriores a la formalización del contrato no ha cometido ningún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal. La obligación de notificar cualquier acto establecido en esta cláusula y normativa citada, es de naturaleza continua durante todas las etapas de la contratación.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 28 de Septiembre de 2011.

Ruban Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador

Box 839, San Juan, PR 00919-0839
Dirección
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
Seguro Social

REGISTRO INTERNO
Sección De Contratos-OTOP
2012-0000-30
SEP 26 2011
Según Dispone
La Oficina del Contralor
Tomo 06 Pág. 434

Conservación: Igual que el período establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
18 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**     Página Núm.  8  de  12
DEPTO. DE TRANSP. Y OBRAS PUBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| | |
|---|---|
| Núm. de Contrato de la agencia | |
| Núm. de Contrato de la Oficina del Contralor | |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

☒ Hasta Cinco Años o Menos o     ☐ Hasta 10 Años en el Exterior     ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

17. De conformidad con la Carta Circular 2009-01 del Departamento de Justicia del Estado Libre Asociado de Puerto Rico del 9 de marzo de 2009, EL ARRENDADOR certifica mediante Declaración Jurada lo siguiente:

a. Que no ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país.

b. Que ni él ni ninguno de sus socios, oficiales, principales, empleados, subsidiarias o compañías matrices ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país.

c. Que no tiene conocimiento de que él ni de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices es objeto de investigación en un proceso civil o criminal en el foro estatal o federal u otro país por hechos relacionados con un delito contra el erario, la fe o función pública o que involucre fondos o propiedad pública.  Se compromete a informar de manera continua, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país. Esta obligación deberá ser de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato.

d. Que durante los diez años anteriores a la formalización del contrato no ha cometido ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país.

f. Se compromete a informar aquellos casos en que no haya determinación de causa probable para el arresto, alegación de culpabilidad ni acusación en contra de un contratista, pero se hayan realizado expresiones o admisiones de delito en su contra.

18. Queda entendido entre las partes que este contrato se resolverá, en caso de que contra EL ARRENDADOR se determine causa probable para el arresto por la comisión de algún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal u otro país.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 22 de Septiembre de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kogel, Socio Administrador
Nombre y Firma del Arrendador

Box 839, San Juan, PR 00919-0839
Dirección

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
Seguro Social

REGISTRO INTERNO
Dirección De Contratos-OTGP
9012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06  Pág 434

Conservación:  Igual que el periodo establecido en el Contrato del cual forma parte.

Modelo GC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**  Página Num. ___9___ de ___12___
DEPTO. DE TRANSP. Y OBRAS PUBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| Núm. de Contrato de la agencia |
| --- |

CONTRATO DE ARRENDAMIENTO DE LOCALES
(HOJA DE CONTINUACION)

| Núm. de Contrato de la Oficina del Contralor |
| --- |

☒ Hasta Cinco Años o Menos o   ☐ Hasta 10 Años en el Exterior   ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

19. EL ARRENDADOR mantendrá un seguro de propiedad para cubrir sus intereses en el Local arrendado contra fuego, huracán, terremoto, etc. También mantendrá un seguro de "todo riesgo", de responsabilidad pública (cubierta amplia) por una cuantía no menor de UN MILLÓN DE DÓLARES ($1,000,000) por daños o lesiones corporales (incluso muerte) y daños a la propiedad ajena o de terceras personas para proteger su responsabilidad en la propiedad objeto de este contrato y a EL ARRENDADOR en cuanto a las áreas comunes. El ARRENDADOR incluirá en su Póliza de Responsabilidad Pública General una Cláusula de relevo "Save or Hold Harmless Clause", en la cual el ARRENDADOR releva al ARRENDATARIO de responsabilidad por cualquier reclamación acción o demanda que surja directa o indirectamente en relación con el edificio arrendado y/o las áreas comunes. Dicha Póliza no podrá ser cancelada sin aviso previo, por escrito, al ARRENDATARIO. De decidir cancelarla, la notificación por escrito al ARRENDATARIO será de no menos de sesenta (60) días de antelación a la fecha de cancelación de la misma.

20. EL ARRENDATARIO se obliga, a obtener y mantener, por su cuenta y costo, durante el término que dure el arrendamiento un seguro de "todo riesgo", de responsabilidad pública (cubierta amplia) por una cuantía no menor de QUINIENTOS MIL DÓLARES ($500,000) por daños o lesiones corporales (incluso muerte) y daños a la propiedad ajena o de terceras personas, con el propósito de proteger al ARRENDADOR y a EL ARRENDATARIO como aparezcan sus intereses en el Local arrendado. En adición obtendrá seguro para cubrir su propio equipo.

21. Las partes aquí comparecientes se suplirán recíprocamente certificados de dichas pólizas indicando que las mismas no podrán ser canceladas ni modificadas sin haber mediado acuerdo previo escrito por ambas partes.

22. EL ARRENDATARIO se obliga a cumplir, por su cuenta y cargo, en lo que respecta al local arrendado, con todas aquellas condiciones y requisitos que exigen o que en el futuro puedan exigir las compañías de seguro, tanto las que aseguran el riesgo de EL ARRENDATARIO como las que aseguran el riesgo de EL ARRENDADOR.

23. En el caso de que el local se destruya total o parcialmente como resultado de un desastre natural u otra causa, EL ARRENDADOR hará los esfuerzos necesarios para reconstruir o reparar el mismo dentro de un término razonable, el cual las partes acuerdan que es no más de ciento ochenta (180) días. EL ARRENDADOR tratará dentro de ese término de poner el local en condiciones de ser total o parcialmente ocupado nuevamente por EL ARRENDATARIO. Sin embargo si a juicio del ingeniero o arquitecto que las partes de común acuerdo seleccionen, dentro de los treinta (30) días siguientes a la destrucción, para estimar el tiempo que tomará en poner el local en condiciones de ser ocupado nuevamente por EL ARRENDATARIO, las reparaciones a dicho local no pueden hacerse antes de ciento ochenta (180) días desde la fecha del suceso.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscriba en San Juan PR, hoy _22_ de _septiembre_ de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador

Box 839, San Juan, PR 00919-0839
Dirección

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
Seguro Social

REGISTRO INTERNO
Sección De Contratos-DTOP
*2012-000030*
SEP 2 9 2011
Según Dispone
La Oficina del Contralor
Tomo _06_   Pág. _4534_

Conservación: Igual que el período establecido en el Contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**
DEPTO. DE TRANSP. Y OBRAS PUBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. ___10___ de ___12___

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| Núm. de Contrato de la agencia |
| --- |

| Núm. de Contrato de la Oficina del Contralor |
| --- |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

☒ Hasta Cinco Años o Menos o      ☐ Hasta 10 Años en el Exterior      ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

24. EL ARRENDATARIO tendrá derecho a resolver este contrato efectivo a la fecha del suceso que motivó la destrucción total o parcial; disponiéndose, sin embargo, que el derecho que aquí se le concede a EL ARRENDATARIO a resolver el presente contrato deberá ser ejercitado dentro de los quince (15) días siguientes a haber transcurrido los ciento ochenta (180) días en el primer caso o, en el segundo caso, a los quince (15) días de saber la opinión del arquitecto o ingeniero; disponiéndose además, que, de transcurrir los referidos quince (15) días en cualquiera de los dos casos sin que EL ARRENDATARIO ejercite su derecho a resolver el contrato, se entenderá que éste ha renunciado voluntariamente a ejercitarlo y vendrá obligado a cumplir fielmente con los términos del mismo, excepto que quedará relevado de pagar la renta durante el término en que duren las reparaciones, salvo que, por acuerdo mutuo de EL ARRENDADOR y EL ARRENDATARIO, el último acceda a ocupar el local mientras duren las reparaciones, en cuyo caso la renta, por mutuo acuerdo, será modificada mientras éstas duren; disponiéndose por último que nada de lo anterior será aplicable en cualquier caso en que la destrucción total o parcial se deba a la negligencia de EL ARRENDATARIO, incluyendo el no haber tomado las precauciones normales y razonables en cualquier caso, inclusive cuando la causa original de la destrucción parcial o total sea una causa natural. En este último caso, EL ARRENDADOR podrá utilizar todos los derechos que en ley tenga para resarcirse los daños sufridos y podrá dar por terminado y resuelto el presente contrato.

25. Las partes aquí contratantes no serán responsables entre sí, ni a terceras personas por daños causados a éstas o a propiedades de éstas como consecuencia de robo, fuego, fallas en el servicio eléctrico, huracán, terremoto, fallas o desperfectos en instalaciones eléctricas o de plomería, lluvia, filtraciones de paredes y techos, ni de ningún otro daño que no sea ocasionado por la crasa negligencia de EL ARRENDADOR o EL ARRENDATARIO.

26. En caso de que cualquier agencia del gobierno estatal, federal o municipal expropie parcial o totalmente el Local o la tierra donde éste ubica, el presente contrato quedará inmediatamente resuelto y EL ARRENDADOR será el único beneficiario de la indemnización que se reciba de tal expropiación y no será responsable a EL ARRENDATARIO en ninguna forma por cualquier daño que tal resolución del contrato le pueda causar a ésta. No obstante lo anterior, EL ARRENDADOR le reembolsará a EL ARRENDATARIO aquella parte proporcional de la renta del mes, si alguna, pagada por adelantado durante el tiempo que EL ARRENDATARIO no ocupe el local.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 22 de Septiembre de 2011.

Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte

REGISTRO INTERNO
Sección De Contratos-DTOP
2012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo _06_  Pág. _434_

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**
DEPTO. DE TRANSP. Y OBRAS PUBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. __11__ de __12__

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| Núm. de Contrato de la agencia |
| --- |

| Núm. de Contrato de la Oficina del Contralor |
| --- |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

☒ Hasta Cinco Años o Menos o    ☐ Hasta 10 Años en el Exterior    ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

27. EL ARRENDATARIO expresamente concede autorización a EL ARRENDADOR y sus agentes y empleados para entrar al local arrendado, con el propósito de inspeccionar el estado del mismo y dar mantenimiento a las unidades de aire acondicionado del local arrendado. En caso de juzgar EL ARRENDATARIO que haya necesidad de efectuar en el local arrendado reparaciones estructurales, a fin de preservarlo en el estado de servir para el uso pactado, deberá informar de ello inmediatamente por escrito a EL ARRENDADOR, el cual procederá a llevar a cabo la misma dentro de un plazo razonable después de tal notificación.

28. Queda expresamente convenido que la omisión, voluntaria o involuntaria, por parte de EL ARRENDADOR o EL ARRENDATARIO, de utilizar cualquier derecho que tenga bajo la ley o los términos del presente contrato, no podrá interpretarse como una renuncia por parte de EL ARRENDADOR o EL ARRENDATARIO al ejercicio de tales derechos posteriormente. Queda expresamente convenido, además, que ninguna renuncia de cualquier derecho a que tenga EL ARRENDADOR o EL ARRENDATARIO bajo la ley o el presente contrato, será válida si no es por escrito y aún en ese caso dicha renuncia no impedirá a EL ARRENDADOR o EL ARRENDATARIO ejercitar derechos similares después de ésta.

29. A la terminación del contrato por cualquier causa, EL ARRENDATARIO hará entrega del local arrendado a EL ARRENDADOR y sufragará todas aquellas labores y trabajos que sean necesarios para entregarlo en condiciones similares al estado en que lo recibió, incluyendo, pero no limitándose a: la limpieza de los pisos y las paredes, salvo el desgaste natural por el uso normal en el transcurso del término del contrato.

30. EL ARRENDATARIO será responsable de satisfacer a EL ARRENDADOR cualquier gasto o desembolso que ésta venga obligado a incurrir o a hacer como resultado de cualquier incumplimiento por parte de EL ARRENDATARIO de alguna de las condiciones del presente contrato. Dicha obligación de pago incluye costas, gastos y honorarios de abogados por cualquier gestión o reclamación, judicial o extrajudicial, que EL ARRENDATARIO venga obligado a iniciar como resultado de dicho incumplimiento o para recobrar la posesión física y legal del local.

31. Las partes convienen que el presente documento contiene la totalidad del acuerdo que existe entre ellas, dejando expresamente sin efecto cualquier acuerdo verbal o escrito de fecha anterior a la fecha de entrar en vigor el presente contrato, y convienen además que el presente contrato solamente podrá ser enmendado por acuerdo de las partes mediante un nuevo contrato escrito o mediante "Addendums" adheridos a éste, con fecha posterior y suscritos por todas las partes.

32. Este arrendamiento se regirá exclusivamente por las leyes del Estado Libre Asociado de Puerto Rico.

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 22 de Septiembre de 2011.

Rubén Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador

REGISTRO INTERNO
...cción De Contratos-DTOP
2012-000030
SEP 2 6 2011
06 Según Dispone Ley 34
La Oficina del Contralor

PO Box 839, San Juan, Puerto Rico 00919-0839

Dirección

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
Seguro Social

Conservación: Igual que el período establecido en el contrato del cual forma parte.

Modelo SC 854.2 (Hoja de Cont.)
16 mar 05
CC 1300-16-05

**Estado Libre Asociado de Puerto Rico**
DEPTO. DE TRANSP. Y OBRAS PÚBLICA
DIRECTORIA DE SERVICIOS AL CONDUCTOR
Agencia

Página Núm. __12__ de __12__

APARTADO 41243 MINILLAS STA. SANTURCE PR 00940-1243
Dirección

| Núm. de Contrato de la agencia |
|---|

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(HOJA DE CONTINUACION)**

| Núm. de Contrato de la Oficina del Contralor |
|---|

☒ Hasta Cinco Años o Menos o     ☐ Hasta 10 Años en el Exterior     ☐ Hasta 30 Años

OTRAS ESTIPULACIONES:

33. Registro en la Oficina del Contralor.
Ninguna prestación o contraprestación objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del contralor a tenor con lo dispuesto en la Ley 18 del 30 de octubre de 1975, según enmendada.

34. Las partes expresamente disponen que será de aplicación el Artículo 1456 del Código Civil de Puerto Rico, 31 LPRA 4063, para lo cual el Arrendador ha prestado su aquiescencia del derecho del Arrendatario a la reconducción.

35. En virtud de la Ley Núm. 243 de 10 de noviembre de 2006, conocida como Ley de la Política Pública sobre el Uso del Número de Seguro Social como Verificación de Identificación, las "PARTES" se comprometen a no difundir, desplegar no revelar el número de Seguro Social Federal utilizado para la identificación de la otra "PARTE" para otros fines no permitidos por ley y hacer elegible el mismo, en caso de que provenga a alguna persona natural o jurídica copia del presente contrato.

Revisado por:

_____
Lcda. Rebeca F. Rojas Colón
Asesora Legal

_____
Abogado (a)
Sección de Contratos

Las partes contratantes acordamos que este documento formará parte integrante del Contrato original que se suscribe en San Juan PR, hoy 22 de Septiembre de 2011.

_____
Ruben Hernandez Gregorat, MEM, PE, SECRETARIO
Nombre y Firma del Jefe de la Agencia o
su Representante Autorizado

_____
Israel Kopel, Socio Administrador
Nombre y Firma del Arrendador
Box 839, San Juan, PR 00919-0839

Dirección
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
Seguro Social

Conservación: Igual que el periodo establecido en el Contrato del cual forma parte.

REGISTRO INTERNO
Sección De Contratos-DTOP
2012-000030
SEP 2 6 2011
Según Dispone
La Oficina del Contralor
Tomo 06   Pág. 434

Registro de Envío de Contratos, Escrituras y Documentos Relacionados.    Page 1 of 2



Estado Libre Asociado de Puerto Rico
Commonwealth of Puerto Rico
**OFICINA DEL CONTRALOR**
Office of the Comptroller
San Juan, Puerto Rico

Número de Envío: 236452

Código de Entidad 2282    Registro de Envío de Contratos,    Envío generado por:
Escrituras y Documentos Relacionados    Brenda I. Serrano Vázquez

Cantidad de Contratos Enviados: 1    Fecha de envío: 9/30/2011 2:15:34 PM    Fecha de Impresión: 9/30/2011 2:15:35 PM
Regresar a Contratos en Proceso

| | Contrato | Enmienda | Fecha Otorgado | Cuantía | Vigencia Desde | Vigencia Hasta | Tipo | | Exento |
|---|---|---|---|---|---|---|---|---|---|
| | 2012-000030 | | 09/22/2011 | $ 445,500.00 | 09/22/2011 | 03/22/2012 | 8 | | 0 |

| | Seguro Social | Nombre |
|---|---|---|
| | 650-46-226300 | PDCM ASSOCIATES, S.E. |