## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| As representative of : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered)[1] |
| Debtors | |

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

COMES NOW, BDO OF PUERTO RICO PSC (now known as Old of Puerto Rico, PSC) (hereinafter "BDO") Creditor as to the **CommonWealth of Puerto Rico** hereto, and hereby enter their appearances through the undersigned counsel Juan R. Rivera Font, Esq., partner of JUAN R. RIVERA FONT, LLC, pursuant to Rule 83(d) of the Local District Court Rules for District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as the Court's *Order (a) Imposing and Rendering Applicable Local Bankruptcy Rules to the Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management and Administrative Procedures, and (c) Granting Related Relief* (the "CMP Order") (Docket No. 249), as amended on June 6, 2017 (Docket No. 262 of Case No. 17- 03283 (LTS)) (the "CMP Order"), as applicable to these proceeding pursuant to the Court's June 2, 2017 Order (Docket No. 40), the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

**To (Creditor's Name):**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

**BDO of Puerto Rico, LLC**
**(now Old of Puerto Rico, PSC)**
PO Box 363343
San Juan, PR 00936-3343
Attn.: Ryan Marin
E-mail: ryan@bdo.com.pr
Phone: (787) 725-1500 ext. 2279

**To (Creditor's Name) Counsel:**

**Juan Ramón Rivera Font, Esq.**
27 González Giusti Ave., Office 602
Guaynabo, PR 00968
juan@riverafont.com
asistente@riverafont.com
Tel. (787) 250-8040

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise filed, which may affect or seek to affect in any way any rights or interest of Santander Entities with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. **Please add the foregoing to such mailing matrix as may be used for all purposes in this case.**

**WE HEREBY CERTIFY** that on this same sate, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, on May 22, 2023.

**s/JUAN R. RIVERA FONT**
JUAN R. RIVERA FONT
USDC-PR No. 221703
**JUAN R RIVERA FONT, LLC**
27 González Giusti Ave., Office 602
Guaynabo, PR 00968
juan@riverafont.com
Tel.: (787) 250-8040