# Exhibit A

**Proposed Order**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| As representative of: | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered)[2] |
| Debtors | |

### ORDER GRANTING BDO OF PUERTO RICO PSC (NOW KNOWN AS OLD OF PUERTO RICO, PSC) (HEREINAFTER "BDO") URGENT MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO THE FIVE HUNDRED SEVENTIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon consideration of *BDO Puerto Rico PSC, now known as Old Puerto Rico, PSC's Urgent Motion To Extend Deadline To File A Response To The Five Hundred Seventieth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Puerto Rico Highways And Transportation Authority, And Puerto Rico Public Buildings Authority To Claims For Which The Debtors Are Not Liable* (the "Uncontested Urgent Motion") filed by BDO, and the Court having jurisdiction over this matter under 28 U.S.C. 1331, and under section 306(a)-(b) of

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

PROMESA, 48 U.S.C. §2166(a)-(b); and venue being proper under section 307(a) of PROMESA, 48 U.S.C. § 2167(a); and the Court having reviewed the Urgent Motion and determining that the legal and factual bases set forth therein establish just cause for the relief requested in the Urgent Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED** that the Urgent Motion is hereby granted in its entirety;

**ORDERED** that BDO's deadline to file its response to the *Five Hundred Seventieth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Puerto Rico Highways And Transportation Authority, And Puerto Rico Public Buildings Authority To Claims For Which The Debtors Are Not Liable* will be June 22, 2023;

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

Dated: May __, 2023.

_____
Honorable Laura Taylor Swain
United States District Judge
