UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING BDO PUERTO RICO PSC, NOW KNOWN AS OLD PUERTO RICO, PSC'S MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO THE FIVE HUNDRED SEVENTIETH OMNIBUS (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE

Upon consideration of *BDO Puerto Rico PSC, now known as Old Puerto Rico, PSC's Motion to Extend Deadline to File a Response to the Five Hundred Seventieth Omnibus (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

the Debtors Are Not Liable* (Docket Entry No. 24295 in Case No. 17-3283) (the "Urgent Motion") filed by BDO of Puerto Rico PSC ("BDO"), and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under section 306 of PROMESA, 48 U.S.C. § 2166; and venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167; and the court having reviewed the Urgent Motion and determined that the legal and factual bases set forth therein establish just cause for the relief requested in the Urgent Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is hereby granted as set forth herein.

2. BDO's deadline to file its response to the *Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and Puerto Rico Public Buildings Authority to Claims for Which the Debtors Are Not Liable* (Docket Entry No. 24050 in Case No. 17-3283) will be **June 22, 2023**.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

4. This Order resolves Docket Entry No. 24295 in Case No. 17-3283.

SO ORDERED.

Dated: May 23, 2023

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE