IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

## APPLICATION OF ZACHARY P. SCHRIEBER FOR ADMISSION *PRO HAC VICE*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT**:

COMES NOW Zachary P. Schrieber ("Applicant") and respectfully states and prays as follows:

1. Applicant is an attorney and an Associate with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 200 Liberty Street, New York, New York 10281.

2. Applicant has been retained as counsel by Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

3. Applicant will sign all pleadings and papers with the name Zachary P. Schrieber.

4. Since 2019, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's bar license number is 5705504.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts:

| Court | Admission Date |
|---|---|
| U.S. District Court, S.D.N.Y. | 2021 |
| New York | 2019 |

6. Applicant hereby attests that he is not suspended from practice nor has been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico in the previous three years.

8. Local counsel of record for the Applicant is:

Heriberto Burgos Pérez
USDC-PR No. 204,809
Ricardo F. Casellas-Sánchez
USDC-PR No. 203,114
Diana Pérez-Seda
USDC–PR No. 232,014
P.O. Box 364924
San Juan, PR 00936-4924
Tel.: (787) 756-1400
Fax: (787) 756-1401
E-mail:  hburgos@cabprlaw.com
  rcasellas@cabprlaw.com
  dperez@cabprlaw.com

9. Applicant has read the Local Rules of this Court and will comply with them, including the provision which requires the payment of an admission fee in the amount of $300.00 to the order of the Clerk, U.S. District Court.

WHEREFORE, Applicant respectfully requests to be admitted *pro hac vice* in the U.S. District Court for the District of Puerto Rico in the above-captioned proceedings.

At New York, New York, this 23rd day of May, 2023.

/s/ *Zachary P. Schrieber*
Zachary P. Schrieber
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone (212) 504-6000
Facsimile  (212) 504-6666
zack.schrieber@cwt.com

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

I hereby certify pursuant to L.Cv.R. 83A(f) that I consent to the designation of local counsel of record for all purposes and that I caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. I also certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 23rd day of May, 2023.

                                              CASELLAS ALCOVER & BURGOS P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
T. (787) 756-1400
F. (787) 756-1401
dperez@cabprlaw.com

 */s/ Diana Pérez-Seda*
Diana Pérez-Seda
USDC–PR No. 232,014

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

____ The application be granted.

____ The application be denied.

The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of May, 2023.

Hon. _____
UNITED STATES DISTRICT COURT JUDGE