

JUNTA DE SÍNDICOS
UNIVERSIDAD DE PUERTO RICO

CERTIFICACION NUMERO 137
1996-97

Yo, Angel A. Cintrón Rivera, Miembro y Secretario de la Junta de Síndicos de la Universidad de Puerto Rico, CERTIFICO:----------------------------

Que la Junta de Síndicos, en su reunión ordinaria del jueves, 12 de junio de 1997, acordó:

> Aprobar el Reglamento Interno de la Junta de Retiro de la Universidad de Puerto Rico, que se hace formar parte de esta Certificación.

Y, PARA QUE ASI CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, hoy día 13 de junio de 1997.



Angel A. Cintrón Rivera, M.D.
Miembro y Secretario

PO Box 23400, San Juan, Puerto Rico 00931-3400

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 2 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 2 de 18

### REGLAMENTO INTERNO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO

Artículo I - **Título**

Este reglamento se conocerá como el "Reglamento Interno de la Junta de Retiro de la Universidad de Puerto Rico".

Artículo II - **Exposición de Motivos**

La Junta de Síndicos y la Junta de Retiro de la Universidad de Puerto Rico adoptan este documento con el propósito de establecer las normas de funcionamiento necesarias para ejecutar las disposiciones que rigen los deberes, funciones y responsabilidades de la Junta de Retiro de la Universidad de Puerto Rico.

Artículo III - **Base Legal**

Se establece este reglamento en virtud de las disposiciones contenidas en el Reglamento del Sistema de Retiro de la Universidad de Puerto Rico revisado efectivo en el mes de agosto de 1992.

Artículo IV - **Aplicabilidad**

Las disposiciones de este reglamento se aplicarán siempre que la Junta de Retiro de la Universidad de Puerto Rico esté en el desempeño de sus funciones.

Artículo V - **Significado de los Términos**

Para efectos de este reglamento se utilizarán los términos según están definidos en el Reglamento del Sistema de Retiro de la Universidad de Puerto Rico. Se exceptúa:

1. Consejo de Educación Superior - será sustituido por Junta de Síndicos, según lo dispone la certificación número 21-93 emitida por la Junta de Síndicos el 22 de septiembre de 1993.

2. Los nombres de las posiciones oficiales son aplicables a ambos géneros.

Artículo VI - Disposiciones del Artículo XI - Administración, del Reglamento del Sistema de Retiro de la Universidad de Puerto Rico[1].

---

[1]Tomado del Reglamento del Sistema de Retiro de la Universidad de Puerto Rico. Según revisado efectivo agosto de 1992.

1

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 3 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 3 de 18

Artículo XI - **Administración**

Sección 1 - Junta de Retiro

   a. Se establece una Junta de Retiro que será directamente responsable a la Junta de Síndicos y estará compuesta por el Director de Finanzas de la Universidad, como Miembro Exofficio, quien podrá delegar en un sustituto para representarle, y miembros electos en representación de los siguientes sectores:

      Recinto Universitario de Río Piedras
      Recinto Universitario de Mayagüez
      Recinto Universitario de Ciencias Médicas
      Administración de Colegios Regionales
      Colegio Universitario de Cayey
      Colegio Universitario de Humacao
      Administración Central
      Pensionados del Sistema

   b. Cada uno de los sectores tendrá derecho a un representante si tiene menos de 1,500 participantes y dos si tiene 1,500 o más.

   c. El primer representante de cada sector será electo por votación directa de los participantes adscritos a dicho sector. El segundo representante, de tratarse de una unidad académica, será electo por el Senado Académico u organismo equivalente correspondiente. En los sectores que no constituyen una unidad académica, ambos representantes serán electos por votación directa.

Sección 2 - **Términos o Procedimientos para la Elección de los Miembros de la Junta**

   a. Los miembros electos de la Junta servirán por un periodo de tres años que vencerá el 30 de junio del año correspondiente

   b. Ningún miembro podrá ser electo por más de dos términos consecutivos, incluir la fracción del término servido en sustitución de un incumbente anterior.

   c. Procedimiento para la elección:

2

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 4 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 4 de 18

(1) La elección se llevará a cabo durante los meses de abril y mayo del año en que comience su término.

(2) En los casos de elección directa, exceptuando a los pensionados, cada unidad designará un comité de tres miembros para que supervise la elección y certifique los resultados. El Director Ejecutivo del Sistema asumirá dicha responsabilidad para la elección de los representantes de los pensionados, la cual se hará mediante referéndum, y certificará la persona electa.

(3) Cualquier participante del Sistema podrá ser nominado.

(4) Será responsabilidad del comité o del Director Ejecutivo velar por que en todo el proceso de nominación, votación y escrutinio se garantice la más amplia participación de los miembros participantes.

d. Los miembros electos tomarán posesión de sus cargos a partir del primero de julio, pero podrán asistir a las reuniones de la Junta que se celebren antes de esa fecha en calidad de observadores.

Sección 3 - **Deberes y Facultades de la Junta**

La Junta tendrá los siguientes deberes y facultades:

a. Recomendar a la Junta de Síndicos candidatos para cubrir el puesto de Director Ejecutivo, a tenor con lo dispuesto en la Sección 8-b de este Artículo.

b. Contratar aquellos servicios profesionales que considere necesarios para el desempeño de sus funciones.

c. Revisar y recomendar a la Junta de Síndicos el presupuesto anual para la administración del Sistema, el cual será cargado al Fondo.

d. Requerir y recibir de la Universidad y del Sistema toda aquella información que esté disponible y considere necesaria para el desempeño de sus funciones.

e. Considerar y tomar acción sobre los asuntos que traiga a su atención el Director Ejecutivo o cualquiera de los miembros de la Junta.

f. Fijar el tipo de interés en los préstamos personales e hipotecarios, y en la acreditación de servicios a cobrarse por el Sistema dentro de los parámetros establecidos por la Junta de Síndicos.

3

g. Analizar y recomendar a la Junta de Síndicos las tasas de aportación individual y patronal a pagarse al Sistema de Retiro.

h. Aprobar, con la recomendación de los Actuarios, aquellas tablas y premisas actuariales necesarias para la evaluación del Sistema y la determinación de beneficios.

i. Evaluar la labor realizada por el Director Ejecutivo cada tres años y someter un informe escrito a la Junta de Síndicos sobre dicha evaluación.

j. Someter recomendaciones a la Junta de Síndicos sobre las normas que regirán la inversión de los activos del Sistema.

k. Resolver las apelaciones radicadas por los participantes sobre las decisiones del Director Ejecutivo. Cuando las determinaciones de la Junta revoquen o modifiquen las del Director Ejecutivo, éste podrá solicitar revisión por la Junta de Síndicos.

l. Considerar y recomendar a la Junta de Síndicos la acción a tomar sobre cualquier enmienda a este Reglamento propuesta por la propia Junta, Junta de Síndicos o cualquier otro Cuerpo o persona.

m. Aprobar un reglamento interno, sujeto a la ratificación de la Junta de Síndicos.

n. Asesorar a la Junta de Síndicos sobre cualquier otro asunto relacionado con el Sistema, a requerimiento de la propia Junta de Síndicos o por iniciativa propia.

**Sección 4 - Vacantes**

a. Los asientos de los miembros electos de la Junta quedarán vacantes por las siguientes razones:

   (1) expiración del término del incumbente
   (2) cese de sus funciones en la unidad a la cual representa
   (3) disfrute de licencia prolongada
   (4) incapacidad que le impida ejercer sus funciones
   (5) nombramiento a posición administrativa que requiera la confirmación de la Junta

b. Cuando un miembro electo por voto directo cese en sus funciones antes de la expiración del término, será sustituido por el candidato que le siguió en número de votos. Los sustitutos de los miembros electos por los Senados Académicos serán seleccionados mediante nueva elección. Los miembros sustitutos servirán por el remanente del término del miembro original.

4

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 6 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 6 de 18

**Sección 5 - Deberes, Derechos y Limitaciones de los Miembros de la Junta**

a.  La elección de un miembro lo compromete a cumplir con los siguientes deberes hacia la Junta y hacia los participantes que representa:

   (1)  Asistir regularmente a las reuniones de la Junta legalmente convocadas.

   (2)  Realizar las gestiones especiales que la Junta le haya encomendado y que el miembro voluntariamente haya aceptado.

   (3)  Mantener informados a los participantes de los trabajos realizados por la Junta, así como de la situación financiera y proyecciones futuras del Sistema.

   (4)  Mantener comunicación con los participantes de sus respectivas unidades y traer ante la consideración de la Junta las inquietudes y sugerencias de éstos sobre el Sistema y los servicios que ofrece.

   (5)  Informar a la Junta sobre cualquier hecho o circunstancia que pueda constituir un conflicto de intereses entre el miembro y el Sistema.

b.  El incumplimiento reiterado de los deberes señalados en este Artículo será causa para acción disciplinaria, incluyendo la separación del miembro del cuerpo de la Junta. Antes de tomar esta acción, la Junta deberá apercibir al miembro sobre las posibles consecuencias de sus actos y darle una oportunidad para corregirlos.

c.  Derechos de los Miembros de la Junta

   Todos los miembros disfrutarán por igual de los siguientes derechos:

   (1)  Participar de las reuniones de la Junta con voz y voto.

   (2)  Solicitar, recibir y ser informado sobre toda aquella información relacionada con la administración y finanzas del Sistema. Toda solicitud de información relacionada con los expedientes de los participantes será canalizada a través de la Junta.

   (3)  Recibir el reembolso de los gastos incurridos para llevar a cabo aquellas gestiones encomendadas por la Junta, sujeto a las disposiciones del Reglamento de Gastos de Viaje de la Universidad de Puerto Rico, disponiéndose:

      (a)  Que los gastos incurridos por los representantes electos sean sufragados por las respectivas unidades institucionales que representan.

5

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 7 of 18

    (b)    Que los gastos incurridos por los representantes electos por los pensionados sean sufragados por el Sistema.

(4) Solicitar y disfrutar, en calidad de participante, de cualquier beneficio que el Sistema provea para los demás participantes, sujeto a las limitaciones estipuladas en la Sección d siguiente.

(5) Que la oficina o dependencia a la cual esté adscrito le provea el tiempo, facilidades y recursos necesarios para el descargo de sus funciones. En el caso de los representantes de los pensionados, estas facilidades serán provistas por la administración del Sistema.

D. Limitaciones de los miembros de la Junta, del Director Ejecutivo del Sistema, y de los miembros y el personal ejecutivo de la Junta de Síndicos.

Los derechos de los miembros de la Junta del Director Ejecutivo del Sistema y de los miembros de la Junta de Síndicos y su personal ejecutivo estarán sujetos a las siguientes limitaciones:

(1) Ningún miembro de la Junta podrá participar en una reunión de la Junta en que se vaya a considerar un asunto en el cual pueda tener un interés personal, directo o indirecto. Cuando el miembro sea parte de un caso de apelación, podrá comparecer ante la Junta con el sólo propósito de exponer su caso, pero deberá estar ausente en la reunión durante el proceso de deliberación. Estas limitaciones aplicarán también a los miembros de la Junta de Síndicos que sean participantes del Sistema.

(2) Las gestiones en cuanto a solicitudes de acreditación por años de servicio que haga el Director Ejecutivo, en calidad de participación, deberán ser tramitadas, consideradas y aprobadas por la Junta.

(3) Ningún miembro de la Junta, de la Junta de Síndicos ni del personal ejecutivo de éste, podrá estar interesado, directa o indirectamente, en las rentas o beneficios de cualquier inversión realizada por el Sistema, ni recibir pago o emolumento alguno por servicios prestados en relación con inversiones hechas por el Sistema, o servir de endosante, fiador, u obligarse en forma alguna con respecto al dinero prestado por el Sistema, excepto por lo dispuesto en la Sección 5 c- 4) de este Artículo.

6

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 8 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 8 de 18

### Sección 6 - Oficiales de la Junta

a. Elección

La Junta elegirá de su seno un presidente, un primer vicepresidente y un segundo vicepresidente, quienes deberán representar tres diferentes sectores de los enumerados en la Sección 1 de este artículo y quienes servirán por un término de dos años.

b. Vacantes

La vacante del puesto de presidente o vicepresidente será cubierta, por el resto del término del incumbente, por elección de entre los miembros de la Junta.

c. Deberes

El presidente convocará y presidirá las reuniones de la Junta; será su portavoz y la representará en todas las gestiones oficiales que la Junta le confíe.

Los vicepresidentes desempeñarán aquellos deberes que les sean asignados por el presidente o por la Junta y en orden de rango, sustituirán al presidente durante la ausencia o incapacidad de éste, por un período que no excederá de noventa (90) días, en todas las funciones que correspondan al presidente.

En casos de ausencia del presidente y los vicepresidentes en una reunión de la Junta, se elegirá del seno de la Junta un presidente accidental para presidir la reunión.

### Sección 7 - Reuniones de la Junta

a. La presencia de una mayoría de los miembros de la Junta constituirá quórum.

b. Todas las decisiones de la Junta deberán ser aprobadas por mayoría de sus miembros presentes en reunión debidamente constituida.

c. Cualquier asunto previamente resuelto podrá ser traído para reconsideración por la Junta mediante petición de tres de sus miembros, pero el asunto deberá ser específicamente incluido en la agenda de la reunión en que se vaya a considerar.

d. Todo lo relacionado con la naturaleza, fechas, lugares y frecuencia de las reuniones y otros pormenores serán incluidos en el reglamento interno.

7

**Sección 8 - Director Ejecutivo**

a. La administración operacional del Sistema estará a cargo de un(a) Director(a) Ejecutivo(a) el (la) cual tendrá la responsabilidad y autoridad para tomar en primera instancia todas las decisiones relacionadas con el mismo, excepto aquellas que le han sido recomendadas a la Junta o que se haya reservado la Junta de Síndicos. Servirá, además, como secretario(a) de la Junta con voz pero sin voto.

b. La Junta participará del proceso de consulta para seleccionar los candidatos, a ser considerados, para el puesto de Director Ejecutivo. La Junta evaluará los candidatos y recomendará a la Junta de Síndicos aquellos que a su juicio sean idóneos para el cargo. La Junta de Síndicos seleccionará al Director Ejecutivo del Sistema de entre la lista de candidatos sometidos por la Junta.

c. Deberes

(1) Enviará a los miembros de la Junta las convocatorias para las reuniones junto con la agenda y otros documentos a ser considerados.

(2) Preparará, certificará y custodiará las minutas de las reuniones.

(3) Preparará los documentos que solicita la Junta.

(4) Actuará en la revisión, aprobación o rechazo de las solicitudes de pensiones y beneficios, así como de las solicitudes de préstamos hipotecarios o personales que radiquen los participantes del Sistema.

(5) Firmará los bonos, escrituras de hipotecas y préstamos que concede el Sistema, firmará los pagarés de dichos préstamos, así como los pagarés de las hipotecas de la Administración Federal de Hogares (FHA), de la Cartera de Inversiones del Fondo, sujeto a las limitaciones que establezca la Junta de Síndicos.

(6) Someterá a la Junta una relación de los préstamos, de las pensiones y beneficios aprobados.

(7) Someterá a la consideración de la Junta propuestos cambios a las reglas, reglamentos y procedimientos.

(8) Custodiará todos los récords y documentos del Sistema con excepción de aquellos cuya custodia haya sido asignada a otra persona por la Junta de Síndicos.

8

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 10 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 10 de 18

(9) Actuará como secretario de todos los comités nombrados por el presidente de la Junta, a menos que éste asigne estos deberes a otra persona.

(10) Preparará, para la consideración y aprobación de la Junta, el informe de presupuesto anual y cualquier otro informe que la Junta le solicite.

(11) Someterá a la Junta de Síndicos, por conducto de la Junta, un informe anual, a la mayor brevedad posible después del cierre de operaciones del año fiscal. El informe incluirá estados que demuestren las condiciones financieras y actuariales del Sistema, los ingresos y gastos del año, los cambios en activos y obligaciones registrados durante el año, las inversiones que tiene el Sistema y los valores adquiridos y vendidos durante el año, incluyendo una descripción de cada uno de los valores, al precio de compra o venta y el nombre del comprador o vendedor, y toda aquella información financiera o estadística necesaria que ayude a la interpretación correcta de las operaciones financieras del Sistema.

(12) Publicará y distribuirá entre los participantes un resumen del informe anual sometido a la Junta de Síndicos.

(13) Contratará aquellos servicios profesionales y de consultoría que considere necesarios para el desempeño de sus funciones, incluyendo servicios actuariales, de inversiones, legales y médicos.

(14) Mantendrá a los participantes del Sistema informados sobre todas las decisiones adoptadas por la Junta de Síndicos que puedan afectarles directamente.

(15) Traerá a la atención de la Junta, para su decisión, cualquier solicitud radicada por un participante del Sistema que no esté cubierta por los procedimientos establecidos.

(16) Se mantendrá al día de todos los cambios y tendencias, incluyendo el campo de las inversiones, que puedan en alguna forma afectar los procedimientos establecidos.

(17) Establecerá y mantendrá facilidades y personal para la celebración de las reuniones de la Junta y el desempeño eficiente de sus funciones.

(18) Asumirá cualquier otra responsabilidad que le asigne la Junta de Síndicos.

9

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 11 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 11 de 18

## Artículo VII - Disposiciones Internas de la Junta de Retiro

Para cumplir con las disposiciones del Reglamento del Sistema de Retiro de la Universidad de Puerto Rico según presentado en el Artículo VI de este documento, se establecen las siguientes normas:

### Sección 1 - Elección de los oficiales de la Junta

a. La elección de los oficiales de la Junta se hará por votación secreta y han de ser electos por mayoría, es decir por más de la mitad de los miembros presentes.

b. Se seguirá el proceso de nominaciones por papeleta y las personas nominadas deben aceptar o rechazar la misma. Se garantizará en todo momento la participación de las personas interesadas en ser nominadas.

c. En caso de empate se procederá a otra votación.

### Sección 2 - Deberes

a. Presidente

   1) Participará, representando a la Junta, en el Comité de Retiro de la Junta de Síndicos; cumplirá con los deberes que se le asignen en dicho comité y mantendrá informada a la Junta de las gestiones realizadas y asuntos discutidos. En las reuniones de la Junta presentará un informe escrito sobre el particular.

   2) Nombrará aquellos comités que estime necesarios para el mejor funcionamiento de los deberes asignados a la Junta, siguiendo las disposiciones aplicables a los comités según aparecen en este reglamento.

   3) Convocará a la Junta a todas aquellas reuniones extraordinarias que estime conveniente.

   4) Será responsable de que la Junta lleve a cabo eficientemente los deberes que le han sido asignados a ésta según lo dispuesto en el Artículo XI, Sección 3 del Reglamento del Sistema de Retiro.

   5) Mantendrá constante comunicación con los oficiales de la Junta, en particular con el secretario para que haya continuidad en los trabajos, en caso de ausencia del presidente.

10

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 12 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 12 de 18

6) Preparará conjuntamente con el secretario la agenda de las reuniones.

b. Vicepresidentes

1) Presidirán, en orden de rango, en ausencia o incapacidad del presidente, toda vista administrativa que se requiera para poder resolver controversias entre el Director Ejecutivo y participantes del Sistema.

2) Ejecutarán todo acuerdo que le encomienda la Junta.

c. Secretario

1) Al Director Ejecutivo del Sistema, en su función dual como secretario de la Junta, se le requiere su presencia y participación activa en las reuniones. En ausencia o incapacidad de éste, será sustituido por el sub-director del Sistema de Retiro o la persona en quien se delegue.

2) Presentará a la Junta un informe trimestral sobre los préstamos, las pensiones y beneficios aprobados.

3) En la presentación de los casos radicados ante la Junta preparará un historial del mismo y lo someterá junto con los documentos necesarios para la evaluación y determinación final.

4) Mantendrá constante comunicación con los oficiales de la Junta en especial con el presidente sobre los asuntos relacionados con la Junta o el Sistema de Retiro.

5) Preparará el calendario anual de reuniones y lo someterá para la aprobación de la Junta de Retiro en la reunión ordinaria del mes de octubre y distribuirá copia a los miembros en o antes del mes de diciembre anterior a la efectividad.

6) Asesorará a la Junta en aspectos reglamentarios y procesales que puedan ser útiles en las determinaciones de ésta.

7) Llevará un registro de los asuntos presentados ante la Junta y que hayan quedado para estudio y evaluación. Informará a la Junta periódicamente sobre los inconvenientes o razones para que los mismos no hayan sido incluidos en agenda nuevamente.

8) Llevará un registro de la asistencia a las reuniones y notificará al presidente los miembros que no estén cumpliendo con sus deberes.

11

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 13 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 13 de 18

9) Entregará a la Junta copia de las certificaciones que emita la Junta de Síndicos relacionadas con el Sistema de Retiro.

10) Preparará conjuntamente con el presidente la agenda de las reuniones.

### Sección 3 - Reuniones

a. Asistencia a reuniones

   1) Los miembros asistirán a las reuniones regularmente. En caso de ausencia, lo notificarán anticipadamente al secretario.

   2) Un patrón de ausencias a las reuniones, sin justa causa y en exceso de tres (3), obliga al presidente a requerirle al miembro aludido una asistencia normal.

   3) Una repetición del patrón anteriormente expuesto será causa para iniciar un proceso de acción disciplinario y en caso extremo la declaración del asiento vacante.

   4) El secretario llevará un registro de la asistencia a las reuniones y notificará al presidente los miembros que no estén cumpliendo con esta responsabilidad.

b. Reuniones ordinarias

   1) La Junta celebrará una reunión ordinaria el último viernes de cada mes, en las oficinas del Sistema de Retiro de la Universidad de Puerto Rico. Se seguirá el calendario de reuniones según aprobado. Cualquier cambio de fecha, lugar u hora requerirá la aprobación previa de la Junta, mediante el mecanismo de referendo.

   2) Si el día designado en el anterior inciso fuera un día feriado, la reunión se celebrará el viernes laborable que preceda al día feriado o en la fecha cercana que determine el presidente.

c. Reuniones extraordinarias

   1) La Junta celebrará cuantas reuniones extraordinarias crea conveniente efectuar en cumplimiento del desempeño de sus funciones.

   2) Toda reunión extraordinaria será convocada por el presidente, por el secretario con la aprobación del presidente o a solicitud de un mínimo de tres (3) miembros.

12

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 14 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 14 de 18

3) Si por causas imprevistas no se pudiera celebrar la reunión en la fecha indicada, el presidente o los miembros que la solicitaron, fijarán la fecha más próxima para celebrar dicha reunión.

d. Quórum

1) Se requerirá la presencia de la mayoría de los miembros de la Junta para construir quórum.

2) El mismo será verificado por el secretario y notificado al presidente al comienzo de los trabajos.

3) Una vez constituido el quórum, el mismo debe prevalecer para tomar acuerdos. Si al momento de una votación no hay quórum, se declarará un receso para gestionar el necesario.

e. Agenda

1) Se seguirá el siguiente orden en la agenda de las reuniones ordinarias:

a) Determinación de quórum
b) Lectura y aprobación del acta de la reunión anterior
c) Informe del presidente
d) Informe del Director Ejecutivo y Secretario
e) Informes de otros oficiales o comités
f) Correspondencia recibida
g) Casos de apelación ante la Junta
h) Asuntos previamente señalados
I) Asuntos nuevos

2) Las reuniones extraordinarias seguirán el orden de trabajo que determine el asunto especial objeto de la convocatoria.

f. Las actas

1) Las actas serán preparadas por el secretario, aprobadas por la Junta y firmadas por el presidente y el secretario.

2) Se llevará un libro de actas y las mismas serán numeradas siguiendo el orden del año fiscal en que se realizan.

3) Incluirán la siguiente información:

a) Número de acta
b) Fecha y hora de la reunión

13

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc: Appendix Exhibit 3 to Complaint Dkt 1-3 Page 15 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 15 de 18

      c) Lugar de la reunión
      e) Nombres de los oficiales
      f) Personas presentes en la reunión
      g) Personas ausentes en la reunión
      h) Personas excusadas de la reunión
      i) Información sobre el acta anterior
      j) Mociones principales presentadas. Se hará un detalle de las mociones principales presentadas.
      k) Cuestiones de orden y apelaciones
      l) Hora en que terminan las deliberaciones

g. Votaciones

Las votaciones serán a viva voz, excepto en los casos en que la Junta o el reglamento disponga lo contrario.

h. Referendo

1) Hasta donde sea posible, se evitará el proceso de referendo. Este recurso se empleará, previa autorización del presidente, para resolver asuntos de extrema urgencia.

2) Todos los asuntos sometidos mediante el referendo requerirán la aprobación mayoritaria de los miembros de la Junta.

i. Invitados a reuniones

1) Personas que no sean miembros de la Junta de Retiro podrán asistir a las reuniones como invitados en las siguientes situaciones:

    a) Si van a presentar informes, propuestas, etc. relativas a asuntos que están bajo la consideración de la Junta.

    b) Como deponente en vistas administrativas.

2) La asistencia a la reunión será por invitación de la Junta y el asunto relacionado estará incluido en la agenda del día.

3) Se puede asistir a una reunion a peticion individual. El interesado hará la solicitud al secretario exponiendo el propósito de la misma. Se requiere la aprobación de la Junta en este caso.

4) La persona invitada se limitará a hacer las expresiones correspondientes y a contestar preguntas de la Junta. No estará presente en el momento en que la Junta discuta o decida sobre el asunto.

14

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 16 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 16 de 18

    5) En caso de que la presentación requiera ser grabada, el presidente así se lo informará al invitado para que manifieste su posición al respecto.

j. Comités

    1) Se nombrarán los comités que, a juicio del presidente, sea necesario establecer para el mejor desenvolvimiento de las funciones y deberes asignados a la Junta.

    2) La Junta podrá nombrar los comités especiales que considere necesarios para realizar sus funciones.

    3) El presidente será miembro ex-officio de todos los comités.

    4) El secretario actuará como secretario de los comités que se nombran, a menos que la Junta determine lo contrario.

    5) Al nombrar a los miembros de los comités se tomará en consideración lo siguiente:

        a) Voluntarios para participar en el comité.
        b) Disponibilidad para aceptar el cargo.
        c) Experiencia, preparación y conocimientos en los asuntos a estudiarse.
        d) Que durante el año fiscal no haya pertenecido a más de dos comités.
        e) Se le dará participación por igual a todos los miembros de la Junta.
        f) Que estén presentes en la reunión en el momento en que se nombra el comité, a menos que la persona ausente haya expresado a la Junta su disponibilidad para participar.

    6) El presidente nombrará al coordinador del comité, quien será responsable de organizar todo lo relativo al asunto a discutirse y presentar el informe final ante la Junta.

    7) El comité estará compuesto por un máximo de cinco (5) miembros.

K. Tiempo límite para rendir informes

    1) Los informes de encomiendas asignadas a los oficiales o comités serán rendidos en forma escrita y firmados por sus miembros. La presentación verbal cuando así se requiera ante la Junta, se hará por el oficial correspondiente, por el coordinador del comité o por la persona que éste designe.

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 17 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 17 de 18

    2) El tiempo para rendir el informe será determinado en cada caso por la Junta. El tiempo máximo será de tres (3) meses a partir del día en que se le asigne la encomienda. Se podrá solicitar a la Junta, previa justificación, una prórroga para entregar o rendir el informe respectivo.

1. Expedientes

    1) Los expedientes de los asuntos a discutirse en las reuniones, estarán disponibles para ser examinados por los miembros de la Junta, en presencia de la Junta en pleno.

    2) El secretario será el custodio de los expedientes y los mantendrá a la disposición de la Junta.

    3) El contenido de los expedientes será utilizado única y exclusivamente para el asunto en agenda y para el cumplimiento de los deberes de la Junta.

m. Confidencialidad

Es responsabilidad de los miembros de la Junta y del Director Ejecutivo el garantizar la confidencialidad de los expedientes de los participantes del Sistema de Retiro y de los asuntos que se discuten en las reuniones.

Artículo VIII. Procedimientos

Los procedimientos de la Junta, en lo no dispuesto en este reglamento, se regirán por el Manual de Procedimiento Parlamentario de Reece B. Bothwell, salvo en los casos que la Junta disponga otra cosa.

Artículo IX. Disposiciones Generales

En aquellos asuntos relativos a la Junta de Retiro de la Universidad de Puerto Rico no contemplados en las disposiciones de este reglamento, ni en el Reglamento del Sistema de Retiro de la Universidad de Puerto Rico, se observarán las prácticas, los usos y costumbres universitarias, salvo cuando la Junta disponga otra cosa, si tales son sus atribuciones.

Artículo X. Cláusula de Salvedad

La declaración de inconstitucionalidad o nulidad de cualquiera de los artículos de este reglamento o parte de ellos, no afectará la validez de los restantes.

Case:17-03283-LTS Doc#:24302-5 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 3 to Complaint Dkt 1-3 Page 18 of 18

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 18 de 18

Artículo XI. Enmiendas

La Junta de Síndicos podrá enmendar, modificar o derogar en todo o en parte este reglamento, en cualquier reunión previamente establecida y de cuya agenda formen parte estos propósitos, disponiéndose que se requerirá el estudio y aprobación previa de la Junta de Retiro, luego de concedérsele un plazo de tiempo razonable para el estudio e informe.

Artículo XII. Derogación

Se deroga cualquier norma, reglamento o procedimiento interno previamente aprobado para regular el funcionamiento de la Junta de Retiro.

Artículo XIII. Vigencia

Este reglamento comenzará a regir luego de su ratificación en la Junta de Síndicos de la Universidad de Puerto Rico.

Artículo XIV. Aprobación

Este reglamento fue aprobado por la Junta de Retiro en reunión celebrada el 24 de junio de 1994. Se somete para la ratificación de la Junta de Síndicos.