**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**Sala Superior de San Juan**

| | |
|---|---|
| JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO, EDUARDO BERRIOS TORRES, LUIS VINCENTY SANTINI, SONIA H REYES CRUZ, ITZA DEYNES VARGAS, ELISA CRUZ RODRIGUEZ, AIXA RAMIREZ TOLEDO, ANGEL RUCABADO VELEZ, FRANCES M. BOTHWELL, ROGELIO J. CARDONA CARDONA, MUGUEL E. PEREZ DIAZ, VIVIAN CARRO FIGUEROA, LUIS P. SANCHEZ LONGO, VICENTE LEON OCASIO, ANTONIO ZARAGOZA RODRIGUEZ, JOSE PEREZ MOLL, FERNANDO NERIS FLORES **PARTE DEMANDANTE** VS. UNIVERSIDAD DE PUERTO RICO REPRESENTADA POR LA JUNTA DE GOBIERNO DE LA UPR, LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO FIDUCIARIA DEL FIDEICOMISO DEL SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO, UNIVERSIDAD DE PUERTO RICO REPRESENTADA POR LA JUNTA DE GOBIERNO DE LA UPR O SU PRESIDENTE JORGE HADDOCK ACEVEDO **PARTE DEMANDADA** | **CIVIL NUM.** SJ2018-09660 **SALA 907** **SOBRE:** **INTERDICTO PROVISIONAL Y PERMANENTE** |

## - M I N U T A -

Atendida la **videoconferencia** pautada para el día de hoy en el caso de epígrafe para **Vista Post-sentencia,** participaron la parte demandante Luis Vicenty Santini, Presidente de la Junta de Retiro acompañado de la Lcda. Vanessa Mulet Sánchez, asesora legal y el Lcdo. Samuel Nales Concepción y representado por el Lcdo. Rafael Maldonado Pérez. La parte demandada Universidad de Puerto Rico participó representada por el Lcdo. Juan M. Casellas Rodríguez y la Junta de Gobierno de la UPR participó representada por el Lcdo. Ferdinand Ocasio Vélez.

Se les advierte a las partes que a la videoconferencia le aplican las mismas reglas y formalidades de una vista presencial, que solo se está grabando el audio, los demás participantes no están autorizados a tomar fotografías ni videos más allá de la autorización que el tribunal concedió a base

Case:17-03283-LTS Doc#:24302-8 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 6 to Complaint Extracted Page 2 Page 2 de 3

SJ2018CV09660 (907)
**MINUTA DEL 25 DE MAYO DE 2022** 2

del Reglamento del Programa Experimental para la transmisión de los Procesos Judiciales aprobados por el Tribunal Supremo.

El Tribunal hizo constar que las partes presentaron unos escritos y particularmente el 22 de marzo de 2022 la parte demandante presentó un escrito haciendo referencia a lo que a su entender son algunos incumplimientos con el injuction que emitió el Tribunal de Apelaciones donde la sentencia es final y firme.

El Tribunal discute con las partes extensamente los puntos que están en controversia los cuales se pueden atender con un dialogo sereno.

El licenciado Maldonado Pérez manifestó que son cuatro (4) puntos. Cuando el Tribunal emitió una resolución el año pasado donde hizo 4 cosas; confirmar que la sentencia del Tribunal de Apelaciones que faculta a la Junta de Retiro como fiduciario a base de dos cosas la Ley 219 de fideicomiso y la escritura de constitución del fideicomiso que esas son las cosas que delimitan el poder del fiduciario, además el tribunal aclaro que la facultad del fiduciario es completa incluye la administración y la operación del fideicomiso, en adición al manejo de las inversiones del fideicomiso es completa y rechazo el planteamiento de que la Ley número 1 va por encima la Ley del Fideicomiso y la escritura a delimitar los poderes del fiduciario.

El licenciado Maldonado Pérez especifica que los asuntos específicos son que la parte demandada se rehúsa a ocupar las plazas vacías en particular el Director de Finanzas y Recursos Humanos; que la universidad esta enviado unos archivos de remesas y no los están enviado certificados con información confiable; que no se ha cumplido con la póliza patronal y el pago de los días del periodo navideños. Entre otros asuntos la intervención de la parte demandada con los auditores del fideicomiso.

El licenciado Casellas Rodríguez en su alocución entre otras cosas indicó que los empleados del fideicomiso son empleados de la universidad. En cuanto a las plazas vacantes siempre y cuando se justifique y cumpla con los cambios de reglamentación.

El licenciado Maldonado Pérez solicita que se canalice la comunicación de los auditores a través del director ejecutivo de la parte demandante.

SJ2018CV09660 (907)
MINUTA DEL 25 DE MAYO DE 2022                                            3

El licenciado Ocasio Vélez indicó que estar de acuerdo con lo expresado por el licenciado Casellas Rodríguez y somete el Artículo 7 del Reglamento General de la Universidad el cual es claro y especifico.

El Tribunal luego de escuchar a las partes dispone lo siguiente:

- Se les concede a las partes 10 días para que se reúnan el Lcdo. Samuel Nales por la parte demandante y la Directora de Recursos Humanos por la parte demandada para que establezcan un plan de trabajo con reuniones y 30 días para informar que queda pendiente y coordinar la reunión suspendida.

- En el término de 10 días las partes deberán coordinar una reunión con el Sr. Antonio Tejera, Director de Finanzas por la parte demandada y el licenciado Neles por la parte demandante para que se atienda el asunto de la remesa.

- Se les concede a las partes un término de 10 días simultáneos para que se expresen y el tribunal determinará si tiene jurisdicción en este procedimiento post-sentencia dentro de los mecanismos de ejecución de sentencia de la regla 56 y la normativa aplicable al injunction o si en la alternativa es de los asuntos según se había advertido en la resolución de diciembre tendrían que se objeto de un pleito independiente.

El Tribunal ordena el estricto cumplimento.

**NOTA:** La vista comenzó a las 2:34pm y concluyó a las 4:56pm. Los procedimientos fueron grabados.

| Alfonso S. Martínez Piovanetti | N/A |
|---|---|
| Juez Superior | Nombre de Alguacil |
| N/A | Certifico: Griselda Rodríguez Collado |
| Operadora de Sistema de Grabación | Secretaria Regional |
| Número de Salón: 907 | Por: f/ Myriam Rivera Villanueva |
| | Secretaria de Servicios a Sala |
| Fecha Transcripción: 25 de mayo de 2022 | Fecha Vista: 24 de mayo de 2022 |

OAT-838 Minutas Civil (Tribunal de Primera Instancia)
(Rev. Septiembre/2008)