SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 2



JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

CERTIFICACIÓN NÚMERO 146
2014-2015

Yo, Ana Matanzo Vicens, Secretaria de la Junta de Gobierno de la Universidad de Puerto Rico, CERTIFICO QUE:

La Junta de Gobierno en su reunión ordinaria celebrada el 18 de mayo de 2015, luego de evaluar las recomendaciones de la Junta de Directores del Sistema de Retiro, según contenidas en la Resolución de ese cuerpo de 24 de octubre de 2014 (copia de la cual se incorpora como Anejo I) así como las recomendaciones de la Directora Ejecutiva de dicho Sistema y de su Comité de Asuntos Financieros y del Sistema de Retiro; y habiendo también considerado la información y datos contenidos en el Estudio de Experiencia del Sistema de Retiro para el periodo del 30 de junio de 2008 al 30 de junio de 2013, así como el informe de Valoración Actuarial al 30 de junio de 2014 sometido por la firma de actuarios Cavanaugh McDonald Consulting, Inc, (copia del cual se incorpora como Anejo II) y los estudios sobre diversos escenarios de amortización de la deuda actuarial realizados por dicha firma, acordó:

> Establecer que la deuda actuarial del Sistema de Retiro de la Universidad de Puerto Rico será amortizada bajo un método de financiamiento cerrado, a un término de 40 años, a partir del 1 julio de 2015.

> El Sistema de Retiro de la Universidad deberá realizar estudios de experiencia en periodos no mayores de cinco (5) años.

Y PARA QUE ASÍ CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, 4 de junio de 2015.

Ana Matanzo Vicens
Secretaria

Case:17-03283-LTS   Doc#:24302-11   Filed:05/24/23   Entered:05/24/23 13:30:00   Desc:
Appendix Exhibit 9 to Complaint Dkt 1-9   Page 2 of 2

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 2 de 2

**University of Puerto Rico Retirement System**
**Unfunded Actuarial Accrued Liability (UAAL) as of June 30, 2015**
**Amortization Schedule**
**Closed 40-year Period Beginning June 30, 2015 Adopted by University**
**Assuming 7.75% Annual Interest Rate & 3% Annual Active Member Payroll Growth**

|  |  | Closed amortization period beginning 6/30/2015 |  | 40 years |  |
|  |  |  | Interest rate |  | 7.75% per year |
|  |  |  | Payroll growth |  | 3.00% per year |

| Date Beginning of Year (BOY) | Year | UAAL BOY | Amortization Payment | Interest | UAAL End of Year (EOY) | Date EOY |
|---|---|---|---|---|---|---|
| 6/30/2015 | 1 | 1,456,091,923 | 76,849,881 | 106,891,258 | 1,486,133,300 | 6/30/2016 |
| 6/30/2016 | 2 | 1,486,133,300 | 79,155,377 | 109,040,789 | 1,516,018,712 | 6/30/2017 |
| 6/30/2017 | 3 | 1,516,018,712 | 81,530,038 | 111,172,872 | 1,545,661,546 | 6/30/2018 |
| 6/30/2018 | 4 | 1,545,661,546 | 83,975,939 | 113,280,635 | 1,574,966,242 | 6/30/2019 |
| 6/30/2019 | 5 | 1,574,966,242 | 86,495,217 | 115,356,504 | 1,603,827,529 | 6/30/2020 |
| 6/30/2020 | 6 | 1,603,827,529 | 89,090,074 | 117,392,153 | 1,632,129,608 | 6/30/2021 |
| 6/30/2021 | 7 | 1,632,129,608 | 91,762,776 | 119,378,429 | 1,659,745,261 | 6/30/2022 |
| 6/30/2022 | 8 | 1,659,745,261 | 94,515,659 | 121,305,294 | 1,686,534,896 | 6/30/2023 |
| 6/30/2023 | 9 | 1,686,534,896 | 97,351,129 | 123,161,742 | 1,712,345,509 | 6/30/2024 |
| 6/30/2024 | 10 | 1,712,345,509 | 100,271,663 | 124,935,723 | 1,737,009,569 | 6/30/2025 |
| 6/30/2025 | 11 | 1,737,009,569 | 103,279,813 | 126,614,056 | 1,760,343,812 | 6/30/2026 |
| 6/30/2026 | 12 | 1,760,343,812 | 106,378,207 | 128,182,334 | 1,782,147,939 | 6/30/2027 |
| 6/30/2027 | 13 | 1,782,147,939 | 109,569,553 | 129,624,825 | 1,802,203,211 | 6/30/2028 |
| 6/30/2028 | 14 | 1,802,203,211 | 112,856,640 | 130,924,359 | 1,820,270,930 | 6/30/2029 |
| 6/30/2029 | 15 | 1,820,270,930 | 116,242,339 | 132,062,216 | 1,836,090,807 | 6/30/2030 |
| 6/30/2030 | 16 | 1,836,090,807 | 119,729,609 | 133,017,993 | 1,849,379,191 | 6/30/2031 |
| 6/30/2031 | 17 | 1,849,379,191 | 123,321,497 | 133,769,471 | 1,859,827,165 | 6/30/2032 |
| 6/30/2032 | 18 | 1,859,827,165 | 127,021,142 | 134,292,467 | 1,867,098,490 | 6/30/2033 |
| 6/30/2033 | 19 | 1,867,098,490 | 130,831,776 | 134,560,670 | 1,870,827,384 | 6/30/2034 |
| 6/30/2034 | 20 | 1,870,827,384 | 134,756,729 | 134,545,476 | 1,870,616,131 | 6/30/2035 |
| 6/30/2035 | 21 | 1,870,616,131 | 138,799,431 | 134,215,794 | 1,866,032,494 | 6/30/2036 |
| 6/30/2036 | 22 | 1,866,032,494 | 142,963,414 | 133,537,854 | 1,856,606,934 | 6/30/2037 |
| 6/30/2037 | 23 | 1,856,606,934 | 147,252,316 | 132,474,983 | 1,841,829,601 | 6/30/2038 |
| 6/30/2038 | 24 | 1,841,829,601 | 151,669,885 | 130,987,378 | 1,821,147,094 | 6/30/2039 |
| 6/30/2039 | 25 | 1,821,147,094 | 156,219,982 | 129,031,851 | 1,793,958,963 | 6/30/2040 |
| 6/30/2040 | 26 | 1,793,958,963 | 160,906,581 | 126,561,560 | 1,759,613,942 | 6/30/2041 |
| 6/30/2041 | 27 | 1,759,613,942 | 165,733,778 | 123,525,713 | 1,717,405,877 | 6/30/2042 |
| 6/30/2042 | 28 | 1,717,405,877 | 170,705,791 | 119,869,257 | 1,666,569,343 | 6/30/2043 |
| 6/30/2043 | 29 | 1,666,569,343 | 175,826,965 | 115,532,534 | 1,606,274,912 | 6/30/2044 |
| 6/30/2044 | 30 | 1,606,274,912 | 181,101,774 | 110,450,918 | 1,535,624,056 | 6/30/2045 |
| 6/30/2045 | 31 | 1,535,624,056 | 186,534,827 | 104,554,415 | 1,453,643,644 | 6/30/2046 |
| 6/30/2046 | 32 | 1,453,643,644 | 192,130,872 | 97,767,240 | 1,359,280,012 | 6/30/2047 |
| 6/30/2047 | 33 | 1,359,280,012 | 197,894,798 | 90,007,354 | 1,251,392,568 | 6/30/2048 |
| 6/30/2048 | 34 | 1,251,392,568 | 203,831,642 | 81,185,972 | 1,128,746,898 | 6/30/2049 |
| 6/30/2049 | 35 | 1,128,746,898 | 209,946,591 | 71,207,024 | 990,007,331 | 6/30/2050 |
| 6/30/2050 | 36 | 990,007,331 | 216,244,989 | 59,966,582 | 833,728,924 | 6/30/2051 |
| 6/30/2051 | 37 | 833,728,924 | 222,732,339 | 47,352,235 | 658,348,820 | 6/30/2052 |
| 6/30/2052 | 38 | 658,348,820 | 229,414,309 | 33,242,425 | 462,176,936 | 6/30/2053 |
| 6/30/2053 | 39 | 462,176,936 | 236,296,738 | 17,505,715 | 243,385,913 | 6/30/2054 |
| 6/30/2054 | 40 | 243,385,913 | 243,385,913 | 0 | 0 | 6/30/2055 |