SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 21



REPRESENTACIÓN CLAUSTRAL
Junta de Gobierno de la Universidad de Puerto Rico

# Informe reunión ordinaria 25 de agosto de 2022
# Junta de Gobierno UPR

Representantes:

Dra. Eneida Rodríguez Rossy
UPR – Utuado
eneida.rodriguez@upr.edu

Dra. Margarita Villamil Torres
UPR - Ponce
margarita.villamil@upr.edu

Correo electrónico disponible para recibir preguntas,
inquietudes, propuestas y otros:

claustrales.jg@gmail.com

# *Fechas Reuniones Ordinarias 2022-2023

25 de agosto de 2022

29 de septiembre de 2022

27 de octubre de 2022

17 de noviembre de 2022

22 de diciembre de 2022

26 de enero de 2023

23 de febrero de 2023

30 de marzo de 2023

27 de abril de 2023

25 de mayo de 2023

29 de junio de 2023

*Nota: Todas se transmiten en vivo por el canal de YouTube Junta de Gobierno UPR y están sujetas a cambio.

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 3 de 21

# Comités de trabajo

| Representante | Comités |
|---|---|
| Dra. Eneida Rodríguez Rossy | • Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación<br><br>• Comité de Sistema de Retiro<br><br>• Comité de Desarrollo<br><br>• Comité Especial de Diversidad, Inclusión y Equidad<br><br>• Comité Especial de Acreditación |
| Dra. Margarita Villamil Torres | • Secretaria de la Junta de Gobierno<br>• Apelación y Ley y Reglamento<br>• Comité de Auditoría<br>• Comité Especial de Reestructuración Académica-Administrativa y Reforma Ley Universitaria<br>• De Infraestructura y Tecnología<br>• De Diversidad, Inclusión y Equidad<br>• Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación<br>• Comité de Finanzas |

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 4 de 21

## INFORME DE LA REUNIÓN ORDINARIA DE LA JUNTA DE GOBIERNO

El informe incluye los asuntos tratados en la Reunión Ordinaria del **jueves, 25 de agosto de 2022** de forma híbrida (virtual y presencial). La reunión da comienzo a la 1:10 p.m.

### Asuntos tratados

1) **Aprobación de la agenda del día**
   a. Previo a mencionar la moción de la agenda, se presenta moción para aprobarla y fue secundada por los miembros presentes.

2) **Aprobación de las Actas**

   Año Fiscal 2021-2022
   - → **Acta Núm. 25 (2021-2022)**, Ordinaria del 28 de abril de 2022.
   - → **Acta Núm. 26 (2021-2022)**, Extraordinaria del 12 de mayo de 2022.
   - → **Acta Núm. 27 (2021-2022)**, Ordinaria del 26 de mayo de 2022.
   - → **Acta Núm. 28 (2021-2022)**, Referéndum del 7 al 10 de junio de 2022.
   - → **Acta Núm. 29 (2021-2022)**, Extraordinaria del 20 de junio de 2022.
   - → **Acta Núm. 30 (2021-2022)**, Referéndum del 24 al 28 de junio de 2022.

   Año Fiscal 2022-2023
   - → **Acta Núm. 1 (2022-2023)**, Extraordinaria del 28 de abril de 2022.
   - → **Acta Núm. 2 (2022-2023)**, Referéndum del 20 al 22 de julio de 2022.
   - → **Acta Núm. 3 (2022-2023)**, Referéndum del 23 al 26 de julio de 2022.
   - → **Acta Núm. 4 (2022-2023)**, Referéndum del 12 al 15 de agosto de 2022.
   - → **Acta Núm. 5 (2022-2023)**, Referéndum del 23 de agosto de 2022.

     o Al no haber oposición alguna al momento de presentar las actas de cada año fiscal mencionado, se presenta moción por parte de la Dra. Margarita Villamil para que, en estilo bloque, se puedan aprobar dichas actas de cada año fiscal. Siendo así, fueron acogidas exitosamente por todos los miembros presentes.

3) **Informe del Presidente de la Junta de Gobierno**, por el CPA Ricardo Dalmau.

   Para información:
   - → **Agradecimiento a la Lcda. Magdalisse Ramos Costa** – se le agradece encarecidamente a la licenciada por su aportación realizada como secretaria ejecutiva desde agosto de 2017 ante la Junta de Gobierno. Durante ese tiempo estuvo en múltiples decisiones consolidadas y aprobadas como en cinco presupuestos y en más de 650 reuniones extraordinarias. Habiendo dicho esto, estuvo en nuestro cuerpo sirviendo con gran devoción durante todos los años que estuvo en su cargo.

○ El informe y carta de transición escrita por la licenciada será enviado para referencia de los miembros de la Junta, según fue solicitado.

→ **Agradecimiento al Dr. Carlos Galiano Quiñones** – Agradececidos grandemente por su gran labor y aportación como representante claustral desde enero 2022 a agosto 2022. Resaltando así y con respeto su profesionalismo en este tiempo acogido en el cuerpo, deseándole el mayor de los éxitos en cada área particular en que se encuentra laborando.

→ **Bienvenida de la Dra. Eneida Rodríguez Rossy, Representante Claustral** – el cuerpo de la Junta le extiende la más cordial bienvenida a quien será la representante claustral y comenzará a fungir sus funciones en dicho cargo. Siendo así, la doctora expresa unas cortas palabras en agradecimiento por el recibimiento que ha tenido con los miembros y espera poder aportar a nuestra Universidad de Puerto Rico para que siga manteniéndose como élite del desarrollo económico.

→ Aunque no se encontraba en agenda, fue importante hacer mención y reconocimiento de que el Recinto de UPR-Bayamón y sus programas Bachillerato en Ciencias con concentración en Biología y Bachillerato en Ciencias Naturales con concentración en Biología General fueron aprobados y se convirtieron en los únicos programas de las américas en ser acreditados por la *Applied and Natural Sciences Accreditation Commission* (ANSAC).

○ Como sugerencia, mencionan que dicha noticia se haga pública a través de las comunicaciones de Relaciones Públicas de la Junta y así se estará realizando con gran emoción. Se solicita continuar publicando las noticias positivas que surjan de nuestro Sistema UPR.

○ La Dra. Margarita Villamil también hace extensiva la felicitación y reconocimiento al programa de Nutrición de UPR-Río Piedras, pues también tuvieron su acreditación nuevamente en este año.

Para decisión:

→ **Calendario de Reuniones 2022-2023**
Se seguirá el mismo itinerario de días para las reuniones, manteniéndose los últimos jueves de cada mes a excepción de los meses que tengan festividades en sus últimas semanas y se tenga que adelantar la fecha de la reunión. Siendo así, dicho calendario fue aprobado por los presentes.

→ **Composición de la Junta de Gobierno 2022-2023**

Para referencia de todos, se menciona la composición del cuerpo de miembros para este 2022-2023:

| Cuerpo de Miembros de la Junta de Gobierno |
|---|
| CPA Ricardo Dalmau Santana |
| Dra. Margarita Villamil Torres |
| Dra. Eneida Rodríguez Rossy |
| Sr. Juan José De Jesús Oquendo |
| Sr. Delvin Caraballo Rodríguez |
| Ing. Emilio Colón Beltrán |
| Dra. Mayda Velasco Bonilla |
| Hon. Eliezer Ramos Parés |
| Lcdo. Héctor L. Martínez |
| Lcdo. Antonio Monroig Malatrasi |
| Dr. Hermán Cestero Aguilar |
| Dr. Jorge I. Valentín Asencio |
| Dr. Leonardo Valentín González |

Se presenta moción por parte del representante Juan José para aprobar dicha composición presentada y mencionada.

  o La Dra. Mayda Velasco no se opone a la moción, pero sí trae a la mesa de que en dicha composición del cuerpo falta un miembro para que esté completo y pregunta si se llenará esa vacante en un futuro cercano. - al faltar un miembro no afecta la aprobación de esta composición, pero se estará trabajando para que pueda incluirse en el transcurso del año.
     o Habiendo dicho esto, queda como aprobada la composición de la Junta de Gobierno 2022-2023.

→ **Composición de Comités 2022-2023**
La Dra. Margarita Villamil comparte ante la Junta la discusión llevada a cabo en la Reunión Ejecutiva y, en efecto, se ha sometido por escrito la **Enmienda al Reglamento Interno de la Junta de Gobierno** para considerar que los temas de los comités específicamente estudiantiles, académicos, investigación e innovación sean constituidos en un solo comité a partir de este año académico. Su propósito es unir esfuerzos y tiempo para que en efecto las encomiendas se puedan atender con mayor agilidad en un grupo de personas. Se recomienda que dicho comité tenga como componente siete miembros.

  o Luego de mencionada la enmienda, se somete ante el cuerpo para aprobación y fue secundada satisfactoriamente por los presentes.

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 7 de 21

→ **Composición de Comités Permanentes y Especiales 2022-2023**

Para referencia de todos, se mencionan a todos los miembros en sus respectivos comités permanentes y especiales:

| Miembros en sus respectivos Comités Permanentes y Especiales | |
|---|---|
| Comité de Asuntos Financieros<br><br>Comité de Reestructuración<br><br>Comité de Auditoría | CPA Ricardo Dalmau Santana |
| Comité de Apelaciones, Ley y Reglamento<br><br>Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación<br><br>Comité de Asuntos Financieros<br><br>Comité de Auditoría<br><br>Comité de Infraestructura y Tecnología<br><br>Comité Especial de Reestructuración<br><br>Comité Especial de Diversidad, Inclusión y Equidad | Dra. Margarita Villamil Torres |
| Comité de Apelaciones, Rey y Reglamento<br><br>Comité de Sistema de Retiro<br><br>Comité de Auditoría<br><br>Comité de Infraestructura y Tecnología<br><br>Comité Especial de Acreditación | Ing. Emilio Colón Beltrán |
| Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación<br><br>Comité de Asuntos Financieros<br><br>Comité Especial de Reestructuración<br><br>Comité de Sistemas de Retiro | Dra. Mayda Velasco Bonilla |

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 8 de 21

| | |
|---|---|
| **Comité Especial de Diversidad, Inclusión y Equidad**<br><br>**Comité Especial de Acreditación** | |
| **Comité de Apelaciones, Ley y Reglamento**<br><br>**Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación**<br><br>**Comité de Desarrollo** | Lcdo. Antonio Monroig Malatrasi |
| **Comité de Apelaciones, Ley y Reglamento** | Dr. Leonardo Valentín González |
| **Comité de Sistema de Retiro**<br><br>**Comité de Auditoría**<br><br>**Comité Especial de Reestructuración** | Lcdo. Héctor Martínez |
| **Comité de Desarrollo**<br><br>**Comité de Infraestructura y Tecnología**<br><br>**Comité Especial de Acreditación** | Dr. Hermán Cestero Aguilar |
| **Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación**<br><br>**Comité Especial de Diversidad, Inclusión y Equidad** | Hon. Eliezer Ramos Parés |
| **Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación**<br><br>**Comité de Asuntos Financieros**<br><br>**Comité de Infraestructura y Tecnología**<br><br>**Comité Especial de Acreditación** | Dr. Jorge I. Valentín Asencio |
| **Comité de Apelaciones, Ley y Reglamento**<br><br>**Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación** | Sr. Juan José de Jesús Oquendo |

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 9 de 21

| | |
|---|---|
| **Comité de Sistema de Retiro**<br><br>**Comité de Desarrollo**<br><br>**Comité Especial de Acreditación**<br><br>**Comité Especial de Diversidad, Inclusión y Equidad** | |
| **Comité de Asuntos Financieros**<br><br>**Comité de Auditoría**<br><br>**Comité de Infraestructura y Tecnología**<br><br>**Comité Especial de Reestructuración**<br><br>**Comité Especial de Acreditación**<br><br>**Comité Especial de Diversidad, Inclusión y Equidad** | Sr. Delvin Caraballo Rodríguez |
| **Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación**<br><br>**Comité de Sistema de Retiro**<br><br>**Comité de Desarrollo**<br><br>**Comité Especial de Diversidad, Inclusión y Equidad**<br><br>**Comité Especial de Acreditación** | Dra. Eneida Rodríguez Rossy |

Luego de compartir los miembros de la junta con sus respectivos comités, se presenta moción para aprobar la composición la cual fue secundada por todos los presentes.

→ **Composición de Comité Especiales 2022-2023**
  o **Composición Comité Especial de Acreditación** – se somete ante este cuerpo la creación del Comité de Acreditación luego de haberse discutido en la reunión ejecutiva y comprometidos en trabajar este asunto de gran importancia. Los miembros de dicho comité ya se encuentran asignados:
    ▪ Ing. Emilio Colón Beltrán
    ▪ Dra Mayda Velasco Bonilla

- Dr. Jorge I. Valentín Asencio
- Sr. Delvin Caraballo Rodríguez
- Dra. Eneida Rodríguez Rossy
- Dr. Hermán Cestero Aguilar
- Sr. Juan José de Jesús Oquendo

o La Dra. Margarita Villamil explica el propósito por el cual se creó
este comité teniendo como fin fortalecer los procesos de acreditación
y la Junta de Gobierno se convierta en un apoyo directo a estos
procesos que son intocables y la vida de la Universidad y sus
programas.

- Luego de presentado la composición del comité, la misma
fue aprobada con gran satisfacción ante el cuerpo de la Junta.

→ **Composición de Comité Ejecutivo 2022-2023**
Para poder constituir y realizar dicha composición, se presentan los
miembros para cada cargo nominados por el mismo cuerpo de la Junta.

o **Presidente**
- Se nomina al <u>CPA Ricardo Dalmau</u> como presidente, la
misma fue secundada por cuatro miembros y aceptada la
nominación por parte del CPA Dalmau. Al no haber otro
miembro candidato ni oposición para dicho cargo y,
para poder cumplir con el reglamento interno, se llevará a cabo la
votación por medio de voto secreto. Luego de finalizada la
votación, el CPA Dalmau queda oficialmente presidente, con
once a favor y dos abstenidos.

o **Vicepresidente**
- Para este cargo, se nomina al <u>Dr. Jorge I. Valentín Asencio</u>
como candidato al puesto y éste acepta la nominación. Se
procede a llevarse a cabo la votación y la misma queda con
seis votos a favor, tres en contra y cuatro abstenidos. Al
haber 13 miembros en la Junta, deben haber siete votos a
favor para que la misma procese por mayoría absoluta. Se
recomienda dejar vacante la posición y volver a traer el punto
en la próxima reunión o realizar una segunda votación
pudiera proceder un resultado distinto.
  - El Dr. Jorge I. Valentín retira su nominación para que
otro/a candidato/a pueda contar con el respaldo que se
merece dicha posición, con perspectiva de la situación
actual, el cuerpo debe mantenerse unido a través de
los líderes que se nombran.

- o Al encontrarse vacante dicho puesto, se atenderá en la próxima reunión del mes de septiembre.

- o **Secretario/a**
  - ▪ En este puesto la doctora Velasco presenta, de primera instancia, al Ing. Emilio Colón, y éste decide no aceptar la nominación. Siendo así, el ingeniero Colón propone a la Dra. Margarita Villamil y ella acepta la nominación. Se procede a la votación y la misma concluye con nueve votos a favor, dos abstenidos y dos en contra. La Dra. Villamil culmina siendo la secretaria de la Junta para este año.

→ **Designaciones a Corporaciones Subsidiarias**
  - o **Designación Corporación del Instituto de Aeronáutica y Aeroespacial de Puerto Rico**
    - ▪ Dra. Mayda Velasco Bonilla

  - o **Designación Fundación UPR**
    - ▪ Lcdo. Antonio Monroing
    - ▪ Dr. Hermán Cestero

  - o **Designación *Mayaguez Housing***
    - ▪ Sr. Juan José de Jesús Oquendo

  - o **Designación *UPR Parking System***
    - ▪ Sr. Delvin Caraballo Rodríguez

  - o **Designación Servicios Médicos Universitarios**
    - ▪ Sr. Juan José de Jesús Oquendo

Luego de presentados los miembros designados a cada corporación, se levantó moción para aprobar dichos designados y queda secundada con éxito por todos los presentes.

→ **Ratificación Rectoría UPR-Cayey**
  - o La Dra. Carmen Lucila Quiroga fue recomendada por Presidencia para dicho puesto. Cuenta con la disposición, con la preparación académica y con todos los requisitos para poder ser considerada en ello.
    - ▪ Se acepta la recomendación y la misma fue secundada por todos los presentes en el cuerpo. Siendo así, la Dra. Lucila queda aprobada como Rectora Interina de la UPR-Cayey.

→ **Ratificación Miembros ante la Junta Universitaria**

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 12 de 21

- o  Se somete ante la Junta los siguientes funcionarios como miembros de la Junta Universitaria:
  - **Dr. Orestes Quesada González**
  - **Dr. Josué Hernández Álvarez**
  - **Dra. Mayra Chárriez Cordero**

- Luego de presentados los funcionarios candidatos como miembros, se solicita una pequeña descripción durante la reunión de cada candidato recomendado para conocer los mismos antes de llevar a cabo la aceptación de las ratificaciones de miembros.
- o  El Sr. Delvin Caraballo trae consigo una pregunta al respecto del porqué no se consideró a la VP de Acreditación en vez del VP de Programas a Distancia - El Presidente Interino responde que se consideró el de programas a distancia por la gran importancia que tiene de desarrollar dichos programas a nivel universitario.

- o  La Dra. Margarita Villamil aclara que, en efecto, se están presentando tres candidatos para la Junta Universitaria cuando el reglamento brinda cinco espacios para que acompañen al presidente a dicho cuerpo. Estos tres candidatos son nuevos en sus respectivas posiciones y por eso se requiere ratificación. El CPA Antonio Tejera continuará en la Junta Universitaria, debido a que el tema de finanzas es un tema intocable y necesario se mantenga en discusión en la JU.

- o  Siendo así, se presenta moción para aprobar los mismos y fueron secundados por los presentes.

**4) Informe del Presidente Interino UPR**

→ La Dra. Margarita Villamil presenta moción para pasar directamente al espacio de preguntas y respuestas, ya que tuvieron acceso al informe de antemano para hacer lectura del mismo. Luego de aprobada la moción, las preguntas realizadas al Presidente Interino fueron las siguientes:

- o  El Sr. Juan José de Jesús Oquendo trae consigo varias preguntas a la mesa para traer a discusión. Primeramente, en el informe se hace referencia a todos los nombramientos que han transcurrido durante este pasado mes y medio, **¿Cuál es la razón de tener tantos ayudantes especiales adscritos a la Oficina de Presidencia?** y **¿a nivel de Presidencia va a proponer a esta Junta de Gobierno una reestructuración del organigrama que actualmente está aprobado por la Junta?** - El número de personas que van a estar trabajando, en caso de los ayudantes, están para unas tareas específicas que culminarán muchas de ellas en este semestre próximo. Muchos de estos ayudantes ya están en retiro; es

decir, han concedido a venir a trabajar y sus horas no son necesariamente las horas que tendría un empleado en su horario regular (no se encuentran a tiempo completo, sino parcial). En caso de la segunda pregunta, el Presidente afirma correcta la misma y es la idea del poder reestructurar muchas de las posiciones o áreas con nuevos nombramientos y reorganización. En efecto, se espera que en la próxima reunión la mayoría de las Vicepresidencias se encuentren ya nombradas.

o El Sr. Delvin Caraballo trae consigo al respecto de la Página 3 del Informe, el cual se habla que probablemente en una próxima década se podría mostrar cerca de un 30% de la matrícula que tenemos actualmente y es un dato altamente preocupante. Siendo así, el Sr. Caraballo recomienda adjuntar como anejo al informe el análisis estadístico que así se menciona en datos para poder tener con mejor claridad lo que se presenta al respecto.

o El Sr. Delvin Caraballo resalta que en la Página 4 se hace mención del *Net Cash* y en el 2021 refleja un negativo de $10.6 millones de dólares y en el 2022 un positivo de $102 millones de dólares. Viendo así una diferencia bastante marcada y significativa al ser de un negativo a un positivo tan alto. Se espera que más adelante el CPA Tejera pueda explicar en detalle sobre este particular.

▪ El Presidente realizó la gestión de solicitar el informe de estados de cuenta para poder tener evidenciado y más claro los datos, siendo así reflejados $74 millones al primero de julio y por tal razón contrasta con el negativo de $10 millones que se encontraba al terminar el 30 de junio de 2021 el Año Fiscal. En estos momentos, la cifra que indicó el CPA Tejera al 19 de agosto de 2022 es de $102 millones de dólares. Habían $74 millones cuando el presidente entra a cargo del puesto en julio 2022 y ahora la cifra subió a $102 millones.

▪ El CPA Tejera se encontró presente para poder explicar en detalle esta diferencia radical marcada y que se compartió en dicha página. Sabemos que venimos de unos años previos donde se están trabajando con presupuestos certificados que se encontraban desbalanceados, en donde el nivel de gastos era superior al nivel de recursos o ingresos que iba a tener la Universidad en esos pasados años. Lo que provocó que paulatinamente esa reserva de efectivo se fuera poco a poco consumiendo. Al llegar el cierre fiscal 2021, se llegó a un punto de que no había efectivo para la operación. Entrando el Año Fiscal 2022, hubo un cambio sustancial que se arrastra hasta el día de hoy como balances positivos (unas proporciones

sustanciales) y principalmente se deben a varios elementos y entre estos están las ayudas de la Junta de Supervisión Fiscal. Se perfeccionó un acuerdo transaccional en donde se hizo un cobro a unas agencias del Gobierno Central y que le brindó una cantidad sustancial a la Universidad de Puerto Rico, como el Departamento de Salud y Centro Médico ($50 millones de dólares). A parte de todo esto, el año pasado fue extraordinario al recibir cantidades sustanciales de fondos federales por la pandemia. Estos fueron algunos detalles explicados en detalle por parte del CPA Tejera para poder comprender dicha diferencia reflejada en estas cantidades.

o Por otra parte, la pregunta puntual del Sr. Delvin Caraballo es específicamente en la Página 9, donde se habla de los proyectos que se han pronunciado, tales como: la Ley 73, el 247 y el 314 sobre proyectos del Senado 930 y la pregunta a ciencia cierta sobre este último: **¿En este proyecto hay una oportunidad para que sirva en la Constitución de los Comités Institucionales para la Prevención de la Violencia de Género y la Equidad?**, ya que "Siempre Vivas" se puede ampliar también a otros Recintos. Por otro lado, **¿Hay alguna manera de retomar lo que en algún momento la Junta de Gobierno contaba con Mi Primera Experiencia Laboral?**, para que se pueda implementar un tipo de Internado de esta índole - El Presidente Interino felicita al Sr. Caraballo por tan buena sugerencia planteada sobre la mesa, ya que siempre ha respaldado a "Siempre Vivas" tanto a Río Piedras como Mayagüez. Se procurará que, en efecto, el proyecto pueda encaminarse y acercarse a las personas asignadas a estos fines para realizarle las sugerencias y se puedan llevar a cabo.

o Por otra parte, el Sr. Delvin Caraballa hace mención a la Página 19, en donde se establece la propuesta de Casa de Amor, Fe y Esperanza. Se conoce que esta propuesta llegó a la atención del Comité de Infraestructura y Tecnología y la recomendación de dicho comité en aquel momento fue que se pudiera realizar otro estudio estructural. En esta página se establece el estudio, pero no brinda detalles claros de cuáles fueron los estátus del estudio. – En estos momentos, hay varios informes de la estructura (informes de arquitectos, ingenieros, etc.), pero el informe bien estructurado se está realizando ahora y el estudio de un/a ingeniero/a estructural se está comisionando al respecto.

   ▪ El Ing. Emilio Colón menciona que cuando el Comité de Infraestructura y Tecnología vio dicha propuesta, entendieron que era una muy buena, pero que le faltaban varios elementos estructurales. En adición, comenta que le solicitaron a la Oficina de Propiedad todo un listado para ver cuáles estructuras pueden moverse al mercado de vivienda. Es decir, si hay alguna

estructura en Río Piedras o en alguno de los otros Recintos que se pueda potencial y llevarse a cabo una gestión para desarrollar proyectos de vivienda, sin que la Universidad saque los fondos para realizarlo. Esto tomará un gran análisis, pero se desea poder desarrollar esta gestión para que pueda ser de beneficio, ya sea de los estudiantes o inclusive, cualquier otra necesidad de los recintos.

o   Continúan las preguntas y en esta ocasión la Dra. Margarita Villamil expresa algunas de ellas hacia el informe sometido por el Presidente en representación de los Docentes. De primera instancia, el informe establece que está hecho un escrito sobre el PC 1314 de nueva Ley Universitaria; sin embargo, la comunidad no tiene información o conocimiento de cuáles han sido sus expresiones al respecto. Siendo así, muchos expresan que se les comparta así el escrito de dicho proyecto para su referencia. - En efecto, el presidente menciona que dicho escrito fue sometido pero se circulará entonces de manera general para que pueda darse a conocer ante la comunidad.

   ▪   Otra inquietud a conocer por parte de los docentes es sobre los cumplimientos de los seriados y cuál es el estátus de este punto particular en los recintos - Se le solicitó a cada rector que certificarán el cumplimiento con los cuatro y cinco seriados del 10 de mayo de 2022 y todos certificaron. Algunos detalles en términos de redacción de los seriados se tienen que mejorar, pero en propósito con estos seriados se ha cumplido en el sentido de que aquellos docentes que en su recinto base no podían completar allí, sí pudieron completar carga con cursos en otros recintos, ya sea de forma presencial o en línea.

o   Cuando se menciona la Oficina de Presupuesto en el informe, menciona a su vez acciones o políticas presupuestarias como parte de la acción a futuro para atender el tema. La Dra. Villamil pregunta: ¿pudiera mencionar algunas de estas acciones a considerar que menciona en dicho informe? - El Presidente ha entablado varias reuniones con el director de Presupuesto y se conoce que hubo una situación con un presupuesto en particular que fue preparado y aprobado por la Junta de Supervisión Fiscal y ese tipo de ajustes se han estado discutiendo al respecto. Se han platicado recomendaciones y sugerencias del cómo el presupuesto se puede adaptar y utilizarse. Mayormente se estará orientando para ver cómo se deben encaminar este presupuesto siguiendo las exigencias de la Junta de Supervisión Fiscal.

o   La Dra. Margarita Villamil trae una preocupación genuina que nace en las Oficinas de Compras teniendo que ver con la Ley 73 del 2019

(Centralización de Compras) y, en efecto, la Universidad se está viendo totalmente impactada en el cumplimiento de esta ley. Es un tema que se debe platicar y trabajar prontamente. – Se ha estado llevando a una serie de legisladores la inquietud, ya que los investigadores que tienen fondos federales se están viendo afectados. Dos de estos legisladores mencionan y muestran la exigencia de que la Universidad tiene que estar bajo esta Ley 73. Se procurará más a fondo sobre este tema para poder aclarar al respecto y encontrar las gestiones para poder trabajarlas.

- La Cámara de Representantes fue aprobado la última sección sobre los cambios hacia esta ley y eximir a la Universidad de Puerto Rico. Todos los investigadores entienden el problema que esto trae consigo, al haber compromisos con las agencias y toda la compra de materiales y equipos. Se encuentra ahora en manos del Senado decidir finalmente lo que se hará.

- El Sr. Delvin Caraballo trae el dato de que, no solamente se encuentra el Proyecto 1281, sino que también se encuentra en el Senado de Puerto Rico el proyecto 847 y ambos proyectos van en la misma línea de eximir a la Universidad sobre la Ley 73. Se exhorta a brindarle seguimiento a ambos proyectos y ver sus acciones para el cumplimiento de estos.

o Cuando menciona los programas de Terapia Física Asociados, tanto de UPR-Ponce como UPR-Humacao, y que hay una gestión realizada; se recomienda y requiere que se debe dar una nueva mirada a este tema y se mantenga como asunto importante, ya que no queda del todo resuelto ni claro, según se menciona en el informe. Esto tiene que ver también con las acreditaciones, los estudiantes, las reválidas, entre otros puntos. – El Presidente sostuvo una reunión con el Secretario de Salud y se le explicó con la mayor claridad posible la importancia de este tema y en qué estaba la situación. Dicho secretario mostró comprensión e incluso dio instrucciones a sus asesores legales para que se pueda tomar esta determinación. Es un área compleja, pues se encuentran unas Juntas Supervisoras de Profesionales y hay una de ellas que reglamenta la profesión específicamente, donde se está dando la situación y crea el problema; el secretario se comprometió para poder trabajar este asunto. Es decir, se fue directamente hasta el Secretario de Salud que nombra a dicha Junta para que pueda conocer la situación y cuáles son las soluciones brindadas al respecto.

- Se incide mucho más allá de estos dos programas, pues también se encuentra el programa Radiología Tecnológica y estos van más allá, pues se encuentran solicitando una pausa al ver que los estudiantes no se encuentran aprobando los exámenes. No es el caso de los dos programas anteriormente mencionados, pues una estudiante aprobó el examen nacional y se demostró la

preparación interna de los estudiantes. Se realizó un examen nuevo y el mismo no fue validado sicrométicamente y es lo que se encuentran solicitando a la rectora de Ponce y Humacao. Se hará un contrato a una compañía para que puedan generar un nuevo examen y lo validen. En vista de esto, se hizo una comunicación a los rectores para que, en conjunto con el Comité para la Creación del Banco de Preguntas, puedan ir preparando, pero se brindó una pausa hasta el mes de diciembre. Es decir, el examen no se brindará hasta diciembre y se complete ese examen. Son muchos detalles complejos detrás de estos temas y por eso se están trabajando poco a poco.

o El Sr. Juan José de Jesús, como punto de seguimiento, trae a la mesa el tema de las Cuotas de Salud Pública del Recinto de Ciencias Médicas y se recibió información de que el Presidente JG refirió este asunto y se trabajará desde Administración Central para poder brindar una respuesta al estudiantado de la Escuela de Salud Pública y queremos conocer para cuándo se tendrá dicha respuesta – El Presidente menciona que dicho asunto se encuentra trabajándolo la Directora Ejecutiva. Al respecto, establece que se toque base del tema con dicha directora para que pueda brindarle los detalles y puedan hacerse llegar a la Junta para que tengan conocimiento de ello.

o A modo de petición, el Sr. Juan José menciona que desde los pasados años académicos y como establecido en la Institución, se cobran las cuotas de tecnología, mantenimiento y laboratorio. Las cuotas de tecnología siempre han sido ejecutadas en base a una carta circular, pero no necesariamente se hace lo mismo para la cuota de laboratorio y mantenimiento. La petición va por la línea de que se pueda generar algún informe en donde se pueda compartir con la Junta de Gobierno cuánto se ha recaudado por los distintos recintos respecto a estas cuotas durante los últimos cinco años fiscales y cuál ha sido el uso de las mismas. - En caso de Río Piedras, el Presidente menciona que para la cuota de tecnología, en este recinto habían comités y siempre se invita a los Consejos de Estudiantes para que envíen a algún representante a las reuniones. Lamentablemente no todos los representantes asistían a dichas reuniones y allí se informaba todo sobre dicha cuota en particular (cuánto dinero hay y hacia a qué proyectos o prioridades se iban a atender). Pero, se atenderá la solicitud para poderse atender asunto e informe solicitado. La doctora Rodríguez Rossy solicita que se incluya en el informe si los recintos están cumpliendo o no con lo establecido en la certificación para distribuir los fondos provenientes de la cuota de tecnología.

o Como otro punto de seguimiento, **¿Ha tenido algún estátus del Proyecto *Next* o si lo tienen en agenda en su plan de trabajo?** – el

Presidente confirma y respalda este proyecto para esos efectos en particular. Se han mantenido varias reuniones con el Sr. Víctor Díaz, el encargado de dicho proyecto, y se va a ampliar las ofertas que produce *Next* por la capacidad que el mismo tiene.

→ Al no haber más preguntas por parte de los miembros, el informe de la Presidente fue acogido por los presentes.

**5) Informe de Reunión del Comité de Asuntos Académicos,** del 11 de agosto de 2022 por la Dra. Margarita Villamil Torres.

Para decisión:
→ **Revisión Curricular y Cambio de Nombre de Bachillerato de Administración de Sistemas de Oficina a Bachillerato en Tecnología, Administración y Gestión Empresarial, UPR-Humacao**
  o La misma fue presentada y fue acogida por el cuerpo presente.

→ **Nombramiento de las Decanas en Propiedad, UPR-Aguadilla**
  o Dra. Sharon Rivera Ruiz como Decana de Estudiantes
  o Sra. Verónica López Padua como Decana de Administración
  o Dra. Waleska de Jesús Bonilla como Decana de Asuntos Académicos
    ▪ Los mismos fueron analizados y, a su vez, cumplen con la Certificación 87 (2020-2021) de la Junta de Gobierno, se presentan dichos nombramientos.
      • Fueron presentados a la mesa para aprobación y la misma fue secundada por los presentes.

**6) Informe de Reunión del Comité de Apelaciones, Ley y Reglamento,** del 18 de agosto de 2022 por la Dra. Margarita Villamil Torres.

Para decisión:
→ **Enmienda Certificado de Incorporación (Art. 9no – Composición Junta de Directores) del** *Molecular Sciences Research Center, Inc. (CICIM)*
  o Se presentó y fue secundado satisfactoriamente.

→ **Protocolo Institucional de la Universidad de Puerto Rico para la Prevención y Manejo Adecuado de Situaciones de Acoso Laboral**
  o La misma fue expuesta a la mesa para aprobación y fue acogida por los presentes.

→ **Política Institucional sobre el Uso y Acceso de los Recursos de la Tecnología de la Información en la Universidad de Puerto Rico.**

- o La Política fue presentada para aprobación y fue secundada exitosamente por el cuerpo presente.
→ **Política Institucional para la Clasificación de Datos de la Universidad de Puerto Rico.**
  - o Se presentó dicha política mencionada ante la mesa para acogida del cuerpo y la misma fue secundada por todos los presentes.

7) **Informe de Reunión del Comité de Asuntos Financieros,** del 23 de agosto de 2022 por el CPA Ricardo Dalmau.

Para decisión:

→ **Enmienda del Presupuesto UPR Año Fiscal 2022-2023** – a modo de recopilar lo que se trata esta enmienda, la misma se realizó con la intención de conciliar el presupuesto consolidado con el aprobado por la Junta de Supervisión Fiscal. Lo que se hizo en el presupuesto que aprobó la Junta de Supervisión Fiscal fue eliminar las partidas que había propuesto la legislatura y que había propuesto el Gobernador.   Estas partidas fueron como sigue:   $9.7 millones para mantenimiento y reparaciones, $5 millones para fortalecimiento de recursos bibliográficos, $4 millones para Edificio de Ciencias Moleculares, $10 millones para gastos en Ciencias Médicas, $15 millones para gastos operacionales del Recinto. Tuvo una reducción en la aportación que hace la Universidad al Sistema de Retiro por $8 millones y se le puso una reserva de ajustes y matrículas subgraduadas. Entre estos y otros detalles fueron compartidos durante la reunión para un mejor entendimiento del Presupuesto UPR.

  - o El Sr. Delvin Caraballo le expresa al Sr. Márquez para que pueda abundar en el dinamismo de que hubo una baja en términos de los ajustes que se hicieron de matrícula subgraduada – Primeramente, en base a la matrícula graduada, la Junta de Supervisión Fiscal nos han reiterado que ha habido algunas áreas de los programas graduados (Escuelas Especializadas en Medicina y/o Derecho) que piden aumentos. En el camino se le ha solicitado a ellos poder realizar un estudio socioeconómico y en el área de demanda y oferta; ya se encuentra para estos fines una propuesta corriendo.  Se estarán estudiando estas áreas al haber grandes inquietudes, pues cuando hay aumentos en estas escuelas, en vez de traer ingresos, no se logra específicamente esas metas que uno esperaría.
    - ▪ El Sr. Delvin comenta que es importante que ese estudio se siga trabajando y estudiando, pues hemos visto que otras Universidades se están moviendo para desarrollar programas que podíamos ver únicamente en nuestros programas graduados y se torna una competencia directa hacia nosotros.  Al momento de elaborar o revisar el Plan Fiscal para su final evaluación y someterlo a la Junta de Control Fiscal, podamos tener todo ese análisis completo.

- El Dr. Leonardo Valentín pregunta sobre el presupuesto que se está considerando para el Año Fiscal 2022-2023, ¿representa, establece o impone un recorte adicional al del año pasado? – La respuesta es correcta, porque el presupuesto del año pasado tenía un componente muy alto si se está trayendo a la mesa sobre el presupuesto consolidado. En el caso de la Universidad de Puerto Rico, los fondos que cuenta Institucionales y Estudiantiles son cerca de $401 millones y es una cantidad sustancial, así que la caída se refleja ahí en términos del consolidado.

  o No habiendo más preguntas y/o comentarios al respecto, se somete así la petición para la modificación (enmienda) del presupuesto - se llevó la petición a votación y los resultados reflejados fueron seis a favor, cinco en contra y un abstenido. La moción así pasa.
    - El Sr. Juan José de Jesús comparte una petición especial para la elaboración de allegar fondos a la Universidad y que estos fondos y estrategias se visibilicen a la Comunidad Universitaria. Es decir, sea un proceso continuo y se incerte a la Comunidad Universitaria, ya que muchos desean encontrar la forma de aportar a los esfuerzos de allegar más fondos.

**8) Asuntos Nuevos**

  o El CPA Ricardo Dalmau trae consigo que en mayo del 2022 Cestero pidió el Informe de Acreditación de Neurocirugía y no se le ha podido proveer el mismo. El mismo se está esperando.

  o La Dra. Margarita Villamil somete un asunto nuevo al Comité de Asuntos Académicos, Estudiantiles, Investigación e Innovación y es que, en conjunto con Administración Central y en especial con la Vicepresidencia de Asuntos Estudiantiles nos demos a la tarea de crear una propuesta de un plan piloto para el proceso de admisión 2023 y sea de inmediata la respuesta al estudiante. Esto debido a que perdemos muchos posibles estudiantes por la respuesta ser tardía a ellos en este proceso.
    o El Presidente Interino comparte que este plan ha estado en vigor para trabajarse inmediatamente y buscar las estrategias para poderlo realizar en nuestra Universidad. Entiende que más que un plan piloto, ya se debe ir proponiendo esta propuesta para comenzar a llevarla a cabo.

  o El Sr. Delvin Caraballo trae consigo el asunto nuevo para que se haga una moción de reconocimiento y felicitación a las estudiantes graduadas: Liz Santiago Mantoral y Alondra Rodríguez Rolón, que están como parte del Informe de Presidencia al respecto de su proyecto de investigación, no solo

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 21 de 21

se encuentra financiado por la NASA, sino que se envió a la estación espacial para realizar las pruebas y ver en detalle las dinámicas de dicho proyecto.
  o Fue sometida la moción y secundada por todos.

- o Se trae a la mesa el asunto de la Librería de La Editorial, para que pueda seguir trabajando en ello y sea más fácil la localización de acceso para que puedan llegar visitantes a ella.

**10) Clausura**
  → Se presentó moción de cierre de transmisión a las 4:55 p.m.

**Sometido por,**

Dra. Margarita Villamil Torres

Dra. Eneida Rodríguez Rossy