SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 1



JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

CERTIFICACIÓN NÚMERO 52
2022-2023

Yo, Dra. Margarita E. Villamil Torres, secretaria de la Junta de Gobierno de la Universidad de Puerto Rico, CERTIFICO QUE:

La Junta de Gobierno, en su reunión ordinaria celebrada el 27 de octubre de 2022, previa recomendación del presidente de la Universidad y contando con el endoso del Comité de Asuntos del Sistema de Retiro de la Junta, acordó:

> Dejar sin efecto la Certificación Núm. 106, 2021-2022 y establecer que la nueva fecha de implementación del Plan de Contribución Definida para los empleados nuevos será el 1 de mayo de 2023. A partir del 1 de mayo de 2023 el Plan de Pensiones existente de la UPR estaría cerrado a los nuevos participantes.

Y PARA QUE ASÍ CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, hoy 27 de octubre de 2022.

Dra. Margarita E. Villamil Torres
Secretaria

PO BOX 23326 SAN JUAN, PUERTO RICO 00931-3326
TEL. (787) 758-3350, FAX (787) 758-7196