Case:17-03283-LTS Doc#:24302-22 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 2 to Complaint Page 1 Page 2 de 2
SJ2023CV04496 11/05/2023 05:14:18 pm Entrada Núm. 1 Página 2 de 2

## SOLICITUD DE CESE DE IMPLANTACIÓN DE NUEVO PLAN DE SISTEMA DE RETIRO – COMUNICACIÓN EXTRAJUDICIAL

Pág. 2

El mantenimiento de dos sistemas de retiro paralelos será mucho más costoso e impedirá que la UPR cumpla con sus obligaciones hacia el Sistema de Retiro actual. Esto tendrá un efecto negativo sobre el presupuesto de la Universidad y sobre la solvencia del Sistema de Retiro de la Universidad de Puerto Rico. Además, la decisión de eliminar los beneficios de pensión afecta la capacidad de la UPR para reclutar personal y reduce la competitividad de la institución. Esto es contrario al propósito expreso del Sistema de Retiro. A su vez, esta baja en competitividad laboral a su vez afecta su competitividad académica y, por consiguiente, pone en riesgo su sostenibilidad como institución. Por último, la implantación de un segundo sistema de retiro de la manera que propone la Junta de Gobierno interviene e impide el cumplimiento de la Junta de Retiro con sus deberes fiduciarios, al crear riesgos ilegales e innecesarios a la solvencia del Sistema de Retiro.

La Junta de Retiro se ha expresado a saciedad sobre el asunto de referencia infructuosamente. Sin embargo, la Junta de Gobierno insiste en tomar las medidas esbozadas. Mediante esta misiva, le comunicamos nuestra intención de acudir al foro judicial si la Junta de Gobierno no cumple dentro de los próximos 10 días naturales con su mandato bajo la ley universitaria y respeta los deberes de fiducia de esta Junta de Retiro. Por consiguiente, le solicitamos cese y desista inmediatamente de la propuesta de crear un segundo sistema de retiro de aportación definida para empleados de la Universidad.

Cordialmente,

Luis A. Vicenty Santini
Presidente
Junta de Retiro UPR

cce. Miembros de Junta de Retiro-UPR

Lcda. Cristina Alcaraz Emmanuelli
Directora Ejecutiva del Sistema de Retiro-UPR
Correo electrónico: cristina.alcaraz@upr.edu

Dr. Luis A. Ferrao Delgado
Presidente de la Universidad de Puerto Rico
Correo electrónico: presidenteupr@upr.edu

SJ2023CV04406 11/05/2023 05:14:10 pm Entrada Núm. 1 Página 1 de 2



JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

PRESIDENTE

8 de marzo de 2023

*Vía correo electrónico*
*luis.vicenty@upr.edu*

Sr. Luis A. Vicenty Santini
Presidente
Junta de Retiro
Sistema de Retiro
Universidad de Puerto Rico

**CONTESTACIÓN A SOLICITUD DE CESE DE IMPLANTACIÓN DE NUEVO PLAN DE SISTEMA DE RETIRO**

Estimado señor Vicenty Santini:

Confirmo el recibo de su comunicación de 1 de marzo de 2023 sobre el asunto de referencia. En ella, nos manifiesta la posición de la Junta de Retiro sobre el impacto de la implantación del sistema de retiro que tendrán los empleados de nuevo ingreso en el sistema de retiro que opera en la Universidad de Puerto Rico (UPR). Respetuosamente, diferimos de las conclusiones que se plantean en la carta.

La UPR es una entidad cubierta para fines de la Ley PROMESA, por lo que las operaciones fiscales se rigen por el Plan Fiscal para la UPR, según certificado por la Junta de Supervisión Fiscal (JSF) el 27 de mayo de 2021. Dicho plan requiere la implantación de una reforma al sistema de retiro de la UPR, por lo que se recomendó la opción de congelar (*freeze*) el sistema de beneficios definidos, la implantación de un sistema de aportaciones definidas y el recorte de beneficios acumulados. Véase Sección 4.1, Págs. 50-52.

A pesar de lo anterior, y en respuesta a los reclamos de la comunidad universitaria, la Junta de Gobierno de la UPR realizó un esfuerzo para reducir el impacto de la reforma de retiro en nuestros empleados. Como usted reconoce en su comunicación, la Junta de Gobierno determinó limitar la implantación del sistema de aportaciones definidas para los funcionarios de nuevo ingreso a partir de la vigencia de la reforma. Esto para no alterar los beneficios adquiridos por los participantes del sistema de retiro.

Como es de conocimiento público, el presupuesto del Gobierno de Puerto Rico para el año fiscal 2022-2023 transfiere a la UPR la cantidad de $551,614,000 del Fondo General. Véase inciso IV de la Sección 1 del presupuesto certificado por la JSF el 30 de junio de 2022. Además, provee una asignación adicional de $40,000,000 condicionada a la implantación del sistema de retiro de aportaciones definidas para los nuevos empleados de la Universidad y el programa de servicios compartidos. Id, Sección 18(B).

PO BOX 23326 SAN JUAN, PUERTO RICO 00931-3326 • TEL (787) 758-3350 • FAX (787) 758-7196
Patrono con Igualdad de Oportunidades en el Empleo M/M/V/I