


Fideicomiso del Sistema de Retiro UPR
Junta de Retiro
Universidad de Puerto Rico

1 de marzo de 2023

**VIA CORREO ELECTRONICO**

**CPA Ricardo Dalmau Santana** Presidente
**Dra. Margarita Villamil Torres** Representante Claustral – Secretaria
**Lcdo. Héctor L. Martínez Valldejuli** Representante de AAFAF
**Lcdo. Eliezer Ramos Parés** Secretario de Educación
**Dra. Mayda Velasco Bonilla**
**Dr. Hermán Cestero Aguilar**
**Ing. Emilio Colón Beltrán**
**Lcdo. Antonio Monroig Malatrassi**
**Dr. Jorge Valentín Asencio**
**Dr. Leonardo Valentín González**
**CPA Luis Torres Llompart**
**Roberto Segarra Hernansaiz**
**Profa. Eneida Rodriguez** Representante Claustral
**Sr. Juan José De Jesús Oquendo** Representante Estudiantil – Graduado
**Sr. Delvin Caraballo Rodríguez** Representante Estudiantil – Bachillerato

## SOLICITUD DE CESE DE IMPLANTACIÓN DE NUEVO PLAN DE SISTEMA DE RETIRO – COMUNICACIÓN EXTRAJUDICIAL

Estimados miembros de la Junta de Gobierno UPR:

Reciban un cordial saludo. La Junta de Retiro de la Universidad de Puerto Rico ("UPR" o "Universidad") escribe para expresar, nuevamente, su oposición a la implantación de un nuevo Sistema de Retiro para el personal de la Universidad. Entendemos que la propuesta de la Junta de Gobierno es contraria a la normativa universitaria y ocasionará un daño irreparable al Sistema de Retiro de la UPR, sus pensionados, sus participantes e, incluso, a la Universidad en sí.

Conforme a la Ley de la Universidad de Puerto Rico, Ley Núm. 135 de 7 de mayo de 1942, según enmendada, la Universidad y su Junta de Gobierno están obligadas a mantener un solo sistema de retiro para todo el personal universitario.[1] Ese Sistema de Retiro fue establecido y reglamentado mediante la Certificación Núm. 27 (1973-74), con el objetivo de "fomentar que personas cualificadas entren y permanezcan en servicio a la Universidad, así contribuyendo a la administración eficiente".[2] En su momento, la Junta de Gobierno fue fiduciaria de este Sistema de Retiro. No obstante, por esta incumplir con sus deberes fiduciarios, la Junta de Retiro fue designada como fiduciaria mediante sentencia que fue final, firme e inapelable a partir del 30 de septiembre de 2020.[3]

No empece lo anterior, mediante la Certificación Núm. 77 (2020-21), la Junta de Gobierno aprobó el Plan Fiscal de la UPR para el 2021, en el cual incluyó la creación e implantación de un segundo plan de retiro de aportaciones definidas para los miembros activos del Sistema de Retiro con menos de diez (10) años de servicio y para los miembros nuevos. Posteriormente, esto fue enmendado para que solamente aplique a empleados nuevos mediante la Certificación Núm. 52 (2022-23). Es decir, el Sistema de Retiro actual, de beneficio definido, se mantendrá paralelamente solamente para los empleados actuales y los pensionados, a partir del 1 de mayo de 2023. Esta medida es arbitraria, ilegal y excesivamente onerosa para la Universidad.

---

[1] 18 LPRA § 602(e)(15).
[2] Certificación Núm. 27 (1973-74) de la Junta de Gobierno de la UPR.
[3] Sistema de Retiro et al v. UPR et al., Caso Núm. KLAN201900304 cons. KCLE201900366.

Case:17-03283-LTS Doc#:24302-34 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Exhibit 9 to Injunction Request Cat 2-9 Page 2 of 2
SJ2023CV04406 11/05/2023 05:31:24 pm Entrada Núm. 2 Página 2 de 2

## SOLICITUD DE CESE DE IMPLANTACIÓN DE NUEVO PLAN DE SISTEMA DE RETIRO – COMUNICACIÓN EXTRAJUDICIAL

Pág. 2

El mantenimiento de dos sistemas de retiro paralelos será mucho más costoso e impedirá que la UPR cumpla con sus obligaciones hacia el Sistema de Retiro actual. Esto tendrá un efecto negativo sobre el presupuesto de la Universidad y sobre la solvencia del Sistema de Retiro de la Universidad de Puerto Rico. Además, la decisión de eliminar los beneficios de pensión afecta la capacidad de la UPR para reclutar personal y reduce la competitividad de la institución. Esto es contrario al propósito expreso del Sistema de Retiro. A su vez, esta baja en competitividad laboral a su vez afecta su competitividad académica y, por consiguiente, pone en riesgo su sostenibilidad como institución. Por último, la implantación de un segundo sistema de retiro de la manera que propone la Junta de Gobierno interviene e impide el cumplimiento de la Junta de Retiro con sus deberes fiduciarios, al crear riesgos ilegales e innecesarios a la solvencia del Sistema de Retiro.

La Junta de Retiro se ha expresado a saciedad sobre el asunto de referencia infructuosamente. Sin embargo, la Junta de Gobierno insiste en tomar las medidas esbozadas. Mediante esta misiva, le comunicamos nuestra intención de acudir al foro judicial si la Junta de Gobierno no cumple dentro de los próximos 10 días naturales con su mandato bajo la ley universitaria y respeta los deberes de fiducia de esta Junta de Retiro. Por consiguiente, le solicitamos cese y desista inmediatamente de la propuesta de crear un segundo sistema de retiro de aportación definida para empleados de la Universidad.

Cordialmente,

Luis A. Vicenty Santini
Presidente
Junta de Retiro UPR

cce. Miembros de Junta de Retiro-UPR

Lcda. Cristina Alcaraz Emmanuelli
Directora Ejecutiva del Sistema de Retiro-UPR
Correo electrónico: cristina.alcaraz@upr.edu

Dr. Luis A. Ferrao Delgado
Presidente de la Universidad de Puerto Rico
Correo electrónico: presidenteupr@upr.edu