CERTIFIED TRANSLATION

SJ2023CV04406     05/22/2023 05:03:56 pm     Entry No. 12     Page 1 de 1

**Exhibit III**

[seal:] *UNIVERSITY OF PUERTO RICO; 1903*
GOVERNING BOARD
UNIVERSITY OF PUERTO RICO

CERTIFICATION NUMBER 52
2022-2023

I, Dr. Margarita E. Villamil Torres, secretary of the Governing Board of the University of Puerto Rico, hereby CERTIFY THAT:

The Governing Board, by way of a referendum held on May 4 through 5, 2023, with the prior recommendation of the president of the University and with the endorsement of the Board Committee on Affairs of the Retirement System, agreed:

> To annul Certification No. 106, 2021-2022 and establish that the new implementation date of the Defined Contribution Plan for new employees shall be May 1, 2023. As of May 1, 2023, the existing UPR Pension Plan would be closed to new participants.

AND FOR THE RECORD, I hereby issue this Certification, in San Juan, Puerto Rico, today, October 27, 2022.

[seal:] *UNIVERSITY OF PUERTO RICO; 1903*              [signature]
                                                Margarita E. Villamil Torres
                                                        Secretary

PO BOX 23326 SAN JUAN, PUERTO RICO 00931-3326
TEL. (787) 758-7196



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.