SJ2023CV04406 11/05/2023 05:36:58 pm Entrada Núm. 3 Página 1 de 2
Case:17-03283-LTS Doc#:24302-45 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion submitting summons Dkt 3 Page 1 of 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO;** | CIVIL NÚM: SJ2023CV04406 |
| Parte Demandante | SOBRE: |
| vs. | **INTERDICTO PRELIMINAR Y PERMANENTE, SENTENCIA DECLARATORIA** |
| **UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, ENTIDAD XYZ** | |
| Parte Demandada | |

**MOCIÓN PARA PROVEER PROYECTOS DE EMPLAZAMIENTO**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la Parte Demandante de epígrafe, mediante la representación legal que suscribe, y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. Por este medio se aneja los proyectos de emplazamiento del caso de referencia.

2. Respetuosamente, se solicita de este Honorable Tribunal, que expida los emplazamientos que se incluye con la presente Moción, para así diligenciarlo.

**POR TODO LO CUAL,** muy respetuosamente se solicita de este Honorable Tribunal, que expida el emplazamiento que se incluye con la presente Moción.

**RESPETUOSAMENTE SOMETIDO**.

En Ponce, Puerto Rico, a 11 de mayo de 2023.

**CERTIFICO** que conforme lo establece la Guía del Usuario del Portal de SUMAC, la presentación electrónica de este escrito constituirá la notificación que debe efectuarse entre abogados y abogadas, según disponen las Reglas de Procedimiento Civil, a los abogados de récord registrados en dicho sistema electrónico.

Case:17-03283-LTS Doc#:24302-45 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion submitting summons Dkt 3 Page 2 of 2
SJ2023CV04406 11/05/2023 05:36:58 pm Entrada Núm. 3 Página 2 de 2

*Sistema de Retiro de la UPR et al. v. UPR, et al.*
Moción para proveer proyectos de emplazamiento | 2



472 Ave. Tito Castro
Edificio Marvesa, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435
notificaciones@bufete-emmanuelli.com

f/ Rafael Maldonado Pérez
**Lcdo. Rafael Maldonado Pérez**
**RUA:15717**
PO Box 194669
San Juan, PR 00919
Tel. (787) 553-8293
Fax (787) 765-3043
Rmaldonadolaw@gmail.com

*f/ Rolando Emmanuelli Jiménez*
**Lcdo. Rolando Emmanuelli Jiménez**
**RUA:** 8509 **CA**: 9755
rolando@emmanuelli.law

*f/ Jessica E. Méndez Colberg*
**Lcda. Jessica E. Méndez Colberg**
**RUA:** 19,853 **CA:** 19,774
jessica@emmanuelli.law

*f/ Zoé C. Negrón Comas*
**Lcda. Zoé C. Negrón Comas**
**RUA:** 22,276 **CA:** 20935
zoe@emmanuelli.law