**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE San Juan**
SALA SUPERIOR DE San Juan

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. SJ2023CV04406 |
| VS | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: SENTENCIA DECLARATORIA |

## NOTIFICACIÓN DE SECRETARÍA

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

Con relación al caso de epígrafe, el (la) Secretario(a) que suscribe le notifica a usted lo siguiente:

NO SE EXPIDIERON EMPLAZAMIENTOS POR LA SIGUIENTE RAZON:

EL FORMULARIO DE EMPLAZAMIENTO SOMETIDO POR QUE ESTABA TOTALMENTE SIN INFORMACION

En San Juan, Puerto Rico, a 12 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: f/AWILDA CALDERON RODRIGUEZ |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

Formulario de Notificación de Secretaría
SUMAC