**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br>**PARTE DEMANDANTE**<br><br>v.<br><br>UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO; ENTIDAD XYZ<br>**PARTE DEMANDADA** | **CIVIL NÚM.:** SJ2023CV04406<br><br>**SALÓN DE SESIONES:** 907<br><br>**SOBRE:** INJUNCTION PRELIMINAR Y PERMANENTE; SENTENCIA DECLARATORIA |

## ORDEN Y CITACIÓN

Evaluadas la *Demanda y Petición de Interdicto Permanente y Sentencia Declaratoria* y la *Solicitud de Interdicto Preliminar*[1] que presentó el Sistema de Retiro de la Universidad de Puerto Rico por conducto de la Junta de Retiro y en atención a lo dispuesto en la Regla 57 de Procedimiento Civil, 32 LPRA Ap. V, el Tribunal señala una **vista** para el **jueves, 25 de mayo de 2023 a las 9:30 a.m. en el Salón de Sesiones 907 del Centro Judicial de San Juan**. En dicha vista se dilucidará si procede la concesión del remedio de *injunction* preliminar solicitado, la cual podrá consolidarse con el juicio en sus méritos.

A la referida vista, **las partes comparecerán preparadas** para:

1. Exponer de forma breve y precisa los hechos pertinentes en los cuales basa su razón de pedir, negar o intervenir.
2. Formalizar estipulaciones de hechos y de documentos.
3. Discutir su teoría legal y cualquier moción dispositiva pendiente.
4. De existir hechos en controversia, las partes deberán comparecer preparadas para la celebración de una vista evidenciaria en esa misma fecha.
5. Consecuentemente, las partes deberán anunciar cualquier prueba testifical y/o documental que se propongan a presentar en evidencia mediante una moción al expediente presentada previo al señalamiento, so pena de que quede renunciada. La prueba documental deberá ser cargada mediante anejos separados e independientes, debidamente enumerados.

La parte demandante notificará personalmente esta ORDEN Y CITACIÓN a la parte demandada, junto con copia de la demanda, sus anejos y del emplazamiento de conformidad con

---

[1] La demanda y petición de epígrafe se presentó el 11 de mayo de 2023. No obstante, se aclara que el presente caso fue asignado a este Salón de Sesiones hoy, 12 de mayo de 2023, a las 4:35 p.m.

la Regla 4.4 de las de Procedimiento Civil, *supra*. **La parte demandante deberá acreditar al Tribunal el diligenciamiento personal de estos documentos <u>en o antes del miércoles, 17 de mayo de 2023.</u>**

Por otra parte, y en atención a las disposiciones de la Regla 68.2 de Procedimiento Civil, *supra*, se acorta el término que de otro modo tendría la **parte demandada** para **contestar la demanda por el Sistema Unificado de Manejo y Administración de Casos (SUMAC) en o antes del <u>lunes, 22 de mayo de 2023.</u>**[2]

Por último, se apercibe a la parte demandada que de no comparecer a la vista señalada sin excusa previa, y de no haber presentado oportunamente una moción escrita para exponer cualquier situación meritoria en relación con la presente Orden y Citación, este Tribunal considerará su incomparecencia como su aceptación de los hechos alegados en la demanda y al remedio solicitado, pudiendo dictar la sentencia o resolución que corresponda, lo que podría incluir una orden de *injunction*, sin más citarle ni oírle, si esta procediera conforme a derecho.[2]

**NOTIFÍQUESE.**

En San Juan, Puerto Rico, a 12 de mayo de 2023.

**f/ALFONSO S. MARTÍNEZ PIOVANETTI
JUEZ SUPERIOR**

---

[2] De necesitar más tiempo para ello por alguna causa justificada, deberá presentar oportunamente una solicitud de prórroga debidamente fundamentada. A su vez, dicha contestación a la demanda debe prestar particular atención al remedio interdictal solicitado.

[2] Ahora bien, se aclara que en virtud de la Orden Administrativa OAJP-2017-021 sobre la *Implantación de las funcionalidades de presentación y notificación electrónica en las Salas de Asuntos de los Civil del Centro Judicial de San Juan* emitida el 16 de junio de 2017 por la Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, así como del Memorando Núm. 122, emitido en esa misma fecha por Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, la intervención de este Salón de Sesiones pudiera limitarse a atender aquellos asuntos necesariamente relacionados con la solicitud de un recurso extraordinario. Una vez resuelta tal solicitud, todas las controversias restantes pudieran ser referidas a la sala de lo civil competente para el trámite ordinario.

## DILIGENCIAMIENTO

Yo,_____, mayor de edad, _____, empleado y vecino de _____, Puerto Rico, bajo juramento DECLARO:

Que me llamo como queda dicho y soy de las circunstancias personales antes dichas, sé leer y escribir y no soy abogado en este asunto, ni parte en el pleito, y no tengo interés en el mismo.

Que recibí la Orden al dorso el día _____ de _____ de 2023, notificándola personalmente a _____, _____ en su condición de _____ el día _____ de_____ de 2023, a las _____ de la _____ en (escriba dirección exacta) _____, Puerto Rico.

_____
DILIGENCIANTE

Jurado y suscrito ante mi, por _____ de las circunstancias personales antes dichas a quien doy fe de conocer personalmente en _____, Puerto Rico, hoy día _____ de _____ de 2023.

_____
SECRETARIA