ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE San Juan
SALA SUPERIOR DE San Juan

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. SJ2023CV04406 (SALÓN 907) |
| VS | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: SENTENCIA DECLARATORIA |

## NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) OTRAS [3] este Tribunal emitió una ORDEN el 12 de mayo de 2023.

Se transcribe la determinación a continuación:

Los formularios de emplazamiento están en blanco. Se ordena a la parte demandante presentar los formularios de emplazamiento debidamente cumplimentados en el término de 24 horas, de modo que sean diligenciados junto con la Orden y Citación expedida hoy.
[6]

f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 12 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 12 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: f/VANESSA NIEVES MORALES |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC