Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 1 of 8

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO;** | CIVIL NÚM: SJ2023CV04406 |
| Parte Demandante | SOBRE: |
| vs. | **INTERDICTO PRELIMINAR Y PERMANENTE, SENTENCIA DECLARATORIA** |
| **UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, ENTIDAD XYZ** | |
| Parte Demandada | |

**MOCIÓN EN CUMPLIMIENTO DE ORDEN**

**AL HONORABLE TRIBUNAL:**

    **COMPARECE** la Parte Demandante de epígrafe, mediante la representación legal que suscribe, y muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1. El 12 de mayo de 2023, este Honorable Tribunal ordenó que se sometieran nuevamente los formularios de emplazamiento debidamente cumplimentados.

2. Por este medio se aneja los proyectos de emplazamiento del caso de referencia.

3. Respetuosamente, se solicita de este Honorable Tribunal, que expida los emplazamientos que se incluye con la presente Moción, para así diligenciarlos.

    **POR TODO LO CUAL,** muy respetuosamente se solicita de este Honorable Tribunal, que expida el emplazamiento que se incluye con la presente Moción.

    **RESPETUOSAMENTE SOMETIDO**.

    En Ponce, Puerto Rico, a 12 de mayo de 2023.

    **CERTIFICO** que conforme lo establece la Guía del Usuario del Portal de SUMAC, la presentación electrónica de este escrito constituirá la notificación que debe efectuarse entre abogados y abogadas, según disponen las Reglas de

Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 2 of 8
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2

*Sistema de Retiro de la UPR et al. v. UPR, et al.*
Moción en Cumplimiento de Orden | 2

Procedimiento Civil, a los abogados de récord registrados en dicho sistema electrónico.



472 Ave. Tito Castro
Edificio Marvesa, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435
notificaciones@bufete-emmanuelli.com

f/ Rafael Maldonado Pérez
**Lcdo. Rafael Maldonado Pérez**
**RUA:15717**
PO Box 194669
San Juan, PR 00919
Tel. (787) 553-8293
Fax (787) 765-3043
Rmaldonadolaw@gmail.com

*f/ Rolando Emmanuelli Jiménez*
**Lcdo. Rolando Emmanuelli Jiménez**
**RUA:** 8509 **CA**: 9755
rolando@emmanuelli.law

*f/ Jessica E. Méndez Colberg*
**Lcda. Jessica E. Méndez Colberg**
**RUA:** 19,853 **CA:** 19,774
jessica@emmanuelli.law

*f/ Zoé C. Negrón Comas*
**Lcda. Zoé C. Negrón Comas**
**RUA:** 22,276 **CA:** 20935
zoe@emmanuelli.law

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2
Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 3 of 8



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO
Nombre de la(s) Parte(s) Demandante(s)

v.

UNIVERSIDAD DE PUERTO RICO
Nombre de la(s) Parte(s) Demandada(s)

CASO NÚM. SJ2023CV04406

Salón Núm. _____

Acción Civil de: INTERDICTO PRELIMINAR
Materia o Asunto

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte,
si no tiene representación legal
8509
Número ante el Tribunal Supremo, si es abogado(a)
PO Box 10779
Ponce, PR 00732
Dirección
787-848-0666
Número de teléfono; número de fax
rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el _____ de _____ de _____ .

Sello del Tribunal

_____
Nombre del (de la)
Secretario(a) Regional

Por: _____
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2
Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 4 of 8

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el _____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____ _____

En _____ , Puerto Rico, el _____ de _____ de _____ .

_____        _____
Nombre del (de la) Alguacil Regional         Nombre del (de la) Alguacil de Primera Instancia
                                              y Número de Placa

                                              _____
                                              Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____ _____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el _____ de _____ de _____ .

_____        _____
Firma del (de la) emplazador(a)              Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el _____ de _____ de _____ .

                                              _____
                                              Nombre del (de la) Notario(a) o
                                              Secretario(a) Regional

                                    Por:      _____
                                              Nombre y Firma del (de la)
                                              Secretario(a) Auxiliar del Tribunal

(Sello del Tribunal o Sello Notarial)

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)                                                      Página 2 de 2
Reglas de Procedimiento Civil de 2009, según enmendadas

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2
Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 5 of 8



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO | CASO NÚM. SJ2023CV04406 |
|---|---|
| Nombre de la(s) Parte(s) Demandante(s) | |
| v. | Salón Núm. _____ |
| UNIVERSIDAD DE PUERTO RICO | Acción Civil de: INTERDICTO PRELIMINAR |
| Nombre de la(s) Parte(s) Demandada(s) | Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732
Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el _____ de _____ de _____ .

_____
Nombre del (de la)
Secretario(a) Regional

Por: _____
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el _____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____
_____

En _____ , Puerto Rico, el _____ de _____ de _____ .

_____     _____
Nombre del (de la) Alguacil Regional       Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

_____
Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____
_____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el _____ de _____ de _____ .

_____     _____
Firma del (de la) emplazador(a)           Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el _____ de _____ de _____ .

Sello del Tribunal o Sello Notarial

Por: _____
Nombre del (de la) Notario(a) o Secretario(a) Regional

_____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 2 de 2



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO
Nombre de la(s) Parte(s) Demandante(s)

v.

UNIVERSIDAD DE PUERTO RICO
Nombre de la(s) Parte(s) Demandada(s)

CASO NÚM. SJ2023CV04406

Salón Núm. _____

Acción Civil de: INTERDICTO PRELIMINAR
Materia o Asunto

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: CPA RICARDO DALMAU SANTANA
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926
Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal
8509
Número ante el Tribunal Supremo, si es abogado(a)
PO Box 10779
Ponce, PR 00732
Dirección
787-848-0666
Número de teléfono; número de fax
rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el _____ de _____ de _____.

_____
Nombre del (de la)
Secretario(a) Regional

Por: _____
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

Sello del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 2 de 2
Case:17-03283-LTS Doc#:24302-49 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Motion in compliance Dkt 7 Page 8 of 8

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el _____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____ _____

En _____ , Puerto Rico, el _____ de _____ de _____ .

_____     _____
Nombre del (de la) Alguacil Regional     Nombre del (de la) Alguacil de Primera Instancia y Número de Placa

_____
Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____ _____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el _____ de _____ de _____ .

_____     _____
Firma del (de la) emplazador(a)              Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el _____ de _____ de _____ .

_____
Nombre del (de la) Notario(a) o Secretario(a) Regional

Sello del Tribunal o Sello Notarial          Por: _____
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal