**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE San Juan**
SALA SUPERIOR DE San Juan

| | | |
|---|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. | SJ2023CV04406 (SALÓN 907) |
| VS | | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: | SENTENCIA DECLARATORIA |

# NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) CUMPLIMIENTO DE ORDEN O RESOLUCIÓN [7] este Tribunal emitió una ORDEN el 12 de mayo de 2023.

Se transcribe la determinación a continuación:

Se da por cumplida la orden y se ordena a Secretaría expedir los emplazamientos anejados.

[8]

f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 15 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 15 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: | f/YESENIA CAMILO NIEVES |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |