Case:17-03283-LTS Doc#:24302-51 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix summons Dkt 9 Page 1 of 6
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO | |
|---|---|
| Nombre de la(s) Parte(s) Demandante(s) | CASO NÚM. SJ2023CV04406 |
| v. | Salón Núm. |
| UNIVERSIDAD DE PUERTO RICO | Acción Civil de: INTERDICTO PRELIMINAR |
| Nombre de la(s) Parte(s) Demandada(s) | Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926

Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732
Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __mayo__ de __2023__

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la)
Secretario(a) Regional

Por: Yesenia Camilo Nieves
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

K098

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____.

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el _____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____
_____

En _____, Puerto Rico, el _____ de _____ de _____.

_____          _____
Nombre del (de la) Alguacil Regional          Nombre del (de la) Alguacil de Primera Instancia
                                              y Número de Placa

                                              _____
                                              Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____
_____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el _____ de _____ de _____.

_____          _____
Firma del (de la) emplazador(a)              Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el _____ de _____ de _____.

                                              _____
                                              Nombre del (de la) Notario(a) o
                                              Secretario(a) Regional

                                    Por:      _____
                                              Nombre y Firma del (de la)
                                              Secretario(a) Auxiliar del Tribunal

Case:17-03283-LTS Doc#:24302-51 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix summons Dkt 9 Page 3 of 6
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| | |
|---|---|
| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO<br>Nombre de la(s) Parte(s) Demandante(s)<br><br>v.<br><br>UNIVERSIDAD DE PUERTO RICO<br>Nombre de la(s) Parte(s) Demandada(s) | CASO NÚM. SJ2023CV04406<br><br>Salón Núm. _____<br><br>Acción Civil de: INTERDICTO PRELIMINAR<br>Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926

Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732
Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __mayo__ de __2023__.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la) Secretario(a) Regional

Por: _Yesenia Camilo Nieves_
Nombre y Firma del (de la)
Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

En _____ , Puerto Rico, el ____ de _____ de _____ .

_____          _____
Nombre del (de la) Alguacil Regional    Nombre del (de la) Alguacil de Primera Instancia
                                         y Número de Placa

                                       _____
                                       Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.
Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, el _____ de _____ de _____ .

_____
Firma del (de la) emplazador(a)
                                     _____
                                     Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____ , de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, el ____ de _____ de _____ .

                                       _____
                                       Nombre del (de la) Notario(a) o
                                       Secretario(a) Regional
                              Por:
                                       _____
                                       Nombre y Firma del (de la)
                                       Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)                                                                Página 2 de 2
Reglas de Procedimiento Civil de 2009, según enmendadas

Case:17-03283-LTS Doc#:24302-51 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix summons Dkt 9 Page 5 of 6
SJ2023CV04406 12/05/2023 06:00:41 pm Entrada Núm. 7 Página 1 de 2



Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Sala ☑ Superior ☐ Municipal de SAN JUAN

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO | CASO NÚM. SJ2023CV04406 |
|---|---|
| Nombre de la(s) Parte(s) Demandante(s) | |
| v. | Salón Núm. |
| UNIVERSIDAD DE PUERTO RICO | Acción Civil de: INTERDICTO PRELIMINAR |
| Nombre de la(s) Parte(s) Demandada(s) | Materia o Asunto |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: CPA RICARDO DALMAU SANTANA
Nombre de la parte demandada que se emplaza
Calle Flamboyán, Jardín Botánico Sur, San Juan, Puerto Rico 00926

Dirección de la parte demandada que se emplaza

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __60__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

Rolando Emmanuelli Jiménez
Nombre del (de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal

8509
Número ante el Tribunal Supremo, si es abogado(a)

PO Box 10779
Ponce, PR 00732

Dirección

787-848-0666
Número de teléfono; número de fax

rolando@emmanuelli.law
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el __15__ de __mayo__ de __2023__.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la) Secretario(a) Regional

Por: Yesenia Camilo Nieves
Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)
Reglas de Procedimiento Civil de 2009, según enmendadas

Página 1 de 2

Caso Núm. _____

## CERTIFICADO DE DILIGENCIAMIENTO POR EL (LA) ALGUACIL

Yo _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____ .

CERTIFICO que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizada por mí, el ____ de _____ de _____, a las _____ ☐ am ☐ pm, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

En _____, Puerto Rico, el ____ de _____ de _____ .

_____          _____
Nombre del (de la) Alguacil Regional        Nombre del (de la) Alguacil de Primera Instancia
                                            y Número de Placa

                                            _____
                                            Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física: _____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: _____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: _____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que: _____

## COSTOS DEL DILIGENCIAMIENTO

$ _____

## DECLARACIÓN DEL (DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, el ____ de _____ de _____ .

_____          _____
Firma del (de la) emplazador(a)             Dirección del (de la) emplazador(a)

AFFIDÁVIT NÚM. _____ [en caso de ser juramentado ante un(a) notario(a)]

Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____, Puerto Rico, el ____ de _____ de _____ .

                                            _____
                                            Nombre del (de la) Notario(a) o
                                Por:        Secretario(a) Regional

                                            _____
                                            Nombre y Firma del (de la)
                                            Secretario(a) Auxiliar del Tribunal

OAT 1721 Emplazamiento (SUMAC)
(Rev. Mayo 2018)                                                              Página 2 de 2
Reglas de Procedimiento Civil de 2009, según enmendadas