SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 1 de 2
Case:17-03283-LTS Doc#:24302-53 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Attachment to Informative Motion Dkt 10 Page 1 of 2

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO;**<br><br>Parte Demandante<br><br>vs.<br><br>**UNIVERSIDAD DE PUERTO RICO POR CONDUCTO DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, CPA RICARDO DALMAU SANTANA, PRESIDENTE DE LA JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO, ENTIDAD XYZ**<br><br>Parte Demandada | CIVIL NÚM: SJ2023CV04406<br><br><br>SOBRE:<br><br>**INTERDICTO PRELIMINAR Y PERMANENTE, SENTENCIA DECLARATORIA** |

**MOCIÓN INFORMATIVA Y ANEJANDO EMPLAZAMIENTOS**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** la Parte Demandante de epígrafe, mediante la representación legal que suscribe, y muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. Por la presente se informa que el 16 de mayo de 2023, la parte Demandada fue emplazada conforme a derecho. Véase **Anejo 1.**

**POR TODO LO CUAL,** muy respetuosamente se solicita de este Honorable Tribunal que tome conocimiento de lo antes expuesto y, en su consecuencia, incorpore el original del emplazamiento que se acompaña a los autos del presente caso.

**RESPETUOSAMENTE SOMETIDO**.

En Ponce, Puerto Rico, a 16 de mayo de 2023.

**CERTIFICO** que conforme lo establece la Guía del Usuario del Portal de SUMAC, la presentación electrónica de este escrito constituirá la notificación que debe efectuarse entre abogados y abogadas, según disponen las Reglas de Procedimiento Civil, a los abogados de récord registrados en dicho sistema electrónico.

Case:17-03283-LTS Doc#:24302-53 Filed:05/24/23 Entered:05/24/23 13:30:00 Desc:
Appendix Attachment to Informative Motion Dkt 10 Page 2 of 2
SJ2023CV04406 16/05/2023 04:57:48 pm Entrada Núm. 10 Página 2 de 2

*Sistema de Retiro de la UPR et al. v. UPR, et al.*
*Moción Informativa y Anejando Emplazamiento* 2



472 Ave. Tito Castro
Edificio Marvesa, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
Fax: (787) 841-1435
notificaciones@bufete-emmanuelli.com

f/ Rafael Maldonado Pérez
**Lcdo. Rafael Maldonado Pérez**
**RUA:15717**
PO Box 194669
San Juan, PR 00919
Tel. (787) 553-8293
Fax (787) 765-3043
Rmaldonadolaw@gmail.com

*f/ Rolando Emmanuelli Jiménez*
**Lcdo. Rolando Emmanuelli Jiménez**
**RUA:** 8509 **CA**: 9755
rolando@emmanuelli.law

*f/ Jessica E. Méndez Colberg*
**Lcda. Jessica E. Méndez Colberg**
**RUA:** 19,853 **CA:** 19,774
jessica@emmanuelli.law

*f/ Zoé C. Negrón Comas*
**Lcda. Zoé C. Negrón Comas**
**RUA:** 22,276 **CA:** 20935
zoe@emmanuelli.law