**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE   San Juan**
SALA SUPERIOR DE   San Juan

SISTEMA DE RETIRO DE LA UNIVERSIDAD
DE PUERTO RICO Y OTROS                         CASO NÚM.      SJ2023CV04406 (SALÓN 907)

VS

UNIVERSIDAD DE PUERTO RICO Y OTROS            SOBRE:              SENTENCIA DECLARATORIA

A:   JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
## NOTIFICACIÓN

A:   JESSICA ESTHER MÉNDEZ COLBERG
     JESSICA@EMMANUELLI.LAW

     JUNTA DE GOBIERNO DE LA UNIVERSIDAD DE PUERTO RICO
     1187 CALLE FLAMBOYÁN SAN JUAN, PUERTO RICO 00926
     RAFAEL MALDONADO PEREZ
     RMALDONADOLAW@GMAIL.COM

     ROLANDO EMMANUELLI JIMÉNEZ
     ROLANDO@EMMANUELLI.LAW

     UNIVERSIDAD DE PUERTO RICO
     1187 CALLE FLAMBOYÁN SAN JUAN, PUERTO RICO 00926
     ZOÉ CRISTINA NEGRÓN COMAS
     ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a)
la) DESESTIMACIÓN [12] este Tribunal emitió una ORDEN el 23 de mayo de 2023.

Se transcribe la determinación a continuación:

Parte demandante exponga su posición sobre la moción de desestimación en o antes del
25 de mayo de 2023. Podrá exponerla en corte abierta durante la vista del 25 de mayo
de 2023.

[13]

                                    f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta
ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de
conformidad con el procedimiento y en el término establecido por ley, regla o
reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y
archivada hoy 23 de mayo de 2023, y que se envió copia de esta notificación a las
personas antes indicadas, a sus direcciones registradas en el caso conforme a la
normativa aplicable. En esta misma fecha fue archivada en autos copia de esta
notificación.

En  San Juan, Puerto Rico, a 23 de mayo de 2023.

GRISELDA RODRIGUEZ COLLADO                Por:      f/VANESSA NIEVES MORALES
Nombre del (de la)                              Nombre y Firma del (de la)
Secretario(a) Regional                       Secretario(a) Auxiliar del Tribunal

OAT 1812 Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas
(Noviembre 2016) / SUMAC