**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE San Juan**
SALA SUPERIOR DE San Juan

| SISTEMA DE RETIRO DE LA UNIVERSIDAD DE PUERTO RICO Y OTROS | CASO NÚM. | SJ2023CV04406 (SALÓN 907) |
|---|---|---|
| VS | | |
| UNIVERSIDAD DE PUERTO RICO Y OTROS | SOBRE: | SENTENCIA DECLARATORIA |

## NOTIFICACIÓN

A: JESSICA ESTHER MÉNDEZ COLBERG
JESSICA@EMMANUELLI.LAW

JUAN M. CASELLAS RODRIGUEZ
JMC@NPCLAWYERS.COM

RAFAEL MALDONADO PEREZ
RMALDONADOLAW@GMAIL.COM

ROLANDO EMMANUELLI JIMÉNEZ
ROLANDO@EMMANUELLI.LAW

ZOÉ CRISTINA NEGRÓN COMAS
ZOE@EMMANUELLI.LAW

El (La) Secretario(a) que suscribe certifica y notifica a usted que con relación al(a la) ASUMIR REPRESENTACIÓN LEGAL [14] este Tribunal emitió una ORDEN el 24 de mayo de 2023.

Se transcribe la determinación a continuación:
Ha lugar. [15]

f/ALFONSO S. MARTÍNEZ PIOVANETTI

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 24 de mayo de 2023, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 24 de mayo de 2023.

| GRISELDA RODRIGUEZ COLLADO | Por: f/VANESSA NIEVES MORALES |
|---|---|
| Nombre del (de la) Secretario(a) Regional | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |