Sep. 30. 2014 3:34PM     Nº1125   P.



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
Departamento de Transportación y Obras Públicas

29 de septiembre de 2014

Sr. Israel Kopel
Socio Administrador
PDCM Associates, SE
Box 839
San Juan, PR 00919-0839

Estimado señor Kopel:

El 22 de septiembre de 2011, el Departamento de Transportación y Obras Públicas y PDCM Associates, SE, firmaron un contrato de arrendamiento. Dicho contrato estipuló que cualquiera de las partes podría en cualquier momento resolver el contrato, siempre que notificara su intención a la otra parte con treinta (30) días de antelación a la fecha deseada de la efectividad de la cancelación.

Conforme lo antes indicado, por la presente se le notifica que efectivo el 31 de octubre de 2014, estaremos terminando el contrato de arrendamientos entre las partes.

Agradecemos sus servicios y le deseamos éxito en sus futuras gestiones.

Cordialmente,

Miguel A. Torres Díaz
Secretario

Centro Gubernamental Roberto Sánchez Vilella
Apartado 41269, San Juan, PR 00940-1269
Tel. (787) 722.2929
www.dtop.gov.pr
facebook.com/dtop    @DTOP

