

**Estudio Legal del 2000**
SANTA ROSA • AVE. MAIN, BLQ. 51-49 • BAYAMÓN, PUERTO RICO 00959
TELÉFONO 787-2236 • FAX 995-0508

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
MAY 17, 23
AMOUNT
$1.74
R2305M145428-21

RDC 99
00918

2023 MAY 19 PM2:56
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

Clerk's Office
United States Discrict Court
150 Federal Building
San Juan, P.R. 00918-1767