UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re: The Financial Oversight and Management Board for Puerto Rico

Promesa Title III
No. 17 BK 3283-LTS

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 19 PM 2:56

As representative of

This filing relates to the Commonwealth

The Commonwealth of Puerto Rico et al

Debtors

MOTION FOR OBJECTION TO DEBTORS NOTIFICATION
RELATED TO SATISFIED CLAIMS

To the Honorable United States District Court Judge Laura Taylor Swain:

Now comes Creditor Roberto Quiles, Pro se, and respectfully allegues and prays:

1. Creditor's claim is stated at Exhibit A, number 7 as case 17BK 03283-LTS in the amount of $13,000, Claim number 5244, State litigation case ISCI-2017-00375. Claims subject to objections presented by the Commonwealth of Puerto Rico. " Five hundred eighty third omnibus objection of the Commonwealth of Puerto Rico.

2. The amended Omnibus Objection Procedures allow the Commonwealth to file an

Omnibus objection to multiple proofs of claim on any basis provided for in federal rule of bankrupt y procedure 3007(d) (1)-(7) in adition to other susbstantive bases set forth in the Amended Omnibus Objectjion Procedures.

1

3. Creditor's claim is identified at Exhibit A as claim number 7, case 17BK03283-LTS in the amount of $13,000

4. At exhibit A. page 2, number 7, there is a note indicating that " the Commonwealth of PR paid the debt on June 15 2021". Clearly the objection presented affects Creditor's Claim and rights.

5. Creditor objects that payment notification because he has not received any payment from the Commonwealth of Puerto Rico. Creditors claim has not been fully satisfied.

6. Up to the present day Debtor has not done any allegation expressing that Creditor's claim has failed to provide information necessary for the Debtor to determine whether the claim is valid.

7. The objection filed by Debtor in the Omnibus Objection is without prejudice to the rights of any other party in interest as this one presented by Creditor Roberto Quiles.

Wherefore, Roberto Quiles, Creditor Pro Se, requests entry of an order that his right to be compensated should be issued on this case.

Sebastian,

Respectfully submitted,

Roberto Quiles, Creditor
Box 1337, San
PR 00685
Tel.(787) 648-7902
quilesauto@icloud.com