## SWORNED DECLARATION

1. I, Roberto Quiles, of old age, employed, resident of San Sebastian, PR declare:
2. My name and other circumstances are expressed above.
3. I am Creditor of the Commonwealth of PR on case 17 BK3283 LTS under Promesa Title III case in the District Court of Puerto Rico.
4. Creditor's claim is stated at Exhibit A, number 7 as case 17BK 03283-LTS in the amount of $13,000, Claim number 5244, State litigation case ISCI-2017-00375. Claims subject to objections presented by the Commonwealth of Puerto Rico. " Five hundred eighty third omnibus objection of the Commonwealth of Puerto Rico.
5. The amended Omnibus Objection Procedures allow the Commonwealth to file an Omnibus objection to multiple proofs of claim on any basis provided for in federal rule of bankrupt y procedure 3007(d) (1)-(7) in adition to other susbstantive bases set forth in the Amended Omnibus Objectjion Procedures.
6. Creditor's claim is identified at Exhibit A as claim number 7, case 17BK03283-LTS in the amount of $13,000
7. At exhibit A. page 2, number 7, there is a note indicating that " the Commonwealth of PR paid the debt on June 15 2021". Clearly the objection presented affects Creditor's Claim and rights.
8. Creditor objects that payment notification because he has not received any payment from the Commonwealth of Puerto Rico. Creditors claim has not been fully satisfied.
9. Up to the present day Debtor has not done any allegation expressing that Creditor's claim has failed to provide information necessary for the Debtor to determine whether the claim is valid.
10. Everything said in this declaration is true to my best knowledge.

Signed in San Sebastian, Puerto Rico, today May _16_ 2023.

Affidavit number _25,459_

_[signature]_

**ROBERTO QUILES**

Sworned and signed by Roberto Quiles, whom I identify by _lincese_ _#1697687_. Today May _16_ 2023

_[signature]_
NOTARY PUBLIC