USPS TRACKING #

9590 9402 2272 6225 4268 06

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box®

Roberto Quiles
Box 1337
San Sebastin P.R.
00685

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK, NY 10036 OFFICIAL USE

| Certified Mail Fee | $3.35 | |
|---|---|---|
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.70 | |
| Total Postage and Fees | $6.80 | |

0685 08

Postmark Here

11/27/2017

Tracking: 7016 1970 0000 2922 5027

Sent To: Oversight Boards Counsel
Street and Apt. No., or PO Box No.: Proskauer Rose LLP
City, State, ZIP+4: Eleven Times Square 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oversight Board's Counsel
Proskor Rose LLP
Eleven Times Square
10036

9590 9402 2272 6225 4268 06

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Y Bamba
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

12~

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



**MILTON D. RIVERA ADAMES**
Abogado - Notario
Urb. Villa Rita Calle 2 B4
San Sebastián, Puerto Rico 00685

Carr. 119, Km. 26.6, Bo. Calabazas
San Sebastián, Puerto Rico
787-810-7577 • 787-692-9099
estudiolegalrivera@gmail.com

12 de octubre de 2020

Departamento de Justicia de Puerto Rico
Junta de Confiscaciones
Apdo. 9020192, San Juan, PR 00902-0192

RE: CASO CIVIL ISCI2017-00375
KLAN201900878

A QUIEN PUEDA INTERESAR:

El Tribunal Apelativo dictó sentencia en este caso a favor de la parte apelante, Sr. Roberto Quiles el día 12 de diciembre de 2019. Dicha sentencia es ya final y firme. No ha sido apelada por el estado.

En la sentencia se ordena la devolución del vehículo Toyota Scion 2013, tablilla IDF-590, serie JTKJF5C74D3059879 por causa del estado haber realizado una confiscación ilegal.

A esos efectos solicito con carácter de urgencia que se nos informe oficialmente sobre la localización, estado o disposición de dicho vehículo. De haber sido vendido en subasta, favor de proveer toda la evidencia relacionada. De estar disponible físicamente, solicitamos que se coordine la entrega a la mayor brevedad.

De no recibir contestación en diez días procederemos a presentar la correspondiente moción de desacato al Tribunal Apelativo.

Sin nada más a qué referirme, se despide;

Atentamente:

MILTON D. RIVERA ADAMES, RUA 11480
Urb. Villa Rita, Calle 2 B4, San Sebastián, PR 00685
Tel. 787 810-7577
Correo electrónico: estudiolegalrivera2@gmail.com

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Juan, PR 00902

| | |
|---|---|
| Certified Mail Fee $3.55 | 0685 |
| $ | 12 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.55 | |
| Total Postage and Fees $6.95 | 10/13/2020 |

Sent To Junta L Fiscal......

Street and Apt. No., or PO Box No. Apartado 9020192

City, State, ZIP+4® San Juan P.R. 00902-0192

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7020 0090 0000 2727 7343
0685 12

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Ricardo L. Ayala_   C. Date of Delivery _7-11-17_ |
| 1. Article Addressed to:<br>LCDA. Karen Maya<br>Fiscalia de Mayaguez<br>Ave. Hiram D.<br>Cabassa 87 Mayaguez<br>00680 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 1654 6053 1271 76 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 2710 0001 1578 3427 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

MAYAGUEZ, PR 00680

Certified Mail Fee $3.35

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $ $0.00

$2.75

Postage $0.49

Total Postage and Fees $6.59

0604
09

Postmark Here

07/10/2017

To: LCdA. Karen Maya
Street and Apt. No., or PO Box No.: Fiscalia de Mayaguez Ave. Hiram D.
City, State, ZIP+4: Casanova Mayaguez, P.R. 00680

Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions