Roberto Quiles
Box 1337
San Sebastian P.R.
00685




2023 MAY 19 PM 2:56
CLERK'S OFFICE USDC PR
RECEIVED AND FILED



7022 2410 0000 7644 0166

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767