# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on 5/22/2023. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 22 de mayo del 2023. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

NOTICE OF DEFECTIVE PLEADING

*(Notificación de Documento Defectuoso)*

3:17-BK-3283 (LTS)

| 1 | | Pleading is illegible. L.Civ.R. 10<br>*(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10)* |
|---|---|---|
| 2 | | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>*(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)* |
| 3 | | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>*(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).* |
| 4 | | Failure to pay the filing fee in the amount of $402.00. See, L.Cv.R. 3(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>*(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.)* |
| 5 | X | The attached document is non-compliant with Fed. R. Civ. P. 5(d)(3)(A) and L. Cv. R. 5(a). Counsel is required to file the document electronically via CM/ECF.<br>*(El documento adjunto no cumple con Fed. R. Civ. P. 5 (d) (3) (A) y L. Cv. R. 5 (a). El abogado debe presentar el documento electrónicamente a través de CM / ECF.)* |
| 6 | | Other: |

Date: May 24, 2023
ADA I. GARCIA-RIVERA, ESQ.
Clerk of Court

By: s/ Idnar Díaz-García
Idnar Diaz-Garcia
Deputy Clerk

sc: to filer with original filing attached

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANTIAL OVERSIGHT AND MANAGEMENT BOARD FOR PR, as representative of | PROMESA TITLE III |
| THE COMMONWEALTH OF PR, et als | No.17-BK-3283-LTS |
| Debtors | (Jointly Administered) |
| In re: THE FINANTIAL OVERSIGH AND MANAGEMENT BOARD FOR PR as representative of PUERTO RICO ELECTRIC POWER AUTHORITY, Debtor | PROMESA TITLE III No.17-BK-4780-LTS |

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 22 AM 9:46

MOTION RASING BOTH LEGAL AND CONSTITUTIONAL REMEDIES

TO HONORABLE COURT:

Comes now Antonio & M Construction Inc. through the attorney that subscribed and respectfully alleges and pray:

1. In our case the client made a contract of performance bond that cover both work done and payment, therefor, a secured credit.

2. The work done by our client, Antonio & M. Construction Inc., Is considered a "property" because the expression is not limited to "real property." Work is a property and is pay by paper money.

3. The fourteen(14) amendment of the Federal Constitution "pro-

-2-

hibits the states from:

> "depriving any person of life, liberty or <u>property</u> without the due process of law." (underlines our).

WHEREFORE: it is formally requested to considered our credit as a secured credit.

At Carolina, Puerto Rico, May 20, 2023.

Certified: notify by mail all parties.

*[signature]*
IVAN PAGAN
FID. 116112
P.O. BOX 8765
CAROLINA PR.00988
CEL.787-406-0720