16 de mayo de 2023

Tribunal de Distrito de los Estados Unidos

Para el Distrito de Puerto Rico

Asunto: Solicitud de información para el caso No. **KAC 2003-3304**

(Quingentésima sexagésima quinta objeción globlal)

Reclamante(s) designado(s) **Cotto Morales, Noemi**

Número(s) de reclamo(s) designado(s) **67395**

Fecha de reclamación **06/25/2018**

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 19 PM 2:52

Para informar:

1) Que trabajé en el Departartamento de Educación de Puerto Rico como maestra desde agosto del año 1975 hasta mayo del año 2008 y reclamo se me envié el dinero audeudado por aumentos de sueldos correspondientes a mis años de servicio en dicho departamento.

2) Que el caso No. **KAC 2003-3304** posiblemente lo solicité por desconocimiento, pensando que me correspondía, pero si el Tirbunal decide a lugar, a mi favor, se me conceda lo adeudado por el Estado Libre Asociado de Puerto Rico. Si no me corresponde, que sea eliminado de mi reclamo ya que no poseeo información al momento.

3) Se pueden comunicar por el correo electrónico, noemicotto26@gmail.com por el teléfono No. **(787) 368-9820.**

y/o dirección postal, **Noemi Cotto Morales
Po. box 225
Arroyo, Puerto Rico 00714**

Gracias por su atención,

Noemi Cotto Morales

Reclamante