Noemi Cotto Morales
P.O Box 225
Arroyo, P.R. 00714

SAN JUAN PR 009
17 MAY 2023 PM 1 L
USA FOREVER

2023 MAY 19 PM 2:52
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

Secretaria
Tribunal de distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767