# EXHIBIT II

## Invoices submitted by Creditor to the Department of Education

**Exhibit no. II of the appearing party's Response to the 570th Omnibus objection contains 830 pages. Due to the data storage limits set by the CM/ECF system, Creditor must file Exhibit II separately.