# EXHIBIT III



Tel: (787) 754-3999  
Fax: (787) 754-4493  
www.bdopr.com

PO Box 363436  
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard  
Office of Management and Budget (OGP)  
Finance Office  
PO Box 9023228  
San Juan, PR 00902-3228

Invoice #: 146664  
Date: 02/28/2019  
Proyect: 50792  
Client ID: 1771

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.50 | 1,575.00 |
| Leon Leon, Felix | Manager | 73.00 | 10,950.00 |
| | Billed | | $12,525.00 |
| | Invoice Total | | $12,525.00 |

A.L.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 146664 |
| Date: | 02/28/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/04/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 4.00 | 600.00 |
| 02/04/2019 | ALO | Information Security Policies drafting and review. | $150.00 | Director | 4.00 | 600.00 |
| 02/05/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 6.00 | 900.00 |
| 02/05/2019 | ALO | IT Process Review. | $150.00 | Director | 2.50 | 375.00 |
| 02/06/2019 | FILL | Delivery Work Plan and creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/07/2019 | FILL | Creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/08/2019 | FILL | Creation and delivery of Ransomware Guide. Creation of Information Security Framework. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/11/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 9.00 | 1,350.00 |
| 02/11/2019 | ALO | Cybersecurity Guide Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/12/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/12/2019 | ALO | Cybersecurity Plan Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/13/2019 | FILL | Creation of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/14/2019 | FILL | Creation and delivery of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |
| | | | | Billed | | $12,525.00 |
| | | | | Invoice Total | | $12,525.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**  Page 2 of 2

A.L.

**Payment Due Upon Receipt**
Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.
Undisputed charges must be paid in full.
PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696
Employer Identification Number 66-0578857

Please return this portion with your remittance.

| | | |
|---|---|---|
| Client ID:   1771 | | Invoice #:   146664 |
| Office of Management and Budget (OGP) | | Date:   02/28/2019 |
| **Check Payable to:** | **By Wire Transfer Remit to:** | **Physical Address:** |
| BDO Puerto Rico, PSC | ABA # 021502011 | 1302 Ponce de Leon Avenue |
| PO Box 363436 | Banco Popular de Puerto Rico | Jose Ramon Figueroa Corner |
| San Juan PR 00936-3436 | A/C #          1957 | San Juan PR 00907 |
| | Swift: BPPRPRSX | |

Please include our invoice number at the bottom of the check and in the description field of the wire transfer.

Card Type:  ☐ VISA/MasterCard  ☐  ☐ AMERICAN EXPRESS
Card #: _____  Exp. date: _____  Amount Due:  $12,525.00
Signature: _____  Amount Enclosed: _____

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 150205 |
| Date: | 04/30/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____  Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of April 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.00 | 1,500.00 |
| Leon Leon, Felix | Manager | 56.00 | 8,400.00 |
| | Billed | | $9,900.00 |
| | Invoice Total | | $9,900.00 |

12.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**IBDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 150205 |
| Date: | 04/30/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of April 2019.

Contract # 2019-000037
Time



| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/12/2019 | ALO | Meeting with Ramon Rios and Team to discuss work strategy. Documented discussed strategy and communicated to work team. | $150.00 | Director | 2.00 | 300.00 |
| 04/16/2019 | ALO | Meeting with Ana Torres / Diana Polanco and Diana Pelegrina to discuss strategy for meeting with Agencies IT Staff. | $150.00 | Director | 1.00 | 150.00 |
| 04/17/2019 | ALO | Internal meeting with BDO IT Consultant, Felix Leon to discuss project strategy and IT policies to be drafted. | $150.00 | Director | 1.00 | 150.00 |
| 04/22/2019 | FILL | Analysis of current scope of policies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/23/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/24/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | ALO | Presentation Preparation for meeting with, DE, Policia, Justicia, Familia, Salud. OGP Policies documentation review. | $150.00 | Director | 3.00 | 450.00 |
| 04/26/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/26/2019 | ALO | Meeting in CISO office with OGP Personnel Ana C. Torres and Diana Polanco, Department of Education CIO, Department of Family Services CIO and Justice Department IT Representative. IT Policies Project discussion. | $150.00 | Director | 3.00 | 450.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms.

**BDO**

Page 2 of 2

| Date | | Description | Rate | Role | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |

Billed        A.L.    $9,900.00
Invoice Total         $9,900.00

**Payment Due Upon Receipt**

Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.
Undisputed charges must be paid in full.
PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696
Employer Identification Number 66-0578857

---

Please return this portion with your remittance.

Client ID: 1771

Oficina Gerencia & Presupuesto (OGP)

**Check Payable to:**
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

**By Wire Transfer Remit to:**
ABA # 021502011
Banco Popular de Puerto Rico
A/C ▮▮▮▮1957
Swift: BPPRPRSX

Invoice #: 150205
Date: 04/30/2019

**Physical Address:**
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

Please include our invoice number at the bottom of the check and in the description field of the wire transfer.

Card Type: ☐ VISA/MasterCard ☐ American Express
Card #: _____  Exp. date: _____
Signature: _____

Amount Due: $9,900.00
Amount Enclosed: _____

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Leon Leon, Felix | Manager | 176.00 | 26,400.00 |
| | Billed | | $26,400.00 |
| | Invoice Total | | $26,400.00 |

AL.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999　　PO Box 363436
Fax: (787) 754-4493　　San Juan, PR 00936-3436
www.bdopr.com

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037
Time


A.L.

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/01/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/02/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/03/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/06/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/07/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 4.00 | 600.00 |
| 05/08/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/09/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/10/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/13/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/13/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |
| 05/14/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms.

**BDO**

| Date | | Description | Rate | Role | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/16/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/17/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/20/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 2.00 | 300.00 |
| 05/20/2019 | FILL | Analysis of Policies sent by Ana Torres. | $150.00 | Manager | 6.00 | 900.00 |
| 05/21/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/22/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/23/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/24/2019 | FILL | Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/27/2019 | FILL | Analysis of Policies and documents sent by Ana Torres. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/28/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/31/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 8.00 | 1,200.00 |
| | | | Billed | | | $26,400.00 |
| | | | Invoice Total | | | $26,400.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

A.L

**Payment Due Upon Receipt**

Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.
Undisputed charges must be paid in full.
PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696
Employer Identification Number 66-0578857

Please return this portion with your remittance.

Client ID: 1771

Oficina Gerencia & Presupuesto (OGP)

Invoice #: 152352
Date: 05/31/2019

**Check Payable to:**
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

**By Wire Transfer Remit to:**
ABA # 021502011
Banco Popular de Puerto Rico
A/C ▮▮▮▮1957
Swift: BPPRPRSX

**Physical Address:**
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

Please include our invoice number at the bottom of the check and in the description field of the wire transfer.

Card Type: ☐ VISA/MasterCard ☐ ☐ American Express
Card #: _____ Exp. date: _____
Signature: _____

Amount Due: $26,400.00
Amount Enclosed: _____

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms.

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soegaard
Oficina Gerencia & Presupuesto (OGP)
Information Technology Area
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 154127 |
| Date: | 06/30/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____   Date: 7/2/19

For professional services rendered in connection with Information Systems for the month of June 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 16.50 | 2,475.00 |
| Leon Leon, Felix | Manager | 164.00 | 24,600.00 |
| | Billed | | $27,075.00 |
| | Invoice Total | | $27,075.00 |

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soegaard
Oficina Gerencia & Presupuesto (OGP)
Information Technology Area
PO Box 9023228
San Juan, PR 00902-3228

Invoice #: 154127
Date: 06/30/2019
Project: 50792
Client ID: 1771

For professional services rendered in connection with Information Systems for the month of June 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/03/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 06/04/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 4.00 | 600.00 |
| 06/05/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/06/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/06/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | FILL | Travel and Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VI. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | ALO | Meeting with Ramon Rios and Ana C. Torres to discuss project status and ongoing strategy. | $150.00 | Director | 1.00 | 150.00 |
| 06/10/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/11/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 8.00 | 1,200.00 |

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**BDO**                                                                                                          Page 2 of 3

| Date | Initials | Description | Rate | Title | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/12/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/12/2019 | ALO | Review agency's submitted policies. | $150.00 | Director | 3.00 | 450.00 |
| 06/13/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/13/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 4.00 | 600.00 |
| 06/13/2019 | ALO | Policies draft review. | $150.00 | Director | 2.00 | 300.00 |
| 06/14/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/14/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 4.00 | 600.00 |
| 06/15/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/17/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/17/2019 | ALO | Project Progress discussion with Felix Leon / Document review. | $150.00 | Director | 1.00 | 150.00 |
| 06/18/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII, IX. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/19/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section X, XI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/19/2019 | ALO | IT Policies Final Draft Review. | $150.00 | Director | 2.50 | 375.00 |
| 06/20/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section X, XI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/20/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/21/2019 | FILL | Travel and Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies. | $150.00 | Manager | 3.00 | 450.00 |
| 06/21/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 6.00 | 900.00 |
| 06/21/2019 | ALO | Meeting with Ramon Rios to discuss project wrap up and status. | $150.00 | Director | 0.50 | 75.00 |
| 06/22/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**BDO**

Page 3 of 3

| Date | Code | Description | Rate | Title | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/23/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/24/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/25/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/26/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 4.00 | 600.00 |
| 06/26/2019 | ALO | Review Final Version of IT Policies to be submitted to OGP / CTO. | $150.00 | Director | 6.00 | 900.00 |
| 06/28/2019 | ALO | Wrap Up Meeting with Ramon Rios. Policies Submission. | $150.00 | Director | 0.50 | 75.00 |
| 06/28/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section. | $150.00 | Manager | 3.00 | 450.00 |

|  |  |
|---|---|
| Billed | $27,075.00 |
| Invoice Total | $27,075.00 |



**Payment Due Upon Receipt**

Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.
Undisputed charges must be paid in full.
PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696
Employer Identification Number 66-0578857

Please return this portion with your remittance.

Client ID: 1771
Oficina Gerencia & Presupuesto (OGP)

Check Payable to:
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

By Wire Transfer Remit to:
ABA # 021502011
Banco Popular de Puerto Rico
A/C ▮▮▮▮1957
Swift: BPPRPRSX

Invoice #: 154127
Date: 06/30/2019

Physical Address:
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

Please include our invoice number at the bottom of the check and in the description field of the wire transfer.

Card Type: ☐ VISA/MasterCard ☐ American Express
Card #: _____ Exp. date: _____
Signature: _____

Amount Due: $27,075.00
Amount Enclosed: _____

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.