# EXHIBIT V

## Datos del Contrato

| Entidad | Número de Contrato | Enmienda | Número PCo |
|---|---|---|---|
| 1201 | Departamento de Educación de Puerto Ric | 2019-AF0022 | | |

| Registrado en | Otorgado en | Vigencia Desde | Vigencia Hasta |
|---|---|---|---|
| 07 ago. 2018 05:11 a | 31 jul. 2018 | 31 jul. 2018 | 30 jun. 2019 |

| Cuantía a Pagar * | Cuantía a Recibir |
|---|---|
| $6,363,000.00 | $0.00 |

| Categoría de Servicio | Tipo de Servicio |
|---|---|
| SERVICIOS DE CONSULTORÍA | CONSULTORÍA ADMINISTRATIVA |

| Forma de Contratación | Fondos |
|---|---|
| | |

**Contratista**

Bienes o Servicios Privatizados

Sí    No

| Nombre |
|---|
| BDO PUERTO RICO, P.S.C. |

*En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).

Regresar

Oficina del Contralor de Puerto Rico
Consulta del Registro de Contratos
1/1