# EXHIBIT VII

## Datos del Contrato

Entidad

| 1201 \| Departamento de Educación de Puerto Ric |

Número de Contrato

| 2019-AF0022 |

Enmienda

| A |

Número PCo

| |

Registrado en

| 05 mar. 2019 03:32 a |

Otorgado en

| 01 mar. 2019 |

Vigencia Desde

| 01 mar. 2019 |

Vigencia Hasta

| 30 jun. 2019 |

Cuantía a Pagar *

| $1,816,500.00 |

Cuantía a Recibir

| $0.00 |

Categoría de Servicio

| SERVICIOS DE CONSULTORÍA |

Tipo de Servicio

| CONSULTORÍA ADMINISTRATIVA |

Forma de Contratación

| |

Fondos

| |

**Contratista**

| **Nombre** |
| --- |
| BDO PUERTO RICO, P.S.C. |

Bienes o Servicios Privatizados

Sí       No

*\* En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).*

Regresar