# EXHIBIT VIII

Contrato # 2019-000037 _____

**GOBIERNO DE PUERTO RICO**

**OFICINA DE GERENCIA Y PRESUPUESTO**
**SAN JUAN, PUERTO RICO**

**CONTRATO DE SERVICIOS**

**COMPARECEN**

---**DE UNA PARTE:** La **OFICINA DE GERENCIA Y PRESUPUESTO** (en adelante, la "**OGP**"), una agencia del Gobierno de Puerto Rico, representada en este acto por su Subdirector de Administración, Sr. Eric Lebrón Mas, mayor de edad, casado y vecino de Guaynabo, Puerto Rico; quien se encuentra debidamente autorizado a comparecer y otorgar el presente Contrato conforme a la Ley Núm. 147 del 18 de junio de 1980, según enmendada, conocida como la "Ley Orgánica de la Oficina de Gerencia y Presupuesto".

---**DE LA OTRA PARTE: BDO, PUERTO RICO, PSC.**, (en adelante el "**Contratista**") una corporación de servicios profesionales con fines de lucro, debidamente registrada en el Departamento de Estado de Puerto Rico con número de registro 1196, y autorizada a hacer negocios en Puerto Rico, con dirección postal y física en: 1302 Ave. Ponce De León 1er piso, San Juan, Puerto Rico 00907; representada en este acto por su Presidente, Fernando Scherrer Caillet, mayor de edad, casado y vecino de Guaynabo, Puerto Rico; quien certifica fehacientemente estar debidamente autorizado para suscribir este contrato mediante Resolución Corporativa, emitida el 25 de septiembre de 2018, la cual se incluye y se hace formar parte del presente Contrato como el **Anejo I**. -----------------

, ---Las partes aseguran estar plenamente capacitadas para realizar este acto y otorgamiento, lo cual se comprometen a acreditar cuando y donde fuere necesario, y en tal capacidad y a tales efectos: --------------------------------------------------------------------

**EXPONEN**

---La **OGP** está autorizada a contratar los servicios profesionales, técnicos y consultivos que sean necesarios y convenientes para realizar las actividades, programas y operaciones para cumplir con cualquier fin público que aplique a la **OGP**, según las facultades conferidas a ésta mediante la Ley Núm. 147 del 18 de junio de 1980, según enmendada, conocida como la "Ley Orgánica de la Oficina de Gerencia y Presupuesto".

---La **OGP** tiene la necesidad de contratar los servicios que ofrece el **Contratista**. La **OGP** evaluó y calificó la propuesta sometida y recomienda la contratación del **Contratista** para proveer servicios profesionales para el desarrollo y continuidad de un Programa de Negocios Comprensivo. --------------------------------------------------------------

---El **Contratista** cuenta con la capacidad y experiencia necesaria para cumplir con las obligaciones y responsabilidades que asume mediante este contrato, y certifica que conoce las normas éticas de su profesión y asume la responsabilidad por sus acciones.

---**POR TANTO**, a tales efectos, ambas partes han acordado suscribir el presente

1

contrato (en adelante, el "Contrato") y en su consecuencia lo formalizan de acuerdo a las siguientes: --------------------------------------------------------------------------------

## CLÁUSULAS Y CONDICIONES

---**PRIMERA:** El **Contratista** suplirá aquellos servicios para el desarrollo y continuidad de un Programa de Negocios Comprensivo; análisis de las necesidades tecnológicas existentes y futuras con el propósito de definir los requisitos para una Solución *Hybrid Computing* usando como referencia el *CAF* o *Cloud Adoption Framework* y el *Framework for Cloud Usability*, publicado por el a *National Institute of Standards and Technologies*, NIST, así como, asistir a la OGP durante la selección del mejor proveedor de servicio *Hybrid Computing Solution*, de acuerdo con el resultado esperado para la Oficina de Gerencia y Presupuesto (en adelante, los "Servicios") según se le soliciten y dentro del marco de lo descrito en la propuesta de servicios profesionales del 25 de septiembre de 2018, la cual se incluye y se hace formar parte del presente **Contrato**, en tanto no contravenga las cláusulas de éste. **ANEJO II.**---------------------------------------------------------

---**SEGUNDA.** En específico, será responsable de los siguientes servicios a la **OGP**, incluyendo, pero no limitándose a lo siguiente: --------------------------------------------------

- *Review and Update OGP's Business Continuity Program*------------------------------------
    1. *Program Initiation and Management*-------------------------------------------------
    2. *Risk Assessment*-----------------------------------------------------------------------
    3. *Business Impact Analysis:*-------------------------------------------------------------
    4. *Business Continuity Strategies*-------------------------------------------------------
    5. *Incident Response*----------------------------------------------------------------------
    6. *Plan Development and Implementation*------------------------------------------------
    7. *Awareness and Training Programs*-----------------------------------------------------
    8. *Business Continuity Plan Exercise, Assessment, and Maintenance*-----------------
    9. *Crisis Communications*-----------------------------------------------------------------
    10. *Coordination with External Agencies*-------------------------------------------------
- *Review and Update OGP's Requirements for a Hybrid Computing Solution*-------------
    1. Áreas de Foco:---------------------------------------------------------------------------
        a. *Business Approach: Value Realization*--------------------------------------------
        b. *People Approach*------------------------------------------------------------------
        c. *Governance Approach*-------------------------------------------------------------
        d. *Platform Approach*-----------------------------------------------------------------
        e. *Security Approach*----------------------------------------------------------------
        f. *Operations Approach*--------------------------------------------------------------
- *Vendor Selection Advisory for a Hybrid Computing Solution*-------------------------------
- El **Contratista**, cooperará con la **OGP** respecto a cualquier asunto relacionado directa o indirectamente con exámenes, inspecciones y otros procedimientos de naturaleza reglamentaria efectuados por los auditores internos de la **OGP** o por las agencias reglamentarias.-------------------------------------------------------------------------------------

---Además, las partes acuerdan que la **OGP** podrá requerir al **Contratista** otros servicios afines a este contrato de acuerdo con sus necesidades particulares como agencia gubernamental. -----------------------------------------------------------------------------------

---El **Contratista** realizará aquellos estudios y redactará aquellos documentos que sean necesarios y pertinentes para el buen desempeño de las funciones que se encomiendan bajo las disposiciones de este contrato. Disponiéndose que todo material escrito, incluyendo informes, minutas de reuniones, datos, documentos que resulten de los estudios, proyecciones y gestiones que lleve a cabo el **Contratista** en cumplimiento de las disposiciones de este contrato, serán de exclusiva propiedad de la **OGP**, sin que esto conlleve compensación adicional para el **Contratista** y el **Contratista** no podrá divulgar, publicar, distribuir o, de alguna manera, utilizar los mismos sin la autorización previa por escrito de la **OGP**.----------------------------------------------------------------------------

---El **Contratista** presentará sus servicios de acuerdo con las mejores prácticas, usos y costumbres, y guías de su profesión siempre que no sean contrarias a la normativa gubernamental sobre contratación, y no asumirá la representación profesional de ninguna persona natural o jurídica que tenga interés en algún asunto bajo la consideración de la **OGP**, aparte del interés general que como ciudadanos puedan tenerse en los asuntos públicos. ------------------------------------------------------------------

---El **Contratista** no podrá transigir o hacer compromiso alguno que vincule a la **OGP** con relación a los asuntos que le fueron encomendados, sin la debida autorización y consentimiento expreso de la **OGP**. -----------------------------------------------------------

---**TERCERA:** El **Contratista** deberá cumplir con lo dispuesto tanto en la Propuesta como en este Contrato. En caso de haber conflicto entre la Propuesta y las disposiciones de este acuerdo, prevalecerá lo dispuesto en este Contrato.  De haber disposiciones contrarias a la normativa gubernamental en algunos de los anejos de este Contrato, las mismas se tendrán por no puestas. -------------------------------------------------------------

---**CUARTA:** Las Partes, libre y voluntariamente, acuerdan que bajo los términos de este Contrato no se están estableciendo relaciones de patrono y empleado, y el **Contratista** actuará y prestará servicios en todo momento como contratista independiente y conviene no reclamar a la **OGP** por concepto de vacaciones, licencia por enfermedad, retiro, bono de navidad, póliza de responsabilidad, ni seguro social. El **Contratista** será responsable de pagar sus aportaciones prescritas por ley. ------------------------------------------------

---**QUINTA:** Los Servicios que se ofrecerán mediante este Contrato no constituyen ni reúnen las características de un puesto incluido y/o disponible en los planes de clasificación y retribución vigentes de la **OGP**.  Los Servicios no pueden ser prestados por el personal regular existente, ya que la **OGP** no cuenta con los recursos humanos suficientes con la preparación y la experiencia profesional necesaria para ofrecer en estos momentos los Servicios a ser contratados mediante este acuerdo. --------------------

---**SEXTA:** La facturación dependerá exclusivamente del uso que haga la **OGP** de los Servicios contratados. El **Contratista** podrá facturar y la **OGP** se compromete a pagar al **Contratista** por servicios prestados y recibidos conforme a este Contrato, y mediante facturas mensuales presentadas, aprobadas y vencidas.  Las tarifas por servicios

prestados no podrán exceder de: --------------------------------------------------------------------------

—La cuantía máxima de horas a emplearse para llevar a cabo los servicios no podrá exceder de **MIL TRESCIENTAS (1,300) HORAS**, durante el término del contrato. --------

---La cuantía máxima por hora no podrá exceder de **CIENTO CINCUENTA (150) DÓLARES**, por hora. --------------------------------------------------------------------------

El monto total máximo bajo este Contrato no excederá los **CIENTO NOVENTA Y CINCO MIL DÓLARES ($195,000.00)**, durante su vigencia. La **OGP** no realizará ningún pago en exceso de la cantidad dispuesta en esta Cláusula, aunque el **Contratista** exceda la misma, independientemente de las razones que pueda tener para dicho exceso. Los pagos se harán de la partida presupuestaria o **CIFRA DE CUENTA 111-0160000-003-006-2019** o de cualquier otra cuenta o partida presupuestaria que se identifique para estos propósitos. Los desembolsos por servicios prestados y facturados bajo este Contrato estarán sujetos en todo momento a la disponibilidad de los fondos asignados y debidamente certificados y, sujeto a la disponibilidad del presupuesto de OGP, el cual está afecto a cambios que pueda implementar el Gobernador, la Junta de Supervisión Fiscal o que de otra forma sean requeridos por ley o mediante Resolución Conjunta. De ser el caso, **OGP** podrá reducir los servicios contratados mediante notificación escrita notificada con al menos treinta (30) días de antelación y durante dicho plazo, el Contratista informará su aceptación o notificará la cancelación de este Contrato por escrito. La **OGP** sería responsable por el pago de los servicios rendidos y aprobados a tenor con las disposiciones de este **Contrato** hasta la fecha de efectividad de la notificación. Además, la **OGP** se reserva el derecho a retener, modificar o detener totalmente el pago de las facturas como medida provisional o permanente si se determina que es necesario para salvaguardar el buen uso de los fondos tan pronto **OGP** obtenga conocimiento o en caso de incumplimiento con los términos y condiciones del presente contrato. Además, la **OGP**, reconoce y acepta que de retener o detener totalmente pago de las facturas, el Contratista podrá suspender los servicios hasta tanto se reanude y /o se emita el pago correspondiente. La **OGP** sujetará el último pago a la entrega de la identificación de contratista, que para propósitos de acceso a las distintas facilidades de la **OGP** se le entregue al **Contratista**.--------------------------------------------------------

---La Ley Núm. 103 de 25 de mayo de 2006, conocida como *Ley para Implantar la Reforma Fiscal del Gobierno de Puerto Rico*, según enmendada, dispone en el Artículo 20 que será política pública del gobierno del Gobierno de Puerto Rico incentivar el desarrollo de la tecnología estimulando que todo desembolso de fondos públicos se realice mediante métodos electrónicos. En cumplimiento con dichas disposiciones de ley, el 14 de diciembre de 2011 OGP emitió la Carta Circular 1300-10-12 con el propósito de requerir que las agencias establezcan en sus Contratos una cláusula en la cual los suplidores acepten recibir los pagos por bienes o servicios prestados mediante transferencia electrónica. A esos efectos, el **Contratista** se obliga a completar el Modelo SC 733, "Autorización y Acuerdo para Pago Electrónico de Suplidores" para proveer información sobre la cuenta bancaria a la cual se realizará la transferencia y que contiene la siguiente autorización: -------------------------------------------------------------------



**Autorizo a OGP a depositar electrónicamente toda suma que adeude a este suplidor en una cuenta bancaria. En caso de haber algún sobrepago, o cualquier error relacionado al pago electrónico, autorizo al Departamento de OGP a cargar electrónicamente la cuenta bancaria para corregir el error.** --------------------------------------------------------

---**SÉPTIMA:** Los precios aquí pactados se mantendrán fijos durante la vigencia de este Contrato y no estarán sujetos a cambios por aumentos en el mercado o de cualquier otra índole, ya sean previsibles o no. El **Contratista** se compromete a continuar ofreciendo los servicios aquí acordados, aunque surjan discrepancias relacionadas a lo expresado anteriormente. Disponiéndose que, cualquier contrato por los mismos servicios, en idénticas circunstancias y condiciones, a menor precio, que el **Contratista** firme con cualquiera agencia de Gobierno, tendrá el efecto de renegociar e igualar los precios para los contratos de la **OGP**. Dicha renegociación y enmienda de precios deberá constar por escrito mediante enmienda al Contrato. ------------------------------------------------------

---**OCTAVA:** Este Contrato estará **en vigor desde el momento de su firma hasta el 30 de junio de 2019.** Conforme a derecho y a las normas que rigen la contratación de servicios, los comparecientes en este Contrato toman conocimiento de que no se prestará servicio alguno bajo el mismo hasta que sea firmado por ambas partes y hasta que el contrato esté debidamente registrado en la Oficina del Contralor de Puerto Rico. De la misma forma, no se continuará ofreciendo servicio alguno bajo este Contrato después de la fecha de expiración, excepto que a la fecha de expiración exista una enmienda prospectiva firmada por ambas partes extendiendo su vigencia. La tácita reconducción no es compatible con los estatutos que regulan la contratación gubernamental, por lo que no será de aplicación al presente Contrato. Asimismo, las cartas para extender el término de una relación jurídica con la **OGP** no pueden considerarse un contrato, pues no cumplen con los requisitos de ley para constituir un contrato gubernamental. La vigencia de este Contrato estará también sujeta a que el mismo sea debidamente registrado y que copia de éste sea remitida a la Oficina del Contralor del Gobierno de Puerto Rico. Ninguna prestación o contraprestación objeto de este Contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor a tenor con lo dispuesto en la Ley Núm. 18 de 30 de octubre de 1975, según enmendada. Tampoco se pagarán servicios prestados en violación a esta cláusula y cualquier funcionario de la OGP o entidad gubernamental que solicite y acepte servicios del **Contratista** en violación a esta disposición, lo estará haciendo sin autoridad legal alguna, constituyendo su actuación un acto ultra vires, que no vincula ni obliga a la OGP. De la misma forma, no se continuará ofreciendo servicio alguno bajo este contrato después de la fecha de expiración, excepto que a la fecha de expiración exista una enmienda prospectiva firmada por ambas partes extendiendo su vigencia. -------------------

---**NOVENA:** La **OGP**, a su entera discreción y por cualquier motivo, podrá dar por terminado este Contrato mediante notificación escrita al **Contratista** con treinta (30) días de anticipación a la fecha en la que desea su terminación. Los derechos, deberes y responsabilidades de las partes continuaran en pleno vigor durante el periodo de treinta

(30) días desde dicha notificación. No obstante, el requisito de notificación previa dispuesto anteriormente no será de aplicación, y la **OGP** podrá dar por terminado este Contrato inmediatamente cuando: ---------------------------------------------------------------------

1) Contra el **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, se determine causa probable para el arresto por cualquier delito contra el erario, la función pública, o el ejercicio gubernamental; o que involucre fraude, malversación o apropiación ilegal de fondos o propiedad pública, en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país; ------

2) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, que fuere convicto o se declare culpable en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país, por infracción a los Artículos 4.2, 4.3 o 5.7 de la Ley 1-2012, según enmendada, conocida como la "Ley Orgánica de la Oficina de Ética Gubernamental"; por infracción a alguno de los delitos graves contra el ejercicio del cargo público o contra los fondos públicos de los contenidos en los Artículos 250 al 266 de la Ley 146-2012, según enmendada, conocida como "Código Penal de Puerto Rico"; por cualquier otro delito grave que involucre el mal uso de los fondos o propiedad pública, incluyendo sin limitarse a los delitos mencionados en la Sección 6.8 de la Ley 8-2017, según enmendada, conocida como "Ley Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; por cualquiera de los delitos contenidos en la Ley 2-2018, conocida como el "Código Anticorrupción para el Nuevo Puerto Rico"; o sus equivalentes en otras jurisdicciones. La convicción o culpabilidad por cualquiera de los delitos antes mencionados conllevará, además de cualesquiera otras penalidades, la resolución del Contrato, y el Gobierno tendrá derecho a exigir la devolución de las prestaciones que hubiese efectuado con relación al Contrato afectado por la comisión del delito; ----------------------------------------------------

3) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, fuere o se haya declarado culpable por cualquier delito cuyo resultado afectare directa o indirectamente los derechos y obligaciones del Contrato. En dicho caso el **Contratista** estará obligado a reembolsar todos los fondos públicos que por razón del Contrato la **OGP** le haya desembolsado; ----------------------------------------------------------

4) El **Contratista** incurra en cualquier acto u omisión que atente contra la ley, la moral o el orden público; ------------------------------------------------------------

5) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, incurra en negligencia o abandono de deberes, o incumpla con el presente Contrato; -------------------------

6) La violación, por parte del **Contratista**, de cualquiera de los términos o condiciones de este Contrato; --------------------------------------------------------

7) La **OGP** entienda que existe una situación fiscal extraordinaria que amerite un

6

recorte inmediato de gastos; ------------------------------------------------

8) De incurrir el Contratista en cualquiera de las siguientes conductas: ------------

   a. El desempeño deficiente de los servicios; ------------------------------------

   b. Negligencia o abandono de sus deberes; ------------------------------------

   c. Conducta impropia, o-------------------------------------------------------

   d. El incumplimiento con cualesquiera de las disposiciones del contrato. ----------

---Si la OGP opta por la resolución del Contrato, el Contratista se abstendrá de realizar gestiones adicionales, a no ser que su inacción pueda perjudicar a la OGP o implique conducta profesional inadecuada en cuyo caso notificará a la OGP la gestión a ser realizada.--------------------------------------------------------------------

---De ocurrir la cancelación del Contrato, el Contratista no tendrá derecho a compensación adicional alguna, excepto lo devengado bajo el mismo hasta la fecha de cancelación, siempre y cuando estos servicios estén de acuerdo con los términos del contrato. ----------------------------------------------------------------------

---El **Contratista** certifica que no ha sido convicto o se ha declarado culpable, en la jurisdicción estatal o federal, por ninguno de los delitos antes dispuestos, particularmente de delitos contra la integridad pública o malversación de fondos públicos según definidos en el Código Penal de Puerto Rico, en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América. De resultar convicto o declararse culpable de los delitos antes mencionados, el Contrato quedará resuelto inmediatamente. Igualmente, acepta y reconoce su deber de informar de manera continua, durante todas las etapas de la contratación, ejecución y vigencia del Contrato, cualquier hecho que se relacione con el inicio de cualquier investigación por la comisión de los delitos antes dispuestos en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país. ------------------------------------------

---El **Contratista**, además, certifica que durante los diez (10) años previos a la formalización de este Contrato no ha cometido delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública en el ámbito federal o estatal.------------------------------------------------------

---En los casos donde no se haya determinado causa probable para arresto, alegación de culpabilidad ni acusación contra el **Contratista**, pero se hayan realizado expresiones o admisiones de delito, el Contratista reconoce que la **OGP** tendrá que remitir el asunto al Secretario de Justicia quien realizará la determinaciones y recomendaciones pertinentes. -----------------------------------------------------------------

---**DÉCIMA:** Disponiéndose que si el Contrato, mediante enmiendas, excediese los diez mil dólares ($10,000), ambas partes contratantes reconocen y acceden a que los servicios contratados podrán ser brindados a cualquier entidad de la Rama Ejecutiva con la cual la entidad contratante realice un acuerdo interagencial o por disposición directa de la Secretaría de la Gobernación a tenor con las normas aplicables. Estos servicios se realizarán bajo los mismos términos y condiciones en cuanto a horas de trabajo y compensación consignados en este Contrato. Para efectos de esta Cláusula, el término "entidad de la Rama Ejecutiva" incluye a todas las agencias del Gobierno de Puerto Rico,

así como a las instrumentalidades y corporaciones públicas y a la Oficina del Gobernador------------------------------------------------------------------------------------------.

---En dicho caso que el Contrato exceda los diez mil dólares ($10,000), la Secretaría de la Gobernación tendrá la facultad para dar por terminado el presente Contrato en cualquier momento. ------------------------------------------------------------------------------------

---**DÉCIMA PRIMERA**: El **Contratista** facturará mensualmente por los Servicios prestados: El pago de los mismos se efectuará previa presentación por parte del **Contratista** de la factura aquí acordada, en original y una (1) copia, durante los primeros veinte (20) días del mes siguiente al mes de facturación, la cual el **Contratista** habrá de remitir a la **OGP** mediante correo regular a la dirección acordada o de la forma que indique la **OGP**.-------------------------------------------------------------------------------------------

---La factura deberá ser especifica, desglosada y deberá estar acompañada de un informe que detalle los servicios prestados, las horas invertidas y disponibles, los procesos realizados, fines de dichos procesos y los resultados obtenidos. La **OGP** se reserva el derecho de revisar detalladamente la corrección de las facturas, y los informes; efectuar las auditorías que estime convenientes; y de encontrarlas correctas, aprobarlas y procesarlas para pago. -------------------------------------------------------------------------------

---Toda factura para el cobro de bienes o servicios que se presente a la **OGP** deberá contener la siguiente certificación: -----------------------------------------------------------------



> "*Bajo pena de nulidad absoluta certifico que ningún servidor público de la entidad gubernamental es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios productos del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la entidad gubernamental. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados y los servicios han sido prestados, y no se ha recibido pago por ellos.*" ----------------------------------------------------------------------------------

---La **OGP** hará todas las gestiones a su alcance para que las facturas se paguen en un periodo de treinta (30) días calendarios y/o no más tarde de cuarenta (40) días calendario, luego de haberse recibido la factura, según lo dispone la Ley Núm. 25 de 8 de diciembre de 1989, según enmendada, luego de haberse aprobado los servicios. ----

---El **Contratista** se obliga a informar a la **OGP** cuando la facturación por los servicios alcance el ochenta por ciento (80%) de la cuantía máxima establecida en este Contrato. De no cumplirse con esta obligación, y efectuarse la correspondiente enmienda al contrato, y la **OGP** no suscribir la correspondiente enmienda prospectiva una vez se alcance el cien por ciento (100%) de la cuantía máxima, la **OGP** no pagará aquellos servicios prestados en exceso de la cuantía estipulada en el contrato original. ------------

---**DÉCIMA SEGUNDA**: Al **Contratista** no se le efectuarán retenciones para fines del seguro social federal. No obstante, éste será responsable de pagar dichas aportaciones,

y de rendir sus planillas ante el Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados a tenor de este Contrato. La **OGP** notificará al Departamento de Hacienda los pagos y reembolsos que sean efectuados al **Contratista**. ------------------------------------------------------------------------------------------

----La **OGP** deducirá y retendrá de los pagos que efectúe al **Contratista** por concepto de este Contrato el siete por ciento (7 %) de interés que aplique, si alguno, correspondiente a las retenciones relativas a contribuciones sobre ingresos, la aportación especial por servicios profesionales y consultivos. u cualquier otro concepto, según disponga el Departamento de Hacienda, la Ley 1-2011, según enmendada, conocida como el Código de Rentas Internas para un Nuevo Puerto Rico, o cualquier otra ley aplicable, tal como la Ley 48-2013; Salvo, que el **Contratista** someta el relevo correspondiente emitido por el Departamento de Hacienda, en cuyo caso la retención será aquélla indicada en el relevo. La **OGP** será responsable de notificar al Departamento de Hacienda el porciento de retención que tenga el **Contratista** según el relevo o, en su defecto, que no tiene relevo alguno. -----------------------------------------------------------------------------------------

--**DÉCIMATERCERA:** Las partes aquí comparecientes designarán una persona de contacto, quien será responsable de mantener la comunicación entre las partes contratantes durante la vigencia de este Contrato.   Esta persona contacto será responsable de organizar y suplir a la otra parte toda la información necesaria para llevar a cabo la instalación del equipo necesario para los Servicios contratados. -----------------

---**DÉCIMA CUARTA:** Todos los avisos escritos dados por cualquiera de las partes, según los términos de este Contrato, serán remitidos a las siguientes direcciones: -------

**BDO Puerto Rico, PSC**

1302 Ave.  Ponce De León 1er piso,
San Juan, Puerto Rico 00907
Att:  Fernando Sherrer Caillet
Tel: 787-754-3999
Fax: 787-754-3105

**Oficina de Gerencia y Presupuesto**

P.O. Box 9023228
San Juan, PR 00902-3228
Att: Lcdo. José I. Marrero Rosado
Director
Tel: (787) 725-9420
Fax. (787) 792-8466

---Las partes aceptan y reconocen su obligación de mantener al día a la otra parte de sus direcciones correctas, incluyendo números de teléfonos, fax, correos electrónicos, y persona de contacto durante la vigencia del presente Contrato. -------------------------------

---En la eventualidad que una de las partes no notifique por escrito a la otra de cualquier cambio de dirección, correo electrónico, fax o persona contacto, cualquier notificación enviada por una parte a la otra se entenderá como bien hecha si se efectúa según lo dispuesto en esta sección. -------------------------------------------------------------------------------

--**DÉCIMA QUINTA:** Las partes reconocen la necesidad de agilizar la comunicación y los procesos entre los consultores o proveedores de bienes y servicios, y las agencias

del Gobierno de Puerto Rico. Además, aceptan el deber de proteger y custodiar el récord de actividades oficiales y la integridad del contenido de todas las comunicaciones oficiales y notificaciones entre ellas, sin poner en riesgo los sistemas de información del Gobierno y garantizando su seguridad. Por lo cual, acuerdan que, en lo sucesivo, toda persona natural o jurídica que supla servicios al Gobierno vendrá obligada a solicitar y utilizar la cuenta de correo electrónico que le sea provista por el Gobierno, con resguardo de las comunicaciones escritas y oficiales de los suplidores con cualquier agencia con la que exista un contrato; siendo éste el único medio de comunicación y notificación autorizado para las comunicaciones electrónicas mientras este Contrato esté vigente. -

---La cuenta de correo electrónico provista servirá para cursar toda comunicación oficial con la **OGP**, utilizando el dominio @Vendors.PR.Gov. Estas cuentas se activarán al perfeccionar el Contrato, se mantendrán activas durante la relación contractual, y se desactivarán al término de vencimiento del Contrato. Las mismas podrán reactivarse con la renovación del Contrato. ---------------------------------------------------------------

---**DÉCIMA SEXTA**: El **Contratista** reconoce que toda la información o datos suministrados, obtenidos y producidos como parte de los Servicios objeto de este Contrato serán considerados confidenciales y que, como tales, su divulgación sin el consentimiento por escrito de la **OGP** queda estrictamente prohibida. Asimismo, reconoce la naturaleza confidencial de toda información interna, no pública, financiera, de negocios relacionada con el funcionamiento de la **OGP** y del Gobierno de Puerto Rico, sus agencias, sus corporaciones o municipios, que le sea suministrada para la prestación de sus Servicios, o de la cual advenga en conocimiento como resultado de los Servicios prestados en virtud de este Contrato. El **Contratista** se compromete a mantener en estricta confidencialidad dicha información y, conforme a ello, se compromete a utilizar el correo electrónico que se le proveerá para llevar a cabo sus comunicaciones electrónicas con la **OGP**, según dispuesto en la Decimoquinta Cláusula de este Contrato

---El **Contratista** también reconoce que todo material, documento o información que resulte de las gestiones contratadas con el **Contratista** será propiedad única y exclusiva de la **OGP** y no podrá ser divulgada en todo o en parte sin autorización previa por escrito de ésta. Igualmente, cualquier diseño, modelo o producto de este Contrato será considerado propiedad intelectual de la **OGP**, quien tendrá derecho absoluto sobre los mismos. Disponiéndose que, el **Contratista** no tendrá derecho alguno sobre los productos desarrollados como parte de este Contrato, y cualquier solución desarrollada podrá ser utilizada en cualquier otra agencia o instrumentalidad pública del Gobierno sin tener que incurrir en costos adicionales de licenciamiento. Si el Contratista no entrega o devuelve a la OGP todo material, documento, informe o información que resulte de las gestiones contratadas con éste, OGP podrá solicitar la entrega de dichos materiales al Contratista o a sus sucesores mediante el procedimiento o acción judicial que proceda, de tener que recurrir a la vía judicial para el recobro de cualquiera de esta información el Contratista será responsable de pagar a la OGP los costos, gastos y honorarios para llevar dicho pleito de la OGP. ---------------------------------------------------------------

---**DÉCIMA SÉPTIMA**: El **Contratista** se compromete a realizar aquellos estudios, rendir

aquellos informes periódicos solicitados, y redactar aquellos documentos que sean necesarios y pertinentes para el buen funcionamiento y desempeño de las funciones a tenor de las disposiciones de este Contrato. Asimismo, se compromete a conservar dichos estudios, informes, y documentos, incluyendo las hojas de trabajo y demás documentos relacionados con sus obligaciones bajo este Contrato, para ser examinados o copiados por la Oficina del Contralor de Puerto Rico en sus intervenciones, según la autoridad conferida mediante la Constitución del Gobierno de Puerto Rico y la Ley Núm. 9 del 4 de julio de 1952, según enmendada. -----------------------------------------------------

---Dichos documentos se conservarán por un período no menor de seis (6) años o hasta que se efectúe una intervención por la Oficina del Contralor, lo que ocurra primero. Si durante esos seis (6) años la Oficina del Contralor, o el Departamento de Justicia, efectúa una auditoría o investigación sobre las tareas realizadas por el **Contratista**, éste deberá retener los documentos hasta que se concluya dicha auditoría o investigación. -----------

---**DÉCIMA OCTAVA**: El **Contratista** hace constar que a la fecha de la firma de este Contrato tiene relaciones contractuales con las siguientes agencias o dependencias del gobierno: Sistema de Retiro para Maestros, AEE, Administración de Compensaciones por Accidentes de Automóviles, DTOP, AAFAF, Instituto de Cultura Puertorriqueña, ACT, Departamento del Trabajo y Recursos Humanos, AFI, Departamento de Hacienda, Municipio de San Juan, Departamento de Educación, Administración de Seguros de Saludo de Puerto Rico, Oficina del Comisionado de Seguros, Junta de Gobierno de la UPR, Departamento de Justicia y DDEC. -------------------------------------------------------

El **Contratista** reconoce que en el descargo de sus Servicios tiene un deber de lealtad completa hacia la **OGP**, lo que incluye el no tener intereses adversos o encontrados a dicho organismo gubernamental o el Gobierno de Puerto Rico. El **Contratista** representa intereses adversos o encontrados cuando, en beneficio de un cliente, es su deber promover aquello a que debe oponerse en cumplimiento de sus obligaciones para con otro cliente anterior, actual o potencial, como lo sería la **OGP**; También representan intereses adversos o encontrados cuando su conducta es descrita coma tal en las normas de ética reconocidas a su profesión, o en las leyes y reglamentos del Gobierno de Puerto Rico. En contratos con sociedades, corporaciones o firmas constituirá una violación de esta prohibición el que alguno de sus directores, asociados a empleados incurra en la conducta aquí descrita. ----------------------------------------------------------

---El **Contratista** evitará la mera apariencia de la existencia de intereses adversos o encontrados; y reconoce que este deber, además, incluye la obligación continua de divulgar a la **OGP** todas las circunstancias de sus relaciones con clientes y terceras personas, y cualquier interés que pudiese influir en la **OGP** al momento de otorgar este Contrato o durante su vigencia. El **Contratista** no aceptará la representación o asesoría de ningún asunto o interés que esté en conflicto con la **OGP**, y de surgir alguno viene obligado a informar inmediatamente a la **OGP** sobre ello; y certifica que no entrará en relaciones contractuales o realizará actos que configuren un conflicto de interés con la **OGP** y; que notificará a la **OGP** tan pronto se percate de cualquier conflicto de interés tomando las medidas necesarias para corregir la situación. --------------------------------

---El **Contratista** reconoce el poder de fiscalización de la **OGP** o su representante designado, con relación al cumplimiento de las prohibiciones aquí contenidas. De entender la **OGP**, o su representante designado, que existen o han surgido intereses adversos o encontrados para con el **Contratista**, le notificará por escrito sus hallazgos y su intención de finalizar el contrato en el término de treinta (30) días. ------------------

---**DÉCIMA NOVENA:** Las Partes reconocen y certifican que: Ningún legislador, funcionario público o empleado de la **OGP**, ni algún miembro de sus unidades familiares, tiene o tendrá directa o indirectamente interés económico en las ganancias o beneficios producto del presente Contrato, ni ningún otro interés que afecte adversamente el mismo; además, certifican que éstos que no pueden ejercer, o han ejercido, influencia sobre este proceso de contratación; Ningún funcionario o empleado público que esté autorizado para contratar a nombre de la **OGP**, o algún miembro de su unidad familiar tiene o ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario; Ningún funcionario o empleado de la OGP, o algún miembro de las unidades familiares de éstos, tiene o ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario, a menos que el Gobernador, previa recomendación del Secretario de Hacienda y del Secretario de Justicia, lo autorice; Ningún funcionario o empleado público podrá tener algún interés en las ganancias o beneficios producto del presente Contrato, a menos que el Gobernador, previa recomendación del Secretario de Hacienda y del Secretario de Justicia, expresamente lo autorice; Ningún funcionario o empleado público que tenga la facultad de aprobar o autorizar contratos en la **OGP** podrá evaluar, considerar, aprobar o autorizar el presente Contrato cuando éste o algún miembro de su unidad familiar tenga o haya tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario. --------------------------------------------------------------

---El **Contratista** certifica que no tiene, así como sus socios, accionistas, representantes, asociados, subsidiarias, compañías matrices, si alguna, directores, oficiales o empleados recibe paga o compensación alguna por servicios regulares o de jornada parcial prestados bajo nombramiento, como funcionario o empleado público, a ninguna entidad gubernamental, agencia, organismo, corporación pública o municipio. No se pagarán servicios prestados en violación a esta cláusula. La **OGP** certifica que mediante el presente acuerdo no se contrata con o para beneficio de personas que hayan sido funcionarios o empleados públicos de dicha agencia ejecutiva, hasta tanto hayan transcurridos dos (2) años desde que dicha persona haya cesado en sus funciones como tal. El Gobernador podrá expedir dispensa en cuanto a la aplicabilidad de esta disposición siempre que tal dispensa resulte en beneficio del servicio público. Esta prohibición no será aplicable a contratos para la prestación de servicios ad honórem. ---

---De así requerirse, las Partes han obtenido cualesquiera dispensas requeridas por ley de cualesquiera entidades de gobierno autorizadas para conceder tales dispensas, y que copias de éstas han sido entregadas a la **OGP** para que formen parte del expediente de contratación. --------------------------------------------------------------------------------

---**VIGÉSIMA**: El **Contratista** certifica que ha sido orientado y/o recibida copia de la Ley

12

1-2012, según enmendada, conocida como la "Ley Orgánica de la Oficina de Ética Gubernamental de Puerto Rico"; y que en protección de los intereses de la **OGP** se compromete a prestar sus Servicios de conformidad con dicha Ley. La **OGP**, por conducto del funcionario facultado por ley a comparecer en el presente Contrato y por ser una agencia del Gobierno de Puerto Rico, certifica que cumple con todas las disposiciones aplicables de la referida Ley 1-2012. ------------------------------------------------

---**VIGÉSIMA PRIMERA:** El **Contratista** entiende y reconoce que por medio de este Contrato se compromete, a regirse por las disposiciones del Código de Ética para Contratistas, Suplidores, y Solicitantes de Incentivos Económicos del Gobierno De Puerto Rico, establecido por virtud de la Ley 2-2018, conocida como "Código Anticorrupción para el Nuevo Puerto Rico", y certifica que se le ha sido orientado y/o recibida copia de dicho Código. Certifica, además, que conoce las normas éticas de su profesión y asume la responsabilidad por cualquiera acción que pudiese ser contraria a tales normas. Los contratistas de servicios especializados para los cuales por ley se les exige requisitos particulares para el ejercicio de su profesión deberán presentar evidencia de ello para el otorgamiento del presente Contrato. --------------------------------------------

---**VIGÉSIMA SEGUNDA:** El **Contratista** certifica que no ha sido convicto, en la jurisdicción estatal o federal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país, por: infracción a los Artículos 4.2, 4.3 o 5.7 de la Ley 1-2012, según enmendada, conocida como "Ley Orgánica de la Oficina de Ética Gubernamental"; por infracción a alguno de los delitos graves contra el ejercicio del cargo público o contra los fondos públicos de los contenidos en los Artículos 250 al 266 de la Ley 146-2012, según enmendada, conocida como "Código Penal de Puerto Rico"; por cualquier otro delito grave que involucre el mal uso de los fondos o propiedad pública, incluyendo sin limitarse a los delitos mencionados en la Sección 6.8 de la Ley 8-2017, según enmendada, conocida como "Ley Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; por cualquiera de los delitos contenidos en la Ley 2-2018, conocida como el "Código Anticorrupción para el Nuevo Puerto Rico"; o sus equivalentes en otras jurisdicciones.-------------------------------------

---Igualmente, el **Contratista** reconoce que su deber de informar será de naturaleza continua durante todas las etapas de contratación y ejecución del Contrato y que, de resultar convicto o declararse culpable, en la jurisdicción estatal o federal, por alguno de los delitos anteriores esto será causa suficiente para que la **OGP** de por terminado el Contrato y el mismo quede resuelto. Además, el Contratista comprende que en dicha eventualidad quedará inhabilitado de contratar o licitar con cualquier agencia del Gobierno de Puerto Rico por el término aplicable bajo el Artículo 6.8 de la Ley 8-2017 y cuando no se disponga un término, quedará inhabilitado por diez (10) años contados a partir de la fecha en que termine de cumplir la sentencia. ----------------------------------

---**VIGÉESIMA TERCERA:** El **Contratista** se obliga mediante este Contrato a que en la medida que sus Servicios requieran la adquisición de artículos, los mismos deben ser extraídos, producidos, ensamblados, envasados o distribuidos en Puerto Rico por empresas con operaciones en Puerto Rico, o distribuidos por agentes establecidos en

13

Puerto Rico al rendirse el servicio, siempre que estén disponibles, según lo dispone la Ley 14-2004, según enmendada, conocida como "Ley Para la Inversión en la Industria Puertorriqueña". ---------------------------------------------------------------------------------

---**VIGÉSIMA CUARTA:** El **Contratista** certifica que no se encuentra en incumplimiento de la Ley 168-2000, según enmendada, conocida como la "Ley para el Fortalecimiento del Apoyo Familiar y Sustento de Personas de Edad Avanzada", así como cualquier disposición aplicable de la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada, conocida como la "Ley Orgánica de la Administración Para el Sustento De Menores". A esos efectos, certifica que no está obligado a satisfacer una aportación económica o pensión alimentaria, o que de estarlo se encuentra al día o tiene un plan de pagos al efecto. ------------------------------------------------------------------------------------------

---**VIGÉSIMA QUINTA:**  El **Contratista** entiende y reconoce que deberá cumplir con todas las leyes, normas y reglamentos, federales y estatales, aplicables a este Contrato o a la ejecución y cumplimiento de este. Asimismo, el **Contratista** certifica y garantiza que al momento de suscribir el presente Contrato ha cumplido con las leyes y reglamentos del Gobierno de Puerto Rico, las cartas circulares y las directrices emitidas por las agencias gubernamentales competentes, aplicables a la contratación de servicios con entidades privadas, entre las cuales se encuentran las siguientes: ----------------------

1) Al momento de firmar este Contrato ha rendido sus planillas contributivas durante los cinco (5) años previos a este Contrato y no adeuda contribuciones al Gobierno de Puerto Rico, ni al Centro de Recaudaciones de Ingresos Municipales del Municipio donde están sitos sus propiedades muebles y/o inmuebles sujetos a este tipo de tributación, o se encuentra acogida a un plan de pago con cuyos términos y condiciones está cumpliendo. -------------------------------------------------

2) Al momento de firmar este Contrato no tiene deuda, o se encuentra acogido a un plan de pago, o proceso de revisión y ajuste, con cuyos términos y condiciones está cumpliendo, por concepto de contribuciones al Gobierno de Puerto Rico, contribuciones por propiedad mueble e inmueble, y por las contribuciones de seguro por desempleo, incapacidad temporal y de seguro social para choferes. Si tiene deuda bajo un proceso de revisión o ajuste tiene la obligación de informar sobre tal proceso; de no proceder dicha revisión o ajuste se compromete a cancelar la deuda mediante la retención por parte de la entidad contratante. -------

3) Al momento de firmar este Contrato ha pagado la patente municipal conforme al volumen de su negocio, según requerido por la Ley Núm. 113 de 10 de Julio de 1974, según enmendada, conocida como "Ley de Patentes Municipales" o se encuentra acogida a un plan de pagos con cuyos términos y condiciones está cumpliendo. ----------------------------------------------------------------------

4) Al momento de firmar este Contrato y de acuerdo con la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada, conocida como "Ley Orgánica de la Administración para el Sustento de Menores", está cumpliendo con las órdenes de retención emitidas como patrono, si alguna. -------------------------------------------

14

5) Al momento de firmar este Contrato está inscrita en el Registro de Comerciantes del Departamento de Hacienda. --------------------------------------------------------------

6) En virtud de las disposiciones de la Ley 3-2014, el **Contratista** certifica que, al momento de suscribir este Contrato, no se encuentra en incumplimiento de la Ley 168-2000, según enmendada, mejor conocida como "Ley para el fortalecimiento del apoyo familiar y sustento de personas de edad avanzada". Certifica, además, que a su mejor saber y entender, no está sujeto por orden judicial o administrativa a cumplir con obligación alguna, a tenor con la Ley 168-2000, antes citada o que, de estarlo, se encuentra en cumplimiento con la obligación impuesta mediante órdenes de retención, como patrono, si alguna. ----------------------------------------

7) Ha presentado, además, copia de sus Certificados de Existencia y de Buena Pro emitidos por el Departamento de Estado de Puerto Rico. ------------------------------

8) Ha presentado una Resolución Corporativa que lo autoriza a comparecer en este Contrato, la cual contiene una muestra de su firma y una certificación de que a su mejor saber y entender, al momento de suscribir este Contrato, el Contratista no tiene pleito contra el Gobierno de Puerto Rico o alguna de sus instrumentalidades y una certificación de que la empresa, compañía, corporación, directores, oficiales y miembros de junta directiva, subsidiarias o compañías matrices no han sido convictos o se han declarado culpables en el Foro Estatal o Federal, en cualquier otra jurisdicción por los delitos enumerados en la Ley 458-2000, según enmendada por la Ley 428-2004.------------------------------------------------------

9) Al momento de suscribir este Contrato, a su mejor saber y entender, está en cumplimiento con la Ley del Fondo del Seguro del Estado Ley 45 de 18 de abril de 1935.------------------------------------------------------------------------------------

10) Al momento de suscribir este Contrato, a su mejor saber y entender, no tiene asuntos pendientes de resolverse o adjudicarse ante **OGP**. ------------------------

11) Que de estar exenta de todos o algunos de los antes mencionados requisitos, deberá evidenciarlo mediante certificación negativa expedida por la agencia pertinente, o mediante declaración jurada suscrita ante notario público, exponiendo las razones por las cuales no está obligada a cumplir con los mismos.

12) Declaración Jurada de conformidad con lo dispuesto en el Artículo 3.3 del Código de Ética de la Ley 2-2018.------------------------------------------------------------

13) Good Standing el Tribunal Supremo como evidencia de estar autorizado para ejercer la profesión de abogacía. ---------------------------------------------------------

---El **Contratista** entiende y reconoce que deberá cumplir con todas las leyes, normas y reglamentos, federales y estatales, aplicables a este Contrato o a la ejecución y cumplimiento de este. Asimismo, el **Contratista** certifica y garantiza que al momento de suscribir el presente Contrato ha cumplido con las leyes y reglamentos del Gobierno de Puerto Rico, las cartas circulares y las directrices emitidas por las agencias gubernamentales competentes, aplicables a la contratación de servicios con entidades privadas. --------------------------------------------------------------------------------

---El **Contratista** entiende y expresamente reconoce que el cumplimiento estricto de ésta

Cláusula es una condición esencial para la firma de este Contrato, y de no ser correcta en todo o en parte la anterior certificación, o no proveer oportunamente las certificaciones señaladas en la Cláusula Vigesimosexta, será causa suficiente para que la **OGP** pueda dejar sin efecto el mismo sin ningún cargo, penalidad u obligación; y para que el **Contratista** tenga que reintegrar a la **OGP** toda suma de dinero recibida bajo este Contrato.------------------------------------------------------------------------------------------------------

---**VIGÉSIMA SEXTA:** A tenor de lo dispuesto en la Ley 237-2004, para establecer parámetros uniformes en los procesos de contratación de servicios profesionales, y la Carta Circular Núm. 1300-16-16 emitida por el Departamento de Hacienda el 19 de enero de 2016, se harán formar parte del Contrato las siguientes certificaciones, según apliquen, las cuales se podrán presentar individualmente o a través del Trámite de Solicitud Única de Documentos, y el Certificado de Elegibilidad emitido por la Red Estratégica de Servicios al Ciudadano, de estar disponibles por dicho medio: --------------

1) Certificación de Radicación de Planillas de Contribución sobre Ingresos por los últimos cinco (5) años, emitida por el Departamento de Hacienda; --------------------

2) Certificación de Deuda, emitida por el Departamento de Hacienda; --------------------

3) Copia del Certificado de Registro de Comerciantes, emitido por el Departamento de Hacienda; ------------------------------------------------------------------------------

4) Certificación de Radicación de Planillas del Impuesto sobre Ventas y Uso-IVU, emitida por el Departamento de Hacienda; ------------------------------------------------

5) Certificación de Deuda del Impuesto sobre Ventas y Uso-IVU, emitida por el Departamento de Hacienda; ------------------------------------------------------------------

6) Certificación de Radicación de Planillas de Contribución sobre la Propiedad Mueble, emitida por el Centro de Recaudación de Ingresos Municipales; --------------------

7) Certificación de Deuda por Todos los Conceptos, emitida por el Centro de Recaudación de Ingresos Municipales; --------------------------------------------------

8) Certificación de Registro como Patrono y de Deuda por Concepto de Seguro por Desempleo y Seguro por Incapacidad, emitida por el Departamento del Trabajo y Recursos Humanos; -------------------------------------------------------------------------

9) Certificación de Registro como Patrono y de Deuda por Concepto de Seguro Social Choferil, emitida por el Departamento del Trabajo y Recursos Humanos; --

10) Certificación Negativa de Caso de Pensión Alimentaria o Certificación de Estado de Cuenta, emitida por la Administración para el Sustento de Menores (aplica a Personas Naturales; ---------------------------------------------------------------------------

11) Certificación de Estado de Cumplimiento, emitida por la Administración para el Sustento de Menores (aplica a Personas Jurídicas). -------------------------------------

12) Certificado de Buena Pro (*Good Standing*), emitida por el Departamento de Estado; -------------------------------------------------------------------------------------

13) Certificado de Existencia o Certificación de Autorización para hacer Negocios en Puerto Rico, emitida por el Departamento de Estado.; -------------------------------------

---El **Contratista** reconoce, además, que está debidamente organizada y que existe válidamente como una corporación al amparo de las leyes del Gobierno de Puerto Rico,

con completo poder y autoridad para realizar todas las actividades por ésta realizadas (o actualmente contempladas a realizarse), por lo que ha entregado copia del Certificado de Incorporación, según emitido por el Departamento de Estado. Si el **Contratista** es una corporación foránea, la cual no está haciendo negocios ni tiene oficinas en Puerto Rico, deberá entregar a la **OGP** una Declaración Jurada autenticada, haciendo constar que no tiene responsabilidad contributiva con el Gobierno. -------------------------------------

---Asimismo, el **Contratista** certifica haber presentado una Resolución de Autorización Corporativa, con su correspondiente número y fecha de aprobación y cualquier otro documento que le sea requerido de acuerdo con el ordenamiento legal vigente. -------------

---**VIGÉSIMA SÉPTIMA:** El **Contratista** también reconoce que, de tener deudas con alguna dependencia gubernamental, podrá continuar prestando sus servicios, siempre que esté acogido a un plan de pago y esté cumpliendo cabalmente con el mismo. Si tiene deuda bajo un proceso de revisión administrativa o ajuste tiene la obligación de informar sobre tal proceso; de no proceder dicha revisión o ajuste, o no estar acogido a un plan de pago, el **Contratista** expresamente se compromete a cancelar la deuda mediante la retención por parte de la **OGP** del importe total de la deuda de cualquier suma líquida y exigible de dinero que devengue del presente Contrato. Si la deuda excede la cuantía del presente Contrato, el **Contratista** debe establecer un plan de pago con la agencia correspondiente y los pagos necesarios para satisfacer la deuda en su totalidad durante la vigencia del Contrato. El Plan de pago con la agencia debe haberse formalizado antes de la formalización del presente Contrato. ------------------------------------------------

---**VIGÉSIMA OCTAVA:** Los servicios a prestarse por el **Contratista** serán intransferibles; El Contratista no podrá subcontratar, ceder o traspasar los Servicios objeto de este Contrato, ni delegar los compromisos y responsabilidades asumidas mediante este acto sin el consentimiento escrito de la **OGP**. Tampoco podrá ceder o traspasar derecho o reclamación que surja en virtud del presente contrato sin el consentimiento escrito de **OGP**. La transferencia de este Contrato será causa suficiente para dar por terminado el mismo inmediatamente, excepto que la cesión se haga a una compañía matriz, afiliada, subsidiaria o sucesora en derecho de la cedente, en cuyo caso bastará con la mera notificación escrita a la **OGP**, y el consentimiento de ésta, el cual no puede ser negado irrazonablemente. En el caso de la **OGP** no estar de acuerdo con la cesión, cancelará el Contrato mediante notificación escrita, sin ningún cargo, penalidad u obligación para la **OGP**. El incumplimiento de esta Cláusula le hará responsable al **Contratista** por cualquier daño y perjuicio que fueran causados a la **OGP**, ya sea de forma directa o indirecta. -----------------------------------------------------------------

---**VIGÉSIMA NOVENA:** Las partes contratantes quedarán excusadas del cumplimiento de sus obligaciones contractuales y no serán responsables por daños y perjuicios ni bajo cualquier otro concepto, en la medida en que su incumplimiento o falta de cumplimiento se deba a un evento de "Caso Fortuito" o "Fuerza Mayor". Para fines del presente Contrato, "Caso Fortuito" o "Fuerza Mayor" significa cualquier causa no atribuible a la culpa o negligencia, y que quede fuera del control de la parte que la reclame, por razón de que no puede preverse, o que previsto no puede evitarse. Ello puede incluir, pero no

limitarse a: actos del enemigo público, guerra, bloqueos, boicot, motines, insurrecciones, disturbios civiles, epidemias, terremotos, tormentas, explosiones, e interrupción de servicios debido a acciones u omisiones de cualquier autoridad pública. Disponiéndose que, dentro del término de diez (10) días, contados a partir de la ocurrencia del evento, se notifique por escrito a la otra Parte describiendo los pormenores del evento y su duración estimada. El peso de la prueba en cuanto a si ha ocurrido un "Caso Fortuito" o "Fuerza Mayor" será del **Contratista** y no de la **OGP**. ------------------------------------------

---**TRIGÉSIMA:** El **Contratista** se obliga a no ejercer ningún tipo de discrimen contra persona o entidad por motivo de raza, color, sexo, orientación sexual, religión, condición económica o afiliación política, edad, condición u origen social, origen nacional, impedimento, condición médica, estado civil, condición de veterano, o cualquier otra forma de discrimen que surja por disposición de ley, reglamento o de la Constitución de los Estados Unidos o la de Puerto Rico. --------------------------------------------------------------

---**TRIGÉSIMA PRIMERA:** El **Contratista** releva a la **OGP**, sus empleados o funcionarios de cualquier responsabilidad de carácter civil, penal o administrativo y/o releva también en cuanto a cualquier reclamación que terceras personas pudieran hacer, incluyendo agentes, representantes, empleados u oficiales de las propias partes por cualquier daño que pudieran ocasionar o sufrir con motivo del incumplimiento por parte del **Contratista** de cualquiera de las cláusulas del presente Contrato. De igual forma, en el caso de que cualquier empleado del **Contratista** sufra daños dentro de los predios o límites de la **OGP**, por cualquier causa, la indemnización que por ley haya que satisfacer a dicho empleado, así como el costo de los gastos y honorarios de abogados, será responsabilidad exclusiva del **Contratista**. --------------------------------------------------

---**TRIGÉSIMA SEGUNDA:** El **Contratista** certifica que posee vigentes sus pólizas de responsabilidad pública, y mantendrá una póliza de seguro para cubrir reclamaciones por responsabilidad profesional que sea suficiente para cubrir cualquier contingencia que pueda surgir al amparo de este Contrato. Será obligación del **Contratista** evidenciar tal cubierta entregando a la **OGP** una certificación expedida por su compañía de seguro antes de que la **OGP** realice su primer pago. ------------------------------------------------

---**TRIGÉSIMA TERCERA:** El **Contratista** reconoce y acepta que la veracidad y corrección de la información que ha certificado en este Contrato es un elemento esencial al otorgamiento del mismo; y renuncia a presentar la defensa de enriquecimiento injusto en caso de que se comprobase que ha certificado falsamente o con error la información sobre su situación contributiva contenida en este Contrato u otras representaciones. Asimismo, no serán de aplicación los remedios en equidad para indemnizar al **Contratista** por los daños sufridos como resultado de prestar sus Servicios sin cumplir con las normas de contratación gubernamental. -------------------------------------------------

---**TRIGÉSIMA CUARTA:** INTERPRETACIÓN; SEPARABILIDAD; NULIDAD; Este Contrato se regirá y será interpretado de acuerdo con las leyes y reglamentos aplicables en el Gobierno de Puerto Rico. En caso de que surja una disputa en relación con cualquiera de las disposiciones contenidas en el mismo, o en relación al cumplimiento de tales disposiciones, la misma se resolverá ante los Tribunales de Puerto Rico. Se

estipula que las cláusulas y condiciones de este contrato son independientes y separadas entre sí y que la nulidad de una o más clausulas no afecta la validez de las demás, las cuales se mantendrán vigentes. ----------------------------------------------------------

---**TRIGÉSIMA QUINTA:** Si cualquier palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte de este Contrato fuera impugnada por cualquier razón ante un Tribunal y declarada inconstitucional o nula, tal sentencia no afectará, menoscabará o invalidará las restantes disposiciones y partes de este Contrato, sino que su efecto se limitará a la palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte así declarada y la nulidad o invalidez de cualquier palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte en algún caso específico no afectará o perjudicará en sentido alguno su aplicación o validez en cualquier otro caso, excepto cuando específica y expresamente se invalide para todos los casos.-------------------------

---**TRIGÉSIMA SEXTA:** El Contratista acepta someterse a la jurisdicción del Gobierno de Puerto Rico y sus leyes, reglamentos, ordenanzas y/o cualquier otra disposición que sea de aplicabilidad al negocio jurídico que se formaliza mediante el presente contrato. Esta aceptación es una que se hace libre y voluntariamente entendiendo que, para todos los fines legales, el Contratista ha renunciado a su derecho de utilizar cualquier otro foro que no sean los Tribunales del Gobierno de Puerto Rico, a menos que estos tribunales no tengan jurisdicción, como en los asuntos de propiedad intelectual o "copyright". -------



---**TRIGÉSIMA SÉPTIMA:** Este Contrato constituye el único acuerdo entre las partes sobre los Servicios descritos anteriormente y deja sin efecto cualquier otro acuerdo anterior, negociaciones, entendidos y otros asuntos, sean escritos o verbales, sobre lo acordado en este Contrato. Ambas Partes reconocen haber intervenido en la preparación de las cláusulas contractuales dispuestas en este documento y ambas partes certifican que sus respectivos asesores legales han revisado el mismo y determinado que cumple con el ordenamiento jurídico aplicable. Cualquier cambio, enmienda o adiciones a este Contrato tendrá que ser hecha mediante un escrito firmado por ambas Partes durante la vigencia del Contrato, de conformidad con las necesidades de la **OGP**, aprobación de las agencias gubernamentales pertinentes y sujeto a la disponibilidad de fondos para la ejecución de la enmienda. ------------------------------------------------------------------------

**ACEPTACIÓN**

Las Partes expresamos nuestra conformidad con todas las Cláusulas y Condiciones consignadas en este Contrato, aceptándolo en su totalidad en el día de su otorgamiento. **Y PARA QUE ASÍ CONSTE,** las Partes lo suscriben, en San Juan, Puerto Rico, hoy _28_ de _diciembre_ de 2018.----------------------------------------------------------------------


**Sr. Eric Lebrón Mas**
Subdirector Administración
Oficina de Gerencia y Presupuesto
Seguro Social Patronal

**Sr. Fernando Scherrer Caillet**
Presidente
BDO Puerto Rico, PSC.
Seguro Social Patronal:



| | BDO PUERTO RICO, PSC | BDO USVI, LLC |
|---|---|---|
| | 1302 Ponce De Leon Ave. | Foothills Professional Building |
| | 1ST Floor | 9151 Estate Thomas, Suite 201 |
| | San Juan, Puerto Rico 00907 | St. Thomas, VI 00802 |
| | Tel: 787-754-3999 | Tel: 340-776-0640 |
| | Fax: 787-754-3105 | Fax: 340-779-8653 |
| | www.bdopr.com | www.bdousvi.com |

**Via e-mail: iris.santos@ogp.pr.gov**

Mrs. Iris Santos
Sub-Director
Information Technology
Puerto Rico Office of Management and Budget
254 calle De La Cruz,
San Juan, 00901

September 25, 2018

Dear Mrs. Santos:

We would like to thank you for the opportunity to present this proposal for our advisory services. In BDO Puerto Rico, P.S.C. ("BDO Puerto Rico" or "we"), it is our promise to provide you the service you expect (On Point), at the time expected (On Time), and within the budget specified in this engagement (On Budget).

Below, please find a detailed list of the services to be rendered to OMB. ("the Client"):



- Provide Information Technology Advisory in the following areas:
  - o Review and Update Business Continuity Program
  - o Review and Update Requirements for a Hybrid Computing Solution
  - o Vendor Selection for a Hybrid Computing Solution



- We will initiate our work as soon as we receive this engagement letter approved.
- The conclusion of the fieldwork will be on June 30, 2019.



- Our fees for our involvement in the aforementioned procedures will be based on hours incurred by our professional staff at a blended rate of $150 hourly. Estimated hours are 1,300.
- Refer to Exhibit A for details of our billing rates and terms.

Enclosed is a copy of our "Terms and Conditions" (Exhibit A). Please read, and if the terms are in accordance with your understanding of our engagement ("the Agreement"), please sign in the space provided below, and return it to us.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 2

We look forward to working with you on the completion of this important project. If you have any questions or comments regarding the terms of this engagement letter, please do not hesitate to contact us at (787) 754-3999.

Cordially,

*BDO Puerto Rico, P.S.C.*

BDO PUERTO RICO, P.S.C.

\*\*\*

☐  I have received, read and agreed with the terms and conditions related to this engagement.

Accepted by:

_____                    _____
Name                                                                              Title


_____                    _____
Signature                                                                       Date

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI. LLC. a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 3

## EXHIBIT A - TERMS AND CONDITIONS

### 1. Scope of Services

**OMB's Current Situation:**

Currently OMB is involved in an analysis process to update their computing solutions leveraging the use of cloud enabled resources. In preliminary discussions with OMB the use of a hybrid computing solution appears to be a feasible solution as an alternative.

Hybrid cloud is a cloud computing environment that uses a mix of on-premises, private cloud and third-party, public cloud services with orchestration between the two platforms. By allowing workloads to move between private and public clouds as computing needs and costs change, hybrid cloud gives businesses greater flexibility and more data deployment options.

Based on preliminary discussions with OMB, BDO Puerto Rico suggests the following approach to comprehensively address the need to update the Computing Strategy via a Hybrid Computing Solution:

- **Review and Update OGP's Business Continuity Program**
- **Review and Update OGP's Requirements for a Hybrid Computing Solution**
- **Vendor Selection Advisory for a Hybrid Computing Solution**

**Review and Update OGP's Business Continuity Program**

The Professional Practices for Business Continuity Management Objectives as defined by the Disaster Recovery Institute International provide the following areas of analysis for the development of a comprehensive and inclusive Business Continuity Program. BDO Puerto Rico will assist OMB in reviewing and updating existing requirements. The professional practices include:

1. Program Initiation and Management
   - Establish the need for a business continuity program.
   - Obtain support and funding for the business continuity program.
   - Build the organizational framework to support the business continuity program.
   - Introduce key concepts, such as program management, risk awareness, identification of critical functions/processes, recovery strategies, training and awareness, and exercising/testing.

2. Risk Assessment
   - Identify risks that can adversely affect an entity's resources or image.
   - Assess risks to determine the potential impacts to the entity, enabling the entity to determine the most effective use of resources to reduce these potential impacts.

3. Business Impact Analysis
   - Identify and prioritize the entity's functions and processes in order to ascertain which ones will have the greatest impact should they not be available.
   - Assess the resources required to support the business impact analysis process.
   - Analyze the findings to ascertain any gaps between the entity's requirements and its ability to deliver those requirements.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 4

## EXHIBIT A - TERMS AND CONDITIONS (CONT.)

4. Business Continuity Strategies
   - Select cost-effective strategies to reduce deficiencies as identified during the risk assessment and business impact analysis processes.

5. Incident Response
   - Develop and assist with the implementation of an incident management system that defines organizational roles, lines of authority and succession of authority.
   - Define requirements to develop and implement the entity's incident response plan.
   - Ensure that incident response is coordinated with outside organizations in a timely and effective manner when appropriate.

6. Plan Development and Implementation
   - Document plans to be used during an incident that will enable the entity to continue to function.

7. Awareness and Training Programs
   - Establish and maintain training and awareness programs that result in personnel being able to respond to incidents in a calm and efficient manner.

8. Business Continuity Plan Exercise, Assessment, and Maintenance
   - Establish an exercise, assessment and maintenance program to maintain a state of readiness.

9. Crisis Communications
   - Provide a framework for developing a crisis communications plan.
   - Ensure that the crisis communications plan will provide for timely, effective communication with internal and external parties.

10. Coordination with External Agencies
    - Establish policies and procedures to coordinate incident response activities with public and external entities.

### Review and Update OGP's Requirements for a Hybrid Computing Solution

BDO Puerto Rico will analyze OGP's current and future technology needs with the purpose of assisting in defining a set of requirements for a Hybrid Computing Solution. We will use as reference current cloud computing industry's *Cloud Adoption Framework, CAF*, and the *Framework for Cloud Usability* published by the *National Institute of Standards and Technology, NIST*.

The cloud adoption framework lists various areas focus to be analyzed resulting in a defined roadmap and set of requirements which allow organizations to evolve to a cloud leveraged Information Technology strategy.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 5

## EXHIBIT A - TERMS AND CONDITIONS (CONT.)

These areas of focus are:

- Business Approach: Value Realization
  - o On this area of focus an alignment between IT and business needs is ensured and demonstrable business results can be traced to IT investments. Stakeholders are engaged to create a business case for cloud adoption and prioritize initiatives.

- People Approach
  - o This area of guidance focuses on the staff skills and organizational processes that are required to optimize and maintain a suitable workforce, and ensure competencies are in place available and in place at the time required.

- Governance Approach
  - o Provides guidance for stakeholders responsible for supporting business processes with technology. Helps stakeholders understand how to update the staff skills and organizational processes that are necessary to ensure business governance in the cloud and manage and measure cloud investments to evaluate their business outcomes.

- Platform Approach
  - o This area of analysis focuses on the technological requirements of the platforms, applications and supporting engines, like databases and specific services. Optimized service delivery is ensured by defining specific requirements and measurable metrics. The following identified needs may result of this analysis:
    - IaaS - Infrastcuture as a Service
    - PaaS - Platform as a Service
    - SaaS - Software as a Service

- Security Approach
  - o Alignment between the organization's security control requirements, resiliency, and compliance requirements and the proposed hybrid computing solution is ensured on this area of analysis.

- Operations Approach
  - o Helps stakeholders understand how to update the staff skills and organizational processes that are necessary to ensure system health and reliability during the move of operations to the hybrid environment and then to operate using agile, ongoing, cloud computing best practices.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 6

**EXHIBIT A - TERMS AND CONDITIONS (CONT.)**

**Vendor Selection Advisory for a Hybrid Computing Solution**

BDO Puerto Rico proposes to assist OMB with the selection of the best service provider for delivering the desired outcome. On this particular case one vendor is to be selected to provide a *Hybrid Computing Solution* which meets all the requirements defined by BDO Puerto Rico and OMB.
We propose implementing the following industry proven methodology which in a clear, defined and detailed manner establishes the desired solution requirements, analyzes the service providers capabilities and evaluates all participants and offerings in the proposal process to select the best option for OMB.

- **Objectives and Goals Definition**
  On this initial phase of the process a core team for the vendor selection and negotiation process must be defined. All the requirements previously defined are reviewed and organized within a vendor selection context. The following items will be clearly defined:
    o Specific services to be outsourced
    o Type of contractual agreement
    o Goals to be achieved through the outsourcing
    o Service expectations
    o Available budget for outsourcing initiative
    o Associated Risks
- **Prepare or Review a Request for Proposal - RFP**

  A *Request for Proposal* will be reviewed to ensure that it is concise and aligned with the defined business and technological requirements. The *RFP* outlines the engagement's *requirements, relevant skill sets, intellectual property protection, quality certifications* and provides prospective vendors the information necessary to prepare a bid.

  BDO Puerto Rico will assist OMB with the preparation of the following areas of focus for inclusion on the *RFP* so a comprehensive and detailed analysis of the proposed vendors and solutions may be performed:

  **Business Requirements.** In brief, this section details OMB's project goal, deliverables, performance and fulfillment requirements, and liquidity damages.

  **Technical Requirements.** This section includes OMB's technical requirements previously defined, deliverables, performance and fulfillment requirements.

  **Vendor Profile.** External service providers differ greatly in performance, style, and experience. This part of the RFP details the vendor's stability, services, and reputation.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 7

## EXHIBIT A – TERMS AND CONDITIONS (CONT.)

**Vendor Employee Information.** This section addresses the resources assigned at the project management, middle management, team leader, and task levels, along with the quality of people, their skills, training, compensation, and retention

**Vendor Methodology.** The methodology segment details project management, quality, regulatory compliance, and security.

**Infrastructure.** This part outlines the vendor's infrastructure stability, security and disaster- recovery abilities.

- **Due Diligence**

Once the RFP's are received from the possible vendors, the evaluation process begins. BDO Puerto Rico will assist OMB on this *Due Diligence* process. Usually, vendors propose different strategies when they respond to an RFP. They may suggest a sole provider, co-sourcing, or multi-sourcing scenario, in which one, two, or several vendors, respectively, deliver the service to the company. Regardless of the structure, if the proposal meets the stated requirements, each vendor must then undergo a due diligence review.

Due diligence supports or invalidates the information the vendor supplied on processes, financials, experience, and performance. It will help determine what the provider can do right now, as opposed to what it might do if given the business. Due diligence should confirm the information supplied in the RFP and address the following data:

- o  Company profile, strategy, mission, and reputation
- o  Financial status – reviews of audited financial statements
- o  Customer references – preferably from similar outsourced processes
- o  Management qualifications, including criminal background checks
- o  Process expertise, methodology, and effectiveness
- o  Quality initiatives and certifications
- o  Technology, infrastructure stability, and applications
- o  Security and audit controls
- o  Legal and regulatory compliance, including any outstanding complaints or litigation
- o  Use of subcontractors
- o  Insurance
- o  Disaster recovery, security, and business continuity policies

- **Proof of Concept / Proof of Value**

At this point of the evaluation process BDO Puerto Rico will assist OMB in conducting test projects to ensure a good fit between OMB and the vendor. These tests enable very effective reviews of the vendor's project management process for efficiency and

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 8

## EXHIBIT A – TERMS AND CONDITIONS (CONT.)

effectiveness. Specifically, they look at whether project execution is completed within guidelines, whether deliverables are timely, and whether the vendor has adhered to defined quality standards. Tests serve as a good method to validate and review the facts before making a final vendor decision.  On occasions, *Proof of Concept* projects are executed by the top two possible vendors from the *RFP* process to test their capabilities

- **Vendor and Solution Selection**

With the goal of selecting the best service provider to manage business processes and applications this final step of the process is executed. Making the final decision means signing a contract that clearly defines the performance measures, team size, team members, pricing policies, business continuity plans, and overall quality of work standards. At this point BDO Puerto Rico will assist OMB to analyze in a detailed manner the following aspects of the Hybrid Cloud Computing proposed solution:

- o **Specific Services**
    - *IaaS* - Infrastructure as a Service
    - *PaaS* - Platform as a Service
    - *SaaS* - Software as a Service
    - **Contract Evaluation:**
        - A thorough check will be conducted on the availability of resources for the selected model of adoption. Request and gather precise information about the overall availability of infrastructure with the service provider.
        - There should be transparent communication when it comes to the business continuity and disaster recovery plan. As part of the cloud computing evaluation exercise, begin with how the service provider defines these terms and his mechanisms to deal with disaster. The agreement should clearly state the cloud computing vendor's role in case of disaster recovery.
        - The **Service Level Agreement** must be finely examined—critically assess the deliverables and consequences of failure in delivery. Penalty points should be clearly stated and discussed in detail to cover operational losses.  A proactive discussion to minimize damage surely helps in case of any undesired event and avoids confusion in later stages.
        - **Costs:** all financial aspects of the proposed solution by the vendor must be examined in detail and all cases and situations covered. On this area aspects like increases in computing requirements as related to increased costs and how these items will be priced are of critical importance.
        - **Data Privacy and Security:** on this aspect of the analysis a review of the governing privacy laws on the given outsourcing solution

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 9

**EXHIBIT A - TERMS AND CONDITIONS (CONT.)**

must be carefully conducted and aligned with OMB's policies. Data Security practices, measures and controls must also be deeply evaluated to ensure they are in accordance with OMB's Digital Security Policies.

**1.1 Client Responsibilities**
In order for us to remain independent, professional standards require us to maintain certain respective roles and relationships with you with respect to our Services. Prior to performing such Services, management must acknowledge its acceptance of certain responsibilities. We will not perform management functions or make management decisions on behalf of the Client. However, we will provide advice and recommendations to assist management of the Company in performing its functions and fulfilling its responsibilities.

The Client agrees to perform the following functions in connection with our performance of our Services work:

1.  Make all management decisions and perform all management functions with respect to the Services performed by us.
2.  Assign an individual as the Client's representative with the suitable skills, knowledge and/or experience to oversee the Services, performed and evaluate the adequacy and results of the Services, (the individual is not required to possess the expertise to perform or re-perform such Service).
3.  Accept responsibility for the results of the Services performed.

We, in our professional judgment, reserve the right to refuse to perform any procedures or take any action that could be construed as making management decisions or performing management functions. The Client must make all decisions with regard to our recommendations. By signing this Agreement, you acknowledge your acceptance of these responsibilities.

**1.2 Basis of our Cooperation**
Upon acceptance of this agreement, we will provide a list of the information we will need to complete our work (financial and non-financial). A fundamental term of our agreement is that the Client will provide, in a timely manner, all the information pertinent and relevant to BDO Puerto Rico's services to be performed; bring to our attention any relevant issues that could affect the scope, delivery date or budget and determine the appropriate actions and changes, if any. BDO Puerto Rico's work will be based on information provided by you; therefore, the Client also agrees to promptly bring to our attention any changes to the information initially supplied.

We will evaluate economic documents related to the Client, but we will not perform an audit of the financial statements. The objective of an audit is the expression of an opinion regarding the financial statements taken as a whole based on the accounting principles generally accepted in the United States of America or another Country. Therefore, we will not express any opinion regarding

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of Independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 10

## EXHIBIT A – TERMS AND CONDITIONS (CONT.)

the financial condition of the Client. Our engagement cannot be relied on to disclose errors, fraud, or other illegal acts that may exist.

BDO Puerto Rico will provide all the assistance required to adequately perform the agreed work. Professionals and other resources of the Firm will be involved in this engagement as we deemed necessary and appropriate.  We will use our professional judgment in determining what records and documents will be reviewed and relied on for the purpose of forming our conclusions.

During the course of the engagement we may be required to prepare a written statement that supports our conclusions and/or recommendations.  This statement will be intended solely for the use of those who have participated in determining the procedures, and should not be used by those who did not agree to the procedures and take responsibility for the sufficiency of the procedures for their purposes.  In addition, we have no obligation to perform any procedures beyond those agreed with the Client. Our written statement will contain a paragraph indicating if additional procedures were performed, other matters might have come to our attention that would have been reported to the Client.

Although we prefer that a written statement be rendered, circumstances may result in cessation of our services prior to completion of a written statement.  The absence of such written statement shall not diminish our right to be compensated for all performed work.

### 2.  Service Fee

Our fees for our involvement in the aforementioned procedures will be based on hours incurred by our professional staff at a blended rate of $150 hourly. Estimated hours are 1,300.

Please note that, since October 1, 2015, services rendered by a CPA firm will be subject to a PR sales tax or a value added tax, depending on timing of the rendering of the services and/or of the invoice issuance.  Based on legislation effective as of the date of this engagement letter, such tax may be charged on the portion of the invoice that represents services and/or out-of-pocket fixed fees.  Reimbursements of specific expenses are not subject to the sales tax.

Currently, the Firm is using a project management system which details the project steps in a standard format for billing purposes. Once you receive the invoice or billing notification, you will have fifteen (15) days to make any claims regarding the description included in your invoice.

If we decide to terminate our services for reasons of nonpayment, our engagement will be deemed to have been completed and you will be obliged to compensate us for all time spent up until the date of termination and reimburse all out-of-pocket expenses up to that date. Billing disputes must be requested or notified in writing in a period of 90 days from the billing date. Undisputed charges must be paid in full.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 11

**EXHIBIT A – TERMS AND CONDITIONS (CONT.)**

This proposal is valid for a period of three (3) months. After such term expires, we may still honor the terms herein, but we reserve the right to change some or all the terms.

**3.  Available Resources for this Project**

BDO Puerto Rico has a variety of Certified IT Professionals available for this advisory engagement in the following fields:

  a.  IT Governance and Business Alignment
  b.  Cloud and Hybrid Computing Strategies
  c.  Procurement Process
  d.  Vendor Selection Process
  e.  IT Risk Management
  f.  Business Continuity
  g.  Controls
  h.  IT Vendor Management
  i.  IT Infrastructure Management
  j.  IT Roadmap
  k.  IT Portfolio Management
  l.  Digital Transformation and Mobile Strategy
  m.  Cybersecurity
  n.  Outsourcing / Sourcing Advisory
  o.  IT Process Improvement and Reengineering (CMMi, ITIL)
  p.  IT Asset Management (Software and Hardware)
  q.  IT Human Capital Optimization

**4.  Non-Solicitation**

Except as specifically provided for in this letter, the Client, on behalf of itself and its affiliates and any person which may acquire all or substantially all of its assets, agrees that, until two (2) years subsequent to the termination of this engagement, it will not solicit, recruit, hire or otherwise engage any partner or employee of BDO Puerto Rico or its related or affiliated entities who worked on this engagement while employed by BDO Puerto Rico ("Solicited Person").

Should the Client or any of its affiliates or any person who acquires all or substantially all of its assets extend an offer of employment to or otherwise engage any Solicited Person and should such offer be accepted, BDO Puerto Rico shall be entitled to a fee from the party extending such offer equal to the Solicited Person's hourly Client billing rate at the time of the offer multiplied by 2,000 hours, provided that such fee shall be in addition to all other remedies at law or in equity. The fee shall be payable at the time of the Solicited Person's acceptance of employment or engagement Such fee shall be to compensate BDO Puerto Rico for the substantial investment BDO Puerto Rico has invested in a Solicited Person and shall not be deemed a penalty.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC. a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 12

**EXHIBIT A - TERMS AND CONDITIONS (CONT.)**

**5.  Ownership, Inspection, and Retention of Documents**

Working papers, documents, memorandum, and any report or communication prepared pursuant this agreement are property of BDO.   Such papers constitute confidential and proprietary information, and will be retained by us, in accordance with our policies and procedures and all applicable laws, for no less than seven (7) years from the report and/or e-mail release date, and/or from the return's statutory filing date or, when filed after such date, then its date of delivery to client for filing.  It is client's responsibility to ensure it has copies of BDO's work output (report, memorandum, or return) covered by this engagement.

BDO may be requested pursuant to subpoena or other legal process to produce its documentation and/or testimony relating to this engagement in judicial or administrative proceedings in which BDO is not a party. We may also be requested to make certain documentation available to regulators pursuant to authority provided by law or regulation. We will notify you as soon as we receive such notification. If requested, access to such documentation will be provided under the supervision of BDO professionals and at a location designated by BDO. Client shall reimburse BDO at standard billing rates for its professional time and expenses, including reasonable attorney's fees, incurred in responding to such requests. Furthermore, upon request, we may provide photocopies of selected documentation to regulators, and they may intend or decide to distribute such information to others, including other government agencies or other regulators.

**6.  Conflict of Interest**

This engagement is subject to BDO Puerto Rico client acceptance internal review.  We reserve the right of completing a background check to determine that we have no present of contemplated conflict of interest in connection with this engagement. BDO is not responsible for continuously monitoring other potential conflicts that could arise during the course of the engagement, although we will inform the Client promptly should any come to our attention.

We reserve the right to resign from this engagement at any time if conflicts of interest arise or become known to us that, in our judgment, would impair our ability to perform objectively. Additionally, our engagement by the Client on this matter will in no way preclude us from being engaged by any other party in the future.   Notwithstanding anything contained in the "Confidentiality" section below, BDO shall be permitted to disclose that it is engaged to provide the services to the Client under this Agreement if BDO, in its reasonable professional judgment, determines that such disclosure is required in connection with BDO's provision of litigation support services and related services on behalf of other clients of BDO, including, without limitation, professional services engagements under which BDO personnel act as arbitrators in post-acquisition disputes or act as expert witnesses.  It is agreed that our fee is not contingent upon the results of our work.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 13

## EXHIBIT A - TERMS AND CONDITIONS (CONT.)

### 7.  Confidentiality

Each of the parties hereto shall treat and keep any and all of the "Confidential Information" as confidential, with at least the same degree of care as it accords to its own confidential information, but in no event less than a reasonable degree of care. "Confidential Information" means all non-public information that is marked as "confidential" or "proprietary" or that otherwise should be understood by a reasonable person to be confidential in nature that is obtained by one party (the "Receiving Party") from the other party (the "Disclosing Party"). All terms of this Agreement and all information provided pursuant to this Agreement are considered Confidential Information.

Notwithstanding the foregoing, Confidential Information shall not include any information that was or is: (a) known to the Receiving Party prior to disclosure by the Disclosing Party; (b) as of the time of its disclosure, or thereafter becomes, part of the public domain through a source other than the Receiving Party; (c) made known to the Receiving Party by a third person who is not subject to any confidentiality obligation known to Receiving Party and such third party does not impose any confidentiality obligation on the Receiving Party with respect to such information; (d) required to be disclosed pursuant to governmental authority, professional obligation, law, decree regulation, subpoena or court order; or (e) independently developed by the Receiving Party.

If disclosure is required pursuant to subsection (d) above, the Disclosing Party shall (other than in connection with routine supervisory examinations by regulatory authorities with jurisdiction and without breaching any legal or regulatory requirement) provide prior written notice thereof to allow the other party to seek a protective order or other appropriate relief. Upon the request of the Disclosing Party, the Receiving Party shall return or destroy any and all of the Confidential Information except for (i) copies retained in work paper files retained to comply with a party's professional or legal obligations and (ii) such Confidential Information located on electronic back-up tapes (in accordance with the Receiving Party's normal data back-up procedures) where such tapes are not easily accessible to Receiving Party's employees or partners.

### 8.  Subpoenas

If the Client requests BDO to object to or respond to, or BDO receives and responds to, a validly issued third party subpoena, court order, government regulatory inquiry, or other similar request of or legal process for the production of documents and/or testimony relative to information we obtained and/or prepared during the course of this or any prior engagements with the Client, the Client agrees to compensate us for all time BDO expends in connection with such response, at our regular rates, and to reimburse BDO for all related out-of-pocket costs (including outside lawyer fees) that we incur.

### 9.  Email Communication

In connection with this engagement, we may communicate with the Client or others via e-mail.  As emails can be intercepted and read, disclosed, used, and/or otherwise communicated by an

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 14

## EXHIBIT A – TERMS AND CONDITIONS (CONT.)

unintended third party, or may not be delivered to each of the parties to whom they are directed and only to such parties, we cannot ensure that emails from us will be properly delivered and read only by the addressee. Therefore, we specifically disclaim and waive any liability or responsibility whatsoever for interception or unintentional disclosure or communication of e-mail transmissions, or for the unauthorized use or failed delivery of e-mails transmitted by us in connection with the performance of this engagement. In that regard, the Client agrees that we shall have no liability for any loss or damage arising from the use of e-mail, including any punitive, consequential, incidental, direct, indirect, or special damages, such as loss of revenues or anticipated profits, or disclosure or communication of confidential or proprietary information.

### 10. Term and Termination

Each party shall have the right to terminate this Agreement at any time by giving written notice to the other party not less than thirty (30) days before the effective date of termination. In addition, BDO may terminate this Agreement immediately if BDO reasonably determines that it is unable to perform the Services in accordance with applicable laws, regulations or professional standards. If the Agreement is terminated, the Client agrees to compensate BDO for the Services performed and expenses incurred through the effective date of termination.

### 11. Release and Indemnification

Because of the importance of oral and written representations to an effective engagement such as this one, the Client releases and agrees to indemnify BDO Puerto Rico and its personnel from any and all claims, liabilities, costs and expenses attributable to any misrepresentations made, unintentionally or knowingly, by Client's management.

In no event shall BDO Puerto Rico be liable to the Client, whether a claim be in tort, contract or otherwise, for any consequential, indirect, lost profit or similar damages relating to BDO Puerto Rico services provided under this engagement, except to the extent finally determined to have resulted from the gross negligence and/or the willful misconduct, bad faith, or fraudulent behavior of BDO Puerto Rico relating to such services. BDO Puerto Rico's maximum liability to Client and any other third party related to this engagement and for any reason, including BDO Puerto Rico's negligence, relating to the services under this engagement shall be limited to the fees paid to BDO Puerto Rico for the services or work product giving rise to the liability, except to the extent finally determined to have resulted solely from the gross negligence or willful misconduct of BDO Puerto Rico.

In the unlikely event that differences concerning our services or fees should arise that are not resolved by mutual agreement, to facilitate judicial resolution and save time and expense to both parties, the Client and BDO Puerto Rico agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to our services and fees for this engagement.

The parties further agree to the jurisdiction and venue for any dispute or litigation between the parties shall be exclusively held in a court of competent jurisdiction in San Juan, Puerto Rico.

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

# |BDO

Mrs. Iris Santos
Puerto Rico Office of Management and Budget
September 25, 2018
Page 15

## METHODS OF PAYMENT

**By Check Remit to:**

BDO Puerto Rico, P.S.C.

PO Box 363436

San Juan, PR 00936-3436

**By Wire Transfer Remit to:**

ABA # 021502011

Banco Popular de Puerto Rico

A/C #226-331957

Swift: BPPRPRSX

**By Credit Card – Payment Authorization:**

Description of Payment Concept: _____ _____

_____

Amount to pay: $_____

Credit Card: VISA [    ]        Mastercard [    ]

Name as it appears on the credit card: _____

Credit card number: _____

Expiration date: _____

Authorized Signature: _____

BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.