# EXHIBIT IX

## Datos del Contrato

| Entidad | Número de Contrato | Enmienda | Número PCo |
|---|---|---|---|
| 1430 | Oficina de Gerencia y Presupuesto | 2019-000037 | | |

| Registrado en | Otorgado en | Vigencia Desde | Vigencia Hasta |
|---|---|---|---|
| 09 ene. 2019 04:39 a | 28 dic. 2018 | 28 dic. 2018 | 30 jun. 2019 |

| Cuantía a Pagar * | Cuantía a Recibir |
|---|---|
| $195,000.00 | $0.00 |

| Categoría de Servicio | Tipo de Servicio |
|---|---|
| SERVICIOS RELACIONADOS A LOS SISTEMAS DE | SERVICIOS RELACIONADOS CON LOS SISTEMAS |

| Forma de Contratación | Fondos |
|---|---|
| | |

**Contratista**

Bienes o Servicios Privatizados
Sí    No

| Nombre |
|---|
| BDO PUERTO RICO, PSC |

\* En los Contratos registrados antes del 14 de julio de 2021, el campo de Cuantía a Pagar contiene tanto la Cuantía a Pagar(Desembolsos) como la Cuantía a Recibir(Ingresos).

Regresar

Oficina del Contralor de Puerto Rico
Consulta del Registro de Contratos
1/1