# EXHIBIT X

15 de noviembre de 2019

Dr. Osvaldo Guzmán López
Subsecretario de Administración
Departamento de Educación de Puerto Rico
San Juan, Puerto Rico

Estimado Dr. Guzmán López,

Para el año fiscal 2019, el Departamento de Educación de Puerto Rico (DEPR o el Departamento) entró en un acuerdo contractual con la Firma de Consultoría BDO Puerto Rico, P.S.C (BDO o La Firma), mediante el contrato de servicios profesionales 2019-AF0022 y sus respectivas enmiendas. El mencionado contrato tuvo vigencia hasta el 30 de junio de 2019 y los servicios solicitados por el DEPR fueron prestados hasta la mencionada fecha de conformidad a las solicitudes de la Gerencia del Departamento y las estipulaciones contractuales.

Durante los meses de abril a julio de 2019, La Firma sometió la facturación correspondiente a los servicios prestados a las áreas operacionales estatales[1] así como federales[2], sin embargo, a la fecha de esta comunicación las siguientes facturas aún se encuentran pendientes de pago por parte del Departamento:

| For Services Rendered for the Month of: | Invoice Date | Date entered on E-Settlement | Inv. Number | Contract Number | Voucher ID | PO Number | Inv. Amount |
|---|---|---|---|---|---|---|---|
| March 2019 | 3/31/2019 | 5/8/2019 | 149598 | 2019-AF0022 | 00914187 | 0000645767 | $ 234,307.50 |
| April 2019 | 4/30/2019 | 6/3/2019 | 151318 | 2019-AF0022 | 00921547 | 0000645767 | 228,480.00 |
| May 2019 | 5/31/2019 | 6/25/2019 | 153819 | 2019-AF0022 | 00929326 | 0000645767 | 250,188.75 |
| June 2019 | 6/30/2019 | 7/15/2019 | 154195 | 2019-AF0022 | 00931745 | 0000645767 | 195,536.25 |
| Total Pending Invoices | | | | | | | $ 908,512.50 |

Con relación a las mencionadas facturas pendientes de pago por parte del Departamento, la Firma durante los meses subsiguientes a la culminación de la vigencia de la relación contractual ha verificado el estatus de estas a través del sistema de facturación y pago del Departamento (E-Settlement). A continuación, una cronología de eventos con relación al estatus de dichas facturas:

---

[1] La totalidad de las facturas con cargo al fondo estatal fueron sometidas por parte de la Firma y procesadas por parte del Departamento.
[2] La totalidad de las facturas pendientes de pago pertenecen a los programas federales.



Departamento de Educación
Seguimiento a facturas pendientes de pago
15 de noviembre de 2019

| Invoice for Services Rendered during the Month | Inv. Number | Voucher ID | PO Number | Inv. Amount | June 2019 | July 2019 | August 2019 | September 2019 |
|---|---|---|---|---|---|---|---|---|
| March 2019 | 149598 | 00914187 | 0000645767 | $ 234,307.50 | Aproved by Fiscal Official, Push Back by Coordinator | Pending Official Notification from PRDoE of the reason for push back | Denied by Fiscal Official | Invoice and Obligation was eliminated from the Workflow System |
| April 2019 | 151318 | 00921547 | 0000645767 | 228,480.00 | Invoice Aproved by Fiscal Official, pending Coordinators Appoval | | Denied by Fiscal Official | Invoice and Obligation was eliminated from the Workflow System |
| May 2019 | 153819 | 00929326 | 0000645767 | 250,188.75 | Invoice Submmited for Payment | Invoice pending Review from Fiscal Official | Invoice Denied by Fiscal Official | Invoice and Obligation was eliminated from the Workflow System |
| June 2019 | 154195 | 00931745 | 0000645767 | 195,536.25 | Invoice Submmited for Payment | Invoice pending Review from Fiscal Official | Invoice Denied by Fiscal Official | Invoice and Obligation was eliminated from the Workflow System |
| Total Pending Invoices | | | | $ 908,512.50 | | | | |

Por otra parte, la Firma se ha comunicado de forma escrita en comunicación oficial al Secretario y Subsecretario de Administración y mediante llamadas telefónicas con las áreas de Administración del Departamento solicitando información sobre el estatus de las facturas, la razón para la denegación por parte del Oficial Fiscal, devolución al oficial fiscal de la factura por parte del coordinador para su denegación ulterior, eliminación de las facturas de los módulos de cuentas a pagar y la eliminación de la obligación para pago, sin embargo, no se nos ha ofrecido razón oficial alguna para dicha toma de decisiones por parte del Departamento.

Para referencia se incluyen a continuación las visualizaciones de estatus de las facturas donde muestran el flujo de estas:

Factura 153819 (Servicios prestados al programa federal para el mes de marzo de 2019)





Departamento de Educación
Seguimiento a facturas pendientes de pago
15 de noviembre de 2019

## Factura 154195 (Servicios prestados al programa federal para el mes de abril de 2019)



## Factura 149598 (Servicios prestados al programa federal para el mes de mayo de 2019)



## Factura 151318 (Servicios prestados al programa federal para el mes de junio de 2019)





Departamento de Educación
Seguimiento a facturas pendientes de pago
15 de noviembre de 2019

### Visualización (Worklist E-Settlelment)



Es por lo antes expuesto que respetuosamente solicitamos una reunión con usted y los oficiales que entienda prudente para así lograr la resolución de los balances pendientes. Esperamos considere nuestra petición de forma favorable y nos reiteramos a la disposición para aclarar cualquier duda que pueda surgir sobre lo antes expresado.

Cordialmente,


Ryan Marín, CPA
Chief Executive Officer
BDO Puerto Rico P.S.C.


Cc.	Dr. Eligio Hernández Pérez
	Secretario de Educación

