# **EXHIBIT XI**







