# EXHIBIT XII




BDO in PUERTO RICO
1302 Ponce De León Ave.
1ST Floor
San Juan, Puerto Rico 00907
Tel: 787-754-3999
Fax: 787-754-3105
www.bdopr.com

16 de marzo de 2021

**VIA CORREO ELECTRÓNICO**

Hon. Elba Aponte Santos
Secretaria de Educación
Departamento de Educación de Puerto Rico
Ave. Tnte. César González, esq.
Calle Juan Calaf, Urb. Industrial Tres Monjitas
Hato Rey, P.R. 00917
Tel.: (787) 759-2000
Correo electrónico:

**Re:   Facturas adeudadas abril-junio 2019**

Hon. Secretaria,

Reciba un cordial saludo. Escribimos con relación y como seguimiento a nuestra carta con fecha del 29 de agosto de 2019. En dicha carta, explicamos que "[h]asta el 30 de junio de 2019, BDO Puerto Rico, P.S.C. ("BDO") prestó servicios de consultoría administrativa al Departamento de Educación de Puerto Rico (el "Departamento"), bajo el contrato 2019-AF0022, según enmendado y extendido (el "Contrato"). Previo a la no renovación del referido contrato, el Departamento adeudaba a BDO las facturas correspondientes a los meses de abril, mayo y junio del 2019. **Dichas facturas ascienden a un monto total adeudado de $908,512.50.** De igual modo, las facturas fueron remitidas al Departamento conforme a lo establecido al párrafo catorce (14) del contrato en cuestión. No obstante, BDO aún no ha recibido el pago las referidas facturas". (énfasis suplido).

Es importante mencionar, como debe saber, que la Junta de Supervisión Fiscal (la "Junta") ordenó una auditoría e investigación referente a los trabajos realizados por BDO al Departamento y otras entidades gubernamentales para determinar si los hechos alegados en la acusación del Sr. Fernando Scherrer influyeron o afectaron dichos trabajos. En su investigación e informe final, la firma contratada por la Junta, UHY Advisors, determinantemente concluyó lo siguiente "We did not find any matters indicating that BDO Puerto Rico's integrity in any of the services rendered was impaired or otherwise affected by the alleged activities of its former managing partner or the Commonwealth government's subsequent actions. We also did not find any instances where the services rendered were not executed in accordance with contract scope, expected deliverables, timeliness, milestones, and corresponding professional standards."

En vista de lo anterior, no queda otra opción que concluir que BDO prestó sus servicios al Departamento de forma ética, profesional y dentro del marco del Contrato. Consecuentemente, el Departamento carece de fundamento o justificación para dilatar aún más o evitar el pago de la deuda que mantiene con BDO. El actuar con dilación o contrario a lo aquí solicitado podría ocasionar serios daños sobre la salud financiera y operacional de BDO y lacera el cumplimiento de las obligaciones contractuales del Departamento con BDO establecidas bajo el Contrato. Por tal motivo, pedimos que la presente solicitud sea atendida inmediatamente.

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Secretaria de Educación
Departamento de Educación de Puerto Rico
16 de marzo de 2021
Página 2 de 2

Esta comunicación se envía sin perjuicio de, y BDO expresamente se reserva, todos sus derechos, reclamaciones y defensas que pueda tener disponible. Esta comunicación se hace como un esfuerzo para lograr el pago de las facturas adeudadas. Como tal, nada en esta comunicación deberá ser interpretado como una renuncia a cualquier causa de acción y/o derecho que BDO pueda tener bajo las leyes, reglamentos o derecho aplicable.

Agradeceremos su atención a este particular y el envío del pago lo antes posible.

Cordialmente,

Ryan Marín
Presidente

c: Eleuterio Álamo
   Osvaldo Guzmán

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.