# EXHIBIT XIII



# Transmittal Letter

| | | | |
|---|---|---|---|
| Date: | April 15, 2021 | | |
| Charge: | Administracion | | **Firma de documento** |
| Project: | | | |

| | | | |
|---|---|---|---|
| To: | Puerto Rico Department of Education | Attention: | Hon. Elba Aponte |
| Address: | | Telephone: | |

**WE ARE SENDING YOU THE FOLLOWING ITEMS:**

| | | | |
|---|---|---|---|
| Financial Statements | ☐ | Description: | Entrega de factura |
| Tax Returns | ☐ | | |
| Other Documents | ☑ | | |

THESE ARE TRANSMITTED AS CHECKED BELOW:

| | | | |
|---|---|---|---|
| For approval | ☐ | Review and comments | ☐ |
| For your use | ☐ | Sign and Return | ☐ |
| As requested | ☐ | Signed/Approved | ☐ |
| Returned for corrections | ☐ | Other: | |

**Acknowledge Received**
Received By: _____
Print Name: *Joanna Feliciano*
Date: _____
Sent By: _____
Date
Time: 7:51 AM

DEPARTAMENTO DE EDUCACION

15/abril/21
9:10 a.m.
RECIBIDO POR: *Feliciano*