# EXHIBIT XIV

| | |
|---|---|
| **From:** | Antonio Laguna |
| **To:** | Lynnette Ramirez Rodriguez; Deborah Cabrera; Angelica Ortiz |
| **Subject:** | FW: Oficina de Gerencia y Presupuesto | Yashira Ocasio - BDO |
| **Date:** | Friday, June 21, 2019 3:27:31 PM |
| **Attachments:** | Invoice 146664 Feb 2019 OGP.pdf |
| | Invoice 150205 April 2019 OGP.pdf |
| | Invoice 152352 May 2019 OGP.pdf |
| | Invoice 144604 Jan 2019 OGP.pdf |

Jovenes, FYI.

Según habíamos dialogado, Fernando Scherrer me autorizo a firmar las facturas ya que originalmente él ya las había firmado cunado fueron dirigidas a Ramon Rios y además del contacto, nada en las facturas ha cambiado desde su firma original.

Cualquier pregunta me dejan saber por favor.

Gracias,

AL

**From:** Antonio Laguna
**Sent:** Friday, June 21, 2019 3:21 PM
**To:** 'yashira.ocasio@ogp.pr.gov' <yashira.ocasio@ogp.pr.gov>
**Subject:** RE: Oficina de Gerencia y Presupuesto | Yashira Ocasio - BDO

Saludos Yashira,

Espero que se encuentre bien. Según dialogamos el pasado Martes 18 de Junio, adjunto le incluyo las facturas de OGP dirigidas a Diana M. Pelegrina Soeggard, según fue solicitado por usted, ya que anteriormente habían sido sometidas dirigidas a Ramon Rios y se nos indico que se cambiara el contacto. Cualquier asunto adicional relacionado a estas facturas por favor no dude en comunicarse conmigo.

Muchas gracias,

**Antonio Laguna Olivieri, BSCpE, CGEIT**
Director
Information Technology
Tel: 787-754-3999 Ext. 2140
alaguna@bdo.com.pr
**BDO in Puerto Rico**
PO Box 363436
San Juan, PR 00936-3436
PUERTO RICO
www.bdopr.com
**BDO in USVI**
Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
U.S. VIRGIN ISLANDS

P Before you print think about the ENVIRONMENT

The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**From:** Antonio Laguna
**Sent:** Tuesday, June 18, 2019 4:10 PM

**To:** yashira.ocasio@ogp.pr.gov

**Subject:** FW: Oficina de Gerencia y Presupuesto | Yashira Ocasio - BDO

Buenas Tardes Yashira,

Espero que te encuentres bien. Te llamo para atender el asunto que nos indicas sobre las facturas de BDO pero no he dado contigo. Me puedes indicar por este medio que puedo hacer de mi parte o si prefieres dialogarlo me puedes indicar una buena hora para llamarte. Muchas gracias.

Saludos,

**Antonio Laguna Olivieri, BSCpE, CGEIT**
Director
Information Technology
Tel: 787-754-3999 Ext. 2140
alaguna@bdo.com.pr
**BDO in Puerto Rico**
PO Box 363436
San Juan, PR 00936-3436
PUERTO RICO
www.bdopr.com
**BDO in USVI**
Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
U.S. VIRGIN ISLANDS

P Before you print think about the ENVIRONMENT

The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.
BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**From:** Justina Miranda <jmiranda@bdo.com.pr>

**Sent:** Friday, June 14, 2019 2:09 PM

**To:** Antonio Laguna <alaguna@bdo.com.pr>; Felix Leon Leon <fleon@bdo.com.pr>

**Subject:** Oficina de Gerencia y Presupuesto | Yashira Ocasio

Buenas tardes,

Espero que se encuentren bien al recibo de mi correo.

Se comunico Yashira Ocasio de la Oficina de Gerencia y Presupuesto me indico que es en relación a unas facturas para corrección.

Sus datos se encuentran a continuación: Teléfono 787-725-9420 ext. 2325 o 2326; Correo Electrónico: yashira.ocasio@ogp.pr.gov

Excelente fin de semana,

**Justina Miranda**
Filing Clerk
Shared Services
Tel: 787-754-3999 Ext. 2028
jmiranda@bdo.com.pr
**BDO Puerto Rico, P.S.C.**
PO Box 363436
San Juan, PR 00936-3436
PUERTO RICO
Fax: 787-754-3105
www.bdopr.com
**BDO USVI, LLC**

Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
Fax: 340-779-8653
U.S. VIRGIN ISLANDS

P Before you print think about the ENVIRONMENT

The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.
BDO, Puerto Rico, PSC, a Puerto Rico Professional Services Corporation, and BDO USVI, LLC, a United States Virgin Island's limited liability Company, are members of BDO International Limited, a UK company limited by guarantee, and form part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and for each of the BDO Member.



Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
**Office of Management and Budget (OGP)**
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 144604 |
| Date: | 01/31/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date:  6/21/19

For professional services rendered in connection with Information Systems for the month of January 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 20.00 | 3,000.00 |
| Leon Leon, Felix | Manager | 48.00 | 7,200.00 |
| | Billed | | $10,200.00 |
| | Invoice Total | | $10,200.00 |

*A.L.*

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| | | |
|---|---|---|
| Tel: (787) 754-3999 | PO Box 363436 |
| Fax: (787) 754-4493 | San Juan, PR 00936-3436 |
| www.bdopr.com | |

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 144604 |
| Date: | 01/31/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of January 2018.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/15/2019 | ALO | Initial Project Meeting / Documentation Review / Internal Meeting. | $150.00 | Director | 4.00 | 600.00 |
| 01/22/2019 | FILL | Kickoff meeting with Marine Ortiz. Define Project Scope. | $150.00 | Manager | 4.00 | 600.00 |
| 01/22/2019 | ALO | Meeting with OGP CIO Marine Ortiz to discuss work plan. | $150.00 | Director | 3.50 | 525.00 |
| 01/24/2019 | FILL | Analysis of current policies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 01/25/2019 | ALO | Review OGP Internal Procedures Documents. | $150.00 | Director | 2.00 | 300.00 |
| 01/25/2019 | FILL | Delivery Plan of Work for the Comptroller's Office Audit. | $150.00 | Manager | 4.00 | 600.00 |
| 01/28/2019 | FILL | Analysis and design of Standard Operation Procedure of Creation & Maintenance of User Accounts. | $150.00 | Manager | 6.00 | 900.00 |
| 01/29/2019 | FILL | Analysis and design of Standard Operation Procedure of Creation & Maintenance of User Accounts. | $150.00 | Manager | 4.00 | 600.00 |
| 01/29/2019 | FILL | Meeting with Marine Ortiz for project priority items. | $150.00 | Manager | 6.00 | 900.00 |
| 01/29/2019 | ALO | Meeting with OGP CIO - Marine Ortiz / Security Policies Review. | $150.00 | Director | 6.00 | 900.00 |
| 01/30/2019 | FILL | Analysis, design and delivery of Standard Operation Procedure of Creation & Maintenance of User Accounts. Draft #1. | $150.00 | Manager | 8.00 | 1,200.00 |
| 01/30/2019 | ALO | User creation / separation process review. | $150.00 | Director | 2.00 | 300.00 |
| 01/31/2019 | ALO | OGP Security Procedures Planning. | $150.00 | Director | 2.50 | 375.00 |
| 01/31/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 8.00 | 1,200.00 |

A.L.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms



**BDO**

| | |
|---|---|
| Billed | $10,200.00 |
| Invoice Total | $10,200.00 |

A.L.

***Payment Due Upon Receipt***
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
*PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696*
*Employer Identification Number 66-0578857*

Please return this portion with your remittance.

Client ID:   1771

Office of Management and Budget (OGP)

Invoice #:   144604

Date:   01/31/2019

**Check Payable to:**
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

**By Wire Transfer Remit to:**
ABA # 021502011
Banco Popular de Puerto Rico
A/C            957
Swift: BPPRPRSX

**Physical Address:**
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type: ☐ VISA MasterCard  ☐  ☐ AMERICAN EXPRESS

Card #: _____   Exp. date: _____

Signature: _____

Amount Due:   $10,200.00

Amount Enclosed: [          ]

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms



Tel: (787) 754-3999          PO Box 363436
Fax: (787) 754-4493          San Juan, PR 00936-3436
www.bdopr.com

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 146664 |
| Date: | 02/28/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: _6/21/19_

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.50 | 1,575.00 |
| Leon Leon, Felix | Manager | 73.00 | 10,950.00 |
| | Billed | | $12,525.00 |
| | Invoice Total | | $12,525.00 |

**BDO**

A. L.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 146664 |
| Date: | 02/28/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/04/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 4.00 | 600.00 |
| 02/04/2019 | ALO | Information Security Policies drafting and review. | $150.00 | Director | 4.00 | 600.00 |
| 02/05/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 6.00 | 900.00 |
| 02/05/2019 | ALO | IT Process Review. | $150.00 | Director | 2.50 | 375.00 |
| 02/06/2019 | FILL | Delivery Work Plan and creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/07/2019 | FILL | Creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/08/2019 | FILL | Creation and delivery of Ransomware Guide. Creation of Information Security Framework. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/11/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 9.00 | 1,350.00 |
| 02/11/2019 | ALO | Cybersecurity Guide Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/12/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/12/2019 | ALO | Cybersecurity Plan Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/13/2019 | FILL | Creation of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/14/2019 | FILL | Creation and delivery of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |

| | | |
|---|---|---|
| | Billed | $12,525.00 |
| | Invoice Total | $12,525.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

A.L.

*Payment Due Upon Receipt*
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
*PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696*
*Employer Identification Number 66-0578857*

Please return this portion with your remittance.

Client ID:   1771                                                          Invoice #:        146664

Office of Management and Budget (OGP)                       Date:           02/28/2019

**Check Payable to:**          **By Wire Transfer Remit to:**        **Physical Address:**
BDO Puerto Rico, PSC          ABA # 021502011                       1302 Ponce de Leon Avenue
PO Box 363436                 Banco Popular de Puerto Rico          Jose Ramon Figueroa Corner
San Juan PR 00936-3436        A/C █████957                          San Juan PR 00907
                              Swift: BPPRPRSX

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type:      ☐  VISA  MasterCard  ☐    ☐   AMERICAN EXPRESS
Card #:  _____   Exp. date:  _____   Amount Due:          $12,525.00
Signature:  _____          Amount Enclosed:  [            ]

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

# BDO

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard

Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 150205 |
| Date: | 04/30/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of  April 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.00 | 1,500.00 |
| Leon Leon, Felix | Manager | 56.00 | 8,400.00 |
| | | Billed | $9,900.00 |
| | | Invoice Total | $9,900.00 |

1 レ.

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 150205 |
| Date: | 04/30/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of April 2019.

Contract # 2019-000037
Time



| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/12/2019 | ALO | Meeting with Ramon Rios and Team to discuss work strategy. Documented discussed strategy and communicated to work team. | $150.00 | Director | 2.00 | 300.00 |
| 04/16/2019 | ALO | Meeting with Ana Torres / Diana Polanco and Diana Pelegrina to discuss strategy for meeting with Agencies IT Staff. | $150.00 | Director | 1.00 | 150.00 |
| 04/17/2019 | ALO | Internal meeting with BDO IT Consultant, Felix Leon to discuss project strategy and IT policies to be drafted. | $150.00 | Director | 1.00 | 150.00 |
| 04/22/2019 | FILL | Analysis of current scope of policies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/23/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/24/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | ALO | Presentation Preparation for meeting with, DE, Policia, Justicia, Familia, Salud. OGP Policies documentation review. | $150.00 | Director | 3.00 | 450.00 |
| 04/26/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/26/2019 | ALO | Meeting in CISO office with OGP Personnel Ana C. Torres and Diana Polanco, Department of Education CIO, Department of Family Services CIO and Justice Department IT Representative.  IT Policies Project discussion. | $150.00 | Director | 3.00 | 450.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the International BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| 04/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |

|  |  |  |
| Billed | A.L. | $9,900.00 |
| Invoice Total |  | $9,900.00 |

*Payment Due Upon Receipt*
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
*PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696*
*Employer Identification Number 66-0578857*

---

Please return this portion with your remittance.

Client ID:   1771

Oficina Gerencia & Presupuesto (OGP)

Invoice #:   150205

Date:   04/30/2019

Check Payable to:
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

**By Wire Transfer Remit to:**
ABA # 021502011
Banco Popular de Puerto Rico
A/C [   ]1957
Swift: BPPRPRSX

**Physical Address:**
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type:   ☐ VISA  ☐ MasterCard  ☐ AMEX

Card #: _____   Exp. date: _____

Signature: _____

Amount Due:   $9,900.00

Amount Enclosed: [   ]

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Leon Leon, Felix | Manager | 176.00 | 26,400.00 |
| | Billed | | $26,400.00 |
| | Invoice Total | | $26,400.00 |

**BDO**

1 ∠ .

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037
Time



| Date | Profesional | Description | Rate | Position | Hours | Amount |
|------|-------------|-------------|------|----------|-------|--------|
| 05/01/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/02/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/03/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/06/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/07/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 4.00 | 600.00 |
| 05/08/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/09/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/10/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/13/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/13/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |
| 05/14/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| Date | | Description | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/16/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/17/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/20/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 2.00 | 300.00 |
| 05/20/2019 | FILL | Analysis of Policies sent by Ana Torres. | $150.00 | Manager | 6.00 | 900.00 |
| 05/21/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/22/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/23/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/24/2019 | FILL | Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/27/2019 | FILL | Analysis of Policies and documents sent by Ana Torres. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/28/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/31/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 8.00 | 1,200.00 |

A l

| | |
|---|---|
| Billed | $26,400.00 |
| Invoice Total | $26,400.00 |

**BDO**

A.L

***Payment Due Upon Receipt***
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
*PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696*
*Employer Identification Number 66-0578857*

Please return this portion with your remittance.

Client ID:   1771                                                    Invoice #:      152352

Oficina Gerencia & Presupuesto (OGP)                                 Date:           05/31/2019

                                    **By Wire Transfer Remit to:**
**Check Payable to:**               ABA # 021502011                  **Physical Address:**
BDO Puerto Rico, PSC                Banco Popular de Puerto Rico      1302 Ponce de Leon Avenue
PO Box 363436                       A/C ▮▮▮▮▮▮1957                     Jose Ramon Figueroa Corner
San Juan PR 00936-3436              Swift: BPPRPRSX                   San Juan PR 00907

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type:      ☐  VISA  ☐      ☐  AMERICAN EXPRESS

Card #: _____      Exp. date: _____      Amount Due:        $26,400.00

Signature: _____                Amount Enclosed:   [        ]

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms