# EXHIBIT XV

**BDO**

| | |
|---|---|
| From: | Maricelis Vega |
| To: | iris.santos@ogp.pr.gov |
| Cc: | diana.pellegrina@ogp.pr.gov |
| Subject: | Facturas adeudadas (abril, mayo y junio 2019) |
| Date: | Thursday, August 29, 2019 5:38:00 PM |
| Attachments: | Carta OGP.pdf |

Buenas tardes:

Carta adjunta.

Saludos,

**MARICELIS VEGA, CPA**
Chief Financial Officer
Support Services
Tel: 787-754-3999 Ext. 2274
mvega@bdo.com.pr

**BDO in Puerto Rico**
PO Box 363436
San Juan, PR 00936-3436
PUERTO RICO
Fax: 787-754-3105
www.bdopr.com

**BDO in USVI**
Foothills Professional Building
9151 Estate Thomas, Suite 201
St. Thomas, VI 00802
Fax: 340-779-8653
U.S. VIRGIN ISLANDS

P Before you print think about the ENVIRONMENT

The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



| BDO in PUERTO RICO | BDO in USVI |
|---|---|
| 1302 Ponce De León Ave. | Foothills Professional Building |
| 1ST Floor | 9151 Estate Thomas, Suite 201 |
| San Juan, Puerto Rico 00907 | St. Thomas, VI 00802 |
| Tel: 787-754-3999 | Tel: 340-776-0640 |
| Fax: 787-754-3105 | Fax: 340-779-8653 |
| www.bdopr.com | www.bdousvi.com |

29 de agosto de 2019

**VIA CORREO ELECTRÓNICO**

Iris Santos
Directora de la Oficina de Gerencia y Presupuesto
Oficina de Gerencia y Presupuesto
254 Calle Cruz
Viejo San Juan, 00901
Tel.: (787) (787) 725-9420
Correo electrónico: iris.santos@ogp.pr.gov

Re:   Facturas adeudadas abril, mayo, junio 2019

Sra. Santos,

Reciba un cordial saludo. Hasta el 30 de junio de 2019, BDO Puerto Rico, P.S.C. ("BDO") prestó servicios profesionales a la Oficina de Gerencia y Presupuesto ("OGP"), bajo los contratos 2018-000030 y 2019-000037. Previo a la no renovación de los referidos contratos, la OGP mantenía una deuda con BDO de $ 75,900.00, en consideración a las facturas correspondientes a los meses de abril, mayo y junio 2019. Dichas facturas fueron remitidas a la OGP conforme a lo establecido en la cláusula tercera (3) del contrato 2018-000030 y la cláusula décima primera (11) del contrato 2019-000037. No obstante, BDO aún no ha recibido el pago de las facturas antes indicadas.

Resulta de gran importancia resaltar que el 6 de mayo de 2019 el Departamento de Hacienda publicó la Carta Circular Número 1300-24-19, mediante la cual informó que "[l]as porciones de las asignaciones autorizadas para el año fiscal 2019 que han sido obligadas en o antes del 30 de junio de 2019 continuarán en los libros durante el periodo de 60 días después de vencido el año fiscal antes mencionado y bajo ningún concepto podrá desembolsarse suma alguna contra dicha porción luego de esos 60 días. Por lo tanto, luego del 29 de agosto de 2019 no se emitirán pagos que corresponda a asignaciones presupuestarias del año fiscal 2019". La carta urge a las agencias a entrar al Sistema PRIFAS toda factura emitida correspondiente a servicios recibidos en o antes del 30 de junio de 2019. Por último, la carta indica que "[l]as agencias deberán realizar las gestiones necesarias para cumplir con las disposiciones de las Cartas Circulares 1300-02-10 y 1300-22-18, las cuales disponen, entre otras cosas, que será responsabilidad de las agencias exigirle al Suplidor que entre la factura al portal de Registro de Facturas en Línea y entregue las mismas no más de diez (10) días luego de terminado el periodo o fecha de entrega del bien o servicio".

En vista de lo anterior, solicitamos que se proceda con el envío de las facturas indicadas, con tal de que el Departamento de Hacienda pueda proceder con el pago correspondiente. Según se desprende del texto antes citado, la OGP tiene el deber y obligación de actuar conforme a las directrices del Departamento de Hacienda. Actuando de tal modo, cumplirá con tanto sus obligaciones con el Departamento de Hacienda como con BDO. Nótese que de dichas facturas no ser remitidas al Departamento de Hacienda en o antes del 29 de agosto de 2019, el Departamento de Hacienda podría intentar ampararse en tal incumplimiento por parte del Departamento para atrasar el desembolso en pago de las facturas y requerir la aprobación de la misma la OGP e inclusive de la Junta de Supervisión y Administración Fiscal para Puerto Rico para proceder con el mismo.

*Directora de la Oficina de Gerencia y Presupuesto*
*Oficina de Gerencia de y Presupuesto*
*29 de agosto de 2019*
*Página 2 de 2*

El actuar con dilación o contrario a lo aquí solicitado podría ocasionar serios daños sobre la salud financiera y operacional de BDO y pondría en peligro el cumplimiento de las obligaciones contractuales del Departamento con BDO establecidas bajo los contratos 2018-000030 y 2019-000037. Por tal motivo, pedimos que la presente solicitud sea atendida prontamente.

Esta comunicación se envía sin perjuicio de, y BDO expresamente se reserva, todos sus derechos, reclamaciones y defensas que pueda tener disponible. Esta comunicación se hace como un esfuerzo para lograr el pago de las facturas adeudadas. Como tal, nada en esta comunicación deberá ser interpretado como una renuncia a cualquier causa de acción y/o derecho que BDO pueda tener bajo las leyes, reglamentos o derecho aplicable.

Agradeceremos su atención a este particular con el mayor grado de urgencia y celeridad.

Cordialmente,

*BDO Puerto Rico, PSC*

BDO Puerto Rico, PSC

c: Diana Pellegrina