# EXHIBIT I

| **UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO** | **ADMINISTRATIVE EXPENSE PROOF OF CLAIM** | **Administrative Expense Claims Bar Date** June 13, 2022 at 5:00 p.m. (AT) |
|---|---|---|

☑ Commonwealth of Puerto Rico
  El Estado Libre Asociado de Puerto Rico                     Case No 17-bk-03283   Petition Date: May 3, 2017

☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico
  El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico   Case No 17-bk-03566   Petition Date: May 21, 2017

☐ Puerto Rico Public Building Authority
  El Autoridad de Edificios Públicos de Puerto Rico          Case No 19-bk-05523   Petition Date: September 27, 2019

Note:   This form should only be used by claimants asserting an Administrative Expense Claim arising against one of the above Debtors on or after the applicable Petition Date through March 15, 2022  THIS FORM SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U S C §§ 503(b) and 507(a)(2)

| Name of Creditor (The person or entity to whom the debtor owes money or property) **BDO Puerto Rico** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your administrative expense claim  Attach copy of statement giving particulars | Check here if this claim: ☐ replaces or ☐ amends a previously filed administrative expense claim  Claim Number (if known): _____ |
|---|---|---|
| Name and Addresses Where Notices Should be Sent: **BDO Puerto Rico C/O Ryan Marin PO Box 363343 San Juan, PR 00936-3343** | Name and Addresses Where Payment Should be Sent (if different): **Same** | Dated: _____ |

**1   BASIS FOR CLAIM:**
☐ Goods sold          ☒ Services performed          ☐ Personal Injury/Wrongful Death          ☐ Wages (Dates): _____
☐ Money loaned        ☐ Taxes                        ☐ Retiree Benefits as Defined in 11 U S C § 1114(a)
☐ Other(Specify): _____

**2   DATE DEBT WAS INCURRED (IF KNOWN):** February 1, 2019 through June 30, 2019 - See attached PDF for supporting evidence of period covered.

**3   DESCRIPTION OF CLAIM (IF KNOWN):**
Services rendered in accordance with legally executed contracts and under the direct approval of governmental officers in charge of overseeing services.  See attached PDF for evidence.

**4   TOTAL AMOUNT OF CLAIM:**   $ 984,412.50   **(Total)**

**5   CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim  In filing this claim, claimant has deducted all amounts that claimant owes to debtor

**6   SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests  Do not send original documents  If the documents are not available, explain  If the documents are voluminous, attach a summary

**7   TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date:   **06/10/2022**

Sign and print the name and title, if any, of the creditor or other person authorized to file this Claim (attach copy of power of attorney, if any)

**Signature:**  *Ryan Marin*
Ryan Marin (Jun 10, 2022 16:56 EDT)

**Email:**   ryan@bdo.com.pr

Claim Number: 180070

Attach Supporting Documentation (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.
   (attach below)

☐ I do not have supporting documentation.

 Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Kroll and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Kroll and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Kroll or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Kroll and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.



**BDO in PUERTO RICO**
1302 Ponce De León Ave.
1ST Floor
San Juan, Puerto Rico 00907
Tel: 787-754-3999
Fax: 787-754-3105
www.bdopr.com

June 10, 2022

Commonwealth of Puerto Rico
Claims Processing Center
C/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**FILED ELECTRONICALLY AT https//cases/primerclerk.com/puertorico/EPOC-Index**

**RE: PROOF OF CLAIM**
**PROMESA TITLE III**
**Case No 17 bk 3283**
**(Jointly Administered)**

To whom it may concern:

BDO Puerto Rico is hereby filing its *Administrative Expense Proof of Claim*, pursuant to Section 1.51 and Article III of the Plan and decretal paragraph 44 of the Confirmation Order.  **This claim is for a total of $984,412.50,** ($908,512.50 related to the services rendered to the Puerto Rico Department of Education and $75,900.00 related to the services rendered to the Puerto Rico Office of Management and Budget), as detailed below.  For your reference, attached please find the following relevant information that supports the amounts claimed under this Proof of Claim:

**PUERTO RICO DEPARTMENT OF EDUCATION – Total claim for $908,512.50**

For the claims related to the Puerto Rico Department of Education, we have attached the following:

1.  Duly signed and executed professional services contract Number 2019-AF0022, dated July 31, 2018, with an effective period covering from July 31, 2018 through June 30, 2019. (11 pages).

2.  The following four (4) invoices for services rendered pursuant to Contract Number 2019 AF022
    a.  Invoice number 149598 dated March 31, 2019, for services rendered during the month ended March 31, 2019, in the amount of **$234,307.50.** (2 pages).

    b.  Invoice number 151318 dated April 30, 2019, for services rendered during the month ended April 30, 2019, in the amount of **$228, 480.00.** (2 pages).

    c.  Invoice number 153819 dated May 31, 2019, for services rendered during the month ended May 31, 2019, in the amount of **$250, 188.75.** (2 pages)

    d.  Invoice number 154195 dated June 30, 2019, for services rendered during the month ended June 30, 2019, in the amount of **$195,536.25.** (2 pages).

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.



Commonwealth of Puerto Rico
Claims Processing Center
C/o Prime Clerk LLC
June 10, 2022
Page 2

**PUERTO RICO OFFICE OF MANAGEMENT AND BUDGET – Total claim for $75,900.00**

For the claims related to the Puerto Rico Office of Management and Budget, attached the following:

3.  Duly signed and executed professional services contract Number 2019-000037, dated December 28, 2018, with an effective period covering from December 28, 2018 through June 30, 2019. (20 pages).

4.  The following four (4) invoices for services rendered pursuant to Contract Number 2019 AF022
    a.  Invoice number 146664 dated February 28, 2019, for services rendered during the month ended February 28, in the amount of **$12,525.00. (** 2 pages).

    b.  Invoice number 150205 dated April 30, 2019, for services rendered during the month ended April 30, 2019, in the amount of **$9,900.00.** (3 pages).

    c.  Invoice number 152352 dated May 31, 2019, for services rendered during the month ended May 31, 2019, in the amount of **$26,400.00.** (3 pages).

    d.  Invoice number 154127 dated June 30, 2019, for services rendered during the month ended June 30, 2019, in the amount of **$27,075.00.** (4 pages).

We hereby certify that:

1.  The contracts were legally executed in accordance with applicable laws and regulations.
2.  The contracts were duly registered in the Office of the Comptroller of Puerto Rico.
3.  The listed invoices are for services were duly rendered in accordance with the contracts.
4.  The services were requested and approved by duly authorized officers of each of the entities.
5.  The original invoices were delivered to the officers responsible for overseeing our services.
6.  The invoices remain outstanding and that no amounts have been collected for these services.
7.  We continue to have on file, all required supporting evidence and other relevant documents that support the validity, accuracy, completeness, and veracity of each of the invoices listed herein.
8.  We have not received any information or communication protesting or otherwise rejecting the validity of the above invoices.

Should you need additional information, please do not hesitate to contact the undersigned at ryan@bdo.com.pr or my mobile number **787-501-1926.**

Cordially,

Ryan Marín, CPA
Partner

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

2019-AF0022

**GOVERNMENT OF PUERTO RICO**
**DEPARTMENT OF EDUCATION**
**HATO REY, PUERTO RICO**

### CONTRACT FOR PROFESSIONAL SERVICES

This contract, made and entered into by and between the Department of Education, represented by Julia Beatrice Keleher, of legal age, single, and resident of San Juan, Puerto Rico, in her official capacity as Secretary of Education (hereafter referred to as "the DEPARTMENT"), and **BDO Puerto Rico, P.S.C.**, a professional services corporation organized under the laws of the Commonwealth of Puerto Rico, with offices in San Juan, Puerto Rico, represented in this act by **Harry E. Alemán Quiñones**, of legal age, married, and resident of San Juan, Puerto Rico, hereinafter designated as the **SECOND PART.**

### WITNESSETH

**WHEREAS**, the **FIRST PART**, in the exercise of the faculties conferred upon it by Public Law 85-2018 for the Department of Education of Puerto Rico, by the Constitution of the Commonwealth of Puerto Rico and by the laws that the **FIRST PART** administers, contracts the services of the **SECOND PART**.

**WHEREAS**, the **SECOND PART** has represented to the **FIRST PART** that it has the necessary experience, capacity, expertise and resources to perform the obligations and duties assumed hereunder.

**WHEREAS**, the **SECOND PART** has demonstrated experience and capacity in this area of endeavor.

**WHEREAS**, the **FIRST PART** engages the **SECOND PART** to render certain technical and consulting services in connection with the administration of Federal education programs and others of the **SECOND PART**.

**NOW, THEREFORE**, in consideration of the mutual covenants and promises herein contained and other valuable consideration, it is hereby agreed as follows:

### COVENANTS

1. The preamble of this contract is hereby made an integral part hereof.

2. The **FIRST PART** designates the Auxiliary Secretariat of Federal Affairs as its representative in all matters related to this Contract.

3. The **SECOND PART** will provide the following services, that are described in the Proposals which is hereby incorporated as part of this contract as **"Appendix A"**:

    1. Support and Technical Assistance to 21st Century Community Learning Centers

    2. Support and Technical Assistance to the Participation of Children Enrolled in Private Schools Unit

    3. Support and Technical Assistance to the Program Title II, Part A: Teacher and Principal Training and Recruiting

    4. Support and Technical Assistance to the Program Mathematics & Science Partnership

    5. Support and Technical Assistance to the Auxiliary Secretariat of Federal Affairs as a liaison with the Department of Education Office of Human Resources, The Office of Planning, The Budget Office among others in relation to federal funds management.

    6. Support and Technical Assistance to the Work Plan Unit and the Adjudication Unit of the Auxiliary Secretariat of Federal Affairs

    7. Support and Technical Assistance to the Monitoring Unit of the Auxiliary Secretariat of Federal Affairs

    8. Support and Technical Assistance to Management and Administration of Federal Funds

    9. Support and Technical Assistance to the Homeless Program & Neglected and Delinquent Program

    10. Other Support and Technical Assistance to be Provided

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit II pages 1-73 Page 7 of 57
Contract between the Department of Education and BDO Puerto Rico, P.S.C.
Page 2 of 18

11. The combination of these objectives will serve as the basis of the Department's workplan. This workplan pursues the idea that funds should assist the Department in achieving the goals they are intended to be use for. The following approaches will be used as part of our work in order to add value, identify flaws and establish mechanism to correct them:

12. Establish the use of metrics to measure compliance and ensure that all program reporting is being prepared on time.

13. Analyze the data received from programs to assist them in the development of new strategies to ensure compliance with Federal laws and regulations by pursuing efficiency.

14. Budget vs Actual comparisons to identify deviations on a timely manner and correct them.



15. Evaluation of information and results to assist in strategic decision-making.

16. Establish a detailed workplan for each program goal and for each project to organize the work to performed and ensure that all tasks are being assigned and deadlines are established.

17. Monitoring activities to ensure that funds are being used for the purposes intended for and to determine its effectiveness.

18. Use of frameworks, flowcharts and procedures manuals to transfer the obtained knowledge and reduce the learning curve.

19. Data validation to ensure that the data used in the decision-making process is reliable and can serve as the basis for comparisons, decisions and analysis.

20. Use of Risk Analysis approaches to identified problematic areas and then develop and establish preventive and detective controls to reduce or eliminate risks.

21. Maximize the use of Information Systems to generate data in a speed up manner for better decision making.

22. Project Management strategies to organize the work to be performed, the goals to be accomplished and follow up the timeline established.

23. Other related matters as requested by the **FIRST PART**.

**Appendix B**

1. Will provide Technical Assistance and Financial Consulting Services to the Secretariat of the Puerto Rico Department of Education or personnel designated by her.

2. Support and technical assistance in the school consolidation and redesign process in order to improve the efficiency by right-sizing the school system.

3. Assist in the teacher evaluation process by developing metrics and performance measures.

4. Analyze the teachers' surplus and/or needs in all the school system in order to maximize the teachers distribution and the funds used for such purposes.

5. Provide Support and technical assistance to Vocational Program and the Budget Office in matters related to funds management and compliance. Will also provide support to other areas of the Department.

6. Establish the use of metrics to measure compliance and ensure that all program reporting is being prepared on time.

7. Analyze the data received from programs to assist them in the development of new strategies to ensure compliance with State laws and regulations in order to increase efficiency.

8. Evaluation of information and results to assist in strategic decision-making.

9. Establish a detailed work plan for each program goal and for each project

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit II pages 1-73 Page 8 of 57
Contract between the Department of Education and BDO Puerto Rico, P.S.C.
Page 3 of 18

to organize the work to performed and ensure that all tasks are being assigned and deadlines are established.

10. Monitoring activities to ensure that funds are being used for the purposes intended for and to determine its effectiveness.

11. Use of frameworks, flowcharts and procedures manuals to transfer the obtained knowledge and reduce the learning curve.

12. Data validation to ensure that the data used in the decision-making process is reliable and can serve as the basis for comparisons, decisions and analysis.

13. Use of Risk Analysis approaches to identified problematic areas and then develop and establish preventive and detective controls to reduce or eliminate risks.

14. Maximize the use of Information Systems to generate data in a speed up manner for better decision making.

15. Assist the Human Resources department in teacher and employee assignment, needs determination, data analysis, data validation and roster creation by school, regions and central level to ensure that all needs are being covered, the finding is adequate and reduce the surplus of personnel.

16. Provide assistance in the implementation of the Law 85 (School Reform Law).

17. Provide support to the Budget Office in the preparation of the 2019-2010 budget.

18. Assist in the preparation of the National Public Education Financial Survey for the 2017-2018 fiscal years.

19. Assist the Department with FEMA as part of the recovery efforts related to Hurricane Irma and Maria.

20. Assist the Department in the school reopening for the new school year in terms of facilities, conditions and moving of equipment and materials. Will also assist during the process of inventory of equipment in order to update the Departments records and ensure compliance with laws and regulations.

21. Advice the Secretary in any petition requested and perform any other duties assigned by the **FIRST PART**.



4. The **SECOND PART** shall perform its services in conformance with the applicable authorized assignment under this Agreement and in accordance with the generally accepted practices at the time applicable of the nature of the particular services. The services shall be in conformity with all applicable federal, state and local laws, codes and regulations and the requirements incorporated into this Agreement.

5. The **SECOND PART** will conduct those studies, and will produce those reports or any other documents necessary and relevant for the performance of the duties commissioned under this Agreement. It is provided that all written materials, including reports, drafts from studies, projections and negotiations carried out by the **SECOND PART** in compliance with the provisions of this Contract shall be of the exclusive property of the **FIRST PART** without this leading to additional compensation for the **SECOND PART**. The **SECOND PART** may not disclose, publish, distribute or in any way use the same without the previous written authorization of the **FIRST PART**.

6. During the course of this Agreement, each **PART** may disclose to the other **PART** information which is confidential or proprietary. For purposes of this Agreement, "Confidential Information" shall mean and include, but not be limited to: (i) any information labeled, marked, or identified, verbally or in writing, as confidential by the disclosing **PART**; (ii) any financial information; (iii) any customer or client lists; (iv) internal policies and procedures; (v) the terms of this Agreement and any attachments hereto; (vi) any unpublished reports, technologies, or other materials

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit II pages 1-73 Page 9 of 57
Contract between the Department of Education and BDO Puerto Rico, P.S.C.
Page 4 of 18

which are proprietary to the disclosing **PART** and which have not been made available to the general public; and (vii) any information which the disclosing **PART** would not release without obligations of confidentiality.

7. Each **PART** shall use the Confidential Information of the other **PART** for the sole purpose of performing their respective obligations under this Agreement and shared only with employees with a need to know such information. Each **PART** shall not disclose the Confidential Information of the other **PART** to any third **PART** without the prior written consent of the **PART** who owns such information, unless required by law. The term "Confidential Information" shall not mean any information which: (i) is previously known to the **PART** without obligation of confidence; (ii) which is publicly disclosed either prior or subsequent to the receiving **PART's** receipt of such information; or (iii) is rightfully received by the receiving **PART** from a third **PART** without any obligations of confidence.

8. The **SECOND PART** agrees to defend, support and represent the findings, evaluation and analyses of the written materials, including reports, drafts from studies and projections carried out by the **SECOND PART** in compliance with the provisions of this Contract at any forum which requests the **SECOND PART's** appearance.

9. The **SECOND PART** will coordinate and meet with the **FIRST PART**, with their authorized representative or with representatives of other agencies or branches of the Commonwealth of Puerto Rico to guarantee a uniform public policy in any steps that it takes, when applicable.

10. The **SECOND PART** shall not subcontract the performance of the services specified in paragraph number "3" of this Agreement. The **SECOND PART** will be responsible for hiring the personnel that will offer the services under this Agreement. The **FIRST PART** shall have no obligation regarding the working schedule, wages and any other claim on the part of the personnel recruited by the **SECOND PART** under this Agreement.

11. The parties represent and warrant that no employee of the **FIRST PART** has direct or indirect monetary interest in the present Contract.

12. The **SECOND PART** recognizes that in the performance of its professional functions it owes complete loyalty to the **FIRST PART**, which includes not having adverse interests to said governmental organization. These adverse interests include the representation of clients that may have or could have interests contrary to the **FIRST PART**. Furthermore, this duty includes the continuous obligation of disclosing to the **FIRST PART** all the circumstances of the relationship of the **SECOND PART** with clients and third persons and any interest that could have influenced the **FIRST PART** at the moment of awarding the Contract to the **SECOND PART**.

-----The **SECOND PART** represents conflicting interests when, in benefit of a client, it is its duty to promote that to which it must be opposed in compliance of its obligations to another prior client, current or potential. Furthermore, it represents conflict of interest when its conduct is contrary to such applicable professional ethical standards, or the laws and regulations of the Commonwealth of Puerto Rico.

-----In contracts with partnerships or corporations, it will constitute a violation of this prohibition if any of their directors, associates or personnel engages in the conduct described herein. The **SECOND PART** will avoid even the appearance of the existence of conflicting interest.

13. The **SECOND PART** recognizes the power of inspection of the **FIRST PART** in relation to the compliance of the prohibitions here contained. If the chief of the Agency understands that there exists or there have emerged adverse interests towards the **FIRST PART**, the **FIRST PART** will notify the **SECOND PART** of its findings in writing and its intention to rescind the Contract within thirty (30) days. Within such term, the **SECOND PART** will be able to request a hearing with the **FIRST PART** to raise its arguments to such conflict determination. The hearing will be granted in every instance. If such hearing is not requested by the said date or if the controversy is not satisfactorily solved during the hearing, this Contract shall be rescinded.

14. The **FIRST PART** agrees to pay to the **SECOND PART** for all the services provided according to the terms of this contract up to a maximum of **six million three hundred sixty three thousand dollars ($6,363,000.00)** prior presentation of invoices for the cost incurred for the services provided and duly certified by the **FIRST PART**.

   i. For the services described in paragraph number "3" under Appendix A of this Agreement, the **FIRST PART** will pay the **SECOND PART** the amounts under the following categories:

| RESOURCES | NUMBER OF HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Senior /Senior Manager, Manager y Seniors | 34,300 | $105.00 | $3,601,500.00 |

   ii. For the services described in paragraph number "3" under Appendix B of this Agreement, the **FIRST PART** will pay the **SECOND PART** the amounts under the following categories:

| RESOURCES | NUMBER OF HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Senior/Senior Manager/ Manager y Seniors | 26,300 | $105.00 | $2,761,500.00 |

   a. The **SECOND PART** agrees to invoice the **FIRST PART** up to a maximum of eight (8) hours daily per employee or resource that provides services to the **FIRST PART** under the terms of this Contract. The **SECOND PART** may invoice for services rendered in excess of eight (8) hours daily, or on Saturdays, Sundays or holidays, only if the **FIRST PART** previously authorized them in writing.

   b. The **FIRST PART** may retain payment under this Contract in any of the above category until the **SECOND PART** submits all reports and other documents required by this contract. The **FIRST PART** has the right to request additional documentation if the documentation already submitted pursuant to the provisions of this Contract does not reasonably address the Contract requirements.

   c. Payment to the **SECOND PART** will be made by the **FIRST PART** from the following accounts: consolidated administration federal funds **E1290-221-01055200-06F-2019-00081-ADMCONLEA22119A-ADMINISTRACION-06F-1290 ($2,881,200.00); E1290-221-01055200-06F-2019-00081-ADMCONSEA22119A-ADMINISTRACION-06F-1290 ($720,300.00);** and non-federal funds **E1290-234-02000000-0000-006-2019AFE004 ($2,761,500.00)** and/or from other account or accounts with available funds.

   d. After the first day of each calendar month, the **SECOND PART** shall submit to the **FIRST PART** a certified invoice containing a detailed description of the services rendered by the **SECOND PART** in the previous month in the performance of its services to the **FIRST PART**. In addition to the services rendered, the invoice shall include the dates when the services were performed, the time spent on each service and evidence of the services rendered. Said invoice shall be certified by the Secretary of Education or his authorized representative.

   e. Each invoice submitted by the **SECOND PART** will contain a certification that reads as follows: "Under penalty of absolute nullity I hereby certify that no employee of the Department of Education has any direct or indirect pecuniary or other interest in this Agreement. If an employee is part or has any direct or indirect pecuniary or other interest in this Agreement, a previous waiver has been presented. The only consideration for providing the goods and services

object of this contract has been the accorded payment agreed upon with the authorized representative of the Department of Education. I hereby certify that this invoice is correct and that payment thereof has not been received."

f. The **SECOND PART** shall submit invoices for payment within the first ten (10) days of the month following the rendering of services. In the event that the **SECOND PART** submits invoices for payment after forty (40) days from the last day of the month in which services were provided, the **SECOND PART** accepts that the **FIRST PART** will make an automatic adjustment to the invoices which will lead to a reduction of five percent (5%) of the submitted invoices. In case that the **FIRST PART** returns to the **SECOND PART** the invoices to correct them, the **SECOND PART** will have five (5) working days from the notification to carry out corrections and submit them again. If this does not occur within such five (5) working days, the **SECOND PART** accepts that the **FIRST PART** will make automatic adjustments to the invoices which will lead to a reduction of five percent (5%) of the total amount of the invoices.

g. The **SECOND PART** shall submit the invoices by the **FIRST PART's** on line billing system according to the procedure established by the **FIRST PART**. The **SECOND PART** will be responsible for the veracity and accuracy of the information provided in the online billing system. If the online billing system is not available, the **FIRST PART** will determine the procedure to follow for the delivery of the invoices and shall notify it in writing to the **SECOND PART**. The **SECOND PART** certifies that the **FIRST PART** has delivered the documentation or User Manual for the supplier for the use of the online billing system.

15. This Contract will be in effect from the effective date of the agreement to **June 30, 2019** subject to the availability funds. At the option of the **FIRST PART**, the term of this Contract can be extended by written agreement by both parties. With previous written notification to the **SECOND PART** thirty (30) days in advance, the **FIRST PART** will be able to rescind this Contract, before the expiration date, without any additional compensation to the **SECOND PART**, except for what has been accrued under the same until that date.

-----The Office of the Governor's Chief of Staff has the faculty to cancel this Agreement at any moment, without prior notification.

16. The negligence in the compliance or noncompliance of the provisions in this Contract or inappropriate conduct of the **SECOND PART** will constitute sufficient cause to rescind the same forthwith, without the need of a previous notice. If the **FIRST PART** opts for a resolution of the present Contract, the **SECOND PART** shall abstain from performing any ulterior effort unless its inaction could damage the **FIRST PART** or implicate inadequate professional conduct, in which case, it will notify the **FIRST PART** of such effort.

17. The **SECOND PART** certifies and guarantees that it has complied with its federal and Puerto Rico tax liabilities during the past five (5) years, including filing income tax returns on earnings. It certifies that it does not have a debt with the Commonwealth of Puerto Rico by said concept. The **SECOND PART** specifically represents and warrants that all Commonwealth and federal tax returns have been filed. It is explicitly recognized that this is an essential condition of the present Contract, and if the above certification should prove to have been truthful in all or in part, this will be sufficient cause for the **FIRST PART** to annul the same and the **SECOND PART** shall refund the contracting party all the funds received under this Contract.

18. The **SECOND PART** will be responsible for paying: (i) all applicable income taxes in accordance with any and all applicable income tax laws, and (ii) any corresponding payments of employer and employee contributions to the Social Security Administration. It is explicitly recognized that this is an essential condition of the present Contract, and if the above certification should prove to not be truthful in all or in part, this will be sufficient cause for the **FIRST PART** to annul the same and the **SECOND PART** shall refund the contracting PART all the funds received under this Contract.

19. The **SECOND PART** is an independent Contractor and the execution of this

Case:17-03283-LTS   Doc#:24318-1   Filed:05/25/23   Entered:05/25/23 11:26:16   Desc:
Exhibit I, pages 1-73 BD Page 12 of 57
Contract between the Department of Education and BDO Puerto Rico, P.S.C.
Page 7 of 18

Agreement does not make any of the parties hereto an employee, agent, representative, alter ego or attorney-in-fact of the other. This Agreement does not authorize the **SECOND PART** to enter into obligations on behalf of the **FIRST PART**. The **SECOND PART** recognizes that it may not alter any of the **FIRST PART's** internal procedures or policies without express consent. Consequently, the actions of the **SECOND PART** shall not be binding on the **FIRST PART**.

20. The **SECOND PART** certifies that it has a total waiver with regard to the withholding at source of payment for services rendered by corporations pursuant to Section 1062.03(g) of the Puerto Rico Internal Revenue Code of 2011, as amended. Accordingly, the **FIRST PART** will withhold at source any amount for payments made to the **SECOND PART**. The **FIRST PART**, whenever applicable, will retain a special contribution equal to one point five percent (1.5%) of the Agreement's total amount from the payments made to the **SECOND PART** according to Commonwealth of Puerto Rico Law 48-2013.



21. The **SECOND PART** will submit at the signing of this contract the following documents as applicable:

   (X) Certificate of Merchant Registry issued by Puerto Rico's Department of Treasury.

   (X) Certificate of eligibility of the strategic network of services to the citizen (Red Estratégica de Servicios al Ciudadano (RESC).).

   (X) "Good Standing" Certificate issued by Puerto Rico's Department of State.

   ( ) Authorization of Puerto Rico's Department of State for Doing Business in Puerto Rico.

   (X) Certificate of Filing Sales and Use Tax Form issued by Puerto Rico's Department of Treasury.

   (X) Certificate of Sales and Use Tax Debt Form issued by Puerto Rico's Department of Treasury.

   (X) Certificate of Debt issued by Puerto Rico's Department of Treasury.

   (X) Certificate of Income Tax Returns on Earnings for the Past Five (5) Years issued by Puerto Rico's Department of Treasury.

   (X) Certificate of tax Deduction Exemption issued by Puerto Rico's Department of Treasury, if applicable.

   (X) Certificate of Filing Personal Property Tax Form for the past five (5) years issued by Puerto Rico's Center for Collection of Municipal Revenues.

   (X) If the Corporation does not own personal property or has not filed the Personal Property Tax Form for the past five (5) years, it must submit a sworn statement to that effect.

   (X) Certificate of Debt issued by Puerto Rico's Center for Collection of Municipal Revenues.

   (X) Certificate of Debt issued by Puerto Rico's Department of Labor and Human Resources (Insurance for Unemployment and/or Temporary Disability).

   (X) Certificate of Debt issued by Puerto Rico's Department of Labor and Human Resources (Driver's Insurance).

   (X) Certificate of Debt issued by Puerto Rico's State Insurance Fund.

   (X) Certification of Fulfillment with Orders of the Office of Puerto Rico Child Support Enforcement.

   (X) Corporate Resolution authorizing the person who will sign the contract (document with corporate seal).

   (X) Sworn Statement of Criminal Records.

22. The **SECOND PART** will keep the documents generated in connection to this Contract for a period of six (6) years after the same has expired. If an audit has been initiated and a finding remains unsolved at the end of the said period, the documents will be kept until the resolution of said finding.

23. The **SECOND PART** recognizes that persons duly authorized by the **FIRST PART** or state or federal officials will have access and right to examine the documents generated in relation to the present Contract. The covenants in this clause shall survive the termination of this Agreement.

24. The **SECOND PART** acknowledges that its employees shall not be entitled to claim any of the fringe benefits granted to government employees.

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit II pages 1-73 Page 13 of 57
Contract between the Department of Education and BBB Puerto Rico, P.S.C.
Page 8 of 18

25. The **SECOND PART** assures that the services shall be rendered in good manner and professionally. If the **SECOND PART** fails to render the services in such manner, the **FIRST PART** will be entitled to contract other persons for the rendering of said services, and the **SECOND PART** shall pay to the **FIRST PART** any cost or expense incurred and attributable to such services if the fees of the **SECOND PART** have been paid or for the amount in excess of the fees under this Agreement for said services if the fees have not been paid by the **FIRST PART**.

26. This contract may not be assigned or in any way by the **SECOND PART** to any other natural or legal person.



27. The **SECOND PART** shall defend, indemnify and hold the **FIRST PART** and its employees harmless from all losses, liabilities, damages, costs, expenses and claims incurred by the **FIRST PART** by reason of a defense against any such claim or for any judgment that may fall against it as a result of any damage or loss that may occur to persons or property by reason of any act or occurrence arising out of or in connection with the activities performed by the **SECOND PART** under this Agreement.



28. The **SECOND PART** represents and warrants that the services to be rendered to the **FIRST PART** pursuant to another contract subscribed with the **FIRST PART** are not in conflict with the services to be rendered under this Contract.

29. The **SECOND PART** acknowledges and accepts that the **FIRST PART** may retain from the amounts it owes to the **SECOND PART**, those amounts that are necessary to satisfy or pay any debts for concept of tax revenue, on personal or real property (CRIM), duties, unemployment insurance, disability, chauffeurs social security, and debts for interests, dividends, rents and other similar distributions made by the **SECOND PART** and any other debt which the **SECOND PART** owes to the Government of Puerto Rico.

30. The **SECOND PART** certifies that neither it, neither any of their officials, employees and subsidiaries have been convicted, or has been found probable cause for their arrest, for no crime against the treasury, the faith and the public function; against the government exercise; or that involves funds or public property, in the federal or state scope.

31. This contract may be canceled **IMMEDIATELY** in case that there is a determination of probable cause for arrest against the **SECOND PART** for the commission of any crime against the treasury, the faith or the public function; against the government exercise; or that it involves funds or public property, at the federal or state scope.

32. The **SECOND PART** acknowledges their obligation to inform the **FIRST PART** in continuous manner during the terms of the contract any fact related to any investigation of a crime against the treasury, the faith or the public function; against the government function; or that involve funds or public property, in the federal or state scope. This obligation will be continuous during all the stages of the execution of the contract.

33. The **SECOND PART** certifies that during the ten (10) years prior to the execution of this contract, the person or contracting entity has not incurred in any crime against the treasury, the faith or the public function; against the government function; or that involve funds or public property, in the federal or state scope.

34. This contract and the appendixes attached to it constitute the entire agreement of the parties with respect to the subject matter hereof. This contract may be amended only by a document executed by both parties purporting to effect such an amendment.

35. This contract shall at all times be subject to and interpreted by, and shall be complied with in accordance with the laws of the Commonwealth of Puerto Rico. The General Court of Justice of San Juan of the Commonwealth of Puerto Rico shall have exclusive jurisdiction to resolve any dispute or controversy regarding the application or interpretation of this contract, and the parties hereto irrevocably submit themselves to the exclusive jurisdiction of the Court of First Instance of the Commonwealth of Puerto Rico.

36. If any term, covenant or provision of this contract is invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and each term, covenant or provision of this Agreement shall be valid and enforceable to the full

Case:17-03283-LTS  Doc#:24318-1  Filed:05/25/23  Entered:05/25/23 11:26:16  Desc:
Exhibit II  pages 1-73  Page 14 of 57
Contract between the Department of Education and Bufete Alberto Rio, C.S.C.
Page 9 of 18

extent permitted by law.

37. In the event of any inconsistency between the interpretation of the clauses of this agreement and the content of the proposal which is incorporated as part of this contract as an appendix, the clauses of this agreement shall prevail and be binding upon the parties.

38. In all pertinent and the applicable, the **SECOND PART** is specifically committed to the transference of knowledge to the personnel of the **FIRST PART** during the term of the present contract, which is an essential and obligatory condition to its fulfillment. The violation of this disposition and the **SECOND PART** will have to refund to the **FIRST PART** all sum of money received under this Contract.

39. The **SECOND PART** will abide by Law 168-2000, as amended, regarding the support of elderly people. In order to obtain or maintain a contract with the **FIRST PART**, it is an essential condition that the person liable for a pension to an elderly person is up to date with the payments or is in compliance with a payment plan, and has not failed to comply with orders, citations, requirements, resolutions or sentences issued by the court or the Administrator by virtue of said law.

40. No services or payment subject to this Agreement can be claimed until the same has been registered in the Comptroller's Office, as set forth by Public Law Number 18 of October 30, 1975 as amended.

41. The Parties agree to comply with all aspects of the Federal False Claims Act which, in general, prohibits: (i) knowingly presenting, or causing to be presented to the Government of the United States a false claim for payment; (ii) knowingly making, using, or causing to be made or used, a false record or statement to get a false claim paid or approved by the Government of the United States; (iii) conspiring to defraud the Government of the United States by getting a false claim allowed or paid; (iv) falsely certifying to the United States the type or amount of property to be used; (v) certifying receipt of property on a document without completely knowing that the information is true; (vi) knowingly buying Government of the United States property from an unauthorized officer of the Government of the United States, and; (vii) knowingly making, using, or causing to be made or used a false record to avoid or decrease an obligation to pay or transmit property to the Government of the United States.

42. The **SECOND PART** certifies and guarantees that it does not discriminate under any circumstance on the basis of age, race, color, gender, birth, veteran status, political ideology, religion, social origin or condition, sexual orientation or gender identity,  physical or mental disability; or for being a victim of domestic violence, sexual aggression or harassment, stalking or any other discriminatory cause during  the provision of the services to be rendered to the **FIRST PART** pursuant to this contract.

43. The **SECOND PART** certifies that it meets the ethical standards of its profession and assumes full responsibility for any action that might be contrary to such ethical standards.  In addition, the **SECOND PART** certifies that it will comply with Law 1-2012, known as "Governmental Ethics Law", with the purpose, among others to promote and preserve the integrity of the officials and public institutions of the Commonwealth of Puerto Rico. Any breach of the provisions of this law may be processed civil or administratively, as the case may be.

-----The **SECOND PART** acknowledges and agrees that it shall not request, seek or otherwise receive information, intervention, cooperation or assistance in any way or will be represented in any capacity, directly or indirectly, by a former public servant on official actions, as defined in article 1.2 (a) of Law 1-2012, or matters in which it intervened while he worked as a public servant.

-----The **SECOND PART** acknowledges and agrees that it will not receive information, intervention, cooperation or assistance in any way from a former public servant or be represented in any capacity, directly or indirectly by said servant before the Agency for which he worked during the two (2) years following the date of completion of his Government employment.

-----The **SECOND PART** recognizes and accepts that it will not hire, direct or indirectly, a former public servant that has executed an official action, as defined in article 1.2 of Law 1-2012, related to the **SECOND PART** during the year following

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit II page 10-72 Binder 1 5 of 57.C.
Contract between the ~~Department of Education and~~ ~~~~ ~~~~ ~~~~.C.
Page 10 of 18

the date of termination of his Government employment. This prohibition does not apply to intergovernmental Agreements.

-----This prohibition does not apply to former public servants who want to return to the specialized private sector from which they came, provided their official actions, according to defined in the article 1.2 (to) of Law 1-2012, did not favor the entity in which the former public servant proposes to work or have pecuniary interest.

-----The **SECOND PART** acknowledges and agrees that any public servant may not use confidential or privileged information acquired in the exercise of his official duties to enrich himself or a third party.

-----The **SECOND PART** acknowledges and agrees that it will not employ or maintain Contractual or business relationships with a public employee that, although legally allowed:



A. Have the effect of undermining the independence of judgment of the public servant in the performance of his official duties.

B. Have the faculty to decide or influence the official actions of the Agency related to the **SECOND PART**.

C. Have the authorization to Contract or who is empowered to approve or recommend the granting of a Contract to the **SECOND PART**.

44. The **SECOND PART** recognizes that Article 18 of Law 103-2006, as amended, regulates and expressly limits the use of public funds to pay for lobbying costs only to those lobbying services exclusively performed to search and identify federal funds or legislation that promotes Puerto Rico's economic well-being.

The **SECOND PART** certifies that: (a) the services under this contract do not include lobbying services and (b) the funds assigned under this contract will not be used to pay for lobbying services, regardless of their purpose. Through this certification, the **SECOND PART** establishes that it will not use the public funds under this contract to render lobbying services before the following government branches: Federal Government, Federal Congress, state governments, state legislatures, municipal governments, municipal assemblies, and public corporations, among others.

Any violation to this clause, the regulation and the limitation of Article 18 of Law 103-2006, as amended, will be sufficient cause for the **FIRST PART** to cancel this contract automatically.

45. Both parties recognize and agree that the services described in this Contract may be provided by instruction of the **FIRST PART** to any entity of the Executive Branch with which the **FIRST PART** has an interagency agreement or by direct instruction of the Office of the Governor's Chief of Staff. These services will be rendered under the same terms and conditions as to hours of work and compensation contained in this Contract. For purposes of this clause, the term "entity of the Executive Branch" includes all agencies of the Government of Puerto Rico, as well as the instrumentalities and public corporations and the Governor's Office. The services to be performed by the **SECOND PART** will be those allowed by the Federal program that provides the funds.

46. BOTH PARTIES recognize the need to streamline communication and processes between consultants, suppliers of goods and services and the agencies of the Government of Puerto Rico. In addition, BOTH PARTIES accept the duty to protect and retain the record of official activities and the integrity of the content of all official communications and notifications between BOTH PARTIES, without risking the Government's information systems and ensuring its safety. Therefore, BOTH PARTIES agree that, from now on, any natural or legal person who provides services to the Government, will be obliged to request and use the email account provided by the Government, with backup of written and official communications of the Suppliers with any agency with which a contract exists, this being the only authorized method for electronic communications and notification, as long as the contract will be in effect. The email account provided will serve to carry out any official communication with the Government, using the domain name @Vendors.PR.Gov. These accounts will be activated at the execution of the contract, will remain active during the contractual relationship and will be deactivated at the conclusion of the contract. In addition, these accounts can be reactivated, with the renewal of the contracts, after the appropriate notification by

Case:17-03283-LTS Doc#:24318-1 Filed:05/25/23 Entered:05/25/23 11:26:16 Desc:
Exhibit pages 1-73 Page 16 of 57
Contract between the Department of Education and BDO Puerto Rico, P.C.
Page 11 of 18

the **FIRST PART** to the Office of Management and Budget of Puerto Rico.

47. According to the laws and the rules that guide the contracting of services, both parties in this contract acknowledge that no services will be rendered under this contract until both parties have signed it. Accordingly, no service will be rendered after its date of conclusion, except that at said time there is an amendment to this contract signed by both parties. No services will be paid in violation of this clause. Any employee of the Department of Education that solicits and/or accepts services in violation of this disposition does so without any legal authority.

48. The **SECOND PART** promises to comply with the dispositions of the Code of Ethics for Contractors, Suppliers and Applicants for Economic Incentives from Executive Agencies of the Commonwealth of Puerto Rico of Law 84 of June 18, 2002.

**IN WITNESS WHEREOF**, the parties have respectively signed and sealed this Agreement on July 31 , 2018.


By: _____

Julia Beatrice Keleher, Ed. D.
Secretary of Education
**FIRST PART**
DIN Num:


By: _____

Harry E. Alemán Quiñones
Partner
**SECOND PART**
DIN Num


By Express Delegation:


_____

Eric R. Huertas Morales, Esq.
Undersecretary of Administration


DEPARTMENT OF EDUCATION

Submitted by : _____

Yanin M. Dieppa Perea, Esq. Assistant Secretary of Federal Affairs

Revised: _____

César Domínguez Cuevas, Legal Counsel



Tel:  (787) 754-3999
Fax: (787) 754-3105
www.bdopr.com

PO Box 363436
San Juan, PR  00936-3436

# Invoice

Ms. Yanín M. Dieppa Perea, Esq.
Auxiliary Secretary of Federal Affairs Office
Puerto Rico Department of Education
Calle Federico Costas, Número 150
Urb. Industrial Tres Monjitas Hato Rey, PR 00919-0059

Invoice:    149598
Date:       03/31/2019
Project:    49172
Client ID:  292

RE: INVOICE FOR PROFESSIONAL SERVICES FOR MARCH 2019 FOR THE AUXILIARY SECRETARIAT OF FEDERAL AFFAIRS OF THE PUERTO RICO DEPARTMENT OF EDUCATION.

Contract Number: 2019-AF0022
PO Number: 0000645767
Account Number: E1290-221-01055200-06F-2019-00081-ADMCONLEA22119A-ADMINISTRACION-06F-1290

Dear Ms. Dieppa

We present the invoice for services provided in March 2019 for the Auxiliary Secretariat of Federal Affairs of the Puerto Rico Department of Education.

| Professional | Rate | Hours | Amount |
|---|---|---|---|
| Ortega Rodríguez, Estefania J. | 105.00 | 169.75 | 17,823.75 |
| Larriuz, Juan C. | 105.00 | 164.25 | 17,246.25 |
| Díaz González, Roberto | 105.00 | 160.00 | 16,800.00 |
| Fuentes Collet, Yahaira | 105.00 | 160.00 | 16,800.00 |
| López Torres, Stephen | 105.00 | 160.00 | 16,800.00 |
| Pedrogo Matos, Limarie | 105.00 | 160.00 | 16,800.00 |
| Ojeda Martínez, Billy | 105.00 | 153.50 | 16,117.50 |
| Ortíz Torres, Jovanni | 105.00 | 152.00 | 15,960.00 |
| Santiago Murphy, Antonio C. | 105.00 | 144.00 | 15,120.00 |
| Rodríguez Barrerto, José A. | 105.00 | 134.25 | 14,096.25 |
| Zayas Del Moral, Walter J. | 105.00 | 120.00 | 12,600.00 |
| Pérez Díaz, Andrew | 105.00 | 115.50 | 12,127.50 |
| Meléndez Santiago, Audrey | 105.00 | 110.25 | 11,576.25 |
| Berríos Báez, Camille, CPA | 105.00 | 102.50 | 10,762.50 |
| Santiago Ortiz, José E. | 105.00 | 95.00 | 9,975.00 |
| Torres Díaz, José L. | 105.00 | 88.00 | 9,240.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms.

**BDO**

| | | | |
|---|---|---|---|
| Vélez, José G. | 105.00 | 36.00 | 3,780.00 |
| Vargas Sanabria, Nolan A. | 105.00 | 6.50 | 682.50 |

|  |  |  |
|---|---|---|
| Total Hours | 2,231.50 | |
| Billed | | $234,307.50 |
| Invoice Total | | $234,307.50 |

### Certification

Under penalty of absolute nullity, I certify that no employee of the Puerto Rico Department of Education has any direct or indirect pecuniary or other interest in this Agreement. If an employee is part or has any direct or indirect pecuniary or other interest in this Agreement, a previous waiver has been presented. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the Puerto Rico Department of Education. The amount of this invoice is fair and correct. The works have been carried out, the products have been delivered and the services have been rendered, and no payment has been received for them.

*BDO Puerto Rico, PSC*

BDO Puerto Rico

# ]BDO

Tel:  (787) 754-3999
Fax: (787) 754-3105
www.bdopr.com

PO Box 363436
San Juan, PR  00936-3436

# Invoice

Ms. Yanín M. Dieppa Perea, Esq.
Auxiliary Secretary of Federal Affairs Office
Puerto Rico Department of Education
Calle Federico Costas, Número 150
Urb. Industrial Tres Monjitas Hato Rey, PR 00919-0059

| | |
|---|---|
| Invoice: | 151318 |
| Date: | 04/30/2019 |
| Project: | 49172 |
| Client ID: | 292 |

RE: INVOICE FOR PROFESSIONAL SERVICES FOR APRIL 2019 FOR THE AUXILIARY SECRETARIAT OF FEDERAL AFFAIRS OF THE PUERTO RICO DEPARTMENT OF EDUCATION.

Contract Number: 2019-AF0022
PO Number: 0000645767
Account Number: E1290-221-01055200-06F-2019-00081-ADMCONLEA22119A-ADMINISTRACION-06F-1290
E1290-221-01055200-06F-2019-00081-ADMCONSEA2219A-ADMINISTRACION-06F-1290

Dear Ms. Dieppa:

We present the invoice for services provided in April 2019 for the Auxiliary Secretariat of Federal Affairs of the Puerto Rico Department of Education.

| Professional | Rate | Hours | Amount |
|---|---|---|---|
| Fuentes Collet, Yahaira | 105.00 | 160.00 | 16,800.00 |
| López Torres, Stephen | 105.00 | 160.00 | 16,800.00 |
| Pedrogo Matos, Limarie | 105.00 | 159.00 | 16,695.00 |
| Pérez Díaz, Andrew | 105.00 | 158.00 | 16,590.00 |
| Ortega Rodríguez, Estefania J. | 105.00 | 155.25 | 16,301.25 |
| Vélez Rosario, José G. | 105.00 | 152.00 | 15,960.00 |
| Zayas Del Moral, Walter J. | 105.00 | 146.00 | 15,330.00 |
| Larriuz, Juan C. | 105.00 | 144.50 | 15,172.50 |
| Ojeda Martínez, Billy | 105.00 | 136.00 | 14,280.00 |
| Santiago Ortiz, José E. | 105.00 | 131.25 | 13,781.25 |
| Santiago Murphy, Antonio C. | 105.00 | 126.50 | 13,282.50 |
| Rodríguez Barreto, José A. | 105.00 | 124.00 | 13,020.00 |
| Ortíz Torres, Jovanni | 105.00 | 120.00 | 12,600.00 |
| Díaz González, Roberto | 105.00 | 104.00 | 10,920.00 |
| Meléndez Santiago, Audrey | 105.00 | 88.00 | 9,240.00 |
| Torres Díaz, José L. | 105.00 | 77.00 | 8,085.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| | | | |
|---|---|---|---|
| Berríos Báez, Camille, CPA | 105.00 | 22.50 | 2,362.50 |
| Rivera González, Daniel | 105.00 | 12.00 | 1,260.00 |

| | | |
|---|---|---|
| Total Hours | | 2,176.00 |

| | |
|---|---|
| Billed | $228,480.00 |
| Invoice Total | $228,480.00 |

**Certification**

Under penalty of absolute nullity, I certify that no employee of the Puerto Rico Department of Education has any direct or indirect pecuniary or other interest in this Agreement. If an employee is part or has any direct or indirect pecuniary or other interest in this Agreement, a previous waiver has been presented. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the Puerto Rico Department of Education. The amount of this invoice is fair and correct. The works have been carried out, the products have been delivered and the services have been rendered, and no payment has been received for them.

*BDO Puerto Rico*

BDO Puerto Rico



Tel: (787) 754-3999
Fax: (787) 754-3105
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Yanín M. Dieppa Perea, Esq.
Auxiliary Secretary of Federal Affairs Office
Puerto Rico Department of Education
Calle Federico Costas, Número 150
Urb. Industrial Tres Monjitas Hato Rey, PR 00919-0059

Invoice: 153819
Date: 05/31/2019
Project: 49172
Client ID: 292

RE: INVOICE FOR PROFESSIONAL SERVICES FOR MAY 2019 FOR THE AUXILIARY SECRETARIAT OF FEDERAL AFFAIRS OF THE PUERTO RICO DEPARTMENT OF EDUCATION.

Contract Number: 2019-AF0022
PO Number: 0000645767
Account Number: E1290-221-01055200-06F-2019-00081-ADMCONLEA22119A-ADMINISTRACION-06F-1290
E1290-221-01055200-06F-2019-00081-ADMCONSEA2219A-ADMINISTRACION-06F-1290

Dear Ms. Dieppa:

We present the invoice for services provided in May 2019 for the Auxiliary Secretariat of Federal Affairs of the Puerto Rico Department of Education.

| Professional | Rate | Hours | Amount |
|---|---|---|---|
| Díaz González, Roberto | 105.00 | 176.00 | 18,480.00 |
| Ojeda Martínez, Billy | 105.00 | 176.00 | 18,480.00 |
| Zayas Del Moral, Walter J. | 105.00 | 176.00 | 18,480.00 |
| Pedrogo Matos, Limarie | 105.00 | 174.50 | 18,322.50 |
| López Torres, Stephen | 105.00 | 172.00 | 18,060.00 |
| Pérez Díaz, Andrew | 105.00 | 172.00 | 18,060.00 |
| Fuentes Collet, Yahaira | 105.00 | 169.50 | 17,797.50 |
| Vélez Rosario, José G. | 105.00 | 167.00 | 17,535.00 |
| Ortíz Torres, Jovanni | 105.00 | 166.50 | 17,482.50 |
| Larriuz Caldero, Juan C. | 105.00 | 140.00 | 14,700.00 |
| Rodríguez Barretto, José A. | 105.00 | 138.75 | 14,568.75 |
| Ortega Rodríguez, Estefania J. | 105.00 | 125.50 | 13,177.50 |
| Santiago Ortiz, José E. | 105.00 | 124.50 | 13,072.50 |
| Berríos Báez, Camille, CPA | 105.00 | 106.50 | 11,182.50 |
| Torres Díaz, José L. | 105.00 | 86.00 | 9,030.00 |
| Santiago Murphy, Antonio C. | 105.00 | 70.00 | 7,350.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| | | | |
|---|---|---|---|
| Santiago Rivera, Thomas A. | 105.00 | 35.00 | 3,675.00 |
| Torres Valdés, Luis A., CPA | 105.00 | 5.00 | 525.00 |
| Rivera González, Daniel | 105.00 | 2.00 | 210.00 |

| | | |
|---|---|---|
| Total Hours | 2,382.75 | |

| | |
|---|---|
| Billed | $250,188.75 |
| Invoice Total | $250,188.75 |

**Certification**

Under penalty of absolute nullity, I certify that no employee of the Puerto Rico Department of Education has any direct or indirect pecuniary or other interest in this Agreement. If an employee is part or has any direct or indirect pecuniary or other interest in this Agreement, a previous waiver has been presented. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the Puerto Rico Department of Education. The amount of this invoice is fair and correct. The works have been carried out, the products have been delivered and the services have been rendered, and no payment has been received for them.

*BDO Puerto Rico*

BDO Puerto Rico



Tel: (787) 754-3999
Fax: (787) 754-3105
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Yanín M. Dieppa Perea, Esq.
Auxiliary Secretary of Federal Affairs Office
Puerto Rico Department of Education
Calle Federico Costas, Número 150
Urb. Industrial Tres Monjitas Hato Rey, PR 00919-0059

| | |
|---|---|
| Invoice: | 154195 |
| Date: | 06/30/2019 |
| Project: | 49172 |
| Client ID: | 292 |

RE: INVOICE FOR PROFESSIONAL SERVICES FOR JUNE 2019 FOR THE AUXILIARY SECRETARIAT OF FEDERAL AFFAIRS OF THE PUERTO RICO DEPARTMENT OF EDUCATION.

Contract Number: 2019-AF0022
PO Number: 0000645767
Account Number: E1290-221-01055200-06F-2019-00081-ADMCONLEA22119A-ADMINISTRACION-06F-1290
E1290-221-01055200-06F-2019-00081-ADMCONSEA2219A-ADMINISTRACION-06F-1290

Dear Ms. Dieppa:

We present the invoice for services provided in June 2019 for the Auxiliary Secretariat of Federal Affairs of the Puerto Rico Department of Education.

| Professional | Rate | Hours | Amount |
|---|---|---|---|
| Ojeda Martínez, Billy | 105.00 | 156.75 | 16,458.75 |
| Díaz González, Roberto | 105.00 | 156.00 | 16,380.00 |
| Ortíz Torres, Jovanni | 105.00 | 152.00 | 15,960.00 |
| Zayas Del Moral, Walter J. | 105.00 | 151.00 | 15,855.00 |
| Pedrogo Matos, Limarie | 105.00 | 149.50 | 15,697.50 |
| Santiago Ortiz, José E. | 105.00 | 148.00 | 15,540.00 |
| Pérez Díaz, Andrew | 105.00 | 147.00 | 15,435.00 |
| López Torres, Stephen | 105.00 | 143.00 | 15,015.00 |
| Vélez Rosario, José G. | 105.00 | 136.00 | 14,280.00 |
| Larriuz Caldero, Juan C. | 105.00 | 130.50 | 13,702.50 |
| Rodríguez Barreto, José A. | 105.00 | 107.00 | 11,235.00 |
| Torres Díaz, José L. | 105.00 | 100.00 | 10,500.00 |
| Berríos Báez, Camille, CPA | 105.00 | 87.00 | 9,135.00 |
| Ortega Rodríguez, Estefanía J. | 105.00 | 50.00 | 5,250.00 |
| Fuentes Collet, Yahaira | 105.00 | 40.00 | 4,200.00 |
| Lebrón De la Cruz, Edgardo J. | 105.00 | 6.50 | 682.50 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

**BDO**

| | | | |
|---|---|---|---|
| Torres Valdés, Luis A., CPA | 105.00 | 2.00 | 210.00 |

| | | |
|---|---|---|
| Total Hours | 1,862.25 | |
| Billed | | $195,536.25 |
| Invoice Total | | $195,536.25 |

**Certification**

Under penalty of absolute nullity, I certify that no employee of the Puerto Rico Department of Education has any direct or indirect pecuniary or other interest in this Agreement. If an employee is part or has any direct or indirect pecuniary or other interest in this Agreement, a previous waiver has been presented. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the Puerto Rico Department of Education. The amount of this invoice is fair and correct. The works have been carried out, the products have been delivered and the services have been rendered, and no payment has been received for them.

*BDO Puerto Rico*

BDO Puerto Rico

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms

Contrato # 2019-000037

**GOBIERNO DE PUERTO RICO**

**OFICINA DE GERENCIA Y PRESUPUESTO**
**SAN JUAN, PUERTO RICO**

**CONTRATO DE SERVICIOS**

**COMPARECEN**

—**DE UNA PARTE:** La **OFICINA DE GERENCIA Y PRESUPUESTO** (en adelante, la **"OGP"**), una agencia del Gobierno de Puerto Rico, representada en este acto por su Subdirector de Administración, Sr. Eric Lebrón Mas, mayor de edad, casado y vecino de Guaynabo, Puerto Rico; quien se encuentra debidamente autorizado a comparecer y otorgar el presente Contrato conforme a la Ley Núm. 147 del 18 de junio de 1980, según enmendada, conocida como la "Ley Orgánica de la Oficina de Gerencia y Presupuesto".

—**DE LA OTRA PARTE: BDO, PUERTO RICO, PSC.,** (en adelante el "**Contratista**") una corporación de servicios profesionales con fines de lucro, debidamente registrada en el Departamento de Estado de Puerto Rico con número de registro 1196, y autorizada a hacer negocios en Puerto Rico, con dirección postal y física en: 1302 Ave. Ponce De León 1er piso, San Juan, Puerto Rico 00907; representada en este acto por su Presidente, Fernando Scherrer Caillet, mayor de edad, casado y vecino de Guaynabo, Puerto Rico; quien certifica fehacientemente estar debidamente autorizado para suscribir este contrato mediante Resolución Corporativa, emitida el 25 de septiembre de 2018, la cual se incluye y se hace formar parte del presente Contrato como el **Anejo I.** --------------




, —Las partes aseguran estar plenamente capacitadas para realizar este acto y otorgamiento, lo cual se comprometen a acreditar cuando y donde fuere necesario, y en tal capacidad y a tales efectos: --------------------------------------------------------------

**EXPONEN**

—La **OGP** está autorizada a contratar los servicios profesionales, técnicos y consultivos que sean necesarios y convenientes para realizar las actividades, programas y operaciones para cumplir con cualquier fin público que aplique a la **OGP**, según las facultades conferidas a ésta mediante la Ley Núm. 147 del 18 de junio de 1980, según enmendada, conocida como la "Ley Orgánica de la Oficina de Gerencia y Presupuesto".

—La **OGP** tiene la necesidad de contratar los servicios que ofrece el **Contratista**. La **OGP** evaluó y calificó la propuesta sometida y recomienda la contratación del **Contratista** para proveer servicios profesionales para el desarrollo y continuidad de un Programa de Negocios Comprensivo. ----------------------------------------------------------

—El **Contratista** cuenta con la capacidad y experiencia necesaria para cumplir con las obligaciones y responsabilidades que asume mediante este contrato, y certifica que conoce las normas éticas de su profesión y asume la responsabilidad por sus acciones.

—**POR TANTO,** a tales efectos, ambas partes han acordado suscribir el presente

1

contrato (en adelante, el "Contrato") y en su consecuencia lo formalizan de acuerdo a las siguientes: ------------------------------------------------------------------------

## CLÁUSULAS Y CONDICIONES

---**PRIMERA:** El **Contratista** suplirá aquellos servicios para el desarrollo y continuidad de un Programa de Negocios Comprensivo; análisis de las necesidades tecnológicas existentes y futuras con el propósito de definir los requisitos para una Solución *Hybrid Computing* usando como referencia el *CAF* o *Cloud Adoption Framework* y el *Framework for Cloud Usability*, publicado por el a *National Institute of Standards and Technologies*, NIST, así como, asistir a la **OGP** durante la selección del mejor proveedor de servicio *Hybrid Computing Solution*, de acuerdo con el resultado esperado para la Oficina de Gerencia y Presupuesto (en adelante, los "Servicios") según se le soliciten y dentro del marco de lo descrito en la propuesta de servicios profesionales del 25 de septiembre de 2018, la cual se incluye y se hace formar parte del presente **Contrato**, en tanto no contravenga las cláusulas de éste. **ANEJO II.**------------------------------------------

---**SEGUNDA.** En específico, será responsable de los siguientes servicios a la **OGP**, incluyendo, pero no limitándose a lo siguiente: -----------------------------------------------

- *Review and Update OGP's Business Continuity Program*-------------------------------------
  1. *Program Initiation and Management*-----------------------------------------------------
  2. *Risk Assessment*---------------------------------------------------------------------------
  3. *Business Impact Analysis:*-----------------------------------------------------------------
  4. *Business Continuity Strategies*------------------------------------------------------------
  5. *Incident Response*--------------------------------------------------------------------------
  6. *Plan Development and Implementation*-------------------------------------------------------
  7. *Awareness and Training Programs*-----------------------------------------------------------
  8. *Business Continuity Plan Exercise, Assessment, and Maintenance*-----------------------
  9. *Crisis Communications*---------------------------------------------------------------------
  10. *Coordination with External Agencies*------------------------------------------------------
- *Review and Update OGP's Requirements for a Hybrid Computing Solution*--------------
  1. *Áreas de Foco:*-----------------------------------------------------------------------------
      a. *Business Approach: Value Realization*------------------------------------------------
      b. *People Approach*------------------------------------------------------------------------
      c. *Governance Approach*-------------------------------------------------------------------
      d. *Platform Approach*-----------------------------------------------------------------------
      e. *Security Approach*-----------------------------------------------------------------------
      f. *Operations Approach*--------------------------------------------------------------------
- *Vendor Selection Advisory for a Hybrid Computing Solution*-----------------------------
- El **Contratista**, cooperará con la **OGP** respecto a cualquier asunto relacionado directa o indirectamente con exámenes, inspecciones y otros procedimientos de naturaleza reglamentaria efectuados por los auditores internos de la **OGP** o por las agencias reglamentarias.-------------------------------------------------------------------------------

---Además, las partes acuerdan que la **OGP** podrá requerir al **Contratista** otros servicios afines a este contrato de acuerdo con sus necesidades particulares como agencia gubernamental. ------------------------------------------------------------------------------------

---El **Contratista** realizará aquellos estudios y redactará aquellos documentos que sean necesarios y pertinentes para el buen desempeño de las funciones que se encomiendan bajo las disposiciones de este contrato. Disponiéndose que todo material escrito, incluyendo informes, minutas de reuniones, datos, documentos que resulten de los estudios, proyecciones y gestiones que lleve a cabo el **Contratista** en cumplimiento de las disposiciones de este contrato, serán de exclusiva propiedad de la **OGP**, sin que esto conlleve compensación adicional para el **Contratista** y el **Contratista** no podrá divulgar, publicar, distribuir o, de alguna manera, utilizar los mismos sin la autorización previa por escrito de la **OGP.**------------------------------------------------------------------------------

---El **Contratista** presentará sus servicios de acuerdo con las mejores prácticas, usos y costumbres, y guías de su profesión siempre que no sean contrarias a la normativa gubernamental sobre contratación, y no asumirá la representación profesional de ninguna persona natural o jurídica que tenga interés en algún asunto bajo la consideración de la **OGP**, aparte del interés general que como ciudadanos puedan tenerse en los asuntos públicos. ------------------------------------------------------

---El **Contratista** no podrá transigir o hacer compromiso alguno que vincule a la **OGP** con relación a los asuntos que le fueron encomendados, sin la debida autorización y consentimiento expreso de la **OGP**. ------------------------------------------------------

---**TERCERA:** El **Contratista** deberá cumplir con lo dispuesto tanto en la Propuesta como en este Contrato. En caso de haber conflicto entre la Propuesta y las disposiciones de este acuerdo, prevalecerá lo dispuesto en este Contrato. De haber disposiciones contrarias a la normativa gubernamental en algunos de los anejos de este Contrato, las mismas se tendrán por no puestas. ------------------------------------------------------

---**CUARTA:** Las Partes, libre y voluntariamente, acuerdan que bajo los términos de este Contrato no se están estableciendo relaciones de patrono y empleado, y el **Contratista** actuará y prestará servicios en todo momento como contratista independiente y conviene no reclamar a la **OGP** por concepto de vacaciones, licencia por enfermedad, retiro, bono de navidad, póliza de responsabilidad, ni seguro social. El **Contratista** será responsable de pagar sus aportaciones prescritas por ley. ---------------------------------------

---**QUINTA:** Los Servicios que se ofrecerán mediante este Contrato no constituyen ni reúnen las características de un puesto incluido y/o disponible en los planes de clasificación y retribución vigentes de la **OGP**. Los Servicios no pueden ser prestados por el personal regular existente, ya que la **OGP** no cuenta con los recursos humanos suficientes con la preparación y la experiencia profesional necesaria para ofrecer en estos momentos los Servicios a ser contratados mediante este acuerdo. -------------------

---**SEXTA:** La facturación dependerá exclusivamente del uso que haga la **OGP** de los Servicios contratados. El **Contratista** podrá facturar y la **OGP** se compromete a pagar al **Contratista** por servicios prestados y recibidos conforme a este Contrato, y mediante facturas mensuales presentadas, aprobadas y vencidas. Las tarifas por servicios

prestados no podrán exceder de: -----------------------------------------------------------

---La cuantía máxima de horas a emplearse para llevar a cabo los servicios no podrá exceder de **MIL TRESCIENTAS (1,300) HORAS**, durante el término del contrato. --------

---La cuantía máxima por hora no podrá exceder de **CIENTO CINCUENTA (150) DÓLARES**, por hora. ----------------------------------------------------------------------

El monto total máximo bajo este Contrato no excederá los **CIENTO NOVENTA Y CINCO MIL DÓLARES ($195,000.00)**, durante su vigencia. La **OGP** no realizará ningún pago en exceso de la cantidad dispuesta en esta Cláusula, aunque el **Contratista** exceda la misma, independientemente de las razones que pueda tener para dicho exceso. Los pagos se harán de la partida presupuestaria o **CIFRA DE CUENTA 111-0160000-003-006-2019** o de cualquier otra cuenta o partida presupuestaria que se identifique para estos propósitos. Los desembolsos por servicios prestados y facturados bajo este Contrato estarán sujetos en todo momento a la disponibilidad de los fondos asignados y debidamente certificados y, sujeto a la disponibilidad del presupuesto de OGP, el cual está afecto a cambios que pueda implementar el Gobernador, la Junta de Supervisión Fiscal o que de otra forma sean requeridos por ley o mediante Resolución Conjunta. De ser el caso, **OGP** podrá reducir los servicios contratados mediante notificación escrita notificada con al menos treinta (30) días de antelación y durante dicho plazo, el Contratista informará su aceptación o notificará la cancelación de este Contrato por escrito. La **OGP** sería responsable por el pago de los servicios rendidos y aprobados a tenor con las disposiciones de este **Contrato** hasta la fecha de efectividad de la notificación. Además, la **OGP** se reserva el derecho a retener, modificar o detener totalmente el pago de las facturas como medida provisional o permanente si se determina que es necesario para salvaguardar el buen uso de los fondos tan pronto **OGP** obtenga conocimiento o en caso de incumplimiento con los términos y condiciones del presente contrato. Además, la **OGP**, reconoce y acepta que de retener o detener totalmente pago de las facturas, el Contratista podrá suspender los servicios hasta tanto se reanude y /o se emita el pago correspondiente. La **OGP** sujetará el último pago a la entrega de la identificación de contratista, que para propósitos de acceso a las distintas facilidades de la **OGP** se le entregue al **Contratista**.------------------------------------------------------

---La Ley Núm. 103 de 25 de mayo de 2006, conocida como *Ley para Implantar la Reforma Fiscal del Gobierno de Puerto Rico*, según enmendada, dispone en el Artículo 20 que será política pública del gobierno del Gobierno de Puerto Rico incentivar el desarrollo de la tecnología estimulando que todo desembolso de fondos públicos se realice mediante métodos electrónicos. En cumplimiento con dichas disposiciones de ley, el 14 de diciembre de 2011 **OGP** emitió la Carta Circular 1300-10-12 con el propósito de requerir que las agencias establezcan en sus Contratos una cláusula en la cual los suplidores acepten recibir los pagos por bienes o servicios prestados mediante transferencia electrónica. A esos efectos, el **Contratista** se obliga a completar el Modelo SC 733, "Autorización y Acuerdo para Pago Electrónico de Suplidores" para proveer información sobre la cuenta bancaria a la cual se realizará la transferencia y que contiene la siguiente autorización: ------------------------------------------------------------------

Autorizo a OGP a depositar electrónicamente toda suma que adeude a este suplidor en una cuenta bancaria. En caso de haber algún sobrepago, o cualquier error relacionado al pago electrónico, autorizo al Departamento de OGP a cargar electrónicamente la cuenta bancaria para corregir el error. ------------------------------------------------------------------

---SÉPTIMA: Los precios aquí pactados se mantendrán fijos durante la vigencia de este Contrato y no estarán sujetos a cambios por aumentos en el mercado o de cualquier otra índole, ya sean previsibles o no. El **Contratista** se compromete a continuar ofreciendo los servicios aquí acordados, aunque surjan discrepancias relacionadas a lo expresado anteriormente. Disponiéndose que, cualquier contrato por los mismos servicios, en idénticas circunstancias y condiciones, a menor precio, que el **Contratista** firme con cualquiera agencia de Gobierno, tendrá el efecto de renegociar e igualar los precios para los contratos de la **OGP**. Dicha renegociación y enmienda de precios deberá constar por escrito mediante enmienda al Contrato. ------------------------------------------------------------------

---OCTAVA: Este Contrato estará **en vigor desde el momento de su firma hasta el 30 de junio de 2019.** Conforme a derecho y a las normas que rigen la contratación de servicios, los comparecientes en este Contrato toman conocimiento de que no se prestará servicio alguno bajo el mismo hasta que sea firmado por ambas partes y hasta que el contrato esté debidamente registrado en la Oficina del Contralor de Puerto Rico. De la misma forma, no se continuará ofreciendo servicio alguno bajo este Contrato después de la fecha de expiración, excepto que a la fecha de expiración exista una enmienda prospectiva firmada por ambas partes extendiendo su vigencia. La tácita reconducción no es compatible con los estatutos que regulan la contratación gubernamental, por lo que no será de aplicación al presente Contrato. Asimismo, las cartas para extender el término de una relación jurídica con la **OGP** no pueden considerarse un contrato, pues no cumplen con los requisitos de ley para constituir un contrato gubernamental. La vigencia de este Contrato estará también sujeta a que el mismo sea debidamente registrado y que copia de éste sea remitida a la Oficina del Contralor del Gobierno de Puerto Rico. Ninguna prestación o contraprestación objeto de este Contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor a tenor con lo dispuesto en la Ley Núm. 18 de 30 de octubre de 1975, según enmendada. Tampoco se pagarán servicios prestados en violación a esta cláusula y cualquier funcionario de la OGP o entidad gubernamental que solicite y acepte servicios del **Contratista** en violación a esta disposición, lo estará haciendo sin autoridad legal alguna, constituyendo su actuación un acto ultra vires, que no vincula ni obliga a la OGP. De la misma forma, no se continuará ofreciendo servicio alguno bajo este contrato después de la fecha de expiración, excepto que a la fecha de expiración exista una enmienda prospectiva firmada por ambas partes extendiendo su vigencia. ------------------

---NOVENA: La **OGP**, a su entera discreción y por cualquier motivo, podrá dar por terminado este Contrato mediante notificación escrita al **Contratista** con treinta (30) días de anticipación a la fecha en la que desea su terminación. Los derechos, deberes y responsabilidades de las partes continuaran en pleno vigor durante el período de treinta

5

(30) días desde dicha notificación. No obstante, el requisito de notificación previa dispuesto anteriormente no será de aplicación, y la **OGP** podrá dar por terminado este Contrato inmediatamente cuando: ———————————————————————————

1) Contra el **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, se determine causa probable para el arresto por cualquier delito contra el erario, la función pública, o el ejercicio gubernamental; o que involucre fraude, malversación o apropiación ilegal de fondos o propiedad pública, en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país; ——

2) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, que fuere convicto o se declare culpable en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país, por infracción a los Artículos 4.2, 4.3 o 5.7 de la Ley 1-2012, según enmendada, conocida como la "Ley Orgánica de la Oficina de Ética Gubernamental"; por infracción a alguno de los delitos graves contra el ejercicio del cargo público o contra los fondos públicos de los contenidos en los Artículos 250 al 266 de la Ley 146-2012, según enmendada, conocida como "Código Penal de Puerto Rico"; por cualquier otro delito grave que involucre el mal uso de los fondos o propiedad pública, incluyendo sin limitarse a los delitos mencionados en la Sección 6.8 de la Ley 8-2017, según enmendada, conocida como "Ley Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; por cualquiera de los delitos contenidos en la Ley 2-2018, conocida como el "Código Anticorrupción para el Nuevo Puerto Rico"; o sus equivalentes en otras jurisdicciones. La convicción o culpabilidad por cualquiera de los delitos antes mencionados conllevará, además de cualesquiera otras penalidades, la resolución del Contrato, y el Gobierno tendrá derecho a exigir la devolución de las prestaciones que hubiese efectuado con relación al Contrato afectado por la comisión del delito; —————————————————————

3) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, fuere o se haya declarado culpable por cualquier delito cuyo resultado afectare directa o indirectamente los derechos y obligaciones del Contrato. En dicho caso el **Contratista** estará obligado a reembolsar todos los fondos públicos que por razón del Contrato la OGP le haya desembolsado; ————————————————————————

4) El **Contratista** incurra en cualquier acto u omisión que atente contra la ley, la moral o el orden público; ——————————————————————————

5) El **Contratista** o cualquiera de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices, incurra en negligencia o abandono de deberes, o incumpla con el presente Contrato; ———————————

6) La violación, por parte del **Contratista**, de cualquiera de los términos o condiciones de este Contrato; ————————————————————————

7) La **OGP** entienda que existe una situación fiscal extraordinaria que amerite un

recorte inmediato de gastos; ---------------------------------------------------------

8) De incurrir el Contratista en cualquiera de las siguientes conductas: ---------------

    a. El desempeño deficiente de los servicios; ------------------------------------

    b. Negligencia o abandono de sus deberes; -----------------------------------

    c. Conducta impropia, o----------------------------------------------------------

    d. El incumplimiento con cualesquiera de las disposiciones del contrato. ---------

---Si la OGP opta por la resolución del Contrato, el Contratista se abstendrá de realizar gestiones adicionales, a no ser que su inacción pueda perjudicar a la OGP o implique conducta profesional inadecuada en cuyo caso notificará a la OGP la gestión a ser realizada.--------------------------------------------------------------------------------------

---De ocurrir la cancelación del Contrato, el Contratista no tendrá derecho a compensación adicional alguna, excepto lo devengado bajo el mismo hasta la fecha de cancelación, siempre y cuando estos servicios estén de acuerdo con los términos del contrato. --------------------------------------------------------------------------------------

---El **Contratista** certifica que no ha sido convicto o se ha declarado culpable, en la jurisdicción estatal o federal, por ninguno de los delitos antes dispuestos, particularmente de delitos contra la integridad pública o malversación de fondos públicos según definidos en el Código Penal de Puerto Rico, en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América. De resultar convicto o declararse culpable de los delitos antes mencionados, el Contrato quedará resuelto inmediatamente. Igualmente, acepta y reconoce su deber de informar de manera continua, durante todas las etapas de la contratación, ejecución y vigencia del Contrato, cualquier hecho que se relacione con el inicio de cualquier investigación por la comisión de los delitos antes dispuestos en el ámbito federal o estatal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país. -------------------------------------------------

---El **Contratista**, además, certifica que durante los diez (10) años previos a la formalización de este Contrato no ha cometido delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública en el ámbito federal o estatal.------------------------------------------------------------------------

---En los casos donde no se haya determinado causa probable para arresto, alegación de culpabilidad ni acusación contra el **Contratista**, pero se hayan realizado expresiones o admisiones de delito, el Contratista reconoce que la **OGP** tendrá que remitir el asunto al Secretario de Justicia quien realizará la determinaciones y recomendaciones pertinentes. -------------------------------------------------------------------------------------

---**DÉCIMA:** Disponiéndose que si el Contrato, mediante enmiendas, excediese los diez mil dólares ($10,000), ambas partes contratantes reconocen y acceden a que los servicios contratados podrán ser brindados a cualquier entidad de la Rama Ejecutiva con la cual la entidad contratante realice un acuerdo interagencial o por disposición directa de la Secretaría de la Gobernación a tenor con las normas aplicables. Estos servicios se realizarán bajo los mismos términos y condiciones en cuanto a horas de trabajo y compensación consignados en este Contrato. Para efectos de esta Cláusula, el término "entidad de la Rama Ejecutiva" incluye a todas las agencias del Gobierno de Puerto Rico,

así como a las instrumentalidades y corporaciones públicas y a la Oficina del Gobernador----------------------------------------------------------------------------------------------.

---En dicho caso que el Contrato exceda los diez mil dólares ($10,000), la Secretaría de la Gobernación tendrá la facultad para dar por terminado el presente Contrato en cualquier momento. ----------------------------------------------------------------------------------------

---**DÉCIMA PRIMERA**: El **Contratista** facturará mensualmente por los Servicios prestados; El pago de los mismos se efectuará previa presentación por parte del **Contratista** de la factura aquí acordada, en original y una (1) copia, durante los primeros veinte (20) días del mes siguiente al mes de facturación, la cual el **Contratista** habrá de remitir a la **OGP** mediante correo regular a la dirección acordada o de la forma que indique la **OGP**.----------------------------------------------------------------------------------------

---La factura deberá ser específica, desglosada y deberá estar acompañada de un informe que detalle los servicios prestados, las horas invertidas y disponibles, los procesos realizados, fines de dichos procesos y los resultados obtenidos. La **OGP** se reserva el derecho de revisar detalladamente la corrección de las facturas, y los informes; efectuar las auditorías que estime convenientes; y de encontrarlas correctas, aprobarlas y procesarlas para pago. ----------------------------------------------------------------------------------

---Toda factura para el cobro de bienes o servicios que se presente a la **OGP** deberá contener la siguiente certificación: ---------------------------------------------------------------------



> *"Bajo pena de nulidad absoluta certifico que ningún servidor público de la entidad gubernamental es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios productos del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la entidad gubernamental. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados y los servicios han sido prestados, y no se ha recibido pago por ellos."* ----------------------------------------------------------------------------------

---La **OGP** hará todas las gestiones a su alcance para que las facturas se paguen en un periodo de treinta (30) días calendarios y/o no más tarde de cuarenta (40) días calendario, luego de haberse recibido la factura, según lo dispone la Ley Núm. 25 de 8 de diciembre de 1989, según enmendada, luego de haberse aprobado los servicios. ----

---El **Contratista** se obliga a informar a la **OGP** cuando la facturación por los servicios alcance el ochenta por ciento (80%) de la cuantía máxima establecida en este Contrato. De no cumplirse con esta obligación, y efectuarse la correspondiente enmienda al contrato, y la **OGP** no suscribir la correspondiente enmienda prospectiva una vez se alcance el cien por ciento (100%) de la cuantía máxima, la **OGP** no pagará aquellos servicios prestados en exceso de la cuantía estipulada en el contrato original. -------------

---**DÉCIMA SEGUNDA**: Al **Contratista** no se le efectuarán retenciones para fines del seguro social federal. No obstante, éste será responsable de pagar dichas aportaciones,

y de rendir sus planillas ante el Departamento de Hacienda por cualquier cantidad tributable como resultado de los ingresos devengados a tenor de este Contrato. La **OGP** notificará al Departamento de Hacienda los pagos y reembolsos que sean efectuados al **Contratista**. ------------------------------------------------------------------------------------

----La **OGP** deducirá y retendrá de los pagos que efectúe al **Contratista** por concepto de este Contrato el siete por ciento (7 %) de interés que aplique, si alguno, correspondiente a las retenciones relativas a contribuciones sobre ingresos, la aportación especial por servicios profesionales y consultivos, u cualquier otro concepto, según disponga el Departamento de Hacienda, la Ley 1-2011, según enmendada, conocida como el Código de Rentas Internas para un Nuevo Puerto Rico, o cualquier otra ley aplicable, tal como la Ley 48-2013; Salvo, que el **Contratista** someta el relevo correspondiente emitido por el Departamento de Hacienda, en cuyo caso la retención será aquélla indicada en el relevo. La **OGP** será responsable de notificar al Departamento de Hacienda el porciento de retención que tenga el **Contratista** según el relevo o, en su defecto, que no tiene relevo alguno. ----------------------------------------------------------------------------------------

--**DÉCIMATERCERA:** Las partes aquí comparecientes designarán una persona de contacto, quien será responsable de mantener la comunicación entre las partes contratantes durante la vigencia de este Contrato. Esta persona contacto será responsable de organizar y suplir a la otra parte toda la información necesaria para llevar a cabo la instalación del equipo necesario para los Servicios contratados. ------------------

----**DÉCIMA CUARTA:** Todos los avisos escritos dados por cualquiera de las partes, según los términos de este Contrato, serán remitidos a las siguientes direcciones: -------

**BDO Puerto Rico, PSC**

1302 Ave. Ponce De León 1er piso,
San Juan, Puerto Rico 00907
Att: Fernando Sherrer Caillet
Tel: 787-754-3999
Fax: 787-754-3105
**Oficina de Gerencia y Presupuesto**

P.O. Box 9023228
San Juan, PR 00902-3228
Att: Lcdo. José I. Marrero Rosado
Director
Tel: (787) 725-9420
Fax. (787) 792-8466

----Las partes aceptan y reconocen su obligación de mantener al día a la otra parte de sus direcciones correctas, incluyendo números de teléfonos, fax, correos electrónicos, y persona de contacto durante la vigencia del presente Contrato. --------------------------------

----En la eventualidad que una de las partes no notifique por escrito a la otra de cualquier cambio de dirección, correo electrónico, fax o persona contacto, cualquier notificación enviada por una parte a la otra se entenderá como bien hecha si se efectúa según lo dispuesto en esta sección. --------------------------------------------------------------------------

----**DÉCIMA QUINTA:** Las partes reconocen la necesidad de agilizar la comunicación y los procesos entre los consultores o proveedores de bienes y servicios, y las agencias

del Gobierno de Puerto Rico. Además, aceptan el deber de proteger y custodiar el récord de actividades oficiales y la integridad del contenido de todas las comunicaciones oficiales y notificaciones entre ellas, sin poner en riesgo los sistemas de información del Gobierno y garantizando su seguridad. Por lo cual, acuerdan que, en lo sucesivo, toda persona natural o jurídica que supla servicios al Gobierno vendrá obligada a solicitar y utilizar la cuenta de correo electrónico que le sea provista por el Gobierno, con resguardo de las comunicaciones escritas y oficiales de los suplidores con cualquier agencia con la que exista un contrato; siendo éste el único medio de comunicación y notificación autorizado para las comunicaciones electrónicas mientras este Contrato esté vigente. -

---La cuenta de correo electrónico provista servirá para cursar toda comunicación oficial con la **OGP**, utilizando el dominio @Vendors.PR.Gov. Estas cuentas se activarán al perfeccionar el Contrato, se mantendrán activas durante la relación contractual, y se desactivarán al término de vencimiento del Contrato.  Las mismas podrán reactivarse con la renovación del Contrato. ------------------------------------------------------------------

---**DÉCIMA SEXTA**: El **Contratista** reconoce que toda la información o datos suministrados, obtenidos y producidos como parte de los Servicios objeto de este Contrato serán considerados confidenciales y que, como tales, su divulgación sin el consentimiento por escrito de la **OGP** queda estrictamente prohibida. Asimismo, reconoce la naturaleza confidencial de toda información interna, no pública, financiera, de negocios relacionada con el funcionamiento de la **OGP** y del Gobierno de Puerto Rico, sus agencias, sus corporaciones o municipios, que le sea suministrada para la prestación de sus Servicios, o de la cual advenga en conocimiento como resultado de los Servicios prestados en virtud de este Contrato. El **Contratista** se compromete a mantener en estricta confidencialidad dicha información y, conforme a ello, se compromete a utilizar el correo electrónico que se le proveerá para llevar a cabo sus comunicaciones electrónicas con la **OGP**, según dispuesto en la Decimoquinta Cláusula de este Contrato

---El **Contratista** también reconoce que todo material, documento o información que resulte de las gestiones contratadas con el **Contratista** será propiedad única y exclusiva de la **OGP** y no podrá ser divulgada en todo o en parte sin autorización previa por escrito de ésta. Igualmente, cualquier diseño, modelo o producto de este Contrato será considerado propiedad intelectual de la **OGP**, quien tendrá derecho absoluto sobre los mismos. Disponiéndose que, el **Contratista** no tendrá derecho alguno sobre los productos desarrollados como parte de este Contrato, y cualquier solución desarrollada podrá ser utilizada en cualquier otra agencia o instrumentalidad pública del Gobierno sin tener que incurrir en costos adicionales de licenciamiento. Si el Contratista no entrega o devuelve a la OGP todo material, documento, informe o información que resulte de las gestiones contratadas con éste, OGP podrá solicitar la entrega de dichos materiales al Contratista o a sus sucesores mediante el procedimiento o acción judicial que proceda, de tener que recurrir a la vía judicial para el recobro de cualquiera de esta información el Contratista será responsable de pagar a la OGP los costos, gastos y honorarios para llevar dicho pleito de la OGP. -----------------------------------------------------------------

---**DÉCIMA SÉPTIMA**: El **Contratista** se compromete a realizar aquellos estudios, rendir

aquellos informes periódicos solicitados, y redactar aquellos documentos que sean necesarios y pertinentes para el buen funcionamiento y desempeño de las funciones a tenor de las disposiciones de este Contrato. Asimismo, se compromete a conservar dichos estudios, informes, y documentos, incluyendo las hojas de trabajo y demás documentos relacionados con sus obligaciones bajo este Contrato, para ser examinados o copiados por la Oficina del Contralor de Puerto Rico en sus intervenciones, según la autoridad conferida mediante la Constitución del Gobierno de Puerto Rico y la Ley Núm. 9 del 4 de julio de 1952, según enmendada. --------------------------------------------------------------

---Dichos documentos se conservarán por un período no menor de seis (6) años o hasta que se efectúe una intervención por la Oficina del Contralor, lo que ocurra primero. Si durante esos seis (6) años la Oficina del Contralor, o el Departamento de Justicia, efectúa una auditoría o investigación sobre las tareas realizadas por el **Contratista**, éste deberá retener los documentos hasta que se concluya dicha auditoría o investigación. --------------

---**DÉCIMA OCTAVA**: El **Contratista** hace constar que a la fecha de la firma de este Contrato tiene relaciones contractuales con las siguientes agencias o dependencias del gobierno: Sistema de Retiro para Maestros, AEE, Administración de Compensaciones por Accidentes de Automóviles, DTOP, AAFAF, Instituto de Cultura Puertorriqueña, ACT, Departamento del Trabajo y Recursos Humanos, AFI, Departamento de Hacienda, Municipio de San Juan, Departamento de Educación, Administración de Seguros de Saludo de Puerto Rico, Oficina del Comisionado de Seguros, Junta de Gobierno de la UPR, Departamento de Justicia y DDEC. --------------------------------------------------------------

El **Contratista** reconoce que en el descargo de sus Servicios tiene un deber de lealtad completa hacia la **OGP**, lo que incluye el no tener intereses adversos o encontrados a dicho organismo gubernamental o el Gobierno de Puerto Rico. El **Contratista** representa intereses adversos o encontrados cuando, en beneficio de un cliente, es su deber promover aquello a que debe oponerse en cumplimiento de sus obligaciones para con otro cliente anterior, actual o potencial, como lo sería la **OGP**; También representan intereses adversos o encontrados cuando su conducta es descrita coma tal en las normas de ética reconocidas a su profesión, o en las leyes y reglamentos del Gobierno de Puerto Rico. En contratos con sociedades, corporaciones o firmas constituirá una violación de esta prohibición el que alguno de sus directores, asociados o empleados incurra en la conducta aquí descrita. --------------------------------------------------------------

---El **Contratista** evitará la mera apariencia de la existencia de intereses adversos o encontrados; y reconoce que este deber, además, incluye la obligación continua de divulgar a la **OGP** todas las circunstancias de sus relaciones con clientes y terceras personas, y cualquier interés que pudiese influir en la **OGP** al momento de otorgar este Contrato o durante su vigencia. El **Contratista** no aceptará la representación o asesoría de ningún asunto o interés que esté en conflicto con la **OGP**, y de surgir alguno viene obligado a informar inmediatamente a la **OGP** sobre ello; y certifica que no entrará en relaciones contractuales o realizará actos que configuren un conflicto de interés con la **OGP** y; que notificará a la **OGP** tan pronto se percate de cualquier conflicto de interés tomando las medidas necesarias para corregir la situación. --------------------------------------------

---El **Contratista** reconoce el poder de fiscalización de la **OGP** o su representante designado, con relación al cumplimiento de las prohibiciones aquí contenidas. De entender la **OGP**, o su representante designado, que existen o han surgido intereses adversos o encontrados para con el **Contratista**, le notificará por escrito sus hallazgos y su intención de finalizar el contrato en el término de treinta (30) días. ----------------------

---**DÉCIMA NOVENA:** Las Partes reconocen y certifican que: Ningún legislador, funcionario público o empleado de la **OGP**, ni algún miembro de sus unidades familiares, tiene o tendrá directa o indirectamente interés económico en las ganancias o beneficios producto del presente Contrato, ni ningún otro interés que afecte adversamente el mismo; además, certifican que éstos que no pueden ejercer, o han ejercido, influencia sobre este proceso de contratación; Ningún funcionario o empleado público que esté autorizado para contratar a nombre de la **OGP**, o algún miembro de su unidad familiar tiene o ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario; Ningún funcionario o empleado de la OGP, o algún miembro de las unidades familiares de éstos, tiene o ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario, a menos que el Gobernador, previa recomendación del Secretario de Hacienda y del Secretario de Justicia, lo autorice; Ningún funcionario o empleado público podrá tener algún interés en las ganancias o beneficios producto del presente Contrato, a menos que el Gobernador, previa recomendación del Secretario de Hacienda y del Secretario de Justicia, expresamente lo autorice; Ningún funcionario o empleado público que tenga la facultad de aprobar o autorizar contratos en la **OGP** podrá evaluar, considerar, aprobar o autorizar el presente Contrato cuando éste o algún miembro de su unidad familiar tenga o haya tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente, interés pecuniario. -----------------------------------------------------



---El **Contratista** certifica que no tiene, así como sus socios, accionistas, representantes, asociados, subsidiarias, compañías matrices, si alguna, directores, oficiales o empleados recibe paga o compensación alguna por servicios regulares o de jornada parcial prestados bajo nombramiento, como funcionario o empleado público, a ninguna entidad gubernamental, agencia, organismo, corporación pública o municipio. No se pagarán servicios prestados en violación a esta cláusula. La **OGP** certifica que mediante el presente acuerdo no se contrata con o para beneficio de personas que hayan sido funcionarios o empleados públicos de dicha agencia ejecutiva, hasta tanto hayan transcurridos dos (2) años desde que dicha persona haya cesado en sus funciones como tal. El Gobernador podrá expedir dispensa en cuanto a la aplicabilidad de esta disposición siempre que tal dispensa resulte en beneficio del servicio público. Esta prohibición no será aplicable a contratos para la prestación de servicios ad honórem. ---
---De así requerirse, las Partes han obtenido cualesquiera dispensas requeridas por ley de cualesquiera entidades de gobierno autorizadas para conceder tales dispensas, y que copias de éstas han sido entregadas a la **OGP** para que formen parte del expediente de contratación. -------------------------------------------------------------------------------------

---**VIGÉSIMA:** El **Contratista** certifica que ha sido orientado y/o recibida copia de la Ley

1-2012, según enmendada, conocida como la "Ley Orgánica de la Oficina de Ética Gubernamental de Puerto Rico"; y que en protección de los intereses de la **OGP** se compromete a prestar sus Servicios de conformidad con dicha Ley. La **OGP**, por conducto del funcionario facultado por ley a comparecer en el presente Contrato y por ser una agencia del Gobierno de Puerto Rico, certifica que cumple con todas las disposiciones aplicables de la referida Ley 1-2012. ------------------------------------------------

---**VIGÉSIMA PRIMERA:** El **Contratista** entiende y reconoce que por medio de este Contrato se compromete, a regirse por las disposiciones del Código de Ética para Contratistas, Suplidores, y Solicitantes de Incentivos Económicos del Gobierno De Puerto Rico, establecido por virtud de la Ley 2-2018, conocida como "Código Anticorrupción para el Nuevo Puerto Rico", y certifica que se le ha sido orientado y/o recibida copia de dicho Código. Certifica, además, que conoce las normas éticas de su profesión y asume la responsabilidad por cualquiera acción que pudiese ser contraria a tales normas. Los contratistas de servicios especializados para los cuales por ley se les exige requisitos particulares para el ejercicio de su profesión deberán presentar evidencia de ello para el otorgamiento del presente Contrato. ----------------------------------

---**VIGÉSIMA SEGUNDA:** El **Contratista** certifica que no ha sido convicto, en la jurisdicción estatal o federal, o en cualquier otra jurisdicción de los Estados Unidos de América o en cualquier otro país, por: infracción a los Artículos 4.2, 4.3 o 5.7 de la Ley 1-2012, según enmendada, conocida como "Ley Orgánica de la Oficina de Ética Gubernamental"; por infracción a alguno de los delitos graves contra el ejercicio del cargo público o contra los fondos públicos de los contenidos en los Artículos 250 al 266 de la Ley 146-2012, según enmendada, conocida como "Código Penal de Puerto Rico"; por cualquier otro delito grave que involucre el mal uso de los fondos o propiedad pública, incluyendo sin limitarse a los delitos mencionados en la Sección 6.8 de la Ley 8-2017, según enmendada, conocida como "Ley Administración y Transformación de los Recursos Humanos en el Gobierno de Puerto Rico"; por cualquiera de los delitos contenidos en la Ley 2-2018, conocida como el "Código Anticorrupción para el Nuevo Puerto Rico"; o sus equivalentes en otras jurisdicciones.---------------------------

---Igualmente, el **Contratista** reconoce que su deber de informar será de naturaleza continua durante todas las etapas de contratación y ejecución del Contrato y que, de resultar convicto o declararse culpable, en la jurisdicción estatal o federal, por alguno de los delitos anteriores esto será causa suficiente para que la **OGP** de por terminado el Contrato y el mismo quede resuelto. Además, el Contratista comprende que en dicha eventualidad quedará inhabilitado de contratar o licitar con cualquier agencia del Gobierno de Puerto Rico por el término aplicable bajo el Artículo 6.8 de la Ley 8-2017 y cuando no se disponga un término, quedará inhabilitado por diez (10) años contados a partir de la fecha en que termine de cumplir la sentencia. ----------------------------------

---**VIGÉESIMA TERCERA:** El **Contratista** se obliga mediante este Contrato a que en la medida que sus Servicios requieran la adquisición de artículos, los mismos deben ser extraídos, producidos, ensamblados, envasados o distribuidos en Puerto Rico por empresas con operaciones en Puerto Rico, o distribuidos por agentes establecidos en

Puerto Rico al rendirse el servicio, siempre que estén disponibles, según lo dispone la Ley 14-2004, según enmendada, conocida como "Ley Para la Inversión en la Industria Puertorriqueña". ------------------------------------------------------------------------------------------

---**VIGÉSIMA CUARTA**: El **Contratista** certifica que no se encuentra en incumplimiento de la Ley 168-2000, según enmendada, conocida como la "Ley para el Fortalecimiento del Apoyo Familiar y Sustento de Personas de Edad Avanzada", así como cualquier disposición aplicable de la Ley Núm. 5 de 30 de diciembre de 1986, según enmendada, conocida como la "Ley Orgánica de la Administración Para el Sustento De Menores". A esos efectos, certifica que no está obligado a satisfacer una aportación económica o pensión alimentaria, o que de estarlo se encuentra al día o tiene un plan de pagos al efecto. --------------------------------------------------------------------------------------------------

---**VIGÉSIMA QUINTA**:   El **Contratista** entiende y reconoce que deberá cumplir con todas las leyes, normas y reglamentos, federales y estatales, aplicables a este Contrato o a la ejecución y cumplimiento de este. Asimismo, el **Contratista** certifica y garantiza que al momento de suscribir el presente Contrato ha cumplido con las leyes y reglamentos del Gobierno de Puerto Rico, las cartas circulares y las directrices emitidas por las agencias gubernamentales competentes, aplicables a la contratación de servicios con entidades privadas, entre las cuales se encuentran las siguientes: -------------------------

1) Al momento de firmar este Contrato ha rendido sus planillas contributivas durante los cinco (5) años previos a este Contrato y no adeuda contribuciones al Gobierno de Puerto Rico, ni al Centro de Recaudaciones de Ingresos Municipales del Municipio donde están sitos sus propiedades muebles y/o inmuebles sujetos a este tipo de tributación, o se encuentra acogida a un plan de pago con cuyos términos y condiciones está cumpliendo. --------------------------------------------------

2) Al momento de firmar este Contrato no tiene deuda, o se encuentra acogido a un plan de pago, o proceso de revisión y ajuste, con cuyos términos y condiciones está cumpliendo, por concepto de contribuciones al Gobierno de Puerto Rico, contribuciones por propiedad mueble e inmueble, y por las contribuciones de seguro por desempleo, incapacidad temporal y de seguro social para choferes. Si tiene deuda bajo un proceso de revisión o ajuste tiene la obligación de informar sobre tal proceso; de no proceder dicha revisión o ajuste se compromete a cancelar la deuda mediante la retención por parte de la entidad contratante. ------

3) Al momento de firmar este Contrato ha pagado la patente municipal conforme al volumen de su negocio, según requerido por la Ley Núm. 113 de 10 de Julio de 1974, según enmendada, conocida como "Ley de Patentes Municipales" o se encuentra acogida a un plan de pagos con cuyos términos y condiciones está cumpliendo. -----------------------------------------------------------------------------------------

4) Al momento de firmar este Contrato y de acuerdo con la Ley Núm.  5 de 30 de diciembre de 1986, según enmendada, conocida como "Ley Orgánica de la Administración para el Sustento de Menores", está cumpliendo con las órdenes de retención emitidas como patrono, si alguna. ---------------------------------------------

5) Al momento de firmar este Contrato está inscrita en el Registro de Comerciantes del Departamento de Hacienda. ------------------------------------------------------------

6) En virtud de las disposiciones de la Ley 3-2014, el **Contratista** certifica que, al momento de suscribir este Contrato, no se encuentra en incumplimiento de la Ley 168-2000, según enmendada, mejor conocida como "Ley para el fortalecimiento del apoyo familiar y sustento de personas de edad avanzada". Certifica, además, que a su mejor saber y entender, no está sujeto por orden judicial o administrativa a cumplir con obligación alguna, a tenor con la Ley 168-2000, antes citada o que, de estarlo, se encuentra en cumplimiento con la obligación impuesta mediante órdenes de retención, como patrono, si alguna. ------------------------------------

7) Ha presentado, además, copia de sus Certificados de Existencia y de Buena Pro emitidos por el Departamento de Estado de Puerto Rico. -------------------------------

8) Ha presentado una Resolución Corporativa que lo autoriza a comparecer en este Contrato, la cual contiene una muestra de su firma y una certificación de que a su mejor saber y entender, al momento de suscribir este Contrato, el Contratista no tiene pleito contra el Gobierno de Puerto Rico o alguna de sus instrumentalidades y una certificación de que la empresa, compañía, corporación, directores, oficiales y miembros de junta directiva, subsidiarias o compañías matrices no han sido convictos o se han declarado culpables en el Foro Estatal o Federal, en cualquier otra jurisdicción por los delitos enumerados en la Ley 458-2000, según enmendada por la Ley 428-2004.------------------------------------------------------



9) Al momento de suscribir este Contrato, a su mejor saber y entender, está en cumplimiento con la Ley del Fondo del Seguro del Estado Ley 45 de 18 de abril de 1935.------------------------------------------------------------------------------------

10) Al momento de suscribir este Contrato, a su mejor saber y entender, no tiene asuntos pendientes de resolverse o adjudicarse ante **OGP**. -------------------------- .

11) Que de estar exenta de todos o algunos de los antes mencionados requisitos, deberá evidenciarlo mediante certificación negativa expedida por la agencia pertinente, o mediante declaración jurada suscrita ante notario público, exponiendo las razones por las cuales no está obligada a cumplir con los mismos. -------

12) Declaración Jurada de conformidad con lo dispuesto en el Artículo 3.3 del Código de Ética de la Ley 2-2018.-------------------------------------------------------------

13) Good Standing el Tribunal Supremo como evidencia de estar autorizado para ejercer la profesión de abogacía. ---------------------------------------------------------

---El **Contratista** entiende y reconoce que deberá cumplir con todas las leyes, normas y reglamentos, federales y estatales, aplicables a este Contrato o a la ejecución y cumplimiento de este. Asimismo, el **Contratista** certifica y garantiza que al momento de suscribir el presente Contrato ha cumplido con las leyes y reglamentos del Gobierno de Puerto Rico, las cartas circulares y las directrices emitidas por las agencias gubernamentales competentes, aplicables a la contratación de servicios con entidades privadas. ---------------------------------------------------------------------------

---El **Contratista** entiende y expresamente reconoce que el cumplimiento estricto de ésta

15

Cláusula es una condición esencial para la firma de este Contrato, y de no ser correcta en todo o en parte la anterior certificación, o no proveer oportunamente las certificaciones señaladas en la Cláusula Vigesimosexta, será causa suficiente para que la **OGP** pueda dejar sin efecto el mismo sin ningún cargo, penalidad u obligación; y para que el **Contratista** tenga que reintegrar a la **OGP** toda suma de dinero recibida bajo este Contrato.------------------------------------------------------------------------------------------------------

---**VIGÉSIMA SEXTA:** A tenor de lo dispuesto en la Ley 237-2004, para establecer parámetros uniformes en los procesos de contratación de servicios profesionales, y la Carta Circular Núm. 1300-16-16 emitida por el Departamento de Hacienda el 19 de enero de 2016, se harán formar parte del Contrato las siguientes certificaciones, según apliquen, las cuales se podrán presentar individualmente o a través del Trámite de Solicitud Única de Documentos, y el Certificado de Elegibilidad emitido por la Red Estratégica de Servicios al Ciudadano, de estar disponibles por dicho medio: --------------

1) Certificación de Radicación de Planillas de Contribución sobre Ingresos por los últimos cinco (5) años, emitida por el Departamento de Hacienda; --------------------

2) Certificación de Deuda, emitida por el Departamento de Hacienda; --------------------

3) Copia del Certificado de Registro de Comerciantes, emitido por el Departamento de Hacienda; ----------------------------------------------------------------------------------

4) Certificación de Radicación de Planillas del Impuesto sobre Ventas y Uso-IVU, emitida por el Departamento de Hacienda; --------------------------------------------

5) Certificación de Deuda del Impuesto sobre Ventas y Uso-IVU, emitida por el Departamento de Hacienda; --------------------------------------------------------------

6) Certificación de Radicación de Planillas de Contribución sobre la Propiedad Mueble, emitida por el Centro de Recaudación de Ingresos Municipales; --------------------

7) Certificación de Deuda por Todos los Conceptos, emitida por el Centro de Recaudación de Ingresos Municipales; ----------------------------------------------------

8) Certificación de Registro como Patrono y de Deuda por Concepto de Seguro por Desempleo y Seguro por Incapacidad, emitida por el Departamento del Trabajo y Recursos Humanos; ------------------------------------------------------------------------

9) Certificación de Registro como Patrono y de Deuda por Concepto de Seguro Social Choferil, emitida por el Departamento del Trabajo y Recursos Humanos; —

10) Certificación Negativa de Caso de Pensión Alimentaria o Certificación de Estado de Cuenta, emitida por la Administración para el Sustento de Menores (aplica a Personas Naturales; ----------------------------------------------------------------------

11) Certificación de Estado de Cumplimiento, emitida por la Administración para el Sustento de Menores (aplica a Personas Jurídicas). -----------------------------------

12) Certificado de Buena Pro (*Good Standing*), emitida por el Departamento de Estado; ---------------------------------------------------------------------------------------

13) Certificado de Existencia o Certificación de Autorización para hacer Negocios en Puerto Rico, emitida por el Departamento de Estado.; --------------------------------

---El **Contratista** reconoce, además, que está debidamente organizada y que existe válidamente como una corporación al amparo de las leyes del Gobierno de Puerto Rico,

con completo poder y autoridad para realizar todas las actividades por ésta realizadas (o actualmente contempladas a realizarse), por lo que ha entregado copia del Certificado de Incorporación, según emitido por el Departamento de Estado. Si el **Contratista** es una corporación foránea, la cual no está haciendo negocios ni tiene oficinas en Puerto Rico, deberá entregar a la **OGP** una Declaración Jurada autenticada, haciendo constar que no tiene responsabilidad contributiva con el Gobierno. -------------------------------------------

---Asimismo, el **Contratista** certifica haber presentado una Resolución de Autorización Corporativa, con su correspondiente número y fecha de aprobación y cualquier otro documento que le sea requerido de acuerdo con el ordenamiento legal vigente. -------------

---**VIGÉSIMA SÉPTIMA:** El **Contratista** también reconoce que, de tener deudas con alguna dependencia gubernamental, podrá continuar prestando sus servicios, siempre que esté acogido a un plan de pago y esté cumpliendo cabalmente con el mismo. Si tiene deuda bajo un proceso de revisión administrativa o ajuste tiene la obligación de informar sobre tal proceso; de no proceder dicha revisión o ajuste, o no estar acogido a un plan de pago, el **Contratista** expresamente se compromete a cancelar la deuda mediante la retención por parte de la **OGP** del importe total de la deuda de cualquier suma líquida y exigible de dinero que devengue del presente Contrato. Si la deuda excede la cuantía del presente Contrato, el **Contratista** debe establecer un plan de pago con la agencia correspondiente y los pagos necesarios para satisfacer la deuda en su totalidad durante la vigencia del Contrato. El Plan de pago con la agencia debe haberse formalizado antes de la formalización del presente Contrato. -----------------------------------------------------------

---**VIGÉSIMA OCTAVA:** Los servicios a prestarse por el **Contratista** serán intransferibles; El Contratista no podrá subcontratar, ceder o traspasar los Servicios objeto de este Contrato, ni delegar los compromisos y responsabilidades asumidas mediante este acto sin el consentimiento escrito de la **OGP**. Tampoco podrá ceder o traspasar derecho o reclamación que surja en virtud del presente contrato sin el consentimiento escrito de OGP. La transferencia de este Contrato será causa suficiente para dar por terminado el mismo inmediatamente, excepto que la cesión se haga a una compañía matriz, afiliada, subsidiaria o sucesora en derecho de la cedente, en cuyo caso bastará con la mera notificación escrita a la OGP, y el consentimiento de ésta, el cual no puede ser negado irrazonablemente. En el caso de la **OGP** no estar de acuerdo con la cesión, cancelará el Contrato mediante notificación escrita, sin ningún cargo, penalidad u obligación para la OGP. El incumplimiento de esta Cláusula le hará responsable al **Contratista** por cualquier daño y perjuicio que fueran causados a la OGP, ya sea de forma directa o indirecta. ---------------------------------------------------------------------

---**VIGÉSIMA NOVENA:** Las partes contratantes quedarán excusadas del cumplimiento de sus obligaciones contractuales y no serán responsables por daños y perjuicios ni bajo cualquier otro concepto, en la medida en que su incumplimiento o falta de cumplimiento se deba a un evento de "Caso Fortuito" o "Fuerza Mayor". Para fines del presente Contrato, "Caso Fortuito" o "Fuerza Mayor" significa cualquier causa no atribuible a la culpa o negligencia, y que quede fuera del control de la parte que la reclame, por razón de que no puede preverse, o que previsto no puede evitarse. Ello puede incluir, pero no

limitarse a: actos del enemigo público, guerra, bloqueos, boicot, motines, insurrecciones, disturbios civiles, epidemias, terremotos, tormentas, explosiones, e interrupción de servicios debido a acciones u omisiones de cualquier autoridad pública. Disponiéndose que, dentro del término de diez (10) días, contados a partir de la ocurrencia del evento, se notifique por escrito a la otra Parte describiendo los pormenores del evento y su duración estimada. El peso de la prueba en cuanto a si ha ocurrido un "Caso Fortuito" o "Fuerza Mayor" será del **Contratista** y no de la **OGP**. ------------------------------------------

----**TRIGÉSIMA:** El **Contratista** se obliga a no ejercer ningún tipo de discrimen contra persona o entidad por motivo de raza, color, sexo, orientación sexual, religión, condición económica o afiliación política, edad, condición u origen social, origen nacional, impedimento, condición médica, estado civil, condición de veterano, o cualquier otra forma de discrimen que surja por disposición de ley, reglamento o de la Constitución de los Estados Unidos o la de Puerto Rico. ------------------------------------------

----**TRIGÉSIMA PRIMERA:** El **Contratista** releva a la **OGP**, sus empleados o funcionarios de cualquier responsabilidad de carácter civil, penal o administrativo y/o releva también en cuanto a cualquier reclamación que terceras personas pudieran hacer, incluyendo agentes, representantes, empleados u oficiales de las propias partes por cualquier daño que pudieran ocasionar o sufrir con motivo del incumplimiento por parte del **Contratista** de cualquiera de las cláusulas del presente Contrato. De igual forma, en el caso de que cualquier empleado del **Contratista** sufra daños dentro de los predios o límites de la **OGP**, por cualquier causa, la indemnización que por ley haya que satisfacer a dicho empleado, así como el costo de los gastos y honorarios de abogados, será responsabilidad exclusiva del **Contratista**. ------------------------------------------

----**TRIGÉSIMA SEGUNDA:** El **Contratista** certifica que posee vigentes sus pólizas de responsabilidad pública, y mantendrá una póliza de seguro para cubrir reclamaciones por responsabilidad profesional que sea suficiente para cubrir cualquier contingencia que pueda surgir al amparo de este Contrato. Será obligación del **Contratista** evidenciar tal cubierta entregando a la **OGP** una certificación expedida por su compañía de seguro antes de que la **OGP** realice su primer pago. ------------------------------------------

----**TRIGÉSIMA TERCERA:** El **Contratista** reconoce y acepta que la veracidad y corrección de la información que ha certificado en este Contrato es un elemento esencial al otorgamiento del mismo; y renuncia a presentar la defensa de enriquecimiento injusto en caso de que se comprobase que ha certificado falsamente o con error la información sobre su situación contributiva contenida en este Contrato u otras representaciones. Asimismo, no serán de aplicación los remedios en equidad para indemnizar al **Contratista** por los daños sufridos como resultado de prestar sus Servicios sin cumplir con las normas de contratación gubernamental. ------------------------------------------

----**TRIGÉSIMA CUARTA:** INTERPRETACIÓN; SEPARABILIDAD; NULIDAD; Este Contrato se regirá y será interpretado de acuerdo con las leyes y reglamentos aplicables en el Gobierno de Puerto Rico. En caso de que surja una disputa en relación con cualquiera de las disposiciones contenidas en el mismo, o en relación al cumplimiento de tales disposiciones, la misma se resolverá ante los Tribunales de Puerto Rico. Se

estipula que las cláusulas y condiciones de este contrato son independientes y separadas entre sí y que la nulidad de una o más cláusulas no afecta la validez de las demás, las cuales se mantendrán vigentes. ------------------------------------------------

---**TRIGÉSIMA QUINTA:** Si cualquier palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte de este Contrato fuera impugnada por cualquier razón ante un Tribunal y declarada inconstitucional o nula, tal sentencia no afectará, menoscabará o invalidará las restantes disposiciones y partes de este Contrato, sino que su efecto se limitará a la palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte así declarada y la nulidad o invalidez de cualquier palabra, frase, oración, inciso, subsección, sección, cláusula, tópico o parte en algún caso específico no afectará o perjudicará en sentido alguno su aplicación o validez en cualquier otro caso, excepto cuando específica y expresamente se invalide para todos los casos.--------------------------

---**TRIGÉSIMA SEXTA:** El Contratista acepta someterse a la jurisdicción del Gobierno de Puerto Rico y sus leyes, reglamentos, ordenanzas y/o cualquier otra disposición que sea de aplicabilidad al negocio jurídico que se formaliza mediante el presente contrato. Esta aceptación es una que se hace libre y voluntariamente entendiendo que, para todos los fines legales, el Contratista ha renunciado a su derecho de utilizar cualquier otro foro que no sean los Tribunales del Gobierno de Puerto Rico, a menos que estos tribunales no tengan jurisdicción, como en los asuntos de propiedad intelectual o "copyright". -------

---**TRIGÉSIMA SÉPTIMA:** Este Contrato constituye el único acuerdo entre las partes sobre los Servicios descritos anteriormente y deja sin efecto cualquier otro acuerdo anterior, negociaciones, entendidos y otros asuntos, sean escritos o verbales, sobre lo acordado en este Contrato. Ambas Partes reconocen haber intervenido en la preparación de las cláusulas contractuales dispuestas en este documento y ambas partes certifican que sus respectivos asesores legales han revisado el mismo y determinado que cumple con el ordenamiento jurídico aplicable. Cualquier cambio, enmienda o adiciones a este Contrato tendrá que ser hecha mediante un escrito firmado por ambas Partes durante la vigencia del Contrato, de conformidad con las necesidades de la OGP, aprobación de las agencias gubernamentales pertinentes y sujeto a la disponibilidad de fondos para la ejecución de la enmienda. ----------------------------------------------------------------

## ACEPTACIÓN

Las Partes expresamos nuestra conformidad con todas las Cláusulas y Condiciones consignadas en este Contrato, aceptándolo en su totalidad en el día de su otorgamiento. **Y PARA QUE ASÍ CONSTE,** las Partes lo suscriben, en San Juan, Puerto Rico, hoy 28 de _diciembre_ de 2018.----------------------------------------------------------------------------

**Sr. Eric Lebrón Mas**
Subdirector Administración
Oficina de Gerencia y Presupuesto
Seguro Social Patronal

**Sr. Fernando Scherrer Caillet**
Presidente
BDO Puerto Rico, PSC.
Seguro Social Patronal:

**BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 146664 |
| Date: | 02/28/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.50 | 1,575.00 |
| Leon Leon, Felix | Manager | 73.00 | 10,950.00 |
| | Billed | | $12,525.00 |
| | Invoice Total | | $12,525.00 |

2/2



Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Office of Management and Budget (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 146664 |
| Date: | 02/28/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of February 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/04/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 4.00 | 600.00 |
| 02/04/2019 | ALO | Information Security Policies drafting and review. | $150.00 | Director | 4.00 | 600.00 |
| 02/05/2019 | FILL | Analysis of current policies and recommendations of new ones. | $150.00 | Manager | 6.00 | 900.00 |
| 02/05/2019 | ALO | IT Process Review. | $150.00 | Director | 2.50 | 375.00 |
| 02/06/2019 | FILL | Delivery Work Plan and creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/07/2019 | FILL | Creation of Ransomware Guide. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/08/2019 | FILL | Creation and delivery of Ransomware Guide. Creation of Information Security Framework. | $150.00 | Manager | 10.00 | 1,500.00 |
| 02/11/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 9.00 | 1,350.00 |
| 02/11/2019 | ALO | Cybersecurity Guide Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/12/2019 | FILL | Creation of Information Security Framework. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/12/2019 | ALO | Cybersecurity Plan Review. | $150.00 | Director | 2.00 | 300.00 |
| 02/13/2019 | FILL | Creation of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |
| 02/14/2019 | FILL | Creation and delivery of Information Security Framework and Templates. | $150.00 | Manager | 8.00 | 1,200.00 |

| | |
|---|---|
| Billed | $12,525.00 |
| Invoice Total | $12,525.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

1/3



Tel: (787) 754-3999  PO Box 363436
Fax: (787) 754-4493  San Juan, PR 00936-3436
www.bdopr.com

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 150205 |
| Date: | 04/30/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of April 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 10.00 | 1,500.00 |
| Leon Leon, Felix | Manager | 56.00 | 8,400.00 |
| | Billed | | $9,900.00 |
| | Invoice Total | | $9,900.00 |



Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR 00902-3228

| Invoice #: | 150205 |
|---|---|
| Date: | 04/30/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of April 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/12/2019 | ALO | Meeting with Ramon Rios and Team to discuss work strategy. Documented discussed strategy and communicated to work team. | $150.00 | Director | 2.00 | 300.00 |
| 04/16/2019 | ALO | Meeting with Ana Torres / Diana Polanco and Diana Pelegrina to discuss strategy for meeting with Agencies IT Staff. | $150.00 | Director | 1.00 | 150.00 |
| 04/17/2019 | ALO | Internal meeting with BDO IT Consultant, Felix Leon to discuss project strategy and IT policies to be drafted. | $150.00 | Director | 1.00 | 150.00 |
| 04/22/2019 | FILL | Analysis of current scope of policies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/23/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/24/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | FILL | Analysis for Cloud Adoption for Agencies of GPR. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/25/2019 | ALO | Presentation Preparation for meeting with, DE, Policia, Justicia, Familia, Salud. OGP Policies documentation review. | $150.00 | Director | 3.00 | 450.00 |
| 04/26/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/26/2019 | ALO | Meeting in CISO office with OGP Personnel Ana C. Torres and Diana Polanco, Department of Education CIO, Department of Family Services CIO and Justice Department IT Representative.  IT Policies Project discussion. | $150.00 | Director | 3.00 | 450.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

3/3

**BDO**

Page 2 of 2

| 04/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |
| 04/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program. | $150.00 | Manager | 8.00 | 1,200.00 |

|  |  |  | Billed |  | A.L. | $9,900.00 |
|  |  |  | Invoice Total |  |  | $9,900.00 |

*Payment Due Upon Receipt*
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
*PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696*
*Employer Identification Number 66-0578857*

Please return this portion with your remittance.

| | |
|---|---|
| Client ID:   1771 | Invoice #:   150205 |
| Oficina Gerencia & Presupuesto (OGP) | Date:   04/30/2019 |

**Check Payable to:**
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

**By Wire Transfer Remit to:**
ABA # 021502011
Banco Popular de Puerto Rico
A/C # 2▮▮▮▮▮▮▮
Swift: BPPRPRSX

**Physical Address:**
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type:   ☐ VISA ☐   ☐ AMERICAN EXPRESS

Card #: _____   Exp. date: _____   Amount Due:   $9,900.00

Signature: _____   Amount Enclosed: [_____]

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms



Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

1/3

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is trua and correct. All products and/or services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____ Date: 6/21/19

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Leon Leon, Felix | Manager | 176.00 | 26,400.00 |
| | Billed | | $26,400.00 |
| | Invoice Total | | $26,400.00 |



| Tel: (787) 754-3999 | PO Box 363436 |
| Fax: (787) 754-4493 | San Juan, PR 00936-3436 |
| www.bdopr.com | |

# Invoice

Ms. Diana M. Pelegrina Soeggard
Oficina Gerencia & Presupuesto (OGP)
Finance Office
PO Box 9023228
San Juan, PR  00902-3228

| | |
|---|---|
| Invoice #: | 152352 |
| Date: | 05/31/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of May 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|------|-----------|-------------|------|----------|-------|--------|
| 05/01/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/02/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/03/2019 | FILL | Creation of Information Technology & Information Security Policies Program Introduction. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/06/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/07/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 4.00 | 600.00 |
| 05/08/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/09/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/10/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section I. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/13/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/13/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |
| 05/14/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 4.00 | 600.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the international BDO network of independent member firms.
BDO is the brand name for the BDO network and the BDO Member Firms

3/3

**BDO**

| Date | | Description | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/15/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/16/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/17/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section II. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/20/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 2.00 | 300.00 |
| 05/20/2019 | FILL | Analysis of Policies sent by Ana Torres. | $150.00 | Manager | 6.00 | 900.00 |
| 05/21/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/22/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/23/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/24/2019 | FILL | Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/27/2019 | FILL | Analysis of Policies and documents sent by Ana Torres. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/28/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 8.00 | 1,200.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/29/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section III. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Meeting with Ana Torres - Update of Status Information Technology & Information Security Policies and future meetings with Agencies. | $150.00 | Manager | 4.00 | 600.00 |
| 05/30/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 05/31/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 8.00 | 1,200.00 |

A.L.

| | |
|---|---|
| Billed | $26,400.00 |
| Invoice Total | $26,400.00 |

BDO Puerto Rico, P.S.C., is a member of BDO International Limited, a UK company limited by guarantee, and forms part of the International BDO network of independent member firms. BDO is the brand name for the BDO network and the BDO Member Firms



**|BDO**

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436

# Invoice

Ms. Diana M. Pelegrina Soegaard
Oficina Gerencia & Presupuesto (OGP)
Information Technology Area
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 154127 |
| Date: | 06/30/2019 |
| Proyect: | 50792 |
| Client ID: | 1771 |

We hereby certify under penalty that no public servant of the Office Management and Budget will derive or obtain any benefit or profit of any kind from a contractual arrangement which is the basis of this invoice. If such benefit or profit exists, then a special authorization of waiver must have been granted prior to the inception of the agreement in question. the only consideration to be received in exchange for the delivery of goods for services provided will be an agreed upon amount which has been negotiated with an authorized representative from the Agency. The total amount shown on this invoice is true and correct. All products and/on services requested which are shown on this invoice were delivered and/or provided, and payment for them is still pending.

Signature: _____   Date: 7/2/19

For professional services rendered in connection with Information Systems for the month of June 2019.

Contract # 2019-000037

| Professional | Position | Hours | Amount |
|---|---|---|---|
| Laguna Olivieri, Antonio | Director | 16.50 | 2,475.00 |
| Leon Leon, Felix | Manager | 164.00 | 24,600.00 |
| | Billed | | $27,075.00 |
| | Invoice Total | | $27,075.00 |



|BDO

Tel: (787) 754-3999
Fax: (787) 754-4493
www.bdopr.com

PO Box 363436
San Juan, PR 00936-3436



# Invoice

Ms. Diana M. Pelegrina Soegaard
Oficina Gerencia & Presupuesto (OGP)
Information Technology Area
PO Box 9023228
San Juan, PR 00902-3228

| | |
|---|---|
| Invoice #: | 154127 |
| Date: | 06/30/2019 |
| Project: | 50792 |
| Client ID: | 1771 |

For professional services rendered in connection with Information Systems for the month of June 2019.

Contract # 2019-000037
Time

| Date | Profesional | Description | Rate | Position | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/03/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section IV. | $150.00 | Manager | 4.00 | 600.00 |
| 06/04/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 4.00 | 600.00 |
| 06/05/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/06/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/06/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section V. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | FILL | Travel and Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VI. | $150.00 | Manager | 4.00 | 600.00 |
| 06/07/2019 | ALO | Meeting with Ramon Rios and Ana C. Torres to discuss project status and ongoing strategy. | $150.00 | Director | 1.00 | 150.00 |
| 06/10/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/11/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 8.00 | 1,200.00 |

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

**BDO**

| Date | Code | Description | Rate | Title | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/12/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/12/2019 | ALO | Review agency's submitted policies. | $150.00 | Director | 3.00 | 450.00 |
| 06/13/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/13/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VII. | $150.00 | Manager | 4.00 | 600.00 |
| 06/13/2019 | ALO | Policies draft review. | $150.00 | Director | 2.00 | 300.00 |
| 06/14/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/14/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 4.00 | 600.00 |
| 06/15/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/17/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/17/2019 | ALO | Project Progress discussion with Felix Leon / Document review. | $150.00 | Director | 1.00 | 150.00 |
| 06/18/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section VIII, IX. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/19/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section X, XI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/19/2019 | ALO | IT Policies Final Draft Review. | $150.00 | Director | 2.50 | 375.00 |
| 06/20/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section X, XI. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/20/2019 | FILL | Travel and Meeting with Ana Torres and Agencies for update of the Information Technology & Information Security Policies. | $150.00 | Manager | 4.00 | 600.00 |
| 06/21/2019 | FILL | Travel and Meeting with Ramón Ramos - Update of Status Information Technology & Information Security Policies. | $150.00 | Manager | 3.00 | 450.00 |
| 06/21/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 6.00 | 900.00 |
| 06/21/2019 | ALO | Meeting with Ramon Rios to discuss project wrap up and status. | $150.00 | Director | 0.50 | 75.00 |
| 06/22/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |

BDO in Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the international BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

4/4

**BDO**

Page 3 of 3

| 06/23/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
|---|---|---|---|---|---|---|
| 06/24/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/25/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 8.00 | 1,200.00 |
| 06/26/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section Definitions. | $150.00 | Manager | 4.00 | 600.00 |
| 06/26/2019 | ALO | Review Final Version of IT Policies to be submitted to OGP / CTO. | $150.00 | Director | 6.00 | 900.00 |
| 06/28/2019 | ALO | Wrap Up Meeting with Ramon Rios. Policies Submission. | $150.00 | Director | 0.50 | 75.00 |
| 06/28/2019 | FILL | Creation of Information Technology & Information Security Policies Program Section. | $150.00 | Manager | 3.00 | 450.00 |

| | | |
|---|---|---|
| Billed | | $27,075.00 |
| Invoice Total | | $27,075.00 |



*Payment Due Upon Receipt*
*Billing disputes must be requested in writing in a period not to exceed 90 days from the billing date.*
*Undisputed charges must be paid in full.*
PAYMENT OF THIS INVOICE IS NOT SUBJECT TO WITHHOLDING TAX ON SERVICES - EXEMPT CERTIFICATE L1438557696
*Employer Identification Number 66-0578857*

---

Please return this portion with your remittance.

Client ID:   1771

Oficina Gerencia & Presupuesto (OGP)

Invoice #:   154127

Date:   06/30/2019

Check Payable to:
BDO Puerto Rico, PSC
PO Box 363436
San Juan PR 00936-3436

By Wire Transfer Remit to:
ABA # 021502011
Banco Popular de Puerto Rico
A/C # ▮▮▮▮▮▮▮▮
Swift: BPPRPRSX

Physical Address:
1302 Ponce de Leon Avenue
Jose Ramon Figueroa Corner
San Juan PR 00907

*Please include our invoice number at the bottom of the check and in the description field of the wire transfer.*

Card Type:   ☐ VISA  ☐   ☐ AMERICAN EXPRESS

Card #: _____  Exp. date: _____

Signature: _____

Amount Due:   $27,075.00

Amount Enclosed: _____

BDO In Puerto Rico offers its services through one or more of the following affiliated entities: BDO-Audit, PSC; BDO-Advisory, LLC; BDO-Outsourcing Services, PSC; BDO-Tax, LLC; BDO Puerto Rico, PSC, and BDO-Government Services, LLC, all Puerto Rico entities; and BDO USVI, LLC, a United States Virgin Island's limited liability company. All such entities are members of BDO International Limited, a United Kingdom company limited by guarantee, and form part of the International BDO network of independent member firms.

BDO is the brand name for the BDO network and for each of the BDO Member Firms.

# Electronic Proof of Claim_CVV*Q27373[[CSA#4 214#CF]]

**Final Audit Report**                                                                                         2022-06-10

| | |
|---|---|
| Created: | 2022-06-10 |
| By: | Puerto Rico Claims (prclaims@ra.kroll.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATPIV9hQhmlv4OQ-YPPC0UVJQvHk6t5C2 |

## "Electronic Proof of Claim_CVV*Q27373[[CSA#4214#CF]]" History

🖹 Web Form created by Puerto Rico Claims (prclaims@ra.kroll.com)
2022-06-10 - 8:51:10 PM GMT

🖉 Ryan Marin (ryan@bdo.com.pr) uploaded the following supporting documents:
  🖉 Attachment
2022-06-10 - 8:56:59 PM GMT

🖹 Web Form filled in by Ryan Marin (ryan@bdo.com.pr)
2022-06-10 - 8:56:59 PM GMT- IP address: 173.211.154.34

🖉 (User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.63 Safari/537.36 Edg/102.0.1245.33)
2022-06-10 - 8:57:01 PM GMT- IP address: 173.211.154.34

✅ Agreement completed.
2022-06-10 - 8:57:01 PM GMT

