IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates only to HTA Teresa Vizcarrondo Toro & Adrián Mercado Jiménez And their conjugal society** |

**MOTION SUBMITTING EXHIBITS TO DOCKET #24327**

TO THE HONORABLE COURT:

**COMES NOW, MOVANTS, ADRIÁN MERCADO JIMÉNEZ, TERESA VIZCARRONDO TORO, and their CONJUGAL SOCIETY,** and very respectfully allege and pray:

1. Movant filed today "**MOVANT REPLY TO THE *PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY'S* (1) OPPOSITION TO (A) MOTION REQUESTING PAYMENT OF SEVERANCE DAMAGES [ECF NO. 23612], AND (B) AMENDED PETITION REQUESTING PAYMENT OF SEVERANCE DAMAGES [ECF NO. 24103], AND (2) REPLY TO RESPONSE FILED BY CLAIMANT ADRIÁN MERCADO JIMÉNEZ [ECF NO. 21326] IN CONNECTION WITH THE FOUR HUNDRED FIFTY-FOURTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO SATISFIED CLAIMS DOCKET #24153**" and by error exhibits were omitted.

2. In the present motion the exhibits are included.

   **WHEREFORE**, it is respectfully requested that this motion be granted.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25 day of May 2023.

    s/**ADRIÁN MERCADO**
    USDC-PR 111304
    PO Box 9023980
    San Juan, PR   00902-3980
    TEL.: (787) 273-0611
    MOB.: (787) 567-0025
    E-Mail: amercado@mercadosotolaw.com

**I HEREBY CERTIFY** that a copy of this motion was electronically filed by Movant, using the CM/EFC system, which will send notification to all the parties which have made an electronic appearance in this case.