Case:17-03283-LTS Doc#:24230-3 Filed:05/25/23 Entered:05/25/23 15:46:12 Desc: Exhibit EXHIBIT 3 - BLUE PRINT Page 1 of 1

