rvelasco@mercadosotolaw.com

# EXHIBIT 5

**From:** rvelasco@mercadosotolaw.com
**Sent:** Monday, April 17, 2023 11:12 AM
**To:** 'Palmer, Marc'; 'Skrzynski, Matthew A.'
**Cc:** 'Ricardo Pascual'; avmj72@gmail.com
**Subject:** FOMB - PROMESA MERCADO
**Attachments:** ENCLOSURE 1.pdf; ENCLOSURE 2.pdf; ENCLOSURE 3.pdf; ENCLOSURE 4.pdf

In relation to the above captioned matter please find enclosed Settlement Agreement with Judgment (Enclosures 1 & 2), which are self-explanatory, in case KEF2011-0241 which pertains to the property adjoining to the north my parcel, numbered eleven (11) (Enclosure 3), and is on the same predicament as mine. Attorney Cortés can provide the copy signed by her and Mrs. Rucalleda.

The amount involved is $111,796.26. My part would be ¼ of said amount or $27,949.06. There is no controversy as this petition. My property marked is still without access as the front facing, the so called access was expropriated in 021-01 as previously informed to you on April 5. 2023 (Enclosure 4).

You or your representative are cordially invited to visit my parcel, if you believe there is access, on a regular car provided by you at a date and hour set by you. I have photos, but a personal inspection is better in my opinion.

Additionally, by the expropriation of Camino parcel HTA knows exactly the width of the previous access road before the expropriation, a compacted dirt road used by everybody to access to different parcels.

Adrián Mercado

---

Rosa Velasco Guzmán
Administradora
**MERCADO & SOTO DEVELOPMENT INVESTMENT CORP.**
PO Box 9023980
San Juan, PR 00902-3980
Tel. 787 273-0611 Fax. 787 273-1540
rvelasco@mercadosotolaw.com