**EXHIBIT 6**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| LA AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO<br><br>PETICIONARIA<br><br>Vs.<br><br>LUIS ALBERTO MERCADO JIMENEZ Y OTROS<br>PARTE CON INTERÉS | CASO NÚM.: KEF 2011-0240<br><br>SALA: 1003<br><br>SOBRE:<br><br>EXPROPIACION FORZOSA |

**MOCIÓN DE CONSIGNACIÓN**

AL HONORABLE TRIBUNAL:

Comparece la Autoridad de Carreteras y Transportación de Puerto Rico, representada por la abogada que suscribe y a este Honorable Tribunal muy respetuosamente expone y solicita:

1. Adrián Mercado Jiménez en su carácter privativo y como miembro de la sociedad legal de gananciales entre él y su esposa Teresa Vizcarrondo Toro representados legalmente por el Lcdo. Juan B. Soto Balbas y con el aval del Tribunal de Quiebras llegaron a un acuerdo transaccional con la Autoridad de Carreteras y Transportación final a toda reclamación en el presente caso.

2. Se está consignando el cheque número **58184** por la cantidad de **$16,448.00** para el pago de la estipulación transaccional.

3. Que con dicha consignación, la Peticionaria cumple con su obligación para con el pago de la justa compensación.

4. Incluimos la Moción de las partes sometiendo el Acuerdo al Tribunal de Quiebras, UNITED STATES DISTRICT COURT, DISTRICT OF PUERTO RICO, In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al, Debtors; In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA", Debtor; PROMESA Tittle III No. 17 BK 3283-LTS; **Re: ECF Nos. 345,349, 368** (jointly

PAGO FIANZA $16,448.00
EN EFECTIVO.
RECIBO NUMERO 30901
FECHA FEB 23 2018
MAGDA E. CORREA OLMO
Secretaria Auxiliar del Tribunal

Administered) PROMESA Tittle III No. 17 BK 3567-LTS **This Stipulation relates only to HTA. (Incluímos copia)**

**POR TODO LO CUAL,** se solicita muy respetuosamente de este Honorable se declare ha lugar y se tome conocimiento de lo antes indicado.

Certifico: Haber enviado copia fiel y exacta a las partes con interés.

En San Juan, Puerto Rico, hoy 23 de febrero de 2018.

Lcda. Anita Cortés Centeno
RUA Número: 11,368
Autoridad de Carreteras y Transportación
PO Box 42007
San Juan, PR 00940-2007
(787) 721-8787 Ext. 1228
Fax: (787) 722-1541
lcda.anitacortescenteno@gmail.com

6407/ACC/smo