**EXHIBIT 7**

---

**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN - EXPROPIACIONES**
PO BOX 190887
SAN JUAN, PR 00919-0887

BANCO SANTANDER DE PUERTO RICO
BANCA DE EMPRESAS 548

09609

101-234/215

9609

12 de agosto de 2019

PAY TO THE ORDER OF: ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO    $ *********15,193.32

QUINCE MIL CIENTO NOVENTA Y TRES Y 32 / 100************************************************** DOLLARS

ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO
PO BOX 9023980
SAN JUAN PR 00902-3980

NO ES VALIDO DESPUES DE UN AÑO DE EXPEDIDO

SECRETARIA
AUTHORIZED SIGNATURE
JUEZ

MEMO  K EF-2011--00240  (121815)
PAGO TOTAL DE JUSTA COMPENSACION (SENTENCIA TRIB APELACIONES)

⑈009609⑈ ⑆021502341⑆ 006⑈960088⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

---

**TRIBUNAL DE PRIMERA INSTANCIA    SALA DE SAN JUAN - EXPROPIACIONES**

09609

Expedido a: ADRIAN MERCADO JIMENEZ Y TERESA VIZCARRONDO TORO

9609
12 de agosto de 2019

PO BOX 9023980
SAN JUAN PR 00902-3980

*********15,193.32

K EF-2011--00240  (121815)

☐ Enviado por correo
☐ Entregado personalmente

Firma

PAGO TOTAL DE JUSTA COMPENSACION (SENTENCIA TRIB APE  R1920

Fecha

*Depositado 8-15-2019*