**EXHIBIT 8**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

DEC - 9 2014

| | |
|---|---|
| LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br><br>PETICIONARIA<br><br>VS.<br><br>Cuatro J.S. Inc.<br><br>PARTE CON INTERÉS | CASO NÚM.: KEF-2011-0240<br>SALA: 1003<br><br><br><br><br>SOBRE: EXPROPIACIÓN FORZOSA |

### MOCION SOMETIENDO DOCUMENTO

**AL HONORABLE TRIBUNAL:**

Comparece la abogada que subscribe y muy respetuosamente expone, alega y solicita:

1. Estamos sometiendo un Informe preparado de la Oficina de Ingeniería y Agrimensura que evidencia que:

    a. Los remanentes no quedarían enclavados.

    b. Voluntariamente se propone establecer un acceso mayor para cada remanente.

2. Hemos sometido copia a los abogados de las partes con interés que tienen abogados que han alegado tener dudas sobre los accesos.

**POR TODO LO CUAL**, solicitamos se tome conocimiento de lo anterior.

**RESPETUOSAMENTE SOMETIDO**, en San Juan, Puerto Rico, a 4 de diciembre de 2014.

**CERTIFICO:** Haber enviado copia del presente escrito al Lcdo. Cesar A. Hernández Colón al PO Box 331041, Ponce, P.R. 00733-1041; Javier E. Mandry Mercado a 1326 calle Salud, Apto. 1101, Cond. El Señorial, Ponce, P.R. 00717. Lcdo. Juan J. Ramírez, al PO Box 720, Mayaguez, P.R. 00977-2500; Lcdo. Adrián Mercado, CIM 100, Torre I, Suite 210, Núm. 100, carretera 165, Guaynabo, P.R.00968; Lcda. Isis Ramírez PO Box 364033, San Juan, P.R. 00936-4033; Lcdo. Rodolfo Gluck Figueroa, PO Box 70250, Suite 243, San Juan, P.R. 00936.

ANITA CORTÉS CENTENO
RUA Núm. 11,368
Apartado 42007
San Juan, PR 00940-2007
Teléfono: 721-8787 Ext. 1232
Email: ancortes@dtop.gov.pr

6401/ACC/vfs