ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR

RECEIVED SEP 0 8 2016

**EXHIBIT 11**

| | |
|---|---|
| AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO<br>parte peticionaria | CIVIL NÚM.: KEF2011-0240<br>SALA: 1003 |
| V. | SOBRE: |
| LUIS ALBERTO MERCADO JIMÉNEZ Y OTROS<br>parte con interés | EXPROPIACIÓN FORZOSA |

ORDEN

Atendidos los siguientes escritos, el Tribunal dispone lo siguiente:

1. "Segunda moción reclamando compensación por daños al remanente" – presentada por la parte con interés

   Refrendada su alegación de daños por la prueba pericial correspondiente en su momento dispondremos conforme proceda.

2. "Moción sobre nulidad de sentencia" presentada por la parte con interés, Adrián Mercado Jiménez

   Fije posición peticionaria en veinte días.

NOTIFÍQUESE.

En San Juan, Puerto Rico, a 30 de agosto de 2016

LETICIA D. ORTIZ FELICIANO
JUEZ SUPERIOR