JOSE V. HERNANDEZ LOPEZ – GENERAL CERTIFIED APPRAISER
Valuation and Real Estate Consultant



**EXHIBIT 12**

5 de febrero de 2016

Néstor Algarín
G-1 Condominio Iberia
Guaynabo, Puerto Rico

Re: Oferta de transacción caso KEF-2011-0240 ACT vs. Luis A. Mercado Jiménez y Otros – Ponce

Estimado compañero Algarín:

Hago referencia a reunión llevada a cabo en tu oficina el pasado viernes 29 de enero de 2016, en la cual dialogamos sobre la negociación del caso de epígrafe.

Como usted sabe mi informe original incluye un unitario de $22,000 por cuerda en las parcelas 021-01 con cabida de 4.7645 cuerdas y $22,000 por cuerdas por la parcela 021-04 con una cabida de 2.5515 cuerdas, más la reclamación del enclavamiento del remanente por acceso adecuado con un área de 33.87 cuerdas.

Conforme a mi compromiso te envío dos (2) alternativas de negociación a los fines de que escojas la más conveniente para finiquitar el caso que nos ocupa.

| Alternativa #1 | | | |
|---|---|---|---|
| Parcela # | Área (cdas.) | Unitario (cda.) | Valor |
| 021-01 | 4.7645 | $17,000 | $ 80,997 |
| 021-04 | 2.5515 | $17,000 | $ 43,376 |
| Daños al Remanente | 33.870 | $17,000 8% tasa de interés a 5 años | $230,316 |
| Total | | | $354,689 |
| Valor Ajustado a | | | $355,000 |

Nota 1: A este valor ajustado le faltaría incluir la proporción a mi cliente de la parcela 022-08 (finca camino) incluida en el caso KEF-2011-0244.
Nota 2: A este valor ajustado le faltarían los intereses legales que procedan por la suma adicional
Nota 3: A este valor ajustado le faltaría cualquier otro valor que en ley proceda.

**JOSE V. HERNÁNDEZ LOPEZ – GENERAL CERTIFIED APPRAISER**
Valuation and Real Estate Consultant



Página Dos
Néstor Algarín
5 de febrero de 2016

| Alternativa #2 | | | |
|---|---|---|---|
| Parcela # | Área (cdas.) | Unitario (cda.) | Valor |
| 021-01 | 1.4839 | $148,000 | $ 219,617 |
|  | 3.2806 | $ 7,000 | $ 22,964 |
| 021-04 | 2.5515 | $ 7,000 | $ 17,861 |
| Daños al Remanente | 33.870 | $ 7,000 8% tasa de interés a 5 años | $ 94,836 |
| Total | | | $355,278 |
| Valor Ajustado a | | | $355,000 |
| Nota 1: A este valor ajustado le faltaría incluir la proporción a mi cliente de la parcela 022-08 (finca camino) incluida en el caso KEF-2011-0244. Nota 2: A este valor ajustado le faltarían los intereses legales que procedan por la suma adicional. Nota 3: A este valor ajustado le faltaría cualquier otro valor que en ley proceda. | | | |

Este caso tiene señalamiento para el 15 de marzo de 2016, razón por la cual me agradaría reunirme contigo nuevamente antes de la fecha antes descrita.

A tales fines te agradeceré me indiques fechas hábiles en tu calendario para la reunión de negociación de este caso.

Saludos Cordiales,

José V. Hernández López
Evaluador Profesional Autorizado EPA #288
Tasador General Certificado #74
Miembro Instituto de Evaluadores #210

P.O. Box 19651 San Juan, PR 00910 Tel - (787) 316-0381 - josehdez74@gmail.com