Adrian Mercado <amercado@mercadosotolaw.com>

---

**K EF2011-0240**
1 message

# EXHIBIT 15

**Adrian Mercado** <amercado@mercadosotolaw.com>  Thu, Jan 20, 2022 at 1:39 PM
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo <isisramirezlaw@gmail.com>

Anita ,saludos y felicidades en el 2022
Anita ,este caso lo que tiene es una Sentencia Administrativa Parcial
del 23 de enero 2019 Se dicto para fines administrativos solamente.
No adjudica los meritos de los planteamientos,ni las reclamaciones formuladas.
Aqui ,la finca quedo enclavada y El Peticionario acordo corregir esa situacion
Hubo vista ocular.
Al dia de hoy nada ha ocurrido con lo acordado
Es necesario reunirnos en tu oficina con la Lcda Isis Ramirez y resolver esta situacion lo antes posible
La semana entrante yo puedo 24,25,26,27pm y 28
Danos fecha,gracias
Adrian Mercado
Parte con Interes