ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

# EXHIBIT 18

AUTORIDAD DE CARRETERAS Y
TRANSPORTACIÓN DE PUERTO RICO
Recurrida

CIVIL NÚM: T.A. KLCE2018-01384

VS.

SOBRE: TPI: KEF 2011-0240 (1003)

LUIS A. MERCADO JIMENEZ Y OTROS
Peticionarios

EXPROPIACION FORZOSA

## CONTESTACION A CERTIORARI

**Al Honorable Tribunal:**

Comparece la Autoridad de Carreteras y Transportación de Puerto Rico, por conducto de su representación legal que suscribe y ante este Honorable Tribunal muy respetuosamente expone, informa y solicita:

1. La aquí recurrida no se opone a la expedición del Auto de Certiorari, según solicitado por la aquí peticionaria.

2. La aquí recurrida no se opone a que se autorice el desembolso de los fondos correspondientes a las participaciones de Adrián Mercado Jiménez, Teresa Vizcarrondo Toro y la sociedad legal de gananciales corresponde por ambos en las parcelas 021-01 y 021-04.

3. Coincidimos con la aquí peticionaria en cuanto a que el Tribunal de Quiebras levantó parcialmente la paralización a los únicos fines de someter la estipulación entre ellos y la aqu'í recurrida para pagar la cantidad acordada por estipulación.

4. Entendemos que la Honorable Juez Leticia Ortiz tiene jurisdicción para pasar juicio sobre la estipulación sometida y que ésta, únicamente se refiere a la aquí recurrida y a los aquí peticionarios.



5. Aclaramos que, en este caso, no hay ninguna otra parte pidiendo remedio alguno en el Tribunal de Quiebras ni en el Tribunal de Primera Instancia.

6. La aquí recurrida sometió todos los documentos requeridos por el TPI que sostienen por qué los aquí peticionarios son acreedores de la suma adicional consignada.

7. No queda controversia alguna entre la aquí recurrida y los aquí peticionarios.

8. El único asunto pendiente en este caso es aclarar que la des paralización permitida del Tribunal de Quiebras en este caso es sólo parcial y se limita al contenido de la estipulación sometida y a la consignación de la suma adicional correspondiente sólo a la participación de los aquí peticionarios sobre las parcelas 021-01 y 021-04.

Por lo anterior suplicamos a este Tribunal aclare que la des paralización permitida por el Tribunal de Quiebras es solo en cuanto al interés de los aquí peticionarios y que el Tribunal de Primera Instancia tiene jurisdicción para atender en la estipulación sometida entre la Autoridad de Carreteras y Transportación y los aquí peticionarios y permitir el desembolso de fondos y que se puede dictar sentencia final en cuanto a los aquí peticionarios.

**CERTIFICO:** Haber enviado copia fiel  y exacta del presente escrito a: Lcdo. Adrián Mercado Jiménez a:  amercado@mercadosotolaw.com; Lcdo. Rodolfo Gluck Figueroa a: lcdogluck@gmail.com; Lcdo. Ricardo Pascual Villaronga a: ripascual36@gmail.com; Lcdo. Juan E. Pérez Reilly a:  perezlaw@coqui.net; Lcdo. Randolph Raldiris Dominicci a: lcdoraldiris@yahoo.com; Lcda. Isis N. Ramirez Salcedo a: isisramirezlaw@gmail.com; Lcdo. Samuel Torres Cortés a: torresacosta@hotmail.com

En San Juan, Puerto Rico, hoy 10 de octubre de 2018.

Lcda. Anita Cortes Centeno
Número RUA: 11,368
PO Box 42007
San Juan, PR 00940-2007
787-721-8787 Ext. 1228

6407/ACC/vfs