# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates only to HTA Teresa Vizcarrondo Toro & Adrián Mercado Jiménez And their conjugal society** |

**MOTION OF MOVANTS, ADRIÁN MERCADO JIMÉNEZ, TERESA VIZCARRONDO TORO, AND THEIR CONJUGAL SOCIETY FOR LEAVE TO SUBMIT A SPANISH LANGUAGE EXHIBITS AND FOR EXTENSION OF TIME TO FILE A CERTIFIED TRANSLATIONS**

TO THE HONORABLE COURT:

**COMES NOW, MOVANTS, ADRIÁN MERCADO JIMÉNEZ, TERESA VIZCARRONDO TORO, and their CONJUGAL SOCIETY,** and very respectfully allege and pray:

1. Movants submit this motion requesting the entry of an order granting Movants leave to submit Spanish language exhibits in connection with the Reply being filed today and an extension of time to file a certified English language translation of Exhibits.

2. Despite diligent efforts Movants were unable to obtain a certified English language translation of the Exhibits 6, 8, 9, 10, 11, 12, 15, 16, 18 from its original Spanish language prior to today's filing.

3. Accordingly, Movants seek leave from this Court to submit the Exhibits in its original Spanish language and requests an extension until June 12, 2023 to file the

corresponding English language translations pursuant to Local District Court Rule 5(g).

**WHEREFORE**, MOVANTS respectfully request this Honorable Court grant this request permitting to file Exhibits 1, 8, 9, 10, 11, 12, 15, 16, 18 in Spanish language and granting until June 12, 2023 to submit certified English language translation of the above mentioned exhibits and granting such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25 day of May 2023.

s/**ADRIÁN MERCADO**
USDC-PR 111304
PO Box 9023980
San Juan, PR 00902-3980
TEL.: (787) 273-0611
MOB.: (787) 567-0025
E-Mail: amercado@mercadosotolaw.com

**I HEREBY CERTIFY** that a copy of this motion was electronically filed by Movant, using the CM/EFC system, which will send notification to all the parties which have made an electronic appearance in this case.