## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
### CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**PLEASE TAKE NOTICE** that the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the Ad Hoc Group of General Obligation Bondholders (the "GO Group") in the Title III Cases 17 BK 3283-LTS and 17 BK 3284-LTS, respectfully files this *Notice of Withdrawal of Appearance and Request to Cease Service of Notices, Orders, Pleadings, and Documents*, and requests that pursuant to Local Bankruptcy Rule 9010-1(d)(3), the following name, address and email address be removed from the general matrix and all special or limited mailing and service lists in these Title III Cases, as well as the Court's electronic notice system for these Title III Cases.

---

1   The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Richard A. Rosen Esq. (rrosen@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3900

**PLEASE TAKE NOTICE** that this withdrawal will not cause any disruption in these

Title III Cases because the GO Group no longer has an interest in these Title III Cases.

Dated: May 25, 2023                     Respectfully submitted,

                                        _/s/ Richard A. Rosen_____
                                        Richard A. Rosen (admitted *pro hac vice*)
                                        PAUL, WEISS, RIFKIND, WHARTON
                                        & GARRISON LLP
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        Telephone: (212) 373-3000
                                        Facsimile: (212) 757-3990
                                        Email: rrosen@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.