RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 22 PM 4:27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtor[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS and HTA.** |

Réplica en oposición a *QUINGENTÉSIMA SEPTUAGÉSIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES*

A la atención de su señoría, Juez del Tribunal de Distrito de los Estados Unidos, Laura Taylor Swain:

El reclamante, el Sr. José J. Sánchez Molina, radica esta oposición al escrito presentado el 20 de abril de 2023 (Doc #24052) por el Estado Libre Asociado de Puerto Rico (en adelante El Estado) en la que el Estado alega no ser responsable por la reclamación presentada por el reclamante.

JURISDICCIÓN

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico tiene jurisdicción sobre la materia para atender la presente

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-LTS) (Últimos cuatro dígitos en la identificación contributiva federal: 3481); ii) la Corporación del Fondo del Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474): iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de quiebra Número 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE")) (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SER y la AEE, los "Deudores") (Caso de Quiebra Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático.

causa y el remedio en ella solicitado conforme a la sección 306(a) de PROMESA.

La sede judicial de este distrito es la competente conforme a la sección 307(a) de PROMESA.

## OPOSICIÓN A OBJECIÓN GLOBAL

1. La información de contacto del Sr. José J. Sánchez Molina es la siguiente:

    PO BOX 2005
    Vega Alta, PR 00692
    Tel. (939) 488-1825/ (939) 292-2997
    josejsanchez55@gmail.com

2. La pasada semana recibimos la objeción global presentada por el Estado en la que, en lo concerniente a la reclamación del suscribiente, expresa que el Sr. José J. Sánchez Molina recibió todos los aumentos salariales reclamados. No tienen razón.

3. El Sr. José J. Sánchez Molina tiene pendiente que se le pague lo ordenado por el Tribunal de Primera Instancia, Sala de Humacao en virtud de la Sentencia emitida el 4 de diciembre de 2016. Dicha sentencia se encuentra paralizada por Resolución emitida en virtud de la Ley Promesa. A la fecha de este escrito, el Sr. Sánchez Molina no ha recibido el pago de dicha sentencia a su favor, por lo que la aseveración de que a este se le otorgaron los salarios que se le debían no es correcta.

4. La controversia que inició el pleito inició en noviembre de 1983 cuando el Gobernador Carlos Romero Barceló perdió las elecciones contra Rafael Hernández Colón. Después de perder las elecciones el Gobernador Romero Barceló otorgó un aumento salarial a todos los empleados públicos.

5. El electo Gobernador Hernández Colón expresó que no otorgaría dicho aumento salarial porque él no lo prometió.

6. Años más tarde, los empleados del Departamento de la Policía, Departamento de Bomberos y el Departamento de Corrección

presentaron demanda contra el Gobierno de Puerto Rico reclamando el pago del aumento salarial prometido por Romero Barceló. Éstos ganaron el pleito y se les pagó lo reclamado.

7. Para ese entonces, un grupo de empleados del Tribunal General de Justicia, entre ellos el Sr. Sánchez Molina, comparecieron como interventores y presentaron acción civil contra el Gobierno de Puerto Rico en el Tribunal de Primera Instancia, Sala de San Juan. Presentada la demanda, en cuestión de semanas varios empleados de otros tribunales comenzaron a presentar sus demandas y el Tribunal trasladó los casos al Tribunal de Caguas. Posteriormente los casos fueron trasladados al Tribunal de Humacao.

8. En el Tribunal de Humacao, el Juez Superior, Hon. José Alberto Ramos Aponte falló en favor de los interventores y dictó sentencia en la que ordenó al Gobierno pagara los reclamantes lo antes posible. La referida sentencia, dictada el 4 de octubre de 2016, le ordenó al Gobierno el pago de intereses a los empleados (interventores).

9. El 23 de junio de 2017 recibimos Resolución del Hon. José Alberto Ramos Aponte en la que paralizó el caso en virtud de la Ley PROMESA.

Por todo lo cual, se solicita muy respetuosamente que tomen conocimiento de que al Sr. José J. Sánchez Molina no se le ha pagado la suma reclamada en virtud de la sentencia emitida por el Tribunal de Primera Instancia de Humacao, con cualquier otro pronunciamiento que en derecho proceda.

JOSÉ J. SÁNCHEZ MOLINA
PO BOX 2005
VEGA ALTA, PR 00692
Tel. (939) 488-1825/ (939) 292-2997
josejsanchez55@gmail.com