ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE HUMACAO
207 SALON DE SESIONES

RIOS VELAZQUEZ, JOSE GERARDO　　*　　CASO NUM. HSCI200400896
　　　　　　　　　　　　　　　　　*
　　　　DEMANDANTE　　　　　　　　*　　SOBRE: SENTENCIA DECLARATORIA
　　　　VS　　　　　　　　　　　　*
E L A DE PR　　　　　　　　　　　*
　　　　DEMANDADO　　　　　　　　 *
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
* * * * * * * * * * * * * * *

LIC. ALBERTO ARESTI FRANCESCHINI
250 PONCE DE LEON AVE STE 1000

SAN JUAN PR 00918

NOTIFICACION DE SENTENCIA ENMENDADA *Nunc Pro Tunc*

　　EL SECRETARIO QUE SUSCRIBE NOTIFICA A USTED QUE ESTE TRIBUNAL HA DICTADO SENTENCIA EN EL CASO DE EPIGRAFE CON FECHA DE 12 DE OCTUBRE DE 2016 , QUE HA SIDO DEBIDAMENTE REGISTRADA Y ARCHIVADA EN LOS AUTOS DE ESTE CASO, DONDE PODRA USTED ENTERARSE DETALLADAMENTE DE LOS TERMINOS DE LA MISMA.

　　Y SIENDO O REPRESENTANDO USTED LA PARTE PERJUDICADA POR LA SENTENCIA, DE LA CUAL PUEDE ESTABLECERSE RECURSO DE APELACION, DIRIJO A USTED ESTA NOTIFICACION, HABIENDO ARCHIVADO EN LOS AUTOS DE ESTE CASO COPIA DE ELLA CON FECHA 14 DE OCTUBRE DE 2016 .

LIC. RAFAEL A. VILÁ CARRIÓN - EDIF HATO REY CENTER
268 AVE PONCE DE LEON STE 1004 SAN JUAN PR 00918-2006
LIC. MANUEL DIAZ LUGO - PO BOX 9020192
SAN JUAN PR 00902-0192
ROSA M SOTO COLON - URB BELLA VISTA
6 CALLE MIOSOTIS AIBONITO PR 00705
HAYDEE SUAREZ RIVERA -
HC02 BOX 8964 AIBONITO PR 00705
EMILIO AVILES VAZQUEZ -
PO BOX 13196 SAN JUAN PR 00908

　　HUMACAO PUERTO RICO, A 14 DE OCTUBRE DE 2016 .

　　　　　　　　　　　　　　　DOMINGA GÓMEZ FUSTER
　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　SECRETARIO

　　　　　　　　POR:　EVELYN FELIX VAZQUEZ
　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　SEC. AUX. TRIB
　　　　　　　　　　　　　　　CONT. CASO NUM. HSCI200400896

RECEIVED 2016 MAY 18 A 9:10

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
SALA SUPERIOR

| | |
|---|---|
| JOSE GERARDO RIOS VELAZQUEZ Y OTROS<br>**Demandantes**<br><br>vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y ADMINISTRACION DE LOS TRIBUNALES<br>**Demandados** | CIVIL NUM.: HSCI200400896<br>CIVIL NUM.: HSCI200500098<br>**CONSOLIDADOS**<br>El día 7 de febrero de 2005 |
| CARMEN S. MALDONADO ROSARIO<br>DAMARIS MEDINA DE RIOS<br>ANGEL O BUJOSA GABRIEL<br>JOSE M. TORRES TORRES, ETC.<br>**Demandantes**<br><br>vs.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y ADMINISTRACION DE LOS TRIBUNALES<br>**Demandados** | SOBRE:<br>SENTENCIA DECLARATORIA |

## SENTENCIA NUNC PRO TUNC

Los demandantes reclaman el pago de los aumentos de sueldo y pasos por servicio activo prestado en la Administración de los Tribunales de Puerto Rico durante los periodos de tiempo requeridos y enmarcados en las leyes y Memorando; Circulares y Resoluciones emitidas, por la parte demandada en que basan su reclamación, y los aumentos de sueldo o pasos dispuestos no le han sido pagados.

Analizado y evaluado el expediente y las disposiciones legales aplicables, se dicta la presente sentencia con los siguientes pronunciamientos y disposiciones:

1. Se declara **con lugar** la aplicabilidad de las disposiciones legales reclamadas a aquellos empleados activos al momento de la efectividad de las disposiciones legales y administrativas y que cumplan con los requisitos de éstas, en el

1

presente caso. Se determina que aquellos empleados-demandantes que cualifiquen para recibir los pagos de aumento salarial correspondiente y que no se le hayan otorgado los pagos, tienen derecho a recibir los mismos, de acuerdo a las disposiciones legales que se indican más adelante.

2. Se ordena a la parte demandada y a la parte demandante que continuen con el Plan de Trabajo ordenado sobre el análisis de la reclamación de cada uno de los demandantes en el caso conforme los parámetros determinados para ello. El mismo será acreditado mediante Certificación a esos efectos de la Directora de la Secretaría Auxiliar de Recursos Humanos de la Oficina de la Administración de los Tribunales o su representante autorizado a ser evaluada dicha certificación por la parte demandante.

En los casos en que no se haya reconocido y efectuado y/o no se haya efectuado el pago, y proceda el mismo, deberá indicarse para cada demandante, el monto total que le corresponde a la fecha en que se haga el informe.

3. Se determina que las leyes aplicables al caso de epígrafe son:

1. Ley 169 de 29 de julio de 1999
2. Carta de 20 de mayo de 2004
3. Memorando número 113 de 9 de noviembre de 2000
4. Resolución de 11 de octubre de 1990 (EP-90-2)
5. Resolución de 30 de junio de 2004 (ER-2004-7)
6. Ley número 431 de 21 de diciembre de 2000
7. Ley 410 de 8 de octubre de 2000
8. Circular número 23 de 10 de enero de 2001
9. Memorando número 228 de 22 de febrero de 2000
10. Memorando número 177 de 21 de diciembre de 1999 y anejos
11. Circular número 46 de 26 de octubre de 1990
12. Memorando número 51 de 31 de octubre de 1989
13. Memorando número 190 de 27 de enero de 1997



2

14. Resolución de 20 de diciembre de 1996 (EP-96-3)

15. Resolución de 7 de mayo de 1998 (ER-99-4)

16. Memorando número 80 de 27 de septiembre de 1996

17. Resolución de 20 de septiembre de 1996

18. Memorando número 247 de 26 de abril de 1996

19. Memorando número 183 de 20 de marzo de 1995

20. Resolución de 22 de septiembre de 1986

21. Resolucón SW 11 de octubre de 1990 (EP-90-2)

22. Enmienda articulo número 10.5
    Reglamento Administración de los Tribunal (Anexo - B)

23. Resolución de 22 de septiembre de 1986

24. Circular número 15 de 19 de diciembre de 1989

25. Memorando número 152 de 26 de enero de 1996

26. Circular número 17 de 9 de diciembre de 1994

27. Manual de Normas y Procedimientos consención aumento Sueldo por años de servicio de 8 de diciembre de 1994

28. Resolución de 22 de septiembre de 1986

29. Resolución de 11 de octubre de 1990 (EP-90-2)



4. De proceder el pago de conformidad a las disposiciones leyes antes relacionadas y no haberse efectuado el mismo la parte demandada conjuntamente con la representación legal de los demandantes preparará y someterá al Tribunal hojas de cómputo y de liquidación, en las que se indicarán la cantidad que hay que pagar a cada demandante, siguiendo las directrices y el derecho aplicable al caso.

5. El pago a los demandantes se efectuará conforme sean autorizados y ordenados mediante Resolución de este Tribunal a esos efectos y de conformidad a lo anteriormente determinado y expuesto en esta Sentencia.

6. Los demandantes tienen derecho a que se les pague intereses legales, por sentencia, a razón del porciento anual fijado por la Junta Financiera, desde la fecha de la Resolución ordenando el pago, hasta su otorgación. Por lo tanto, resulta de interés para la Administración de los Tribunales de Puerto Rico que el pago se efectúe dentro del término más corto posible.

3

7. La parte demandada deberá consignar en su presupuesto una partida para el pago de la Sentencia aquí dictada.

REGISTRESE Y NOTIFIQUESE.

Dada en Humacao, Puerto Rico, a 4 de octubre de 2016.

JOSÉ ALBERTO RAMOS APONTE JUEZ SUPERIOR

4

**Subject:** Notificación Electrónica HSCI200400896

**From:** NoReply@ramajudicial.pr (NoReply@ramajudicial.pr)

**To:** albertoaresti@yahoo.com;

**Date:** Wednesday, June 28, 2017 12:38 PM

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE HUMACAO-SUPERIOR

| RIOS VELAZQUEZ, JOSE GERARDO | CASO NÚM. HSCI200400896 |
| DEMANDANTE | SALON NÚM. 207 |
| VS | SOBRE: SENTENCIA DECLARATORIA |
| E L A DE PR | |
| DEMANDADO | |

NOTIFICACIÓN

A:  LIC. ARESTI FRANCESCHINI, ALBERTO
    ALBERTOARESTI@YAHOO.COM
    LIC. DIAZ LUGO, MANUEL
    MADIAZ@JUSTICIA.PR.GOV
    LIC. VILÁ CARRIÓN, RAFAEL A.
    VILACARRIONR2@GMAIL.COM
    SOTO COLON, ROSA M
    URB BELLA VISTA
    6 CALLE MIOSOTIS
    AIBONITO     PR 00705
    SUAREZ RIVERA, HAYDEE

    HC02 BOX 8964
    AIBONITO     PR 00705

EL (LA) SECRETARIO(A) QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL (A LA): MOCIÓN AVISO DE PARALIZACION DE LOS PROCEDIMIENTOS POR VIRTUD DE LA PRESENTACION DE LA PETICION PRESENTADA POR EL GOBIERNO DE...... ESTE TRIBUNAL EMITIÓ UNA RESOLUCIÓN EL 23 DE JUNIO DE 2017.

SE ANEJA COPIA O INCLUYE ENLACE:

Presione aquí para acceder al documento electrónico objeto de esta notificación. El documento estará disponible a través de este enlace durante 45 días desde que se archivó en autos la notificación.

FDO. JOSE ALBERTO RAMOS APONTE
JUEZ SUPERIOR

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA RESOLUCIÓN, USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 28 DE JUNIO DE 2017, Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

EN HUMACAO, PUERTO RICO, A 28 DE JUNIO DE 2017.

| DOMINGA GÓMEZ FUSTER | POR: F/ NORIE MERCADO LABOY |
| NOMBRE DEL (DE LA) SECRETARIO(A) REGIONAL | NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR DEL TRIBUNAL |

Casos Acumulados- HSCI200500098

OAT1812-Formulario Único de Notificación - Sentencias, Resoluciones, Órdenes y Minutas (Noviembre 2016)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE HUMACAO
SALA SUPERIOR

| JOSÉ GERARDO RÍOS VELÁZQUEZ Y OTROS<br>**Demandantes**<br><br>Vs<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y ADMINISTRACIÓN DE LOS TRIBUNALES<br>**Demandados** | CIVIL NÚM.: HSCI200400896<br><br>SOBRE:<br><br>SENTENCIA DECLARATORIA |
|---|---|
| CARMEN S. MALDONADO ROSARIO Y OTROS<br>**Demandantes**<br><br>Vs<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO Y ADMINISTRACIÓN DE LOS TRIBUNALES<br>**Demandados** | CIVIL NÚM.: HSCI200500098<br><br>SOBRE:<br><br>SENTENCIA DECLARATORIA |

## RESOLUCIÓN

En el caso que nos ocupa, el Departamento de Justicia del Estado Libre Asociado de Puerto Rico presentó "Aviso de Paralización de los Procedimientos por Virtud de la Presentación de la Petición Presentada por el Gobierno de Puerto Rico bajo el Título III de PROMESA" en el que solicita la paralización de esta acción al amparo de las secciones 362(a) y 922(a) del Código de Quiebras de los Estados Unidos, 11 U.S.C. seccs. 362(a), 922(a), según incorporadas en la sección 301 de la *Puerto Rico Oversight, Management, and Economic Stability Act*, conocida como PROMESA, 48 U.S.C. 2161. De conformidad con la sección 301 y la sección 405 de PROMESA, que amplía el alcance de la paralización de las acciones en contra del Estado Libre Asociado de Puerto Rico, a partir de la aprobación de esta ley, 48 U.S.C. 2194; este Tribunal decreta la paralización de esta acción, dando por terminado el caso y ordena su archivo para fines estadísticos.

El Tribunal se reserva jurisdicción para decretar su reapertura, de haber obtenido la parte promovente relevo de la paralización según provisto por la sección 405(g) de PROMESA.

**REGÍSTRESE Y NOTIFÍQUESE.**

En Humacao, Puerto Rico, a 23 de junio de 2017.

JOSÉ ALBERTO RAMOS APONTE
Juez Superior

NÚMERO IDENTIFICADOR: RES2017_____