José J. Sánchez Molina
P.O. Box 2005
Vega Alta, P.R. 00692

7021 0350 0001 3419 4617




U.S. POSTAGE PAID
FCM LG ENV
VEGA ALTA, PR
00692
MAY 18, 23
AMOUNT
$9.24
R2305K131200-37

RETURN RECEIPT REQUESTED

Clerk's Office
United States District Court,
150 Ave Chardon ~~Room 150~~ Federal Building ste 150
San Juan, P.R. 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 MAY 22 PM 4:27

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE