UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                  PROMESA
                                                     Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                           No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO          (Jointly Administered)
et al.,

    Debtors.[1]

------------------------------------------------------------x

In re:                                                  PROMESA
                                                     Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                           No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

------------------------------------------------------------x

ORDER CONCERNING AMENDMENTS TO ORDER ESTABLISHING,
AMONG OTHER THINGS, PROCEDURES AND DEADLINES CONCERNING
OBJECTIONS TO CONFIRMATION AND DISCOVERY IN CONNECTION THEREWITH

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Joint Urgent Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., U.S. Bank National Association as PREPA Bond Trustee, and the Financial Oversight and Management Board for Puerto Rico for an Extension of Certain Confirmation Deadlines* (Docket Entry No. 24333 in Case No. 17-3283 and Docket Entry No. 3550 in Case No. 17-4780) (the "Extension Motion") and found good cause to grant the relief requested by the Extension Motion.

Additionally, it has come to the Court's attention that paragraphs 25 and 26 of the *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 23676 in Case No 17-3283 and Docket Entry No. 3305 in Case No. 17-4780) permits parties to file certain redacted documents and to transmit unredacted versions of such documents to the Court and other parties in a manner that is not consistent with the *Sixteenth Amended Notice, Case Management and Administrative Procedures* § I.L (Docket Entry No. 20190-1 in Case No. 17-3283) and the *Amended Joint Standing Order on Sealing and Redacting* § A.3 (Docket Entry No. 13630 in Case No. 17-3283).

In light of the above, contemporaneously herewith, the Court is issuing a *Second Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (the "Second Amended Order") to (i) modify certain deadlines as requested in the Extension Motion and (ii) clarify that parties must comply with the Court's sealing procedures. A redlined copy of the Second Amended Order showing the revisions is attached hereto as Exhibit A.

The Court will not review or otherwise utilize any unredacted documents that have been sent to the Court unless and until parties seek and obtain approval of an appropriate request to file such documents under seal or the parties file the unredacted documents publicly on the docket.

This Order resolves Docket Entry No. 24333 in Case No. 17-3283 and Docket Entry No. 3550 in Case No. 17-4780.

SO ORDERED.

Dated: May 26, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge