EN EL TRIBUNAL DE DISTRITO FEDERAL PARA EL DISTRITO DE PUERTO RICO

In re: Junta de Supervisión Y Administración Financiera Para Puerto Rico, como representante del Estado Libre Asociado de Puerto Rico (ELA) y otros, Deudores (PROMESA Título III)

Caso Número: 17 BK 3283-LTS

Reclamación Número 10301

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

RÉPLICA A QUINGENTÉSIMA SEPTUÁGESIMA SÉPTIMA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ELA, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ELA (ASR) Y DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES

2023 MAY 22 AM 9:54

AL HONORABLE TRIBUNAL:

Comparece el Sr. Francisco Martínez Irizarry (Martínez), acreedor en el caso de referencia, por derecho propio, y muy respetuosamente expone y solicita:

I. Breve relación de hechos

1. El 15 de octubre de 2015, Martínez apeló ante la Junta de Síndicos de la ASR, la decisión de la ASR de que para acogerse a la jubilación, le fue aplicada erróneamente la Ley Núm. 3 de 4 de abril de 2013 (Ley Núm. 3), que enmendó la Ley Núm. 447 de 15 de mayo de 1951, según enmendada (Ley Núm. 447). En su Apelación, reclamó que el efecto perjudicial de la determinación de la ASR fue que con efectividad equivocada al 1 de julio de 2013, fue privado de su derecho a devengar su correspondiente pensión por mérito mensual dejada de devengar desde la renuncia hasta la aprobación de la pensión por la ASR [7 de mayo de 2013 a 16 de mayo de 2014], más intereses legales, y a recibir los siguientes beneficios de leyes especiales, que consisten en:



   a. Aportación al plan de salud, $100.00 por mes, [mayo 2013 hasta su cumplimiento], más intereses legales.

b. Bono para medicamentos, $100.00 por año, [2013 hasta su cumplimiento], más intereses legales.

c. Bono de Navidad, $200.00 por año, [2013 hasta su cumplimiento], más intereses legales y

d. que su cónyuge, Sra. Elba Iris Ayala Rodríguez, pueda recibir el cincuenta por ciento (50%) de la pensión que su cónyuge estuviese devengando al momento de su fallecimiento; el número de referencia de este caso ante la Junta de Síndicos de la ASR es el 2015 – 0348 (Se aneja copia).

2. El 2 de mayo de 2018, Martínez radicó Proof Of Claim contra la deudora ASR, ante este Honorable Tribunal. Le fue asignado el Número 10301. Para esa fecha, la cantidad reclamada ascendía a $32, 870.00. Ésta era de carácter preliminar, pues en defecto de pago, aumentaba y se acumulaba, de mes a mes.

3. Después de varios trámites procesales, la Junta de Síndicos de la ASR emitió su Resolución final, el 31 de agosto de 2021, la cual notificó el 13 de septiembre de 2021; por medio de la cual, denegó la apelación (Se aneja copia).

4. Martínez recurrió al Tribunal de Apelaciones (TA), el 13 de octubre de 2021, en el Caso Número KLRA202100534. Este último dictó Sentencia final y firme, el 25 de abril de 2022, la que notificó al siguiente día. A través de ésta, revocó la mencionada Resolución de la Junta de Síndicos de la ASR y le devolvió el caso, para los ajustes correspondientes a su pensión, según  sus derechos de jubilación preservados al amparo de la Ley Núm. 447, antes de ser enmendada por la Ley Núm. 3. Esa Resolución no fue objeto de revisión ante el Tribunal Supremo. (Se aneja copia de ésta).

5. Durante el período comprendido a partir del 26 de agosto de 2022 al 13 de marzo de 2023, en cumplimiento parcial de los remedios ordenados por la referida Sentencia del TA, Martínez ha

recibido pagos por parte de la ASR, pero actualmente quedan otros pendientes, los cuales se indican a continuación en la tabla:

| Martínez Irizarry, Francisco | | | No. de reclamación: 10,301 |
|---|---|---|---|
| Remedio solicitado | Monto reclamación * Estimado | Pago Recibido | **MONTO ADEUDADO** |
| a. Retroactivo de pensión | $25, 870.32 Estimado a 1/ junio/2013 | $27,746.58 Retroactivo a 7/mayo/2013 | Intereses indeterminados |
| b. Aportación Plan de Salud | $11,600.00 | $6,700.00 | $4,900.00 + intereses indeterminados |
| c. Bono medicamentos | $1,000.00 | $1,000.00 | Intereses indeterminados |
| d. Bono navideño | $2,000.00 | $2,000.00 | Intereses indeterminados |

*Martínez estima que la cantidad de su reclamación al presente es de $42,346.58, más intereses legales indeterminados.

(Se anejan copias de tres (3) certificaciones emitidas por la ASR, en el período de referencia).

6. La Junta de Supervisión Fiscal y Administración Financiera Para Puerto Rico (Junta) radicó la referida Objeción Global, ante este Honorable Tribunal, el 20 de abril de 2023. Mediante ésta, alegó que los deudores/as ELA y ASR ya no le respondían por el pago de la mencionada deuda de $32,870.00, porque ésta ya fue pagada.

II. Remedios Solicitados

Martínez objeta el monto $32,870.00, que fue informado por la Junta, pues no tomó en cuenta que en los pasados cinco (5) años, la deuda aumentó mensualmente. Por lo que, Martínez solicita respetuosamente a este Honorable Tribunal que dicte orden, mediante la cual deniegue la mencionada Objeción Global, en lo pertinente, y ordene a los deudores ELA y ASR a pagarle la cantidad adeudada de $4,900.00, por concepto de aportación al plan de salud, más intereses legales por esa partida y las del pago de retroactivo de pensión y de bonos de medicamentos y de Navidad.



3

Sometido respetuosamente, en San Juan, Puerto Rico, hoy 22 de mayo de 2023.

Certifico: que hoy notifiqué copia de esta réplica y de sus anejos, por correo certificado con acuse de recibo, a Proskauer Rose, LLP, Eleven Times Square, New York, New York 10036-8299 (abogados de la Junta) y a Paul Hastings LLP, 200 Park Avenue, New York, New York 10166 (abogados del Comité de Acreedores).

Francisco Martínez Irizarry
Acreedor, por derecho propio
P.O. Box 949
San Germán, Puerto Rico 00683
Tel. (939) 247-8273