RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 MAY 24 PM 3:42

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et als <br><br> DEBTORS | PROMESA <br> Title III <br> No. 17-BK-3283-LTS <br><br> Claim # 9900 |

### RÉPLICA A OBJECIÓN GLOBAL

**AL HONORABLE TRIBUNAL:**

**COMPARECE** el SR. Raynaldo Alejandro Estrada en el presente escrito y muy respetuosamente **alega, expone y solicita**:

1. El compareciente se opone al remedio solicitado en la Objeción Global por los siguientes fundamentos:

2. La Constitución de Puerto Rico, establece y dispone que la Dignidad del ser humano es inviolable, por lo que al no brindarle el cuidado médico adecuado se vio afectada su dignidad y sus derechos.

3. Conforme al Código Civil de Puerto Rico el compareciente tiene derecho a una compensación en Daños y Perjuicios, ya que sus derechos se vieron afectados por la negligencia del Estado al No brindarle la atención médica adecuada.

4. Las evidencias y expediente médico del Sr. Alejandro Estrada, estan bajo la custodia del Departamento de Corrección, ya que el mismo se encuentra en la Institución Guayama 500. Dicho expediente es confidencial por lo que no se somete el mismo con esta réplica. (Anejo I- Copia de la demanda con los hechos)

5. Por los fundamentos antes esbozados entendemos que NO procede la desestimación solicitada por los deudores ya que

los mismos tienen en su poder las evidencias medicas del Sr. Alejandro, por estar el mismo bajo custodia del departamento de Correccion en la Institución Guayama 500.

**POR TODO LO CUAL**, muy respetuosamente solicitamos de este Honorable Tribunal que declare HA LUGAR la presente Moción y disponga conforme a derecho.

CERTIFICO: Haber enviado copia fiel y exacta del presente escrito a:

Secretaria (Clerk's Office)
Tribunal de Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

Abogado de la Junata de Supervision
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn.: Martin J. Bienenstock
Brian S. Rosen

Abogados del Comite de Acreedores
Paul Hastings LLP
200 park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James washington
G/ Alexander Bongartz

**RESPETUOSAMENTE SOMETIDO.**

En Cayey, Puerto Rico, a 19 de mayo de 2023.

Reynaldo Alejandro Estrada
Institución Guayama 500
Control C Secc. CB, Celda #210
PO Box 10005
Guayama, PR 00785

*[signature]*

por: **EVELYN LOPEZ DIAZ**
**RUA 16646**
PMB 1263
PO BOX 6400
CAYEY, P.R. 00737
TEL./FAX: (787) 535-7999
evelodi07@yahoo.com