TRIBUNAL DE PRIMERA INSTANCIA
SALA DE GUAYAMA

Reynaldo Alejandro Estrada
DEMANDANTE

VS.

Estado Libre Asociado de
Puerto Rico, Administración de
Corrección y Rehabilitación y
otros.

POR: Daños y Prejuicios y
Violación de Derechos

AL HONORABLE TRIBUNAL:

Comparece el peticionario de epígrafe en forma Pauperis y muy respetuosamente a este Honorable Tribunal de Guayama para exponer, alegar y solicitar.

EXPOSICIÓN DE MOTIVOS

1- EL DEMANDANTE SE ENCUENTRA Cumpliendo una Sentencia fielmente en la Institución Guayama 500 Control C Secc C-3 Celda #210 P.O. Box 10005 Guayama P.R. 00785.

2- Que dentro de este complejo correccional ha sufrido un daño físico como sicológicos que le están mermando su salud.

3- Daños físico, Desde el 18 de marzo de 2016 el confinado se empezó a sentir mal ya que le estaban dando unos dolores bien fuerte, dicho confinado estuvo llenando por un período de 6 días el sick call asiendo el area medica caso miso a la condición de dicho confinado el 24 de marzo de 2016 lo llevan a la sala

Pagina-2

DE EMERGENCIAS y de Ahi Lo trasladan a EL Hospital San Lucas II en Guayama, Luego fue trasladado DE EMERGENCIA AL CENTRO MEDICO DE Rio Piedras EN DONDE Los Doctores DETERMINAN que el Confinado ESTA PADESIENDO DE VARIAS ENFEMEDADES, Luego fue TRASLADADO Por ultimo al CMC-Centro Medico Correccional para TERMINAR TRATAMIENTO.

4- Que Dichas ENFERMEDADES QUE ESTABA PADESIENDO EL CONFINADO Reynaldo Alejandro ESTRADA ERAN LAS SIGUIENTES:
  A) ENDOCARDITIS EN el CORAZON - UNA BACTERIA EN LA BALBULA DEL CORAZON.
  B) EMBOLIA y NEHUMANIA EN Los PULMONES
  C) EMBOLIA y CORROTRETINITIS EN el ojo DERECHO esto conllevo AL DESPRENDIMIENTO DE RETINA.
  D) PERDIDA DE AUDICION EN el OIDO IZQUIERDO
  E) TROMBOSIS EN LA PIERNA IZQUIERDA

5- Que Dicho Confinado Reynaldo Alejandro ESTRADA fue ATENDIDO Por LA oftormologa La Doctora Joy PEREZ, LA PRIMERA OPERACION fue el 23 de Agosto de 2016 abiendo asi una Segunda OPERACION el 6 de Septiembre de 2016 EN LA PRIMERA OPERACION LE hecharon GAS en el ojo Afectado PARA que Ayudara a PEGAR La RETINA, Pero dicho Confinado Tuvo una Emoragia interna, EN LA Segunda OPERACION LE SACARON EL GAS, LA Sangre causada Por LA EMORAGIA y LE PUSIERON Silicona PARA QUE AYUDARA A PEGAR LA RETINA, Luego DE ESO dicho Confinado a TENIDO VARIOS Sangrados en el ojo Afectado dandole conocimiento AL Sargento Rivas ya que DEL AREA MEDICA LE han dicho AL Confinado que DE TENER Cualquier Complicacion SE Lo Aga Saber AL Sargento que SE ENCUENTRE DE Turno

PAGINA-2

DE EMERGENCIAS y de Ahi lo trasladan a EL Hospital San Lucas II en Guayama, luego fue trasladado de EMERGENCIA Al CENTRO MEDICO DE Rio Piedras EN DONDE los Doctores DETERMINAN que el Confinado ESTA PADESIENDO DE VARIAS ENFERMEDADES, luego fue TRASLADADO POR ultimo al CMC-CENTRO MEDICO CORRECCIONAL para TERMINAR TRATAMIENTO.

4- Que Dichas ENFERMEDADES que ESTABA PADESIENDO EL Confinado Reynaldo Alejandro ESTRADA ERAN LAS SIGUIENTES:
A) ENDOCARDITIS en el CORAZON - UNA BACTERIA en la Balbula DEL CORAZON.
B) EMBOLIA Y NEUMANIA EN LOS PULMONES
C) EMBOLIA Y Corrorretinitis EN el ojo DERECHO esto CONLLEVO Al DESPRENDIMIENTO DE RETINA.
D) PERDIDA DE AUDICION EN el OIDO IZQUIERDO
E) TROMBOSIS EN LA PIERNA IZQUIERDA

5- Que Dicho Confinado Reynaldo Alejandro ESTRADA fue ATENDIDO POR LA oftormologa La Doctora Joy PEREZ, LA PRIMERA OPERACION fue el 23 de Agosto de 2016 abiendo asi una Segunda OPERACION el 6 de Septiembre de 2016 EN LA PRIMERA OPERACION Le hecharon GAS EN el ojo AFECTADO PARA que Ayudara a pegar la RETINA, Pero dicho Confinado Tuvo una EMORAGIA INTERNA, EN LA SEGUNDA OPERACION LE SACARON EL GAS, LA SANGRE CAUSADA POR LA EMORAGIA y LE PUSIERON Silicona PARA que Ayudara A PEGAR LA RETINA, Luego DE ESO dicho Confinado a TENIDO VARIOS SANGRADOS EN el ojo AFECTADO DANDOLE CONOCIMIENTO Al Sargento Rivas ya que DEL AREA MEDICA LE han dicho Al Confinado que DE TENER Cualquier Complicacion SE lo Aga SAVER Al Sargento que SE ENCUENTRE DE Turno PARA que lo lleven Al AREA MEDICA PARA ESE ENTONCES SE Encontraba el Sargento Rivas y ESTE ha hecho CASO Omiso y ESTO ya ha Sucedido Varias ocasiones con el Mismo Sargento Rivas, El Confinado VARIAS OCASIONES

PAGINA-3

Le ha dejado saver al Sargento Santiago que su condición ha empeorado para que lo lleven a la Sala de Emergencia La cual el Sargento Santiago le indica que lo van a llevar pero al cambiar el turno el Sargento Santiago le deja dicho al Sargento que entra de turno que lleven al confinado a la Sala de Emergencia la cual nuevamente se le indica al Sargento Rivas ya que el Sargento Rivas es el que entra de turno pero el mismo Sargento Rivas siempre hace caso omiso llevando al confinado a utilizar los remedios administrativos la cual la contesta siempre es la misma dejando saver en dichas contesta como si el confinado Reynaldo Alejandro Estrada no tuviera ninguna condición.

6- Que dicho confinado varias ocasiones le indica a los oficiales que se encuentran de turno del dolor que siente en su pierna y de sangrado que ha tenido varias ocasiones en el ojo afectado y los oficiales que han estado de turno se lo indican al Sargento Rivas para que dicho Sargento Rivas aga las gestiones y lo lleven a la Sala de Emergencias la cual el Sargento Rivas indica que lo van a llevar despues del conteo de las 6:00 P.M. y nunca lo lleva poniendo en riesgo a dicho confinado.

7- Que el confinado Reynaldo Alejandro Estrada con un testigo con nombre Orlando Ramos Cabán siendo este compañero de celda de dicho confinado, el confinado Reynaldo Alejandro Estrada le da aceso al Honorable Tribunal de Guayama para que berifiquen todo el expediente medico para que asi puedan ver que las condiciones en las que se encuentra dicho confinado Reynaldo Alejandro Estrada son criticas y no se esta asiendo nada al respecto.

8- Que por lo anterior expuesto el demandante realiza las siguientes alegasiones, siendo el confinado en estas alturas

PAGINA-4

expuesto a que le suceda algo más grave con su salud ya que no se esta asiendo nada al respecto.

## Alegaciones

A) El demandante alega que se le han violados sus derechos y dignidad como ser humano, contemplando en la Sección I de la carta de la Constitución del Estado Libre Asociado de Puerto Rico al habercele violado sus derechos al confinado Reynaldo Alejandro Estrada, dañandolo esto fisica y psicologicamente por el simple hecho de no hacer bien su trabajo corectamente el sargento Rivas.

9- Esta reglamación se basa a lo siguiente:
   Fundamento de Derecho

A) Principios de libertad, vida e inviolabilidad de la dignidad humana contemplados en la Constitución de los Estados Unidos de America.

B) Principios de garantias y derechos de los ciudadanos contemplados en la carta de derechos de la Constitución del Estado Libre Asociado de Puerto Rico en cuya Sección y se lee "La dignidad del ser humano e inolvidable.

10- Por todo lo anteriormente expuesto, alegado y fundamentado el demandante.

## Solicita

A) Se tenga por radicada, por instespuesta en tiempo y forma la presente reclamación a tenor de lo dispuesto en el codigo civil de Puerto Rico con relación a las reclamaciones al estado y se le compense por los daños y perjuicios tanto fisico como psicologicos sufridos y por violación de derechos por parte de los oficiales

Pagina-5

de custodia correccionales de la Administración de Corrección, estimando la cuantía de los daños en no menos de $70,000.00 que se reclama por este medio como indemnización por daños y prejuicios y violación de derechos cruzados por culpa y negligencia del Estado Libre Asociado de Puerto Rico, sus empleados o agentes a tenor de lo dispuesto en la Sección 3077 (A) de la Ley de Pleito contra el Estado del Título 32 de L.P.R.A y en los Artículos 1802, 1868 y 1873 del Código Civil donde se especifica que el Estado Libre Asociado de Puerto Rico así como sus Agentes Representantes y Empleados responden civilmente por las actuaciones culposas y negligentes de sus empleados, alegadas en la presente reclamación así como por los daños y prejuicios y violación de derechos causados a los reclamantes, además el Estado responde vicariamente por las acciones u omisiones negligentes de sus empleados, de igual manera responde la Aseguradora que tenga expedida una póliza de seguro cuya cubierta comprenda los actos culposos y negligente que se imputan en la siguiente reclamación.

B) Copia de la Resolución dictada y emitida al efecto por el Sr. Magistrado-Juez del Honorable Tribunal donde se especifique lo acordado al respecto por ser de justicia que respetuosamente pide con toda discreción y respeto.

## Súplica

Su Señoría, aunque el demandante agotó los remedios administrativos y conoce el mismo cabe señalar que remedios administrativos le da la alternativa al confinado para comparecer ante el Honorable Tribunal cuando A) la dilatación del proceso es excesivo. B) Por razones de salud. C) Cuando el

PAGINA-6

PROCESO DE REMEDIOS ADMINISTRATIVOS POR LAS RASONES NO FUNCIONE ADECUADAMENTE, ETC, EL HONORABLE TRIBUNAL PODRA EXIMIR AL DEMANDANTE DE TENER QUE AGOTAR LOS REMEDIOS ADMINISTRATIVOS POR LAS RASONES ANTES MENCIONADAS, POR LO QUE SUPLICO A ESTE HONORABLE TRIBUNAL QUE POR TRATARSE DE UN ASUNTO DE SALUD LO EXIMA DE TENER QUE CONTINUAR AGOTANDO LOS REMEDIOS ADMINISTRATIVOS.

POR TODO LO CUAL y MUY RESPETUOSAMENTE LE SUPLICO A ESTE HONORABLE TRIBUNAL QUE DECLARE HA LUGAR LA PRESENTE MOCIÓN Y EN CONCECUENCIA ORDENE LA SELEBRACIÓN BAJO LA REGLA 192-2 LA VISTA DE COMPARECENSIA URGENTE Y PROCEDA CONFORME (A) DERECHO.

EN GUAYAMA, PUERTO RICO HOY 3 DE enero DE 2017

MUY RESPETUOSAMENTE

_Reynaldo Alejandro Estrada_
Reynaldo Alejandro Estrada
INT. GUAYAMA 500
Control C Secc CB Celda # 210
P.O. Box 10005
Guayama P.R. 00785.