Lcda. Evelyn López Díaz
Urb. La Planicie Calle 2 D-18
Cayey, PR 00736

2023 MAY 24 PM3:42

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

Secretaria
Tribunal de Distrito de Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767