UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On April 28, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the NextGen Healthcare, Inc. and Quality Systems, Inc (ADRID: 4237381), Attn: Paul J. Hammer, Kane Russell Coleman Logan PC, 5151 San Felipe, St Houston, TX, 77056.

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate Claims (ECF No. 23095) [Docket No. 23891]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims (ECF No. 23096) [Docket No. 23892]

- Notice of Presentment of Proposed Order Granting the Five Hundred Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable (ECF No. 23428) [Docket No. 23893]

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Debtor is Not Liable (ECF No. 23090) [Docket No. 23896]

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Objecting Debtors is Not Liable (ECF No. 23091) [Docket No. 23897]

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims (ECF No. 23093) [Docket No. 23898]

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims (ECF No. 23422) [Docket No. 23899]

- Notice of Presentment of Proposed Order Granting the Five Hundred Sixtieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Objecting Debtors Are Not Liable (ECF No. 23423) [Docket No. 23900]

- Notice of Presentment of Proposed Order Granting the Five Hundred Sixty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient ADR Claims (ECF No. 23424) [Docket No. 23901]

- Notice of Presentment of Proposed Order Granting the Five Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims (ECF No. 23425) [Docket No. 23902]

- Stipulation and Agreed Order Regarding Proofs of Claim of Josefina Guinot-Melendez (Claim Nos. 169331 & 179649) [Docket No. 23903]

Dated: May 25, 2023

                                                */s/ Paul Pullo*
                                                Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 25, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 69192