| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Soler Vargas, Jose | 14510 | 5/18/2018 | Commonwealth of Puerto Rico | $100,000.00 |
| **Treatment:** | Claim to be Disallowed | | | |
| **Reason:** | Proof of Claim purports to assert liabilities associated with outstanding litigations; however, neither the proof of claim nor supporting documentation provided enough information for the Debtors to understand whether any liabilities are owed by the Debtors. The Debtors have made multiple attempts to contact claimant by email, mail, and/or telephone, but claimant either has not responded to Debtors' requests, or claimant's response still does not provide enough information to enable the Debtors to understand whether any liabilities are owed. | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Soler Vargas, Jose | 14510 | 5/18/2018 | Commonwealth of Puerto Rico | $100,000.00 |
| **Tratamiento:** | Reclamo a ser desestimado | | | |
| **Base para:** | La Evidencia de Reclamo pretende invocar obligaciones asociadas a litigios pendientes; sin embargo, ni esta ni la documentación de respaldo proporcionaron información suficiente como para que los Deudores comprendan si adeudan o no alguna obligación. Los Deudores han realizado muchos intentos para ponerse en contacto con el demandante por correo electrónico, correo postal y teléfono, pero el demandante no ha respondido a sus solicitudes o bien la respuesta sigue sin brindar información suficiente como para que los Deudores comprendan si se adeuda o no alguna obligación. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).