## **EXHIBIT A**

# EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Party Name Abbreviation | Assured Entities |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance | **William J. Natbony**<br>**In Person NY**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676<br><br>**Thomas J. Curtin**<br>**In Person NY**<br>thomas.curtin@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504-6063<br>Notice of Appearance: ECF No. 141 |