# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtor.[1] | PROMESA <br><br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

### INFORMATIVE MOTION REGARDING JUNE 8, 2023 OMNIBUS HEARING

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures for Hearing on June 8, 2023 Omnibus Hearing* [ECF No. 24336 in case No. 17-03283], counsel for Unión de Trabajadores de la Industria Eléctrica y Riego Inc. ("UTIER") and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") hereby respectfully state as follows:

1. The following counsel will appear on behalf of UTIER and SREAEE on June 8, 2023, to the Omnibus Hearing ("Hearing") and, to the extent necessary, will present argument:

Rolando Emmanuelli-Jiménez, rolando@emmanuelli.law; and Zoé Negrón-Comas, zoe@emmanuelli.law of Bufete Emmanuelli, C.S.P; and Rafael A. Ortiz-Mendoza, rafael.ortiz.mendoza@gmail.com of Ortiz Mendoza & Farinacci Fernós, LLC.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. UTIER and SREAEE reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts directly or indirectly the interests of UTIER and SREAEE.

3. In the event, there is a matter included in the Agenda that requires argument from UTIER and/or SREAEE, an amended motion will be filed consistent with the Hearing Procedures Order.

4. Counsel will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

**WHEREFORE**, UTIER and SREAEE respectfully request that the Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. A courtesy copy of this Motion will be delivered to the Court by email to SwainDPRCorresp@nysd.uscourts.gov as provided in *First Amended Standing Order*.

In Ponce, Puerto Rico, this 30th day of May 2023.

ORTIZ MENDOZA & FARINACCI FERNÓS, LLC
Edificio Banco Cooperativo Plaza
623 Ponce de León Ave., Suite 701-B
San Juan, PR 00917-4820

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666

| | |
|---|---:|
| Tel: 787-963-0404 | Fax: 1-787-841-1435 |
| | |
| */s/Rafael A. Ortiz-Mendoza* | */s/Rolando Emmanuelli-Jiménez* |
| Rafael A. Ortiz-Mendoza, Esq. | Rolando Emmanuelli-Jiménez, Esq. |
| USDC-PR: 229103 | USDC: 214105 |
| rafael.ortiz.mendoza@gmail.com | rolando@emmanuelli.law |
| | |
| | */s/Jessica E. Méndez-Colberg* |
| *Co-counsel to SREAEE* | Jessica E. Méndez-Colberg, Esq. |
| | USDC: 302108 |
| | jessica@emmanuelli.law |
| | |
| | */s/ Zoé C. Negrón-Comas* |
| | Zoé C. Negrón-Comas, Esq. |
| | USDC: 308702 |
| | zoe@emmanuelli.law |
| | |
| | *Counsel to UTIER and Co-counsel to SREAEE* |