## EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | Unión de Trabajadores de la Industria Eléctrica y Riego Inc. (UTIER) | |
|---|---|---|
| ATTORNEY 1 | Appearence Method | Zoom |
| | Name | Rolando Emmanuelli-Jiménez |
| | Law Firm | Bufete Emmanuelli, CSP |
| | Email | rolando@emmanuelli.law |
| | Phone Number | 787 -848-0666 |
| | Docket Entry No. of Notice of Appearance | Docket No. 29 (17-04780) |
| ATTORNEY 2 | Appearence Method | In person NY |
| | Name | Zoé C. Negrón-Comas |
| | Law Firm | Bufete Emmanuelli, CSP |
| | Email | zoe@emmanuelli.law |
| | Phone Number | 787-848-0666 |
| | Docket Entry No. of Notice of Appearance | Docket No. 2786 (17-04780) |

# EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE) | |
|---|---|---|
| ATTORNEY 1 | Appearence Method | Zoom |
| | Name | Rolando Emmanuelli-Jiménez |
| | Law Firm | Bufete Emmanuelli, CSP |
| | Email | rolando@emmanuelli.law |
| | Phone Number | 787-848-0666 |
| | Docket Entry No. of Notice of Appearance | Docket No. 29 (17-04780) |
| ATTORNEY 2 | Appearence Method | In person NY |
| | Name | Zoé C. Negrón-Comas |
| | Law Firm | Bufete Emmanuelli, CSP |
| | Email | zoe@emmanuelli.law |
| | Phone Number | 787-848-0666 |
| | Docket Entry No. of Notice of Appearance | Docket No. 2786 (17-04780) |
| ATTORNEY 3 | Appearence Method | In person NY |
| | Name | Rafael A. Ortiz-Mendoza |
| | Law Firm | Ortiz Mendoza & Farinacci Fernós, LLC |
| | Email | rafael.ortiz.mendoza@gmail.com |
| | Phone Number | 787-963-0404 |
| | Docket Entry No. of Notice of Appearance | |