# EXHIBIT B

PARTY EXHIBIT COVER SHEET

| Name of Party | | Unión de Trabajadores de la Industria Eléctrica y Riego Inc. (UTIER) |
|---|---|---|
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |

# EXHIBIT B

PARTY EXHIBIT COVER SHEET

| | | |
|---|---|---|
| Name of Party | | Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (SREAEE) |
| Does the Party intend to offer evidence? | | No |
| Docket Entry No. for Party Exhibit List | | |
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| | | |
| | | |
| | | |
| | | |
| Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). | | |