# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF COBRA ACQUISITIONS LLC
### REGARDING JUNE 8, 2023 OMNIBUS HEARING

Cobra Acquisitions LLC ("Cobra"), by and through its undersigned counsel, submits this informative motion in response to the *Order Regarding Procedures for Hearing on June 8, 2023,* (Docket No. 24336, Case No. 17-3283) (the "Order"), and respectfully states as follows:

1. Abid Qureshi and/or Zach Lanier of Akin Gump Strauss Hauer & Feld LLP will appear on behalf of Cobra at the omnibus hearing on June 8, 2023 and seek to be heard on *Cobra Acquisitions LLC's Motion to Modify Stay Order* (Docket No. 24219, Case No. 17-3283).

2. Cobra reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, or any

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of Cobra.

[*Signature page follows*]

DATED: May 30, 2023

Respectfully submitted,

/s/ Carlos R. Rivera-Ortiz
Rafael Escalera Rodríguez (No. 122609)
Sylvia M. Arizmendi (No. 210714)
Carlos R. Rivera-Ortiz (No. 303409)
REICHARD & ESCALERA, LLC
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888
Email: escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com

Ira S. Dizengoff (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
Philip C. Dublin (*pro hac vice*)
Zach D. Lanier (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (214) 872-1002
Email: idizengoff@akingump.com
aqureshi@akingump.com
pdublin@akingump.com
zlanier@akingump.com

--and--

Scott M. Heimberg (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, DC 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
Email: tmclish@akingump.com
sheimberg@akingump.com

*Attorneys for Cobra Acquisitions LLC*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

/s/ *Carlos R. Rivera-Ortiz*

**REICHARD & ESCALERA**

Carlos R. Rivera-Ortiz
USDC No. 303409
riverac@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

PO Box 364148
San Juan, PR 00936-4148
Tel: (787) 777-8888
Fax: (787) 765-4225

## **Exhibit A**

## **Party Appearance Cover Sheet**

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In person NY |
| | Name | Abid Qureshi |
| | Law Firm | Akin Gump Strauss Hauer & Feld LLP |
| | Email | aqureshi@akingump.com |
| | Phone Number | (212) 872-8027 |
| | Docket Entry No. of Notice of Appearance | 12463 |
| ATTORNEY 2 | Appearance Method | In person NY |
| | Name | Zach Lanier |
| | Law Firm | Akin Gump Strauss Hauer & Feld LLP |
| | Email | zlanier@akingump.com |
| | Phone Number | (214) 969-2782 |
| | Docket Entry No. of Notice of Appearance | 23952 |