IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| *In re* | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA |
| | : Title III |
| as representative of | : |
| | : Case No. 17-BK-3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : |
| | : (Jointly Administered) |
| Debtors. | : |

---

## INFORMATIVE MOTION OF BDO PUERTO RICO, PSC'S (NOW KNOWN AS, OLD PUERTO RICO, PSC) REGARDING JUNE 7, 2023 OMNIBUS HEARING

Pursuant to the Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for which the Debtors are Not Liable (ECF No. 24050 in Title III Case No. 17-3283), and the Order Further Amending Case Management Procedures (ECF No. 20190 in Title III Case No. 17-3283), Regarding Procedures for Hearing on June 7, 2023, Omnibus Hearing, BDO Puerto Rico, PSC (now known as, OLD Puerto Rico, PSC) ("OLD") respectfully states as follows:

1. Juan R. Rivera Font of Juan R Rivera Font LLC will appear on behalf of OLD at the June 7, 2023 Omnibus Hearing, which will be conducted in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom"), and by video teleconference in a courtroom to be designated in the United States District Court for the District of Puerto Rico, Clemente Ruiz Nazario US Courthouse, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom").

2. In compliance with the Court, attorney Rivera-Font informs he will appear to the Omnibus Hearing in person, in the San Juan Courtroom.

3. The email address of attorney Rivera-Font is juan@riverafont.com. Further, attorney Rivera-Font submits his appearance sheet as **Exhibit A.** OLD's evidence to be presented at the hearing is also included as **Exhibit B**.

4. OLD reserves the right to be heard on any matter identified in the agenda to be filed by the Oversight Board in connection to the Omnibus Hearing and to respond to any statements made by the Oversight Board or any party in connection with the above-captioned Title III case to the extent they impact the interests of OLD in these Title III cases.

5. OLD reserves the right to amend this informative motion, if needed.

**WHEREFORE**, OLD respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of May, 2023.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (ECF No. 20190-1) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List as well as to the Standard Parties listed in the CMP Order, and by U.S. mail to the US Trustee.

Juan R Rivera Font, LLC
27 González Giusti Ave.
Suite 602
Guaynabo, PR 00968
Tel: 787-250-8040

*s/Juan R. Rivera Font*
Juan R. Rivera-Font, Esq.
USDC-PR 221703
juan@riverafont.com
