## Exhibit A
## Party Appearance Sheet

| Name of Party | OLD Puerto Rico, PSC, formerly known as BDO Puerto Rico, PSC | |
|---|---|---|
| Party Name Abbreviation (For Use with Zoom) | BDO | |
| Attorney 1 | Appearance Method | In Person PR, San Juan |
| | Name | Juan R. Rivera Font |
| | Law Firm | Juan R. Rivera Font, LLC |
| | Email | juan@riverafont.com |
| | Phone Number | 787-250-8040 |
| | Docket Entry No. of Notice of Appearance | 24293 |
| | Zoom Screen name | N/A |
| Attorney 2 | Appearance Method | N/A |
| | Name | N/A |
| | Law Firm | N/A |
| | Email | N/A |
| | Phone Number | N/A |
| | Docket Entry No. of Notice of Appearance | |
| | Zoom Screen Name | N/A |