## EXHIBIT B
## PARTY EXHIBIT COVER SHEET

| Name of Party | | BDO Puerto Rico, PSC now know as OLD Puerto Rico, PSC |
|---|---|---|
| Does the Party intend to offer evidence? | | Yes |
| Docket Entry No. for Party Exhibit List | | 24317 |
| Exhibit Identifier[1] | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| BDO Ex. I- Proof of Claim 180070-BDO | 24317-1 | |
| Exhibit II- Detailed Invoices Dept of Education | 24321-1 (pp. 1-73), 24319-1 (pp. 74-150), 24322-1 (pp. 151-21), 24324-1 (pp.212-294), 24324-2(PP. 295-382), 24325-1 (pp. 383-467), 24326-1 (pp. 468-557), 24328-1 (pp. 558-639), 24329-1 (pp. 640-721), 24329-2 (pp. 722-830) | |
| BDO Ex. III- BDO Outstanding Invoice to OGP_Redacted | 24317-3 | |
| BDO Ex. IV - Education Contract No. 2019-AF0022 4895-7149-7313 1 | 24317-4 | |
| BDO Ex. V - Recording Evidence Contract 2019AF0022 4869-0405-1041 1 | 24317-5 | |
| BDO Ex. VI - Amendment to Contract No. 2019-AF0022-A 4874-5776-4705 1 | 24317-6 | |
| BDO Ex. VII - Recording Evidence Contract 2019AF0022A 4876-5915-6833 1 | 24317-7 | |
| BDO Ex. VIII - Contract No. 2019-000037 OGP and BDO 4891-3522-4161 1 | 24317-8 | |
| BDO Ex. IX - Recording Evidence Contract 2019-000037 4883-4708-8225 1 | 24317-9 | |
| BDO Ex. X - 11.15.2019 Letter to O. Guzman 4878-4390-2817 1 | 24317-10 | |
| BDO Ex. XI Screenshots DE 05.05.2023 II 4856-8687-4211 1 | 24317-11 | |
| BDO Ex. XII - 3.16.2021 Letter to E. Aponte 4877-2652-7841 1 | 24317-12 | |

---

[1] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. I" or "UCC Ex. A").

| | | |
|---|---|---|
| BDO Ex. XIII - 4.15.2021 Transmittal Letter 4881-7957-8209 1 | 24317-13 | |
| BDO Ex. XIV - 6.21.19 EMAIL to OGP with Invoices_Redacted | 24317-14 | |
| BDO Ex. XV - 8.29.19 EMAIL + Letter to OGP Outstanding Invoices | 24317-15 | |