# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE JUNE 8, 2023 OMNIBUS HEARING

The Ad Hoc Group of PREPA Bondholders ("**Ad Hoc Group**") submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on June 8, 2023, Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the June 8, 2023 omnibus hearing (the "**Hearing**").

1. Amy Caton, Gary A. Orseck and Matthew M. Madden of Kramer Levin Naftalis & Frankel LLP will appear in person in New York on behalf of the Ad Hoc Group at the Hearing.

2. Ms. Caton, Mr. Orseck and Mr. Madden do not intend to speak on behalf of the Ad Hoc Group but reserve the right to be heard on any matter raised by any party at the Hearing related

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of the Ad Hoc Group.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today May 31, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Amy Caton*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>MATTHEW M. MADDEN\*<br>ALICE J. BYOWITZ\*<br>Email: acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>mmadden@kramerlevin.com<br>abyowitz@kramerlevin.com<br><br>*\*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |

**EXHIBIT A**

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – New York |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | In Person – New York |
| | Name | Gary A. Orseck |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | gorseck@kramerlevin.com |
| | Phone Number | (202) 775-4504 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 3 | Appearance Method | In Person – New York |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<br>  • In Person – PR<br>  • In Person – NY<br>  • Zoom<br>Law Firm<br>Email<br>Phone Number | N/A |