UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br>The Financial Oversight and Management Board<br>For Puerto Rico,<br>        As representative of<br>The Commonwealth of Puerto Rico, et al.,<br>        Debtors | PROMESA<br>TITLE III<br>No. 17-BK 3283-LTS<br>(Jointly Administered)<br><br>This filing relates to the Commonwealth |

**NOTICE OF INTENTION TO BE HEARD AT THE JUNE 7 OMNIBUS HEARING**

TO THE HONORABLE COURT:

**PLEASE TAKE NOTICE** that creditor Hector L. Claudio-Rosario will appear on his behalf at the June 7, 2023 Omnibus Hearing, which will be conducted at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Creditor Hector L. Claudio-Rosario reserve the right to be heard on any matter raised by any party at the Hearing related and any other matter addressed at the June 7, 2023 Omnibus Hearing, as well as any responses or filings related to the foregoing. Creditor's Party Appearance Cover Sheet is attached hereto as **Exhibit A**. The supporting documentation was included with the proof of claim.

In Caguas, Puerto Rico, this 31st day of May, 2023.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

In Caguas, Puerto Rico, this 15th day of May, 2023.

/s HECTOR L. CLAUDIO/ 218514
167 Calle Pedro Flores
Urb. Monticielo
Caguas, Puerto Rico 00725
Tel: (787) 635-1220/Fax: 1(267) 392-3959
E-Mail: bufetehectorclaudio@gmail.com
Attorney for Plaintiff
Manuel Rendon-Flores