**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | | Hector L. Claudio-Rosario (Pro Se) |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person PR |
| | Name | N/A (Pro Se) |
| | Law Firm | N/A |
| | Email | N/A |
| | Phone Number | N/A |
| | Docket Entry No. of Notice of Appearance | N/A |
| ATTORNEY 2 | Appearance Method | N/A |
| | Name | N/A |
| | Law Firm | N/A |
| | Email | N/A |
| | Phone Number | N/A |
| | Docket Entry No. of Notice of Appearance | N/A |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.