# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANICAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## DECLARATION OF NATALIE JARESKO

I, Natalie Jaresko hereby declare as follows:

1. I provide this Declaration pursuant to the Puerto Rico Recovery Accuracy in Disclosures Act of 2021, Pub. L. No. 117-82 ("PRRADA"). I understand that this Declaration is filed to address certain inquiries of the Office of the United States Trustee.

2. The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon records kept and reviewed by me.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. On March 13, 2023, Ernst & Young U.S. LLP ("EY US LLP") hired me as a Managing Director in EY-Parthenon's Turnaround and Restructuring Strategy practice. I previously served as the Executive Director for the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or the "Oversight Board") from 2017 until 2022; I stepped down as Executive Director effective April 1, 2022. The FOMB is aware of my employment with EY US LLP.

4. On March 21, 2023 I was notified that EY LLP has implemented protocols restricting my communications with EY professionals working on FOMB and Puerto Rico restructuring engagements, and my access to information regarding those engagements. I understand that I will not have access to the confidential client information for FOMB or Puerto Rico restructuring engagements and I have not had access to such information since EY US LLP hired me. I understand that the above-described protocols were implemented on March 21, 2023.

5. I further understand my continuing obligation to protect the confidentiality of information I obtained by virtue of my employment with the FOMB. Specifically, I understand that I am prohibited from directly or indirectly using, making available, selling, disclosing, or otherwise communicating to any person, any business or technical information or trade secrets, nonpublic, proprietary or confidential information, knowledge or data relating to the Board or provided to the Board by third parties, which I obtained during my employment by the Board. I have agreed to comply with the confidentiality provisions set forth in my employment agreement with the FOMB. I understand that these protocols have been implemented to ensure that EY LLP does not and will not use any confidential information gained by me from my tenure on the Oversight Board. I understand that EY has not used such confidential information in the past.

6. Finally, I have not and will not be advising, informing, intervening, cooperating, or representing in any capacity, directly or indirectly, in any matters in connection with EY's work on FOMB engagements or Puerto Rico restructuring engagements, or any adversary proceeding Drivetrain may bring against EY LLP relating to prepetition acts or omissions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  May 22, 2023

*/s/ Natalie Jaresko*
Natalie Jaresko