## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| ------------------------------------ x | | |
| *In re* | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | Title III |
| as representative of | : | |
| | : | Case No. 17-BK-3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | : | |
| *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| ------------------------------------ x | | |

### CERTIFICATE OF SERVICE

COMES NOW BDO Puerto Rico, PSC (now known as OLD Puerto Rico, PSC) ("OLD"), through the undersigned counsel, and hereby certifies that in compliance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(B), and this Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (the "*CMP Order*", ECF No. 20190-1), on May 25, 2023, I electronically filed:

(a) ECF no. **24317** - "BDO of Puerto Rico PSC's (now known as OLD Puerto Rico PSC) Response to 570th Omnibus Objection" regarding **Claim no. 180070** to be heard on June 7, 2023 *Omnibus Hearing with regards to* ECF no. **24050** on behalf of the referenced creditor, with the Clerk of the Court using the CM/ECF system which should have sent notification of such filing to all CM/ECF participants in this case; and

(b) Motions submitting Exhibit II (of ECF no. 24317) in parts as follows:

   a. ECF no. 24319 and 24319-1 (Exhibit II of 24317, pp. 74-150)
   b. ECF no. 24321 and 24321-1 (Exhibit II of 24317, pp. 1-73)
   c. ECF no. 24322 and 24322-1 (Exhibit II of 24317, pp. 151-211)
   d. ECF no. 24324 and 24324-1, 24324-2  (Exhibit II of 24317, pp. 212-294 and pp. 295-382 respectively)

e. ECF no. 24325 and 24325-1 (Exhibit II of 24317, pp. 383-467)
f. ECF no. 24326 and 24326-1 (Exhibit II of 24317, pp. 468-557)
g. ECF no. 24328 and 24328-1 (Exhibit II of 24317, pp. 558-639)
h. ECF no. 24329 and 24329-1, 24329-2 (Exhibit II of 24317, pp. 640-721, pp. 722-830 respectively)

I FURTHER CERTIFY that, on May 25, 2023, I caused a true and correct copy of all the motions referenced above to be served via electronic mail to parties listed on the Master Service List maintained by the Claims and Noticing Agent attached **Exhibit A**, pursuant to the *CMP Order*.

I FURTHER CERTIFY that, on May 26, 2023, I caused a true and correct copy of all the motions referenced above to be served via mail and/or electronic mail to the Standard Parties listed on the attached **Exhibit B**, pursuant to the *CMP Order*.

Respectfully submitted,
Guaynabo, PR
May 31, 2023

**Juan R. Rivera Font, LLC**
27 González Giusti Ave.
Suite 602
Guaynabo, PR   00968
Tel: 787-250-8040

*s/Juan R. Rivera Font*
Juan R. Rivera-Font, Esq.
USDC-PR 221703
juan@riverafont.com

*Attorneys for BDO Puerto Rico, PSC*
*n/k/a OLD Puerto Rico, PSC*