UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

      **COMES NOW** Bio-Medical Applications of Puerto Rico, Inc. ("Bio-Medical"), creditor and party-in-interest hereto, and hereby enters its appearance through the law firm of McConnell Valdés, LLC and the undersigned counsel, Victoria Rivera Lloréns, Esq., pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. Pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as this Court's *Order Establishing Case Management Procedures* (Docket No. 40), as amended and clarified (Dockets No. 262, 1065, 1512, 2839, 3730, 3804, 4086, 4866, 7115, 8027, 11885, 13383, 13512, 15894, 17127 of Case No. 17-03283 (LTS)) (the "CMP Order"), the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

### To Bio-Medical:

461 Francia Street, Suite A-401

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

San Juan, PR 00917
Telephone: (787) 764-3172
Email: soeurette.yoyo@fmc-na.com

**To Bio-Medical's Counsel:**

Nayuan Zouairabani, Esq.
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
                                -or-
PO Box 364225

San Juan, Puerto Rico 00936-4225

Telephone: 787-250-5619

Facsimile:  787-759-9225
E-mail: nzt@mcvpr.com

   PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy
Code, the foregoing request includes not only the notices and papers referred to in the Federal
Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of
any application, complaint, demand, hearing, motion, petition, pleading or request, whether
formal or informal, whether oral or written, and whether transmitted or conveyed by mail,
delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any
way any rights or interest of Claro with respect to the captioned debtor or any property or proceeds
in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may
be used for all purposes in this case.

   **RESPECTFULLY SUBMITTED.**

   In San Juan, Puerto Rico this 31st day of May, 2023.


**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P.
7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative
Procedures* (Docket No. 20190-2 of Case No. 17-03283 (LTS)), we hereby certify that a true and
exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service
List and by U.S. mail upon all the Standard Parties listed in the same CMP Order.


   **MCCONNELL VALDÉS LLC**

   *Attorneys for Bio-Medical Applications of Puerto Rico, Inc.*

   270 Muñoz Rivera Avenue, Suite 7

   Hato Rey, Puerto Rico 00918

2

PO Box 364225

San Juan, Puerto Rico 00936-4225

Telephone: 787-250-5619

Facsimile:  787-759-9225

By: *s*Victoria Rivera Llorens
Victoria Rivera Llorens
USDC No. 307808
Email: vrll@mcvpr.com