KROLL RESTRUCTURING ADMINISTRATION
FDR STATION
PO BOX 5293
NEW YORK NY 10150-9998

First Class Mail
US Postage
Paid
Permit No. 1450
Toppan Merrill

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

***STAT PR 1845 SRF 69994 PackID: 2 AdrID: 5208674 SVC: NP
Fossas Marxuach, Acisclo
810 Calle José Martí
San Juan PR 00907

00907e3324 C004

KROLL RESTRUCTURING ADMINISTRATION
FDR STATION
PO BOX 5293
NEW YORK NY 10150-9998

First Class Mail
US Postage
Paid
Permit No. 1450
Toppan Merrill

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.

***STAT PR 1845 SRF 69994 PackID: 1 AdrID: 5153177 SVC: NP
Fossas Marxuach, Acisclo
ANDRES GORBEA DEL VALLE
LCDO. ANDRÉS C. GORBEA DEL VALLE
PO BOX 195191,
SAN JUAN PR 00919-5191