UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors[1]

PROMESA
TITLE III
Case No. 17-BK-3283

(LTS)
RE: ECF Nos. 24264
and 18239;

---

**Informative Motion in Compliance with the May 19, 2023 Order Concerning Letter in Request for Information**

**To the Honorable United States District Court Judge Laura Taylor Swain:**

**COME NOW,** the undersigned attorney and respectfully state, allege and pray:

1. Pursuant to the Court's May 19, 2023 Order, directing subscribing attorney to contact Movants with respect to LETTER IN REQUEST FOR INFORMATION (the " Order") (ECF No. 24264), and in compliance with the Order, is herein notified that on May 25, 2023 we send Movant's, (Mr.Gonzalez Rodriguez, Luis A. and Mr Irizarry Quintana, Jose A.), a Certified letter to inform them the collection efforts made in the present Title III case, to seek an Order authorizing the payment of the back pay judgment

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

award entered by the Puerto Rico CFI in the case of Jeannette Abrams-Diaz,et als v Department of Transportation and Public Works case No. K AC 2005-5021, as Administrative Expense and the current status of the request.

2. In support of this Motion, included as Exhibit 1 a copy of the receipt of certified mail send to the movants.

**WHEREFORE**, it is respectfully requested that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY,** that on this date, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to counsels of record.

Dated: in San Juan, Puerto Rico,
May 31, 2023,.

**ATTORNEY FOR GROUP CREDITORS**

By: /S/ IVONNE GONZALEZ-MORALES
IVONNE GONZALEZ-MORALES
USDC NUM: 202701
PO BOX 9021828
SAN JUAN, PR 00902-1828
Tel. (787) 410-0119
E-mail: ivonnegm@prw.net

2



