# Exhibit A[1]
## Party Appearance Sheet

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person PR |
| | Name | Nayuan Zouairabani |
| | Law Firm | McConnell Valdes LLC |
| | Email | nzt@mcvpr.com |
| | Phone Number | 787-250-5619 |
| | Docket Entry No. of Notice of Appearance | 7461 |
| ATTORNEY 2 | Appearance Method | In Person PR |
| | Name | Victoria Rivera Llorens |
| | Law Firm | McConnell Valdes LLC |
| | Email | vrll@mcvpr.com |
| | Phone Number | 787-250-5672 |
| | Docket Entry No. of Notice of Appearance | 24379 |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes.<br><br>Name<ul><li>In Person – NY</li><li>In Person – PR</li></ul>Law Firm<br>Email<br>Phone Number | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.