## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Ref. ECF No. 23625 |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER<br>AUTHORITY (PREPA) | PROMESA<br>Title III<br>Case No. 17 BK4780-LTS |

**INFORMATIVE MOTION REGARDING O'NEILL SECURITY & CONSULTANT
SERVICES INC.'S APPEARANCE AT THE JUNE 8, 2023, OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that Elías L. Fernández Pérez will appear on behalf of

the creditor, O'Neill Security & Consultant Services, Inc. (henceforth O'Neill), at the June

8, 2023, Omnibus Hearing, and RESPECTFULLY STATES, AND REQUESTS:

1. The undersigned hereby informs the Court of our intention to appear in person in

the San Juan Courtroom and, if necessary, to present arguments on behalf of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

creditor O'Neill in connection with the "Response in Opposition to PREPA's Five Hundred Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims"[2].

2. O'Neill reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned case to the extent it impacts directly or indirectly O'Neill's interests.

3. If a matter is included in the agenda that requires argument O'Neill, an amended motion will be filed consistent with the Hearing Procedures Order.

4. Counsel will be prepared to respond to any matters raised by the Court or any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

5. A duly completed Party Appearance Sheet is attached hereto as Exhibit A.

6. This informative motion is filed per the "Order Regarding Procedures for Hearing on June 8, 2023, Omnibus Hearing" [Docket No. 24336].

**WHEREFORE,** O'Neill respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will automatically send notification of such filing to all attorneys of record.

---

[2] See Docket No. 22758. If the

**RESPECTFULLY SUBMITTED**.

In Ponce, Puerto Rico, this 31st day of May 2023.

*ATTORNEY FOR CREDITOR, O'NEILL*
*s/Elías L. Fernández Pérez*
ELÍAS L. FERNÁNDEZ PÉREZ
USDC 227404
PO Box 7500
Ponce, P.R. 00732
Tel. (939) 250-0179
Cel. (787) 616-9374
Fax: 1(800) 325-7084
Email: eliaslaureano@gmail.com