# EXHIBIT A[1]
## PARTY APPEARANCE SHEET

| Name of Party | | O'Neill Security & Consultant Services, Inc. |
|---|---|---|
| ATTORNEY 1 | Appearance Method | <u>In Person PR</u> |
| | Name | Elías L. Fernández Pérez |
| | Law Firm | Fernandez Law Office |
| | Email | eliaslaureano@gmail.com |
| | Phone Number | Tel. (939)250-0179 / Cel. (787)616-9374 |
| | Docket Entry No. of Notice of Appearance | Notice of Appearance: 22612 |
| ATTORNEY 2 | Appearance Method | In Person NY **or** In Person PR |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ADDITIONAL ATTORNEY OBSERVATION | Complete the below information for each attorney appearing for observation purposes. <br><br> Name <br> • In Person – NY <br> • In Person – PR <br> Law Firm <br> Email <br> Phone Number | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.