# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-bk-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-bk-4780-LTS |

## NOTICE OF SUBMISSION OF PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

**PLEASE TAKE NOTICE** that, pursuant to Article I.A.174 of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority*, dated March 1, 2023 [Case No. 17-4780, ECF No. 3296] (as may be further amended, modified, or

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-bk-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-bk-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-bk-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-bk-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

supplemented, the "PREPA Plan"),[2] the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), has filed the *Plan Supplement and Plan Related Documents of the Puerto Rico Electric Power Authority* (the "PREPA Plan Supplement"), which is attached hereto as **Exhibit A**, containing documents listed on **Schedule 1** hereto (collectively, the "PREPA Plan Related Documents").

PLEASE TAKE FURTHER NOTICE that the PREPA Plan Related Documents remain subject to negotiations and approval with parties in interest, and the Oversight Board and PREPA reserve the right to amend, modify, or supplement any of the PREPA Plan Related Documents up to and including the entry of an order confirming the PREPA Plan (and, in conjunction therewith, approval of the PREPA Plan Related Documents).

PLEASE TAKE FURTHER NOTICE that the rights of all parties in interest, including, but not limited to, the Oversight Board, PREPA, and the parties to the Fuel Line Lender PSA and National PSA, with respect to the form of the PREPA Plan Related Documents are expressly preserved and the exercise or waiver of any consent rights are expressly preserved.

PLEASE TAKE FURTHER NOTICE that all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico/ or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

---

[2]   Capitalized terms used but not defined herein shall have the meanings given to them in the PREPA Plan.

Dated:    May 31, 2023
          San Juan, Puerto Rico

Respectfully submitted,

*/s/ Paul V. Possinger*

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Jeffrey W. Levitan
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

*Attorneys for the Financial
Oversight and Management Board
as sole Title III representative for PREPA*

**O'NEILL & BORGESS LLC**

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial
Oversight and Management Board
as representative for PREPA*

**Schedule 1**

**List of Exhibits in the PREPA Plan Supplement[3]**

| Exhibit A: | GUC Trust Agreement |
|---|---|
| Exhibit B: | Avoidance Actions Trust Agreement |
| Exhibit C: | Guidelines for the Governance, Administration, and Monitoring of the Puerto Rico Plan of Adjustment for the PREPA PayGo Trust |
| Exhibit D: | Schedule of Assumed Contracts and Leases |
| Exhibit E: | National Trust Agreement |
| Exhibit F: | National Standard Terms of Trust |

---

[3] The PREPA Plan Related Documents remain subject to negotiation with parties in interest and the rights of all parties in interest, including, but not limited to, the Oversight Board, PREPA, and the parties to the Fuel Line Lender and National Plan Support Agreements, with respect to the form of documents contained in the PREPA Plan Supplement are expressly reserved and the exercise or waiver of any consent rights are expressly preserved.

## Exhibit A

PREPA Plan Supplement

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[4] | PROMESA Title III<br><br>Case No. 17-bk-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-bk-4780-LTS |

## PLAN SUPPLEMENT
## AND PLAN RELATED DOCUMENTS OF THE
## PUERTO RICO ELECTRIC POWER AUTHORITY

---

[4]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-bk-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-bk-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-bk-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-bk-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## Table of Contents[5]

| Exhibit A: | GUC Trust Agreement |
|---|---|
| Exhibit B: | Avoidance Actions Trust Agreement |
| Exhibit C: | Guidelines for the Governance, Administration, and Monitoring of the Puerto Rico Plan of Adjustment for the PREPA PayGo Trust |
| Exhibit D: | Schedule of Assumed Contracts and Leases |
| Exhibit E: | National Trust Agreement |
| Exhibit F: | National Standard Terms of Trust |

---

[5] The Plan Supplement and Plan Related Documents remain subject to negotiation with parties in interest and the rights of all parties in interest, including, but not limited to, the Oversight Board, PREPA, and the parties to the Fuel Line Lender and National Plan Support Agreements, with respect to the form of documents contained in the PREPA Plan Supplement are expressly reserved and the exercise or waiver of any consent rights are expressly preserved.

## **EXHIBIT A**

GUC Trust Agreement

## **EXHIBIT  B**

Avoidance Actions Trust Agreement

# **EXHIBIT C**

Guidelines for the Governance, Administration, and Monitoring
of the Puerto Rico Plan of Adjustment for the PREPA PayGo Trust[6]

---

[6]  The Guidelines included herewith shall be appended to a form of Deed of Trust which shall establish the PREPA
PayGo Trust in compliance with Puerto Rico law.

## **EXHIBIT D**

Schedule of Assumed Contracts and Leases

## **EXHIBIT E**

National Trust Agreement

**<u>EXHIBIT F</u>**

National Standard Terms of Trust