## Schedule of Executory Contracts to be Assumed

The Debtor reserves the right to amend, on or prior to the Effective Date, this schedule to delete any Executory Contract therefrom or add any Executory Contract or Unexpired Lease, in which event such Executory Contract(s) or Unexpired Lease(s) shall be deemed to be, as the case may be, either assumed, or assumed and assigned as of the Effective Date.

| Executory Contract | Counterparty(ies) | Cure Amount |
|---|---|---|
| Fuel Supply Contract dated as of July 31, 2015 [ECF No. 154] | Freepoint Commodities, LLC | $0.00 |
| Unexpired Lease of Nonresidential Real Property, Contract No: 2014-P00058 [ECF No. 553] | Carolina Shopping Court, Inc. | $169,230.84 |
| Unexpired Lease of Nonresidential Real Property, Contract No: 2017-P00081 [ECF No. 553] | Municipality of Dorado Contract | $11,504.00 |
| Power Purchase and Operating Agreement (as amended) [ECF No. 2038] | Ecoeléctrica, L.P. | $0.00 |
| Gas Sale and Purchase Agreement (as amended) [ECF No. 2038] | Gas Natural Aprovisionamientos SDG, S.A. | $0.00 |
| Renewable Power Purchase and Operating Agreement, dated June 3, 2010 (as amended). [ECF No. 2317] | AES Ilumina, LLC | $0.00 |
| Renewable Power Purchase and Operating Agreement, dated October 24, 2011 (as amended). [ECF No. 2317] | Humacao Solar Project, LLC | $0.00 |
| Renewable Power Purchase and Operating Agreement, dated June 11, 2010 (as amended). [ECF No. 2317] | Pattern Santa Isabel LLC | $0.00 |
| Renewable Power Purchase and Operating Agreement dated November 16, 2010 (as amended). [ECF No. 2317] | San Fermín Solar Farm, LLC | $0.00 |
| Renewable Power Purchase and Operating Agreement, dated | Horizon Energy, LLC | $0.00 |

| | | |
|---|---|---|
| October 15, 2010 (as amended). [ECF No. 2317] | | |
| Renewable Power Purchase and Operating Agreement, dated November 16, 2010 (as amended). [ECF No. 2317] | Oriana Energy, LLC | $0.00 |
| Renewable Power Purchase Operating Agreement [ECF No. 2667] | Ciro One Salinas, LLC | $0.00 |
| Renewable Power Purchase Operating Agreement [ECF No. 2667] | Xzerta Tec Solar I, LLC | $0.00 |