Exhibit 2

**From:** Carolina Cabrera
**Sent:** Wednesday, May 31, 2023 2:59 PM
**To:** jhertzberg@alvarezandmarsal.com
**Cc:** Jose L. Ramirez-Coll <jramirez@amrclaw.com>
**Subject:** In re Commonwealth of Puerto Rico et al (17-03283)-ADR Information Request-Creditor Baxter Sales and Distribution Puerto Rico Corp.

Dear Jay Herriman:

Hope you are doing well. We represent creditor Baxter Sales and Distribution Puerto Rico Corp. ("Baxter") in the matter of reference. Baxter is in receipt of the enclosed Alternative Dispute Resolution Information Request ("ADR Information Request") in which the Commonwealth of Puerto Rico (the "Debtor") is requesting certain information with regards to Baxter's Proof of Claim No. 179024 ("POC"). Pursuant to the ADR Information Request, the deadline for Baxter to provide the requested information is **June 2, 2023**. We are currently working with our client in gathering all the required information/documentation. However, some of the invoices referenced in the POC have been paid and Baxter is currently reconciliating said payments to provide an updated balance. In order to complete this accounting process, Baxter hereby request an extension of **fifteen (15) days,** counting from June 2, 2023**,** to provide the documentation/information requested in the ADR Information Request. This request is made in good faith and with the purpose of providing the Debtor with updated information with regards to the POC.

We would appreciate if you can confirm receipt of the foregoing and advise whether the requested extension is approved.

Should you have any questions, please do not hesitate to contact us at your convenience.

Kind regards,

AMRC LAW



Carolina V. Cabrera Bou, Esq.

PO Box 13128 San Juan, PR 00908

T + 1 [787] 977 0303   F + 1 [787] 977 0323
amrclaw.com

CONFIDENTIALITY NOTICE:  This is a confidential and privileged communication between the sender and the intended recipient(s).  Access to this communication by any person other than the intended recipient(s) is unauthorized.  Any disclosure, copying, distribution, or other use of the contents of this communication, or of any attachment or file thereto or thereof, by an unintended recipient is unlawful and prohibited.  If you have received this communication in error, please delete the same immediately and notify the sender at telephone [787] 977 0303. Thank you.