IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>      Debtor[1]. | BANKRUPTCY NO.: 17-03283 (LTS)<br><br>PROMESA<br>Title III |

**[PROPOSED] ORDER GRANTING URGENT MOTION FOR EXTENSION OF TIME TO RESPOND TO ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST**

Upon the *Urgent Motion for Extension of Time to Respond to Alternative Dispute Resolution Information Request* filed by Baxter Sales and Distribution Puerto Rico, Corp. [EFC No. ____ in Case No. 17-03283] (the "Urgent Motion"); and it appearing that no party objected to the relief requested in the Urgent Motion and the Court having found good cause to grant the relief requested by the Motion, it hereby ORDERS that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The deadline for Baxter Sales and Distribution Puerto Rico, Corp. ("Baxter") to provide the information requested in the Alternative Dispute Resolution Information Request served on Baxter is hereby extended to June 23, 2023.

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

3. This Order resolves EFC No. \_\_\_\_ in Case No. 17-03283.

**SO ORDERED.**

Dated: _____, 2023

San Juan, Puerto Rico

_____
LAURA TAYLOR SWAIN
United States District Court Judge