**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF OMNIBUS OBJECTIONS SCHEDULED FOR HEARING AT THE JUNE 7, 2023 OMNIBUS HEARING TO THE AUGUST 30, 2023 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

1. Pursuant to separate notice, various omnibus objections to claims were originally filed and scheduled for hearing on: (*a*) August 4, 2021, as set forth in Section A of Appendix 1 hereto (collectively, the "August 2021 Objections"); (*b*) October 6, 2021, as set forth in Section B of Appendix 1 hereto (collectively, the "October 2021 Objections"); (*c*) November 3, 2021, as set forth in Section C of Appendix 1 hereto (collectively, the "November 2021 Objections"); (*d*)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

March 23, 2022, as set forth in Section D of Appendix 1 hereto (the "March 2022 Objections"); (*e*) June 29, 2022, as set forth in Section E of Appendix 1 hereto (the "June 2022 Objections"); (*f*) August 17, 2022 as set forth in Section F of Appendix 1 hereto (the "August 2022 Objections"); (*g*) September 21, 2022 as set forth in Section G of Appendix 1 hereto (the "September 2022 Objections"); (*h*) November 2, 2022 as set forth in Section H of Appendix 1 hereto (the "November 2022 Objections"); (*i*) February 1, 2023 as set forth in Section I of Appendix 1 hereto (the "February 2023 Objections"); and (*j*) March 15, 2023 as set forth in Section J of Appendix 1 hereto (the "March 2023 Objections"). In light of certain responses received, pursuant to notices, the Debtors adjourned the August 2021 Objections, the October 2021 Objections, the November 2021 Objections, the March 2022 Objections, the June 2022 Objections, the August 2022 Objections, the September 2022 Objections, the November 2022 Objections, the February 2023 Objections, and the March 2023 Objections to the omnibus hearing scheduled for June 7, 2023 (the "June Hearing"). *See* ECF No. 23786.

2. In addition, pursuant to notice, various omnibus objections to claims were filed and scheduled for hearing at the March Hearing, as set forth in Section K of Appendix 1 hereto (collectively, the "June 2023 Objections," and together with the August 2021 Objections, the October 2021 Objections, the November 2021 Objections, the March 2022 Objections, the June 2022 Objections, the August 2022 Objections, the September 2022 Objections, the November 2022 Objections, the February 2023 Objections, and the March 2023 Objections, the "Adjourned Objections").

3. The Debtors understand that claimants who wish to appear and be heard at the hearing on the Adjourned Objections may be unable to participate in the June Hearing. In addition,

the Debtors continue to evaluate certain of the Adjourned Objections in an effort to potentially resolve them without burdening the Court.

4. Accordingly, and in light of the various responses received, the Debtors hereby adjourn to the August 30, 2023 omnibus hearing (the "August Hearing") the hearings on the Adjourned Objections listed in Appendix 1.

5. The Debtors shall serve copies of this notice upon (*i*) the claimants subject to the Adjourned Objections, and (*ii*) the Master Service List (as defined by the *Sixteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 20190-1]).

6. This notice is also available on the Debtors' case website at https://cases.ra.kroll.com/puertorico. The Debtors submit that, in light of the nature of this notice, no other or further notice need be given.

[*Remainder of Page Intentionally Left Blank*]

4

Dated: June 2, 2023
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Debtors*

*/s/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Debtors*

# Appendix I

A. **August 2021 Objections**

- *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [ECF No. 17085], solely with respect to Claim No. 174301.

B. **October 2021 Objections**

- *Three Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* [ECF No. 17929], solely with respect to Claim No. 10502.

C. **November 2021 Objections**

- *Three Hundred Ninety-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* [ECF No. 17974], solely with respect to Claim No. 20926.

D. **March 2022 Objections**

- *Four Hundred Fourteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Late-Filed Claims* [ECF No. 20040], solely with respect to Claim No. 179649.

E. **June 2022 Objections**

- *Four Hundred Fifty-Fourth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Satisfied Claims* [ECF No. 20785], solely with respect to Claim No. 44390; and

- *Four Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which The Debtors Are Not Liable* [ECF No. 20796], solely with respect to Claim Nos. 17230 and 173831.

F. **August 2022 Objections**

- *Four Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Acevedo Sepulveda Litigation Claims* [ECF No. 21424], solely with respect to Claim Nos. 20921, 37185, 42321,

> 24859, 33847, 27117, 18206, 34951, 29971, 17669, 92700, 34658, 29349, 34686, 19418, 23291, 34655, 24827, 47736, 34640, 13766, 24635, 48297, 20243, 26894, 42779, 29170, 58891, 31782, 42816, 18995, 51644, 17690, 35688, 34664, 44113, 53674, 25680, 39857, 32560, 19652, 36234, 17017, 20427, 31773, 34728, 27275, 37181, 26851, 37182, 41040, 35134, 28301, 34926, 26137, 61196, 29412, 40197, 28855, 37184, 20309, 33583, 35209, 20925, 39221, 42317, 32420, 36839, 30920, 14050, 42492, 44060, 37249, 19897, 20970, 34602, 30819, 26127, and 25273.

G. **September 2022 Objections**

- *Four Hundred Eighty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims* [ECF No. 21733], solely with respect to Claim No. 128497; and

- *Four Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Deficient Claims* [ECF No. 21738], solely with respect to Claim Nos. 115471 and 17818.

H. **November 2022 Objections**

- *Five Hundred Nineteenth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Puerto Rico Highways and Transportation Authority to Deficient Claims* [ECF No. 22254], solely with respect to Claim No. 70324.

I. **February 2023 Objections**

- *Five Hundred Fifty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Objecting Debtors are Not Liable* [ECF No. 23089], solely with respect to Claim No. 263.

J. **March 2023 Objections**

- *Five Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Deficient Claims* [ECF No. 23427], solely with respect to Claim Nos. 174166, 30574, and 157312.

K. **June 2023 Objections**

- *Five Hundred Sixty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways*

- *and Transportation Authority to Deficient ADR Claims* [ECF No. 24047], solely with respect to Claim Nos. 77115, 67395, 14510, 14511, and 9900;

- *Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for which the Debtors are Not Liable* [ECF No. 24050], solely with respect to Claim Nos. 18709; 104150; 29504; and 180070;

- *Five Hundred Seventy-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* [ECF No. 24047], solely with respect to Claim Nos. 85695, 88025, 90505, 90676;

- *Five Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Unliquidated Claims* [ECF No. 24058], solely with respect to Claim Nos. 7008 and 105874;

- *Five Hundred Seventy-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Puerto Rico Highways and Transportation Authority to Claims that are Partially Satisfied and/or Partially Assert Overstated Amounts* [ECF No. 24052], solely with respect to Claim No. 8659;

- *Five Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Claims for which the Debtors are Not Liable* [ECF No. 24053], solely with respect to Claim Nos. 27404, 89999, 10285, 15869, 69590, 67183, 149117, 8481, 8482, 8483, 8917, 8922, 8979, 9769, 9796, 9770, 10268, 9349, 9504, 9613, 9633, 9771, 9797, 16930, and 10301; and

- *Five Hundred Eighty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims* [ECF No. 24054], solely with respect to Claim No. 5244.

3