# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*, | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br>Plaintiff/Counterclaim-Defendant,<br>PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,<br><br>Defendant/Counterclaim-Plaintiff,<br><br>THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,<br><br>Intervenor-Defendants/Counterclaim-Plaintiffs. | PROMESA Title III<br><br>Adv. Proc. No. 19-00391-LTS |

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
<u>CLAIMS ESTIMATION HEARING JUNE 6-8, 2023</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that pursuant to the Court's *Order Regarding Procedures for the June 6-8, 2023 Claim Estimation Hearing* [Case No. 17-4780 (LTS), ECF No. 3559] the PREPA Bond Trustee states as follows:

2

1. Clark T. Whitmore and John T. Duffey from Maslon LLP will appear in person in Courtroom 17C of the Daniel Patrick Moynihan Courthouse on behalf of U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, in connection with the June 6-8, 2023 Claim Estimation Hearing (the "**Hearing**").

2. Clark Whitmore's email address is Clark.Whitmore@maslon.com; John Duffey' email address is John.Duffey@maslon.com. While the Trustee's legal representatives do not intend to cross-examine any declarant the Trustee's legal representatives reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee at the Hearing.

3. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

4. The Trustee's Exhibit Cover Sheet is attached hereto as **Exhibit B**.

**RESPECTFULLY SUBMITTED,** this 2nd day of June, 2023

We hereby certify that, on this same date, a true and exact copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC**<br><br>By: /s *Eric A. Tulla*<br>Eric A. Tulla, USDC-DPR No. 118313<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Tel: (787)753-0438<br>Fax: (787)767-5784<br>Email: etulla@riveratulla.com | **MASLON LLP**<br><br>By: */s Clark T. Whitmore*<br>Clark T. Whitmore (admitted *pro hac vice*)<br>Michael C. McCarthy (admitted *pro hac vice*)<br>John T. Duffey (admitted *pro hac vice*)<br>Jason M. Reed (admitted *pro hac vice*)<br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: 612-672-8200<br>Facsimile: 612-642-4800<br>Email: clark.whitmore@maslon.com<br>mike.mccarthy@maslon.com<br>john.duffey@maslon.com<br>jason.reed@maslon.com<br><br>**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |

**EXHIBIT A**
<u>PARTY APPEARANCE COVER SHEET</u>

| Name of Party | | U.S. Bank National Association as PREPA Bond Trustee |
|---|---|---|
| Attorney 1 | Appearance Method | In person at New York Courthouse |
| | Name | Clark Whitmore |
| | Law Firm | Maslon LLP |
| | Email | Clark.Whitmore@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 68 – Case 17-BK-4780 |
| Attorney 2 | Appearance Method | In person at New York Courthouse |
| | Name | John Duffey |
| | Law Firm | Maslon LLP |
| | Email | John.Duffey@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 119 – Case 17-BK-4780 |

5

# EXHIBIT B

## PARTY EXHIBIT COVER SHEET

| Name of Party | U.S. Bank National Association as PREPA Bond Trustee |
|---|---|
| Does the Party intend to offer evidence? | The Trustee's Co-Defendants intend to offer evidence, and the Trustee may rely upon such evidence at the Hearing. |
| Note: Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a). ||

| Exhibits whose Admissibility into Evidence for Purposes of the Hearing is **Agreed** |||
|---|---|---|
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| See Exhibit B to the Informative Motion Filed by Ad Hoc Group of PREPA Bondholders. | | |
| | | |

| Exhibits whose Admissibility into Evidence for Purposes of the Hearing is **Not Agreed** |||
|---|---|---|
| Exhibit Identifier | Docket Entry No. of Exhibit | Is there a pending request to seal this Exhibit? |
| See Exhibit B to the Informative Motion Filed by Ad Hoc Group of PREPA Bondholders | | |
| | | |