# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, CORTLAND CAPITAL MARKET SERVICES, SOLA LTD., SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, ULTRA NB LLC, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, <br><br> Defendant/Counterclaim-Plaintiff, <br><br> THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC., <br><br> Intervenor-Defendants/Counterclaim-Plaintiffs. | PROMESA Title III <br><br> Adv. Proc. No. 19-391-LTS |

**INFORMATIVE MOTION OF SYNCORA GUARANTEE, INC.
REGARDING ITS REQUEST TO BE HEARD AT THE
<u>JUNE 6-8, 2023 URGENT CLAIM ESTIMATION HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

1.  Syncora Guarantee, Inc. ("<u>Syncora</u>") submits this informative motion in response to the Court's *Order Regarding Procedures for the June 6-8, 2023 Claim Estimation Hearing* (the

03261-00006/14113532.1  2

"Order") (ECF No. 24361 in Case No. 17-3283-LTS; ECF No. 3559 in Case No. 17-4780-LTS; ECF No. 238 in Adv. Proc. No. 19-391-LTS)[2] and respectfully states as follows:

2. Daniel Salinas, Eric Kay and Kate Scherling of Quinn Emanuel Urquhart & Sullivan, LLP, and Rafael Escalera of Reichard & Escalara LLC, co-counsel for Syncora, will each appear in person in the New York Courtroom.

3. Counsel intends to be heard on any matter raised by or presented to the Court at the Hearing, and to respond to any statements made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of Syncora. Counsel also reserves the right cross-examine any expert witness who has submitted a declaration in this matter.

4. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

5. The required Party Exhibit Cover Sheet accompanies this Informative Motion as Exhibit B.

6. The required Party Witness Cover Sheet accompanies this Informative Motion as Exhibit C.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order.

03261-00006/14113532.1   3

DATED:  June 2, 2023

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By :  */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com<br><br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com<br><br>**Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com<br><br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com<br><br>**Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com<br><br>**Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com<br><br>**Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com<br><br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

*Co-Counsel for Syncora Guarantee, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

            */s/ Carlos R. Rivera-Ortiz*
             USDC-PR 303409

# EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | Syncora Guarantee, Inc. | |
|---|---|---|
| Attorney 1 | Appearance Method | In Person/New York Courtroom |
| | Name | **Daniel Salinas** |
| | Email | danielsalinas@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 202-905-4668 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 2 | Appearance Method | In Person/New York Courtroom |
| | Name | **Eric Kay** |
| | Email | erickay@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7273 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 3 | Appearance Method | In Person/New York Courtroom |
| | Name | **Kate Scherling** |
| | Email | katescherling@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7178 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 4 | Appearance Method | In Person/New York Courtroom |
| | Name | **Rafael Escalera** |
| | Email | escalera@reichardescalera.com |
| | Law Firm | Reichard & Escalera LLC |
| | Phone Number | 787-777-8877 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |

03261-00006/14113532.1

**EXHIBIT B**

<u>PARTY EXHIBIT COVER SHEET</u>[3]

---

[3] Syncora joins in and incorporates by reference the list of exhibits filed by Kramer Levin Naftalis & Frankel LLP, counsel to the Ad Hoc Group of Bondholders, as Exhibit B to its informative motion.

# EXHIBIT C

PARTY WITNESS COVER SHEET[4]

---

[4] Syncora joins in and incorporates by reference the list of witnesses filed by Kramer Levin Naftalis & Frankel LLP, counsel to the Ad Hoc Group of Bondholders, as Exhibit C to its informative motion.

03261-00006/14113532.1  8