# Exhibit A

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |
| PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　　　　　　　Movant,<br><br>　　v.<br><br>AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA | |

---

[1]　　The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| GUARANTEE, INC., U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE, |
| --- |
| Respondents. |

**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE CHALLENGING OVERSIGHT BOARD'S CERTIFICATION DETERMINATIONS**

Upon the *Debtor's Motion in Limine to Exclude Evidence Challenging Oversight Board's Certification Determinations* [ECF No. _____ in Case No. 17-4780; ECF No. _____ in Case No. 17-3283] (the "Motion");[2] and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA Section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA Section 307(a); and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is **HEREBY ORDERED AS FOLLOWS**:

1. The Motion is GRANTED as set forth herein.

2. The testimony set forth in the opening and supplemental reports of Dr. Sebastian Edwards, Dr. Susan Tierney, and Dr. Maureen Chakraborty, including any subsequent corrections and amendments thereto, that purports to challenge any certification determination of the Oversight Board reflected in any certified fiscal plan, and any other such evidence proffered by any party in interest to challenge any certified fiscal plan at the hearing on confirmation of the PREPA Plan, is hereby excluded.

3. This Order resolves ECF No. _____ in Case No. 17-4780 and ECF No. _____ in Case No. 17-3283.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

SO ORDERED.

Dated: _____, 2023
San Juan, Puerto Rico

_____
LAURA TAYLOR SWAIN
United States District Court Judge