UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

ORDER GRANTING URGENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

The Court has received and reviewed the *Urgent Motion for Extension of Time to Respond to Alternative Dispute Resolution Information Request* (Docket Entry No. 24389 in Case No. 17-3283) (the "Motion"), filed by Baxter Sales and Distribution Puerto Rico Corp. ("Movant") and, with good cause shown to grant the relief requested in the Motion, it is hereby

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ordered that Movant's deadline to submit the information requested in the ADR Information
Request is extended through **June 23, 2023**.

The Financial Oversight and Management Board for Puerto Rico is directed to
coordinate with Alvarez and Marsal and Kroll Restructuring Administration to ensure that there
is an appropriate point of contact to address future inquiries and extension requests from
recipients of ADR information request forms.

SO ORDERED.

Dated: June 5, 2023

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge