**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>      Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>      Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 4780-LTS |

**EIGHTH CERTIFICATION OF HON. SHELLEY C. CHAPMAN (RET.)
PURSUANT TO ORDER (I) RATIFYING CONTINUED APPOINTMENT OF LEAD
MEDIATOR AND (II) APPOINTING WILLKIE FARR & GALLAGHER LLP
<u>AS SPECIAL ADVISOR TO THE LEAD MEDIATOR</u>**

I, Hon. Shelley C. Chapman (Ret.), certify as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

63409004.1

1. On April 8, 2022, the Court entered two orders initiating mediation in this Title III case, one to appoint a mediation team (the "**Mediation Team**") [No. 17 BK 4780-LTS, ECF No. 2772] (the "**Appointment Order**"), and the other to establish the terms and conditions of the proposed mediation, which was intended to facilitate confidential settlement negotiations of any and all issues and proceedings arising in PREPA's Title III Case (the "**Mediation**") [No. 17 BK 4780- LTS, ECF No. 2773]. Pursuant to the Appointment Order, I was appointed as Lead Mediator to conduct the Mediation with the other members of the Mediation Team, the Honorable Robert D. Drain and the Honorable Brendan L. Shannon.

2. On September 30, 2022, I retired from judicial service. On October 3, 2022, I commenced employment as Senior Counsel at the law firm of Willkie Farr & Gallagher LLP ("**WF&G**").

3. On October 7, 2022, the Court entered an order ratifying my continued appointment as Lead Mediator and appointing WF&G as special advisor to the Lead Mediator [No. 17 BK 4780-LTS, ECF No. 3031] (the "**Retention Order**"). On April 10, 2023, the Court entered an order extending my appointment as Lead Mediator by six months; such order also provided that all other terms and provision of the Retention Order remain in effect [No. 17 BK 4780-LTS, ECF No. 3382].

4. I submit this eighth certification pursuant to the terms of the Retention Order, which provides, in pertinent part, that, "no later than 10 days after the end of each calendar month, the Lead Mediator must file a certification with the Court reflecting the approximate number of hours spent by [WF&G] on mediation during the prior month."[2]

---

[2] Retention Order ¶ 5.

63409004.1

5. I hereby certify that, during the month of May 2023, WF&G professionals (primarily myself and my colleague Jamie M. Eisen) devoted approximately 112 hours to mediation matters.

Dated: New York, New York
       June 6, 2023

/s/ Hon. Shelley C. Chapman (Ret.)
Hon. Shelley C. Chapman (Ret.)

- 3 -