## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL CERTIFICATE OF SERVICE

       I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration
LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned
cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act
(PROMESA).

       On May 5, 2023, at my direction and under my supervision, employees of Kroll caused
the following document to be served via First Class Mail on the Cooperativa de Seguros
Multiples de Puerto Rico, (ADRID: 3029792), Hector E. Valdes Ortiz, Esq., 8461 Lake Worth
Road Suite 420, Lake Worth, FL, 33467:

- Notice of Presentment of Proposed Order Granting the Five Hundred Fifty-Fourth
  Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated
  Claims (ECF No. 23096) [Docket No. 23892]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case
No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy
Case numbers due to software limitations).
[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On May 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Comprehensive Health Service Inc, (ADRID: 3471755), Yeysha Gonzalez, 52 St. Office #3 Se Edf., 1122 Reparto Metropolitano, San Juan, PR, 00921:

- Notice of Presentment of Proposed Order Granting the Five Hundred Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Public Buildings Authority to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable (ECF No. 23428) [Docket No. 23893]

On May 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Seventeenth Alternative Dispute Resolution Service List attached hereto as **Exhibit A**:

- Seventeenth Alternative Dispute Resolution Status Notice [Docket No. 24018] (the ***Seventeenth ADR Status Notice***)

On May 9, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Administrative Claims Reconciliation Service List attached hereto as **Exhibit B**:

- Thirty-First Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 24019]

On May 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Cooperativa A/C Cidrena, (ADRID: 3591067) Calle Barceló # 49, Po Box 1490, Cidra, PR, 00739-1490:

- Motion Submitting Revised Proposed Orders Granting the (I) Five Hundred Fiftieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicate Bond Claims and (II) Five Hundred Fifty-First Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicative Bond Claims [Docket No. 24074] (the ***Response to Final Judgement Motion***)

On May 12, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served First Class on the Unión de Médicos de la Corporación del Fondo del Seguro del Estado, (ADDRID: 300144), Hermandad de Empleados del Fondo del Seguro del Estado, Inc, Calle Encina Caparra Heights, San Juan, PR, 00920:

- Five Hundred Fifty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Objecting Debtors are Not Liable [Docket No. 23089]

- Five Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Debtor is Not Liable [Docket No. 23090]

SRF 69430, 69474, 69542, 69580, 69623, 69666 & 69668

- Five Hundred Fifty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Objecting Debtor is Not Liable [Docket No. 23091]

- Five Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims [Docket No. 23092]

- Five Hundred Fifty-Eighth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Duplicate Claims [Docket No. 23093]

- Five Hundred Fifty-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Duplicate Claims [Docket No. 23095]

- Five Hundred Fifty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Unliquidated Claims [Docket No. 23096]


On May 12, 2023, at my direction and under my supervision, employees of Kroll caused the Response to Final Judgement Motion to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit C**.

On May 12, 2023, at my direction and under my supervision, employees of Kroll caused the Seventeenth ADR Status Notice to be served via First Class Mail on the Luciano Rivera, Alexander & Jessica Ortiz Diaz, (ADRID: 3046569), Riasaac Guillermo Colon Rios, 17 Thomas St, Camden, ME, 04843-4321.


Dated: May 22, 2023

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York


Subscribed and sworn (or affirmed) to me on May 22, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

Exhibit A

Supplemental Seventeenth Alternative Dispute Resolution Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4311788 | Baxter Sales and Distribution Puerto Rico Corp. | c/o Winston Mendez-Silvagnoli | One Baxter Parkway | Deerfield | IL | 60015 |
| 63346 | DEMETER INTERNATIONAL INC. | LUIS P. COSTAS ELENA | 1140 APPLEGATE ST | PHILOMATH | OR | 97370 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit B</u>**

## Exhibit B
Administrative Claims Reconciliation Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 2926924 | Blue Ribbon Tag Label | AGA CPA'S Advisors LLC | Joaquin Torres Hernandez, Contador Publico Autoriz | 142 W. Lakeview Ave | Suite 2060 | Lake Mary | FL | 32746 |
| 3631375 | Cutler-Hammer Electrical Co. | Dan Shanahan | 9650 JERONIMO ROAD | | | IRVINE | CA | 92618 |
| 3552286 | HEWLETT PACKARD CARIBE BV, LLC | Mr. William Cintron | Hewlett Packard Caribe BV, LLC | 1701 E MOSSY OAKS RD | | SPRING | TX | 77389 |
| 3606483 | HEWLETT PACKARD ENTERPRISE DEVELOPMENT LP | Address on File | | | | | | |
| 3123107 | HP International Trading B.V. (Puerto Rico Branch) LLC | HP International Trading B.V. Puerto Rico Branch) | 1701 E Mossy Oaks Rd | | | Spring | TX | 77389 |
| 4134529 | OFG Bancorp | Attn: Carlos R.Baralt Suarez | Delgado Fernandez LLC | 254 Muñoz Rivera Avenue | | San Juan | PR | 00918 |
| 4134514 | Oriental Bank | Carlos R. Baralt Suarez | Professional Office Park II | 1001 San Roberto Street | Monacillos Ward | San Juan | PR | 00926 |
| 4134525 | Oriental Financial Services Corp. | Carlos R. B. Suarez | Professional Office Park II | 254 Muñoz Rivera Avenue | | San Juan | PR | 00918 |
| 3045911 | Ponce de Leon 1403 | OJEDA & OJEDA LAW OFFICES | c/o Rafael A. Ojeda-Diez | 8546 BROADWAY ST. | STE. 125 | SAN ANTONIO | TX | 78217 |
| 3058525 | St. Jude Medical Puerto Rico LLC | c/o Juan A. Lloveras | 100 Abbott Park Road | | | Abbott Park | IL | 60064 |
| 3297390 | St. Jude Medical Puerto Rico LLC | St. Jude Medical Puerto Rico LLC | c/o Juan A. Lloveras | 100 Abbott Park Road | | Abbott Park | IL | 60064 |
| 2982828 | TOYOTA DE PR CORP. | PO BOX 195467 | | | | SAN JUAN | PR | 00919-5467 |

**Exhibit C**

Exhibit C

Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 3343578 | BlueMountain Capital Management, LLC, on behalf of itself and funds and/or accounts managed or advised by it | Steven Miller  c/o BlueMountain Capital Management | 1633 Broadway, 25th Floor | | | New York | NY | 10019 |
| 2870425 | United Insurance Co. | Robert Connelly | Analyst | 4956 North 300 West | #101 | Provo | UT | 84604-5880 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1