UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 2 PM 4:03

| | | |
|---|---|---|
| In re: | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| MANAGEMENT BOARD FOR PUERTO RICO, | * | No. 17-BK-3283-LTS |
| | * | |
| as representative of | * | |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO, | * | This filing relates to the |
| et al., | * | Commonwealth, ERS and |
| Debtors | * | HTA |

*****************************************************************

## REPLICA

AL HONORABLE TRIBUNAL:

Comparece Rubén Peruchett Lebrón, representado por la Lcda. Maribel García Ayala, como Abogada de Oficio, quien muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que recibimos una comunicación, donde se nos informa que uno o más de los deudores en este caso solicitan la Desestimación, ya que alegadamente no han podido contactar al demandante, ni por correo electrónico, ni por correo postal, ni por teléfono.

2. Que el demandante se encuentra confinado en la Cárcel de Guayama y presentó esta Demanda en el Tribunal de Guayama, el 26 de octubre de 2016.

3. Que toda comunicación debió ser dirigida a la abogada suscribiente que es la representante legal de oficio en este caso, sin embargo, **nunca** recibimos comunicación alguna de parte de los deudores.

4. Que nos oponemos a la Desestimación solicitada, ya que la abogada suscribiente nunca recibió comnicación alguna de parte de los deudores.

5. Que se solicita muy respetuosamente de este Honorable Tribunal NO Desestime la presente demanda.

POR TODO LO CUAL se solicita muy respetuosamente de este Honorable Tribunal NO Desestime la presente demanda, junto con cualquier otro pronunciamiento que en derecho proceda.

RESPETUOSAMENTE SOMETIDO.

CERTIFICO: Haber enviado en el día de hoy esta Réplica al Tribunal y una copia a los Abogados de la Junta de Supervisión Fiscal y los Abogados del Comité de Creedores, a sus respectivas direcciones postales.

En Guayama, Puerto Rico, el día 16 de mayo de 2023.

Lcda. Maribel García Ayala
RUA 10875
Urb. Camino de la Princesa
77 Calle Aurora
Guayama, PR 00784-7619
Tel. 787-209-5111
maribelgarcialaw@gmail.com



LCDA. MARIBEL GARCÍA
rb Camino de la Princesa
7 Calle Aurora
uayama, PR 00784-7619

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 2 PM 4:03

Clerk's Office
United States District Court
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
MAY 16, 23
AMOUNT
$0.00
R2305K134990-19