RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 JUN 2 PM 4:07

21 de mayo de 2023

Mi nombre es Jaslind Garcia Hicks con el numero de Proof of Claim 136191. Lo que indica el acreedor es totalmente FALSO. Mi patrono: La Administración de Rehabilitación Vocacional y/o Gobierno de PR en NINGUN momento se ha comunicado conmigo. Incluso aun trabajo para la agencia antes mencionada. Tienen TODA mi información y NUNCA se han comunicado. De hecho, he buscado las formas para que me devuelvan mi dinero y nunca me responden.

Por ende espero que se me haga justicia y me devuelvan todo el dinero, y tiempo acumulado que se me retuvo de manera ilegal.

Gracias.

Cordialmente:

*[signature]*

Jaslind Garcia Hicks
(787)408-2549
jaslindgarcia@hotmail.com
Urb. Santa Juanita
P18 Calle Formosa
Bayamón, PR 00956