Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **136191**
Nombre del Reclamante: **GARCIA HICKS, JASLIND**

**Complete y envíe este formulario hasta el 21 de febrero de 2019 inclusive**, por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

☐ Una factura impaga que usted emitió al gobierno de Puerto Rico

☒ Empleo actual o anterior en el gobierno de Puerto Rico

☐ Otro (describir): _____

PARA UNA FACTURA PENDIENTE:

Número de proveedor / Número de identificación tributaria / Últimos cuatro dígitos del Número de seguro social: _____

El organismo o departamento gubernamental que celebró el (los) contrato(s) con usted: **N/A**

El monto de su reclamación: _____

Su(s) número(s) de contrato y/o número(s) de órden(es) de compra **N/A**

Proporcione la documentación de respaldo de su reclamación incluyendo una copia de todo contrato, orden de compra, factura (con inclusión de las fechas en que se prestaron los servicios y fechas de entrega de los bienes), conocimiento de embarque, y constancia de entrega).

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: **Administración de Rehabilitación Vocacional.**

Período específico en el que estuvo, o está empleado en relación con la reclamación: **Desde el 5 de Julio de 2005 hasta el presente.**

Los últimos cuatro dígitos de su número de seguro social: **XXX-XX-1273**

Naturaleza de la reclamación relacionada con empleo:

☒ Jubilación (Sistema de retiro)     ☒ Queja con el sindicato: Suspensión de empleo y sueldo. 1 quincena $1,170

☒ Salarios impagos (mínimo federal)     ☐ Acción legal pendiente o cerrada

☒ Días por enfermedad ] Los días de que deje de acumular por los 15 días suspendido se del 20 oct al 3 de nov 2015     ☒ Otra: Bono de navidad 18/dic/2015 ($400.00)

☒ Vacaciones

• Asistencia del 10/sept/15 11:10 - 4:30 pm me lo descontaron de asunto personal cuando es asunto oficial, citada por examinado de la agencia.

[Continúa al dorso]

• Primera quincena de feb Julio agencia no ... $969.69

El monto de su reclamación: __La totalidad de los daños monetarios y no monetarios.__

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

**Si su reclamación se relaciona con una acción legal pendiente o cerrada, proporcione toda la información y documentación solicitada en la sección "PARA LA ACCIÓN LEGAL" más abajo.**

PARA UNA ACCIÓN LEGAL:

Ha comenzado una acción legal? S / N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intención de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: __N/A__

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _____

Número del Caso: _____

Título, subtítulo o nombre del caso: _____

Estado del caso (pendiente, en apelación o concluido): _____

¿Tiene algún juicio pendiente de pago? S / N. de ser así, indique la fecha y el monto de la sentencia. _____

PARA OTRO TIPO DE RECLAMACIÓN:

Describa el fundamento de su reclamación: __N/A__

El monto de su reclamación: _____

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME

PO Box 13695, San Juan, PR 00908-3695
Tel. (787) 272-7222

*31 de julio de 2015*

*Lcdo. Joseph Lo Presti Torres*
*Oficial Examinador de Vistas Administrativas*
*Administración de Rehabilitación Vocacional*

*RE:   Solicitud Vista Administrativa Informal – Sra. Jaslind García Hicks.*

*Estimada Lcdo. Lo Presti Torres:*

*Recibimos copia de Notificación de Intención de Suspensión de Empleo y Sueldo enviada a la Sra. Jaslind García Hicks, Consejera en Rehabilitación Vocacional, en la Región de Bayamón.*

*En representación de la Sra. Jaslind García Hicks, se solicita la Vista Administrativa Informal y copia del expediente de investigación, conforme con el artículo 19, sección 8, del Convenio Colectivo.*

*Agradeceremos su acostumbrada colaboración en este asunto y la concesión de nuestra solicitud.*

*Cordialmente,*

*Luis A. Madera Echevarría*
*Director División Quejas y Agravios*
*SPUPR/AFSCME*

Edif. Business, Sound & Music, Tercer Piso, Carr. #1, K. 18.9, Barrio Tortugo, Rio Piedras, PR 00926
Fax General: (787) 272-7229 • Fax División Legal: (787) 272-7231 • Fax Oficina Presidente: (787) 272-7230

25 de octubre de 2016

**Narrativo de hechos relacionados a la reprimenda otorgada el 18 de octubre de 2013:**

1. En la segunda semana de Febrero de 2013 la Sra. Norma Rodriguez es asignada bajo un puesto de confianza como directora regional de Bayamon por parte del Administrador Ivan Clemente. Estuvo desde febrero de 2013 hasta abril de 2014 pagando cuota de unionada. La misma era unionada, con el mismo puesto que yo. Pagaba cuota de unionada hasta que fue nombrada en propiedad bajo un puesto gerencial. En Junio 17 de 2014 fue asignada con puesto gerencial de Supervisora. Lo que quiero decir es que ella no podia recomendar ni gestionar ninguna accion disciplinaria contra ningun empleado.

2. Debido a que patrono no otorgo acomodos razonables, se sometio durante el mes de Junio de 2013 se somete por derecho propio una Demanda por ley ADA ante el Tribunal Federal.

3. En agosto de 2013 el Tribunal Federal me asigna una abogada de Oficio. La Lcda. Michelle Acosta.

4. En la primera semana de Octubre de 2013 las partes envueltas fueron emplazadas (incluyendo al Administrador Ivan Clemente como autoridad denominadora.

5. El 17 de Octubre de 2013 y a dos semanas de ser emplazados por el Tribunal Federal realizan una carta para citarme administrativamente sin ninguna explicacion. No me citaron como corresponde ya que no me indicaron que fuera acompañada por un representante o delegado de la Union.

6. No pude presentarme al trabajo debido a que me enferme.

7. El 18 de Octubre de 2013 y a dos semananas de haber sido emplazada la Agencia, me dan una carta con una reprimenda escrita. Fabricandome un caso de "interceptar intencionalmente comunicaciones verbales o escritas de cualquier naturaleza", sin brindarme la oportunidad de defenderme ante esta calumnia. Yo no borre ninguna anotacion. No obstante la persona que me acuso para empezar nunca ha sido supervisora mia, Sra. Madeline Serrano Carrion, fue designada por la supervisora mia de ese entonces Lymaris Figueroa en cubrirla por las dos semanas que estaria de vacaciones. Habian mas de 9 personas que tenian mi clave, incluyendola a ella. Ya que las supervisoras tienen acceso a obtener las claves en MIS. Estuve en el periodo de junio de 2012 a Septiembre de 2013 ausente por varios dias consecutivos por ordenes medicas tanto en la CFSE y por medicos privados por condiciones de salud. No dudo que ella misma o alguna otra persona durante mi ausencia se sentara en mi silla y borrara la anotacion. Otro punto importante en mencionar es que ella tenia roces conmigo anteriormente debido a que cometio maleficiencia en el manejo de caso de mi hermana, cuando ella fungia como consejera manejadora de caso durante el periodo de febrero de 2010 a octubre de 2012. No le brindo servicios a mi hermana que le correspondian por ley y por politicas publicas. Debido a que amenazo a mi madre via telefonica de que le llamaria la policia si se presentaba a la oficina de Toa Baja cuando le reclamo el por que no le brindo servicios desde hace dos anos y 7 meses. Mi madre notifico la situacion a la Directora de Servicios de la Oficina Central Maria Benitez. Por politica de excepcion, ante la situacion ordeno que se transferiera de inmediato el caso. Debido a que la Sra. Serrano es una persona

Servidores Públicos Unidos de Puerto Rico, Concilio 95 AFSCME

PO Box 13695, San Juan, PR 00908-3695
Tel. (787) 272-7222

# CERTIFICACIÓN DE COMPARECENCIA

7 de noviembre de 2016

A QUIEN PUEDA INTERESAR:

RE: Jaslind García Hicks

*Certifico que la Sra. Jaslind García Hicks, estuvo durante el día de hoy, de 8:00 a.m. a 4:30 p.m. en nuestras oficinas para asesoramiento y discusión de caso ante la consideración del procedimiento de Quejas y agravios, con el SUSCRIBIENTE.*

*Cualquier duda al respecto, puede comunicarse con el suscribiente.*

Cordialmente,

Luis A. Madera Echevarría
Director
División de Quejas y Agravios
SPUPR- AFSCME

**126 Adm. Rehabilitacion Vocacional**
Calle Loiza Esquina kings Court    # 1506
San Juan, PR 00902

| | |
|---|---|
| Pago | Desde: 02/01/2016 Hasta: 02/15/2016 |
| Aviso #: 1440320 | Fecha Aviso: 02/12/2016 |

| JASLIND GARCIA HICKS | # Empleado: | XXXXX1273 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB SANTA JUANITA | Dept: | 126420-Region Norte Centro Bayamon | Estado Civil: | Single | Single |
| P18 CALLE FORMOSA | Lugar: | Region Norte Centro Bayamon | Concesiones: | 0 | 0 |
| BAYAMON, PR 00956 | Titulo: | CONS. REHAB. VOCACIONAL | Pct. Adcl.: | | |
| SS: XXX-XX-1273 | Sueldo: | $2,340.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | Corriente | | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,170.00 | 187.50 | 3,510.00 |
| Total: | | | 1,170.00 | 187.50 | 3,510.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.97 | 50.90 |
| Fed OASDI/Disability - EE | 72.54 | 217.62 |
| PR Withholding | 36.55 | 93.27 |
| Total: | 126.06 | 361.79 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 0.00 | 234.00 |
| Total: | 0.00 | 234.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 5.86 |
| RC-Prest Hip-Ret Cen Emp Clasi | 0.00 | 573.00 |
| RC-Pres Cult Ret Cen-Em Clasif | 0.00 | 95.52 |
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 424.98 |
| SC-AMER FAM LIFE ASS CO | 0.00 | 31.90 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 111.22 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 14.00 |
| OS-SERV PUBLICOS UNIDOS PR 0090.00 | | 35.10 |
| Ahorros-AEELA | 0.00 | 70.20 |
| Total: | 0.00 | 1,361.78 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 0.00 | 360.00 |
| GPR Retiro Hibrido | 0.00 | 334.04 |
| FSED Disability Plan | 0.00 | 78.40 |

*handwritten note:* "Al no descontarmelas tuve que pasar de mi bolsillo todo esto. Yes ilegal. Quien emitio esto eden..."

\* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Corriente | Acumulado |
|---|---|---|
| Total Bruto | 1,170.00 | 3,510.00 |
| Bruto Tribut Fed | 0.00 | 0.00 |
| Total Impuestos | 126.06 | 361.79 |
| Deducciones Totales | 0.00 | 1,595.78 |
| Paga Neta | 1,223.94 | 1,732.43 |

### PTO HORAS ACTUAL

| Balance Inicial: | 0.0 |
|---|---|
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #1440320 | 1,223.94 |
|---|---|
| Total: | 1,223.94 |

*handwritten note:* "D fue Ldo. Juan Clemente Delgado ex administrador de Rehabilitacion Vocacional. Se pasaba entrando de manera ilegal al sistema RUN para ge se cerrar el caso en la EEOC."

MENSAJE:

Adm. Rehabilitacion Vocacional
Calle Loiza Esquina kings Court
# 1506
San Juan, PR 00902

Fecha 02/12/2016

Aviso No. 1440320

Cant. Deposito: $1,223.94

A la
Cuenta(s) De

JASLIND GARCIA HICKS
URB SANTA JUANITA
P18 CALLE FORMOSA
BAYAMON, PR 00956
Localizacion: Region Norte Centro Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 1,223.94 |
| Total: | | 1,223.94 |

## NO-NEGOCIABLE

| 126 Adm. Rehabilitacion Vocacional | | Aviso #: 2191256 |
|---|---|---|
| Calle Loiza Esquina kings Court  # 1506 | Desde: 03/16/2016 | Fecha Aviso: 03/31/2016 |
| San Juan, PR 00902 | Hasta: 03/31/2016 | |

| JASLIND GARCIA HICKS | # Empleado: | XXXXX1273 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| URB SANTA JUANITA | Dept: | 126420-Region Norte Centro Bayamon | Estado Civil: | Single | Single |
| P18 CALLE FORMOSA | Lugar: | Region Norte Centro Bayamon | Concesiones: | 0 | 0 |
| BAYAMON, PR 00956 | Titulo: | CONS. REHAB. VOCACIONAL | Pct. Adcl.: | | |
| SS: XXX-XX-1273 | Sueldo: | $2,340.00 Monthly | Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | Corriente | | Acumulado | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | | 1,170.00 | 435.00 | 7,020.00 |
| Total: | | | 1,170.00 | 435.00 | 7,020.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 16.96 | 101.79 |
| Fed OASDI/Disability - EE | 72.54 | 435.24 |
| PR Withholding | 28.36 | 178.35 |
| Total: | 117.86 | 715.38 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Retiro Hibrido | 117.00 | 585.00 |
| Total: | 117.00 | 585.00 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 2.93 | 14.65 |
| RC-Prest Hip-Ret Cen Emp Clasif | 286.50 | 1,432.50 |
| RC-Pres Cult Ret Cen-Em Clasif | 47.76 | 238.80 |
| AE-Asoc Emp ELA-Prest Regular | 212.49 | 1,062.45 |
| SC-AMER FAM LIFE ASS CO | 15.95 | 79.75 |
| RC-Pres Pers Ret Cen-E Clasif | 55.61 | 278.05 |
| AE-Seguro por Muerte Asoc ELA | 7.00 | 35.00 |
| OS-SERV PUBLICOS UNIDOS PR 00 | 17.55 | 87.75 |
| Ahorros-AEELA | 35.10 | 175.50 |
| Total: | 680.89 | 3,404.45 |

*estas son las deducciones reales*

* Tributable

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 180.00 | 720.00 |
| GPR Retiro Hibrido | 167.02 | 835.10 |
| FSED Disability Plan | 39.20 | 196.00 |

| | TOTAL BRUTO | BRUTO TRIBUT FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,170.00 | 0.00 | 117.86 | 797.89 | 254.25 |
| Acumulado: | 7,020.00 | 0.00 | 715.38 | 3,989.45 | 2,495.17 |

### PTO HORAS

| | ACUM |
|---|---|
| Balance Inicial: | 0.0 |
| + Ganada: | |
| + Compra: | |
| - Usada: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Aviso #2191256 | 254.25 |
|---|---|
| Total: | 254.25 |

MENSAJE:

Adm. Rehabilitacion Vocacional  
Calle Loiza Esquina kings Court  
# 1506  
San Juan, PR 00902

Fecha  
03/31/2016

Aviso No.  
2191256

Cant. Deposito:   $254.25

A la  
Cuenta(s) De

JASLIND GARCIA HICKS  
URB SANTA JUANITA  
P18 CALLE FORMOSA  
BAYAMON, PR 00956  
Localizacion: Region Norte Centro Bayamon

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXX | 254.25 |
| Total: | | 254.25 |

## NO-NEGOCIABLE



**Talonarios**

**jaslind garcia**
Vie 04/15/2016 12:13 PM
Michelle Acosta

📎 201604150915.pdf
   128 KB

2 archivos adjuntos (129 KB)   Descargar todo   Guardar todo en OneDrive

Buenos días Lcda, saludos.

Es para darle una actualización de info.

Durante el tiempo q estuve suspendida seguí sus recomendaciones y fui a la EEOC.

Luego cuando me enteré que estuve sin plan medico nuevamente hice otra querella , y en diciembre 30 de 2015 cdo cobre nuevamente de menos realice una enmienda en la EEOC. En febrero 12 de 2016 cobre de más, sin ninguna explicación por parte del patrono. Verifique las deducciones estuvieron en 0 no obstante el cálculo del dinero coincidió con los dos meses de plan medico y los 15 días q estuve sin cobrar.

Ayer el Sr. González de la EEOC me llamó para verificar si Cobre el dinero del plan medico le indicó q recibí el 12 de febrero sin ninguna explicación por parte del patrono una diferencia de más, en adición a mi quincena. Y según mis cálculos dio los dos meses de plan y los 15 días de mi suspensión .

Aquí envió el talonario del mes de febrero donde cobre el dinero q se me apropio ilegalmente el Patrono y además el ultimo talonario más reciente q es la cantidad q cobro quincenal limpio luego de todas mis deducciones, ahí se ve el cálculo , deducciones etc. Lo que sí tengo duda es si el patrono realizó las aportaciones q corresponden por ley y el pago de mi hipoteca q es atraves del retiro. En el mes de febrero y marzo le di seguimiento y me indican q no se había visto reflejado aún. Darle seguimiento en la última quincena de abril para dar tiempo porque se q se ven un mes de atraso por lo general.

También te voy a enviar lo q me envió ayer el Sr. González .

Buen provecho y nos seguimos manteniendo en contacto 👏👏👏👏.

Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** jaslind garcia <jaslindgarcia@hotmail.com>
> **Fecha:** 15 de abril de 2016, 10:36:56 AM AST
> **Para:** EEO <carlos.gonzalez@eeoc.gov>
> **Asunto: Talonarios**
>
>
> Buenos Días Lcda. Acosta
>
> Inicio del mensaje reenviado:
>
>> **De:** Jaslind Garcia Hicks <Jaslind@vra.pr.gov>
>> **Fecha:** 15 de abril de 2016, 9:28:54 AM AST
>> **Para:** "jaslindgarcia@hotmail.com" <jaslindgarcia@hotmail.com>
>> **Asunto: FW:**

21 de febrero de 2019

**Explicación de la reclamación de quincena del 15 de febrero de 2016:**

Durante el mes de diciembre del 2015 realice una segunda querella al patrono ante la EEOC con este número: 515-2-01600265.

Debido a que de manera ilegal fui suspendida de empleo y sueldo y desprovista de plan médico teniendo condiciones de salud por represalias de haber realizado querellas ante los foros federales.

Al realizar una segunda querella ante el mismo foro y coincidía con la vistas que se le citaban en el Tribunal Federal, el Administrador de ese entonces Lcdo. Ivan Clemente Delgado ordena que se me deposite por depósito directo a mi quincena del **1 de febrero al 15 de febrero de 2016** la cantidad de $1,223.94. Donde había una diferencia de $969.69 de "más" a la cantidad acostumbrada a cobrar que son 254.25 quincenal.

Ingenuamente creyendo al Patrono y coincidir las sumatorias con el dinero de rembolso de plan médico del mes de diciembre de 2015 y de la suspensión y como estaba la EEOC investigando mi querella de manera de despistarme, el patrono le indica al investigador de la EEOC que se me pago el dinero. Al yo no haber recibido el talonario y pensando que hubo buena fe por parte del patrono acepto retirar la querella en la EEOC pensando que ese era el dinero que se me adeudaba.

No es hasta mediados de abril de 2016 que recibo el Talonario correspondiente a la quincena del 15 de febrero de 2016. Luego en ese mismo mes me notifican los Seguros, La Hipoteca, Aeela y SPU que no recibieron los pagos directos de mis quincenas y que patrono no emitió dichos pagos. Tuve que de ahí mismo realizar los pagos de los préstamos, de la hipoteca y de los seguros. No me aceptaron los pagos de ahorros ni del seguro de incapacidad obligatorio porque es ilegal, así se me notifico en el Sistema de Retiro. Se supone que se emita directamente de parte del Patrono.

La devolución del pago que yo realice al plan médico en el mes de diciembre de 2015 no se me pago hasta el 15 de junio de 2016. Aun así también falta de reponerme el pago del plan médico correspondiente al mes de la suspensión de noviembre de 2015.

Cualquier duda i pregunta estoy en la mejor disposición de colaborar.

Jaslind Garcia Hicks

------------1273

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# REQUEST FOR WITHDRAWAL OF CHARGE OF DISCRIMINATION

**Instructions to the person requesting withdrawal**: You recently indicated a desire to withdraw your charge. In order to begin such action, please furnish the information below and return this form in the enclosed envelope. As a request for withdrawal of charge is subject to the approval of the Commission, your request will be considered and acted upon when received by this office. Please note that at this time the Commission is still prepared to proceed with your case if you so desire.

| CHARGE NUMBER | 515-2016-00265 | DATE |
|---|---|---|
| AGGRIEVED PARTY **Jaslind Garcia** | | RESPONDENT(S) **ADMINISTRACION REHABILITACION** |

AGGRIEVED PARTY - - COMPLETE INFORMATION BELOW
(Continue on reverse if necessary)

I am aware that the Federal Government protects my right to file a charge and have been advised that it is unlawful for any person covered by the statutes enforced by EEOC to threaten, intimidate, harass or otherwise retaliate against me because I have filed a charge. I have not been coerced into requesting this withdrawal.

I request the withdrawal of my charge because:

El patron reembolso 1200 . Deseo retirar esta querella

| DATE | SIGNATURE | FOR EEOC USE ONLY |
|---|---|---|

SEND TO

**San Juan Local Office**
**525 F D Roosevelt Ave**
**1202 Plaza Las Americas**
**San Juan, PR 00918**

☐ Withdrawal with Settlement
☐ Withdrawal without Settlement
☐ Approve
☐ Disapprove

**William R. Sanchez**
**Local Office Director**

DATE

APPROVING OFFICIAL



Estado Libre Asociado de Puerto Rico
Departamento del Trabajo y Recursos Humanos
ADMINISTRACION DE REHABILITACION VOCACIONAL

## ASISTENCIA SEMANAL

| Nombre del Empleado: | GARCIA HICKS, JASLIND | Codigo Empleado | 1573 |
|---|---|---|---|
| Region: | Región Bayamón | Local/Oficina: | Servicios Consejeria/No Aplica |

| Fecha de Transacción | Entrada | Salida | Entrada | Salida | Horas no trabajadas a Descontar segun Categoria | Razon para no registrar ponche |
|---|---|---|---|---|---|---|
| 09/06/2015 | | | | | | |
| 09/07/2015 | | | | | | feriado |
| 09/08/2015 | 7:59:00 AM | 11:45:00 AM | | | | Art. 42 Secc. 6 |
| 09/09/2015 | 7:55:00 AM | 12:05:00 PM | 12:59:00 PM | 4:31:00 PM | | |
| 09/10/2015 | 8:02:00 AM | | | | | AO Art. 19 Secc. 13 * |
| 09/11/2015 | | | | | | LE |
| 09/12/2015 | | | | | | |

V-Vacaciones  E-Enfermedad  LP-Paternidad  LJ-Judicial  DS-Donar Sangre  AO-Asunto Oficial  LD-Deportiva  LM-Licencia Militar  C/F/A-Cedido Fenomeno Atmosferico

Las autorizaciones tienen que incluir las evidencias correspondientes.

Con un total de ponches no registrados en tres (3) ocasiones se descontará de su licencia regular el tiempo no registrado. De no tener balance de licencia regular se descontará de su sueldo.

Autorizo a la Sección de Licencias a efectuar el registro manual de las enmiendas a mi asistencia, según arriba descrito.

Firma Empleado: _[signature]_   Fecha: 17/sept/2015

Certifico que la información ofrecida por el empleado es correcta.

Firma Supervisor: _____   Fecha: _____

Estas autorizaciones tienen que estar en la Sección de Licencias la siguiente semana al recibo del informe semanal de Kronos. De no recibirse, se descontará de la licencia regular y/o del sueldo el tiempo no reflejado.

Nota: Según Ofic. Asuntos Laborales 9/10/15 (Asunto Personal) _[signature]_ 14/12/15

INTEGRANDO A LAS PERSONAS CON IMPEDIMENTOS A LA FUERZA LABORAL Y A UNA VIDA MAS INDEPENDIENTE!

417 Mercantil Plaza, Hato Rey - PO Box 191118, San Juan, Puerto Rico 00919-1118
Teléfono: (787) 729-0160 * Fax (787) 728-5977

ARB, 14 dic. 2015
La asistencia del día 10 fue consultado con la Ofic. Recursos Humanos por la Directora Regional, las recomendaciones emitidas fueron no corresponde a asunto oficial. La Dir Reg. se lo explicó a la cmplda. y también a esta servidora. _[signature]_

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DEL TRABAJO
ADMINISTRACION DE REHABILITACION VOCACIONAL

REGISTRO DE SALIDAS OFICIALES

Oficina, División, Centro - Región BAYAMON  Semana del 7 Sept al 11 Sept/2015

| Fecha | Horas | | Funcionario o Empleado | Caso o Asunto | Persona a Entrevistar | Observaciones |
|---|---|---|---|---|---|---|
| | Salida | Regreso | | | | |
| 9/10/2015 | 11:00am | 4:00pm | Joseph Bustelo | AO Nivel central | Joseph Laporta | Vista Adm |

Firma Encargado de la Asistencia _____

Firma del Direct...



**ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL**
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS

HORAS NO TRABAJADAS A SER DESCONTADAS SEGÚN CATEGORIA

Nombre del empleado: __Jaslind Garcia Hicks__

[ ] Vacaciones   [ ] Cumpleaños   [ ] Lic. Judicial   [ ] Asunto Oficial

[X] Enfermedad   [ ] Lic. Funeral   [ ] Lic. Deportiva   [ ] Lic. Militar

[ ] Lic. Paternidad   [ ] Donar Sangre   [ ] Libre/ Años Servicio   [ ] Asunto Personal

[ ] Sección 11.a (persona edad avanzada)   [ ] Ley 165

Todas estas autorizaciones tienen que incluir evidencia, excepto las vacaciones.

Fecha de ausencia: __11/Sept/15__  Desde: __8:00__ am. Hasta: __4:30__ pm.

* Razón para no registrar el ponche __enfermedad__

Con un total de (3) ponches no registrados (injustificadamente, como por ejemplo que se le olvide), se descontará de su licencia regular, el tiempo no registrado. De no tener balance de licencia regular se descontará de su sueldo.

Autorizo a la Sección de Licencias, a efectuar el registro manual de las enmiendas a mi asistencia según arriba descrito.

Firma del Empleado: _____  Fecha: __17/Sept/2015__

Certifico que la información ofrecida por el empleado es correcta.

Nombre del Supervisor Inmediato (letra de molde): _____

Firma del supervisor: _____  Fecha: _____

Estas autorizaciones tienen que estar en la Sección de Licencias la siguiente semana al recibo del informe de Kronos. De no recibirse, se descontará de la licencia regular y/o del sueldo el tiempo no reflejado.

Nota: Para las ausencias que tienen formularios propios, deben llenar únicamente el formulario correspondiente y adjuntar la evidencia.

INTEGRANDO A LAS PERSONAS CON IMPEDIMENTOS A LA FUERZA LABORAL Y A UNA VIDA MÁS INDEPENDIENTE

OFICINA REGIONAL DE BAYAMÓN

**ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL**
DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS
ESTADO LIBRE ASOCIADO DE PUERTO RICO

De...
ADMINI...

| Nombre del Empleado: | GARCIA HICKS, JASLIND | |
|---|---|---|
| Región: | Región Bayamón | |
| Fecha de Transacción | Entrada | Salida |
| 09/06/2015 | | |
| 09/07/2015 | | |
| 09/08/2015 | 7:59:00 AM | 11:45:00 AM |
| 09/09/2015 | 7:55:00 AM | 12:05:00 PM |
| 09/10/2015 | 8:02:00 AM | |
| 09/11/2015 | | |
| 09/12/2015 | | |

Handwritten note: "Lym: por favor puedes corregir se es oficial?"

V-Vacaciones  E-Enfermedad  LP-Paternidad  LJ-Judicial ... ferico

Las autorizaciones tienen que incluir las evidencias cor...

Con un total de ponches no registrados en tres (3) ocasi... se
descontará de su sueldo.

Autorizo a la Sección de Licencias a efectuar el registro manual de las enmiendas a mi asistencia, según arriba descrito.

Firma Empleado: _Jaslind Garcia H_    Fecha: 17/Sept/2015

Certifico que la información ofrecida por el empleado es correcta.

Firma Supervisor: _____    Fecha: _____

Estas autorizaciones tienen que estar en la Sección de Licencias la siguiente semana al recibo del informe semanal de Kronos. De no recibirse, se descontará de la licencia regular y/o del sueldo el tiempo no reflejado.

INTEGRANDO A LAS PERSONAS CON IMPEDIMENTOS A LA FUERZA LABORAL Y A UNA VIDA MAS INDEPENDIENTE!

417 Mercantil Plaza, Hato Rey - PO Box 191118, San Juan, Puerto Rico 00919-1118
Teléfono: (787) 729-0160 * Fax (787) 728-5977

# DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS DE PUERTO RICO
## ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL

### ASISTENCIA SEMANAL

**Nombre del Empleado:** GARCIA HICKS, JASLIND
**Región:** Bayamón
**Código Empleado:**
**Local/Oficina:**

| Fecha de Transacción | Entrada | Salida | Entrada | Salida | Horas | Ser... |
|---|---|---|---|---|---|---|
| 06/2015 | | | | | | |
| 07/2015 | | | | | | |
| 08/2015 | | | | | | |
| 09/2015 | | | | | | |
| 10/2015 | 7:59:00 AM | 11:45:00 AM | | | | |
| 11/20... | 7:55:00 AM | 12:05:00 PM | 12:59:00 PM | 4:31:00 PM | | |
| 1/12/20... | 8:02:00 AM | | | | | |

Vacaciones E-Enfermedad LP-Paternidad LJ-Judicial DS-Donar Sangre AO-Asunto Oficial
Las autorizaciones tienen que incluir las evidencias correspondientes.
Un total de ponches no registrados en tres (3) ocasiones se descontará de su licencia regular...
...tará de su sueldo.
Autorizo a la Sección de Licencias a efectuar el registro manual de las enmiendas a mi asistencia...

**Firma Empleado:** _(signature) Jasly Garcia Hicks_
Certifico que la información ofrecida por el empleado es correcta.

**Firma Supervisor:**

Estas autorizaciones tienen que estar en la Sección de Licencias la siguiente semana al recibo del...
...gular y/o del sueldo el tiempo no reflejado.

Ejecutado on: 9/14/2015 5:01:29 AM

INTEGRANDO A LAS PERSONAS CON IMPEDIMENTOS A LA FUERZA LABORAL
417 Mercantil Plaza, Hato Rey - PO Box 191118, San Juan, Puerto Rico
Teléfono: (787) 729-0160 * Fax (787) 728-5977

Printed for: SuperUser    Page 6

## Jaslind Garcia Hicks

| | |
|---|---|
| From: | Jaslind Garcia Hicks |
| Sent: | Friday, September 30, 2022 2:21 PM |
| To: | Doris A. Mercado Dávila |
| Subject: | RE: Enviando por correo electrónico: JASLIND GARCIA HICKS (002) |

Saludos Doris:

De mi parte dígale a Ramon, que muchas Gracias por responderme a mi pregunta, pensé que me habían olvidado. Honestamente me vere muy atrás económicamente y más ahora con las perdidas que tuve en mi apartamento. Pero no me dan más opción ni modo tendré que escoger ese plan el que ustedes me dicen de octubre a enero 2023. Que si lo estaré aceptando.

Tengo una inquietud y me gustaría que me aclararan cuando puedan claro está pues sé que la misma es un asunto delicado y me imagino que deberán de realizar sus consultas.

Aprovechando la oportunidad, ya que el Gobierno se pasa cobrando al centavo, yo de igual manera tengo el mismo derecho de dar seguimiento a mi derecho pecuniario y más ahora que nunca: sobre Mi salario confiscado en dos ocasiones.

A mi la agencia me debe dinero y eso incluye los días acumulados y la aportación patronal del plan médico que yo tuve que cubrir. Específicamente estoy hablando de las dos fabricaciones que me realizaron los EX ADMINISTRADORES:

*Iván Clemente Delgado (desde octubre 30 hasta el 20 de noviembre de 2015, cuando me suspendió por represalias al yo haber demandado a nivel federal a la agencia en el 2013 por no recibir los acomodos razonables solicitados) . Ese término, deje de devengar 15 días de empleo, tuve que pagar $160 o $180.00(esta parte no recuerdo honestamente si estaba ya a 180 la aportación patronal, pero se que la tuve que pagar para no quedarme sin mis medicamentos ) de plan médico correspondientes a la aportación patronal, la mitad mensual acumulada de los días de vacaciones, enfermedad , incluso la tarde de vista administrativa que tuve en NC con el Lcdo. Lopresti, no se me acredito como asunto oficial y me lo restaron por asunto personal (cuando lógicamente es una situación laboral que nada tiene que ver con lo personal) por instrucciones de Norma Rodriguez Palmer , persona que participo activamente en la fabricación .En estas fechas se acumulaba completo , normal  los 30 días de vacaciones no como ahora por instrucciones del gobierno actual que se acumula menos tiempo de vacaciones.

*En diciembre del 2016 envió una carta despidiéndose de su puesto diciendo "no se si lo hice bien o lo hice mal..."  un administrador que suspendió, destituyo y amonesto a diestra y siniestra (con más de 60 casos)  deja mucho que pensar. Que pena que la ley de hostigamiento laboral no estaba aprobada en ese entonces porque sé que no permitiría que yo hubiera pasado por eso ni que hubiera seguido abusando del poder  ni los próximos administradores .

Sonia Hernandez Mendez:  Durante el mes de noviembre de 2020 en plena pandemia, fui referida a una reunión administrativa  para cuando estaba de directora de servicios Sonia Hernandez junto a la supervisora Deila Melendez debido a que querían ejercerme presión en determinar elegibles a personas que no cumplían con los criterios y no realice dicha orden porque no había evidencia medica sustentando las condiciones. Al volver los dolores, en plena faenas laborales tuve que abrir caso en la CFSE donde me ordenaron descanso. Ahí ellas tomaron unos expedientes para "auditar" en mi ausencia, sin esperar a que yo llegara pues fueron pocos días de descanso que se podía esperar, no lo hicieron y se pusieron a mentir. En esa reunión me defendí y alegué sobre los casos que querían obligarme a tomar determinación sin reunir los criterios. Como el papel aguanta todo lo que escriben, lo refieren a la Administradora de ese entonces Madeline Hernandez , y en  enero  del 2021 fui citada para una vista administrativa  solicitada por la pasada

1

administradora. Ahí alegue punto por punto. Y ella decidió a no tomar ninguna acción disciplinaria ya que no era lo que informaron Sonia Hernandez ni Deila Melendez, lo vio como "chismes" por parte de ellas.

No obstante Cuando Sonia toma el puesto de administradora, embriagada de poder lo primero que hizo a menos de un mes de ocupar su puesto me envía por correo postal a suspender. Sabiendo que la administradora pasada no lo iba hacer. Siendo juez y parte (recomienda que me hagan una acción solo por defenderme de sus acusaciones por que tomo represalias por yo no hacer favores políticos y a menos de 3 semanas me manda a suspender en plena pandemia ) Me suspendió del 5 al 23 de abril del 2021. Dejando yo de devengar salario, días acumulados, y aportación patronal que tuve que pagar de $180.00.

Si según el Gobierno cobra, también tengo entendido que todo dinero que se le deba al empleado el mismo tiene que ser pagado ya que no puede zapatearse la orden de la Jueza en pagar a sus acreedores. Y mis salarios el Gobierno los trato de poner en la quiebra para liberarse de la responsabilidad. Pero no lo pueden hacer. Tienen que pagarnos a los acreedores.

Yo estoy clara que ninguno de ustedes dos tienen culpa y que solo seguían instrucciones de dos rufianes que estaban en sus puestos. Yo no lo tomo personal contra ningún empleado. Pero tampoco me gusta que tomen represalias y abusen del poder.

Por eso mes gustaría saber cómo puedo recuperar mi dinero, que serían equivalente a un mes y medio de sueldo , mis días y mi expediente quede limpio de toda fabricación.

Yo llegue ambos casos a reclamarlos tanto en la unión, como en la quiebra de Puerto Rico. Pero no los he recibido.

Agradeceré que puedan orientarme al respecto.

Gracias.


-----Original Message-----
From: Doris A. Mercado Dávila <DORIS@vra.pr.gov>
Sent: Tuesday, September 27, 2022 9:26 AM
To: Jaslind Garcia Hicks <Jaslind@vra.pr.gov>
Subject: Enviando por correo electrónico: JASLIND GARCIA HICKS (002)


El mensaje está listo para enviarse con los siguientes archivos o vínculos adjuntos:

JASLIND GARCIA HICKS (002)


Nota: para protegerse de virus, los programas de correo electrónico pueden impedir el envío o recepción de ciertos archivos adjuntos. Consulte la configuración de seguridad del programa.

2