Jaslind Garcia Hicks
Urb. Santa Juanita p-18
Calle Formosa, Bayamon PR
00956



Secretaria Tribunal de Distrito
de los Estados Unidos
Sala 150 Edf. Federal
San Juan, PR 00918-1767

2023 JUN 2 PM4:07
CLERK'S OFFICE USDC PR
RECEIVED AND FILED