RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 JUN 5 PM 4:29

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

Honorable Judges:

On August 6, 2018, I personally went to complete a request related to Title III of the Promesa Act at Office 150 – Federal Bldg. in Hato Rey.

They verified that my request was completed according to the orientation received by you and that, afterwards, the status of the case will be notified by mail.

I began to receive mail from the Prime Clerk LLC in New York, United States; and also making phone calls to them, when I was informed that the case was before the Supreme Court of the United States for a decision. After some time, they stopped sending me letters.

You personally informed me on May 10, 2023, and gave me evidence that the request I had filled out on 2018 had been cancelled because I filed it out of date, but I was not informed of this the same day I filled out my request personally on August 6, 2018.

Through this communication I pray that my request be considered since I worked for many years of service to the Department of Health of the government of Puerto Rico and, up to now, I have not received the money I'm entitled to.

Cordially,

*Maricel Ortiz Cortés*

Maricel Ortiz Cortés
Urb. Villa Andalucía
J-62 Calle Colmenas
San Juan, PR 00926-2524