Maricel Ortiz Cortés
Urb. Villa Andalucía
J-62 Calle Colmenar
San Juan, PR 00926-2524

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

2023 JUN 5 PM 4:30
CLERK'S OFFICE USDC PR

RECEIVED AND FILED

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
JUN 02, 23
AMOUNT
$8.13
R2305K143172-09