**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE OMNIBUS HEARING ON JUNE 8, 2023, AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Thursday, June 8, 2023**, beginning at 9:30 a.m. to 12:50 p.m., resume, if necessary, from 2:10 p.m. to 5:00 p.m., and continue, if necessary. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge |
| | Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **Courtroom 17C** United States District Court for the Southern District of New York **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom")** |
| | **Video Teleconference:** The hearing will also be conducted simultaneously by video teleconference in a courtroom to be designated in the **United States District Court for the District of Puerto Rico, Clemente Ruiz Nazario US Courthouse, 150 Carlos** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom").**

Attorney Participation:   Pursuant to the *Order Regarding Procedures for June 8, 2023 Omnibus Hearing* [Case No. 17-3283, ECF No. 24336], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and **wish to participate as speakers** in the proceedings must appear in person (either in the San Juan Courtroom or the New York Courtroom) and file an Informative Motion in accordance with paragraph 5 of the Procedures Order.

Attorneys, Members of the Public and Press:   Attorneys and members of the public and press **may listen to (but not participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (7533) when prompted. Members of the public and press who wish to view but not participate in the Hearing may do so by members of the public and press at the San Juan Courtroom or the New York Courtroom. A live video feed of the proceedings will be available for viewing in the press room in the San Juan courthouse. Members of the press should contact presscredentials@prd.uscourts.gov (San Juan) regarding viewing facilities and space availability.

**Copies of Documents:**   Copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORTS

1. **Report from the Oversight Board.**

Description:  Pursuant to the Procedures Order, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing.  The FOMB will report on (i) the general status and activities of the Oversight Board; (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments; (iii) status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims; and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

Speakers:  Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

2. **Report from AAFAF.**

Description:  Pursuant to the Procedures Order, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written Status Report prior to the hearing.  AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration activity.

Speakers:  Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.   FEE APPLICATIONS RELATED MATTERS[2]

1. **Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023 Omnibus Hearing [Case No. 17-3283, ECF No. 24383]**

Description:  The Fee Examiner, Brady C. Williamson, will present his report on the (i) status of interim and final review and recommendation process post-Plan confirmation; and (ii) status of interim and final fee applications and his recommendations for approval of 47 uncontested interim and two final fee applications and for further deferral of the interim and final fee applications, which remain the subject of discussions, to the August 30, 2023 omnibus hearing or to a later date.

Related Documents:
    A.  Order Concerning Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023, Omnibus Hearing **[Case No. 17-3283, ECF No. 24413]**

Status:  This matter is going forward.

Estimated Time Required:  N/A

## III.   CONTESTED MATTERS

1. **Cobra's Motion to Modify Stay.** Cobra Acquisitions LLC's Motion to Modify Stay Order **[Case No. 17-3283, ECF No. 24219; Case No. 17-4780, ECF No. 3507]**

Objection Deadline:  May 23, 2023 at 4:00 p.m. (Atlantic Standard Time).

---

[2] Brady C. Williamson and Katherine Stadler will attend the hearing to respond to any questions regarding this matter; otherwise, Brady C. Williamson and Katherine Stadler do not intend to speak.

<u>Responses</u>:
    A. Joint Objection of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Fiscal Agency and Financial Advisory Authority to Cobra Acquisitions LLC's Motion to Modify Stay Order **[Case No. 17-3283, ECF No. 24301; Case No. 17-4780, ECF No. 3541]**

<u>Reply, Joinder & Statement Deadlines</u>:  May 31, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. Cobra Acquisitions LLC's Reply in Support of Motion to Modify Stay Order **[Case No. 17-3283, ECF No. 24363; Case No. 17-4780, ECF No. 3561]**

<u>Related Documents</u>:
    A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  20 minutes.

<u>Order and Number of Speakers</u>  The names of counsel who intend to speak on this matter and time allocations for each party are listed below, in the order in which the parties shall present argument (including time that may be reserved for rebuttal):
    A. <u>Movants</u>: (10 minutes)
        1. **Cobra**: Zach Lanier, 10 minutes
    B. <u>Defendants</u>: (10 minutes)
        1. **FOMB**: Paul V. Possinger, 10 minutes

## IV.   **ADJOURNED MATTERS**

1. **Debtors' Omnibus Objections to Claims.**

<u>Related Documents</u>:
    A. Amended Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 7, 2023 Omnibus Hearing to the August 30, 2023 Omnibus Hearing **[Case No. 17-3283, ECF No. 24409]** (the "<u>Notice of Adjournment</u>")

The following omnibus objections to claims were scheduled for hearing at the June 7, 2023, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Five Hundred Sixty-Sixth [ECF No. 24048]; Five Hundred Sixty-Seventh [ECF No. 24049]; Five Hundred Sixty-Eighth [ECF No. 24051]; Five Hundred Seventy-Second [ECF No. 24056]; and Five Hundred Seventy-Third [ECF No. 24057].

Pursuant to the Notice of Adjournment, the following omnibus objections to claims have been adjourned from the June 7, 2023 omnibus hearing to the August 30, 2023, omnibus hearing, solely with respect to the claims identified below:

Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Four Hundred Fourteenth [ECF No. 20040] (Claim No. 179649); Four Hundred Fifty-Fourth [ECF No. 20785] (Claim No. 44390); Four Hundred Sixty-Fifth [ECF No. 20796] (Claim Nos. 17230 and 173831); Four Hundred Seventy-Seventh [ECF No. 21424] (Claim Nos. 20921; 37185; 42321; 24859; 33847; 27117; 18206; 34951; 29971; 17669; 92700; 34658; 29349; 34686; 19418; 23291; 34655; 24827; 47736; 34640; 13766; 24635; 48297; 20243; 26894; 42779; 29170; 58891; 31782; 42816; 18995; 51644; 17690; 35688; 34664; 44113; 53674; 25680; 39857; 32560; 19652; 36234; 17017; 20427; 31773; 34728; 27275; 37181; 26851; 37182; 41040; 35134; 28301; 34926; 26137; 61196; 29412; 40197; 28855; 37184; 20309; 33583; 35209; 20925; 39221; 42317; 32420; 36839; 30920; 14050; 42492; 44060; 37249; 19897; 20970; 34602; 30819; 26127; and 25273); Four Hundred Eighty-Fourth [ECF No. 21733] (Claim No. 128497); Four Hundred Eighty-Eighth [ECF No. 21738] (Claim Nos. 115471 and 17818); Five Hundred Nineteenth [ECF No. 22254] (Claim No. 70324); Five Hundred Fifty-Third [ECF No. 23089] (Claim No. 263); Five Hundred Sixty-First [ECF No. 23427] (Claim Nos. 174166, 30574, and 157312); Five Hundred Sixty-Fifth [ECF No. 24047] (Claim Nos. 77115; 67395; 14510; 14511; and 9900); Five Hundred Sixty-Ninth [ECF No. 24045] (Claim No. 16582); Five Hundred Seventieth [ECF No. 24050] (Claim Nos. 18709; 104150; 29504; 180070; 79073, and 56478); Five Hundred Seventy-First [ECF No. 24047] (Claim Nos. Nos. 85695; 88025; 90505; and 90676); Five Hundred Seventy-Fourth [ECF No. 24058] (Claim Nos. 7008 and 105874); Five Hundred Seventy-Fifth [ECF No. 24052] (Claim No. 8659); Five Hundred Seventy-Seventh [ECF No. 24053] (Claim Nos. 27404; 89999; 10285; 15869; 69590; 67183; 149117; 8481; 8482; 8483; 8917; 8922; 8979; 9769; 9796; 9770; 10268; 9349; 9504; 9613; 9633; 9771; 9797; 16930; and 10301); and Five Hundred Eighty-Third [ECF No. 24054] (Claim No. 5244).

Estimated Time Required:  N/A

2. **Evertec's Administrative Expense Claim Motion.**  Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 21187]**

Description:  Evertec Group, LLC's motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  June 2, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Debtor's Objection to Movant Evertec's Motion for Allowance of an Administrative Expense Claim **[Case No. 17-3283, ECF No. 24395]**

Reply, Joinder & Statement Deadlines: June 9, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

    B.  Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

    C.  Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

    D.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

    E.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

    F.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

    G.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

    H.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

    I.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

    J.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

    K.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

    L.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

    M.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

    N.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

    O.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

P.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23503]**

Q.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23504]**

R.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23769]**

S.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23781]**

T.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23944]**

U.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23945]**

V.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24135]**

W.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24136]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  N/A

3.  **Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion.**  Ricoh Puerto Rico, Inc.'s Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $4,864,017.20 **[Case No. 17-3283, ECF No. 21191]**

Description:  Ricoh Puerto Rico, Inc.'s motion for an order allowing payment of its administrative expense claim.

Objection Deadline:  June 30, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines:  July 7, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

7

B.   Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing
Date **[Case No. 17-3283, ECF No. 21330]**

C.   Order Granting Urgent Motion for Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

D.   Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No.
17-3283, ECF No. 21628]**

E.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines **[Case No. 17-3283, ECF No. 21654]**

F.   Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

G.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

H.   Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

I.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

J.   Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

K.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

L.   Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No.
17-3283, ECF No. 23021]**

M.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

N.   Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

O.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

P.   Urgent Consensual Motion for Further Extension of Response Deadlines and
Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23503]**

Q.   Order Granting Urgent Consensual Motion for Further Extension of Response
Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23504]**

R. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23769]**

S. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23781]**

T. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23944]**

U. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[ [Case No. 17-3283, ECF No. 23945]**

V. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24135]**

W. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24136]**

X. Urgent Consensual Motion for Further Extension of Response **[Case No. 17-3283, ECF No. 24396]**

Y. Order Granting Urgent Consensual Motion for Further Extension of Response **[Case No. 17-3283, ECF No. 24400]**

<u>Status</u>: This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

<u>Estimated Time Required</u>: N/A

4. **<u>COSEY's Administrative Expense Claim Motion</u>**. Cosey's Motion for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 21209]**

<u>Description</u>: Corporacion de Servicios Eductativos de Yabucoa, Inc.'s ("COSEY") motion for an order allowing payment of its administrative expense claim.

<u>Objection Deadline</u>: June 30, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A. None.

<u>Reply, Joinder & Statement Deadlines</u>: July 7, 2023 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
   A. None.

<u>Related Documents</u>:
   A. Order Scheduling Briefing of Motions for Allowance of Administrative Expense Claims **[Case No. 17-3283, ECF No. 21244]**

B. Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21330]**

C. COSEY's Motion for Leave to File Spanish Document and Request Term to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21346]**

D. Order Granting Urgent Motion for Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21348]**

E. Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21365]**

F. COSEY's Motion for Extension of T[i]me to File Certified English Translation at Docket No. 21209 **[Case No. 17-3283, ECF No. 21466]**

G. Order Concerning Extension of Time to File English Translations of Spanish Language Exhibits **[Case No. 17-3283, ECF No. 21467]**

H. COSEY's Motion Submitting Certified English Translation of Exhibits at Docket No. 21209 **[Case No. 17-3283, ECF No. 21480]**

I. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21628]**

J. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 21654]**

K. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21926]**

L. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 21928]**

M. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22544]**

N. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22549]**

O. Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22817]**

P. Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 22818]**

Q. Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23021]**

R.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23024]**

S.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23240]**

T.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23241]**

U.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23503]**

V.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 23504]**

W.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23769]**

X.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23781]**

Y.  Urgent Consensual Motion for Further Extension of Response Deadlines **[Case No. 17-3283, ECF No. 23944]**

Z.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines **[ [Case No. 17-3283, ECF No. 23945]**

AA.  Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24135]**

BB.  Order Granting Urgent Consensual Motion for Further Extension of Response Deadlines and Rescheduling of Hearing Date **[Case No. 17-3283, ECF No. 24136]**

CC.  Urgent Consensual Motion for Further Extension of Response **[Case No. 17-3283, ECF No. 24396]**

DD.  Order Granting Urgent Consensual Motion for Further Extension of Response **[Case No. 17-3283, ECF No. 24400]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  N/A

5.  **Community Health Foundation's Administrative Claim Motion.**  Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

11

<u>Description</u>:  Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

<u>Objection Deadline</u>:  May 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
  A.  Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 21005]**

<u>Reply, Joinder & Statement Deadlines</u>:  September 28, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
  A.  Reply to Objection of the Financial Oversight and Management Board for Puerto Rico to the Motion of Community Health Foundation of P.R. Inc. for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22400]**

<u>Related Documents</u>:
  A.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

  B.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

  C.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19722]**

  D.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19733]**

  E.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20064]**

  F.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20066]**

  G.  Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20206]**

  H.  Order Granting Urgent Consensual Motion Seeking Adjournment of Hearing **[Case No. 17-3283, ECF No. 20214]**

  I.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 20283]**

J.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 20295]**

K.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 20556]**

L.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 20568]**

M.  Declaration of Felmarie Cruz Morales in Respect of Objection of the Financial
Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No.
21006]**

N.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 21110]**

O.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 21116]**

P.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 21456]**

Q.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 21461]**

R.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 21750]**

S.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 21782]**

T.  Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF
No. 22084]**

U.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 22093]**

V.  Urgent Motion for Extension of Deadline **[Case No. 17-3283, ECF No. 22347]**

W.  Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No.
17-3283, ECF No. 22357]**

X.  Order Setting Deadline for a Status Report Concerning Community Health
Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative
Expense **[Case No. 17-3283, ECF No. 22682]**

Y. Joint Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22736]**

Z. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22932]**

AA. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 22952]**

BB. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23389]**

CC. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23398]**

DD. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23768]**

EE. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 23780]**

FF. Status Report Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 24297]**

GG. Order Adjourning Hearing Concerning Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 24298]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required: N/A

6. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.**  Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**

Description:  Hearing on the portion of PREPA's motion for an order authorizing its rejection of certain power purchase and operating agreements directed at the operational

power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.

Objection Deadline:  May 23, 2023 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: May 30, 2023 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and May 31, 2023 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

    B.  Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

    C.  Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

    D.  Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

    E.  Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

    F.  Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  N/A

7. **Ramhil Developers Inc.'s Objection to Cure Amount.**  Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or

Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19807]**

Description:   Objection by Ramhil Developers Inc. to cure costs related to executory contracts or unexpired leases to be assumed pursuant to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., dated January 14, 2022 (ECF No. 19784 in Case No. 17-3283).

Reply, Joinder & Statement Deadlines:   August 23, 2023 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Notice of Executory Contracts and Unexpired Leases to be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 19353]**

   B. Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19808]**

   C. Order Granting Request for Leave to File Exhibits to Ramhil Developers Inc.'s Objection to Docket No. 19353 without Certified Translations and an Extension of Time to File the Same **[Case No. 17-3283, ECF No. 19843]**

   D. Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20082]**

   E. Order Granting the Third Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20092]**

   F. Urgent Motion Submitting Eleven (11) Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment and Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20163]**

   G. Order Granting Unopposed Request of Time Extension to File a Pending Translation **[Case No. 17-3283, ECF No. 20169]**

   H. Motion Submitting Certified Translations in Connection with Ramhil Developers Inc.'s Objection to Docket No. 19353 and Informing Cure Amounts for Executory Contracts or Unexpired Leases To Be Assumed Pursuant to Title III Plan of Adjustment **[Case No. 17-3283, ECF No. 20186]**

   I. Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20379]**

J.  Order Granting the Fourth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20392]**

K.  Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20745]**

L.  Order Granting the Fifth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 20751]**

M.  Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21297]**

N.  Order Granting the Sixth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21302]**

O.  Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21787]**

P.  Order Granting the Seventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 21790]**

Q.  Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22172]**

R.  Order Granting the Eighth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22179]**

S.  Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22681]**

T.  Order Granting the Ninth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22688]**

U.  Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22958]**

V.  Order Granting the Tenth Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 22962]**

W.  Eleventh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23344]**

X.  Order Granting the Eleventhh Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23360]**

Y.  Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23703]**

Z.  Order Granting Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 23757]**

AA. Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 24374]**

BB. Order Granting Urgent Consensual Motion for Extension of Deadlines and Adjournment of Hearing **[Case No. 17-3283, ECF No. 24388]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  N/A

8.  **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**.  Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 168885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description:  AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline:  October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines:  December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
A.  COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:
A.  Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

19

B.   Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

C.   Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

D.   Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

E.   Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

T. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19922; Case No. 17-3284, ECF No. 764]**

U. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20367; Case No. 17-3284, ECF No. 769]**

V. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 20757; Case No. 17-3284, ECF No. 771]**

W. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21313; Case No. 17-3284, ECF No. 773]**

X. Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 21708; Case No. 17-3284, ECF No. 776]**

Y.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22088; Case No. 17-3284, ECF No. 778]**

Z.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22644; Case No. 17-3284, ECF No. 780]**

AA.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 22923; Case No. 17-3284, ECF No. 784]**

BB.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 23286; Case No. 17-3284, ECF No. 789]**

CC.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 23680; Case No. 17-3284, ECF No. 793]**

DD.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 24412; Case No. 17-3284, ECF No. 796]**

Status:  This matter is adjourned to August 30, 2023 at 9:30 a.m. (Atlantic Standard Time).

Estimated Time Required:  N/A

*[Remainder of Page Intentionally Left Blank]*

Dated: June 6, 2023
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**<u>Exhibit A</u>**

**Order Regarding Procedures for
June 8, 2023, Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                                  PROMESA
                                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                          (Jointly Administered)
et al.,

          Debtors.[1]

------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR HEARING ON JUNE 8, 2023, OMNIBUS HEARING

         The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing").  The Hearing will be

conducted on **June 8, 2023**, from **9:30 a.m.** to **12:50 p.m. (Atlantic Standard Time)** and

resume, as necessary, from **2:10 p.m.** to **5:00 p.m. (Atlantic Standard Time)**.  The Court will

conduct the hearing in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, New York, NY 10007 (the "New York Courtroom"), and by video teleconference in

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481);
(ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

courtroom to be designated in the United States District Court for the District of Puerto Rico,

Clemente Ruiz Nazario US Courthouse, 150 Carlos Chardón Street, Federal Building, San Juan,

Puerto Rico 00918-1767 (the "San Juan Courtroom").  The Hearing shall be governed by the

following procedures.

**Registration for In-Person Attendance and Listen-In Facilities for Attorneys, Members of
the Public and Press**

1.      **In-Person Participation**.  Judge Swain will be present in the New York

Courtroom.  **All attorneys who are scheduled to participate in a matter scheduled to be**

**heard at the Hearing are expected to appear in person (either in the San Juan Courtroom**

**or the New York Courtroom)**.  Counsel who are not scheduled to present argument or examine

witnesses have the following options to access the Hearing: (i) observe in person in the New

York Courtroom; or (ii) observe a video feed of the Hearing in person in the San Juan

Courtroom.  **Counsel who have entered their appearance in the Title III proceedings and**

**intend to participate in or observe the Hearing in person (in the San Juan Courtroom or**

**the New York Courtroom) must file an informative motion**, as set forth in paragraph 5 below.

Informative motions are due **no later than June 1, 2023**, at **12:00 p.m. (Atlantic Standard**

**Time)**.

2.      **Listen-Only Public Access to the Hearing**.  Members of the public,

press, and attorneys may **listen to but not participate in** the Hearing by dialing (888) 363-4749,

and, when prompted, entering the access code (7214978) and security code (7533) for listen-only

access.  This telephonic access line for the press and the general public will be in listen-only

mode at all times.  Recording and retransmission of the proceedings by any means

are prohibited.

3. **Live Video Feed of the Hearing**.  Members of the public and press who wish to **view but not participate in** the Hearing may do so by appearing in person at the San Juan Courtroom or the New York Courtroom.

4. **Press Room**.  A live video feed of the proceedings will be available for viewing in the press room in the San Juan courthouse.  Members of the press should contact presscredentials@prd.uscourts.gov (San Juan) regarding viewing facilities and space availability. Members of the press may also view the proceedings in the New York Courtroom or dial into the listen-only line.

**Party Informative Motion and Exhibit List Procedures**

5. **Party Informative Motion and Party Appearance Cover Sheet**.  In accordance with paragraph 1, a Party must file an informative motion by **May 30, 2023**, at **1:00 p.m. (Atlantic Standard Time)**.  Each Informative Motion must be accompanied by a Party Appearance Cover Sheet.  Counsel may select one method of appearance for each attorney appearing at the Hearing.  Thereafter, counsel must file an Amended Party Appearance Cover Sheet to change the method of appearance.  The Party Informative Motion in connection with the Hearing is a separate filing from the party information motion that will be required for participation in the claim estimation hearing scheduled to begin June 6, 2023.  A separate procedures order for the claim estimation hearing will be issued in due course.

6. **Agenda**.  An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **June 6, 2023**, in accordance with the Sixteenth Amended Case Management Procedures.  (See Docket Entry No. 20190-1 § III.M.)  The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report,

(b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party.  Debtors' counsel shall file a revised agenda on **June 6, 2023**, if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **June 2, 2023**, at **12:00 p.m. (Atlantic Standard Time)**.

       7.    **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, the party shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time)** on **June 5, 2023**.  The informative motion must include (i) the Exhibit Cover Sheet and (ii) each exhibit and/or demonstrative as a separate, text searchable attachment.  The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.  As noted, above, the Exhibit Cover Sheet in connection with the Hearing will be limited to exhibits pertaining to matters scheduled to be heard at the Hearing.  The exhibit procedures for the claim estimation hearing will be set forth in a separate procedures order.

       8.    **Status Reports**.  To further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file written status reports by **5:00 p.m. (Atlantic Standard Time)** on **June 6, 2023**.  The Oversight Board's report shall address (a) the general status and activities of the Oversight Board, (b) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (c) the status of and progress made in the reconciliation and resolution of claims, including the anticipated timing and volume of objections to claims, and (d) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process

and anticipated timetable for initiation of ADR procedures with respect to such matters. AAFAF

shall provide a general status report on its status and activities, including an overview of the

Commonwealth's ongoing response to the COVID-19 pandemic and of infrastructure restoration

activity. At the Hearing, the Court will ask counsel to the Oversight Board and AAFAF to

respond to questions and comments, if any, related to their respective status reports.

9. **Electronic Device Policy in New York**. Counsel with New York bar

credentials are permitted to bring one cellular telephone into the New York courthouse in

accordance with the Fifth Amended Standing Order M10-468.[2] Counsel seeking to bring

additional electronic devices into the New York Courtroom for the Hearing must complete the

Electronic Device General Purpose Form available on the Court's website at

https://www.nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose and

submit the completed form to the following address: swaindprcorresp@nysd.uscourts.gov by

**June 2, 2023**, at **12:00 p.m. (Atlantic Standard Time)**. Such requests must be compliant with

S.D.N.Y. Standing Order M10-468. The Court directs counsel's attention to the technical and

device usage restrictions detailed in the Fifth Amended Standing Order. Devices may not be

used for communications purposes in the courtroom and no recording or transmission of the

proceedings is permitted.

10. **Electronic Device Policy in San Juan**. Counsel with Puerto Rico bar

credentials are permitted to bring electronic devices into the San Juan courthouse. Counsel

authorized to appear Pro Hac Vice in the Title III proceedings shall present (i) a paper or hard

copy of the order granting Pro Hac Vice admission, and (ii) a current government-issued photo

---

[2] The Fifth Amended Standing Order is available at
https://nysd.uscourts.gov/sites/default/files/2022-
04/20mc316%205th%20amd%20standing%20order.pdf.

identification.[3] Devices may not be used for communications purposes in the courtroom and no

recording or transmission of the proceedings is permitted.

SO ORDERED.

Dated: May 26, 2023

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3] The electronic devices policy for the United States District Court for the District of
Puerto Rico is available at https://promesa.prd.uscourts.gov/electronic-devices-policies.