# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | Re: Dkt. No. 24336, 24385<br><br>**Hearing date:** June 8, 2023 at 9:30 a.m. (Atlantic Standard Time) |

## AMENDED INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR HEARING ON JUNE 8, 2023, OMNIBUS HEARING

By his counsel, the Fee Examiner appointed in these proceedings files this Amended Informative Motion pursuant to the *Order Regarding Procedures for Hearing on June 8, 2023, Omnibus Hearing* [Dkt. No. 24336]. The Fee Examiner's Amended Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On May 31, 2023, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023 Omnibus Hearing* [Dkt. No. 24383] (the "**Status Report**").

2. The Status Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of two final fee applications and a group of 47 interim applications for the Seventeenth Interim Compensation Period (October 1, 2022-January 31, 2023) and prior interim fee periods.

3. On June 5, 2023, the Court entered the *Order Concerning Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023, Omnibus Hearing* [Dkt. No. 24413], raising a question about one of the interim fee applications recommended for Court approval in the Status Report.

4. Counsel to the Fee Examiner will appear with the Fee Examiner in person at the June 8, 2023, omnibus hearing to address the Court's question.

Dated this 6th day of June 2023.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

_s/ Eyck O. Lugo_
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

**EXHIBIT A**
<u>FEE EXAMINER'S AMENDED PARTY APPEARANCE SHEET</u>

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In-Person, New York |
| | Name | Katherine Stadler |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | kstadler@gklaw.com |
| | Phone Number | (608) 284-2654 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ATTORNEY 2 | Appearance Method | In-Person, New York |
| | Name | Brady C. Williamson |
| | Law Firm | Godfrey & Kahn, S.C. |
| | E-mail | bwilliam@gklaw.com |
| | Phone Number | (608) 284-2636 |
| | Docket Entry of Notice of Appearance | *See Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] |
| ADDITIONAL ATTORNEY OBSERVATION | | Eyck O. Lugo, Listen-only public access<br>elugo@edgelegalpr.com<br>EDGE Legal Strategies, PSC<br>(787) 522-2000<br>*See Order Authorizing the Employment of Edge Legal Strategies, PSC as Local Counsel to the Fee Examiner* [Dkt. No. 1992] |

29444124.1

4