# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 10:44 AM (AST)

Afternoon Session:
Set: 2:30 PM (AST)
Started: 2:42 PM (AST)
Ended: 3:46 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

DATE: June 6, 2023

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)

Section 502 Claim Estimation Hearing – June 06, 2023

---

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, *et al.*, | 3:19-AP-00391 (LTS) |
| Plaintiffs | in 3:17-BK-4780 (LTS) |
| v. | |
| U.S. Bank National Association, *et al.*, | |
| Defendants. | |

---

**Section 502 Claim Estimation Hearing held.**

   I.   **CONTESTED MATTER**

   1. Burden of Proof and Applicable Legal Standards in a Claim Estimation Proceeding

   2. Temporal Scope of Equitable Remedy Access to Net Revenues for Purposes of Estimation of Unsecured Net Revenue

   3. Applicable Law/Statute of Limitations

   4. Valuation Concepts: Discounting to Present Value, the Distinction (if any) between "Claim Amount" and "Claim Value" Applicable Law/Statute of Limitations

   5. Scope of Operational Expenses to be taken into Account in Determining Net Revenues

   6. Evidentiary Hearing Opening Statements

Further Section 502 Claim Estimation Hearing set for June 7, 2023, at 9:30 AM (AST) before Judge Laura Taylor Swain.

s/Carmen Tacoronte<br>
Carmen Tacoronte<br>
Courtroom Deputy