# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:46 AM (AST)
Ended: 1:03 PM (AST)

Afternoon Session:
Set: 2:05 PM (AST)
Started: 2:06 PM (AST)
Ended: 4:46 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker (SDNY)

DATE: June 7, 2023

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)
Section 502 Claim Estimation Hearing – June 07, 2023

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, *et al.*, | 3:19-AP-00391 (LTS) |
| Plaintiffs, | in 3:17-BK-4780 (LTS) |
| v. | |
| U.S. Bank National Association, *et al.*, | |
| Defendants. | |

**Further Section 502 Claim Estimation Hearing held.**[1]

    **I.    CONTESTED MATTER**

        1.    Cross-examination and Redirect

            a)    David Plastino
                (1)  Declaration admitted [ECF No. 282-1, Case No. 19-AP-391]
                (2)  Cross-examination by Ad Hoc Group of PREPA Bondholders (AHG)
                (3)  Redirect by the Financial Oversight and Management Board (FOMB), and the Unsecured Creditors' Committee (UCC)

            b)    Maureen M. Chakraborty, Ph.D.
                (1)  Declaration admitted [ECF No. 245-1, Case No. 19-AP-391]
                (2)  Cross-examination by FOMB, Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF), and UCC.
                (3)  Redirect by AHG.

            c)    Susan Tierney, Ph.D.
                (1)  Declaration admitted [ECF No. 245-2, Case No. 19-AP-391]
                (2)  Cross-examination by UCC.
                (3)  Redirect by AHG

            d)    John S. Young, Jr.
                (1)  Declaration admitted [ECF No. 245-3, Case No. 19-391]
                (2)  Cross-examination by FOMB, AAFAF, and UCC.

---

[1] Agenda filed at ECF No. 273, Case No. 19-AP-391 (LTS).

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)
Section 502 Claim Estimation Hearing – June 07, 2023

        (3) Redirect by Syncora.

    e) Julia Frayer
        (1) Declaration admitted [ECF No. 243-1, Case No. 19-391]
        (2) Cross-examination by AHG.
        (3) Redirect by UCC.

    f) Scott Martinez
        (1) Declaration admitted [ECF No. 243-2, Case No. 19-391]
        (2) Cross-examination by AHG.

FOMB to submit an amended agenda re: tomorrow's hearing.

Parties to file a collective list of admitted exhibits.

    Further Section 502 Claim Estimation Hearing set for June 8, 2023, upon the conclusion of the omnibus hearing, before Judge Laura Taylor Swain.

                                                    s/Carmen Tacoronte
                                                    Carmen Tacoronte
                                                    Courtroom Deputy