UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING MOTION FOR RECONSIDERATION FILED BY MARICEL ORTIZ CORTÉS

        Before the Court is the motion (Docket Entry No. 24434 in Case No. 17-3283)[2] (the "Reconsideration Motion") filed by Maricel Ortiz Cortés ("Claimant") for reconsideration of this Court's order (Docket Entry No. 23849 in Case No. 17-3283) (the "Order") sustaining the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise noted, all references herein to Docket Entry Nos. are references to Case No. 17-2383.

(Docket Entry No. 17923) (the "Omnibus Objection") with respect to proof of claim number 139758 (the "Proof of Claim").

"A motion for reconsideration of a previous order is an extraordinary remedy that must be used sparingly because of interest in finality and conservation of scarce judicial resources." Lopez Jimenez v. Pabon Rodriguez (In re Pabon Rodriguez), 233 B.R. 212, 220 (Bankr. D.P.R. 1999), aff'd, 2000 WL 35916017 (B.A.P. 1st Cir. 2000), aff'd sub nom. Lopez Jimenez v. Lee (In re Pabon Rodriguez), 17 F. App'x 5 (1st Cir. 2001). "The movant 'must either clearly establish a manifest error of law or must present newly discovered evidence.'" Cherena v. Coors Brewing Co., 20 F. Supp. 2d 282, 287 (D.P.R. 1998) (citations omitted).

Claimant has not met her burden of establishing a manifest error of law or proffering newly discovered evidence justifying reconsideration. As set forth in the Omnibus Objection, the deadline set by the Court to file proofs of claim was 4:00 p.m. on June 29, 2018. Claimant's Reconsideration Motion does not dispute that she filed her Proof of Claim on August 6, 2018, nor does it proffer any justification for the untimely filing. Rather, the Reconsideration Motion states that Claimant was not informed when she filed the Proof of Claim on August 6, 2018, that her filing was untimely. Thus, Claimant has made no showing that reconsideration of the Court's determination is warranted.

Accordingly, the Reconsideration Motion is denied. This Order resolves Docket Entry No. 24434.

SO ORDERED.

Dated: June 8, 2023

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge