UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO <u>et al.</u>,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING CERTAIN PRO SE OBJECTIONS TO THE PROPOSED PLAN OF ADJUSTMENT

The Court notes that it has received objections to the proposed plan of adjustment in the Title III case of the Puerto Rico Electric Power Authority that purport to be filed by corporate entities not represented by a lawyer.  (<u>See</u>, <u>e.g.</u>, Docket Entry No. 3593 in Case No. 17-4780 (filed by Rubén Francisco Irizarry Alcaraz on behalf of Tintillo Franchise and Associates, Inc.); Docket Entry No. 3594 in Case No. 17-4780 (filed by Rubén Francisco Irizarry

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Alcaraz  on behalf of Isla Verde Mall, S.E.); Docket Entry No. 3608 in Case No. 17-4780 (filed by Marly D. Díaz on behalf of Studio Urban View LLC).

Applicable law precludes business entities from appearing in this proceeding without counsel, as they are not natural persons.  Rowland v. California Men's Colony, 506 U.S. 194, 202-03 (1993) (explaining that corporations and other artificial entities can only appear in federal court through licensed counsel).  The Court therefore will not consider pleadings filed on behalf of corporations or other business entities by individuals who are not lawyers.

SO ORDERED.

Dated: June 8, 2023

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge