# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 10:25 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: June 8, 2023
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker

In Re:

The Financial Oversight and Management Board for Puerto Rico     3:17-BK-3283 (LTS)

*as representative of*                                            PROMESA Title III

The Commonwealth of Puerto Rico, *et al.*, Debtors                (Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico     3:17-BK-4780 (LTS)

*as representative of*                                            PROMESA Title III

Puerto Rico Electric Power Authority, Debtor                      (Jointly Administered)

**Omnibus Hearing held.**

The agenda was filed at DE #24439 in 17-3283.

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Omnibus Hearing – June 8, 2023

### I. STATUS REPORTS

1. Report from the Oversight Board.
2. Report from AAFAF.

### II. FEE APPLICATIONS RELATED MATTERS

1. Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023 Omnibus Hearing [Case No. 17-3283, ECF No. 24383]
   a. The Fee Examiner shall file a notice of presentment and revised proposed order.

### III. CONTESTED MATTERS

1. Cobra's Motion to Modify Stay. [Case No. 17-3283, ECF No. 24219; Case No. 17-4780, ECF No. 3507]
   a. COBRA shall file a Notice of Presentment with its proposed order directing PREPA to report pending matters and related timeframe.

### IV. ADJOURNED MATTERS

1. Debtors' Omnibus Objections to Claims
   a. Amended Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the June 7, 2023 Omnibus Hearing to the August 30, 2023 Omnibus Hearing [Case No. 17-3283, ECF No. 24409]
2. Evertec's Administrative Expense Claim Motion [Case No. 17-3283, ECF No. 21187]
3. Ricoh Puerto Rico, Inc.'s Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21191]
4. COSEY's Administrative Expense Claim Motion. [Case No. 17-3283, ECF No. 21209]
5. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
6. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
7. Ramhil Developers Inc.'s Objection to Cure Amount. [Case No. 17-3283, ECF No. 19807]
8. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
Omnibus Hearing – June 8, 2023

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
Courtroom Deputy Clerk
