# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of

1

PROMESA, attorney Laura B. Arroyo hereby appears in representation along with legal counsel William Santiago in the above-captioned Title III cases (the "Title III Cases") on behalf of Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc., parties-in-interest in the Title III Cases.

Therefore, the undersigned counsel requests that all notices and all papers in the above-mentioned proceedings be served to said counsel in addition to the other counsel of record and be added to the mailing list maintained by the Clerk:

Laura B. Arroyo
USDC PR NO. 228312
Earthjustice
4500 Biscayne Blvd. Suite 201
Miami, FL 33160
T: 305-440-5436
F: 850-681-0020
larroyo@earthjustice.org

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

**I HEREBY CERTIFY** that, on this same date, I filed this document electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8th day of June 2023.

/s/Laura Arroyo
Laura B. Arroyo
USDC PR NO. 228312

2

Earthjustice
4500 Biscayne Blvd. Suite 201
Miami, FL 33160
T: 305-440-5436
F: 850-681-0020
larroyo@earthjustice.org

3