# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Started: 10:42 AM (AST)
Ended: 1:03 PM (AST)

Afternoon Session:
Set: 2:05 PM (AST)
Started: 2:06 PM (AST)
Ended: 4:31 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker (SDNY)

DATE: June 8, 2023

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al.*, Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

Puerto Rico Electric Power Authority, Debtor

3:17-BK-4780 (LTS)

PROMESA Title III

(Jointly Administered)

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS) / 3:19-AP-391 (LTS)
Section 502 Claim Estimation Hearing – June 08, 2023

| | |
|---|---|
| The Financial Oversight and Management Board for Puerto Rico, *et al.*, | 3:19-AP-00391 (LTS) |
| Plaintiffs, | in 3:17-BK-4780 (LTS) |
| v. | |
| U.S. Bank National Association, *et al.*, | |
| Defendants. | |

**Further Section 502 Claim Estimation Hearing held.**[1]

    **I.   CONTESTED MATTER**

        1.  Closing Arguments
           a)  Plaintiff / Intervenor-Plaintiffs
              (1)  Financial Oversight and Management Board (FOMB)
              (2)  Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)
              (3)  Official Committee of Unsecured Creditors (UCC)
              (4)  Fuel Line Lenders (FLL)
           b)  Defendant / Intervenor-Defendants
              (1)  Assured
              (2)  Ad Hoc Group of PREPA Bondholders (AHG)
              (3)  U.S. Bank National Association, as PREPA Bond Trustee
              (4)  Syncora

Rebuttal arguments heard.

Matter taken under advisement. Order to be issued.

Next scheduled hearing: **PREPA Pre-Trial Conference set for July 12, 2023, at 9:30 AM (AST) before Judge Laura Taylor Swain.**

                                                              s/Carmen Tacoronte
                                                               Carmen Tacoronte
                                                               Courtroom Deputy

---

[1] Agenda filed at ECF No. 273, Case No. 19-AP-391 (LTS).