**EXHIBIT A**

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ADALBERTO QUILES SANTIAGO, SANTOS CALIXTO RODRIGUEZ, MAGALY GORDILLO & ZORIADA TORRES | 26145 | f | Litigation Claims | KDP-2013-0156 |
| AGUIAR CONSUELO, RAMOS | 14179 | d | Litigation Claims | KDP-2015-1183 |
| AHAREZ RODRIQUEZ, MARILYN ENID | 98255 | a | Litigation Claims | Unknown |
| ALBINO-TORRES, ACTRIZ A. | 32966 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ALBORS-PERALTA, MARIA T. | 33831 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ALEXANDRA RIVERA BERMUDEZ BY HERSELF AND ON BEHALF OF THE MINORS Y.O.T.R; K. | 89885 | d | Litigation Claims | JDP-2016-0385 |
| ALI ROSA, YASSIER | 122534 | c | Litigation Claims | DDP-2014-0275 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ALICEA DEL RIO, ALICE M. | 107884 | a | Litigation Claims | Unknown |
| ALICEA-RIVERA, SHIAMALY | 33074 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ALMONTES HERNANDEZ, CARLOS | 38005 | d | Litigation Claims | GDP-2015-0008 |
| ALVAREZ REYES, MARJORIE | 48217 | c | Litigation Claims | KPE-2016-3914 |
| AMNERIS VÁZQUEZ POR SÍ SOLA Y EN REPRESENTACIÓN DE AMANDA S. RAMOS | 29753 | d | Litigation Claims | ABCI2017-00503 |
| APONTE BIRRIEL, EDITH M. | 93553 | c | Litigation Claims | DDP-2015-0423 |
| AVILES-CANCEL, ARLEEN Y. | 33828 | f | Litigation Claims | 3:14-CV-01220-JAG |
| BARADA CASTRO, MICHELLE VIMARIE | 84521 | c | Litigation Claims | AQ-15-0243 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| BATISTA RIVERA, GILBERTO | 35366 | c | Litigation Claims | 2015-03-3388 |
| BEAUCHAMP RIOS, JULISSA | 18648 | c | Litigation Claims | AQ-08-1457; L-12-116 |
| BELTRAN GARCIA, OMAR A. | 141098 | d | Litigation Claims | Unknown |
| BENITEZ MORALES, ROLANDO | 11719 | d | Litigation Claims | DDP-2012-0067 |
| BERKAN / MENDEZ | 86060 | d | Litigation Claims | 2010-2246 |
| BERMUDEZ TORRES, CEREIDA | 89664 | c | Litigation Claims | SRF-35480 |
| BERRIOS-VEGA, LUIS O. | 33877 | f | Litigation Claims | 3:14-CV-01220-JAG |
| BONILLA RIVERA, RAFAEL | 9524 | c | Litigation Claims | 2007-02-0829 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| BOSCHETTI-MARTINEZ, FELIX G. | 33836 | f | Litigation Claims | 3:14-CV-01220-JAG |
| C.O.D. TIRE DISTRIBUTORS IMPORTS ASIA, INC. | 33329 | f | Litigation Claims | KAC-2015-0609 |
| CABRERA MONSERRATE, EDWIN | 27798 | d | Litigation Claims | 2008-06-1070 |
| CALLEJO ORENGO, JANELISSE | 24606 | d | Litigation Claims | JANELISSE CALLEJO ORENGO v. SECRETARIO DEL DEPARTAMENTO DE LA FAMILIA |
| CARABALLO ORTIZ, FELIX ING. | 18450 | d | Litigation Claims | HSCI-2005-00795 |
| CARABALLO-CARABALLO, VILMARIE | 24501 | e | Litigation Claims | 2012-01-308 |
| CARBO RODRIGUEZ, ILKA | 14171 | d | Litigation Claims | 02-11-1325 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CARMEN MARIA NEGRON EN REPRESENTATION OF JESUS GABRIEL MATOS | 30446 | e | Litigation Claims | CARMEN MARIA NEGRON DELGADO Y VICENTE PAUL MATOS HERNANDEZ EN REPRESENTACION DEL MENOR JESUS GABRIEL MATOS NEGRON |
| CARRASQUILLO-CRUZ, PEDRO  M. | 22874 | f | Litigation Claims | 3:14-CV-01220-JAG |
| CLEMENTE ROSA, MARIA A. | 133778 | a | Litigation Claims | AQ-14-0730 |
| COLLAZO ROSADO, MONICA | 16256 | c | Litigation Claims | KPE-2016-3914 |
| COLON ALICEA, HERIC | 20453 | c | Litigation Claims | KPE-2016-3914 |
| COLON LOPEZ, ROSSANA | 30372 | d | Litigation Claims | 2008-06-1070 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| COLON, EVANGELISIA | 105646 | f | Litigation Claims | 17-2223 (WGY) |
| COLON-CINTRON, ANABELLE | 32847 | f | Litigation Claims | 3:14-CV-01220-JAG |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 25678 | c | Litigation Claims | NSCI2010-00131 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 24920 | c | Litigation Claims | ISCI-2015-00192 |
| CORA ROMERO, RAMON LUS | 37581 | c | Litigation Claims | 14-AC-146 |
| CORDOVA FERRER, HIRAM | 28715 | d | Litigation Claims | 2008-06-1070 |
| CORREA FLORES, DANIEL ENRIQUE | 5619 | c | Litigation Claims | SJ-2017-CV-00411 |
| CORREA TIRE DISTRIBUTOR INC. | 32042 | f | Litigation Claims | KAC-2015-0609 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| COSME RIVERA, HERIBERTO | 2583 | c | Litigation Claims | 2012-ACT-004 |
| COSTAS ARROYO, RUBÉN D. | 18090 | c | Litigation Claims | JPE-2011-0587 |
| CRESPO COLON, SARAI | 51074 | a | Litigation Claims | GUIDANCE COUNSELORS AND SOCIAL WORKERS LITIGATION |
| CRUZ-RIVERA, WILDA | 42281 | d | Litigation Claims | 3:14-CV-01220-JAG |
| DAVILA RIVERA, PRAXEDES | 143552 | c | Litigation Claims | DWE0015401 |
| DE JESUS COLOM, LILIA M. | 114694 | b | Litigation Claims | 2016-12-0677 |
| DIAZ DELGADO, VIRGINIA | 91541 | d | Litigation Claims | Unknown |
| DIAZ QUIRINDONGO, ORLANDO | 38449 | c | Litigation Claims | 2008-ACT-062 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| DIAZ RODRIGUEZ, GABRIEL | 31682 | a | Litigation Claims | 2012-ACT-004 |
| DIAZ SEIJO, MIGUEL A | 12777 | c | Litigation Claims | 2004-03-0008 |
| DURAN JIMENEZ , VIVIAN | 100396 | a | Litigation Claims | GUIDANCE COUNSELORS AND SOCIAL WORKERS LITIGATION |
| ECHEVARRIA VARGAS, CARMEN D. | 137333 | d | Litigation Claims | 2017-1585 |
| ELIEZER SANTANA BAEZ Y OTROS | 3943 | c | Litigation Claims | DDP-2016-0652 |
| ESPINOSA ROSADO, EVYFLOR | 32235 | f | Litigation Claims | ISCI-2016-00634 |
| FAJARDO-ROJAS, ZURYS | 32990 | f | Litigation Claims | 3:14-CV-01220-JAG |
| FELICIANO CAMACHO, YESENIA | 11350 | e | Litigation Claims | HSCI-2017-00195 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| FELIX RODRÍGUEZ, MARAIDA I. | 25775 | c | Litigation Claims | KPE-2016-3914 |
| FERNÁNDEZ PÉREZ, YESENIA | 32753 | c | Litigation Claims | EDP-2014-0308 |
| FIGUEROA-FEVER, DESIREE | 153667 | c | Litigation Claims | AQ-14-0632 |
| FONTANEZ-LOPEZ, JUAN C. | 33863 | f | Litigation Claims | 3:14-CV-01220-JAG |
| FORTUNATO IRIZARRY, VICTOR | 33748 | c | Litigation Claims | JDP-2012-0179 |
| FRADERA-DELGADO, ANA C. | 22878 | f | Litigation Claims | 3:14-CV-01220-JAG |
| FRAGOSO-VALENTIN, NILDA | 33916 | f | Litigation Claims | 3:14-CV-01220-JAG |
| FRANQUI, IVELISSE | 142364 | c | Litigation Claims | EDP-2013-0345 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| G.D.P.R., MENOR(SUHAIL RODRIGUEZ TORRES, MADRE, URB. MEDINA, CALLE 7 E33, ISABELA, PR 00662) | 30733 | d | Litigation Claims | CIDP-2013-0023 |
| GALARZA CINTRON, JESSICA | 32154 | c | Litigation Claims | ISCI-2016-00978 |
| GARCIA CHAPARRO, SIGFREDO | 34425 | c | Litigation Claims | ISCI-2016-00689 |
| GARCIA GARCIA, JEANNETTE | 24579 | d | Litigation Claims | JDP-2017-0037 |
| GARCIA RIVERA, JORGE L | 44780 | d | Litigation Claims | HSCI-2005-00795; HSCI-2017-00195; SJ-2017-CV-00386 |
| GARCIA-COLON, JOSE F. | 42244 | d | Litigation Claims | 3:14-CV-01220-JAG |
| GOMEZ JIMINEZ, MARIA L | 8768 | c | Litigation Claims | 95-06338-GAL7 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GONZALEZ GONZALEZ, JOSE M | 13888 | c | Litigation Claims | KAC-2012-0723 |
| GONZALEZ, JOEL ROBLES | 50114 | c | Litigation Claims | JAC-2015-0561; JAC-2015-0565 |
| GRASS, RAMON | 44761 | c | Litigation Claims | 2002-03-1041; 2008-06-1070 |
| GUZMAN SANTIAGO, JESUS | 67498 | c | Litigation Claims | 2015-0388 |
| HERNANDEZ ROSADO, FRANCISCA | 20270 | c | Litigation Claims | CIDP-2014-0008 |
| HERNANDEZ, JOSE A | 136237 | d | Litigation Claims | 2017-1585 |
| HILRALDO SILVERIO, FELICIA | 135094 | d | Litigation Claims | SJ-2017-CV-00155 |
| ILUMINADA REYES OYOLA - MILTON PONCE REYES | 151201 | d | Litigation Claims | Unknown |

11

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| IRIZARRY PEREZ, JOSE ANGEL | 167440 | d | Litigation Claims | CIPA-13NIE-129; ISCI-2013-00032; KDP-2012-0948 |
| IRIZARRY-LOPEZ, GISELLE | 22879 | f | Litigation Claims | 3:14-CV-01220-JAG |
| IVAN PAGAN HERNANDEZ ON BEHALF OF RUBEN CRUZADO RODRIGUEZ | 989 | c | Litigation Claims | KDP-2010-0911 |
| IZQUIERDO SAN MIGUEL LAW OFFICES, PSC | 167875 | d | Litigation Claims | ISCI-2016-01259 |
| JIMENEZ LOPEZ, JANET | 162751 | c | Litigation Claims | Unknown |
| JIMENEZ MATTA, EDUARDO ANTONIO | 28831 | c | Litigation Claims | KAC-2012-0125 |
| JIMENEZ RIVERA, MAYRA | 33858 | f | Litigation Claims | 3:14-CV-01220-JAG |
| JIMENEZ SUAREZ, ANA H | 113496 | c | Litigation Claims | 08-1453; 2015-02-3283; RET-99-05-1306 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| JIMENEZ TRINIDAD, GUARIONEX | 27780 | d | Litigation Claims | 2008-06-1070 |
| JOSE R. ARZON GONZALEZ, MARIBEL VIDAL VALDES | 156293 | f | Litigation Claims | EPE-2006-0223 |
| JULITZAMARY SOTO TORRES AS PARENT WITH PATRIA POTESTAS OVER MINOR JSMS | 19614 | c | Litigation Claims | L3CI-2015-00218 |
| L.V.R., MINOR, REPRESENTED BY FERMANDO VARGAS MELENDEZ | 9720 | d | Litigation Claims | FECI2016-0162(002) |
| LABOY RIVERA, ZUELEN JOHUANNA | 104743 | c | Litigation Claims | AQ-14-0176 |
| LASSUS RUIZ, JULIO | 122735 | d | Litigation Claims | 2014-04-1374; KLRA-2018-00003 |
| LAUREANO-MIRANDA, JOSUE | 25423 | d | Litigation Claims | 3:14-CV-01220-JAG |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| LCDO. NELSON RAMOS + TESINNETTE GARCIA SANTIAGO | 40147 | c | Litigation Claims | JDP-2016-0445 |
| LEBRON ENCARNACION, BRUNO J | 14856 | c | Litigation Claims | KPE-2016-3914 |
| LOPEZ DIAZ, ANGEL R | 33469 | a | Litigation Claims | KLAN-2007-0025 |
| LOPEZ SANTIAGO, RAFAEL | 38170 | b | Litigation Claims | KLAN-2007-0025 |
| MADERA MARTINEZ, DEMETRIO | 94567 | c | Litigation Claims | Unknown |
| MALARET-GOMEZ, HIRAM | 22812 | f | Litigation Claims | 3:14-CV-01220-JAG |
| MALDONADO RIVERA, YAMILET | 106580 | c | Litigation Claims | Unknown |
| MALVET SANTIAGO, JOSE MIGUEL | 33559 | d | Litigation Claims | 2007-07-0025 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MARGARITA SANCHEZ RODRIGUEZ, SU ESPOSO DANIEL ORTIZ BAEZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS. | 29140 | d | Litigation Claims | DDP-2015-0663 |
| MARTINEZ CARILIA, RIVERA | 38640 | d | Litigation Claims | HSCI-2014-00340 |
| MARTINEZ ROSARIO, GLAMARYS | 87335 | c | Litigation Claims | Unknown |
| MELENDEZ GONZALEZ, SUGEILY | 29047 | c | Litigation Claims | DDP-2017-0029 |
| MELENDEZ ORTIZ, RAMON | 14237 | c | Litigation Claims | BDP-2012-0001 |
| MENDOZA VAZQUEZ, MARIA M. | 100624 | c | Litigation Claims | Unknown |
| MERCADO CARRASQUILLO, JULIO C | 23179 | d | Litigation Claims | JULIO C. MERCADO CARRASQUILLO VS. OFICINA DE SERVICIOS CON |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| | | | | ANTELACION AL JUICIO |
| MERCADO RIVERA, ADALBERTO | 23101 | d | Litigation Claims | CDP-2015-0226 |
| MERCADO, ESTHER | 32057 | e | Litigation Claims | 13-1621 (DRD) |
| MOJICA DÍAZ, ALEXANDER | 23434 | d | Litigation Claims | GDP-2014-0036 |
| MOJICA TORRES, JAVIER | 30073 | d | Litigation Claims | 2008-06-1070; KLRA2012-01139; KLRA-2017-00794 |
| MONTAÑEZ ROSA, IVETTE Y OTROS | 158619 | f | Litigation Claims | E2CI-2013-00005 |
| MORALES ORTIZ, PEDRO C. | 144046 | a | Litigation Claims | Unknown |
| MORALES-ROSARIO, JULIO | 25721 | d | Litigation Claims | 3:14-CV-01220-JAG |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MORCIGLIO ZARAGOZA, JOSE | 5118 | d | Litigation Claims | ISCI-2014-00983 |
| MULTI GOMAS, INC. | 32222 | d | Litigation Claims | KAC-2015-0609 |
| MUNICIPIO DE BAYAMON | 15394 | c | Litigation Claims | DDP-2008-0396 |
| MUNOZ RIVERA, ANA LOURDES | 89778 | c | Litigation Claims | Unknown |
| NATAL MONTERO, YADIRA | 9495 | c | Litigation Claims | LDP-2017-0012 |
| NAVARRO Y OTROS, CRUCITA IRIS | 12560 | d | Litigation Claims | DDP-2018-0038 |
| NEGRON TORO, LIZBETH | 25287 | d | Litigation Claims | DDP-2017-0121 |
| NIEVES GARCIA, CARMEN M | 13099 | e | Litigation Claims | E2CI-2013-00005 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| NIEVES-LOPEZ, BEATRIZ | 33458 | f | Litigation Claims | 3:14-CV-01220-JAG |
| OLIVERAS-VAZQUEZ, BETHZAIDA | 36873 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ORTIZ COTTO, GLORIA E. | 76042 | c | Litigation Claims | DDP-2017-0173 |
| ORTIZ CRUZ, NOEMI | 20054 | c | Litigation Claims | KPE-2016-3914 |
| ORTIZ MARTINEZ, LYDIA E | 51940 | c | Litigation Claims | AQ-14-0448 |
| ORTIZ PEREZ, DIANA  M. | 24193 | c | Litigation Claims | 2008-06-1070 |
| ORTIZ-FIGUEROA, MARCEL | 25734 | d | Litigation Claims | 3:14-CV-01220-JAG |
| OTERO RIOS, ARIETT A. | 47163 | c | Litigation Claims | AQ-14-0647 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|----------|-------|------------------------------|---------------------------|-----------------------------------|
| PADILLA PEREZ, DAISY | 105826 | d | Litigation Claims | 2007-02-0847; KDP-2008-0504 |
| PEÑA LUGUERA, JUAN C | 17404 | e | Litigation Claims | 17-CV-2300; DDP-2016-0020; DPE-2018-0098; JDP-2017-0342 |
| PEREZ MARTINEZ, KELLY | 167867 | d | Litigation Claims | ISCI-2016-01259 |
| PEREZ PEREZ, WANDA I | 161024 | c | Litigation Claims | Unknown |
| PEREZ-OCASIO, DORIS | 22890 | f | Litigation Claims | 3:14-CV-01220-JAG |
| PRIETO DURAN, RAFAEL J. | 27668 | c | Litigation Claims | CIDP-2013-0023 |
| PROSOL-UTIER | 47936 | c | Litigation Claims | AQ-14-0907 |
| QBE SEGUROS | 58881 | c | Litigation Claims | DAC-2017-0303 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| QUALITY OUTCOME CONTRACTORS INC. | 14684 | d | Litigation Claims | KAC-2011-0062 |
| QUIÑONES VILLANUEVA, JOSE L | 14857 | d | Litigation Claims | GDP-2017-0039 |
| QUINTERO-CORTES, IVONNE | 22807 | f | Litigation Claims | 3:14-CV-01220-JAG |
| RAMIREZ TORRES, NORMA I | 43310 | b | Litigation Claims | Unknown |
| RAMOS LAFONTAINE, MARIA M. | 135487 | c | Litigation Claims | DDP-2015-0653 |
| RAMOS TRABAL, LILLIAM I. | 41606 | c | Litigation Claims | AQ-13-0421 |
| REYES HERNANDEZ, LUD M | 23004 | c | Litigation Claims | KPE-2016-3914 |
| RIVERA , MARGARITA | 11702 | c | Litigation Claims | KDP-2016-0388 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA ALVAREZ, JOSE A. | 15330 | c | Litigation Claims | PAC-10-6126 |
| RIVERA FELICIANO, NEYDA | 23279 | d | Litigation Claims | KAC-2016-0829 |
| RIVERA ROBLES, MARIA | 9550 | d | Litigation Claims | KDP-2017-0201 |
| RIVERA ROJAS, VIRGEN M | 137008 | a | Litigation Claims | Unknown |
| RIVERA SANTIAGO, CATALINA | 31591 | d | Litigation Claims | CIDP-2012-0006 |
| RIVERA SOTO, MIKEY | 150915 | c | Litigation Claims | AQ-12-782 |
| RIVERA VARGAS, GLORIBEL | 33744 | b | Litigation Claims | JDP-213-0148 |
| RIVERA-GONZALEZ, JOSE R. | 42415 | d | Litigation Claims | 3:14-CV-01220-JAG |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA-GUEVAREZ, ROLANDO | 22913 | f | Litigation Claims | 3:14-CV-01220-JAG |
| RODRÍGUEZ FIGUEROA, ELIUD | 9482 | d | Litigation Claims | LDP-2017-0012 |
| RODRIGUEZ JIMENEZ, ROSAURA | 135734 | c | Litigation Claims | ROSAURA RODRIGUEZ JIMENEZ VS. DEPARTAMENTO DE EDUCACION DE PR |
| RODRIGUEZ RODRIGUEZ, ADYMARA | 21516 | c | Litigation Claims | KPE-2016-3914 |
| RODRIGUEZ RODRIGUEZ, WALTER | 167873 | d | Litigation Claims | ISCI-2016-01259 |
| RODRIGUEZ VAZQUEZ, , ARNALDO J | 31128 | d | Litigation Claims | KPE-08-3760 |
| RODRIGUEZ VEGA, NILDA | 23734 | c | Litigation Claims | 2015-07-0007 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RODRIGUEZ, DENNISSE | 27005 | c | Litigation Claims | DENNISSE RODRIGUEZ |
| RODRIGUEZ-AMARO, EVELYN | 24283 | f | Litigation Claims | 3:14-CV-01220-JAG |
| RODRIGUEZ-ARROLLO, ALLISON | 33883 | f | Litigation Claims | 3:14-CV-01220-JAG |
| RODRIGUEZ-FIGUEROA, CARLOS R. | 33880 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ROLDAN, MIGUEL | 42297 | d | Litigation Claims | 3:14-CV-01220-JAG |
| ROLDAN, RICARDO RAMOS | 31566 | d | Litigation Claims | DDP-2017-0121 |
| ROLON-QUIÑONES, FELIX | 25229 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ROMAN-RIVERA, LUISA  E. | 22835 | f | Litigation Claims | 3:14-CV-01220-JAG |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ROSA RUIZ, RAQUEL | 30646 | c | Litigation Claims | KPE-2016-3914 |
| ROSA RUIZ, RAQUEL | 35838 | c | Litigation Claims | KPE-2016-3914 |
| RUIZ CACERES, LEINELMAR | 103054 | f | Litigation Claims | 17-2223 (WGY) |
| RUIZ COLON, NELSON | 129888 | f | Litigation Claims | 17-2223 (WGY) |
| RUIZ CORREA, NELSON | 163720 | f | Litigation Claims | 17-2223 (WGY) |
| SABATIER TIRE CENTER, INC. | 27050 | e | Litigation Claims | KAC-2015-0609 |
| SANCHEZ LOPEZ, JUAN | 38212 | c | Litigation Claims | JDP-2013-0224 |
| SÁNCHEZ SANTIAGO, MILDRED | 9259 | d | Litigation Claims | KDP-2016-1465 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SANTANA BAEZ, ELIEZER | 3030 | c | Litigation Claims | DDP-2013-0166; DDP-2014-0950 |
| SANTANA BAEZ, ELIEZER | 4219 | c | Litigation Claims | DDP-2014-0249; DDP-2014-0337 |
| SANTANA BÁEZ, ELIEZER | 10974 | c | Litigation Claims | DDP-2013-0166; DDP-2014-0673 |
| SANTANA MARTINEZ, MADELINE | 4810 | c | Litigation Claims | ISCI-2014-00983 |
| SANTIAGO PRATTS, CARLOS | 165465 | d | Litigation Claims | 2009-06-1215 |
| SANTIAGO RIVERA, HECTOR CESARIO | 98510 | d | Litigation Claims | Unknown |
| SANTOS MORA, TEDDY | 12049 | d | Litigation Claims | FDP-2017-0215 |
| SANTOS MORA, TEDDY | 12054 | d | Litigation Claims | FDP-2017-0215 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SANTOS RIVERA, FRANCISCO | 15569 | e | Litigation Claims | KAC-2016-0357 |
| SANTOS-ORTIZ, MARIE | 33892 | f | Litigation Claims | 3:14-CV-01220-JAG |
| SARA LUCENA VELEZ, EDIL VELEZ, KEVIN YADIL VELEZ LUCENA | 12477 | e | Litigation Claims | ISCI-2017-00462 |
| SEQUEIRA TRADING CORPORATION | 27619 | e | Litigation Claims | KAC-2015-0609 |
| SILVA RODRÍGUEZ, RAMÓN | 29040 | d | Litigation Claims | JDP-2013-0559 |
| SOL TOSADO HERNANDEZ, MARY | 21338 | c | Litigation Claims | CIDP-2014-0008 |
| SOTO TORRES, JULITZAMARY | 19500 | c | Litigation Claims | L3CI-2015-00218 |
| STELLA DIAZ, HIRAM A. | 34168 | c | Litigation Claims | 2003-ACT-068 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SUAREZ DE LEON, RAFAEL, JANETTE ROBLES HERNANDEZ POR SI Y Y MENOR J.S.R. | 33854 | e | Litigation Claims | DDP-2016-0020 |
| SUCCESSION OF SATURNIO ORTIZ MAYSONET FORMED BY EVANS JASON, JOHN EVANS, EDGAR JOHN, NURKIS NICOLE AND EDWARD JOHN ALL WITH LAST NAMES ORTIZ-SANTANA AND BY WIDOW, NURKIS SANTANA-CARABALLO | 21821 | e | Litigation Claims | 2000-07-0079 |
| TOLEDO ENGINEERING LLC | 622 | c | Litigation Claims | KDP-2017-0544; KLCE-2018-01699 |
| TORRES OLIVENCIA, JULIA | 19480 | c | Litigation Claims | L3CI-2015-00218 |
| TORRES RODRÍGUEZ, JUAN FERNANDO | 9546 | d | Litigation Claims | JPE-2011-0365 |
| TORRES TORRES, DOMINGO | 135610 | f | Litigation Claims | ADP-2018-0064 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| TORRES, CARLOS | 25711 | d | Litigation Claims | 3:14-CV-01220-JAG |
| TORRES, JULIO HEREDIA | 41484 | c | Litigation Claims | 2016-10-0487 |
| TORRES, SUHAIL RODRIGUEZ | 27236 | c | Litigation Claims | CIDP-2013-0023 |
| TOSADO HERNANDEZ, DAISY | 20709 | c | Litigation Claims | CIDP-2014-0008 |
| TOSADO HERNANDEZ, MADELINE | 22755 | c | Litigation Claims | CIDP-2014-0008 |
| TOSADO HERNANDEZ, SONIA | 18225 | c | Litigation Claims | CIDP-2014-0008 |
| TOSADO NIEVES, ANTONIO | 21557 | c | Litigation Claims | CIDP-2014-0008 |
| VALENTIN ALERS, ISRAEL | 161538 | c | Litigation Claims | GUIDANCE COUNSELORS AND SOCIAL WORKERS LITIGATION |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| VARGAS ESMURRIA, FRANCISCO J. | 143031 | c | Litigation Claims | Unknown |
| VARGAS FONTANEZ, PEDRO A | 63702 | b | Litigation Claims | 2012-11-0563; 2014-03-1295; 2016-09-0404; 2016-09-0431; KLRA-2014-00886; KPE-2015-2740 |
| VARGAS-FONTANEZ, PEDRO A | 62859 | c | Litigation Claims | 2012-11-0563; 2014-03-1295; 2016-09-0404; 2016-09-0431; KLRA-2014-00886; KPE-2015-2740 |
| VEGA, EDWIN DE JESUS | 50568 | c | Litigation Claims | JDP-2016-0403 |
| VERA GONZALEZ, JUAN | 77025 | c | Litigation Claims | AC-2018-0020 |
| VICTOR LOPEZ CORTES, INC. | 32069 | d | Litigation Claims | KAC-2015-0609 |
| VILA OJEDA, ANA | 82064 | c | Litigation Claims | KLRA-2003-00223 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| WALTER RODRIGUEZ RODRIGUEZ, EN REP OF MINOR J.R.S. | 167868 | d | Litigation Claims | ISCI-2016-01259 |
| WILMARIE Y OTROS, GONZÁLEZ | 163325 | c | Litigation Claims | E2CI-2017-00007 |
| WORLD WIDE TIRE, INC. | 28634 | f | Litigation Claims | KAC-2015-0609 |
| YRN REPRESENTED POR LIZBETH NEGRON TORO Y RICARDO RAMOS | 31082 | d | Litigation Claims | DDP-2017-0121 |
| ZAMORA-FERNANDEZ, JOSE A. | 23029 | f | Litigation Claims | 3:14-CV-01220-JAG |
| ZAYAS CORREA, JOSE | 160459 | d | Litigation Claims | KDP-2017-0220 |
| ZAYAS MARTINEZ, LUZ N. | 164784 | c | Litigation Claims | AQ-15-0326 |
| ZUHAY VARGAS FELICIANO, ORLANDO TORRES MONROIG & LA SOCIEDAD LEGAL DE | 25056 | f | Litigation Claims | ISCI-2015-00077 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|----------|-------|------------------------------|---------------------------|-----------------------------------|
| GANACIALES COMPUSTO POR ELLOS | | | | |

| Claim Amount Key |
|------------------|
| a: Unspecified |
| b: $1 - $10,000 |
| c: $10,001 - $100,000 |
| d: $100,001 - $500,000 |
| e: $500,001 - $1,000,000 |
| f: $1,000,001+ |