| Name | Claim number | Date Filed |
|---|---|---|
| Bonet Acosta, Hilda I. | 109185 | 06/27/2018 |
| Calero González, Jacqueline | 31254 | 05/22/2018 |
| Cedeño Ruiz, Myrtha R. | 27177 | 05/25/2018 |
| García Arce, Aleida I.* | 34629 | 05/22/2018 |
| García Valentín, Luz E. | 42792 | 05/29/2018 |
| Luna Santiago, Marta M. | 19652 | 05/23/2018 |
| Negrón García, Carmen M. | 33798 | 05/25/2018 |
| Ortiz Silva, Alexis | 86413 | 06/25/2018 |
| Padilla Acosta, Carmen Ana | 58405 | 06/07/2018 |
| Padilla Rivera, Basilio | 117169 | 07/06/2018 |
| Pardo Soto, Maribel | 57156 | 06/07/2018 |
| Ramírez Villarin, Carlos | 7530 | 04/16/2018 |
| Rodríguez Madera, Nilda | 121605 | 06/28/2018 |
| Rodríguez Martínez, Maribel | 28249 | 05/23/2018 |
| Rodríguez Pagán, María Luisa | 73527 | 06/06/2018 |
| Rojas Hernández, Elizabeth | 34926 | 05/25/2018 |
| Valentín Cruz, Wilson | 25367 | 05/23/2018 |
|  |  |  |

*Appears as ARCE, ALEIDA GARCIA