Plaintiffs in Maggie Acevedo Sepúlveda vs Departamento de Salud CC-2012-1050
Case in CASP 2000-06-1639

| Name | Claim # |
|---|---|
| Acevedo Sepúlveda Maggie | 25273 |
| Aguilar Martínez, Tirsa Isabel | 20921 |
| Alameda Nazario, Ilia | 37185 |
| Altreche Esponda, Merry | 42321 |
| Aponte Rodríguez, Irisbel | 24859 |
| Arocho Muñoz, Emilia | 33847 |
| Arroyo Ramos, Norma | 27117 |
| Asencio Vargas, Roberto | 18206 |
| Báez Belén, Esperanza | 34951 |
| Bermúdez Caparetti, Norma | 29971 |
| Bloncourt Flores, Iris | 17669 |
| Bonet Acosta, Hilda I. | 109185 |
| Borrero Vázquez, Carmen | 92700 |
| Calero González, Jacqueline | 31254 |
| Carlo Ruiz, Marilyn | 34658 |
| Castillo Zapata, Mayra | 29349 |
| Cedeño Ruiz, Myrtha R | 27177 |
| Chaparro Nieves, Celinés | 34686 |
| Charon Santiago, Daisy | 27404 |
| Cintrón Milanés, Carmen | 19418 |
| Cordero Irizarry, Lydia I | 23291 |
| Cortés Ramos, Roberto | 34655 |
| Cruz Ramírez, Eileen Y | 24827 |
| Escobar Torres, Evelyn | 47736 |
| Ferrer Laracuente, Maritza | 34640 |
| Figueroa Ramírez, Julio | 13766 |
| Flores Del Toro, Julia | 24635 |
| Flores Rivera, Marianita | 48297 |
| García Arce, Aleida I. | 34629 |
| García Valentín, Luz E. | 42792 |
| García Vazquez, Nancy | 20243 |
| González Acevedo, Mayra | 26894 |
| González González, Carmen S | 42779 |
| González Vázquez, Lorenzo | 29170 |
| González Vázquez, Ramonita | 58891 |
| Guijarro Calvino, María J | 31782 |
| Guzmán Cortés, Luz E | 42816 |
| Guzmán Cortés, Luz E | 18995 |
| Irizarry Seda, Luz E | 51644 |

| | |
|---|---|
| Iturregui Pagán, Sucn. Juan R | 17690 |
| Laracuente Figueroa, Nancy E | 35688 |
| Lebrón Pérez, Paula | 34664 |
| Lorenzo Andrade, Hortensia | 44113 |
| Luna Santiago, Marta M. | 19652 |
| Martínez Malavé, Juanita | 53674 |
| Martínez Torres, Gladys | 25680 |
| Matos Valentín, Marisol | 39857 |
| Méndez Ruiz, Serafina | 32560 |
| Milagros Luna Santiago, Marta | 19652 |
| Morán Vega, Carmen L | 36234 |
| Moretta, Sonny H | 17017 |
| Nazario Montalvo, Ivette | 20427 |
| Negrón García, Carmen M. | 33798 |
| Olán Morales, Wilson | 31773 |
| Ortiz Silva, Alexis | 86413 |
| Pabón Cortés, Vivian | 34728 |
| Pacheco Morales, Ileana | 27275 |
| Padilla Acosta, Carmen Ana | 58405 |
| Padilla Rivera, Basilio | 117169 |
| Palermo Rivera, Milagros | 37181 |
| Pardo Soto, Maribel | 57156 |
| Pereira Martínez, Aida | 26851 |
| Pérez Agostini, Efraín | 37182 |
| Ramírez Alameda, Israel | 41040 |
| Ramírez Villarin, Carlos | 7530 |
| Ramos Camacho, Gilberto | 35134 |
| Robles Rivera, Maribel | 28301 |
| Rodríguez Madera, Nilda | 121605 |
| Rodríguez Martínez, Elizabeth | 34926 |
| Rodríguez Martínez, Maribel | 28249 |
| Rodríguez Pagán, María Luisa | 73527 |
| Rojas Hernández, Elizabeth | 34926 |
| Román Ramírez, Ivelisse | 26137 |
| Román Vega, Luz E | 61196 |
| Rosado Vega, Lesdianette | 29412 |
| Ruiz García, Monserrate | 40197 |
| Sanoguel Vega, Migdalia | 28855 |
| Santiago Rivera, Norma Iris | 37184 |

| | |
|---|---|
| Santiago Rodríguez, Zulma | 20309 |
| Segarra Ferrer, Delma | 33583 |
| Sepúlveda Sepúlveda, Lesbia | 35209 |
| Sotomayor Class, Noemí | 20925 |
| Torres Palmer, Henriette | 39221 |
| Torres Torres, Ana | 42317 |
| Torres Vega, María, R | 32420 |
| Valentín Cruz, Wilson | 25367 |
| Valentín, Marisol | 36839 |
| Valle Ruiz, Evelyn | 30920 |
| Valles Vega, María L | 14050 |
| Vargas Pérez, Carmen | 42492 |
| Vargas Rodríguez, Maritza | 44060 |
| Vázquez Ayala, Bernabela | 37249 |
| Vázquez Sánchez, Marta | 19897 |
| Vázquez Vázquez, Yolanda N | 20970 |
| Vega Ramos, María | 34602 |
| Vélez Pérez, Aida | 30819 |
| Vidró Santana, Wanda | 26127 |