# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates only to HTA Teresa Vizcarrondo Toro & Adrián Mercado Jiménez And their conjugal society** |

### MOTION FILING CERTIFIED ENGLISH TRANSLATION OF EXHIBITS

TO THE HONORABLE COURT:

**COMES NOW, MOVANTS, ADRIÁN MERCADO JIMÉNEZ, TERESA VIZCARRONDO TORO, and their CONJUGAL SOCIETY,** and very respectfully allege and pray:

1. Movants filed on May 25, 2023, motion requesting extension of time to file certified English translation of Exhibits 6, 8, 9, 10, 11, 12, 15, 16, and 18 on or before June 12, 2023, Docket #24331.

2. Said motion was granted by this Honorable Court on May 25, 2023, Docket #24334.

3. Movants hereby submit certified English translation of the Exhibits above mentioned.

**WHEREFORE**, Movants respectfully request from this Honorable Court to receive and accept the certified English translated Exhibits herein included and grant any other Order and further relief as is just and proper.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 9 day of June 2023.

s/**ADRIÁN MERCADO**
USDC-PR 111304
PO Box 9023980
San Juan, PR 00902-3980
TEL.: (787) 273-0611
MOB.: (787) 567-0025
E-Mail: amercado@mercadosotolaw.com

**I HEREBY CERTIFY** that a copy of this motion was electronically filed by Movant, using the CM/EFC system, which will send notification to all the parties which have made an electronic appearance in this case.