CERTIFIED TRANSLATION

# EXHIBIT 6

Civil Clerk Feb. 23, not legible

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SAN JUAN SUPERIOR PART**

| | |
|---|---|
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>PETITIONER<br><br>v.<br><br>LUIS ALBERTO MERCADO JIMENEZ ET AL<br><br>PARTY WITH INTEREST | CASE NO.: KEF 2011-0240<br><br>ROOM: 1003<br><br>FORCED EXPROPRIATION |

**MOTION ON CONSIGNMENT**

**TO THE HONORABLE COURT:**

Comes now the Puerto Rico Highways and Transportation Authority, represented by the undesigned attorney and before this Honorable Court very respectfully states and prays:

1. Adrián Mercado Jiménez in his personal character and as a member of the conjugal partnership with his spouse Teresa Vizcarrondo Toro legally represented by Juan B. Soto Balbas, Esq. and with the endorsement of the Bankruptcy Court they reached a final transactional agreement with the Highways and Transportation Authority of all claims in the present case.

2. Check number **58181** in the amount of **$16,448.00** is being consigned for the payment of the transactional stipulation.

PAYMENT OF BOND
$16,448.00
IN CASH
RECEIPT NUMBER
30901
DATE FEB. 23
2018
COLLECTOR
initials not
legible MAGDA E.
CORREA OLMO
Assistant Clerk
of the Court

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

3. That with said consignment, Petitioner complies with its obligation for the payment of the just compensation.

4. We include a Motion from the parties submitting the Agreement to the Bankruptcy Court, UNITED STATES DISTRICT COURT, DISTRICT OF PUERTO RICO, In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of the COMMONWEALTH OF PUERTO RICO, et al, Debtors; In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA", Debtor; PROMESA Title III No. 17 BK 3283-LTS; Re: ECF Nos. 345,349, 368 (jointly Administered) PROMESA Title III No. 17 BK 3567-LTS **This Stipulation relates only to HTA.** (Copy included)

**WHEREFORE**, it is respectfully requested from this Honorable Court that it grant the above and take knowledge of the above.

I certify: Having sent a true and exact copy to the parties in interest.

In San Juan, Puerto Rico, on February 23, 2018.

                                          s/ signature not legible
                                          Anita Cortes Centeno, Esq.
                                          Bar Member No. 11,368
                                          Highways and Transportation Authority
                                          PO Box 42007
                                          San Juan, PR 00940-2007
                                          (787) 721-8787 Ext. 1228
                                          Fax: (787) 722-1541
                                          lcda.anitacortescenteno@gmail.com

6407/ACC/smo

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.