CERTIFIED TRANSLATION

# EXHIBIT 8

DEC-9 2014

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SAN JUAN JUDICIAL CENTER**
**SUPERIOR PART**

| | |
|---|---|
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>PETITIONER<br><br>v.<br><br>Cuatro J.S. Inc<br><br>PARTY WITH INTEREST | CASE NO.: KEF-2011-0240<br><br>ROOM: 1003<br><br>FORCED EXPROPRIATION |

**MOTION SUBMITTING DOCUMENT**

**TO THE HONORABLE COURT:**

Comes now the undersigned attorney and very respectfully states, alleges and prays:

1. We are submitting a report prepared by the Engineer and Surveyor Office that evidences that

    a. The remnants will not be enclaved.

    b. Greater access for each remnant is voluntarily proposed to be established.

2. We have submitted a copy to the parties' attorneys with interest which attorneys allege having doubts regarding the accesses.

**WHEREFORE,** we request notice be taken of the above.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on December 4, 2014.

**I CERTIFY:** Having sent a copy of this motion to Cesar A. Hernández Colón, Esq., at PO Box 331041, Ponce, P.R. 00733-1041; Javier E. Mandry Mercado at 1326 Salud Street, Apt. 1101, El Señorial Cond., Ponce, P.R. 00717; Juan J. Ramírez, Esq., at PO Box 720, Mayaguez, P.R. 00977-2500; Adrián Mercado, Esq., CIM 100, Tower I, Suite 210, No. 100, Road 165, Guaynabo, P.R. 00968; Isis Ramírez, Esq., PO Box 364033, San Juan, P.R. 00936-4033; Rodolfo Gluck Figueroa, Esq., PO Box 70250, Suite 243, San Juan, P.R. 00936.

s/ signature not legible
ANITA CORTÉS CENTENO
Bar Member No. 11,368
Box 4200
San Juan, PR 00940-2007
Telephone: 721-8787 Ext. 1232
Email: ancortes@dtop.gov.pr

6401/ACC/vls

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.