CERTIFIED TRANSLATION

**EXHIBIT 11**

Received
SEPT 08 2016

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SAN JUAN JUDICIAL CENTER
SUPERIOR PART

| | |
|---|---|
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | CIVIL NO.: KEF2011-0240 ROOM: 1003 |
| Petitioner | |
| v. | FORCED EXPROPRIATION |
| LUIS ALBERTO MERCADO JIMENEZ ET AL | |
| Party with Interest | |

### ORDER

Having attended the following motions, the Court provides the following:

1. "Second Motion Claiming Compensation for Damages to the Remnant" – filed by the party with interest

   Your allegation is validated for damages for the corresponding expert evidence at the proper time we will determine to proceed accordingly.

2. "Motion for Annulment of Judgment" filed by the party with interest, Adrián Mercado Jiménez

   Fix petitioner position in twenty days.

NOTIFY.

In San Juan, Puerto Rico, on August 30, 2016

s/ signature not legible

LETICIA D. ORTIZ FELICIANO
SUPERIOR COURT JUDGE

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.