CERTIFIED TRANSLATION

**JOSE V. HERNANDEZ LOPEZ / GENERAL CERTIFIED APPRAISER**
Valuation and Real Estate Consultant

# EXHIBIT 12

February 5, 2016

Néstor Algarín
G-1 Iberia Condominium
Guaynabo, Puerto Rico

Re: Transaction offer case KEF-2011-0240 HTA (ACT) vs. Luis A. Mercado Jiménez and Others – Ponce

Dear colleague Algarín:

I make reference to the meeting held at your office last Friday, January 29, 2016, where we talked about the negotiation in the above-captioned case.

As you know my original report includes the price per unit of $22,000 per cuerda in plots 021-1 with an area of 4.7645 cuerdas and $22,000 per cuerda for plot 021-04 with an area of 2.5515 cuerdas, plus the claim for enclaving the remnant for adequate access with an area of 33.87 cuerdas.

According to my commitment I am sending you two (2) alternatives for negotiation for the purpose of your selecting the most convenient to finalize this case.

| | Alternative #1 | | |
|---|---|---|---|
| Plot # | Area (cdas.) | Unit (cda.) | Value |
| 021-01 | 4.7645 | $17,000 | $ 80,997 |
| 021-04 | 2.5515 | $17,000 | $ 43,376 |
| Damages to Remnant | 33.870 | $17,000 8% interest rate for 5 years | $230,316 |
| | Total | | $354,689 |
| | Adjusted Value at | | $355,000 |

Note 1: To this adjusted value it misses including the proportion to my client of plot 022-08 (pathway property) included in case KEF-2011-0244.
Note 2: To this adjusted value it misses the legal interest that proceed for the additional sum
Note 3: To this adjusted value it misses any other value according to law.

P. O. Box 19651 San Juan, PR 00910 Tel – (787) 316-0381 – josehdez74@gmail.com

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

### JOSE V. HERNANDEZ LOPEZ / GENERAL CERTIFIED APPRAISER
Valuation and Real Estate Consultant

Logo

Page Two
Néstor Algarín
February 5, 2016

| Alternative #2 | | | |
|---|---|---|---|
| Plot # | Area (cdas.) | Unit (cda.) | Value |
| 021-01 | 1.4839 | $148,000 | $ 219,617 |
|  | 3.2806 | $ 7,000 | $ 22,964 |
| 021-04 | 2.5515 | $ 7,000 | $ 17,861 |
| Damages to Remnant | 33.870 | $ 7,000 8% interest rate for 5 years | $ 94,836 |
|  | Total |  | $355,278 |
|  | Adjusted Value at |  | $355,000 |

Note 1: To this adjusted value it misses including the proportion to my client of plot 022-08 (pathway property) included in case KEF-2011-0244.
Note 2: To this adjusted value it misses the legal interest that proceed for the additional sum.
Note 3: To this adjusted value it misses any other value according to law.

This case is scheduled for March 15, 2016, for which reason I would like to meet with you again prior to the mentioned date.

To this end I will appreciate your indicating to me available dates in your calendar for the meeting to negotiate this case.

Cordial greetings,

s/ signature not legible
José V. Hernández López
Authorized Professional Appraiser EPA #288
Certified General Appraiser #74
Member Institute of Appraisers #210

P. O. Box 19651 San Juan, PR 00910 Tel – (787) 316-0381 – **josehdez74@gmail.com**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.