CERTIFIED TRANSLATION

# EXHIBIT 15

M Gmail      Adrian Mercado amercado@mercadosotolaw.com

**K EF2011-0240**
1 message

**Adrian Mercado** amercado@mercadosotolaw.com     Thu, Jan 20,2022 at 1:39 PM
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo isisramirezlaw@gmail.com

Anita, Greetings and happy 2022.
Anita, this case has only a Partial Administrative Judgment
dated January 23, 2019 It was only entered for administrative purposes.
It does not adjudicate the merits of the proceedings, nor the claims that were formulated.
The property here is enclaved and Petitioner agreed to correct that situation
A visual hearing was held.
As of today nothing has occurred with what was agreed
It is necessary that we meet at your office with Isis Ramirez, Esq. and revolve this situation as soon as possible
The coming week I can on the 24, 25, 26, 27pm and 28
Give us dates, thank you
Adrian Mercado
Party with Interest

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.