CERTIFIED TRANSLATION

# EXHIBIT 16

M Gmail    **Adrian Mercado** amercado@mercadosotolaw.com

**K EF2011-0240**
1 message

**Adrian Mercado** amercado@mercadosotolaw.com    Mon, Jan 31, 2022 at 11:22 AM
To: lcda.anitacortescenteno@gmail.com
Cc: Isis Ramirez-Salcedo isisramirezlaw@gmail.com

Anita, good day, regarding the captioned case I hereby
again, request an urgent meeting at your offices as my property continues ENCLAVED depriving me from all use and enjoyment of the same
Atty. Ramirez wants to be present at said meeting as her clients are
equally affected
I have available Tuesday pm, Wednesday and Thursday all day and Friday am
Thank you for your attention
Adrian Mercado
Party with Interest

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.