

# Purchase Order/Orden de Compra

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

**Vendor/Suplidor:** 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| **PO Status:** | Approved,Revised |
| **PO Type:** | PINC Pur Order |
| **Date:** | 03/06/2020 |
| **Page:** | 1 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336  Vendor  2010803 DACAS CORP  SO 12477  Autoridad de Edificios Publicos  JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer / Número Manufacturero | Item Description / Descripción | U/M | Quantity / Cantidad | Due Date / Fecha de Entrega | Unit Price USD / Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 070 | | 388048 R330 MID RANGE SERVER ASBCE<br>Requisitioner: | EA | 3.000 | 04/07/2020 | | |
| 080 | | 397092 AURA R8 CORE SUITE UPGRADE/UPLIFT<br>Requisitioner: | EA | 1,877.000 | 04/07/2020 | | |
| 090 | | 397109 AURA R8 ANALOG UPGRADE LIC: NU<br>Requisitioner: | EA | 184.000 | 04/07/2020 | | |
| 100 | | 397941 SESSION MANAGER R8 SYSTEM LIC:DS;<br>Requisitioner: | EA | 1.000 | 04/07/2020 | | |
| 110 | | 397945 SM BRANCH SESSION MANAGER (BSM) R<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 120 | | 405362641 POWER CORD USA<br>Requisitioner: | EA | 6.000 | 04/07/2020 | | |
| 130 | | 700514239 ASBCE R8.x SYSTEM SOFTWARE DVD<br>Requisitioner: | EA | 3.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| **Page / Página** | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| **Order / Orden** | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |



**Purchase Order/Orden de Compra**

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

Vendor/Suplidor: 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| PO Status: | Approved,Revised |
| PO Type: | PINC Pur Order |
| Date: | 03/06/2020 |
| Page: | 2 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336 Vendor    2010803 DACAS CORP    SO 12477   Autoridad de Edificios Publicos   JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer / Número Manufacturero | Item Description / Descripción | U/M | Quantity / Cantidad | Due Date / Fecha de Entrega | Unit Price USD / Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 150 | | 405362641 POWER CORD USA<br>Requisitioner: | EA | 4.000 | 04/07/2020 | | |
| 160 | | 700514099 ASP 130 DELL R640 SERVER PROFI<br>Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 170 | | 381276 APPLIANCE VIRTUAL PLTFRM R7+ SING<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 180 | | 700513985 APPLIANCE VIRTUAL PLATFORM R8<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 190 | | 700508955 S8300E SERVER - NON GSA<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 200 | | 344223 SA PREFER SUPT AURA R8 ANALOG 1YR<br>Requisitioner: | EA | 184.000 | 04/07/2020 | | |
| 210 | | 344279 SA PREFER SUPT AURA R8 CORE SUITE<br>Requisitioner: | EA | 1,877.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| Page / Página | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| Order / Orden | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |



**Purchase Order/Orden de Compra**

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

Vendor/Suplidor: 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| PO Status: | Approved,Revised |
| PO Type: | PINC Pur Order |
| Date: | 03/06/2020 |
| Page: | 3 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336 Vendor    2010803 DACAS CORP    SO 12477    Autoridad de Edificios Publicos    JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer Número Manufacturero | Item Description Descripción | U/M | Quantity Cantidad | Due Date Fecha de Entrega | Unit Price USD Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 220 | | 346231 SA PREFER SUPT ASP VM R4 STANDARD Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 230 | | 230200 SA PARTS NBD SUPT CM LARGE GATEWA Requisitioner: | EA | 6.000 | 04/07/2020 | | |
| 240 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 250 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV Requisitioner: | EA | 3.000 | 04/07/2020 | | |
| 260 | | 293650 SA PREFER SUPT AAVP R7 SINGLE CPU Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 270 | | 230020 SA PARTS NBD SUPT CM SMALL SERVER Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 280 | | 230170 SA PARTS NBD SUPT CM MEDIUM GATEW Requisitioner: | EA | 15.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| Page / Página | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| Order / Orden | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |



**Purchase Order/Orden de Compra**

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

Vendor/Suplidor: 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| PO Status: | Approved,Revised |
| PO Type: | PINC Pur Order |
| Date: | 03/06/2020 |
| Page: | 4 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336 Vendor   2010803 DACAS CORP   SO 12477   Autoridad de Edificios Publicos  JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer / Número Manufacturero | Item Description / Descripción | U/M | Quantity / Cantidad | Due Date / Fecha de Entrega | Unit Price USD / Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 290 | | 344223 SA PREFER SUPT AURA R8 ANALOG 3YR<br>Requisitioner: | EA | 184.000 | 04/07/2020 | | |
| 300 | | 344279 SA PREFER SUPT AURA R8 CORE SUITE<br>Requisitioner: | EA | 1,877.000 | 04/07/2020 | | |
| 310 | | 346231 SA PREFER SUPT ASP VM R4 STANDARD<br>Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 320 | | 230200 SA PARTS NBD SUPT CM LARGE GATEWA<br>Requisitioner: | EA | 6.000 | 04/07/2020 | | |
| 330 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV<br>Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 340 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV<br>Requisitioner: | EA | 3.000 | 04/07/2020 | | |
| 350 | | 293650 SA PREFER SUPT AAVP R7 SINGLE CPU<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| Page / Página | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| Order / Orden | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |



# evertec

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

**Purchase Order/Orden de Compra**

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Vendor/Suplidor: 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| PO Status: | Approved,Revised |
| PO Type: | PINC Pur Order |
| Date: | 03/06/2020 |
| Page: | 5 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336  Vendor   2010803 DACAS CORP   SO 12477   Autoridad de Edificios Publicos  JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer / Número Manufacturero | Item Description / Descripción | U/M | Quantity / Cantidad | Due Date / Fecha de Entrega | Unit Price USD / Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 360 | | 230020 SA PARTS NBD SUPT CM SMALL SERVER<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 370 | | 230170 SA PARTS NBD SUPT CM MEDIUM GATEW<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 380 | | 344223 SA PREFER SUPT AURA R8 ANALOG 3YR<br>Requisitioner: | EA | 184.000 | 04/07/2020 | | |
| 390 | | 344279 SA PREFER SUPT AURA R8 CORE SUITE<br>Requisitioner: | EA | 1,877.000 | 04/07/2020 | | |
| 400 | | 346231 SA PREFER SUPT ASP VM R4 STANDARD<br>Requisitioner: | EA | 2.000 | 04/07/2020 | | |
| 410 | | 230200 SA PARTS NBD SUPT CM LARGE GATEWA<br>Requisitioner: | EA | 6.000 | 04/07/2020 | | |
| 420 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV<br>Requisitioner: | EA | 2.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| Page / Página | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| Order / Orden | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |

Case:17-03283-LTS Doc#:24481-1 Filed:06/09/23 Entered:06/09/23 15:43:29 Desc: Exhibit A Page 6 of 15



**Purchase Order/Orden de Compra**

**PO Num: 4700063336**

*[Please include this number in all invoices, packing lists, and shipping documents]*

Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

Vendor/Suplidor: 2010803
DACAS CORP
NW 30TH 8240
TERRACE DORAL US, 33122
Ph/Fax: 786-773-2212 / 000-000-0000
Email: USA@DACAS.COM

**Deliver to/Entregar en:**
EVERTEC
622-FACILITY & WHSE CUPEY CENTER
CARRETERA 176 KM 1.3, EDIF. D
RIO PIEDRAS PR 00926

**Bill to/Facturar a:**
Evertec Group, LLC

PO BOX 364527
San Juan PR 00936-4527
Email: evertec-payables@evertecinc.com

| | |
|---|---|
| PO Status: | Approved,Revised |
| PO Type: | PINC Pur Order |
| Date: | 03/06/2020 |
| Page: | 6 of 8 |

**Payment terms/Términos de pago:** Net due in 60 days

**Freight terms/Términos de embarque:** FOB,DESTINATION

**Header Notes/Notas:** PO 4700063336 Vendor   2010803 DACAS CORP   SO 12477   Autoridad de Edificios Publicos   JULIO PASCUAL

**Buyer/Comprador:** ELVIN SERRANO
**Ph/Fax:** 787-759-9999 / 787-281-5251
**Email:** elserrano@evertecinc.com

| Line | Part No. Manufacturer / Número Manufacturero | Item Description / Descripción | U/M | Quantity / Cantidad | Due Date / Fecha de Entrega | Unit Price USD / Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 430 | | 255829 SA PARTS NBD SUPT APPL MEDIUM SRV<br>Requisitioner: | EA | 3.000 | 04/07/2020 | | |
| 440 | | 293650 SA PREFER SUPT AAVP R7 SINGLE CPU<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 450 | | 230020 SA PARTS NBD SUPT CM SMALL SERVER<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |
| 460 | | 230170 SA PARTS NBD SUPT CM MEDIUM GATEW<br>Requisitioner: | EA | 15.000 | 04/07/2020 | | |

"All invoices must include corresponding tax, if applicable."

"Toda factura deberá incluir los impuestos correspondientes, según aplique"

| | | |
|---|---|---|
| Page / Página | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |
| Order / Orden | Sub-Total | $ |
| | Tax / Imp. | $ |
| | Total | $ |

# PURCHASE ORDER TERMS AND CONDITIONS

1. AGREEMENT: This order is Buyer's offer to Seller and becomes a binding contract, subject to the terms hereof, when accepted by acknowledgement or commencement of performance by Seller. The delivery of any incidental goods or services relating to this order will also be subject these terms and conditions. Buyer objects to all additions, exceptions, or changes to these terms, whether contained in any printed form of Seller or elsewhere, unless approved by Buyer in writing. To the extent there are any inconsistencies between these terms and those written on he face of this order, the latter will control.

2. PRICE; PAYMENTS: Unless otherwise specified, he prices stated on the front of this order include all charges for transportation to point of delivery and taxes. Expenses related to packing, boxing, crating or storage will be Seller's responsibility, unless agreed to o herwise by Buyer. Sales and use taxes not subject to exemption shall be stated separately in Seller' invoice. Seller warrants that the prices quoted in this order are no greater than those currently charged any other buyer for similar quantities of goods or services. Any price reduction extended to others by Seller prior to delivery shall also be extended to Buyer. If Seller invoices Buyer separately for the goods and services pertaining to this order, Seller agrees to send the invoice to Buyer within ninety (90) days following the issuance of his order. Buyer will not honor or otherwise pay any invoice issued later than six (6) months following the delivery of the corresponding goods or services.

3. CHANGES; QUANTITY: Buyer may at any time make changes in the scope or quantity of the goods or services covered by this order in other terms hereof, in which event an equitable adjustment will be made to any price, time of performance, and other provisions of this order if appropriate. Claims for such an adjustment must be made within fifteen (15) days from the date of receipt by Seller of notice of the change. Substitutions or changes in quantities or specifications by Seller shall not be made without Buyer's prior written approval. No substitution or modification of any goods, component parts, tooling, sources of raw materials, processes, or manufacturing sites may be made without Buyer's prior written consent. Buyer reserves the right to reject any quantity of goods in excess of the quantity requested by Buyer or, in the alternative, pay a reduced price for such excess. If he quantity delivered is less than the quantity originally requested, Buyer will pay same per unit price for the quantity received as for he remainder, once delivered to Buyer.

4. WARRANTY:

    a. Seller expressly warrants that the goods or services ordered (i) shall be merchantable; (ii) shall conform to this order, to specifications, drawings, and other descriptions referenced in this order, and to any accepted samples; (iii) shall be free from defects in materials and workmanship; (iv) shall be free from defects in design unless the design was supplied by Buyer; (v) shall be of the quality, size and dimensions ordered; (vi) and shall be fit and safe for the intended purposes.

    b. Seller expressly warrants that it has clear title to the goods and that the goods and services shall be delivered free of liens or encumbrances.

    c. Seller warrants that that Seller will not deliver or offer payments, gifts, goods or favors to any of Buyer's employees in exchange for information or preferen ial treatment.

    d. All these warranties and other warranties as may be prescribed by law shall extend to Buyer, its successors, assigns, and customers and to users of the goods or services and shall run through any expiration date stated on the goods, or, if no expiration date is stated, hen for a period of one (1) year after delivery. Claims under these warranties must be made within the applicable period prescribed by statute.

5. INSPECTION; TESTING: Goods purchased under this order are subject to Buyer's reasonable inspection, testing, and approval at Buyer's destination, which Buyer agrees to perform within a period of thirty (30) days following delivery. Buyer reserves the right to reject and refuse acceptance of goods which are not in accordance with this order or Seller's representation or warranties, expressed or implied. Buyer will charge Seller for the cost of inspecting rejected goods. Rejected goods may be returned to Seller, or held by Buyer, at Seller' risk and expense. Payment for any goods under this order shall not be deemed acceptance of the goods. If, following payment, Buyer rejects or refuses acceptance as contemplated in this section, Seller agrees to refund any monies paid by Buyer for said rejected goods.

6. RECALL: In the event that a recall of the goods is necessitated by a defect, a failure to conform to the specifications, applicable laws, or any other reason within the Seller's control, Seller shall bear all costs and expenses of such recall, including without limitation, costs of notifying customers, customer refunds, costs of returning goods, lost profits, and other expenses incurred to meet obligations to third parties.

7. COMPLIANCE; EQUAL OPPORTUNITY: In filling this order, Seller will comply with all applicable federal, state, and local laws. Furthermore, Seller expressly agrees to comply with all he affirma ive action and non-discrimination provisions against employees or applicants for employment established in 41 C.F.R. 60-1 (prohibi ing discrimination because of race, sex, color, religion and national origin), 41 C.F.R. Part 60-250 (prohibiting discrimination against special disabled veterans), 41 C.F.R. Part 60-300 (prohibiting discrimination against veterans) and 41 C.F.R. Part 60-741 (prohibiting discrimination against qualified individuals with disabilities), which are hereby incorporated by reference, as well as with o her regulations, Executive Order, or statute that may apply.

**This contractor and subcontractor shall abide by the requirements of 41 CRF 60-300.5(a). This regulation prohibits discrimination against qualified protected veterans, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified protected veterans.**

**This contractor and subcontractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities.**

8. DELIVERY; SCHEDULES; RISK OF LOSS: Unless indicated otherwise in the order, all shipments will be F.O.B. Buyer's Facilities. Shipment will be charged to Buyer at cost and Buyer reserves the right to request evidence of such charges. Shipment or delivery of goods shall be in accordance with the schedule specified in this order. If Seller does not, or it appears that Seller will not, meet such schedule, Buyer may, in addition to any other rights or remedies provided by law or this order, require that Seller ship the goods via expedited routing to meet the schedule or to recover the time lost and Seller shall pay the difference in shipping costs. Seller shall bear the risk of loss or damage to the goods covered by this order until they are delivered to and accepted by Buyer.

9. INDEMNIFICATION:

    a. Seller shall defend, indemnify and hold Buyer, its successors, assigns, employees, customers, and users of the goods or services harmless with respect to all claims ,liability, damage, loss, and expenses, including attorney's fees, incurred relating to or caused by: (i) actual or alleged patent, copyright, or trademark infringement or violation of o her proprietary right, arising out of the purchase, sale, or use of the goods or services covered by this order; (ii) actual or alleged defect in the services or in the design, manufacture, or material of he goods; (iii) actual or alleged breach of warranty; (iv) failure of Seller to deliver the goods or services on a timely basis; or (v) failure of the goods or services to meet the requirements of any applicable law and/or industry standard.

    b. In the event of a claim under this paragraph, Buyer may at its option terminate this order or defer acceptance of the balance of the goods or services ordered un il the claim is resolved. If Buyer is enjoined from use of the goods, Seller shall at Buyer's option, ei her procure for Buyer the right to continue using the goods, replace the,goods with substan ially equivalent goods, modify the goods so as to be usable by Buyer, or repurchase the goods at the price set forth in this order. This Paragraph 9 shall not be construed to indemnify Buyer for any loss to the extent it is attributable to Buyer's design, specification, or negligence.

10. INSURANCE: Seller shall obtain and keep in force for three years after the last delivery under this order general comprehensive liability insurance covering each occurrence of bodily injury and property damage in the amount of not less than $1 Million Dollars (or any other amount Buyer may indicate in this order) combined single limit. If requested, Seller shall furnish Buyer with a certificate evidencing the required insurance.

11. BUYER-FURNISHED MATERIAL: Seller shall not use, reproduce, or appropriate for or disclose to anyone other than Buyer, any material, tooling, dies, drawings, designs, or other property or information furnished by Buyer ("Material") without Buyer' prior written approval. Title to all Material shall remain in Buyer at all times, and where practicable the Material shall be clearly marked or tagged to indicate this ownership. Seller shall bear the risk of loss or damage to the Material until it is returned to Buyer. All Material, whether or not spoiled or used, shall be returned to Buyer at termination or completion of this order unless Buyer shall otherwise direct.

12. REFERENCES TO BUYER: Except to the extent required by law, Seller shall make no reference, advertisement, or promotion regarding Buyer or Buyer's purchase or use of the goods or services covered by this order without the prior written consent of Buyer.

13. USE OF SELLER'S INFORMATION: All information disclosed to Buyer in connection with this order is furnished as part of he considera ion for Buyer's placement of this order. This informa ion in not to be treated as confidential or proprietary, and no claim will be asserted against Buyer, its assigns, or customers, for its disclosure or use.

14. TERMINATION:

    a. Buyer may terminate this order, in whole or in part, without liability: (i) if Buyer anticipated Seller' breach of this order and Seller does not provide adequate assurance of its performance within ten (10) days of Buyer's request; (ii) if deliveries are not made at the time or in the quantities specified; or (iii) in the event of a breach or failure by Seller to meet o her terms of this order. This right shall be in addition to any other remedies provided Buyer by law.

    b. Buyer may terminate this order, in whole or in part, at any time for its convenience by notice to Seller in writing. Seller's sole compensation for such termination shall be payment by Buyer of the percentage of the total order price corresponding to the propor ion of work completed in filling the order prior to such notice, plus any reasonable expenses incurred by Seller in terminating orders and work in progress. Such termination claim must be submitted to Buyer within sixty (60) days of the date of termina ion and shall be subject to audit by Buyer.

    c. Upon any termination under this paragraph, title to all equipment, materials, work-in-progress, finished products, plans, drawings, specifications, information, special tooling, and any other items for which Seller may submit a claim shall vest in Buyer, and Seller shall promptly deliver hese items to Buyer and take all necessary action to protect such property prior to such delivery.

    d. Termination will not release the party that terminates from any liability which at the time of termination had already accrued to the non-terminating party. Furthermore, any such termination will be without prejudice to any rights or remedies any party may have arising out of any breach of any material representation, warranty, covenant or condition by any other party hereto.

15. SETOFF: Any counterclaim against Seller or any of its related entities by Buyer or any of its related entities which arise out of this or any other transac ion may be set off against any money due Seller under this order.

16. ENTIRE AGREEMENT; ASSIGNMENT; SUBCONTRACTING: These terms and conditions and the attached order constitute the complete agreement between the parties and supersede all prior or contemporaneous agreements or understandings, written or oral, concerning the subject matter hereof, which agreements or understandings will be of no force or effect for any purpose. Seller shall not assign this order or subcontract any material portion of the performance of it without Buyer's prior written consent.

17. CONTROLLING LAW: This order and the performance under it shall be controlled and governed by the law of the state shown in Buyer's address on the face of this order, and Seller hereby submits to the jurisdiction of the courts of that state for purposes of resolving any dispute.



Carr. 176 Km 1.3, Cupey Bajo,
San Juan, PR 00926
Telephone: 787-759-9999

**Purchase Order/Orden de Compra**

**PO Num: 4700063337**

*[Please include this number in all invoices, packing lists, and shipping documents]*

| | | | |
|---|---|---|---|
| **Vendor/Suplidor:** 2010803<br>DACAS CORP<br>NW 30TH 8240<br>TERRACE DORAL US, 33122<br>Ph/Fax: 786-773-2212 / 000-000-0000<br>Email: USA@DACAS.COM | **Deliver to/Entregar en:**<br>EVERTEC<br>622-FACILITY & WHSE CUPEY CENTER<br>CARRETERA 176 KM 1.3, EDIF. D<br>RIO PIEDRAS PR 00926 | **Bill to/Facturar a:**<br>Evertec Group, LLC<br>PO BOX 364527<br>San Juan PR 00936-4527<br>Email: evertec-payables@evertecinc.com | **PO Status:** Approved,Revised<br>**PO Type:** PINC Pur Order<br>**Date:** 03/06/2020<br>**Page:** 1 of 3 |

| | |
|---|---|
| **Payment terms/Términos de pago:** Net due in 60 days | **Freight terms/Términos de embarque:** FOB,DESTINATION |

| | |
|---|---|
| **Header Notes/Notas:** PO 4700063337 Vendor 2010803 DACAS CORP SO 12477 Autoridad de Edificios Publicos JULIO PASCUAL | **Buyer/Comprador:** ELVIN SERRANO<br>**Ph/Fax:** 787-759-9999 / 787-281-5251<br>**Email:** elserrano@evertecinc.com |

| Line | Part No. Manufacturer<br>Número Manufacturero | Item Description<br>Descripción | U/M | Quantity<br>Cantidad | Due Date<br>Fecha de Entrega | Unit Price USD<br>Precio Unidad | Total USD |
|---|---|---|---|---|---|---|---|
| 010 | | SKUQID1922872-1 FortiGate-100E 1 Year bu<br>Requisitioner: | EA | 1.000 | 04/07/2020 | | |
| 020 | | FG-400E-BDL-950-12 Hardware plus 24x7 FC<br>Requisitioner: | EA | 1.000 | 04/07/2020 | | |

| | | | | | Page / | Sub-Total | $ |
|---|---|---|---|---|---|---|---|
| "All invoices must include corresponding tax, if applicable." | | | | | Página | Tax / Imp. | $ |
| | | | | | | Total | $ |
| | | | | | Order / | Sub-Total | $ |
| "Toda factura deberá incluir los impuestos correspondientes, según aplique" | | | | | Orden | Tax / Imp. | $ |
| | | | | | | Total | $ |

1. AGREEMENT: This order is Buyer's offer to Seller and becomes a binding contract, subject to the terms hereof, when accepted by acknowledgement or commencement of performance by Seller. The delivery of any incidental goods or services relating to this order will also be subject these terms and condi ions. Buyer objects to all additions, exceptions, or changes to these terms, whether contained in any printed form of Seller or elsewhere, unless approved by Buyer in writing. To the extent there are any inconsistencies between these terms and those written on he face of this order, the latter will control.

2. PRICE; PAYMENTS: Unless otherwise specified, the prices stated on the front of this order include all charges for transportation to point of delivery and taxes. Expenses related to packing, boxing, crating or storage will be Seller's responsibility, unless agreed to otherwise by Buyer. Sales and use taxes not subject to exemption shall be stated separately in Seller' invoice. Seller warrants that the prices quoted in this order are no greater than those currently charged any other buyer for similar quantities of goods or services. Any price reduction extended to others by Seller prior to delivery shall also be extended to Buyer. If Seller invoices Buyer separately for the goods and services pertaining to this order, Seller agrees to send the invoice to Buyer within ninety (90) days following he issuance of this order. Buyer will not honor or otherwise pay any invoice issued later than six (6) months following the delivery of the corresponding goods or services.

3. CHANGES; QUANTITY: Buyer may at any time make changes in the scope or quantity of the goods or services covered by this order in other terms hereof, in which event an equitable adjustment will be made to any price, time of performance, and other provisions of this order if appropriate. Claims for such an adjustment must be made within fifteen (15) days from the date of receipt by Seller of notice of he change. Substitutions or changes in quanti ies or specifications by Seller shall not be made without Buyer's prior written approval. No substitution or modification of any goods, component parts, tooling, sources of raw materials, processes, or manufacturing sites may be made without Buyer's prior written consent. Buyer reserves the right to reject any quantity of goods in excess of the quantity requested by Buyer or, in he alternative, pay a reduced price for such excess. If the quantity delivered is less than the quantity originally requested, Buyer will pay same per unit price for the quantity received as for the remainder, once delivered to Buyer.

4. WARRANTY:

    a. Seller expressly warrants that the goods or services ordered (i) shall be merchantable; (ii) shall conform to this order, to specifications, drawings, and other descriptions referenced in this order, and to any accepted samples; (iii) shall be free from defects in materials and workmanship; (iv) shall be free from defects in design unless the design was supplied by Buyer; (v) shall be of the quality, size and dimensions ordered; (vi) and shall be fit and safe for the intended purposes.

    b. Seller expressly warrants that it has clear title to the goods and that the goods and services shall be delivered free of liens or encumbrances.

    c. Seller warrants that that Seller will not deliver or offer payments, gifts, goods or favors to any of Buyer's employees in exchange for information or preferential treatment.

    d. All these warranties and other warranties as may be prescribed by law shall extend to Buyer, its successors, assigns, and customers and to users of he goods or services and shall run through any expiration date stated on the goods, or, if no expira ion date is stated, then for a period of one (1) year after delivery. Claims under these warran ies must be made wi hin the applicable period prescribed by statute.

5. INSPECTION; TESTING: Goods purchased under this order are subject to Buyer's reasonable inspection, testing, and approval at Buyer's destination, which Buyer agrees to perform within a period of thirty (30) days following delivery. Buyer reserves the right to reject and refuse acceptance of goods which are not in accordance with this order or Seller's representation or warranties, expressed or implied. Buyer will charge Seller for the cost of inspecting rejected goods. Rejected goods may be returned to Seller, or held by Buyer, at Seller' risk and expense. Payment for any goods under this order shall not be deemed acceptance of the goods. If, following payment, Buyer rejects or refuses acceptance as contemplated in this section, Seller agrees to refund any monies paid by Buyer for said rejected goods.

6. RECALL: In the event that a recall of the goods is necessitated by a defect, a failure to conform to the specifications, applicable laws, or any other reason within the Seller's control, Seller shall bear all costs and expenses of such recall, including without limitation, costs of notifying customers, customer refunds, costs of returning goods, lost profits, and other expenses incurred to meet obligations to third parties.

7. COMPLIANCE; EQUAL OPPORTUNITY: In filling this order, Seller will comply with all applicable federal, state, and local laws. Furthermore, Seller expressly agrees to comply with all the affirmative action and non-discrimination provisions against employees or applicants for employment established in 41 C.F.R. 60-1 (prohibiting discrimination because of race, sex, color, religion and national origin), 41 C.F.R. Part 60-250 (prohibiting discrimination against special disabled veterans), 41 C.F.R. Part 60-300 (prohibiting discrimination against veterans) and 41 C.F.R. Part 60-741 (prohibiting discrimination against qualified individuals with disabilities), which are hereby incorporated by reference, as well as with other regulations, Executive Order, or statute that may apply.

**This contractor and subcontractor shall abide by the requirements of 41 CRF 60-300.5(a). This regulation prohibits discrimination against qualified protected veterans, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified protected veterans.**

**This contractor and subcontractor shall abide by the requirements of 41 CFR 60-741.5(a). This regulation prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by covered prime contractors and subcontractors to employ and advance in employment qualified individuals with disabilities.**

8. DELIVERY; SCHEDULES; RISK OF LOSS: Unless indicated otherwise in the order, all shipments will be F.O.B. Buyer's Facilities. Shipment will be charged to Buyer at cost and Buyer reserves the right to request evidence of such charges. Shipment or delivery of goods shall be in accordance with the schedule specified in this order. If Seller does not, or it appears that Seller will not, meet such schedule, Buyer may, in addition to any other rights or remedies provided by law or this order, require that Seller ship the goods via expedited routing to meet the schedule or to recover the time lost and Seller shall pay the difference in shipping costs. Seller shall bear the risk of loss or damage to the goods covered by his order until they are delivered to and accepted by Buyer.

9. INDEMNIFICATION:

    a. Seller shall defend, indemnify and hold Buyer, its successors, assigns, employees, customers, and users of the goods or services harmless with respect to all claims ,liability, damage, loss, and expenses, including attorney's fees, incurred relating to or caused by: (i) actual or alleged patent, copyright, or trademark infringement or violation of other proprietary right, arising out of the purchase, sale, or use of the goods or services covered by this order; (ii) actual or alleged defect in the services or in the design, manufacture, or material of the goods; (iii) actual or alleged breach of warranty; (iv) failure of Seller to deliver the goods or services on a timely basis; or (v) failure of the goods or services to meet the requirements of any applicable law and/or industry standard.

    b. In the event of a claim under this paragraph, Buyer may at its option terminate this order or defer acceptance of the balance of the goods or services ordered until the claim is resolved. If Buyer is enjoined from use of the goods, Seller shall at Buyer's option, either procure for Buyer the right to continue using he goods, replace the,goods with substantially equivalent goods, modify the goods so as to be usable by Buyer, or repurchase he goods at the price set forth in this order. This Paragraph 9 shall not be construed to indemnify Buyer for any loss to the extent it is attributable to Buyer's design, specification, or negligence.

10. INSURANCE: Seller shall obtain and keep in force for three years after the last delivery under this Order general comprehensive liability insurance covering each occurrence of bodily injury and property damage in the amount of not less than $1 Million Dollars (or any other amount Buyer may indicate in this order) combined single limit. If requested, Seller shall furnish Buyer with a certificate evidencing the required insurance.

11. BUYER-FURNISHED MATERIAL: Seller shall not use, reproduce, or appropriate for or disclose to anyone other than Buyer, any material, tooling, dies, drawings, designs, or other property or information furnished by Buyer ("Material") without Buyer' prior written approval. Title to all Material shall remain in Buyer at all times, and where practicable the Material shall be clearly marked or tagged to indicate this ownership. Seller shall bear the risk of loss or damage to the Material until it is returned to Buyer. All Material, whether or not spoiled or used, shall be returned to Buyer at termination or completion of this order unless Buyer shall otherwise direct.

12. REFERENCES TO BUYER: Except to the extent required by law, Seller shall make no reference, advertisement, or promo ion regarding Buyer or Buyer's purchase or use of the goods or services covered by this order without the prior written consent of Buyer.

13. USE OF SELLER'S INFORMATION: All information disclosed to Buyer in connection with this order is furnished as part of the consideration for Buyer's placement of his order. This informa ion in not to be treated as confidential or proprietary, and no claim will be asserted against Buyer, its assigns, or customers, for its disclosure or use.

14. TERMINATION:

   a. Buyer may terminate this order, in whole or in part, without liability: (i) if Buyer anticipated Seller' breach of this order and Seller does not provide adequate assurance of its performance within ten (10) days of Buyer's request; (ii) if deliveries are not made at the time or in the quantities specified; or (iii) in the event of a breach or failure by Seller to meet o her terms of this order. This right shall be in addition to any other remedies provided Buyer by law.

   b. Buyer may terminate this order, in whole or in part, at any time for its convenience by no ice to Seller in wri ing. Seller's sole compensation for such termination shall be payment by Buyer of the percentage of the total order price corresponding to the proportion of work completed in filling the order prior to such notice, plus any reasonable expenses incurred by Seller in terminating orders and work in progress. Such termination claim must be submitted to Buyer within sixty (60) days of the date of termination and shall be subject to audit by Buyer.

   c. Upon any termination under this paragraph, title to all equipment, materials, work-in-progress, finished products, plans, drawings, specifications, information, special tooling, and any other items for which Seller may submit a claim shall vest in Buyer, and Seller shall promptly deliver these items to Buyer and take all necessary action to protect such property prior to such delivery.

   d. Termination will not release the party that terminates from any liability which at he time of termination had already accrued to the non-terminating party. Furthermore, any such termination will be without prejudice to any rights or remedies any party may have arising out of any breach of any material representation, warranty, covenant or condition by any other party hereto.

15. SETOFF: Any counterclaim against Seller or any of its related entities by Buyer or any of its related entities which arise out of his or any other transaction may be set off against any money due Seller under this order.

16. ENTIRE AGREEMENT; ASSIGNMENT; SUBCONTRACTING: These terms and conditions and the attached order constitute the complete agreement between the parties and supersede all prior or contemporaneous agreements or understandings, written or oral, concerning the subject matter hereof, which agreements or understandings will be of no force or effect for any purpose. Seller shall not assign this order or subcontract any material portion of the performance of it without Buyer's prior written consent.

17. CONTROLLING LAW: This order and the performance under it shall be controlled and governed by the law of the state shown in Buyer's address on he face of this order, and Seller hereby submits to the jurisdiction of the courts of that state for purposes of resolving any dispute.

**DACAS Corp.**
8240 NW 30th Terrace Unit 20
Doral Florida 33122
USA

**INVOICE**



Invoice : INV00009473
Date : 19/03/2020
Page : 1/1

| BILL TO | SHIP TO |
|---|---|
| **Evertec Group LLC**<br>Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com | **Evertec Group LLC**<br> Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com |

| Purchase Order Nro | Customer ID | Sales Person | Shipping Method | Payment Terms |
|---|---|---|---|---|
| 4700063336 | 8971 | Francisco Perez | | Net - 60 |

| Qty | Part # | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 3 | 388048<br>HTS CODE:8517.62.0020 | R330 MID RANGE SERVER ASBCE<br>ECCN:5A002                    COO: | ▇ | ▇ |
| 6 | 405362641<br>HTS CODE:8544.42.9090 | POWER CORD USA<br>ECCN:EAR99                    COO: | ▇ | ▇ |
| 3 | 700514239<br>HTS CODE:8523.49.2020 | ASBCE R8.x SYSTEM SOFTWARE DVD<br>ECCN:5D002                    COO: | ▇ | ▇ |
| 2 | 700514099<br>HTS CODE:8471.50.0150 | ACP 130 DELL R640 SERVER PROFILE 4 WITH VMS BUNDLE<br>ECCN:5A992                    COO: | ▇ | ▇ |
| 15 | 700513985<br>HTS CODE:8523.51.0000 | APPLIANCE VIRTUAL PLATFORM R8 MEDIA KIT<br>ECCN:5D992                    COO: | ▇ | ▇ |
| 15 | 700508955<br>HTS CODE:8517.62.0090 | S8300E SERVER - NON GSA<br>ECCN:5A992                    COO: | ▇ | ▇ |
| 4 | 405362641<br>HTS CODE:8544.42.9090 | POWER CORD USA<br>ECCN:EAR99                    COO: | ▇ | ▇ |

| | |
|---|---|
| **Subtotal : USD** | ▇ |
| **Insurance : USD** | ▇ |
| **Tax : USD** | ▇ |
| **Freight : USD** | ▇ |
| **Total : USD** | ▇ |

**Incoterms :**
**Bank Details :**
Bank of America
ACCT: 005565689932
SWIFT: BOFAUS3M
ABA (Bank transfer): 026009593
ABA (Direct Deposit/Automatic Payment): 063100277
Address for the shipment of checks: 8240 NW 30th Unit 20, Doral, FL 33122, USA.

DACAS Corp.
8240 NW 30th Terrace Unit 20
Doral Florida 33122
USA

# INVOICE



Invoice : INV000009479
Date : 19/03/2020
Page : 1/1

| BILL TO | SHIP TO |
|---|---|
| **Evertec Group LLC**<br>Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras  - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com | **Evertec Group LLC**<br> Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras  - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com |

| Purchase Order Nro | Customer ID | Sales Person | Shipping Method | Payment Terms |
|---|---|---|---|---|
| 4700063336 | 8971 | Francisco Perez | | Net - 60 |

| Qty | Part # | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1877 | 397092 | AURA R8 CORE SUITE UPGRADE/UPLIFT SOFTWARE LIC: NU;CU;SR | ▓ | ▓ |
| 184 | 397109 | AURA R8 ANALOG UPGRADE LIC: NU | ▓ | ▓ |
| 1 | 397941 | SESSION MANAGER R8 SYSTEM LIC:DS;NU;SR | ▓ | ▓ |
| 15 | 397945 | SM BRANCH SESSION MANAGER (BSM) R8 SYSTEM LICENSE LIC:DS;NU;SR | ▓ | ▓ |
| 15 | 381276 | Avaya - APP VRTL PLTFRM R7 SNGL CPU EMBD ENABLE | ▓ | ▓ |
| 184 | 344223 | SA PREFER SUPT AURA R8 ANALOG 3YR AN PREPD | ▓ | ▓ |
| 1877 | 344279 | SA PREFER SUPT AURA R8 CORE SUITE 3YR AN PREPD | ▓ | ▓ |
| 2 | 346231 | SA PREFER SUPT ASP VM R4 STANDARD SOFTWARE 3YR AN PREPD | ▓ | ▓ |
| 6 | 230200 | SA PARTS NBD SUPT CM LARGE GATEWAY 3YR AN PREPD | ▓ | ▓ |
| 2 | 255829 | SA PARTS NBD SUPT APPL MEDIUM SRV R2-D 3YR AN PREPD | ▓ | ▓ |
| 3 | 255829 | SA PARTS NBD SUPT APPL MEDIUM SRV R2-D 3YR AN PREPD | ▓ | ▓ |
| 15 | 293650 | SA PREFER SUPT AAVP R7 SINGLE CPU EMBD SRV 3YR AN PREPD | ▓ | ▓ |
| 15 | 230020 | SA PARTS NBD SUPT CM SMALL SERVER 3YR AN PREPD | ▓ | ▓ |
| 15 | 230170 | SA PARTS NBD SUPT CM MEDIUM GATEWAY 3YR AN PREPD | ▓ | ▓ |

| | |
|---|---|
| **Subtotal : USD** | ▓ |
| **Insurance : USD** | ▓ |
| **Tax : USD** | ▓ |
| **Freight : USD** | ▓ |
| **Total : USD** | ▓ |

**Incoterms :**
**Bank Details :**
Bank of America
ACCT: 005565689932
SWIFT: BOFAUS3M
ABA (Bank transfer): 026009593
ABA (Direct Deposit/Automatic Payment): 063100277
Address for the shipment of checks: 8240 NW 30th Unit 20, Doral, FL 33122, USA.

**DACAS Corp.**
7884NW 46Th St.
Doral Florida 33166
USA

# INVOICE



Invoice : INV00012457
Date : 24/03/2021
Page : 1/1

| BILL TO | SHIP TO |
|---|---|
| **Evertec Group LLC**<br>Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras  - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com | **Evertec Group LLC**<br> Carr. 176 K.m. 1.3 - Cupey Bajo<br>Rio Piedras  - San Juan<br>Puerto Rico<br>At:<br>Phone: 787-759-9999<br>Email: jjmartinez@evertecinc.com |

| Purchase Order Nro | Customer ID | Sales Person | Shipping Method | Payment Terms |
|---|---|---|---|---|
| 4700063336 | 8971 | Francisco Perez | | Net - 60 |

| Qty | Part # | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 184 | 344223 | SA PREFER SUPT AURA R8 ANALOG 3YR AN PREPD | ▬ | ▬ |
| 1877 | 344279 | SA PREFER SUPT AURA R8 CORE SUITE 3YR AN PREPD | ▬ | ▬ |
| 2 | 346231 | SA PREFER SUPT ASP VM R4 STANDARD SOFTWARE 3YR AN PREPD | ▬ | ▬ |
| 6 | 230200 | SA PARTS NBD SUPT CM LARGE GATEWAY 3YR AN PREPD | ▬ | ▬ |
| 2 | 255829 | SA PARTS NBD SUPT APPL MEDIUM SRV R2-D 3YR AN PREPD | ▬ | ▬ |
| 3 | 255829 | SA PARTS NBD SUPT APPL MEDIUM SRV R2-D 3YR AN PREPD | ▬ | ▬ |
| 15 | 293650 | SA PREFER SUPT AAVP R7 SINGLE CPU EMBD SRV 3YR AN PREPD | ▬ | ▬ |
| 15 | 230020 | SA PARTS NBD SUPT CM SMALL SERVER 3YR AN PREPD | ▬ | ▬ |
| 15 | 230170 | SA PARTS NBD SUPT CM MEDIUM GATEWAY 3YR AN PREPD | ▬ | ▬ |

| | |
|---|---|
| **Subtotal : USD** | ▬ |
| **Insurance : USD** | ▬ |
| **Tax : USD** | ▬ |
| **Freight : USD** | ▬ |
| **Total : USD** | ▬ |

**Incoterms :**
**Bank Details :**
Bank of America
ACCT: 005565689932
SWIFT: BOFAUS3M
ABA (Bank transfer): 026009593
ABA (Direct Deposit/Automatic Payment): 063100277
Address for the shipment of checks: 7884NW 46Th St., Doral, FL 33166, USA.