## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) **PROMESA** <br> ) **Title III** <br> ) <br> **THE FINANCIAL OVERSIGHT AND** ) **No. 17 BK 3283-LTS** <br> **MANAGEMENT BOARD FOR PUERTO RICO,** ) <br> ) **(Jointly Administered)** <br> ) <br> As a representative of ) <br> ) <br> **THE COMMONWEALTH OF PUERTO RICO** ) **Re:** ECF No**. 24383** <br> ***et al.,*** ) <br> ) <br> **Debtors.**[1] ) <br> ) |

## NOTICE OF SUBMISSION OF REVISED OMNIBUS FEE ORDER FOR THE SEVENTEENTH INTERIM (OCTOBER 1, 2022 – JANUARY 31, 2023) AND PRIOR COMPENSATION PERIODS AND FOR THE FINAL FEE PERIOD

The Fee Examiner respectfully files this revised proposed order (the "**Revised Proposed Order**"), attached hereto as **Attachment One**, addressing the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023 Omnibus Hearing* [Dkt. No. 24383] (the "**Report**").

1.      On May 31, 2023, the Fee Examiner filed the Report with an attached proposed order.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747 ) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to Software limitations).

2.      On June 5, 2023, the Court issued the *Order Concerning Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023 Omnibus Hearing* [Dkt. No. 24413].

3.      The Fee Examiner and counsel appeared in person at the June 8, 2023 omnibus hearing to address a question about the Report.

4.      In light of the discussion on the record at the June 8, 2023 omnibus hearing, the Fee Examiner now submits this Revised Proposed Order consistent with the Court's request at the hearing.

5.      Further, after filing the Report, one retained professional requested a re-allocation of agreed proposed deductions from its pending fee applications, listed at lines 6-a, 6-b, 9-a, 9-b, 12-a, and 12-b of Exhibit A to the Revised Proposed Order.  These changes do not alter the total amount of fees awarded to this professional, but they do reallocate the proposed fee award among the Commonwealth and PREPA.

6.      **Attachment Two** to this notice includes a redline showing revisions to the proposed order submitted with the Report and the Revised Proposed Order submitted herein.

7.      The Revised Proposed Order will be provided to chambers in MS Word format consistent with the case management procedures order.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 9th day of June, 2023.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Approved)

*Counsel for the Fee Examiner*

29463242.2

# Attachment One

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) )  **PROMESA** |
| | ) **Title III** |
| **THE FINANCIAL OVERSIGHT AND** | ) |
| **MANAGEMENT BOARD FOR PUERTO RICO,** | ) **No. 17 BK 3283-LTS** |
| | ) |
| As a representative of | ) **(Jointly Administered)** |
| | ) |
| **THE COMMONWEALTH OF PUERTO RICO** | ) **Re:** ECF Dkt. Nos. 8014, 8016, 9215, 9538, |
| *et al.,* | ) 9539, 12401, 13600, 14031, 14041, 14924, |
| | ) 15472, 15553, 15554, 15577, 16945, 18095, |
| **Debtors.**[1] | ) 19494, 19805, 21898, 21935, 21936, 22153, |
| | ) 22697, 22700, 22859, 23201, 23388, 23494, |
| | ) 23659, 23789, 23797, 23803, 23808, 23810, |
| | ) 23811, 23812, 23813, 23817, 23818, 23904, |
| | ) 24200, 24211 |
| | ) |
| | ) **Case No. 17-3567** Dkt. No. 1474 |
| | ) |
| | ) **Case No. 17-4780** Dkt. Nos. 1977, 2343, |
| | ) 2377, 2929, 2952, 3081, 3083, 3331, 3333, |
| | ) 3335, 3341 |

## OMNIBUS ORDER AWARDING: (I.) INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE SEVENTEENTH INTERIM (OCTOBER 1, 2022 – JANUARY 31, 2023) AND PRIOR COMPENSATION PERIODS; (II.) FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD FOR CERTAIN PROFESSIONALS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter coming before the Court on the interim fee applications (together Docket Entry Nos. 8014, 8016, 9215, 9538, 9539, 12401, 13600, 14031, 14041, 14924, 15472, 15553, 15554, 15577, 16945, 18095, 19494, 19805, 21898, 21935, 21936, 22153, 22697, 22700, 22859, 23201, 23388, 23494, 23659, 23789, 23797, 23803, 23808, 23810, 23811, 23812, 23813, 23817, 23818, 23904, 24200, 24211 [Case No. 17-3283], 1474 [Case No. 17-3567], 1977, 2343, 2377, 2929, 2952, 3081, 3083, 3331, 3333, 3335, 3341 [Case No. 17-4780], the ("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A** and **Exhibit B**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85 (2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees, including all holdbacks and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the *Third Amended Order Setting Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Interim Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**");

and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the Applications [*see* Dkt. No. 24383]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the Applications having been afforded the opportunity to be heard on the Applications;

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis as set forth on the attached **Exhibit A**.

2.      Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Periods and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Periods, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively, for services rendered and expenses incurred during the Compensation Periods.

4.      The Applications listed on the attached **Exhibit B** are GRANTED on a final basis. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are

hereby authorized and directed to pay the Applicants listed on **Exhibit B** 100 percent of the fees

and 100 percent of the expenses listed under the columns "Final Fees Recommended for

Approval" and "Final Expenses Recommended for Approval."

5.     Pursuant to the Fee Examiner's report, the interim fee applications listed on

**Exhibit C** and the final applications listed on **Exhibit D** of the report Docket Entry Nos. 640

[Case No. 17-3284], 1357, 1358, 1393, 1408 [Case No. 17-3566], 1479, 1482 [Case No. 17-

3567], 2650, 2891, 2915, 2916, 3054, 3196, 3320, 3338, 3339, 3342, 3351, 3368, 3387, 3403

[Case No. 17-4780], 17831, 18168, 19189, 19634, 21453, 21497, 21499, 21501, 21718, 21719,

22693, 22967, 22969, 22971, 23125, 23127, 23129, 23202, 23497, 23688, 23689, 23746, 23806,

23807, 23814, 23816, 23819, 23820, 23843, 23907, 23997, 24023 [Case No. 17-3283], 324, 348,

359 [Case No. 19-5523] remain adjourned for consideration at a later hearing date.

6.     This Order resolves Docket Entry Nos. 8014, 8016, 9215, 9538, 9539, 12401,

13600, 14031, 14041, 14924, 15472, 15553, 15554, 15577, 16945, 18095, 19494, 19805, 21898,

21935, 21936, 22153, 22697, 22700, 22859, 23201, 23388, 23494, 23659, 23789, 23797, 23803,

23808, 23810, 23811, 23812, 23813, 23817, 23818, 23904, 24200, 24211 [Case No. 17-3283],

1474 [Case No. 17-3567], 1977, 2343, 2377, 2929, 2952, 3081, 3083, 3331, 3333, 3335, 3341

[Case No. 17-4780].

SO ORDERED.

Dated:  June ____, 2023

_____
LAURA TAYLOR SWAIN
United States District Judge

29441816.2

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Sixth Interim Fee Period (February 1, 2019 - May 31, 2019)** | | | | | | | | |
| | *Counsel to FOMB* | | | | | | | | |
| 1 | **Gierbolini & Carroll Law Offices, PSC [Dkt. No. 8016]** | 2/1/2019 - 5/31/2019 | $ 19,504.00 | $ - | $ 520.00 | $ - | | $ 19,504.00 | $ 520.00 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 2 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1/2019 - 5/31/2019 | $ 371,931.00 | $ 6,000.00 | $ - | $ - | | $ 365,931.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | **PJT Partners LP [Dkt. No. 8014]** | 2/1/2019 - 5/31/2019 | $ 5,000,000.00 | $ - | $ 333.16 | $ 333.16 | FN1 | $ 5,000,000.00 | $ - |
| | **Seventh Interim Fee Period (June 1, 2019 - September 30, 2019)** | | | | | | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 4 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1/2019 - 9/30/2019 | $ 80,805.00 | $ 6,000.00 | $ - | $ - | | $ 74,805.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 5 | **PJT Partners LP [Dkt. No. 9215]** | 6/1/2019 - 9/30/2019 | $ 5,000,000.00 | $ - | $ 6,980.89 | $ 6,980.89 | FN1 | $ 5,000,000.00 | $ - |
| | **Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)** | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 6-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | $ 157,017.25 | $ 226,836.98 | $ 24,574.08 | | $ 4,411,293.95 | $ 202,262.90 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 6-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | $ 28,799.29 | $ 170,218.54 | $ 1,773.52 | | $ 2,100,589.71 | $ 168,445.02 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 7 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | $ 6,000.00 | $ - | $ - | | $ 74,352.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 8 | **PJT Partners LP [Dkt. No. 12401]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | $ - | $ 19,449.79 | $ 19,449.79 | FN1 | $ 5,000,000.00 | $ - |
| | **Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)** | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 9-a | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1/2020 - 5/31/2020 | $ 4,634,422.41 | $ 202,696.04 | $ 62,803.01 | $ 5,855.57 | | $ 4,431,726.37 | $ 56,947.44 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 9-b | **Ankura Consulting Group, LLC [Dkt. No. 15472 and 17-4780 Dkt. No. 2343]** | 2/1/2020 - 5/31/2020 | $ 2,151,665.50 | $ 20,759.72 | $ 50,582.41 | $ 184.21 | | $ 2,130,905.78 | $ 50,398.20 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 10 | **Nixon Peabody LLP [Dkt. No. 15553]** | 2/1/2020 - 5/31/2020 | $ 145,126.50 | $ 6,000.00 | $ - | $ - | | $ 139,126.50 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 11 | **PJT Partners LP [Dkt. No. 14041]** | 2/1/2020 - 5/31/2020 | $ 5,000,000.00 | $ - | $ 30,021.86 | $ 30,021.86 | FN1 | $ 5,000,000.00 | $ - |
| | **Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)** | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 12-a | **Ankura Consulting Group, LLC [Dkt. No. 18095]** | 6/1/2020 - 9/30/2020 | $ 5,079,515.26 | $ 150,733.56 | $ - | $ - | | $ 4,928,781.70 | $ - |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 12-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 2377]** | 6/1/2020 - 9/30/2020 | $ 2,119,759.50 | $ 77,477.77 | $ - | $ - | | $ 2,042,281.73 | $ - |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 13 | **Nixon Peabody LLP [Dkt. No. 15554]** | 6/1/2020 - 9/30/2020 | $ 350,033.00 | $ 6,000.00 | $ - | $ - | | $ 344,033.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 14 | **PJT Partners LP [Dkt. No. 15577]** | 6/1/2020 - 9/30/2020 | $ 5,000,000.00 | $ - | $ 2,426.81 | $ 2,426.81 | FN1 | $ 5,000,000.00 | $ - |
| | **Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)** | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 15 | **PJT Partners LP [Dkt. No. 16945]** | 10/1/2020 - 1/31/2021 | $ 5,000,000.00 | $ - | $ - | $ - | | $ 5,000,000.00 | $ - |

as of 6/9/2023

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 16 | PJT Partners LP [Dkt. No. 19494] | 2/1/2021 - 5/31/2021 | $ 5,000,000.00 | $ - | $ 3,843.43 | $ 3,843.43 | FN1 | $ 5,000,000.00 | $ - |
| | *Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)* | | | | | | | | |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 17 | PJT Partners LP [Dkt. No. 19805] | 6/1/2021 - 9/30/2021 | $ 5,000,000.00 | $ - | $ - | $ - | FN1 | $ 5,000,000.00 | $ - |
| | *Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | | |
| | Financial Advisor to the FOMB | | | | | | | | |
| 18 | Ernst & Young LLP [Dkt. No. 21936] | 10/1/2021 - 1/31/2022 | $ 10,926,263.15 | $ 125,724.86 | $ 42,630.73 | $ 16,652.07 | | $ 10,800,538.29 | $ 25,978.66 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 19 | PJT Partners LP [Dkt. No. 21936] | 10/1/2021 - 1/31/2022 | $ 5,000,000.00 | $ - | $ 3,989.43 | $ 3,989.43 | FN1 | $ 5,000,000.00 | $ - |
| | *Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)* | | | | | | | | |
| | Puerto Rico Counsel for PREPA | | | | | | | | |
| 20 | Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 21898 and 17-4780 Dkt. No. 2929] | 10/1/2021 - 5/31/2022 | $ 4,453,997.50 | $ 62,470.20 | $ 35,807.43 | $ 979.75 | FN2 | $ 4,391,527.30 | $ 34,827.68 |
| | Financial Advisor to the FOMB | | | | | | | | |
| 21 | Ernst & Young LLP [Dkt. No. 21935] | 2/1/2022 - 3/15/2022 | $ 3,639,293.65 | $ 41,876.14 | $ 40,313.49 | $ 15,746.93 | | $ 3,597,417.51 | $ 24,566.56 |
| | Financial Advisor for the Mediation Team - PREPA | | | | | | | | |
| 22 | Moelis & Company LLC [Dkt. No. 22153 and 17-4780 Dkt. No. 2952] | 4/15/2022 - 5/31/2022 | $ 375,000.00 | $ - | $ 24,450.69 | $ - | | $ 375,000.00 | $ 24,450.69 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 23 | PJT Partners LP [Dkt. No. 22700] | 2/1/2022 - 5/31/2022 | $ 5,000,000.00 | $ - | $ 2,153.71 | $ 2,153.71 | FN1 | $ 5,000,000.00 | $ - |
| | *Sixteenth Interim Fee Period (June 1, 2022 - September 30, 2022)* | | | | | | | | |
| | Claims Counsel to the FOMB acting through Special Claims Committee - PREPA | | | | | | | | |
| 24 | Brown Rudnick LLP [17-4780 Dkt. No. 3083] | 6/1/2022 - 9/30/2022 | $ 138,069.00 | $ 13,239.70 | $ 1,343.36 | $ 1,030.64 | | $ 124,829.30 | $ 312.72 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 25-a | Citigroup Global Markets Inc. [Dkt. No. 23201] | 6/1/2022 - 9/30/2022 | $ 5,115,000.00 | $ - | $ 7,718.40 | $ - | | $ 5,115,000.00 | $ 7,718.40 |
| | Counsel to FOMB | | | | | | | | |
| 26 | Gierbolini & Carroll Law Offices, PSC [Dkt. No. 24211] | 5/1/2022 - 6/30/2022 | $ 3,192.00 | $ - | $ - | $ - | | $ 3,192.00 | $ - |
| | Financial Advisor for the Mediation Team - PREPA | | | | | | | | |
| 27 | Moelis & Company LLC [Dkt. No. 22859 and 17-4780 Dkt. No. 3081] | 6/1/2022 - 9/30/2022 | $ 750,000.00 | $ - | $ 17,939.94 | $ - | | $ 750,000.00 | $ 17,939.94 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 28 | PJT Partners LP [Dkt. No. 23388] | 6/1/2022 - 9/30/2022 | $ 5,000,000.00 | $ - | $ 1,477.46 | $ 1,477.46 | FN1 | $ 5,000,000.00 | $ - |
| | *Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)* | | | | | | | | |
| | Advisor to the FOMB - HTA | | | | | | | | |
| 29 | Alvarez & Marsal North America, LLC [Dkt. No. 23659 and 17-3567 Dkt. No. 1474] | 10/1/2022 - 12/6/2022 | $ 37,944.00 | $ - | $ - | $ - | | $ 37,944.00 | $ - |
| | Local Counsel for the Official Committee of Retired Employees | | | | | | | | |
| 30 | Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 23904] | 10/1/2022 - 1/31/2023 | $ 69,187.50 | $ - | $ - | $ - | | $ 69,187.50 | $ - |
| | Claims Counsel to the FOMB acting through Special Claims Committee - PREPA | | | | | | | | |
| 31 | Brown Rudnick LLP [17-4780 Dkt. No. 3331] | 10/1/2022 - 1/31/2023 | $ 40,817.00 | $ 5,592.80 | $ 43.70 | $ 38.70 | | $ 35,224.20 | $ 5.00 |
| | Local Conflicts Counsel to the FOMB - PREPA | | | | | | | | |
| 32 | Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 3333] | 10/1/2022 - 1/31/2023 | $ 3,420.00 | $ - | $ - | $ - | | $ 3,420.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Local Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 33 | **Casillas, Santiago & Torres, LLC [Dkt. No. 23817]** | 10/1/2022 - 1/31/2023 | $ 159,790.50 | $ - | $ 1,128.06 | $ - | | $ 159,790.50 | $ 1,128.06 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 34 | **Continental PLLC [Dkt. No. 23808]** | 10/1/2022 - 1/31/2023 | $ 143,951.20 | $ 4,135.88 | $ - | $ - | | $ 139,815.32 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 35 | **DGC a division of PKF O'Connor Davies, LLP [17-4780 Dkt. No. 3335]** | 10/1/2022 - 1/31/2023 | $ 21,825.00 | $ 712.50 | $ - | $ - | | $ 21,112.50 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 36 | **FTI Consulting, Inc. [Dkt. No. 23803]** | 10/1/2022 - 1/31/2023 | $ 18,532.50 | $ - | $ - | $ - | | $ 18,532.50 | $ - |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 37 | **Genovese Joblove & Battista, P.A. [Dkt. No. 23797]** | 8/1/2022 - 12/31/2022 | $ 17,259.20 | $ - | $ 2,069.08 | $ 205.60 FN3 | | $ 17,259.20 | $ 1,863.48 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 38 | **Kroma Advertising, Inc. [Dkt. No. 23810]** | 8/16/2022 - 12/15/2022 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 39 | **London Economics International LLC [Dkt. No. 23811]** | 10/1/2022 - 1/31/2023 | $ 134,115.00 | $ 1,852.50 | $ 2,507.95 | $ - | | $ 132,262.50 | $ 2,507.95 |
| | *Financial Advisor for the Mediation Team - PREPA* | | | | | | | | |
| 40 | **Moelis & Company LLC [Dkt. No. 23818 and 17-4780 Dkt. No. 3341]** | 10/1/2022 - 1/31/2023 | $ 600,000.00 | $ - | $ 7,408.53 | $ - | | $ 600,000.00 | $ 7,408.53 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 41 | **Paul Hastings LLP [Dkt. No. 23813]** | 10/1/2022 - 1/31/2023 | $ 1,828,675.28 | $ 84,185.73 | $ 17,118.43 | $ - FN4 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 42 | **PJT Partners LP [Dkt. No. 24200]** | 10/1/2022 - 11/30/2022 | $ 2,500,000.00 | $ - | $ 2,880.28 | $ 2,880.28 FN1 | | $ 2,500,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 43 | **Zolfo Cooper, LLC [Dkt. No. 23812]** | 10/1/2022 - 1/31/2023 | $ 304,511.00 | $ 247.86 | $ - | $ - FN5 | | $ 304,263.14 | $ - |

**FN 1** - PJT Partners LP expenses are recommended for interim disallowance without prejudice. The professional is compiling documentation to verify compliance with Oversight Board expense guidelines. The Fee Examiner will recommend expense allowances, with any necessary adjustments, in connection with the final fee application.

**FN 2** - The recommended fee adjustment includes $4,020.00 that was not supported by the data submitted by the professional.

**FN 3** - The application is titled as a final, however, the professional will be filing a separate final fee application to conform to the procedures set forth in the *Third Amended Compensation Order* [Dkt. No. 20546]. The fees and expenses in this application are recommended on an interim basis.

**FN 4** – The Fee Examiner recommends that, for the seventeenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $42,092.87, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,786,582.41 (i.e., $1,984,534.50 minus (a) the aforementioned credit of $42,092.87 and (b) minus credits of $155,859.22 for fee reductions pursuant to the orders approving Paul Hastings' Fourteenth, Fifteenth, and Sixteenth Interim Fee Applications).

**FN 5** - The Fee Examiner recommends that a portion of the foregoing stipulated fee reductions ($94.86) be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

**EXHIBIT B**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Consulting Services Provider to FOMB* | | | | | | | | |
| 1 | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 23789]** | 7/1/2017 - 3/15/2022 | $ 75,317,675.00 | $ - | $ - | $ - | | $ 75,317,675.00 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 2 | **Phoenix Management Services, LLC [Dkt. No. 23494]** | 8/4/2017 - 1/21/2022 | $ 2,935,747.69 | $ - | $ 84,283.34 | $ - | | $ 2,935,747.69 | $ 84,283.34 |

# Attachment Two

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | **PROMESA**<br>**Title III** |
| **THE FINANCIAL OVERSIGHT AND**<br>**MANAGEMENT BOARD FOR PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO**<br>***et al.*,** | **Re:** ECF Dkt. Nos. 8014, 8016, 9215, 9538,<br>9539, 12401, 13600, 14031, 14041, 14924,<br>15472, 15553, 15554, 15577, 16945, 18095, |
| **Debtors.**[1] | 19494, 19805, 21898, 21935, 21936, 22153,<br>22697, 22700, 22859, 23201, ~~23202,~~ 23388,<br>23494, 23659, 23789, 23797, 23803, 23808,<br>23810, 23811, 23812, 23813, 23817, 23818,<br>23904, 24200, 24211 |
|  | **Case No. 17-3567** Dkt. No. 1474 |
|  | **Case No. 17-4780** Dkt. Nos. 1977, 2343,<br>2377, 2929, 2952, 3081, 3083, 3331, 3333,<br>3335, 3341 |

## OMNIBUS ORDER AWARDING: (I.) INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE SEVENTEENTH INTERIM (OCTOBER 1, 2022 – JANUARY 31, 2023) AND PRIOR COMPENSATION PERIODS; (II.) FINAL ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE FINAL FEE PERIOD FOR CERTAIN PROFESSIONALS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter coming before the Court on the interim fee applications (together Docket

Entry Nos.  8014, 8016, 9215, 9538, 9539, 12401, 13600, 14031, 14041, 14924, 15472, 15553,

15554, 15577, 16945, 18095, 19494, 19805, 21898, 21935, 21936, 22153, 22697, 22700, 22859,

23201, 23202, 23388, 23494, 23659, 23789, 23797, 23803, 23808, 23810, 23811, 23812, 23813,

23817, 23818, 23904, 24200, 24211 [Case No. 17-3283], 1474 [Case No. 17-3567], 1977, 2343,

2377, 2929, 2952, 3081, 3083, 3331, 3333, 3335, 3341 [Case No. 17-4780], the

("**Applications**")), all as indicated as "Recommended for Approval" on the attached **Exhibit A**

and **Exhibit B**, pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and

Economic Stability Act ("PROMESA), Pub. L. No. 114-187, §§ 316, 317, 130 Stat., 549, 584-85

(2016), and Rule 2016 of the Local Rules of Bankruptcy Practice and Procedure of the

U.S. Bankruptcy Court for the District of Puerto Rico, for the interim allowance of certain fees,

including all holdbacks and expenses incurred by the Applicants for the specific period of time

set forth in each of the Applications (the "**Compensation Periods**"); filed in accordance with the

*Order Setting Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"); the *First Amended Order*

*Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*

[Dkt. No. 1715] (the "**First Amended Interim Compensation Order**"); the *Second Amended*

*Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of*

*Professionals* [Dkt. No. 3269] (the "**Second Amended Interim Compensation Order**"); the

*Third Amended Order Setting Procedures for Interim and Final Compensation and*

*Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Third Amended Interim**

**Compensation Order**"); the *Order Pursuant to PROMESA Sections 316 and 317 and*

*Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416]

(the "**Fee Examiner Order**"); and the *First Amended Order Pursuant to PROMESA*

*Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and*

*Related Relief* [Dkt. No. 3324] (the "**First Amended Fee Examiner Order**"); and the Court

having reviewed the Applications and/or the report filed by the Fee Examiner with respect to the

Applications [*see* Dkt. No. ——24383]; and the Court finding that: (a) the Court has jurisdiction

over this matter pursuant to PROMESA section 306(a); and (b) notice of the Applications and

the hearing thereon being adequate under the circumstances; and (c) all parties with notice of the

Applications having been afforded the opportunity to be heard on the Applications;

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis as set forth on the attached

**Exhibit A**.

2.      Each of the Applicants is allowed (a) interim compensation for services rendered

during the Compensation Periods and (b) interim reimbursement for actual and necessary

expenses incurred during the Compensation Periods, each in the respective and adjusted amounts

set forth on the attached **Exhibit A**, including, except as otherwise indicated, any and all

holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the

Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees

and 100 percent of the expenses listed on **Exhibit A** under the columns "Interim Fees

Recommended for Approval" and "Interim Expenses Recommended for Approval," respectively,

for services rendered and expenses incurred during the Compensation Periods.

4.      The Applications listed on the attached **Exhibit B** are GRANTED on a final

basis.  To the extent not already paid pursuant to the Interim Compensation Order, the Debtors

are hereby authorized and directed to pay the Applicants listed on **Exhibit B** 100 percent of the

fees and 100 percent of the expenses listed under the columns "Final Fees Recommended for

Approval" and "Final Expenses Recommended for Approval."

5.      Pursuant to the Fee Examiner's report, the interim fee applications listed on

**Exhibit C** and the final applications listed on **Exhibit D** of the report Docket Entry Nos. 640

[Case No. 17-3284], 1357, 1358, 1393, 1408 [Case No. 17-3566], 1479, 1482 [Case No.

17-3567], 2650, 2891, 2915, 2916, 3054, 3196, 3320, 3338, 3339, 3342, 3351, 3368, 3387, 3403

[Case No. 17-4780], 17831, 18168, 19189, 19634, 21453, 21497, 21499, 21501, 21718, 21719,

22693, 22967, 22969, 22971, 23125, 23127, 23129, 23202, 23497, 23688, 23689, 23746, 23806,

23807, 23814, 23816, 23819, 23820, 23843, 23907, 23997, 24023 [Case No. 17-3283], 324, 348,

359 [Case No. 19-5523] remain adjourned for consideration at a later hearing date.

6.      This Order resolves Docket Entry Nos. 8014, 8016, 9215, 9538, 9539, 12401,

13600, 14031, 14041, 14924, 15472, 15553, 15554, 15577, 16945, 18095, 19494, 19805, 21898,

21935, 21936, 22153, 22697, 22700, 22859, 23201, 23202, 23388, 23494, 23659, 23789, 23797,

23803, 23808, 23810, 23811, 23812, 23813, 23817, 23818, 23904, 24200, 24211 [Case No.

17-3283], 1474 [Case No. 17-3567], 1977, 2343, 2377, 2929, 2952, 3081, 3083, 3331, 3333,

3335, 3341 [Case No. 17-4780].

SO ORDERED.

Dated:  June _____, 2023

_____
LAURA TAYLOR SWAIN
United States District Judge

29441816.129441816.2

| Summary report: Litera® Change-Pro for Word 10.14.0.46 Document comparison done on 6/9/2023 9:40:48 AM | |
|---|---|
| **Style name:** GKFirm | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Proposed order.docx | |
| **Modified filename:** 2023 06 05 -- PR -- Proposed Order for Uncontested Fee Applications for June 8, 2023 without Citi transaction fee.DOCX | |
| **Changes:** | |
| Add | 3 |
| Delete | 5 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 8 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Sixth - Seventeenth Fee Period Applications Recommended:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1, 2019 - May 31, 2019)* | | | | | | | | |
| | *Counsel to FOMB* | | | | | | | | |
| 1 | Gierbolini & Carroll Law Offices, PSC [Dkt. No. 8016] | 2/1/2019 - 5/31/2019 | $ 19,504.00 | $ - | $ 520.00 | $ - | | $ 19,504.00 | $ 520.00 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 2 | Nixon Peabody LLP [Dkt. No. 9538] | 2/1/2019 - 5/31/2019 | $ 371,931.00 | $ 6,000.00 | $ - | $ - | | $ 365,931.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | PJT Partners LP [Dkt. No. 8014] | 2/1/2019 - 5/31/2019 | $ 5,000,000.00 | $ - | $ 333.16 | $ 333.16 | FN1 | $ 5,000,000.00 | $ - |
| | *Seventh Interim Fee Period (June 1, 2019 - September 30, 2019)* | | | | | | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 4 | Nixon Peabody LLP [Dkt. No. 9539] | 6/1/2019 - 9/30/2019 | $ 80,805.00 | $ 6,000.00 | $ - | $ - | | $ 74,805.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 5 | PJT Partners LP [Dkt. No. 9215] | 6/1/2019 - 9/30/2019 | $ 5,000,000.00 | $ - | $ 6,980.89 | $ 6,980.89 | FN1 | $ 5,000,000.00 | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 6-a | Ankura Consulting Group, LLC [Dkt. No. 14031] | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | $ 157,017.25 | $ 226,836.98 | $ 24,574.08 | | $ 4,411,293.95 | $ 202,262.90 |
| | *Financial Advisors to PREPA* | | | $ 140,802.34 | | $ 14,392.76 | | $ 4,427,508.86 | $ 212,444.22 |
| 6-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977] | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | $ 28,799.29 | $ 170,218.54 | $ 1,773.52 | | $ 2,100,589.71 | $ 168,445.02 |
| | *Special Counsel to FOMB - PREPA* | | | $ 65,631.03 | | $ 10,800.33 | | $ 2,063,757.97 | $ 159,418.21 |
| 7 | Nixon Peabody LLP [Dkt. No. 13600] | 10/1/2019 - 1/31/2020 | $ 80,352.00 | $ 6,000.00 | $ - | $ - | | $ 74,352.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 8 | PJT Partners LP [Dkt. No. 12401] | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | $ - | $ 19,449.79 | $ 19,449.79 | FN1 | $ 5,000,000.00 | $ - |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 9-a | Ankura Consulting Group, LLC [Dkt. No. 14924] | 2/1/2020 - 5/31/2020 | $ 4,634,422.41 | $ 202,696.04 | $ 62,803.01 | $ 5,855.57 | | $ 4,431,726.37 | $ 56,947.44 |
| | *Financial Advisors to PREPA* | | | $ 142,839.99 | | $ 3,984.84 | | $ 4,491,582.42 | $ 58,818.17 |
| 9-b | Ankura Consulting Group, LLC [Dkt. No. 15472 and 17-4780 Dkt. No. 2343] | 2/1/2020 - 5/31/2020 | $ 2,151,665.50 | $ 20,759.72 | $ 50,582.41 | $ 184.21 | | $ 2,130,905.78 | $ 50,398.20 |
| | *Special Counsel to FOMB - PREPA* | | | $ 66,317.62 | | $ 3,209.44 | | $ 2,085,347.88 | $ 47,372.97 |
| 10 | Nixon Peabody LLP [Dkt. No. 15553] | 2/1/2020 - 5/31/2020 | $ 145,126.50 | $ 6,000.00 | $ - | $ - | | $ 139,126.50 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 11 | PJT Partners LP [Dkt. No. 14041] | 2/1/2020 - 5/31/2020 | $ 5,000,000.00 | $ - | $ 30,021.86 | $ 30,021.86 | FN1 | $ 5,000,000.00 | $ - |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 12-a | Ankura Consulting Group, LLC [Dkt. No. 18095] | 6/1/2020 - 9/30/2020 | $ 5,079,515.26 | $ 150,733.56 | $ - | $ - | | $ 4,928,781.70 | $ - |
| | *Financial Advisors to PREPA* | | | $ 156,558.43 | | | | $ 4,922,956.83 | |
| 12-b | Ankura Consulting Group, LLC [17-4780 Dkt. No. 2377] | 6/1/2020 - 9/30/2020 | $ 2,119,759.50 | $ 77,477.77 | $ - | $ - | | $ 2,042,281.73 | $ - |
| | *Special Counsel to FOMB - PREPA* | | | $ 65,334.23 | | | | $ 2,054,425.27 | |
| 13 | Nixon Peabody LLP [Dkt. No. 15554] | 6/1/2020 - 9/30/2020 | $ 350,033.00 | $ 6,000.00 | $ - | $ - | | $ 344,033.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 14 | PJT Partners LP [Dkt. No. 15577] | 6/1/2020 - 9/30/2020 | $ 5,000,000.00 | $ - | $ 2,426.81 | $ 2,426.81 | FN1 | $ 5,000,000.00 | $ - |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 15 | PJT Partners LP [Dkt. No. 16945] | 10/1/2020 - 1/31/2021 | $ 5,000,000.00 | $ - | $ - | $ - | | $ 5,000,000.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

Sixth - Seventeenth Fee Period Applications Recommended:

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 16 | PJT Partners LP [Dkt. No. 19494] | 2/1/2021 - 5/31/2021 | $ 5,000,000.00 | $  - | $ 3,843.43 | $ 3,843.43 | FN1 | $ 5,000,000.00 | $  - |
| | *Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)* | | | | | | | | |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 17 | PJT Partners LP [Dkt. No. 19805] | 6/1/2021 - 9/30/2021 | $ 5,000,000.00 | $  - | $  - | $  - | FN1 | $ 5,000,000.00 | $  - |
| | *Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | | |
| | Financial Advisor to the FOMB | | | | | | | | |
| 18 | Ernst & Young LLP [Dkt. No. 21936] | 10/1/2021 - 1/31/2022 | $ 10,926,263.15 | $ 125,724.86 | $ 42,630.73 | $ 16,652.07 | | $ 10,800,538.29 | $ 25,978.66 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 19 | PJT Partners LP [Dkt. No. 21697] | 10/1/2021 - 1/31/2022 | $ 5,000,000.00 | $  - | $ 3,989.43 | $ 3,989.43 | FN1 | $ 5,000,000.00 | $  - |
| | *Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)* | | | | | | | | |
| | Puerto Rico Counsel for PREPA | | | | | | | | |
| 20 | Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 21898 and 17-4780 Dkt. No. 2929] | 10/1/2021 - 5/31/2022 | $ 4,453,997.50 | $ 62,470.20 | $ 35,807.43 | $ 979.75 | FN2 | $ 4,391,527.30 | $ 34,827.68 |
| | Financial Advisor to the FOMB | | | | | | | | |
| 21 | Ernst & Young LLP [Dkt. No. 21935] | 2/1/2022 - 3/15/2022 | $ 3,639,293.65 | $ 41,876.14 | $ 40,313.49 | $ 15,746.93 | | $ 3,597,417.51 | $ 24,566.56 |
| | Financial Advisor for the Mediation Team - PREPA | | | | | | | | |
| 22 | Moelis & Company LLC [Dkt. No. 22153 and 17-4780 Dkt. No. 2952] | 4/15/2022 - 5/31/2022 | $ 375,000.00 | $  - | $ 24,450.69 | $  - | | $ 375,000.00 | $ 24,450.69 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 23 | PJT Partners LP [Dkt. No. 22700] | 2/1/2022 - 5/31/2022 | $ 5,000,000.00 | $  - | $ 2,153.71 | $ 2,153.71 | FN1 | $ 5,000,000.00 | $  - |
| | *Sixteenth Interim Fee Period (June 1, 2022 - September 30, 2022)* | | | | | | | | |
| | Claims Counsel to the FOMB acting through Special Claims Committee - PREPA | | | | | | | | |
| 24 | Brown Rudnick LLP [17-4780 Dkt. No. 3083] | 6/1/2022 - 9/30/2022 | $ 138,069.00 | $ 13,239.70 | $ 1,343.36 | $ 1,030.64 | | $ 124,829.30 | $ 312.72 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 25-a | Citigroup Global Markets Inc. [Dkt. No. 23201] | 6/1/2022 - 9/30/2022 | $ 5,115,000.00 | $  - | $ 7,718.40 | $  - | | $ 5,115,000.00 | $ 7,718.40 |
| | Investment Banker and Financial Advisor to FOMB - PREPA Transaction Fee | | | | | | | | |
| 25-b | Citigroup Global Markets Inc. [Dkt. No. 23202] | Transaction Fee | $ 9,083,750.00 | $  - | $  - | $  - | | $ 9,083,750.00 | $  - |
| | Counsel to FOMB | | | | | | | | |
| 26 | Gierboloni & Carroll Law Offices, PSC [Dkt. No. 24211] | 5/1/2022 - 6/30/2022 | $ 3,192.00 | $  - | $  - | $  - | | $ 3,192.00 | $  - |
| | Financial Advisor for the Mediation Team - PREPA | | | | | | | | |
| 27 | Moelis & Company LLC [Dkt. No. 22859 and 17-4780 Dkt. No. 3081] | 6/1/2022 - 9/30/2022 | $ 750,000.00 | $  - | $ 17,939.94 | $  - | | $ 750,000.00 | $ 17,939.94 |
| | Investment Banker and Financial Advisor to FOMB | | | | | | | | |
| 28 | PJT Partners LP [Dkt. No. 23388] | 6/1/2022 - 9/30/2022 | $ 5,000,000.00 | $  - | $ 1,477.46 | $ 1,477.46 | FN1 | $ 5,000,000.00 | $  - |
| | *Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)* | | | | | | | | |
| | Advisor to the FOMB - HTA | | | | | | | | |
| 29 | Alvarez & Marsal North America, LLC [Dkt. No. 23659 and 17-3567 Dkt. No. 1474] | 10/1/2022 - 12/6/2022 | $ 37,944.00 | $  - | $  - | $  - | | $ 37,944.00 | $  - |
| | Local Counsel for the Official Committee of Retired Employees | | | | | | | | |
| 30 | Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 23904] | 10/1/2022 - 1/31/2023 | $ 69,187.50 | $  - | $  - | $  - | | $ 69,187.50 | $  - |
| | Claims Counsel to the FOMB acting through Special Claims Committee - PREPA | | | | | | | | |
| 31 | Brown Rudnick LLP [17-4780 Dkt. No. 3331] | 10/1/2022 - 1/31/2023 | $ 40,817.00 | $ 5,592.80 | $ 43.70 | $ 38.70 | | $ 35,224.20 | $ 5.00 |
| | Local Conflicts Counsel to the FOMB - PREPA | | | | | | | | |

29014232.1

as of 6/9/2023

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| 32 | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 3333]** | 10/1/2022 - 1/31/2023 | $ 3,420.00 | $ - | $ - | $ - | | $ 3,420.00 | $ - |
| | *Local Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 33 | **Casillas, Santiago & Torres, LLC [Dkt. No. 23817]** | 10/1/2022 - 1/31/2023 | $ 159,790.50 | $ - | $ 1,128.06 | $ - | | $ 159,790.50 | $ 1,128.06 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 34 | **Continental PLLC [Dkt. No. 23808]** | 10/1/2022 - 1/31/2023 | $ 143,951.20 | $ 4,135.88 | $ - | $ - | | $ 139,815.32 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 35 | **DGC a division of PKF O'Connor Davies, LLP [17-4780 Dkt. No. 3335]** | 10/1/2022 - 1/31/2023 | $ 21,825.00 | $ 712.50 | $ - | $ - | | $ 21,112.50 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 36 | **FTI Consulting, Inc. [Dkt. No. 23803]** | 10/1/2022 - 1/31/2023 | $ 18,532.50 | $ - | $ - | $ - | | $ 18,532.50 | $ - |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 37 | **Genovese Joblove & Battista, P.A. [Dkt. No. 23797]** | 8/1/2022 - 12/31/2022 | $ 17,259.20 | $ - | $ 2,069.08 | $ 205.60 FN3 | | $ 17,259.20 | $ 1,863.48 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 38 | **Kroma Advertising, Inc. [Dkt. No. 23810]** | 8/16/2022 - 12/15/2022 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 39 | **London Economics International LLC [Dkt. No. 23811]** | 10/1/2022 - 1/31/2023 | $ 134,115.00 | $ 1,852.50 | $ 2,507.95 | $ - | | $ 132,262.50 | $ 2,507.95 |
| | *Financial Advisor for the Mediation Team - PREPA* | | | | | | | | |
| 40 | **Moelis & Company LLC [Dkt. No. 23818 and 17-4780 Dkt. No. 3341]** | 10/1/2022 - 1/31/2023 | $ 600,000.00 | $ - | $ 7,408.53 | $ - | | $ 600,000.00 | $ 7,408.53 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 41 | **Paul Hastings LLP [Dkt. No. 23813]** | 10/1/2022 - 1/31/2023 | $ 1,828,675.28 | $ 84,185.73 | $ 17,118.43 | $ - FN4 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 42 | **PJT Partners LP [Dkt. No. 24200]** | 10/1/2022 - 11/30/2022 | $ 2,500,000.00 | $ - | $ 2,880.28 | $ 2,880.28 FN1 | | $ 2,500,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 43 | **Zolfo Cooper, LLC [Dkt. No. 23812]** | 10/1/2022 - 1/31/2023 | $ 304,511.00 | $ 247.86 | $ - | $ - FN5 | | $ 304,263.14 | $ - |

**FN 1** - PJT Partners LP expenses are recommended for interim disallowance without prejudice. The professional is compiling documentation to verify compliance with Oversight Board expense guidelines. The Fee Examiner will recommend expense allowances, with any necessary adjustments, in connection with the final fee application.

**FN 2** - The recommended fee adjustment includes $4,020.00 that was not supported by the data submitted by the professional.

**FN 3** - The application is titled as a final, however, the professional will be filing a separate final fee application to conform to the procedures set forth in the *Third Amended Compensation Order* [Dkt. No. 20546]. The fees and expenses in this application are recommended on an interim basis.

**FN 4** – The Fee Examiner recommends that, for the seventeenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $42,092.87, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,786,582.41 (i.e., $1,984,534.50 minus (a) the aforementioned credit of $42,092.87 and (b) minus credits of $155,859.22 for fee reductions pursuant to the orders approving Paul Hastings' Fourteenth, Fifteenth, and Sixteenth Interim Fee Applications).

**FN 5** - The Fee Examiner recommends that a portion of the foregoing stipulated fee reductions ($94.86) be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.