UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-3283-LTS<br><br>Court Filing Relates Only to PREPA |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-4780-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF SYNCORA GUARANTEE INC. TO EXCEED PAGE LIMIT WITH RESPECT TO ITS OBJECTION TO THE CONFIRMATION OF THE MODIFIED SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

Having considered the *Urgent Motion of Syncora Guarantee Inc. to Exceed the Page Limit With Respect to its Objection to the Confirmation of the Modified Second Amended*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (Docket Entry No. 24482 in Case No. 17-3283 and Docket Entry No. 3643 in Case No. 17-4780) (the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to Section 306 of PROMESA; (ii) venue is proper before this Court pursuant to Section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other interested parties; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances, and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Syncora may exceed the thirty-five (35) page-per-objection limit set forth in the Case Management Procedures by filing an Objection to confirmation of the Plan of no more than sixty (60) pages, exclusive of the cover page, tables of contents and authorities, signature page, exhibits, certificate of service, and any other required certifications.

3. The Court shall retain jurisdiction to hear and determine any matters related to the implementation and interpretation of this Order.

4. This Order resolves Docket Entry No. 24482 in Case No. 17-3283 and Docket Entry No. 3643 in Case No. 17-4780.

Dated: June 12, 2023 /s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.