**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-BK 4780-LTS<br><br>This motion relates to PREPA and shall be filed in Lead Case No. 17 BK 3283-LTS and case No. 17 BK 4780-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
## NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

**NOW COMES** the law firm of Law Offices of Herrero III & Associates, P.S.C., by the undersigned attorney and hereby enters its appearance in this case on behalf of the **PUERTO RICO MANUFACTURERS ASSOCIATION (hereinafter PRMA)**, and requests that all pleadings, orders, notices and other documents filed and entered in this case, or any related proceedings be served on undersigned attorneys.

**SERVED** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants and Standard Parties.

In San Juan, Puerto Rico, this 12th day of June 2023.

**/s/ ISMAEL H. HERRERO III**
**LAW OFFICES OF HERRERO III**
**& ASSOCIATES, P.S.C.**
USDCPR #203002
P.O. BOX 362159
San Juan, P.R. 00936-2159
Tel. (787) 754-5000/(787) 509-3666
Email: herreroiLLL@herrerolaw.com