UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

   Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CONCERNING MOTION ASKING TO INCLUDE MEMBERS
OF THE GROUP THAT WERE NOT INCLUDED (DOCKET ENTRY NO. 24477)

      The Court has received and reviewed the *Motion Asking to Include Members of the Group that Were Not Included* (Docket Entry No. 24477 in Case No. 17-3283) (the "Motion"), filed by the plaintiffs in the case captioned Maggie Acevedo Sepúlveda, et al. v. Department of Health of Puerto Rico, Case No. 2000-06-1639 (collectively, "Movants").

      The relief sought by Movants is not clear from the face of the Motion. Accordingly, Movants are hereby directed to meet and confer promptly with counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") concerning the issues raised in the Motion. If, following the meet and confer, Movants and/or the Oversight

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board believe that action from the Court is necessary, the parties are directed to file a joint status report and proposed order by **5:00 p.m. (Atlantic Standard Time)** on **June 26, 2023**.

This Order resolves Docket Entry No. 24477 in Case No. 17-3283.

SO ORDERED.

Dated: June 12, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge