PUERTO RICO WATER RESOURCES AUTHORITY

RESOLUTION NO. 200

WHEREAS, the Board authorized the Executive Director, through Resolution No. 175, adopted August 31, 1944, to enter into a contract with a qualified actuary or actuaries for the purpose of making necessary investigations in connection with the establishment of the proposed Pension System for the Authority, and

WHEREAS, the Executive Director entered into a contract with George B. Buck, Consulting Actuary of New York City, who has rendered a report and prepared rules and regulations for a proposed Pension System to be adopted by the Authority.

THEREFORE BE IT RESOLVED, that the proposed Pension System as described in the report and in the rules and regulations filed this day with the Secretary and marked Exhibit is hereby approved and adopted to be effective July 1, 1945.

Adopted June 25, 1945.