# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

**EXPERT DECLARATION OF MR. JOSÉ FERNÁNDEZ, PRESIDENT AND CONSULTING ACTUARY OF FASE2 C&W, LLC IN SUPPORT OF THE EMPLOYEES' RETIREMENT SYSTEM OF PUERTO RICO ELECTRIC POWER AUTHORITY'S OBJECTION TO THE CONFIRMATION OF THE PUERTO RICO ELECTRIC POWER AUTHORITY'S PLAN OF ADJUSTMENT**

*[Space intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

## I. Introductory Questions

**Q. State your name and position.**

My name is Jose Fernandez, President and Consulting Actuary of Fase2 C&W, LLC (Fase2). Fase2 provides actuarial consulting services for public pension systems. Specifically, we provide actuarial consulting on the adequate funding, benefit design, administration, and actuarial analysis of public sector retirement systems.

**Q. Describe your professional experience and qualifications.**

In the past I have presented expert witness testimony in Puerto Rico Court of First Instance (Tribunal de Primera Instancia de San Juan) on the actuarial funding requirements for the University of Puerto Rico Retirement System.

Prior to Fase2, I spent over 35 years as a consulting actuary with two major actuarial firms (Buck Consultants from 1981 to 2007 and Cavanaugh Macdonald Consulting from 2007 through 2017) responsible for services provided to state and local governmental retirement systems, including several in Puerto Rico. I consulted with clients in the design, funding, administration, and financial accounting of public retirement plans, proposed legislation analysis, experience studies, asset liability forecasts, and actuarial audits. Clients I have consulted for include the Virginia Retirement System, University of Puerto Rico Retirement System, Employees' Retirement System of Puerto Rico Electric Power Authority, and several municipal retirement systems in the State of Florida.

I am an Enrolled Actuary under the Employee Retirement Income Security Act (ERISA), an Associate of the Society of Actuaries, and a Member of the American Academy of Actuaries.

**Q. State your educational background.**

2

22   I received my Bachelor of Science Degree in Mathematics from St. Peter's University in Jersey

23   City, New Jersey in 1978. Please refer to my *curriculum vitae* for more information on my

24   professional experience, qualifications, and educational background. **Annex I.**

25   **Q. State on whose behalf you are testifying before the Title III Court.**

26   I am providing this testimony on behalf of the Employees' Retirement System of Puerto Rico

27   Electric Power Authority ("PREPA ERS", "Retirement System", "System").

28   **Q. What experience do you have with the Retirement System?**

29   I served as the principal consulting actuary to the PREPA ERS for 36 years (continuously from

30   1981 through 2017, except for one year after my employment terminated with Buck Consultants).

31   Currently, I provide actuarial consulting services to the System in relation to the restructuring of

32   the Puerto Rico Electric Power Authority ("PREPA" or the "Authority") and the Retirement

33   System under the Title III process, and the Puerto Rico Oversight, Management, and Economic

34   Stability Act (PROMESA), and coordination with and support for the System's current actuary

35   Cavanaugh Macdonald Consulting.

36   In my years of experience with the System, I have worked closely with the System's Board of

37   Trustees and administrative staff, and with PREPA management, including several meetings with

38   the PREPA Governing Board. As a result, I have intimate knowledge of issues related to the

39   benefits, funding, and financial reporting of the System.

40   **Q. List the documents you considered for your testimony.**

41      A.  "Reglamento del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica",

42           as amended April 26, 2018. ("Rules and Regulations").

43      B.  Asset Consulting Group investment report for the period ending June 30, 2022.

44      C.  Cavanaugh Macdonald Consulting letter dated November 10, 2022.

3

45     D. "Puerto Rico Oversight, Management, and Economic Stability Act" or "PROMESA".

46     E. Unaudited "Informe Deuda de la Autoridad de Energía Eléctrica con el Sistema de Retiro
47        al 31 de marzo de 2023" worksheet, provided by the Retirement System in email
48        correspondence dated April 21, 2023.

49     F. "Employees' Retirement System of Puerto Rico Electric Power Authority Report on the
50        Seventy-Sixth Actuarial Valuation as of June 30, 2021", dated February 21, 2023.

51     G. "Modified Disclosure Statement for First Amended Title III Plan of Adjustment of the
52        Puerto Rico Rico Electric Power Authority", dated February 21, 2023.

53     H. Financial Oversight and Management Board for Puerto Rico (the "Board") and Ernst &
54        Young Puerto Rico LLC ("EY") analysis of pension modifications dated August 30, 2022.

55     I. Fase2 C&W, LLC letter dated November 16, 2022.

56 **Q. What is the purpose of your testimony?**

57 I will provide expert testimony from an actuarial and financial standpoint about the current state
58 of the Retirement System and how the PREPA ERS pension reform proposal is viable. Moreover,
59 I will testify that this proposal complies with the corresponding regulation. My testimony will be
60 focused on the impact of the Plan on PREPA ERS and its participants, as well as on the proposed
61 treatment for the Pension Claim and the proposed pension reform. Moreover, I will testify
62 regarding the difference of the treatment given to the Pension Claim compared to other similarly
63 situated creditors.

64 **II.    Description of the Retirement System**

65 **Q. Provide an overview of the System.**

66 PREPA ERS is a defined benefit retirement system providing retirement, disability and death
67 benefits to employees and retirees of PREPA. The promised benefits under the System are covered

4

68 in a legal plan document ("Rules and Regulations"[2]) and are determined by defined benefit

69 formulas and are generally payable to retired System members and their beneficiaries for life.

70 PREPA ERS is an independent fiduciary trust administered by the PREPA ERS Board of Trustees

71 and is a separate entity from PREPA. The Rules and Regulations of the System specify the

72 contributions payable by the members and PREPA to maintain the sound actuarial funding of the

73 System.

74 **Q. Provide a summary of the System's investment returns.**

75 The PREPA ERS Board of Trustees is responsible for the investment of the System assets in

76 accordance with the Rules and Regulations and the System's investment policy. From October

77 2003 through June 30, 2022, the average annual investment return of the System has been 7.25%.[3]

78 **Q. Provide a summary of the System's current funded status.**

79 The System has no assets to pay future benefits and is insolvent. In response to the System's

80 insolvency the Board has proposed to pay the promised benefits to members and the System's

81 expenses on a PayGo basis. That is, the employer will have to make periodic contributions to pay

82 the retirement, disability, death and other benefits to members, and expenses, since there are not

83 sufficient assets in the Trust. The estimated retirement and other benefits and expenses payable

84 from the System for the fiscal year ending June 30, 2023, on a PayGo basis are approximately

85 $377.7 million. As discussed below, in my opinion, there is another viable alternative to paying

86 System benefits that is not on a PayGo basis. In addition, since the assets are depleted, there is no

87 investment income to pay a portion of the benefit costs.

---

[2] *Reglamento del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica*, as amended April 26, 2018, Article 5(2).
[3] Based on information provided in the report for the period ending June 30, 2022, prepared by the System's investment consultant Asset Consulting Group.

5

88   As a result of the depletion of the System assets, the accumulated contributions paid by current
89   active members have also been depleted and used to pay for benefits for current retirees and
90   beneficiaries. The accumulated member contributions with interest projected as of June 30, 2023,
91   are $399.0 million.[4]

92   **Q. Explain the reason for the System's insolvency.**

93   The principal reason for the System's insolvency is the failure of PREPA to make the contributions
94   to the System required by the Rules and Regulations of the System and provide adequate funding
95   pursuant to PROMESA. PROMESA requires that PREPA's fiscal plan provide adequate funding
96   for the PREPA Retirement System.[5]

97   Article 5(2) of the Rules and Regulations of the PREPA Retirement System requires the Authority
98   to pay the actuarially determined contribution to the Retirement System.

99   In accordance with the Rules and Regulations of the System, the PREPA ERS benefits are financed
100  through employee and employer (PREPA) contributions to the Trust dedicated to pay the benefits
101  under the System. The contributions to the Trust are invested as directed by the Board of Trustees
102  of the System to generate investment income to contribute to the payment of System benefits.

103  Member contributions are a fixed rate of the employee's salary in accordance with the System's
104  Rules and Regulations.

105  The Rules and Regulations of the System require Authority contributions determined through
106  annual actuarial valuations prepared by and recommended by the System's actuary and approved
107  by the System's Board of Trustees. The Authority's actuarially determined contributions vary each
108  fiscal year depending on the System member data, the System's investment and actuarial
109  experience, and the actuarial assumptions and methods used by the System's actuary and approved

---

[4] Based on information provided in the Cavanaugh Macdonald Consulting letter dated November 10, 2022.
[5] "Puerto Rico Oversight, Management, and Economic Stability Act" or "PROMESA", Section 201(b)(1)(B).

6

110  by the Board of Trustees. The actuarially determined contributions are determined by the System
111  actuary through the application of Actuarial Standards of Practice and generally accepted methods.
112  The required actuarially determined Authority contributions are calculated to provide, together
113  with the member contributions and investment income on all contributions, sufficient System
114  funds to pay the members the promised benefits under the Trust. The payment of Authority
115  contributions as approved by the Board of Trustees is required in order for the System to have
116  enough assets to pay the promised benefits under the Rules and Regulations. If PREPA does not
117  pay the required contributions the assets of the System will not be sufficient in the future to pay
118  the promised benefits.
119  PREPA has not paid the required contributions to the System since July 2016. As of February 28,
120  2023, PREPA owes the System approximately $960.6 million in unpaid contributions[6].
121  In addition, the System has suffered significant investment income losses for the unpaid
122  contributions. For the 5-year period from July 1, 2017, through June 30, 2022, the average annual
123  investment return of the System has been 8.07%.[7]
124  In summary, the System would be solvent if PREPA had met its obligation under PROMESA and
125  the Rules and Regulations to pay the required actuarially determined contributions to the Trust.
126  **III.   PREPA ERS Claim**
127  **Q. Provide information on the Retirement System's reform proposal.**
128  The Retirement System's proposal is to maintain and protect the promised benefits under the
129  current System's Rules and Regulations for all active employees and current retirees and
130  beneficiaries and terminated members with deferred vested benefits without any changes.

---

[6] Unaudited, *Informe Deuda de la Autoridad de Energía Eléctrica con el Sistema de Retiro al 31 de marzo de 2023*, provided by the Retirement System.
[7] Based on information provided in the report for the period ending June 30, 2022, prepared by the System's investment consultant Asset Consulting Group.

7

131   The actuarially determined present value of future benefits ("total actuarial liabilities") is the
132   measure of the amount as of a given date that would be sufficient to pay for all future benefits
133   payable from the System for current active and inactive members assuming all actuarial
134   assumptions are met. As of June 30, 2021, the total actuarial liabilities are $4,459.5 million
135   according to the June 30, 2021, actuarial valuation report prepared by Cavanaugh Macdonald
136   Consulting, assuming a discount rate of 5.75% per annum.[8] The total actuarial liabilities of
137   $4,459.5 million is the estimated claim by the Retirement System to maintain the promised benefits
138   under the current System without any changes or reforms.

139   **Q. Explain the treatment of the Retirement System's claim under the Plan of Adjustment.** [9]
140   Under the Plan of Adjustment, the benefits for current and future System retirees and beneficiaries
141   will be paid on a PayGo basis. That is, the employer will have to make periodic contributions to
142   pay the retirement, disability, death and other benefits to members, and expenses, since there are
143   not sufficient assets in the Trust.

144   In addition, the Plan of Adjustment includes changes in System benefits, such as, (i) freezing
145   accrued benefits for active System members, (ii) changes in the eligibility requirements to
146   commence pension benefits, (iii) the elimination of future pension increases every three years, and
147   (iv) the elimination of the summer and Christmas bonuses for active members.

148   The Plan of Adjustment proposes a defined contribution plan for active employees for future
149   service. Member contributions to the defined contribution plan would be required, but there would
150   be no employer contributions to the plan.

---

[8] *Employees' Retirement System of Puerto Rico Electric Power Authority Report on the Seventy-Sixth Actuarial Valuation as of June 30, 2021*, dated February 21, 2023, p.17.

[9] All references to "Plan of Adjustment" in this testimony refer to the *Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* filed at Case No. 17-04780-LTS, ECF 3296, the exhibits and other materials attached to the Plan of Adjustment, and any and all amendments which were available at the date of this testimony.

8

151 **Q. What is the loss to the Retirement System and its members with the elimination of the**
152 **current defined benefit plan?**

153 The analysis[10] prepared by the Board and EY presents the "Projected PayGo costs (including
154 admin)" payments under the proposed pension modifications for the fiscal years 2024 through
155 2060. The present value of the payments assuming an annual discount rate of 5.75% is
156 approximately $3,344.8 million. This amount is $1,114.7 million less than the Retirement
157 System's estimated claim of $4,459.5 million for the total actuarial liabilities.[11]

158 The proposed pension modifications in the Plan of Adjustment will reduce promised benefits under
159 the Rules and Regulations of the System. In addition, active members would no longer be covered
160 under a defined benefit plan with respect to future service. Instead, the members will be covered
161 under a defined contribution plan funded solely by member contributions and no employer
162 contributions.

163 **Q. How much of its claim does the Retirement System recover under the Plan of Adjustment?**

164 Under the Plan of Adjustment, the Retirement System does not recover any of its claim. The
165 Board's PayGo proposal under the Plan of Adjustment effectively bypasses the Retirement
166 System's claim for total actuarial liabilities, proposing instead to pay the defined benefits directly
167 to the beneficiaries of the Retirement System. The members of the Retirement System recover
168 approximately 75% of their promised Retirement System benefits under the Plan of Adjustment
169 (present value of PayGo payments under Plan of Adjustment of $3,344.8 million divided by total
170 actuarial liabilities System claim of $4,459.5 million). The members of the Retirement System fail

---

[10] Prepared by the Financial Oversight and Management Board for Puerto Rico (the "Board") and Ernst & Young Puerto Rico LLC ("EY") dated August 30, 2022.
[11] *Employees' Retirement System of Puerto Rico Electric Power Authority Report on the Seventy-Sixth Actuarial Valuation as of June 30, 2021*, dated February 21, 2023, p.17.

171 to recover approximately $1,114.7 million of the value of future benefits payable to members
172 promised under the System's Rules and Regulations.

173 **Q. How much is the Retirement System's claim as a result of the elimination of the current**
174 **System defined benefit plan?**

175 If the Plan of Adjustment pension modifications are adopted, including the reduction in accrued
176 benefits and the elimination of the current System defined benefit plan, the members of the System
177 will receive a value of approximately $3,344.8 million. The difference of $1,114.7 million, stems
178 from the System's overall actuarial obligations of $4,459.5 million and the sum allocated for
179 disbursement to the Retirement System members under the Plan of Adjustment, which amounts to
180 $3,344.8 million.

181 **Q. Under the Plan of Adjustment, how does the treatment of the Retirement System compare**
182 **to the treatment of the Fuel Line Lenders ("FLL")?**

183 Under the Plan of Adjustment, Fuel Line Lenders ("FLL") shall receive 84% of their claim.[12] The
184 amount payable to the Retirement System, if it received 84% of its total actuarial liabilities claim
185 of approximately $4,459.5 million, would be $3,746.0 million at a discount rate of 5.75%. Instead
186 under the Plan of Adjustment's proposed treatment of the Retirement System, the System would
187 receive a value of approximately $3,344.8 million.

188 The $3,344.8 million payment to the System under the Plan of Adjustment's treatment represents
189 75% of its total claim, compared to the 84% offered to the FLL. Under the Plan of Adjustment
190 treatment of the Retirement System, the System receives approximately $401.2 million less than
191 if it received the same treatment as the FLL.

---

[12] Exhibit A, Article VII of the Modified Disclosure Statement for First Amended Title III Plan of Adjustment of the Puerto Rico Rico Electric Power Authority, dated February 21, 2023.

192 The payment of 84%, or approximately $3,746.0 million, presented above is based on a discount
193 rate of 5.75%. The 5.75% discount rate is a reasonable interest rate for an ongoing pension plan.
194 However, for a closed pension plan as proposed in the Plan of Adjustment it would be more
195 appropriate to use a market-related interest rate. In the Disclosure Statement,[13] the Board evaluates
196 the financial situation of the System using a market-related discount rate of 3.58% per annum,
197 consistent with accounting standards. It is my opinion that it would be appropriate to apply this
198 same criteria for the evaluation of the System's actuarial liabilities under the FLL treatment.
199 Further analysis would be required to estimate the actuarial liabilities under the FLL treatment
200 based on a 3.58% discount rate.

201 **Q. What are the estimated savings of the Board's proposed pension reform?**

202 The value of the Retirement System's total actuarial liabilities claim is approximately $4,459.5
203 million. Net of the value of future member contributions under the current System of $150.0
204 million,[14] the value of future employer contributions under the current System is approximately
205 $4,309.5 million. The value of the Retirement System liabilities under the proposed Retirement
206 System modification with the PayGo structure is approximately $3,344.8 million. Therefore, the
207 estimated savings of the proposed Retirement System modification compared to the projected
208 employer cost of the current System is $964.7 million. These estimated savings are a result of
209 reductions in the accrued benefits of active members and the elimination of the defined benefit
210 plan provided in the Rules and Regulations.

211 **Q. Describe the Retirement System's reform proposal.**

---

[13] All references to the "Disclosure Statement" refer to the *Disclosure Statement for Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* filed at Case No. 17-04780-LTS, ECF 3297, the exhibits and other materials attached to the Disclosure Statement, and any and all amendments which were available at the date of this testimony.

[14] *Employees' Retirement System of Puerto Rico Electric Power Authority Report on the Seventy-Sixth Actuarial Valuation as of June 30, 2021*, dated February 21, 2023, p.17.

11

212  The Retirement System's proposal includes the PayGo payment of pensions to current inactive
213  members (that is, retired members and beneficiaries receiving pension benefits and terminated
214  vested members entitled to deferred benefits) with the elimination of future pension increases
215  every three years.
216  For active members a separate defined benefit plan would be created. All active employees would
217  transfer to the new plan.
218  The new plan benefits would be the same as the benefits of the current System. That is, the
219  members would receive the same benefits as under the current System except payable from a
220  separate plan.
221  The actuarial liabilities with respect to the active members would be transferred from the current
222  System to the new plan.
223  A new, separate account or trust would be established for the new plan.
224  The future member and employer contributions would be deposited and invested in the account or
225  trust of the new plan.
226  The plan assumes no new plan members in the future. That is, the plan begins with the active
227  members at the effective date and the number of members declines over time as those members
228  retire or terminate from service.
229  **Q. Discuss the actuarial viability of the Retirement System's proposal.**
230  Members would make contributions to the new plan at the same contribution rate as a percent of
231  pay as with the current System. The average contribution rate for projected active employees in
232  the new plan as of June 30, 2023, is 12.01%.[15]

---

[15] Fase2 C&W, LLC letter dated November 16, 2022.

233 The employer would make required contributions to the new plan based on annual actuarial
234 valuations as outlined in the current System's Rules and Regulations and actuarial assumptions
235 and methods, including an assumed rate of return of 5.75%. The employer contributions will vary
236 depending on the funds the new plan will receive to fund the actuarial accrued liabilities transferred
237 from the current System. The estimated actuarial accrued liabilities for the projected active
238 employees in the new plan as of June 30, 2023, is $771.5 million[16]. The greater the initial assets
239 of the new plan, the lower the ongoing employer contributions. The employer contributions will
240 consist of (i) amortization of any unfunded actuarial accrued liability (legacy cost) transferred from
241 the current System, (ii) a normal cost payment (ongoing cost) for the future benefit accruals not
242 covered by the contributions made by members, and (iii) an interest adjustment for the timing of
243 contributions throughout the fiscal year. The estimated ongoing employer cost of the new plan
244 with interest is $9.9 million (or 6.44% of pay) for active employees as of June 30, 2023. (As noted
245 above, the average member contribution rate is 12.01% of pay.) The payment for the unfunded
246 actuarial accrued liability is estimated to range from $0 if the actuarial accrued liability is fully
247 funded initially, to $74.6 million annually for 17 years if the initial assets of the new plan are $0.[17]

248 **Q. Discuss the actuarial viability of the Retirement System's proposal if the Retirement**
249 **System receives the same treatment as the FLL.**

250 Under the FLL treatment the System would receive 84% of its total claim, or approximately
251 $3,746.0 million at an interest rate of 5.75%. The amount of $3,746.0 million would fund
252 approximately 94% of the total actuarial liabilities and 99% of the actuarial accrued liabilities
253 under the Retirement System's proposal. The $3,746.0 million payment under the FLL treatment
254 would cover the $3,014.4 million estimated value of the Retirement System's PayGo proposal for

---

[16] *Ibid.*
[17] *Ibid.*

13

255  current retirees (including the elimination of future pension increases every three years). The
256  balance of $731.6 million from the FLL treatment payment ($3,746.0 million FLL treatment
257  payment minus $3,014.4 million PayGo for current retirees) would provide the initial asset for the
258  continuing plan for active employees proposed by the Retirement System. Reflecting the estimated
259  initial asset of $731.6 million, the estimated employer annual contribution for the active members'
260  plan is $13.8 million. In **Annex II**, I present a comparison of the projected costs of the Retirement
261  System's proposal reflecting the FLL treatment with the projected costs under the Board's proposal.
262  In the projection for fiscal years 2024 through 2060, the total projected savings of the Retirement
263  System's proposal is $656.1 million compared to the Board proposal.
264  **Q. Is there a justification for the difference in treatment to the Retirement System and the**
265  **FLL in the Plan of Adjustment?**
266  To my knowledge, there is no reason for the difference in treatment of the Retirement System and
267  the FLL under the Plan of Adjustment.
268  **Q. What would be the effect of offering PREPA ERS the same treatment offered to the**
269  **FLL?**
270  If PREPA ERS receives the same treatment as the FLL, I estimate the employer cost of the PREPA
271  ERS proposal to maintain the defined benefit plan for active employees is relatively minimal and
272  is projected to have a lower long-term cost than the Board's proposal.
273  **I declare under penalty of perjury that the foregoing is true and correct to the best of my**
274  **knowledge, information, and belief.**
275
276  _____
277  **José Fernández**
278  **April 28, 2023**

14

# ANNEX I

# JOSE I FERNANDEZ

Fase2 C&W, LLC
1720 Mars Hill Rd, Suite 120-284, Acworth, GA 30101
678-983-0903
josef@Fase2consulting.com

## PROFILE

Consulting actuary with over 40 years of experience with clients in the public and private sectors. Broad range of experience in the design, administration and actuarial analysis of employee benefit programs. Dedicated to providing high quality, efficient, timely service to clients. Responsible for managing benefits consulting services for clients with diverse needs.

## EXPERIENCE

2018-  **Fase2 C&W, LLC**
*President and Consulting Actuary*
Provide actuarial consulting services to retirement systems, such as, the City of Miami, City of Pompano Beach, Puerto Rico Electric Power Authority and University of Puerto Rico. Retirement system consultant coordinating, reviewing and communicating valuation and special projects provided by system actuary. Consulting assistance with adequate funding and restructuring of retirement system, and special projects.

2007-2017  **Cavanaugh Macdonald Consulting**
*Principal and Consulting Actuary*

Consulting actuary responsible for services provided to state and local governmental retirement and employee benefit programs.
- Consulted with clients in the design, financial accounting, administration and funding of public retirement and OPEB plans, proposed legislation analysis, experience studies, asset liability forecasts and actuarial audits.
- Clients included the Virginia Retirement System, University of Puerto Rico Retirement System, Employees' Retirement System of Puerto Rico Electric Power Authority, City of Miami General Employees' and Sanitation Employees' Retirement Trust and City of Hollywood, FL Police Officers' Retirement System.

1981-2007  **Buck Consultants**
*Principal and Consulting Actuary*

Consulting actuary responsible for managing relationships with corporate and public sector clients.
- Provided a broad range of actuarial and benefits consulting services for corporate, ERISA qualified and public sector domestic and international clients.
- Provided consulting services to various corporate clients, several municipal clients in the State of Florida and in the Commonwealth of Puerto Rico, and clients in Venezuela.
- Managed relationship for one of the company's top five clients, overseeing the coordination and delivery of domestic and international employee benefits consulting services, including pension and health actuarial consulting, defined benefit and defined contribution plan administration, mergers and acquisitions, communication, legal, and compensation.

## CREDENTIALS
- Associate, Society of Actuaries
- Enrolled Actuary under ERISA
- Member of the American Academy of Actuaries

## EDUCATION
St. Peter's College, Jersey City, New Jersey - Bachelor of Science, Mathematics

## LANGUAGES
English and Spanish.

# ANNEX II

**Cost Comparison of the
Fiscal Control Board Proposal and the Retirement System Alternative with the FLL Treatment
Retirement System Receives 84% of Claim**

($'s millions)

| Fiscal Year | Fiscal Control Board Proposal — "PayGo" Cost Projections for Current and Future Retirees According to Ernst & Young Calculation | Retirement System Proposal — Projection of Employer Costs for the Active Members Plan | Retirement System Proposal — "PayGo" Cost Projections for Current Retirees as of June 30, 2023 | Projection of Total Costs of Retirement System Alternative | Fiscal Control Board Projected Costs Minus Retirement System Alternative Projected Costs |
|---|---|---|---|---|---|
| 2024 | $280.7 | $13.8 | $275.5 [1] | $289.3 | ($8.6) |
| 2025 | $278.0 | $13.4 | $269.3 | $282.7 | ($4.7) |
| 2026 | $274.6 | $12.9 | $262.8 | $275.7 | ($1.1) |
| 2027 | $270.8 | $12.4 | $256.2 | $268.6 | $2.2 |
| 2028 | $266.1 | $11.8 | $249.2 | $261.0 | $5.1 |
| 2029 | $260.9 | $11.3 | $242.1 | $253.4 | $7.5 |
| 2030 | $255.1 | $10.7 | $234.9 | $245.6 | $9.5 |
| 2031 | $249.3 | $10.2 | $227.3 | $237.5 | $11.8 |
| 2032 | $242.6 | $9.6 | $219.6 | $229.2 | $13.4 |
| 2033 | $235.7 | $9.1 | $211.8 | $220.9 | $14.8 |
| 2034 | $228.4 | $8.5 | $203.9 | $212.4 | $16.0 |
| 2035 | $221.0 | $7.9 | $195.8 | $203.7 | $17.3 |
| 2036 | $213.4 | $7.4 | $187.8 | $195.2 | $18.2 |
| 2037 | $205.6 | $6.9 | $179.6 | $186.5 | $19.1 |
| 2038 | $197.8 | $6.5 | $171.4 | $177.9 | $19.9 |
| 2039 | $189.8 | $6.2 | $163.2 | $169.4 | $20.4 |
| 2040 | $181.9 | $5.8 | $155.1 | $160.9 | $21.0 |
| 2041 | $173.9 | $1.8 | $147.0 | $148.8 | $25.1 |
| 2042 | $165.9 | $1.5 | $139.0 | $140.5 | $25.4 |
| 2043 | $158.1 | $1.3 | $131.1 | $132.4 | $25.7 |
| 2044 | $150.4 | $1.1 | $123.3 | $124.4 | $26.0 |
| 2045 | $142.8 | $0.9 | $115.7 | $116.6 | $26.2 |
| 2046 | $135.3 | $0.8 | $108.2 | $109.0 | $26.3 |
| 2047 | $127.9 | $0.7 | $100.9 | $101.6 | $26.3 |
| 2048 | $120.6 | $0.6 | $93.8 | $94.4 | $26.2 |
| 2049 | $113.4 | $0.5 | $86.9 | $87.4 | $26.0 |
| 2050 | $106.2 | $0.4 | $80.2 | $80.6 | $25.6 |
| 2051 | $99.2 | $0.3 | $73.7 | $74.0 | $25.2 |
| 2052 | $92.3 | $0.2 | $67.4 | $67.6 | $24.7 |
| 2053 | $85.6 | $0.2 | $61.4 | $61.6 | $24.0 |
| 2054 | $79.0 | $0.1 | $55.7 | $55.8 | $23.2 |
| 2055 | $72.7 | $0.1 | $50.2 | $50.3 | $22.4 |
| 2056 | $66.5 | $0.1 | $45.0 | $45.1 | $21.4 |
| 2057 | $60.6 | $0.0 | $40.2 | $40.2 | $20.4 |
| 2058 | $54.9 | $0.0 | $35.6 | $35.6 | $19.3 |
| 2059 | $49.5 | $0.0 | $31.4 | $31.4 | $18.1 |
| 2060 | $44.4 | $0.0 | $27.6 | $27.6 | $16.8 |
| **Total Savings (Cost) of Retirement System Alternative** | | | | | **$656.1** |

[1] In addition, there is an estimated refund of member contributions of $51.3 million