# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                    Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

**EXPERT DECLARATION OF MR. THOMAS SANZILLO IN SUPPORT OF THE UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC.'S OBJECTION TO THE CONFIRMATION OF THE PUERTO RICO ELECTRIC POWER AUTHORITY'S PLAN OF ADJUSTMENT**

*[Space intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

1  **I.    Introductory Questions**

2  **Q. State your name.**

3  Tom Sanzillo.

4  **Q. State your business mailing address.**

5  45 Patriots Place, Kingston, New York, 12401.

6  **Q. State your educational background.**

7  Bachelor of Arts from University of California, Santa Cruz.

8  **Q. Describe your professional experience and qualifications.**

9  I am Director of Finance for the Institute for Energy Economics and Financial Analysis (IEEFA).

10  IEEFA provides financial and energy information, and analysis on alternatives to fossil fuels. Since

11  2007, I have written reports individually and jointly on a host of energy and financial topics related

12  to coal, oil, and gas finance and markets, including individual power plants, coal mining, fossil

13  fuel ports, coal producing companies, rural cooperatives, public power authorities, independently

14  owned utilities, renewable energy financing, institutional investments, public and private

15  financing, energy subsidies, oil and gas price and corporate trends, individual mining and drilling

16  projects, and the Puerto Rico Electric Power Authority (PREPA).

17  Moreover, I have prepared reports, testimony and blogs on topics related to Puerto Rico's energy

18  situation since 2015. Those publications have focused on the energy and financial condition of

19  PREPA, specifically pre- and post-hurricane energy planning and priorities, debt management,

20  consultant hiring and fee structure, renewable energy opportunities, management challenges,

21  political interference, budget and fiscal plan, federal oversight, and fuel oil contract and other

22  procurement issues and irregularities. Additionally, I have presented testimony in depositions and

23  to public service commissions, state and local governments and federal court, including the Puerto

24  Rico Energy Bureau (PREB) (CEPR-AP-2015-0001).

25    Prior to my tenure at IEEFA, I spent 17 years at senior management levels at the New York City

26    and New York State Comptroller's Offices. I left state service in 2007 as the First Deputy

27    Comptroller of New York State (and served for a short period as the State Comptroller due to an

28    early resignation). In those positions, I had responsibility for the oversight of a: $150 billion

29    pension fund; 1 million-member retirement system; $250 billion state and local bond portfolio;

30    $85 billion in annual contracts and 40,000 contract workflow; audit program of all public

31    authorities, state and local governments; monitoring program of the state budget and expenditures

32    (including payrolls), and review of finances of 1,400 units of local government. My writing on

33    state government finances has appeared in the New York State Oxford Handbook on Politics and

34    Government.

35    Part of my responsibilities concerned the problem of local government fiscal distress. The New

36    York City Comptroller is a member of the New York State Financial Control Board and monitors

37    the City government budget. The New York State Comptroller, during my tenure, had statutory

38    obligations for existing control boards in New York City and Yonkers (including the Yonkers exit

39    from oversight). The office initiated new control boards in Troy, Nassau, Erie County and Buffalo.

40    As part of the Comptroller's executive leadership team, I had responsibilities involving these

41    initiatives. Each Comptroller prepares and issues the respective Comprehensive Annual Financial

42    Report for the city or state. Shortly after I left state service, I was asked to serve as a private citizen

43    on the Long Island Power Authority Advisory Board. See CV in **Annex I.**

44    **Q. State whether you have previously testified or presented before the Title III Court and list**

45    **the occasions.**

46    I was retained by Unión de Trabajadores de la Industria Eléctrica y Riego Inc. (UTIER) to prepare

47    an expert report in the action styled *Unión de Trabajadores de la Industria Eléctrica y Riego, Inc.*

3

48   *(UTIER) v. Puerto Rico Electric Power Authority (PREPA), et al.,* No. 17-00229-LTS, before Hon.

49   Judge Laura Taylor Swain in the United States District Court for the District of Puerto Rico.

50   **Q. State on whose behalf you are testifying before the Title III Court.**

51   I am testifying on behalf of UTIER.

52   **Q. List the documents you considered for your testimony.**

53   Among other secondary resources and relevant news articles, as cited herein, I reviewed:

54   A.  Plan of Adjustment and all associated schedules.

55   B.  Disclosure Statement and all associated exhibits.

56   C.  2023 Commonwealth Certified Fiscal Plan.

57   D.  2022 PREPA Certified Fiscal Plan and all prior PREPA Certified Fiscal Plans.

58   E.  PREPA Monthly Reports to the Governing Board.

59   F.  LUMA's budgeted and actual operating expenditures as reported to PEB.

60   G.  PREPA's Grid Modernization Plan.

61   H.  PREPA's approved Integrated Resource Plan.

62   I.  PREB's docket in CEPR-AP-2015-0001 on PREPA rates.

63   J.  Puerto Rico Department of Housing's Action Plan for the Use of CDBG-DR Funds for

64   Electrical Power System Enhancements and Improvements.

65   **Q. Describe the purpose of your direct testimony.**

66   The purpose of my testimony is to show that the proposed Plan of Adjustment is not feasible,

67   because it (a) is based on faulty and unreasonable financial projections, (b) is not consistent with

68   the provision of future electrical service adequate to support the Commonwealth's economy, and

69   (c) is structured in a way to result in a long-term credit risk that could impede future market access.

4

70 **II.    The Plan of Adjustment is not supported by reasonable projections.**[2]

71 **Q. Is the Plan of Adjustment supported by reasonable financial projections?**

72 No, the Plan is not supported by reasonable projections, neither in the most recent PREPA 2022

73 Certified Fiscal Plan (Fiscal Plan) nor in the supporting documentation (specifically Exhibit P,

74 "Legacy Charge Derivation") of the Disclosure Statement.[3] As will be discussed later, it is not

75 clear on which of these two documents the Financial Oversight and Management Board for Puerto

76 Rico (Oversight Board) is basing its claim as to the viability of the level of new debt in the Plan

77 of Adjustment.

78 The Disclosure Statement partially bases the feasibility of the Plan of Adjustment on the Debt

79 Sustainability Analysis of the Fiscal Plan:[4] "the feasibility of the Title III Plan of Adjustment is at

80 least partially determinable by whether the plan provides for an amount of ongoing debt within the

81 range of the debt sustainability analysis in the Fiscal Plan."[5] In principle the Plan of Adjustment

82 must not provide for a level of debt that the Certified Fiscal Plan cannot cover with the resources

83 of the utility. As shown below the Plan of Adjustment does just that. The debt levels projected by

84 the Plan of Adjustment exceed those identified by the Certified Fiscal Plan and its projections

85 about the capital needs of the utility are low.

---

[2] All references to "Plan of Adjustment" in this testimony refer to the *Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* filed at Case No. 17-04780-LTS, ECF 3296, the exhibits and other materials attached to the Plan of Adjustment, and any and all amendments which were available at the date of this testimony.

[3] All references to the "Disclosure Statement" refer to the *Disclosure Statement For Modified Second Amended Title III Plan Of Adjustment Of The Puerto Rico Electric Power Authority* filed at Case No. 17-04780-LTS, ECF 3297, the exhibits and other materials attached to the Disclosure Statement, and any and all amendments which were available at the date of this testimony.

[4] Here, the term "Feasibility" means and refers to compliance with Section 314(b)(6) of PROMESA as interpreted by the Title III Court to include that the debtor entity can both pay its post-petition debt and provide future public services at a level necessary to its viability. *See In re Fin. Oversight & Mgmt. Bd.*, 637 B.R. 223, 302-03 (D.P.R. 2022).

[5] Disclosure Statement at VII.C.1.v.

86    In the rest of this section, I explain why both of these documents —the Debt Sustainability Analysis

87    of the Fiscal Plan, and Exhibit P of the Disclosure Statement—are based on faulty projections and

88    how these faulty projections result in a false impression of the feasibility of the Plan of Adjustment.

89    **Q. What is the purpose of the Debt Sustainability Analysis, and what is this analysis based**

90    **on?**

91    The Fiscal Plan clarifies the purposes of the Debt Sustainability Analysis as PREPA works to exit

92    bankruptcy:

93    The debt sustainability analysis (DS) included here provides a framework for
94    assessing PREPA long-term capacity to pay debt service. PREPA's debt levels need
95    to align with the objective of recovering market access to fund ongoing and future
96    infrastructure capital investment and/or refunding savings and ensuring a
97    sustainable electric system with affordable energy prices for the Commonwealth
98    and its residents. The follow debt sustainability analysis describes PREPA's
99    capacity to pay current and projected debt.[6]

101   Thus, the Debt Sustainability Analysis relies on the projections of future electrical system expenses

102   and hence rates presented in the Fiscal Plan to align the debt levels with the needs for a sustainable

103   and affordable electrical system.

104   **Q. Are the projections of future electrical system expenses in the Fiscal Plan reasonable?**

105   No, they are not, for the following reasons:

106   1.  The Fiscal Plan projects all expenses, excluding debt service, through 2038.[7] This projection

107      contains no capital expenditures over the plan period, beyond investments made by federal

108      funds or by private developers (whose costs enter the Fiscal Plan as purchased power costs).

109      The lack of capital expenditure allocations throughout the plan period is noted in Exhibit P of

110      the Disclosure Statement, which states the necessity of adding $2.425 billion in capital

---

[6] PREPA's 2022 Certified Fiscal Plan, at 170.
[7] PREPA's 2022 Certified Fiscal Plan, at Exhibit 50.

111    expenditures over the plan period.[8] Thus, to provide PREPA with the resources necessary to

112    become viable, an adjustment to the Fiscal Plan would need to be made. This would, according

113    to Exhibit P, necessarily reduce the amount available for any Legacy Charge. The lack of a

114    capital expenditure item in the Fiscal Plan is unreasonable.[9]

115   2.  The Fiscal Plan assumes that 3.75 GW of new renewable energy capacity will come online by

116    Fiscal Year 2027 (i.e., by July 1, 2026).[10] This follows the August 2020 approved Integrated

117    Resource Plan, which calls for six tranches of renewable energy procurement, totaling 3.75

118    GW, with Requests For Proposals (RFPs) to be released between December 2020 and June

119    2023.[11] As of April 2023, only two of these six RFPs have been released, and PREPA has

120    signed contracts for less than 1 GW of solar capacity. Thus, it is all but impossible for PREPA

121    to have 3.75 GW of projects constructed and operational by July 1, 2026, given the delay

122    between signing a contract and having a constructed and operational project. This delay means

123    that PREPA will be purchasing more oil and natural gas than forecast in the Fiscal Plan,

124    resulting in higher fuel, and purchased power costs than projected. This additional cost will

125    reduce any estimated surplus that could be used to pay the Legacy Charge.

126   3.  The Fiscal Plan also assumes that no new natural gas plant capacity will be built in Puerto Rico

127    over the Plan of Adjustment period.[12] The government of Puerto Rico has recently taken action

128    counter to this assumption, issuing a Request for Qualifications ("RFQ") for a 300-MW new

129    natural gas power plant, which would continue to tie the island to imported and price-volatile

---

[8] Disclosure Statement, Exhibit P at 7.
[9] Disclosure Statement, Exhibit P at 7.
[10] PREPA'S 2022 Certified Fiscal Plan, at 160-161.
[11] August 2020 IRP Order at 268.
[12] Exhibit 50 of PREPA'S 2022 Certified Fiscal Plan shows "Conventional PPA" costs are approximately constant through FY 2027, and then declining and stabilizing, consistent with the planned retirement of the AES coal plant and no addition of conventional generation to the system.

130    natural gas for the next several decades.[13] This additional cost will reduce any estimated

131    surplus that could be used to pay the Legacy Charge

132    4.    The Fiscal Plan's projection of significant fuel savings starting in FY 2024 is unrealistic. The

133          Fiscal Plan projects a fuel budget of $2.9 billion for FY 2023 and only $1.4 billion for FY

134          2024.[14] Even acknowledging that PREPA is currently underspending the FY 2023 fuel budget

135          (as of February 2023, it was on track to be 20% below its FY 2023 fuel budget[15]), projected

136          declines in fuel prices from FY 2023 to FY 2024 would not be sufficient to reach the Fiscal

137          Plan's projected FY 2024 fuel budget. Specifically, Henry Hub natural gas prices are expected

138          to decline 27% and West Texas Intermediate oil prices by 5% from FY 2023 to FY 2024;[16]

139          given that PREPA spends about 75% of its fuel budget on oil, this represents a weighted

140          average decline in fuel prices to PREPA of about 10%. We therefore estimate fuel expenditures

141          for FY 2024 at approximately $2 billion, several hundred million more than projected in the

142          Fiscal Plan. This additional cost will reduce any estimated surplus that could be used to pay

143          the Legacy Charge

144    **Q. What is the consequence of including these unrealistic assumptions in the Fiscal Plan ?**

145    All of these assumptions combine to produce an expense forecast and therefore a forecasted rate

146    that is unreasonably low, presenting a more optimistic picture than is warranted of rate

147    affordability, even in the absence of any debt service.

---

[13]    LNG    to    H2    Combined    Cycle    Generation    Plant    RFQ    2023-01,    https://www.p3.pr.gov/wp-content/uploads/2023/02/404412216_18P3A-New-H2-CCGT-Request-for-Qualifications-CGSH-Draft-02.28.pdf.

[14] PREPA's 2022 Certified Fiscal Plan at Exhibit 50.

[15] As of February 2023, PREPA had spent $1.6 billion of a $2 billion fiscal-year-to-date fuel budget. (PREPA February 2023 monthly report).

[16] PREPA's 2022 Certified Fiscal Plan at 156. The Fiscal Plan identifies the Henry Hub and West Texas Intermediate metrics as the principal driver of oil and gas prices for the electricity system in Puerto Rico. FY 2023 and FY 2024 price data and forecasts are from the EIA Short Term Energy Outlook, April 2023.

148  **Q. Even given these unrealistic assumptions, do the Legacy Debt levels in the Plan of**

149  **Adjustment comport with the Debt Sustainability Analysis contained in the Fiscal Plan?**

150  No. The Disclosure Statement states that "[t]o be consistent with the applicable certified fiscal

151  plan, the Plan [of Adjustment] cannot provide for more debt than the applicable certified fiscal

152  plan's debt sustainability analysis determines should be sustained by Reorganized PREPA."[17] Yet,

153  this is not the case. The Plan of Adjustment does the exact opposite; it assumes substantially more

154  resources are available to pay debt than the Fiscal Plan.

155  Notwithstanding all of the faulty assumptions identified above that improperly depress expenses,

156  the Debt Sustainability Analysis in the Fiscal Plan establishes a range of debt levels from $2.44

157  billion to $5.61 billion.[18] The actual debt level identified in the Plan of Adjustment is $5.68 billion

158  for Legacy Debt and $2.425 billion for capital expenditures not included in the Fiscal Plan, for a

159  total of $8.11 billion in new debt that would be emitted over the Plan of Adjustment period. This

160  is significantly higher than the range presented in the Debt Sustainability Analysis.

161  **Q. Does the Debt Sustainability Analysis recommend that the cash resources identified be**

162  **reserved exclusively for the purposes of the repayment of the Legacy Debt obligation?**

163  No. It is a tool that simply identifies the presumed cash that is technically available if the revenue

164  and expense assumptions actually materialize. The decision on how those resources are used is not

165  assumed by this revenue/expense model. In addition, the qualitative discussion contained in the

166  one-page Debt Sustainability Analysis is silent on this question. Nowhere is it stated that the total

167  surplus (if any materializes) be put toward the payment of Legacy Debt. Indeed, the analysis of

---

[17] Disclosure Statement at VIII.A.
[18] See Table 15 of PREPA's 2022 Certified Fiscal Plan. We also note that the Debt Sustainability Analysis does not actually arrive at any conclusion about whether these levels of debt are economically sustainability or fiscally viable for PREPA.

168     the Fiscal Plan presented above suggests that there are operational and capital needs that are

169     insufficiently funded by the current revenue and expense projections in the Fiscal Plan.

170     **Q. Earlier in your testimony, you referenced that Exhibit P of the Disclosure Statement also**

171     **attempts to provide justification for the debt levels proposed in the Plan of Adjustment. Do**

172     **the projections and formulations in Exhibit P create a reasonable basis for the Plan of**

173     **Adjustment?**

174     No. Exhibit P *attempts* to balance the rate affordability issue, Legacy Debt and the capital needs

175     of the electric system going forward. Instead, it only serves to more fully highlight the case that

176     PREPA cannot sustain the Legacy Charge.

177     Exhibit P is based on an analysis of household-level rate affordability and "share of wallet" (the

178     share of household income that goes to paying electricity bills). The Exhibit P analysis purports to

179     find the rate that is affordable at the household level (without regard for affordability to commercial

180     and industrial customers that will also pay a comparable rate) and converts this into hypothetically

181     available revenue for the system. The exercise then subtracts projected electrical system

182     operational expenses to determine the amount of headroom available for servicing Legacy Debt

183     and new capital expenditures over the Plan of Adjustment period. (New capital expenditures do

184     not include federally funded capital expenditures or privately-funded generation costs that are

185     already incorporated into the Fiscal Plan as part of projected purchased power costs).

186     Exhibit P's estimate of new capital expenditures over the Plan of Adjustment period is $2.425

187     billion. From this, Exhibit P derives the $5.68 billion that the Plan of Adjustment proposes to emit

188     to cover Legacy Debt. This implies that $2.425 billion plus $5.68 billion (or $8.11 billion) is the

189     amount available for Legacy Debt and new capital expenditures over the Plan of Adjustment

190     period. It is the upper limit.

191   Therefore, under Exhibit P's methodology, if the capital expenditure needs are going to be higher

192   than $2.425 billion, the amount of Legacy Debt repayment would need to be reduced accordingly.

193   Similarly, if the resources necessary to support future debt fail to materialize and therefore are less

194   than $8.11 billion, the amount of Legacy Debt repayment would need to be reduced accordingly.

195   **Q. Is $2.425 billion a reasonable estimate of future capital needs not covered by federal funds**

196   **or private investment?**

197   No. The Oversight Board provides no justification for its estimate of $2.425 billion, which as a

198   measure of the system's unmet capital need, is almost certainly too low. In December 2022, the

199   Puerto Rico Department of Housing published an "Unmet Needs Assessment" summarizing the

200   capital needs of the electrical and water systems beyond the federal funds available. Subtracting

201   out the water system numbers and the $1.9 billion that the Department of Housing has available

202   for the electrical system, the resulting electrical system unmet need is **$6.4 billion**.[19]

203   **Q. Do other formal plans and funding commitments concur that $2.425 billion is too low?**

204   Yes. In October 2019, PREPA produced a transformation plan with a total price tag of $20.3 billion

205   over the next 10 years.[20] According to the Financial Plan, there are $14 billion set aside by the

206   federal government.[21] Very similar to the HUD estimate, there is a funding gap of approximately

207   $6 billion. This $6 billion is necessary to complete the rebuilding of the grid. Currently, this is a

208   substantial unfunded need for a necessary and known expense to ensure the viability of the system

209   to provide reliable electricity, and for assets built properly to generate the revenue needed to cover

210   expenses.

---

[19] Department of Housing. Puerto Rico Disaster Recovery Action Plan for the Use of CDBG-DR Funds for Electrical Power System Improvements. December 16, 2022, p. 77.
[20] Autoridad de Energía Eléctrica. The Grid Modernization of Puerto Rico.
[21] PREPA's 2022 Certified Fiscal Plan at 86, Table 5 and explanation.

211   The Plan of Adjustment dramatically understates the need for at least $6 billion in capital expenses.

212   This is unreasonable.

213   Using the Oversight Board's own methodology in Exhibit P, and assuming that the headroom for

214   future debt is $8.11 billion, the need for at least $6 billion in capital expenses would reduce the

215   headroom available for Legacy Debt to $2 billion or less. And if the amount available for future

216   debt is actually less than $8.11 billion, the amount available for Legacy Debt would need to be

217   further reduced accordingly.

218   **Q. Is $8.11 billion a reasonable estimate of the headroom available for new capital**

219   **expenditures and legacy debt?**

220   No. As stated above, the $8.11 billion was derived from subtracting projected system expenses

221   from projected revenues derived from rates that the Oversight Board calculated to be theoretically

222   affordable at the household level. Exhibit P does not specify what this hypothetical rate is, but it is

223   clearly above the rate projections of the Fiscal Plan (which include no Legacy Debt repayment or

224   capital expenditures).

225   We find $8.11 billion of surplus resources to be unreasonably high because (a) as noted above, the

226   projected electrical system expenses in the Fiscal Plan are unreasonably low; and (b) as discussed

227   in the next section, we find that the rates projected in the Fiscal Plan (and therefore the higher,

228   unspecified rate used to derive the system revenues in Exhibit P) are unaffordable for the economy

229   as a whole. The Oversight Board's analysis in Exhibit P has not considered the impact of the Plan

230   of Adjustment on the system's ability to provide electrical service that is adequate to support Puerto

231   Rico's future economic growth.

232    Taking into consideration that Exhibit P ignores billions of dollars of future capital needs,

233    underestimates future system expenses, and proposes a rate that is unaffordable for the economy,

234    we find that there is, in fact, no headroom for Legacy Debt.

235    **Q. Aside from underestimating the need for future capital expenditures, does the Plan of**

236    **Adjustment provide sufficient detail to provide reasonable assurance that PREPA will have**

237    **market access to meet those capital needs?**

238    No. Future debt is presumably enabled by the Additional Bond provisions that will be spelled out

239    in the New Master Trust Agreement. Leaving critical questions regarding any future debt issuances

240    to a document that does not exist is unreasonable. Moreover, it appears that existing creditors could

241    have veto power over the Additional Bonds; the Disclosure Statement states that "[t]he Additional

242    Bonds shall be subject to an additional bonds test, which shall be reasonably acceptable to the

243    Oversight Board and, the Required Fuel Line Lenders, and National, and documented in the New

244    Master Indenture."[22]

245    In its attempt to clarify the critical question of the priority status of Additional Bonds, the

246    Disclosure Statement is contradictory.

247        The New Bonds shall be secured by Reorganized PREPA's Net Revenues up to an
248        amount equal to the Legacy Charge Revenues and the right to receive such Net
249        Revenues up to an amount equal to the Legacy Charge Revenues, as more
250        particularly described in the New Master Indenture. For the avoidance of doubt, (i)
251        the New Bonds shall not have a priority of payment senior to that of the Additional
252        Bonds, provided, however, that the Revenues securing any Additional Bonds
253        exclude during the applicable periods an amount up to the Legacy Charge Revenues
254        and Remaining Legacy Charge Revenues, as applicable.[23]

255

256    The statement that New Bonds and Additional Bonds will be treated equally is contradicted by the

257    statement that of the two instruments the Legacy Debt is paid first, out of the Legacy Charge

---

[22] Disclosure Statement at VI.F.5.iii.
[23] Disclosure Statement at VI.F.5.iii.

258   revenues. In essence, this would appear that the Legacy Debt has priority status, notwithstanding

259   the statement to the contrary. This logical inconsistency which appears to subordinate any

260   Additional Bonds to the Legacy Debt, if left unaddressed, is likely to be uncovered by any future

261   diligence and weaken (if not preclude) future market access. The non-default provisions of the

262   Legacy Debt, as discussed in Section IV of my testimony below, further reduce the probability of

263   future market access for additional capital expenditures.

264 **III.    The Plan of Adjustment will not allow PREPA to provide future electrical service at the**

265   **level necessary to support the Commonwealth's viability.**

266   **Q. Will the Plan of Adjustment allow PREPA to provide future public services at the level**

267   **necessary to the Commonwealth's viability?**

268   No. Electricity is an essential public service. It needs to be provided reliably and affordably for the

269   Commonwealth's economic viability. Currently, Puerto Rico's electrical system is neither

270   affordable nor reliable, and continues to lack the operational resources that are needed to transform

271   it. As will be explained in the rest of this section, imposing an additional rate increase via the

272   Legacy Charge will make this necessary transformation even more difficult to achieve, resulting

273   instead in a continued unreliable and expensive system that is incapable of producing a steady

274   revenue stream for bondholders.

275   **Q. Have there been improvements in the reliability and affordability in the system that**

276   **suggest it can achieve reasonable viability?**

277   No. The current electrical system's lack of basic reliability has life threatening implications. The

278   largest most recent example is Hurricane Fiona, which was a category 1 storm that clipped the

279    southwest coast of Puerto Rico—yet knocked out electrical service to the entire island. Restoration

280    of 60% of power took eight days.[24]

281    The lack of reliability of Puerto Rico's grid is well-documented. Distribution system reliability is

282    typically measured by the SAIDI and SAIFI indices (System Average Interruption Duration Index

283    and System Average Interruption Frequency Index, respectively). In the United States, these

284    indices in 2021 were 121.5 minutes (SAIDI) and 1.03 events (SAIFI).[25] The most recent annual

285    distribution system SAIDI and SAIFI numbers for Puerto Rico were 1,022 minutes and 4.7 events,

286    respectively.[26]

287    Puerto Rico continues to pay an exorbitant amount for this unreliable service. Current electric rates

288    are above 26 cents per kilowatt-hour (kWh), more than twice the average electric rate in the United

289    States;[27] meanwhile, Puerto Rico's median household income is less than half of that of the poorest

290    U.S. state.[28] The Oversight Board's own economic advisor, Dr. Andrew Wolfe, argued that a rate

291    above 21.4 cents/kWh would harm the island's economic competitiveness, and "would eventually

292    contribute to a downward economic spiral that would result in Puerto Rico returning to a path of

293    declining economic activity, which would in turn adversely impact the demand for electricity and

294    in the end lead to another debt service payments crisis for PREPA."[29]

295    In 2018, the Oversight Board adopted an affordability target of 20 cents/kWh in the August 2018

296    Fiscal Plan, which was to be achieved within five years, mainly through significant reductions in

297    fuel and purchased power costs.[30] Five years later (when rates are now higher than in 2018), the

298    marked failure to implement the capital and operational investments that would have allowed for

---

[24]  LUMA Update on Efforts to Reestablish Service After Hurricane Fiona, https://lumapr.com/news/damage-3/.
[25] Energy Information Administration. Reliability Metrics of U.S. Distribution System..
[26] Negociado de Energía. Summary of Metrics. January 2023.
[27] Energy Information Administration. Electric Power Monthly. March 2023.
[28] U.S. Census Bureau. QuickFacts.
[29] Case No. 17-BK-04780-LTS, Doc # 149-2, July 31, 2017.
[30] PREPA's 2018 Certified Fiscal Plan at 42.

299    achieving this goal strongly caution against raising rates further and diverting electrical system

300    resources to pay Legacy Debt.

301    **Q. Aside from these rate thresholds, has any other standard been developed to evaluate the**

302    **affordability of adding the Legacy Charge to rates?**

303    Yes. David Brownstein, Citigroup's advisor to the Oversight Board, established a clear standard

304    for any debt restructuring agreement in his declaration in support of the 2019 RSA. He stated "any

305    recovery by PREPA's creditors had to be secondary to the Commonwealth's overall economic

306    recovery, for which the recovery of PREPA plays an important role. That meant any agreed

307    repayment of legacy debt could not outpace revitalization of the island's overall economy, and in

308    particular the ability of PREPA's customers to pay any increased rates or additional charges

309    required to service restructured PREPA debt."[31]

310    According to the most recent fiscal plan of the Commonwealth, real GNP is negative to flat through

311    2025. Through FY 2029, the GNP is marginally positive, driven almost entirely by federal funding.

312    The 2023 Commonwealth Fiscal Plan projects a negative real GDP growth of 0.5% annually from

313    FY 2029 through FY 2051 and a precarious fiscal situation with no clear pathway to any period of

314    sustained surpluses. Throughout the Plan of Adjustment period and subsequent years, there is a

315    consistent decline in population expected.[32]

316    Although the proposed Legacy Charge is a mixture of fixed and volumetric rates, one can derive

317    the equivalent per kWh charge from Exhibit A to the Disclosure Statement ("Load Forecast and

318    Illustrative Cash Flow for New Bonds") by dividing the projected cash flow from the Legacy

319    Charge by projected sales. (It is important to emphasize that because low-income customers will

320    be exempt from the Legacy Charge, this equivalent average per-kWh charge is lower than the

---

[31] Case No. 17-BK-03283-LTS, Doc # 7816, July 2, 2019.
[32] Commonwealth's 2023 Certified Fiscal Plan Volume 1, Exhibits 3, 6, 7 and 10. Volume 2 at 5 and Exhibit 2.

321  actual rate increase that will be imposed on non-exempt customers). This average rate starts at 2.8

322  cents/kWh in FY 2024 and increases to 4.3 cents/kWh in FY 2051, imposing double-digit rate

323  increases throughout a period in which Puerto Rico's economy is projected to be shrinking almost

324  every year.

325  **Q. Does the Plan of Adjustment include any analysis of the economy's ability to support the**

326  **proposed rate, including the Legacy Charge?**

327  No. The Plan of Adjustment lacks any analysis of the Plan of Adjustment's affordability from a

328  macroeconomic perspective, effectively abandoning the Oversight Board's previous 20 cents/kWh

329  target. Instead, the derivation of the Legacy Charge is based only on an analysis of rate affordability

330  at the household level, as described in the previous section.[33] Why does this matter? If the economy

331  cannot support the rate, the electrical system will not be able to meet its capital investment and

332  operational needs. This point has been well-proven in the history of PREPA, whose rates have

333  historically been consistently above the Oversight Board's previous affordability threshold of 20

334  cents per kWh.

335  Prior to the onset of PREPA's bankruptcy, PREPA would borrow or use its reserves to pay operating

336  expenses rather than raise rates to the levels needed to cover operational expenses,[34] as shown in

337  the following Figure from the 2017 Fiscal Plan:

---

[33] And this analysis also appears to be flawed. Exhibit P refers to an average household consumption of 425 kWh. Under current rates, such a household pays $112 monthly for electric service. The Legacy Charge would add $16.19 monthly, for a total expenditure of $128.19. According to Exhibit P, such a household has an income of $24,000, which implies a 6% affordability limit on electric bills of $120 per month. Thus, by Exhibit P's own standard, the Legacy Charge would push rates above the household affordability limit.

[34] Kobre and Kim LLP. <u>FOMB Final Investigative Report</u>. August 2018, pps. 122-123.



338

When this strategy proved to be ineffective, PREPA began cutting operational expenses,

compromising the integrity of the electrical system.[35] As the following table demonstrates,

expenditures on the generation system (not including fuel and purchased power), transmission &

distribution, customer accounts and maintenance all fell by 14% to 22% after FY 2013.[36]

|  | FY 2008-2013 | FY 2014-2021 | % Change |
|---|---|---|---|
| Non-Fuel/Power Generation | $67 | $58 | -14% |
| Transmission & Distribution | $170 | $145 | -15% |
| Customer Accounting/Collection | $115 | $92 | -20% |
| Administration & General | $206 | $258 | 26% |
| Maintenance | $222 | $174 | -22% |

343 From 2008 to 2013, PREPA lost 10% of its workforce; from 2013 through 2020 (well before the

344 transition to LUMA), PREPA lost an additional 35% of its workforce.[37]

345 These dramatic cuts to workforce and to operating budgets had already had a noticeable impact on

346 the reliability of the system by 2016, when consultants to the Puerto Rico Energy Bureau found,

347 "PREPA's generating fleet has deteriorated rapidly over the last two fiscal years with a dramatically

348 increased percentage of time in forced outages"; "PREPA's operational spending has not been

---

[35] The 2017 Certified Fiscal Plan documented years of underinvestment and a system that was severely degraded. See page 12 of FOMB, Certified Fiscal Plan FY 2017, April 2017.
[36] PREPA Monthly Reports.
[37] PREPA Monthly Reports

349  consistent with operation of a safe and reliable system since at least FY2014"; and "PREPA's

350  reduced staffing levels appear to be leading to severe consequences for system safety, reliability,

351  and operability."[38] These warnings went unheeded.

352  **Q. What does the Fiscal Plan project for future electrical rates?**

353  Even without the Legacy Charge, and with the unreasonably optimistic financial assumptions

354  described in the first section of my testimony, the Fiscal Plan does not produce rates below 22

355  cents/kWh in any year through 2038 (see figure below).[39] In other words, the Fiscal Plan does not

356  achieve rates that are economically affordable. Adding the average Legacy Charge on top of this

357  situation, as also shown in the figure, will only exacerbate the problem.[40]



358

359  **Q. What transformation would be required for Puerto Rico to achieve stable and affordable**

360  **rates?**

---

[38] Expert report of Jeremy Fisher and Ariel Horowitz, PREB Case No. CEPR-AP-2015-0001, November 23, 2016, at
82, 181 and 202.
[39] Rate derived from Exhibit 50 (expenses) and Exhibit 49 (projected sales) of the Fiscal Plan
[40] As stated previously, the equivalent per kWh Legacy Charge is derived from Exhibit A to the Disclosure Statement
by dividing the projected cash flow from the Legacy Charge by projected sales.

361   It is well understood that a rapid transition to renewable energy is instrumental to achieving fiscal

362   balance and stability by reducing annual fuel costs, which recently have risen to more than 60%

363   of operating costs. PREPA's dependence on imported fossil fuels for 97% of centralized power

364   generation is the dominant cause of volatile and high electric rates; recently signed contracts for

365   solar show that renewable energy can generate power at a lower, stable cost. Yet this large-scale

366   transition to renewable energy has yet to be implemented. Puerto Rico has never met its

367   legislatively established renewable energy targets.[41] The only renewable energy added to Puerto

368   Rico's electrical system since Hurricane Maria has been due to the investments of private citizens

369   in installing rooftop solar and storage.

370   **Q. What impact does raising rates above what is economically sustainable, as proposed in**

371   **the Fiscal Plan and the Plan of Adjustment, have on PREPA's ability to achieve this**

372   **transformation?**

373   The more that rates are raised above what is economically sustainable, the more this will replicate

374   all of the same dynamics described above that have encouraged the system to cut operating needs

375   and reduce capital investment. Indeed, many of these same historical patterns are already

376   continuing, with the introduction of LUMA Energy as a private operator. LUMA already has a

377   serious problem of being unable to hire the workforce that it needs; it was recently reported that

378   the company is short approximately 600 employees, particularly linemen.[42] LUMA is also

379   substantially behind on the operational spending and investment that was supposed to lead to a

380   30% improvement in SAIFI and a 40% improvement in SAIDI over the three years from FY 2022

---

[41] Neither those established in Act 82-2010 nor in Act 17-2019.
[42] El Vocero. Detalla escasez de empleados en LUMA. January 4, 2023.

381  to FY 2024.[43] In the 1 ½ years of this period (through December 2022), LUMA has spent only

382  42% of the amount budgeted for its "Improvement Portfolio."[44]

383  In addition, LUMA recently suspended all work on vegetation management on high-voltage

384  transmission lines through the end of Fiscal Year 2023 due to "budget problems." LUMA has

385  warned the Public-Private Partnership Authority that the projected budget for Fiscal Year 2024 is

386  insufficient for "prudent" operation of the system and that the lack of sufficient budget for grid

387  operations will result in "a significant **reduction** in the reliability of the transmission and

388  distribution systems, delays in the execution of system remediation programs and LUMA's ability

389  to respond to outages." [emphasis added][45]

390  In short, despite the Fiscal Plan's projections of sufficient operational and capital spending to

391  significantly improve reliability and transition the system rapidly to renewable energy, these

392  outcomes are not happening, at least not at the speed embedded in the Fiscal Plan's projections.

393  (In addition to the recent actions and statements of LUMA, see page 6 of this testimony for a

394  description of the delays in renewable energy procurement relative to that projected by the Fiscal

395  Plan). The transformation actually needed to reduce and stabilize rates and to create a functional

396  grid continues to be postponed.

397  **Q. What will be the result of continuing to postpone the transformation to a reliable and**

398  **affordable system?**

399  Excessive dependence on fossil fuels will continue to make rates volatile and expensive, above

400  what is projected in the Fiscal Plan and at times above 30 cents/kWh. Puerto Rico will continue to

401  suffer from unacceptably poor, life-threatening electricity service.

---

[43] PREPA's 2022 Certified Fiscal Plan at 60.
[44] LUMA Quarterly Filings in PREB Case No. NEPR-MI-2021-0004.
[45] Metro. Luma advierte próximo presupuesto no alcanzará para operar prudentemente. April 14, 2023.

402   A poorly managed, expensive, and unreliable grid stands no chance of producing a stable revenue

403   stream for bondholders and attempting to impose a Legacy Charge on this system will only

404   exacerbate the dysfunction.

405   In short, imposing the Plan of Adjustment will impede PREPA's recovery and impair PREPA's

406   ability to provide electrical service in a manner that supports Commonwealth economic growth.

407 **IV.**   **The unusual default provisions of the Plan of Adjustment technically allow PREPA to**

408       **meet its legacy debt obligations, but at the expense of creating a long-term credit risk and**

409       **potentially impeding market access.**

410   **Q. Is it likely the Plan will enable PREPA to meet its obligations to legacy bondholders**

411   **without the significant probability of default?**

412   The Plan of Adjustment contains unusual provisions about the nature of "default."[46] Typically the

413   failure to pay debt service when it is due is an event of default. In theory, upon an event of default

414   the full outstanding balance may be due immediately. An event of default usually can trigger a

415   period of reorganization to give the debtor time to realign its organization and assets. This

416   cleansing period can then presumably be remedied in a corrective plan and the company moves

417   forward as a going concern once again.

418   Under the Plan of Adjustment, PREPA is not in default on the New Bonds if it demonstrates that

419   it has done everything within its power to charge, collect and properly deposit the Legacy Charge

420   in the relevant accounts but is unable to pay debt service when it is due.[47] This provision reflects

421   the weak economic outlook described in the 2023 Commonwealth Fiscal Plan, the poor condition

---

[46] A substantial element of Moody's definition of default is "a missed or delayed disbursement of a contractually obligated interest or principal payment (excluding missed payments cured within a contractually allowed grace period), as defined in credit agreements and indentures." Moody's Investor Service, <u>Ratings Symbols and Definitions</u>, Definition of Default, December 20, 2022, p. 31-32.

[47] Plan of Adjustment at XIX.L.1.

422  of the system, a history of missing implementation deadlines for operational improvements and

423  the high likelihood of non-payment of the Legacy Debt.

**Q. What is the consequence of PREPA not meeting its debt service obligations under the Plan**

**of Adjustment?**

426  If PREPA cannot meet its debt service obligations and has done everything in its power to collect

427  and deposit the Legacy Charge, then the amount of any outstanding unpaid debt service remains

428  to be eventually paid. The Series A and B bonds do not accrue interest after their maturity date, but

429  any outstanding principal and previously accrued interest continues to be owed.[48] Presumably the

430  amount of any outstanding unpaid debt service, and any possible charges accruing, is recorded in

431  some manner in PREPA's financial statements and bond disclosures, although this is not specified

432  in the Disclosure Statement.

433  We note that the parties to the issuance of the New Bonds may not seek a credit rating from a credit

434  rating agency.[49] The elimination of non-payment of debt service as an event of default and the

435  absence of provisions that allow for the acceleration of payments when nonpayment occurs are

436  likely to weaken PREPA's market access.

**Q. What are the implications of these unusual default provisions?**

438  These provisions forestall any immediate bankruptcy process. However, in the future, carrying

439  delinquent unpaid debt service on the books of the utility would undoubtedly serve as a red flag

440  that could preclude market access. Rather than providing short-term relief these provisions create

441  the perception of a long-term credit risk. This will inhibit PREPA's ability to finance the additional

442  capital needs discussed previously in my testimony.

---

[48] Disclosure Statement at VI.F.2.i
[49] Disclosure Statement at 352.

443    In short, while the event of default and commencement of bankruptcy proceedings from non-

444    payment of debt service is technically avoided by how the Plan of Adjustment defines "default,"

445    the charges imposed by the Legacy Charge are unaffordable for all of the reasons described

446    previously in this testimony.

447    **Q. Please summarize the conclusions of your testimony.**

448    My testimony has found that:

449    1.  The Plan of Adjustment is not supported by reasonable financial projections. The Legacy Debt

450        repayment proposed in the Plan of Adjustment is well outside the range of the Debt

451        Sustainability Analysis contained in the Fiscal Plan, once future capital needs are taken into

452        account. Furthermore, the Legacy Charge is derived from an analysis that does not provide

453        adequately for the future capital needs of the system, underestimates future expenses, and

454        overestimates the electric rate that the economy is able to support. Once these factors are taken

455        into account, there is no headroom to support repayment of the Legacy Debt through rates.

456        Thus, the Plan of Adjustment is not feasible.

457    2.  The Plan of Adjustment will not allow PREPA to provide electrical service at the level needed

458        to support the Commonwealth's economic viability. The Plan of Adjustment does not include

459        a macroeconomic analysis of the affordability of the deal, and the rates under the Plan of

460        Adjustment will be significantly above previously established affordability thresholds.

461        Historically and currently, under such conditions, PREPA has been unable to execute the

462        operational reforms and transformation to renewable energy needed to ensure reliable and

463        affordable electrical service. Thus, the Plan of Adjustment is not feasible.

464    3.  Although the unusual default provisions of the Plan of Adjustment technically appear to allow

465        PREPA to meet its Legacy Debt obligations, this does not compensate for the fact that the Plan

24

466    of Adjustment is unaffordable and will continue to result in a dysfunctional electric system.

467    The default provisions create a long-term credit risk and potentially impede future market

468    access to obtain resources for necessary capital investments.

469    The purpose of a bankruptcy proceeding is to provide a fresh start. This Plan of Adjustment is not

470    a fresh start; it is the same old quagmire wrapped in different paper.

471    **I declare under penalty of perjury pursuant to the laws of the United States of America that**

472    **the foregoing is true and correct to the best of my knowledge and belief.**

473    Dated: April 28, 2023.

474

475    _____

476    Thomas Sanzillo

# ANNEX I

THOMAS SANZILLO

**45 Patriots Place, Kingston, NY 12401 (h) 645-679-7813 + 518 505-1186+
tomsanzillo@yahoo.com**

CURRICULUM VITAE

**Organizational leader with long history of excellence in public service, finance and
more. Clear-eyed, practical, bottom line grasp of where public and private investment
meet and add value. Creative team leader who draws talent to him; builds group
strength from individual strength; trusts openness to develop bonds and measures
accountability against a common purpose. Quickly grasps and communicates the core
vision that drives a complex organization and marshals strategies and resources so
tactics hit their mark. Writes and speaks to any audience with strong command of
complex ideas.**

Career Highlights

- Co-Founder of five year old not for profit organization designed to provide economic
  and financial analysis in support of renewable energy and energy efficiency and to
  curtail the use of fossil fuels in energy sector. Organization has grown to a global
  operation with worldwide reporting and training capabilities on energy and finance.
- Established business platform with special consultancies for business, labor and
  nonprofits in energy, public finance and public policy arena. Within five years
  established ten state client base and revenues in excess of $2 million.
- Supervised investment team that increased state pension fund from $97 billion to $150
  billion over four years.
- Architect of multi-pronged reform campaigns to improve integrity and efficiency in
  government.
- Managed financial oversight for State of New York assets of approximately $650
  billion annually. All external audits of assets under my watch disclosed no adverse
  material findings.
- Assumed responsibilities of the State Comptroller in late 2006 after the elected State
  Comptroller resigned. Reappointed First Deputy Comptroller in February 2007 by new
  Comptroller.

Areas of Expertise

| Public Budgets and Finance | Govt. Business Operations | Energy Finance Project Analysis |
|---|---|---|
| Pension Investment Strategy | Market Analysis – coal, energy, other | Corporate/Labor/Govt. Alliances |
| Corporate Governance | Fiscal Analysis of Energy Facilities | Professional Team Building |

**INSTITUTE FOR ENERGY ECONOMICS AND FINANCIAL ANALYSIS (IEEFA)**

**Director of Finance**                                      **May 2013 to present**

- Design, research and write economic and financial studies for clients involved with alternatives to fossil fuels. Studies cover coal plant, oil and gas drilling/mining, construction and finance, institutional investment and fossil fuels, competitive energy markets, fossil fuel subsidization, employment and taxation, corporate and public finance of coal, oil and natural gas.
- Cofounder of non-profit, first year budget over $2 million, extended service package overseas and established operations in ten countries.


## TR ROSE ASSOCIATES

**President**                                      **September 2007-Present**

- Financial and Public Policy Consultations. Created business platform to provide highly specialized consultations on complex policy, fiduciary and fiscal topics for corporate, labor and not for profit clients.
- Developed special consultancies on energy, coal, energy efficiency and energy related financial services. Served as expert witness and financial advisor in ten states and at national level on coal and alternative energy campaigns.
- Member, Advisory Committee, Long Island Power Authority, Long Range Planning Committee (2007-10).


## NEW YORK STATE OFFICE OF THE STATE COMPTROLLER (OSC)

State of New York's publicly Elected, Chief Financial Officer & Sole Fiduciary of pension fund

**First Deputy Comptroller**                      **Jan. 2003-September 2007**
**Acting New York State Comptroller**            **Dec. 2006-February 2007**

- Directed investment team. Increased state pension fund from $97 billion to $150 billion. Exceeded investment target every year. Cited by Standard and Poor's as one of the best managed funds in the nation. Comptroller's representative to labor/business and others. Passed law $15 billion in new authority for global, higher yield, lower risk investments.
- Architect of multi-pronged reform effort to improve integrity and efficiency at public authorities, state agencies, local governments and school districts; streamline contracts process and improve public debt programs. Over 400 newspaper editorials in support. Approximately half of over 100 specific reforms enacted into law.
- Assembled acclaimed group of financial experts to operate the backbone of the State's finances:
    - $150 billion pension investment fund – 300 global relations
    - $100 billion receipts, $130 billion expenditures – accounting system
    - $6 billion in annual disbursements to 1 million member retirement system
    - $12 billion annual daily cash balance - 60 banking relationships
    - $16 billion annual, biweekly payroll for 250,000 employees
    - 19 million annual expenditure transactions worth $85 billion to vendors

- o 40,000 contracts reviewed worth $85 billion annually
- o Oversight of $150 billion in public debt
- o Oversight of 1600 units of local government/school districts with aggregate annual budgets $100 billion
- o Monitoring and oversight of $120 billion state budget
- o Fiduciary oversight of $10 billion more in miscellaneous state funds
- Managed audit plans of the State of New York including 400 annual audits of state and local governments; an internal control program within OSC; the annual review of the state's retirement system and separate five year audit of the $150 billion investment program, as well as the annual audit of all state government and authorities.
- Supported and coordinated with OSC Executive Deputy on the management of 2400 employee operation with a $400 million annual budget in 17 locations. Participated in all critical policies regarding human resources, OSC budget, information technology, agency real estate and management arrangements, agency revenue initiatives and management of miscellaneous funds. In each year agency expenditures were below budget.
- Assumed responsibilities of the State Comptroller in late 2006 after the elected State Comptroller resigned. Drove effort to ensure prospective candidates for State Comptroller, State Legislative leaders, the Governor and other stakeholders receive fair and balanced information during an unprecedented and contentious appointment process for the new Comptroller. Reappointed First Deputy Comptroller in February 2007 by new Comptroller.

**Office of the State Comptroller**
   **Deputy Comptroller for Budget and Policy**          **Sept. 2001 to Dec. 2002**
   Director of Policy                              Aug. 1995 to Aug. 2001
   Assist. Director Expenditures/New York City            Jan. 1994 to Aug. 1995

- Served under Comptroller H. Carl McCall in increasingly high ranking positions, including the agency's 5 person Executive Committee. Comptroller McCall was elected by voters in 1994 and in 1998 by an overwhelming margin.
- In 1996 joined the Office of Budget and Policy as part of management team. Created the only publicly available, independent monitoring of the State's $80 billion annual budget with a small highly expert group of 12 professionals. As the Comptroller's "brain trust" the office established policy oversight that resulted in McCall's administration: increasing the state pension fund from $56 billion to $127 billion; $750 million in state audit savings; $400 million in new business investment programs in New York State, including a long term effort to create a venture capital industry in upstate, and, the design of a multiyear, $400 million retooling of OSC's information technology systems.

## RECENT PUBLICATIONS, SPEECHES AND TRAINING SESSIONS
- *Canada's Folly: Kinder Morgan Trans Mountain Pipeline,* June 2018.
- *Privatization and Puerto Rico's Energy Crisis,* with Cathy Kunkel, April 2018.
- *Red Flags at Exxon Mobil: A Note to Institutional Investors,* October 2016.
- *Material Risks: How Public Accountability is Slowing Tar Sands Development,* October 2014.
- *Making the Case for Norwegian Pension Fund investment in Renewable Energy,* with Yulanda Chung and Tim Buckley, February 2017
- *The New York State Comptroller*, Tom Sanzillo, Oxford Handbook of New York State Government and Politics, ed: Gerald Benjamin, New York: Oxford University Press, 2012.

- *The Great Giveaway: Abuses in Federal Coal Leasing Program,* IEEFA, June 2012

**Previous Experience:** *Assistant Comptroller for Policy, NYC Comptroller; Housing Developer, NYS Department of Social Services; Non-profit executive management and tenant organizer, Mount Vernon Community Action Group and Suburban Action Institute, and Consumer Investigator, NYC Department of Consumer Affairs.*

**EDUCATION**
Bachelor of Arts, Politics,      University of California, Santa Cruz

## 2015 - April 2020

**Reports and Testimony**
- Letter to the Legislative Assembly Regarding Restructuring Agreement for PREPA, October 2019.
- Puerto Rico Electric Power Authority Debt Restructuring: A Weak Deal Plagued by Scandal, August 2019.
- Testimony by Tom Sanzillo, U.S. House Natural Resources Committee hearing on The Status of the Rebuilding and Privatization of the Puerto Rico Electric Power Authority (PREPA), April 2019.
- PREPA Privatization Will Hurt Consumers and Slow Economic Recovery, January 2019.
- Queremos Sol (We Want Sun), October 2018.
- Retail Choice Will Not Bring Down Puerto Rico's High Electricity Rates, August 2018.
- Testimony to the Puerto Rico Senate Special Committee on Energy Affairs, August 2018.
- Comments to the Puerto Rico Energy Bureau on Regulation on Retail Wheeling, Case Number CEPR-MI-2018-0010, August 2018.
- Multibillion-Dollar Oil Scandal Goes Unaddressed in PREPA Contract Reform and Privatization, July 2018.
- The Puerto Rico Electric Power Authority's Fiscal Plan: Budget Shortfalls and Weak Implementation Plan Raise Substantial Risk, May 2018.
- Privatization Bill Will Not Solve Puerto Rico's Electricity Crisis April 2018.
- Toward Electric System Sustainability in Puerto Rico, February 2018.
- Letter to U.S. Rep. Doug LaMalfa Regarding PREPA Restructuring Support Agreement, March 2017.
- Puerto Rico (PREPA) Briefing Note, January 2017.
- Testimony to the Puerto Rico Energy Commission, October 2016.
- PREPA Debt Restructuring Deal Won't Restore Agency to Financial Health, August 2016.

### Commentaries
- IEEFA letter: Governor Vazquez urged to pursue alternative path for San Juan, P.R. power plant. January 29, 2020.
- PREPA debt deal hurts consumers, dodges underlying crisis. December 19, 2019.
- Court examiner finds PREPA bond deal fees are out of control. November 14, 2019.
- IEEFA letter to Puerto Rico's Legislative Assembly: Secure more viable PREPA debt deal. October 29, 2019.

- CAMBIO and IEEFA gain unprecedented access to PREPA's documents and electrical system data. October 17, 2019.
- PREPA utility debt deal repeats mistakes of the past. October 7, 2019.
- Governor Vázquez needs to scrutinize new natural gas contracts in Puerto Rico. August 27, 2019.
- IEEFA Op-ed: Insurers sue banks over Puerto Rico debt and bond deals. August 20, 2019.
- Puerto Rico at a crossroads. July 31, 2019.
- Collapse of Puerto Rico government necessitates anti-corruption reforms. July 29, 2019.
- Despite the scandal, FOMB is still rushing through an unaffordable debt deal. July 18, 2019.
- What the corruption scandal means for the Puerto Rico Electric Power Authority (PREPA). July 16, 2019.
- 43 members of Congress declare the PREPA deal fatally flawed – they are right. July 9, 2019.
- The governor ignores the facts and misleads the public about the debt deal. May 30, 2019.
- Governor looks to Wall Street cash to fund re-election bid. May 28, 2019.
- What does LIPA's $7 billion bond deal tell us about PREPA's $8 billion deal? May 20, 2019.
- Hidden fees will drive up cost of debt deal even further. May 17, 2019.
- Under PREPA's new debt deal, electricity prices will rise 13% by next summer in Puerto Rico. May 7, 2019.
- PREPA bond deal is not a solution. April 24, 2019.
- PREPA privatization will not create competitive market, will lead to more dysfunction. April 18, 2019.
- IEEFA Op-ed: Privatizing Puerto Rico's electric utility (PREPA) opens door to more waste and mismanagement. April 9, 2019.
- Bad gas deal hurts PREPA chances for a turnaround. March 28, 2019.
- PREPA privatization plan overlooks unionized workers as best asset. February 25, 2019.
- PREPA privatization means crushingly high electric rates. February 1, 2019.
- New natural gas deal fits same old pattern for choosing contractors. January 22, 2019.
- Backroom natural gas deals threaten to displace public renewable energy plans. December 3, 2018.
- Why PREPA receivership is a worthy proposal. October 19, 2018.
- The unsustainable debt deal that won't die. October 8, 2018.
- IEEFA Op-ed: Conflicted consultants prove costly for Puerto Rico. October 4, 2018.
- Rampant political hiring at PREPA only makes matters worse. September 14, 2018.
- Is a pay-to-play racket driving Puerto Rico to ruin? September 7, 2018.
- Accountability for the banks, law firms, accountants and credit agencies that orchestrated Puerto Rico's $72 billion debt crisis. September 4, 2018.
- IEEFA Op-ed: Who really owes Puerto Rico's bondholders—and how much? August 24, 2018.
- IEEFA Op-ed: Plan to turn to imported natural gas will cost Puerto Rico dearly. August 17, 2018.
- New debt deal throws Puerto Rico under the bus. August 1, 2018.

- An influential congressman impedes Puerto Rico's recovery. July 23, 2018.
- PREPA privatization law invites more contracting scandals. July 6, 2018.
- IEEFA Op-ed: Why the SEC should conduct the investigation of Puerto Rico's debt obligations. June 22, 2018.
- IEEFA Op-ed: Latest Puerto Rico utility privatization plan is as flawed as the original. June 19, 2018.
- IEEFA Op-Ed: Little Chance New Fiscal Recovery Plan for Puerto Rico's Electric Company Will Succeed. May 29, 2018.
- IEEFA Op-Ed: Keeping Puerto Rico's Electric Utility on a Short Leash Until It Proves Accountability. March 7, 2018.
- Status-Quo Politics Imperil Public Confidence in Puerto Rico Grid Rebuild. February 28, 2018.
- Governor's Utility Privatization Plan Betrays Puerto Ricans. January 23, 2018.
- Two Clear and Opposing Directions Emerge for Puerto Rico. January 11, 2018.
- Puerto Rico's Hidebound Electric Company. December 15, 2017.
- IEEFA Op-Ed: Wall Street's War on Puerto Rico. December 7, 2017.
- The Solar Industry Delivers in Response to Humanitarian Crisis. November 21, 2017.
- Betrayal in Puerto Rico. November 17, 2017.
- The Puerto Rico Electricity 'Privatization' Discussion Is a Distraction. November 6, 2017.
- Puerto Rico's Solution—a Microgrid System Supported by Solar Energy. November 3, 2017.
- Hope for Puerto Rico if Control Board Uses its Muscle to Promote Partnerships. November 3, 2017.
- Reform Opportunity in Puerto Rico Electricity-Contract Scandal. October 25, 2017.
- Accountability for Puerto Rico's Energy Must Be Baked Into FEMA Legislation. October 13, 2017.
- Politics Is the Main Barrier to Solar Energy Independence in Puerto Rico. October 10, 2017.
- Trump Says Eliminate Puerto Rico's Debt: We Agree. October 6, 2017.
- Puerto Rico Bankruptcy Court Weighs a Motion to Turn Back the Clock on Electricity System Reform in Puerto Rico. September 29, 2017.
- 5 Reasons Puerto Rico's Electric Debt Deal is a Rip-Off. April 27, 2017.
- The PREPA Restructuring Plan Before Congress Is Not Realistic and Does Not Hold All Players Accountable. March 22, 2017.
- How to Play Hardball With Bondholders. January 24, 2017.
- Time for an Electricity Inspector General. January 6, 2017.
- The Puerto Rico Electric Power Authority Would Starve Its Electric Grid to Pay Its Bondholders. December 14, 2016.
- Electric Company, Off the Mark on Its In-House Outlook, Is Spending Twice as Much on Fuel Than Projected. November 8, 2016.
- Puerto Rico Energy Commission, in Challenging Utility's Backward-Looking Plan, Sets a Much Wiser Course. September 29, 2016.
- Puerto Rico Redux: PREPA Should Go Back to the Drawing Board. August 26, 2016.
- In Kowtowing to Bondholders, Puerto Rico's Electric Company Neglects the Future. August 11, 2016.
- New Debt Deal Was Supposed to Solve PREPA's Financial Problems. It Doesn't. August 10, 2016.

- [PREPA Is Paying a High Price, and for Consultants Who Didn't Get the Job Done](#). August 9, 2016.
- [Puerto Rico's Proposed Electricity Turnaround Banks Largely on Hope](#). August 8, 2016.
- [Debt Restructuring Deal for Commonwealth's Electric Company Only Makes Matters Worse](#). August 4, 2016.
- [The Hidden Boogeyman in the Commonwealth's Debt Crisis](#). July 7, 2016.
- [Opportunity for a New Direction for Puerto Rico's Electric System](#). September 2015.

Media Coverage of Tom Sanzillo/IEEFA Puerto Rico Analysis, February 2018 – Present

- New York Times. With Earthquakes and Storms, Puerto Rico's Power Grid Can't Catch a Break. January 10, 2020.
- The Weekly Journal. Nonprofits Continue the Fight Against Prepa's RSA. December 25, 2019.
- Sin Comillas. ~ PREPA's debt restructuring agreement harms consumers. December 22, 2019.
- News is my Business. Op-Ed: PREPA RSA hurts consumers, perpetuates debt crisis. December 20, 2019.
- El Nuevo Dia. ~ José Ortiz defends the agreement with the bondholders. December 14, 2019.
- El Nuevo Dia. Experts ask for PREPA's debt cancellation. December 14, 2019.
- El Nuevo Dia. The representative Jesús Santa would vote "no" to the PREPA debt restructuring agreement. December 13, 2019.
- News is my Business Román-Morales Op-ed. Evaluating P.R.'s energy transformation is an opportunity to define, promote public interest. December 11, 2019.
- News Is My Business Sanzillo Op-ed. Electricity consumers face minimum of $530M in fees to outside advisors. November 15, 2019.
- Periodico La Peria. ~ IEEFA: court examiner finds AEE bond agreement fees are out of control. November 15, 2019.
- Metro. ~ Energy Economics Institute asks Legislature to reject PREPA agreement. October 31, 2019.
- El Nuevo Dia. ~ Call to the Legislature to reject the agreement in PREPA. October 31, 2019.
- El Nuevo Dia. ~ Utier protests with cacerolazo against the increase in the rate of light. October 30, 2019.
- News is my Business. IEEFA urges P.R. Legislature to 'secure more viable PREPA debt deal.' October 30, 2019.
- News is my Business. PREPA to turn over documents, electrical system data to CAMBIO, IEEFA. October 18, 2019.
- Metro. ~ PREPA delivers the data of the P.Rico electrical system to CAMBIO and IEEFA. October 17, 2019.
- NotiCel. ~ PREPA must submit documents on the transformation of the electrical system. October 17, 2019.
- PrimeraHora.com. ~ The negotiation was achieved in the Court of San Juan. October 17, 2019.
- GreenBiz. 4 energy security lessons from rebuilding Puerto Rico's electrical system after Hurricane Maria. September 27, 2019.
- El Nuevo Dia. ~ Organizations denounce that PREPA delivers information to droppers. September 6, 2019.
- El Vocero. ~ To court four PREPA officials. September 7, 2019.
- El Vocero. ~ The lawsuit for PREPA documents returns to court. September 6, 2019.
- NotiCel. ~ PREPA continues to kick the can to not deliver information. September 6, 2019.
- Sin Comillas. ~ PREPA pays months in luxury hotels to consultants. September 5, 2019.

- PV Magazine. Gas crowding renewables in Puerto Rico, EDF acquires PowerFlex, pvMB. September 4, 2019.
- News Is My Business Sanzillo Op-ed. Gov. Vázquez needs to scrutinize new natural gas contracts in P.R. August 2, 2019.
- The Weekly Journal. IEEFA Report Calls Prepa Debt Deal "Unaffordable". August 28, 2019.
- El Nuevo Dia. IEEFA reaffirms its criticism of PREPA's debt restructuring agreement. August 22, 2019.
- News Is My Business Sanzillo Op-ed. Island residents face decades of unaffordable rate hikes and fees. August 22, 2019.
- Periodico La Peria. Electric debt restructuring agreement will involve a 13% rate increase. August 21, 2019.
- The Bond Buyer. Bond insurer lawsuit exposes fatal flaws in Puerto Rico and PREPA debt plans. August 20, 2019
- Ensia. In the Aftermath of Hurricane Maria, Efforts to Rebuild Puerto Rico's Electrical System Offer Lessons for Boosting Energy Security. August 13, 2019.
- News is my Business Kunkel Op-Ed. P.R. crisis — Oversight Board failed to do its job. August 7, 2019.
- El Nuevo Dia. ~ IEEFA Group advocates an independent corruption monitor in Puerto Rico. July 29, 2019.
- El Vocero Kunkel/Sanzillo Op-ed. Government collapse: urgency of anti-corruption reforms. July 29, 2019.
- News is my Business. IEEFA letter urges U.S. inspectors general to scrutinize PREPA contracting. July 23, 2019.
- News is my Business Kunkel Op-ed. Op-Ed: Oversight Board admits scandal is a problem, but then ignores it. July 22, 2019.
- Metro. ~ They recommend independent inspector and revision contracts EEE before crisis in the government. July 17, 2019.
- The Bond Buyer Sanzillo Op-ed. Puerto Rico's recovery must continue: Lessons from the Rosselló Administration. July 16, 2019.
- JD Supra. Puerto Rico Update: Evolving Renewable Generation Plans. June 28, 2019.
- Grupo de Diarios América (GDA). ~ Dissatisfaction with the information received. June 26, 2019.
- News Is My Business. PREPA's limited delivery of documents extends suit filed by CAMBIO and IEEFA. June 26, 2019.
- El Nuevo Dia. ~ They claim that PREPA did not give precise information about the privatization. June 24, 2019.
- El Vocero. ~ They present options for energy transformation of Puerto Rico. June 19, 2019.
- Bond Buyer. Congressional Democrats urge Puerto Rico lawmakers to reject PREPA debt deal. June 13, 2019.
- El Nuevo Dia. ~ Democratic Congress leaders ask to stop the restructuring agreement of the AEE. June 13, 2019.
- El Vocero. ~ ESA and organizations agree delivery of documents on privatization. June 7, 2019.
- El Nuevo Dia. ~ Entities receive public documents from the Electric Power Authority. June 7, 2019.
- PrimeraHora.com. ~ AEE starts delivering documents about its privatization. June 7, 2019.

- Institute for Local Self-Reliance (ILSR) Local Energy Rules Podcast, Episode 78. Using Disaster to Build a New, (d)emocratic Energy Paradigm. June 6, 2019.
- El Vocero. They insist that Electric Power deliver documents. June 6, 2019.
- Metro. ~ They claim AEE tries to revert agreement to deliver documents on privatization. June 5, 2019.
- News is my Business. PREPA pushes back against court-agreed document turnover, defendants say. June 5, 2019.
- El Nuevo Dia. ~ They denounce that PREPA tried to reverse an agreement to deliver public documents. June 4, 2019.
- CB Español Kunkel Op-ed. ~ IEEFA Puerto Rico: Governor looks at Wall Street money to finance his reelection. June 4, 2019.
- NotiCel. ~ AEE endeavors to hide documents. June 4, 2019.
- Hoy Los Angeles. ~ P.Rico electric better prepared to withstand a hurricane despite breakdowns. June 3, 2019.
- News is my Business. IEEFA, CAMBIO win court petition to get PREPA privatization documents. May 28, 2019.
- Sin Comillas. ~ Regressive count for PREPA to deliver partial documents on the privatization process. May 29, 2019.
- El Nuevo Dia. ~ They advocate setting aside the new agreement on the restructuring of the EEA. May 23, 2019.
- The Intercept. To Help Pay Off Bondholders, Solar Panel Owners Will Be Hit Hard in Puerto Rico. May 22, 2019.
- El Vocero. ~ Ingrid Vila takes action against the AEE. May 20, 2019.
- El Nuevo Dia. Nydia Velázquez muestra reparos con el propuesto acuerdo con bonistas de la AEE. May 20, 2019.
- News is My Business. CAMBIO, IEEFA sue to get PREPA to release public documents and data. May 17, 2019.
- El Nuevo Dia. ~ The Court of San Juan cites a hearing to hear legal action against the EEA. May 17, 2019.
- El Nuevo Dia. ~ Entities take legal action against PREPA to demand delivery of information. May 16, 2019.
- El Nuevo Dia. PREPA Executive Director anticipates initiatives will help mitigate bill increases. May 16, 2019.
- El Nuevo Dia. ~ Popular representatives accuse the governor of "lying" about the electricity tariff. May 15, 2019.
- El Nuevo Dia. ~ The electricity bill would increase by 28 percent. May 14, 2019.
- Hoy Los Angeles. ~ The shadow of the electrical problems go back to lengthen on Puerto Rico. May 14, 2019.
- Associated Press. Board extends power to cover Puerto Rico's 78 municipalities. May 9, 2019.
- El Nuevo Dia. ~ Experts question the preliminary agreement of restructuring of the AEE. May 9, 2019.
- Hoy Los Angeles. ~ Payment agreement on electric debt P.Rico will result in increase invoice. May 8, 2019.
- Noticel. ~ AEE brings hot summer with its double digit invoice. May 8, 2019.
- Metro. ~ Boricuas would pay between $ 130 and $ 220 more per year for electricity. May 8, 2019.

- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA update: Under PREPA's new debt deal, electricity prices will rise 13% by next summer in Puerto Rico. May 7, 2019.
- The Bond Buyer. PREPA meets skepticism over latest restructuring agreement. May 6, 2019.
- El Vocero. ~ Close the debt agreement in the AEE. May 2, 2019.
- Caribbean Business Cover Story. Critical Puerto Rico Infrastructure Projects Left in Limbo. April 26, 2019.
- Caribbean Business Sanzillo Op-ed. IEEFA Puerto Rico: PREPA bond deal is not a solution. April 24, 2019.
- CityLab. No, Puerto Rico's New Climate-Change Law Is Not a 'Green New Deal'. April 22, 2019.
- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA: PREPA privatization will not create competitive market, will lead to more dysfunction. April 22, 2019.
- Al DÍA News (U.S.). The Complicated Evolution of PREPA. April 15, 2019.
- PV Magazine. Puerto Rico goes 100% renewable as Trump Administration calls for more gas. April 12, 2019.
- Caribbean Business. Rebuilding, privatization of Puerto Rico's electric utility debated at U.S. House hearing. April 10, 2019.
- Primerahora.com. ~ Deploy the UTIER before the Congress. April 9, 2019.
- El Nuevo Dia. Natural Resources Hearing: Zamot recommends control over contracts. April 9, 2019.
- Caribbean Business. Regulator: Utility plan misses mark on green energy policy. April 8, 2019.
- The Hill Sanzillo Op-ed. Why privatizing Puerto Rico's electrical system will fail. April 7, 2019.
- PV Magazine. PREPA's long-term plan is in chaos. April 2, 2019.
- News is My Business Kunkel Op-ed. PREPA's 20-year plan conflicts, undermines long-term renewables goal. April 1, 2019.
- The Bond Buyer. PREPA union suggests inspector general as alternative to receiver. March 29, 2019.
- Inside Climate News. Puerto Rico Passes 100% Clean Energy Bill. Will Natural Gas Imports Get in the Way? March 28, 2019.
- USA Today. Clouds Form for Shift to Solar Power. March 1, 2019.
- USA Today. Texas company slowing Puerto Rico's path to solar and energy resilience after Hurricane Maria. February 26, 2019.
- Caribbean Business Sanzillo/Kunkel Op-ed. PREPA privatization plan overlooks unionized workers as best asset. February 26, 2019.
- The Bond Buyer. IRS auditing Puerto Rico school construction bonds. February 25, 2019.
- Metro PR. ~ Privatization AEE would cause "unreasonable" increase, according to study. February 11, 2019.
- elEconomista America.com. ~ Electricity privatization at P.Rico will mean higher rates, according to the Institute. January 31, 2019.
- Primera Hora. ~ Study reveals that privatization of AEE will cause rate increase. January 31, 2019.
- Caribbean Business. IEEFA Report: Privatizing the Puerto Rico Electric Power Authority is not the answer. January 31, 2019.

- El Nuevo Dia. ~ [Doubts with the privatization of the Electric Power Authority](#). January 31, 2019.
- Caribbean Business. [Public power versus privatized power: the debate in Puerto Rico before and after Hurricane Maria](#). January 25, 2019.
- News Is My Business Sanzillo/Kunkel Op-ed. [IEEFA P.R.: New natural gas deal fits same old pattern for choosing contractors](#). January 25, 2019.
- The Bond Buyer. [Puerto Rico's resistance may slow Oversight Board, restructuring](#). January 3, 2019.
- News is My Business Kunkel Op-ed. [PREPA keeps relying on expensive consultants, IEEFA says](#). December 26, 2018.
- Noticel. ~ [AEE stumbles on the same stone](#). December 20, 2018.
- The Bond Buyer. [PREPA's moves to rebuild its system seen as positive](#). December 12, 2018.
- Energy Transition (Germany). [Puerto Rican energy: does calm come after the storm?](#) December 7, 2018.
- Greentechmedia. [Inside Puerto Rico's Quest for 100% Renewables: A Clash Over Natural Gas](#). December 5, 2018.
- Caribbean Business Sanzillo Op-ed. [IEEFA Puerto Rico: Backroom natural gas deals threaten to displace public renewable energy plans](#). December 5, 2018.
- El Nuevo Dia. ~ [Aguirre GasPort is officially ruled out](#). December 5, 2018.
- News is My Business Kunkel Op-ed. [Op-Ed: IEEFA Puerto Rico says massive liquefied natural gas project dead](#). December 4, 2018.
- Metro. ~ [The emails of the Board: senators promoted "in a low voice" AEE privatization](#). November 29, 2018.
- PV Magazine. [Puerto Rico utility favors LNG over solar in Siemens plan](#). November 14, 2018.
- PV Magazine (Germany). ~ [The Senate of Puerto Rico approves the public energy policy](#). November 8, 2018.
- elEconomista.es (Spain). ~ [Natural gas, the energy future for Puerto Rico?](#) November 5, 2018.
- Inside Climate News. [Puerto Rico Considers 100% Renewable Energy, But Natural Gas May Come First](#). November 3, 2018.
- USA Today. [$3 billion already spent to end longest blackout in US history. Could renewable energy help Puerto Rico?](#) October 18, 2018.
- El Nuevo Dia. [Larry Seilhamer introduces bill to guide the island's energy policy](#). October 16, 2018.
- El Nuevo Dia. ~ [They warn that the agreement between the Board and some ESA bondholders is bad business](#). October 10, 2018.
- News Is My Business Sanzillo/Kunkel Op-ed. [Op-Ed: The unsustainable debt deal that won't die](#). October 10, 2018.
- Microgrid Knowledge. [We Want Sun: A 100% Renewable Puerto Rico?](#) October 8, 2018.
- Caribbean Business. [IEEFA Op-ed: Conflicted consultants prove costly for Puerto Rico.](#) October 5, 2018.
- Metro.pr. [Queremos Sol calls meeting with vice president of the Senate to evaluate energy proposal](#). October 1, 2018.
- Primera Hora. ~ [Citizen initiative for energy transformation](#). October 1, 2018.

- Huffington Post. Puerto Rico Could Be A Solar Pioneer, But The GOP Wants A Fossil Fuel 'Theme Park'. September 19, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: Rampant political hiring at PREPA only makes matters worse. September 17, 2018.
- Roll Call. Trump Tweet Jeopardizes Bipartisan Puerto Rico Bill. September 14, 2018.
- Rolling Stone. The Perfect Storm: How Climate Change and Wall Street Almost Killed Puerto Rico. September 12, 2018.
- Claridad. ~ The companies that took Puerto Rico to its debt have the capacity to compensate the Country. September 11, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: Is a pay-to-play racket driving Puerto Rico to ruin? September 10, 2018.
- El Nuevo Dia. Ortiz does not support the Aguirre GasPort. August 31, 2018.
- Wired. What Happened in the Dark: Puerto Rico's Year of Fighting for Power. August 23, 2018.
- The Bond Buyer. Who really owes Puerto Rico's bondholders—and how much? August 23, 2018.
- El Nuevo Dia. Study group distrusts the new desire for natural gas. August 18, 2018.
- Huffington Post. Bringing The Light Back To Puerto Rico After Last Year's Horrific Hurricane Season. August 16, 2018.
- Caribbean Business. Swain's World: Oil, Gas Industry Donations Affect Renewables for Prepa. August 3, 2018.
- Noticel. ~ "Reckless" the agreement between bondholders of the AEE and the Board. August 3, 2018.
- El Nuevo Dia. More voices criticize the agreement with bondholders. August 3, 2018.
- Caribbean Business. Puerto Rico power company's fiscal plan resurfaces offshore gas port. August 2, 2018.
- Caribbean Business Sanzillo Op-ed. IEEFA update: New debt deal throws Puerto Rico under the bus. August 2, 2018.
- The Intercept. House Republicans Deeply Confused About Why Puerto Rico Might Benefit From Wind And Solar Power. July 27, 2018.
- Caribbean Business Sanzillo/Kunkel Op-ed. IEEFA Update: An influential congressman impedes Puerto Rico's recovery. July 23, 2018.
- El Nuevo Dia. Congressmen ask Walter Higgins for a brake on natural gas. July 11, 2018.
- El Nuevo Dia. Study group fears Puerto Rico open the way to natural gas. July 9, 2018.
- Caribbean Business Kunkel/Sanzillo Op-ed. IEEFA Update: PREPA privatization law invites more contracting scandals. July 7, 218.
- El Nuevo Dia. Concerns in the manufacturing sector: The Puerto Rico Manufacturers Association considers the statute to privatize the power grid is a first step. June 26, 2018.
- The Bond Buyer Sanzillo Op-ed. Why the SEC should conduct the investigation of Puerto Rico's debt obligations. June 19, 2018.
- The Hill Kunkel/Sanzillo Op-ed. How Puerto Rico misses the mark in latest attempt to privatize broken power authority. June 19, 2018.
- El Nuevo Dia. Obstacles to power grid transformation. May 29, 2018.
- CB Español. IEEFA report puts EEA budget deficits at $ 1 billion per year. May 29, 2018.

- The Hill Kunkel/Sanzillo Op-ed. Little chance new fiscal recovery plan for Puerto Rico's electric company will succeed. May 29, 2018.
- Caribbean Business. IEEFA Puerto Rico: PREPA's approved budget faces 5 years of shortfalls. May 28, 2018.
- Sin Comillas. Five years of deficits await PREPA. May 26, 2018.
- The Intercept. Top Republican Plans To Use Fossil Fuels to Make Puerto Rico "The Energy Hub of the Entire Caribbean" May 5, 2018.
- News Is My Business. Op-Ed: IEEFA P.R. — Proposed offshore gas-import project makes less and less sense. May 3, 2018.
- Brinkwire. Power restored to 1.4 million Puerto Rico customers after island-wide blackout. April 23, 2018.
- The Intercept. Controversial Contractor Was Behind Island-Wide Blackout, as Puerto Rico Debates Full Privatization. April 23, 2018.
- El Observador. Puerto Rico's Lights Slowly Coming Back On, But Study Faults Privatization Plan. April 20, 2018.
- USA Today. Power restored to 1.4 million Puerto Rico customers after island-wide blackout. April 19, 2018.
- ThinkProgress. Contractor missteps persist as Puerto Rico's fragile electric grid recovers from major outage. April 19, 2018.
- The Times Herald. Puerto Rico just lost power yet again in total blackout. April 18, 2018.
- USA Today. Puerto Rico just lost power yet again in total blackout. April 18, 2018.
- Los Angeles Times. Aseguran privatizar la corporación eléctrica P.Rico será una barrera a futuro. April 14, 2018.
- The Hill Sanzillo/Kunkel Op-ed. Keeping Puerto Rico on a short leash until it proves accountability. March 6, 2018.
- Salon.com. "Disaster capitalism" in Puerto Rico: After Maria, power companies go private. February 2, 2018.