# EXHIBIT 3

**Puerto Rico**

# Puerto Rico Announces New Deal With PREPA Creditors, Estimates $2.2B Savings in Debt Service for 2018 Through 2022

Thu 04/06/2017 12:58 PM

Share this article:

*Relevant Document:*
Press Release

Gov. Ricardo Rosselló announced this afternoon a new agreement in principle that will enhance by $1.5 billion the terms of the restructuring support agreement with the ad hoc group of PREPA bondholders, its fuel line lenders, the monoline insurers and the Government Development Bank for Puerto Rico. The RSA has been extended to April 13 to allow for documentation of additional details. The announcement was made on behalf of the Fiscal Agency and Financial Advisory Authority, or AAFAF, and the Puerto Rico Electric Power Authority, or PREPA. The enhancements to the RSA are being reviewed by the PROMESA oversight board, which has not yet approved the deal.

According to the press release, the Rosselló administration estimates that the enhancements to the RSA "will achieve $2.2 billion in debt service savings for the period of 2018 through 2022 as compared to the contractual terms of the debt," which represent "$1.5 billion additional savings versus the existing terms of the RSA" (emphasis added). The announcement also explains that the changes to the RSA are designed to allow PREPA "to take the steps necessary to modernize its operations and implement the Administration's energy policy, including attracting new private investment and P3 programs." Specifically, the Rosselló administration estimates that the latest version of the RSA "will result in individual ratepayer transition charge savings of 36% for the period 2018 through 2022, representing a reduction of the average household annual electricity bill by approximately $90 per year over the next five years."

"The enhancements to the RSA were the result of good faith negotiations by my team and PREPA's major creditors. I believe that the negotiated terms represent fair additional contributions by all parties to the RSA and will set PREPA on a path toward becoming a modern utility that will provide reliable power at sustainable rates to the people of Puerto Rico," Rosselló said.

Upon taking office,  Rosselló ordered his team to review the RSA and negotiate enhancements that would meet the needs of PREPA. Those negotiations resulted in the agreement in principle announced today. Elías Sánchez, the governor's representative to the PROMESA oversight board, said that the administration is "pleased with the outcome of the negotiations and viewed it as a positive step toward implementation of the PREPA restructuring and Puerto Rico's fiscal plan." He emphasized that the transaction is the result of good-faith negotiations conducted between the government and the creditors, consistent with the administration's policy of reaching consensual agreements.

"On behalf of AAFAF and the administration, I want to express my appreciation to the team and PREPA's creditors. I believe the transaction represents the first step in the comprehensive restructuring of Puerto Rico's debt," added AAFAF Executive Director Gerardo Portela Franco.

The deal comes after the previous PREPA RSA had been through 16 extensions since first being reached in late 2015.

The Rosselló administration's attempts to improve terms under the RSA drew the attention of Congress last month when a U.S. House of Representatives subcommittee with jurisdiction over Puerto Rico held a hearing on the RSA last month. Its chairman, U.S. Rep. Doug LaMalfa, R-Calif., urged Rosselló to approve the RSA that had been agreed to and warned of the consequences of letting the deal unravel.

The announcement of the PREPA deal comes as Puerto Rico begins broader debt talks with its other bondholders in an attempt to reach voluntary restructuring deals before the May 1 expiration of the PROMESA litigation stay.

A  meeting with creditors has been set for today in New York to discuss Puerto Rico's board certified fiscal plan, which has been broadly criticized by creditors, according to sources familiar with the matter. The commonwealth has also set a voluntary mediation process for April 13 and April 14, according to several sources.

AAFAF was assisted in the negotiations by Rothschild as financial advisor, Bank of America Merill Lynch as investment banker and Greenberg Traurig as legal advisor.

Share this article:    

Sign up for Reorg on the Record

This article is an example of the content you may receive if you subscribe to a product of Reorg Research, Inc. or one of its affiliates (collectively, "Reorg"). The information contained herein should not be construed as legal, investment, accounting or other professional services advice on any subject. Reorg, its affiliates, officers, directors, partners and employees expressly disclaim all liability in respect to actions taken or not taken based on any or all the contents of this publication. Copyright © 2023 Reorg Research, Inc. All rights reserved.

Previous Story    Next Story

## Interested in a Reorg subscription for your business?

Request A Trial

### Products

Americas Core Credit
Americas Covenants
Americas Middle Market
Americas Municipals
Asia Core Credit
Credit Cloud
EMEA Core Credit
EMEA Covenants
EMEA Middle Market
Fundamentals
FinDox
ESGx
ESMA
First Day

### Solutions

Reorg Solutions
Investment Management
Investment Banks
Law Firms
Professional Services
Corporates
Packaged Solutions

### Company

About Us
Contact Us
Join Us
Our Commitment
Partnerships
Press & Awards

### Resources

Events & Webinars
Intelligence
Podcasts
Reorg Blog
Reorg on the Record
Training
Videos

### Data

Advisors Data
BDC Data
Collateralized Loan Obligation (CLO)
DIP Financing Data
First Day Data
Key Employee Incentive Plan (KEIP) Data
Legal Billing Rates Data
Market Maker HY Bond Data
Representative Loan Terms
Restructuring Data
Reorg's Restructuring Risk Index Data
Unsecured Creditors Data

© 2023 Reorg
Reorg is a registered trademark of Reorg Research, Inc.

Submit A Tip
Terms & Conditions - Reorg
Terms & Conditions – API Services
Privacy Policy



**Reorg**®

Sign up for Reorg on the Record