# EXHIBIT 9



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# INVESTOR PRESENTATION
## Fiscal & Economic Progress Update

**JP Morgan High Yield Conference**
**March 7, 2023**

**Omar J. Marrero**
*Secretary of State & Lt. Governor*
*Executive Director of AAFAF*



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# DISCLAIMER

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico, its instrumentalities and agencies (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government, the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties. The Government has had to rely upon preliminary information and unaudited financials. As such, AAFAF and the Government have made certain assumptions that may materially change once those financial statements are fully audited. The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party. The Parties do not undertake any duty to update the information contained herein.

This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein. Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various legal, financial, social, economic, environmental, governmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government, but also by Financial Oversight and Management Board for Puerto Rico and other third-party entities such as the government of the United States, including without limitation actions by the Federal Emergency Management Agency, actions related to Medicaid or the Affordable Care Act and actions under the Community Disaster Loans Program. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document.

Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations. This document may contain capitalized terms that are not defined herein or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should refer questions to AAFAF should clarification be required.

This document does not constitute an offer to sell or the solicitation of an offer to buy or restructure any security, nor does it constitute an offer or commitment to lend, syndicate or arrange a financing, underwrite or purchase or act as an agent or advisor or in any other capacity with respect to any transaction, or commit capital, or to participate in any trading strategies, and does not constitute legal, regulatory, accounting or tax advice to the recipient. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Table of Contents

*Executive Summary*                                                    **4**

*Achievements Since Last Market Update*                                **6**

*Financial Performance*                                                **12**

*The Puerto Rico Economy*                                              **15**

*Public-Private Partnerships Progress*                                 **26**

*Federal Support*                                                      **28**

*Governance*                                                           **35**

*PREPA*                                                                **39**

*Concluding Remarks*                                                   **43**

3



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Executive Summary
## Historical Perspective

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Executive Summary – Historical Perspective

Since 2017 Puerto Rico has endured unprecedented challenges and natural disasters but has shown resolve and resiliency in moving forward, successfully implementing plans of adjustment for the Commonwealth ("CWPOA") and HTA ("HTA POA") in 2022 and exiting bankruptcy.



**Past**

**Future**

**Title III** – *The Oversight Board files for Title III protection for the Commonwealth, COFINA, HTA, ERS, and PREPA.*
Spring/Summer 2017

**COFINA Effective Date**
February 12, 2019

**Earthquakes**
Puerto Rico suffers the most serious earthquakes in recent memory.
January 2020

**COVID-19**
Puerto Rico's economics situation exacerbated by the COVID-19 pandemic, causing a reevaluation of February 2020 PSA.
March 2020

**CWPOA Effective Date[1]**
March 15, 2022

**HTA POA Effective Date**
December 6, 2022

**Targeted Date to Restructure PREPA**
Q3 2023

Fall 2017
**Hurricanes**
Hurricanes María and Irma inflict unprecedented damage on Puerto Rico and its infrastructure.

February 2020
**Initial CWPOA**
The Oversight Board files the first amended plan of adjustment based on Feb 2020 PSA with creditors.

January 18, 2022
**Eighth Amended CWPOA**
Confirmation of the Commonwealth Plan of Adjustment to exit Title III.

October 12, 2022
**Fifth Amended HTA Plan of Adjustment**
Confirmation of HTA Plan of Adjustment to exit Title III.

2023
**Finalize Remaining Non-Title III Restructurings**

Notes: (1) Includes CCDA, ERS and PRIFA.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Achievements Since Last Market Update

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Successful Emergence and Plan of Adjustment Compliance

Provisions of the CWPOA that provided upside in the event outperformance occurred have proven effective tools in delivering additional value to creditors and Commonwealth employees.



**Paid in 2022**

| Pension Reserve Trust Deposits | $1.4 billion | The pension reserve trust is forecast to receive $10 billion in contributions from Commonwealth over the next 10 years, **fully collateralizing PayGo liability by FY 2039**. | ✓ |
| Contingent Value Instruments (CVI) | $361.8 million | CWPOA provides for additional payments to creditors if there is outperformance of certain financial metrics – **in FY2022, outperformance was achieved**. Importantly, the Commonwealth retained all outperformance on the 4.5% SUT as well as PIT[1] and CIT[1], bolstering the TSA. | ✓ |
| AFSCME Surplus Sharing Agreement | $475 million | Amount of AFSCME Surplus Sharing Agreement is determined by independent Calculation Agent. FY2022 surplus was paid out to Government employees in November 2022. | ✓ |

Notes: (1) PIT stands for Personal Income Tax and CIT for Corporate Income Tax.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Sustainable Capital Structure – HTA Plan of Adjustment

The HTA Plan of Adjustment ("HTA POA") resulted in a 75% reduction of HTA's debt with the issuance of $1.6 billion in new HTA bonds ("New HTA Bonds"), including $1.245 billion in Senior Bonds (bondholder recovery) and $362 million of Subordinated Bonds (Government loan to HTA)



**Financial Highlights**
- o   $1.245 billion in New HTA bonds supported by toll road revenues
- o   Final maturity in 2062
- o   $389 million in upfront cash payment

**Rate Covenant**
- o   110% of Operating Expenses + Total Senior Lien Debt Service + $100,000 in Trust Expenses + Capital Expenses
- o   100% of Total Subordinate Lien Debt Service

**P3 Transaction**
- o   New HTA Bonds are payable at par in the event a future P3 transaction of remaining toll roads is consummated

**Operational Restructuring:**
- o   HTA POA contemplates an operational restructuring of HTA that requires separation of the Transit Assets from the Highway Assets

8

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Commonwealth Liquidity has Strengthened Significantly

Since filing for Title III in 2017, Commonwealth cash levels have improved significantly, driven by General Fund revenue outperformance, expense measures and the moratorium on debt service payments, despite Hurricanes Irma and Maria, the 2019 and 2020 earthquakes and the COVID-19 pandemic.



In addition to TSA cash, Commonwealth agencies and public corporations had an additional ~ $10 billion as of December 31, 2022.

Pursuant to the CWPOA, over $10 billion was distributed to the various Commonwealth creditors on, or about, the CWPOA Effective Date

($ in millions)

Notes: (1) In FY2022 the Commonwealth generated a surplus more than $4 billion and had additional transfers from other Commonwealth agencies in excess of $2 billion, both of which offset the $10.8 billion in distributions to paying agent for CWPOA distributions.

9

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Operational Restructuring – Expenses and Headcount

The Government continues to focus on achieving balanced budgets while optimizing the allocation of resources to provide effective public services to the residents of Puerto Rico. **Since FY2016, Central Government operating expenses and headcount have been reduced by approximately 13% and 16%, respectively.**



Notes: (1) Includes UPR appropriation. (2) Excludes PayGo, debt service, contributions to non-government entities and incentives and subsidies for social benefits..



Notes: (1) Headcount includes central government agencies, legislative and judicial branch, and excludes public corporations and municipalities. Source: Puerto Rico Office of Management and Budget.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Act 154 Transition and Stabilized Medicaid Funding

Transition from Act 154 tax regime is underway through the enactment of Act 52 of 2022; further, the omnibus spending bill approved by Congress in December 2022 contains the largest ever Medicaid allocation for Puerto Rico in the history of the program.

## Act 154 Transition to Act 52 Framework

- Available to companies engaged in manufacturing or similar activities covered by tax incentives ("Exempt Businesses").

- For Exempt Businesses that elect to transition, affiliated entity purchasing products manufactured or services from the Exempt Business no longer subject to Act 154.

- Only Exempt Business operating in Puerto Rico will generally be subject to 10.5% income tax rate on industrial development income ("10.5% IDI Tax Rate ").

- Entities that have elected to transition will pay 10.5% IDI Tax Rate and similar rate in royalties associated with sale of their products.

- Act 52 establishes a 15% tax rate if the U.S. Tax Code were to be amended to increase the effective regular income tax on GILTI and in compliance with "global minimum tax" under Pillar II of the OECD.

- 21 foreign corporations have already agreed to operate under new tax regime beginning January 2023.

## Stabilized Medicaid Funding

Omnibus spending bill provides stability to healthcare system for a 5-year period.

| | |
|---|---|
| **Base Allocations** | FY2023 - $3.275 billion<br>FY2024 - $3.325 billion<br>FY2025 - $3.475 billion<br>FY2026 - $3.645 billion<br>FY2027 - $3.825 billion |
| **Additional Allocations** | + $300 million/year pending Secretary of HHA certification that reimbursement floor for physician services under Part B of Medicare has been established.<br>+ $75 million for each year that certain regulatory requirements are met |
| **FMAP** | Set at 76% |

11

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Financial Performance

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Historical General Fund Net Revenues

General Fund Net Revenues have grown at a **6.5% CAGR from FY2017 through FY2022** despite numerous catastrophes that have plagued the island over this time.  Increased compliance in SUT, PIT and CIT have driven revenues to the highest ever in Puerto Rico.



Source: https://hacienda.pr.gov/inversionistas/estadisticas-y-recaudos-statistics-and-revenues/ingresos-netos-al-fondo-general-general-fund-net-revenues

13

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# General Fund Net Revenues Composition

Since 2017, General Fund net revenues **have increased by 37%** while the contribution from Act 154 revenues has declined from 22% to 12% of General Fund revenues. In addition, the prepetition moratorium acts clawed back approximately **$700m in revenues** from HTA, PRIFA, CCDA and others, which is not included in the figures below (for comparative purposes).





Source: https://hacienda.pr.gov/inversionistas/estadisticas-y-recaudos-statistics-and-revenues/ingresos-netos-al-fondo-general-general-fund-net-revenues

14

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# The Puerto Rico Economy

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Economic Correlation to National Economy

Historically, the economy of Puerto Rico has been closely linked to the United States. However, starting in 2006, a number of factors, including a local government shutdown, the end of certain federal tax incentives for manufacturing and, more significantly, the natural disasters in recent years, resulted in weaker economic growth that led to fiscal and labor pressures and caused that correlation to grow apart.



Source: Puerto Rico Planning Board and Federal Reserve Economic Data.

16



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Economy Make-up

The most dominant sectors of Puerto Rico's economy are Manufacturing and Financial and Other Services. Puerto Rico's Manufacturing sector is predominantly comprised of pharmaceutical, chemical, and electronic products. Trade and Other Services lead all sectors in providing employment.

**2021 Figures**

GDP: $106.5 bn
GDP per Capita: $32,641
Exports: $57.9 bn
Imports: $45.1 bn





Source: Puerto Rico Annual Fact Sheet per Economic Development Bank as of July 2022. (https://www.bde.pr.gov/BDE/PREDDOCS/PRFactSheetjul2022.pdf)
(1) Data for Fiscal Year 2020. (2). Data for Fiscal Year 2021.

17

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Who's doing business in Puerto Rico?



**1**    11 out of the top 20 pharmaceutical and biotech companies have manufacturing sites in Puerto Rico

**2**    11 out of the top 20 medical devices companies have manufacturing sites in Puerto Rico

**2**    Over 100 tech companies have chosen Puerto Rico as home in the last 5 years

**4**    Since 2021, there were about 450 companies under Act 20/Act 60 and 1,400 individual investors under Act 60

**5**    Most of Microsoft software updates downloaded in the Americas are validated and distributed from Puerto Rico

**6**    Honeywell operates business support operations such as engineering design, supply chain, finance, and IT among other, for the Company's defense programs

**7**    Amgen has its largest manufacturing facility located in Juncos, PR. More than 90% of its products are either formulated, finished or packaged at this site

**8**    Top countries with companies in Puerto Rico include:

       

Source: Department of Economic Development and Commerce

18

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Quick Facts: Puerto Rico is a National Leader in Biotech Exports



Largest exporter of biopharmaceuticals in the United States

OVER **$53B**
In total Bioscience exports

OVER **50 years**
Of experience in Pharma and Medical Device Manufacturing

OVER **30 years**
In sterile manufacturing

**11** Of the top 20 Pharma companies have operations on the Island

**11** Of the top 20 Class 3 Medical Device manufacturers have operations on the Island



Highest concentration of both Pharmaceutical Manufacturing and Medical Device experts in the U.S.



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Puerto Rico has the Highest Concentration of Pharmaceutical and Medical Device Manufacturing Professionals in the US





**Source:** Quarterly Census of Employment and Wages - Bureau of Labor Statistics: NAICS 3254 Pharmaceutical and medicine manufacturing, All States and U.S.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Our Focus for Competitiveness

Puerto Rico's unique location in the Caribbean, the associated climate and reforms during the Title III proceeding have created a host of competitive advantages for businesses located in Puerto Rico.



21

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Return to Economic Growth – Promote Puerto Rico Projects

Puerto Rico views tourism and the visitor's economy as one of the most important pillars for our economic development and job creation.

   

*Named among "World's Most Innovative Companies" by Fast Company 2023*

 Continue to **PROMOTE** Puerto Rico as a tourist destination.

 **REVITALIZE** natural tourist attractions.

 Promote **LOCAL** tourism.

 Promote Puerto Rico as a **DESTINATION** for conventions and events.

 Market Puerto Rico as an **INVESTMENT OPPORTUNITY** for foreign investors and to attract new businesses to the island.

22

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Tourism

Puerto Rico (along with USVI) leads in the post-COVID recovery of travel and tourism in North America, beating out all other Caribbean tourism destinations.

## Strong Recovery of Puerto Rico Tourism

### Growth in Tourist Arrivals
#### YTD 2022 as % of YTD 2019



| | |
|---|---|
| USVI | 128.8 |
| Puerto Rico | 113.8 |
| Dominican Republic | 106.9 |
| Curacao | 105.0 |
| Turks & Caicos | 98.5 |
| Aruba | 96.8 |
| Antigua & Barbuda | 89.3 |
| Jamaica | 85.9 |
| Caribbean* | 82.0 |
| Saint Lucia | 81.6 |
| Bahamas | 65.0 |
| Barbados | 58.1 |
| Global* | 57.0 |
| Trinidad & Tobago | 54.6 |
| Bermuda | 51.9 |
| Cayman Islands | 46.7 |
| Cuba | 32.2 |

Source: Tourism Analytics.

### Visitor Spending
Through October 2022, Puerto Rico's visitor spending was **19% higher** than in 2019, while the US average remained down 1%.

### Hotel Occupancy Tax Revenues



Source: Puerto Rico Tourism Company.

### Recovery Led by Non-Cruise Visitor Spending
Non-resident overnight visitors are leading the recovery. Tourism Economics estimates non-resident spending for CY2022 was **$5.6 billion, 36% higher than in 2019**; whereas cruise visitors spending remains 49% below 2019.

### Leisure and Hospitality Employment
Leisure and hospitality employment in December 2022 was **91,500, an increase of more than 10,400** over 2019. Employment in the sector has **grown 13%** since pre-COVID levels, compared to 4% below pre-COVID levels nationally.



23

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Population Trends

New economic opportunities in Puerto Rico have led to a virtuous cycle that reversed population migration. The confirmation of the CWPOA, the stability of the financial regime, new fiscal benefits to support workers and families, together with the natural competitive advantages of Puerto Rico, will result in net in-migration in future years





Pre-María trends have been reversed.  Pre-Maria negative average trend of (71,501) to +4,556 post Hurricane Maria

Notes: (1) Source: Planning Board and Commonwealth Certified Fiscal Plan. (2) Enplanement and deplanement data provided by Aerostar.

24

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Labor Force Participation and Unemployment

**Labor force participation has increased after reaching a low point in 2015, while unemployment rate has reached historically low levels.**
Economic reforms are targeting jobs that can support families, creating stable communities, and increasing labor force participation to promote further growth.





Source: Planning Board and Bureau of Labor Statistics.

25



# Public-Private Partnerships Progress

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# PPP – Successful Development of Opportunities

Puerto Rico has been a leader in the P3 sector for over a decade, implementing transformational transportation and energy projects that are driving increased efficiency and improved operations and customer experience.

## Current Public Private Partnerships



*50 year concession*



*40 year concession*



*O&M Agreement*



*Genera – 10 year O&M Agreement*



*15 year O&M Agreement*



*30 year concession*

## Additional Opportunities

**TOLL ROADS – PR-20, 52, 53 AND 66**

Rehabilitation, modernization, operation, and maintenance of the remaining Commonwealth owned and operated toll roads: PR-20, 52, 53, 66.

**Combined Cycle Gas Turbine**

Procurement for establishment of 300 MW dual fuel burning power plant (natural gas and hydrogen)

27

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Federal Support

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Federal Funds – FEMA and Other Disaster Related Funds

Puerto Rico has experienced historic and unprecedented natural disasters since 2017. Hurricanes Irma and Maria, as well as a magnitude 6.4 earthquake (and its subsequent aftershocks) in 2019, inflicted significant damage to the infrastructure, economy, and communities.

The Federal government has allocated over **$80 billion** to assist Puerto Rico in its recovery and rebuilding efforts.



Notes: Data as of January 30, 2023. (1) COR3 Transparency Portal: https://recovery.pr/en. Graphs exclude the $2.3 billion and $4.0 billion allocated in CARES Act and ARPA funds, respectively.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# CDBG Assigned Funds



**$10B**
Grant End Date:
**SEPTEMBER 2026**

HUD allocated $10 billion in Community Development Block Grant – Disaster Recovery (CDBG-DR) funds to Puerto Rico to assist in recovery efforts. The CDBG-DR Action Plan was holistically designed with 20 programs addressing unmet needs of the citizens of the Island and most vulnerable communities. These programs are focused in providing resilient housing alternatives, enhancing deteriorated Infrastructure, boosting economic sectors and aiding multisectoral areas.



**$8.3B**
Grant End Date:
**MAY 2033**

HUD allocated $8.3 billion in CDBG-Mitigation (CDBG-MIT) funds. These funds represent a unique and significant opportunity for Puerto Rico to carry out strategic and high-impact activities to mitigate disaster risks and reduce future losses. CDBG-MIT dollars can fund projects of a varying nature to serve the Island's most important mitigation needs, regardless of tie-back to a specific disaster. There are 12 programs designed and divided in to four (4) main sectors: Housing, Infrastructure, Multisector and Planning addressing critical lifelines necessities and impacting most vulnerable communities needs.



**$1.9B**
Grant End Date:
**AUGUST 2028**

$1.9 billion assignment for Electrical Systems Enhancements provides a unique opportunity to undertake strategic and high-impact activities to address necessary expenditures and mitigate disaster risks in the electric power systems, improve reliability, resilience, system efficiency, sustainability, and address long-term financial viability of each system. Consists of two programs with $1.3B and $500M destined to develop renewable energy projects such as microgrids and other sustainable power initiatives around the Island.



**$221M**
1st Grant End Date:
**JANUARY 2028**
2nd Grant End Date:
**PENDING SIGNATURE**

Special allocation of CDBG-DR funds to help long-term recovery from damage caused by the 2019-20 earthquakes. Plan focused on a Housing Seismic Restoration and Reconstruction Action Plan; assisting homeowners to repair damaged or rebuild affected homes in disaster area.



# Total Assigned Funds | **$20.9B**

30

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# FEMA Disaster Recovery Funds
## Infrastructure, Resiliency and Sustainability





**Electrical System**

**Roads & Bridges**

**Water System**

**Health Facilities**

**Public Education**

**Public & Industrial Buildings**

**Parks & Recreation**



**Coastal Erosion Measures**

**Soil Stabilization & Localized Flood Control**

**Energy Resiliency**

**Structural Resiliency**

*Public Assistance Permanent Work*

***$25.3 B*** *Obligated **TODAY** To Repair, Restore or Replace After Hurricane María*

*Hazard Mitigation Grant Program*

***$4.8 B*** *to Mitigate Future Hazards and Build Climate Resiliency*

(Federal Share and Non-Federal Share; All Active Disasters – 4339, 4473, 4493, 4671)



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# FEMA Public Assistance Disbursements
## Transitioning from Emergency to Permanent Work Projects

| Public Assistance Disbursements to Sub-Recipients | | | | |
|---|---|---|---|---|
| **All Disasters** | **Cat A – B** | **Cat C – G** | **Cat H – Z** | **Total** |
| 2017 – 2019 | $3,826,471,863 | $42,252,242 | $7,202,623 | **$3,875,926,728** |
| 2020 | $328,377,832 | $111,105,934 | $17,758,064 | **$457,241,829** |
| 2021 | $234,600,066 | $107,036,609 | $16,489,325 | **$358,126,000** |
| 2022 | $492,574,367 | $847,237,234 | $43,840,511 | **$1,383,652,113** |
| 2023 | | | | |
| 2024 | | | | |
| **Total** | **$4,882,024,128** | **$1,107,632,019** | **$85,290,523** | **$6,074,946,670** |

| EMERGENCY WORK | PERMANENT WORK | OTHER COSTS (Including Indirect and Direct Admin Costs) |
|---|---|---|

32

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# FEMA Hazard Mitigation Grants Program
## Mitigating Future Risks and Building Long-Term Resilience

**130** Projects Approved **($2,961 M)**



PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Federal Funds - Coronavirus

**Puerto Rico received $2.2 billion in Coronavirus Relief Funds to address the COVID-19 public health emergency.**

| | |
|---|---|
| CARES Act Sec. 5001 Reservation Funds Portion for Puerto Rico | $2.2 billion |

**Under Coronavirus State and Local Recovery Funds Act, the Central Government received $2.5 billion in state funds of the total $4.0 billion allocated to Puerto Rico. The remaining $1.6 billion was allocated directly to local municipal governments.**

| | |
|---|---|
| ARPA Sec. 9901 – Puerto Rico's Coronavirus State And Local Fiscal Recovery Funds | $4.0 billion |
| ARPA Sec 9901 – Coronavirus State Fiscal Recovery Fund for Puerto Rico | $2.5 billion |

**Under ARPA[1], the Government received $158 million to carry out critical capital projects that directly enable work, education, and health monitoring, including remote options, in response to the public health emergency.**

| | |
|---|---|
| ARPA - Coronavirus Capital Projects Fund For Puerto Rico | $158 million |

Source: U.S. Department of Treasury
[1] American Rescue Plan Act.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Governance

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# The Path to Fiscal Stability

A detailed fiscal roadmap has helped the Government in restoring structural balance, efficiency, and long-term fiscal stability.

## Government of Puerto Rico's Fiscal Roadmap



### Financial Management Agenda (FMA)

12 initiatives lay the foundation for restoring fiscal responsibility in Government and ensuring financial stability.

- 2 Foundational
- 4 Central
- 6 Supporting



### FMA's Best Practices

The FMA provides direction for the Government to adopt best practices that will help ensure:

- Balanced Budgets
- Consensus Revenue Projections
- Monthly Budget Monitoring



### Government of Puerto Rico

The government has created a new level of transparency and control over government spending.

- Creates oversight of budgets, contracts, and enforces progress against performance targets.



### Government Efficiency Measures

Government efficiency measures streamline and transform government operations by optimizing revenue collection and reducing government-wide expenditures.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Status of Audited Financial Statements

Significant progress has been achieved in becoming current on the issuance of audited financials

| Fiscal Year | Audit Status |
|---|---|
| FY 2018 | Finalized |
| FY 2019 | Finalized |
| FY 2020 | Finalized |
| FY 2021 | To be issued April 30, 2023 |
| FY 2022 | To be issued August 31, 2023 |
| FY 2023 | To be issued May 1, 2024 **Current continuing disclosure deadline** |

37

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE

# Operational Capacity – Civil Service Reform

The 2022 Certified Fiscal Plan prioritizes new investments to improve operational capacity of the government.

Civil Service Reform focuses on transforming the public servant experience, supporting them in their professional growth in a transparent and sustainable manner, in order to create a government that provides services of excellence and quality.



**FY23-FY27 Investments in Civil Service Reform & Salary Increases, $ in millions**

Legend:
- Firefighters
- Corrections Officers
- URP[1]
- Other[2]
- PRDE[3] School Personnel (Non-Teachers), School Personnel, and Student Services
- PRDE Teachers, incl. social security

| | FY23 | FY24 | FY25 | FY26 | FY27 |
|---|---|---|---|---|---|
| Total | 258 | 374 | 394 | 395 | 402 |
| Firefighters | 3 | 3 | 3 | 3 | 3 |
| Corrections Officers | 16 | 17 | 17 | 17 | 17 |
| URP[1] | 25 | 50 | 65 | 61 | 62 |
| Other[2] | 61 | 63 | 64 | 65 | 66 |
| PRDE School Personnel | 29 | 73 | 75 | 76 | 77 |
| PRDE Teachers | 124 | 168 | 171 | 173 | 176 |

**Values:** | Clear Processes | Agency Alignment | Higher Retention | Equity | Competitive Pay

Notes: The Uniform Classification and Remuneration Plan (URP) investment includes acceleration of URP, salary increase for existing URP positions, and additional positions for URP. Includes investments for medical residents, the Judicial Branch (except Judges), ~$40M of the Christmas Bonuses covered by in the 2022 Fiscal Plan, and salary increase and new positions for oversight entities.

38

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



PREPA

39

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# PREPA's Title III Status & Tracks

Per Court order, PREPA's debt restructuring is proceeding on three contemporaneous tracks: (i) mediation aimed at reaching an agreement with creditors, (ii) a plan of adjustment confirmation process to restructure PREPA's obligations, and (iii) litigation to define creditors' rights under their agreements and PROMESA.

## Mediation

- Court extended mediation through April 28, 2023.

## Plan of Adjustment

- The following slide addresses the Plan's confirmation timeline.

- Government's goals are a plan that:

    1. Secures PREPA's exit from Title III bankruptcy;

    2. Conforms to the Government's public policy and objective of ensuring that the residents of Puerto Rico have reliable and affordable electric power; and

    3. Does not unduly restrict Government functions, especially the Puerto Rico Energy Bureau's role as an independent, knowledgeable, and strong energy regulator.

## Litigation

- Oversight Board (along with UCC and AAFAF as intervening plaintiffs) asserts:

    1. Bondholders' liens are limited to amounts in certain bank accounts held by the Bond Trustee; and

    2. Any bondholder claim above the amounts on deposit in the specified accounts should be disallowed by the Title III Court.

- Oral argument heard on February 1, 2023; Court took matter under advisement.

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Disclosure Statement & Proposed Plan Confirmation Schedule

| Below is a summary of anticipated dates for approval of the Disclosure Statement and Plan Confirmation (all dates are subject to change): | |
|---|---|
| **Date** | **Detail on Deadlines** |
| February 28 | Disclosure Statement Approved |
| March - June | Fact and Expert Discovery |
| May 31 | FOMB to File Proposed Confirmation Order |
| June 7 | • Plan Voting Deadline<br>• Plan and Confirmation Order Objection Deadline |
| June 21 | FOMB to File:<br>• Brief, witness declarations, and vote tabulations in support of confirmation<br>• Reply to Objections<br>• Proposed Findings of Fact and Conclusions of Law Due |
| June 28 | Objections to Findings of Fact and Conclusions of Law Due |
| July 5 | FOMB to File Reply to Objections to Findings of Fact and Conclusions of Law |
| Week of July 10 | Proposed Pre-trial Conference |
| July 17–21, 24–28 | Proposed Confirmation Hearing |

PRIVILEGED & CONFIDENTIAL – SUBJECT TO CHANGE



# Significant Progress Since Luma Began Operations

| | METRICS | PREPA | LUMA | IMPROVEMENT |
|---|---|---|---|---|
| CUSTOMER SERVICE | Average customer call wait time | 10+ MINUTES | 3 MINUTES | 98% |
| | Call abandonment rate | +50% | 7% | 90% |
| | Mi LUMA app | N/A | 261,885 DOWNLOADS | 100% |
| ENHANCED RELIABILITY | Improvement in outage frequency | 10.6 OUTAGES | 7.5 OUTAGES | 30% |
| HEALTH AND SAFETY | Total Recordable Injury Rate (TRIR) | 8.63 | 2.74 | 67% |
| | Injury Severity Rate | 62.9 | 9.5 | 82% |
| RENEWABLES | Net metering connections | 8,000 CUSTOMER BACKLOG | 27,000 APPROVED IN 12 MONTHS | 400% |
| | Monthly distributed generation installations | 450 | 2,200 | 366% |
| FEDERAL PROJECTS | Number of projects advanced | 37 PROJECTS (INITIATED) | 188 PROJECTS | 400% |

Source: LUMA Energy as of December 2022.

42

Case:17-03283-LTS   Doc#:24806-9   Filed:06/13/23   Entered:06/13/23 21:36:46   Desc:
Exhibit AHG Ex 09 AAFAF - JPM High Yield Presentation   Page 44 of 46



# Concluding Remarks



# Concluding Remarks

- **There has never been a public debt restructuring so large and complex as Puerto Rico's.**

- **With the consummation of the CWPOA and HTA POA, we have taken a big step towards ending our fiscal crisis.**

- **Our efforts are focused on completing remaining debt restructurings, including PREPA, improving government services, prudent and effective financial management, economic development and regaining access to the capital markets.**

- **We are focused on reaching our full potential and increasing economic growth, jump-started with resources for capital improvements, investments financed by federal stimulus and reconstruction funding and complemented by creating the competitive and regulatory conditions for the private sector to prosper.**

44

**SAVE THE DATE**

# PRNOW
## FORUMS

# MAY 18 - 19 2023

## RESTORING GROWTH THROUGH FISCAL RESPONSIBILITY



Registration Password:
update2023_PRNOW



AAFAF
Puerto Rico Fiscal Agency and
Financial Advisory Authority