Case:17-03283-LTS Doc#:24535-10 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc: Exhibit AHG Ex 10 Puerto Rico expects 2023 (translated) Page 1 of 3

# EXHIBIT 10



### Debtwire

**View this article in next-generation Debtwire**

Capitalise on new opportunities from market moving credit events

View Intelligence



# Puerto Rico expects 2023 to be a record year for tourism industry (translated)

10 March 2023 | 11:41 EST

Puerto Rico's tourism industry could perform at its highest level since 2016, based on the high demand for visitor accommodations during the first two months of 2023, *Noticel* reported, citing a statement from Discover Puerto Rico.

In the first two months of this year, hotels recorded 21% more bookings than in the same period last year, while short-term rentals are 5% more booked than in January-February 2022, according to the Spanish-language newspaper.

Total lodging inventory is 48% higher due to growth in short-term rental accommodations, according to the newspaper.

Also, so far this year, independent short-term rental accommodations account for 40% of total lodging demand, according to the report.

As reported, room taxes paid by visitors are used to pay Puerto Rico Convention Center District Authority bonds.

*Debtwire Municipals* notes Puerto Rico's tourism sector recorded its best year ever in 2022 in terms of room tax collections and visitor spending, generating USD 116m and USD 5.7bn, respectively.

Link to original source (translated)

**Municipals**

Government
Puerto Rico

**Issuer**

Commonwealth Of Puerto Rico

**Auditor(S)**

KPMG

**Bondholder(S)**

Angelo Gordon & Co LP
Aurelius Capital Management LP
Autonomy Capital (Jersey) LP
Canyon Capital Advisors LLC
Davidson Kempner Capital Management LP
Franklin Mutual Advisers LLC
Knighthead Capital Management
Marathon Asset Management, LP
Monarch Alternative Capital LP
OZ Management LLC
Oppenheimer & Co Inc.
Santander Corporate Investment Banking (SCIB)
Senator Investment Group LP
Silver Point Capital, L.P.
Stone Lion Portfolio LP

**Claims Agent(S)**

Kroll Restructuring Administration

**Financial Advisor(S)**

Conway MacKenzie, Inc
Deloitte

**Issuer**

Puerto Rico Convention Center District Authority

**Other**

Ambac Assurance Corporation

**Financial Advisor(S)**

Ferraiuoli
Milbank LLP

Case:17-03283-LTS  Doc#:24535-10  Filed:06/12/23  Entered:06/12/23 21:36:46  Desc:
Exhibit AHG Ex 10 Puerto Rico expects 2023 (translated)  Page 3 of 3

Puerto Rico expects 2023 to be a record year for tourism industry (translated) | Debtwire

| | |
|---|---|
| **Other** | |
| American Federation Of State, County And Municipal Employees |  |
| **Lawyer(S)** | |
| Saul Ewing Arnstein & Lehr LLP |  |
| **Other** | |
| Assured Guaranty Limited |  |
| **Lawyer(S)** | |
| Cadwalader, Wickersham & Taft LLP |  |
| **Other** | |
| Financial Guaranty Insurance Company (FGIC) |  |
| **Lawyer(S)** | |
| Butler Snow LLP |  |
| **Other** | |
| Financial Oversight And Management Board For Puerto Rico |  |
| **Financial Advisor(S)** | |
| McKinsey & Co |  |
| **Restructuring Counsel(S)** | |
| O'Neill & Borges<br>Proskauer |  |
| **Other** | |
| National Public Finance Guarantee Corporation |  |
| **Lawyer(S)** | |
| Weil Gotshal & Manges LLP |  |
| **Other** | |
| Syncora Guarantee Inc. |  |
| **Lawyer(S)** | |
| Debevoise & Plimpton LLP<br>Goldman Antonetti & Cordova, LLC |  |
| **Obligor** | |
| Commonwealth Of Puerto Rico |  |
| **Obligor** | |
| Puerto Rico Convention Center District Authority |  |

© MERGERMARKET GROUP. ALL RIGHTS RESERVED.
To be used for the internal business of the assigned users only. Sharing, distributing or forwarding the entirety or any part of this article in any form to anyone that does not have access under your agreement is strictly prohibited and doing so violates your contract and is considered a breach of copyright. Any unauthorised recipient or distributor of this article is liable to Debtwire for unauthorised use and copyright breach.