# EXHIBIT 11

**Reorg**®

2023-03-07 15:50:10

## Puerto Rico

## FY'23 General Fund Net Revenue Reaches $6.549B Through January, Beating Projections by Nearly $1B

Mon 03/06/2023 13:24 PM

*Relevant Documents:*
Treasury General Fund Revenue Report (January)
Sales-and-Use Tax Revenue Report (January)

Net revenue to the commonwealth general fund reached nearly $6.55 billion through the first seven months of Puerto Rico's fiscal year 2023, beating fiscal plan estimates and prior-year collections for the July 2022 through January 2023 period, according to a Puerto Rico Treasury Department presentation of preliminary results for January. The general fund revenue presentation points to $1.126 billion in net revenue to the general fund in January, outpacing estimates of $806.37 million for the month and beating prior-year collections of $999.8 million.

The $6.549 billion netted through the first seven months of FY 2023 was $988.67 million ahead of the $5.56 billion projected and $281.25 million more than the net revenue collected for the general fund in the same period in FY 2022.

Among key categories, sales-and-use tax, or SUT, individual income tax and corporate income tax collections were ahead of projections through January. Total excise tax collections beat estimates despite a lag in the Act 154 levy on manufacturers, which netted $635.8 million through January, down from $733.04 million during the prior year and behind estimates of $706.25 million for the first seven months of FY 2023.

According to the Treasury's general fund tax presentation, SUT revenue to the general fund topped $1.406 billion through January, beating the $1.391 billion netted in the prior-year period and beating projections of $1.255 billion for the first seven months of FY 2023.

A separate presentation posted by the Treasury breaks down total SUT collections month by month through January. Global SUT collections totaled $2.005 billion through January. The 11.5% islandwide SUT is centered on a 6% government base rate, 4.5% SUT surcharge and 1% SUT levied by municipalities. A 4% special SUT also applies to designated professional services, certain B2B services and imported services.

Of the 6% government SUT, 5.5% is earmarked, with limitations, as the pledged sales taxes to cover COFINA bonds, while 0.5% is allocated to a municipal administration fund created to provide funds to finance the debt and special projects of the municipalities and to meet their budgeted expenses.

The tax reports come as the FY 2024 budget process is poised to get under way in the Legislature. Additionally, the PROMESA oversight board is aiming to certify a new commonwealth fiscal plan by March 16. The oversight board has established an $18.13 billion total revenue estimate for the FY 2024 budget, with a projection of $12.75 billion for general fund revenue and $5.38 billion for other funds revenue. The current FY 2023 $28 billion consolidated commonwealth budget comprises a $12.4 billion general fund budget consisting of commonwealth funding, $4.5 billion of special revenue funding dedicated to particular uses and $11.2 billion in federal funding.

This publication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to the recipient in connection with a subscription to one or more Reorg products. Recipient's use of the Reorg platform is subject to Reorg's Terms of Use or the user agreement pursuant to which the recipient has access to the platform (the "Applicable Terms"). The recipient of this publication may not redistribute or republish any portion of the information contained herein other than with Reorg's express written consent or in accordance with the Applicable Terms. The information in this publication is for general informational purposes only and should not be construed as legal, investment, accounting or other professional advice on any subject matter or as a substitute for such advice. The recipient of this publication must comply with all applicable laws, including laws regarding the purchase and sale of securities. Reorg obtains information from a wide

variety of sources, which it believes to be reliable, but Reorg does not make any representation, warranty, or certification as to the materiality or public availability of the information in this publication or that such information is accurate, complete, comprehensive or fit for a particular purpose. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg and its officers, directors, partners and employees expressly disclaim all liability relating to or arising from actions taken or not taken based on any or all of the information contained in this publication. © 2023 Reorg. All rights reserved. Reorg® is a registered trademark of Reorg Research, Inc.

© Copyright 2012 - 2023

 

**INGRESOS NETOS AL FONDO GENERAL - GENERAL FUND NET REVENUES**
Año Fiscal 2022 - 2023- Fiscal Year 2022 - 2023
(en Miles de Dolares - in Thousand of Dollars)
Enero / January

| Conceptos | Enero January 2021-22 | Enero January 2022-23 | Julio a Enero July to January 2021-22 | Julio a Enero July to January 2022-23 | Proyección PF-01-27-22[1] 2021-22 | Proyección Acum 2022-23 | Items |
|---|---|---|---|---|---|---|---|
| **Ingreso Bruto al Fondo General** | 1,071,497 | 1,215,493 | 6,786,176 | 7,186,079 | 895,022 | 6,197,406 | **Gross General Fund Revenues** |
| Reserva para Reintegro | **(71,700)** | **(88,650)** | **(517,900)** | **(636,550)** | **(88,650)** | **(636,550)** | Reserve for Refund |
| **Ingreso Neto al Fondo General** | 999,797 | 1,126,843 | 6,268,276 | 6,549,529 | 806,372 | 5,560,856 | **General Fund Net Revenues** |
| **De Fuentes Estatales** | 989,745 | 1,122,151 | 6,105,727 | 6,425,296 | 802,563 | 5,425,373 | **From Internal Sources** |
| **Contributivos** | 947,875 | 1,064,619 | 5,896,072 | 6,201,289 | 779,539 | 5,254,417 | **Tax Revenues** |
| Contribución a la Propiedad | 3 | 63,443 | 153 | 63,459 | 172 | 2,281 | Property Taxes |
| Contribución/Ingresos, Total | 467,413 | 495,050 | 3,027,579 | 3,391,045 | 383,513 | 2,642,025 | Income Taxes, Total |
| Individuos | 218,715 | 260,877 | 1,243,579 | 1,445,551 | 200,375 | 1,177,515 | Individual |
| Corporaciones | 154,154 | 147,519 | 1,221,971 | 1,386,948 | 124,334 | 1,041,718 | Corporations |
| Sociedades | 12,142 | 17,349 | 205,936 | 213,627 | 10,842 | 183,888 | Partnerships |
| Retenida a No Residentes | 67,559 | 53,321 | 314,857 | 304,011 | 40,797 | 195,365 | Non-Resident Witholdings |
| Intereses | 1,027 | 2,283 | 4,326 | 6,448 | 1,428 | 8,172 | Interest |
| Impuestos/Dividendos | 13,816 | 13,701 | 36,910 | 34,459 | 5,737 | 35,368 | Tax on Dividends |
| **Contribución/Herencias y Donaciones** | 77 | 69 | 449 | 622 | 18 | 315 | **Inheritance and Gift Taxes** |
| **Impuesto sobre Ventas y Uso (IVU)** | 289,406 | 341,534 | 1,391,016 | 1,406,908 | 244,088 | 1,255,555 | **Sales and Use Tax** |
| **Arbitrios, Gran Total** | 190,285 | 152,457 | 1,471,486 | 1,307,619 | 150,700 | 1,346,242 | **Excise Taxes, Total** |
| *Bebidas Alcohólicas, Total* | *18,470* | *24,490* | *171,023* | *170,252* | *25,880* | *163,730* | *Alcoholic Beverages, Total* |
| Espíritus Destilados | 3,501 | 3,228 | 32,179 | 32,853 | 7,039 | 29,653 | Destilled Spirits |
| Cerveza | 12,447 | 12,824 | 121,059 | 97,711 | 16,746 | 119,604 | Beer |
| Otras bebidas | 2,522 | 8,438 | 17,785 | 39,688 | 2,095 | 14,473 | Other Beverages |
| *Arbitrios Generales, Total* | *171,816* | *127,967* | *1,300,464* | *1,137,368* | *124,820* | *1,182,512* | *General Taxes, Total* |
| Foráneas (Ley 154) | 93,756 | 60,596 | 733,046 | 635,807 | 58,386 | 706,252 | Foreign (Act. 154) |
| Productos del Tabaco | 5,791 | 1,161 | 54,955 | 47,060 | 8,282 | 63,356 | Tobacco Products |
| Productos del Petróleo | 8 | 14,011 | 309 | 43,664 | 53 | 429 | Petroleum Products |
| Vehículos de Motor | 50,653 | 50,026 | 377,278 | 357,503 | 43,089 | 263,760 | Motor Vehicles |
| Carreras de Caballos | 762 | 516 | 3,783 | 3,466 | 545 | 3,123 | Horses Races |
| Primas de Seguros | 171 | 16 | 4,545 | 554 | 19 | 1,960 | Insurance Premiums |
| Cemento | 33 | 11 | 231 | 234 | 3 | 19 | Cement |
| Tragamonedas | 1,899 | 0 | 12,601 | 10,534 | 699 | 6,027 | Slot Machines |
| Otros Arbitrios | 18,744 | 1,630 | 113,716 | 38,546 | 13,745 | 137,587 | Others Excise Tax |
| **Licencias** | 691 | 12,066 | 5,389 | 31,636 | 1,049 | 7,997 | **Licenses** |
| Vehículos de Motor | 15 | 11,394 | 321 | 24,440 | 62 | 760 | Motor Vehicles |
| Bebidas Alcohólicas y Otras [1] | 676 | 671 | 5,068 | 7,196 | 988 | 7,237 | Alcoholic Beverage and Others |
| **No Contributivos** | 41,870 | 57,532 | 209,655 | 224,006 | 23,024 | 170,956 | **Non-Tax Revenues** |
| Lotería Tradicional | 0 | 0 | 0 | 0 | 0 | - | Traditional Lottery |
| Lotería Electrónica | 34,208 | 32,109 | 64,643 | 58,979 | 2,071 | 19,260 | Electronic Lottery |
| *Rentas Misceláneas* | *7,662* | *25,423* | *145,012* | *165,027* | *20,953* | *151,696* | *Miscelaneous, Total* |
| Multas y Penalidades | 2,727 | 4,367 | 15,389 | 29,913 | 1,899 | 14,949 | Penalties and Fees |
| Reg. y Cert. de Documentos | 2,721 | 12,600 | 58,091 | 59,432 | 3,404 | 40,004 | Permits Fee and Penalties |
| Otros | 2,214 | 8,456 | 71,532 | 75,682 | 15,650 | 96,743 | Others |
| **De Otras Fuentes** | 10,052 | 4,692 | 162,549 | 124,233 | 3,809 | 135,484 | **From External Sources** |
| Arbitrios sobre Embarques de Ron | 10,052 | 4,692 | 162,549 | 124,233 | 3,809 | 135,484 | Excises on Off-Shore Shipment Rum |

p: preliminar / preliminary
28 de febrero de 2023/ February 28, 2023

[1] A partir de enero de 2022, se considera la Nueva Proyección del Plan Fiscal certificado 01-27-22.

[2] En la partida de Licencias otras se ajustó por $1,001. Esto por concepto del balance pendiente a pago del 'PP2021-24091', Ley 42-2017. Esto, de un total de $4,504.




DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

Impuesto sobre Ventas y Uso (IVU) Estatal / State Sales and Use Tax (SUT)
Distribución de Recaudos Mensuales / Distribution of Monthly Collections
Año Fiscal / Fiscal Year 2022-2023
(Miles de Dólares / In Thousands)

| 2022-23 p | Julio July | Agosto August | Septiembre September | Octubre October | Noviembre November | Diciembre December | Enero January | Febrero February | Marzo March | Abril April | Mayo May | Junio June | Total AF 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.5% SUT [1] | 140,988 | 156,077 | 128,541 | 122,620 | 136,011 | 157,921 | 180,693 | | | | | | 1,022,852 |
| 4.5% SUT Surcharge | 96,340 | 102,179 | 91,353 | 88,620 | 103,054 | 113,899 | 128,974 | | | | | | 724,418 |
| 4% Services SUT | 19,038 | 17,726 | 17,908 | 18,419 | 18,202 | 18,228 | 29,661 | | | | | | 139,182 |
| 0.5% FAM SUT | 12,837 | 14,201 | 11,687 | 11,148 | 12,365 | 14,358 | 16,434 | | | | | | 93,029 |
| 1% Municipal SUT [2] | 1,623 | 2,352 | 1,581 | 2,187 | 1,885 | 2,524 | 1,765 | | | | | | 13,919 |
| | | | | | | | | | | | | | - |
| Subtotal | 270,826 | 292,535 | 251,070 | 242,994 | 271,518 | 306,930 | 357,527 | | | | | | 1,993,400 |
| Penalties, Interest and Others | 2,234 | 1,159 | 1,099 | 1,271 | 1,707 | 2,333 | 2,206 | | | | | | 12,008 |
| Total SUT Collections | 273,060 | 293,694 | 252,169 | 244,265 | 273,224 | 309,262 | 359,733 | | | | | | 2,005,407 |
| Unallocated SUT Collections:[3] | - | - | - | | | | | | | | | | |
| Starting Balance | 51,661 | 49,714 | 29,574 | 22,333 | 20,536 | 31,744 | 27,334 | | | | | | 27,334 |
| Net Increase (Decrease) | (1,946) | (20,141) | (7,241) | (1,797) | 11,207 | (4,410) | (7,074) | | | | | | (7,074) |
| Ending Balance | 49,714 | 29,574 | 22,333 | 20,536 | 31,744 | 27,334 | 20,259 | | | | | | 20,259 |
| Total (include Unallocated balance) | 322,774 | 323,268 | 274,502 | 264,801 | 304,968 | 336,596 | 379,992 | | | | | | 379,992 |
| General Fund | 117,612 | 121,064 | 110,359 | 164,979 | 258,974 | 292,380 | 341,534 | | | | | | 1,406,902 |

13 de febrero de 2023/February 13, 2023

[1] The first funds of the 5.5% SUT collected each fiscal year, up to a specific amount each fiscal year, are owned by COFINA ("COFINA Revenues"). The collections derived from the 5.5% SUT, up to the COFINA Revenues for each fiscal year, are pledged to secure the bonds issued by COFINA. The amount for the fiscal year is $472.651 million, after this amount the 5.5% of the SUT pass to the General Fund.

[2] The Treasury Department receives certain Municipal SUT tax collections related to internet sales and imported goods, among other things. These amounts are then distributed to the Municipal Finance Corporation, which collects the Municipal SUT of 1%.

[3] These amounts are reported as Unallocated SUT Collections until the corresponding tax return is filed, which contains the information required to allocate and determine the ownership of the various SUT collections. Amounts reported as Unallocated SUT Collections include (i) payments corresponding to large taxpayers' obligation to make SUT payments twice a month that are deposited in the SUT Collections Account but cannot be allocated until the corresponding tax return is filed on the 20th day of the following month or, in the case of the use and import return, the 10th day of the following month, (ii) overpayments, which are payments made by certain taxpayers in excess of their SUT obligation and where the taxpayer has not yet applied the resulting credit (the "Overpayments"), and (iii) payments made by taxpayers where the taxpayer has failed to file the tax return showing how the payment should be allocated. In the case of the Overpayments, these mostly result from certain large taxpayers that make SUT payments twice a month based on estimates that are in excess of their actual SUT obligation, in order to avoid the imposition of penalties by the Treasury Department.

[2] The Treasury Department is awaiting the determination of the FOMB as to the source of collections for the Film Fund.