# EXHIBIT 20

Page 1

1

2      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF PUERTO RICO
3      Case No. 17-BK-3283-LTS
       -----------------------------------------x
4      In re:
5      THE FINANCIAL OVERSIGHT AND MANAGEMENT
       BOARD FOR PUERTO RICO,
6
       as representative of
7
       THE COMMONWEALTH OF PUERTO RICO, et al.,
8
                             Debtors.
9      -----------------------------------------x
       Case No. 17-BK-4780-LTS
10     -----------------------------------------x
       In re:
11
       THE FINANCIAL OVERSIGHT AND MANAGEMENT
12     BOARD FOR PUERTO RICO,
13     as representative of
14     THE PUERTO RICO ELECTRIC POWER AUTHORITY,
15                           Debtor.
       -----------------------------------------x
16                        May 4, 2023
                          9:38 a.m.
17
18          VIDEOTAPED DEPOSITION of WILLIAM
19     ZARAKAS, held at the offices of Kramer
20     Levin Naftalis & Frankel LLP, located at
21     1177 Avenue of the Americas, New York, New
22     York 10036, before Anthony Giarro, a
23     Registered Professional Reporter, a
24     Certified Realtime Reporter and a Notary
25     Public of the State of New York.

Page 41

1                      WILLIAM ZARAKAS
2       that could be charged, consistent with
3       the three goals listed in this paragraph?
4            A        Yes.
5            Q        And those are the maximum
6       rates on any given customer class PREPA
7       provides electricity to; correct?
8            A        The affordability is
9       primarily at residential customers.  But
10      the maximum is for all customers.
11           Q        When you say the
12      affordability is primarily for
13      residential customers, what do you mean
14      by that?
15           A        The affordability test, some
16      called it wallet, or it's a percentage of
17      spending on electricity.  I should say
18      it's the amount spent on electricity as a
19      percentage of income -- in this case
20      median income -- was the test that we
21      applied for affordability.
22           Q        And was there any
23      corresponding affordability test applied
24      to non-residential PREPA customers?
25           A        No.

Page 80

 1                    WILLIAM ZARAKAS

 2        A        Yes.

 3        Q        And it should be a short

 4    answer.

 5                 By whom were you instructed?

 6        A        In collaboration with the

 7    board.

 8        Q        You were instructed by the

 9    oversight board not to grow the median

10    income by inflation for purposes of

11    calculating residential affordability in

12    the revenue envelope model?

13        A        Yes.

14        Q        When did you receive that

15    instruction?

16        A        In the development of the

17    model as we were quantifying the model.

18        Q        When you received that

19    instruction, did a version of the model

20    already exist?

21        A        It was in development.

22        Q        Prior to receiving that

23    instruction, had you provided a version

24    of the in-development model to the

25    oversight board?  That's a yes or no or I

Page 81

1               WILLIAM ZARAKAS
2    don't know.
3         A        No.
4         Q        Absent the instruction of
5    the board, could you have performed an
6    analysis of residential affordability in
7    which you did grow median income by the
8    rate of inflation?
9         A        It's possible, yes.
10        Q        And do you agree that if
11   median household income grows over time
12   by an assumed rate of inflation, then
13   amounts greater than $120 a month will be
14   less than 6 percent of that
15   household's -- that median income
16   household's monthly income?
17        A        So arithmetically, I think,
18   yes.
19        Q        You mentioned earlier that
20   the PREPA's fiscal plan forecast
21   projections are incorporated as an input
22   into the revenue envelope model; correct?
23        A        Yes.
24        Q        And that those inputs
25   include a rate of inflation; is that

1                      WILLIAM ZARAKAS

2    right?

3         A        For costs, yes.

4         Q        The forecast of PREPA's

5    costs that's incorporated into the

6    revenue envelope model, does that reflect

7    inflationary growth over time?

8         A        Yes.

9         Q        Do you know whether in the

10   context of the revenue model, capital

11   expenses reflect inflationary growth over

12   time?

13        A        I don't know.

14        Q        As you sit here today, are

15   you aware of -- strike that.

16                 Do you know, as you sit here

17   today, how big PREPA's revenue envelope

18   would be, all other things being equal,

19   if you grew the median income

20   household -- the median household's

21   income -- try it a third time.

22                 As you sit here today, do

23   you know how large PREPA's revenue

24   envelope would be if you were to keep the

25   rest of your analysis the same, but grow

Page 96

1                    WILLIAM ZARAKAS

2        A        Roughly half.

3        Q        Is it the first half?

4        A        So it's July through June.

5    So you're asking me when the 2021 fiscal

6    plan starts; correct?

7        Q        Close.

8                 What was the date on which

9    fiscal -- PREPA's Fiscal Year 2021

10   started?

11       A        July 2021.

12       Q        Not July 2020, but

13   July 2021?  I want to make sure I have it

14   right.

15       A        Me too.  Yeah.  I believe

16   it's July 2021.

17       Q        The fiscal year, PREPA's

18   fiscal year doesn't match up with the

19   calendar year; correct?

20       A        That's right.

21       Q        Did you consider using an

22   average rate for -- try again.

23                In determining the average

24   2021 rate to use in Exhibit 42, did you

25   consider using an average of the two

Page 97

1               WILLIAM ZARAKAS

2    fiscal year rates that would apply to

3    Calendar Year 2021?

4         A        At the time, no.

5         Q        Have you considered doing an

6    analysis like that since?

7         A        Yes.

8         Q        Have you performed such

9    analysis?

10        A        We are looking at the PRCS

11   data in much greater detail.

12        Q        How so?

13        A        Looking at the data, there's

14   some data that might need to be excluded

15   in coming up with the average

16   consumption.

17        Q        What kinds of data might

18   need to be excluded in coming up with the

19   average consumption?

20        A        I have a team of people

21   looking at it now.  So I'm not completely

22   prepared.  But, for example, on line 7,

23   that number that you pointed out is $48.

24   $48 happens to be $4 times 12.  $4 is the

25   customer charge that is included in the

Page 103

1                    WILLIAM ZARAKAS

2       provided for by PREPA's 2022 certified

3       fiscal plan?

4            A        I believe so, yes.

5            Q        And you adopted those

6       changed assumptions at the instruction of

7       EY?

8            A        At the instruction of the

9       board.

10           Q        And the next row down I want

11      to direct your attention to is labeled

12      total bill, and in parentheses, no debt

13      repayment.  You see that?

14           A        I do.

15           Q        And there's a figure in the

16      first few columns of $96.81 in that row.

17      You see that as well?

18           A        Yes.

19           Q        And what does the $96.81

20      reflect?

21           A        The difference between Row 4

22      and the -- I'm sorry.  It's the

23      calculation of what the bill would be

24      based on the 425 kilowatt hours per

25      month.

Page 141

1                    WILLIAM ZARAKAS

2        A        As I recall, it has

3   different, what are called load modifiers

4   in it.

5        Q        Do you recall what some of

6   those different load modifiers are?

7        A        Yes.

8        Q        What are they?

9        A        Energy efficiency,

10  additional photovoltaic adoption,

11  electric vehicles.  There might be more.

12       Q        Were you involved in

13  preparing PREPA's alternative forecast of

14  net load?

15       A        No.

16       Q        Was Brattle involved in

17  preparing the alternative forecast?

18       A        No..

19       Q        Does the revenue envelope

20  model make use of PREPA's alternative

21  forecast of net load in any way?

22       A        No.

23       Q        Why not?

24       A        We were instructed to use

25  the base case which is also the only case

Page 142

                          WILLIAM ZARAKAS

1

2      that has the cost and other aspects

3      included in the fiscal plan.

4           Q       And who provided that

5      instruction?

6           A       The board.

7           Q       When you say the board

8      provided that instruction, did you

9      receive that instruction directly from a

10     board member or from advisors?

11          A       Typically, through counsel.

12          Q       And that's counsel at

13     Proskauer?

14          A       Yes.

15          Q       Are there any instructions

16     you received in connection with the

17     revenue envelope model that you got

18     directly from board members?

19                  MS. DALE:  You could answer

20        that yes or no.

21          A       Yes.

22          Q       Which instructions did you

23     receive directly from board members?

24                  Sorry.

25                  Which instruction or

Page 212

                          WILLIAM ZARAKAS

1

2         understand the question.

3         A       Yes.

4         Q       Did Brattle determine that

5     revenues in the -- let me try again.

6                 Did Brattle determine that

7     revenue envelope revenues should be set

8     aside for those purposes?

9         A       I'm sorry.  Could you just

10    rephrase it for me?

11        Q       Sure.

12                Did Brattle make the

13    determination that some revenue envelope

14    revenues should be set aside to cover

15    additional capital expenditures?

16        A       No.

17        Q       Who made that determination?

18        A       The determination that it

19    should be deducted was the board.

20        Q       And did Brattle make the

21    determination that some revenue envelope

22    revenues should be set aside to cover

23    fixed cost under recovery?

24        A       No.

25        Q       Who made that determination?

```
                                          Page 213

 1                   WILLIAM ZARAKAS

 2        A       The same answer.

 3        Q       The oversight board?

 4        A       Yes.

 5        Q       Was Brattle instructed to

 6    set aside a portion of the revenue

 7    envelope revenues to cover both

 8    additional capital expenses and fixed

 9    cost under recovery?

10        A       Yes.

11                MR. MADDEN:  Tab 14.

12        Q       And sorry, just to be clear,

13    those instructions came from the

14    oversight board or its advisors?

15        A       Or counsel.

16                (The above-referred-to

17        document was marked as Exhibit 49 for

18        identification, as of this date.)

19        Q       We've marked as Exhibit 49 a

20    spreadsheet that comes -- it's referred

21    to as additional capital expenditures in

22    the revenue envelope and legacy charge

23    model.

24                Do you recognize this

25    spreadsheet?  And the exhibit version
```

Page 242

                        WILLIAM ZARAKAS

1
2       Q        What was the increase in
3    volumetric charges to accommodate the
4    National deal?
5       A        Each individual charge?
6       Q        Did the volumetric charges
7    go up, down or stay the same?
8       A        Up.
9       Q        Was that across all rate
10   classes or only some?
11      A        Only some.
12      Q        And did you determine, you
13   meaning Brattle, determine the amount by
14   which volumetric charges would go up to
15   accommodate the National deal?
16      A        At the direction
17   methodologically of the board.
18      Q        And what was the
19   methodological direction provided to you
20   by the board?
21      A        I believe it was to increase
22   non-residential volumetric charges.  It
23   also might have excluded a small
24   commercial.  I can't recall.
25      Q        And did those changes made

Page 246

                         WILLIAM ZARAKAS

1

2    extent of the rate change to make to

3    accommodate the National settlement;

4    correct?

5         A       Yes.

6         Q       Were you given an amount by

7    which you needed to increase the amount

8    of revenues remaining?

9         A       I believe so, yes.

10        Q       And that amount was an

11   instruction from the board as well?

12        A       The board, its advisors, our

13   counsel.

14        Q       And so Brattle, consistent

15   with the direction about which rates to

16   change, worked backwards from the

17   additional revenues remaining it needed

18   to find to change volumetric rates;

19   correct?

20        A       Yes.

21        Q       Other than those changes,

22   can you think of any other changes made

23   to the revenue envelope and legacy charge

24   model since the version presented to the

25   board and its advisors in late 2022?