# EXHIBIT 23

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Case No. 17-BK-3283-LTS
-------------------------------------------x
In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                            Debtors.
-------------------------------------------x
Case No. 17-BK-4780-LTS
-------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,
   as representative of
THE PUERTO RICO ELECTRIC POWER AUTHORITY,
                            Debtor.
-------------------------------------------x
                    May 24, 2023
                    9:28 a.m.

        VIDEOTAPED DEPOSITION of LUCAS
PORTER, held at the offices of Kramer Levin
Naftalis & Frankel LLP, located at 1177
Avenue of the Americas, New York, New York
10036, before Anthony Giarro, a Registered
Professional Reporter, a Certified Realtime
Reporter and a Notary Public of the State
of New York.
```

Page 16

1                LUCAS PORTER
2  specifically.
3       Q       What's the IRP?
4       A       The integrated resource
5  plan.
6       Q       Which IRP are you're
7  referring to when you say the IRP?
8       A       The 2019 IRP.
9       Q       Do you recall what that
10 analysis says?
11      A       No, I do not.
12      Q       Just to confirm, you -- did
13 you discuss anything else with respect to
14 any energy efficiency with Mr. Gil?
15      A       No.
16      Q       And when you say that the
17 base case complies with Act 17, you mean
18 that the base case assumes a 30 percent
19 reduction in energy usage by 2040?
20      A       That's correct.
21      Q       And as far as you know,
22 PREPA has not performed any analysis of
23 whether that's realistic?
24      A       I don't know that to be the
25 case.

Page 17

1               LUCAS PORTER
2    Q     Does PREPA know -- has PREPA
3 performed any analysis of whether
4 compliance with Act 17 is realistic?
5          MS. PAVEL: Objection. This
6     is beyond the scope of the topics
7     that we agreed to. You could answer
8     in your own capacity, if you know.
9          MR. MAYRELL: Counsel, this
10     is with respect to the base case
11     information that you all agreed to
12     allow PREPA to testify about.
13          MS. PAVEL: So are you
14     asking if analysis was done in
15     connection with preparing the base
16     case or just generally?
17          MR. MAYRELL: In connection
18     with preparing the base case.
19    A     In connection with preparing
20 the base case, there was not.
21    Q     And just to close the loop
22 on that and draw an objection, what about
23 generally?
24          MS. PAVEL: Same objection,
25     asked and answered.

Case:17-03283-LTS Doc#:24535-23 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc:
Exhibit AHG Ex 23 2023-05-24 Excerpted Porter_FULL Page 5 of 7

Page 18

1                    LUCAS PORTER
2        Q       You can answer.
3        A       Potentially in the IRP, but
4    I don't know for sure.
5        Q       You also said that you
6    discussed electric vehicles with Mr. Gil;
7    is that right?
8        A       Yes.
9        Q       What did you discuss about
10   electric vehicles with Mr. Gil?
11       A       I think we discussed the
12   difference between the base case and the
13   alternative forecast.
14       Q       When you refer to the
15   alternative forecast, what are you
16   referring to?
17       A       The alternative load
18   forecast in the 2022 certified fiscal
19   plan.
20       Q       What difference is there
21   with -- between those two forecasts with
22   respect to electric vehicles?
23       A       So the base case has a lower
24   uptake of electric vehicles than the
25   alternative forecast.

1                    LUCAS PORTER
2        A       Compared with the base
3    forecast that was submitted?
4        Q       Yes.
5        A       I don't believe there was.
6        Q       Was the alternative forecast
7    included in the final draft prepared by
8    PREPA?
9        A       Not that I recall, no.
10       Q       So the oversight board added
11   the alternative forecast?
12       A       Yes.  I believe so.  So that
13   could be an example of a change.
14       Q       Were there any differences
15   with respect to forecasted capital
16   expenses between the final draft and the
17   final certified versions of the fiscal
18   plan?
19       A       I don't believe there were.
20       Q       Did PREPA or Ankura have the
21   opportunity to review the alternative
22   forecast before the certified fiscal plan
23   was submitted?
24       A       I believe we did receive
25   from LUMA, a worksheet that presented the

Page 79

1                 LUCAS PORTER
2 alternative forecast.  But it was like an
3 FYI.
4     Q     Did PREPA have any
5 assessment of the merits of that
6 alternative forecast?
7     A     Not that I recall.  And we
8 weren't asked to provide any.
9     Q     How did PREPA -- how did
10 PREPA or Ankura choose between using the
11 alternative forecast versus the base
12 forecast?
13          MS. PAVEL:  Objection to
14   form.
15     A     There wasn't a choice for
16 us.
17     Q     Why did you use the base
18 forecast?
19          MS. PAVEL:  Objection to
20   form and misstates prior testimony.
21     Q     Why did PREPA use the base
22 forecast in its draft of the fiscal plan?
23     A     Because that was the
24 forecast we were essentially instructed
25 to use.  It's the forecast that is