# EXHIBIT 24

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                )
                                      )
THE FINANCIAL OVERSIGHT               )
AND MANAGEMENT BOARD                  )Case No.
FOR PUERTO RICO,                      )17 BK 3283-LTS
                                      )
as representative of                  )
                                      )
THE COMMONWEALTH OF                   )
PUERTO RICO, et al.,                  )
                                      )
            Debtors.                  )
_____       )
In re:                                )
                                      )
THE FINANCIAL OVERSIGHT               )Case No.
AND MANAGEMENT BOARD                  )17 BK 4780-LTS
FOR PUERTO RICO,                      )
                                      )
as representative of                  )
                                      )
THE PUERTO RICO                       )
ELECTRIC POWER                        )
AUTHORITY,                            )
                                      )
            Debtor.                   )
_____       )

REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
JOSELINE NAVEL ESTRADA RIVERA
San Juan, Puerto Rico
Tuesday, May 30, 2023

Reported By:
CATHI IRISH, RPR, CRR, CLVS

Page 29

1                 ESTRADA

2  asking about the 2022 PREPA fiscal plan.

3          Was there any assessment

4  performed of whether it was realistic that

5  there would be a reduction in electricity    03:17:50PM

6  consumption of 30 percent by 2040?

7          MR. INGERMAN: Objection to the

8     form. You can answer.

9          THE WITNESS: The projections we

10    prepared for the fiscal plan are in      03:18:25PM

11    accordance with current laws and

12    regulations.

13 BY MR. MAYRELL:

14    Q. Was there any assessment of

15 whether the 30 percent reduction was, in    03:18:42PM

16 fact, likely to be achievable?

17         MR. INGERMAN: Objection, form.

18         THE WITNESS: In the case, well

19    in the work I performed such

20    assessment was not performed.            03:19:16PM

21 BY MR. MAYRELL:

22    Q. Did LUMA perform any such

23 assessment?

24         MR. INGERMAN: Objection -- hold

25    on, objection, form, foundation.          03:19:24PM

Page 30

```
 1                    ESTRADA
 2            THE WITNESS:  I have no knowledge
 3       of that matter.
 4     BY MR. MAYRELL:
 5       Q.   Are there others at LUMA who         03:19:43PM
 6     perform or create load forecasts in
 7     connection with the fiscal plan process?
 8            MR. INGERMAN:  Objection, form,
 9       foundation.  You may answer.
10            THE WITNESS:  Those responsible      03:20:08PM
11       at LUMA for preparing any projections
12       for the fiscal plan are under my
13       supervision and there were other
14       departments involved in preparing
15       projections of distributed generation.   03:20:39PM
16     BY MR. MAYRELL:
17       Q.   Does LUMA have any view on
18     whether the 30 percent reduction in
19     electricity consumption by 2040 as set
20     forth in Act 17-2019 is realistic?          03:21:05PM
21            MR. INGERMAN:  Objection, form,
22       scope, foundation.  You may answer.
23            THE INTERPRETER:  The law again
24       20.
25            MR. MAYRELL:  Act 17-2019.           03:21:23PM
```

```
                                                    Page 31
 1                       ESTRADA
 2            THE INTERPRETER:  Thank you.
 3            THE WITNESS:  From my standpoint,
 4      I cannot answer that question because
 5      personally I did not perform an           03:22:04PM
 6      analysis as to whether this is
 7      realistic or not and I do not know
 8      whether any other area has done so.
 9   BY MR. MAYRELL:
10      Q.   You indicated that another load     03:22:20PM
11   modifier concerned the adoption of
12   electric vehicles; is that right?
13      A.   Yes, that is correct.
14      Q.   And base case load forecast that
15   was prepared for the 2022 fiscal plan, is   03:22:49PM
16   there a point at which there is no
17   additional adoption of electric vehicles?
18            MR. INGERMAN:  Objection to the
19      form.  You can answer.
20            THE WITNESS:  The projections      03:23:38PM
21      regarding EVs was very similar to the
22      model used for the IRP, reached out
23      the year 2040 and from that point on,
24      we did not have a conceptual framework
25      to carry out any projections beyond     03:24:07PM
```

|   |   | Page 32 |
|---|---|---|
| 1 | ESTRADA | |
| 2 | 2040. | |
| 3 | BY MR. MAYRELL: | |
| 4 | Q. Does the base case nonetheless | |
| 5 | include forecasted amounts of load | 03:24:20PM |
| 6 | attributable to the adoption of electric | |
| 7 | vehicles after 2040? | |
| 8 | A. Beyond 2040, the amount was set, | |
| 9 | there was a fixed amount beyond 2040. | |
| 10 | Q. Was there any assessment | 03:25:04PM |
| 11 | performed of whether it was realistic that | |
| 12 | the amount of load attributable to | |
| 13 | electric vehicle adoption would be fixed | |
| 14 | after 2040? | |
| 15 | MR. INGERMAN: Objection, scope, | 03:25:22PM |
| 16 | form. You can answer. | |
| 17 | THE WITNESS: No, sir, no | |
| 18 | assessment was performed. | |
| 19 | BY MR. MAYRELL: | |
| 20 | Q. Is it realistic to assume there | 03:25:52PM |
| 21 | would be no additional adoption of | |
| 22 | electric vehicles after 2040? | |
| 23 | MR. INGERMAN: Objection, scope, | |
| 24 | form, foundation. You can answer. | |
| 25 | THE WITNESS: As I stated before, | 03:26:24PM |

```
                                                        Page 40
 1                       ESTRADA
 2        a site translation when you're done
 3        reading the paragraph.  If it's not
 4        going to be word for word --
 5             MR. MAYRELL:  It is going to be     03:44:03PM
 6        word for word so I'll do that now.
 7   BY MR. MAYRELL:
 8        Q.   "An alternative forecast based on
 9   a bottom-up approach, that uses the
10   current situation in Puerto Rico as the     03:44:09PM
11   starting point, that is not constrained by
12   Act 17, that incorporates the latest data
13   available on current and future costs, and
14   that is supported by driver specific
15   models provides a perspective on a          03:44:21PM
16   potentially different load forecast (the
17   alternative forecast)."
18             So I read the first paragraph.
19             Have you -- are you familiar with
20   what's referred to here as the alternative  03:45:36PM
21   forecast?
22             MR. INGERMAN:  Objection,
23        foundation, asked and answered.  You
24        can answer it again.
25             THE WITNESS:  No, sir.            03:45:53PM
```

|   |   | Page 41 |
|---|---|---|
| 1 | ESTRADA | |
| 2 | BY MR. MAYRELL: | |
| 3 | Q.   So is it fair to say then you | |
| 4 | don't know whether anyone at LUMA | |
| 5 | contributed to the preparation of this | 03:46:04PM |
| 6 | alternative forecast? | |
| 7 | MR. INGERMAN:  Objection, form, | |
| 8 | foundation.  You can answer. | |
| 9 | THE WITNESS:  No, I have no | |
| 10 | knowledge, sir. | 03:46:20PM |
| 11 | BY MR. MAYRELL: | |
| 12 | Q.   In preparing to testify today, | |
| 13 | did you ask anyone at LUMA whether they | |
| 14 | contributed to the preparation of this | |
| 15 | alternative forecast? | 03:46:32PM |
| 16 | A.   No, sir. | |
| 17 | Q.   At any point, did LUMA receive | |
| 18 | any communication from the oversight board | |
| 19 | stating a view on the accuracy of the base | |
| 20 | forecast? | 03:47:26PM |
| 21 | MR. INGERMAN:  Objection, form. | |
| 22 | You can answer. | |
| 23 | THE WITNESS:  It is usual for | |
| 24 | discussions to be held with FOMB | |
| 25 | personnel with regard to modifiers and | 03:48:05PM |

Page 42

1  ESTRADA
2  on this occasion, I believe, I am not
3  sure, I believe that we had -- that I
4  was involved in two or three meetings,
5  I'm not sure, to discuss the                03:48:41PM
6  projections, not only this one but
7  also the modifiers and what was
8  discussed in the meetings was more, it
9  was more a matter of to indicate, to
10 explain the methodology used by LUMA        03:49:14PM
11 to draw up the projections but I'm
12 not -- we were not required, at least
13 me directly, I was not required any
14 other modification.
15 BY MR. MAYRELL:                             03:49:44PM
16     Q.   Besides the information that you
17 were conveying to the oversight board
18 regarding the base case model, did the
19 oversight board tell you anything about
20 their views of the base case or the load    03:49:59PM
21 modifiers?
22          MR. INGERMAN:  Objection to --
23          THE INTERPRETER:  Sorry.
24          MR. INGERMAN:  That's okay.
25          THE INTERPRETER:  Views of the     03:50:13PM