# EXHIBIT 32

Case:17-03283-LTS Doc#:24535-32 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc:
Exhibit AHG Ex 32 2023-06-01 Excerpted Scheider_FULL Page 2 of 9

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: THE FINANCIAL )
OVERSIGHT AND MANAGEMENT ) Case No. 17-BK-3283-LTS
BOARD FOR PUERTO RICO, )
)
AS A REPRESENTATIVE OF THE )
COMMONWEALTH OF PUERTO )
RICO, ET AL., )
)
Debtors. )
_____ )
IN RE: THE FINANCIAL ) Case No. 17-BK-4780-LTS
OVERSIGHT AND MANAGEMENT )
BOARD FOR PUERTO RICO, )
)
AS A REPRESENTATIVE OF THE )
PUERTO RICO ELECTRIC POWER )
AUTHORITY, )
)
Debtor. )

*************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
COREY ALLEN SCHNEIDER
JUNE 1, 2023
*************************************************

Page 28

1      for ten years.
2            Q.   And what is "SRP"?
3            A.   System Remediation Program.
4            Q.   Can you explain to me how PREPA
5      prepares a forecast -- a ten-year forecast of its
6      SRP capital expenditures?
7            A.   I'm sorry.  You said how PREPA
8      prepares them?
9            Q.   I'm sorry.  Let me -- I should have
10     said LUMA.  Let me ask it again.  Can you explain
11     to me the process LUMA undertakes to prepare
12     Capex forecasts, in general?
13           A.   For which period of time?  I think
14     the answer is different.  Can you clarify that?
15           Q.   Well, can you explain to me what you
16     -- what different periods of times would you be
17     referring to?  Let's start there.
18           A.   The immediate budget year and the
19     next following -- or the next two following
20     years, and then any periods after that.
21           Q.   So let's start with for the immediate
22     budget year.  What is LUMA's process for
23     preparing a Capex budget?
24           A.   LUMA goes through detailed bottoms-up
25     preparation of Capex by program.  And those are

Case:17-03283-LTS Doc#:24535-32 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc:
Exhibit AHG Ex 32 2023-06-01 Excerpted Scheider_FULL Page 4 of 9

Page 29

1  done by the program brief owners and. That
2  information is then aggregated by my team into an
3  overall need to meet the system remediation
4  program timelines.
5      Q. And can you explain more what
6  specific information is being relied on to
7  determine the amount of capital expenditures
8  needed for the immediate period for the next
9  year?
10     A. I think that information varies by
11 system remediation program. The program brief
12 owners for those are responsible for their
13 individual Capex forecasts and the information
14 that those people rely upon would be individual
15 to those individual program briefs.
16     Q. So, for example, does it involve
17 looking at the state of particular assets in the
18 transmission and distribution system and when
19 they -- how much it will cost to repair them? Is
20 that an example of the information that's
21 considered?
22     A. Absolutely, but let's just be clear,
23 it is for meeting the objectives -- the
24 objectives of the individual system remediation
25 program and the Capex that is needed to meet the

Case:17-03283-LTS Doc#:24535-32 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc:
Exhibit AHG Ex 32 2023-06-01 Excerpted Scheider_FULL Page 5 of 9

Page 30

```
 1        objectives of that individual program, rather
 2        than a general Capex spend.
 3              Q.   Can you give me an example that
 4        you're familiar with of how a particular program
 5        goes about assessing its immediate Capex needs?
 6              A.   Sure.  So our AMI program, we have
 7        examined as a company the number of meters that
 8        will need to be installed across all of our
 9        customers, as well as the related telemetrics
10        that are needed to be installed and we forecasted
11        the amount of capital that would need to be spent
12        to buy those meters, install those meters, and
13        all of the related infrastructure.
14              Q.   Is a similar process undertaken for
15        other programs assessment of their immediate
16        Capex needs?
17              A.   For all of the system remediation
18        programs, the program brief owners are
19        responsible for that, yes.
20              Q.   So, then, you said that the next type
21        of forecast is for two years out.  Is that right?
22              A.   The current year budget and then two
23        years out is what we spend more detailed time on,
24        yes.
25              Q.   So for the two years out period, is
```

Case:17-03283-LTS Doc#:24535-32 Filed:06/12/23 Entered:06/12/23 21:36:46 Desc:
Exhibit AHG Ex 32 2023-06-01 Excerpted Scheider_FULL Page 6 of 9

Page 31

```
1        the process the same as for the immediate period
2        or are there differences?
3               A.   I believe it is all the same.
4               Q.   I believe you said that, then,
5        there's forecasting for period past, I guess it
6        would be three years out through ten years.  Is
7        that fair?
8               A.   Just for the system remediation
9        program, correct, and the FEMA spend.
10              Q.   For the system remediation program --
11       can we call that period from, I guess it would be
12       after three years through ten years, the
13       long-term forecast just to make it easier to talk
14       about?
15              A.   Sure.
16              Q.   So for this long-term forecast for
17       the -- for Capex needed for SRP, can you explain
18       to me how LUMA prepares that forecast?
19              A.   I believe it's somewhat similar to
20       the short-term.  However, there's an objective or
21       milestones that need to be met and the dollars
22       that are needed to be spent for those milestones.
23       And as you get farther out, the variability or
24       the preciseness of the Capex forecast will go
25       down just based upon obvious variables.
```

Page 39

1  A. They were separate at the time they
2  were ordered.
3  Q. Are they separate in the 2020 -- in
4  the fiscal year 2024 proposed LUMA budget?
5  A. When you say "separate," can you
6  please help me with that?
7  Q. Sure. Well, I'll move on from that.
8  Are there other PREB-ordered Capex expenditures?
9  A. Yes, but we haven't been able to
10 quantify some of them. So, for example, the EV
11 program or DG program, some Capex related to
12 those, to my knowledge.
13 Q. You mentioned -- after you mentioned
14 general maintenance Capex, you also said other
15 non-SRP Capex. Was there something in particular
16 you were referring to?
17 A. Yes. So there are other deficiencies
18 that have been identify by LUMA on the system
19 that don't meet the threshold of an SRP that will
20 still require Capex to remediate and fix the
21 system to bring it to a prudent utility standard.
22 Q. In preparing the SRP and FEMA Capex
23 forecasts that we've just been talking about,
24 does LUMA rely on comparisons to Capex
25 expenditures by other utilities?

Page 40

1  A. Not that I'm aware.
2  Q. Why doesn't it?
3  A. We're focused on the specific
4  improvements that are needed within the system
5  that we operate and the Capex that's required to
6  remediate those specific deficiencies.
7  MR. MAYRELL: Could we take a
8  five-minute break and then we can come back?
9  MR. INGERMAN: Sure.
10 THE VIDEOGRAPHER: All parties in
11 agreement with going off the record?
12 MR. INGERMAN: Yes.
13 THE VIDEOGRAPHER: We are going off
14 the record at 9:58 a.m.
15 (Break.)
16 THE VIDEOGRAPHER: We are going back
17 on the record at 10:07 a.m.
18 Q. (By Mr. Mayrell) Mr. Schneider, I
19 want to show you a document.
20 MR. MAYRELL: If the concierge could
21 pull up the document that is tab 3 and it was
22 previously marked in the earlier section of this
23 deposition as Exhibit 2. And it's the fiscal
24 year 2024 to 2026 LUMA budget.
25 Q. (By Mr. Mayrell) We'll try -- I

Page 48

1    position with respect to whose responsibility it
2    is to obtain matching funds for the federal
3    grants?
4              MR. INGERMAN: Objection. Form.
5    Scope. You can answer.
6              A. Yes, it does. The government of
7    Puerto Rico owns PREPA and it's either PREPA --
8    well, it's -- under FEMA block grants, it is the
9    recipient that needs to have the matched funding,
10   and that is either PREPA or the government of
11   Puerto Rico.
12             Q. (By Mr. Mayrell) Has LUMA suggested
13   that these matching funds should come from an
14   increase in rates?
15             A. Not that I'm aware.
16             MR. INGERMAN: Objection. Form.
17             A. Not that I'm --
18             MR. INGERMAN: You can answer.
19             A. Not that I'm aware.
20             MR. MAYRELL: Just a moment. Can the
21   concierge pull up Tab 11? And if the concierge
22   can remind what exhibit number we're on.
23             THE VERITEXT CONCIERGE: This is
24   Exhibit 3.
25             Q. (By Mr. Mayrell) Mr. Schneider, for