# EXHIBIT 38

Page 1

```
 1
 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF PUERTO RICO
 3   Case No. 17-BK-3283-LTS
     ---------------------------------------x
 4   In re:
 5   THE FINANCIAL OVERSIGHT AND MANAGEMENT
     BOARD FOR PUERTO RICO,
 6
     as representative of
 7
     THE COMMONWEALTH OF PUERTO RICO, et al.,
 8
                             Debtors.
 9   ---------------------------------------x
     Case No. 17-BK-4780-LTS
10   ---------------------------------------x
     In re:
11
     THE FINANCIAL OVERSIGHT AND MANAGEMENT
12   BOARD FOR PUERTO RICO,
13   as representative of
14   THE PUERTO RICO ELECTRIC POWER AUTHORITY,
15                          Debtor.
     ---------------------------------------x
16                      May 12, 2023
                         9:29 a.m.
17
18       VIDEOTAPED DEPOSITION of FERNANDO
19   BATLLE, held at the offices of Kramer Levin
20   Naftalis & Frankel LLP, located at 1177
21   Avenue of the Americas, New York, New York
22   10036, before Anthony Giarro, a Registered
23   Professional Reporter, a Certified Realtime
24   Reporter and a Notary Public of the State
25   of New York.
```

```
                                              Page 96
 1                FERNANDO BATLLE
 2   best forecast.  But forecasts are not
 3   always right.
 4        Q      But AAFAF's objective is to
 5   produce the best macroeconomic forecast
 6   that it can; is that fair?
 7        A      AAFAF's objective is always
 8   to produce the best information and the
 9   best plans it can.  That's part of what
10   their role is as the financial advisor to
11   the government.
12        Q      That's true of the
13   population forecast as well; is that
14   fair?
15        A      It's true of everything they
16   do.
17        Q      And in this case, AAFAF's
18   best effort on preparing a population
19   forecast resulted in a higher population
20   forecast than what the board produced?
21   Do I understand you correctly?
22        A      Yes.  That's the output of
23   the model, yeah.
24        Q      What other -- is there also
25   a GMP projection or model in what AAFAF
```

Page 97

1                   FERNANDO BATLLE
2    provides the oversight board?
3         A      Yes, there is, because it's
4    part of that.  When I say there is a
5    macroeconomic forecast, that's what that
6    is, yes.
7         Q      And I think you've said
8    this.
9                But the board then produces
10   its own macroeconomic forecast for the
11   final plan; is that right?
12        A      That is correct.
13        Q      And were there differences
14   between the macroeconomic forecast
15   produced by AAFAF versus what the board
16   ultimately relied on?
17        A      Yes.  There were
18   differences.
19        Q      So besides the population
20   difference that we discussed, what other
21   differences were there?
22        A      Well, your question was
23   specifically about GMP.  And the GMP data
24   or the GMP output in the certified fiscal
25   plan is lower than the GMP output of the

Page 98

1         FERNANDO BATLLE
2    government's financial model.
3         Q     Do you have any -- besides
4    the general idea that they're different
5    models, do you have any sense as to why
6    there's that difference?
7         A     Well, there's many factors.
8    And I'm going to give a couple of general
9    examples about the assumptions; for
10   example, a big part of the macroeconomic
11   forecast is the federal funding, the
12   reconstruction of federal funding.  In
13   reconstruction, that is funded by the
14   federal funds obtained through FEMA or
15   CDBG.  It's the Community Block
16   Development Program from the Housing and
17   Urban Developing Department.  And Puerto
18   Rico has been allocated approximately
19   $20 billion for a series of initiatives
20   that are being carried out.  And that is
21   one element of it.
22             The second element of it is
23   the FEMA money, the Federal Emergency
24   Management Agency or Administration, and
25   as part of the reconstruction efforts