**Natbony Declaration Exhibit 3**

```
                                                           Page 1

 1
 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF PUERTO RICO
 3    Case No. 17-BK-3283-LTS
      ------------------------------------------x
 4    In re:
 5    THE FINANCIAL OVERSIGHT AND MANAGEMENT
      BOARD FOR PUERTO RICO,
 6
      as representative of
 7
      THE COMMONWEALTH OF PUERTO RICO, et al.,
 8
                           Debtors.
 9    ------------------------------------------x
      Case No. 17-BK-4780-LTS
10    ------------------------------------------x
      In re:
11
      THE FINANCIAL OVERSIGHT AND MANAGEMENT
12    BOARD FOR PUERTO RICO,
13    as representative of
14    THE PUERTO RICO ELECTRIC POWER AUTHORITY,
15                         Debtor.
      ------------------------------------------x
16                    May 12, 2023
                       9:29 a.m.
17
18        VIDEOTAPED DEPOSITION of FERNANDO
19   BATLLE, held at the offices of Kramer Levin
20   Naftalis & Frankel LLP, located at 1177
21   Avenue of the Americas, New York, New York
22   10036, before Anthony Giarro, a Registered
23   Professional Reporter, a Certified Realtime
24   Reporter and a Notary Public of the State
25   of New York.
```

Page 267

1  FERNANDO BATLLE
2  and I know I'm testing it -- was that
3  monoline insurers received the same
4  percentage recovery under both of those
5  plans than all other monoline insurers;
6  is that right?
7  A     That's my recollection, to
8  the extent that they own the same class
9  of securities because they were, as you
10 recall, senior and sub.  That's my
11 recollection.
12 Q     Do you know why monoline
13 insurers or National is being treated
14 better than other monoline insurers under
15 the plan of adjustment?
16       MR. FRIEDMAN:  I'm going to
17    instruct you as always not to reveal
18    any discussions with counsel.
19 Q     Let me just repeat it.
20       Do you know why National is
21 receiving better, higher percentage
22 recovery than other monoline insurers
23 under the amended PREPA plan of
24 adjustment?
25 A     It's driven likely by the

Page 268

1              FERNANDO BATLLE
2    board's desire to -- within the same
3    resource envelope as a term, the amount
4    of dollars available for settling the
5    claims, having more people be part of the
6    process is better.  And maybe that's the
7    reason why they did it.
8         Q      Let me make sure I
9    understand.
10                Giving one monoline insurer
11   a higher percentage recovery than all
12   other monoline insurers, is it AAFAF's
13   understanding that that increases the
14   amount of people who will support the
15   plan?  I just want to make sure I
16   understand your question.
17        A      Well, it's another party
18   that supports the plan; right?
19        Q      You mean National?
20        A      Yes.
21        Q      So if I understand you
22   correctly, the decision to give National
23   a higher percentage recovery under the
24   amended plan of adjustment was based on
25   bringing National onboard to the plan?

Page 366

C E R T I F I C A T I O N

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, FERNANDO BATLLE, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

_____
ANTHONY GIARRO