```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO
    ------------------------------------x
    In re:

    THE FINANCIAL OVERSIGHT AND              PROMESA
    MANAGEMENT BOARD FOR PUERTO RICO,        Title III

         as representative of                Case No. 17 BK 3283 (LTS)

    THE COMMONWEALTH OF PUERTO RICO,
    et al.,                                  (Jointly Administered)

         Debtors.
    ------------------------------------x

    In re:


    THE FINANCIAL OVERSIGHT AND              PROMESA
    MANAGEMENT BOARD FOR PUERTO RICO,        Title III

         as representative of                Case No. 17 BK 4780 (LTS)

    PUERTO RICO ELECTRIC POWER AUTHORITY,

                                             (Jointly Administered)
         Debtors.
    ------------------------------------x

                                             New York, N.Y.
                                             February 28, 2023
                                             8:30 a.m.

    Before:

                       HON. LAURA TAYLOR SWAIN,

                                          Chief U.S. District Judge

                       HON. JUDITH GAIL DEIN

                                          Magistrate Judge


    APPEARANCES:

    For the Financial
    Oversight and Management
    Board for Puerto Rico:       Martin J. Bienenstock, Esq.
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
 1   APPEARANCES, Continued:

 2   For the Financial
     Oversight and Management
 3   Board for Puerto Rico:
                                    Ehud Barak, Esq.
 4                                  Paul Possinger, Esq.
                                    Laura Stafford, Esq.
 5                                  Steven Ma, Esq.
                                    Margaret A. Dale, Esq.
 6

 7   For the Official Committee
     of Unsecured Creditors
 8   (the "Committee"):             Luc A. Despins, Esq.
                                    Alex Bongartz, Esq.
 9
     For Assured Guaranty
10   Corp. and Assured
     Guaranty Municipal Corp:       William J. Natbony, Esq.
11                                  Mark C. Ellenberg, Esq.
     For The Puerto Rico
12   Fiscal Agency and
     Financial Advisory
13   Authority:                     Peter Friedman, Esq.

14   For The Ad Hoc Group
     of PREPA Bondholders:          Amy Caton, Esq.
15
     For U.S. Bank:                 Clark Whitmore, Esq.
16
     For Syncora:                   Susheel Kirpalani, Esq.
17
     For PV Properties:             Fernando Agrait-Betancourt, Esq.
18                                  Charles Cuprill, Esq.

19   For National Public
     Finance Guarantee
20   Corporation:                   Robert Berezin, Esq.

21   For Fuel Line Lenders:         Amy Wolf, Esq.
                                    Emil A. Kleinhaus, Esq.
22


23   For the Ad Hoc Group of
     PREPA Bondholders:             Gary Orseck, Esq.
24                                  Matthew Madden, Esq.

25   For Ahimsa:                    William Kannel, Esq.
```

```
 1   APPEARANCES, Continued:

 2   For the Ad Hoc Committee
     of National Claim
 3   Assignees:                 Lawrence Larose, Esq.

 4   For UTIER:                 Zoe Negron-Comas, Esq.

 5   For SREAEE:                Rafael Ortiz-Mendoza, Esq.

 6   For the Puerto Rico
     House and Senate:          Jorge Martinez-Luciano, Esq.
 7

 8   For Manuel Gonzalez-Joy:   David Carrion-Baralt, Esq.
```

1  Martin Bienenstock, Proskauer Rose, LLP, for the Oversight
2  Board, as Title III representative.
3       Can you hear me okay?
4       THE COURT:  Yes, I can hear you and see you now.
5  Thank you.
6       MR. BIENENSTOCK:  Okay.  I will start, and I'll have
7  to go somewhat quickly.  Mr. Friedman, on behalf of AAFAF,
8  raised the important issue of PREB, and I just want to say
9  something now that also has implications for some of the
10 subsequent statements, arguments that were made and our
11 responses.
12      For starters, it is clear that Bankruptcy Code Section
13 1129(a)(6) and PROMESA section 314(b)(5) together constitute
14 what we refer to as a reverse preemption, whereby while other
15 provisions of federal law are supreme over local law, Congress
16 has reversed the preemption when it comes to regulatory rate
17 approvals.  So PREB is an important actor in this confirmation,
18 or in the process of implementing it certainly.  And while we
19 do think that the Court might have a role, because there are
20 local laws requiring PREB to approve rates necessary to pay
21 debts, the fact is that PREB, as part of its underpinning,
22 statutory underpinning and public role, does take into account
23 concepts such as affordability, implications of rate increases,
24 et cetera.  And we are working with PREB hoping that it will
25 give approval to the rates we need to implement the Plan