UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors,[1]

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE PUERTO RICO ELECTRIC POWER
AUTHORITY,

    Debtor.

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 4780-LTS

(Jointly Administered)

NOTICE OF PRO SE OBJECTIONS RECEIVED BY THE COURT CONCERNING THE MODIFIED SECOND
AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

*(Part 3 of 14)*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended
Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

*(Part 3 of 14)*

        The attached <u>pro se</u> filings were received by the Court on June 12, 2023, for filing pursuant to the *Third Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 24376 in Case No. 17-3283 and Docket Entry No. 3565 in Case No. 17-4780) concerning the *Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* (Docket Entry No. 23663 in Case No. 17-3283 and Docket Entry No. 3296 in Case No. 17-4780).

1.  Adalberto Quintana Vazquez,

2.  Adriana Santana,

3.  Alice Acevedo Navarro,

4.  Alvin Ramos Santiago,

5.  Amarilys Guzman Andino,

6.  Cruz Virginia Landrau,

7.  Cynthia Iglesias Quinones,

8.  Dr. Braulio Gonzalez Rodriguez,

9.  Emil Nieves Mounier,

10. Enid Gonzalez Ferrer,

11. Felipe Del Valle Martinez,

12. Hector Luis Gonzalez Monsenat,

13. Iluminada Rosario,

14. Jhasiris Holguin Reed,

15. Jose Luis Viruet Acevedo,

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended
Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

*(Part 3 of 14)*

16. Julio A. Segarra Santiago,

17. Lucila Hernandez Vidal,

18. Luis C. Hernandez,

19. Luis Enrique Salgado Concepcion,

20. Luz Raquel Roman,

21. Lydia Rios Matos,

22. Melissa Cartagena Castro,

23. Nilsa Orengo Rohena,

24. Norma I. Rodriguez,

25. Pura M. Gilestra Davila,

26. Pura M. Reyes Gilestra,

27. Rafaela Berrios Rosado,

28. Sonia Maldonado Otero,

29. Sylvia Correa Delgado,

30. Vivian E. Acevedo Navarro


Dated:  June 13, 2023