# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO (the "ERS"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

## STIPULATION TO SUPPLEMENT THE RECORD
## ON APPEAL PURSUANT TO F.R.A.P. 10(e)(2)(A)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to Rule 10(e)(2)(A) of the Federal Rules of Appellate Procedure, the undersigned parties, who are appellants and appellees in the appeal entitled *UBS Financial Services Inc. v. Estate of Pedro J. Nazario Serrano, et al.*, Case No. 23-1216, by and through their attorneys, hereby stipulate and agree to supplement the record on appeal in with the following documents:

1. The Adversary Complaint filed in the adversary action entitled *Drivetrain, LLC v. Barclays, et al.*, Adv. Proc. No. 19-000280-LTS (the "Underwriter Adversary Action" or "UAA"). (UAA Dkt. 1)

2. The First Amended Adversary Complaint filed in the Underwriter Adversary Action. (UAA Dkt. 28)

3. The Second Amended Complaint filed in the Underwriter Adversary Action. (UAA Dkt. 49)

4. Defendants' Joint Notice of Motion and Motion to Dismiss with Prejudice the Second Amended Complaint filed in the Underwriter Adversary Action. (UAA Dkt. 134)

5. The Joint Memorandum of Law in Support of Defendants' Motion to Dismiss with Prejudice filed in the Underwriter Adversary Action. (UAA Dkt. 135)

6. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss filed in the Underwriter Adversary Action. (UAA Dkt. 145)

7. The Joint Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss with Prejudice filed in the Underwriter Adversary Action. (UAA Dkt. 147)

8. Citibank, GS Bank and GS Mitsui's Supplemental Reply in Further Support of Defendants' Motion to Dismiss with Prejudice filed in the Underwriter Adversary Action. (UAA Dkt. 149)

WHEREFORE, the parties to this stipulation respectfully request the Clerk of this court transmit to the Circuit Court the additional documents stipulated to herein.

SO STIPULATED, on June 13, 2023:

| For Objectors-Appellants: | For Movant-Appellee: |
|---|---|
| VICENTE & CUEBAS<br>/s/ Harold D. Vicente-Colón<br>Harold D. Vicente-Colón<br>Harold D. Vicente-González<br>PO Box 11609<br>San Juan, PR 00910-1609<br>hvicente@vclawpr.com<br>hdvc@vclawpr.com | McCONNELL VALDÉS LLC<br>/s/ Roberto C. Quiñones-Rivera<br>Roberto C. Quiñones-Rivera, Esq.<br>270 Muñoz Rivera Ave.<br>Hato Rey, PR 00918<br>Tel.: (787) 250-2631<br>Fax: (787) 759-9225 |
| PUJOL LAW OFFICES, PSC<br>/s/ Francisco Pujol-Meneses<br>Francisco Pujol-Meneses<br>PO Box 363042<br>San Juan, PR 00936-3042<br>Phone No. (787) 724-0900<br>Fax No. (787) 724-1196<br>fpujol@pujollawpr.com | SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>/s/ Paul J. Lockwood<br>Paul J. Lockwood<br>920 North King Street<br>Wilmington, DE 19801<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001<br>Paul.Lockwood@skadden.com |
| BUFETE ANDRÉU & SAGARDÍA<br>/s/ José A. Andréu-Fuentes<br>José A. Andréu-Fuentes<br>261 Avenida Domenech<br>San Juan, Puerto Rico 009718<br>Phone (787) 754-1777/763-8044<br>Fax No. (787) 763-8045 | |
| **For Respondents-Appellees:** ||
| CONTINENTAL, PLLC<br>/s/ Angelo M. Castaldi<br>Angelo M. Castaldi<br>255 Alhambra Cir, Suite 640,<br>Miami FL 33134<br>Tel. 305-677-2707<br>acastaldi@continentalpllc.com | CONTINENTAL, PLLC<br>/s/ John Arrastia<br>John Arrastia<br>255 Alhambra Cir, Suite 640,<br>Miami FL 33134<br>Tel. 305-677-2707<br>jarrastia@continentalpllc.com |

3