# **EXHIBIT A**

Mark Shankweiler CV

**BRG** ⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮⋮ **CORPORATE FINANCE**

## Mark Shankweiler

**Managing Director – Restructuring and Transaction Advisory**

**New York**

**Contact**

**D** 212.782.1431

**M** 917.940.6893

mshankweiler@thinkbrg.com

**Industry Experience**

Automobiles & Components
Entertainment & Media
Financial Services
Food & Agriculture
Healthcare & Pharma
Infrastructure & Energy
Manufacturing, Metals & Mining
Real Estate & Construction
Retail & Consumer
Technology & Telecom

**Selected Public Cases**

Abengoa
American Capital, Ltd.
American Home Mortgage
Calpine Corporation
Centro Properties
Diamond Offshore Drilling, Inc.
Dynegy Holdings LLC
Energy Future Intermediate Holding Co.
Jacuzzi and Sundance
La Paloma Generating, LP
Lake Road Generating Company
Mach Gen, LLC
Magnum Hunter Resources Corp.
Media General
Mission Coal Company
National Energy & Gas Transmission
Puerto Rico Electric Power Authority
  (PREPA)
QGOG Constellation
Quicksilver Resources Inc.
Refco, Inc
Rural/Metro Corporation
Seadrill Partners LLC
Sirius XM Radio
Valaris plc

### Experience

Mark Shankweiler has over thirty years of experience specializing in financial and turnaround advisory services for both companies and creditors in in-court and out-of-court situations. He has consulted on strategic planning, business plan analysis, cash management, enterprise valuation, business viability analysis, cost reduction, restructuring, divestiture analysis, asset foreclosure, and mergers and acquisitions. He has also provided expert consulting services in adversary proceedings including fraudulent conveyance, valuation/solvency, make-whole/no-call, substantive consolidation, and material adverse event issues. He has also assumed board of director, interim management, and liquidation trustee roles.

Prior to joining BRG, Mr. Shankweiler was an Executive Director at Capstone Advisory Group, LLC, and prior to that was a Managing Director in the Policano & Manzo legacy practice of FTI Consulting. Previously, he was employed by Coopers and Lybrand.

### Education and Affiliations

Mr. Shankweiler holds a B.S. in Education from West Chester University and a post graduate degree in Accounting and Business Administration from Muhlenberg College.  He is a Certified Insolvency and Restructuring Advisor and a Certified Public Accountant. He is also a member of the Association of Insolvency and Restructuring Accountants and the American Bankruptcy Institute.