UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors,[1] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| THE PUERTO RICO ELECTRIC POWER<br>AUTHORITY, | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------x

NOTICE OF PRO SE OBJECTIONS RECEIVED BY THE COURT CONCERNING THE MODIFIED SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

*(Part 5 of 14)*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

*(Part 5 of 14)*

The attached <u>pro se</u> filings were received by the Court on June 12, 2023, for filing pursuant to the *Third Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 24376 in Case No. 17-3283 and Docket Entry No. 3565 in Case No. 17-4780) concerning the *Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* (Docket Entry No. 23663 in Case No. 17-3283 and Docket Entry No. 3296 in Case No. 17-4780).

1. Carla Castro Febres,
2. Mercedes Cuadrado Orlando,
3. Maria E. Rodriguez Rodriguez,
4. Omar Carrasquillo Santana,
5. Alfredo Mendez Pabellon,
6. Jose Serrano Gomez,
7. Jeremias Gomez Flores,
8. Olga Rodriguez Nieves,
9. Maria J. Guadalupe Martinez,
10. Michael A. Gomez Gomez,
11. Zoe Hernandez Soto,
12. Esteban Santiago Gonzalez,
13. Lydia Perez Lopez,
14. Ricardo Gonzalez Mendez,
15. Valeria Pagan,

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

*(Part 5 of 14)*

16. Emigda Vega Castro,

17. Carmen D. Rivera Guzman,

18. Eddie Alberto Latimer,

19. Martha E. Gomez Rivera,

20. Lourdes M. Gomez Rivera,

21. William Aguilu Santiago,

22. Reinaldo Montalvo Soto,

23. Guillermina Santana Castro

24. Hector M. Ramos Ruiz,

25. Jannette Suazo Castro,

26. Maria E. Ojeda Rentas,

27. Emanuel Perez Mendez,

28. Edwardo Garcia Rexach,

29. Lisette Alers Mendez,

30. Rebeca Torres Rodriguez

Dated: June 13, 2023