UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors,[1] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| THE PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
| Debtor. | |

---------------------------------------------------------x

NOTICE OF PRO SE OBJECTIONS RECEIVED BY THE COURT CONCERNING THE MODIFIED SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

*(Part 12 of 14)*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

(Part 12 of 14)

The attached pro se filings were received by the Court on June 12, 2023, for filing pursuant to the *Third Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 24376 in Case No. 17-3283 and Docket Entry No. 3565 in Case No. 17-4780) concerning the *Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority* (Docket Entry No. 23663 in Case No. 17-3283 and Docket Entry No. 3296 in Case No. 17-4780).

1. Abdiel A. Pagan Martinez,
2. Amador Pagan,
3. Ana Iris Ramos Esperanza,
4. Angelita Machado Acevedo,
5. Annette M. Miro Diaz,
6. Ashley Delgado Nieves and Anibal Pagan Lugo,
7. Carmen Ana Maldonado Jaime,
8. Carmen S. Rodriguez Morales,
9. Christopher Pagan Bula,
10. Damian Gonzalez,
11. Francie Matias Espinosa,
12. Gloria E. Gerena Diaz,
13. Javier Lopez Cruz,
14. Jaybe Liz Morales Rivera,
15. Jean C. Ramos Mojica,
16. Juan C. Alicea Agosto,

Notice of Pro Se Objections Received by the Court Concerning the Modified Second Amended Title III Plan of Adjustment of The Puerto Rico Electric Power Authority

*(Part 12 of 14)*

17. Karen Perez Diaz,

18. Lourdes Malave Rivera,

19. Luis Delgado Gonzalez,

20. Maria Angela Perez Maldonado,

21. Michelle Machado Garrastegui,

22. Moises Pagan Bula,

23. Moises Pagan Varela,

24. Nereida Benitez,

25. Rafet Corujo Lopez,

26. Raquel Lopez,

27. Rosa M. Espinosa Santiago,

28. Sandra Marrero Martinez,

29. Tulio Bastardo Aguilar,

30. Wanda Cuadra

Dated: June 13, 2023