UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-Bk-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS REGARDING DEBTOR'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE CHALLENGING OVERSIGHT BOARD'S CERTIFICATION DETERMINATIONS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**To the Honorable United States District Judge Laura Taylor Swain:**

The Official Committee of Unsecured Creditors (the "Committee") respectfully submits this reservation of rights (the "Reservation of Rights") regarding *Debtors' Motion in Limine to Exclude Evidence Challenging Oversight Board's Certification Determinations* [Docket No. 3581] (the "Motion *in Limine*").  In support of this Reservation of Rights, the Committee states as follows:

1.      The Oversight Board's Motion *in Limine* asks the Court to exclude two categories of evidence at the plan confirmation hearing: (i) the testimony of certain experts retained by the Bondholders (as defined therein) "that purports to challenge any certification determination of the Oversight Board reflected in any certified fiscal plan"; and (ii) "any other such evidence proffered by any party in interest to challenge any certified fiscal plan at the hearing on confirmation of the PREPA Plan" [Docket No. 3581-1 at 1].

2.      The Committee intends to file an objection (the "Committee's Plan Objection") to confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (the "PREPA Plan").  The Committee's Plan Objection does not presently rest on any evidence it anticipates being affected by the Court's decision on the Motion *in Limine.*  Accordingly, the Committee takes no position on the Motion *in Limine* at this time. The Committee, however, reserves all rights with respect to the admissibility of the evidence it submits in support of the Committee's Plan Objection.

3.      Moreover, to the extent the PREPA Plan is further modified or amended in the future (thereby altering the Committee's objections), the Committee respectfully requests an opportunity to be heard on the issues raised within the Motion *in Limine* thereafter.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 13th date of June, 2023.

/s/ Luc A. Despins

PAUL HASTINGS LLP

Luc A. Despins, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
alexbongartz@paulhastings.com

Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC – PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC – PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*