# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 23202, 24383, 24413 |

## NOTICE OF PRESENTMENT OF ORDER REGARDING CITIGROUP GLOBAL MARKETS, INC. REQUEST FOR PREPA TRANSACTION FEE

**PLEASE TAKE NOTICE** that on May 31, 2023, the Fee Examiner filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the June 8, 2023, Omnibus Hearing* [Dkt. No. 24383] (the "**Fee Examiner Report**").

**PLEASE TAKE FURTHER NOTICE** that on June 5, 2023, the Court issued the *Order Concerning Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523- LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*in Connection with the June 8, 2023, Omnibus Hearing* [Dkt. No. 24413] (the "**Citigroup Order**").

**PLEASE TAKE FURTHER NOTICE** that the Fee Examiner and counsel appeared at the June 8, 2023, omnibus hearing to address the Court regarding the Citigroup Order and, in light of discussions on the record at the June 8, 2023 omnibus hearing, the Fee Examiner hereby submits on presentment the proposed *Order Regarding Citibank Global Markets, Inc. Request for PREPA Transaction Fee* (the "**Proposed Order**"), attached to this Notice as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph III.G of the *Sixteenth Amended Case Management Procedures* [Dkt. No. 20190-1] (the "**Case Management Procedures**"), "the presentment of a proposed order for administrative relief must be filed and served at least seven (7) calendar days before the presentment date, and Objections thereto must be filed and served at least one (1) calendar day before the presentment date," and accordingly, unless a written objection is filed with the Court **by 4:00 Atlantic Standard time on June 20, 2023**, the Proposed Order may be entered without further hearing.

**PLEASE TAKE FURTHER NOTICE** that, copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.ra.kroll.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 13th day of June, 2023.

                                                EDGE Legal, LLC

                                                *s/Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Approved)

*Counsel for the Fee Examiner*

29475183.2

# EXHIBIT A

# Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 23202 |

### [PROPOSED] ORDER REGARDING CITIGROUP GLOBAL MARKETS, INC. REQUEST FOR PREPA TRANSACTION FEE

This matter coming before the Court on the *Sixteenth Interim Application of Citigroup Global Markets Inc. for Allowance of PREPA Transaction Fee* [Dkt. No. 23202] (the "**Application**"), pursuant to section 316 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees requested by Citigroup Global Markets, Inc. ("**Citigroup**") in connection with the Transition and Distribution System Operation and Maintenance Agreement transaction between PREPA and LUMA Energy (the "**PREPA Transaction Fee**"), filed in accordance with the *Third Amended Order Setting*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Procedures for Interim and Final Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 20546] (the "**Interim Compensation Order**"), the *Sixteenth Amended Notice, Case Management and Administrative Procedures* [Dkt. No. 20190-1] (the "**Case Management Procedures**"), and the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**Fee Examiner Order**"), and the Court having reviewed the Application, issued a related order, and discussed the Application with the Fee Examiner's counsel on the record at the June 8, 2023 omnibus hearing; now therefore

IT IS HEREBY ORDERED THAT:

1. Citigroup shall, no later than June 30, 2023, file an amended Application requesting Court approval of the PREPA Transaction Fee, captioned, "*Amended Application of Citigroup Global Markets, Inc. for Allowance of PREPA Transaction Fee"* (the "**Amended Application**"); and

2. Citigroup shall, no later than June 30, 2023, file a declaration from a Citigroup principal in support of the Amended Application that:

   (a.) Attaches all engagement agreements between Citigroup and the Financial Oversight & Management Board for Puerto Rico (the "**Oversight Board**") dated between January 27, 2017 and the date of this Order; and

   (b.) Describes the circumstances under which, and the process by which, Citigroup and the Oversight Board agreed on the PREPA Transaction Fee provisions as part of the Third Amended and Restated Engagement Letter dated October 7, 2020 and subsequent amendments; and

   (c.) Attaches any materials Citigroup provided to or received from the Oversight Board to substantiate the amount of the PREPA Transaction Fee and/or to establish the event(s) that would trigger payment of the PREPA Transaction Fee.

2

3. Upon timely receipt of the materials outlined in paragraph 2, above, the Fee Examiner shall review the reasonableness and necessity of the PREPA Transaction Fee pursuant to PROMESA §§ 316 and 317 and report his findings to the Court in connection with the August 30, 2023 omnibus hearing.

Dated: June \_\_\_\_, 2023.

                                                                                                             _____
                                                                          THE HONORABLE LAURA TAYLOR SWAIN
                                                                          UNITED STATES DISTRICT COURT JUDGE

29475650.1