# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　　　　Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**JOINT URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., AND U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO EXTEND CERTAIN CONFIRMATION DEADLINES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"), U.S. Bank National Association in its capacity as the trustee for PREPA bonds (the "Trustee"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), and Syncora Guarantee Inc. ("Syncora," and together with the Ad Hoc Group, Assured, and the PREPA Bond Trustee, the "Bondholders"), and the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submit this unopposed joint urgent motion ("Joint Urgent Motion") requesting the entry of an order, substantially in the form annexed hereto as **Exhibit A** (the "Proposed Order"), extending certain confirmation related deadlines.

## RELIEF REQUESTED AND BASIS FOR SUCH RELIEF

1. Under the *Third Amended and Restated Order Establishing*, *Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3565] (the "Confirmation Procedures Order"), the parties are required to file finalized witness lists, exhibit lists, and deposition designations by **June 16, 2023**; counter-designations, objections to deposition designations, or objections to exhibit lists by **June 23, 2023**; and objections to counter-designations by **June 30, 2023**. *Id.* at 5.

2. The parties request that the deadlines concerning finalized witness lists, exhibit lists, and deposition designations, as well as counter-designations and objections be extended as follows:

- Witness lists, exhibit lists, and deposition designations (currently due on June 16, 2023): **June 23, 2023**.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

- Counter-designations, objections to deposition designations, and objections to exhibit lists (currently due on June 23, 2023): **June 30, 2023**.

- Objections to counter-designations (currently due on June 30, 2023): **July 7, 2023**.

3. Such extensions would not impact any other deadline in this case, including the pretrial conference schedule for July 12, 2023 and the confirmation hearing scheduled to commence on July 17, 2023.

4. The parties have also conferred regarding the contents of and process for exchanging exhibit lists and preparing copies of the exhibits for the Court, and propose the following:

- First, exhibit lists filed on June 23, 2023 shall include only the exhibits that each party intends to seek to pre-admit into evidence.

- Second, by June 30, 2023, the parties must make a good faith effort to identify all exhibits for identification purposes. In addition, any exhibits not previously uploaded to ECF, whether the parties intend to seek preadmission into evidence or to identify solely for identification purposes, shall be filed on or before June 30, 2023, or, if necessary, under seal with the Court according to the Court's Case Management Order and the Confirmation Procedures Order.

- Third, all parties reserve their rights to supplement exhibits as necessary ahead of the Plan Confirmation Hearing, and should a party identify any exhibits (either for purposes of admission or identification) after July 7, 2023, such party will (1) upload such exhibits to ECF (or, if necessary, file under seal) as soon as practicable, and (2) undertake to provide electronic and/or hard copies of such exhibits to the Court in the format requested by the Court.

5. The parties believe that these adjustments to the process for the identification and filing of exhibits will be more efficient for the parties and for the Court.

6. The Oversight Board and Bondholders have requested the position of other parties to this proceeding and no party has expressed opposition. The Ad Hoc Committee of National Claims Assignees joins this Joint Urgent Motion. The Unión de Trabajadores de la Industria Eléctricia y Reigo Inc. ("UTIER") and the Employees' Retirement System of Puerto Rico Electric Power Authority ("PREPA ERS" or "SREAEE") have stated their agreement to the Joint Urgent Motion.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: San Juan, Puerto Rico
June 14, 2023

| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
|  | Email: acaton@kramerlevin.com |
|  | tmayer@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | abyowitz@kramerlevin.com |
| Linette Figueroa-Torres |  |
| USDC-PR No. 227,104 | Gary A. Orseck* |
| E-mail: lft@tcm.law | Matthew M. Madden* |
|  | 2000 K Street NW, 4th Floor |
| */s/ Nayda Perez-Roman* | Washington, DC 20006 |
| Nayda Perez-Roman | Tel: (202) 775-4500 |
| USDC–PR No. 300,208 | Fax: (202) 775-4510 |
| E-mail: nperez@tcm.law | Email: gorseck@kramerlevin.com |
|  | mmadden@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* |  |
|  | *Admitted Pro Hac Vice |
|  | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>   Heriberto Burgos Pérez<br>   USDC-PR No. 204,809<br>   Ricardo F. Casellas-Sánchez<br>   USDC-PR No. 203,114<br>   Diana Pérez-Seda<br>   USDC–PR No. 232,014<br>   P.O. Box 364924<br>   San Juan, PR 00936-4924<br>   Tel.: (787) 756-1400<br>   Fax: (787) 756-1401<br>   E-mail:  hburgos@cabprlaw.com<br>              rcasellas@cabprlaw.com<br>              dperez@cabprlaw.com | By: */s/ William J. Natbony*<br>   Howard R. Hawkins, Jr.*<br>   Mark C. Ellenberg*<br>   Casey J. Servais*<br>   William J. Natbony*<br>   Thomas J. Curtin*<br>   200 Liberty Street<br>   New York, New York 10281<br>   Tel.: (212) 504-6000<br>   Fax: (212) 406-6666<br>   Email:  howard.hawkins@cwt.com<br>             mark.ellenberg@cwt.com<br>             casey.servais@cwt.com<br>             bill.natbony@cwt.com<br>             thomas.curtin@cwt.com |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Admitted Pro Hac Vice<br><br>Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara*<br>Rafael Escalara<br>USDC-PR No. 122,609 | By: */s/ Susheel Kirpalani*<br>Susheel Kirpalani\*<br>Daniel Salinas<br>USDC-PR No. 224,006 |
| */s/ Sylvia M. Arizmendi*<br>Sylvia M. Arizmendi<br>USDC-PR No. 210,714 | Eric Kay\*<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603<br>Tel.: (212) 849-7000 |
| */s/ Carlos R. Rivera-Ortiz*<br>Carlos R. Rivera-Ortiz<br>USDC–PR No. 303,409<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Tel.: (787) 777-8888<br>Fax: (787) 765-4225<br>E-mail:  escalara@reichardescalera.com<br>            arizmendis@reichardescalera.com<br>            riverac@reichardescalera.com | Fax: (212) 849-7100<br>Email:  susheelkirpalani@quinnemanuel.com<br>           danielsalias@quinnemanuel.com<br>           erickay@quinnemanuel.com<br><br>*\* Admitted Pro Hac Vice*<br><br>*Counsel for Syncora Guarantee, Inc.* |
| *Counsel for Syncora Guarantee, Inc.* | |

| | |
|---|---|
| **RIVERA, TULLA & FERRER LLC** | **MASLON LLP** |
| */s/ Eric A. Tulla* | */s/ Clark T. Whitmore* |
| Eric A. Tulla | Clark T. Whitmore* |
| USDC-DPR No. 118313 | Michael C. McCarthy* |
| Email: etulla@riveratulla.com | John Duffey* |
| | Jason M. Reed* |
| Rivera Tulla & Ferrer Building | 90 South Seventh Street, Suite 3300 |
| 50 Quisqueya Street | Minneapolis, MN 55402 |
| San Juan, PR 00917-1212 | Tel.: (612) 672-8200 |
| Tel: (787)753-0438 | Fax: (612) 672-8397 |
| Fax: (787)767-5784 | Email: clark.whitmore@maslon.com |
| |       mike.mccarthy@maslon.com |
| *Counsel for U.S. Bank National Association,* |       john.duffey@maslon.com |
| *in its Capacity as PREPA Bond Trustee* |       jason.reed@maslon.com |
| | *\* Admitted Pro Hac Vice* |
| | *Counsel for U.S. Bank National Association, in its Capacity as PREPA Bond Trustee* |

**PROSKAUER ROSE LLP**

*/s/ Margaret A. Dale*

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Jeffrey W. Levitan
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Steven O. Weise
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

Jared M. DuBosar
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145

*Attorneys for the Financial
Oversight and Management Board
as sole Title III representative for PREPA*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>         as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>         Debtors.[3] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>         as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>         Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**ORDER GRANTING JOINT URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., AND U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO EXTEND OF CERTAIN <u>CONFIRMATION DEADLINES</u>**

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Joint Urgent Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., and U.S. Bank National Associations as PREPA Bond Trustee, and the Financial Oversight and Management Board to Extend Certain Confirmation Deadlines* (Docket Entry No. _____ in Case No. 17-bk-3238) (the "Joint Urgent Motion") and the relief requested and basis for such relief set forth in the Joint Urgent Motion, the Court hereby finds that good and sufficient cause exists for granting of the Bondholders' requested relief.

Accordingly, it is hereby **ORDERED** THAT:

7. The Joint Urgent Motion is **GRANTED** as set forth herein.
8. The deadline by which all parties must file finalized witness lists, exhibit lists, and depositions designations is hereby extended from June 16, 2023 to **June 23, 2023.**
   a. The exhibit lists filed on June 23, 2023 shall include only the exhibits that each party intends to seek to pre-admit into evidence.
   b. By June 30, 2023, the parties must make a good faith effort to identify all exhibits for identification purposes. In addition, any exhibits not previously uploaded to ECF, whether the parties intend to seek preadmission into evidence or to identify solely for identification purposes, shall be filed on or before June 30, 2023, or, if necessary, under seal with the Court according to the Court's Case Management Order and the Confirmation Procedures Order.
   c. Any exhibits identified after July 7, 2023 must be provided to the Court by the identifying party in the format requested by the Court.

9. The deadline by which all parties must file counter-designations, objections to deposition designations, or objections to exhibit lists is hereby extended from June 23, 2023 to **June 30, 2023**.

10. The deadline by which all parties must file any objections to counter-designations is hereby extended from June 30, 2023 to **July 7, 2023**.

**SO ORDERED**

Dated: June _____, 2023
      San Juan, Puerto Rico

                                                                                                       _____
                                                                                     HONORABLE LAURA TAYLOR SWAIN
                                                                                      United States District Judge