# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**ORDER GRANTING JOINT URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., AND U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO EXTEND OF CERTAIN <u>CONFIRMATION DEADLINES</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Joint Urgent Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., and U.S. Bank National Associations as PREPA Bond Trustee, and the Financial Oversight and Management Board to Extend Certain Confirmation Deadlines* (Docket Entry No. _____ in Case No. 17-bk-3238) (the "Joint Urgent Motion") and the relief requested and basis for such relief set forth in the Joint Urgent Motion, the Court hereby finds that good and sufficient cause exists for granting of the Bondholders' requested relief.

Accordingly, it is hereby **ORDERED** THAT:

1. The Joint Urgent Motion is **GRANTED** as set forth herein.
2. The deadline by which all parties must file finalized witness lists, exhibit lists, and depositions designations is hereby extended from June 16, 2023 to **June 23, 2023.**
   a. The exhibit lists filed on June 23, 2023 shall include only the exhibits that each party intends to seek to pre-admit into evidence.
   b. By June 30, 2023, the parties must make a good faith effort to identify all exhibits for identification purposes. In addition, any exhibits not previously uploaded to ECF, whether the parties intend to seek preadmission into evidence or to identify solely for identification purposes, shall be filed on or before June 30, 2023, or, if necessary, under seal with the Court according to the Court's Case Management Order and the Confirmation Procedures Order.
   c. Any exhibits identified after July 7, 2023 must be provided to the Court by the identifying party in the format requested by the Court.

2

3. The deadline by which all parties must file counter-designations, objections to deposition designations, or objections to exhibit lists is hereby extended from June 23, 2023 to **June 30, 2023**.

4. The deadline by which all parties must file any objections to counter-designations is hereby extended from June 30, 2023 to **July 7, 2023**.

**SO ORDERED**

Dated: June _____, 2023
      San Juan, Puerto Rico

                                          _____
                                          HONORABLE LAURA TAYLOR SWAIN
                                          United States District Judge

2