IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>      Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>      Debtor. | Case No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**JOINT INFORMATIVE MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING STIPULATION AND PROPOSED ORDER FOR AUTHENTICITY OF CERTAIN EXHIBITS**

**To the Honorable United States District Court Judge Laura Taylor Swain:**

The Ad Hoc Group of PREPA Bondholders ("Ad Hoc Group"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), Syncora Guarantee Inc. ("Syncora"), U.S. Bank National Association as PREPA Bond Trustee (the "Trustee," and collectively, "Bondholders"), the Official Committee of Unsecured Creditors (the "Committee")[2], and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board," and together with the Bondholders and the Committee, the "Parties"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), respectfully submit this informative motion (this "Informative Motion") notifying the Court of a Stipulation and Proposed Order concerning Authenticity of Certain Exhibits (the "Stipulation and Proposed Agreed Order"), and requesting the Court to enter the Stipulation and Proposed Agreed Order, substantially in the form annexed hereto as **Exhibit A**.

Movants agree that all exhibits proffered by the Parties which were produced in fact or expert discovery are authentic pursuant to Federal Rule of Evidence 901, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9017. The Parties reserve their rights to object to any exhibit proffered by the Parties on any other grounds whatsoever.

---

[2] The Committee has withdrawn the *Official Committee of Unsecured Creditors' First Set of Requests for Admission (Authentication) to Financial Oversight and Management Board of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Fiscal Agency and Financial Advisory Authority in Connection with Modified Second Amended Title III Joint Plan of Adjustment of Puerto Rico Electric Power Authority*, dated May 26, 2023, in light of the Stipulation and Proposed Order.

**WHEREFORE** the Movants respectfully request that the Court take notice of this Informative Motion and so order the Stipulation and Proposed Agreed order which is attached as **Exhibit A**.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

Dated: San Juan, Puerto Rico
June 14, 2023

**TORO COLÓN MULLET P.S.C.**

*/s/ Manuel Fernández-Bared*
Manuel Fernández-Bared
USDC-PR No. 204,204
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760
E-mail: mfb@tcm.law

*/s/ Linette Figueroa-Torres*
Linette Figueroa-Torres
USDC-PR No. 227,104
E-mail: lft@tcm.law

*/s/ Nayda Perez-Roman*
Nayda Perez-Roman
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*Counsel for the Ad Hoc Group of PREPA Bondholders*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*/s/ Amy Caton*
Amy Caton*
Thomas Moers Mayer*
Alice J. Byowitz*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: acaton@kramerlevin.com
tmayer@kramerlevin.com
abyowitz@kramerlevin.com

Gary A. Orseck*
Matthew M. Madden*
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
Email: gorseck@kramerlevin.com
mmadden@kramerlevin.com

*Admitted Pro Hac Vice

*Counsel for the Ad Hoc Group of PREPA Bondholders*

<div style="display: flex;">

<div>

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail: hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            dperez@cabprlaw.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

</div>

<div>

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ William J. Natbony*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    Casey J. Servais*
    William J. Natbony*
    Thomas J. Curtin*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email: howard.hawkins@cwt.com
            mark.ellenberg@cwt.com
            casey.servais@cwt.com
            bill.natbony@cwt.com
            thomas.curtin@cwt.com

*Admitted Pro Hac Vice

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

</div>

</div>

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara* <br> Rafael Escalara <br> USDC-PR No. 122,609 | By: */s/ Susheel Kirpalani* <br> Susheel Kirpalani* <br> Daniel Salinas <br> USDC-PR No. 224,006 <br> Eric Kay* <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 <br> Tel.: (212) 849-7000 <br> Fax: (212) 849-7100 <br> Email: susheelkirpalani@quinnemanuel.com <br> danielsalias@quinnemanuel.com <br> erickay@quinnemanuel.com |
| */s/ Sylvia M. Arizmendi* <br> Sylvia M. Arizmendi <br> USDC-PR No. 210,714 | |
| */s/ Carlos R. Rivera-Ortiz* <br> Carlos R. Rivera-Ortiz <br> USDC–PR No. 303,409 <br> 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, PR 00917-1913 <br> Tel.: (787) 777-8888 <br> Fax: (787) 765-4225 <br> E-mail: escalara@reichardescalera.com <br> arizmendis@reichardescalera.com <br> riverac@reichardescalera.com | * *Admitted Pro Hac Vice* <br><br> *Counsel for Syncora Guarantee, Inc.* |
| *Counsel for Syncora Guarantee, Inc.* | |

| | |
|---|---|
| **RIVERA, TULLA & FERRER LLC** | **MASLON LLP** |
| */s/ Eric A. Tulla* | */s/ Clark T. Whitmore* |
| Eric A. Tulla | Clark T. Whitmore* |
| USDC-DPR No. 118313 | Michael C. McCarthy* |
| Email: etulla@riveratulla.com | John Duffey* |
| | Jason M. Reed* |
| Rivera Tulla & Ferrer Building | 90 South Seventh Street, Suite 3300 |
| 50 Quisqueya Street | Minneapolis, MN 55402 |
| San Juan, PR 00917-1212 | Tel.: (612) 672-8200 |
| Tel: (787)753-0438 | Fax: (612) 672-8397 |
| Fax: (787)767-5784 | Email: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| *Counsel for U.S. Bank National Association, in its Capacity as PREPA Bond Trustee* | john.duffey@maslon.com |
| | jason.reed@maslon.com |
| | *\* Admitted Pro Hac Vice* |
| | *Counsel for U.S. Bank National Association, in its Capacity as PREPA Bond Trustee* |

/s/ Margaret A. Dale

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Jeffrey W. Levitan
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
Laura Stafford
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

*Attorneys for the Financial*
*Oversight and Management Board*
*as sole Title III representative for PREPA*

   */s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc. A. Despins, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>        Debtors.³ | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | Case No. 17-BK-4780-LTS |

---

³ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**JOINT STIPULATION AND [PROPOSED ORDER] OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PUERTO RICO REGARDING AUTHENTICITY OF <u>CERTAIN EXHIBITS</u>**

The Ad Hoc Group of PREPA Bondholders ("<u>Ad Hoc Group</u>"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("<u>Assured</u>"), Syncora Guarantee Inc. ("<u>Syncora</u>"), U.S. Bank National Association as PREPA Bond Trustee (the "<u>Trustee</u>," and collectively, "<u>Bondholders</u>"), the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>," and together with the Bondholders and the Committee, the "<u>Parties</u>"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("<u>PREPA</u>" or the "<u>Debtor</u>"), hereby stipulate and agree as follows:

Movants agree that all exhibits proffered by the Parties which were produced in fact and expert discovery are authentic pursuant to Federal Rule of Evidence 901, made applicable to this proceeding through Federal Rule of Bankruptcy Procedure 9017. The Parties reserve their rights to object to any exhibit proffered by the Parties on any other grounds whatsoever.

Dated: San Juan, Puerto Rico
June 14, 2023

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | tmayer@kramerlevin.com |
| Linette Figueroa-Torres | abyowitz@kramerlevin.com |
| USDC-PR No. 227,104 | |
| E-mail: lft@tcm.law | Gary A. Orseck* |
| | Matthew M. Madden* |
| */s/ Nayda Perez-Roman* | 2000 K Street NW, 4th Floor |
| Nayda Perez-Roman | Washington, DC 20006 |
| USDC–PR No. 300,208 | Tel: (202) 775-4500 |
| E-mail: nperez@tcm.law | Fax: (202) 775-4510 |
| | Email: gorseck@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | mmadden@kramerlevin.com |
| | *Admitted Pro Hac Vice |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>　　Heriberto Burgos Pérez<br>　　USDC-PR No. 204,809<br>　　Ricardo F. Casellas-Sánchez<br>　　USDC-PR No. 203,114<br>　　Diana Pérez-Seda<br>　　USDC–PR No. 232,014<br>　　P.O. Box 364924<br>　　San Juan, PR 00936-4924<br>　　Tel.: (787) 756-1400<br>　　Fax: (787) 756-1401<br>　　E-mail:　hburgos@cabprlaw.com<br>　　　　　　rcasellas@cabprlaw.com<br>　　　　　　dperez@cabprlaw.com | By: */s/ William J. Natbony*<br>　　Howard R. Hawkins, Jr.*<br>　　Mark C. Ellenberg*<br>　　Casey J. Servais*<br>　　William J. Natbony*<br>　　Thomas J. Curtin*<br>　　200 Liberty Street<br>　　New York, New York 10281<br>　　Tel.: (212) 504-6000<br>　　Fax: (212) 406-6666<br>　　Email:　howard.hawkins@cwt.com<br>　　　　　　mark.ellenberg@cwt.com<br>　　　　　　casey.servais@cwt.com<br>　　　　　　bill.natbony@cwt.com<br>　　　　　　thomas.curtin@cwt.com |
| | **Admitted Pro Hac Vice* |
| *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara* <br> Rafael Escalara <br> USDC-PR No. 122,609 <br> <br> */s/ Sylvia M. Arizmendi* <br> Sylvia M. Arizmendi <br> USDC-PR No. 210,714 <br> <br> */s/ Carlos R. Rivera-Ortiz* <br> Carlos R. Rivera-Ortiz <br> USDC–PR No. 303,409 <br> 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, PR 00917-1913 <br> Tel.: (787) 777-8888 <br> Fax: (787) 765-4225 <br> E-mail: escalara@reichardescalera.com <br> arizmendis@reichardescalera.com <br> riverac@reichardescalera.com <br> <br> *Counsel for Syncora Guarantee, Inc.* | By: */s/ Susheel Kirpalani* <br> Susheel Kirpalani* <br> Daniel Salinas <br> USDC-PR No. 224,006 <br> Eric Kay* <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 <br> Tel.: (212) 849-7000 <br> Fax: (212) 849-7100 <br> Email: susheelkirpalani@quinnemanuel.com <br> danielsalias@quinnemanuel.com <br> erickay@quinnemanuel.com <br> <br> * *Admitted Pro Hac Vice* <br> <br> *Counsel for Syncora Guarantee, Inc.* |

| | |
|---|---|
| **RIVERA, TULLA & FERRER LLC** | **MASLON LLP** |
| */s/ Eric A. Tulla* | */s/ Clark T. Whitmore* |
| Eric A. Tulla | Clark T. Whitmore* |
| USDC-DPR No. 118313 | Michael C. McCarthy* |
| Email: etulla@riveratulla.com | John Duffey* |
| | Jason M. Reed* |
| Rivera Tulla & Ferrer Building | 90 South Seventh Street, Suite 3300 |
| 50 Quisqueya Street | Minneapolis, MN 55402 |
| San Juan, PR 00917-1212 | Tel.: (612) 672-8200 |
| Tel: (787)753-0438 | Fax: (612) 672-8397 |
| Fax: (787)767-5784 | Email: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| *Counsel for U.S. Bank National Association, in its Capacity as PREPA Bond Trustee* | john.duffey@maslon.com |
| | jason.reed@maslon.com |
| | *\* Admitted Pro Hac Vice* |
| | *Counsel for U.S. Bank National Association, in its Capacity as PREPA Bond Trustee* |

*/s/ Margaret A. Dale*

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Jeffrey W. Levitan
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
Laura Stafford
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

*Attorneys for the Financial
Oversight and Management Board
as sole Title III representative for PREPA*

*/s/ Luc A. Despins*

**PAUL HASTINGS LLP**
Luc. A. Despins, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

**SO ORDERED:**

Dated: June ___, 2022

_____

**HONORABLE LAURA TAYLOR SWAIN**

United States District Judge