# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------- x
In re                                                   :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III
                                                        :
        as representative of                            :    Case No. 17-BK-3283-LTS
                                                        :
THE COMMONWEALTH OF PUERTO RICO,                        :    (Jointly Administered)
et al.,                                                 :
                                                        :
        Debtors.¹                                       :
------------------------------------------------------- x

In re                                                   :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :    Title III
                                                        :
        as representative of                            :    Case No. 17-BK-4780-LTS
                                                        :
PUERTO RICO ELECTRIC POWER AUTHORITY                    :    (Jointly Administered)
                                                        :
                                                        :
        Debtor.                                         :
------------------------------------------------------- x
```

## <u>CERTIFICATE OF SERVICE</u>

COMES NOW Supermercados Econo, Inc. ("<u>Econo</u>"), through the undersigned counsel, and

hereby certifies that in compliance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(B), and this

Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (the "*CMP*

*Order*", ECF No. 20190-1), on June 12, 2023, I electronically filed the *Objection to the Confirmation of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.).

*the Puerto Rico Electric Power Authority's Plan of Adjustment (*the "*Objection*", Title III Case No.17-3283, ECF No. 24513 & Title III Case No. 17-4780, ECF No. 3684) with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants in these Title III Cases.

I FURTHER CERTIFY, that on June 14, 2023, I caused a true and correct copy of the *Objection* to be served via regular mail, pre-paid postage, to the Standard Parties listed on the attached **Exhibit A**, pursuant to the *CMP Order*.

I FURTHER CERTIFY, that on June 14, 2023, I caused a true and correct copy of the *Objection* to be served via electronic mail to parties listed on the Master Service List maintained by the Claims and Noticing Agent attached **Exhibit B**, pursuant to the *CMP Order*.

I FURTHER CERTIFY, that on June 14, 2023, I caused a true and correct copy of the *Objection* to be served via regular mail, pre-paid postage, to parties listed on the attached **Exhibit C**, pursuant to the *CMP Order*.

Respectfully submitted,
San Juan, PR
June 14, 2023

**ISABEL FULLANA FRATICELLI & ASSOC, PSC**
268 Ponce De Leon Avenue, Suite 1002
San Juan, PR 00918
Phone: 787-250-7242
Fax: 787-756-7800


*/s/Isabel M Fullana*
Isabel M Fullana
USDC No. 126802
ifullana @ gaflegal.com


*Attorneys for Interested Party*
*Supermercados Econo, Inc.*