# EXHIBIT A
Standard Parties under CMP Order

1. **Chambers of the Honorable Laura Taylor Swain:**
   United States District Court for the Southern District of New York
   Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Suite No. 3212
   New York, New York 10007-1312

2. **Office of the United States Trustee for Region 21:**
   Edificio Ochoa, 500 Tanca Street, Suite 301
   San Juan, PR 00901-1922

3. **Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):**
   Puerto Rico Fiscal Agency and Financial Advisory Authority
   Roberto Sánchez Vilella (Minillas) Government Center
   De Diego Ave. Stop 22
   San Juan, Puerto Rico 00907
   Attn: Carlos Saavedra, Esq.
   Rocío Valentin, Esq.
   E-Mail: Carlos.Saavedra@aafaf.pr.gov
   Rocio.Valentin@aafaf.pr.gov

4. **Counsel for AAFAF:**
   O'Melveny & Myers LLP
   7 Times Square
   New York, New York 10036
   Attn: John J. Rapisardi, Esq.
   Suzzanne Uhland, Esq.
   Peter Friedman, Esq.
   Nancy A. Mitchell, Esq.
   Maria J. DiConza, Esq.
   E-Mail: jrapisardi@omm.com
   suhland@omm.com
   pfriedman@omm.com
   mitchelln@omm.com
   mdiconza@omm.com

   -and-

   Marini Pietrantoni Muñiz LLC
   250 Ponce de Leon Ave.
   Suite 900
   San Juan, PR 00918
   Attn: Luis C. Marini-Biaggi, Esq.
   Carolina Velaz-Rivero, Esq.
   Iván Garau-González, Esq.
   E-Mail: lmarini@mpmlawpr.com
   cvelaz@mpmlawpr.com

igarau@mpmlawpr.com

5. **Counsel for the Oversight Board:**
   Proskauer Rose LLP
   Eleven Times Square
   New York, New York 10036-8299
   Attn: Martin J. Bienenstock
   Brian S. Rosen
   Paul V. Possinger
   Ehud Barak
   Maja Zerjal

   -and-

   O'Neill & Borges LLC
   250 Muñoz Rivera Ave., Suite 800
   San Juan, PR 00918-1813
   Attn: Hermann D. Bauer, Esq.
   E-Mail: hermann.bauer@oneillborges.com
   E-Mail:mbienenstock@proskauer.com
   brosen@proskauer.com
   ppossinger@proskauer.com
   ebarak@proskauer.com
   mzerjal@proskauer.com

6. **Counsel for the Creditors' Committee:**
   Paul Hastings LLP
   200 Park Avenue
   New York, New York 10166
   Attn: Luc. A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz
   E-Mail: lucdespins@paulhastings.com
   jamesbliss@paulhastings.com
   jamesworthington@paulhastings.com
   alexbongartz@paulhastings.com

   -and-

   Casillas, Santiago & Torres LLC
   El Caribe Office Building
   53 Palmeras Street, Ste. 1601
   San Juan, Puerto Rico 00901-2419
   Attn: Juan J. Casillas Ayala
   Diana M. Batlle-Barasorda

    Alberto J. E. Añeses Negrón
    Ericka C. Montull-Novoa
    E-Mail: jcasillas@cstlawpr.com
    dbatlle@cstlawpr.com
    aaneses@cstlawpr.com
    emontull@cstlawpr.com

7. **Counsel for the Retiree Committee:**
    Jenner & Block LLP
    919 Third Avenue
    New York, New York 10022
    Attn: Robert Gordon
    Richard Levin
    Catherine Steege
    E-Mail: rgordon@jenner.com
    rlevin@jenner.com
    csteege@jenner.com

    -and-

    Bennazar, García & Milián, C.S.P.
    Edificio Union Plaza PH-A piso 18
    Avenida Ponce de León #416
    Hato Rey, San Juan, Puerto Rico 00918
    Attn: A.J. Bennazar-Zequeira
    E-Mail: ajb@bennazar.org

8. **The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.**