| | | |
|---|---|---|
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | AmeriCorps<br>Attn: Sonali Nijhawan<br>1201 New York Ave., NW<br>Washington, DC 20525 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>PO Box 810190<br>Carolina, PR 00981-0190 |
| Autopistas de PR, LLC<br>Attn: Xavier Carol<br>PO Box 29227<br>San Juan, PR 00929-0227 | Autopistas de PR, LLC<br>Attn: Xavier Carol<br>Calle Montellano 518<br>Urb. Matienzo Cintron<br>San Juan, PR 00923 | Banco Popular de Puerto Rico, as Trustee<br>Popular Fiduciary Services,<br>Popular Center North Building<br>#209 Munoz Rivera, Ave,<br>2nd Level<br>Hato Rey, PR 00918 |
| Bank of New York Mellon as PRIFA Indenture Trustee<br>225 Fifth Ave, Suite 1200<br>Pittsburgh, PA 15222 | Candlewood Investment Group, LP<br>555 Theodore Fremd Avenue,<br>Suite C-303<br>Rye, NY 10580 | Carlos Alsina Batista Law Offices, PSC<br>Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldng., Suite 513<br>San Juan, PR 00909 |
| Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan Courthouse<br>United States District Court<br>500 Pearl St., Suite 3212<br>New York, NY 10007-1312 | Cohen, Weiss and Simon LLP<br>Attn: Hiram M. Arnaud<br>900 Third Ave<br>21st Floor<br>New York, NY 10022 | Cooperativa De A/C Aiboniteña<br>100 Calle Jose C. Vazquez<br>Aibonito, PR 00705 |
| Cooperativa De Ahorro Y Credito De Lares<br>Attn: Enrique M. Almeida Bernal, Esq.<br>PO Box 19757<br>San Juan, PRF 00919 | Correction Corporation of America<br>Attn: President or General Counsel<br>10 Burton Hills Boulevard<br>Nashville, TN 37215 | Coto & Associates<br>Attn: Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey, PR 00918 |
| Coto & Associates<br>Attn: Gladira Robles-Santiago<br>PO Box 71449<br>San Juan, PR 00936-8549 | Danosa Caribbean Inc.<br>Attn: President or General Counsel<br>PO Box 13757<br>Complejo Industrial Luchetti<br>San Juan, PR 00908-3757 | Davidson Kempner Capital Management LP<br>520 Madison Avenue<br>30th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 | Department of Defense<br>Attn: Lloyd J. Austin III<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy<br>Attn: Jennifer M. Granholm<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security<br>Attn: Alejandro Mayorkas Secretary of Homeland Security<br>Washington, DC 20528-00785 | Department of Housing and Urban Development<br>Attn: Marcia L. Fudge<br>451 7th Street., SW<br>Washington, DC 20410 | Department of Human and Health Services<br>Attn: Xavier Becerra<br>200 Independence Ave, SW<br>Washington, DC 20201 |
| Department of the Interior<br>Attn: Deb Haaland<br>1849 C St., NW<br>Washington, DC 20240 | Department of Transportation<br>Attn: Pete Buttigieg<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs<br>Attn: Denis Richard McDonough<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática<br>Attn: David Ortiz<br>800 Ave. RH Todd<br>Suite 318 (Piso 3), Comercial 18, Pda. 18<br>Santurce, PR 00907 | Estates of Yesmin Galib and Lucas Valdivieso Torruella<br>Attn: Yesmin Marie Valdivieso Galib; Lucas Valdivieso Galib; Maria Teresa Valdivieso Galib and Maria Cristina Valdivieso Galib<br>PO Box 7351<br>Ponce, PR 00732-7352 | Federal Communications Commission<br>Attn: Jessica Rosenworcel<br>45 L Street NE<br>Washington, DC 20554 |
| Federal Emergency Management Agency<br>Attn: Deanne Criswell<br>500 C St., SW<br>Washington, DC 20472 | FPA Select Drawdown Fund L.P.<br>250 West 55th Street<br>New York, NY 10019 | Fuentes Law Offices, LLC<br>Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan, PR 00902-2726 |
| G RG Engineering S E<br>Attn: President or General Counsel<br>Urb. Belisa 1515 Calle Bori<br>San Juan, PR 00927 | Garay Massey Law Office<br>Attn: Juan Carlos Garay Massey<br>PMB 347<br>#5900 Isla Verde Ave. L-2<br>Carolina, PR 00979-4901 | Goldentree Asset Management LP<br>300 Park Avenue, 20th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Governing Board of the Puerto Rico Electric Power Authority<br>Ralph A. Kreil-Rivera, President<br>1110 Ponce de Leon Ave.<br>San Juan, PR 00907 | Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave<br>Carolina, PR 00979-5729 | Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo<br>PO Box 363101<br>San Juan, PR 00936 |
| Jaime Rodríguez Avilés<br>128 Apartamento 201<br>Edificio Bernardo Torres, Sector La Trocha<br>Yauco, PR 00698 | Jones Day<br>Attn: James M. Gross<br>250 Vesey Street<br>New York, NY 10281 | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Sistema de Retiro AEE<br>PO Box 13978<br>San Juan, PR 00908-3978 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR 00919-2296 | LUMA Energy ServCo, LLC<br>Wayne Stensby as Chief Executive Director and President<br>644 Fernández Juncos Ave. Suite 301<br>San Juan, PR 00907 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |
| McNamee Lochner P.C.<br>Attn: Peter A. Pastore<br>20 Corporate Woods Blvd Ste 4<br>Albany, NY 12211-2396 | Muniz Burgos Contractors, Corp.<br>Attn: President or General Counsel<br>Condominio Parque De Las Fuentes PH204<br>680 Calle Cesar Gonzalez<br>San Juan, PR 00918-3912 | Nautilus Capital Partners & Advisors, LLC<br>Attn: Maarten Mobach Jr<br>P.O. Box 8286<br>Fleming Island, FL 32006 |
| Otero and Associates<br>Attn: George Otero Calero<br>PO Box 732<br>Bayamon, PR 000960 | Pablo Del Valle Rivera<br>PO Box 2319<br>Toa Baja, PR 00951-2319 | Picó & Blanco, LLC<br>Attn: Ana M. del Toro Sabater, Esq.<br>Attn: Ana M. del Toro Sabater, Esq.<br>644 Fernandez Juncos Avenue<br>San Juan, PR 00907 |

| | | |
|---|---|---|
| Puerto Rico Electric Power Authority<br>Puerto Rico Electric Power Authority<br>PO Box 364267<br>San Juan, PR 00936-4267 | Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Omar Marrero-Díaz as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 |
| Puerto Rico Public Private Partnership Authority<br>Fermín Fontanés-Gómez, as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Quintero Construction S E<br>Attn: President or General Counsel<br>Carr 734 Km 0.5 Bo Arenas<br>Cidra, PR 00739 | Reed Smith, LLP<br>Attn: Claudia Springer<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103 |
| Reed Smith, LLP<br>Attn: David M. Schlecker<br>599 Lexington Avenue<br>New York, NY 10022 | Reinaldo Vincenty Perez<br>917 Calle Isaura Arnau<br>San Juan, PR 00924 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja, PR 00951-2316 |
| Santander Asset Management, LLC<br>GAM Tower, 2nd Floor, 2 Tabonuco Street<br>Guaynabo, PR 00968 | Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez<br>Hon. Pedro R. Pierluisi-Urrutia<br>Calle Olimpo, Esq. Axtmayer Pda. 11, Miramar<br>San Juan, PR 00907 | Sepulvado Maldonado & Couret<br>Attn: Albéniz Couret Fuentes<br>304 Ponce de Leon Ave.<br>Ste 990<br>San Juan, PR 00918 |
| Small Business Administration<br>Attn: Dilawar Syed<br>409 3rd St., SW<br>Washington, DC 20416 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR 00909 | Sucesion Francisco Xavier Gonzalez Goenaga<br>PO Box 364643<br>San Juan, PR 00936 |

| | | |
|---|---|---|
| The American Federation of Teachers<br>Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington, DC 20001 | The Bank of Nova Scotia<br>Attn: Luis Pablo Bautista<br>40 King St. W.<br>Toronto, ON M5H1H1<br>Canada | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| Tradewinds<br>Attn: Roberto A. Lequerica<br>Ponce de Leon Suite 1050<br>Coral Gables, FL 33134 | Tradewinds<br>Attn: Roberto M. Cacho<br>1760 Calle Loiza<br>Suite 303<br>San Juan, PR 00911 | Tradewinds Energy Barceloneta, LLC<br>Tradewinds Energy Barceloneta, LLC<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Tradewinds Energy Vega Baja, LLC<br>Attn: President or General Counsel<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Tradewinds Energy, LLC<br>Attn: President or General Counsel<br>900 Foulk Road<br>Suite 201<br>Wilmington, DE 19808 | U.S. Department of Justice, Civil Division<br>Attn: Laura Hunt, Rebecca M. Curti-Kohart<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC 20530 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado<br>PO Box 70344<br>San Juan, PR 00936-8344 | Unitech Engineering<br>Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 | US Army Corps of Engineers<br>Attn: Scott A. Spellmon<br>441 G St., NW<br>Washington, DC 20548 |
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Thomas J. Vilsack<br>1400 Independence Ave., SW<br>Washington, DC 20250 | US Department of Commerce<br>Attn: Gina M. Raimondo<br>1401 Constitution Ave., NW<br>Washington, DC 20230 |
| US Department of Education<br>Attn: Miguel Cardona<br>400 Maryland Ave., SW<br>Washington, DC 20202 | US Department of Justice<br>Attn: Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | US Department of Labor<br>Attn: Martin J. Walsh<br>200 Constitution Ave NW<br>Washington, DC 20210 |

| | | |
|---|---|---|
| Whitebox Advisors, LLC<br>Attn: Scott Specken<br>3033 Excelsior Blvd., Suite 300<br>Minneapolis, MN 55416 | Integrand Assurance Company<br>PO Box 270149<br>San Juan, PR 00928-2949 | Isla del Rio Inc.<br>Attn: President or General Counsel<br>PO Box 7351<br>Ponce, PR 00732-7352 |
| Ismael Vincenty Perez<br>Apt 6105 350 Via Aventura<br>Trujillo Alto, PR 00976 | Lcdo Jorge Lucas Valdivieso Torruella<br>PO Box 7351<br>Ponce, PR 00732-7352 | Puerto Rico Industrial Development Company<br>Puerto Rico Industrial Development Company<br>PO Box 362350<br>San Juan, PR 00936-2350 |
| Pedro Nicot Santana, Esq.<br>PO Box 360486<br>San Juan, PRN 009367-0486 | | |