UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER GRANTING MOTION FOR LEAVE TO FILE THE ENVIRONMENTAL GROUPS' OBJECTION TO THE MODIFIED SECOND AMENDED TITLE III PLAN OF ADJUSTMENT OF THE DEBT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY

The Court has received and reviewed the *Motion for Leave to File the Environmental Groups' Objection to the Modified Second Amended Title III Plan of Adjustment of the Debt of the Puerto Rico Electric Power Authority* (Docket Entry No. 24577 in Case No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

17-3283 and Docket Entry No. 3751 in Case No. 17-4780) (the "Motion"), filed by Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace Latino de Acción Climática (ELAC), Comité Yabucoeño Pro-Calidad de Vida, Inc. (YUCAE), Alianza Comunitaria Ambientalista del Sureste, Inc. (ACASE), Sierra Club Inc. and its Puerto Rico chapter, Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., Amigos del Río Guaynabo, Inc., and, with good cause shown to grant the relief requested in the Motion, the *Objection by the Environmental Groups to the Modified Second Amended Title III Plan of Adjustment of the Debt of the Puerto Rico Electric Power Authority* (Docket Entry No. 3718 in Case No. 17-4780) is deemed to relate back to the timely-filed *Objection by the Environmental Groups to the Modified Second Amended Title III Plan of Adjustment of the Debt of the Puerto Rico Electric Power Authority* (Docket Entry No. 24542 in Case No. 17-3283).

This Order resolves Docket Entry No. 24577 in Case No. 17-3283 and Docket Entry No. 3751 in Case No. 17-4780.

SO ORDERED.

Dated: June 15, 2023

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge