# **Exhibit C**

Page 266

1  FERNANDO BATLLE
2  oversight board.
3  Q  Now, you've been -- well,
4  going back briefly, do you recall that
5  under the 2019 RSA, which we discussed
6  earlier today, to which the board was a
7  party, all monoline insurers, including
8  National, received the same economic
9  treatment under that RSA or would have
10  received the same economic treatment?
11  A  I want to say generally,
12  yes.  But I do not remember specifically
13  if there was a difference in fees between
14  the monolines.  I just don't remember
15  that detail.
16  Q  But in terms of percentage
17  recovery, it was the same across the
18  board for monolines under the 2019 RSA;
19  right?
20  A  That is my recollection,
21  counsel.
22  Q  And I know you were
23  involved.  I was involved.
24  COFINA and Commonwealth
25  plans of adjustment, your recollection --

Page 267

1             FERNANDO BATLLE
2 and I know I'm testing it -- was that
3 monoline insurers received the same
4 percentage recovery under both of those
5 plans than all other monoline insurers;
6 is that right?
7     A     That's my recollection, to
8 the extent that they own the same class
9 of securities because they were, as you
10 recall, senior and sub.  That's my
11 recollection.
12     Q     Do you know why monoline
13 insurers or National is being treated
14 better than other monoline insurers under
15 the plan of adjustment?
16         MR. FRIEDMAN:  I'm going to
17    instruct you as always not to reveal
18    any discussions with counsel.
19     Q     Let me just repeat it.
20         Do you know why National is
21 receiving better, higher percentage
22 recovery than other monoline insurers
23 under the amended PREPA plan of
24 adjustment?
25     A     It's driven likely by the

Page 268

|    |                                                          |
|----|----------------------------------------------------------|
| 1  | FERNANDO BATLLE                                          |
| 2  | board's desire to -- within the same                     |
| 3  | resource envelope as a term, the amount                  |
| 4  | of dollars available for settling the                    |
| 5  | claims, having more people be part of the                |
| 6  | process is better.  And maybe that's the                 |
| 7  | reason why they did it.                                  |
| 8  |     Q     Let me make sure I         |
| 9  | understand.                                              |
| 10 | Giving one monoline insurer                              |
| 11 | a higher percentage recovery than all                    |
| 12 | other monoline insurers, is it AAFAF's                   |
| 13 | understanding that that increases the                    |
| 14 | amount of people who will support the                    |
| 15 | plan?  I just want to make sure I                        |
| 16 | understand your question.                                |
| 17 |     A     Well, it's another party   |
| 18 | that supports the plan; right?                           |
| 19 |     Q     You mean National?         |
| 20 |     A     Yes.                       |
| 21 |     Q     So if I understand you     |
| 22 | correctly, the decision to give National                 |
| 23 | a higher percentage recovery under the                   |
| 24 | amended plan of adjustment was based on                  |
| 25 | bringing National onboard to the plan?                   |

Page 269

1                 FERNANDO BATLLE
2           MR. FRIEDMAN: Object to
3    form.
4    A     I mean I wasn't part of
5 those deliberations. But that is my
6 personal view of why it was done.
7    Q     Do you know, does AAFAF know
8 if Syncora Guarantee was offered a deal
9 with the same economic terms as National
10 at any point?
11    A     I don't know.
12    Q     Does AAFAF know whether
13 other bondholders were offered a similar
14 or the same deal as National was offered?
15           MR. FRIEDMAN: I'm just
16    going to instruct you not to answer
17    anything that you learned in the
18    context of mediation, not to testify
19    about anything -- if you know
20    anything from mediation, don't reveal
21    it or through our discussions about
22    mediation.
23    A     No. I don't recall if they
24 were -- you asked if they were offered
25 the same terms as National.

```
                                              Page 270
 1                 FERNANDO BATLLE
 2      Q      Yes.
 3      A      I don't know.
 4      Q      Do you know or was AAFAF
 5  aware that Syncora Guarantee, in fact,
 6  was offered a much less favorable deal
 7  from the oversight board than the one
 8  reached with National?
 9            MR. FRIEDMAN:  Object to
10      form.
11      A      I don't recall today whether
12  we were notified of that.  We might have.
13  But I don't recall.
14      Q      Who would have been notified
15  within AAFAF?
16      A      It could have been many
17  times, likely me as a representative of
18  AAFAF.
19      Q      Anyone from Ankura, other
20  than you?
21      A      No.  Me.
22            MR. SALINAS:  Mr. Batlle,
23      thank you so much for your time.  I
24      appreciate your time and your
25      patience.  I have no further
```