**EXHIBIT C**[1]

<u>PARTY WITNESS COVER SHEET</u>

| Name of Party | |
|---|---|
| Are you the proponent of a witness? | |
| If you are the proponent of the witness, does the witness require interpretation services? | |
| Do you intend to cross-examine a witness? | |
| Total Number of Witnesses to Examine | |

| Name of Witness | Docket Entry No. of the Witness Declaration | Scope of Cross-Examination |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit C**.