UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER GRANTING IN PART AND DENYING IN PART JOINT URGENT MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., SYNCORA GUARANTEE, INC., AND U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE AND THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO EXTEND CERTAIN CONFIRMATION DEADLINES

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received the *Joint Urgent Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association as PREPA Bond Trustee and the Financial Oversight and Management Board for Puerto Rico to Extend Certain Confirmation Deadlines* (Docket Entry No. 24573 in Case No. 17-3283 and Docket Entry No. 3747 in Case No. 17-4780) (the "Urgent Motion"), filed by the Ad Hoc Group of PREPA Bondholders, U.S. Bank National Association in its capacity as the trustee for PREPA bonds, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., and Syncora Guarantee Inc., and the Financial Oversight and Management Board for Puerto Rico (collectively, the "Movants"). Movants seek to extend certain deadlines in connection with the *Third Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* (Docket Entry No. 3565 in Case No. 17-4780) (the "Confirmation Scheduling Order").

Accordingly, the Court having found that certain relief requested in the Urgent Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having determined that the factual bases set forth in the Urgent Motion establish sufficient cause for certain relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is granted in part as set forth herein.

2. The Confirmation Scheduling Order shall be modified as follows:

    a. The deadline for parties to file witness lists, exhibit lists, and deposition designations shall be extended **June 21, 2023**.

    b. The deadline for parties to file counter-designations, objections to deposition designations, and objections to exhibit lists shall be extended to **June 28, 2023**.

    c. The deadline for parties to file Objections to counter-designations shall be extended to **July 5, 2023**.

3. The remaining relief sought in the Urgent Motion is denied. The parties must comply with the exhibit list procedures set forth in the *Amended Order Regarding Procedures for Hearing on Confirmation of PREPA Plan of Adjustment* (Docket Entry No. 24585 in Case No. 17-3283 and Docket Entry No. 3759 in Case No. 17-4780).

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order resolves Docket Entry No. 24573 in Case No 17-3283 and Docket Entry No. 3747 in Case No. 17-4780.

SO ORDERED.

Dated: June 15, 2023

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge