# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Doc. #21453 and #23689** |

## NOTICE OF WITHDRAWAL OF INITIAL AND AMENDED FINAL FEE APPLICATION OF ANDREW WOLFE, MACROECONOMIC CONSULTANT TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

Andrew Wolfe, Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico, hereby withdraws his initial (ECF Doc. #21453) and amended (ECF Doc. #23689) final fee application, without prejudice.

Dated: June 15, 2023

Respectfully submitted,

/s/ Andrew Wolfe
Andrew Wolfe
Macroeconomic Consultant to the Financial Oversight and Management Board for Puerto Rico

Prepared by:
/s/ Jeffrey Chubak
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Andrew Wolfe