## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | Re: ECF No. 23222 |
| Debtors.[1] | |
| BELFOR USA GROUP, INC., dba BELFOR<br>PROPERTY RESTORATION, | |
| Movant | |
| v. | |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| COMMONWEALTH OF PUERTO RICO, | |
| Respondent. | |

## OBJECTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO BELFOR USA GROUP, INC., DBA BELFOR PROPERTY RESTORATION'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM IN THE SUM OF $71,760.95

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To The Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico ("Commonwealth" or the "Debtor") in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"),[2] respectfully submits this objection to *Belfor USA Group, Inc., dba Belfor Property Restoration's Motion for Allowance and Payment of Administrative Expense Claim in the Sum of $71,760.95* [ECF No. 23222] (the "Motion") filed by Belfor USA Group, Inc., dba Belfor Property Restoration ("Belfor" or "Movant"), and represents as follows:

## PRELIMINARY STATEMENT

1.      Movant is not entitled to administrative expense treatment nor payment of its alleged amounts outstanding because the Commonwealth is not liable for these amounts pursuant to Commonwealth law. Belfor contends it is owed $71,760.95 in connection with restoration services performed pursuant to a 2018 contract. *See* Motion ¶ 1.  While section 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), as made applicable to the Commonwealth's Title III case pursuant to section 301(a) of PROMESA, provides for the *allowance* of administrative expenses for the actual, necessary costs and expenses of preserving the Debtor's property, there must be, in the first instance, a valid claim under applicable state law.  Belfor has not established that such amounts are for services performed pursuant to a valid contract.  Belfor's supporting materials show that amounts allegedly owed actually pertain to a period after the contract terminated by its terms.  Under Puerto Rico's strict contracting law for government contracting, such invoices are not a valid debt against the Commonwealth.  Accordingly, the Motion should be denied.

---

[2]   PROMESA is codified at 48 U.S.C §§ 2101-2241.

## BACKGROUND

2.      On October 2, 2018, Belfor and the Family Department of the Commonwealth of Puerto Rico ("Family Department") entered into that certain *Cleaning, Extraction and Sanitation Service Contract* (the "Contract").

3.      The Contract is registered on the Office of the Comptroller of Puerto Rico's ("OCP") website as contract number 2019-000058. A copy of the website registration of the Contract is attached hereto as **Exhibit A**.

4.      A fully executed copy of the Contract was uploaded to the OCP's website, attached hereto as **Exhibit B**.

5.      Section 7 of the Contract, entitled "Term of the Contract" states as follows:

> SEVENTH: Both PARTIES recognize that the effectiveness of this contract will start from the date is granted ***until December 31, 2018***, subject to change orders, and availability of funds provided by the Office of Budget of the FIRST PART [Family Department].  The FIRST PART [Family Department] may cancel this contract at any time due to lack of funds or completion of the contract by the SECOND PART [Belfor].

Ex. 2, at 4; Motion. Ex. 2 at 4 (emphasis added).

6.      On January 10, 2023, Movant filed the Motion, seeking payment of $71,760.95 asserted to be for services arising from the Contract.  Attached to the Motion as exhibits 2 and 3 thereto are documents Movant identifies as copies of the Contract, which are not executed by the Family Department.

## OBJECTION

7.      The Motion should be denied because the Commonwealth is not liable for the amounts asserted in the Motion. Specifically, Movant has not established that the alleged $71,760.95 arises from a valid contract, contrary to Commonwealth law.

8.       It falls to the claimant to establish the liability of the debtor under applicable Commonwealth law. *See, e.g.*, *Grogan v. Garner*, 498 U.S. 279, 283 (1991) ("The validity of a creditor's claim is determined by rules of state law."); *In re Bos. Reg'l Med. Ctr.*, 256 B.R. 212, 220 (Bankr. D. Mass. 2000) ("In determining whether an obligation arising under state law is a tax under the Bankruptcy Code, courts must look to state law to understand the characteristics and incidents of the obligation . . . ."), *aff'd sub nom. Mass. Div. of Emp. & Training v. Bos. Reg'l Med. Ctr., Inc. (In re Bos. Reg'l Med. Ctr., Inc.)*, 265 B.R. 838 (B.A.P. 1st Cir. 2001), *aff'd on other grounds*, 291 F.3d 111 (1st Cir. 2002); *see also In re Fin. Oversight & Mgmt. Bd. for P.R.*, 602 F. Supp. 3d 302, 307 (D.P.R. 2022) ("Motion for administrative expense treatment fails because [movant] has not demonstrated that it has a contractual right to reimbursement of the Expenses . . . .").

9.       Pursuant to Commonwealth law, government obligations only arise where there is a legally valid contract evidencing the obligation.  *See Alco Corp. v. Mun. of Toa Alta*, 183 D.P.R. 530, 539 (P.R. 2015); *see also Vicar Builders Dev., Inc. v. Commonwealth*, 192 D.P.R. 256, 267–70 (P.R. 2015) (holding that, due to the absence of a valid contract between the parties covering a period between the expiration of a lease and its renewal, the Commonwealth was not responsible for paying the rent owed for that interim period despite continued occupation of the leased building).  This strict contracting control is mandated by the Constitution of the Commonwealth of Puerto Rico, which requires that the Commonwealth "manage public funds with the highest ethical and fiduciary principles."  *Jaap Corp. v. State Dep't*, 187 D.P.R. 730, 739, 2013 PR Sup. LEXIS, at * 9-10 (P.R. 2013) (certified translation attached hereto as **Exhibit C**); P.R. Const. art. VI, § 9 ("Public property and funds shall only be disposed of for public purposes, for the support and operation of state institutions, and pursuant to law.").  Accordingly, the Puerto Rico Supreme Court has rejected the application of any remedy in equity in cases of noncompliance with

4

government contracting requirements and held that "parties who contract with any governmental

entity without complying with governmental requirements risk assuming liability for their losses."

*Rodriguez Ramos v. Commonwealth*, 190 D.P.R. 448, 461, 2014 PR Sup. LEXIS 24. at *15 (P.R.

2014) (certified translation attached hereto as **Exhibit D**) (citing *Quest Diagnostics of P.R., Inc. v.*

*Mun. of San Juan*, 175 D.P.R. 994, 1002 (P.R. 2009); *Colón v. Mun. of Arecibo*, 170 D.P.R. 718,

728-29 (P.R. 2007)).

10.     Here, Movant fails to establish the amounts requested arose from a valid contract.

In fact, the supporting materials show the contrary. Movant attaches one thousand pages of

timesheets, invoices, and other claimed support without any explanation of the applicability to the

amounts asserted.[3]  Nevertheless, from an initial review of such materials, it is apparent that some

invoices pertain to services provided in 2019, after the Contract terminated by its terms on

December 31, 2018.  *See*, *e.g.*, Motion. Ex. 5 at 22 (Invoice # 2019-030 dated 2/19/2019 stating

"This invoice is for the 12' x 45' office trailer at the Belfor location in San Juan for February

2019").

---

[3]     Furthermore, Movant has the burden of proving that it is entitled to allowance of administrative expense treatment.
*In re Fin. Oversight & Mgmt. Bd. for P.R.*, 631 B.R. 596, 604 (D.P.R. 2021) ("'The burden of proving entitlement
to priority payment as an administrative expense . . . rests with the party requesting it,' and the Court has broad
discretion in determining whether to grant a request for such priority treatment." (quoting *Woburn Assocs. v. Kahn
(In re Hemingway Transp., Inc.)*, 954 F.2d 1, 5 (1st Cir. 1992))); *see also In re Jeans.com*, 491 B.R. 16, 23 (Bankr.
D.P.R. 2013).

By simply appending over a thousand pages of documents without further explanation of how its asserted claim
meets the requirements for administrative expense treatment, Movant fails to meet its burden.  Moreover, even if
Movant has a valid claim under Commonwealth law, Movant fails to show how such services benefitted the Debtor.
*In re Drexel Burnham Lambert Grp.*, 134 B.R. 482, 489 (Bankr. S.D.N.Y. 1991) (holding that a party seeking
administrative expense treatment must show a "clear relationship between the expenditures made and the benefit
conferred on the estate . . . ." (citations omitted)).

The Oversight Board reserves (a) its right to seek authority from the Court to file a response to any further
explanation Movant may provide, and (b) all arguments and defenses with respect to the amount of any allowed
administrative expense claim (*see NLRB v. Bildisco & Bildisco*, 465 U.S. 513, 531 (1984) (holding that debtors
are only required to pay the "reasonable value" of services)).

11.    Additionally, upon further review, it is apparent that Movant's support is organized into three sections.  First, starting on page 24 (of 780) of Motion Exhibit 5, Movant appends an invoice for $444,715.53, followed by various itemized breakdowns by category with invoices dated, both 2018 and 2019.  Next, starting on page 626 (of 780) Movant appends an invoice for $372,954.58 with a stated period of "Commencement thru 12/31/18", followed by various itemized breakdowns by category with invoices for 2018.  *Id.* Ex. 5 at 626.  Then, starting on page 709 (of 780), Movant appends an invoice for $71,760.95 with a stated period "12/31/18 Thru 2/19/19," followed by various itemized breakdowns by category with invoices for 2019.  Although not disclosed in the Motion, the amount asserted in the Motion precisely matches the third invoice—$71,760.95 for 2019 services.

12.    The second and third sections, when added together, match the amount in the first section (the $444,715.53 invoice).  Accordingly, the first section appears to represent a purported total for the Contract with the second and third sections representing a breakdown by 2018 and 2019 invoices, respectively. With respect to the 2018 segment, the Commonwealth paid the $372,954.58 invoice.  On October 16, 2019, Family Department issued a payment of $372,954.58. Attached hereto at **<u>Exhibit E</u>** is a copy of the issued check and associated invoice.  Belfor accepted such payment. Attached hereto as **<u>Exhibit F</u>** is the mail receipt of the check.  Accordingly, although not disclosed in the Motion, Belfor appears now to be requesting payment for the invoices pertaining solely to the purported 2019 balance owed under the Contract.

13.    The 2019 invoices, however, are not payable because no valid contract was in place at the time work was performed.  The Contract terminated on December 31, 2018 by its terms. Whether referring to the executed copy uploaded to the OCP's website or Movant's unexecuted copy, Section 7 of the Contract, entitled "Term of the Contract" states:

SEVENTH: Both PARTIES recognize that the effectiveness of this contract will start from the date is granted *until December 31, 2018*, subject to change orders, and availability of funds provided by the Office of Budget of the FIRST PART [Family Department].  The FIRST PART [Family Department] may cancel this contract at any time due to lack of funds or completion of the contract by the SECOND PART [Belfor].

Ex. 2, at 4; Motion. Ex. 2 at 4 (emphasis added).  Furthermore, the Contract's term is registered in the OCP's website as "Effective To 31 Dec 2018".  *See* Ex. 1.

14.    Pursuant to the Contract, Belfor acknowledged and agreed (i) that the Commonwealth would not be obligated to pay for any services provided after the Contract expired unless the parties entered into a written amendment that was properly registered under Commonwealth law, and (ii) that individual employees of the Family Department do not have the legal authority to solicit services from Movant beyond the term of the Contract:

EIGHT:  . . . The SECOND PART [Belfor] will not continue to provide services under this contract if the contract has expired . . . **unless at that time there is a signed amendment signed by both parties and registered**.  Services provided in violation of this clause and the terms and conditions convened will not be paid. Any employee that solicits and accepts services offered by the SECOND PART [Belfor] in violation of this disposition does it without any legal authority, constituting an ultra-vires action from their part, which does not oblige the FIRST PART [Family Department].

Ex. 2, at 4 (emphasis added).

15.    The alleged amount owed is for invoices relating to the period after the Contract terminated, and, upon information and belief, there is no signed amendment. Accordingly, any effort to seek payment for "after-terminated" periods is contrary to Puerto Rico law and is therefore not payable.  *See Alco Corp.*, 183 DPR at 539.

*[Remainder of page left intentionally blank]*

7

## **CONCLUSION**

16.     For the reasons herein, the Debtor respectfully requests the Court deny the Motion

in its entirety.


Dated: June 15, 2023                                Respectfully submitted,
          San Juan, Puerto Rico


                                                    */s/ Brian S. Rosen*
                                                    Martin J. Bienenstock
                                                    Brian S. Rosen

                                                    (Admitted *Pro Hac Vice*)
                                                    **PROSKAUER ROSE LLP**
                                                    Eleven Times Square
                                                    New York, NY 10036
                                                    Tel: (212) 969-3000
                                                    Fax: (212) 969-2900
                                                    Email: mbienenstock@proskauer.com
                                                              brosen@proskauer.com

                                                    *Attorneys for the Financial Oversight and*
                                                    *Management Board as representative for*
                                                    *the Commonwealth*

                                                    */s/ Hermann D. Bauer*
                                                    Hermann D. Bauer
                                                    USDC No. 215205
                                                    **O'NEILL & BORGES LLC**
                                                    250 Muñoz Rivera Ave., Suite 800
                                                    San Juan, PR 00918-1813
                                                    Tel:  (787) 764-8181
                                                    Fax:  (787) 753-8944
                                                    Email: hermann.bauer@oneillborges.com

                                                    *Co-Attorney for the Financial Oversight and*
                                                    *Management Board as representative for the*
                                                    *Commonwealth*

## **<u>EXHIBIT A</u>**

Contract Website Registration

# Contract Details

| Entity | Contract Number | Amendment | PCo Number |
|---|---|---|---|
| 2250 \| Departamento de la Familia | 2019-000058 | | |

| Registered on | Executed on | Effective From | Effective To |
|---|---|---|---|
| 02 Oct 2018 12:22 P | 02 Oct 2018 | 02 Oct 2018 | 31 Dec 2018 |

| Amount to Pay * | Amount to Receive |
|---|---|
| $455,399.84 | $0.00 |

| Service Category | Service Type |
|---|---|
| NON-PERSONAL MISCELLANEOUS SERVICES | CLEANING SERVICES |

| Contracting Form | Funds |
|---|---|
| | |

## Contractor

| Name |
|---|
| BELFOR USA GROUP, INC. DBA BELFOR PROPERTY RESTORA |

Privatized Goods or Services
○ Yes ◉ No

*\* In Contracts registered before July 14, 2021, the Amount to Pay field contains both the Amount to Pay(Disbursements) and the Amount to Receive(Income).*

Back

**<u>EXHIBIT B</u>**

Contract

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE LA FAMILIA**

**CONTRATO DE SERVICIO**
**DE LIMPIEZA, EXTRACCIÓN E HIGIENIZACION**
Cleaning, Extraction and Sanitation Service Contract

2019- 000058

BELFOR USA Group, Inc., dba BELFOR PROPERTY RESTORATION
LCDA. GLORIMAR DE L. ANDUJAR MATOS
(2990)234-1220000-0000-081-2017

**COMPARECEN**
*APPEARS*

**DE LA PRIMERA PARTE: EL DEPARTAMENTO DE LA FAMILIA,** representado por su Secretaria, Lcda. Glorimar de L. Andújar Matos, quien ha delegado la firma de este contrato en la Subsecretaria, Sra. Evelyn Velázquez Vega, mayor de edad, soltera y vecina de San Juan, Puerto Rico, facultada mediante las disposiciones de la Ley Número 171 del 30 de junio de 1968, según enmendada y el Plan de Reorganización Número 1 del 28 de julio de 1995, en adelante denominado "**LA PRIMERA PARTE**".-------------------------------------------------------------------------------------------------------------------
*AS PARTY OF THE FIRST PART: DEPARTMENT OF THE FAMILY, herein represented in this Act by its Secretary Glorimar de L. Andújar Matos, Esquire, who has delegated the signing of this contract to the Deputy Secretary, Evelyn Vázquez Vega, of legal age, single, and resident of San Juan, Puerto Rico, authorized by the dispositions of Law No. 171 of June 30, 1968, as amended, and the Reorganization Plan No. 1 of July 28, 1995, hereinafter the "FIRST PART".-------------------------------------------------------------*

**DE LA SEGUNDA PARTE:** BELFOR USA Group, Inc., dba **BELFOR PROPERTY RESTORATION.,** una corporación con fines de lucro organizada bajo las Leyes Estado de Colorado ., y debidamente autorizada mediante  Certificate of Incumbency dated August 19, 2015 Resen, representada por el Sr. Paul Suchowski, mayor de edad, y vecino de Michigan, adelante denominada "**LA SEGUNDA PARTE**".-------------------------------------------------------------------------------------------------------------------------
*AS PARTY OF THE SECOND PART: BELFOR USA GROUP, INC, dba **BELFOR PROPERTY RESTORATION**, a corporation organized under the laws of the United States, and authorized pursuant to the Certificate of Incumbency dated August 19, 2015, herein represented by Paul Suchowski, of legal age, resident of the United States, hereinafter the "SECOND PART".-------------------------------------------------------*
**AMBAS PARTES** tienen la capacidad legal necesaria para este acto, lo cual demostrarán dónde y cuándo fuera menester y a tal efecto libre y voluntariamente. --------------------------------------------------------------------
*BOTH PARTIES have the legal capacity to subscribe this act, which they will demonstrate where and when necessary, and as such freely and voluntanly. ---------------------------------------------------------------------*

**EXPONEN**
*STATE*

**POR CUANTO:** Tras el paso del huracán María las facilidades físicas del Departamento de la Familia ubicadas en el Edificio Lila Mayoral en la Ave. Barbosa en Hato Rey sufrieron daños significativos por lo que se determinó clausurar el Edificio.  Actualmente la mayoría de los documentos oficiales de la agencia relacionados con transacciones de personal, casos de adopción, transacciones financieras, asuntos administrativos, casos legales entre otros, se encuentran aún dentro del Edificio. Como parte del deber ministerial es importante que todos estos documentos sean removidos a la brevedad posible para dar continuidad a los trabajos y a la vez cumplir con los informes requeridos por las diferentes agencias del gobierno federal y estatal.----------------------------------------
*WHEREAS: Due to Hurricane Maria the physical facilities of the Family Department, located in the Lila Mayoral Building, Barbosa Ave, Hato Rey, suffered significant damages, which resulted in the closing of the building. Currently, most of the official documents of the agency associated with human resources transactions, adoption cases, financial transaction, administrative issues, and legal cases, among others, are inside the building. The agency has the ministerial responsibility to assure that these documents are removed as soon as possible to provide continuity to the agency's work, and comply with the required reports of the federal and state government.*

**POR CUANTO:** La PRIMERA PARTE tiene la necesidad de contratar los servicios profesionales necesarios para poder cumplir con el objetivo de proceder con la extracción, limpieza e higienización de dicho documentos y expedientes, ya que se detecto contaminación por la presencia de hongos, humedad, plomo y asbesto en la mayoría de los pisos del edificio.----------------------------------------------------
*WHEREAS: The FIRST PART needs to contract professional services to proceed with the extraction, cleaning, and sanitation of said documents, since it was detected that they are contaminated with mold, humidity, lead, and asbestos.---------------------------------------------------------------------------------------------------------*

**POR CUANTO:** La **PRIMERA PARTE** determinó que la **SEGUNDA PARTE** es el proveedor del servicio que mejor cualifica para brindar los servicios que se necesitan. La **SEGUNDA PARTE** posee

los recursos, experiencia y conocimientos que aseguran el cumplimiento óptimo de las funciones especializadas que necesita la **PRIMERA PARTE** para cumplir con los objetivos.———————————————
*WHEREAS: The FIRST PART determined that the SECOND PART is the service provider that best qualifies to provide the needed services. The SECOND PART has the resources, experience, and knowledge that warrants the optimum compliance of the functions needed by the FIRST PART to accomplish its objectives. ———*

**POR CUANTO:** LA SEGUNDA PARTE certifica que cuenta con los conocimientos, la experiencia, el personal capacitado, la estructura operacional y los debidos permisos para proveer los servicios requeridos. ————————————————————————————————————————————
*WHEREAS: The SECOND PART certifies that it has the knowledge, experience, qualified personnel, operation structure, and the required permits to provide the services needed. ——————————————*

**POR CUANTO:** La SEGUNDA PARTE se compromete a prestar a la **PRIMERA PARTE** los servicios profesionales que se indican en este contrato, así como aquellos otros servicios que sean incidentales a su labor o que le fuesen requeridos en relación con el mismo.——————————————
*WHEREAS: The SECOND PART commits to provide the FIRST PART with the professional services stated in this contract, as well as other services that are incidental to its labor, or required in relationship to the services contracted. —————————————————————————————————————————————*

**POR TANTO:** Las partes manifiestan tener la capacidad legal necesaria para contratar en este acto y a tales efectos convienen en formalizar la presente enmienda sujeto a las siguientes:————————
*HENCEFORTH the PARTIES state that they have the legal capacity and authority required to undertake this act, and as such convene to formalize this contract pursuant to the following:———————————*

### CLÁUSULAS Y CONDICIONES
*TERMS AND CONDITIONS*

**I. BASE LEGAL:**
*LEGAL BASE*

**PRIMERA:** El Departamento de la Familia otorga este contrato en virtud del Artículo 9, Sección 211-H (3 LPRA) de la Ley Número 171 del 30 de junio de 1968, según enmendada y el Plan de Reorganización Número 1 del 28 de julio de 1995, según enmendado.———————————————————
*FIRST: The Department of the Family grants this contract in accordance with Article 9, Section 211-H (3 LPRA) of Law No. 171 of June 30, 1968, as amended, and the Reorganization Plan No. 1 of July 28, 1995, as amended. —————————————————————————————————————————————————————*

**II. OBJETO Y CAUSA DE CONTRATO:**
*PURPOSE AND CAUSE OF THE CONTRACT*

**SEGUNDA:** LA SEGUNDA PARTE se obliga a prestar a la PRIMERA PARTE los servicios que se describen en los siguientes anejos:

- Anejo I Titulado **– Caribbean and Materials Schedule for Invoicing** – el cual consta de 4 páginas
- Anejo II Titulado **– Disaster Recovery and Emergency Services Agreement** – el cual consta de 9 páginas (adjuntos omitidos)
- Anejo III Titulado **– Rate & Material Estimated Princing Tool** – el cual consta de 1 página

El "Rough Order Of Magnitude" ("ROM"), el cual es el Anejo 3, indica la cantidad de $455,399.84, sujeto a cambios en las órdenes, adiciones o reducciones en el contrato, dependiendo con las situaciones particulares que puedan surgir cuando se comiencen las labores. El ROM es calculado conforme el mercado del caribe de BELFOR y los materiales, conforme lo expresa en el Anejo I. Si el ROM es alcanzado previo a la Segunda Parte completar las labores, la Primera Parte no tendrá obligación de continuar la contratación salvo pacto por escrito en contrario. Cualquier alteración al presente contrato deberá ser pactada por escrito entre las partes. ————
*SECOND: The SECOND PART agrees to provide the services that are described in the following attachments to the FIRST PART:*

- *Attachment I- Caribbean and Materials Schedule for Invoicing, which has 4 pages*
- *Attachment II- Disaster Recovery and Emergency Services Agreement, which has 9 pages (attachments omitted)*
- *Attachment III- Rate and Material Estimated Pricing Tool, which has 1 page*

*The Rough of Order Magnitude (ROM), which is Attachment III, indicates the amount of $455,399.84 subject to changes in orders, additions or reductions in the contract, depending on the situations that may arise when labor begins. The ROM is calculated based on Belfor's Caribbean market and the materials needed, as expressed in Attachment I. If the ROM is reached before the SECOND PART completes its work, the FIRST PART does not have the obligation to continue with the contract, unless a written agreement between the parties has been signed. Any alteration of this contract must be convened in writing by the Parties. ——————————*

**III. FORMA Y MANERA DE PAGO:**
   *COMPENSATION*

**CUARTA:** Los desembolsos efectuados por LA PRIMERA PARTE a base de las disposiciones de este Contrato serán pagados de la cifra de cuenta (2990)234-1220000-0000-081-2017 o cualquier otra cifra que identifique la Primera Parte, mediante el trámite establecido por el Departamento de Hacienda, previa presentación de facturas por servicios prestados, aceptadas y aprobadas por LA PRIMERA PARTE o su representante autorizado.----------------------------------------------------------------------
LA PRIMERA PARTE se compromete a pagar por servicios prestados por trabajo realizado dentro de un período de treinta (30) días contados a partir que la factura haya sido entregada y certificada por LA PRIMERA PARTE.  De lo contrario, LA PRIMERA PARTE pagará la factura en el próximo ciclo mensual.  En el caso de que LA SEGUNDA PARTE no provea los servicios en su totalidad, LA PRIMERA PARTE pagará la cantidad equivalente al servicio prestado. --------------------------------------
*FOURTH: The payments made by the FIRST PART under the dispositions of this contract will be payed from account (2990)234-12200000-0000-081-2017, or any other account identified by the FIRST PART, according to the procedures established by the Puerto Rico Treasury Department, previous presentation of invoices of services rendered, accepted, and approved by the FIRST PART or its authorized representative.-----------------
The FIRST PART agrees to pay for the services rendered within the first thirty days (30), counted from the date the invoice is receive and certified by the FIRST PART. If this doesn't happen, the FIRST PART will pay the invoice during the next monthly cycle. If the SECOND PART fails to provide the services in its totality, the FIRST PART will only pay for the equivalent of the service provided. --------------------------------------------*

**QUINTA: LA SEGUNDA PARTE** certificará los servicios prestados mediante la presentación de factura bien detallada que incluya el número de factura, número de contrato, vigencia del contrato, fecha de otorgamiento del contrato, acompañada por un informe en el que se detalle la labor realizada y una descripción específica de los servicios prestados, de manera que **LA PRIMERA PARTE** pueda verificar si los servicios ofrecidos cumplen con lo aquí pactado. **LA SEGUNDA PARTE** reconoce y acepta renunciar al pago de facturas que no cumplan con las especificaciones antes mencionadas. Las facturas deberán ser enviadas al Departamento de la Familia, Oficina de Finanzas, Piso 4, Roosevelt Plaza #185, Ave. Roosevelt, Hato Rey, P.O. Box 11398, San Juan, Puerto Rico 00910-1398, salvo notificado por escrito y en contrario por la PRIMERA PARTE ------------

Además, **LA SEGUNDA PARTE** entiende que toda factura presentada ante **LA PRIMERA PARTE** para el cobro deberá contener la siguiente certificación, conforme a la Orden Ejecutiva 2001-73: ------

> *"Bajo pena de nulidad absoluta certifico que ningún servidor público de LA PRIMERA PARTE es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia.  El importe de esta factura es justo y correcto.  Los servicios han sido prestados y no han sido pagados".* ----------------------------------------------------

----La SEGUNDA PARTE deberá registrarse en el Portal Electrónico a Suplidores según la Carta Circular 1300-22-18 – Certificación de Facturas de Proveedores carta circular se emite que todo Suplidor de las agencias del Gobierno. Todos aquellos Suplidores que comiencen a brindar servicios luego de esta fecha será compulsorio que se registren en el Portal de Pago Electrónico a Suplidores.------------------------------------------------------------------------------------------------------------------

----Los Suplidores deberán acceder al Portal de registro a través de la página del Departamento www.hacienda.pr.gov, oprimiendo la sección de Hacienda Virtual y seleccionando la opción de Registro Pago Electrónico de Suplidores.  También pueden dirigirse directamente a través de la siguiente dirección electrónica https://arra.hacienda.pr.gov, /suplidoresweb/.-----------------------------------
*FIFTH: The SECOND PART will certify the services provided through the presentation of a detailed invoice, which will include the invoice number, contract number, contract period; and the date the contract was granted, accompanied by a report that describes the labor that was carried out and a detailed description of the services rendered, so that the FIRST PART can verify that the services provided comply with what is convene here. The SECOND PART recognizes and accepts the relinquishment of any invoice that does not comply with the before mentioned specifications. The invoices must be sent to the Family Department, Financial Office, 4th Floor, Roosevelt Plaza #185, Ave. Roosevelt, Hato Rey, P.O. Box 11398, San Juan, Puerto Rico 00910-1398, except otherwise notified in writing by the FIRST PART.--------------------------------------------------------------
The SECOND PART understand that all invoices presented to the FIRST PART must include the following certification, in accordance with Executive Order 2001-73:------------------------------------------------------------*

> *"Under penalty of absolute nullity, I certify that no public servant of the government entity is a party to*

or has an interest in the profits or benefits that are the product of the contract subject of this invoice, and to be a party to or have an interest in the profits or benefits of resulting from the contract, under this invoice a prior dispensation has been issued. The sole consideration to furnish the contracted goods or services subject of the contract is the payment agreed upon with the authorized representative of the government entity. The amount that appears in the invoice is fair and correct. The work has been performed, the products have been delivered and the services rendered, and no payment has been received for them.'

*The SECOND PART must register in the Electronic Portal for Suppliers in accordance with Circular Letter 1300-22-18 of the Puerto Rico Treasury Department. The suppliers must access the registration portal through the Treasury Department website www.hacienda.pr.gov, click on the "Hacienda Virtual" section, and select the option "Pago Electronico de Suplidores". You can also Access directly through the following address: https://arra.hacienda.pr.gov / suplidoresweb/.* ------------------------------------------------------------

**SEXTA:** Si la factura no fuera aceptada por LA PRIMERA PARTE, ésta deberá notificar a LA SEGUNDA PARTE los defectos encontrados en la factura. LA SEGUNDA PARTE se compromete a corregir dichos defectos en un término de cinco (5) días y a someter la factura corregida a LA PRIMERA PARTE. LA PRIMERA PARTE se compromete a revisar la factura corregida en un término de tiempo razonable. -------------------------------------------------------------------------------
*SIXTH: If the invoice is not accepted, the FIRST PART will notify the SECOND PART of the defects found in the invoice. The SECOND PART agrees to correct the invoice within five (5) days and submit it to the FIRST PART. The FIRST PART agrees to review the invoice in a reasonable time frame.* ----

## IV. TÉRMINO DEL CONTRATO:
### TERM OF THE CONTRACT

**SEPTIMA:** Ambas partes reconocen que la vigencia de este contrato comenzará desde su otorgación **hasta el 31 de diciembre de 2018**, sujeto a órdenes de cambio, y sujeto a la disponibilidad de fondos provista por la Oficina de Presupuesto de LA PRIMERA PARTE. Este contrato podrá cancelarse por la PRIMERA PARTE por insuficiencia de fondos o por incumplimiento del contrato por parte de la SEGUNDA PARTE, o en cualquier momento cuando sea por un mejor bien común. --------------------------------------------------------------------------------------
*SEVENTH: Both PARTIES recognize that the effectiveness of this contract will start from the date is granted until December 31, 2018, subject to change orders, and availability of funds provided by the Office of Budget of the FIRST PART. The FIRST PART may cancel this contract at any time due to lack of funds or incompletion of the contract by the SECOND PART.* --------------------------------------------------------------------

**OCTAVA:** Conforme a los derechos y normas que rigen la contratación de servicios, la **SEGUNDA PARTE** toma conocimiento de que no se prestará servicio alguno bajo este contrato hasta tanto sea firmado por ambas partes y sea debidamente registrado. De la misma forma, no se brindará servicio alguno que no sea lo pactado en este contrato. La **SEGUNDA PARTE** no continuará dando servicios bajo este contrato a partir de su fecha de expiración o cuando dicha prestación conlleve el pago de una cantidad que sobrepase el total permitido para este contrato, excepto que a esa fecha exista una enmienda firmada por ambas partes y debidamente registrada. No se pagarán servicios prestados en violación a esta cláusula y a los términos y condiciones aquí pactadas y cualquier funcionario que solicite y acepte servicios de la **SEGUNDA PARTE** en violación a esta disposición, lo estará haciendo sin autoridad legal alguna, constituyendo su actuación una *ultra-vires* que no vincula a la **PRIMERA PARTE**. -------------------------------------------------------------------------------------
*EIGHT: In accordance with the norms and regulation that regulate service contracts, the SECOND PART acknowledges that it will not provide any service under this contract until it has been signed by both parties and registered. The SECOND PART will not continue to provide services under this contract if the contract has expired, or the service requires a payment in excess of the amount stipulated in this contract, unless at that time there is a signed amendment signed by both parties, and registered. Services provided in violation of this clause and the terms and conditions convened will not be paid. Any employee that solicits and accepts services offered by the SECOND PART in violation of this disposition, does it without any legal authority, constituting an ultra-vires action from their part, which does not oblige the FIRST PART.* -----------------------

**NOVENA:** La negligencia o incumplimiento de los términos y condiciones establecidos en este contrato por cualquiera de las partes, constituirá causa suficiente para dar por terminado este contrato inmediatamente, sin necesidad de notificación previa. -------------------------------------------------
*NINTH: the negligence or noncompliance of the terms and conditions established in this contract by any of the parties constitutes sufficient cause to terminate the contract immediately, without previous notice.* -------------------------------------------------------------------------------------------------

## V. RELACIÓN ENTRE LAS PARTES:
### RELATIONSHIP BETWEEN THE PARTIES

**DECIMA:** La **SEGUNDA PARTE**, sus socios, asociados y empleados, si alguno, no tendrán derecho a licencia por enfermedad, vacaciones regulares o pago de bono ni cotizarán al Sistema de Retiro ni tendrán derecho a los beneficios del Seguro Médico de la **PRIMERA PARTE**, quedando convenido

que entre la **PRIMERA PARTE** y la **SEGUNDA PARTE** no existirá relación alguna de patrono y empleado. ----------------------------------------------------------------------------------------------
*TENTH: The SECOND PART, its partners, associates, and employees do not have a right to sick leave, regular vacations or payment for bonuses, nor do they do not qualify for the retirement system, or medical insurance of the FIRST PART. Therefore, it is convened that there is no employer-employee relationship between the FIRST and SECOND PART.* ----------------------------------------------------------------

## VI. CERTIFICACIONES:
### *CERTIFICATIONS*

**DECIMAPRIMERA:** Las Partes garantizan que ningún funcionario, empleado público o algún miembro de sus unidades familiares tiene o ha tenido en los últimos cuatro (4) años, directa o indirectamente, interés pecuniario en las ganancias o beneficios producto de este contrato. ----------
*ELEVENTH: The PARTIES guarantee that no employee, official, or any member of its family unit has or had in the last four (4) years, directly or indirectly, any pecuniary interest or obtained financial benefit from this contract.* ----------------------------------------------------------------------------------------------

**DECIMASEGUNDA:** La **SEGUNDA PARTE** certifica que: --------------------------------------------

a)   Ningún servidor público de la **PRIMERA PARTE** le ha solicitado o aceptado, directa o indirectamente, para él o ella, para algún miembro de su unidad familiar o para cualquier persona, negocio o entidad, bien alguno de valor económico, incluyendo regalos, gratificaciones, favores, servicios, donativos, préstamos o promesas a cambio de que la actuación de dicho servidor público esté influenciada a favor de él o de la entidad o por cualquier otra razón que le beneficie de forma alguna. El término unidad familiar incluye al cónyuge del servidor o servidora pública, a los hijos dependientes de éste o ésta, o aquellas personas que comparten con éste o ésta su residencia legal, o cuyos asuntos financieros están bajo el control *de jure* o *de facto* de dicho servidor. ------------------------------------------

b)   Ningún servidor público le solicitó o aceptó bien alguno de valor económico, vinculados a esta transacción, de persona alguna o de entidad como pago por los deberes y responsabilidades de su empleo. ---------------------------------------------------------------------------------------

c)   No tiene relación de parentesco, dentro del cuarto grado de consanguinidad y segundo por afinidad, con ningún servidor público que tenga facultad para influenciar y participar en las decisiones institucionales de la **PRIMERA PARTE**. ------------------------------------------------

d)   No ha sido convicto, no se ha declarado culpable o no tiene conocimiento de que es objeto de investigación en un proceso civil o criminal en el foro estatal o federal por hechos relacionados con un delito contra el erario público, la fe o función pública o que involucre el mal uso de los fondos o propiedad pública, conforme a los períodos dispuestos en la Ley 458 de 29 de diciembre de 2000, según enmendada. Expresamente se reconoce que ésta es una condición esencial del presente contrato y, de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **SEGUNDA PARTE** tenga que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este Contrato. Esta obligación es de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato. --------------------

*TWELVETH: The SECOND PART certifies that:* --------------------------------------------------------

a)   *No official of the FIRST PART has solicited or accepted, directly or indirectly, for his/her or any member of his/her family or any person a financial benefit, which includes gifts, gratifications, favors, donations, favors, services, loans or promises in exchange for the official's influence over the entity in any matter or form. The term family unit includes the official's spouse, children that are dependent upon him, and any person that shares his/her legal residence, or whose finances are de jure or de facto under the official's control.* ---------------------------------------------------------------------------

b)   *No official solicited or accepted a financial benefit related to this transaction from any person from the entity as payment for the duties and responsibilities of his employment.* ----------------------

c)   *There is no parental relationship, within the fourth grade by consanguinity or second grade by affinity, between any official that has the capacity to influence or participate in the institutional decisions of the FIRST PART.* ------------------------------------------------------------------------------------

d)   *It has not been convicted, entered a guilty plea, or has any knowledge of being investigated civil or criminally at the state or federal level for crimes against the public treasury, faith or public function, or that involves the mismanagement of funds or public property, as defined in Law 458 of December 29, 2000, as amended. It is expressly recognized that this is an essential condition of this contract, and that if any part of this certification is false the SECOND PART will have to refund all the money received as part of the contract to the FIRST PART. This is a continuous obligation during the contracting and implementation stages of the contract.* -----------------------------------------------------------------

**DECIMATERCERA:** La **SEGUNDA PARTE** se hace responsable de hacer la aportación patronal e individual del Seguro Social Federal, a través del Negociado de Rentas Internas Federal. La **PRIMERA PARTE** notificará al Negociado de Contribución Sobre Ingresos del Departamento de Hacienda del Gobierno de Puerto Rico los pagos o reembolsos que sean efectuados a la **SEGUNDA PARTE**. Así también, se expresa que, la **PRIMERA PARTE** hará las correspondientes retenciones y descuentos de los pagos efectuados a la **SEGUNDA PARTE**, conforme a las enmiendas al

Reglamento relativo a la Ley de Contribuciones Sobre Ingresos de 1954, según enmendado. La **PRIMERA PARTE** retendrá hasta el siete por ciento (7%) del pago, adeudado a la **SEGUNDA PARTE**, por servicios prestados según dispone la Sección 143 C de la Ley de Contribuciones sobre Ingresos de 1954, según enmendada, de conformidad con los reglamentos aprobados por el Secretario de Hacienda. A menos que la **SEGUNDA PARTE** provea a la **PRIMERA PARTE** un relevo emitido por el Departamento de Hacienda que disponga que la **SEGUNDA PARTE** cumple con las disposiciones de la sección 1143 (g) del Código de Rentas Internas de Puerto Rico de 1994, según enmendado, para que se le retenga sólo el tres por ciento (3%). La **SEGUNDA PARTE** se obliga como condición necesaria a este Contrato presentar las certificaciones, relevos y otros documentos que acrediten su situación contributiva que sean requeridos por la **PRIMERA PARTE** o su representante autorizado. -------------------------------------------------------------------------------

La **PRIMERA PARTE** le retendrá a la **SEGUNDA PARTE**, a tenor con lo dispuesto en la Sección 1 de la Ley 48 del 30 de junio de 2013 por concepto de aportación especial el uno punto cinco (1.5%) por ciento del pago adeudado. El pago se aplicará a todo pago realizado y ninguna cantidad quedará exenta según se establece en la Carta Circular 1300-0114 del Departamento de Hacienda. A esta aportación especial no le será de aplicación la exención de los primeros mil quinientos dólares ($1,500.00) que permite el Código de Rentas Internas. -------------------------------------------------------------------
*THIRTHEETH: The SECOND PART is responsible for making the employer and individual contribution to the Social Security, through the Federal Internal Revenue Service. The FIRST PART will notify the Contribution Revenue of the Treasury Department of Puerto Rico the payments or reimbursement made on behalf of the SECOND PART. The FIRST PART will make the required withholdings and discounts in accordance with the regulations of the Internal Revenue Code of 1954, as amended. The FIRST PART will retain the SECOND PART up to seven percent (7%) of the payment for services rendered in accordance with Section 143 C of the Internal Revenue Code, unless the SECOND PART provides the FIRST PART with a relief by the Treasury Department stating it complies with the dispositions of section 1143(g) of the Internal Revenue Code of 1994, and only three percent (3%) of the payment will be retained. The SECOND PART agrees, as a condition of this contract, to present the certifications, reliefs, and other documents that accredits its revenue situation required by the FIRST PART or its authorized representative. -------------------------------------------------------------------
The FIRST PART, in accordance with Section 1 of Law No. 48 of June 30, 2013, will retain one-point five percent (1.5%) of the payment as a special contribution. The payment will apply to all payments made and no amount will be exempt, as established in Circular Letter 1300-0114 of the Treasury Department. This special contribution does not qualify for the first one thousand five ($1,500.00) exemption allowed by the Internal Revenue Code. -------------------------------------------------------------------*

**DECIMACUARTA:** La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este Contrato no ha rendido su planilla contributiva durante los cinco (5) años previos a este Contrato, toda vez que no ha tenido operaciones en Puerto Rico y no ha advenido en tal obligación, y no adeuda contribuciones al Gobierno de Puerto Rico, al Centro de Recaudaciones de Ingresos Municipales (CRIM) o por concepto de seguro por desempleo, de incapacidad temporal y de seguro social para choferes (el que aplique); o, si adeuda contribuciones, se encuentra acogida a un plan de pago con cuyos términos y condiciones está cumpliendo.-------------------------------------------------------------
*FOURTHEENTH: The SECOND PART certifies and guarantees that at the moment of subscribing this contract it has file its tax returns during the five (5) years previous to this contract, and does not owe taxes to the Government of Puerto Rico, the Municipal Revenue Collection Center, unemployment insurance, temporary incapacity insurance, or drive's insurance (whichever apply); and if it owes taxes it has a payment plan and is complying with its terms and conditions. -------------------------------------------------------------*

**DECIMAQUINTA:** En el caso de que la **SEGUNDA PARTE** tenga alguna deuda contributiva, pero la misma esté en proceso de revisión o ajuste, la **SEGUNDA PARTE** se compromete, en el caso de que no proceda la revisión o ajuste, a cancelar la deuda mediante retención en los pagos a los que tenga derecho a recibir en virtud de este Contrato. ------------------------------------------------------------
*FIFTHEENTH: If the SECOND PART has a tax debt but is in the process of reviewing or adjusting it, and the review or adjustment is not granted, the SECOND PART agrees to cancel the debt through the retention of payments it has a right to receive in virtue of this contract. -------------------------------------------------------------*

**DECIMASEXTA:** La **PRIMERA PARTE** enviará a la Oficina del Contralor copia de este contrato y cualesquiera enmienda o extensión dentro de los quince (15) días siguientes a la fecha de su otorgamiento, conforme al Reglamento Número 33 sobre Registro de Contratos Gubernamentales y Envío de Copias de la Oficina del Contralor y a la legislación y jurisprudencia aplicable. La **SEGUNDA PARTE** reconoce que éste es un requisito legal para perfeccionar contratos gubernamentales, por lo que hasta que no reciba una certificación de la **PRIMERA PARTE** a tales efectos, no podrá rendir servicios o entregar bienes o productos. --------------------------------------------------
*SIXTHEENTH: The FIRST PART will send the Office of the Comptroller a copy of this contract, as well any amendments or extension granted, within fifteen (15) days from the date the contract is granted, in accordance with Regulation No. 33 concerning the Registration of Government Contracts and Sending of Copies of the Office of the Comptroller, and the legislation and cases applicable. The SECOND PART recognizes that this is a legal requirement to perfect government's contracts, and cannot provide services or goods until it receives a certification by the FIRST PART that this procedure has been completed. -------------------------------*

**DECIMASEPTIMA:** La **SEGUNDA PARTE** reconoce y certifica que al momento de la firma de este Contrato se le ha entregado copia fiel y exacta de la Ley de Ética Gubernamental, y sus enmiendas, y del Código de Ética para Contratistas, Suplidores y Solicitantes de Incentivos Económicos de las Agencias Ejecutivas del Gobierno de Puerto Rico. La **SEGUNDA PARTE** se compromete, además, a cumplir las disposiciones establecidas en éstos y a notificar a la **PRIMERA PARTE** cualquier situación que pueda resultar en un incumplimiento de los mismos. ─────────────────────────
*SEVENTHEENTH: The SECOND PART recognizes and certifies that at the time of the signing of this contract it has been given a copy of the Government's Ethics Law and its amendments, as well as the Ethics Code for Contractors, Suppliers, and Solicitors of Economic Incentives of the Executive Agencies of the Government of Puerto Rico. The SECOND PART agrees to comply with the dispositions of these regulations and will notify the FIRST PART of any situation that may result in noncompliance. ─────────────────────*

**DECIMAOCTAVA:** La **PRIMERA PARTE** es una agencia gubernamental que no discrimina por razón de edad, raza, color, sexo, origen social o nacional, impedimento físico o mental, condición social, ideas políticas o religiosas. La **SEGUNDA PARTE** certifica que no discrimina ni discriminará por ninguna de las razones especificadas ni por ninguna otra protegida por ley en la realización de los servicios contratados o sus gestiones de negocio. ─────────────────────────
*EIGHTEENTH: The FIRST PART is a government agency that does not, and shall not discriminate on the basis of age, race, color, sex, social origin, nationality, physical or mental impairment, social condition, political or religious ideas. The SECOND PART certifies that in the provision of the services contracted or business management, it does not discriminate, and it will not discriminate against any of the reasons specified or any other protected provision under the law. ─────────────────────────*

**DECIMANOVENA:** La **SEGUNDA PARTE** expresamente reconoce que éstas certificaciones son condiciones esenciales del presente contrato y de no ser correctas en todo o en parte las anteriores certificaciones, será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el contrato y la **SEGUNDA PARTE** tendrá que devolver y reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato. Todos los subcontratistas autorizados a prestar servicios bajo este contrato también deberán cumplir con los requisitos de certificaciones antes indicadas. ─────────────────
*NINETEENTH: The SECOND PART expressly recognizes that these certifications are an essential part of this contract, and if any of them or part of them are not true, the FIRST PART may withdraw from this contract, and the SECOND PART must reimburse the FIRST PART all the money that it received under this contract. All the subcontractors authorized to provide services under this contract must also comply with the certifications before mentioned. ─────────────────────────*

## VII. GARANTÍA
### WARRANTEES

**VIGESIMA:** Para las labores relacionadas a hongos, entre otras, una vez un evaluador designado por la **PRIMERA PARTE** determine que la **SEGUNDA PARTE** ha completado sus labores satisfactoriamente, conforme los estándares de la industria y el Gobierno local, se dará por completado la labor de la **SEGUNDA PARTE**. En ese momento, la **SEGUNDA PARTE** queda relevada de su responsabilidad relacionada a sus labores. La **PRIMERA PARTE** proveerá a la **SEGUNDA PARTE** copia del reporte del "Industrial Hygienist" una vez completado. ──────────

La **SEGUNDA PARTE** no será responsable por concepto de garantía después de que la **PRIMERA PARTE** haya firmado el documento de aceptación de trabajo completado firmado por la persona designada por la **PRIMERA PARTE**. ─────────────────────────
*TWENTY: For the labor related to mold, the work of the SECOND PART will be deemed completed once the evaluator designated by the FIRST PART determines that the SECOND PART has completed its work satisfactorily, according to the industry and government standards. At that moment the SECOND PART will be released of its responsibility related to its labor. The FIRST PART will provide the SECOND PART a copy of the Industrial Hygienist report once its completed. ─────────────────────────*

**VIGESIMAPRIMERA:** Todos los servicios provistos por la **SEGUNDA PARTE** serán de calidad profesional, conforme a las normas y prácticas generalmente aceptadas en la industria. ──────────
*TWENTY-FIRST: The services provided by the SECOND PART will be of professional quality, subject to the norms and industry standards. ─────────────────────────*

**VIGESIMASEGUNDA:** La **SEGUNDA PARTE** presentó los documentos que se enumeran a continuación que le son requeridos a todo contratista gubernamental por la Oficina del Contralor de Puerto Rico y otras agencias fiscalizadoras, acorde con la Carta Circular Núm. 1300-16-16, parte VII, párrafo E, del Departamento de Hacienda. ─────────────────────────

──── 1) Declaración Jurada certificando que no ha sido convicto de delito grave o menos grave en o fuera de Puerto Rico. ─────────────────────────
──── 2) Lista de contratos vigentes con agencias, municipios o instrumentalidades del Gobierno de Puerto Rico. ─────────────────────────

----3) Certificación Negativa de Caso de Pensión Alimentaria expedida por la Administración para el Sustento de Menores (ASUME) o plan de pago vigente.----------------------------------
----4) Certificado de incorporación. ----------------------------------------------------------------
----5) Certificado de existencia y/o "good standing".-------------------------------------------------
----6) Declaración jurada sobre no responsabilidad contributiva con el Gobierno de Puerto Rico.------
**TWENTY-SECOND:** *The SECOND PART presented the documents listed below, which are required of all government contractors by the Comptroller Office of Puerto Rico, and other agencies, in accordance with Circular Letter Num. 1300-16-16, part VII, paragraph E of the Treasury Department:*-------------------
  1) *Sworn Statement indicating that it has not been convicted of any crimes in and outside of Puerto Rico.*
  2) *List of current contracts with agencies, municipalities or other instrumentalities of the Government of Puerto Rico.*
  3) *Negative Certification of Owing Child Support issued by the Assistant Administration for Child Support (ASUME by its Spanish acronym), or a valid payment plan.*
  4) *Certificate of Incorporation or authorization to do business in Puerto Rico.*
  5) *Certificate of Good Standing.*
  6) *Sworn Statement of no debt certification in Puerto Rico.*

## VIII. RELEVO DE RESPONSABILIDAD:
## WAIVER OF RESPONSABILITY

**VIGESIMATERCERA:** La **SEGUNDA PARTE** se obliga a indemnizar, defender y relevar de responsabilidad a la **PRIMERA PARTE**, a sus funcionarios, oficiales y empleados de y contra cualquier reclamación que surja en virtud de las leyes locales y federales, así como de los reglamentos, ordenanzas y disposiciones relacionadas que surjan por cualquier acto u omisión de la **SEGUNDA PARTE** por no obedecer o desconocer los mismos. Esta exoneración y relevo se interpretará de la forma más favorable para la **PRIMERA PARTE** e incluye el relevo de pago de cualquier sentencia, penalidad o transacción, así como gastos de litigios, intereses u honorarios de abogados.----------------------------------------------------------------------------------------
**TWENTY-THIRD:** *The SECOND PART agrees to indemnify, defend, and hold harmless the FIRST PART, its directors, officials, and employees against any claimd that may arise by virtue of local and federal laws, and the regulations, ordinances, and dispositions that may arise due to any act or omission of the SECOND PART. This hold harmless will be interpreted in the most favorable manner towards the FIRST PART and shall include the waiver of payments of any judgement, penalties or assessment, as well as all litigation expenses, interest or attorney's fees.* --------

**VIGESIMACUARTA:** De igual forma y en las mismas circunstancias, la **SEGUNDA PARTE** se obliga a indemnizar, defender y relevar de responsabilidad a la **PRIMERA PARTE** por pérdida o daño alguno que pueda sufrir cualquier persona jurídica o natural, por razón o con motivo de la ejecución, operación o actividad objeto de este contrato y realizada por la **SEGUNDA PARTE**, incluyendo actuaciones de empleados o representantes autorizados de la **SEGUNDA PARTE**, en cuyo caso, acuerda relevar a la **PRIMERA PARTE** de cualquier reclamación en estas circunstancias. Esta exoneración y relevo se interpretará de la forma más favorable para la **PRIMERA PARTE** e incluye el relevo de pago de cualquier sentencia, penalidad o transacción, así como gastos de litigios, intereses u honorarios de abogados. ----------------------------------------------------
**TWENTY-FOUR:** *In the same manner and circumstances the SECOND PART agrees to indemnify, defend, and hold harmless the FIRST PART against any loss or damage that may suffer any natural or juridical person, due to the execution, operation or activity object of this contract, carried out by the SECOND PART, including its employees or authorized personnel, in which case the SECOND PART agrees to hold harmless the SECOND PART of any reclamation in these circumstances. This exoneration and hold harmless must be interpreted in the most favorable manner towards the FIRST PART and shall include the waiver of payments of any judgements, penalties, or assessment, as well as litigation expenses, interest or attorney's fees.* ------------

**VIGESIMAQUINTA:** La **SEGUNDA PARTE** desde ahora libera y exonera de toda responsabilidad a la **PRIMERA PARTE**, sus empleados, funcionarios, participantes e invitados por cualquier daño o pérdida que pueda sufrir cualquier propiedad de la **SEGUNDA PARTE**, si el daño o pérdida no es atribuible a negligencia u omisión de la **PRIMERA PARTE**. -------------------------------------
**TWENTY-FIFTH:** *The SECOND PART frees and exonerates the FIRST PART, its employees, directors, participants and guests of all responsibility cause by any harm or loss that the property of the SECOND PART may suffer, if the harm or loss cannot be attributed to the negligence or omission of the FIRST PART.* --

**VIGESIMASEXTA:** Las partes se relevan mutuamente por los daños y perjuicios que ocurran por el incumplimiento de las obligaciones contraídas en este Contrato y que esté directa o indirectamente relacionado a la ocurrencia de un evento de fuerza mayor. Para fines de este Contrato, se entenderá por fuerza mayor cualquier causa no atribuible a la culpa o negligencia, y que quede fuera del control, de la parte que reclame la ocurrencia de un evento de fuerza mayor. Entre éstos se pueden

enumerar, sin que esto sea una limitación: terremotos, huracanes (cuando no se han tomado las debidas previsiones o, a pesar de haberlas tomado, ocurren daños), tormentas, inundaciones, deslizamientos de tierra, fuegos y otros eventos de la naturaleza, siempre que sean razonablemente previsibles, explosiones, disturbios industriales o civiles, actos del enemigo público, guerra, bloqueos, boicots, motines, insurrecciones, y epidemias. Las partes tendrán el deber de tomar todas las medidas necesarias y a su alcance para minimizar la posibilidad de ocurrencia de daños en cualesquiera de los fenómenos mencionados, a las estructuras y facilidades objeto de este Contrato. La parte que reclame la ocurrencia de un evento de fuerza mayor tendrá que, dentro del término de cinco (5) días laborables, contados a partir de la ocurrencia de la alegada fuerza mayor, notificar la misma por escrito a la otra parte describiendo los pormenores del evento y su duración estimada. El peso de la prueba en cuanto a si ocurrió un evento de fuerza mayor o no, será de la parte que reclame que la misma ocurrió. ------------------------------------------------------------------------------------------

*TWENTY-SIXTH: The PARTIES mutually waive each other of the harms and damages that may occur due to the noncompliance of the obligations contracted in this contract and that are directly or indirectly related to the occurrence of force majeure. In this contract force majeure is defined as any cause that cannot be attributed to harm or negligence, and that is out of the control of the party claiming force majeure. It includes, without being a limitation: earthquakes, hurricanes (when the necessary precautions have not been taken, or damages occur even if the necessary precautions were taken), storms, floods, mudslides, fires, and other natural events, if they are reasonably predicable, explosions, industrial or civil disturbances, acts against public enemy, war, boycotts, blockades, riots, insurrections, and epidemics. The parties have the responsibility to take all the necessary precautions that are available to them to minimize harm to the structures and facilities that are the subject of this contract. The party that claims the occurrence of a force majeure event must do so within five (5) working days, computed from the time of the force majeure event, and must notify the occurrence in writing to the other party, describing the event and its estimated duration. The party claiming force majeure has the burden of proof of whether the even happened. ------------------------------------------------------------------*

**VIGESIMASEPTIMA:** Los acuerdos establecidos en esta sección continuarán en vigor aún después de la terminación de este contrato. --------------------------------------------------------------------------------------

*TWENTY-SEVEN: The agreements reached in this section will continue to be valid even after the termination of the contract. ---------------------------------------------------------------------------------------------------------*

**IX. SEGUROS:**
   **INSURANCE**

**VIGESIMAOCTAVA:** La **SEGUNDA PARTE** certifica que cumple y mantiene y mantendrán al día durante el término de este Contrato todas las pólizas de seguro aplicables, entre las que se encuentran: póliza del Fondo del Seguro del Estado para sus respectivos empleados y aquellas pólizas de seguro aplicables. -------------------------------------------------------------------------------------------
*TWENTY-EIGHT: The SECOND PART certifies that it complies and will maintain up to date, during the duration of this contract, all the applicable insurance policies, such as the state insurance fund for its employees. ---------------------------------------------------------------------------------------------------------------------*

**X. OFICINA DE GERENCIA PRESUPUESTO:**
   *OFFICE OF MANAGEMENT AND BUDGET*

**VIGESIMANOVENA:** Conforme a la Carta Circular 155-18 emitida por la Oficina de Gerencia y Presupuesto, se certifica que previo a la otorgación del contrato el mismo fue debidamente autorizado. ------------------------------------------------------------------------------------------------------------
*TWENTY-NINE: In accordance with Circular letter 155-18 by the Office of Management and Budget, it is certified that the contract was previously authorized before it was granted. ------------------------------------------*

**XI. SECRETARIA DE LA GOBERNACIÓN**
   *SECRETARY OF GOVERNMENT*

**TRIGESIMA:** Conforme al Memorando Núm. OSG-2018-002 emitida por la Secretaría de la Gobernación se certifica que previo a la otorgación del contrato el mismo fue debidamente autorizado. ------------------------------------------------------------------------------------------------------------
*THIRTY: In accordance with Memorandum Num. OSG-2018-002 issued by the Secretary of Government, we certify that this contract was authorized prior to being granted. -----------------------------------------------------*

**TRIGESIMAPRIMERA:** Servicios Interagenciales: Ambas partes contratantes reconocen y acceden a que los servicios contratados podrían ser brindados a cualquier entidad de la Rama Ejecutiva con la cual la entidad contratante realice un acuerdo interagencial o por disposición directa de la Secretaría de la Gobernación. Estos servicios se realizarán bajo los mismos términos y condiciones en cuanto a horas de trabajo y compensación consignados en este contrato. Para efectos de esta cláusula, el término "entidad de la Rama Ejecutiva" incluye a todas las agencias del

Gobierno de Puerto Rico, así como a las instrumentalidades y corporaciones públicas y a la Oficina del Gobernador. ----------------------------------------------------------------------------------------------
*THIRTY-ONE: Interagency Services: both parties recognize and agree that the services contracted could be provided to any entity of the Executive Branch with whom the SECOND PART carries out an interagency agreement, or by direct disposition of the Secretary of Government. The services would be provided under the same labor hours and compensation consigned in this contract. For this contract the term "Executive Branch" includes all the agencies of the Government of Puerto Rico, its instrumentalities, public corporations and the Governor's Office.* ----------------------------------------------------------------------------------------------

**TRIGESIMASEGUNDA: Terminación:** La Secretaría de la Gobernación tendrá la facultad para dar por terminado el presente contrato en cualquier momento. -------------------------------------------------------
*THIRTY-TWO: Termination: The Secretary of Government has the faculty to terminate this contract at any moment.* ----------------------------------------------------------------------------------------------

## XII. SUBCONTRATACIÓN:
SUB-CONTRACT

**TRIGÉSIMATERCERA:** La **SEGUNDA PARTE** no podrá subcontratar los servicios objeto de este Contrato, ni podrá contratar perito u otras personas, sin la previa autorización por escrito de la **PRIMERA PARTE.** Los subcontratistas autorizados conforme a esta cláusula tendrán que cumplir con los mismos requisitos exigidos a **LA SEGUNDA PARTE.** ------------------------------------------------------
*THIRTY-THREE: The SECOND PART cannot sub contract the services subject of this contract, or contract experts or other persons, without the written authorization of the FIRST PART. The authorized sub-contractors must comply with the same requirements as the SECOND PART.* --------------------------------------------------

## XIII. DISPOSICIONES GENERALES:
GENERAL DISPOSITIONS

**TRIGESIMACUARTA:** La **PRIMERA PARTE** o cualesquiera de sus funcionarios debidamente autorizados tendrá acceso a cualquier libro, documento, papel o registro de CONTRATISTA que esté directa o indirectamente relacionado con este contrato para efectos de auditoría, monitoria, investigación, transcripciones y cualquier otro asunto que entienda necesario. -------------------------------
*THIRTHY-FOUR: The FIRST PART or any of its authorized officials shall have access to any contract book, document, paper or registry that is directly or indirectly related with this contract for audit, investigate, monitoring purposes, or any other purpose it might be necessary.* ------------------------------------------------

**TRIGESIMAQUINTA:** La **SEGUNDA PARTE** conviene en conservar los informes y demás documentos relacionados con su labor para ser examinados o copiados por la Oficina del Contralor de Puerto Rico y cualquier otra agencia fiscalizadora debidamente autorizada en sus intervenciones. Además, la **SEGUNDA PARTE** se compromete a conservar dichos documentos por un período no menor de seis (6) años o hasta que se efectúe una intervención por la Oficina del Contralor o la agencia fiscalizadora, lo que ocurra primero. ------------------------------------------------------------------
*THIRTY-FIFTH: The SECOND PART agrees to conserve the reports and documents related to its labor so that they can be examined by the Office of the Comptroller, and any other authorized agency. The SECOND PART agrees to conserve said documents for a period of at least six (6) years or the intervention by the Office of the Comptroller or the authorized agency occurs, which ever happens first.* --------------------------------------

**TRIGESIMASEXTA:** Los precios ofrecidos de la **SEGUNDA PARTE** y aceptados por la **PRIMERA PARTE** regirán durante la vigencia del contrato. El mismo no variará bajo ninguna circunstancia. -----
*THIRTY-SIX: The prices offered by the SECOND PART and accepted by the FIRST PART will be in effect during the effectiveness of the contract. They will not be changes under any circumstance.* ----------------

**TRIGESIMASEPTIMA:** La **SEGUNDA PARTE** acuerda que todo dato e información de la **PRIMERA PARTE** será salvaguardando con el mismo grado de cuidado y confidencialidad que la **SEGUNDA PARTE** da a sus datos de propiedad. -----------------------------------------------------------------------

La **SEGUNDA PARTE** ni cualquiera de sus empleados o agentes, podrán divulgar, transferir, asignar, vender, autorizar, conceder franquicia, subarrendar o de cualquier forma transmitir los datos e información de la **SEGUNDA PARTE** en forma alguna a terceras partes, persona u organización excepto que sea específicamente acordado por escrito con la **PRIMERA PARTE.** ------------------------------

En caso de que la **SEGUNDA PARTE** intente usar o transmitir parte de los datos e información de la **PRIMERA PARTE** en una forma contraria a los términos de este contrato, la **PRIMERA PARTE** tiene el derecho, además de cualquier otro remedio disponible a éste, de obtener un interdicto de prohibición con relación a estos actos, de reconocerse que otros no son adecuados. -------------------------
*THIRTY-SEVEN: The SECOND PART agrees that all information and data of the FIRST PART will be guarded with the same care and confidentiality that the SECOND PART gives its data.* ---------------------

Neither the SECOND PART nor any of its employees or agents can divulge, transfer, assign, sell, authorize, lease, sub lease or transfer in any matter the data and information of the FIRST PART to third persons, except when it is agreed upon in writing. ------------------------------------------------------------------------------------------------
The FIRST PART has the right to file an injunction, or any other legal remedy available, in case the SECOND PART tries to use or transmit any data or information in a way that his contrary to what has been stipulated. ----

**TRIGESIMAOCTAVA:** La **SEGUNDA PARTE** deberá mantener vigente y al día una póliza de seguro de compensación por accidentes del trabajo emitida por la Corporación del Fondo del Seguro del Estado para todos sus empleados que de alguna manera u otra intervengan en la realización de las obligaciones contraídas en este contrato y por un mínimo de un millón de dólares ($1,000,000.00) ----
***THIRTY-EIGHT:*** *The SECOND PART must maintain a workmen's compensation of at least one million dollars ($1,000,000.00) issued by the State's Insurance Fund Corporation for all its employees that intervene in the realization of the obligations contracted in this contract.* -----------------------------------------------------------------------

## XIV. DEPARTAMENTO DE JUSTICIA:
## JUSTICE DEPARTMENT

**TRIGESIMANOVENA:** conforme requiere la Carta Circular 2009-01 del Departamento de Justicia. La **SEGUNDA PARTE** certifica lo siguiente por lo cual estampa sus iniciales en cada uno de los incisos:

1. La **SEGUNDA PARTE** certifica que no ha sido convicta ni se ha encontrado causa probable para su arresto por ningún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública. -------------------------------------------

2. La **SEGUNDA PARTE** certifica que ni ella ni ninguno de sus accionistas, socios u oficiales ha sido convicto ni se ha encontrado causa probable para su arresto por ningún delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad       pública.----------------------------------------------------------------------------------------------

3. La **SEGUNDA PARTE** acepta y reconoce que se resolverá el contrato, en caso de que se encuentre causa probable para su arresto por la comisión de un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. -----------------------------------------------------------------------------------------

4. La **SEGUNDA PARTE** acepta y reconoce su deber de informar de manera continua, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. Se establece que esta obligación es de naturaleza continua durante todas las etapas de la contratación y ejecución del contrato. ------------------------------------------------------------------------------------------

5. La **SEGUNDA PARTE** certifica que durante los 10 años previos a la formalización del contrato no ha cometido un delito contra el erario, la fe o la función pública, contra el ejercicio gubernamental o que involucre fondos o propiedad pública, en el ámbito federal o estatal. En los casos donde no se haya determinado la causa probable para arresto, alegación de culpabilidad ni acusación contra el contratista, pero se hayan realizado expresiones o admisiones de delito, el jefe de la Agencia tendrá que remitir el asunto al Secretario de Justicia quien realizará las determinaciones y recomendaciones pertinentes en cuanto a dicho contratista. ----------------------------
***THIRTY-NINE:*** *In conformity with Circular Letter 2009-01 of the Justice Department the SECOND PART certifies the following, and therefore initializes each of the statements below:*

*1. The SECOND PART certifies that it has not been convicted, or probable cause for arrest has been found, for crimes against the treasury, faith or public function, government functioning, or crimes that involves public property or funds.*

*2. The SECOND PART certifies that it or any of its chairholders, partners or officials have not been convicted, or probable cause for arrest has been found, for committing a crime against the treasury, faith or public function, government functioning, or crimes that involve public funds or property.*

*3. The SECOND PART accepts and recognizes that this contract will be terminated if probable cause for arrest is found for committing crimes against the treasury, faith or public functioning, government functioning, or crimes that involve public funds and property, at the state and federal level.*

*4. The SECOND PART accepts and recognizes its duty to continuously inform, during the effectiveness of this contract, any event that results in the investigation of a crime against the treasury, faith or government function, or crimes that involve public funds or property, at the state or federal level. This obligation is ongoing and must be followed during all the contracting and executing stages of the contract.*

*5. The SECOND PART certifies that during the last ten (10) years previous to the formalization of this contract it has not committed any crimes against the treasury, faith or public function, government*

functioning, or crimes that involve public funds or property, at the state or federal level. If probable cause for arrest has not been determined, but expressions or admittance of guilt have been made, the Director of the Agency must refer the issue to the Secretary of Justice, who will make the necessary determinations and recommendations.

## XV. JURISDICCIÓN Y COSTAS LEGALES:
### *JURISDICTION AND LEGAL FEES*

**CUADRIGÉSIMA:** Las leyes del Gobierno de Puerto Rico, así como las leyes y reglamentos federales aplicables son las que gobiernan este contrato.  De tener que acudir a un Tribunal de Justicia, cualquiera de las partes, de antemano pactan que se someterán a la jurisdicción del Tribunal General de Justicia de Puerto Rico, en cuanto a las costas legales, las mismas serán determinadas y pagadas de acuerdo con lo que el Tribunal estipule. -------------------------------------
*FORTY: This contract shall be construed and interpreted in accordance to the laws of the Government of Puerto Rico, as well as any applicable Federal rules and Regulations.  Each party hereto submits to the jurisdiction of the Court of First Instance of the Government of Puerto Rico, and any legal costs shall be determined and paid in accordance to the Court's stipulations. -------------*

## XVI. SEPARABILIDAD:
## SEPARATENESS:
**CUADRIGÉSIMAPRIMERA:** Las Partes estipulan que las cláusulas y condiciones de este contrato son independientes y separadas entre sí y que la nulidad de una o más de las cláusulas del mismo no afectará la validez de las demás cláusulas y condiciones aquí establecidas las cuales se obligan a cumplir. De surgir una discrepancia entre el presente contrato y sus anejos, prevalecerá el presente contrato:  igualmente, de surgir una controversia entre lo redactado en español y aquello redactado en inglés, prevalecerá lo redactado en inglés -----------------------------------------------------
*FORTY-ONE: If any provision of this contract is held invalid under any applicable statute or rule of law, such invalidity shall not affect other provisions of this contract and to this end, the provisions of this contract are agreed to be separable.  Should a discrepancy arise between the English and Spanish version of this contract, the English version shall prevail. ---------*

### ACEPTACIÓN
### *ACCEPTANCE*

**Y PARA QUE ASÍ CONSTE,** las partes aceptan este Contrato después de haber leído el mismo en todas sus partes y manifiestan estar de acuerdo con su redacción por estar conforme con todo lo estipulado y lo ratifican firmándolo y estampando sus iniciales en el margen izquierdo de cada hoja del contrato, hoy __ de _____ de 2018.
*IN WITNESS WHEREOFF, the parties accept this contract as drafted because it has been drawn in accordance with their stipulations, agreement terms and conditions and ratify it by signing and initializing each page on the left side, today ___ of _____ of 2018.*

Lcda. Glorimar de L. Andujar Matos
Secretaria quien delegó su firma en la
Subsecretaria, Sra. Evelyn Velázquez Vega
Departamento de la Familia

Paul Suchowski
Representante
BELFOR USA Group, Inc.

SEGUNDA PARTE

**PRIMERA PARTE**

Yo, Corally Veguilla Torres, Abogado del Departamento de la Familia Certifico que he revisado este contrato en todos sus pormenores y habiendo encontrado el mismo satisfactorio desde el punto de vista legal, recomiendo su firma.

_____                    10/2/18
Firma                                                      Fecha

# **EXHIBIT C**

Certified Translation of *Jaap Corp v. State Dept.*, 187 D.P.R. 730, 739; 2013 PR Sup. LEXIS 9, 10 (P.R. 2013)



Positive
As of: October 31, 2020 11:27 PM Z

## *Jaap Corporation, Appealed v. State Department, et als., Petitioner*

Puerto Rico Supreme Court

February 1, 2013

CC-2011-719

**Reporter**
187 D.P.R. 730 *; 2013 PR Sup. LEXIS 9 **; 2013 TSPR 11

Jaap Corporation, Appealed v. State Department et al., Petitioner

**Previous History: [**1]** Subject matter: Contracts - Prohibition of retroactive contracting between government and private entity.

period from 1 June 2005 to 30 June 2006. This action compromised the funds for a fiscal year for the payment of an obligation unlawfully incurred in a previous fiscal year; [an] act that was performed in contravention of Article 8(a) of Law No. 230, *3 L.P.R.A. s. 283g(a).* This contract proved ineffective. The State could not make a disbursement of public funds in contravention of the law and the interpretative jurisprudence of the strict requirements they applied to government contracting. Accordingly, the State Department was not ordered to comply with the contract.

## Case Summary

### Procedural Posture
The State Department filed a certiorari appeal and argued that the Court of Appeals, San Juan Judicial Region erred partially in confirming the sentencing court. It argued that the Court of First Instance erred in ordering the payment of an alleged debt which was not supported by a contract duly perfected under the rules applicable to government contracting.

### Result
The ruling under appeal issued by the Court of Appeals as regards the payment of rental fees to the appellant was revoked in part for an amount of up to $116,459.11.

### Main Terms

Contract, lease, court, contracting, funds, writing, July, floor, law, governmental, up to, payment, without, third, municipality, as, was, work, administration, case, how much, since, June, against, which, entity, disbursements, government, period, private

### Description
Performing a job before having a written contract violates the concepts of government contracting that propose sound public administration and control in the disbursements of public funds. In applying the above rules, the Forum ruled that the claim of the appellee was not enforceable. The disputed claim was based on a contract awarded on July 18, 2007 to cover the rental fees corresponding to the

## LexisNexis thesis ®

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

Governments > State & Territorial
Governments > Finance

**HN1[↓] State & Territorial Governments, Finance**

See *P.R. Const. Art. VI, No. 9*.

Governments > State & Territorial
Governments > Finance

**HN2[↓] State & Territorial Governments, Finance**

*P.R. Const. Article VI, Paragraph 9* obliges the State to manage public funds with the highest ethical and fiduciary principles.

Governments > State & Territorial
Governments > Finance

**HN3[↓] State & Territorial Governments, Finance**

See *3 L.P.R.A. No. 283a(b)*.

Governments > State & Territorial
Governments > Finance

**HN4[↓] State & Territorial Governments, Finance**

The public policy of Law No. 230, *3 L.P.R.A. No. 283a(b)* requires that public expenditure and public funds be legitimate and legal and promote the maximum economy and optimal use of public resources and that government expenditure be made within a framework of utility, necessity and austerity.

Governments > State & Territorial
Governments > Finance

**HN5[↓] State & Territorial Governments, Finance**

Law No. 230, *3 L.P.R.A. No. 283a* is intended to create prior control of all government operations so that each government entity can plan its budget and governance programs.

Governments > State & Territorial
Governments > Finance

**HN6[↓] State & Territorial Governments, Finance**

See *3 L.P.R.A. s. 283h(a)*.

Governments > State & Territorial
Governments > Finance

**HN7[↓] State & Territorial Governments, Finance**

See *3 L.P.R.A. sec. 283g(a)*.

Governments > State & Territorial
Governments > Finance

**HN8[↓] State & Territorial Governments, Finance**

The concept of "obligation" is defined in Article 3(k) of Law No. 230, *3 L.P.R.A. No. 283b(k)* as a commitment made that is represented by a purchase order, Contract or similar document, pending payment, signed by the competent authority to encumber the assignments, and which may become in the future an enforceable debt.

Governments > State & Territorial
Governments > Finance

**HN9[↓] State & Territorial Governments, Finance**

The provision of sound administrative public policy requires government contracts to meet the following requirements: (1) it be put in writing 2) a faithful record is kept with a prima facie view of establishing its existence; 3) a copy is sent to the Comptroller's Office as a means of double proof of its granting, terms and existence; and 4) that the certainty of time is accredited, that is, having been carried out and granted 15 days before. This contracting rule applies to municipal contracts with private entities. However, this standard has not only been applied using laws and regulations applicable to municipalities, but has also been extended to state government contracting by the State.

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ◆ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

Governments > State & Territorial
Governments > Finance

## HN10[⬇] State & Territorial Governments, Finance

Any contract between a private entity and the State must be in writing in order for it to have binding effect between the parties. This requirement is indispensable because it has an unavoidable dimension of sound public administration, insofar as it allows to safeguard the interests of the contracting parties against non-compliance, allows the orderly use of municipal funds, avoids uncertainty in the preparation of the municipal budget and makes it possible to properly identify the item against which public disbursements will be made in compliance with the law.

Governments > State & Territorial
Governments > Finance

## HN11[⬇] State & Territorial Governments, Finance

The written contract is a prophylactic mechanism aimed at preventing fraudulent and illegal payments and claims.

Governments > State & Territorial
Governments > Finance

## HN12[⬇] State & Territorial Governments, Finance

Performing a job before having a written contract violates the concepts of government contracting that seeks sound public administration and control in the disbursements of public funds.

Governments > State & Territorial
Governments > Finance

## HN13[⬇] State & Territorial Governments, Finance

It is necessary for a private entity to ensure that a written contract is obtained prior to the execution of a work or the provision of mutual and bilateral obligations.

Governments > State & Territorial
Governments > Finance

## HN14[⬇] State & Territorial Governments, Finance

A retroactive contract presupposes one of two (2) situations: (1) that there was a verbal contract between the State and the private entity and the private entity was executing or providing benefits without having a written agreement; or 2) that there simply was no contract while the private entity provides benefits to the State, hoping that one day the government will award a contract in the entity's favor and pay for their goods or services. Either of the two situations above promotes the non-granting of written contracts while attempting to create obligations to encumber public fund allocations. This is undoubtedly contrary to the government contracting rule which requires contracts between the government and a private entity to be governed solely by written contracts.

Governments > State & Territorial
Governments > Finance

## HN15[⬇] State & Territorial Governments, Finance

Retroactive contracting of the lease of a good is not only outside municipal contracting regulations, but is also at odds with government contracting in general. Certainly, retroactive government contracting makes ineffective any control prior to the formation of a Government obligation, which is contrary to the public policy set out in Article 2(e) of Law No. 230, *3 L.P.R.A. No. 283a(e)*. This practice also prevents third parties such as the Office of the Controller from complying with the public policy of Law No. 230 and that citizens may obtain the written contract to pass judgment on the contract, since the contract is written and published after the execution and consummation of the obligations established therein.

**Lawyers:** Court of Appeals: San Juan Judicial Region.

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 – ⬧ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ⬧ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

Office of the Attorney General: Atty. Irene Soroeta Kodesh Solicitor General; Atty. Leticia Casalduc Rabell Assistant Attorney General.

Lawyer of the Appealed: Atty. Carlos A. Piovanetti Rivera.

**Judges:** Opinion of the Court issued by Associate Judge Mrs. Pabón Charneco.

**Opinion By:** Pabón Charneco

# Opinion

[*733] Opinion of the Court issued by Associate Judge Mrs Pabón Charneco

In San Juan, Puerto Rico, as of February 1, 2013.

Today, instead of assessing the validity of the retroactivity of a Work Contract executed by a municipality and a private body - as we did in *ALCO Corp. v. Mun. de Toa Alta, 2011 TSPR 180, 183 D.P.R. 530, 2011 Juris P.R. 185 (2011)* -, it is for us to examine the validity of a Lease Contract retroactively agreed by the State and a private entity. [*734] Specifically, we must determine whether the payment of rent fees proceeds under a Contract that was awarded after the use and enjoyment of the property in question. We resolve, *a priori,* that retroactive government contracting is contrary to our government contracting precepts [**2] that propose sound public administration.

I

On July 28, 2009, Jaap Corporation (hereinafter Jaap or under appeal) filed a Declaratory Judgment and Money Collection Lawsuit against the Government of Puerto Rico. It arises from the facts stipulated by the parties, that the State Department leased to Jaap floors three (3) and four (4) of building number 151 of Fortaleza Street corner San José Street in Old San Juan. Each floor was leased through separate contracts. The leasing of the

third floor was agreed through Contract No. 2001-000043, which was signed on October 27, 2000. However, it was provided that the Contract would enter into effect from 16 January 2000 and would run until 30 June 2000. The parties also agreed that

> if at maturity neither contracting party has notified the other of its intention to amend or resolve it, it shall be deemed renewed without prior notification by both parties, for successive economic years from the first of July up to a maximum of five (5) years or up to a maximum of ten (10) years are completed if the contract corresponds to offices and units located in the United States [**3] or foreign country including renewals.[1]

There is no controversy as to that this Agreement was filed with the Comptroller's Office.

[*735] After five (5) years, Jaap began a series of communications aimed at entering into another Lease Agreement. In one of the letters, the corporation noted that the Contract for the offices of the Examining Boards located on the third floor of the building in question had expired since January 2005.[2] According to the appellant, the parties began negotiations and discussions on the execution of a new Contract. In fact, on the 1st of July 2005 a document was drafted titled "Office Space Lease Agreement for Five Years or Less or Up to 10 Years" for third-floor rental.[3] That document would enter into effect on "July 1, 2005, subject to approval by the General Services Administration".[4] It also provided that it would govern contractual relations until June 30, 2006.[5] However, although it contains on the left side the initials "W.G.A." and "C.E.D.", this document was never signed by the parties; nor was it approved by [**4] the General Services Administration.[6]

---

[1] Joint Motion of Stipulated Facts, Stipulation No. 5.

[2] Id., Stipulation No. 8.

[3] Id., Stipulation No. 7.

[4] Id.

[5] Id.

[6] According to Stipulation No. 7, "[t]he first two folios of the document do not contain any signatures, while the subsequent five (5) folios titled "Leaves of

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

187 D.P.R. 730, *735; 2013 PR Sup. LEXIS 9, **4

It was not until July 18, 2007, that the parties finally signed Contract No. 2008-000009 concerning the lease of floor three (3). In that agreement, the parties agreed that the State Department would compensate Jaap for an amount of one hundred and sixteen thousand four hundred and fifty-nine dollars with eleven cents ($116,459.11); corresponding to the lease of the third floor from July 1, 2005 to June 30, 2006.

However, it arises from the record that although the State Department occupied the third floor from June 1, 2005 to February 1, 2008, this government entity never issued payment for the lease of floor three (3) corresponding to the rent for this period. According to the appealed, the rent owed amounts to a total of three hundred and twenty-five hundred and twenty-one [**5] dollars with forty-six cents ($320,521.46). On May 12, 2008 and December 30, 2008, the two (2) Directors of the Office of Legal Affairs of the State Department, attorneys Lourdes Adrienne Robles Torres and Patricia A. Castaing Lespier, signed letters to Jaap's legal representation acknowledging the entire debt of that agency.

Therefore, Jaap filed a complaint for collection of monies against the State Department. After several procedural incidents, the Court of First Instance ruled, as far as the third-floor complaint was concerned, that there was no dispute that the parties awarded a Lease Agreement on July 18, 2007 to compensate Jaap for the sum of one hundred and sixteen thousand four hundred and fifty-nine dollars with eleven cents ($116,459.11) and thus settle the existing debt for the rent from July 1, 2005 to June 30, 2006. In addition, under the same Contract No. 2008-000009, it determined that the third-floor lease was extended by the term of the Contract until July 30, 2007. It further ruled that the State Department remained [**6] occupying floor three (3) until February 2008, with Jaap's acquiescence, for which the doctrine of tacit reconduction had operated. Finally, the Court of First Instance declared the Complaint Granted and ordered payment of the entirety of the claim.

Not satisfied, the State Department appealed to the Court of Appeals. It argued that the debt was not

_____

Continuation" contains the signature of Mr. Carlos E. Cortés Díaz".

supported by a duly completed Contract, in accordance with government contracting regulations. [*737] Similarly, it argued that the rule of tacit reconduction could not be applied in this case because it works against the public interest and the proper management of State funds.

The controversy having been filed, the Court of Appeals ruled that the payment of rent fees accrued retroactively for the period from July 1, 2005 to June 30, 2006 was justified. It reasoned that Contract No. 2008-000009 was put in writing and met the other requirements required for government contracting. With regard to the retroactive accounting of the Contract, the intermediate appeals court understood that the only provision of law preventing retroactive government contracting [**7] is Law No. 237-2004, which did not apply to the present case by regulated only the contracting of professional or advisory services, but does not govern contracts for the Leasing of Things.[7]

*A contrario sensu*, as regards the period from July 1, 2006 to July 30, 2007, the court ruled *a quo that* Contract No. 2008-000009 lacked an essential element of the Lease Agreements: exact price. That is to say, the Court of Appeals interpreted that a lease fee agreed to for the period from July 1, 2006 to July 30, 2007 did not arise from that agreement. It also provided that any effort to establish a lease price or fee, at best, would lead to speculation.

As regards the occupation of the third floor during the period from August 1, 2007 to February 29, 2008, the Court of Appeals overturned the ruling of the Court of First Instance. The interim appeals forum [**8] concluded [*738] that tacit reconduction did not apply because this would amount to preparing a new Contract without complying with stringent requirements and formalities such as written and express consent - not tacit - and registration of the Contract with the Office of the Controller. According to the intermediate appeals court, allowing the application of the doctrine of tacit reconduction would create an exception to the rules of

_____

[7] The State Department did not argue before the Court the applicability of Law No. 237-2004; for that reason, we refuse to make an interpretation of that statute on this occasion.

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 – ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

government contracting that would allow the disbursement of public funds without requiring compliance with government contracting rules that aim to protect the State's fiscal resources from waste, prevarication, favoritism and risks of non-compliance.

In summary, the court *a quo* partially upheld the sentencing court as regards rent fees for the period July 2005 and June 30, 2006. *A contrario sensu*, it overturned the court of instance as regards the granting and corresponding disbursement of public funds for the payment of charges for the period from July 1, 2006 to July 30, 2007, due to the contract lacking a set price. It also overturned the court [**9] of instance as to the use of public funds to pay rent fees from July 1, 2006 to February 2008, under tacit reconduction.

Dissatisfied with the determination of the Court of Appeals, the State Department filed the appeal of *certiorari* that we are dealing with. In this, it raises the following error:

> The Court of First Instance erred in ordering the payment of an alleged debt which is not supported by a contract duly perfected in accordance with the rules applicable to government contracting.

Having addressed the request for *certiorari,* on December 9, 2011, we agreed not to issue the appeal of caption. However, on February 3, 2012, we issued the order upon [*739] reconsideration. With the benefit of the appearance of both parties, we proceed to resolve the recourse of record.

Ⅱ

Any disbursement of funds in our country is subject to the following constitutional imperative:

> *HN1*[⬆] Public properties and funds will only be provided for public purposes and for the support and functioning of State institutions, and in any case by legal authority. Article VI, Sec. 9, Const. P.R., L.P.R.A., Volume 1.

We have been consistent in reiterating [**10] that *HN2* [⬆] this constitutional provision obliges the State to manage public funds with the highest ethical and fiduciary principles. See, for example, *Lugo v. Guayama Township, 2004 TSPR 166, 163 D.P.R.*

*208, 2004 Juris P.R. 171 (2004)*; *Hatton v. Mun. of Ponce, 134 D.P.R. 1001, 1994 Juris P.R. 2 (1994)*; *Mar-Mol Co., Inc. v. Adm. Servicios Gens., 126 D.P.R. 864, 1990 Juris P.R. 111 (1990)*.

In order to comply with this constitutional provision, the Legislative Assembly has passed legislation designed to impose fiscal and government contracting controls, so that government structures comply with this constitutional mandate of sound administration of public funds. Thus, for example, Law No. 230 of July 23, 1974, as amended, known as the Puerto Rico Government Accounting Act, *3 L.P.R.A. sec. 283* establishes the public policy of the State in relation to the control and accounting of funds and public property. In general, the public policy embodied in this law is that the government's accounting

*HN3*[⬆] provides the necessary financial information for the administration of government operations and for the preparation and implementation of the budget, and constitutes effective control [*740] [**11] over government income, disbursements, funds, property and other assets. Article 2(b) of Law No. 230, supra, *3 L.P.R.A. sec. 283a(b).*

Also, in *RDT Const. Corp. v. Comptroller I, 141 D.P.R. 424, 451 (1996)* we note that[⬆] the public policy of Law No. 230 *supra* requires

> that public expenditure and funds are legitimate and legal and promote maximum economy and optimal use of public resources and that government expenditure is made within a framework of usefulness, necessity and austerity. (Emphasis in original.)

*HN5*[⬆] This legislation is also intended to create "**pre-control** of all government operations" so that each government entity can plan its budget and governance programs. Article 2(e) of Law No. 230, *supra 3 L.P.R.A. sec. 283a(e).* Article 9(a) of the Statute provides:

> *HN6*[⬆] The dependencies shall order obligations and disbursements of their public funds solely to compel or pay for services, supplies of materials and equipment, claims or other concepts that are authorized by law. The Secretary shall account for the obligations and make or account for disbursements through

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 – ◆ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



documents submitted by the units, **[\*\*12]** which shall be previously approved for obligation or payment by the head of the relevant unit or by the official or employee designated by the latter as its authorized representative. *3 L.P.R.A. sec. 283h(a)*. (Emphasis added.)

Similarly, Article 8(a) of Law No. 230 supra *provides* that

*HN7* [⬆] All allocations and funds authorized to address matters of an economic year shall apply exclusively to the payment of **expenses legitimately incurred** during the respective year or to the **payment of legally contracted** obligations duly entered in the books. . . . *3 L.P.R.A. sec. 283g(a)*. (Emphasis supplemented).

*HN8*[] The concept of "obligation" is defined in Article ⬆ 3(k) of Law No. 230, *supra* as **[\*741]** "a commitment made that is represented by purchase order, Contract or similar document, pending payment, signed by the competent authority to encumber the allocations, and which may in the future become callable debt". *3 L.P.R.A. sec. 283b(k)*. It is apparent from the abovementioned provisions of law that the Power of the State to disburse public funds is limited by the procedures and provisions laid down in the laws. Moreover, as **[\*\*13]** we will see later, they are also contingent on the precepts of sound public administration outlined in our jurisprudence. See, for example,, *Mun. Quebradillas v. Corp. Salud Lares, 2011 TSPR 27, 180 D.P.R. 1003, 2011 Juris P.R. 32 (2011)*; *Colón Colón v. Mun. de Arecibo, 170 D.P.R. 718 (2007)*; *De Jesús González v. A.C., 148 D.P.R. 255 (1999)*.

Since *Ocasio v. Municipality of Maunabo, 121 D.P.R. 37 (1988)*, we have interpreted that [⬆] the precept of sound administrative public policy requires government contracts to meet the following requirements: (1) they be put in writing; (2) a faithful record is maintained with a *prima facie view* to establishing its existence; (3) a copy is forwarded to the Office of the Controller as a means of a double record of its grant, terms and existence; and 4) that the certainty of time, that is, to have been executed and granted fifteen (15) days before, is credited. Id., p. 54. On that occasion, we applied this contracting rule to municipal contracts with private entities.

However, there is no doubt that this rule has not only been applied using laws and rules applicable to municipalities, but we have also extended it to government contracting by the State. *See CMI Hospital v. Dpto. Salud, 2007 TSPR 99, 171 D.P.R. 313, 2007 Juris P.R. 105 (2007)*.

Thus **[\*\*14]**, and moving away from the general rule of contracts, we have established that [⬆] any Contract between a private entity and the State must be in writing for it to have a binding effect between the parties. *Colón [\*742] Colón v. Mun. de Arecibo, supra, 725-726*. This requirement is essential because

> it has an unavoidable dimension of sound public administration, insofar as it safeguards the interests of the contracting parties from non-compliance, allows the orderly use of municipal funds, avoids uncertainty in the preparation of the municipal budget and makes it possible to adequately identify the item against which public disbursements will be made in compliance with the law. *Colón Colón v. Mun. de Arecibo, supra*, p. 730.

In addition, [⬆] the written Contract "constitutes a prophylactic mechanism aimed at preventing fraudulent and illegal payments and claims". Id.

However, in *Mun. Quebradillas v. Corp. Salud Lares, supra,* we examined whether an action to collect money could be taken by a municipality against a corporation, even if it does not exceed contract between the parties. On that occasion we concluded that, although there was no written contract, **[\*\*15]** a municipality has the right to recover the public money it incorrectly disbursed through a null and void agreement. Id., 1015-1016. We base our opinion on the fact that "we would be leaving in private hands, public funds that do not belong to it". Id. In this way we clarify that our reasoning in cases of government contracting is not merely based on favoring municipalities or the State, but we evaluate each case under the crucible of sound administration and protection of public funds.[8]

---

[8] For this purpose we provide that

> Not making the distinction when it is a public entity that claims would allow an unscrupulous official to favor certain contractors, paying them in advance for services, but without a contract

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –⬧ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ⬧ Translations & More: 787-637-4906*
*Targem Translations Inc.*

Joan Hoffman

[*743] The last time we expressed ourselves regarding government contracting was in *ALCO Corp. v. Mun. de Toa Alta, supra.* [**16] The controversy in that case arose when ALCO obtained the good faith adjudication of a Work Contract bid to pave an area in the Municipality of Toa Alta. Although it did not obtain a written contract, ALCO began to execute the work, that being, paving. It was not until after completing the paving work that the parties executed the written Agreement. There was no doubt that the Municipality sent a copy to the Office of the Comptroller and it was recorded in the municipal books. After several attempts to collect from the Municipality, ALCO filed a claim for collection of monies with the Court of First Instance. That court dismissed the Complaint summarily on the understanding that the strictness of the contracting requirements with the municipalities prevented ALCO from charging for work performed prior to the execution of the written contract. The Court of Appeals upheld the sentencing court and ruled that "otherwise it would upset the system of public funds disbursement controls . . . because it would lend itself to validate agreements reached between contractors and municipalities without complying with the process established by our laws." *ALCO Corp. v. Mun. de Toa Alta, supra,* p. [**17] 553.

We use that opportunity to strongly reject the validation of retroactive Municipal Contracts. In this regard, we conclude that it was necessary to enter into a written contract prior to the execution of the work. *"Otherwise, the public interest of regulating site inspections and restricting subcontracting parameters, among other precautionary measures would be ignored."* (Emphasis in Original). *ALCO Corp. v. Mun. de Toa Alta, supra, p.* 551 Specifically, we established that validating a retroactive Contract could encourage a contractor to perform the work prior to the execution of the Written Contract as a pressure measure for the future execution of the Contract. Id., [*744] p. 543. We also reasoned that validating retroactive contracts prohibits a contractor from performing the work and waiting for the administration of the municipality to change to validate its action.

---

written, with the intention that when the money collection legal process begins, it may be filed as a defense that the contract does not meet the formal requirements required by law and the contractor does not have to return what was illegally paid to it. *Mun. Quebradillas v. Corp. Health, 2011 TSPR 27, 180 D.P.R. 1003, 1016, 2011 Juris P.R. 32 (2011).*

So, to validate that theory

would reward anyone who conspires with a corrupt official in the municipality to not follow the rules of sound public administration, aware that as soon as the work is completed, they will be entitled to claim compensation regardless that they did not follow the law when hiring. Id., p., [**18] 544.

In addition, in interpreting Article 8.004 of Law No. 81 of August 30, 1991, as amended, known as the Law on Autonomous Municipalities of the Commonwealth of Puerto Rico of 1991, *21 L.P.R.A. sec. 4354,* we ruled that this action "committed the funds of one fiscal year, for the payment of an **obligation unlawfully incurred** in an earlier fiscal year". Id., p. 543. (Emphasis added.)

Finally, we conclude that [🔼] to perform a work before having a written contract violates the concepts of government contracting that propose sound public administration and control in the disbursements of public funds.

In accordance with the foregoing, we proceed to apply the grounds outlined to the present case to determine whether the rent on the third floor of the leased property proceeds, under a Lease Agreement which was granted after the use and enjoyment of the property in question.

III

Accordingly, today, instead of evaluating the validity of a Work Contract granted retroactively by a municipality and a private institution as we did in *ALCO* [*745] *Corp. v. Mun. de Toa Alta, supra,* we must examine the validity of a retroactively agreed Lease Contract [**19] by the State and a private entity.

The State Department argues that retroactive contracts are contrary to government contracting regulations because they favor verbal agreements, which is outside the law and our pronouncements. It therefore understands that the claim in this case is not enforceable on the basis of a retroactive contract executed on July 18, 2007, to cover rent fees for the period from July 1, 2005 to June 30, 2006.

*A contrario sensu*, Jaap argues that the third (3rd) floor of the building in question was originally leased by Contract No. 2001-000043, which had

Certified to be a true and exact translation from the source text in Spanish to the target language English.
4/November/2020 – ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906
Targem Translations Inc.

Joan Hoffman



validity from January 16, 2000 to June 30, 2000. The appealed further argues that the lease in question was covered by the original Agreement because in Clause Three (3) it specifies that if neither party notified the other of its intention to amend or terminate it, it would automatically renew for five (5) years or ten (10) if the property was located in the United States. The position of the corporation is that the State Department occupied floor three (3) for a period **[\*\*20]** of time that was covered by the automatic renewal clause provided for in Contract No. 2001-000043 and that this Agreement could be extended for ten (10) years, until January 15, 2010. Finally, it alleged that Contract No. 2008-000009 had the limited effect of formalizing the automatic renewal agreed in the first Contract. We differ.

After examining the entire file, we cannot conclude that there was an automatic renewal of lease No. 2001-000043. We find no evidence or legal basis on the record that supports Jaap's position. Our **[\*746]** conclusion is evident when considering Contract No. 2008-000009, which provides:

> **FOURTH:** The **DEPARTAMENT and JAAP Corporation** entered into a third-floor lease contract of the former Marshall Building in Old San Juan (automatically renewable for five consecutive years) on January 16, 2000 and on **January 15, 2005, the term of the contractual agreement ended** (emphasis added). Contract No. 2008-000009, p. 3.

> **FIFTH:** That the contract between the parties having expired, **JAAP Corporation** consented and agreed that the **DEPARTMENT** would continue to occupy the third floor of the aforementioned **[\*\*21]** Building so that the services of the examination boards to the citizenry were not interrupted or affected, despite the **absence** of a written contractual agreement (emphasis added). Id.

It follows, first, that **the parties agreed and interpreted that the original Contract was in effect until 15 January 2005,** and was not extended for ten (10) years as Jaap argues. That is, the State Department occupied the third floor from July 1, 2005 to February 29, 2008 without a written contract. Secondly,

these clauses reveal that **Jaap consented** explicitly to the **State Department continuing to occupy the third floor, without a written contract.** In conclusion, Jaap's claim that Contract No. 2001-000049 was automatically renewed has no merit. This accommodative interpretation is unfounded and contrary to the clear expressions made by both parties to Contract No. 2008-000009. However, it remains to be determined whether the subsequent Agreement had the effect of creating a valid obligation for the retroactive payment of rent fees.

The lease fee that Jaap intends to obtain **[\*\*22]** under Contract No. 2008-000009, is intended to collect an amount of one hundred and sixteen thousand four hundred and fifty-nine dollars with eleven cents ($116,459.11), in order to remunerate Jaap for retroactive use and **[\*747]** enjoyment of floor three (3). In other words, what is intended to be acknowledged in Contract No. 2008-000009 is a payment **obligation that was generated without having a written and perfected Contract in accordance with the formalities that apply to government contracting.** However, as mentioned above, in *ALCO Corp. v. Mun. de Toa Alta, supra, p.* 551, we made it clear that [⬆] it is necessary for a private entity to ensure that a written contract is obtained prior to the execution of a job or the provision of mutual and bilateral obligations, as is in this case allowing the use and enjoyment of the third floor of the building owned by Jaap.

*HN14*[⬆] A retroactive contract such as that in the present case presupposes one of two (2) situations: (1) that there was a verbal contract between the State and the private entity and the latter was executing or providing benefits without having a written agreement; or (2) that there simply was no Contract while the private entity **[\*\*23]** provides benefits to the State, hoping that one day they will execute a Contract in their favor and pay for their goods or services. Either of the above two (2) situations promotes the non-execution of written Contracts while attempting to create obligations to encumber public funds allocations. This is undoubtedly contrary to the government contracting rule that requires contracts between the government and a private entity to be governed only by written contracts. *Alco Corp. v. Municipality of Toa Alta, supra; Colón v. Mun. de Arecibo, supra.* Suffice it to remember that otherwise, we would be rewarding anyone who confabulates with a corrupt official "so as not to follow

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 – ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



the rules of sound public administration, aware that . . . it will have the right to claim compensation regardless that it did not follow the law when hiring." *ALCO Corp. v. Mun. de Toa Alta, supra, p.* 544.

In this case, Jaap allowed the State Department to enjoy and use the third floor of the building. This **[*748]** leads us to conclude that Jaap granted benefits typical of a Lease Agreement - to give the "enjoyment or use of a thing for a certain time . . . "[9] - hoping that **[**24]**, even without a Written agreement, the State Department will enter into a written agreement in the future under which it may encumber public funds for the payment of rent fees.

Today we resolve that [↑] the retroactive contracting on the leasing of a good is not only outside the municipal contracting regulations, but is also at odds with government contracting in general. Certainly, retroactive government contracting makes ineffective any *control* prior to the establishment of a Government obligation, which is contrary to the public policy set forth in Article 2(e) of Law No. 230, *supra, 3 L.P.R.A. sec. 283a(e).* This practice also prevents third parties such as the Office of the Controller from complying with public policy of Law No. 230 supra, and that citizens may obtain the written Contract to pass judgment on contracting, as the Contract is written and published after the execution and consummation of the obligations set forth therein. *ALCO Corp. v. Mun de Toa Alta, supra.*

By applying the above rules, we deduce that the complaint of the appealed **[**25]** is not enforceable. We cannot conclude otherwise, as the disputed claim is based on a Contract awarded on July 18, 2007 to cover rent fees for the period from June 1, 2005 to June 30, 2006. This action committed the funds of a fiscal year for the payment of an obligation **unlawfully incurred** in a previous fiscal year; an act that was performed in contravention of Article 8(a) of Law No. 230, *supra, 3 L.P.R.A. sec. 283g(a). See ALCO Corp. v. Mun. de Toa Alta, supra, [*749] pp. 543.* This Agreement results in

---

[9] Article 1433 of the Civil Code of Puerto Rico, **31 L.P.R.A. 4012.**

being ineffective.[10] The State cannot make a disbursement of public funds in contravention of the law and the interpretative case-law of the strict conditions applicable to government contracting. Accordingly, there is no need to order the State Department to comply with Contract No. 2008-000009.[11]

IV

On the grounds set out above, we partly reverse the appealed ruling issued by the Court of Appeals regarding the payment of rent fees to Jaap for an amount of one hundred and sixteen thousand four hundred and fifty-nine dollars with eleven cents ($116,459.11).

Judgment shall be issued accordingly.

Mildred G. Pabón Charneco

Associate Judge

JUDGMENT

---

[10] Moreover, application of the doctrine of tacit reconduction presupposes the existence of a valid contract. Article 1456 of the Civil Code, **31 L.P.R.A 4063.** By ruling that Contract No. 2008-000009 is ineffective, any expression surrounding the application of **the doctrine [**26]** of tacit reconduction in government contracts is unnecessary.

[11] The appealed argues, in the alternative, that if we lay down a rule other than that outlined in its pleading, we must not apply it to the present case because, in granting Contract No. 2008-000009, Jaap trusted the rule of law under Executive Order No. 2006-23 of 22 June 2006. That Executive Order provided, in essence, that public agencies and instrumentalities could grant formal contracts with retroactive validity. Without delving into the validity of this Executive Order, the reality is that retroactive contracts have been the subject of strong findings by the Office of the Comptroller and the Department of Justice. See Office of the Controller, Circular Letter OC-98-01 of July 8, 1997; Op. Sec. Just. Núm. No. 2001-14 of July 2, 2001. It was not until the issuance of the Executive Order that the use of retroactive formal contracts was first encouraged.

Jaap's request does not change our reasoning. It is sufficient to examine the chronology of the facts to know that Jaap allowed the State Department to use and enjoy the third floor of the building in question, **even [**27]** when Executive Order No. 2006-23 did not even exist, *supra.*

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman

In San Juan, Puerto Rico on February 1, 2013.

On the grounds set out above, we partly reversed the appealed ruling issued by the Court of Appeals regarding the payment of rent fees to Jaap for an amount of one hundred and sixteen thousand four hundred and fifty-nine dollars with eleven cents ($116,459.11).

It is agreed and ordered by the Tribunal and certified by the Clerk of the Supreme Court. Associate Judge Fiol Matta and Associate Judge Ms. Rodriguez Rodriguez did not intervene. Presiding Judge Hernández Denton does not intervene.

Aida Ileana Oquendo Graulau

Clerk of the Supreme Court

---

**End of Document**

*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*4/November/2020 –♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 3449 ♦ Translations & More: 787-637-4906*
*Targem Translations Inc.*



Joan Hoffman



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Pura Reyes Gilestra-ATA # 244688 ♦ NAJIT # 3449, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Jaap Corporation_ Recurridos v. Departamento de Estado

Signed this 4th day of November 2020

_____
Pura Reyes Gilestra

## **EXHIBIT D**

Certified Translation of *Rodrigues Ramos v. Commonwealth of P.R.*, 190 D.P.R. 448, 461; 2014
PR Sup. LEXIS 24 (P.R. 2014)

+ Positive
As of: May 25, 2023 6:47 PM Z

## *Ramiro Rodríguez Ramos et al, Appellees v. Commonwealth of Puerto Rico et al, Petitioners*

Supreme Court of Puerto Rico

March 6, 2014

CC-2013-234

**Reporter**
190 D.P.R. 448 *; 2014 PR Sup. LEXIS 24 **; 2014 TSPR 32

Ramiro Rodriguez Ramos et al., Appellees v. Commonwealth of Puerto Rico et al., Petitioners.

**Prior History: [**1]** Subject Matter: Government contracting: contract requirement in writing.

## Case Summary

**Procedural Position**
The Commonwealth of Puerto Rico (Commonwealth) argued that the Court of Appeals erred in ordering the defendant to enter into a retroactive contract to cover legal services rendered by an attorney during the past year.

**Description**
Act No. 230-1974, *3 L.P.R.A. § 283g(a)*, clearly establishes that, in order for a contract granted by the State and a private party to be valid and enforceable, it must be in writing prior to the corresponding services. Act No. 237, *3 L.P.R.A. §§ 8611-8615*, establishes that any government contract for professional or consulting services, a category that includes the rendering of legal services, shall only be valid if it is in writing and is prospectively effective. Undoubtedly, Act No. 237 prohibits the oral and retroactive contracting of professional and consulting services. In this case, the attorney's claim was not enforceable. He rendered his legal services knowing that there was no written contract binding the State. This being so, the oral contract on which he intended to base his claim was null and void. In view of this reality, no equitable remedy was applicable. The attorney risked assuming responsibility for his losses.

**Result**
The judgment issued by the Court of Appeals was overturned.

**Main Terms**

contract, services, Law, governmental, contracting, written, Executive, as, part, of, this, without, Order, tax, professionals, provided, requirements, establishes, powers, over, be, attorney, case, government, entity, orders, which, all, contractor, retroactive, funds,

## LexisNexis ® Thesis

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

Legal Ethics > Client Relations > Billing & Collection

*HN1*[↓] **State & Territorial Governments, Finance**

Art. 1044 of the Civil Code, *31 L.P.R.A. § 2994*, provides that obligations arising from contracts have the force of law between the contracting parties and must be executed in accordance therewith. Consequently, a contract exists as soon as one or more persons give their consent to be bound to give something or render a certain service. It will be valid if three elements concur: consent, object and cause. Furthermore, Art. 1230 of the same Code, *31 L.P.R.A. § 3451*, clearly establishes that contracts shall be binding, regardless of the form in which they have been entered into, as long as the essential conditions for their validity are present.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 31  / MAY  / 2023 – PHILLIP BERRYMAN
ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

190 D.P.R. 448, *448; 2014 PR Sup. LEXIS 24, **1.

Contracts Law > Defenses > General Overview

***HN2***[↓] **Contracts Law, Defenses**

The principle of contractual autonomy allows the contracting parties to establish the covenants, clauses and conditions they deem convenient. However, the contract will be null and void if it is contrary to the law, morality or public order. This is so, regardless of the type of contract in question and the importance it deserves for the contracting parties. In such cases, any of the contracting parties may challenge the contract, even if they have benefited from it.

Governments > State & Territorial
Governments > Finance

***HN3***[↓] **State & Territorial Governments, Finance**

With respect to government contracting, the State is constitutionally required to manage public funds with the highest fiduciary and ethical principles. In particular, *P.R. Const. art. VI, § 9* provides that public property and funds shall be disposed of only for public purposes and for the support and operation of the institutions of the State, and in any case by authority of law.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

***HN4***[↓] **State & Territorial Governments, Finance**

To comply with the mandate of *P.R. Const. art. VI, § 9*, the Legislature has passed laws imposing fiscal and government contracting controls. This being so, under the provisions of Civil Code Art. 1207, *31 L.P.R.A. § 3372*, a contract between a private party and the State that does not comply with these laws is null and void.

Governments > State & Territorial
Governments > Finance

***HN5***[↓] **State & Territorial Governments, Finance**

Art. 8(a) of Act No. 230-1974, *3 L.P.R.A. § 283g(a)* provides that all appropriations and funds authorized for the expenses of a fiscal year shall be applied exclusively to the payment of expenses legitimately incurred during the respective year or to the payment of obligations legally contracted and duly recorded in the books. Art. *3(k)* of this Act, *3 L.P.R.A. § 283b(k)*, defines "obligation" as a contracted commitment represented by a purchase order, contract or similar document, pending payment, signed by an authority competent to tax appropriations, and which may become an enforceable debt in the future.

Governments > State & Territorial
Governments > Finance

***HN6***[↓] **State & Territorial Governments, Finance**

See *3 L.P.R.A. § 283h(a).*

Contracts Law > Statute of Frauds > General Overview

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

***HN7***[[↓] **Contracts Law, Statute of Frauds**

Act No. 230-1974, *3 L.P.R.A. § 283g(a),* clearly establishes that, in order for a contract granted by the State and a private party to be valid and enforceable, it must be in writing prior to the corresponding services.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

***HN8***[↓] **State & Territorial Governments, Finance**

In order for a government contract for the rendering of professional or consulting services to be valid, it must comply with the requirements of Act No. 237.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 31 / MAY / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

190 D.P.R. 448, *448; 2014 PR Sup. LEXIS 24, **1.

of August 31, 2004, known as "Act to establish uniform parameters in the procedures for contracting professional or consulting services for government agencies and entities," as amended, *3 L.P.R.A. §§ 8611-8615*. Legal services are covered by the definition that Art. 1 of Act No. 237-2004, *3 L.P.R.A. § 8611* makes of the concept of "professional or consulting services," namely, those whose principal rendering consists of the product of intellectual, creative or artistic work, or in the handling of highly technical or specialized skills.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

### <u>HN9</u>[↓] State & Territorial Governments, Finance

Art. 2 of Act No. 237-2004, *3 L.P.R.A. § 8612*, clearly establishes that government contracting of professional services shall be the exception and shall only be used when the government entity does not have or cannot use internal resources to be contracted, or when the expertise, skill or experience of the contractor is necessary for the achievement of the purposes for which he/she is contracted. This Article also requires that, at the time of hiring the services of a contractor, the State shall take into account the real need for the services to be contracted, the economic situation and the budget of the contracting government entity.

Governments > State & Territorial
Governments > Finance

Legal Ethics > Client Relations > Billing & Collection

Public Contracts Law > Bids & Formation > General Overview

### <u>HN10</u>[↓] State & Territorial Governments, Finance

See *3 L.P.R.A. § 8613*.

Contracts Law > Statute of Frauds > General Overview

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

Legal Ethics > Client Relations > Billing & Collection

### <u>HN11</u>[↓] Contracts Law, Statute of Frauds

Act No. *237, 3 L.P.R.A. §§ 8611-8615*, provides that any government contract for professional or consulting services, a category that includes the rendering of legal services, shall only be valid if it is in writing and is prospectively effective. Act No. 237 unquestionably prohibits the oral and retroactive contracting of professional and consulting services.

Contracts Law > Statute of Frauds > General Overview

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

### <u>HN12</u>[↓] Contracts Law, Statute of Frauds

For a contract between a private entity and the State to be binding between the parties, it must be in writing. This requirement must be complied with without any exception.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

### <u>HN13</u>[↓] State & Territorial Governments, Finance

Performing work before having a written contract violates government contracting rules. Validating a contract retroactively would encourage corruption, as a contractor could perform the work prior to being awarded the written contract in order to apply pressure towards its being awarded in the future, either by the current or the subsequent administration.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 31 / MAY / 2023 – PHILLIP BERRYMAN
ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

190 D.P.R. 448, *448; 2014 PR Sup. LEXIS 24, **1.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

_**HN14**_[↓] **State & Territorial Governments, Finance**

Retroactive contracting on the lease of an asset violates government contracting regulations.

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

_**HN15**_[↓] **State & Territorial Governments, Finance**

Retroactive government contracting renders inoperative any control prior to the formation of a government obligation, which is contrary to the public policy established in Art. 2(e) of Act No. 230, *3 L.P.R.A. § 283a(e)*. This practice also prevents third parties such as the Comptroller's Office from complying with the public policy of Act No. 230 and prevents citizens from obtaining the written contract to pass judgment on the contracting, since the contract is written and published after the execution and completion of the obligations set forth therein.

Contracts Law > Statute of Frauds > General Overview

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

_**HN16**_[↓] **Contracts Law, Statute of Frauds**

See *2 L.P.R.A. § 97(a)*.

Contracts Law > Statute of Frauds > General Overview

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

_**HN17**_[↓] **Contracts Law, Statute of Frauds**

Under Art. 1 of Act No. 18-1975, *2 L.P.R.A. § 97(a),* sound public administration requires that contracts with the Government comply with the following requirements: 1) be in writing; 2) a faithful record be kept in order to establish their prima facie existence; 3) a copy be forwarded to the Comptroller's Office as a means of double proof of their execution, terms and existence; and 4) that certainty of time be substantiated, that is, of its having been carried out and executed fifteen days before.

Contracts Law > Statute of Frauds > General Overview

Governments > State & Territorial
Governments > Finance

Public Contracts Law > Bids & Formation > General Overview

_**HN18**_[↓] **Contracts Law, Statute of Frauds**

It is clear that the intention of the legislature to create, through Art. 1 of Act No. 18-1975, *2 L.P.R.A. § 97(a)*, a mechanism for the review and publicizing of government contracts. These rigorous provisions reflect the State's interest in preventing waste, corruption and cronyism in government contracting and thus promote sound and upright public administrations.

Contracts Law > Statute of Frauds > General Overview

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

_**HN19**_[↓] **Contracts Law, Statute of Frauds**

Act No. 127 of May 31, 2004, amended

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 31 / MAY / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*

190 D.P.R. 448, *448; 2014 PR Sup. LEXIS 24, **1.

Art. 1 of Act No. 18-1975, *2 L.P.R.A. § 97(a),* to clarify that failure to comply with the requirement to register and submit a contract to the Office of the Comptroller of Puerto Rico may be corrected and does not result in the nullity thereof. Instead, it was provided that failure to comply with this requirement has the effect of prohibiting the disbursement of public funds or that services be sought  until they are registered in accordance with the applicable law and regulations.

Governments > State & Territorial
Governments > Finance Public

Public Contracts Law > Bids & Formation > General Overview

Governments > Legislation > Interpretation

### _HN20_[↓] State & Territorial Governments, Finance

Radical changes in the jurisprudential regulations on government contracting do not have the effect of altering the public policy established in the legal system, the purpose of which being that the good administration of a government entails the carrying out of its functions as purchaser with the greatest efficiency for the purpose of protecting the interests and the money of the people.

Governments > State & Territorial
Governments > Employees & Officials

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

### _HN21_[↓] State & Territorial Governments, Employees & Officials

The Governor's power to issue executive orders is not regulated, justified or explained by any statutory or constitutional provision. Executive orders issued by the Chief Executive may not contravene applicable laws.

Governments > State & Territorial
Governments > Employees & Officials

Public Contracts Law > Bids & Formation > General Overview

Governments > State & Territorial
Governments > Finance

### _HN22_[↓]  State & Territorial Governments, Employees & Officials

*P.R. Const. art. IV, § 4* does not give the First Executive the power to regulate government contracting with private entities.

**Counsel**: Counsel for the Petitioner: Alfredo Acevedo Cruz, Jorge Martínez Luciano.

Counsel for the Respondent: Ramiro Rodríguez Peña, Ramiro Rodríguez Ramos.

**Judges**: Opinion of the Court delivered by Chief Justice HERNÁNDEZ DENTON. Associate Justice Pabón Charneco issued a dissenting opinion, which was joined by Associate Justice Rivera García. Associate Judge Rodríguez Rodríguez did not intervene. Concurring dissenting opinion by Associate Justice Pabón Charneco was joined by that of Associate Justice Rivera García.

## Opinion

[*452] Certiorari

San Juan, Puerto Rico, March 6, 2014.

Here, we must determine whether an oral contract between a legal services provider and the government can be validated by the award of a retroactive contract. We rule in the negative. On the grounds that the contract is null and void, that it cannot be retroactively validated and that the provider cannot claim against the government for services rendered, we overturn the Judgment issued by the Court of Appeals.

I.

Mr. Ramiro Rodríguez Ramos rendered his professional services **[**2]** as an attorney to the Department of Transportation and Public Works (DTOP) and the Highway and Transportation Authority (HTA) from 1990 until July 2, 2007. The HTA is a public corporation attached to the DTOP.

190 D.P.R. 448, *452; 2014 PR Sup. LEXIS 24, **2.

On February 18, 2006, Mr. Rodríguez Ramos delivered to the Director of the Office of Legal Affairs of the DTOP and the HTA, Mr. Manuel Cámara Montull, the necessary documents for the renewal of his contracts for the 2006-2007 fiscal year. On May 16, 2006, the Special Assistant to the Secretary of the DTOP, Mr. Alberto Castro, informed the attorney that the HTA would renew his contract, submitted the draft of the contract and requested that he provide the necessary documents for the corresponding renewal for the second time. Mr. Rodríguez Ramos did so.

The HTA prepared the professional services contract for fiscal year 2006-2007 and the certification for registration [*453] with the Comptroller's Office. Mr. Rodriguez Ramos signed both documents and delivered them to Mr. Cámara Montull so that they could then be signed by the agency and registered in the Comptroller's Office. However, Mr. Cámara Montull merely [**3] registered the draft of the contract in the Finance Area and did not process it.

On December 22, 2006, Mr. Rodríguez Ramos again submitted the necessary documents for the renewal of the contracts in writing. Then, he informed Mr. Cámara Montull and the Legal Advisor to the Executive Director of the HTA, Ms. Ivette Cancel, that they had to pay him for the services rendered by means of a resolution of acknowledgment of debt, since the HTA and the DTOP had authorized him to continue rendering his services.

In June 2007, Ms. Grace Santana Balado assumed the direction of the Office of Legal Affairs and requested a report from attorney Rodríguez Ramos on the matters that had been referred to him. The attorney delivered the requested report and the necessary documents for awarding the contracts for the next fiscal year: 2007-2008. Then, he informed Ms. Santana that his contracts for that year had not been renewed, so he requested to be informed in writing if he was authorized to continue legally representing the agency before the courts. On July 2, 2007, Ms. Santana informed him that they were not going to grant him a contract for the fiscal year referred to above [**4] and that he would not be paid for the services rendered that were not covered by a written contract. Consequently, she asked him to resign from the legal representation of the HTA and DTOP before the courts and to hand over the case files that had been assigned to him.

Thus, the attorney filed the above-captioned lawsuit on September 4, 2007. He alleged that the HTA owed him $106,910.16 for services rendered during the 2004-2005 and 2005-2006 fiscal years, as well as $264,786.70 for the [*454] 2006-2007 fiscal year. He also claimed $11,521.61 from DTOP for legal services rendered during fiscal year 2004-2005, $2,343.75 for fiscal year 2005-2006 and $46,323.76 for fiscal year 2006-2007. In 2010, the HTA and DTOP paid the amounts of money corresponding to the first two periods, but not those corresponding to fiscal year 2006-2007.

Mr. Rodríguez Ramos filed a motion for summary judgment. He alleged that the HTA and DTOP should pay him for the remaining services because they were the ones who prevented the contract from being put in writing. For their part, the HTA and the DTOP argued that the requirement that the contracts be put in writing is indispensable for [**5] the obligation between the service provider and the State to arise.

The Court of First Instance resolved by partial summary judgment that, once Mr. Rodríguez Ramos signed the contracts with the HTA and the DTOP for the 2006-2007 fiscal year, the corresponding officials had the obligation to sign and register them with the Comptroller's Office. Therefore, he ordered the defendant to sign a contract with the plaintiff with retroactive effect to cover the professional services rendered during the 2006-2007 fiscal year, register it with the Comptroller's Office and pay the attorney for the services rendered during said period. In summary, it based its opinion on the general doctrine of contracts, on Act No. 18 of October 30, 1975, known as "Act for the Registration of Contracts in the Office of the Comptroller of Puerto Rico," as amended, (Act No. 18-1975), 2 L.P.R.A. sec. 97(a), and on Executive Order OE-2006-23, infra. The primary forum sustained its ruling upon a motion for reconsideration.

Dissatisfied, the Commonwealth of Puerto Rico (Commonwealth) appealed to the Court of Appeals. That court affirmed the Court of First Instance. [**6] Still dissatisfied, [*455] the Commonwealth appealed to us. It argues that the intermediate appellate court erred in ordering the defendant to enter into a retroactive contract to cover the legal services rendered by the attorney during the 2006-2007 fiscal year. It argues that "[t]his order contravenes Act No. 237 of August 31, 2004, the jurisprudence ... regarding government contracts and the public policy of

constitutional rank that mandates the most appropriate and responsible expenditure of public funds." We ordered the plaintiff to show cause why we should not overturn the ruling being appealed. It did so. Having the benefit of the appearance of both parties, we now issue a decision on this appeal and proceed to rule.

## II.

### A. General Rule for Contracts

**_HN1_**[↑] Art. 1044 of the Civil Code, 31 L.P.R.A. sec. 2994, provides that: "[t]he obligations arising from contracts have the force of law between the contracting parties and must be performed according to the terms thereof. _VDE Corp. v. F & R Contractors, 180 D.P.R. 21, 34 (2010); López v. González, 163 D.P.R. 275, 281 (2004)_. Consequently, a contract exists from the moment one or more persons give their consent to be bound to give a certain **[**7]** thing or render a certain service. Art. 1206 of the Civil Code, 31 L.P.R.A. sec. 3371. _Unisys Puerto Rico, Inc. v. Ramallo Brothers_, 128 D.P.R. 842, 852, 1991 Juris P.R. 69 (1991). It will be valid if three elements concur: consent, object and cause. Art. 1213 of the Civil Code, 31 L.P.R.A. sec. 3391. Furthermore, Art. 1230 of the same Code, _31 L.P.R.A. sec. 3451_, clearly establishes that "[c]ontracts shall be binding, regardless of the form in which they have been entered into, as long as the essential conditions for their validity are present."

In our legal system, **_HN2_**[↑] the principle of contractual autonomy **[*456]** allows the contracting parties to establish the covenants, clauses and conditions they deem convenient. _See Torres, Torres v. Torres Serrano, 2010 TSPR 123, 179 D.P.R. 481, 493, 2010 Juris P.R. 132 (2010); Oriental Finances Services v. Nieves, 172 D.P.R. 462, 470-471 (2007)_. However, the contract will be null and void if it is contrary to law, morals or public policy. _Pepsi Cola v. Mun. Cidra, 2012 TSPR 143, 186 D.P.R. 713, 752, 2012 Juris P.R. 156 (2012); Oriental Finances Services v. Nieves, supra; Morales v. Municipio de Toa Baja_, 19 D.P.R. Offic. Trans. 724, 119 D.P.R. 682, 692- 693 (1987). This is so, regardless of the type **[**8]** of contract involved and the importance it might merit for the contracting parties. _De Jesús González v. A.C., 148 D.P.R. 255, 263-64 (1999)_. See, further, _Morales v. Municipality of Toa Baja_, _supra_. In such cases, any of the contracting parties may challenge the contract, even if they have benefited from it. _De Jesús González v. A.C., supra_, p. 264; _Rasa Eng. Corp. v. Daubón, 86 D.P.R. 193, 198 (1962)_.

### B. Government Contracting

**_HN3_**[↑] With respect to government contracting, the State is constitutionally required to manage public funds with the highest fiduciary and ethical principles. _Jaap Corp. v. State Dept. et al., 2013 TSPR 11, 187 D.P.R. 730, 739, 2013 Juris P.R. 14 (2013); C.F.S.E. v. Unión de Médicos [Union of Physicians], 2007 TSPR 35, 170 D.P.R. 443, 452, 2007 Juris P.R. 40 (2007)_. In particular, Sec. 9 of Art. VI of our Constitution provides that "[p]ublic property and funds shall be disposed of only for public purposes and for the support and operation of the institutions of the State, and in any case by authority of law." Art. VI, Sec. 9, Const., Commonwealth L.P.R.A., Vol. 1.

**_HN4_**[↑] To comply with this constitutional mandate, the Legislature has passed laws imposing fiscal and government contracting controls. **[**9]** _Jaap Corp. v. State Dept. et al_. This being so, under the aforementioned provisions of the Civil Code, a contract between a private party **[*457]** and the State that does not comply with these laws is null and void. Art. 1207 of the Civil Code, _31 L.P.R.A. sec. 3372_. With this in mind, let us consider the legal provisions that apply to the contract before us.

### C. Puerto Rico Government Accounting Act

Act No. 230 of July 23, 1974, as amended, known as the "Puerto Rico Government Accounting Act," _3 L.P.R.A. sec. 283 et seq_. (Act No. 230-1974), was approved for the purpose of achieving "**prior** control of all government operations" so that it would be possible to plan the corresponding budget and government programs. (Emphasis added). Sec. 2(e) of Act No. 230-1974, 3 L.P.R.A. sec. 283a(e).

To this effect, **_HN5_**[↑] this law establishes that "[a]ll appropriations and funds authorized for the expenses of a fiscal year shall be applied **exclusively** to the payment of expenses **legitimately incurred** during the respective year or to the payment of **legally contracted and duly incurred** obligations that are

recorded in the books." (Emphasis added). Sec. 8(a) of Act **[\*\*10]** No. 230-1974, *3 L.P.R.A. sec. 283g(a)*. It should be noted that Art. 3(k) of this law, *3 L.P.R.A. sec. 283b(k),* defines "obligation" as "[a] contracted obligation which is represented by purchase order, **contract or similar document**, pending payment, **signed by authority competent** to tax appropriations, **and which may become an enforceable debt in the future."** (Emphasis added). Similarly, Sec. 9(a) of the same body of law, 3 L.P.R.A. sec. 283h(a), requires that (Emphasis added).

Likewise, Art. 9(a) of the same body of law, *3 L.P.R.A. sec. 283h(a),* requires that

> **_HN6_[↑]** [t]he agencies shall order obligations and disbursements of their public funds **only** to obligate or pay for services, supplies of materials and equipment, claims or other items **authorized by law**. The Secretary shall account for obligations and make and account for disbursements through **documents** submitted by the agencies, which shall be **previously approved for obligation or payment** by the head of the corresponding agency or by **[\*458]** the officer or employee designated by him/her as his/her authorized representative. (Emphasis added).

Thus, **_HN7_[↑]** Act No. 230-1974, *supra*, clearly establishes that, in order for a contract granted by the State and a private party to be valid and **[\*\*11]** enforceable, it must be in writing prior to the corresponding services.

**D. Act to establish uniform parameters in the contracting processes for professional or consulting services for government agencies and entities.**

As it pertains to the case we are evaluating, the Legislature approved Act No. 237 of August 31, 2004, known as " Act to establish uniform parameters in the procedures for contracting professional or consulting services for government agencies and entities," as amended, *3 L.P.R.A. secs. 8611-8615*, (Act No. 237-2004). **_HN8_[↑]** In order for a government contract for the rendering of professional or consulting services to be valid, it must comply with the requirements of this law. Id. Legal services are covered by this Act's definition of the concept of "professional or consulting services," namely, "those whose principal performance consists of the product of intellectual, creative, or artistic labor, or in the handling of highly technical or specialized skills." Art. 1 of Act No. *237-2004, 3 L.P.R.A. sec. 8611*.

At the outset, **_HN9_[↑]** Article 2 of Act No. 237-2004, *3 L.P.R.A. sec. 8612*, clearly establishes **[\*\*12]** that government contracting of professional services shall be the exception and shall only be used "when the government entity does not have [sic] cannot use the internal resources to be contracted, or when the **expertise**, skill, or experience of the contractor is necessary for the achievement of the purposes for which he/she is contracted." This Article also requires that, when engaging the services of a contractor, the State take into account "the actual need **[\*459]** for the services to be contracted, the economic situation and the budget of the contracting governmental entity." Id.

In addition to establishing that government contracting of professional services must be exceptional, Act No. 237-2004 enumerates in Art. 3 a series of requirements, both formal and substantive, with which every contract between the State and a contractor must comply. *3 L.P.R.A. sec. 8613*. Specifically, this Article requires:

> **_HN10_[↑]** (a) The award of a contract for professional or consultative services between a contractor and the Government shall be **prospective**. All Government entities shall pay for services rendered only.

> (b) It must be formalized **in writing** and include **[\*\*13]** in the text thereof the legal provision that empowers the governmental entity to grant contracts. (Emphasis added). Id.

The remaining paragraphs of this legal provision detail the information that the contract must contain regarding the contractor, the services to be rendered, the effective term of the contract, the maximum amount to be paid and the form of payment. Id. Further, Art. 5 of the same law, *3 L.P.R.A. sec. 8615,* requires that an extensive list of mandatory clauses be included in the contract.

We see, then, that **_HN11_[↑]** Act No. *237, supra*, establishes that any government contract for professional or consulting services, a category that includes the rendering of legal services, shall only be valid if it is in writing and is prospectively effective. Undoubtedly, Act No. *237, supra,* prohibits the oral and retroactive contracting of professional and consulting services.

190 D.P.R. 448, *459; 2014 PR Sup. LEXIS 24, **13.

**E. Case law on government contracting**

For our part, we have reiterated that, _**HN12**_[↑] in order for a contract between a private entity and the State to have **[*460]** binding effect between the parties, it must be in writing. _Cordero Vélez v. Mun. Guánica, 170 D.P.R. 237, 248 (2007); Municipio Mayagüez v. Lebrón, 167 D.P.R. 713, 719-720 (2006)_. **[**14]** This requirement must be met **without exception**. _Fernández & Gutiérrez v. Municipio de San Juan, 147 D.P.R. 824, 833 (1999)_, citing _Hatton v. Mun. de Ponce, 134 D.P.R. 1001, 1994 Juris P.R. 2 (1994)_.

In fact, in _Alco Corp. v. Municipio de Toa Alta, 2011 TSPR 180, 183 D.P.R. 530, 2011 Juris P.R. 185 (2011)_, we were faced with a dispute where a contractor began providing its services without having obtained a written contract, completed its work and, subsequently, the parties awarded the written contract. Id. Once the contractor attempted to collect its claim from the Municipality, it unsuccessfully resorted to a court of law. Id. In the case before us, we categorically reject the validation of oral municipal contracts through the granting in writing of formal retroactive contracts. Id. Page 540. We concluded that _**HN13**_[↑] carrying out work before having a written contract violates government contracting rules. Id. Moreover, we reasoned that validating a contract retroactively would encourage corruption, as a contractor could perform the work prior to being awarded the written contract in order to apply pressure towards its being awarded in the future, either by the current or the subsequent administration. Id. page 543.

We also recently ruled **[**15]** that _**HN14**_[↑] retroactive contracting on the lease of an asset violates government contracting regulations. _Jaap Corp. v. Depto. Estado [Dept. State] et al._ In this case, we stated that

> _**HN15**_[↑] retroactive government contracting renders inoperative any _control prior_ to the formation of a government obligation, which is contrary to the public policy established in Art. 2(e) of Act No. 230, _supra_. This practice also prevents third parties such as the Office of the Comptroller from complying with the public policy of Act No. 230 and prevents citizens **[*461] from** obtaining the written contract to pass judgment on the contracting, since the contract is written and published after the execution and consummation of the obligations set forth therein. (Emphasis in original).

> Id. page 748.

Thus, we have reiterated that parties who contract with any governmental entity without complying with governmental contracting requirements risk assuming liability for their losses. _Quest Diagnostics v. Municipio de San Juan, 2009 TSPR 77, 175 D.P.R. 994, 1002, 2009 Juris P.R. 80 (2009); Colón v. Municipio de Arecibo, 170 D.P.R. 718, 728-729 (2007)_. This is so because we have consistently rejected the application of any remedy **[**16]** in equity, such as unjust enrichment, to validate the public obligation without a written contract and thus compensate the damages suffered by a private party when it does not comply with these requirements. _Alco Corp. v. Municipality of Toa Alta, supra,_ page 552; _Las Marías v. Municipio de [Municipality of] San Juan, 159 D.P.R. 868, 875 (2003)_.

**F. Registration with the Comptroller's Office**

In addition to the clear requirement that the government contract be in writing and prospective, Art. 1 of Act No. 18-1975, _2 L.P.R.A. sec. 97(a)_, provides, pertinently, as follows:

> _**HN16**_[↑] Government entities and municipal entities of the Commonwealth of Puerto Rico, without exception whatsoever, shall keep a record of all contracts they grant, including amendments thereto, and shall submit a copy thereof to the Office of the Comptroller within fifteen (15) days following the date the contract or amendment was granted.

In interpreting this provision, we summarize that _**HN17**_[↑] sound public administration requires that contracts with the Government meet the following requirements: 1) be in writing; 2) a faithful record be kept with a view to establishing their _prima facie_ existence; 3) a copy be **[**17]** forwarded to the Comptroller's Office as means of a double **[*462]** record of their execution, terms and existence; and 4) that certainty of time be substantiated, i.e., having been carried out and executed fifteen days before. _CMI Hospital v. Depto. Salud [Dept. of Health], 2007 TSPR 99, 171 D.P.R. 313, 320, 2007 Juris P.R. 105 (2007); Ocasio v. Alcalde Mun. de Maunabo_, 121 D.P.R. 37, 54 (1988).

In addition, we have pointed out that _**HN18**_[↑] the legislator's intention to create a mechanism for the collation and dissemination of government contracts through this piece of legislation is clear. _CMI Hospital v. Depto. Salud [Dept. of Health], supra; Fernández & Gutiérrez v. Municipio de_

_Certified to be a correct and true translation from the source text in Spanish to the target language English. 31 / MAY / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [ 432118] by Targem Translations Inc._

190 D.P.R. 448, *462; 2014 PR Sup. LEXIS 24, **17.

*San Juan, supra,* page 830. These stringent provisions reflect the State's interest in preventing waste, corruption and cronyism in government contracting and thus promote sound and upright public administrations. Id.

Subsequently, *HN19*[↑] Act No. 127 of May 31, 2004 amended Art. 1 of Act No. 18- 1975, *supra*, to clarify that the failure to comply with the requirement to register and submit a contract to the Office of the Comptroller of Puerto Rico may be corrected and does not result in the nullity of the contract. *Colón Colón v. Mun. Arecibo, supra, p. 727-29; Lugo v. Municipio de Guayama, 2004 TSPR 166, 163 D.P.R. 208, 219, 2004 Juris P.R. 171 (2004).* [**18] On the other hand, it was provided that failure to comply with this requirement has the effect of prohibiting the disbursement of public funds or seeking services until they are registered in accordance with applicable law and regulations. Id.

However, we have reiterated that *HN20*[↑] these radical changes in the jurisprudential rules on government contracting "*do not have the effect of altering the public policy established in our legal system to the effect that the good administration of a government entails performing its functions as a purchaser with the greatest efficiency in order to protect the interests and the money of the people.*" (Emphasis in the original). *Lugo v. Municipality of Guayama, supra.* See also, *Colón Colón v. Mun. Arecibo, supra.* In particular, we clarify that

> **[463]** Act No. 127 amended Act No. 18 to establish that the failure to submit a copy of a municipal contract to the Office of the Comptroller of Puerto Rico or the lack of registration thereof in the books of the municipality did not annul the contract entered into. **This does not imply**, as the intermediate appellate forum concludes, **that the same principle applies when what is at issue is an agreement that was never put in writing. [**19] We are of the opinion that Act No. 127 did not contemplate this scenario.**

> There is a marked difference between the different requirements. The requirement that a signed contract be recorded in the municipal log and its copy be sent to the Office of the Comptroller of Puerto Rico is intended to provide exposure of the municipal contracting with regard to third parties. In this way, third parties may audit it. However, **requiring that the contracts entered into be put in writing has an unavoidable dimension of sound public administration**, inasmuch as it safeguards the interests of the contracting parties in the event of noncompliance, it allows for the orderly use of municipal funds, avoids uncertainty in the preparation of the municipal budget and makes possible the proper identification of the item for which public disbursements will be made in compliance with the law. That is to say, the former are mostly of a procedural nature and of orderly processing, but the latter is substantive because of its direct relationship with sound public administration. In view of the foregoing, we must conclude that **the failure to comply with the requirement to put the municipal contract in writing by [**20] necessity adversely affects the effectiveness of the obligations contracted.** (Emphasis added). *Colón Colón v. Mun. Arecibo, supra,* pp. 729-30.

## G. Executive Order

The lower courts also based their decision on Executive Order OE-2006-23, *infra*, to order the State to enter into a retroactive contract with the plaintiff to cover the professional services rendered during fiscal year 2006-2007, register it with the Comptroller's Office and pay the attorney for the services rendered. Let us examine the applicable regulations on executive orders.

First, it is necessary to point out that *HN21*[↑] the Governor's power to issue executive orders is not **[*464]** regulated, justified or explained by any statutory or constitutional provision. W. Vázquez Irizarry, Los Poderes del Gobernador de Puerto Rico y el Uso de Órdenes Ejecutivas [The Powers of the Governor of Puerto Rico and the Use of Executive Orders], 76 Rev. Jur. U.P.R. 951, 1020 (2007). For our part, we have been clear in reiterating that executive orders issued by the Chief Executive cannot contravene applicable laws. *See Otero de Ramos v. Srio. de Hacienda, 2002 TSPR 65, 156 D.P.R. 876, 892, 2002 Juris P.R. 71 (2002),* citing *Soto v. Adm. Inst. Juveniles, 99 TSPR 106, 1999 TSPR 106, 148 D.P.R. 810, 1999 Juris P.R. 109 (1999).*

In this regard, **[**21]** Prof. William Vázquez Irizarry argues that the classic case in which the use of this mechanism undermines the legislative function is when "the executive order that seeks to achieve objectives that have been manifestly rejected by the legislative branch, so that the only legal basis that could support the Governor's claim are his constitutional powers

190 D.P.R. 448, *464; 2014 PR Sup. LEXIS 24, **21.

or a claim of inherent powers." Vázquez Irizarry, *supra*, page 1047. It is worth noting that _**HN22**_[↑] Sec. 4 of Art. IV of our Constitution does not confer on the Chief Executive the power to regulate government contracting with private entities. See Art. IV, Sec. 4, Const. Commonwealth, L.P.R.A., Vol. 1.

An executive order could also undermine the administrative regulatory process. Vázquez Irizarry, *supra*, p. 1051. This type of regulation is a classic function that administrative forums have when the Legislature has delegated them the authority to regulate, in which case the procedural terms set forth in the Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico, Act No. 170 of August 12, 1988, (LPAU), *3 L.P.R.A. sec. 2101-2201*, would apply. Id. In this context, **[\*\*22]** the use of executive orders could present problems to the extent that it seeks to establish rules that affect the rights of third parties without the legitimacy provided by the citizen participation requirements set forth in the LPAU. Id. page 1053. In this regard, Professor Vázquez Irizarry states the following:

> **[465]** It may be argued that this problem should not exist, since one of the principles defining the use of executive orders is that they are mandates to be applied "within the executive branch," and hence no third parties are affected. What is certain, however, is that certain orders seek to establish programs or public policies at a level of detail that places their effects very close to the citizenry. **This is the case of orders that, although directed to public entities, affect the relations that these entities have with third parties, particularly in the area of the acquisition of goods or services.** (Emphasis added). Id. page 1054.

In the above-captioned case, the lower courts based their respective rulings on the "Executive Order of the Governor of the Commonwealth to regulate the payment for services rendered to **[\*\*23]** the agencies and instrumentalities of the Executive Branch without a formal contract duly registered with the Office of the Comptroller," Executive Order OE-2006-23, (Executive Order) signed by then Governor Aníbal Acevedo Vilá on June 22, 2006. Specifically, they depended on the fact that the Statement of Legal Grounds of the Executive Order, *supra*, states that "[t]he mere fact that a service has been rendered pursuant to an oral understanding between the Commonwealth and the contractor does not preclude the Commonwealth from deciding to put such an agreement in writing at a later date and honoring fair payment for services rendered." Executive Order, page 3.

As we have seen, although the Governor has the power to issue executive orders as part of the powers conferred upon him by law or the powers inherent to his office, he may not issue executive orders contrary to the provisions of the law. _Otero de Ramos v. Srio de Hacienda [Secretary of the Treasury], supra_. Act No. 237-2004, *supra*, requires that all government contracts for legal services be in writing and be prospectively effective. In other words, this law prohibits the oral contracting of these services, as well as written contracting with retroactive effect. **[\*\*24]** Likewise, Act No. 230-1974, *supra*, requires that government contracts be in writing in order to be **[\*466]** valid. Likewise, the requirement that the contract be registered with the Office of the Comptroller established by Act No. 18-1975, *supra,* assumes that it is in writing and prospective.

On the other hand, the Legislature has not delegated to any administrative agency the power to regulate new government contracting rules that go against the provisions of the legal provisions discussed in the preceding paragraphs. Consequently, the Executive Order is invalid insofar as it allows for the validation of oral contracts with the State through retroactive formal contracts, contrary to the provisions of the law.

III.

In the above-captioned case, it is not in dispute that the parties never entered into a written contract for fiscal year 2006-2007. As we have stated, the cited laws, as well as their interpretive jurisprudence, prohibit the disbursement of public funds for services rendered without a valid government contract that complies with all the strict requirements on government contracting. They even provide **[\*\*25]** that any contract that is not formalized in accordance with these rules is null and void. Likewise, we saw that the Executive Order, *supra*, which would allow for retroactively validating the contract in question is invalid because it contravenes the laws on government contracting.

190 D.P.R. 448, *466; 2014 PR Sup. LEXIS 24, **25.

Finally, we have been consistent in firmly rejecting the application of any equitable remedy to validate the public oral obligation and to be able to compensate the private party for the damages suffered for rendering its services without complying with the government contracting rules. *See Alco Corp. v. Municipio de [Municipality of] Toa Alta, supra*; *Las Marías v. Municipio de [Municipality of] San Juan, supra.*

When applying this normative framework to the case before our consideration, it is obligatory to conclude that the claim of **[*467]** attorney Rodríguez Ramos is not enforceable. He rendered his legal services knowing that there was no written contract binding the State. This being so, the oral contract on which he intends to base his claim is null and void. In view of this reality, it is not appropriate to apply any equitable remedy. Mr. Rodriguez Ramos risked assuming liability for his losses, as we have warned anyone who contracts with any **[**26]** government entity without complying with government contracting requirements. *See Quest Diagnostics v. Municipio de [Municipality of] San Juan, supra; Colón v. Municipio de [Municipality of] Arecibo, supra.*

Therefore, the lower courts erred in ordering the DTOP and the HTA to enter into a contract with retroactive effect to cover the professional services rendered during the 2006-2007 fiscal year, register it with the Comptroller's Office and pay the attorney for the services rendered during said period.

IV.

Certiorari

JUDGMENT

San Juan, Puerto Rico, March 6, 2014.

For the reasons set forth in the foregoing Opinion, which is made part of this Judgment, the Judgment issued by the Court of Appeals is hereby overturned.

It was pronounced, ordered by the Court and certified by the Clerk of the Supreme Court. Associate Justice Mrs. Pabón Charneco issued a dissenting opinion, which was joined by Associate Justice Rivera García. Associate Justice Rodríguez Rodríguez did not intervene.

Aida I. Oquendo Graulau

Clerk of the Supreme Court

*Certiorari*

Separate dissenting opinion by Associate Justice Pabón Charneco, joined by Associate Justice Rivera García.

On **[**27]** San Juan, Puerto Rico, March 6, 2014.

I concur with the foregoing Opinion. The dispute we face today, specifically whether a private **[*468]** party and the State may award a retroactive contract to validate the prior rendering of professional services without having complied with the formalities relating to government contracting has been the subject of analysis by this Court within contexts analogous to the one at hand.

As well noted in the Opinion, as recently as in *Jaap Corp. v. State Dept. et al., 2013 TSPR 11, 187 D.P.R. 730, 748-749, 2013 Juris P.R. 14 (2013)*, we ruled that it is contrary to government contracting rules to grant a contract with retroactive effect to validate a lease that was being carried out between a private entity and a municipality without a written contract between the parties. See also *ALCO Corp. v. Mun. de Toa Alta, 2011 TSPR 180, 183 D.P.R. 530, 2011 Juris P.R. 185 (2011).* I take this opportunity to reiterate that the rule prohibiting retroactive government contracting is consistent with the most fundamental principles of sound public administration and proper control over the disbursement of public funds. *Jaap Corp. v. State Dept. et al., supra,* page **[**28]** 744. The foregoing is applicable to municipalities as well as to the central government and its agencies.

Finally, it is pertinent to express my opinion regarding the use of Executive Orders as a mechanism to usurp functions of the Legislative Branch, as occurred with Executive Order No. OE2006-23 of June 22, 2006, issued by the then Governor of Puerto Rico, Aníbal Acevedo Vilá, the purpose of which was to authorize retroactive government contracting. Without passing judgment on the validity of the aforementioned Executive Order, already in *Jaap Corp. v. Depto. Estado [Dept. State] et al. State et al., supra*, page 749 esc. 11, we highlighted the issues that retroactive government contracting had caused both in the Office of the Comptroller and in the Department of Justice. In the absence of any constitutional or legislative delegation to the Executive Branch of the power

190 D.P.R. 448, *468; 2014 PR Sup. LEXIS 24, **28.

to regulate government contracting, the action of the former Governor violates basic constitutional principles on the separation of **[*469]** powers.[1] Art. I, Sec. 2, Const. Commonwealth, L.P.R.A., Vol. 1. To rule otherwise would be to validate a clear intrusion of the Executive Branch into the powers delegated to the Legislative Branch by our Constitution **[**29]**. Thus, this Court acted correctly in invalidating Executive Order No. OE-2006-23, *supra*.

For all the foregoing reasons, I am in agreement with the Opinion issued today.

Mildred G. Pabón Charneco

Associate Judge

---

End of Document

---

[1] This is even more worrisome in light of the results of the General Elections held on November 2, 2004, which resulted in a shared government between Puerto Rico's two main political parties.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 31  / MAY  / 2023 – PHILLIP BERRYMAN*
*ATA-certified Spanish-English [ 432118] by Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Ramiro Rodr_guez Ramos y otros_ Recurridos v. E.L.A. de P.R. y otros_ Peticionarios_ 190 D.P.R. 448**

Signed this 31st day of May, 2023



Verify at www.atanet.org/verify

Phillip Berryman



## **EXHIBIT E**

Family Department Payment and Associated Invoice

**Document type : Paid Item Check**

08/02/2022 8:06 AM



Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00300101

FECHA   16.Oct.2019

IMPORTE   $372,954.58***

PAGUESE   ***TRESCIENTOS SETENTA Y DOS MIL NOVECIENTOS CINCUENTA Y CUATRO CON 58/100 DOLARES***

A LA
ORDEN DE
**BELFOR USA GROUP INC**
185 OAKLAND AVE SUITE 150
BIRMINGHAM, MI 48009

*Francisco París II*
SECRETARIO DE HACIENDA

**BANCO POPULAR.** No es valido seis meses despues de su emision

117501585

⑆00300101⑆ ⑈021502011⑈ 030049458⑈

Seq:
Dep:
Date: 10/30/19

H27315446

| Tag | Note | | Account Number | Serial Number | Amount |
|-----|------|---|----------------|---------------|--------|
| Issue Date | Item Date | | Volume ID | | |
| No | No | | 30049458 | 300101 | 372954.58 |
| | 10/31/2019 | | 20191031235801 | | |

Modelo SC 735
3 febrer 17

OFICINA DE FINANZAS
DOCUMENTOS PREINTERVENIDOS

Original – ACC
Copia – Agencia
**PRIFAS**

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE LA FAMILIA
Agencia

Pag. 1 de 1

FIRMA:
FECHA: 11 Oct 19

DEPARTAMENTO DE LA FAMILIA
COMPROBANTES ENTRADOS
OCT 11 2019

Fecha: 11 Oct 2019
Iniciales:

☐ COMPROBANTE DE PAGO   ☑ COMPROBANTE DE PAGO CONTRA OBLIGACION   ☐ COMPROBANTE DE PAGO CONTRA OBLIGACION DE SUPLIDOR POR CONTRATO

CIFRA DE DEPENDENCIA DE INVENTARIO

| CM | Agen. | Número de Documento | Nombre del Suplidor | Número del Suplidor | CD | Número de Contrato | Número de Factura | Fecha | Importe Total del Documento |
|----|----|----|----|----|----|----|----|----|----|
| PV | 122 | 20001531 | Belfor Property Restoration | 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 | A | | 126805A | 04/04/19 | 372,954.58 |

Comentarios:
Limpieza y Higienizacion de Expedientes

Dirección: 185 Oakland Ave. Suite 150
Birmingham  MI 48009

| Núm. | Agen. | Número Orden de Compra Número Obligación Contrato | Importe | Descripción | Importe | Cuenta | Fondo | Dependencia | Prog. | Año Fisc. | Asignación Presup. | Sub Cta. | Clase | Cantidad |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 01 | 122 | 20122280 | 335,659.12 | Fondos F E M A | 335,659.12 | E2990 | 222 | 1220000 | 07F | 2018 | 122-4339SU01258 | | | |
| 02 | 122 | 20122280 | 37,295.46 | Fondos F E M A | 37,295.46 | E2990 | 201 | 1220000 | 082 | 2018 | 122-4339 SU01258 | | | |
| | | | | Limpieza y Higienizacion de Expedientes | | | | | | | | | | |

PAGADO
NO. CK. 00300101
FECHA 10/16/2019

| | 372,954.58 | | Total o Subtotal | 372,954.58 | | | | | | | | | |

Certifico que estoy autorizado por la Administración de Servicios Generales para comprar los artículos y servicios indicados; y que la compra efectuada se hizo conforme a la reglamentación vigente.

Nombre y Firma Delegado Comprador

Certifico que los artículos y servicios fueron recibidos según las especificaciones.

Manuel E Torres Diaz
Nombre y Firma Oficial Certificador
294-4954

Certifico que la transacción arriba indicada se hace siguiendo los trámites establecidos por Ley y reglamentación vigente y que no he aprobado la misma previamente por lo cual autorizo su pago.

María del C. Molina
Nombre y Firma Jefe, Agencia o su Repte. Aut.
294-4910

Aprobado por

Nombre y Firma
Título
16-10-19

| Fecha | Teléfono | Fecha OCT 11 2019 | Teléfono | Fecha OCT 11 2019 | Teléfono | Fecha | Teléfono |
| 4 Oct 19 | | | | 4 Oct 2019 | | | |

**Conservación:** Seis años o una intervención del Contralor, lo que ocurra primero.

# BELFOR (◡)

**PROPERTY RESTORATION**
BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI 48009
248-594-1144

# INVOICE

DEPTO. DE LA FAMILIA
OFICINA DE FINANZAS

2019 OCT -8 PM 1: 14

Federal Tax ID #: 84-1309171

| | |
|---|---|
| Claim #: | |
| Invoice Due Date | 4/4/2019 |
| Invoice Number | 1216805A |
| Invoice Date | 3/5/2019 |
| Job / Project Number | 117501585 |
| Project Manager | WILLIE PESINA |

| BILL TO INFORMATION: | PROJECT INFORMATION: |
|---|---|
| DEPARTMENT OF FAMILY SERVICES | Attn: |
| 306 BARDOSA AVENUE | DEPARTMENT OF FAMILY SERVICES |
| SAN JUAN, PR 00910 | 306 BARDOSA AVENUE |
| | SAN JUAN, PR 00910 |

## INVOICE SUMMARY DETAIL

| Billing Categories | Billing Details Attached | INVOICE | Invoice Category Totals |
|---|---|---|
| Billable Labor | | $237,381.13 |
| Associated Labor Fees | | $35,073.06 |
| Materials and Consumables | | $16,213.10 |
| Equipment and Tools | | $17,410.00 |
| Equipment Assigned Vehicles and Mileage | | $5,244.00 |
| Subcontractors and Vendors | | $40,522.65 |

| REMIT PAYMENT TO: | | |
|---|---|---|
| BELFOR USA GROUP, INC. | Invoice Sub Total | $351,843.94 |
| 185 OAKLAND SUITE 150 | Off-Site Logistical / Mobilization Fee | $21,110.64 |
| BIRMINGHAM, MI 48009 | Other / Additional Fees | $0.00 |
| | Tax Total | $0.00 |
| | Previous Payments / Credits | $0.00 |
| | Invoice Total Amount Due | $372,954.58 |

*Bill Created Using Time and Material PLUS II® - T & M Billing System*

| Job / Project Number | Invoice Number |
|---|---|
| 117501585 | 1216805A |

"Under penalty of absolute nullity I certify that no official or employee of the Department of the Family is a part or has any interest in the profits or benefits resulting from the contract object of this invoice and from being a part or having interest in the earnings or benefits resulting from the contract without a previous authorization. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the agency. The amount of this invoice is fair and correct. The services have been provided and have not been paid."

"Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de la Familia es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados."

26-09-19

GUY J. BUTTARO

# BELFOR ⬤
## PROPERTY RESTORATION

---

Project Type: HURRICANE MARIA
Client Name: DEPARTMENT OF FAMILY SERVICES
Client Address: 306 BARDOSA AVENUE
City, State, Zip: SAN JUAN, PR  00910

Attention:
Project Name: DEPARTMENT OF FAMILY SERVICES
Project Address: 306 BARDOSA AVENUE
City, State, Zip: SAN JUAN, PR  00910

# PROJECT COVER LETTER

CUSTOMER NUMBER:  1429097

The tax percentage charged on this invoice may require modification based on input from the appropriate taxation entities. Client acknowledges that it remains responsible to pay the appropriate taxes for each Project invoice. BELFOR shall provide the Client with a post hoc accounting of the applicable taxes associated with each invoice relating to the Project and Client agrees to pay these taxes within 30 days of being presented with an accurate invoice for them.  In the event that the taxes have been overstated on any invoice, BELFOR agrees to issue a credit or refund any balance due to the Client within 30 days.

INVOICE PERIOD COVERED:  Commencement thru 12/31/18

"Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de la Familia es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia.  El importe de esta factura es justo y correcto.  Los servicios han sido prestados y no ha sido pagados."( Firmar)

"Under penalty of absolute nullity I certify that no official or employee of the Department of the Family is a part or has any interest in the profits or benefits resulting from the contract object of this invoice and from being a part or having interest in the earnings or benefits resulting from the contract without a previous authorization.  The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the agency. The amount of this invoice is fair and correct. The services have been provided and have not been paid." (Sign)

# BELFOR (●)
## PROPERTY RESTORATION

---

BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI  48009
248-594-1144

Invoice #: 1216805A
Project #: 117501585
Invoice Type: Progress
Invoice Date: 3/5/2019

# PROJECT DETAILS

Project Type: HURRICANE MARIA
Client Name: DEPARTMENT OF FAMILY SERVICES
306 BARDOSA AVENUE
SAN JUAN, PR  00910

Attention:
Project Name: DEPARTMENT OF FAMILY SERVICES
Project Address: 306 BARDOSA AVENUE
SAN JUAN, PR  00910

# BILLING TOTAL
# TOTAL: $372,954.58

---

**BELFOR**
**PROPERTY RESTORATION**

---

Client Name: DEPARTMENT OF FAMILY SERVICES

Job/project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

# BILLABLE LABOR DETAILS

# TOTAL: $237,381.13

---

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | FRI-10/5/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-10/5/2018 | 8.00 | 2.00 | $1,000.00 | $375.00 | $1,375.00 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-10/5/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-10/5/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-10/5/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-10/5/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-10/5/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-10/5/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-10/5/2018 | 8.00 | | $500.00 | | $500.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-10/12/2018 | 8.00 | 0.50 | $1,000.00 | $93.75 | $1,093.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | MON-10/15/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-10/15/2018 | 8.00 | 0.50 | $1,000.00 | $93.75 | $1,093.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | TUE-10/16/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-10/16/2018 | 8.00 | 0.50 | $1,000.00 | $93.75 | $1,093.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-10/17/2018 | 8.00 | | $1,000.00 | | $1,000.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | THU-10/18/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-10/18/2018 | 8.00 | 0.50 | $1,000.00 | $93.75 | $1,093.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | FRI-10/19/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-10/19/2018 | 8.00 | | $1,000.00 | | $1,000.00 |
| CRISTOPHER MALONE | GL | SEE PTS | $41.00 | MON-10/22/2018 | 7.00 | | $287.00 | | $287.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | MON-10/22/2018 | 7.00 | | $287.00 | | $287.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | MON-10/22/2018 | 7.00 | | $287.00 | | $287.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | MON-10/22/2018 | 8.00 | 1.50 | $328.00 | $92.25 | $420.25 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | MON-10/22/2018 | 7.00 | | $287.00 | | $287.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | MON-10/22/2018 | 7.00 | | $287.00 | | $287.00 |

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|-----------------|-------------|------|-----------|----------|-----------|---------|-------|
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-10/22/2018 | 8.00 | 3.50 | $1,000.00 | $656.25 | $1,656.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-10/22/2018 | 7.00 | | $476.00 | | $476.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-10/22/2018 | 8.00 | 1.50 | $544.00 | $153.00 | $697.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | MON-10/22/2018 | 7.00 | | $437.50 | | $437.50 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | MON-10/22/2018 | 7.00 | | $437.50 | | $437.50 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | MON-10/22/2018 | 7.00 | | $437.50 | | $437.50 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | MON-10/22/2018 | 7.00 | | $437.50 | | $437.50 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | MON-10/22/2018 | 7.00 | | $437.50 | | $437.50 |
| CRISTOPHER MALONE | GL | SEE PTS | $41.00 | TUE-10/23/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | TUE-10/23/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | TUE-10/23/2018 | 8.00 | | $328.00 | | $328.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | TUE-10/23/2018 | 8.00 | 3.50 | $328.00 | $215.25 | $543.25 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | TUE-10/23/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-10/23/2018 | 8.00 | 3.50 | $1,000.00 | $656.25 | $1,656.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-10/23/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-10/23/2018 | 8.00 | 3.50 | $544.00 | $357.00 | $901.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | TUE-10/23/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | TUE-10/23/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | TUE-10/23/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | TUE-10/23/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | TUE-10/23/2018 | 8.00 | | $500.00 | | $500.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | WED-10/24/2018 | 8.00 | 1.00 | $328.00 | $61.50 | $389.50 |
| JOSE GARCIA | GL | SEE PTS | $41.00 | WED-10/24/2018 | 1.00 | | $41.00 | | $41.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-10/24/2018 | 8.00 | 1.00 | $328.00 | $61.50 | $389.50 |
| JUAN PICA | GL | SEE PTS | $41.00 | WED-10/24/2018 | 8.00 | 3.50 | $328.00 | $215.25 | $543.25 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | WED-10/24/2018 | 8.00 | 1.00 | $328.00 | $61.50 | $389.50 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | WED-10/24/2018 | 4.50 | | $184.50 | | $184.50 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-10/24/2018 | 8.00 | 3.50 | $1,000.00 | $656.25 | $1,656.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-10/24/2018 | 8.00 | 1.00 | $544.00 | $102.00 | $646.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-10/24/2018 | 8.00 | 3.50 | $544.00 | $357.00 | $901.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| BRENDA OJEDA | RT | SEE PTS | $62.50 | WED-10/24/2018 | 4.50 | | $281.25 | | $281.25 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | WED-10/24/2018 | 4.50 | | $281.25 | | $281.25 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | WED-10/24/2018 | 4.50 | | $281.25 | | $281.25 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | WED-10/24/2018 | 8.00 | 1.00 | $500.00 | $93.75 | $593.75 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | WED-10/24/2018 | 4.50 | | $281.25 | | $281.25 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | THU-10/25/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | THU-10/25/2018 | 8.00 | | $328.00 | | $328.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | THU-10/25/2018 | 8.00 | | $328.00 | | $328.00 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | THU-10/25/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | THU-10/25/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-10/25/2018 | 8.00 | 3.50 | $1,000.00 | $656.25 | $1,656.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-10/25/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-10/25/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | THU-10/25/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | THU-10/25/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | THU-10/25/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | THU-10/25/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | THU-10/25/2018 | 8.00 | | $500.00 | | $500.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | FRI-10/26/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-10/26/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | FRI-10/26/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | FRI-10/26/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | FRI-10/26/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-10/26/2018 | 8.00 | 1.50 | $1,000.00 | $281.25 | $1,281.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-10/26/2018 | 8.00 | 0.50 | $544.00 | $51.00 | $595.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-10/26/2018 | 8.00 | 0.50 | $544.00 | $51.00 | $595.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-10/26/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-10/26/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-10/26/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-10/26/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |


**BELFOR** **PROPERTY RESTORATION**

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|------------------|-------------|------|-----------|----------|-----------|---------|-------|
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-10/26/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 2.50 | $328.00 | $153.75 | $481.75 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | MON-10/29/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-10/29/2018 | 8.00 | 2.50 | $1,000.00 | $468.75 | $1,468.75 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-10/29/2018 | 8.00 | 0.50 | $544.00 | $51.00 | $595.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | MON-10/29/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | MON-10/29/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | MON-10/29/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | MON-10/29/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | MON-10/29/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| JUAN PICA | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | TUE-10/30/2018 | 8.00 | 0.50 | $328.00 | $30.75 | $358.75 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-10/30/2018 | 8.00 | 1.50 | $1,000.00 | $281.25 | $1,281.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-10/30/2018 | 8.00 | 0.50 | $544.00 | $51.00 | $595.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-10/30/2018 | 8.00 | 0.50 | $544.00 | $51.00 | $595.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | TUE-10/30/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | TUE-10/30/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | TUE-10/30/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |

**BELFOR** ◉)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | TUE-10/30/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | TUE-10/30/2018 | 8.00 | 0.50 | $500.00 | $46.88 | $546.88 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| LUIS A TORRES COUVERTIEV | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | WED-10/31/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-10/31/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-10/31/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-10/31/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | WED-10/31/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | WED-10/31/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | WED-10/31/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| JUAN PICA | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | THU-11/1/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-11/1/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-11/1/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-11/1/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | THU-11/1/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | THU-11/1/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | THU-11/1/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | THU-11/1/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | THU-11/1/2018 | 8.00 | | $500.00 | | $500.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Invoice #: 1216805A

Job / Project #: 117501585

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|------------------|-------------|------|------------|----------|-----------|---------|-------|
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | FRI-11/2/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-11/2/2018 | 8.00 | 2.00 | $1,000.00 | $375.00 | $1,375.00 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-11/2/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-11/2/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-11/2/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-11/2/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-11/2/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-11/2/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-11/2/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | TUE-11/6/2018 | 4.00 | | $164.00 | | $164.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-11/6/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-11/6/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-11/6/2018 | 8.00 | | $544.00 | | $544.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | TUE-11/6/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | TUE-11/6/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | TUE-11/6/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | TUE-11/6/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-11/7/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | WED-11/7/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-11/7/2018 | 8.00 | | $328.00 | | $328.00 |

**BELFOR** ⊙
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|------------------|-------------|------|-----------|----------|-----------|---------|-------|
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-11/7/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-11/7/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-11/7/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-11/7/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-11/7/2018 | 8.00 | | $544.00 | | $544.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | WED-11/7/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-11/8/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | THU-11/8/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | THU-11/8/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | THU-11/8/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | THU-11/8/2018 | 8.00 | | $328.00 | | $328.00 |
| WANDA MILLAN | GL | SEE PTS | $41.00 | THU-11/8/2018 | 4.00 | | $164.00 | | $164.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-11/8/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-11/8/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-11/8/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | THU-11/8/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | THU-11/8/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | THU-11/8/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | THU-11/8/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | THU-11/8/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-11/9/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | FRI-11/9/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-11/9/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-11/9/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-11/9/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-11/9/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-11/9/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-11/9/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-11/9/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-11/9/2018 | 8.00 | | $500.00 | | $500.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-11/9/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-11/9/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-11/9/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-11/12/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | MON-11/12/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | MON-11/12/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-11/12/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-11/12/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-11/12/2018 | 8.00 | 2.50 | $1,000.00 | $468.75 | $1,468.75 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-11/12/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-11/12/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | MON-11/12/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | MON-11/12/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | MON-11/12/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | MON-11/12/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | MON-11/12/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-11/13/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | TUE-11/13/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | TUE-11/13/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-11/13/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-11/13/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-11/13/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-11/13/2018 | 8.00 | | $544.00 | | $544.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | TUE-11/13/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | TUE-11/13/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | TUE-11/13/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | TUE-11/13/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-11/14/2018 | 8.00 | | $328.00 | | $328.00 |
| JONATHAN CRESPO | GL | SEE PTS | $41.00 | WED-11/14/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-11/14/2018 | 8.00 | | $328.00 | | $328.00 |

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-11/14/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-11/14/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-11/14/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-11/14/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-11/14/2018 | 8.00 | | $544.00 | | $544.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | WED-11/14/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | WED-11/14/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | WED-11/14/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | WED-11/14/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-11/15/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | THU-11/15/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | THU-11/15/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | THU-11/15/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-11/15/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-11/15/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-11/15/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | THU-11/15/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | THU-11/15/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | THU-11/15/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | THU-11/15/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | THU-11/15/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-11/16/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-11/16/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-11/16/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-11/16/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-11/16/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-11/16/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-11/16/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-11/16/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-11/16/2018 | 8.00 | | $500.00 | | $500.00 |

BILLABLE LABOR DETAILS
T&M Pro™ - ©2008-2019

9/16

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|------------------|-------------|------|-----------|----------|-----------|---------|-------|
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-11/16/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-11/16/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-11/16/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-11/19/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | MON-11/19/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-11/19/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-11/19/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-11/19/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-11/19/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-11/19/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | MON-11/19/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | MON-11/19/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | MON-11/19/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-11/20/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | TUE-11/20/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-11/20/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-11/20/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-11/20/2018 | 8.00 | 1.50 | $1,000.00 | $281.25 | $1,281.25 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-11/20/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-11/20/2018 | 8.00 | | $544.00 | | $544.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | TUE-11/20/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | TUE-11/20/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | TUE-11/20/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | TUE-11/20/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-11/21/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-11/21/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-11/21/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-11/21/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-11/21/2018 | 8.00 | 2.50 | $1,000.00 | $468.75 | $1,468.75 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-11/21/2018 | 8.00 | | $544.00 | | $544.00 |

BILLABLE LABOR DETAILS
T&M Pro™ - ©2008-2019

10/16

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|-----------------|-------------|------|-----------|----------|-----------|---------|-------|
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-11/21/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | WED-11/21/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | WED-11/21/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | WED-11/21/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | WED-11/21/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | WED-11/21/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE GARCIA | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| REY CASERO | GL | SEE PTS | $41.00 | FRI-11/23/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-11/23/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-11/23/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-11/23/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-11/23/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-11/23/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-11/23/2018 | 8.00 | | $500.00 | | $500.00 |
| KEYAN J MEDINA | RT | SEE PTS | $62.50 | FRI-11/23/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-11/23/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-11/26/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | MON-11/26/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | MON-11/26/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-11/26/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-11/26/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-11/26/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-11/26/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-11/26/2018 | 8.00 | | $544.00 | | $544.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | MON-11/26/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | MON-11/26/2018 | 8.00 | | $500.00 | | $500.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | MON-11/26/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-11/28/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | WED-11/28/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | WED-11/28/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-11/28/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-11/28/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-11/28/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-11/28/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-11/28/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | WED-11/28/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | WED-11/28/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | WED-11/28/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | WED-11/28/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-11/30/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | FRI-11/30/2018 | 8.00 | | $328.00 | | $328.00 |
| JOSE J RUIZ | GL | SEE PTS | $41.00 | FRI-11/30/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-11/30/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-11/30/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-11/30/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-11/30/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-11/30/2018 | 8.00 | | $544.00 | | $544.00 |
| BRENDA OJEDA | RT | SEE PTS | $62.50 | FRI-11/30/2018 | 8.00 | | $500.00 | | $500.00 |
| GRISELDA CRUZ | RT | SEE PTS | $62.50 | FRI-11/30/2018 | 8.00 | | $500.00 | | $500.00 |
| KENHISHA FELICIANO | RT | SEE PTS | $62.50 | FRI-11/30/2018 | 8.00 | | $500.00 | | $500.00 |
| XAIMARA TROCHE | RT | SEE PTS | $62.50 | FRI-11/30/2018 | 8.00 | | $500.00 | | $500.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-12/3/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | MON-12/3/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-12/3/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-12/3/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-12/3/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |



Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|------------------|-------------|------|------------|----------|-----------|---------|-------|
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-12/3/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-12/3/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-12/4/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | TUE-12/4/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-12/4/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-12/4/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-12/4/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-12/4/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-12/4/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-12/5/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | WED-12/5/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-12/5/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-12/5/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-12/5/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-12/5/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-12/5/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-12/6/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | THU-12/6/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | THU-12/6/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | THU-12/6/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-12/6/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-12/6/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-12/6/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-12/7/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | FRI-12/7/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-12/7/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-12/7/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-12/7/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-12/7/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-12/7/2018 | 8.00 | | $544.00 | | $544.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-12/10/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | MON-12/10/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-12/10/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-12/10/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-12/10/2018 | 8.00 | 2.00 | $1,000.00 | $375.00 | $1,375.00 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-12/10/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-12/10/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-12/11/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | TUE-12/11/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-12/11/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-12/11/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-12/11/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-12/11/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-12/11/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-12/12/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | WED-12/12/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-12/12/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-12/12/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-12/12/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-12/12/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-12/13/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | THU-12/13/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | THU-12/13/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | THU-12/13/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-12/13/2018 | 8.00 | 2.00 | $1,000.00 | $375.00 | $1,375.00 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-12/13/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-12/13/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-12/14/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | FRI-12/14/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | FRI-12/14/2018 | 8.00 | | $328.00 | | $328.00 |

**BELFOR** (●)
PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|------|-------|-----------------|-------------|------|-----------|----------|-----------|---------|-------|
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | FRI-12/14/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-12/14/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-12/14/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-12/14/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | MON-12/17/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | MON-12/17/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | MON-12/17/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | MON-12/17/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | MON-12/17/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | MON-12/17/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | MON-12/17/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | TUE-12/18/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | TUE-12/18/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | TUE-12/18/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | TUE-12/18/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | TUE-12/18/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | TUE-12/18/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | TUE-12/18/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | WED-12/19/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | WED-12/19/2018 | 8.00 | | $328.00 | | $328.00 |
| KENNETH NAVEDO | GL | SEE PTS | $41.00 | WED-12/19/2018 | 8.00 | | $328.00 | | $328.00 |
| MITCHELL BERMIDEZ | GL | SEE PTS | $41.00 | WED-12/19/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | WED-12/19/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | WED-12/19/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | WED-12/19/2018 | 8.00 | | $544.00 | | $544.00 |
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | THU-12/20/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | THU-12/20/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-12/20/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | THU-12/20/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-12/20/2018 | 8.00 | | $544.00 | | $544.00 |

**BELFOR** ◉
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Work Description | Hourly Rate | Date | Reg. Hours | OT Hours | Reg. Rate | OT Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER ROSARIO | GL | SEE PTS | $41.00 | FRI-12/21/2018 | 8.00 | | $328.00 | | $328.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | FRI-12/21/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-12/21/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| CHRISTIAN ROSARIO | RS | SEE PTS | $68.00 | FRI-12/21/2018 | 8.00 | | $544.00 | | $544.00 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-12/21/2018 | 8.00 | | $544.00 | | $544.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | THU-12/27/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | THU-12/27/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | THU-12/27/2018 | 8.00 | | $544.00 | | $544.00 |
| EDGARDO ALBINO | GL | SEE PTS | $41.00 | FRI-12/28/2018 | 8.00 | | $328.00 | | $328.00 |
| WILLIE PESINA | PM | SEE PTS | $125.00 | FRI-12/28/2018 | 8.00 | 1.00 | $1,000.00 | $187.50 | $1,187.50 |
| ISRAEL RIVERA | RS | SEE PTS | $68.00 | FRI-12/28/2018 | 8.00 | | $544.00 | | $544.00 |
| | | | | | 3644.50 | 112.00 | $221,417.00 | $15,964.13 | $237,381.13 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 19.00 | 01.00 | 10.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/12/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/13/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/14/2018 | | | | 00.01 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/15/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/15/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/16/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/16/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/18/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/18/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/20/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/21/2018 | | | | 00.01 |
| CRISTOPHER MALONE | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |

LABOR TIME DETAILS - BILLABLE LABOR AND ASSOCIATED LABOR FEES          1/17
T&M Pro™ - ©2008-2019

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 06.00 | 16.00 | 00.30 | 09.50 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 06.00 | 16.00 | 00.30 | 09.50 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/22/2018 | 08.30 | 16.00 | 00.30 | 07.00 |
| CRISTOPHER MALONE | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/23/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 18.00 | 00.30 | 09.00 |
| JOSE GARCIA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 05.00 | 06.00 | | 01.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 18.00 | 00.30 | 09.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 18.00 | 00.30 | 09.00 |

LABOR TIME DETAILS - BILLABLE LABOR AND ASSOCIATED LABOR FEES
T&M Pro™ - ©2008-2019

2/17

**BELFOR** (o)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 13.00 | | 04.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 18.00 | 00.30 | 09.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 06.00 | 18.00 | 00.30 | 11.50 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 13.00 | | 04.50 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 13.00 | | 04.50 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 13.00 | | 04.50 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 18.00 | 00.30 | 09.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/24/2018 | 08.30 | 13.00 | | 04.50 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 07.00 | 19.00 | 00.30 | 11.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/25/2018 | 08.30 | 17.00 | 00.30 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 18.00 | 00.30 | 09.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |

LABOR TIME DETAILS - BILLABLE LABOR AND ASSOCIATED LABOR FEES
T&M Pro™ - ©2008-2019

3/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/26/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/27/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 10/28/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 06.00 | 17.00 | 00.30 | 10.50 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 06.00 | 17.00 | 00.30 | 10.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/29/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 18.00 | 00.30 | 09.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/30/2018 | 08.00 | 17.00 | 00.30 | 08.50 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| LUIS A TORRES COUVERTIEV | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 10/31/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JUAN PICA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/1/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 19.00 | 01.00 | 10.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/2/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/3/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/4/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 12.00 | 01.00 | 04.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

LABOR TIME DETAILS - BILLABLE LABOR AND ASSOCIATED LABOR FEES        6/17
T&M Pro™ - ©2008-2019

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WANDA MILLAN | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 12.00 | | 04.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/8/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (•)
PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/9/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/10/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/11/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 19.30 | 01.00 | 10.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JONATHAN CRESPO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/15/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/16/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/17/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/18/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 18.30 | 01.00 | 09.50 |

**BELFOR** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 06.30 | 18.00 | 01.00 | 10.50 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/22/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE GARCIA | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| REY CASERO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** {o}
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KEYAN J MEDINA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/23/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/24/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 11/25/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/26/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

LABOR TIME DETAILS - BILLABLE LABOR AND ASSOCIATED LABOR FEES
T&M Pro™ - ©2008-2019

12/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| JOSE J RUIZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| BRENDA OJEDA | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| GRISELDA CRUZ | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENHISHA FELICIANO | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| XAIMARA TROCHE | RESTORATION TECHNICIAN | SEE PERSONNEL TRACKING SHEET | 11/30/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/3/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/4/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/5/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/6/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/7/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/8/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/9/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 07.00 | 18.00 | 01.00 | 10.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/10/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** ●)
PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/11/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/12/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 07.00 | 18.00 | 01.00 | 10.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/13/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/14/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/15/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/16/2018 | | | | 00.01 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/17/2018 | 08.00 | 17.00 | 01.00 | 08.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Invoice #: 1216805A

Job / Project #: 117501585

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|---|---|---|---|---|---|---|---|
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/18/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| KENNETH NAVEDO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| MITCHELL BERMIDEZ | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/19/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/20/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/20/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| CHRISTOPHER ROSARIO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/21/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| CHRISTIAN ROSARIO | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/21/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/22/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/23/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/24/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/25/2018 | | | | 00.01 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/27/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/27/2018 | 08.00 | 18.00 | 01.00 | 09.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Labor Classification | Work Description | Date | Time In | Time Out | Lunch/Break | Total |
|------|---------------------|------------------|------|---------|----------|-------------|-------|
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/27/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| EDGARDO ALBINO | GENERAL LABOR | SEE PERSONNEL TRACKING SHEET | 12/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | PROJECT MANAGER | SEE PERSONNEL TRACKING SHEET | 12/28/2018 | 08.00 | 18.00 | 01.00 | 09.00 |
| ISRAEL RIVERA | RESTORATION SUPERVISOR | SEE PERSONNEL TRACKING SHEET | 12/28/2018 | 08.00 | 17.00 | 01.00 | 08.00 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/29/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/30/2018 | | | | 00.01 |
| WILLIE PESINA | LABOR FEES ONLY M | SEE PERSONNEL TRACKING SHEET | 12/31/2018 | | | | 00.01 |
| | | | | | | | 3756.76 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Hourly Rate | Date | OT Hours 1.5 | OT Rate | OT Factor 1.5 | OT Hours 2.0 | OT Rate | OT Factor 2.0 | Total OT |
|---|---|---|---|---|---|---|---|---|---|---|
| WILLIE PESINA | PM | $125.00 | FRI-10/5/2018 | 2.00 | $187.50 | $375.00 | | | | $375.00 |
| WILLIE PESINA | PM | $125.00 | FRI-10/12/2018 | 0.50 | $187.50 | $93.75 | | | | $93.75 |
| JUAN PICA | GL | $41.00 | MON-10/15/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | MON-10/15/2018 | 0.50 | $187.50 | $93.75 | | | | $93.75 |
| JUAN PICA | GL | $41.00 | TUE-10/16/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | TUE-10/16/2018 | 0.50 | $187.50 | $93.75 | | | | $93.75 |
| JUAN PICA | GL | $41.00 | THU-10/18/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | THU-10/18/2018 | 0.50 | $187.50 | $93.75 | | | | $93.75 |
| JUAN PICA | GL | $41.00 | MON-10/22/2018 | 1.50 | $61.50 | $92.25 | | | | $92.25 |
| WILLIE PESINA | PM | $125.00 | MON-10/22/2018 | 3.50 | $187.50 | $656.25 | | | | $656.25 |
| ISRAEL RIVERA | RS | $68.00 | MON-10/22/2018 | 1.50 | $102.00 | $153.00 | | | | $153.00 |
| JUAN PICA | GL | $41.00 | TUE-10/23/2018 | 3.50 | $61.50 | $215.25 | | | | $215.25 |
| WILLIE PESINA | PM | $125.00 | TUE-10/23/2018 | 3.50 | $187.50 | $656.25 | | | | $656.25 |
| ISRAEL RIVERA | RS | $68.00 | TUE-10/23/2018 | 3.50 | $102.00 | $357.00 | | | | $357.00 |
| JONATHAN CRESPO | GL | $41.00 | WED-10/24/2018 | 1.00 | $61.50 | $61.50 | | | | $61.50 |
| JOSE J RUIZ | GL | $41.00 | WED-10/24/2018 | 1.00 | $61.50 | $61.50 | | | | $61.50 |
| JUAN PICA | GL | $41.00 | WED-10/24/2018 | 3.50 | $61.50 | $215.25 | | | | $215.25 |
| LUIS A TORRES COUVERTIEV | GL | $41.00 | WED-10/24/2018 | 1.00 | $61.50 | $61.50 | | | | $61.50 |
| WILLIE PESINA | PM | $125.00 | WED-10/24/2018 | 3.50 | $187.50 | $656.25 | | | | $656.25 |
| CHRISTIAN ROSARIO | RS | $68.00 | WED-10/24/2018 | 1.00 | $102.00 | $102.00 | | | | $102.00 |
| ISRAEL RIVERA | RS | $68.00 | WED-10/24/2018 | 3.50 | $102.00 | $357.00 | | | | $357.00 |
| KEYAN J MEDINA | RT | $62.50 | WED-10/24/2018 | 1.00 | $93.75 | $93.75 | | | | $93.75 |
| WILLIE PESINA | PM | $125.00 | THU-10/25/2018 | 3.50 | $187.50 | $656.25 | | | | $656.25 |
| JONATHAN CRESPO | GL | $41.00 | FRI-10/26/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JOSE J RUIZ | GL | $41.00 | FRI-10/26/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JUAN PICA | GL | $41.00 | FRI-10/26/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| LUIS A TORRES COUVERTIEV | GL | $41.00 | FRI-10/26/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WANDA MILLAN | GL | $41.00 | FRI-10/26/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | FRI-10/26/2018 | 1.50 | $187.50 | $281.25 | | | | $281.25 |
| CHRISTIAN ROSARIO | RS | $68.00 | FRI-10/26/2018 | 0.50 | $102.00 | $51.00 | | | | $51.00 |

LABOR OVERTIME DETAILS
T&M Pro™ - ©2008-2019

1/4

**BELFOR ( )**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Hourly Rate | Date | OT Hours 1.5 | OT Rate | OT Factor 1.5 | OT Hours 2.0 | OT Rate | OT Factor 2.0 | Total OT |
|---|---|---|---|---|---|---|---|---|---|---|
| ISRAEL RIVERA | RS | $68.00 | FRI-10/26/2018 | 0.50 | $102.00 | $51.00 | | | | $51.00 |
| BRENDA OJEDA | RT | $62.50 | FRI-10/26/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| GRISELDA CRUZ | RT | $62.50 | FRI-10/26/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KENHISHA FELICIANO | RT | $62.50 | FRI-10/26/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KEYAN J MEDINA | RT | $62.50 | FRI-10/26/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| XAIMARA TROCHE | RT | $62.50 | FRI-10/26/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| CHRISTOPHER ROSARIO | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JONATHAN CRESPO | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JOSE J RUIZ | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JUAN PICA | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| KENNETH NAVEDO | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| LUIS A TORRES COUVERTIEV | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| MITCHELL BERMIDEZ | GL | $41.00 | MON-10/29/2018 | 2.50 | $61.50 | $153.75 | | | | $153.75 |
| WANDA MILLAN | GL | $41.00 | MON-10/29/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | MON-10/29/2018 | 2.50 | $187.50 | $468.75 | | | | $468.75 |
| CHRISTIAN ROSARIO | RS | $68.00 | MON-10/29/2018 | 0.50 | $102.00 | $51.00 | | | | $51.00 |
| BRENDA OJEDA | RT | $62.50 | MON-10/29/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| GRISELDA CRUZ | RT | $62.50 | MON-10/29/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KENHISHA FELICIANO | RT | $62.50 | MON-10/29/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KEYAN J MEDINA | RT | $62.50 | MON-10/29/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| XAIMARA TROCHE | RT | $62.50 | MON-10/29/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| CHRISTOPHER ROSARIO | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JONATHAN CRESPO | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JOSE J RUIZ | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| JUAN PICA | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| KENNETH NAVEDO | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| LUIS A TORRES COUVERTIEV | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| MITCHELL BERMIDEZ | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WANDA MILLAN | GL | $41.00 | TUE-10/30/2018 | 0.50 | $61.50 | $30.75 | | | | $30.75 |
| WILLIE PESINA | PM | $125.00 | TUE-10/30/2018 | 1.50 | $187.50 | $281.25 | | | | $281.25 |

LABOR OVERTIME DETAILS
T&M Pro™ - ©2008-2019

2/4

**BELFOR (O)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Invoice #: 1216805A

Job / Project #: 117501585

Invoice Date: 3/5/2019

| Name | Title | Hourly Rate | Date | OT Hours 1.5 | OT Rate | OT Factor 1.5 | OT Hours 2.0 | OT Rate | OT Factor 2.0 | Total OT |
|------|-------|-------------|------|--------------|---------|---------------|--------------|---------|---------------|----------|
| CHRISTIAN ROSARIO | RS | $68.00 | TUE-10/30/2018 | 0.50 | $102.00 | $51.00 | | | | $51.00 |
| ISRAEL RIVERA | RS | $68.00 | TUE-10/30/2018 | 0.50 | $102.00 | $51.00 | | | | $51.00 |
| BRENDA OJEDA | RT | $62.50 | TUE-10/30/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| GRISELDA CRUZ | RT | $62.50 | TUE-10/30/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KENHISHA FELICIANO | RT | $62.50 | TUE-10/30/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| KEYAN J MEDINA | RT | $62.50 | TUE-10/30/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| XAIMARA TROCHE | RT | $62.50 | TUE-10/30/2018 | 0.50 | $93.75 | $46.88 | | | | $46.88 |
| WILLIE PESINA | PM | $125.00 | WED-10/31/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-11/1/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-11/2/2018 | 2.00 | $187.50 | $375.00 | | | | $375.00 |
| WILLIE PESINA | PM | $125.00 | TUE-11/6/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-11/7/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-11/8/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-11/9/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-11/12/2018 | 2.50 | $187.50 | $468.75 | | | | $468.75 |
| WILLIE PESINA | PM | $125.00 | TUE-11/13/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-11/14/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-11/15/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-11/16/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-11/19/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | TUE-11/20/2018 | 1.50 | $187.50 | $281.25 | | | | $281.25 |
| WILLIE PESINA | PM | $125.00 | WED-11/21/2018 | 2.50 | $187.50 | $468.75 | | | | $468.75 |
| WILLIE PESINA | PM | $125.00 | FRI-11/23/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-11/26/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-11/28/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-11/30/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-12/3/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | TUE-12/4/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-12/5/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-12/6/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |

LABOR OVERTIME DETAILS
T&M Pro™ - ©2008-2019

3/4

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Title | Hourly Rate | Date | OT Hours 1.5 | OT Rate | OT Factor 1.5 | OT Hours 2.0 | OT Rate | OT Factor 2.0 | Total OT |
|------|-------|-------------|------|--------------|---------|---------------|--------------|---------|---------------|----------|
| WILLIE PESINA | PM | $125.00 | FRI-12/7/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-12/10/2018 | 2.00 | $187.50 | $375.00 | | | | $375.00 |
| WILLIE PESINA | PM | $125.00 | TUE-12/11/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-12/12/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-12/13/2018 | 2.00 | $187.50 | $375.00 | | | | $375.00 |
| WILLIE PESINA | PM | $125.00 | FRI-12/14/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | MON-12/17/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | TUE-12/18/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | WED-12/19/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-12/20/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-12/21/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | THU-12/27/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| WILLIE PESINA | PM | $125.00 | FRI-12/28/2018 | 1.00 | $187.50 | $187.50 | | | | $187.50 |
| | | | | | | | | | | $15,964.13 |

LABOR OVERTIME DETAILS
T&M Pro™ - ©2008-2019

4/4

# BELFOR (●)
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# ASSOCIATED LABOR FEES

# TOTAL: $35,073.06

---

**BELFOR** (●)
PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| CHRISTOPHER ROSARIO | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| JONATHAN CRESPO | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| JOSE J RUIZ | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| KENNETH NAVEDO | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| MITCHELL BERMIDEZ | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| WANDA MILLAN | FRI-10/5/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| WILLIE PESINA | FRI-10/5/2018 | - | $57.50 | $27.75 | - | - | $287.50 | $372.75 |
| CHRISTIAN ROSARIO | FRI-10/5/2018 | $16.32 | - | $27.75 | - | - | - | $44.07 |
| ISRAEL RIVERA | FRI-10/5/2018 | $16.32 | - | $27.75 | - | - | - | $44.07 |
| BRENDA OJEDA | FRI-10/5/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| GRISELDA CRUZ | FRI-10/5/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| KENHISHA FELICIANO | FRI-10/5/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| KEYAN J MEDINA | FRI-10/5/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| XAIMARA TROCHE | FRI-10/5/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| WILLIE PESINA | FRI-10/12/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SAT-10/13/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-10/14/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| JUAN PICA | MON-10/15/2018 | $10.76 | - | $9.25 | - | - | - | $20.01 |
| WILLIE PESINA | MON-10/15/2018 | - | $57.50 | $7.04 | - | - | $287.50 | $352.04 |
| JUAN PICA | TUE-10/16/2018 | $10.76 | - | $9.25 | - | - | - | $20.01 |
| WILLIE PESINA | TUE-10/16/2018 | - | $57.50 | $7.04 | - | - | $287.50 | $352.04 |
| WILLIE PESINA | WED-10/17/2018 | - | $57.50 | $6.63 | - | - | $287.50 | $351.63 |
| JUAN PICA | THU-10/18/2018 | $10.76 | - | $9.25 | - | - | - | $20.01 |
| WILLIE PESINA | THU-10/18/2018 | - | $57.50 | $7.04 | - | - | $287.50 | $352.04 |
| JUAN PICA | FRI-10/19/2018 | $9.84 | - | $4.58 | - | - | - | $14.42 |
| WILLIE PESINA | FRI-10/19/2018 | - | $57.50 | $4.11 | - | - | $287.50 | $349.11 |
| WILLIE PESINA | SAT-10/20/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-10/21/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CRISTOPHER MALONE | MON-10/22/2018 | $8.61 | - | $12.95 | - | - | - | $21.56 |
| JONATHAN CRESPO | MON-10/22/2018 | $8.61 | - | $6.07 | - | - | - | $14.68 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

1/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| JOSE J RUIZ | MON-10/22/2018 | $8.61 | - | $6.07 | - | - | - | $14.68 |
| JUAN PICA | MON-10/22/2018 | $12.61 | - | $5.44 | - | - | - | $18.04 |
| LUIS A TORRES COUVERTIEV | MON-10/22/2018 | $8.61 | - | $8.09 | - | - | - | $16.70 |
| WANDA MILLAN | MON-10/22/2018 | $8.61 | - | $7.06 | - | - | - | $15.67 |
| WILLIE PESINA | MON-10/22/2018 | - | $57.50 | $5.91 | - | - | $287.50 | $350.91 |
| CHRISTIAN ROSARIO | MON-10/22/2018 | $14.28 | - | $6.07 | - | - | - | $20.35 |
| ISRAEL RIVERA | MON-10/22/2018 | $20.91 | - | $6.51 | - | - | - | $27.42 |
| BRENDA OJEDA | MON-10/22/2018 | $13.13 | - | $7.06 | - | - | - | $20.19 |
| GRISELDA CRUZ | MON-10/22/2018 | $13.13 | - | $7.06 | - | - | - | $20.19 |
| KENHISHA FELICIANO | MON-10/22/2018 | $13.13 | - | $7.06 | - | - | - | $20.19 |
| KEYAN J MEDINA | MON-10/22/2018 | $13.13 | - | $6.07 | - | - | - | $19.20 |
| XAIMARA TROCHE | MON-10/22/2018 | $13.13 | - | $7.06 | - | - | - | $20.19 |
| CRISTOPHER MALONE | TUE-10/23/2018 | $9.84 | - | $14.80 | - | - | - | $24.64 |
| JONATHAN CRESPO | TUE-10/23/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | TUE-10/23/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JUAN PICA | TUE-10/23/2018 | $16.30 | - | $6.58 | - | - | - | $22.88 |
| WANDA MILLAN | TUE-10/23/2018 | $9.84 | - | $8.07 | - | - | - | $17.91 |
| WILLIE PESINA | TUE-10/23/2018 | - | $57.50 | $5.91 | - | - | $287.50 | $350.91 |
| CHRISTIAN ROSARIO | TUE-10/23/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | TUE-10/23/2018 | $27.03 | - | $7.88 | - | - | - | $34.91 |
| BRENDA OJEDA | TUE-10/23/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| GRISELDA CRUZ | TUE-10/23/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| KENHISHA FELICIANO | TUE-10/23/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| KEYAN J MEDINA | TUE-10/23/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | TUE-10/23/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| JONATHAN CRESPO | WED-10/24/2018 | $11.69 | - | $7.80 | - | - | - | $19.49 |
| JOSE GARCIA | WED-10/24/2018 | $1.23 | - | $27.75 | - | - | - | $28.98 |
| JOSE J RUIZ | WED-10/24/2018 | $11.69 | - | $7.80 | - | - | - | $19.49 |
| JUAN PICA | WED-10/24/2018 | $16.30 | - | $6.58 | - | - | - | $22.88 |
| LUIS A TORRES COUVERTIEV | WED-10/24/2018 | $11.69 | - | $10.41 | - | - | - | $22.09 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

2/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| WANDA MILLAN | WED-10/24/2018 | $5.54 | - | $4.54 | - | - | - | $10.08 |
| WILLIE PESINA | WED-10/24/2018 | - | $57.50 | $5.91 | - | - | $287.50 | $350.91 |
| CHRISTIAN ROSARIO | WED-10/24/2018 | $19.38 | - | $7.80 | - | - | - | $27.18 |
| ISRAEL RIVERA | WED-10/24/2018 | $27.03 | - | $7.88 | - | - | - | $34.91 |
| BRENDA OJEDA | WED-10/24/2018 | $8.44 | - | $4.54 | - | - | - | $12.98 |
| GRISELDA CRUZ | WED-10/24/2018 | $8.44 | - | $4.54 | - | - | - | $12.98 |
| KENHISHA FELICIANO | WED-10/24/2018 | $8.44 | - | $4.54 | - | - | - | $12.98 |
| KEYAN J MEDINA | WED-10/24/2018 | $17.81 | - | $7.80 | - | - | - | $25.62 |
| XAIMARA TROCHE | WED-10/24/2018 | $8.44 | - | $4.54 | - | - | - | $12.98 |
| JONATHAN CRESPO | THU-10/25/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | THU-10/25/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JUAN PICA | THU-10/25/2018 | $9.84 | - | $4.58 | - | - | - | $14.42 |
| LUIS A TORRES COUVERTIEV | THU-10/25/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| WANDA MILLAN | THU-10/25/2018 | $9.84 | - | $8.07 | - | - | - | $17.91 |
| WILLIE PESINA | THU-10/25/2018 | - | $57.50 | $5.91 | - | - | $287.50 | $350.91 |
| CHRISTIAN ROSARIO | THU-10/25/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | THU-10/25/2018 | $16.32 | - | $5.48 | - | - | - | $21.80 |
| BRENDA OJEDA | THU-10/25/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| GRISELDA CRUZ | THU-10/25/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| KENHISHA FELICIANO | THU-10/25/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| KEYAN J MEDINA | THU-10/25/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | THU-10/25/2018 | $15.00 | - | $8.07 | - | - | - | $23.07 |
| JONATHAN CRESPO | FRI-10/26/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| JOSE J RUIZ | FRI-10/26/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| JUAN PICA | FRI-10/26/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| LUIS A TORRES COUVERTIEV | FRI-10/26/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| WANDA MILLAN | FRI-10/26/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| WILLIE PESINA | FRI-10/26/2018 | - | $57.50 | $5.55 | - | - | $287.50 | $350.55 |
| CHRISTIAN ROSARIO | FRI-10/26/2018 | $17.85 | - | $5.68 | - | - | - | $23.53 |
| ISRAEL RIVERA | FRI-10/26/2018 | $17.85 | - | $7.15 | - | - | - | $25.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| BRENDA OJEDA | FRI-10/26/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| GRISELDA CRUZ | FRI-10/26/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KENHISHA FELICIANO | FRI-10/26/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KEYAN J MEDINA | FRI-10/26/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| XAIMARA TROCHE | FRI-10/26/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| WILLIE PESINA | SAT-10/27/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-10/28/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-10/29/2018 | $10.76 | - | $7.15 | - | - | - | $17.91 |
| JONATHAN CRESPO | MON-10/29/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| JOSE J RUIZ | MON-10/29/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| JUAN PICA | MON-10/29/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| KENNETH NAVEDO | MON-10/29/2018 | $10.76 | - | $7.15 | - | - | - | $17.91 |
| LUIS A TORRES COUVERTIEV | MON-10/29/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| MITCHELL BERMIDEZ | MON-10/29/2018 | $14.45 | - | $8.33 | - | - | - | $22.78 |
| WANDA MILLAN | MON-10/29/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| WILLIE PESINA | MON-10/29/2018 | - | $57.50 | $6.13 | - | - | $287.50 | $351.13 |
| CHRISTIAN ROSARIO | MON-10/29/2018 | $17.85 | - | $5.68 | - | - | - | $23.53 |
| BRENDA OJEDA | MON-10/29/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| GRISELDA CRUZ | MON-10/29/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KENHISHA FELICIANO | MON-10/29/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KEYAN J MEDINA | MON-10/29/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| XAIMARA TROCHE | MON-10/29/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| CHRISTOPHER ROSARIO | TUE-10/30/2018 | $10.76 | - | $7.15 | - | - | - | $17.91 |
| JONATHAN CRESPO | TUE-10/30/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| JOSE J RUIZ | TUE-10/30/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| JUAN PICA | TUE-10/30/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |
| KENNETH NAVEDO | TUE-10/30/2018 | $10.76 | - | $7.15 | - | - | - | $17.91 |
| LUIS A TORRES COUVERTIEV | TUE-10/30/2018 | $10.76 | - | $7.04 | - | - | - | $17.80 |
| MITCHELL BERMIDEZ | TUE-10/30/2018 | $10.76 | - | $6.74 | - | - | - | $17.50 |
| WANDA MILLAN | TUE-10/30/2018 | $10.76 | - | $5.68 | - | - | - | $16.45 |

**BELFOR** (⚬)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| WILLIE PESINA | TUE-10/30/2018 | - | $57.50 | $5.55 | - | - | $287.50 | $350.55 |
| CHRISTIAN ROSARIO | TUE-10/30/2018 | $17.85 | - | $5.68 | - | - | - | $23.53 |
| ISRAEL RIVERA | TUE-10/30/2018 | $17.85 | - | $7.15 | - | - | - | $25.00 |
| BRENDA OJEDA | TUE-10/30/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| GRISELDA CRUZ | TUE-10/30/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KENHISHA FELICIANO | TUE-10/30/2018 | $16.41 | - | $7.04 | - | - | - | $23.45 |
| KEYAN J MEDINA | TUE-10/30/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| XAIMARA TROCHE | TUE-10/30/2018 | $16.41 | - | $5.68 | - | - | - | $22.09 |
| CHRISTOPHER ROSARIO | WED-10/31/2018 | $9.84 | - | $6.73 | - | - | - | $16.57 |
| JONATHAN CRESPO | WED-10/31/2018 | $9.84 | - | $6.63 | - | - | - | $16.47 |
| JOSE J RUIZ | WED-10/31/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| JUAN PICA | WED-10/31/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| KENNETH NAVEDO | WED-10/31/2018 | $9.84 | - | $6.73 | - | - | - | $16.57 |
| LUIS A TORRES COUVERTIEV | WED-10/31/2018 | $9.84 | - | $6.63 | - | - | - | $16.47 |
| MITCHELL BERMIDEZ | WED-10/31/2018 | $9.84 | - | $6.34 | - | - | - | $16.18 |
| WANDA MILLAN | WED-10/31/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| WILLIE PESINA | WED-10/31/2018 | - | $57.50 | $5.26 | - | - | $287.50 | $350.26 |
| CHRISTIAN ROSARIO | WED-10/31/2018 | $16.32 | - | $5.35 | - | - | - | $21.67 |
| ISRAEL RIVERA | WED-10/31/2018 | $16.32 | - | $6.73 | - | - | - | $23.05 |
| BRENDA OJEDA | WED-10/31/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| KEYAN J MEDINA | WED-10/31/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| XAIMARA TROCHE | WED-10/31/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| CHRISTOPHER ROSARIO | THU-11/1/2018 | $9.84 | - | $6.73 | - | - | - | $16.57 |
| JOSE J RUIZ | THU-11/1/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| JUAN PICA | THU-11/1/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| KENNETH NAVEDO | THU-11/1/2018 | $9.84 | - | $6.73 | - | - | - | $16.57 |
| MITCHELL BERMIDEZ | THU-11/1/2018 | $9.84 | - | $6.34 | - | - | - | $16.18 |
| WANDA MILLAN | THU-11/1/2018 | $9.84 | - | $5.35 | - | - | - | $15.19 |
| WILLIE PESINA | THU-11/1/2018 | - | $57.50 | $5.26 | - | - | $287.50 | $350.26 |
| CHRISTIAN ROSARIO | THU-11/1/2018 | $16.32 | - | $5.35 | - | - | - | $21.67 |

**BELFOR** **(●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| ISRAEL RIVERA | THU-11/1/2018 | $16.32 | - | $6.73 | - | - | - | $23.05 |
| BRENDA OJEDA | THU-11/1/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| GRISELDA CRUZ | THU-11/1/2018 | $15.00 | - | $6.63 | - | - | - | $21.63 |
| KENHISHA FELICIANO | THU-11/1/2018 | $15.00 | - | $6.63 | - | - | - | $21.63 |
| KEYAN J MEDINA | THU-11/1/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| XAIMARA TROCHE | THU-11/1/2018 | $15.00 | - | $5.35 | - | - | - | $20.35 |
| CHRISTOPHER ROSARIO | FRI-11/2/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JONATHAN CRESPO | FRI-11/2/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | FRI-11/2/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | FRI-11/2/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | FRI-11/2/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WANDA MILLAN | FRI-11/2/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| WILLIE PESINA | FRI-11/2/2018 | - | $57.50 | $7.50 | - | - | $287.50 | $352.50 |
| CHRISTIAN ROSARIO | FRI-11/2/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | FRI-11/2/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| BRENDA OJEDA | FRI-11/2/2018 | $15.00 | - | $13.88 | - | - | - | $28.88 |
| GRISELDA CRUZ | FRI-11/2/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | FRI-11/2/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | FRI-11/2/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | FRI-11/2/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| WILLIE PESINA | SAT-11/3/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-11/4/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | TUE-11/6/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JONATHAN CRESPO | TUE-11/6/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | TUE-11/6/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | TUE-11/6/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | TUE-11/6/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WANDA MILLAN | TUE-11/6/2018 | $4.92 | - | $6.94 | - | - | - | $11.86 |
| WILLIE PESINA | TUE-11/6/2018 | - | $57.50 | $6.75 | - | - | $287.50 | $351.75 |
| CHRISTIAN ROSARIO | TUE-11/6/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

6/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| ISRAEL RIVERA | TUE-11/6/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| GRISELDA CRUZ | TUE-11/6/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | TUE-11/6/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | TUE-11/6/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | TUE-11/6/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| CHRISTOPHER ROSARIO | WED-11/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JONATHAN CRESPO | WED-11/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | WED-11/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | WED-11/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | WED-11/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | WED-11/7/2018 | - | $57.50 | $6.75 | - | - | $287.50 | $351.75 |
| CHRISTIAN ROSARIO | WED-11/7/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | WED-11/7/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| KEYAN J MEDINA | WED-11/7/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| CHRISTOPHER ROSARIO | THU-11/8/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JONATHAN CRESPO | THU-11/8/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | THU-11/8/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | THU-11/8/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | THU-11/8/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WANDA MILLAN | THU-11/8/2018 | $4.92 | - | $6.94 | - | - | - | $11.86 |
| WILLIE PESINA | THU-11/8/2018 | - | $57.50 | $6.75 | - | - | $287.50 | $351.75 |
| CHRISTIAN ROSARIO | THU-11/8/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | THU-11/8/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| BRENDA OJEDA | THU-11/8/2018 | $15.00 | - | $13.88 | - | - | - | $28.88 |
| GRISELDA CRUZ | THU-11/8/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | THU-11/8/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | THU-11/8/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | THU-11/8/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| CHRISTOPHER ROSARIO | FRI-11/9/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| JONATHAN CRESPO | FRI-11/9/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

7/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| JOSE J RUIZ | FRI-11/9/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | FRI-11/9/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | FRI-11/9/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | FRI-11/9/2018 | - | $57.50 | $5.37 | - | - | $287.50 | $350.37 |
| CHRISTIAN ROSARIO | FRI-11/9/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | FRI-11/9/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| BRENDA OJEDA | FRI-11/9/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| GRISELDA CRUZ | FRI-11/9/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KENHISHA FELICIANO | FRI-11/9/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KEYAN J MEDINA | FRI-11/9/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| XAIMARA TROCHE | FRI-11/9/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| WILLIE PESINA | SAT-11/10/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-11/11/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-11/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| JONATHAN CRESPO | MON-11/12/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | MON-11/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | MON-11/12/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | MON-11/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | MON-11/12/2018 | - | $57.50 | $6.27 | - | - | $287.50 | $351.27 |
| CHRISTIAN ROSARIO | MON-11/12/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | MON-11/12/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| BRENDA OJEDA | MON-11/12/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| GRISELDA CRUZ | MON-11/12/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KENHISHA FELICIANO | MON-11/12/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KEYAN J MEDINA | MON-11/12/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| XAIMARA TROCHE | MON-11/12/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| CHRISTOPHER ROSARIO | TUE-11/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| JONATHAN CRESPO | TUE-11/13/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | TUE-11/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | TUE-11/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| WILLIE PESINA | TUE-11/13/2018 | - | $57.50 | $5.37 | - | - | $287.50 | $350.37 |
| CHRISTIAN ROSARIO | TUE-11/13/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | TUE-11/13/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| GRISELDA CRUZ | TUE-11/13/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KENHISHA FELICIANO | TUE-11/13/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KEYAN J MEDINA | TUE-11/13/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| XAIMARA TROCHE | TUE-11/13/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| CHRISTOPHER ROSARIO | WED-11/14/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| JONATHAN CRESPO | WED-11/14/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | WED-11/14/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | WED-11/14/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | WED-11/14/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | WED-11/14/2018 | - | $57.50 | $5.37 | - | - | $287.50 | $350.37 |
| CHRISTIAN ROSARIO | WED-11/14/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | WED-11/14/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| GRISELDA CRUZ | WED-11/14/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KENHISHA FELICIANO | WED-11/14/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KEYAN J MEDINA | WED-11/14/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| XAIMARA TROCHE | WED-11/14/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| CHRISTOPHER ROSARIO | THU-11/15/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| JOSE J RUIZ | THU-11/15/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | THU-11/15/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | THU-11/15/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | THU-11/15/2018 | - | $57.50 | $5.37 | - | - | $287.50 | $350.37 |
| CHRISTIAN ROSARIO | THU-11/15/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | THU-11/15/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| BRENDA OJEDA | THU-11/15/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| GRISELDA CRUZ | THU-11/15/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KENHISHA FELICIANO | THU-11/15/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| KEYAN J MEDINA | THU-11/15/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |

**BELFOR (●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|------------|----------|-----|-----|-----|---------|-------|
| XAIMARA TROCHE | THU-11/15/2018 | $15.00 | - | $5.55 | - | - | - | $20.55 |
| CHRISTOPHER ROSARIO | FRI-11/16/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | FRI-11/16/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | FRI-11/16/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | FRI-11/16/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | FRI-11/16/2018 | - | $57.50 | $6.57 | - | - | $287.50 | $351.57 |
| CHRISTIAN ROSARIO | FRI-11/16/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | FRI-11/16/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| BRENDA OJEDA | FRI-11/16/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| GRISELDA CRUZ | FRI-11/16/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | FRI-11/16/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | FRI-11/16/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | FRI-11/16/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| WILLIE PESINA | SAT-11/17/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-11/18/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-11/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | MON-11/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | MON-11/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | MON-11/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | MON-11/19/2018 | - | $57.50 | $6.57 | - | - | $287.50 | $351.57 |
| CHRISTIAN ROSARIO | MON-11/19/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | MON-11/19/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| BRENDA OJEDA | MON-11/19/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | MON-11/19/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | MON-11/19/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| CHRISTOPHER ROSARIO | TUE-11/20/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | TUE-11/20/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | TUE-11/20/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | TUE-11/20/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | TUE-11/20/2018 | - | $57.50 | $6.94 | - | - | $287.50 | $351.94 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

10/17

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| CHRISTIAN ROSARIO | TUE-11/20/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | TUE-11/20/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| GRISELDA CRUZ | TUE-11/20/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | TUE-11/20/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | TUE-11/20/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | TUE-11/20/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| CHRISTOPHER ROSARIO | WED-11/21/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| JOSE J RUIZ | WED-11/21/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| KENNETH NAVEDO | WED-11/21/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | WED-11/21/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | WED-11/21/2018 | - | $57.50 | $7.67 | - | - | $287.50 | $352.67 |
| CHRISTIAN ROSARIO | WED-11/21/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| ISRAEL RIVERA | WED-11/21/2018 | $16.32 | - | $6.94 | - | - | - | $23.26 |
| BRENDA OJEDA | WED-11/21/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| GRISELDA CRUZ | WED-11/21/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | WED-11/21/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | WED-11/21/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| XAIMARA TROCHE | WED-11/21/2018 | $15.00 | - | $6.94 | - | - | - | $21.94 |
| WILLIE PESINA | THU-11/22/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | FRI-11/23/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| JOSE GARCIA | FRI-11/23/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| JOSE J RUIZ | FRI-11/23/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| KENNETH NAVEDO | FRI-11/23/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| MITCHELL BERMIDEZ | FRI-11/23/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| REY CASERO | FRI-11/23/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| WILLIE PESINA | FRI-11/23/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | FRI-11/23/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| ISRAEL RIVERA | FRI-11/23/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| BRENDA OJEDA | FRI-11/23/2018 | $15.00 | - | $13.88 | - | - | - | $28.88 |
| GRISELDA CRUZ | FRI-11/23/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| KENHISHA FELICIANO | FRI-11/23/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KEYAN J MEDINA | FRI-11/23/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| XAIMARA TROCHE | FRI-11/23/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| WILLIE PESINA | SAT-11/24/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-11/25/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-11/26/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| EDGARDO ALBINO | MON-11/26/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| JOSE J RUIZ | MON-11/26/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| KENNETH NAVEDO | MON-11/26/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| MITCHELL BERMIDEZ | MON-11/26/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| WILLIE PESINA | MON-11/26/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | MON-11/26/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| ISRAEL RIVERA | MON-11/26/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| GRISELDA CRUZ | MON-11/26/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | MON-11/26/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| XAIMARA TROCHE | MON-11/26/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| CHRISTOPHER ROSARIO | WED-11/28/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| EDGARDO ALBINO | WED-11/28/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| JOSE J RUIZ | WED-11/28/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| KENNETH NAVEDO | WED-11/28/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| MITCHELL BERMIDEZ | WED-11/28/2018 | $9.84 | - | $9.25 | - | - | - | $19.09 |
| WILLIE PESINA | WED-11/28/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | WED-11/28/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| ISRAEL RIVERA | WED-11/28/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| BRENDA OJEDA | WED-11/28/2018 | $15.00 | - | $13.88 | - | - | - | $28.88 |
| GRISELDA CRUZ | WED-11/28/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| KENHISHA FELICIANO | WED-11/28/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| XAIMARA TROCHE | WED-11/28/2018 | $15.00 | - | $9.25 | - | - | - | $24.25 |
| CHRISTOPHER ROSARIO | FRI-11/30/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | FRI-11/30/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ - ©2008-2019

12/17

**BELFOR** ⟨●⟩
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| JOSE J RUIZ | FRI-11/30/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| KENNETH NAVEDO | FRI-11/30/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | FRI-11/30/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | FRI-11/30/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | FRI-11/30/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | FRI-11/30/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| BRENDA OJEDA | FRI-11/30/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| GRISELDA CRUZ | FRI-11/30/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| KENHISHA FELICIANO | FRI-11/30/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| XAIMARA TROCHE | FRI-11/30/2018 | $15.00 | - | $27.75 | - | - | - | $42.75 |
| CHRISTOPHER ROSARIO | MON-12/3/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | MON-12/3/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | MON-12/3/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | MON-12/3/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | MON-12/3/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | MON-12/3/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | MON-12/3/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | TUE-12/4/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | TUE-12/4/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | TUE-12/4/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | TUE-12/4/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | TUE-12/4/2018 | - | $57.50 | $9.25 | - | - | $287.50 | $354.25 |
| CHRISTIAN ROSARIO | TUE-12/4/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | TUE-12/4/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | WED-12/5/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | WED-12/5/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | WED-12/5/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | WED-12/5/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | WED-12/5/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | WED-12/5/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |

**BELFOR (O)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| ISRAEL RIVERA | WED-12/5/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | THU-12/6/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | THU-12/6/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | THU-12/6/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | THU-12/6/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | THU-12/6/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | THU-12/6/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | THU-12/6/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | FRI-12/7/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | FRI-12/7/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | FRI-12/7/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | FRI-12/7/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | FRI-12/7/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | FRI-12/7/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | FRI-12/7/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| WILLIE PESINA | SAT-12/8/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-12/9/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-12/10/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | MON-12/10/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | MON-12/10/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | MON-12/10/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | MON-12/10/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | MON-12/10/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | MON-12/10/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | TUE-12/11/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | TUE-12/11/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | TUE-12/11/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | TUE-12/11/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | TUE-12/11/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | TUE-12/11/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |

ASSOCIATED LABOR FEE DETAILS
T&M Pro™ -©2008-2019

14/17

**BELFOR** (O)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|------|------|-------------|----------|-----|-----|-----|---------|-------|
| ISRAEL RIVERA | TUE-12/11/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | WED-12/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | WED-12/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| MITCHELL BERMIDEZ | WED-12/12/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | WED-12/12/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | WED-12/12/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | WED-12/12/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | THU-12/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | THU-12/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | THU-12/13/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | THU-12/13/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | THU-12/13/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | THU-12/13/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | THU-12/13/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | FRI-12/14/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | FRI-12/14/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | FRI-12/14/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | FRI-12/14/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | FRI-12/14/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | FRI-12/14/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | FRI-12/14/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| WILLIE PESINA | SAT-12/15/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-12/16/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTOPHER ROSARIO | MON-12/17/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | MON-12/17/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | MON-12/17/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | MON-12/17/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | MON-12/17/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | MON-12/17/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | MON-12/17/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |

**BELFOR ⦿** PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| CHRISTOPHER ROSARIO | TUE-12/18/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | TUE-12/18/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | TUE-12/18/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | TUE-12/18/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | TUE-12/18/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | TUE-12/18/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | TUE-12/18/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | WED-12/19/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | WED-12/19/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| KENNETH NAVEDO | WED-12/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| MITCHELL BERMIDEZ | WED-12/19/2018 | $9.84 | - | $6.94 | - | - | - | $16.78 |
| WILLIE PESINA | WED-12/19/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | WED-12/19/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | WED-12/19/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | THU-12/20/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| EDGARDO ALBINO | THU-12/20/2018 | $9.84 | - | $5.55 | - | - | - | $15.39 |
| WILLIE PESINA | THU-12/20/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | THU-12/20/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| ISRAEL RIVERA | THU-12/20/2018 | $16.32 | - | $5.55 | - | - | - | $21.87 |
| CHRISTOPHER ROSARIO | FRI-12/21/2018 | $9.84 | - | $27.75 | - | - | - | $37.59 |
| EDGARDO ALBINO | FRI-12/21/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| WILLIE PESINA | FRI-12/21/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| CHRISTIAN ROSARIO | FRI-12/21/2018 | $16.32 | - | $27.75 | - | - | - | $44.07 |
| ISRAEL RIVERA | FRI-12/21/2018 | $16.32 | - | $13.88 | - | - | - | $30.20 |
| WILLIE PESINA | SAT-12/22/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-12/23/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | MON-12/24/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | TUE-12/25/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| EDGARDO ALBINO | THU-12/27/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| WILLIE PESINA | THU-12/27/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |

**BELFOR (●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Small Tools | Per Diem | PPE | PRP | PFP | Lodging | Total |
|---|---|---|---|---|---|---|---|---|
| ISRAEL RIVERA | THU-12/27/2018 | $16.32 | - | $13.88 | - | - | - | $30.20 |
| EDGARDO ALBINO | FRI-12/28/2018 | $9.84 | - | $13.88 | - | - | - | $23.72 |
| WILLIE PESINA | FRI-12/28/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| ISRAEL RIVERA | FRI-12/28/2018 | $16.32 | - | $9.25 | - | - | - | $25.57 |
| WILLIE PESINA | SAT-12/29/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | SUN-12/30/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| WILLIE PESINA | MON-12/31/2018 | - | $57.50 | - | - | - | $287.50 | $345.00 |
| | | $5,250.18 | $4,370.00 | $3,602.88 | | | $21,850.00 | $35,073.06 |

**BELFOR** (●)
**PROPERTYRESTORATION**

---

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# MATERIAL AND CONSUMABLE DETAILS

## TOTAL: $16,213.10

**BELFOR (●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| BOXES, BOOK-1.5 CU FT | 10/22/2018 | EACH | 100 | $5.00 | $500.00 |
| BOXES, BOOK-1.5 CU FT | 10/23/2018 | EACH | 58 | $5.00 | $290.00 |
| BOXES, BOOK-1.5 CU FT | 10/24/2018 | EACH | 89 | $5.00 | $445.00 |
| BOXES, BOOK-1.5 CU FT | 10/25/2018 | EACH | 100 | $5.00 | $500.00 |
| BOXES, BOOK-1.5 CU FT | 10/26/2018 | EACH | 75 | $5.00 | $375.00 |
| BOXES, BOOK-1.5 CU FT | 10/29/2018 | EACH | 60 | $5.00 | $300.00 |
| BOXES, BOOK-1.5 CU FT | 10/30/2018 | EACH | 75 | $5.00 | $375.00 |
| BOXES, BOOK-1.5 CU FT | 10/31/2018 | EACH | 75 | $5.00 | $375.00 |
| BOXES, BOOK-1.5 CU FT | 11/1/2018 | EACH | 59 | $5.00 | $295.00 |
| BOXES, BOOK-1.5 CU FT | 11/2/2018 | EACH | 50 | $5.00 | $250.00 |
| BOXES, BOOK-1.5 CU FT | 11/7/2018 | EACH | 48 | $5.00 | $240.00 |
| BOXES, BOOK-1.5 CU FT | 11/8/2018 | EACH | 30 | $5.00 | $150.00 |
| BOXES, BOOK-1.5 CU FT | 11/14/2018 | EACH | 50 | $5.00 | $250.00 |
| BOXES, BOOK-1.5 CU FT | 11/15/2018 | EACH | 30 | $5.00 | $150.00 |
| BOXES, BOOK-1.5 CU FT | 11/16/2018 | EACH | 25 | $5.00 | $125.00 |
| BOXES, BOOK-1.5 CU FT | 11/20/2018 | EACH | 20 | $5.00 | $100.00 |
| BOXES, BOOK-1.5 CU FT | 11/21/2018 | EACH | 15 | $5.00 | $75.00 |
| BOXES, BOOK-1.5 CU FT | 11/23/2018 | EACH | 15 | $5.00 | $75.00 |
| BOXES, BOOK-1.5 CU FT | 11/26/2018 | EACH | 20 | $5.00 | $100.00 |
| BOXES, BOOK-1.5 CU FT | 11/27/2018 | EACH | 25 | $5.00 | $125.00 |
| BOXES, BOOK-1.5 CU FT | 11/28/2018 | EACH | 18 | $5.00 | $90.00 |
| BOXES, BOOK-1.5 CU FT | 11/29/2018 | EACH | 5 | $5.00 | $25.00 |
| BOXES, BOOK-1.5 CU FT | 11/30/2018 | EACH | 10 | $5.00 | $50.00 |
| FILTER, PLEATED (SECONDARY) | 11/15/2018 | EACH | 2 | $7.00 | $14.00 |
| FILTER, PLEATED (SECONDARY) | 11/27/2018 | EACH | 2 | $7.00 | $14.00 |
| FILTER, POLY (PRE) | 11/27/2018 | EACH | 2 | $3.00 | $6.00 |
| GLOVES, LATEX (SURGICAL) | 12/3/2018 | PAIR | 30 | $0.47 | $14.10 |
| GLOVES, LATEX (SURGICAL) | 12/4/2018 | PAIR | 24 | $0.47 | $11.28 |
| GLOVES, LATEX (SURGICAL) | 12/5/2018 | PAIR | 21 | $0.47 | $9.87 |
| GLOVES, LATEX (SURGICAL) | 12/6/2018 | PAIR | 17 | $0.47 | $7.99 |

MATERIAL AND CONSUMABLE DETAILS
T&M Pro™ - ©2008-2019

1/5

**BELFOR ⟨●⟩**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| GLOVES, LATEX (SURGICAL) | 12/7/2018 | PAIR | 20 | $0.47 | $9.40 |
| GLOVES, LATEX (SURGICAL) | 12/11/2018 | PAIR | 18 | $0.47 | $8.46 |
| GLOVES, NITRILE | 12/12/2018 | PAIR | 8 | $5.30 | $42.40 |
| GLOVES, NITRILE | 12/13/2018 | PAIR | 6 | $5.30 | $31.80 |
| GLOVES, NITRILE | 12/14/2018 | PAIR | 6 | $5.30 | $31.80 |
| GLOVES, NITRILE | 12/17/2018 | PAIR | 6 | $5.30 | $31.80 |
| GLOVES, NITRILE | 12/21/2018 | PAIR | 4 | $5.30 | $21.20 |
| HVAC HEPA VAC COLLECTION BAG & FILTER | 11/16/2018 | EACH | 5 | $10.00 | $50.00 |
| HVAC HEPA VAC COLLECTION BAG & FILTER | 11/29/2018 | EACH | 2 | $10.00 | $20.00 |
| INVENTORY TAGS | 10/22/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 10/23/2018 | EACH | 50 | $0.12 | $6.00 |
| INVENTORY TAGS | 10/24/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 10/25/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 10/26/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 10/29/2018 | EACH | 50 | $0.12 | $6.00 |
| INVENTORY TAGS | 10/30/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 10/31/2018 | EACH | 100 | $0.12 | $12.00 |
| INVENTORY TAGS | 11/1/2018 | EACH | 50 | $0.12 | $6.00 |
| INVENTORY TAGS | 11/2/2018 | EACH | 50 | $0.12 | $6.00 |
| PLASTIC SHEETING, 6 MIL (20 X 100) | 11/27/2018 | ROLL | 1 | $81.50 | $81.50 |
| PLASTIC SHEETING, 6 MIL (20 X 100) | 11/29/2018 | ROLL | 1 | $81.50 | $81.50 |
| PLASTIC SHEETING, 6 MIL (20 X 100) | 12/13/2018 | ROLL | 1 | $81.50 | $81.50 |
| PLASTIC SHEETING, 6 MIL (20 X 100) | 12/17/2018 | ROLL | 1 | $81.50 | $81.50 |
| PROTECTIVE SUITS (TYVEK) | 10/22/2018 | EACH | 26 | $18.50 | $481.00 |
| PROTECTIVE SUITS (TYVEK) | 10/23/2018 | EACH | 32 | $18.50 | $592.00 |
| PROTECTIVE SUITS (TYVEK) | 10/24/2018 | EACH | 28 | $18.50 | $518.00 |
| PROTECTIVE SUITS (TYVEK) | 10/25/2018 | EACH | 30 | $18.50 | $555.00 |
| PROTECTIVE SUITS (TYVEK) | 10/26/2018 | EACH | 29 | $18.50 | $536.50 |
| PROTECTIVE SUITS (TYVEK) | 10/29/2018 | EACH | 30 | $18.50 | $555.00 |
| PROTECTIVE SUITS (TYVEK) | 10/30/2018 | EACH | 27 | $18.50 | $499.50 |

MATERIAL AND CONSUMABLE DETAILS
T&M Pro™ - ©2008-2019

2/5

**BELFOR** **(●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| PROTECTIVE SUITS (TYVEK) | 10/31/2018 | EACH | 30 | $18.50 | $555.00 |
| PROTECTIVE SUITS (TYVEK) | 11/1/2018 | EACH | 32 | $18.50 | $592.00 |
| PROTECTIVE SUITS (TYVEK) | 11/2/2018 | EACH | 30 | $18.50 | $555.00 |
| PROTECTIVE SUITS (TYVEK) | 11/5/2018 | EACH | 26 | $18.50 | $481.00 |
| PROTECTIVE SUITS (TYVEK) | 11/6/2018 | EACH | 28 | $18.50 | $518.00 |
| PROTECTIVE SUITS (TYVEK) | 11/8/2018 | EACH | 6 | $18.50 | $111.00 |
| RESPIRATOR, (N95) | 10/18/2018 | EACH | 2 | $3.50 | $7.00 |
| RESPIRATOR, (N95) | 10/19/2018 | EACH | 2 | $3.50 | $7.00 |
| RESPIRATOR, (N95) | 10/22/2018 | EACH | 36 | $3.50 | $126.00 |
| RESPIRATOR, (N95) | 10/23/2018 | EACH | 28 | $3.50 | $98.00 |
| RESPIRATOR, (N95) | 10/24/2018 | EACH | 24 | $3.50 | $84.00 |
| RESPIRATOR, (N95) | 10/25/2018 | EACH | 28 | $3.50 | $98.00 |
| RESPIRATOR, (N95) | 10/26/2018 | EACH | 30 | $3.50 | $105.00 |
| RESPIRATOR, (N95) | 10/29/2018 | EACH | 27 | $3.50 | $94.50 |
| RESPIRATOR, (N95) | 10/30/2018 | EACH | 30 | $3.50 | $105.00 |
| RESPIRATOR, (N95) | 10/31/2018 | EACH | 33 | $3.50 | $115.50 |
| RESPIRATOR, (N95) | 11/1/2018 | EACH | 31 | $3.50 | $108.50 |
| RESPIRATOR, (N95) | 11/2/2018 | EACH | 28 | $3.50 | $98.00 |
| RESPIRATOR, (N95) | 11/5/2018 | EACH | 26 | $3.50 | $91.00 |
| RESPIRATOR, (N95) | 11/6/2018 | EACH | 30 | $3.50 | $105.00 |
| RESPIRATOR, (N95) | 11/7/2018 | EACH | 12 | $3.50 | $42.00 |
| RESPIRATOR, (N95) | 11/8/2018 | EACH | 26 | $3.50 | $91.00 |
| RESPIRATOR, (N95) | 11/12/2018 | EACH | 24 | $3.50 | $84.00 |
| RESPIRATOR, (N95) | 11/13/2018 | EACH | 28 | $3.50 | $98.00 |
| RESPIRATOR, (N95) | 11/14/2018 | EACH | 30 | $3.50 | $105.00 |
| RESPIRATOR, (N95) | 11/16/2018 | EACH | 28 | $3.50 | $98.00 |
| RESPIRATOR, (N95) | 11/19/2018 | EACH | 23 | $3.50 | $80.50 |
| RESPIRATOR, (N95) | 11/20/2018 | EACH | 26 | $3.50 | $91.00 |
| RESPIRATOR, (N95) | 11/21/2018 | EACH | 27 | $3.50 | $94.50 |
| RESPIRATOR, (N95) | 11/23/2018 | EACH | 31 | $3.50 | $108.50 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| RESPIRATOR, (N95) | 11/26/2018 | EACH | 22 | $3.50 | $77.00 |
| RESPIRATOR, (N95) | 11/27/2018 | EACH | 26 | $3.50 | $91.00 |
| RESPIRATOR, (N95) | 11/28/2018 | EACH | 22 | $3.50 | $77.00 |
| RESPIRATOR, (N95) | 11/29/2018 | EACH | 26 | $3.50 | $91.00 |
| RESPIRATOR, (N95) | 11/30/2018 | EACH | 22 | $3.50 | $77.00 |
| RESPIRATOR, (N95) | 12/3/2018 | EACH | 18 | $3.50 | $63.00 |
| RESPIRATOR, (N95) | 12/4/2018 | EACH | 21 | $3.50 | $73.50 |
| RESPIRATOR, (N95) | 12/5/2018 | EACH | 15 | $3.50 | $52.50 |
| RESPIRATOR, (N95) | 12/6/2018 | EACH | 11 | $3.50 | $38.50 |
| RESPIRATOR, (N95) | 12/7/2018 | EACH | 10 | $3.50 | $35.00 |
| RESPIRATOR, (N95) | 12/11/2018 | EACH | 12 | $3.50 | $42.00 |
| SPONGE, PARTICULATE (1.5X3X6) | 11/12/2018 | EACH | 5 | $4.00 | $20.00 |
| TAPE, POLY BOX | 10/22/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 10/23/2018 | ROLL | 5 | $3.00 | $15.00 |
| TAPE, POLY BOX | 10/24/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 10/25/2018 | ROLL | 7 | $3.00 | $21.00 |
| TAPE, POLY BOX | 10/26/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 10/29/2018 | ROLL | 5 | $3.00 | $15.00 |
| TAPE, POLY BOX | 10/30/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 10/31/2018 | ROLL | 5 | $3.00 | $15.00 |
| TAPE, POLY BOX | 11/1/2018 | ROLL | 7 | $3.00 | $21.00 |
| TAPE, POLY BOX | 11/2/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 11/5/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/6/2018 | ROLL | 3 | $3.00 | $9.00 |
| TAPE, POLY BOX | 11/7/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/8/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/12/2018 | ROLL | 6 | $3.00 | $18.00 |
| TAPE, POLY BOX | 11/13/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/14/2018 | ROLL | 5 | $3.00 | $15.00 |
| TAPE, POLY BOX | 11/15/2018 | ROLL | 4 | $3.00 | $12.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| TAPE, POLY BOX | 11/16/2018 | ROLL | 3 | $3.00 | $9.00 |
| TAPE, POLY BOX | 11/19/2018 | ROLL | 5 | $3.00 | $15.00 |
| TAPE, POLY BOX | 11/20/2018 | ROLL | 3 | $3.00 | $9.00 |
| TAPE, POLY BOX | 11/21/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/23/2018 | ROLL | 3 | $3.00 | $9.00 |
| TAPE, POLY BOX | 11/26/2018 | ROLL | 3 | $3.00 | $9.00 |
| TAPE, POLY BOX | 11/27/2018 | ROLL | 4 | $3.00 | $12.00 |
| TAPE, POLY BOX | 11/28/2018 | ROLL | 2 | $3.00 | $6.00 |
| TAPE, POLY BOX | 11/29/2018 | ROLL | 3 | $3.00 | $9.00 |
| WRAP, STRETCH | 11/8/2018 | ROLL | 2 | $59.50 | $119.00 |
| WRAP, STRETCH | 11/26/2018 | ROLL | 1 | $59.50 | $59.50 |
| WRAP, STRETCH | 12/3/2018 | ROLL | 1 | $59.50 | $59.50 |
| WRAP, STRETCH | 12/6/2018 | ROLL | 1 | $59.50 | $59.50 |
| WRAP, STRETCH | 12/13/2018 | ROLL | 1 | $59.50 | $59.50 |
| WRAP, STRETCH | 12/17/2018 | ROLL | 1 | $59.50 | $59.50 |
| | | | | | $16,213.10 |

# BELFOR (●)
## PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# EQUIPMENT AND TOOL DETAILS

# TOTAL: $17,410.00

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| CAMERA, IR | 10/18/2018 | EPD | 1 | $225.00 | $225.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/23/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/24/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/25/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/26/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/29/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/30/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/31/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 11/1/2018 | EPD | 1 | $69.00 | $69.00 |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 11/2/2018 | EPD | 1 | $69.00 | $69.00 |
| DOLLY/WHEELBARROW | 10/22/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/23/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/24/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/25/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/26/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/29/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 10/30/2018 | EPD | 4 | | |
| DOLLY/WHEELBARROW | 10/31/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 11/1/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 11/2/2018 | EPD | 3 | | |
| DOLLY/WHEELBARROW | 11/6/2018 | EPD | 4 | | |
| DOLLY/WHEELBARROW | 11/7/2018 | EPD | 4 | | |
| DOLLY/WHEELBARROW | 11/8/2018 | EPD | 4 | | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/12/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/13/2018 | EPD | 1 | $155.50 | $155.50 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/14/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/15/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/16/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/19/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/20/2018 | EPD | 1 | $155.50 | $155.50 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/20/2018 | EPD | 1 | $155.50 | $155.50 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/21/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/23/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/26/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/27/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/28/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/29/2018 | EPD | 2 | $155.50 | $311.00 |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/30/2018 | EPD | 2 | $155.50 | $311.00 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/29/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/30/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/31/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 11/1/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 11/2/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/7/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/11/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/12/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/14/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/17/2018 | EPD | 1 | $124.50 | $124.50 |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/21/2018 | EPD | 1 | $124.50 | $124.50 |
| VACUUM, HEPA (LG) | 10/30/2018 | EPD | 6 | $100.00 | $600.00 |
| VACUUM, HEPA (LG) | 10/31/2018 | EPD | 6 | $100.00 | $600.00 |
| VACUUM, HEPA (LG) | 11/1/2018 | EPD | 4 | $100.00 | $400.00 |
| VACUUM, HEPA (LG) | 11/2/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/6/2018 | EPD | 6 | $100.00 | $600.00 |
| VACUUM, HEPA (LG) | 11/7/2018 | EPD | 4 | $100.00 | $400.00 |
| VACUUM, HEPA (LG) | 11/8/2018 | EPD | 7 | $100.00 | $700.00 |
| VACUUM, HEPA (LG) | 11/12/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/13/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/14/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/15/2018 | EPD | 1 | $100.00 | $100.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Unit | Quantity | Price | Total |
|---|---|---|---|---|---|
| VACUUM, HEPA (LG) | 11/15/2018 | EPD | 4 | $100.00 | $400.00 |
| VACUUM, HEPA (LG) | 11/16/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/19/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/20/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/21/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/23/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/26/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/27/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/28/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/29/2018 | EPD | 5 | $100.00 | $500.00 |
| VACUUM, HEPA (LG) | 11/30/2018 | EPD | 5 | $100.00 | $500.00 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/29/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/30/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/31/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/1/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/2/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/6/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/7/2018 | EPD | 1 | $24.50 | $24.50 |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/8/2018 | EPD | 1 | $24.50 | $24.50 |
| | | | | | $17,410.00 |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| CAMERA, IR | 10/18/2018 | 1 | 409001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/23/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/24/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/25/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/26/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/29/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/30/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 10/31/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 11/1/2018 | 1 | 443001 | |
| DOCUMENTATION KIT (DIGITAL CAMERA) | 11/2/2018 | 1 | 443001 | |
| DOLLY/WHEELBARROW | 10/22/2018 | 1 | 444001 | |
| DOLLY/WHEELBARROW | 10/22/2018 | 1 | 444002 | |
| DOLLY/WHEELBARROW | 10/22/2018 | 1 | 444003 | |
| DOLLY/WHEELBARROW | 10/23/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/23/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/23/2018 | 1 | 444001 | |
| DOLLY/WHEELBARROW | 10/24/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/24/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/24/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/25/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/25/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/25/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/26/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/26/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/26/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/29/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/29/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/29/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/30/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/30/2018 | 1 | 409002 | |

**BELFOR** (●)
PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| DOLLY/WHEELBARROW | 10/30/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 10/30/2018 | 1 | 444004 | |
| DOLLY/WHEELBARROW | 10/31/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 10/31/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 10/31/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 11/1/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 11/1/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 11/1/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 11/2/2018 | 1 | 409001 | |
| DOLLY/WHEELBARROW | 11/2/2018 | 1 | 409002 | |
| DOLLY/WHEELBARROW | 11/2/2018 | 1 | 409003 | |
| DOLLY/WHEELBARROW | 11/6/2018 | 1 | 444001 | |
| DOLLY/WHEELBARROW | 11/6/2018 | 1 | 444002 | |
| DOLLY/WHEELBARROW | 11/6/2018 | 1 | 444003 | |
| DOLLY/WHEELBARROW | 11/6/2018 | 1 | 444004 | |
| DOLLY/WHEELBARROW | 11/7/2018 | 1 | 444001 | |
| DOLLY/WHEELBARROW | 11/7/2018 | 1 | 444002 | |
| DOLLY/WHEELBARROW | 11/7/2018 | 1 | 444003 | |
| DOLLY/WHEELBARROW | 11/7/2018 | 1 | 444004 | |
| DOLLY/WHEELBARROW | 11/8/2018 | 1 | 444001 | |
| DOLLY/WHEELBARROW | 11/8/2018 | 1 | 444002 | |
| DOLLY/WHEELBARROW | 11/8/2018 | 1 | 444003 | |
| DOLLY/WHEELBARROW | 11/8/2018 | 1 | 444004 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/12/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/12/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/13/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/14/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/14/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/15/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/15/2018 | 1 | 404002 | |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/16/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/16/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/19/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/19/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/20/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/20/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/21/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/21/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/23/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/23/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/26/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/26/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/27/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/27/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/28/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/28/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/29/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/29/2018 | 1 | 404002 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/30/2018 | 1 | 404001 | |
| HEPA FILTRATION UNIT / AIR SCRUBBER | 11/30/2018 | 1 | 404002 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/29/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/30/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 10/31/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 11/1/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 11/2/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/7/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/11/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/12/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/14/2018 | 1 | 517001 | |
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/17/2018 | 1 | 517001 | |

EQUIPMENT PROJECT NOTES
T&M Pro™ - ©2008-2019

**BELFOR (●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| TRUCK (CAB) OR TRAILER (FLATBED, TRANSFER ETC...) | 12/21/2018 | 1 | 517001 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 10/30/2018 | 1 | 523006 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 10/31/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/1/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/1/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/1/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/1/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/2/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/2/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/2/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/2/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/2/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/6/2018 | 1 | 523006 | |
| VACUUM, HEPA (LG) | 11/7/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/7/2018 | 1 | 523002 | |

**BELFOR** ⊙
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| VACUUM, HEPA (LG) | 11/7/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/7/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 524004 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 524005 | |
| VACUUM, HEPA (LG) | 11/8/2018 | 1 | 524006 | |
| VACUUM, HEPA (LG) | 11/12/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/12/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/12/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/12/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/12/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/13/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/13/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/13/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/13/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/13/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/14/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/14/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/14/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/14/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/14/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/15/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/15/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/15/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/15/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/15/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/16/2018 | 1 | 523001 | |

EQUIPMENT PROJECT NOTES

T&M Pro™ - ©2008-2019

5/7

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| VACUUM, HEPA (LG) | 11/16/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/16/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/16/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/16/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/19/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/19/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/19/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/19/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/19/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/20/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/20/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/20/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/20/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/20/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/21/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/21/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/21/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/21/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/21/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/23/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/23/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/23/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/23/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/23/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/26/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/26/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/26/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/26/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/26/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/27/2018 | 1 | 523001 | |

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Item Description | Date | Quantity | Identifier | Equipment Notes |
|---|---|---|---|---|
| VACUUM, HEPA (LG) | 11/27/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/27/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/27/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/27/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/28/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/28/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/28/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/28/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/28/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/29/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/29/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/29/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/29/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/29/2018 | 1 | 523005 | |
| VACUUM, HEPA (LG) | 11/30/2018 | 1 | 523001 | |
| VACUUM, HEPA (LG) | 11/30/2018 | 1 | 523002 | |
| VACUUM, HEPA (LG) | 11/30/2018 | 1 | 523003 | |
| VACUUM, HEPA (LG) | 11/30/2018 | 1 | 523004 | |
| VACUUM, HEPA (LG) | 11/30/2018 | 1 | 523005 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/29/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/30/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 10/31/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/1/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/2/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/6/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/7/2018 | 1 | 534001 | |
| WORKSTATION (TABLE, CHAIR, LIGHTS, ESD) | 11/8/2018 | 1 | 534001 | |

**BELFOR** (O)
**PROPERTY RESTORATION**

---

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# ASSIGNED VEHICLE DETAILS

## TOTAL: $5,244.00

---

**BELFOR** (●)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Vehicle Type | Rate | Mileage | Rate | Total |
|------|------|--------------|------|---------|------|-------|
| WILLIE PESINA | FRI-10/5/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-10/12/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-10/13/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-10/14/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-10/15/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-10/16/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-10/17/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-10/18/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-10/19/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-10/20/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-10/21/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-10/22/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-10/23/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-10/24/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-10/25/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-10/26/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-10/27/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-10/28/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-10/29/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-10/30/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-10/31/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-11/1/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-11/2/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-11/3/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-11/4/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-11/6/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-11/7/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-11/8/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-11/9/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-11/10/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |

ASSIGNED VEHICLE DETAILS
T&M Pro™ - ©2008-2019

1/3

**BELFOR** ●
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Vehicle Type | Rate | Mileage | Rate | Total |
|------|------|--------------|------|---------|------|-------|
| WILLIE PESINA | SUN-11/11/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-11/12/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-11/13/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-11/14/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-11/15/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-11/16/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-11/17/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-11/18/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-11/19/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-11/20/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-11/21/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-11/22/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-11/23/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-11/24/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-11/25/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-11/26/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-11/28/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-11/30/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-12/3/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-12/4/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-12/5/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-12/6/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-12/7/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-12/8/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-12/9/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-12/10/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-12/11/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-12/12/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-12/13/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-12/14/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |

ASSIGNED VEHICLE DETAILS
T&M Pro™ - ©2008-2019

2/3

**BELFOR**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Name | Date | Vehicle Type | Rate | Mileage | Rate | Total |
|------|------|-------------|------|---------|------|-------|
| WILLIE PESINA | SAT-12/15/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-12/16/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-12/17/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-12/18/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | WED-12/19/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-12/20/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-12/21/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-12/22/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-12/23/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-12/24/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | TUE-12/25/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | THU-12/27/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | FRI-12/28/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SAT-12/29/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | SUN-12/30/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| WILLIE PESINA | MON-12/31/2018 | 529-PICKUP/SUV/CAR | $69.00 | | | $69.00 |
| | | | $5,244.00 | | | $5,244.00 |



Client Name: DEPARTMENT OF FAMILY SERVICES

Job/project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

# SUBCONTRACTOR AND VENDOR DETAILS

## TOTAL: $40,522.65

**BELFOR (●)**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Subcontractor/Vendor | Description | Date | Inv / Recpt # | Total | Mark Up % | Mark Up Total | Total Due |
|---|---|---|---|---|---|---|---|
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 10/1/2018 | 184236 | $2,765.20 | 21% | $580.69 | $3,345.89 |
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 11/1/2018 | 185188 | $2,676.00 | 21% | $561.96 | $3,237.96 |
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 12/1/2018 | 186172 | $2,765.20 | 21% | $580.69 | $3,345.89 |
| EC WASTE | DUMPSTER | 9/30/2018 | 1179178 | $167.25 | 21% | $35.12 | $202.37 |
| EC WASTE | DUMPSTER | 10/31/2018 | 1182915 | $167.25 | 21% | $35.12 | $202.37 |
| EC WASTE | DUMPSTER | 12/31/2018 | 1190415 | $167.25 | 21% | $35.12 | $202.37 |
| PETROLEO | DIESEL FUEL | 10/5/2018 | 2009 | $193.60 | 21% | $40.66 | $234.26 |
| PETROLEO | DIESEL FUEL | 10/26/2018 | 2054 | $138.67 | 21% | $29.12 | $167.79 |
| PETROLEO | DIESEL FUEL | 10/28/2018 | 2063 | $147.29 | 21% | $30.93 | $178.22 |
| PETROLEO | DIESEL FUEL | 11/2/2018 | 2072 | $85.90 | 21% | $18.04 | $103.94 |
| PETROLEO | DIESEL FUEL | 11/7/2018 | 2084 | $87.70 | 21% | $18.42 | $106.12 |
| PETROLEO | DIESEL FUEL | 11/9/2018 | 2090 | $94.52 | 21% | $19.85 | $114.37 |
| PETROLEO | DIESEL FUEL | 11/14/2018 | 2102 | $87.34 | 21% | $18.34 | $105.68 |
| PETROLEO | DIESEL FUEL | 11/16/2018 | 2107 | $75.85 | 21% | $15.93 | $91.78 |
| PETROLEO | DIESEL FUEL | 11/21/2018 | 2119 | $94.50 | 21% | $19.85 | $114.35 |
| PETROLEO | DIESEL FUEL | 11/23/2018 | 2122 | $68.87 | 21% | $14.46 | $83.33 |
| PETROLEO | DIESEL FUEL | 11/28/2018 | 2129 | $90.23 | 21% | $18.95 | $109.18 |
| PETROLEO | DIESEL FUEL | 11/30/2018 | 2132 | $88.80 | 21% | $18.65 | $107.45 |
| PETROLEO | DIESEL FUEL | 12/4/2018 | 2139 | $76.70 | 21% | $16.11 | $92.81 |
| PETROLEO | DIESEL FUEL | 12/7/2018 | 2143 | $93.08 | 21% | $19.55 | $112.63 |
| PETROLEO | DIESEL FUEL | 12/12/2018 | 2150 | $104.11 | 21% | $21.86 | $125.97 |
| PETROLEO | DIESEL FUEL | 12/14/2018 | 2153 | $95.21 | 21% | $19.99 | $115.20 |
| PETROLEO | DIESEL FUEL | 12/19/2018 | 2159 | $106.25 | 21% | $22.31 | $128.56 |
| PETROLEO | DIESEL FUEL | 12/20/2018 | 2162 | $72.78 | 21% | $15.28 | $88.06 |
| PETROLEO | DIESEL FUEL | 12/26/2018 | 2171 | $90.22 | 21% | $18.95 | $109.17 |
| PETROLEO | DIESEL FUEL | 12/29/2018 | 2175 | $50.00 | 21% | $10.50 | $60.50 |
| SEPTIX | HAND WASH STATIONS | 9/15/2018 | 036632F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 10/15/2018 | 036964F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 11/15/2018 | 037307F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 12/15/2018 | 037605F | $139.38 | 21% | $29.27 | $168.65 |

SUBCONTRACTOR AND VENDOR DETAILS
T&M Pro™ - ©2008-2019

1/2

**BELFOR** (•)
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Subcontractor/Vendor | Description | Date | Inv / Recpt # | Total | Mark Up % | Mark Up Total | Total Due |
|---|---|---|---|---|---|---|---|
| SUNBELT RENTALS | DIESEL GENERATOR | 9/6/2018 | 760407950009 | $5,286.27 | 21% | $1,110.12 | $6,396.39 |
| SUNBELT RENTALS | CREDIT | 9/20/2018 | 760407950011 | ($2,057.52) | 21% | ($432.08) | ($2,489.60) |
| SUNBELT RENTALS | DIESEL GENERATOR | 10/4/2018 | 760407950013 | $3,228.75 | 21% | $678.04 | $3,906.79 |
| SUNBELT RENTALS | DIESEL GENERATOR | 11/1/2018 | 760407950015 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| SUNBELT RENTALS | DIESEL GENERATOR | 11/29/2018 | 760407950016 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| SUNBELT RENTALS | DIESEL GENERATOR | 12/27/2018 | 760407950017 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 10/1/2018 | 2018199 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 11/1/2018 | 2018201 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 12/1/2018 | 2018211 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| | | | | | | | $40,522.65 |

# BELFOR
## PROPERTYRESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# SUBCONTRACTOR AND VENDOR DETAILS

# TOTAL: $40,522.65

**BELFOR ( )**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Invoice #: 1216805A

Job / Project #: 117501585

Invoice Date: 3/5/2019

| Subcontractor/Vendor | Description | Date | Inv / Recpt # | Total | Mark Up % | Mark Up Total | Total Due |
|---|---|---|---|---|---|---|---|
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 10/1/2018 | 184236 | $2,765.20 | 21% | $580.69 | $3,345.89 |
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 11/1/2018 | 185188 | $2,676.00 | 21% | $561.96 | $3,237.96 |
| DUENAS TRAILERS | OFFICE TRAILER RENTAL | 12/1/2018 | 186172 | $2,765.20 | 21% | $580.69 | $3,345.89 |
| EC WASTE | DUMPSTER | 9/30/2018 | 1179178 | $167.25 | 21% | $35.12 | $202.37 |
| EC WASTE | DUMPSTER | 10/31/2018 | 1182915 | $167.25 | 21% | $35.12 | $202.37 |
| EC WASTE | DUMPSTER | 12/31/2018 | 1190415 | $167.25 | 21% | $35.12 | $202.37 |
| PETROLEO | DIESEL FUEL | 10/5/2018 | 2009 | $193.60 | 21% | $40.66 | $234.26 |
| PETROLEO | DIESEL FUEL | 10/26/2018 | 2054 | $138.67 | 21% | $29.12 | $167.79 |
| PETROLEO | DIESEL FUEL | 10/28/2018 | 2063 | $147.29 | 21% | $30.93 | $178.22 |
| PETROLEO | DIESEL FUEL | 11/2/2018 | 2072 | $85.90 | 21% | $18.04 | $103.94 |
| PETROLEO | DIESEL FUEL | 11/7/2018 | 2084 | $87.70 | 21% | $18.42 | $106.12 |
| PETROLEO | DIESEL FUEL | 11/9/2018 | 2090 | $94.52 | 21% | $19.85 | $114.37 |
| PETROLEO | DIESEL FUEL | 11/14/2018 | 2102 | $87.34 | 21% | $18.34 | $105.68 |
| PETROLEO | DIESEL FUEL | 11/16/2018 | 2107 | $75.85 | 21% | $15.93 | $91.78 |
| PETROLEO | DIESEL FUEL | 11/21/2018 | 2119 | $94.50 | 21% | $19.85 | $114.35 |
| PETROLEO | DIESEL FUEL | 11/23/2018 | 2122 | $68.87 | 21% | $14.46 | $88.33 |
| PETROLEO | DIESEL FUEL | 11/28/2018 | 2129 | $90.23 | 21% | $18.95 | $109.18 |
| PETROLEO | DIESEL FUEL | 11/30/2018 | 2132 | $88.80 | 21% | $18.65 | $107.45 |
| PETROLEO | DIESEL FUEL | 12/4/2018 | 2139 | $76.70 | 21% | $16.11 | $92.81 |
| PETROLEO | DIESEL FUEL | 12/7/2018 | 2143 | $93.08 | 21% | $19.55 | $112.63 |
| PETROLEO | DIESEL FUEL | 12/12/2018 | 2150 | $104.11 | 21% | $21.86 | $125.97 |
| PETROLEO | DIESEL FUEL | 12/14/2018 | 2153 | $95.21 | 21% | $19.99 | $115.20 |
| PETROLEO | DIESEL FUEL | 12/19/2018 | 2159 | $106.25 | 21% | $22.31 | $128.56 |
| PETROLEO | DIESEL FUEL | 12/20/2018 | 2162 | $72.78 | 21% | $15.28 | $88.06 |
| PETROLEO | DIESEL FUEL | 12/26/2018 | 2171 | $90.22 | 21% | $18.95 | $109.17 |
| PETROLEO | DIESEL FUEL | 12/29/2018 | 2175 | $50.00 | 21% | $10.50 | $60.50 |
| SEPTIX | HAND WASH STATIONS | 9/15/2018 | 036632F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 10/15/2018 | 036964F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 11/15/2018 | 037307F | $139.38 | 21% | $29.27 | $168.65 |
| SEPTIX | HAND WASH STATIONS | 12/15/2018 | 037605F | $139.38 | 21% | $29.27 | $168.65 |

**BELFOR**
PROPERTY RESTORATION

Client Name: DEPARTMENT OF FAMILY SERVICES

Job / Project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

| Subcontractor/Vendor | Description | Date | Inv / Recpt # | Total | Mark Up % | Mark Up Total | Total Due |
|---|---|---|---|---|---|---|---|
| SUNBELT RENTALS | DIESEL GENERATOR | 9/6/2018 | 760407950009 | $5,286.27 | 21% | $1,110.12 | $6,396.39 |
| SUNBELT RENTALS | CREDIT | 9/20/2018 | 760407950011 | ($2,057.52) | 21% | ($432.08) | ($2,489.60) |
| SUNBELT RENTALS | DIESEL GENERATOR | 10/4/2018 | 760407950013 | $3,228.75 | 21% | $678.04 | $3,906.79 |
| SUNBELT RENTALS | DIESEL GENERATOR | 11/1/2018 | 760407950015 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| SUNBELT RENTALS | DIESEL GENERATOR | 11/29/2018 | 760407950016 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| SUNBELT RENTALS | DIESEL GENERATOR | 12/27/2018 | 760407950017 | $1,275.00 | 21% | $267.75 | $1,542.75 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 10/1/2018 | 2018199 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 11/1/2018 | 2018201 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| WATERFRONT SERVICES AND SUPPLY | STORAGE SERVICE | 12/1/2018 | 2018211 | $4,000.00 | 21% | $840.00 | $4,840.00 |
| | | | | | | | $40,522.65 |

# BELFOR (O)

**P R O P E R T Y R E S T O R A T I O N**

BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI 48009
248-594-1144

# INVOICE

DEPTO. DE LA FAMILIA
OFICINA DEL FINANZAS

2019 OCT -8 PM 1: 14

Federal Tax ID #: 84-1309171

| | |
|---|---|
| Claim #: | |
| Invoice Due Date | 4/4/2019 |
| Invoice Number | 1216805A |
| Invoice Date | 3/5/2019 |
| Job / Project Number | 117501585 |
| Project Manager | WILLIE PESINA |

**BILL TO INFORMATION:**

DEPARTMENT OF FAMILY SERVICES
306 BARDOSA AVENUE
SAN JUAN, PR 00910

**PROJECT INFORMATION:**

Attn:

DEPARTMENT OF FAMILY SERVICES
306 BARDOSA AVENUE
SAN JUAN, PR 00910

## INVOICE SUMMARY DETAIL

| Billing Categories | Billing Details Attached | INVOICE | Invoice Category Totals |
|---|---|---|
| Billable Labor | | $237,381.13 |
| Associated Labor Fees | | $35,073.06 |
| Materials and Consumables | | $16,213.10 |
| Equipment and Tools | | $17,410.00 |
| Equipment Assigned Vehicles and Mileage | | $5,244.00 |
| Subcontractors and Vendors | | $40,522.65 |

**REMIT PAYMENT TO:**

BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI 48009

| | |
|---|---|
| Invoice Sub Total | $351,843.94 |
| Off-Site Logistical / Mobilization Fee | $21,110.64 |
| Other / Additional Fees | $0.00 |
| Tax Total | $0.00 |
| Previous Payments / Credits | $0.00 |
| Invoice Total Amount Due | $372,954.58 |

*Bill Created Using Time and Material PLUS II® - T & M Billing System*

| Job / Project Number | Invoice Number |
|---|---|
| 117501585 | 1216805A |

"Under penalty of absolute nullity I certify that no official or employee of the Department of the Family is a part or has any interest in the profits or benefits resulting from the contract object of this invoice and from being a part or having interest in the earnings or benefits resulting from the contract without a previous authorization. The only consideration for supplying the goods or services object of the contract has been the payment agreed with the authorized representative of the agency. The amount of this invoice is fair and correct. The services have been provided and have not been paid."

"Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de la Familia es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios han sido prestados y no han sido pagados."

Certifico que los artículos indicados en esta
factura se recibieron y que no ha autorizado
el pago de la misma anteriormente

Nombre y Firma del Jefe
de la Agencia o su
Representante Autorizado          Fecha

GUY J. BUTTARO

# BELFOR 🐾
## PROPERTY RESTORATION

DEPTO. DE LA FAMILIA
OFICINA DE FINANZAS

2019 OCT -8 PM 1: 14

BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI  48009
248-594-1144

Invoice #: 1216805A
Project #: 117501585
Invoice Type: Progress
Invoice Date: 3/5/2019

# PROJECT DETAILS

Project Type: HURRICANE MARIA
Client Name: DEPARTMENT OF FAMILY SERVICES
306 BARDOSA AVENUE
SAN JUAN, PR  00910

Attention:
Project Name: DEPARTMENT OF FAMILY SERVICES
Project Address: 306 BARDOSA AVENUE
SAN JUAN, PR  00910

# BILLING TOTAL
## TOTAL: $372,954.58

# BELFOR ⟨●⟩
## PROPERTYRESTORATION

DEPTO. DE LA FAMILIA
OFICINA DE FINANZAS

2019 OCT -8 PM 1: 14

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# BILLABLE LABOR DETAILS

# TOTAL: $237,381.13

# BELFOR (●)
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# ASSOCIATED LABOR FEES

# TOTAL: $35,073.06

---

# BELFOR
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES

Job/project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

# MATERIAL AND CONSUMABLE DETAILS

# TOTAL: $16,213.10

# BELFOR ⟨●⟩
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES

Job/project #: 117501585

Invoice #: 1216805A

Invoice Date: 3/5/2019

# EQUIPMENT AND TOOL DETAILS

# TOTAL: $17,410.00

---

# BELFOR (●)
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES
Job/project #: 117501585

Invoice #: 1216805A
Invoice Date: 3/5/2019

# ASSIGNED VEHICLE DETAILS

# TOTAL: $5,244.00

---

# BELFOR (●)
## PROPERTYRESTORATION

---

Client Name: DEPARTMENT OF FAMILY SERVICES

Invoice #: 1216805A

Job/project #: 117501585

Invoice Date: 3/5/2019

# SUBCONTRACTOR AND VENDOR DETAILS

## TOTAL: $40,522.65

---

# BELFOR (O)

## PROPERTYRESTORATION

# INVOICE

BELFOR USA GROUP, INC.
185 OAKLAND SUITE 150
BIRMINGHAM, MI  48009
248-594-1144

Federal Tax ID #: 84-1309171

| | |
|---|---|
| Claim #: | |
| Invoice Due Date | 4/4/2019 |
| Invoice Number | 1216805A |
| Invoice Date | 3/5/2019 |
| Job / Project Number | 117501585 |
| Project Manager | WILLIE PESINA |

| BILL TO INFORMATION: |
|---|
| DEPARTMENT OF FAMILY SERVICES |
| 306 BARDOSA AVENUE |
| SAN JUAN, PR  00910 |

| PROJECT INFORMATION: |
|---|
| Attn: |
| DEPARTMENT OF FAMILY SERVICES |
| 306 BARDOSA AVENUE |
| SAN JUAN, PR  00910 |

| INVOICE SUMMARY DETAIL | | |
|---|---|---|
| Billing Categories \| Billing Details Attached | INVOICE | Invoice Category Totals |
| Billable Labor | | $237,381.13 |
| Associated Labor Fees | | $35,073.06 |
| Materials and Consumables | | $16,213.10 |
| Equipment and Tools | | $17,410.00 |
| Equipment Assigned Vehicles and Mileage | | $5,244.00 |
| Subcontractors and Vendors | | $40,522.65 |
| REMIT PAYMENT TO: | Invoice Sub Total | $351,843.94 |
| BELFOR USA GROUP, INC. | Off-Site Logistical / Mobilization Fee | $21,110.64 |
| 185 OAKLAND SUITE 150 | Other / Additional Fees | $0.00 |
| BIRMINGHAM, MI  48009 | Tax Total | $0.00 |
| | Previous Payments / Credits | $0.00 |
| | Invoice Total Amount Due | $372,954.58 |

*Bill Created Using Time and Material PLUS II® - T & M Billing System*

Job / Project Number
117501585

Invoice Number
1216805A

## **EXHIBIT F**

Family Department Check Mail Receipt

S2010

**Check Date:** 16.Oct.2019

**Check No.** 00300101

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| 126805A | 04.Abr.2019 | 20001531 | 372,954.58 | 0.00 | 372,954.58 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 841309171 | BELFOR USA GROUP INC | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00300101 | 16.Oct.2019 | 00122 | | $372,954.58 |

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BELFOR USA GROUP INC
185 OAKLAND AVE SUITE 150
BIRMINGHAM MI 48009

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
A. DRIVER                          10/28/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7004 0750 0004 1299 6475

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

---

🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784
AGOSTO 2005

**DEPARTAMENTO DE HACIENDA**          **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10
SAN JUAN,PR 00902                                              **00300101**

**FECHA**    **16.Oct.2019**                    **IMPORTE**    **$372,954.58***

**PAGUESE**  ***TRESCIENTOS SETENTA Y DOS MIL NOVECIENTOS CINCUENTA Y CUATRO CON 58/100 DOLARES***

**A LA**     **BELFOR USA GROUP INC**
**ORDEN DE** I85 OAKLAND AVE SUITE I5O
             BIRMINGHAM, MI 48009

                                                  *Francisco Parés III*

**BANCO POPULAR.** No es valido seis meses despues de su emision        SECRETARIO DE HACIENDA

⑈"00300101"⑈ ⑆021502011⑆ 030049458⑈"