Exhibit A

| Claim | Claimant | Debtor | Total Filed |
|---|---|---|---|
| 27812 | MARCANO GARCIA, LUIS | Commonwealth of Puerto Rico | $ 20,000.00 |
| 31410 | RODRIGUEZ SABATER, SADDER | Commonwealth of Puerto Rico | $ - |
| 44305 | MULERO ARZUAGA, JOSE O. | Commonwealth of Puerto Rico | $ - |
| 75326 | VELEZ MARTINEZ, ELIZABETH | Commonwealth of Puerto Rico | $ - |
| 78707 | DEL RIO ROSA, VANESSA | Commonwealth of Puerto Rico | $ - |
| 84203 | VELEZ MARTINEZ, ELIZABETH | Commonwealth of Puerto Rico | $ 94,500.00 |
| 98792 | VELEZ MARTINEZ, ELIZABETH | Commonwealth of Puerto Rico | $ 10,500.00 |
| 140263 | RIVERA, NANCY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ - |