# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 2282 | LUCIANO CORREA, GILBERTO | Public Employee & Pension/Retiree | $ 14,133.60 |
| 3793 | REYES QUINONES, JORGE D | Pension/Retiree | $ - |
| 4257 | LUGO PEREZ, EDNA I | Public Employee & Pension/Retiree | $ 50,000.00 |
| 7490 | RIVERA CLEMENTE, FELIX | Public Employee & Union Grievance | $ 18,000.00 |
| 10201 | SIERRA MAYA, WILLIAM | Public Employee | $ - |
| 17265 | RIVERA LOPEZ, MARIA | Public Employee | $ - |
| 18462 | MANGUAL FLORES, NILDA | Public Employee | $ - |
| 19832 | CINTRON RIVERA, WILLIAM | Pension/Retiree | $ 51,905.73 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 21592 | RIVERA COLON, ENRIQUE | Public Employee | $ - |
| 27812 | MARCANO GARCIA, LUIS | Public Employee & Pension/Retiree | $ 20,000.00 |
| 29577 | GONZALEZ ORTIZ, YISETTE | Public Employee | $ - |
| 31410 | RODRIGUEZ SABATER, SADDER | Pension/Retiree | $ - |
| 31883 | FARIS ELBA, LUIS ALBERTO | Public Employee & Pension/Retiree | $ 187,200.00 |
| 32458 | QUIRINDENGO GARCIA, OMAR A. | Pension/Retiree | $ - |
| 34348 | ROSARIO GOMEZ, ENID | Public Employee | $ - |
| 38605 | REYES ROSARIO, MARIA M | Public Employee | $ 223,200.00 |

2

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 43588 | QUIRINDONGO GARCIA, OMAR A. | Pension/Retiree | $ - |
| 44305 | MULERO ARZUAGA, JOSE O. | Union Grievance | $ - |
| 49509 | VELEZ RODRIGUEZ, JOHN | Public Employee | $ 60,000.00 |
| 50230 | ARROYO TORRES, MARIA A | Public Employee | $ - |
| 63609 | DE JESUS DELGADO, ANNA M | Union Grievance | $ - |
| 66011 | GONZALEZ SOTO, JOCELYN | Public Employee & Pension/Retiree | $ - |
| 66663 | RIVERA TORRES, CARMEN ADA | Union Grievance | $ - |
| 73663 | MANGUAL FERREIRA, LUISA | Public Employee | $ 13,200.00 |

3

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 75326 | VELEZ MARTINEZ, ELIZABETH | Public Employee | $ - |
| 78707 | DEL RIO ROSA, VANESSA | Pension/Retiree & Union Grievance | $ - |
| 84203 | VELEZ MARTINEZ, ELIZABETH | Public Employee | $ 94,500.00 |
| 95933 | RIVERA OTERO, JOSUE | Union Grievance | $ - |
| 97691 | CABAN GUEITS, NILSIDA | Public Employee & Pension/Retiree | $ - |
| 98792 | VELEZ MARTINEZ, ELIZABETH | Public Employee | $ 10,500.00 |
| 100972 | AGUAYO PACHECO, ROSA MARIA | Public Employee | $ - |
| 105044 | ROMAN FIGUEROA, AUREA E. | Public Employee | $ - |

4

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 111368 | BELLO ORTIZ, ILEANA R. | Public Employee | $ - |
| 117245 | PEREZ IRIZARRY, ANA C. | Public Employee & Pension/Retiree | $ - |
| 122415 | RIVERA OTERO, JOSUE | Union Grievance | $ - |
| 140263 | RIVERA, NANCY | Public Employee | $ - |
| 141143 | CARLO RIVERA, RAYMOND | Public Employee & Pension/Retiree | $ - |
| 143704 | ORTIZ PACHECO, CARLOS A | Public Employee | $ 23,440.00 |
| 149080 | ARIEL LUIS, RIVERA ROSA | Pension/Retiree | $ - |
| 160793 | WAL-MART PUERTO RICO, INC. | Tax Credit | $ 28,346,433.00 |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 167730 | LOPEZ VAZQUEZ, AURORA | Public Employee | $ 8,000.00 |
| 174805 | VELAZQUEZ ARIAS, MARITZA L. | Public Employee & Pension/Retiree | $ - |
| 175359 | MORALES FIGUEROA, BETSY L. | Public Employee & Pension/Retiree | $ - |
| 114299-1 | FALCON MALAVE, MERLYN L. | Public Employee | $ - |
| 139908-1 | CORREA SANABRIA, JOANN | Pension/Retiree | $ - |
| 150424-1 | RIVERA ROLDAN, REINALDO | Public Employee | $ - |
| 161622-1 | RIVERA SANTIAGO, EVELINA | Public Employee | $ - |
| 163433-1 | RIVERA MOLINA, DAMARY | Pension/Retiree | $ 31,546.82 |

6

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 173278-1 | RAMIREZ GONZALEZ, CARMEN LEYDA | Pension/Retiree | $ - |
| 23870-1 | LORENZI RODRIGUEZ, DIANA Y | Public Employee & Union Grievance | $ - |
| 29901-1 | MARQUEZ FIGUEROA, YESENIA | Union Grievance | $ - |
| 31067-1 | HERNANDEZ GONZALEZ , ZAIDA | Pension/Retiree | $ - |
| 32491-1 | AYALA RODRIGUEZ, JESSICA E | Public Employee | $ - |
| 32682-1 | RIVERA LOPEZ, MARIA V. | Public Employee | $ - |
| 32818-2 | COOPERATIVA DE AHORRO Y CREDITO DE AGUADA | Tax Credit | $ 180,000.00 |
| 40570-1 | CARABALLO CARABALL, RAMON L | Union Grievance | $ - |

# Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Claim Amount |
|---|---|---|---|
| 46577-1 | IGLESIAS DE JESUS, ELIZABETH | Public Employee & Union Grievance | $ - |
| 52082-1 | MELÉNDEZ NEGRÓN, MARIBEL Y. | Public Employee & Union Grievance | $ - |