UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as | Adv. Proc. No. 23-45 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ( "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

representative of PUERTO RICO ELECTRIC POWER AUTHORITY, PUERTO RICO PUBLIC PRIVATE PARTNERSHIP AUTHORITY, and GENERA PR LLC,

Defendants.

ORDER SETTING BRIEFING SCHEDULE CONCERNING MOTION FOR PRELIMINARY INJUNCTION

The Court has received and reviewed the *Motion for Preliminary Injunction* (Docket Entry No. 2 in Adv. Proc. No. 23-00045) (the "Motion"), filed by Unión de Trabajadores de La Industria Eléctrica y Riego (the "Movant").

Opposition papers to the Motion, if any, must be filed by **5:00 p.m. (Atlantic Standard Time)** on **June 21, 2023**. The response of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") must state whether the Oversight Board consents to adjudication of the Motion by the Court (to the extent that the Court determines that such consent is necessary). See 48 U.S.C. § 2165. Movant's reply papers must be filed by **12:00 p.m. (Atlantic Standard Time)** on **June 23, 2023**. The Court will hold a hearing on the Motion on **June 28, 2023**. Information concerning the precise time of the hearing and whether it will be conducted in person (with appearances permitted in both New York and San Juan) or virtually will be the subject of a future order.

Movant is directed to serve a copy of this Order on all Defendants and to file proof of such service by **10:00 a.m. (Atlantic Standard Time)** on **June 17, 2023**.

SO ORDERED.

Dated: June 16, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge