## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0002 Commonwealth - General** | | | | | |
| **201** | **Partner** | Brian S. Rosen | $887.00 | 16.80 | $14,901.60 |
| | | Ehud Barak | $887.00 | 24.00 | $21,288.00 |
| | | Jeffrey W. Levitan | $887.00 | 6.00 | $5,322.00 |
| | | Martin J. Bienenstock | $887.00 | 20.00 | $17,740.00 |
| | | Paul Possinger | $887.00 | 7.60 | $6,741.20 |
| | | Timothy W. Mungovan | $887.00 | 30.50 | $27,053.50 |
| | **Partner Total** | | | **104.90** | **$93,046.30** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 0.20 | $177.40 |
| | | Laura Stafford | $887.00 | 0.90 | $798.30 |
| | **Senior Counsel Total** | | | **1.10** | **$975.70** |
| | **Associate** | Elliot Stevens | $887.00 | 0.10 | $88.70 |
| | | Libbie B. Osaben | $887.00 | 1.30 | $1,153.10 |
| | | Steve Ma | $887.00 | 4.00 | $3,548.00 |
| | **Associate Total** | | | **5.40** | **$4,789.80** |
| **201 Total** | | | | **111.40** | **$98,811.80** |
| **202** | **Partner** | Michael A. Firestein | $887.00 | 3.00 | $2,661.00 |
| | **Partner Total** | | | **3.00** | **$2,661.00** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 4.50 | $3,991.50 |
| | **Senior Counsel Total** | | | **4.50** | **$3,991.50** |
| | **Associate** | Amy B. Gordon | $887.00 | 35.50 | $31,488.50 |
| | | Antonieta P. Lefebvre | $887.00 | 72.60 | $64,396.20 |
| | | Corey I. Rogoff | $887.00 | 0.40 | $354.80 |
| | | Elliot Stevens | $887.00 | 1.20 | $1,064.40 |
| | | Jordan Sazant | $887.00 | 5.40 | $4,789.80 |
| | | Matthew A. Skrzynski | $887.00 | 0.40 | $354.80 |
| | | Maximilian A. Greenberg | $887.00 | 9.10 | $8,071.70 |
| | | Megan R. Volin | $887.00 | 2.60 | $2,306.20 |
| | | Michael Wheat | $887.00 | 23.40 | $20,755.80 |
| | | Shiloh Rainwater | $887.00 | 3.00 | $2,661.00 |
| | | Steve Ma | $887.00 | 1.10 | $975.70 |
| | | William G. Fassuliotis | $887.00 | 2.00 | $1,774.00 |
| | **Associate Total** | | | **156.70** | **$138,992.90** |
| | **Legal Assistant** | Nicole K. Oloumi | $303.00 | 3.70 | $1,121.10 |
| | **Legal Assistant Total** | | | **3.70** | **$1,121.10** |
| **202 Total** | | | | **167.90** | **$146,766.50** |
| **203** | **Partner** | Brian S. Rosen | $887.00 | 2.10 | $1,862.70 |
| | | Ehud Barak | $887.00 | 8.50 | $7,539.50 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Jeffrey W. Levitan | $887.00 | 1.40 | $1,241.80 |
| | | Lary Alan Rappaport | $887.00 | 5.50 | $4,878.50 |
| | | Michael T. Mervis | $887.00 | 0.70 | $620.90 |
| | | Paul Possinger | $887.00 | 1.40 | $1,241.80 |
| | **Partner Total** | | | **19.60** | **$17,385.20** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 8.60 | $7,628.20 |
| | **Senior Counsel Total** | | | **8.60** | **$7,628.20** |
| | **Associate** | Jordan Sazant | $887.00 | 1.20 | $1,064.40 |
| | | Lucas Kowalczyk | $887.00 | 1.20 | $1,064.40 |
| | | Marc Palmer | $887.00 | 5.90 | $5,233.30 |
| | **Associate Total** | | | **8.30** | **$7,362.10** |
| | **Legal Assistant** | Tal J. Singer | $303.00 | 2.30 | $696.90 |
| | **Legal Assistant Total** | | | **2.30** | **$696.90** |
| **203 Total** | | | | **38.80** | **$33,072.40** |
| **204** | **Partner** | Brian S. Rosen | $887.00 | 19.00 | $16,853.00 |
| | **Partner Total** | | | **19.00** | **$16,853.00** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 0.50 | $443.50 |
| | **Senior Counsel Total** | | | **0.50** | **$443.50** |
| | **Associate** | Joshua A. Esses | $887.00 | 0.60 | $532.20 |
| | | Libbie B. Osaben | $887.00 | 0.20 | $177.40 |
| | | Michelle M. Ovanesian | $887.00 | 7.30 | $6,475.10 |
| | | Steve Ma | $887.00 | 0.10 | $88.70 |
| | **Associate Total** | | | **8.20** | **$7,273.40** |
| **204 Total** | | | | **27.70** | **$24,569.90** |
| **205** | **Partner** | Carlos E. Martinez | $887.00 | 1.70 | $1,507.90 |
| | | Martin J. Bienenstock | $887.00 | 1.70 | $1,507.90 |
| | | Timothy W. Mungovan | $887.00 | 8.20 | $7,273.40 |
| | **Partner Total** | | | **11.60** | **$10,289.20** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 1.90 | $1,685.30 |
| | **Senior Counsel Total** | | | **1.90** | **$1,685.30** |
| **205 Total** | | | | **13.50** | **$11,974.50** |
| **206** | **Partner** | Brian S. Rosen | $887.00 | 0.90 | $798.30 |
| | | Jonathan E. Richman | $887.00 | 24.50 | $21,731.50 |
| | | Lary Alan Rappaport | $887.00 | 5.80 | $5,144.60 |
| | | Martin J. Bienenstock | $887.00 | 8.70 | $7,716.90 |
| | | Michael T. Mervis | $887.00 | 0.20 | $177.40 |
| | | Paul Possinger | $887.00 | 0.30 | $266.10 |
| | | Timothy W. Mungovan | $887.00 | 4.10 | $3,636.70 |
| | **Partner Total** | | | **44.50** | **$39,471.50** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | Senior Counsel | Julia D. Alonzo | $887.00 | 39.30 | $34,859.10 |
| | | Laura Stafford | $887.00 | 25.60 | $22,707.20 |
| | **Senior Counsel Total** | | | **64.90** | **$57,566.30** |
| | Associate | Ashley M. Weringa | $887.00 | 6.90 | $6,120.30 |
| | | Javier Sosa | $887.00 | 0.90 | $798.30 |
| | | Jordan Sazant | $887.00 | 34.50 | $30,601.50 |
| | | Libbie B. Osaben | $887.00 | 49.10 | $43,551.70 |
| | | Marc Palmer | $887.00 | 49.40 | $43,817.80 |
| | | Megan R. Volin | $887.00 | 67.30 | $59,695.10 |
| | | Michelle M. Ovanesian | $887.00 | 20.00 | $17,740.00 |
| | | Shiloh Rainwater | $887.00 | 51.60 | $45,769.20 |
| | | Steve Ma | $887.00 | 8.20 | $7,273.40 |
| | **Associate Total** | | | **287.90** | **$255,367.30** |
| **206 Total** | | | | **397.30** | **$352,405.10** |
| 207 | Partner | Brian S. Rosen | $887.00 | 12.30 | $10,910.10 |
| | | Jeffrey W. Levitan | $887.00 | 0.60 | $532.20 |
| | | Jonathan E. Richman | $887.00 | 9.90 | $8,781.30 |
| | | Lary Alan Rappaport | $887.00 | 0.20 | $177.40 |
| | | Margaret A. Dale | $887.00 | 0.10 | $88.70 |
| | | Matthew Triggs | $887.00 | 0.70 | $620.90 |
| | | Michael A. Firestein | $887.00 | 0.30 | $266.10 |
| | | Michael T. Mervis | $887.00 | 0.10 | $88.70 |
| | | Timothy W. Mungovan | $887.00 | 4.80 | $4,257.60 |
| | **Partner Total** | | | **29.00** | **$25,723.00** |
| | Senior Counsel | Laura Stafford | $887.00 | 1.30 | $1,153.10 |
| | **Senior Counsel Total** | | | **1.30** | **$1,153.10** |
| | Associate | Elliot Stevens | $887.00 | 0.20 | $177.40 |
| | | Javier Sosa | $887.00 | 1.80 | $1,596.60 |
| | | Reuven C. Klein | $887.00 | 2.00 | $1,774.00 |
| | | Shiloh Rainwater | $887.00 | 2.30 | $2,040.10 |
| | **Associate Total** | | | **6.30** | **$5,588.10** |
| **207 Total** | | | | **36.60** | **$32,464.20** |
| 210 | Partner | Antonio N. Piccirillo | $887.00 | 74.60 | $66,170.20 |
| | | Brian S. Rosen | $887.00 | 12.30 | $10,910.10 |
| | | Carlos E. Martinez | $887.00 | 27.20 | $24,126.40 |
| | | Dietrich L. Snell | $887.00 | 4.10 | $3,636.70 |
| | | Ehud Barak | $887.00 | 88.90 | $78,854.30 |
| | | Guy Brenner | $887.00 | 5.50 | $4,878.50 |
| | | Hadassa R. Waxman | $887.00 | 1.90 | $1,685.30 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Jeffrey W. Levitan | $887.00 | 26.00 | $23,062.00 |
| | | John E. Roberts | $887.00 | 2.90 | $2,572.30 |
| | | Jonathan E. Richman | $887.00 | 4.20 | $3,725.40 |
| | | Karen J. Garnett | $887.00 | 0.30 | $266.10 |
| | | Lary Alan Rappaport | $887.00 | 49.20 | $43,640.40 |
| | | Marc E. Rosenthal | $887.00 | 1.60 | $1,419.20 |
| | | Margaret A. Dale | $887.00 | 14.90 | $13,216.30 |
| | | Mark Harris | $887.00 | 3.50 | $3,104.50 |
| | | Martin J. Bienenstock | $887.00 | 1.40 | $1,241.80 |
| | | Matthew Triggs | $887.00 | 37.10 | $32,907.70 |
| | | Michael A. Firestein | $887.00 | 122.20 | $108,391.40 |
| | | Michael T. Mervis | $887.00 | 3.20 | $2,838.40 |
| | | Paul Possinger | $887.00 | 9.10 | $8,071.70 |
| | | Scott P. Cooper | $887.00 | 3.50 | $3,104.50 |
| | | Seetha Ramachandran | $887.00 | 3.60 | $3,193.20 |
| | | Timothy W. Mungovan | $887.00 | 69.10 | $61,291.70 |
| | **Partner Total** | | | **566.30** | **$502,308.10** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 16.20 | $14,369.40 |
| | | Laura Stafford | $887.00 | 185.00 | $164,095.00 |
| | | Natalie K. Scott | $887.00 | 27.00 | $23,949.00 |
| | **Senior Counsel Total** | | | **228.20** | **$202,413.40** |
| | **Associate** | Adam L. Deming | $887.00 | 57.20 | $50,736.40 |
| | | Alyson C. Tocicki | $887.00 | 18.00 | $15,966.00 |
| | | Amy B. Gordon | $887.00 | 33.10 | $29,359.70 |
| | | Andre F. Perdiza | $887.00 | 21.40 | $18,981.80 |
| | | Ashley M. Weringa | $887.00 | 6.30 | $5,588.10 |
| | | Briana M. Seyarto Flores | $887.00 | 25.40 | $22,529.80 |
| | | Brooke C. Gottlieb | $887.00 | 0.40 | $354.80 |
| | | Daniel Desatnik | $887.00 | 6.90 | $6,120.30 |
| | | Elliot Stevens | $887.00 | 12.50 | $11,087.50 |
| | | Erica T. Jones | $887.00 | 0.40 | $354.80 |
| | | Javier Sosa | $887.00 | 8.80 | $7,805.60 |
| | | Jessica M. Griffith | $887.00 | 13.10 | $11,619.70 |
| | | Joan Kim | $887.00 | 40.10 | $35,568.70 |
| | | Jordan Sazant | $887.00 | 4.90 | $4,346.30 |
| | | Joshua A. Esses | $887.00 | 6.80 | $6,031.60 |
| | | Libbie B. Osaben | $887.00 | 34.30 | $30,424.10 |
| | | Marc Palmer | $887.00 | 12.70 | $11,264.90 |
| | | Matthew A. Skrzynski | $887.00 | 11.20 | $9,934.40 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Maximilian A. Greenberg | $887.00 | 5.60 | $4,967.20 |
| | | Mee R. Kim | $887.00 | 4.00 | $3,548.00 |
| | | Megan R. Volin | $887.00 | 25.60 | $22,707.20 |
| | | Michael M. Guggenheim | $887.00 | 1.60 | $1,419.20 |
| | | Michael Wheat | $887.00 | 5.30 | $4,701.10 |
| | | Michelle M. Ovanesian | $887.00 | 32.40 | $28,738.80 |
| | | Reut N. Samuels | $887.00 | 15.40 | $13,659.80 |
| | | Reuven C. Klein | $887.00 | 8.80 | $7,805.60 |
| | | Sarah Hughes | $887.00 | 61.90 | $54,905.30 |
| | | Shannon D. McGowan | $887.00 | 18.30 | $16,232.10 |
| | | Shiloh Rainwater | $887.00 | 7.00 | $6,209.00 |
| | | Steve Ma | $887.00 | 14.00 | $12,418.00 |
| | | Timothy E. Burroughs | $887.00 | 31.60 | $28,029.20 |
| | | William G. Fassuliotis | $887.00 | 35.50 | $31,488.50 |
| | **Associate Total** | | | **580.50** | **$514,903.50** |
| | **E-Discovery Attorney** | James Kay | $438.00 | 93.50 | $40,953.00 |
| | **E-Discovery Attorney Total** | | | **93.50** | **$40,953.00** |
| **210 Total** | | | | **1,468.50** | **$1,260,578.00** |
| **211** | **Associate** | Andre F. Perdiza | $887.00 | 2.50 | $2,217.50 |
| | **Associate Total** | | | **2.50** | **$2,217.50** |
| **211 Total** | | | | **2.50** | **$2,217.50** |
| **212** | **E-Discovery Attorney** | Cathleen P. Peterson | $438.00 | 0.30 | $131.40 |
| | | Yvonne O. Ike | $438.00 | 5.70 | $2,496.60 |
| | **E-Discovery Attorney Total** | | | **6.00** | **$2,628.00** |
| | **Legal Assistant** | Alexander N. Cook | $303.00 | 92.20 | $27,936.60 |
| | | Angelo Monforte | $303.00 | 107.00 | $32,421.00 |
| | | David C. Cooper | $303.00 | 12.60 | $3,817.80 |
| | | Dennis T. Mcpeck | $303.00 | 147.20 | $44,601.60 |
| | | Griffin M. Asnis | $303.00 | 58.40 | $17,695.20 |
| | | Joan K. Hoffman | $303.00 | 59.50 | $18,028.50 |
| | | Natasha Petrov | $303.00 | 43.10 | $13,059.30 |
| | | Nicole K. Oloumi | $303.00 | 76.40 | $23,149.20 |
| | | Shealeen E. Schaefer | $303.00 | 55.80 | $16,907.40 |
| | | Tal J. Singer | $303.00 | 149.60 | $45,328.80 |
| | **Legal Assistant Total** | | | **801.80** | **$242,945.40** |
| | **Lit. Support** | Laurie A. Henderson | $303.00 | 7.10 | $2,151.30 |
| | **Lit. Support Total** | | | **7.10** | **$2,151.30** |
| | **Practice Support** | Eric R. Chernus | $303.00 | 16.60 | $5,029.80 |
| | | Joseph Klock | $303.00 | 3.60 | $1,090.80 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | **Practice Support Total** | | | **20.20** | **$6,120.60** |
| **212 Total** | | | | **835.10** | **$253,845.30** |
| 213 | **Partner** | Paul M. Hamburger | $887.00 | 12.10 | $10,732.70 |
| | | Paul Possinger | $887.00 | 10.10 | $8,958.70 |
| | **Partner Total** | | | **22.20** | **$19,691.40** |
| **213 Total** | | | | **22.20** | **$19,691.40** |
| 215 | **Partner** | Brian S. Rosen | $887.00 | 253.30 | $224,677.10 |
| | | Carlos E. Martinez | $887.00 | 7.30 | $6,475.10 |
| | | James P. Gerkis | $887.00 | 113.80 | $100,940.60 |
| | | Jeffrey W. Levitan | $887.00 | 59.30 | $52,599.10 |
| | | Karen J. Garnett | $887.00 | 2.70 | $2,394.90 |
| | | Margaret A. Dale | $887.00 | 0.70 | $620.90 |
| | | Martin J. Bienenstock | $887.00 | 1.20 | $1,064.40 |
| | | Michael T. Mervis | $887.00 | 0.40 | $354.80 |
| | | Paul Possinger | $887.00 | 159.90 | $141,831.30 |
| | **Partner Total** | | | **598.60** | **$530,958.20** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 3.00 | $2,661.00 |
| | **Senior Counsel Total** | | | **3.00** | **$2,661.00** |
| | **Associate** | Andre F. Perdiza | $887.00 | 30.80 | $27,319.60 |
| | | Javier Sosa | $887.00 | 15.60 | $13,837.20 |
| | | Jillian Ruben | $887.00 | 4.50 | $3,991.50 |
| | | Libbie B. Osaben | $887.00 | 2.10 | $1,862.70 |
| | | Mee R. Kim | $887.00 | 6.90 | $6,120.30 |
| | | Sarah Hughes | $887.00 | 31.70 | $28,117.90 |
| | | Steve Ma | $887.00 | 137.90 | $122,317.30 |
| | **Associate Total** | | | **229.50** | **$203,566.50** |
| **215 Total** | | | | **831.10** | **$737,185.70** |
| 216 | **Partner** | Timothy W. Mungovan | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| | **Associate** | Corey I. Rogoff | $887.00 | 16.40 | $14,546.80 |
| | | Libbie B. Osaben | $887.00 | 19.40 | $17,207.80 |
| | | Shannon D. McGowan | $887.00 | 5.80 | $5,144.60 |
| | **Associate Total** | | | **41.60** | **$36,899.20** |
| **216 Total** | | | | **41.80** | **$37,076.60** |
| 217 | **Partner** | Martin T. Hamilton | $887.00 | 22.80 | $20,223.60 |
| | **Partner Total** | | | **22.80** | **$20,223.60** |
| | **Associate** | Tony R. Meyer | $887.00 | 18.90 | $16,764.30 |
| | | Yomarie Habenicht | $887.00 | 33.90 | $30,069.30 |
| | **Associate Total** | | | **52.80** | **$46,833.60** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **217 Total** | | | | **75.60** | **$67,057.20** |
| **218** | **Associate** | Libbie B. Osaben | $887.00 | 0.40 | $354.80 |
| | | Mee R. Kim | $887.00 | 1.60 | $1,419.20 |
| | | Megan R. Volin | $887.00 | 1.10 | $975.70 |
| | **Associate Total** | | | **3.10** | **$2,749.70** |
| | **Legal Assistant** | Alexander N. Cook | $303.00 | 0.80 | $242.40 |
| | | Natasha Petrov | $303.00 | 37.80 | $11,453.40 |
| | | Nicole K. Oloumi | $303.00 | 17.80 | $5,393.40 |
| | | Tal J. Singer | $303.00 | 4.50 | $1,363.50 |
| | **Legal Assistant Total** | | | **60.90** | **$18,452.70** |
| **218 Total** | | | | **64.00** | **$21,202.40** |
| **219** | **Partner** | Ehud Barak | $887.00 | 73.40 | $65,105.80 |
| | | Jeffrey W. Levitan | $887.00 | 62.40 | $55,348.80 |
| | | John E. Roberts | $887.00 | 185.80 | $164,804.60 |
| | | Jonathan E. Richman | $887.00 | 42.10 | $37,342.70 |
| | | Lary Alan Rappaport | $887.00 | 1.70 | $1,507.90 |
| | | Margaret A. Dale | $887.00 | 1.40 | $1,241.80 |
| | | Mark Harris | $887.00 | 28.60 | $25,368.20 |
| | | Martin J. Bienenstock | $887.00 | 170.00 | $150,790.00 |
| | | Michael A. Firestein | $887.00 | 2.20 | $1,951.40 |
| | | Michael T. Mervis | $887.00 | 5.60 | $4,967.20 |
| | | Paul Possinger | $887.00 | 0.50 | $443.50 |
| | | Timothy W. Mungovan | $887.00 | 16.70 | $14,812.90 |
| | **Partner Total** | | | **590.40** | **$523,684.80** |
| | **Senior Counsel** | David A. Munkittrick | $887.00 | 0.40 | $354.80 |
| | | Julia D. Alonzo | $887.00 | 5.30 | $4,701.10 |
| | **Senior Counsel Total** | | | **5.70** | **$5,055.90** |
| | **Associate** | Adam L. Deming | $887.00 | 58.80 | $52,155.60 |
| | | Elliot Stevens | $887.00 | 45.80 | $40,624.60 |
| | | Jessica M. Griffith | $887.00 | 6.50 | $5,765.50 |
| | | Joan Kim | $887.00 | 6.40 | $5,676.80 |
| | | Jordan Sazant | $887.00 | 62.00 | $54,994.00 |
| | | Joseph Hartunian | $887.00 | 15.90 | $14,103.30 |
| | | Joshua A. Esses | $887.00 | 7.00 | $6,209.00 |
| | | Lucas Kowalczyk | $887.00 | 199.10 | $176,601.70 |
| | | Marc Palmer | $887.00 | 15.80 | $14,014.60 |
| | | Matthew A. Skrzynski | $887.00 | 19.10 | $16,941.70 |
| | | Maximilian A. Greenberg | $887.00 | 11.80 | $10,466.60 |
| | | Megan R. Volin | $887.00 | 50.10 | $44,438.70 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Michael M. Guggenheim | $887.00 | 39.00 | $34,593.00 |
| | | Reuven C. Klein | $887.00 | 53.40 | $47,365.80 |
| | | Shiloh Rainwater | $887.00 | 98.60 | $87,458.20 |
| | | Steve Ma | $887.00 | 16.40 | $14,546.80 |
| | | William G. Fassuliotis | $887.00 | 6.40 | $5,676.80 |
| | **Associate Total** | | | **712.10** | **$631,632.70** |
| **219 Total** | | | | **1,308.20** | **$1,160,373.40** |
| **220** | **Associate** | Megan R. Volin | $887.00 | 0.70 | $620.90 |
| | **Associate Total** | | | **0.70** | **$620.90** |
| **220 Total** | | | | **0.70** | **$620.90** |
| **Grand Total** | | | | **5,442.90** | **$4,259,912.80** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0024  Commonwealth – Puerto Rico** | | | | | |
| | | | | | |
| **205** | **Associate** | Andre F. Perdiza | $887.00 | 8.00 | $7,096.00 |
| | **Associate Total** | | | **8.00** | **$7,096.00** |
| **205 Total** | | | | **8.00** | **$7,096.00** |
| **210** | **Partner** | Antonio N. Piccirillo | $887.00 | 20.20 | $17,917.40 |
| | **Partner Total** | | | **20.20** | **$17,917.40** |
| | **Associate** | Andre F. Perdiza | $887.00 | 14.40 | $12,772.80 |
| | **Associate Total** | | | **14.40** | **$12,772.80** |
| **210 Total** | | | | **34.60** | **$30,690.20** |
| **Grand Total** | | | | **42.60** | **$37,786.20** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0034  Commonwealth - Healthcare** | | | | | |
| 202 | Partner | Whitney M. Phelps | $887.00 | 0.50 | $443.50 |
| | **Partner Total** | | | **0.50** | **$443.50** |
| | Associate | Matthew J. Westbrook | $887.00 | 0.80 | $709.60 |
| | **Associate Total** | | | **0.80** | **$709.60** |
| **202 Total** | | | | **1.30** | **$1,153.10** |
| 204 | Partner | Brian S. Rosen | $887.00 | 2.30 | $2,040.10 |
| | **Partner Total** | | | **2.30** | **$2,040.10** |
| | Senior Counsel | Julia D. Alonzo | $887.00 | 3.30 | $2,927.10 |
| | **Senior Counsel Total** | | | **3.30** | **$2,927.10** |
| **204 Total** | | | | **5.60** | **$4,967.20** |
| 205 | Senior Counsel | Julia D. Alonzo | $887.00 | 4.50 | $3,991.50 |
| | **Senior Counsel Total** | | | **4.50** | **$3,991.50** |
| **205 Total** | | | | **4.50** | **$3,991.50** |
| 206 | Senior Counsel | Julia D. Alonzo | $887.00 | 2.60 | $2,306.20 |
| | **Senior Counsel Total** | | | **2.60** | **$2,306.20** |
| | Associate | Matthew A. Skrzynski | $887.00 | 6.00 | $5,322.00 |
| | **Associate Total** | | | **6.00** | **$5,322.00** |
| **206 Total** | | | | **8.60** | **$7,628.20** |
| 210 | Partner | Brian S. Rosen | $887.00 | 1.90 | $1,685.30 |
| | | Whitney M. Phelps | $887.00 | 8.70 | $7,716.90 |
| | **Partner Total** | | | **10.60** | **$9,402.20** |
| | Senior Counsel | Julia D. Alonzo | $887.00 | 18.10 | $16,054.70 |
| | **Senior Counsel Total** | | | **18.10** | **$16,054.70** |
| | Associate | Matthew A. Skrzynski | $887.00 | 6.50 | $5,765.50 |
| | | Matthew J. Westbrook | $887.00 | 10.10 | $8,958.70 |
| | **Associate Total** | | | **16.60** | **$14,724.20** |
| **210 Total** | | | | **45.30** | **$40,181.10** |
| 212 | Legal Assistant | Griffin M. Asnis | $303.00 | 35.30 | $10,695.90 |
| | | Nicole K. Oloumi | $303.00 | 1.40 | $424.20 |
| | **Legal Assistant Total** | | | **36.70** | **$11,120.10** |
| **212 Total** | | | | **36.70** | **$11,120.10** |
| 214 | Partner | Whitney M. Phelps | $887.00 | 3.60 | $3,193.20 |
| | **Partner Total** | | | **3.60** | **$3,193.20** |
| **214 Total** | | | | **3.60** | **$3,193.20** |
| 215 | Senior Counsel | Julia D. Alonzo | $887.00 | 2.20 | $1,951.40 |
| | **Senior Counsel Total** | | | **2.20** | **$1,951.40** |
| **215 Total** | | | | **2.20** | **$1,951.40** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **Grand Total** | | | | **107.80** | **$74,185.80** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0036 Commonwealth - UPR** | | | | | |
| | | | | | |
| 202 | **Associate** | Elliot Stevens | $887.00 | 7.80 | $6,918.60 |
| | **Associate Total** | | | **7.80** | **$6,918.60** |
| **202 Total** | | | | **7.80** | **$6,918.60** |
| 207 | **Associate** | Elliot Stevens | $887.00 | 0.10 | $88.70 |
| | **Associate Total** | | | **0.10** | **$88.70** |
| **207 Total** | | | | **0.10** | **$88.70** |
| 210 | **Partner** | Ehud Barak | $887.00 | 3.00 | $2,661.00 |
| | | Guy Brenner | $887.00 | 5.80 | $5,144.60 |
| | | Paul Possinger | $887.00 | 1.80 | $1,596.60 |
| | | Scott P. Cooper | $887.00 | 23.00 | $20,401.00 |
| | | Timothy W. Mungovan | $887.00 | 3.40 | $3,015.80 |
| | **Partner Total** | | | **37.00** | **$32,819.00** |
| | **Associate** | Corey I. Rogoff | $887.00 | 0.40 | $354.80 |
| | | Elliot Stevens | $887.00 | 0.80 | $709.60 |
| | **Associate Total** | | | **1.20** | **$1,064.40** |
| **210 Total** | | | | **38.20** | **$33,883.40** |
| 219 | **Partner** | John E. Roberts | $887.00 | 1.70 | $1,507.90 |
| | **Partner Total** | | | **1.70** | **$1,507.90** |
| **219 Total** | | | | **1.70** | **$1,507.90** |
| **Grand Total** | | | | **47.80** | **$42,398.60** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | **MATTER 33260.0040 Commonwealth - Cooperativas** | | | |
| **210** | **Partner** | Jonathan E. Richman | $887.00 | 6.10 | $5,410.70 |
| | **Partner Total** | | | **6.10** | **$5,410.70** |
| **210 Total** | | | | **6.10** | **$5,410.70** |
| **219** | **Partner** | Guy Brenner | $887.00 | 0.20 | $177.40 |
| | | Jonathan E. Richman | $887.00 | 30.80 | $27,319.60 |
| | **Partner Total** | | | **31.00** | **$27,497.00** |
| **219 Total** | | | | **31.00** | **$27,497.00** |
| **Grand Total** | | | | **37.10** | **$32,907.70** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0041 Commonwealth - Miscellaneous** | | | | | |
| **202** | Associate | Reuven C. Klein | $887.00 | 10.00 | $8,870.00 |
| | **Associate Total** | | | **10.00** | **$8,870.00** |
| **202 Total** | | | | **10.00** | **$8,870.00** |
| **206** | Partner | Ehud Barak | $887.00 | 6.00 | $5,322.00 |
| | **Partner Total** | | | **6.00** | **$5,322.00** |
| | Senior Counsel | Laura Stafford | $887.00 | 2.60 | $2,306.20 |
| | **Senior Counsel Total** | | | **2.60** | **$2,306.20** |
| | Associate | Matthew A. Skrzynski | $887.00 | 8.40 | $7,450.80 |
| | | Reuven C. Klein | $887.00 | 20.80 | $18,449.60 |
| | **Associate Total** | | | **29.20** | **$25,900.40** |
| **206 Total** | | | | **37.80** | **$33,528.60** |
| **207** | Partner | Timothy W. Mungovan | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| **207 Total** | | | | **0.20** | **$177.40** |
| **208** | Associate | Steve Ma | $887.00 | 1.60 | $1,419.20 |
| | **Associate Total** | | | **1.60** | **$1,419.20** |
| **208 Total** | | | | **1.60** | **$1,419.20** |
| **210** | Partner | Ehud Barak | $887.00 | 0.20 | $177.40 |
| | | Whitney M. Phelps | $887.00 | 2.00 | $1,774.00 |
| | **Partner Total** | | | **2.20** | **$1,951.40** |
| | Senior Counsel | Laura Stafford | $887.00 | 8.60 | $7,628.20 |
| | **Senior Counsel Total** | | | **8.60** | **$7,628.20** |
| | Associate | Matthew A. Skrzynski | $887.00 | 42.60 | $37,786.20 |
| | | Reuven C. Klein | $887.00 | 8.40 | $7,450.80 |
| | | Steve Ma | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **51.20** | **$45,414.40** |
| **210 Total** | | | | **62.00** | **$54,994.00** |
| **212** | Legal Assistant | Angelo Monforte | $303.00 | 2.30 | $696.90 |
| | | Tal J. Singer | $303.00 | 2.70 | $818.10 |
| | **Legal Assistant Total** | | | **5.00** | **$1,515.00** |
| **212 Total** | | | | **5.00** | **$1,515.00** |
| **215** | Associate | Reuven C. Klein | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **215 Total** | | | | **0.20** | **$177.40** |
| **216** | Associate | Reuven C. Klein | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **216 Total** | | | | **0.20** | **$177.40** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **219** | **Partner** | Timothy W. Mungovan | $887.00 | 0.10 | $88.70 |
| | **Partner Total** | | | **0.10** | **$88.70** |
| **219 Total** | | | | **0.10** | **$88.70** |
| **Grand Total** | | | | **117.10** | **$100,947.70** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0069 Commonwealth - APPU v. University of Puerto Rico** | | | | | |
| 210 | Partner | Michael A. Firestein | $887.00 | 0.10 | $88.70 |
| | **Partner Total** | | | **0.10** | **$88.70** |
| **210 Total** | | | | **0.10** | **$88.70** |
| 212 | Legal Assistant | Angelo Monforte | $303.00 | 1.20 | $363.60 |
| | **Legal Assistant Total** | | | **1.20** | **$363.60** |
| | Lit. Support | Laurie A. Henderson | $303.00 | 0.20 | $60.60 |
| | **Lit. Support Total** | | | **0.20** | **$60.60** |
| **212 Total** | | | | **1.40** | **$424.20** |
| 219 | Partner | Dietrich L. Snell | $887.00 | 0.40 | $354.80 |
| | | John E. Roberts | $887.00 | 1.00 | $887.00 |
| | | Mark Harris | $887.00 | 0.90 | $798.30 |
| | | Michael A. Firestein | $887.00 | 0.80 | $709.60 |
| | | Michael T. Mervis | $887.00 | 3.10 | $2,749.70 |
| | | Timothy W. Mungovan | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **6.60** | **$5,854.20** |
| | Associate | Lucas Kowalczyk | $887.00 | 18.80 | $16,675.60 |
| | **Associate Total** | | | **18.80** | **$16,675.60** |
| **219 Total** | | | | **25.40** | **$22,529.80** |
| **Grand Total** | | | | **26.90** | **$23,042.70** |

16

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0100 Commonwealth -  Challenge to Pension Laws** | | | | | |
| **201** | **Partner** | Timothy W. Mungovan | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **0.30** | **$266.10** |
| **201 Total** | | | | **0.30** | **$266.10** |
| **205** | **Partner** | Timothy W. Mungovan | $887.00 | 3.60 | $3,193.20 |
| | **Partner Total** | | | **3.60** | **$3,193.20** |
| **205 Total** | | | | **3.60** | **$3,193.20** |
| **207** | **Associate** | Corey I. Rogoff | $887.00 | 0.10 | $88.70 |
| | **Associate Total** | | | **0.10** | **$88.70** |
| **207 Total** | | | | **0.10** | **$88.70** |
| **210** | **Partner** | Guy Brenner | $887.00 | 4.60 | $4,080.20 |
| | | Martin J. Bienenstock | $887.00 | 3.40 | $3,015.80 |
| | | Timothy W. Mungovan | $887.00 | 13.40 | $11,885.80 |
| | **Partner Total** | | | **21.40** | **$18,981.80** |
| | **Associate** | Corey I. Rogoff | $887.00 | 13.20 | $11,708.40 |
| | | Shannon D. McGowan | $887.00 | 3.60 | $3,193.20 |
| | **Associate Total** | | | **16.80** | **$14,901.60** |
| **210 Total** | | | | **38.20** | **$33,883.40** |
| **219** | **Partner** | John E. Roberts | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| **219 Total** | | | | **0.20** | **$177.40** |
| **Grand Total** | | | | **42.40** | **$37,608.80** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0104 Commonwealth - Section 204 Correspondence and Related Matters** | | | | | |
| **201** | **Partner** | Martin J. Bienenstock | $887.00 | 3.20 | $2,838.40 |
| | | Timothy W. Mungovan | $887.00 | 0.70 | $620.90 |
| | **Partner Total** | | | **3.90** | **$3,459.30** |
| **201 Total** | | | | **3.90** | **$3,459.30** |
| **202** | **Associate** | William G. Fassuliotis | $887.00 | 8.10 | $7,184.70 |
| | **Associate Total** | | | **8.10** | **$7,184.70** |
| **202 Total** | | | | **8.10** | **$7,184.70** |
| **205** | **Partner** | Martin J. Bienenstock | $887.00 | 1.90 | $1,685.30 |
| | | Timothy W. Mungovan | $887.00 | 13.20 | $11,708.40 |
| | **Partner Total** | | | **15.10** | **$13,393.70** |
| **205 Total** | | | | **15.10** | **$13,393.70** |
| **206** | **Partner** | Guy Brenner | $887.00 | 0.70 | $620.90 |
| | | Hadassa R. Waxman | $887.00 | 13.10 | $11,619.70 |
| | **Partner Total** | | | **13.80** | **$12,240.60** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 0.90 | $798.30 |
| | **Senior Counsel Total** | | | **0.90** | **$798.30** |
| | **Associate** | Erica T. Jones | $887.00 | 5.70 | $5,055.90 |
| | | Marc Palmer | $887.00 | 9.20 | $8,160.40 |
| | | Shannon D. McGowan | $887.00 | 5.70 | $5,055.90 |
| | | William G. Fassuliotis | $887.00 | 3.50 | $3,104.50 |
| | **Associate Total** | | | **24.10** | **$21,376.70** |
| **206 Total** | | | | **38.80** | **$34,415.60** |
| **210** | **Partner** | Guy Brenner | $887.00 | 75.10 | $66,613.70 |
| | | Hadassa R. Waxman | $887.00 | 7.20 | $6,386.40 |
| | | Martin J. Bienenstock | $887.00 | 7.20 | $6,386.40 |
| | | Timothy W. Mungovan | $887.00 | 31.40 | $27,851.80 |
| | **Partner Total** | | | **120.90** | **$107,238.30** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 14.70 | $13,038.90 |
| | | Laura Stafford | $887.00 | 21.20 | $18,804.40 |
| | **Senior Counsel Total** | | | **35.90** | **$31,843.30** |
| | **Associate** | Amy B. Gordon | $887.00 | 18.80 | $16,675.60 |
| | | Corey I. Rogoff | $887.00 | 95.30 | $84,531.10 |
| | | Erica T. Jones | $887.00 | 14.20 | $12,595.40 |
| | | Marc Palmer | $887.00 | 14.90 | $13,216.30 |
| | | Mee R. Kim | $887.00 | 8.00 | $7,096.00 |
| | | Shannon D. McGowan | $887.00 | 50.20 | $44,527.40 |
| | | William G. Fassuliotis | $887.00 | 5.30 | $4,701.10 |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | **Associate Total** | | | **206.70** | **$183,342.90** |
| **210 Total** | | | | **363.50** | **$322,424.50** |
| 212 | **Legal Assistant** | Griffin M. Asnis | $303.00 | 0.10 | $30.30 |
| | | Joan K. Hoffman | $303.00 | 0.30 | $90.90 |
| | | Shealeen E. Schaefer | $303.00 | 4.60 | $1,393.80 |
| | **Legal Assistant Total** | | | **5.00** | **$1,515.00** |
| | **Practice Support** | Abigail G. Rubin | $303.00 | 2.60 | $787.80 |
| | **Practice Support Total** | | | **2.60** | **$787.80** |
| **212 Total** | | | | **7.60** | **$2,302.80** |
| 219 | **Partner** | Mark Harris | $887.00 | 0.50 | $443.50 |
| | **Partner Total** | | | **0.50** | **$443.50** |
| **219 Total** | | | | **0.50** | **$443.50** |
| **Grand Total** | | | | **437.50** | **$383,624.10** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0107 Commonwealth – La Liga de Ciudades de Puerto Rico** | | | | | |
| **212** | Legal Assistant | Angelo Monforte | $303.00 | 2.10 | $636.30 |
| | **Legal Assistant Total** | | | **2.10** | **$636.30** |
| | Lit. Support | Laurie A. Henderson | $303.00 | 0.60 | $181.80 |
| | **Lit. Support Total** | | | **0.60** | **$181.80** |
| **212 Total** | | | | **2.70** | **$818.10** |
| **219** | Partner | John E. Roberts | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| **219 Total** | | | | **0.20** | **$177.40** |
| **Grand Total** | | | | **2.90** | **$995.50** |

PROMESA TITLE III: COMMONWEALTH

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0114 Commonwealth –   R&D Master Enterprises, Inc. v. FOMB** | | | | | |
| **201** | **Partner** | Timothy W. Mungovan | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **0.40** | **$354.80** |
| **201 Total** | | | | **0.40** | **$354.80** |
| **202** | **Associate** | Joseph Hartunian | $887.00 | 1.50 | $1,330.50 |
| | **Associate Total** | | | **1.50** | **$1,330.50** |
| **202 Total** | | | | **1.50** | **$1,330.50** |
| **206** | **Partner** | Guy Brenner | $887.00 | 1.00 | $887.00 |
| | | John E. Roberts | $887.00 | 3.80 | $3,370.60 |
| | | Martin J. Bienenstock | $887.00 | 3.60 | $3,193.20 |
| | | Michael A. Firestein | $887.00 | 0.20 | $177.40 |
| | | Timothy W. Mungovan | $887.00 | 1.10 | $975.70 |
| | **Partner Total** | | | **9.70** | **$8,603.90** |
| | **Associate** | Adam L. Deming | $887.00 | 1.60 | $1,419.20 |
| | | Joseph Hartunian | $887.00 | 15.00 | $13,305.00 |
| | **Associate Total** | | | **16.60** | **$14,724.20** |
| **206 Total** | | | | **26.30** | **$23,328.10** |
| **207** | **Partner** | John E. Roberts | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **0.30** | **$266.10** |
| **207 Total** | | | | **0.30** | **$266.10** |
| **210** | **Partner** | Guy Brenner | $887.00 | 4.20 | $3,725.40 |
| | | Lary Alan Rappaport | $887.00 | 0.60 | $532.20 |
| | | Timothy W. Mungovan | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **5.20** | **$4,612.40** |
| | **Senior Counsel** | Laura Stafford | $887.00 | 0.60 | $532.20 |
| | **Senior Counsel Total** | | | **0.60** | **$532.20** |
| | **Associate** | Joseph Hartunian | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **210 Total** | | | | **6.00** | **$5,322.00** |
| **Grand Total** | | | | **34.50** | **$30,601.50** |