# Exhibit D

**Budget and Staffing Plan**

## **Exhibit D-1**

## **Budget Plan for the Compensation Period**

| Matter No. | Matter | February 2022 | | March 2022 | |
|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $ 2,457,666.90 | $ 2,590,000.00 | $ 1,840,032.10 | $ 2,250,000.00 |
| 33260.0034 | COMMONWEALTH TITLE III - HEALTHCARE | $ 54,048.70 | $ 60,000.00 | $ 20,137.10 | $ 30,000.00 |
| 33260.0036 | COMMONWEALTH TITLE III - UPR | $ 23,682.90 | $ 25,000.00 | $ 18,715.70 | $ 20,000.00 |
| 33260.0040 | COMMONWEALTH TITLE III - COOPERATIVAS | $ 8,515.20 | $ 10,000.00 | $ 24,392.50 | $ 30,000.00 |
| 33260.0041 | COMMONWEALTH TITLE III - MISCELLANEOUS | $ 94,199.90 | $ 100,000.00 | $ 6,747.80 | $ 10,000.00 |
| 33260.0069 | COMMONWEALTH TITLE III - APPU v. UPR | $ 20,825.20 | $ 25,000.00 | $ 2,217.50 | $ 12,500.00 |
| 33260.0100 | COMMONWEALTH TITLE III CHALLENGE TO PENSION LAWS | $ 32,109.40 | $ 40,000.00 | $ 5,499.40 | $ 15,000.00 |
| 33260.0104 | SECTION 204 CORRESPONDENCE | $ 248,784.70 | $ 275,000.00 | $ 134,839.40 | $ 175,000.00 |
| 33260.0107 | LA LIGA DE CIUDADES | $ 995.50 | $ 5,000.00 | $ - | $ 2,500.00 |
| 33260.0114 | R&D MASTER ENTERPRISES | $ 27,851.80 | $ 40,000.00 | $ 2,749.70 | $ 10,000.00 |
| **Commonwealth TOTAL** | | **$ 2,968,680.20** | **$ 3,170,000.00** | **$ 2,055,331.20** | **$ 2,555,000.00** |
| **ESTIMATED FEES Compensation Period (February 2022 - March 15, 2022) TOTAL:** | | | | | **$5,725,000.00** |
| **ACTUAL FEES Compensation Period (February 2022 - March 15, 2022) TOTAL:** | | | | | **$5,024,011.40** |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | **12.2% below budget** |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period[1]**

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partners | 33 | $887 |
| Senior Counsel | 8 | $887 |
| Associates | 47 | $887 |
| e-Discovery Attorneys | 6 | $438 |
| Paraprofessionals | 21 | $303 |
| **Total:** | **115** | |

---

[1] The actual number of timekeepers who worked on this matter during the Fifteenth Interim Compensation Period was 88, and thus 27 fewer than anticipated.

[2] Attorney Practice Groups: BSGR&B, Tax, Health Care, Labor & Employment, Litigation, and Corporate.

[3] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2022, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $887 per hour, for e-discovery attorneys of $438 per hour, and for paraprofessionals of $303 per hour. Rates have not increased during this Compensation Period.