**Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| **201** | **Partner** | Brian S. Rosen | $887.00 | 0.70 | $620.90 |
| | | Martin J. Bienenstock | $887.00 | 0.70 | $620.90 |
| | | Timothy W. Mungovan | $887.00 | 0.60 | $532.20 |
| | **Partner Total** | | | **2.00** | **$1,774.00** |
| | **Associate** | Andre F. Perdiza | $887.00 | 0.60 | $532.20 |
| | | Jordan Sazant | $887.00 | 0.70 | $620.90 |
| | | Ashley M. Weringa | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **1.50** | **$1,330.50** |
| **201 Total** | | | | **3.50** | **$3,104.50** |
| **202** | **Partner** | Michael A. Firestein | $887.00 | 0.70 | $620.90 |
| | **Partner Total** | | | **0.70** | **$620.90** |
| | **Associate** | Maximilian A. Greenberg | $887.00 | 1.70 | $1,507.90 |
| | | Reuven C. Klein | $887.00 | 4.50 | $3,991.50 |
| | | Ashley M. Weringa | $887.00 | 3.60 | $3,193.20 |
| | **Associate Total** | | | **9.80** | **$8,692.60** |
| **202 Total** | | | | **10.50** | **$9,313.50** |
| **203** | **Associate** | Laura Stafford | $887.00 | 0.30 | $266.10 |
| | | Ashley M. Weringa | $887.00 | 0.90 | $798.30 |
| | **Associate Total** | | | **1.20** | **$1,064.40** |
| **203 Total** | | | | **1.20** | **$1,064.40** |
| **204** | **Partner** | Brian S. Rosen | $887.00 | 6.90 | $6,120.30 |
| | | Carlos E. Martinez | $887.00 | 3.60 | $3,193.20 |
| | **Partner Total** | | | **10.50** | **$9,313.50** |
| | **Associate** | Jordan Sazant | $887.00 | 0.10 | $88.70 |
| | **Associate Total** | | | **0.10** | **$88.70** |
| **204 Total** | | | | **10.60** | **$9,402.20** |
| **205** | **Partner** | Carlos E. Martinez | $887.00 | 1.60 | $1,419.20 |
| | | Timothy W. Mungovan | $887.00 | 3.10 | $2,749.70 |
| | **Partner Total** | | | **4.70** | **$4,168.90** |
| **205 Total** | | | | **4.70** | **$4,168.90** |
| **206** | **Partner** | Matthew Triggs | $887.00 | 3.00 | $2,661.00 |
| | | Michael A. Firestein | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **3.30** | **$2,927.10** |
| | **Associate** | Jordan Sazant | $887.00 | 50.50 | $44,793.50 |
| | | Joshua A. Esses | $887.00 | 4.30 | $3,814.10 |
| | | Laura Stafford | $887.00 | 5.80 | $5,144.60 |
| | | Michael Wheat | $887.00 | 2.50 | $2,217.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Ashley M. Weringa | $887.00 | 30.00 | $26,610.00 |
| | Associate Total | | | 93.10 | $82,579.70 |
| **206 Total** | | | | **96.40** | **$85,506.80** |
| **207** | Partner | Lary Alan Rappaport | $887.00 | 0.30 | $266.10 |
| | | Timothy W. Mungovan | $887.00 | 0.20 | $177.40 |
| | Partner Total | | | 0.50 | $443.50 |
| **207 Total** | | | | **0.50** | **$443.50** |
| **210** | Partner | Antonio N. Piccirillo | $887.00 | 133.30 | $118,237.10 |
| | | Brian S. Rosen | $887.00 | 1.30 | $1,153.10 |
| | | Carlos E. Martinez | $887.00 | 89.90 | $79,741.30 |
| | | Ehud Barak | $887.00 | 1.40 | $1,241.80 |
| | | Frank Zarb | $887.00 | 1.50 | $1,330.50 |
| | | Guy Brenner | $887.00 | 1.00 | $887.00 |
| | | Jeffrey W. Levitan | $887.00 | 1.40 | $1,241.80 |
| | | Lary Alan Rappaport | $887.00 | 9.00 | $7,983.00 |
| | | Margaret A. Dale | $887.00 | 2.30 | $2,040.10 |
| | | Martin J. Bienenstock | $887.00 | 3.20 | $2,838.40 |
| | | Michael A. Firestein | $887.00 | 25.00 | $22,175.00 |
| | | Michael T. Mervis | $887.00 | 1.20 | $1,064.40 |
| | | Steven O. Weise | $887.00 | 6.40 | $5,676.80 |
| | | Timothy W. Mungovan | $887.00 | 6.80 | $6,031.60 |
| | Partner Total | | | 283.70 | $251,641.90 |
| | Senior Counsel | Julia D. Alonzo | $887.00 | 1.10 | $975.70 |
| | Senior Counsel Total | | | 1.10 | $975.70 |
| | Associate | Andre F. Perdiza | $887.00 | 87.30 | $77,435.10 |
| | | David A. Munkittrick | $887.00 | 0.20 | $177.40 |
| | | Elliot Stevens | $887.00 | 1.30 | $1,153.10 |
| | | Joan Kim | $887.00 | 0.40 | $354.80 |
| | | Jordan Sazant | $887.00 | 2.50 | $2,217.50 |
| | | Laura Stafford | $887.00 | 56.70 | $50,292.90 |
| | | Mee R. Kim | $887.00 | 29.60 | $26,255.20 |
| | | Megan R. Volin | $887.00 | 2.00 | $1,774.00 |
| | | Michael Wheat | $887.00 | 1.20 | $1,064.40 |
| | | Reuven C. Klein | $887.00 | 0.60 | $532.20 |
| | | Shannon D. McGowan | $887.00 | 0.40 | $354.80 |
| | | Steve Ma | $887.00 | 5.00 | $4,435.00 |
| | | Ashley M. Weringa | $887.00 | 1.60 | $1,419.20 |
| | Associate Total | | | 188.60 | $167,465.60 |
| **210 Total** | | | | **473.60** | **$420,083.20** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **212** | **Legal Assistant** | Angelo Monforte | $303.00 | 2.80 | $848.40 |
| | | David C. Cooper | $303.00 | 0.40 | $121.20 |
| | | Joan K. Hoffman | $303.00 | 53.30 | $16,149.90 |
| | | Natasha Petrov | $303.00 | 3.70 | $1,121.10 |
| | | Nicole K. Oloumi | $303.00 | 1.70 | $515.10 |
| | | Shealeen E. Schaefer | $303.00 | 159.10 | $48,207.30 |
| | | Tal J. Singer | $303.00 | 1.10 | $333.30 |
| | **Legal Assistant Total** | | | **222.10** | **$67,296.30** |
| | **Practice Support** | Eric R. Chernus | $303.00 | 17.40 | $5,272.20 |
| | **Practice Support Total** | | | **17.40** | **$5,272.20** |
| **212 Total** | | | | **239.50** | **$72,568.50** |
| **215** | **Partner** | Antonio N. Piccirillo | $887.00 | 51.90 | $46,035.30 |
| | | Brian S. Rosen | $887.00 | 402.50 | $357,017.50 |
| | | Carlos E. Martinez | $887.00 | 13.30 | $11,797.10 |
| | | Guy Brenner | $887.00 | 1.30 | $1,153.10 |
| | | James P. Gerkis | $887.00 | 0.10 | $88.70 |
| | | Jeffrey W. Levitan | $887.00 | 153.40 | $136,065.80 |
| | | Jonathan E. Richman | $887.00 | 0.50 | $443.50 |
| | | Lary Alan Rappaport | $887.00 | 6.70 | $5,942.90 |
| | | Margaret A. Dale | $887.00 | 4.90 | $4,346.30 |
| | | Martin J. Bienenstock | $887.00 | 15.80 | $14,014.60 |
| | | Matthew Triggs | $887.00 | 2.20 | $1,951.40 |
| | | Michael A. Firestein | $887.00 | 17.90 | $15,877.30 |
| | | Michael T. Mervis | $887.00 | 31.90 | $28,295.30 |
| | | Steven O. Weise | $887.00 | 34.70 | $30,778.90 |
| | | Timothy W. Mungovan | $887.00 | 6.60 | $5,854.20 |
| | **Partner Total** | | | **743.70** | **$659,661.90** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 1.00 | $887.00 |
| | **Senior Counsel Total** | | | **1.00** | **$887.00** |
| | **Associate** | Alyson C. Tocicki | $887.00 | 2.00 | $1,774.00 |
| | | Andre F. Perdiza | $887.00 | 25.90 | $22,973.30 |
| | | Elliot Stevens | $887.00 | 2.10 | $1,862.70 |
| | | Erica T. Jones | $887.00 | 0.60 | $532.20 |
| | | Javier Sosa | $887.00 | 28.60 | $25,368.20 |
| | | Joan Kim | $887.00 | 0.40 | $354.80 |
| | | Jordan Sazant | $887.00 | 23.80 | $21,110.60 |
| | | Joshua A. Esses | $887.00 | 39.40 | $34,947.80 |
| | | Laura Stafford | $887.00 | 10.60 | $9,402.20 |
| | | Libbie B. Osaben | $887.00 | 107.70 | $95,529.90 |

3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Matthew A. Skrzynski | $887.00 | 46.90 | $41,600.30 |
| | | Mee R. Kim | $887.00 | 101.20 | $89,764.40 |
| | | Megan R. Volin | $887.00 | 36.00 | $31,932.00 |
| | | Reut N. Samuels | $887.00 | 0.10 | $88.70 |
| | | Reuven C. Klein | $887.00 | 59.70 | $52,953.90 |
| | | Shannon D. McGowan | $887.00 | 0.20 | $177.40 |
| | | Steve Ma | $887.00 | 209.20 | $185,560.40 |
| | | Tony R. Meyer | $887.00 | 6.70 | $5,942.90 |
| | | Ashley M. Weringa | $887.00 | 95.10 | $84,353.70 |
| | | Brianna M. Segarto | $887.00 | 0.40 | $354.80 |
| | **Associate Total** | | | **796.60** | **$706,584.20** |
| | **E-Discovery Attorney** | Cathleen P. Peterson | $438.00 | 1.10 | $481.80 |
| | **E-Discovery Attorney Total** | | | **1.10** | **$481.80** |
| **215 Total** | | | | **1,542.40** | **$1,367,614.90** |
| 216 | **Partner** | Jeffrey W. Levitan | $887.00 | 1.10 | $975.70 |
| | | Lary Alan Rappaport | $887.00 | 5.00 | $4,435.00 |
| | | Margaret A. Dale | $887.00 | 1.00 | $887.00 |
| | | Matthew Triggs | $887.00 | 21.90 | $19,425.30 |
| | | Michael A. Firestein | $887.00 | 11.70 | $10,377.90 |
| | **Partner Total** | | | **40.70** | **$36,100.90** |
| | **Associate** | Jordan Sazant | $887.00 | 6.50 | $5,765.50 |
| | | Joshua A. Esses | $887.00 | 2.70 | $2,394.90 |
| | | Laura Stafford | $887.00 | 5.00 | $4,435.00 |
| | | Matthew A. Skrzynski | $887.00 | 0.40 | $354.80 |
| | | Megan R. Volin | $887.00 | 0.20 | $177.40 |
| | | Reuven C. Klein | $887.00 | 33.40 | $29,625.80 |
| | | Steve Ma | $887.00 | 24.70 | $21,908.90 |
| | | Ashley M. Weringa | $887.00 | 0.90 | $798.30 |
| | **Associate Total** | | | **73.80** | **$65,460.60** |
| **216 Total** | | | | **114.50** | **$101,561.50** |
| 217 | **Partner** | Martin T. Hamilton | $887.00 | 5.20 | $4,612.40 |
| | | Richard M. Corn | $887.00 | 9.30 | $8,249.10 |
| | **Partner Total** | | | **14.50** | **$12,861.50** |
| | **Associate** | Tony R. Meyer | $887.00 | 12.20 | $10,821.40 |
| | | Yomarie Habenicht | $887.00 | 10.60 | $9,402.20 |
| | **Associate Total** | | | **22.80** | **$20,223.60** |
| **217 Total** | | | | **37.30** | **$33,085.10** |
| 218 | **Associate** | Mee R. Kim | $887.00 | 1.70 | $1,507.90 |
| | **Associate Total** | | | **1.70** | **$1,507.90** |

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Legal Assistant | Natasha Petrov | $303.00 | 19.20 | $5,817.60 |
| | Legal Assistant Total | | | 19.20 | $5,817.60 |
| 218 Total | | | | 20.90 | $7,325.50 |
| Grand Total | | | | 2,555.60 | $2,115,242.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA - Miscellaneous** | | | | | |
| **208** | **Associate** | Laura Stafford | $887.00 | 0.40 | $354.80 |
| | | Steve Ma | $887.00 | 4.70 | $4,168.90 |
| | **Associate Total** | | | **5.10** | **$4,523.70** |
| **208 Total** | | | | **5.10** | **$4,523.70** |
| **219** | **Partner** | Brian S. Rosen | $887.00 | 0.30 | $266.10 |
| | | Dietrich L. Snell | $887.00 | 1.40 | $1,241.80 |
| | | Lary Alan Rappaport | $887.00 | 0.30 | $266.10 |
| | | Michael A. Firestein | $887.00 | 3.60 | $3,193.20 |
| | **Partner Total** | | | **5.60** | **$4,967.20** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 2.50 | $2,217.50 |
| | **Senior Counsel Total** | | | **2.50** | **$2,217.50** |
| | **Associate** | Laura Stafford | $887.00 | 0.50 | $443.50 |
| | | William G. Fassuliotis | $887.00 | 1.60 | $1,419.20 |
| | **Associate Total** | | | **2.10** | **$1,862.70** |
| **219 Total** | | | | **10.20** | **$9,047.40** |
| **Grand Total** | | | | **15.30** | **$13,571.10** |