## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201** | **Partner** | Martin J. Bienenstock | $887.00 | 4.10 | $3,636.70 |
| | | Paul Possinger | $887.00 | 4.40 | $3,902.80 |
| | | Timothy W. Mungovan | $887.00 | 2.30 | $2,040.10 |
| | **Partner Total** | | | **10.80** | **$9,579.60** |
| | **Associate** | Daniel Desatnik | $887.00 | 1.20 | $1,064.40 |
| | | Elliot Stevens | $887.00 | 2.20 | $1,951.40 |
| | | Jordan Sazant | $887.00 | 4.50 | $3,991.50 |
| | | Mee R. Kim | $887.00 | 1.70 | $1,507.90 |
| | **Associate Total** | | | **9.60** | **$8,515.20** |
| **201 Total** | | | | **20.40** | **$18,094.80** |
| **202** | **Partner** | Lary Alan Rappaport | $887.00 | 7.60 | $6,741.20 |
| | | Martin J. Bienenstock | $887.00 | 7.80 | $6,918.60 |
| | | Michael A. Firestein | $887.00 | 1.70 | $1,507.90 |
| | **Partner Total** | | | **17.10** | **$15,167.70** |
| | **Associate** | Elliot Stevens | $887.00 | 33.70 | $29,891.90 |
| | | Jared M. DuBosar | $887.00 | 5.30 | $4,701.10 |
| | | Libbie B. Osaben | $887.00 | 22.70 | $20,134.90 |
| | | Mee R. Kim | $887.00 | 2.70 | $2,394.90 |
| | | Megan R. Volin | $887.00 | 1.30 | $1,153.10 |
| | | Michael Wheat | $887.00 | 73.90 | $65,549.30 |
| | | Michelle M. Ovanesian | $887.00 | 2.70 | $2,394.90 |
| | | Reut N. Samuels | $887.00 | 3.00 | $2,661.00 |
| | | Reuven C. Klein | $887.00 | 14.60 | $12,950.20 |
| | | Ashley M. Weringa | $887.00 | 59.70 | $52,953.90 |
| | **Associate Total** | | | **219.60** | **$194,785.20** |
| | **Legal Assistant** | Nicole K. Oloumi | $303.00 | 4.20 | $1,272.60 |
| | **Legal Assistant Total** | | | **4.20** | **$1,272.60** |
| **202 Total** | | | | **240.90** | **$211,225.50** |
| **204** | **Partner** | Brian S. Rosen | $887.00 | 1.00 | $887.00 |
| | | Martin J. Bienenstock | $887.00 | 2.50 | $2,217.50 |
| | | Paul Possinger | $887.00 | 1.10 | $975.70 |
| | **Partner Total** | | | **4.60** | **$4,080.20** |
| | **Associate** | Elliot Stevens | $887.00 | 3.60 | $3,193.20 |
| | | Jordan Sazant | $887.00 | 12.00 | $10,644.00 |
| | | Michael Wheat | $887.00 | 6.60 | $5,854.20 |
| | **Associate Total** | | | **22.20** | **$19,691.40** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **204 Total** | | | | **26.80** | **$23,771.60** |
| **205** | **Partner** | Michael T. Mervis | $887.00 | 3.90 | $3,459.30 |
| | | Paul Possinger | $887.00 | 0.50 | $443.50 |
| | | Timothy W. Mungovan | $887.00 | 3.50 | $3,104.50 |
| | **Partner Total** | | | **7.90** | **$7,007.30** |
| | **Associate** | Daniel Desatnik | $887.00 | 0.60 | $532.20 |
| | | Jordan Sazant | $887.00 | 6.90 | $6,120.30 |
| | | Michael Wheat | $887.00 | 1.60 | $1,419.20 |
| | **Associate Total** | | | **9.10** | **$8,071.70** |
| **205 Total** | | | | **17.00** | **$15,079.00** |
| **206** | **Partner** | Ehud Barak | $887.00 | 5.90 | $5,233.30 |
| | | Martin J. Bienenstock | $887.00 | 26.80 | $23,771.60 |
| | | Matthew Triggs | $887.00 | 12.00 | $10,644.00 |
| | | Paul Possinger | $887.00 | 28.10 | $24,924.70 |
| | | Timothy W. Mungovan | $887.00 | 1.70 | $1,507.90 |
| | **Partner Total** | | | **74.50** | **$66,081.50** |
| | **Associate** | Daniel Desatnik | $887.00 | 172.50 | $153,007.50 |
| | | Elliot Stevens | $887.00 | 44.20 | $39,205.40 |
| | | Jared M. DuBosar | $887.00 | 16.40 | $14,546.80 |
| | | Javier Sosa | $887.00 | 5.50 | $4,878.50 |
| | | Joan Kim | $887.00 | 1.00 | $887.00 |
| | | Jordan Sazant | $887.00 | 143.00 | $126,841.00 |
| | | Joshua A. Esses | $887.00 | 7.80 | $6,918.60 |
| | | Laura Stafford | $887.00 | 6.90 | $6,120.30 |
| | | Libbie B. Osaben | $887.00 | 19.30 | $17,119.10 |
| | | Maximilian A. Greenberg | $887.00 | 13.70 | $12,151.90 |
| | | Megan R. Volin | $887.00 | 14.20 | $12,595.40 |
| | | Michael Wheat | $887.00 | 50.60 | $44,882.20 |
| | | Michelle M. Ovanesian | $887.00 | 6.60 | $5,854.20 |
| | | Reuven C. Klein | $887.00 | 9.40 | $8,337.80 |
| | | William G. Fassuliotis | $887.00 | 3.80 | $3,370.60 |
| | | Ashley M. Weringa | $887.00 | 28.30 | $25,102.10 |
| | **Associate Total** | | | **543.20** | **$481,818.40** |
| **206 Total** | | | | **617.70** | **$547,899.90** |
| **207** | **Partner** | Brian S. Rosen | $887.00 | 0.40 | $354.80 |
| | | Ehud Barak | $887.00 | 1.00 | $887.00 |
| | | Jeffrey W. Levitan | $887.00 | 2.20 | $1,951.40 |
| | | Jonathan E. Richman | $887.00 | 1.50 | $1,330.50 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Lary Alan Rappaport | $887.00 | 0.20 | $177.40 |
| | | Margaret A. Dale | $887.00 | 1.50 | $1,330.50 |
| | | Martin J. Bienenstock | $887.00 | 1.00 | $887.00 |
| | | Matthew Triggs | $887.00 | 0.40 | $354.80 |
| | | Michael A. Firestein | $887.00 | 1.30 | $1,153.10 |
| | | Michael T. Mervis | $887.00 | 2.40 | $2,128.80 |
| | | Paul Possinger | $887.00 | 5.60 | $4,967.20 |
| | | Timothy W. Mungovan | $887.00 | 4.20 | $3,725.40 |
| | **Partner Total** | | | **21.70** | **$19,247.90** |
| | Associate | Elliot Stevens | $887.00 | 2.10 | $1,862.70 |
| | | Jared M. DuBosar | $887.00 | 0.30 | $266.10 |
| | | Jordan Sazant | $887.00 | 2.50 | $2,217.50 |
| | | Maximilian A. Greenberg | $887.00 | 0.20 | $177.40 |
| | | Megan R. Volin | $887.00 | 4.60 | $4,080.20 |
| | | Reuven C. Klein | $887.00 | 1.40 | $1,241.80 |
| | **Associate Total** | | | **11.10** | **$9,845.70** |
| **207 Total** | | | | **32.80** | **$29,093.60** |
| 208 | Associate | Ashley M. Weringa | $887.00 | 0.70 | $620.90 |
| | **Associate Total** | | | **0.70** | **$620.90** |
| **208 Total** | | | | **0.70** | **$620.90** |
| 210 | Partner | Brian S. Rosen | $887.00 | 1.40 | $1,241.80 |
| | | Ehud Barak | $887.00 | 524.50 | $465,231.50 |
| | | Guy Brenner | $887.00 | 1.40 | $1,241.80 |
| | | James P. Gerkis | $887.00 | 12.10 | $10,732.70 |
| | | Jeffrey W. Levitan | $887.00 | 24.10 | $21,376.70 |
| | | Jonathan E. Richman | $887.00 | 5.00 | $4,435.00 |
| | | Lary Alan Rappaport | $887.00 | 115.10 | $102,093.70 |
| | | Margaret A. Dale | $887.00 | 76.40 | $67,766.80 |
| | | Martin J. Bienenstock | $887.00 | 31.40 | $27,851.80 |
| | | Matthew Triggs | $887.00 | 129.00 | $114,423.00 |
| | | Michael A. Firestein | $887.00 | 62.40 | $55,348.80 |
| | | Michael T. Mervis | $887.00 | 53.50 | $47,454.50 |
| | | Paul Possinger | $887.00 | 322.90 | $286,412.30 |
| | | Scott P. Cooper | $887.00 | 0.90 | $798.30 |
| | | Steven O. Weise | $887.00 | 71.80 | $63,686.60 |
| | | Timothy W. Mungovan | $887.00 | 23.50 | $20,844.50 |
| | **Partner Total** | | | **1,455.40** | **$1,290,939.80** |
| | **Senior Counsel** | Julia D. Alonzo | $887.00 | 9.80 | $8,692.60 |

3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **Senior Counsel Total** | | | **9.80** | **$8,692.60** |
| | Associate | Adam L. Deming | $887.00 | 6.30 | $5,588.10 |
| | | Corey I. Rogoff | $887.00 | 8.50 | $7,539.50 |
| | | Daniel Desatnik | $887.00 | 117.70 | $104,399.90 |
| | | Elliot Stevens | $887.00 | 153.00 | $135,711.00 |
| | | Jana R. Ruthberg | $887.00 | 0.40 | $354.80 |
| | | Jared M. DuBosar | $887.00 | 54.70 | $48,518.90 |
| | | Jillian Ruben | $887.00 | 5.40 | $4,789.80 |
| | | Jordan Sazant | $887.00 | 118.70 | $105,286.90 |
| | | Laura Stafford | $887.00 | 76.80 | $68,121.60 |
| | | Libbie B. Osaben | $887.00 | 89.00 | $78,943.00 |
| | | Marc Palmer | $887.00 | 13.70 | $12,151.90 |
| | | Matthew A. Skrzynski | $887.00 | 11.90 | $10,555.30 |
| | | Maximilian A. Greenberg | $887.00 | 58.90 | $52,244.30 |
| | | Mee R. Kim | $887.00 | 27.70 | $24,569.90 |
| | | Megan R. Volin | $887.00 | 22.30 | $19,780.10 |
| | | Michael Wheat | $887.00 | 77.90 | $69,097.30 |
| | | Michelle M. Ovanesian | $887.00 | 20.70 | $18,360.90 |
| | | Reuven C. Klein | $887.00 | 58.90 | $52,244.30 |
| | | Sarah Hughes | $887.00 | 4.00 | $3,548.00 |
| | | Shannon D. McGowan | $887.00 | 0.80 | $709.60 |
| | | Steve Ma | $887.00 | 0.30 | $266.10 |
| | | William G. Fassuliotis | $887.00 | 2.00 | $1,774.00 |
| | | Ashley M. Weringa | $887.00 | 32.90 | $29,182.30 |
| | | Brianna M. Segarto | $887.00 | 1.30 | $1,153.10 |
| | **Associate Total** | | | **963.80** | **$854,890.60** |
| **210 Total** | | | | **2,429.00** | **$2,154,523.00** |
| 211 | Partner | Paul Possinger | $887.00 | 2.90 | $2,572.30 |
| | **Partner Total** | | | **2.90** | **$2,572.30** |
| **211 Total** | | | | **2.90** | **$2,572.30** |
| 212 | Legal Assistant | Alexander N. Cook | $303.00 | 23.20 | $7,029.60 |
| | | Angelo Monforte | $303.00 | 13.30 | $4,029.90 |
| | | Griffin M. Asnis | $303.00 | 1.50 | $454.50 |
| | | Natasha Petrov | $303.00 | 3.90 | $1,181.70 |
| | | Nicole K. Oloumi | $303.00 | 7.60 | $2,302.80 |
| | | Shealeen E. Schaefer | $303.00 | 28.80 | $8,726.40 |
| | | Tal J. Singer | $303.00 | 24.40 | $7,393.20 |
| | **Legal Assistant Total** | | | **102.70** | **$31,118.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **212 Total** | | | | **102.70** | **$31,118.10** |
| **213** | Partner | Paul M. Hamburger | $887.00 | 3.80 | $3,370.60 |
| | **Partner Total** | | | **3.80** | **$3,370.60** |
| | Associate | Elliot Stevens | $887.00 | 0.20 | $177.40 |
| | | Jordan Sazant | $887.00 | 31.50 | $27,940.50 |
| | | Maximilian A. Greenberg | $887.00 | 13.70 | $12,151.90 |
| | | Megan R. Volin | $887.00 | 1.20 | $1,064.40 |
| | **Associate Total** | | | **46.60** | **$41,334.20** |
| **213 Total** | | | | **50.40** | **$44,704.80** |
| **215** | Partner | Brian S. Rosen | $887.00 | 1.20 | $1,064.40 |
| | | James P. Gerkis | $887.00 | 19.10 | $16,941.70 |
| | | Jeffrey W. Levitan | $887.00 | 13.10 | $11,619.70 |
| | | John E. Roberts | $887.00 | 0.10 | $88.70 |
| | | Karen J. Garnett | $887.00 | 0.30 | $266.10 |
| | | Martin J. Bienenstock | $887.00 | 72.50 | $64,307.50 |
| | | Michael T. Mervis | $887.00 | 19.80 | $17,562.60 |
| | | Paul Possinger | $887.00 | 5.30 | $4,701.10 |
| | | Steven O. Weise | $887.00 | 29.90 | $26,521.30 |
| | **Partner Total** | | | **161.30** | **$143,073.10** |
| | Associate | Alyson C. Tocicki | $887.00 | 4.10 | $3,636.70 |
| | | Daniel Desatnik | $887.00 | 13.20 | $11,708.40 |
| | | Elliot Stevens | $887.00 | 78.80 | $69,895.60 |
| | | Jessica M. Griffith | $887.00 | 2.80 | $2,483.60 |
| | | Joan Kim | $887.00 | 5.90 | $5,233.30 |
| | | Jordan Sazant | $887.00 | 30.00 | $26,610.00 |
| | | Joshua A. Esses | $887.00 | 17.10 | $15,167.70 |
| | | Laura Stafford | $887.00 | 1.70 | $1,507.90 |
| | | Libbie B. Osaben | $887.00 | 4.30 | $3,814.10 |
| | | Massimo B. Capizzi | $887.00 | 0.40 | $354.80 |
| | | Maximilian A. Greenberg | $887.00 | 10.90 | $9,668.30 |
| | | Mee R. Kim | $887.00 | 23.80 | $21,110.60 |
| | | Megan R. Volin | $887.00 | 8.50 | $7,539.50 |
| | | Michael Wheat | $887.00 | 43.40 | $38,495.80 |
| | | Reut N. Samuels | $887.00 | 3.20 | $2,838.40 |
| | | Reuven C. Klein | $887.00 | 135.80 | $120,454.60 |
| | | Sarah Hughes | $887.00 | 23.60 | $20,933.20 |
| | | Shannon D. McGowan | $887.00 | 2.10 | $1,862.70 |
| | | Ashley M. Weringa | $887.00 | 22.20 | $19,691.40 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Brianna M. Segarto | $887.00 | 7.90 | $7,007.30 |
| | **Associate Total** | | | **439.70** | **$390,013.90** |
| **215 Total** | | | | **601.00** | **$533,087.00** |
| 216 | Partner | Martin J. Bienenstock | $887.00 | 0.60 | $532.20 |
| | **Partner Total** | | | **0.60** | **$532.20** |
| **216 Total** | | | | **0.60** | **$532.20** |
| 218 | Associate | Mee R. Kim | $887.00 | 2.00 | $1,774.00 |
| | **Associate Total** | | | **2.00** | **$1,774.00** |
| | Legal Assistant | Alexander N. Cook | $303.00 | 2.40 | $727.20 |
| | | Natasha Petrov | $303.00 | 24.00 | $7,272.00 |
| | **Legal Assistant Total** | | | **26.40** | **$7,999.20** |
| **218 Total** | | | | **28.40** | **$9,773.20** |
| 219 | Associate | Elliot Stevens | $887.00 | 0.10 | $88.70 |
| | **Associate Total** | | | **0.10** | **$88.70** |
| **219 Total** | | | | **0.10** | **$88.70** |
| 220 | Partner | Paul Possinger | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **0.30** | **$266.10** |
| | Associate | Megan R. Volin | $887.00 | 5.90 | $5,233.30 |
| | **Associate Total** | | | **5.90** | **$5,233.30** |
| **220 Total** | | | | **6.20** | **$5,499.40** |
| **Grand Total** | | | | **4,177.60** | **$3,627,684.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0030 PREPA - Puerto Rico** | | | | | |
| 215 | Partner | Martin J. Bienenstock | $887.00 | 4.40 | $3,902.80 |
| | **Partner Total** | | | **4.40** | **$3,902.80** |
| **215 Total** | | | | **4.40** | **$3,902.80** |
| **Grand Total** | | | | **4.40** | **$3,902.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0054 PREPA - PREC** | | | | | |
| **205** | Associate | Jordan Sazant | $887.00 | 0.60 | $532.20 |
| | **Associate Total** | | | **0.60** | **$532.20** |
| **205 Total** | | | | **0.60** | **$532.20** |
| **206** | Partner | Margaret A. Dale | $887.00 | 0.60 | $532.20 |
| | | Timothy W. Mungovan | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.80** | **$709.60** |
| | Associate | Jordan Sazant | $887.00 | 0.30 | $266.10 |
| | | Laura Stafford | $887.00 | 2.60 | $2,306.20 |
| | | Marc Palmer | $887.00 | 0.40 | $354.80 |
| | | Michelle M. Ovanesian | $887.00 | 1.00 | $887.00 |
| | **Associate Total** | | | **4.30** | **$3,814.10** |
| **206 Total** | | | | **5.10** | **$4,523.70** |
| **207** | Partner | Margaret A. Dale | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| **207 Total** | | | | **0.20** | **$177.40** |
| **210** | Partner | Ehud Barak | $887.00 | 1.90 | $1,685.30 |
| | | Margaret A. Dale | $887.00 | 1.90 | $1,685.30 |
| | | Paul Possinger | $887.00 | 0.50 | $443.50 |
| | **Partner Total** | | | **4.30** | **$3,814.10** |
| | Associate | Elliot Stevens | $887.00 | 0.70 | $620.90 |
| | | Jordan Sazant | $887.00 | 0.20 | $177.40 |
| | | Laura Stafford | $887.00 | 5.60 | $4,967.20 |
| | **Associate Total** | | | **6.50** | **$5,765.50** |
| **210 Total** | | | | **10.80** | **$9,579.60** |
| **Grand Total** | | | | **16.70** | **$14,812.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0055  PREPA -  Vitol** | | | | | |
| **202** | Partner | Michael A. Firestein | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **0.40** | **$354.80** |
| **202 Total** | | | | **0.40** | **$354.80** |
| **204** | Partner | Mark Harris | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **0.40** | **$354.80** |
| **204 Total** | | | | **0.40** | **$354.80** |
| **207** | Partner | Lary Alan Rappaport | $887.00 | 0.40 | $354.80 |
| | | Michael A. Firestein | $887.00 | 1.10 | $975.70 |
| | **Partner Total** | | | **1.50** | **$1,330.50** |
| | Associate | Laura Stafford | $887.00 | 0.40 | $354.80 |
| | **Associate Total** | | | **0.40** | **$354.80** |
| **207 Total** | | | | **1.90** | **$1,685.30** |
| **210** | Partner | Jeffrey W. Levitan | $887.00 | 6.80 | $6,031.60 |
| | | Lary Alan Rappaport | $887.00 | 19.10 | $16,941.70 |
| | | Margaret A. Dale | $887.00 | 13.40 | $11,885.80 |
| | | Mark Harris | $887.00 | 1.40 | $1,241.80 |
| | | Michael A. Firestein | $887.00 | 4.50 | $3,991.50 |
| | | Paul Possinger | $887.00 | 0.60 | $532.20 |
| | | Timothy W. Mungovan | $887.00 | 1.10 | $975.70 |
| | **Partner Total** | | | **46.90** | **$41,600.30** |
| | Associate | Marc Palmer | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **210 Total** | | | | **47.10** | **$41,777.70** |
| **212** | Legal Assistant | Angelo Monforte | $303.00 | 10.70 | $3,242.10 |
| | | Joan K. Hoffman | $303.00 | 4.10 | $1,242.30 |
| | | Tal J. Singer | $303.00 | 0.40 | $121.20 |
| | **Legal Assistant Total** | | | **15.20** | **$4,605.60** |
| | Lit. Support | Laurie A. Henderson | $303.00 | 0.50 | $151.50 |
| | | Nicholas A. Ficorelli | $303.00 | 0.50 | $151.50 |
| | **Lit. Support Total** | | | **1.00** | **$303.00** |
| **212 Total** | | | | **16.20** | **$4,908.60** |
| **219** | Partner | Ehud Barak | $887.00 | 0.80 | $709.60 |
| | | Jeffrey W. Levitan | $887.00 | 8.00 | $7,096.00 |
| | | John E. Roberts | $887.00 | 22.00 | $19,514.00 |
| | | Lary Alan Rappaport | $887.00 | 5.10 | $4,523.70 |
| | | Margaret A. Dale | $887.00 | 25.70 | $22,795.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Mark Harris | $887.00 | 90.30 | $80,096.10 |
| | | Martin J. Bienenstock | $887.00 | 73.10 | $64,839.70 |
| | | Michael A. Firestein | $887.00 | 1.80 | $1,596.60 |
| | | Timothy W. Mungovan | $887.00 | 1.20 | $1,064.40 |
| | **Partner Total** | | | **228.00** | **$202,236.00** |
| | Associate | Jana R. Ruthberg | $887.00 | 7.30 | $6,475.10 |
| | | Joseph Hartunian | $887.00 | 82.90 | $73,532.30 |
| | | Julia M. Ansanelli | $887.00 | 15.40 | $13,659.80 |
| | | Laura Stafford | $887.00 | 2.70 | $2,394.90 |
| | | Lucas Kowalczyk | $887.00 | 32.20 | $28,561.40 |
| | | Marc Palmer | $887.00 | 1.80 | $1,596.60 |
| | | Michael M. Guggenheim | $887.00 | 58.10 | $51,534.70 |
| | | Shiva Pedram | $887.00 | 10.40 | $9,224.80 |
| | **Associate Total** | | | **210.80** | **$186,979.60** |
| **219 Total** | | | | **438.80** | **$389,215.60** |
| **Grand Total** | | | | **504.80** | **$438,296.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0056 PREPA - UTIER CBA** | | | | | |
| **207** | Partner | Jonathan E. Richman | $887.00 | 0.80 | $709.60 |
| | | Michael A. Firestein | $887.00 | 0.30 | $266.10 |
| | | Timothy W. Mungovan | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **1.50** | **$1,330.50** |
| | Associate | Matthew J. Morris | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **207 Total** | | | | **1.70** | **$1,507.90** |
| **210** | Partner | Jonathan E. Richman | $887.00 | 8.30 | $7,362.10 |
| | **Partner Total** | | | **8.30** | **$7,362.10** |
| **210 Total** | | | | **8.30** | **$7,362.10** |
| **212** | Legal Assistant | Angelo Monforte | $303.00 | 2.10 | $636.30 |
| | **Legal Assistant Total** | | | **2.10** | **$636.30** |
| **212 Total** | | | | **2.10** | **$636.30** |
| **219** | Partner | Jonathan E. Richman | $887.00 | 9.90 | $8,781.30 |
| | | Scott P. Cooper | $887.00 | 0.60 | $532.20 |
| | **Partner Total** | | | **10.50** | **$9,313.50** |
| **219 Total** | | | | **10.50** | **$9,313.50** |
| **Grand Total** | | | | **22.60** | **$18,819.80** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| **208** | **Partner** | Ehud Barak | $887.00 | 1.40 | $1,241.80 |
| | | Lary Alan Rappaport | $887.00 | 0.20 | $177.40 |
| | | Michael A. Firestein | $887.00 | 0.10 | $88.70 |
| | | Michael T. Mervis | $887.00 | 1.00 | $887.00 |
| | | Paul Possinger | $887.00 | 4.50 | $3,991.50 |
| | **Partner Total** | | | **7.20** | **$6,386.40** |
| | **Associate** | Daniel Desatnik | $887.00 | 18.90 | $16,764.30 |
| | | Libbie B. Osaben | $887.00 | 0.10 | $88.70 |
| | | Michael Wheat | $887.00 | 1.40 | $1,241.80 |
| | | Steve Ma | $887.00 | 0.30 | $266.10 |
| | | Ashley M. Weringa | $887.00 | 15.70 | $13,925.90 |
| | **Associate Total** | | | **36.40** | **$32,286.80** |
| **208 Total** | | | | **43.60** | **$38,673.20** |
| **Grand Total** | | | | **43.60** | **$38,673.20** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0085 PREPA – Cobra Acquisitions LLC** | | | | | |
| 202 | Associate | Elliot Stevens | $887.00 | 0.50 | $443.50 |
| | | Maximilian A. Greenberg | $887.00 | 1.30 | $1,153.10 |
| | Associate Total | | | 1.80 | $1,596.60 |
| **202 Total** | | | | **1.80** | **$1,596.60** |
| 206 | Associate | Matthew A. Skrzynski | $887.00 | 18.20 | $16,143.40 |
| | | Maximilian A. Greenberg | $887.00 | 13.00 | $11,531.00 |
| | Associate Total | | | 31.20 | $27,674.40 |
| **206 Total** | | | | **31.20** | **$27,674.40** |
| 207 | Associate | Elliot Stevens | $887.00 | 0.30 | $266.10 |
| | Associate Total | | | 0.30 | $266.10 |
| **207 Total** | | | | **0.30** | **$266.10** |
| 210 | Partner | Ehud Barak | $887.00 | 0.30 | $266.10 |
| | | Hadassa R. Waxman | $887.00 | 5.80 | $5,144.60 |
| | | Paul Possinger | $887.00 | 9.20 | $8,160.40 |
| | | Scott P. Cooper | $887.00 | 8.70 | $7,716.90 |
| | Partner Total | | | 24.00 | $21,288.00 |
| | Associate | Elliot Stevens | $887.00 | 4.70 | $4,168.90 |
| | | Jordan Sazant | $887.00 | 0.60 | $532.20 |
| | | Matthew A. Skrzynski | $887.00 | 39.10 | $34,681.70 |
| | | Maximilian A. Greenberg | $887.00 | 6.60 | $5,854.20 |
| | Associate Total | | | 51.00 | $45,237.00 |
| **210 Total** | | | | **75.00** | **$66,525.00** |
| 212 | Legal Assistant | Nicole K. Oloumi | $303.00 | 3.50 | $1,060.50 |
| | | Shealeen E. Schaefer | $303.00 | 0.20 | $60.60 |
| | Legal Assistant Total | | | 3.70 | $1,121.10 |
| **212 Total** | | | | **3.70** | **$1,121.10** |
| **Grand Total** | | | | **112.00** | **$97,183.20** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0095 PREPA – Insurance Coverage Advice** | | | | | |
| **210** | **Partner** | Lary Alan Rappaport | $887.00 | 0.20 | $177.40 |
| | | Marc E. Rosenthal | $887.00 | 4.90 | $4,346.30 |
| | **Partner Total** | | | **5.10** | **$4,523.70** |
| **210 Total** | | | | **5.10** | **$4,523.70** |
| | **214** | **Partner** | Marc E. Rosenthal | $887.00 | 0.20 | $177.40 |
| | **Partner Total** | | | **0.20** | **$177.40** |
| **214 Total** | | | | **0.20** | **$177.40** |
| **Grand Total** | | | | **5.30** | **$4,701.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.00102  PREPA – Catesby Jones** | | | | | |
| **207** | Partner | Lary Alan Rappaport | $887.00 | 0.60 | $532.20 |
| | **Partner Total** | | | **0.60** | **$532.20** |
| **207 Total** | | | | **0.60** | **$532.20** |
| **210** | Partner | Lary Alan Rappaport | $887.00 | 0.80 | $709.60 |
| | | Michael A. Firestein | $887.00 | 0.40 | $354.80 |
| | **Partner Total** | | | **1.20** | **$1,064.40** |
| **210 Total** | | | | **1.20** | **$1,064.40** |
| **Grand Total** | | | | **1.80** | **$1,596.60** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0110 PREPA – UTIER/ LUMA Adversary Proceeding** | | | | |
| **207** | **Associate** | Elliot Stevens | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **0.20** | **$177.40** |
| **207 Total** | | | | **0.20** | **$177.40** |
| **Grand Total** | | | | **0.20** | **$177.40** |