## Exhibit B

**Monthly Statements**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

 

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

## COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") <u>FOR THE PERIOD OCTOBER 1, 2021 THROUGH OCTOBER 31, 2021</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

Name of Applicant:                        Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                 Financial Oversight and Management Board, as
                                          Representative for the Debtor Pursuant to
                                          PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                October 1, 2021 through October 31, 2021

Amount of compensation sought
as actual, reasonable and necessary:      **$13,352.80**

Amount of expense reimbursement
sought as actual, reasonable and necessary:  **$1,668.00**

Total Amount for these Invoices:          **$15,020.80**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's 24th monthly fee application in these cases.

## Principal Certification

I hereby authorize the submission of this Monthly Fee Statement for October 2021.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 1, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
   FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
   Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
   Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
   Suzzanne Uhland, Esq.
   Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
   Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
   Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
   Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
   Central Accounting
   Omar E. Rodríguez Pérez, CPA, Assistant
   Secretary of Central Accounting
   Angel L. Pantoja Rodríguez, Deputy Assistant of
   Internal Revenue and Tax Policy
   Francisco Parés Alicea, Assistant Secretary of
   Internal Revenue and Tax Policy
   Francisco Peña Montañez, CPA, Assistant
   Secretary of the Treasury

**Summary of Legal Fees for the Period October 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 204 | Communications with Claimholders | 6.80 | $5,800.40 |
| 206 | Documents Filed on Behalf of the Board | 0.80 | $682.40 |
| 210 | Analysis and Strategy | 3.80 | $3,241.40 |
| 212 | General Administration | 4.00 | $1,164.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 1.40 | $1,194.20 |
| 217 | Tax | 0.50 | $426.50 |
| 218 | Employment and Fee Applications | 2.90 | $843.90 |
| | **Total** | **20.20** | **$13,352.80** |

**Summary of Legal Fees for the Period October 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $853.00 | 3.60 | $3,070.80 |
| Jeffrey W. Levitan | Partner | BSGR & B | $853.00 | 0.60 | $511.80 |
| Martin T. Hamilton | Partner | Tax | $853.00 | 0.50 | $426.50 |
| Michael A. Firestein | Partner | Litigation | $853.00 | 1.30 | $1,108.90 |
| Timothy W. Mungovan | Partner | Litigation | $853.00 | 0.40 | $341.20 |
| Julia D. Alonzo | Senior Counsel | Litigation | $853.00 | 1.00 | $853.00 |
| Joshua A. Esses | Associate | BSGR & B | $853.00 | 5.60 | $4,776.80 |
| Megan R. Volin | Associate | Corporate | $853.00 | 0.30 | $255.90 |
| | | | **TOTAL** | **13.30** | **$11,344.90** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 2.90 | $843.90 |
| Tal J. Singer | Legal Assistant | Litigation | $291.00 | 4.00 | $1,164.00 |
| | | | **TOTAL** | **6.90** | **$2,007.90** |

| SUMMARY OF LEGAL FEES | Hours 20.20 | Fees $13,352.80 |
|---|---|---|

Summary of Disbursements for the period October 2021

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Westlaw | $1,668.00 |
| TOTAL | $1,668.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $12,017.52, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,668.00) in the total amount $13,685.52.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

| | | | | |
|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | **Invoice Date** | 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | **Invoice Number** | 21076837 |

**Task Summary**

| Task | Hours | Fees Incurred |
|---|---|---|
| 204 Communications with Claimholders | 6.80 | 5,800.40 |
| 206 Documents Filed on Behalf of the Board | 0.80 | 682.40 |
| 210 Analysis and Strategy | 3.80 | 3,241.40 |
| 212 General Administration | 4.00 | 1,164.00 |
| 215 Plan of Adjustment and Disclosure Statement | 1.40 | 1,194.20 |
| 217 Tax | 0.50 | 426.50 |
| 218 Employment and Fee Applications | 2.90 | 843.90 |
| **Total Fees** | **20.20** | **$ 13,352.80** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21076837 |

### Description of Services Rendered

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Communications with Claimholders – 204** | | | | | |
| 21 Oct 2021 | Alonzo, Julia D. | 204 | Call with T. Mott regarding service and response deadline for complaint in 21-AP-100 (0.10); Correspond with B. Rosen, M. Firestein, J. Levitan, J. Esses, and G. Miranda regarding same (0.70). | 0.80 | 682.40 |
| 29 Oct 2021 | Firestein, Michael A. | 204 | Review PBA meet and confer on new lien challenge motion to dismiss (0.20). | 0.20 | 170.60 |
| 30 Oct 2021 | Rosen, Brian S. | 204 | Meet and confer regarding PBA complaint (0.30); Teleconference with M. DiConza regarding same (0.10); Confer with J. Esses regarding same (0.10); Conference call with M. DiConza and M. Kremer regarding same (0.30); Review M. Kremer memorandum regarding same (0.20); Teleconference with M. Firestein and T. Mungovan regarding same (0.20); Memorandum to J. Levitan regarding PBA complaint (0.10); Memorandum to M. Bienenstock regarding PBA complaint (0.10); Review M. Mervis memorandum regarding PBA complaint (0.10); Review J. Esses memorandum regarding same (0.10); Call with J. Esses regarding same (0.10). | 1.70 | 1,450.10 |
| 30 Oct 2021 | Esses, Joshua A. | 204 | Review meet and confer letter from DRA Parties (0.20); Call with DRA Parties on meet and confer letter (0.30); Call with J. Levitan on PBA complaint (0.10); Call with B. Rosen on DRA Parties meet and confer letter (0.10); Research on FRCP 15 and ability to join an indispensable party (2.10); Call with B. Rosen on amended complaint (0.10); Draft amended PBA adversary complaint (1.20). | 4.10 | 3,497.30 |
| **Communications with Claimholders Sub-Total** | | | | **6.80** | **$5,800.40** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21076837 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 14 Oct 2021 | Esses, Joshua A. | 206 | Draft PBA motion to reject leases. | 0.70 | 597.10 |
| 31 Oct 2021 | Esses, Joshua A. | 206 | Review draft amended PBA/DRA adversary complaint. | 0.10 | 85.30 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **0.80** | **$682.40** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 07 Oct 2021 | Levitan, Jeffrey W. | 210 | E-mails with G. Miranda regarding avoidance action. | 0.20 | 170.60 |
| 07 Oct 2021 | Volin, Megan R. | 210 | E-mails with J. Esses regarding lease rejection notice (0.10); Review docket for extensions of time to reject leases (0.20). | 0.30 | 255.90 |
| 15 Oct 2021 | Rosen, Brian S. | 210 | Review J. Esses memorandum regarding PBA leases (0.20); Memorandum to J. Esses regarding same (0.10); Review J. Esses memorandum regarding same (0.10); Memorandum to J. Esses regarding same (0.10); Memorandum to J. Esses regarding leases/rejection/plan (0.20). | 0.70 | 597.10 |
| 19 Oct 2021 | Firestein, Michael A. | 210 | Review and draft correspondence to J. Levitan and B. Rosen on PBA lien challenge (0.20). | 0.20 | 170.60 |
| 19 Oct 2021 | Levitan, Jeffrey W. | 210 | E-mails J. Esses regarding response to complaint. | 0.30 | 255.90 |
| 20 Oct 2021 | Firestein, Michael A. | 210 | Review and draft multiple correspondence to B. Rosen on PBA lien challenge strategy (0.30). | 0.30 | 255.90 |
| 21 Oct 2021 | Rosen, Brian S. | 210 | Memorandum to J. Alonzo regarding PBA litigation (0.10); Review J. Alonzo memorandum regarding same (0.10); Memorandum to J. Alonzo regarding service (0.10). | 0.30 | 255.90 |
| 23 Oct 2021 | Rosen, Brian S. | 210 | Review J. Alonzo memorandum regarding DRA complaint timing (0.10); Review J. Esses memorandum regarding same (0.10); Memorandum to J. Alonzo regarding same (0.10). | 0.30 | 255.90 |
| 26 Oct 2021 | Firestein, Michael A. | 210 | Review multiple correspondence on PBA complaint services issues (0.20). | 0.20 | 170.60 |
| 26 Oct 2021 | Alonzo, Julia D. | 210 | Correspond with J. Esses and B. Rosen regarding PBA adversary complaint. | 0.20 | 170.60 |

| | | | | | |
|---|---|---|---|---|---|
| Client Name | FOMB *(33260)* | | | Invoice Date | 30 Nov 2021 |
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | | Invoice Number | 21076837 |

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 30 Oct 2021 | Firestein, Michael A. | 210 | Review B. Rosen and J. Esses correspondence on PBA deadline issues on lien challenge (0.20); Telephone conference with B. Rosen and T. Mungovan on PBA lien challenge motion issues (0.20). | 0.40 | 341.20 |
| 30 Oct 2021 | Levitan, Jeffrey W. | 210 | Call with J. Esses regarding PBA complaint (0.10). | 0.10 | 85.30 |
| 30 Oct 2021 | Mungovan, Timothy W. | 210 | Call with M. Firestein and B. Rosen regarding DRA parties' confer letter concerning their intention to move to dismiss Board's adversary complaint (0.20). | 0.20 | 170.60 |
| 31 Oct 2021 | Rosen, Brian S. | 210 | Memorandum to Nayuan regarding PBA complaint (0.10). | 0.10 | 85.30 |
| **Analysis and Strategy Sub-Total** | | | | **3.80** | **$3,241.40** |

**General Administration – 212**

| | | | | | |
|---|---|---|---|---|---|
| 07 Oct 2021 | Singer, Tal J. | 212 | Research regarding 365(d)(4) rejection of leases (0.70); Begin draft of rejection motion per J. Esses (0.70). | 1.40 | 407.40 |
| 14 Oct 2021 | Singer, Tal J. | 212 | Draft motion to reject PBA leases per J. Esses. | 2.60 | 756.60 |
| **General Administration Sub-Total** | | | | **4.00** | **$1,164.00** |

**Plan of Adjustment and Disclosure Statement – 215**

| | | | | | |
|---|---|---|---|---|---|
| 01 Oct 2021 | Rosen, Brian S. | 215 | Review PBA best interest test update (0.20); Memorandum to J. Esses regarding same (0.10). | 0.30 | 255.90 |
| 01 Oct 2021 | Esses, Joshua A. | 215 | Draft PBA best interests test analysis. | 0.20 | 170.60 |
| 02 Oct 2021 | Mungovan, Timothy W. | 215 | E-mails with J. Esses regarding Board's amended best interest test of creditors test report for PBA (0.20). | 0.20 | 170.60 |
| 02 Oct 2021 | Rosen, Brian S. | 215 | Memorandum to J. Esses regarding PBA best interest test (0.10); Review J. Esses memorandum regarding same (0.10). | 0.20 | 170.60 |
| 02 Oct 2021 | Esses, Joshua A. | 215 | Draft PBA best interests test analysis. | 0.30 | 255.90 |
| 03 Oct 2021 | Esses, Joshua A. | 215 | Finalize PBA best interests test analysis (0.20). | 0.20 | 170.60 |
| **Plan of Adjustment and Disclosure Statement Sub-Total** | | | | **1.40** | **$1,194.20** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21076837 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Tax – 217** | | | | | |
| 08 Oct 2021 | Hamilton, Martin T. | 217 | Review PBA trust agreement. | 0.50 | 426.50 |
| **Tax Sub-Total** | | | | **0.50** | **$426.50** |
| | | | | | |
| **Employment and Fee Applications – 218** | | | | | |
| 03 Oct 2021 | Petrov, Natasha B. | 218 | Review monthly statements for narrative for Proskauer 5th interim fee application. | 0.40 | 116.40 |
| 14 Oct 2021 | Petrov, Natasha B. | 218 | Review monthly statements for certain entries for fifth interim fee application. | 0.30 | 87.30 |
| 15 Oct 2021 | Petrov, Natasha B. | 218 | Continue drafting Proskauer fifth interim fee application. | 1.60 | 465.60 |
| 22 Oct 2021 | Petrov, Natasha B. | 218 | Review data from D. Brown (0.10); Draft exhibit to Proskauer fifth interim fee application (0.40); Revise fifth interim fee application (0.10). | 0.60 | 174.60 |
| **Employment and Fee Applications Sub-Total** | | | | **2.90** | **$843.90** |

| Client Name | FOMB *(33260)* | Invoice Date | 30 Nov 2021 |
|---|---|---|---|
| Matter Name | PROMESA TITLE III: PBA *(0083)* | Invoice Number | 21076837 |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Firestein, Michael A. | 1.30 | 853.00 | 1,108.90 |
| Hamilton, Martin T. | 0.50 | 853.00 | 426.50 |
| Levitan, Jeffrey W. | 0.60 | 853.00 | 511.80 |
| Mungovan, Timothy W. | 0.40 | 853.00 | 341.20 |
| Rosen, Brian S. | 3.60 | 853.00 | 3,070.80 |
| **Total Partner** | **6.40** | | **$ 5,459.20** |
| **Senior Counsel** | | | |
| Alonzo, Julia D. | 1.00 | 853.00 | 853.00 |
| **Total Senior Counsel** | **1.00** | | **$ 853.00** |
| **Associate** | | | |
| Esses, Joshua A. | 5.60 | 853.00 | 4,776.80 |
| Volin, Megan R. | 0.30 | 853.00 | 255.90 |
| **Total Associate** | **5.90** | | **$ 5,032.70** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 2.90 | 291.00 | 843.90 |
| Singer, Tal J. | 4.00 | 291.00 | 1,164.00 |
| **Total Legal Assistant** | **6.90** | | **$ 2,007.90** |
| **Professional Fees** | **20.20** | | **$ 13,352.80** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21076837 |

**Description of Disbursements**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| **Westlaw** | | | |
| 30 Oct 2021 | Esses, Joshua A. | Connect and Comm Time - 0:00:00 WestChk and Other Trans - 36 Lines Printed - 0 | 1,668.00 |
| | | **Total Westlaw** | **1,668.00** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** 30 Nov 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** 21076837 |

### Disbursement Summary

| Disbursements and Other Charges | Amount |
|---|---|
| Computerized Research | 1,668.00 |
| **Total Disbursements** | **$ 1,668.00** |
| | |
| **Total Billed** | **$ 15,020.80** |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD NOVEMBER 1, 2021 THROUGH NOVEMBER 30, 2021**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide<br>Professional Services to: | Financial Oversight and Management Board, as<br>Representative for the Debtor Pursuant to<br>PROMESA Section 315(b) |
| Period for which compensation<br>and reimbursement for fees and services<br>is sought: | November 1, 2021 through November 30, 2021 |
| Amount of compensation sought<br>as actual, reasonable and necessary: | **$4,139.50** |
| Amount of expense reimbursement<br>sought as actual, reasonable and necessary: | **$0.00** |
| Total Amount for these Invoices: | **$4,139.50** |

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's 25th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for November 2021.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On December 31, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting
Omar E. Rodríguez Pérez, CPA, Assistant
Secretary of Central Accounting
Angel L. Pantoja Rodríguez, Deputy Assistant of
Internal Revenue and Tax Policy
Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

4

**Summary of Legal Fees for the Period November 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 2.70 | $2,303.10 |
| 210 | Analysis and Strategy | 1.30 | $1,108.90 |
| 218 | Employment and Fee Applications | 2.50 | $727.50 |
| | **Total** | **6.50** | **$4,139.50** |

5

**Summary of Legal Fees for the Period November 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $853.00 | 0.70 | $597.10 |
| Michael T. Mervis | Partner | Litigation | $853.00 | 1.10 | $938.30 |
| Joshua A. Esses | Associate | BSGR & B | $853.00 | 0.60 | $511.80 |
| Libbie B. Osaben | Associate | Corporate | $853.00 | 1.60 | $1,364.80 |
| | | | **TOTAL** | **4.00** | **$3,412.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 2.50 | $727.50 |
| | | | **TOTAL** | **2.50** | **$727.50** |

| SUMMARY OF LEGAL FEES | Hours 6.50 | Fees $4,139.50 |
|---|---|---|

6

Summary of Disbursements for the period November 2021

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| n/a | $0.00 |
| TOTAL | **$0.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,725.55, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $3,725.55.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** 29 Dec 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** 21083080 |

<b>Task Summary</b>

| Task | Hours | Fees Incurred |
|---|---|---|
| 206 Documents Filed on Behalf of the Board | 2.70 | 2,303.10 |
| 210 Analysis and Strategy | 1.30 | 1,108.90 |
| 218 Employment and Fee Applications | 2.50 | 727.50 |
| **Total Fees** | **6.50** | **$ 4,139.50** |

| Client Name | FOMB *(33260)* | Invoice Date | 29 Dec 2021 |
|---|---|---|---|
| Matter Name | PROMESA TITLE III: PBA *(0083)* | Invoice Number | 21083080 |

## Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 01 Nov 2021 | Mervis, Michael T. | 206 | Review/revise draft first amended complaint. | 1.10 | 938.30 |
| 01 Nov 2021 | Rosen, Brian S. | 206 | Review revised PBA complaint regarding claims (0.20); Memorandum to M. Mervis regarding same (0.10). | 0.30 | 255.90 |
| 01 Nov 2021 | Esses, Joshua A. | 206 | Review PBA motions for 365(d)(4) extensions. | 0.40 | 341.20 |
| 02 Nov 2021 | Rosen, Brian S. | 206 | Memorandum to J. Esses regarding PBA/plan/complaint (0.10); Review J. Esses memorandum regarding same (0.10). | 0.20 | 170.60 |
| 03 Nov 2021 | Esses, Joshua A. | 206 | E-mail to L. Osaben regarding lease extension motion. | 0.10 | 85.30 |
| 03 Nov 2021 | Osaben, Libbie B. | 206 | Review 365(d)(4) extensions (0.20); E-mail J. Esses regarding 365(d)(4) extensions (0.10). | 0.30 | 255.90 |
| 04 Nov 2021 | Esses, Joshua A. | 206 | Review 365(d)(4) extension motions. | 0.10 | 85.30 |
| 18 Nov 2021 | Rosen, Brian S. | 206 | Review draft motion regarding PBA complaint extension (0.10); Memorandum to A. Garcia regarding same (0.10). | 0.20 | 170.60 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **2.70** | **$2,303.10** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 04 Nov 2021 | Osaben, Libbie B. | 210 | Review materials relating to the 365(d)(4) extensions (0.50); E-mail J. Esses regarding the 365(d)(4) extensions (0.30). | 0.80 | 682.40 |
| 27 Nov 2021 | Osaben, Libbie B. | 210 | Review J. Esses' e-mail regarding 365(d)(4) extension deadlines. | 0.10 | 85.30 |
| 29 Nov 2021 | Osaben, Libbie B. | 210 | Review materials relating to 365(d)(4) extensions (0.20); E-mail B. Rosen regarding the 365(d)(4) extensions (0.20). | 0.40 | 341.20 |
| **Analysis and Strategy Sub-Total** | | | | **1.30** | **$1,108.90** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 29 Dec 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21083080 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Employment and Fee Applications – 218** | | | | | |
| 01 Nov 2021 | Petrov, Natasha B. | 218 | Analyze monthly statements for Proskauer sixth interim fee application (0.40); Calculations regarding same (0.90); Draft same (0.40). | 1.70 | 494.70 |
| 04 Nov 2021 | Petrov, Natasha B. | 218 | Continue review of monthly invoices and drafting Proskauer sixth interim fee application. | 0.50 | 145.50 |
| 29 Nov 2021 | Petrov, Natasha B. | 218 | Draft notice of filing for Proskauer fifth interim fee application. | 0.30 | 87.30 |
| **Employment and Fee Applications Sub-Total** | | | | **2.50** | **$727.50** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 29 Dec 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21083080 |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Mervis, Michael T. | 1.10 | 853.00 | 938.30 |
| Rosen, Brian S. | 0.70 | 853.00 | 597.10 |
| **Total Partner** | **1.80** | | **$ 1,535.40** |
| **Associate** | | | |
| Esses, Joshua A. | 0.60 | 853.00 | 511.80 |
| Osaben, Libbie B. | 1.60 | 853.00 | 1,364.80 |
| **Total Associate** | **2.20** | | **$ 1,876.60** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 2.50 | 291.00 | 727.50 |
| **Total Legal Assistant** | **2.50** | | **$ 727.50** |
| **Professional Fees** | **6.50** | | **$ 4,139.50** |
| **Total Billed** | | | **$ 4,139.50** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-----------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO TWENTY-SIXTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | December 1, 2021 through December 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $950.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $6.98 |
| Total Amount for these Invoices: | $957.28 |

This is a:  X  monthly __ interim __ final application.

This is Proskauer's 26th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for December 2021.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On January 24, 2022 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period December 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 210 | Analysis and Strategy | 0.20 | $170.60 |
| 218 | Employment and Fee Applications | 2.10 | $779.70 |
| | **Total** | **2.30** | **$ 950.30** |

**Summary of Legal Fees for the Period December 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Libbie B. Osaben | Associate | Corporate | $853.00 | 0.20 | $170.60 |
| Megan R. Volin | Associate | Corporate | $853.00 | 0.30 | $255.90 |
| | | | **TOTAL** | **0.50** | **$ 426.50** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 1.80 | $523.80 |
| | | | **TOTAL** | **1.80** | **$523.80** |

| SUMMARY OF LEGAL FEES | Hours 2.30 | Fees $950.30 |
|---|---|---|

6

Summary of Disbursements for the period December 2021

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Data Base Search Serv. | $6.98 |
| TOTAL | $6.98 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $855.27, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $6.98) in the total amount $862.25.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

| **Client Name** | FOMB *(33260)* | | **Invoice Date** | 20 Jan 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | **Invoice Number** | 21087279 |

**Task Summary**

| Task | Hours | Fees Incurred |
|------|-------|--------------:|
| 210 Analysis and Strategy | 0.20 | 170.60 |
| 218 Employment and Fee Applications | 2.10 | 779.70 |
| **Total Fees** | **2.30** | **$ 950.30** |

| Client Name | FOMB *(33260)* | | Invoice Date | 20 Jan 2022 |
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | Invoice Number | 21087279 |

## Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| **Analysis and Strategy – 210** | | | | | |
| 01 Dec 2021 | Osaben, Libbie B. | 210 | E-mail B. Rosen regarding the 365(d)(4) extensions. | 0.10 | 85.30 |
| 06 Dec 2021 | Osaben, Libbie B. | 210 | E-mail B. Rosen regarding the 365(d)(4) extensions (0.10). | 0.10 | 85.30 |
| **Analysis and Strategy Sub-Total** | | | | **0.20** | **$170.60** |
| | | | | | |
| **Employment and Fee Applications – 218** | | | | | |
| 03 Dec 2021 | Petrov, Natasha B. | 218 | Revise Proskauer fifth interim fee application per M. Volin. | 0.50 | 145.50 |
| 07 Dec 2021 | Volin, Megan R. | 218 | Review and revise fee application. | 0.30 | 255.90 |
| 13 Dec 2021 | Petrov, Natasha B. | 218 | Revise Proskauer fifth interim fee application per M. Bienenstock's comments (0.20); Compile exhibits for M. Volin's review (0.20). | 0.40 | 116.40 |
| 15 Dec 2021 | Petrov, Natasha B. | 218 | Prepare exhibits to Proskauer fifth interim fee application. | 0.40 | 116.40 |
| 28 Dec 2021 | Petrov, Natasha B. | 218 | Revise notice of filing of Proskauer fifth interim fee application (0.20); Revise fee application (0.10). | 0.30 | 87.30 |
| 31 Dec 2021 | Petrov, Natasha B. | 218 | Revise Proskauer fifth interim fee application per E. Barak's comments. | 0.20 | 58.20 |
| **Employment and Fee Applications Sub-Total** | | | | **2.10** | **$779.70** |

| Client Name | FOMB *(33260)* | | Invoice Date | 20 Jan 2022 |
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | Invoice Number | 21087279 |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Associate** | | | |
| Osaben, Libbie B. | 0.20 | 853.00 | 170.60 |
| Volin, Megan R. | 0.30 | 853.00 | 255.90 |
| **Total Associate** | **0.50** | | **$ 426.50** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 1.80 | 291.00 | 523.80 |
| **Total Legal Assistant** | **1.80** | | **$ 523.80** |
| **Professional Fees** | **2.30** | | **$ 950.30** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 20 Jan 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21087279 |

## Description of Disbursements

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| **Data Base Search Service** | | | |
| 16 Nov 2021 | Watts-Bey, Shawn C. | Vendor: Restructuring Concepts LLC Invoice#: 118866 Date: 11/16/2021 - Chapter 11 Dockets Invoice #118866 October 2021 - Chapter 11 Dockets Invoice #118866 October 2021 | 6.98 |
| | | **Total Data Base Search Service** | **6.98** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** 20 Jan 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** 21087279 |

## Disbursement Summary

| Disbursements and Other Charges | Amount |
|---|---|
| Database Search Services | 6.98 |
| **Total Disbursements** | **$ 6.98** |

| | |
|---|---|
| **Total Billed** | **$ 957.28** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO TWENTY-SEVENTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD JANUARY 1, 2022 THROUGH JANUARY 31, 2022**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

Name of Applicant:                          <u>Proskauer Rose LLP ("Proskauer")</u>

Authorized to Provide
Professional Services to:                   Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            <u>PROMESA Section 315(b)</u>

Period for which compensation
and reimbursement for fees and services
is sought:                                  <u>January 1, 2022 through January 31, 2022</u>

Amount of compensation sought
as actual, reasonable and necessary:        **<u>$1,616.40</u>**

Amount of expense reimbursement
sought as actual, reasonable and necessary: **<u>$0.00</u>**

Total Amount for these Invoices:            **<u>$1,616.40</u>**

This is a: <u> X </u> monthly ___ interim ___ final application.

This is Proskauer's 27th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for January 2022.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On February 16, 2022 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
       FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
       Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
       Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
       Suzzanne Uhland, Esq.
       Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
       Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
       Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
       Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
       Central Accounting
       Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
       Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
       Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
       Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period January 2022**

| PBA - General | | | |
|---|---|---|---|
| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
| 207 | Non-Board Court Filings | 0.30 | $266.10 |
| 210 | Analysis and Strategy | 0.20 | $177.40 |
| 218 | Employment and Fee Applications | 3.10 | $1,172.90 |
| | Total | 3.60 | $1,616.40 |

5

**Summary of Legal Fees for the Period January 2022**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael A. Firestein | Partner | Litigation | $887.00 | 0.20 | $177.40 |
| Libbie B. Osaben | Associate | Corporate | $887.00 | 0.30 | $266.10 |
| Megan R. Volin | Associate | Corporate | $887.00 | 0.40 | $354.80 |
| | | | **TOTAL** | **0.90** | **$798.30** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Alexander N. Cook | Legal Assistant | Corporate | $303.00 | 1.90 | $575.70 |
| Natasha Petrov | Legal Assistant | BSGR & B | $303.00 | 0.80 | $242.40 |
| | | | **TOTAL** | **2.70** | **$818.10** |

| SUMMARY OF LEGAL FEES | Hours 3.60 | Fees $1,616.40 |
|---|---|---|

6

Summary of Disbursements for the period January 2022

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,454.76, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $1,454.76.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

| | | | | |
|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | **Invoice Date** | 15 Feb 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | **Invoice Number** | 21092303 |

## Task Summary

| Task | Hours | Fees Incurred |
|---|---|---|
| 207 Non-Board Court Filings | 0.30 | 266.10 |
| 210 Analysis and Strategy | 0.20 | 177.40 |
| 218 Employment and Fee Applications | 3.10 | 1,172.90 |
| **Total Fees** | **3.60** | **$ 1,616.40** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 15 Feb 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21092303 |

## Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **Non-Board Court Filings – 207** | | | | | |
| 04 Jan 2022 | Osaben, Libbie B. | 207 | Review the order extending PBA's 365(d)(4) deadline (0.10); Review the notice of presentment extending PBA's 365(d)(4) deadline (0.20). | 0.30 | 266.10 |
| **Non-Board Court Filings Sub-Total** | | | | **0.30** | **$266.10** |
| **Analysis and Strategy – 210** | | | | | |
| 24 Jan 2022 | Firestein, Michael A. | 210 | Review application for order on PBA executory contracts issues (0.20). | 0.20 | 177.40 |
| **Analysis and Strategy Sub-Total** | | | | **0.20** | **$177.40** |
| **Employment and Fee Applications – 218** | | | | | |
| 03 Jan 2022 | Volin, Megan R. | 218 | E-mails with E. Barak regarding fee application. | 0.20 | 177.40 |
| 03 Jan 2022 | Volin, Megan R. | 218 | Review and revise fee application. | 0.20 | 177.40 |
| 04 Jan 2022 | Petrov, Natasha B. | 218 | Revise Proskauer fifth interim fee application per M. Volin (0.20); Update same per new filings (0.10); Revise notice of filing of same (0.10). | 0.40 | 121.20 |
| 05 Jan 2022 | Petrov, Natasha B. | 218 | Finalize Proskauer fifth interim fee application, exhibits and notice in preparation for filing. | 0.40 | 121.20 |
| 29 Jan 2022 | Cook, Alexander N. | 218 | Prepare 7th interim fee application for N. Petrov. | 0.70 | 212.10 |
| 30 Jan 2022 | Cook, Alexander N. | 218 | Prepare 7th interim fee application for N. Petrov. | 1.20 | 363.60 |
| **Employment and Fee Applications Sub-Total** | | | | **3.10** | **$1,172.90** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 15 Feb 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21092303 |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Firestein, Michael A. | 0.20 | 887.00 | 177.40 |
| **Total Partner** | **0.20** | | **$ 177.40** |
| **Associate** | | | |
| Osaben, Libbie B. | 0.30 | 887.00 | 266.10 |
| Volin, Megan R. | 0.40 | 887.00 | 354.80 |
| **Total Associate** | **0.70** | | **$ 620.90** |
| **Legal Assistant** | | | |
| Cook, Alexander N. | 1.90 | 303.00 | 575.70 |
| Petrov, Natasha B. | 0.80 | 303.00 | 242.40 |
| **Total Legal Assistant** | **2.70** | | **$ 818.10** |
| **Professional Fees** | **3.60** | | **$ 1,616.40** |
| **Total Billed** | | | **$ 1,616.40** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

      Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO TWENTY-EIGHTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD FEBRUARY 1, 2022 THROUGH FEBRUARY 28, 2022**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | February 1, 2022 through February 28, 2022 |
| Amount of compensation sought as actual, reasonable and necessary: | **$2,122.70** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| Total Amount for these Invoices: | **$2,122.70** |

This is a:  X  monthly __ interim __ final application.

This is Proskauer's 28th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2022.


_____

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 21, 2022 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
      FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
      Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
       Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
       Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
      Central Accounting
      Omar E. Rodríguez Pérez, CPA, Assistant
      Secretary of Central Accounting
      Angel L. Pantoja Rodríguez, Deputy Assistant of
      Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
      Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
      Secretary of the Treasury

4

**Summary of Legal Fees for the Period February 2022**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal Research | 0.30 | $266.10 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | $177.40 |
| 207 | Non-Board Court Filings | 0.50 | $443.50 |
| 210 | Analysis and Strategy | 0.20 | $177.40 |
| 218 | Employment and Fee Applications | 3.30 | $1,058.30 |
| | **Total** | **4.50** | **$2,122.70** |

**Summary of Legal Fees for the Period February 2022**

ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael A. Firestein | Partner | Litigation | $887.00 | 0.80 | $709.60 |
| Libbie B. Osaben | Associate | Corporate | $887.00 | 0.40 | $354.80 |
| Megan R. Volin | Associate | Corporate | $887.00 | 0.10 | $88.70 |
| | | | **TOTAL** | **1.30** | **$1,153.10** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $303.00 | 3.20 | $969.60 |
| | | | **TOTAL** | **3.20** | **$969.60** |

| SUMMARY OF LEGAL FEES | Hours 4.50 | Fees $2,122.70 |
|---|---|---|

6

Summary of Disbursements for the period February 2022

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,910.43, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $1,910.43.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 21 Mar 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21099036 |

## Task Summary

| Task | | Hours | <u>Fees Incurred</u> |
|---|---|---|---|
| 202 Legal Research | | 0.30 | 266.10 |
| 206 Documents Filed on Behalf of the Board | | 0.20 | 177.40 |
| 207 Non-Board Court Filings | | 0.50 | 443.50 |
| 210 Analysis and Strategy | | 0.20 | 177.40 |
| 218 Employment and Fee Applications | | 3.30 | 1,058.30 |
| | **Total Fees** | **4.50** | **$ 2,122.70** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 21 Mar 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21099036 |

## Description of Services Rendered

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Legal Research – 202** | | | | | |
| 24 Feb 2022 | Firestein, Michael A. | 202 | Research and draft multiple correspondence to B. Rosen on PBA lien challenge lifting of stay (0.30). | 0.30 | 266.10 |
| **Legal Research Sub-Total** | | | | **0.30** | **$266.10** |
| | | | | | |
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 07 Feb 2022 | Osaben, Libbie B. | 206 | Internal communications with T. Singer regarding PBA's 365(d)(4) deadline (0.10); Set reminders related to PBA's 365(d)(4) deadline (0.10). | 0.20 | 177.40 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **0.20** | **$177.40** |
| | | | | | |
| **Non-Board Court Filings – 207** | | | | | |
| 03 Feb 2022 | Osaben, Libbie B. | 207 | Review the order extending PBA's 365(d)(4) deadline (0.10); E-mail T. Singer regarding the order extending PBA's 365(d)(4) deadline (0.10). | 0.20 | 177.40 |
| 28 Feb 2022 | Firestein, Michael A. | 207 | Review urgent motion on stay of PBA adversary in light of plan and related court order on same (0.30). | 0.30 | 266.10 |
| **Non-Board Court Filings Sub-Total** | | | | **0.50** | **$443.50** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 24 Feb 2022 | Firestein, Michael A. | 210 | Telephone conference with B. Rosen on strategy for PBA lifting of stay (0.20). | 0.20 | 177.40 |
| **Analysis and Strategy Sub-Total** | | | | **0.20** | **$177.40** |
| | | | | | |
| **Employment and Fee Applications – 218** | | | | | |
| 01 Feb 2022 | Petrov, Natasha B. | 218 | Review Proskauer monthly statements, Board materials, and various case dockets and pleadings for Proskauer sixth interim fee application (0.90); Continue drafting same (1.20). | 2.10 | 636.30 |
| 17 Feb 2022 | Petrov, Natasha B. | 218 | Continue drafting Proskauer seventh interim fee application (0.40); Draft exhibits to Proskauer sixth interim fee application (0.30). | 0.70 | 212.10 |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 21 Mar 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21099036 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 24 Feb 2022 | Petrov, Natasha  B. | 218 | Continue drafting Proskauer sixth interim fee application. | 0.40 | 121.20 |
| 25 Feb 2022 | Volin, Megan  R. | 218 | E-mails with N. Petrov and D. Brown regarding recent fee application. | 0.10 | 88.70 |
| **Employment and Fee Applications Sub-Total** | | | | **3.30** | **$1,058.30** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**    21 Mar 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**    21099036 |

<br>

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Firestein, Michael  A. | 0.80 | 887.00 | 709.60 |
| **Total Partner** | **0.80** | | **$ 709.60** |
| **Associate** | | | |
| Osaben, Libbie  B. | 0.40 | 887.00 | 354.80 |
| Volin, Megan  R. | 0.10 | 887.00 | 88.70 |
| **Total Associate** | **0.50** | | **$ 443.50** |
| **Legal Assistant** | | | |
| Petrov, Natasha  B. | 3.20 | 303.00 | 969.60 |
| **Total Legal Assistant** | **3.20** | | **$ 969.60** |
| **Professional Fees** | **4.50** | | **$ 2,122.70** |
| **Total Billed** | | | **$ 2,122.70** |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

      Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO TWENTY-NINTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD MARCH 1, 2022 THROUGH MARCH 15, 2022**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

Name of Applicant:                          Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                   Financial Oversight and Management Board, as
                                            Representative for the Debtor Pursuant to
                                            PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                  March 1, 2022 through March 15, 2022

Amount of compensation sought
as actual, reasonable and necessary:        **$212.10**

Amount of expense reimbursement
sought as actual, reasonable and necessary: **$0.00**

Total Amount for these Invoices:            **$212.10**

This is a:  X  monthly __ interim __ final application.

This is Proskauer's 29th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 1, 2022 through March 15, 2022.

_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On April 27, 2022 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
Central Accounting
Omar E. Rodríguez Pérez, CPA, Assistant
Secretary of Central Accounting
Angel L. Pantoja Rodríguez, Deputy Assistant of
Internal Revenue and Tax Policy
Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

4

Summary of Legal Fees for the Period March 1, 2022 through March 15, 2022

| PBA - General | | | |
|---|---|---|---|
| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
| 218 | Employment and Fee Applications | 0.70 | $212.10 |
| | **Total** | **0.70** | **$212.70** |

5

Summary of Legal Fees for the Period March 1, 2022 through March 15, 2022

## ACROSS ALL PBA-RELATED MATTERS

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $303.00 | 0.70 | $212.10 |
| | | | TOTAL | 0.70 | $212.10 |

| SUMMARY OF LEGAL FEES | Hours 0.70 | Fees $212.10 |
|---|---|---|

6

Summary of Disbursements for the period March 1, 2022 through March 15, 2022

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| N/A | $0.00 |
| TOTAL | **$0.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $190.89, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $190.89.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

/s/ Martin J. Bienenstock
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

| **Client Name** | FOMB *(33260)* | **Invoice Date** | 26 Apr 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21106559 |

**Task Summary**

| Task | Hours | Fees Incurred |
|------|-------|---------------|
| 218 Employment and Fee Applications | 0.70 | 212.10 |
| **Total Fees** | **0.70** | **$ 212.10** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 26 Apr 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21106559 |

**Description of Services Rendered**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| **Employment and Fee Applications – 218** | | | | | |
| 09 Mar 2022 | Petrov, Natasha  B. | 218 | Continue drafting Proskauer sixth interim fee application. | 0.70 | 212.10 |
| **Employment and Fee Applications Sub-Total** | | | | **0.70** | **$212.10** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**        26 Apr 2022 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**      21106559 |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Legal Assistant** | | | |
| Petrov, Natasha  B. | 0.70 | 303.00 | 212.10 |
| **Total Legal Assistant** | **0.70** | | **$ 212.10** |
| | | | |
| **Professional Fees** | **0.70** | | **$ 212.10** |
| | | | |
| **Total Billed** | | | **$ 212.10** |