PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| **202** | | | | | |
| | Partner | Michael A. Firestein | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **0.30** | **$266.10** |
| **202 Total** | | | | **0.30** | **$266.10** |
| 204 | Partner | Brian S. Rosen | $853.00 | 1.70 | $1,450.10 |
| | | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **1.90** | **$1,620.70** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 0.80 | $682.40 |
| | **Senior Counsel Total** | | | **0.80** | **$682.40** |
| | Associate | Joshua A. Esses | $853.00 | 4.10 | $3,497.30 |
| | **Associate Total** | | | **4.10** | **$3,497.30** |
| **204 Total** | | | | **6.80** | **$5,800.40** |
| 206 | Partner | Brian S. Rosen | $853.00 | 0.70 | $597.10 |
| | | Michael T. Mervis | $853.00 | 1.10 | $938.30 |
| | **Partner Total** | | | **1.80** | **$1,535.40** |
| | Associate | Joshua A. Esses | $853.00 | 1.40 | $1,194.20 |
| | | Libbie B. Osaben | $853.00 | 0.30 | $255.90 |
| | | | $887.00 | 0.20 | $177.40 |
| | **Associate Total** | | | **1.90** | **$1,627.50** |
| **206 Total** | | | | **3.70** | **$3,162.90** |
| 207 | Partner | Michael A. Firestein | $887.00 | 0.30 | $266.10 |
| | **Partner Total** | | | **0.30** | **$266.10** |
| | Associate | Libbie B. Osaben | $887.00 | 0.50 | $443.50 |
| | **Associate Total** | | | **0.50** | **$443.50** |
| **207 Total** | | | | **0.80** | **$709.60** |
| 210 | Partner | Brian S. Rosen | $853.00 | 1.40 | $1,194.20 |
| | | Jeffrey W. Levitan | $853.00 | 0.60 | $511.80 |
| | | Michael A. Firestein | $853.00 | 1.10 | $938.30 |
| | | | $887.00 | 0.40 | $354.80 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **3.70** | **$3,169.70** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 0.20 | $170.60 |
| | **Senior Counsel Total** | | | **0.20** | **$170.60** |
| | Associate | Libbie B. Osaben | $853.00 | 1.50 | $1,279.50 |
| | | Megan R. Volin | $853.00 | 0.30 | $255.90 |
| | **Associate Total** | | | **1.80** | **$1,535.40** |
| **210 Total** | | | | **5.70** | **$4,875.70** |

PROMESA TITLE III: PBA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| 212 | Legal Assistant | Tal J. Singer | $291.00 | 4.00 | $1,164.00 |
| | **Legal Assistant Total** | | | **4.00** | **$1,164.00** |
| **212 Total** | | | | **4.00** | **$1,164.00** |
| 215 | Partner | Brian S. Rosen | $853.00 | 0.50 | $426.50 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| | Associate | Joshua A. Esses | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **0.70** | **$597.10** |
| **215 Total** | | | | **1.40** | **$1,194.20** |
| 217 | Partner | Martin T. Hamilton | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| **217 Total** | | | | **0.50** | **$426.50** |
| 218 | Associate | Megan R. Volin | $853.00 | 0.30 | $255.90 |
| | | | $887.00 | 0.50 | $443.50 |
| | **Associate Total** | | | **0.80** | **$699.40** |
| | Legal Assistant | Alexander N. Cook | $303.00 | 1.90 | $575.70 |
| | | Natasha Petrov | $291.00 | 7.20 | $2,095.20 |
| | | | $303.00 | 4.70 | $1,424.10 |
| | **Legal Assistant Total** | | | **13.80** | **$4,095.00** |
| **218 Total** | | | | **14.60** | **$4,794.40** |
| **Grand Total** | | | | **37.80** | **$22,393.80** |