**<u>Exhibit D</u>**

**Budget and Staffing Plan**

**<u>Exhibit D-1</u>**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | October 2021 | | November 2021 | | December 2021 | | January 2022 | | February 2022 | | March 2022 (through 3/15/2022) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fee | Actual Fees | Estimated Fees |
| 33260.0083 | PROMESA TITLE III: PBA | $ 13,352.80 | $ 15,000.00 | $ 4,139.50 | $ 5,000.00 | $ 950.30 | $ 5,000.00 | $ 1,616.40 | $ 5,000.00 | $2,122.70 | $ 5,000.00 | $212.10 | $ 2,500.00 |
| PBA TOTAL | | $ 13,352.80 | $ 15,000.00 | $ 4,139.50 | $ 5,000.00 | $ 950.30 | $ 5,000.00 | $ 1,616.40 | $ 5,000.00 | $ 2,122.70 | $ 5,000.00 | $ 212.10 | $ 2,500.00 |
| ESTIMATED FEES Compensation Period (October 2021 - March 15, 2022 | | | | | | | | | | | | | $37,500.00 |
| ACTUAL FEES Compensation Period (October 2021 -March 15, 2022) TO | | | | | | | | | | | | | $22,393.80 |
| Percent Variance (Actual vs. Budgeted F | | | | | | | | | | | | | 40.3% below budget |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partners | 8 | $853/ $887 |
| Senior Counsel | 5 | $853/ $887 |
| Associates | 8 | $853/ $887 |
| e-Discovery Attorneys | 5 | $421/ $438 |
| Paraprofessionals | 6 | $291/$303 |
| **Total:** | **32** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 13, and thus 19 fewer than anticipated.

[2] Attorney Practice Groups: BSGR&B, Tax, and Litigation.

[3] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2022, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $887 per hour, for e-discovery attorneys of $438 per hour, and for paraprofessionals of $303 per hour.