UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING EXTENSION
TO JUNE 23, 2023 FOR CERTIFICATION OF 2023 PREPA FISCAL PLAN

The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Extension to June 23, 2023 for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certification of 2023 PREPA Fiscal Plan* (Docket Entry No. 24605 in Case No. 17-3283 and Docket Entry No. 3767 in Case No. 17-4780) (the "Informative Motion"), filed by the Oversight Board.[2]

The Informative Motion states that the Oversight Board did not certify the 2023 Fiscal Plan by June 16, 2023, and represents that "new information . . . and its impact on the projections included in the 2023 PREPA Fiscal Plan will determine amendments that will be required to the Title III Plan to maintain its feasibility." (Informative Motion ¶¶ 2-3.) The Informative Motion further states that "it is likely the Oversight Board (and other parties) may seek to change the confirmation schedule based on these developments, especially the June 26, 2023 deadline for witness declarations because any amendments could impact witness declarations." (Informative Motion ¶ 4.)

The Oversight Board is directed to meet and confer with counsel for the objectors as soon as practicable after the 2023 PREPA Fiscal Plan is certified, and in no event more than 24 hours thereafter subject to the parties' availability. The Oversight Board is directed to upload to the Plan Depository the model and other source data supporting the 2023 PREPA Fiscal Plan as soon as it is available. The Oversight Board's request for adjournment of the filing deadline for the joint Status Report to **June 28, 2023**, is granted. The Status Report must be filed by **5:00 p.m. (Atlantic Standard Time)**.

The Oversight Board is directed to meet and confer with counsel for the objectors and to file a joint status report by **2:00 p.m. (Atlantic Standard Time)** on **June 21, 2023**, concerning whether and to what extent the parties believe that confirmation-related dates and deadlines should be altered or suspended in advance of the Oversight Board's Status Report.

SO ORDERED.

Dated: June 18, 2023

       /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       United States District Judge

---

[2] Capitalized terms used but not defined herein have the meaning given to them in the Informative Motion.