IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS |

<u>O</u>RDER <u>S</u>USPENDING <u>C</u>ERTAIN <u>C</u>ONFIRMATION <u>D</u>EADLINES

Upon consideration of the *Urgent Motion of the Ad Hoc Group of PREPA*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association as PREPA Bond Trustee to Suspend Confirmation Deadlines Due to the Oversight Board's Delay in Certifying PREPA's 2023 Fiscal Plan* (Docket Entry No. 24608 in Case No. 17-3283 and Docket Entry No. 3769 in Case No. 17-4780) (the "Urgent Motion") and the relief requested and basis for such relief set forth in the Urgent Motion, the Court hereby finds that good and sufficient cause exists for granting of the requested relief requested therein. Accordingly it is hereby ORDERED that:

1. The Urgent Motion is granted as set forth herein.

2. The June 21, 2023 deadline for filing finalized witness lists, exhibit lists, and deposition designations is suspended.

3. The June 26, 2023 deadline for filing witness declarations is suspended.

4. The referenced deadlines will remain suspended until new deadlines are set by further order of the Court.

5. This Order resolves Docket Entry No. 24608 in Case No. 17-3283 and Docket Entry No. 3769 in Case No. 17-4780.

SO ORDERED.

Dated: June 19, 2023

                                                                     /s/ Laura Taylor Swain  
                                                                     LAURA TAYLOR SWAIN  
                                                                       United States District Judge