# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Evertec, Inc., (ADRID: 3813987), C/O Yadhira M. Rodriguez, Cra. 176 K.m. 1.3, San Juan, PR, 00926:

- Thirty-First Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 24019]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), (ADRID: 3049186), Peter D. DeChiara, Cohen, Weiss and Simon LLP, 8000 E. Jefferson Ave, Detroit, MI, 48214:

- Five Hundred Sixty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended and Superseded Claims [Docket No. 24048]

On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Aecom Caribe, LLP, (ADRID: 3452828), URS Caribe LLP, P/C Pedro E. Vazquez Melendez, 13355 Noel Rd #400, Dallas, PR, 75240:

- Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Claims for Which the Debtors are Not Liable [Docket No. 24050]

On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Centro De Salud De Lares Inc, (ADRID: 2919704) Isabel Maria Santiago, Directora Ejecutiva Interin, Calle Rafols Esquina Del Carmen #116, Quebradillas, PR, 00678:

- Five Hundred Seventy-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Puerto Rico Highways and Transportation Authority to Claims That Are Partially Satisfied and/or Partially Assert Overstated Amounts [Docket No. 24052]

On May 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Sindicato De Bomberos Unidos De Puerto Rico, (ADRID: 364254), Lcda. Leonor Rodriguez Rodriguez, Pr-K.M. 1.8, Pr-466, Guerrero, PR, 00603:

- Seventeenth Alternative Dispute Resolution Status Notice [Docket No. 24018]

On May 23, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Motion Submitting Revised Proposed Orders Granting the (I) Five Hundred Fiftieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicate Bond Claims and (II) Five Hundred Fifty-First Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicative Bond Claims [Docket No. 24074] (The "*Revised Proposed Five Hundred Fiftieth and Five-Hundred Fifty First Omnibus Objection Orders*")

On May 25, 2023, at my direction and under my supervision, employees of Kroll caused the Revised Proposed Five Hundred Fiftieth and Five-Hundred Fifty First Omnibus Objection Orders to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit B**

On May 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Cruz Lopez, Maria, (ADRID: 4225843), Lcdo. Raisaac G. Colon Rios, 17 Thomas St, Camden, ME, 04843-4321:

- Five Hundred Sixty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Deficient ADR Claims [Docket No. 24047] ("***Five Hundred Sixty-Fifth Omnibus Objection***")

On May 30, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Aecom Caribe, LLP, (ADRID: 3452828), Urs Caribe LLP, P/C Pedro E. Vazquez Melendez, 13355 Noel Rd #400, Dallas PR 75240:

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit C**

On May 30, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Perez Reisler, Jose (ADRID: 3422818), C/O Landron Vera, LLC, Attn: Luis A. Rodriguez Muñoz, Atorney, 1606 Avenida Ponce De Leon, Edif. Bogoricin Suite 501, San Juan, PR, 00909:

- Omnibus Objection Notice (Modify & Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit D**

On May 30, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Centro De Salud De Lares Inc, (ADRID: 2919704), Isabel Maria Santiago, Directora Ejecutiva Interin, Calle Rafols Esquina Del Carmen #116, Quebradillas PR 00678:

- Omnibus Objection Notice (Reduce & Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit E**

[*Remainder of page intentionally left blank*]

Dated: June 16, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 16, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 2856784 | Donna P Travis & Dana F Hutchinson | T&T Capital Management | re: D. Travis | 2211 Michelson Drive | Suite 850 | Irvine | CA | 92612 |
| 5017902 | Goldentree Asset Management LP as Transferee of National Public Finance Guarantee Corporation | Kramer Levin Naftalis & Frankel LLP | Attn: Douglas Buckley | 300 Park Avenue | 21st Floor | New York | NY | 10022 |
| 2947657 | Harrington, Patricia | 110 Mangrove Bay Way | Apt 1201 | | | Jupiter | FL | 33477-6402 |
| 3025122 | Saul And Theresa Esman Foundation | Rutherford Law Firm, P.L. | Charles E. Rutherford, Esq. | 2385 NW Executive C | Ste 100 | Boca Raton | FL | 33431 |
| 2850254 | United Insurance Co. | 4956 North 300 West #101 | | | | Provo | UT | 84604-5880 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

## **<u>Exhibit B</u>**

# Exhibit B

Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | Addres | City | State | PostalCode |
|---|---|---|---|---|---|---|---|---|
| 2849345 | Carey , Kevin & Susan D | T&T Capital Management | 2211 Michelson Drive, Suite 850, | | | Irvine | CA | 92612 |
| 2850812 | Gulf Enterprises, LLLP | T&T Capital Management | re: Mudslingers Holdings | 2211 Michelson Drive, Suite 850 | | Irvine | CA | 92612 |
| 2847949 | Neal, Trevor Golden | T&T Capital Management | 2211 Michelson Drive, Suite 850 | | | Irvine | CA | 92612 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)    Page 1 of 1

**Exhibit C**

| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| Treatment: | **Claim to be Disallowed** | | | |
| Reason: | | | | |

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| Tratamiento: | **Reclamo a ser desestimado** | | | |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**Exhibit D**

# Exhibit D

Supplemental Five Hundred Seventy-Fourth and Five Hundred Seventy-Fifth Omnibus Objection Service List
Served via First Class Mail

| Name | Address1 | Address2 | Address3 | Addre | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| Perez Reisler, Jose | C/O Landron Vera, LLC | Attn: Luis A. Rodriguez Muñoz, Atorney | 1606 Avenida | Edif. B | San Juan | PR | 00909 |
| Centro De Salud De Lares Inc | Isabel Maria Santiago, Directora Ejecutiva Interin | Calle Rafols Esquina Del Carmen #116 | | | Quebradillas | PR | 00678 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1

**Exhibit E**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Treatment: | Reclassify |
|---|---|
| Reason: |  |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | No. DE RECLAMO | FECHA DE PRESENTACIÓN | DEUDOR INVOCADO | MONTO DEL RECLAMO INVOCADO | DEUDOR CORREGIDO |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Tratamiento: | Reclasificar |
|---|---|
| Reason: |  |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**