1 Junio 2023

Nombre: Yolanda Torres Correa

dirección: Urb. Villa del Carmen

936 CA. Samaria, Ponce PR 00716-2123

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 16 PM 3:45

Núm Telefono - 413-378-4069

Correo Electronico: yolandatcorrea@gmail.com

Nombre del Tribunal de los deudores: Tribunal de Distrito
de los Estados Unidos para el distrito de Puerto Rico
(Administrado conjuntamente) La presente radicación
guarda relación con el ELA, el SRE y la ACT

Núm Caso: 17 BK 03283-LTS

Núm de Reclamación 62031

Deudor: Estado Libre Asociado de Puerto Rico


Estoy objetando la posible desestimación de mi reclamación 62031,
presentada 6-21-2018 ya que envie las evidencias solicitada por
correo el 2 de marzo 2023 a las 3:38pm por priority mail (núm
Tracking EI29385592945) y se recibió el 3 marzo 2023 a las 6pm
a la dirección que se me informo que es la siguiente: Alvarez and
Marsal, C/O Nikki VanderVeen, 540 West Madison street, 18th Floor,
Chicago, IL 60661. Actualmente me encuentro temporeramente
en esta dirección 54 Armanella st. Chicopee, MA 01020-3623 por
motivo de salud de uno de mis hijos. Favor de enviarme el núm. de
contacto que ustedes tienen para contestar sus llamadas o dejemen
mensaje por voicemail, mensaje de texto o correo electrónico. De
estas alternativa no encontre ningun contacto de parte de ustedes.
Adjunto le envio evidencia de copia del recibo de correo y nueva-
mente copias de los documentos enviados a los antes mencionados.
Espero su contestación a la reclamación solicitada.


Atentamente,
Yolanda Torres Correa
Yolanda Torres Correa