*Envio de documentos de Remerazo por correo*



# UNITED STATES POSTAL SERVICE

CHICOPEE
28 MAIN ST
CHICOPEE, MA 01020-9998
(800)275-8777

03/02/2023          03:38 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|

*ojo →*

PME Padded FR Env    1            $29.45
Chicago, IL 60661
Flat Rate
Signature Waiver
Scheduled...
...
Money Back Guarantee

*ojo →* Tracking #:
E129385592905

Insurance                          $0.00
  Up to $100.00 included
Total                             $29.45

...  tal                          $29.45

Debit card Remit                  $29.45

...
...
Receipt #...
Debit Card...  $29.45
...
A...BII
...

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience
to https://...ence.com/Pos
scan this code with ... mobile device.

*Num. Reclamación: 62031*
*Num caso: 17BK03283-LTS*



or call 1-800-410-7420.

Oficina del Gobernador
La Fortaleza
San Juan, Puerto Rico 00901

13 de julio de 1983

Estimado Servidor Público:

    Ha sido compromiso de nuestra Administración, el mejorar la situación económica de nuestros empleados públicos. El servicio público requiere personal de excelencia; por lo tanto, ese personal debe estar adecuadamente recompensado.

    Las estructuras de salarios vigentes para la fijación de los sueldos que se pagan al personal en los servicios de carrera y de confianza de la Administración Central, entraron en vigor el primero de julio de 1980 y el primero de marzo de 1979, respectivamente. Desde entonces, el índice de crecimiento salarial en el sector privado y en las Corporaciones Públicas que operan como empresas privadas ha superado el registrado en el Sistema de Personal, creado en virtud de la Ley Núm. 5 de 14 de octubre de 1975, según enmendada.

    Consciente de esa inequidad, según prometí en mi Mensaje de Situación de Estado en 1982, encomendé a la Oficina Central de Administración de Personal (OCAP) un abarcador estudio del sistema de retribución y escalas, comparando los salarios y beneficios en el gobierno estatal con otros sistemas y la empresa privada. Como resultado del estudio, se ha estructurado un plan de acción que permite alcanzar, en forma sistemática, un adecuado equilibrio entre los sueldos que se pagan a nuestros empleados públicos y las tendencias salariales que prevalecen en otros sectores.

    A tenor con la política retributiva de nuestro Gobierno, el 4 de junio del corriente año, firmé la Ley Núm. 84, concediendo

Reclamación 62031
caso 17BK03283-LTS

1

Página -2-
Servidor Público

aumentos de sueldos a los empleados públicos. A partir del primero de abril de 1984, entrarán en vigor las nuevas estructuras retributivas desarrolladas sobre una base porcentual para los empleados de carrera y de confianza de la Administración Central, según ésta se define en la Ley de Personal para el Servicio Público de Puerto Rico.

Además del bono que recibiste el pasado primero de junio y el que recibirás el 31 de julio de 1983 por la cantidad de cincuenta dólares cada uno, durante los próximos meses de julio, agosto y septiembre recibirás también un bono mensual de treinta dólares. A partir de octubre el bono se sustituye por un aumento de treinta dólares mensuales en todas las escalas. Ese aumento quedará como parte de las nuevas estructuras que comenzarán a regir desde el primero de abril de 1984. Te acompaño copia de la ley que establece las nuevas estructuras salariales para tu debida información.

La aprobación de esta ley constituye la primera etapa del plan integral de retribución que me comprometí a elaborar con el propósito de mejorar la situación salarial de los empleados públicos.

Una vez más, quiero reiterarte mi especial agradecimiento por los valiosos servicios que prestas a tus hermanos puertorriqueños.

Mis saludos personales.

Cordialmente,

Carlos Romero Barceló

Anejos

caso # 17BK 03283-LTS
Reclamación 62031

## DEPARTAMENTO DE LA FAMILIA
## SAN JUAN, PUERTO RICO

### Escalas de Sueldos Mensuales que Regirán en el Departamento de la Familia a partir del primero de julio de 2004

#### SERVICIO DE CARRERA

| no | 1 | 2 | 3 | 4 | PASOS INTERMEDIOS 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Máximo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 807 | 836 | 865 | 895 | 926 | 959 | 992 | 1027 | 1063 | 1100 | 1139 | 1179 | 1220 |
| | 845 | 874 | 905 | 936 | 969 | 1003 | 1038 | 1075 | 1112 | 1151 | 1191 | 1233 | 1276 |
| | 884 | 915 | 947 | 980 | 1014 | 1050 | 1087 | 1125 | 1164 | 1205 | 1247 | 1290 | 1336 |
| | 925 | 958 | 991 | 1026 | 1062 | 1099 | 1137 | 1177 | 1218 | 1261 | 1305 | 1351 | 1398 |
| | 968 | 1002 | 1037 | 1073 | 1110 | 1149 | 1190 | 1231 | 1274 | 1319 | 1365 | 1413 | 1462 |
| | 1012 | 1048 | 1084 | 1122 | 1162 | 1202 | 1244 | 1288 | 1333 | 1380 | 1428 | 1478 | 1530 |
| | 1060 | 1097 | 1135 | 1175 | 1216 | 1259 | 1303 | 1348 | 1396 | 1444 | 1495 | 1547 | 1601 |
| | 1108 | 1147 | 1187 | 1229 | 1272 | 1317 | 1363 | 1410 | 1460 | 1511 | 1564 | 1618 | 1675 |
| | 1160 | 1201 | 1243 | 1286 | 1331 | 1378 | 1426 | 1476 | 1528 | 1581 | 1637 | 1694 | 1753 |
| | 1214 | 1257 | 1301 | 1346 | 1393 | 1442 | 1492 | 1545 | 1599 | 1655 | 1713 | 1772 | 1835 |
| | 1270 | 1314 | 1360 | 1408 | 1457 | 1508 | 1561 | 1616 | 1672 | 1731 | 1791 | 1854 | 1919 |
| | 1329 | 1375 | 1424 | 1473 | 1525 | 1578 | 1634 | 1691 | 1750 | 1811 | 1875 | 1940 | 2008 |
| | 1391 | 1440 | 1490 | 1542 | 1596 | 1652 | 1710 | 1770 | 1832 | 1896 | 1962 | 2031 | 2102 |
| | 1455 | 1506 | 1559 | 1613 | 1670 | 1728 | 1789 | 1851 | 1916 | 1983 | 2053 | 2125 | 2199 |
| | 1522 | 1576 | 1631 | 1688 | 1747 | 1808 | 1872 | 1937 | 2005 | 2075 | 2148 | 2223 | 2301 |
| | 1594 | 1650 | 1707 | 1767 | 1829 | 1893 | 1959 | 2028 | 2099 | 2172 | 2248 | 2327 | 2408 |
| | 1667 | 1726 | 1786 | 1849 | 1913 | 1980 | 2050 | 2121 | 2195 | 2272 | 2352 | 2434 | 2520 |
| | 1745 | 1806 | 1869 | 1935 | 2002 | 2073 | 2145 | 2220 | 2298 | 2378 | 2462 | 2548 | 2637 |
| | 1826 | 1890 | 1956 | 2024 | 2095 | 2168 | 2244 | 2323 | 2404 | 2488 | 2575 | 2666 | 2759 |
| | 1911 | 1977 | 2047 | 2118 | 2192 | 2269 | 2349 | 2431 | 2516 | 2604 | 2695 | 2789 | 2887 |
| | 1999 | 2069 | 2141 | 2216 | 2293 | 2374 | 2457 | 2543 | 2632 | 2724 | 2819 | 2918 | 3020 |
| | 2092 | 2165 | 2241 | 2319 | 2400 | 2484 | 2571 | 2661 | 2754 | 2851 | 2951 | 3054 | 3161 |
| | 2189 | 2266 | 2345 | 2427 | 2512 | 2600 | 2691 | 2785 | 2883 | 2983 | 3088 | 3196 | 3308 |

*6 de agosto de 2004*

Elsa Fernández Pabellón
Secretaria Interina
Departamento de la Familia

Carmen D. Rosario Morales
Administradora
Oficina Central de Asesoramiento Laboral
y de Administración de Recursos Humanos



Reclamación 62031
Caso # 17BK03283-LTS

(P. de la C. 805)

## LEY

Para enmendar los Artículos 4 y 6 de la Ley 12 de 27 de agosto de 1982, a fin de posponer hasta el 1 de abril de 1984, la fecha en que se adoptará la primera etapa del plan integral a largo alcance encaminado a mejorar las condiciones económicas de los empleados públicos, para proveer un aumento de sueldo general para los empleados públicos a partir del 1 de octubre de 1983 hasta el 31 de marzo de 1984, y para disponer la forma en que se habrán de sufragar los fondos necesarios para llevar a cabo los propósitos de esta Ley.

### EXPOSICION DE MOTIVOS

Conforme a lo estipulado en la Exposición de Motivos de la Ley 12 de 27 de agosto de 1982 es política pública del Gobierno del Estado Libre Asociado de Puerto Rico mejorar la condición económica de los empleados públicos dentro de la capacidad fiscal del momento.

Al aprobarse la Ley Núm. 12, la situación fiscal del Gobierno no permitía incurrir en los altos costos que conllevaría la adopción de la primera etapa del Plan Integral para Mejorar la Situación Retributiva de los Empleados Públicos, por lo que se optó por autorizar la concesión de una bonificación o compensación especial no recurrente que terminaría en septiembre de 1983, dando paso entonces a la adopción, el primero de octubre de 1983, de la primera etapa del mencionado plan integral.

La situación económica del Gobierno del Estado Libre Asociado de Puerto Rico no ha variado, lo que hace necesario posponer la implantación de la primera etapa del plan integral de retribución para una fecha futura. La posposición aquí propuesta, por lo tanto, daría un mayor margen de tiempo, en espera de que mejore la situación fiscal y se pueda cumplir a cabalidad con el compromiso económico que implicaría la adopción total de la primera etapa del estudio integral de retribución.

No obstante, siguiendo la política retributiva establecida encaminada hacia el mejoramiento económico de los servidores públicos, dentro de las posibilidades fiscales, se otorgarán aumentos de sueldo a los empleados hasta el 1ro. de abril de 1984,

1

caso 17 BK 03283-LTS
Reclamacion 62031

fecha en que se implantará la primera etapa del estudio integral de sueldos.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

Sección 1.—Se enmienda el Artículo 4 de la Ley 12 de 27 de agosto de 1982, para que lea como sigue:

"Artículo 4.—REVISIONES DE LAS ESTRUCTURAS RETRIBUTIVAS Y AUMENTO DE SUELDO GENERAL PARA LOS EMPLEADOS PUBLICOS

El primero de abril de 1984 se adoptará la primera etapa del plan integral a largo alcance encaminado a reestructurar las escalas retributivas vigentes sobre una base porcentual y mejorar la situación económica de los empleados públicos. Esta fase del plan incluirá la adopción de nuevas escalas de retribución desarrolladas sobre una base porcentual y conllevará, además, incrementos en sueldos para los maestros y demás personal docente del Departamento de Instrucción Pública y para aquel personal docente cubierto en la Ley 18 de 19 de abril de 1955; para los miembros del Cuerpo de la Policía y para los demás empleados públicos dentro del Sistema de Personal creado a virtud de la Ley de Personal del Servicio Público, así como para a los que forman parte del sistema autónomo de la Rama Judicial.

El Gobernador de Puerto Rico someterá a la Asamblea Legislativa la legislación correspondiente para esta revisión de las escalas retributivas.

A partir del 1 de octubre de 1983 y hasta el 31 de marzo de 1984 todos los empleados públicos de la Rama Ejecutiva, sin distinción de status ni categorías que formen parte del Sistema de Personal creado en virtud de la Ley de Personal del Servicio Público y los empleados de la Rama Judicial, recibirán un aumento de sueldo de $30 mensuales. Los maestros y demás personal docente, recibirán un incremento salarial de $45 mensuales y los miembros de la Policía de Puerto Rico quienes recibirán un aumento de $35 mensuales. Este aumento se concederá independientemente del sueldo que esté devengando el funcionario o empleado.

Cuando en un puesto se prestaren servicios a base de jornada parcial, el aumento a concederse será proporcional a la jornada de trabajo."

2

caso # 17B, 03283-LTS
Reclamacion 62031

5

Sección 2.—Se enmienda el Artículo 6 de la Ley 12 de 27 de mayo de 1982, para que lea como sigue:

"Artículo 6.—Asignación de Fondos

Los fondos necesarios para sufragar el costo de los Bonos y el aumento de sueldo general para los funcionarios y empleados que se mencionan en la presente Ley de las agencias cuyo presupuesto de gastos de funcionamiento son con cargo al Fondo General, serán consignados anualmente en la Resolución Conjunta del Presupuesto General. Los Bonos y los aumentos de sueldo general de los funcionarios y empleados públicos cuyo presupuesto no se financia del Fondo General, se pagarán de los fondos propios especiales de los cuales se sufragarán los gastos de funcionamiento de tales organismos."

Sección 3.—Esta Ley entrará en vigor inmediatamente después de su aprobación.

................................
*Presidente de la Cámara*


................................
*Presidente del Senado*

3

Núm Reclamación 62031
#caso 17BK 03283-LTS

6

(P. de la C. 806)

# LEY

Para enmendar el Artículo 6 de la Ley 89 de 12 de julio de 1979, enmendada, conocida como Ley de Retribución Uniforme, mediante la implantación de nuevas estructuras retributivas para los servicios de carrera y de confianza de la Administración Central, el Artículo 13 para disponer de la asignación de fondos y para reglamentar lo relativo al ajuste del sueldo de los empleados.

## EXPOSICION DE MOTIVOS

Las estructuras de salarios vigentes para la fijación de los sueldos que se pagan al personal en los servicios de carrera y de confianza de la Administración Central entraron en vigor al primero de julio de 1980 y primero de marzo de 1979, respectivamente.

Desde entonces, el índice de crecimiento salarial registrado en el Sector Privado y en las Corporaciones Públicas que operan como empresas privadas ha superado por mucho el registrado en el Sistema de Personal creado en virtud de la Ley 5 de 14 de octubre de 1975, según enmendada. Esta situación ha incrementado la brecha que por largos años ha existido entre los sueldos de los empleados del sector privado y de las Corporaciones Públicas antes aludidas, vis a vis, los empleados que forman parte del mencionado sistema de personal. Lo anterior quedó demostrado en la encuesta de salarios realizada durante el primer semestre de 1982 como parte del estudio integral de retribución que realizó una firma consultora por encomienda de la Oficina Central de Administración de Personal. Mediante el aludido estudio se hizo una evaluación crítica de las estructuras retributivas vigentes en el actual Sistema de Personal, las que se aplican al Cuerpo de la Policía, al personal docente del Departamento de Instrucción Pública y el cubierto por la Ley 18 de 19 de abril de 1955 y al personal exclusivo de la Administración de Corrección. Tuvo como propósito, además, examinar los sueldos que devengaban los empleados de la Rama Ejecutiva y las prácticas retributivas vigentes a fin de estructurar un plan de acción que nos permitiera alcanzar en forma sistemática, un adecuado equilibrio entre los sueldos que pagamos a nuestros empleados públicos y las tendencias salariales que prevalecen en el sector privado y en las Corporaciones Públicas.

Núm Reclamacion 62031
Núm caso - 17BK 03283-LTS

7

Los propósitos fundamentales de esta Ley son implantar nuevas estructuras retributivas desarrolladas sobre una base porcentual para los empleados de carrera y de confianza de la Administración Central según ésta se define en la Ley de Personal para el Servicio Público de Puerto Rico, conceder aumentos de sueldos para dichos empleados a tenor con las nuevas escalas de retribución adoptadas y encomendar al Director de la Oficina Central de Administración de Personal para que se haga lo propio en todos los Administradores Individuales que forman parte del Sistema de Personal creado en virtud de la aludida Ley, con excepción de los municipios, a los fines de lograr y mantener la equidad retributiva necesaria entre las agencias que formen parte del sistema. La exclusión de los municipios obedece a consideraciones de la autonomía fiscal que tradicionalmente se ha observado hacia los gobiernos municipales.

Los anteriores objetivos se podrán lograr en forma parcial mediante la adopción de las estructuras salariales que se proponen en esta Ley y que constituye la primera etapa del plan integral de retribución encaminado a mejorar la situación retributiva de los empleados.

*Decrétase por la Asamblea Legislativa de Puerto Rico:*

Sección 1.—Se enmienda el Artículo 6 de la Ley 89 de 12 de julio de 1979, enmendada, para que lea como sigue:

"Artículo 6.—ESCALAS DE SUELDOS PARA LAS CLASES DE PUESTOS EN LOS SERVICIOS DE CARRERA Y DE CONFIANZA DE LA ADMINISTRACION CENTRAL.

(a) Servicio de Carrera

Todas las clases comprendidas en el Plan de Clasificación para los puestos de carrera de la Administración Central se asignarán a las siguientes escalas de sueldos durante el año fiscal 1983-84.

ESCALAS DE SUELDOS QUE REGIRAN PARA EL SERVICIO DE CARRERA A PARTIR DEL 1RO. DE ABRIL DE 1984

| Número de la Escala | Tipo Mínimo | \multicolumn{7}{c}{TIPOS INTERMEDIOS} | Tipo Máximo | Número de la Escala |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| 1 | $442 | $459 | $476 | $495 | $514 | $533 | $554 | $575 | $596 | 1 |
| 2 | 453 | 470 | 488 | 507 | 526 | 546 | 567 | 589 | 611 | 2 |
| 3 | 464 | 481 | 500 | 519 | 539 | 560 | 581 | 603 | 626 | 3 |

2

#caso 17BK 03283-LTS
Num. Recl. 62031

8

| Número de la Escala | Tipo Mínimo | TIPOS INTERMEDIOS | | | | | | | Tipo Máximo | Número de la Escala |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | |
| 4 | 476 | 494 | 513 | 533 | 553 | 574 | 596 | 619 | 642 | 4 |
| 5 | 487 | 506 | 525 | 545 | 566 | 587 | 610 | 633 | 657 | 5 |
| 6 | 499 | 518 | 538 | 558 | 580 | 602 | 625 | 649 | 674 | 6 |
| 7 | 512 | 532 | 552 | 573 | 595 | 618 | 641 | 666 | 691 | 7 |
| 8 | 524 | 544 | 565 | 586 | 609 | 632 | 656 | 681 | 708 | 8 |
| 9 | 538 | 559 | 580 | 602 | 625 | 649 | 674 | 700 | 726 | 9 |
| 10 | 551 | 572 | 594 | 617 | 640 | 665 | 690 | 716 | 744 | 10 |
| 11 | 565 | 587 | 609 | 632 | 656 | 682 | 708 | 735 | 763 | 11 |
| 12 | 579 | 601 | 624 | 648 | 673 | 698 | 725 | 753 | 782 | 12 |
| 13 | 594 | 617 | 640 | 665 | 690 | 717 | 744 | 772 | 802 | 13 |
| 14 | 609 | 632 | 656 | 682 | 708 | 735 | 763 | 792 | 822 | 14 |
| 15 | 624 | 648 | 673 | 698 | 725 | 753 | 782 | 811 | 842 | 15 |
| 16 | 639 | 663 | 689 | 715 | 742 | 771 | 800 | 831 | 863 | 16 |
| 17 | 667 | 692 | 719 | 746 | 775 | 805 | 835 | 867 | 900 | 17 |
| 18 | 695 | 722 | 749 | 778 | 808 | 838 | 870 | 904 | 938 | 18 |
| 19 | 724 | 752 | 780 | 810 | 841 | 873 | 907 | 941 | 978 | 19 |
| 20 | 755 | 784 | 814 | 845 | 877 | 911 | 946 | 982 | 1019 | 20 |
| 21 | 787 | 817 | 848 | 881 | 914 | 949 | 986 | 1023 | 1063 | 21 |
| 22 | 821 | 852 | 885 | 919 | 954 | 990 | 1028 | 1068 | 1108 | 22 |
| 23 | 856 | 889 | 923 | 958 | 995 | 1033 | 1072 | 1113 | 1155 | 23 |
| 24 | 892 | 926 | 961 | 998 | 1036 | 1076 | 1117 | 1160 | 1204 | 24 |
| 25 | 930 | 966 | 1002 | 1041 | 1081 | 1122 | 1165 | 1209 | 1255 | 25 |
| 26 | 971 | 1008 | 1047 | 1087 | 1128 | 1171 | 1216 | 1263 | 1311 | 26 |
| 27 | 1015 | 1054 | 1094 | 1136 | 1179 | 1224 | 1271 | 1320 | 1370 | 27 |
| 28 | 1061 | 1102 | 1144 | 1187 | 1233 | 1280 | 1329 | 1380 | 1432 | 28 |
| 29 | 1109 | 1151 | 1195 | 1241 | 1289 | 1338 | 1389 | 1442 | 1497 | 29 |
| 30 | 1158 | 1202 | 1248 | 1296 | 1345 | 1397 | 1450 | 1506 | 1564 | 30 |
| 31 | 1210 | 1256 | 1304 | 1354 | 1406 | 1460 | 1515 | 1573 | 1634 | 31 |
| 32 | 1265 | 1313 | 1364 | 1416 | 1470 | 1526 | 1584 | 1645 | 1708 | 32 |
| 33 | 1322 | 1373 | 1425 | 1479 | 1536 | 1595 | 1656 | 1719 | 1785 | 33 |
| 34 | 1381 | 1434 | 1489 | 1545 | 1605 | 1666 | 1730 | 1796 | 1865 | 34 |
| 35 | 1449 | 1502 | 1554 | 1616 | 1678 | 1742 | 1808 | 1878 | 1949 | 35 |
| 36 | 1509 | 1567 | 1627 | 1689 | 1753 | 1820 | 1890 | 1962 | 2037 | 36 |
| 37 | 1580 | 1636 | 1699 | 1764 | 1831 | 1901 | 1974 | 2049 | 2128 | 37 |
| 38 | 1680 | 1710 | 1775 | 1843 | 1914 | 1987 | 2063 | 2142 | 2224 | 38 |
| 39 | 1780 | 1787 | 1855 | 1926 | 2000 | 2076 | 2155 | 2238 | 2324 | 39 |

(b) Servicio de Confianza

Todas las clases comprendidas en el Plan de Clasificación para los puestos de confianza de la Administración Central se asignarán a las siguientes escalas de sueldo:

3

*[handwritten left margin: Abril/24]*

*[handwritten bottom: No. Reclamación 62031 / Num. caso 17BK03283-LTS]*

*[handwritten bottom right: 9]*

ESCALAS DE SUELDOS QUE REGIRAN PARA EL SERVICIO DE CONFIANZA A PARTIR DEL 1ro. DE ABRIL DE 1984

| Número de la Escala | Tipo Mínimo | TIPOS INTERMEDIOS | | | | Tipo Máximo | Número de la Escala |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | |
| 1  | $505  | $532 | $561 | $591 | $623 | $657 | 1 |
| 2  | 549   | 579  | 610  | 643  | 677  | 714  | 2 |
| 3  | 598   | 630  | 664  | 700  | 738  | 777  | 3 |
| 4  | 650   | 685  | 722  | 761  | 802  | 845  | 4 |
| 5  | 707   | 745  | 785  | 828  | 872  | 919  | 5 |
| 6  | 770   | 820  | 873  | 930  | 990  | 1055 | 6 |
| 7  | 837   | 887  | 940  | 996  | 1056 | 1119 | 7 |
| 8  | 911   | 961  | 1014 | 1069 | 1128 | 1190 | 8 |
| 9  | 991   | 1044 | 1101 | 1160 | 1222 | 1288 | 9 |
| 10 | 1078  | 1136 | 1197 | 1262 | 1330 | 1401 | 10 |
| 11 | 1173  | 1248 | 1328 | 1413 | 1503 | 1599 | 11 |
| 12 | 1276  | 1351 | 1430 | 1514 | 1604 | 1698 | 12 |
| 13 | 1388  | 1463 | 1542 | 1625 | 1712 | 1804 | 13 |
| 14 | 1510  | 1612 | 1722 | 1838 | —    | 1963 | 14 |
| 15 | 1643  | 1754 | 1873 | 2000 | —    | 2136 | 15 |
| 16 | 1787  | 1908 | 2037 | 2176 | —    | 2323 | 16 |
| 17 | 1944  | 2076 | 2217 | 2367 | —    | 2527 | 17 |
| 18 | 2115  | 2258 | 2411 | 2575 | —    | 2750 | 18 |
| 19 | 2301  | 2457 | 2624 | 2801 | —    | 2991 | 19 |

(c) Las Reglas de Interpretación y de Administración de la Estructura Salarial son las siguientes:

(1) Los tipos de paga establecidos en las escalas de retribución corresponden a un salario mensual y a una jornada regular de trabajo. Cuando en un puesto se presten servicios a base de una jornada parcial, el sueldo a fijarse será proporcional a la jornada regular de trabajo que se establezca por reglamento.

(2) Cuando haya la necesidad de efectuar pagos por hora, días o por períodos cortos de servicio, el importe correspondiente se determinará tomando en consideración el sueldo mensual del empleado y la jornada regular de trabajo. De igual forma, al determinar descuentos en los sueldos de los empleados se considerará su sueldo mensual a base de su jornada regular de trabajo e independientemente de los días que contenga el mes.

(3) Los tipos retributivos fijados en las escalas de la estructura salarial, representan el valor monetario de la

4

Núm. Reclamación 62031
caso # 17BK 03283-LTS

10

retribución directa. Si por necesidades del servicio se suministraren comidas, hospedajes, uniformes o cualquier otro beneficio, el costo de tales obvenciones no se deducirá del sueldo del empleado. Si estas obvenciones se ofrecieran bajo otras circunstancias, la concesión de las mismas se regirá por la reglamentación que al efecto adopte el Director.

(4) Cuando las circunstancias lo justifiquen y los recursos fiscales lo permitan el Director podrá reajustar el cuadro de la estructura contenida en este artículo, eliminando no más de tres escalas y añadiendo no más de tres.

(5) Los sueldos individuales de los empleados deberán coincidir con alguno de los tipos establecidos en la escala correspondiente que forme parte de la nueva estructura.

(6) Siempre que una acción de personal tenga el efecto de alterar el sueldo de algún empleado, el mismo se ajustará conforme a la naturaleza de la misma.

(7) Si como efecto de la implantación de la nueva estructura salarial adoptada, el sueldo de algún empleado no coincidiese con alguno de los tipos retributivos de la escala correspondiente, el mismo habrá de ajustarse al próximo tipo superior de la escala, independientemente del tipo que sea.

(8) Si el sueldo del empleado estuviere en el máximo de la escala o sobrepasare el mismo, el ajuste se hará en factor del correspondiente incremento porcentual que conlleva la escala.

(9) Los diferenciales autorizados en virtud de la Ley 89 del 12 de julio de 1979, según enmendada, se ajustarán conforme a la nueva estructura retributiva.

(10) Al adoptarse la nueva estructura salarial, los sueldos de los empleados se ajustarán de la siguiente forma:

> El que esté bajo el mínimo irá al nuevo tipo mínimo. El salario de aquellos empleados que devenguen sueldos superiores al tipo mínimo de la escala por motivo de haber recibido aumentos de sueldo durante la vigencia de la anterior estructura, se ajustará de modo que se reconozcan todos los aumentos de sueldo *recibidos* durante la vigencia de la estructura salarial suplantada.

5

No Reclamación 62031
caso # 17BK03283-LTS

Las presentes reglas de interpretación y administración de las Escalas de Sueldos aplicarán al Servicio de Carrera y de Confianza, para la estructura que entrará en vigor el primero de abril de 1984.

Sección 2.—Asignación de Fondos

Los fondos necesarios para implantar las estructuras retributivas que entrarán en vigor el primero de abril de 1984, se consignarán en el Presupuesto General de Gastos.

Sección 3.—Derogación

Por la presente se deroga toda ley o parte de ley que resulte incompatible con la presente.

Sección 4.—Vigencia

Esta Ley entrará en vigor el primero de abril de 1984.

............................
*Presidente de la Cámara*

............................
*Presidente del Senado*

Num: Caso: 17BK 03283-LTS
Reclamación Núm. 62031

DEPARTAMENTO DE LA FAMILIA
SAN JUAN, PUERTO RICO

Escalas de Sueldos Mensuales que Regirán en el
Departamento de la Familia a partir del primero de julio de 2004

SERVICIO DE CARRERA

| Número de Escala | Mínimo | \<PASOS INTERMEDIOS\> | | | | | | | | | | | Máximo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | |
| 1 | 780 | 807 | 836 | 865 | 895 | 926 | 959 | 992 | 1027 | 1063 | 1100 | 1139 | 1179 |
| 2 | 816 | 845 | 874 | 905 | 936 | 969 | 1003 | 1038 | 1075 | 1112 | 1151 | 1191 | 1233 |
| 3 | 854 | 884 | 915 | 947 | 980 | 1014 | 1050 | 1087 | 1125 | 1164 | 1205 | 1247 | 1290 |
| 4 | 894 | 925 | 958 | 991 | 1026 | 1062 | 1099 | 1137 | 1177 | 1218 | 1261 | 1305 | 1351 |
| 5 | 935 | 968 | 1002 | 1037 | 1073 | 1110 | 1149 | 1190 | 1231 | 1274 | 1319 | 1365 | 1413 |
| 6 | 978 | 1012 | 1048 | 1084 | 1122 | 1162 | 1202 | 1244 | 1288 | 1333 | 1380 | 1428 | 1478 |
| 7 | 1024 | 1060 | 1097 | 1135 | 1175 | 1216 | 1259 | 1303 | 1348 | 1396 | 1444 | 1495 | 1547 |
| 8 | 1071 | 1108 | 1147 | 1187 | 1229 | 1272 | 1317 | 1363 | 1410 | 1460 | 1511 | 1564 | 1618 |
| 9 | 1121 | 1160 | 1201 | 1243 | 1286 | 1331 | 1378 | 1426 | 1476 | 1528 | 1581 | 1637 | 1694 |
| 10 | 1173 | 1214 | 1257 | 1301 | 1346 | 1393 | 1442 | 1492 | 1545 | 1599 | 1655 | 1713 | 1772 |
| 11 | 1227 | 1270 | 1314 | 1360 | 1408 | 1457 | 1508 | 1561 | 1616 | 1672 | 1731 | 1791 | 1854 |
| 12 | 1284 | 1329 | 1375 | 1424 | 1473 | 1525 | 1578 | 1634 | 1691 | 1750 | 1811 | 1875 | 1940 |
| 13 | 1344 | 1391 | 1440 | 1490 | 1542 | 1596 | 1652 | 1710 | 1770 | 1832 | 1896 | 1962 | 2031 |
| 14 | 1406 | 1455 | 1506 | 1559 | 1613 | 1670 | 1728 | 1789 | 1851 | 1916 | 1983 | 2053 | 2125 |
| 15 | 1471 | 1522 | 1576 | 1631 | 1688 | 1747 | 1808 | 1872 | 1937 | 2005 | 2075 | 2148 | 2223 |
| 16 | 1540 | 1594 | 1650 | 1707 | 1767 | 1829 | 1893 | 1959 | 2028 | 2099 | 2172 | 2248 | 2327 |
| 17 | 1611 | 1667 | 1726 | 1786 | 1849 | 1913 | 1980 | 2050 | 2121 | 2195 | 2272 | 2352 | 2434 |
| 18 | 1686 | 1745 | 1806 | 1869 | 1935 | 2002 | 2073 | 2145 | 2220 | 2298 | 2378 | 2462 | 2548 |
| 19 | 1764 | 1826 | 1890 | 1956 | 2024 | 2095 | 2168 | 2244 | 2323 | 2404 | 2488 | 2575 | 2666 |
| 20 | 1846 | 1911 | 1977 | 2047 | 2118 | 2192 | 2269 | 2349 | 2431 | 2516 | 2604 | 2695 | 2789 |
| 21 | 1931 | 1999 | 2069 | 2141 | 2216 | 2293 | 2374 | 2457 | 2543 | 2632 | 2724 | 2819 | 2918 |
| 22 | 2021 | 2092 | 2165 | 2241 | 2319 | 2401 | 2485 | 2571 | 2661 | 2754 | 2851 | 2951 | 3054 |
| 23 | 2115 | 2189 | 2266 | 2345 | 2427 | 2512 | 2600 | 2691 | 2785 | 2883 | 2983 | 3088 | 3196 |

Aprobado: 6 de Agosto de 2004

Marta Elsa Fernández Pabellón
Secretaría Interina
Departamento de la Familia

Carmen D. Rosario Morales
Administradora
Oficina Central de Asesoramiento Laboral
y de Administración de Recursos Humanos

Num. Reclamación 62031
Caso 17 BK 03283-LTS

DEPARTAMENTO DE LA FAMILIA
SAN JUAN, PUERTO RICO

Escalas de Sueldos Mensuales Extendidas que Regirán en el
Departamento de la Familia a partir del primero de julio de 2004

SERVICIO DE CARRERA

| Número de Escala | Mínimo | PASOS INTERMEDIOS | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 1 | 780 | 1263 | 1307 | 1353 | 1400 | 1449 | 1500 | 1552 | 1606 | 1663 | 1721 | 1781 | 1843 | 1908 |
| 2 | 816 | 1321 | 1367 | 1415 | 1464 | 1516 | 1569 | 1624 | 1680 | 1739 | 1800 | 1863 | 1928 | 1996 |
| 3 | 854 | 1382 | 1431 | 1481 | 1533 | 1586 | 1642 | 1699 | 1759 | 1820 | 1884 | 1950 | 2018 | 2089 |
| 4 | 894 | 1447 | 1498 | 1550 | 1604 | 1661 | 1719 | 1779 | 1841 | 1906 | 1972 | 2041 | 2113 | 2187 |
| 5 | 935 | 1513 | 1566 | 1621 | 1678 | 1737 | 1798 | 1860 | 1926 | 1993 | 2063 | 2135 | 2210 | 2287 |
| 6 | 978 | 1583 | 1638 | 1696 | 1755 | 1817 | 1880 | 1946 | 2014 | 2085 | 2158 | 2233 | 2311 | 2392 |
| 7 | 1024 | 1658 | 1716 | 1776 | 1838 | 1902 | 1969 | 2038 | 2109 | 2183 | 2259 | 2338 | 2420 | 2505 |
| 8 | 1071 | 1734 | 1794 | 1857 | 1922 | 1989 | 2059 | 2131 | 2206 | 2283 | 2363 | 2445 | 2531 | 2620 |
| 9 | 1121 | 1815 | 1878 | 1944 | 2012 | 2082 | 2155 | 2231 | 2309 | 2389 | 2473 | 2560 | 2649 | 2742 |
| 10 | 1173 | 1899 | 1965 | 2034 | 2105 | 2179 | 2255 | 2334 | 2416 | 2500 | 2588 | 2678 | 2772 | 2869 |
| 11 | 1227 | 1986 | 2056 | 2128 | 2202 | 2279 | 2359 | 2441 | 2527 | 2615 | 2707 | 2802 | 2900 | 3001 |
| 12 | 1284 | 2078 | 2151 | 2226 | 2304 | 2385 | 2468 | 2555 | 2644 | 2737 | 2833 | 2932 | 3034 | 3141 |
| 13 | 1344 | 2176 | 2252 | 2330 | 2412 | 2496 | 2584 | 2674 | 2768 | 2865 | 2965 | 3069 | 3176 | 3287 |
| 14 | 1406 | 2276 | 2356 | 2438 | 2523 | 2612 | 2703 | 2798 | 2896 | 2997 | 3102 | 3210 | 3323 | 3439 |
| 15 | 1471 | 2381 | 2464 | 2551 | 2640 | 2732 | 2828 | 2927 | 3029 | 3135 | 3245 | 3359 | 3476 | 3598 |
| 16 | 1540 | 2493 | 2580 | 2670 | 2764 | 2861 | 2961 | 3064 | 3172 | 3283 | 3397 | 3516 | 3639 | 3767 |
| 17 | 1611 | 2608 | 2699 | 2793 | 2891 | 2992 | 3097 | 3206 | 3318 | 3434 | 3554 | 3678 | 3807 | 3940 |
| 18 | 1686 | 2729 | 2825 | 2923 | 3026 | 3132 | 3241 | 3355 | 3472 | 3594 | 3720 | 3850 | 3984 | 4124 |
| 19 | 1764 | 2855 | 2955 | 3059 | 3166 | 3277 | 3391 | 3510 | 3633 | 3760 | 3892 | 4028 | 4169 | 4315 |
| 20 | 1846 | 2988 | 3093 | 3201 | 3313 | 3429 | 3549 | 3673 | 3802 | 3935 | 4072 | 4215 | 4363 | 4515 |
| 21 | 1931 | 3126 | 3235 | 3348 | 3466 | 3587 | 3712 | 3842 | 3977 | 4116 | 4260 | 4409 | 4563 | 4723 |
| 22 | 2021 | 3271 | 3386 | 3504 | 3627 | 3754 | 3885 | 4021 | 4162 | 4308 | 4459 | 4615 | 4776 | 4943 |
| 23 | 2115 | 3424 | 3543 | 3667 | 3796 | 3929 | 4066 | 4208 | 4356 | 4508 | 4666 | 4829 | 4998 | 5173 |

Aprobado:

Marta Elsa Fernández Pabellón
Secretaria Interina
Departamento de la Familia

Víctor R. Maldonado Martínez
Secretario Auxiliar de Recursos Humanos
y Relaciones Laborales
Departamento de la Familia

# Gobernador aprueba enmienda A la Ley de Retribución Uniforme

Por Herminio Luis Llompart, Delegado de la Oficina de Administración de Personal

El 18 de julio de 1986 entró a regir la Ley Número 149, mediante la cual se enmiendan los incisos 2 y 3 del artículo 7 de la Ley 89 de 12 de julio de 1979, conocida como Ley de Retribución Uniforme.

El inciso 2 del artículo 7 dispone lo relativo a los aumentos de sueldo por años de servicio. La enmienda a este inciso establece que los empleados con derecho a recibir, este aumento equivalente a un tipo o paso de la escala son aquellos en el Servicio de Carrera con status regular o probatorio. Además, elimina el requisito de que los cinco años de servicios, tienen que haber sido prestados por los empleados en forma ininterrumpida, ahora son acumulativos.

V. No obstante la autoridad nominadora podrá denegar el aludido aumento de sueldo a cualquier empleado si a su juicio los servicios de éste durante el período de los cinco años correspondientes no es éste correspondientes no hubiesen sido satisfactorios. En este caso la autoridad nominadora habrá de informarle por escrito al empleado las razones por las cuales no se le concede el referido aumento y además su derecho de apelación ante la Junta de Apelaciones del Sistema de Administración de Personal.

En adición, a partir del 18 de julio de 1986, se elimina la disposición que limita la concesión de este aumento hasta el tipo máximo de la escala correspondiente.

Por otro lado, se incorpora en el Inciso 2 una disposición para que al determinar la elegibilidad de los empleados de los Administradores Individuales al aumento de sueldo por años de servicios, se exceptúen los aumentos recibidos a virtud de directrices del director de la Oficina Central de Administración de Personal o del director de la Oficina de Presupuesto y Gerencia, resultantes de aumentos de sueldos otorgados a los empleados de la Administración Central y

La enmienda al Artículo 7 de la Ley 89 tiene el propósito de modificar el concepto de "extensión de escala", para incorporar el concepto de "autorización individual para extensión de escala". Se faculta al director de Personal en el caso de la Administración Central para autorizar aumentos de sueldo a empleados de carrera o confianza mediante extensión de las escalas de sueldos para atender situaciones meritorias. Las extensiones de escalas consistirán en añadir sobre el tipo máximo tipos retributivos que sigan la misma proporción de los establecidos en éstas, disponiéndose que el total de autorizaciones de extensiones de escalas que se concedan a un empleado en el servicio de carrera no deberá exceder del equivalente al número de tipos que contenga la escala, y que el total de autorizaciones de extensiones de escalas que se conceden a un empleado de confianza no deberán exceder del equivalente a tres tipos retributivos. En el caso de los Administradores Individuales, a excepción de los municipios, las extensiones deberán ser aprobadas por la autoridad nominadora en consulta con la Oficina de Presupuesto y Gerencia. En los municipios será necesario además, la previa aprobación de las extensiones por la Asamblea Municipal.

Las extensiones tendrán los siguientes propósitos:

A) Proveer margen de mejoramiento salarial a empleados que sirvan eficientemente por períodos extensos;

B) Viabilizar acciones individuales de personal, donde el sueldo a fijar rebase el tipo máximo de la escala; y

C) Permitir la movilidad de los empleados entre los diferentes Administradores Individuales y entre éstos y la Administración Central cuando el sueldo que aquellos devenguen exceda el tipo máximo de la escala de retribución correspondiente al puesto al que se mueven.



HERMINIO LUIS LLOMPART miembro de la Junta de Directores de la A.E.E...

NOTICIERO, AGOSTO 18 DE 1987

# Reclamación 62031
# caso 17 BK 03283-LTS

TO: A TODOS LOS CLIENTES DEL DEPARTAMENTO DE LA FAMILIA Y AGRICULTURA

FROM: LCDA. MARIA ORTIZ RIVERA

SUBJECT: ESTADO DE LOS PROCEDIMIENTOS CONTRATACION DE PERITOS

DATE: 1/7/2008

# ESTADO DE LOS PROCEDIMIENTO Y CONTRATACION DE PERITO PARA EL 2008

SALUDOS A TODAS Y TODOS LOS CLIENTES DE LA LCDA. MARIA ORTIZ RIVERA

A continuación pasamos a informarles el estado de los procedimientos, en la reclamación de salarios conocida como el caso del Romerazo.

A mediados del año 2007 se le solicitó al DF que analizara 200 casos de muestra escogida al azar entre los demandantes. El objetivo de este análisis es determinar si el DF sería capaz de llevar a cabo el análisis pericial para que el Tribunal pudiera emitir una Sentencia declaratoria reconociendo que existe deuda a favor de los demandantes. Esto a partir de los hallazgos de la muestra. El DF presentó un informe de los casos escogidos por los demandantes y posteriormente el Tribunal nos ordenó que informáramos si estábamos de acuerdo o no con los hallazgos del informe del DF.

Para poder cumplir con esa ORDEN tuvimos que solicitar dos términos adicionales, ya que la única Perito con la que contamos para ese análisis se encuentra en la fase final del caso del Cuerpo de Bomberos de Puerto Rico. En la vista del pasado mes de octubre solicitamos al Tribunal archivo administrativo, hasta tanto finalicemos el caso de Bomberos. Esto por que es humanamente imposible para la Perito analizar los doscientos casos de la muestra y por que además no se ha formalizado con ésta el contrato de servicios periciales.

Para poder acelerar el caso hemos hecho una proyección de costos, y gastos periciales a partir de la experiencia del Cuerpo de Bomberos. En este caso y a poco menos de 70 casos para finalizar los abogados tuvimos que depositar el pago para los costos periciales.

El caso de los Bomberos ha sido el caso que más rápido se trabajó y para poder hacer lo mismo con el DF es imperativo que contemos con los fondos necesarios para el pago de los servicios periciales, de manera que la Perito el próximo año sólo esté trabajando con el caso nuestro.

Hemos hecho una proyección y prorrateado el costo de la contratación de la Perito a base de $60.00 por hora, costo fijado por la perito para este caso y consideramos que cada demandante debe aportar unos $125.0 dólares para pago de Peritos. Además de la persona que analiza los expedientes, cuando del resultado de dicho análisis arroja que existe deuda, es necesaria la participación de un segundo Perito que convierte en cuantías el resultado del trabajo de la Perito que analiza los expedientes. Entre ambos peritos de factura a razón de $160. Dólares por hora. Nótese que si uno solo de los demandantes pagar por perito tendría que pagar más de lo que se le requiere por que se divide el gasto entre todos. Esperamos que cada uno de nuestros clientes año aporte su parte al gasto de pago de los Peritos, si le interesa que el caso se pueda empezar y finalizar el próximo

*[handwritten margin notes:]* El Romerazo; # Reclamacion 62031; # caso 17BK 03283-LTS; 16

El pago deberá hacerse a favor de la Oficina de la Lcda. María Ortiz Rivera, PSC, con una nota con el número de caso o sea CIVIL NÚM.: KAC 2003-3604 (902).

Los demandantes que no estén de acuerdo con el pago o que no remitan el pago en o antes del 29 de febrero de 2008, recibirá luego de esa fecha, una notificación sobre Relevo de representación legal, ya que sin contribuir al pago de costo pericial resulta imposible llevar a cabo la representación legal de dicho demandante y sólo se retendrá la representación legal de los clientes que estén en disposición de pagar los gastos periciales por adelantado que requiere este caso. Es importante recordarles que el costo del Perito es un gasto que sume el cliente en todos los casos y por ello se pagan por adelantado o tan pronto presentan la factura por sus servicios. Además ese pago no es reembolsable. Esto quiere decir que independientemente que al analizar su caso, si se determina y surge que a usted lo corresponde hacerle ajuste, el costo del Perito hay que pagarlo y por tanto no se reembolsa los $125.00.

Por ello cada demandante que desee que continuemos con su representación y que interesa que el caso se pueda acelerar el próximo año deberá enviar su aportación a los costos del peritaje en o antes de la fecha antes indicada o sea el **29 de febrero de 2008.**

Se ha tomado esta fecha por que el archivo administrativo se solicitó hasta marzo y para ese mes debemos retomar el caso y el Tribunal deberá ser notificado del estado de los procedimientos periciales.

El caso del Romerazo requiere que el Perito domine dos áreas de conocimiento en materia de salario a empleados de gobierno; a saber, escalas de clasificación y retribución. Hasta el presente y según nuestra experiencia sólo la Perita contratada para el caso de Bomberos y la Comisionada que nombró el Tribunal manejan ambas áreas, indispensables para la adjudicación en sus meritos de este caso.

A diferencia del caso del Romerazo de Bomberos, en este caso no se tendrá que pagar Comisionada, puesto que el análisis de las leyes aplicables al caso ya fue previamente realizado en el caso del Romerazo y nos estamos beneficiando de ese proceso en este caso. De lo contrario los gastos Periciales serían mayores.

En caso de tener duda sobre el contenido de esta carta, deberá comunicarse a nuestra oficina los días lunes o jueves a partir del 9 de enero de 2008. No se devolverán llamadas ya que ello aumenta los gastos del caso por la cantidad de demandantes. Favor de enviar el pago mediante giro postal o cheque. Los cheques devueltos por falta de fondos tendrán un cargo de 20 dólares y se corre el riesgo que solicitemos el relevo de representación legal si no cubre los fondos antes del 29 de febrero de 2008.

Deseándoles un Feliz Año Nuevo lleno de Paz, Salud y Prosperidad.

A la espera de su respuesta quedo.

Lcda. María A Ortiz Rivera, PSC

# Reclamación 62031
# Caso-17BK 03283 -LTS

17