



**U.S. POSTAGE PAID**
PME 1-Day
CHICOPEE, MA
01020
JUN 14, 23
AMOUNT
$28.75
RDC 07   00918   R2309Y155341-44

**PRIORITY MAIL EXPRESS**

EI 667 268 356 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (413) 378-4869
Yolanda Torres Correa
54 Armanella Street
Chicopee, MA 01020-3623

RECEIVED & FILED
CLERK'S OFFICE
JUN 16 2023
US DISTRICT COURT
SAN JUAN

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT) PHONE ( )
Secretaria (Clerks Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal (United States)
Federal Building
San Juan (Puerto Rico) 00918-1767

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 01020
Scheduled Delivery Date: 6/15
Postage: $28.75
Date Accepted: 6/14
Scheduled Delivery Time: ☒ 6:00 PM
Time Accepted: 3:20 ☒ PM
Flat Rate
Total Postage & Fees: $28.75

