## EXHIBIT A

## New Connection with MIP List Parties (or Their Affiliates) in Matters *Unrelated* to the Title III Cases

| MIP List Parties | Relationship to Debtors | Clients and Their Affiliates |
|---|---|---|
| Redwood Master Fund Ltd. c/o Redwood Capital Mgmt | MIP List Schedule 7(B): Plan Support Agreement Parties - ERS | Not a client. Parent is a current client. |
| AES Ilumina, LLC | MIP List Schedule 8(D): Material Creditors of PREPA | Not a client. Parent AES Corporation designated Paul Hastings LLP as counsel to *lender* (to be determind). |
| AES PR Limited Partnership | MIP List Schedule 8(D): Material Creditors of PREPA | Not a client. Parent AES Corporation designated Paul Hastings LLP as counsel to *lender* (to be determind). |
| AES Puerto Rico | MIP List Schedule 8(D): Material Creditors of PREPA | Not a client. Parent AES Corporation designated Paul Hastings LLP as counsel to *lender* (to be determind). |
| McDermott Will & Emery | Counsel to MIP List Parties (Goldman Sachs Asset Management, LP and Goldman Sachs-related entities) | Current client. |