# EXHIBIT B

## New Hires Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Ajay Agarwal<br><br>Associate, London, October 2022 | Associate in London from November 2021 to September 2022 at Latham & Watkins LLP ("Latham").[2] | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Wajid Ashraf<br><br>Associate, London, October 2022 | Corporate Paralegal at Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss")[3] in London from September 2017 to January 2018 | Did not represent, and was not exposed to confidential information related to, the Paul Weiss Clients, the Debtors or the Title III Cases |
| Mayank (Max) Birla<br><br>Associate, London, October 2022 | 2017 Summer Intern at DLA Piper Spain S.L.U. (together with its US affiliates, "DLA Piper")[4] in Madrid | Did not represent, and was not exposed to confidential information related to LUMA Energy Servo, LLC, LUMA Energy, LUMA Energy, LLC, Puerto Rico's Fiscal Agency and Financial Advisory Authority, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, the University of Puerto Rico, the Debtors, or the Title III Cases |
| Rebecca Bunyan<br><br>Associate, London, October 2022 | 2021 Summer Associate at Jones Day[5] in London<br><br>2020 Summer Associate at Morrison & Foerster LLP[6] in London | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, Saybolt, LP, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors, or the Title III Cases |

---

[1] The data in this Exhibit B is based on disclosure to the firm provided by the New Hires.

[2] Latham represents Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., and Pinehurst Partners, L.P. in the Title III Cases.

[3] Paul Weiss represents ACP Master Ltd., Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189, Aristeia Capital, LLC, ASM BLMIS Claims LLC, Aurelius Capital Management, LP, Aurelius Capital Master, Ltd., Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Autonomy Capital (Jersey) L.P., Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Farmstead Capital Management, FCO Advisors LP, FCO Special Opportunities (A1) LP, FCO Special Opportunities (D1) LP, FCO Special Opportunities (E1) LLC, Fundamental Credit Opportunities Mater Fund LP, Goldentree Asset Management LP, Lex Claims, LLC, LMAP 903 Limited, MCP Holdings Master LP, Monarch Alternative Capital LP, Monarch Alternative Solutions Maser Fund Ltd., Monarch Capital Master Partners III LP, Monarch Capital Master Partners IV LP, Monarch Debt Recovery Mater Fund Ltd., Monarch Special Opportunities Master Fund Ltd., PBA Sub-Group of the Commonwealth Bondholder Group Plaintiff in Adversary Proceeding 18-00149, Pinehurst Partners, L.P., Prisma SPC Holdings Ltd., Segregated Portfolio AG, Taconic Capital Advisors L.P., Taconic Master Fund 1.5 L.P., Taconic Opportunity Master Fund L.P., and Whitebox Advisors L.L.C. (collectively, the "Paul Weiss Clients") in the Title III Cases.

[4] DLA Piper represents LUMA Energy Servo, LLC, LUMA Energy, LUMA Energy, LLC, Puerto Rico's Fiscal Agency and Financial Advisory Authority, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the University of Puerto Rico in the Title III Cases.

[5] Jones Day represents the ERS bondholders and Saybolt, LP in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Krishan Chauhan<br><br>Associate, London, October 2022 | Associate at Latham in London from July 2021 to October 2022 | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Xi (Chelsea) Cheng<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. Cheng was a 2021 summer associate at Paul Hastings.<br><br>Summer Associate (2020 and portion of 2021) at Shearman & Sterling LLP[7] in New York | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |
| Julien Dorin<br><br>Legal Intern, Paris, October 2022 | Restructuring intern at Latham in Paris from April 2022 to July 2022 | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Jade-Alexandra Fearns<br><br>Local Partner, London, October 2022 | Special Antitrust & Regulatory Counsel at Proskauer Rose LLP ("Proskauer")[8] in London from October 2018 to October 2022 | Did not represent, and was not exposed to confidential information related to, the Oversight Board, the Debtors, or the Title III Cases |
| Nicole Gresati Fernández<br><br>Foreign Associate, New York, October 2022 | Associate in Mexico from August 2018 to July 2021 at Ritch, Mueller y Nicolau, S.C., where, in matters unrelated to the Title III Cases, Ms. Gresati Fernández represented Scotiabank Inverlat, S.A., Scotiabank Inverlat, Banco Santander México, S.A., and Grupo Financiero Santander México | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Adam Gomes-Abreu<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Mr. Gomes-Abreu was a 2021 summer associate at Paul Hastings<br><br>Derivatives Intern at Shearman & Sterling in New York from September 2021 to May 2022<br><br>2020 Summer Analyst at Goldman Sachs & Co., LLC in New York | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |

---

[6] Morrison & Foerster represents an ad hoc group of general obligation bonds issued by the Commonwealth (the "Ad Hoc Group of Constitutional Debtholders") and certain holders of bonds issued by PBA (the "PBA Funds") in the Title III Cases.

[7] Shearman & Sterling represents EcoElectrica, L.P. in the Title III Cases.

[8] Proskauer represents the Oversight Board in the Title III Cases.

2

| Name of New Hire Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Sarah Kim<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. Kim was a 2021 summer associate with Paul Hastings.<br><br>Legal Intern with the U.S. Department of Justice, Money Laundering and Asset Recovery Section, in Washington, D.C. from September 2021 to November 2021<br><br>Analyst (from June 2016 to April 2018 and from December 2018 to August 2019), Product Manager (from April 2018 to July 2018), and Consulting Analyst (from August 2019 to May 2020) at Kobre & Kim LLP in Washington, D.C. and New York | Did not represent, and was not exposed to confidential information related to, the Oversight Board, the Debtors, or the Title III Cases |
| Guanghua Li<br><br>Legal Intern, Shanghai, October 2022 | 2022 Summer Intern at Kirkland & Ellis International LLP (together with its U.S. affiliates, "K&E") in Shanghai | Did not represent, and was not exposed to confidential information related to, the Debtors, or the Title III Cases |
| Zachary Melvin<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Mr. Melvin was a 2021 summer associate at Paul Hastings.<br><br>2020 Summer Legal Intern at the U.S. Department of Labor in Virginia<br><br>Paralegal Clerk at Hogan Lovells[9] in Washington, D.C. from June 2017 to May 2018 | Did not represent, and was not exposed to confidential information related to, the U.S. Bank Trust N.A., the bonds issued by certain Puerto Rico instrumentalities (as detailed in fn. 9), the Debtors, or the Title III Cases |

---

[9] Hogan Lovells represents The Puerto Rico Industrial Development Company (PRIDCO) Series 1997 A and Series 2003 Bonds, the Puerto Rico Industrial, Tourist, Educational, Medical & Environmental Control Facilities Financing Authority (AFICA) Series 2000 A Bonds, the Puerto Rico Municipal Finance Agency (MFA) Series 2005 C Bonds, the Puerto Rico Public Finance Corporation (Commonwealth Appropriation Bonds) Series 2011A, the Puerto Rico Public Finance Corporation (Commonwealth Appropriation Bonds) Series 2012A Bonds, the Puerto Rico Housing Finance Authority (Capital Fund Modernization Program Bonds) Series 2003 and 2008 Bonds, the University of Puerto Rico Retirement System Trust, the University of Puerto Rico University System Revenue Refunding Bonds Series P and Q, U.S. Bank National Association, U.S. Bank, National Association and U.S. Bank Trust, National Association, each as Trustee for Various Bond Issues, U.S. Bank National Association in its Capacity as Trustee Under the Trust Agreement Dated January 1, 1974, U.S. Bank Trust National Association, U.S. Bank Trust National Association, U.S. Bank National Association, as Fiscal Agent for the Puerto Rico Public Buildings Authority (PBA) Bonds in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Emma O'Hanlon<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. O'Hanlon was a 2021 summer associate at Paul Hastings.<br><br>Paralegal at Simpson Thacher & Bartlett LLP ("Simpson Thacher")[10] in New York from July 2017 to July 2019 | Did not represent, and was not exposed to confidential information related to, J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, Tilden Park Investment Master Fund LP, the Debtors, or the Title III Cases |
| Chiraag Patel<br><br>Associate, London, October 2022 | Associate in London from September 2018 to October 2022 at Latham, where Mr. Patel represented Santander in a matter unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Deena Smith<br><br>Associate, London, October 2022 | Associate at Latham in London from September 2021 to September 2022<br><br>Trainee Solicitor (from August 2019 to August 2021) and Future Trainee Solicitor (from 2017 to 2019) in London at Reed Smith LLP,[11] where Ms. Smith represented Santander UK plc in two matters and Banco Santander S.A., London Branch, in one matter unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders, Bank of New York Mellon, Bank of New York Mellon, as Trustee for Municipal Finance Agency 2005 Series A Bonds, Bank of New York Mellon, as Fiscal Agent, Bank of New York Mellon, as Trustee, Siemens Transportation Partnership Puerto Rico, S.E., Siemens Corporation, the Debtors, or the Title III Cases |
| Schlea Thomas<br><br>Associate, Houston, October 2022 | As provided in the Ninth Supplemental Declaration and the Tenth Supplemental Declaration, Ms. Thomas was a 2020 and 2021 summer associate at Paul Hastings.<br><br>2017 Summer Intern at Norton Rose Fulbright LLP ("Norton Rose")[12] in Houston | Did not represent, and was not exposed to confidential information related to, AT&T Mobility Puerto Rico Inc., Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc., Syncora Guarantee Inc., the Debtors, or the Title III Cases |
| Annabel Cawood<br><br>Associate, London, November 2022 | Associate at Latham in London from September 2018 to October 2022 | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |

---

[10] Simpson Thacher represents J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, and Tilden Park Investment Master Fund LP in the Title III Cases.

[11] Reed Smith represents Bank of New York Mellon as Indenture Trustee for Senior and Subordinated COFINA Bondholders, Bank of New York Mellon, Bank of New York Mellon as Trustee for Municipal Finance Agency 2005 Series A Bonds, Bank of New York Mellon as Fiscal Agent, Bank of New York Mellon as Trustee, Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation in the Title III Cases.

[12] Norton Rose represents AT&T Mobility Puerto Rico Inc., Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc., and Syncora Guarantee Inc. in the Title III Cases.

| **Name of New Hire** Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Peter Cheng Local Partner, Hong Kong, November 2022 | Associate and then Counsel at Davis Polk & Wardwell LLP ("Davis Polk")[13] in Hong Kong from February 2011 to May 2018 | Did not represent, and was not exposed to confidential information related to, the Group of Puerto Rico Bondholders, the Debtors, or the Title III Cases |
| Oleksandr (Alex) Kosonog Associate, London, November 2022 | Trainee Solicitor (from February 2017 to February 2019) and Associate (from February 2019 to October 2022) in London at Allen & Overy LLP, where he represented Santander UK PLC and Santander S.A. London Branch in matters unrelated to the Title III Cases  Secondee to Goldman Sachs in London from August 2018 to February 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Harry Lee Associate, London, November 2022 | Associate at Latham in London from May 2021 to September 2022 | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Sindhoo Vinod Sabharwal Local Partner, London, November 2022 | Counsel at Simpson Thacher in London from August 2022 to November 2022  Knowledge Management Counsel at Latham in London from July 2012 to June 2022  Ms. Vinod Sabharwal's spouse is a partner with White & Case LLP.[14] | Did not represent, and was not exposed to confidential information related to, J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, Tilden Park Investment Master Fund LP, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., the Debtors, or the Title III Cases |
| Andras Csonka Local Partner, Paris, December 2022 | Associate at Jones Day in Paris from February 2017 to December 2022  Mr. Csonka's sister is a manager at Deloitte. | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, Saybolt, LP, the Debtors, or the Title III Cases |

---

[13]  Davis Polk represents Bonistas Del Patio, Inc., Canyon Capital Advisors LLC, Davidson Kempner Capital Management LP, Davidson Kempner Distressed Opportunities Fund LP, Davidson Kempner Distressed Opportunities International Ltd., Davidson Kempner International Ltd., Davidson Kempner Institutional Partners, LP, Davidson Kempner Partners, PBA Sub-Group of the Commonwealth Bondholder Group, Sculptor Capital LP, Sculptor Credit Opportunities Master Fund, Ltd., Sculptor Enhanced Master Fund, Ltd., Sculptor GC Opportunities Master Fund, Ltd., Sculptor Master, Ltd., and Sculptor SC II, L.P. (collectively, the "Group of Puerto Rico Bondholders") in the Title III Cases.

[14]  White & Case represents the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, and the Puerto Rico Family of Funds, et al. in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Thomas Peeney<br><br>Of Counsel, New York, December 2022 | Counsel at Simpson Thacher in New York from July 2022 to December 2022<br><br>Director of Brookfield Public Securities Group LLC at Brookfield Asset Management Inc. in New York from May 2017 to July 2022<br><br>Vice President & Assistant General Counsel at American International Group, Inc. (AIG) / SunAmerica Asset Management, LLC in New Jersey from October 2013 to May 2017 | Did not represent, and was not exposed to confidential information related to, J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, Tilden Park Investment Master Fund LP, the Debtors, or the Title III Cases |
| Yanik Splettstoesser<br><br>Legal Intern, Frankfurt, December 2022 | Legal Trainee at K&E in Munich from August 2022 to November 2022 | Did not represent, and was not exposed to confidential information related to, the Debtors, or the Title III Cases |
| Nicolas Fittante<br><br>Associate, Paris, January 2023 | Trainee Lawyer at Willkie Farr & Gallagher LLP ("Willkie Farr")[15] in Paris from July 2020 to December 2020 | Did not represent, and was not exposed to confidential information related to, Bettina Whyte (agent for the Puerto Rico Sales Tax Financing Corporation, COFINA), the Ad Hoc Group of General Obligation Bondholders, Aurelius Capital Management, LP, Aurelius Capital Master, Ltd., Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Autonomy Capital (Jersey), the Debtors, or the Title III Cases |
| Thibault Jumeaux<br><br>Legal Intern, Paris, January 2023 | Law Clerk at Willkie Farr in Paris from July 2022 to December 2022 | Did not represent, and was not exposed to confidential information related to, Bettina Whyte (agent for the Puerto Rico Sales Tax Financing Corporation, COFINA), the Ad Hoc Group of General Obligation Bondholders, Aurelius Capital Management, LP, Aurelius Capital Master, Ltd., Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Autonomy Capital (Jersey), the Debtors, or the Title III Cases |
| Raphaël Latorre<br><br>Legal Intern, Paris, January 2023 | Legal Intern at Natixis in Paris from January 2022 to June 2022<br><br>Intern at White & Case in Paris from July 2021 to December 2021<br><br>Intern at Weil, Gotshal & Manges LLP ("Weil")[16] in Paris from September 2018 to December 2018 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., National Public Finance Guarantee Corporation, the Debtors, or the Title III Cases |

---

[15] Willkie Farr represents Bettina Whyte (agent for the Puerto Rico Sales Tax Financing Corporation, COFINA), the Ad Hoc Group of General Obligation Bondholders, Aurelius Capital Management, LP, Aurelius Capital Master, Ltd., Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Autonomy Capital (Jersey) in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Jemma McPherson<br><br>Of Counsel, Paris, January 2023 | Counsel at Weil in Paris from April 2022 to January 2023<br><br>Associate at Latham in London from April 2014 to March 2022 | Did not represent, and was not exposed to confidential information related to, National Public Finance Guarantee Corporation, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |
| Kelly Morron<br><br>Contract Attorney, New York, from June 2021 to November 2022 and starting again in January 2023 | Contract Attorney in New York from late 2019 to early 2020 at Morrison & Foerster, where Ms. Morron represented The Hartford in a transactional matter unrelated to the Title III Cases. | Did not represent, and was not exposed to confidential information related to, the Ad Hoc Group of Constitutional Debtholders, the PBA Funds, the Debtors, or the Title III Cases |
| Ophélie Nguyen<br><br>Legal Intern, Paris, January 2023 | Corporate Intern at Shearman & Sterling in Paris from September 2021 to December 2021<br><br>Corporate Intern at Mayer Brown LLP[17] in Paris from July 2019 to December 2019 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., VR Global Partners LP, the Debtors, or the Title III Cases |
| Haohan Wang<br><br>Legal Extern, Washington, D.C., January 2023 to April 2023 | Intern at White & Case in Beijing from September 2020 to November 2021 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., the Debtors, or the Title III Cases |
| Shaoxuan Xu<br><br>Legal Intern, Beijing, January 2023 | Ms. Xu's father is a senior partner at Dentons[18] | Was not exposed to confidential information related to, The Medical Protective Company, the Debtors, or the Title III Cases |
| Joshua Berman<br><br>Partner, New York, February 2023 | Partner at White & Case in New York from February 2017 to February 2023 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., the Debtors, or the Title III Cases |
| Candace Polster<br><br>Associate, Chicago, February 2023 | Associate at Morgan, Lewis & Bockius LLP ("Morgan Lewis")[19] in Chicago from October 2019 to February 2023<br><br>2018 Summer Associate at McDermott Will & Emery ("McDermott")[20] in Chicago | Did not represent, and was not exposed to confidential information related to, the QTCB Noteholder Group, Goldman Sachs, the Debtors, or the Title III Cases |

---

[16]   Weil represents National Public Finance Guarantee Corporation in the Title III Cases.

[17]   Mayer Brown represents VR Global Partners LP in the Title III Cases.

[18]   Dentons represents The Medical Protective Company in the Title III Cases.

[19]   Morgan Lewis represents the QTCB Noteholder Group (Canyon Capital Advisors LLC, River Canyon Fund Management LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP) in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Madeleine Shiff<br><br>Associate, New York, February 2023 | Associate in New York from May 2021 to February 2022 at Davis Polk, where Ms. Shiff represented Ankura Consulting Group, LLC and FirstGroup in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Group of Puerto Rico Bondholders, the Debtors, or the Title III Cases |
| Adnane Ayeb<br><br>Associate, London, March 2023 | Associate at Weil in London from September 2021 to March 2023<br><br>2020 Summer Associate at Shearman & Sterling in London | Did not represent, and was not exposed to confidential information related to, National Public Finance Guarantee Corporation, EcoEléctrica, L.P., the Debtors, or the Title III Cases |
| Jeremy Berkowitz<br><br>Senior Privacy Director and Deputy Chief Privacy Officer, Washington, D.C., March 2023 | Senior Consultant at Deloitte in McLean, VA from July 2016 to June 2018<br><br>Mr. Berkowitz's brother is a Managing Director, Head of Real Assets, at Prudential Financial. | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Orla Cooke<br><br>Trainee Solicitor, London, March 2023 | Paralegal in London from March 2021 to August 2021 at Clyde & Co., where Ms. Cooke represented Dechert in a matter unrelated to the Title III Cases.<br><br>Vacation Scheme Student at Jones Day in London in December 2019 | Did not represent, and was not exposed to confidential information related to, Peaje Investments, LLC, the ERS bondholders, Saybolt, LP, the Debtors, or the Title III Cases |
| Bethany Hickey<br><br>Associate, New York, March 2023 | Associate at Ropes & Gray LLP[21] in New York from March 2021 to March 2023<br><br>Associate (from January 2014 to March 2021) and Summer Associate (2012) in New York at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where Ms. Hickey represented Vitol Green Holdings LLC in matters unrelated to the Title III Cases. | Did not represent, and was not exposed to confidential information related to, the Bondholder Group, the Debtors, or the Title III Cases |

---

[20] McDermott represents Goldman Sachs Asset Management, LP and Goldman Sachs-related entities (collectively, "Goldman Sachs") in the Title III Cases.

[21] Ropes & Gray represents Adirondack Holdings I, Adirondack Holdings I LLC, Adirondack Holdings II LLC, Decagon Holdings 1, L.L.C., Decagon Holdings 2, L.L.C., Decagon Holdings 3, L.L.C., Decagon Holdings 4, L.L.C., Decagon Holdings 5, L.L.C., Decagon Holdings 6, L.L.C., Decagon Holdings 7, L.L.C., Decagon Holdings 8, L.L.C., Decagon Holdings 9, L.L.C., Decagon Holdings 10, L.L.C., Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it, and Milford Sound Holdings II LP (collectively, the "Bondholder Group") in the Title III Cases.

| **Name of New Hire**<br>Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Maria Korchik<br><br>Trainee Solicitor, London, March 2023 | Paralegal at Simpson Thacher in London from May 2021 to July 2021<br><br>Paralegal in London from October 2021 to December 2021 at Weil, where Ms. Korchik represented Columbia Threadneedle in a transaction unrelated to the Title III Cases.<br><br>Winter Vacation Scheme Student at Jones Day in London in December 2018 | Did not represent, and was not exposed to confidential information related to, J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, Tilden Park Investment Master Fund LP, National Public Finance Guarantee Corporation, the ERS bondholders, Saybolt, LP, the Debtors or the Title III Cases |
| Maria Larsen<br><br>Of Counsel, New York, March 2023 | Associate and then Counsel at Shearman & Sterling in New York from January 2012 to March 2023 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |
| Laura Logsdon<br><br>Of Counsel, New York, March 2023 | Associate at White & Case in New York from October 2016 to March 2023 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., the Debtors or the Title III Cases |
| Jillian McMillan<br><br>Associate, New York, March 2023 | Associate at Weil in New York from September 2020 to March 2023 | Did not represent, and was not exposed to confidential information related to, National Public Finance Guarantee Corporation, the Debtors, or the Title III Cases |
| Grissel Mercado<br><br>Partner, New York, March 2023 | Partner at Shearman & Sterling in New York from October 2007 to March 2023 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |
| Hugh Odone<br><br>Trainee Solicitor, London, March 2023 | As provided in the Tenth Supplemental Declaration, Mr. Odone was a paralegal at Paul Hastings from August 2021 to March 2022.<br><br>Paralegal at Simpson Thacher in London from November 2020 to July 2021<br><br>Paralegal at Morgan Stanley in London from November 2019 to November 2020<br><br>Paralegal at M&G Prudential in London from September 2019 to October 2019 | Did not represent, and was not exposed to confidential information related to, J.P. Morgan Securities, LLC, Ultra Master Ltd., Ultra NB LLC, SC5EJT LLC as Transferee of Sola Ltd., SC5EJT LLC as Transferee of Ultra Master Ltd., Sola Ltd., Solus Opportunities Fund 5 LP, Tilden Park Investment Master Fund LP, the Debtors, or the Title III Cases |
| Garreth Wong<br><br>Partner, London, March 2023 | Partner at Shearman & Sterling in New York from July 2020 to March 2023 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Jorge Juan Ballen Sadarriaga<br><br>Associate, New York, April 2023 | Visiting Attorney at Shearman & Sterling in New York from January 2022 to November 2022 | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors, or the Title III Cases |
| John Budetti<br><br>Partner, New York, April 2023 | Partner (from October 2010 to April 2023) and Associate (from August 2006 to October 2010) at K&E in New York | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Bailey Garcia<br><br>Employment Law Support Team, Los Angeles, April 2023 | Pro Bono Coordinator at K&E in Los Angeles from November 2022 to February 2023<br><br>Paralegal at Davis Polk in Menlo Park, CA from June 2021 to November 2022 | Did not represent, and was not exposed to confidential information related to, the Group of Puerto Rico Bondholders, the Debtors, or the Title III Cases |
| Tawnee Harker<br><br>Associate, London, April 2023 | Associate at Milbank LLP ("Milbank")[22] in London from January 2018 to August 2020<br><br>Senior Managing Associate at Sidley Austin LLP[23] in London from August 2020 to April 2023 | Did not represent, and was not exposed to confidential information related to, Ambac Assurance Corporation, Baxter International, Baxter Sales & Distribution PR Corp, the Debtors or the Title III Cases |
| Seamus Vaughan Lucey<br><br>Associate, London, April, 2023 | Associate at K&E in London from March 2020 to February 2023 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Mehran Massih<br><br>Of Counsel, London, April 2023 | Counsel in Munich, London and New York from January 1996 to April 2023 at Shearman & Sterling, where Mr. Massih represented Samuel E. Ramirez & Company, Inc., Quest Diagnostics, Banco Santander, and Truist Financial Corporation in matters unrelated to the Title III Cases. | Did not represent, and was not exposed to confidential information related to, EcoEléctrica, L.P., the Debtors or the Title III Cases |
| Gil Savir<br><br>Of Counsel, New York, April 2023 | Associate (from March 2016 to March 2023) and 2015 Summer Associate at Davis Polk in New York | Did not represent, and was not exposed to confidential information related to, the Group of Puerto Rico Bondholders, the Debtors, or the Title III Cases |
| Ryan Swan<br><br>Partner, Chicago, April 2023 | Partner (from October 2018 to May 2023) and Associate (from July 2013 to October 2018) at K&E in Chicago | Did not represent, and was not exposed to confidential information related to, the Debtors, or the Title III Cases |

---

[22] Milbank represents Ambac Assurance Corporation in the Title III Cases.

[23] Sidley Austin represents Baxter International and Baxter Sales & Distribution PR Corp in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Magdalini Vasiadi<br><br>Associate, New York, April 2023 | Associate (from April 2021 to May 2023) and Legal Intern (from April 2018 to April 2021) at Jones Day in New York | Did not represent, and was not exposed to confidential information related to, the ERS bondholders, Saybolt, LP, the Debtors, or the Title III Cases |
| Jackson Herndon<br><br>Associate, New York, May 2023 | Associate at White & Case in New York from October 2015 to April 2023 | Did not represent, and was not exposed to confidential information related to, the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., the Debtors, or the Title III Cases |
| Susan Leader<br><br>Partner, Century City, May 2023 | Partner at Akin Gump Strauss Hauer & Feld LLP ("Akin Gump")[24] in Los Angeles from September 2011 to September 2021 | Did not represent, and was not exposed to confidential information related to, Atlantic Medical Center, Inc., Camuy Health Services, Inc, Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc, Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc., Cobra Acquisitions LLC, Monarch Alternative Capital, the Debtors or the Title III Cases |
| Paul Patrow<br><br>Partner, Chicago, May 2023 | Partner at Faegre Drinker Biddle & Reath LLP in Chicago from March 2023 to April 2023 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Shuming Qian<br><br>Summer Intern, Shanghai, May 2023 | Trainee in Shanghai from July 2022 to September 2022 at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel"),[25] where Mr. Qian represented Hill-Rom Holdings (and entity related to Baxter Sales & Distribution PR Corp) in a matter unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Lawful Constitutional Debt Coalition (a group of general obligation bondholders), the COFINA Senior Bondholders' Coalition, the Debtors, or the Title III Cases |
| Ali Rabbani<br><br>Of Counsel, Century City, May 2023 | Senior Counsel at Akin Gump in Los Angeles from July 2016 to November 2021 | Did not represent, and was not exposed to confidential information related to, Atlantic Medical Center, Inc., Camuy Health Services, Inc, Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc, Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc., Cobra Acquisitions LLC, Monarch Alternative Capital, the Debtors or the Title III Cases |

---

[24]  Akin Gump represents Atlantic Medical Center, Inc., Camuy Health Services, Inc, Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc, Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., Hospital General Castañer, Inc., Cobra Acquisitions LLC, and Monarch Alternative Capital in the Title III Cases.

[25]  Quinn Emanuel represents or has represented the Lawful Constitutional Debt Coalition (a group of general obligation bondholders) and the COFINA Senior Bondholders' Coalition in the Title III Cases.

| **Name of New Hire** Capacity, Paul Hastings' Office, Start Date | **Prior Employment** | **No Involvement in Title III Cases at Prior Employment** |
|---|---|---|
| Yiqun (Amber) Zhang  Associate, Palo Alto, May 2023 | 2022 Summer Associate and Associate from December 2021 to April 2023 at Weil in Redwood Shores, CA | Did not represent, and was not exposed to confidential information related to, the National Public Finance Guarantee Corporation, the Debtors or the Title III Cases |
| Woeser Dolma  2023 Summer Associate, New York | 2022 Summer Analyst at Goldman Sachs in Dallas  Investment Funds Paralegal at Paul, Weiss, Rifkind, Wharton & Garrison LLP in New York from June 2018 to June 2021 | Did not represent, and was not exposed to confidential information related to, the Paul Weiss Clients, the Debtors or the Title III Cases |
| Justin Garcia  2023 Summer Associate, Houston | 2022 Summer Associate at Greenberg Traurig, LLP[26] in Houston | Did not represent, and was not exposed to confidential information related to, to the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority (PREPA), the Debtors, or the Title III Cases |
| Kelli Hamilton  2023 Summer Associate, Los Angeles | 2022 Summer Associate at Winston & Strawn LLP ("Winston")[27] in Los Angeles  Legal Assistant at White & Case in Los Angeles from July 2019 to July 2021  Gaddipati Fellow at DLA Piper in Washington, D.C. from June 2018 to July 2018 | Did not represent, and was not exposed to confidential information related to, Bank of America Corporation, Bank of America, N.A., BofA Securities, Inc., Intervenor in Adversary Proceeding 19-0039, Merrill Lynch, Pierce, Fenner & Smith Inc., Merrill Lynch Capital Services, Inc., the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., LUMA Energy Servo, LLC, LUMA Energy, LUMA Energy, LLC, Puerto Rico's Fiscal Agency and Financial Advisory Authority, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, the University of Puerto Rico, the Debtors, or the Title III Cases. |
| Hailey Kay  2023 Summer Associate, New York | Paralegal at Quinn Emanuel in New York from July 2019 to August 2021  Student Trainee at Department of Homeland Security in Los Angeles from June 2018 to August 2018 | Did not represent, and was not exposed to confidential information related to, the Lawful Constitutional Debt Coalition (a group of general obligation bondholders), the COFINA Senior Bondholders' Coalition, the Debtors, or the Title III Cases |
| Marcella Leonard  2023 Summer Associate, New York | Internal Auditor at Proskauer in New York from August 2019 to July 2021  Audit Analyst at JP Morgan Chase & Co. in New York in the summer of 2017 and from August 2018 to August 2019 | Did not represent, and was not exposed to confidential information related to, the Oversight Board, the Debtors or the Title III Cases |

---

[26] Greenberg Traurig represents Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority (PREPA), in the Title III Cases.

[27] Winston represents Bank of America Corporation, Bank of America, N.A., BofA Securities, Inc., Intervenor in Adversary Proceeding 19-0039, Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Capital Services, Inc. in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Kezia Otinkorang<br><br>2023 Summer Associate, New York | SEO Law Fellow in New York from May 2022 to July 2022 at Milbank, where Ms. Otinkorang represented Diamond Offshore Drilling (an entity related to Continental Casualty Company and Western Surety Company) in a matter unrelated to the Title III Cases. | Did not represent, and was not exposed to confidential information related to, Ambac Assurance Corporation, the Debtors or the Title III Cases |
| Karen Reyes<br><br>2023 Summer Associate, New York | Legal Intern at Goldman Sachs in Dallas from June 2022 to August 2022<br><br>Legal Assistant at Proskauer in New York from June 2018 to October 2018 | Did not represent, and was not exposed to confidential information related to, the Oversight Board, the Debtors, or the Title III Cases |
| Mark Fung<br><br>Associate, London, July 2023 | Trainee Solicitor at Hogan Lovells in London (international secondment in Hong Kong) from February 2018 to February 2020 | Did not represent, and was not exposed to confidential information related to, the U.S. Bank Trust N.A., the bonds issued by certain Puerto Rico instrumentalities (as detailed in fn. 9), the Debtors, or the Title III Cases |