## EXHIBIT C

## New Hires Not Subject to an Ethical Wall[1]

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Chris Cobourn<br><br>Non-attorney Vendor / Consultant, New York, October 2021 | Government Programs Expert at K&E May 2022 to July 2022<br><br>Government Programs Expert at Hogan Lovells from December 2021 to June 2022 | Did not represent, and was not exposed to confidential information related to, the U.S. Bank Trust N.A., the bonds issued by certain Puerto Rico instrumentalities (as detailed in Exhibit B, fn. 9), the Debtors, or the Title III Cases |
| Christina Allen<br><br>Other Attorney, London, October 2022 | Senior Counsel at Columbia Threadneedle Management Limited / BMO Global Asset Management in London from March 2012 to June 2022 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Stanley Birch<br><br>Associate, New York, October 2022 | As provided in the Tenth Supplemental Declaration, Mr. Birch was a 2021 summer associate at Paul Hastings.<br><br>Student Honors Intern at the U.S. Securities and Exchange Commission (the "SEC") in Washington, D.C. from May 2020 to July 2020 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Matthew Childers<br><br>Associate, Chicago, October 2022 | As provided in the Tenth Supplemental Declaration, Mr. Childers was a 2021 summer associate at Paul Hastings | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Fabien Communier<br><br>Associate, Paris, October 2022 | Secondee (from Herbert Smith Freehills) at BNP Paribas in Paris from January 2020 to July 2021<br><br>Secondee (from Herbert Smith Freehills) at Natixis in Paris from July 2017 to December 2017 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Alexandra Daniels<br><br>Associate, Washington, D.C., October 2022 | International Regulation and Compliance Paralegal (from June 2017 to June 2019) and International Regulation and Compliance Project Assistant (from June 2016 to June 2017) at Steptoe & Johnson LLP[2] in Washington, D.C. | Did not represent, and was not exposed to confidential information related to, MHPS Puerto Rico, LLC, the Debtors, or the Title III Cases |

---

[1]   The data in this Exhibit C is based on disclosure to the firm provided by the New Hires.

[2]   Steptoe & Johnson represents MHPS Puerto Rico, LLC in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Esma Djokovic<br><br>Associate, Orange County, CA, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. Djokovic was a 2021 summer associate at Paul Hastings.<br><br>Part-time Summer Associate (from August 2020 to March 2021), full-time Summer Associate (from June 2020 to August 2020), Business Development Coordinator (from September 2016 to June 2019), and Office Services Clerk (from September 2015 to August 2016)<br>with Stradling Yocca Carlson & Rauth ("Stradling Yocca")[3] in Newport Beach, CA | Did not represent, and was not exposed to confidential information related to, Autonomous Municipality of Ponce/Municipio Autonomo de Ponce, the Debtors, or the Title III Cases |
| Yves Dutra<br><br>Foreign Associate, New York, October 2022 | Employee from November 2015 to September 2022 in Brazil at Stocche Forbes Advogados, where he worked on certain matters unrelated to the Title III Cases for Banco Santander (Brazil) | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Spencer Emanuel<br><br>Associate, New York, October 2022 | Real Estate Legal Intern at Sculptor Capital Management, Inc. (f/k/a Och-Ziff) in New York from June 2021 to August 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Bryan Garcia<br><br>Associate, Los Angeles, October 2022 | Extern at the U.S. Department of Justice, U.S. Trustee's Office, in Santa Ana, CA from May 2019 to July 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Nina John<br><br>Associate, Palo Alto, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. John was a 2021 summer associate at Paul Hastings.<br><br>Assistant Managing Clerk in Boston from November 2017 to August 2019 with Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where she worked with Quest Diagnostics, Inc. in matters unrelated to the Title III Cases. | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Joshua Lopez<br><br>Associate, Washington, D.C., October 2022 | As provided in the Tenth Supplemental Declaration, Mr. Lopez was a 2021 Summer Associate in Washington, D.C.<br><br>Legal Intern with the U.S. Department of Commerce, Information Law Division, in Washington, D.C. from January 2021 to April 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[3]   Stradling Yocca represents Autonomous Municipality of Ponce/Municipio Autonomo de Ponce in the Title III Cases.

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Cheron Mims<br><br>Associate, Chicago, October 2022 | As provided in the Tenth Supplemental Declaration, Ms. Mims was a 2021 summer associate at Paul Hastings.<br><br>Litigation Support Technician in Chicago from February 2019 to August 2019 at Sidley Austin, where she processed data related to Baxter International in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Lauren Rogers<br><br>Associate, San Francisco, October 2022 | Extern at the U.S. Attorneys Office in Washington, D.C. from September 2021 to December 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Margaret Shields<br><br>Associate, Washington, D.C., October 2022 | As provided in the Tenth Supplemental Declaration, Ms. Shields was a 2021 Summer Associate with Paul Hastings.<br><br>2020 Summer Honors Program Intern at the SEC in New York<br><br>Paralegal Specialist at the U.S. Attorney's Office for the Southern District of New York from October 2017 to July 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Allison Talker<br><br>Associate, New York, October 2022 | Summer Associate at Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden")[4] in New York from May 2021 to July 2021<br><br>2020 Summer Associate at Paul Hastings in New York and 2019 Summer Legal Intern (Ron Brown Scholar) at Paul Hastings in San Francisco | Did not represent, and was not exposed to confidential information related to, the Skadden Clients, the Debtors, or the Title III Cases |
| Hailey Ullmann<br><br>Associate, New York, October 2022 | Research Sales Analyst at Jefferies Financial Group – M Science in New York from July 2017 to July 2018 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[4]    Skadden represents The Ayendez Faccio Trust, Represented by UBS Trust Company of Puerto Rico, The Garcia Gubern Trust, Represented by UBS Trust Company of Puerto Rico, The Mark Trust , Represented by UBS Trust Company of Puerto Rico, Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Vitol Inc., Vitol S.A., UBS Financial Services Incorporated of Puerto Rico, The UBS Individual Retirement Account, Represented by UBS Trust Company of Puerto Rico, UBS Individual Retirement Account, Represented by UBS Trust Company of PR, UBS IRA Select Growth & Income Puerto Rico Fund, UBS Trust Company of Puerto Rico, Victor Hernandez Diaz, Victor Hernandez Diaz, Escrow Agent, Represented by UBS Trust Company of PR (collectively, the "Skadden Clients") in the Title III Cases.

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Nicole Wong<br><br>Associate, New York, October 2022 | As provided in Tenth Supplemental Declaration, Ms. Wong was a 2021 summer associate with Paul Hastings in New York.<br><br>Summer Analyst with Goldman Sachs Asset Management in New York from June 2020 to August 2020 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Florence Noorinejad<br><br>Associate, New York, December 2022 | Paralegal (from October 2017 to July 2018) and Real Estate Case Assistant (from May 2015 to September 2017) in Paul Hastings' New York office<br><br>Real Estate Associate in New York from September 2021 to November 2022 at Sidley Austin<br><br>Legal Intern at the SEC in Washington, D.C. from January 2020 to April 2020 | Did not represent, and was not exposed to confidential information related to, Baxter International, Baxter Sales & Distribution PR Corp, the Debtors, or the Title III Cases |
| Thai-Hoa Su<br><br>Other Attorney, New York, December 2022 | Intellectual Property Attorney Advisor at the U.S. Department of Education ("DOE") in Washington, D.C. from November 2016 to April 2017 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Renjie Zhang<br><br>Legal Intern, Beijing, December 2022 | Intern at Cooley LLP[5] in Beijing from March 2022 to June 2022 | Did not represent, and was not exposed to confidential information related to, Ambac Assurance Corporation, the Debtors, or the Title III Cases |
| Thibault Dulac<br><br>Legal Intern, Paris, January 2023 | Tax Trainee at Deloitte in Paris from January 2022 to June 2022<br><br>Tax Intern at Deloitte in Paris from September 2020 to June 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Kimberly Forster<br><br>Associate, Washington, D.C., January 2023 | 2021 Summer Associate at Paul Hastings in Washington, D.C.<br><br>Law Clerk at the U.S. Department of Defense in Washington, D.C. from August 2021 to December 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[5]   Cooley represents or represented Ambac Assurance Corporation in the Title III Cases.

| Name of New Hire<br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Caroline Simmons<br><br>Paralegal, London, January 2023 | Insight Programme (virtual participant) at DLA Piper in April 2020<br><br>Virtual Insight Morning Participant at Weil in November 2020<br><br>Open Day Participant at Reed Smith in November 2020 | Did not represent, and was not exposed to confidential information related to, LUMA Energy Servo, LLC, LUMA Energy, LUMA Energy, LLC, Puerto Rico's Fiscal Agency and Financial Advisory Authority, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, the University of Puerto Rico, Vinson & Elkins Retirement Plan Trust-GSAM Core Plus Fixed Income Separate, National Public Finance Guarantee Corporation, Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders, Bank of New York Mellon, Bank of New York Mellon, as Trustee for Municipal Finance Agency 2005 Series A Bonds, Bank of New York Mellon, as Fiscal Agent, Bank of New York Mellon, as Trustee, Siemens Transportation Partnership Puerto Rico, S.E., Siemens Corporation, the Debtors, or the Title III Cases |
| Steven Hsu<br><br>Local Partner, Hong Kong, February 2023 | Partner at Sidley Austin in Hong Kong from approximately December 2021 to January 2023 | Did not represent, and was not exposed to confidential information related to, Baxter International, Baxter Sales & Distribution PR Corp., the Debtors or the Title III Cases |
| Miranda Ward<br><br>Director of Communications, Europe, London, February 2023 | PR Specialist at Latham in London from July 2014 to November 2015 | Did not represent, and was not exposed to confidential information related to, Autonomy Capital (Jersey) LP, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., Pinehurst Partners, L.P., the Debtors, or the Title III Cases |

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Henri Martin<br><br>Trainee Solicitor, London, March 2023 | Open Day Participant in online event by Skadden in November 2020<br><br>Open Day Participant in online event by Shearman & Sterling in December 2020<br><br>Participant in online events by White & Case in November 2020, December 2020, and April 2021<br><br>Participant in online event by Mayer Brown in December 2020 | Did not represent, and was not exposed to confidential information related to the Skadden Clients, EcoEléctrica, L.P., the junior COFINA bondholders, Doral Financial Corporation, the UBS Family of Funds, the Puerto Rico Family of Funds, et al., VR Global Partners LP, the Debtors, or the Title III Cases |
| Douglas Sawyer<br><br>Partner, Chicago, March 2023 | Partner at Perkins Coie LLP[6] in Chicago from 2007 to March 2023 | Did not represent, and was not exposed to confidential information related to, GMS Group LLC, the Debtors or the Title III Cases |
| Christine Anusbigian<br><br>Consultant, Washington, D.C., April 2023 | Specialist Leader at Deloitte & Touche in Michigan from 1996 to December 2022 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Clotilde Lacourt<br><br>Legal Intern, Paris, April 2023 | Intern at EY Société d'Avocats in Bretagne, France from June 2021 to July 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Stefano Troilo<br><br>Junior Paralegal, New York, April 2023 | IP Litigation Clerk in Washington, D.C. from January 2020 to March 2023 at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, where Mr. Troilo represented AstraZeneca PLC in matters unrelated to the Title III Cases | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Matthew Anson<br><br>Associate, London, May 2023 | Associate at Sidley Austin in London from March 2020 to March 2023 | Did not represent, and was not exposed to confidential information related to, Baxter International, Baxter Sales & Distribution PR Corp, the Debtors or the Title III Cases |
| Austin Castellano<br><br>Associate, New York, May 2023 | 2016 Summer Associate, Associate (from October 2017 to February 2021), and Managing Associate (from February 2021 to May 2023) at Dentons US LLP in New York | Did not represent, and was not exposed to confidential information related to, The Medical Protective Company, the Debtors or the Title III Cases |

---

[6]    Perkins Coie LLP represents GMS Group, LLC in the Title III Cases.

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Nick Roxburgh<br><br>Associate, London, May 2023 | Legal Secondee at Citigroup in London from September 2015 to March 2016 while a trainee solicitor at Ashurst LLP in London | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Matthew Schoenfeld<br><br>Associate, New York, May 2023 | Associate at Goodwin Procter LLP[7] in New York from October 2015 to May 2023 | Did not represent, and was not exposed to confidential information related to, Goldman Sachs, the Debtors or the Title III Cases |
| Andrew Arnold<br><br>2023 Summer Associate, San Francisco | 2022 Summer Legal Intern, Enterprise Account Executive (from June 2020 to July 2021), Account Progression Manager (from February 2020 to May 2020), and Business Development Consultant (from February 2019 to January 2020) at Oracle America Inc. in San Francisco | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Kristine Baffo<br><br>2023 Summer Associate,  New York | 2022 Summer Analyst at Goldman Sachs in Dallas | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Theodore Galvan<br><br>2023 Summer Associate, New York | Paralegal at Sidley Austin in Palo Alto, CA from June 2022 to August 2022 | Did not represent, and was not exposed to confidential information related to, Baxter International, Baxter Sales & Distribution PR Corp, the Debtors or the Title III Cases |
| Helen Gustafson<br><br>2023 Summer Associate, San Diego | Relationship Banker at JPMorgan Chase Bank in Chicago from December 2018 to December 2019 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Amon Jones<br><br>2023 Summer Associate, Century City | 2022 Summer Associate at Cooley in Los Angeles<br><br>SEO Law Fello at Skadden in New York in the summer of 2021 | Did not represent, and was not exposed to confidential information related to, Ambac Assurance Corporation, the Skadden Group, the Debtors, or the Title III Cases |
| Alec Kellzi<br><br>2023 Summer Associate, Los Angeles | 2022 Summer Associate at Paul Hastings<br><br>Administrative Contractor (from September 2022 to March 2023), Senior Associate (from September 2019 to May 2021), and Associate (from January 2019 to August 2019) at Ernst & Young in Los Angeles | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[7]    Goodwin Procter represents Goldman Sachs in the Title III Cases.

| Name of New Hire Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
|---|---|---|
| Katharine Landphair-Henneke<br><br>2023 Summer Associate, Washington, D.C. | Legal Assistant at McDermott in Washington, D.C. from July 2019 to June 2021 | Did not represent, and was not exposed to confidential information related to, Goldman Sachs, the Debtors or the Title III Cases |
| Cooper Lerner<br><br>2023 Summer Associate, Washington, D.C. | LSAT Tutor who partnered with the diversity initiative team at Munger, Tolles & Olson, LLP ("Munger"), but was not employed by Munger at any time | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Crist Malekyan<br><br>2023 Summer Associate, Los Angeles | 2022 Summer Associate at Paul Hastings | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| James P. Maniscalco<br><br>2023 Summer Associate, Orange County, CA | As provided in the Twelfth Supplemental Declaration, Mr. Maniscalco was a 2022 summer intern at Paul Hastings.<br><br>2019 Summer Intern with the U.S. Environmental Protection Agency in Washington, D.C. | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Victoria Peng<br><br>2023 Summer Associate, New York | Wealth Strategies Analyst at Bank of America in Los Angeles from March 2020 to July 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Jobaniel D. Pérez Ríos<br><br>2023 Summer Associate, New York | Law Clerk at Ferraiuoli LLC[8] in San Juan, Puerto Rico from September 2022 to December 2022 | Did not represent, and was not exposed to confidential information related to, Ambac Assurance Corporation, Asociacion de Suscripcion Conjunta del Seguro de Responsabilidad Obligatorio, the Debtors or the Title III Cases |
| Kamal Rettrey<br><br>2023 Summer Associate, Chicago | SEC Scholar Intern at the SEC in Washington, D.C. from January 2023 to March 2023 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Mary Patricia Roche<br><br>2023 Summer Associate, Chicago | 2020 Summer Intern at PepsiCo in Illinois | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Will Kuai Yu<br><br>2023 Summer Associate, New York | Supply Chain Specialist II at Jet.Com/Walmart E-Commerce in New Jersey from January 2018 to January 2021 | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |

---

[8]   Ferraiuoli LLC represents Ambac Assurance Corporation and Asociacion de Suscripcion Conjunta del Seguro de Responsabilidad Obligatorio in the Title III Cases.

| Name of New Hire<br><br>Capacity, Paul Hastings' Office, Start Date | Prior Employment | No Involvement in Title III Cases at Prior Employment |
| --- | --- | --- |
| Holly Peslis<br><br>Case Assistant, Washington, D.C., June 2023 | 2022 Summer Intern at the DOE in Washington, D.C.<br><br>2022 Spring Intern at the Cybersecurity and Infrastructure Security Agency, part of the Department of Homeland Security, in Washington, D.C. | Did not represent, and was not exposed to confidential information related to, the Debtors or the Title III Cases |
| Elinda Karpoutzoglou<br><br>Legal Intern, Paris, July 2023 | Legal Consultant at Steptoe & Johnson in Brussels and London from February 2022 to September 2022 | Did not represent, and was not exposed to confidential information related to, MHPS Puerto Rico, LLC, the Debtors or the Title III Cases |