# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780-LTS |

**JOINT STATUS REPORT OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO AND OTHER PARTIES IN INTEREST REGARDING CONFIRMATION SCHEDULE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

**To the Honorable United States District Judge Laura Taylor Swain:**

In the *Order Concerning Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Extension to June 23, 2023 for Certification of 2023 PREPA Fiscal Plan* [ECF No. 3768] (the "Order"), the Court directed the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] to meet and confer with counsel for the objectors to the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 3296] (as it may be amended, supplemented, or modified, the "Title III Plan") and file a joint status report (the "Joint Status Report") by June 21, 2023 at 2:00 p.m. (A.S.T.) "concerning whether and to what extent the parties believe that confirmation-related dates and deadlines should be altered or suspended in advance" of the forthcoming certification of the 2023 PREPA Fiscal Plan (as defined below). *See* Order at 2. This Joint Status Report is being submitted by the following:

(i) The Oversight Board;

(ii) National Public Finance Guarantee Corporation ("National");

(iii) The Fuel Line Lenders ("FLL");

(iv) The Puerto Rico Fiscal Agency and Financial Authority ("AAFAF");

(v) The Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"), U.S. Bank National Association (the "Trustee"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"), Syncora Guarantee Inc.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

    ("Syncora," and collectively with the Ad Hoc Group, Trustee, and Assured, "Bondholders");

(vi)   The Official Committee of Unsecured Creditors (the "Creditors' Committee");

(vii)   The Ad Hoc Committee of National Claim Assignees (the "Ad Hoc Committee");

(viii)   Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER");

(ix)   Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE");

(x)   Instituto de Competitividad y Sostenibilidad Económica de Puerto Rico ("ICSE");

(xi)   PV Properties, Inc. ("PV Properties"); and

(xii)   Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc.-Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc. (collectively, the "Environmental Advocacy Groups," and together with Bondholders, UCC, Ad Hoc Committee, UTIER, SREAEE, ICSE, and PV Properties, the "Objectors").[3]

**I.**   **Background**

  1.   On June 17, 2023, the Oversight Board filed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Extension to June 23, 2023 for Certification of 2023 PREPA Fiscal Plan* [ECF No. 3767]. Therein, the Oversight Board informed the Court that it was unable to responsibly certify a fiscal plan for PREPA for fiscal year

---

[3] As of the filing of the Joint Status Report, counsel for the Oversight Board had not received notice from counsel for PV Properties, ICSE, or the Environmental Advocacy Groups as to whether they are in agreement with the language of the Joint Status Report.

3

2023 (the "2023 PREPA Fiscal Plan") by its anticipated deadline of June 16, 2023, and committed to certifying the 2023 PREPA Fiscal Plan and identifying any necessary amendments to the Title III Plan by June 23, 2023. The Oversight Board further committed to upload to the Plan Depository the model and other source data supporting the 2023 PREPA Fiscal Plan as soon as they are available.

2. On June 18, 2023, the Court entered the Order, requiring the Oversight Board to meet and confer with counsel for the objectors and file this Joint Status Report. Additionally, the Court directed the Oversight Board to meet and confer with counsel for the objectors within 24 hours of the certification of the 2023 PREPA Fiscal Plan and file an additional status report by June 28, 2023 (the "June 28 Status Report").

3. Following entry of the Order, Bondholders filed the *Urgent Motion of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee, Inc., and U.S. Bank National Association as PREPA Bond Trustee to Suspend Upcoming Confirmation Deadlines Due to the Oversight Board's Delay in Certifying PREPA's 2023 Fiscal Plan* [ECF No. 3769] ("Bondholders' Urgent Motion"). Therein, Bondholders requested the Court suspend the June 21, 2023 deadlines for filing finalized witness lists, exhibit lists, and deposition designations, and the June 26, 2023 deadline for filing witness declarations. The Oversight Board did not object to Bondholders' requested relief.

4. On June 19, 2023, in response to Bondholders' Urgent Motion, the Court entered the *Order Suspending Certain Confirmation Deadlines* [No. 3770], suspending the deadlines for filing finalized witness lists, exhibit lists, deposition designations, and witness declarations.

5. On June 20, 2023, consistent with the Order, counsel for the Oversight Board met and conferred with counsel for National, FLL, AAFAF, and the Objectors to discuss whether and

4

to what extent upcoming confirmation-related dates should be altered or canceled in advance of the issuance of the 2023 PREPA Fiscal Plan and the forthcoming June 28 Status Report. Counsel for the Oversight Board informed the Objectors that the Oversight Board (i) still anticipates certifying PREPA's 2023 Fiscal Plan this Friday, June 23; (ii) intends, in connection with such certification, to describe any changes that it anticipates proposing to the plan of adjustment, but will not actually file a new or amended plan this Friday; and (iii) consistent with prior practice, it may take up to two weeks following any fiscal-plan certification to provide models and data underlying the new fiscal plan to Objectors, although the Oversight Board would endeavor to provide the materials as soon as possible.

**II.      All Remaining Confirmation-Related Deadlines Should be Canceled.**

6. The Court already has suspended, pending further order, the deadlines for filing finalized witness lists, exhibit lists, deposition designations, and witness declarations. *See* ECF No. 3770. In light of the announced actions of the Oversight Board with respect to the 2023 PREPA Fiscal Plan and the anticipated changes to the Title III Plan, there was a consensus that there was no choice but to request that all remaining confirmation-related deadlines be canceled.

7. Concurrently with this Joint Status Report, the Oversight Board will be filing an urgent motion formally requesting the cancellation of all remaining confirmation-related deadlines, including the currently scheduled dates for the hearing on confirmation of the Title III Plan.

8. As required by the Order, the Oversight Board will meet and confer with National, FLL, AAFAF, and the Objectors following the certification of the PREPA 2023 Fiscal Plan. In the June 28 Status Report, the Oversight Board expects to be able to provide information concerning whether and when a proposed supplemental disclosure statement and full proposed amended plan can be filed, and the path forward towards confirmation. The Oversight Board will

5

advise the Court as to whether it believes any resolicitations are required and whether it believes the proposed supplemental disclosure statement requires approval of the Court prior to such solicitations; the Objectors reserve all rights with respect to the foregoing, pending the receipt of additional information.

**Oversight Board's Statement:**

9. The Oversight Board disagrees with the Bondholders' statement below. Due to timing constraints, the Oversight Board will not address the Bondholders' statement in this Joint Status Report, but reserves the right to respond in due course.

**Bondholders' Statement:**

10. Bondholders agree that the Oversight Board's recent announcements render the existing confirmation-related schedule untenable. They do not agree in advance, however, to whatever "path forward towards confirmation" the Oversight Board may propose. To the contrary, the Bondholders submit that the Oversight Board's repeated failures to meet its self-imposed deadlines to certify a fiscal plan and the Court's scheduling orders amount to undue delay that harms PREPA's creditors and the Commonwealth.

**Creditors' Committee's Statement:**

11. The Committee also agrees that the Oversight Board's recent announcements render the existing confirmation-related schedule untenable. The Committee reserves all rights with respect to whatever "path forward towards confirmation" the Oversight Board may propose.

**UTIER and SREAEE's Statement:**

12. UTIER and SREAEE agree that the Oversight Board's recent announcements render the existing confirmation-related schedule untenable and reserves all rights with respect to whatever "path forward towards confirmation" the Oversight Board may propose.

**AAFAF's Statement:**

13. The importance of getting PREPA's restructuring right is paramount. There is an opportunity here to shape the future of Puerto Rico's energy sector and Puerto Rico more broadly, but only if the Title III Plan is affordable, feasible, and sustainable. PROMESA requires that the Oversight Board schedule fiscal plan certifications each fiscal year.[4] If the Oversight Board needs more time to address whether the Title III Plan is affordable, feasible, and sustainable in light of the 2023 PREPA Fiscal Plan, then AAFAF believes it should do what is necessary to fulfill its responsibilities and statutory obligations. The Oversight Board must do everything it can to (i) keep electric rates affordable; and (ii) preserve Puerto Rico's economy and PREPA's functionality by ensuring that PREPA's restructured debt is sustainable. This is the only way to protect the residents and businesses of Puerto Rico and to safeguard PREPA from future restructurings. AAFAF reserves all rights with respect to any amended Title III Plan and path forward.

---

[4] *See* 48 U.S.C. §§ 2141(a) (noting that "in each fiscal year [(i.e., July 1 to June 30)] . . . during which the Oversight Board is in operation, the Oversight Board shall deliver a notice to the Governor providing a schedule for the process of development, submission, approval, and certification of Fiscal Plans").

Dated: June 21, 2023
New York, New York

Respectfully submitted,

*/s/ Margaret A. Dale*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Margaret A. Dale
Michael T. Mervis
Julia D. Alonzo
Laura Stafford
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board, as representative for PREPA*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board, as representative for PREPA*

8

| | |
|---|---|
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| */s/ Maria J. DiConza* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Maria J. DiConza | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| Gabriel L. Olivera | USDC No. 300913 |
| USDC No. 303314 | 250 Ponce de León Ave., Suite 900 |
| 7 Times Square | San Juan, Puerto Rico 00918 |
| New York, NY 10036 | Telephone: (787) 705-2171 |
| Telephone: (212) 326-2000 | Facsimile: (787) 936-7494 |
| Facsimile: (212) 326-2061 | |
| Email: jrapisardi@omm.com | *Attorneys for the Puerto Rico Fiscal Agency* |
|       mdiconza@omm.com | *and Financial Advisory Authority* |
|       golivera@omm.com | |

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

-and-

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com
      apavel@omm.com

*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
Matthew S. Barr (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
jonathan.polkes@weil.com
robert.berezin@weil.com

Gabriel A. Morgan (admitted *pro hac vice*)
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

10

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, Puerto Rico  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225
Email:  nzt@mcvpr.com

*/s/ Amy R. Wolf*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
         arwolf@wlrk.com
         eakleinhaus@wlrk.com
         akherring@wlrk.com
         mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

11

| CÓRDOVA & DICK, LLC | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| /s/ *Brian M. Dick Biascoechea* | /s/ *Lawrence A. Larose* |
| Brian M. Dick Biascoechea | Lawrence A. Larose (admitted *pro hac vice*) |
| #403 Calle 12 de Octubre | Benjamin O. Gilbert (admitted *pro hac vice*) |
| Urb. El Vedado | 30 Rockefeller Plaza |
| San Juan, PR 00918 | New York, New York 10112 |
| P.O. Box 194021 | Telephone: (212) 896-0627 |
| San Juan, PR 00919-4021 | Facsimile: (917) 438-6197 |
| Telephone: (787) 452-6425 | Email: llarose@sheppardmullin.com |
| USDC No.: 230,903 | bogilbert@sheppardmullin.com |
| bmd@bmdcounselors.com | |
| *Local Counsel to the Ad Hoc Committee of National Claim Assignees* | *Counsel to the Ad Hoc Committee of National Claim Assignees* |

12

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | */s/ Amy Caton* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| P.O. Box 195383 | Alice J. Byowitz* |
| San Juan, PR 00919-5383 | 1177 Avenue of the Americas |
| Tel.: (787) 751-8999 | New York, New York 10036 |
| Fax: (787) 763-7760 | Tel.: (212) 715-9100 |
| E-mail: mfb@tcm.law | Fax: (212) 715-8000 |
| | Email: acaton@kramerlevin.com |
| */s/ Linette Figueroa-Torres* | tmayer@kramerlevin.com |
| Linette Figueroa-Torres | abyowitz@kramerlevin.com |
| USDC-PR No. 227,104 | |
| E-mail: lft@tcm.law | Gary A. Orseck* |
| | Matthew M. Madden* |
| */s/ Nayda Perez-Roman* | 2000 K Street NW, 4th Floor |
| Nayda Perez-Roman | Washington, DC 20006 |
| USDC–PR No. 300,208 | Tel: (202) 775-4500 |
| E-mail: nperez@tcm.law | Fax: (202) 775-4510 |
| | Email: gorseck@kramerlevin.com |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | mmadden@kramerlevin.com |
| | *Admitted Pro Hac Vice |
| | *Counsel for the Ad Hoc Group of PREPA Bondholders* |

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez*<br>    Heriberto Burgos Pérez<br>    USDC-PR No. 204,809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR No. 203,114<br>    Diana Pérez-Seda<br>    USDC–PR No. 232,014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Tel.: (787) 756-1400<br>    Fax: (787) 756-1401<br>    E-mail:  hburgos@cabprlaw.com<br>                rcasellas@cabprlaw.com<br>                dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: */s/ William J. Natbony*<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    Casey J. Servais*<br>    William J. Natbony*<br>    Thomas J. Curtin*<br>    200 Liberty Street<br>    New York, New York 10281<br>    Tel.: (212) 504-6000<br>    Fax: (212) 406-6666<br>    Email:  howard.hawkins@cwt.com<br>              mark.ellenberg@cwt.com<br>              casey.servais@cwt.com<br>              bill.natbony@cwt.com<br>              thomas.curtin@cwt.com<br><br>*Admitted Pro Hac Vice<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

| | |
|---|---|
| **REICHARD & ESCALERA, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: */s/ Rafael Escalara*<br>  Rafael Escalara<br>  USDC-PR No. 122,609<br><br>  */s/ Sylvia M. Arizmendi*<br>  Sylvia M. Arizmendi<br>  USDC-PR No. 210,714<br><br>  */s/ Carlos R. Rivera-Ortiz*<br>  Carlos R. Rivera-Ortiz<br>  USDC–PR No. 303,409<br>  255 Ponce de León Avenue<br>  MCS Plaza, 10th Floor<br>  San Juan, PR 00917-1913<br>  Tel.: (787) 777-8888<br>  Fax: (787) 765-4225<br>  E-mail:  escalara@reichardescalera.com<br>           arizmendis@reichardescalera.com<br>           riverac@reichardescalera.com<br><br>*Counsel for Syncora Guarantee, Inc.* | By: */s/ Susheel Kirpalani*<br>  Susheel Kirpalani*<br>  Daniel Salinas<br>  USDC-PR No. 224,006<br>  Eric Kay*<br>  51 Madison Avenue, 22nd Floor<br>  New York, New York 10010-1603<br>  Tel.: (212) 849-7000<br>  Fax: (212) 849-7100<br>  Email:  susheelkirpalani@quinnemanuel.com<br>          danielsalias@quinnemanuel.com<br>          erickay@quinnemanuel.com<br><br>* *Admitted Pro Hac Vice*<br><br>*Counsel for Syncora Guarantee, Inc.* |

| | |
|---|---|
| **RIVERA, TULLA & FERRER LLC** | **MASLON LLP** |
| */s/ Eric A. Tulla* | */s/ Clark T. Whitmore* |
| Eric A. Tulla | Clark T. Whitmore* |
| USDC-DPR No. 118313 | Michael C. McCarthy* |
| Email: etulla@riveratulla.com | John Duffey* |
| | Jason M. Reed* |
| Rivera Tulla & Ferrer Building | 90 South Seventh Street, Suite 3300 |
| 50 Quisqueya Street | Minneapolis, MN 55402 |
| San Juan, PR 00917-1212 | Tel.: (612) 672-8200 |
| Tel: (787)753-0438 | Fax: (612) 672-8397 |
| Fax: (787)767-5784 | Email: clark.whitmore@maslon.com |
| | mike.mccarthy@maslon.com |
| *Counsel for U.S. Bank National Association, in its Capacity as the PREPA Bond Trustee* | john.duffey@maslon.com |
| | jason.reed@maslon.com |
| | *\* Admitted Pro Hac Vice* |
| | *Counsel for U.S. Bank National Association, in its Capacity as the PREPA Bond Trustee* |

16



ORTIZ MENDOZA & FARINACCI FERNÓS, LLC
Edificio Banco Cooperativo Plaza
623 Ponce de León Ave., Suite 701-B
San Juan, PR 00917-4820
Tel: 787-963-0404

*/s/ Rafael A. Ortiz-Mendoza*
Rafael A. Ortiz-Mendoza, Esq.
USDC-PR: 229103
rafael.ortiz.mendoza@gmail.com

*Co-counsel to SREAEE*

BUFETE EMMANUELLI, C.S.P.
P.O. Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 787-841-1435

*/s/ Rolando Emmanuelli-Jiménez*
Rolando Emmanuelli-Jiménez, Esq.
USDC: 214105
rolando@emmanuelli.law

*/s /Jessica E. Méndez-Colberg*
Jessica E. Méndez-Colberg, Esq.
USDC: 302108
jessica@emmanuelli.law

*/s/ Zoé C. Negrón-Comas*
Zoé C. Negrón-Comas, Esq.
USDC: 308702
zoe@emmanuelli.law
*Counsel to UTIER and Co-counsel to SREAEE*

/s/ Luc A. Despins

PAUL HASTINGS LLP
Luc A. Despins, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com
*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com
*Local Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer