IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS |

ORDER SUSPENDING CONFIRMATION DEADLINES

Upon consideration of the *Urgent Motion of the Financial Oversight and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management Board for Puerto Rico for Suspension of Certain Confirmation Deadlines* (Docket Entry No. 24627 in Case No. 17-3283 and Docket Entry No. 3782 in Case No. 17-4780) (the "Urgent Motion"); and the Court having subject matter jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and due and proper notice of the Urgent Motion having been provided and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Urgent Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein, it is hereby ORDERED that:

1. The Urgent Motion is granted as set forth herein.

2. All deadlines established by the Solicitation Procedures Order (Docket Entry No. 23675 in Case No. 17-3283 and Docket Entry No. 3304 in Case No. 17-4780), the Confirmation Procedures Order (Docket Entry No. 24376 in Case No. 17-3283 and Docket Entry No. 3565 in Case No. 17-4780), and the Confirmation Hearing Procedures Order (Docket Entry No. 24585 in Case No. 17-3283 and Docket Entry No. 3759 in Case No. 17-4780) are suspended and will remain suspended until new deadlines are set by further order of the Court.

3. This Order resolves Docket Entry No. 24608 in Case No. 17-3283 and Docket Entry No. 3769 in Case No. 17-4780.

SO ORDERED.

Dated: June 21, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge