RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 21 PM 3:49

Gualberto "Wally" Santiago, RHU
Caguas Norte
Quebec #AH-11
Caguas, PR 00725

6/10/23

Puerto Rico Federal Bankruptcy Court
Attn. Laura Taylor-Swain, Presiding Judge
140 Carlos Chardon Ave.
San Juan, PR 00918

Re: Power Increase, LUMA/AEE Acct. #REDACTED2045

Dear Judge:

*Please stop the increase.* The record will show my account is current as it always has always been. But the record will not show how difficult it has been. We as citizens cannot absorb anymore of these increases. These increases all have a domino effect.

Respectfully, let's have all elected & appointed politicians w/in the last (25) years pay this debt w/ their own pensions, after all they approved all this debacle, or let's have all these junk bond holders assume the risk and loses they knew they were getting into…

Very respectfully & truly,

*Gualberto Santiago*

Wally Lpo.
Quebec #D4-11
Caguas-, PR00725
Puerto Rico Fed. Bankruptcy
court
Atte. Laura Taylor-Swain,
Judge
140 Carlos Chardon Ave.
San Juan, PR 00918

Confidential

Return to Sender
Return to Sender
RECEIVED AND FILED
CLERK'S OFFICE USDC PR
23 JUN 23 PM 3:49