IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | CASE NO.: 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* | This filing relates to the Commonwealth, ERS, HTA, and PBA. |
| Debtors | |

### OPOSITION TO "FIVE HUNDRED SEVENTHIETH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEATLH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SUSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY TO CLAIMS FOR WICH THE DEBTORS ARE NOT LIABLE (DOCKET 24050)

TO THE HONORABLE COURT:

COMES NOW, creditor AECOM Caribe, LLP ("AECOM"), by and through its undersigned counsel and very respectfully states and prays:

1.  On June 29, 2818, creditor AECOM Caribe LLP filed its Proof of Claim in the amount of $243,5556.27.  See Claim Number 104150.

2.  On April 20, 2023, the Commonwealth of Puerto Rico (hereinafter, the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (hereinafter, "ERS"), the Puerto Rico Highways and Transportation Authority ("HTA"), all together hereinafter referred to as the "Debtors", by and through the Financial Oversight and Management Board for Puerto Rico (hereinafter, the "Oversight Board"), as sole Title III representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and*

*Economic Stability Act* (hereinafter, "PROMESA"), filed before this Honorable Court its Five Hundred Seventieth omnibus objection to claims that seek recovery claiming that Debtor is not liable for said claims.

3.   Debtor's legal base for its objections is the Federal Rule of Bankruptcy Procedure 3007 (d)(1)-(7), in addition to other substantive bases set forth in the Amended Omnibus Objection Procedures.

4.   Federal Rule 3007 (d)(1)-(7) states the following.

(d) Omnibus Objection. Subject to subdivision (e), objections to more than one claim may be joined in an omnibus objection if all the claims were filed by the same entity, or the objections are based solely on the grounds that the claims should be disallowed, in whole or in part, because:

(1) they duplicate other claims;

(2) they have been filed in the wrong case;

(3) they have been amended by subsequently filed proofs of claim;

(4) they were not timely filed;

(5) they have been satisfied or released during the case in accordance with the Code, applicable rules, or a court order;

(6) they were presented in a form that does not comply with applicable rules, and the objection states that the objector is unable to determine the validity of the claim because of the noncompliance;

(7) they are interests, rather than claims; or

5.   In its motion, Debtors assert that, upon a reasonable review of the Debtors' records, the invoices underlying AECOM's claim have either been satisfied, do not provide a valid basis or support for asserting a claim against the Debtors, or no longer represent a valid outstanding liability of the Debtors. Therefore, Debtors request from this Honorable Court to disallow AECOM claim

because it does not represent a valid debt of the Debtor and no amounts are due under Commonwealth law.

6.   In its proof claim filed on June 29, 2018, AECOM provided sufficient evidence of the existence of Debtor's liability. Notwithstanding this, jointly with this motion AECOM provides further evidence of Debtor's liability.

7.   In its objection, Debtor does not address AECOM's proof of claim supporting evidence and why it is insufficient to prove Debtor's indebtedness toward the appearing party. Debtor's objection rely solely on a statement, a generical allegation, that a reasonable review on the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency system. The documentation provided by AECOM proves otherwise.

8.   It is hornbook law that a party who alleges that there is no outstanding liabilities associated with a invoice, it must produce evidence of payment.  Debtor has failed to produce any evidence whatsoever that contest AECOM's claim.

9.   It is respectfully requested from this Honorable Court to deny Debtor's Five Hundred Seventieth omnibus objection to claims that seek recovery claiming that Debtor is not liable for said claims Omnibus Objection

WHEREFORE, creditor AECOM prays this Court to take notice of the abovementioned and deny Debtor's objection to Claim #104150.

RESPECTUFLLY SUBMITTED.

In San Juan, Puerto Rico, on this 22nd day of June 2023.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

      I HEREBY CERTIFY that on this date copy of this motion has been electronically filed

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to all CM/ECF participants.

                                            ARVELO & VÁZQUEZ, P.S.C.
                                            301 Recinto Sur
                                            Suite 701
                                            San Juan, Puerto Rico 00901
                                          Tel. (787) 721-7255

                                          s/ Pedro E. Vázquez Meléndez
                                          PEDRO E. VÁZQUEZ MELÉNDEZ
                                          USDC-PR. 221712
                                          pvazquez@avlawpr.com

# URS                                                        TRANSMITTAL

**Date:** October 23, 2014

TO:   Nydia Daniels                    FROM:    Regina M. Suárez
      Directora, Area de Diseño
      Autoridad de Carreteras                    Attention:   Nydia Daniels
      *PISO 14*

                                                 JOB No.:   3968818

                                                            *3968818*

RE:   AC- 300091 FACTURAS URS

The following items are being sent:  ☐ Attached   ☐ Under separate cover by
☐ Shop Drawings   ☐ Prints    ☐ Plans    ☐ Samples    ☐ Specifications    ☐ Copy of Letter
☒ Other

| Item | Copies | Date | Description |
|------|--------|------|-------------|
| 1 | 1 | October 23, 2014 | Lettter |
| 2 | 1 |  | Email communication |
| 3 | 1 | August 8, 20012 | Invoice 5214526 |
| 4 | 1 | February 21, 2008 | Invoice 3237009 |
| 5 | 1 | July 18, 2002 | Contract |

Transmittals for reasons checked:

☐ For Your Approval          ☐ No Exceptions Taken       ☐ Resubmit     copies for approval
☒ For Your Use               ☐ Make Corrections Noted    ☐ Submit       copies for distribution
☐ As Requested               ☐ Amend and Resubmit        ☐ Return       corrected prints
☐ For Review and Comment                                 ☐

Remarks:      .  Favor de notificar tan pronto sea registrado en la oficina del Contralor.

Copies:

If enclosures are not as noted, kindly notify us at once.

Received By:
Date:

ÁREA DE DISEÑO
DIRECTOR
OCT 23 2014
Received by:
Time: 11-55am

URS Caribe, LLP
500 Tanca Street
Ochoa Building, Suite 401
San Juan, PR 00901
Tel: 787.723.3332
Fax: 787.723.3283

**Suarez, Regina**

| | |
|---|---|
| **From:** | Suarez, Regina |
| **Sent:** | Monday, June 01, 2015 3:32 PM |
| **To:** | 'Javier Arroyo Rosario' |
| **Subject:** | RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091 |

Saludos Javier, como le expliqué en mi correo anterior nos interesa atender con usted las facturas pendientes de este proyecto. Los documentos relacionados a este caso le fueron referidos por la Ing. Daniels en el pasado mes de Diciembre. Agradeceré que me pueda recibir para discutir este proyecto en particular

**From:** Suarez, Regina
**Sent:** Tuesday, May 19, 2015 3:39 PM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier, como le expliqué en mi correo anterior nos interesa atender con usted las facturas pendientes de este proyecto. Los documentos relacionados a este caso le fueron referidos por la Ing. Daniels en el pasado mes de Diciembre. Agradeceré que me pueda recibir para discutir este proyecto en particular

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Monday, May 11, 2015 12:05 PM
**To:** Javier Arroyo Rosario
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Gracias Javier,
Me imagino que esta usted hablamdo de facturas de proyectos actuales pero existen otros, en particular el AC300091, que requieren de su intervención.
.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Javier Arroyo Rosario [mailto:JArroyo@dtop.gov.pr]
**Sent:** Monday, May 11, 2015 11:15 AM
**To:** Suarez, Regina
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Regina,

Las facturas fueron discutidas con el Director del Área de Finanzas y el Ayudante de la Directora, los cuales pusieron en agenda el pago de algunas de sus facturas.
Espero que próximamente las mismas puedan ser amortizadas.

*Javier Arroyo Rosario, PE*
*Director Ejecutivo Auxiliar*
*Para Infaestructura*

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Monday, May 11, 2015 11:10 AM
**To:** Javier Arroyo Rosario
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Tuesday, May 05, 2015 10:41 AM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Tuesday, April 28, 2015 12:09 PM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

2

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y
cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Thursday, April 16, 2015 5:49 PM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y
cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Thursday, April 09, 2015 5:16 PM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y
cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Monday, March 30, 2015 4:33 PM
**To:** 'Javier Arroyo Rosario'
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Sería usted tan amable de informarme si ha tenido la oportunidad de evaluar la información que se le remitiera el 13 de marzo y cuando sería posible que nos reuniéramos para atender este asunto?
Agradeceré encarecidamente la ayuda que usted nos pueda brindar.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Friday, March 13, 2015 8:53 AM
**To:** 'Javier Arroyo Rosario'
**Cc:** Nydia R. Daniels Vigo
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Gracias Javier:
Le remito el aging de dos de nuestros gerentes que tienen facturas pendientes de pago con la Agencia.

En el caso de los proyectos a cargo de Wilfredo Rodríguez las facturas llevan varios años y se encuentran en diferentes etapas. De la información que tenemos la única de estas facturas que está en finanzas para pago es la factura 5240755 por la cantidad de $15,480.87.
El resto de las facturas pendientes, aunque aprobadas en su momento por los gerentes y los directores del area de diseño, fueron devueltas a nosotros por que alegadamente no se le habían asignado fondos.
Dos de las facturas 3237009 y 5214526, del proyecto de las marginales de la PR 3  fueron referidas para evaluación a la Ing. Daniels y ella a su vez las refirió a usted el pasado mes de Diciembre.

En el caso del proyecto a cargo de Benjamín Martínez, las facturas marcadas en Amarillo llevan en finanzas desde el año pasado y las que no han sido marcadas fueron aprobadas por el gerente esta semana y deben estar en tránsito hacia finanzas.

Agradeceré encarecidamente su atención a este asunto y me ofrezco a su orden para atender cualquier duda que le surja en el proceso de evaluación.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Javier Arroyo Rosario [mailto:JArroyo@dtop.gov.pr]
**Sent:** Thursday, March 12, 2015 6:34 PM
**To:** Suarez, Regina
**Cc:** Nydia R. Daniels Vigo
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

4

Saludos Regina,

Favor de enviar un listado de las facturas con sus aging. Tan pronto las tenga y verifique su status, la citare para reunirnos y buscar alternativas para atender la situación de la Empresa que representa.

*Javier Arroyo Rosario, PE*
*Director Ejecutivo Auxiliar*
*Para Infaestructura*

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Wednesday, March 11, 2015 3:43 PM
**To:** Javier Arroyo Rosario
**Cc:** Nydia R. Daniels Vigo
**Subject:** FW: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Javier:
Traigo a su atención este asunto que le fuera referido por la Directora del Area de Diseño la Ing. Nydia Daniels, conforme a su correo del 29 de diciembre.
Me gustaría saber si ha tenido usted la oportunidad de examinar estos documentos y si pudiera ser posible que coordinemos una reunión lo antes posible para discutir el tema.
Agradeceré su pronta atención a nuestra solicitud.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP - an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Nydia R. Daniels Vigo [mailto:ndaniels@dtop.gov.pr]
**Sent:** Monday, December 29, 2014 8:06 AM
**To:** Suarez, Regina
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Felicidades Regina;

La facture será referida a Javier Ramos a través de Javier Arroyo.  De ahí hacia donde determinen.

Nydia R. Daniels Vigo, PE, PPL
Directora
Area de Diseño
Autoridad de Carreteras y Transportacion

**From:** Suarez, Regina [mailto:regina.suarez@urs.com]
**Sent:** Wednesday, December 24, 2014 1:28 PM
**To:** Nydia R. Daniels Vigo
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Gracias Nydia:

Me pudiera usted brindar el nombre de la persona a la cual usted le va a referir los documentos para poder dar seguimiento.

Este referido a sus superiores va acompañado de alguna evaluación de su parte a los planteamientos expresados en nuestra comunicación?


**Regina M. Suárez, RA**
URS Caribe, LLP
Operations Manager
(787) 723-3332 X 409 tel
(787) 474-5509 Direct
(787) 723-3283 Fax
regina.suarez@urs.com


**From:** Nydia R. Daniels Vigo [mailto:ndaniels@dtop.gov.pr]
**Sent:** Monday, December 22, 2014 5:35 PM
**To:** Suarez, Regina
**Cc:** Lessette Manners Richardson; Gilberto Robles Alvarez
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091


Saludos Regina:


Con relación a los documentos que me hizo llegar, no está en mi capacidad desde esta posición algo que no sea referirlos a mis superiores para que estos los refieran a su vez a aquel que tenga el poder de reconocer deudas de esa magnitud y tiempo pasado.


Lamento la situación.


Nydia R. Daniels Vigo, PE, PPL
Directora
Area de Diseño
Autoridad de Carreteras y Transportación


**From:** Suarez, Regina [mailto:regina.suarez@urs.com]
**Sent:** Tuesday, December 16, 2014 3:15 PM
**To:** Nydia R. Daniels Vigo
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091


Saludos Nydia:
Habrá tenido usted la oportunidad de evaluar los documentos que le remitimos?


**Regina M. Suárez, RA**
URS Caribe, LLP
Operations Manager
(787) 723-3332 X 409 tel
(787) 474-5509 Direct
(787) 723-3283 Fax
regina.suarez@urs.com

**From:** Nydia R. Daniels Vigo [mailto:ndaniels@dtop.gov.pr]
**Sent:** Friday, November 21, 2014 2:14 PM
**To:** Suarez, Regina
**Subject:** RE: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Regina:

No he tenido oportunidad de verlos con detenimiento. Posiblemente la semana entrante los pueda atender en algún momento.

Nydia R. Daniels Vigo, PE, PPL
Directora
Area de Diseño
Autoridad de Carreteras y Transportación

**From:** Suarez, Regina [mailto:regina.suarez@urs.com]
**Sent:** Tuesday, November 18, 2014 1:22 PM
**To:** Nydia R. Daniels Vigo
**Subject:** FW: Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Nydia:
El pasado 23 de octubre dejé en su oficina los documentos relacionados a dos facturas pendientes de este proyecto. Sería usted tan amable de informarnos si ha tenido la oportunidad de evaluar los documentos o si debo referirlos a otra persona?

Regina M. Suárez, RA
URS Caribe, LLP
Operations Manager
(787) 723-3332 X 409 tel
(787) 474-5509 Direct
(787) 723-3283 Fax
regina.suarez@urs.com

**From:** Suarez, Regina
**Sent:** Friday, September 05, 2014 2:43 PM
**To:** Nydia R. Daniels Vigo (ndaniels@dtop.gov.pr)
**Subject:** Facturas Pendientes de Pago Proyecto Marginales de la PR3 -AC-300091

Saludos Nydia:
Como hemos hablado en ocasiones anteriores se me ha encomendado tratar de resolver los problemas relacionados a facturas viejas, pendientes de pago.
En esta occasión me gustaría discutir con usted específicamente las facturas pendientes en el proyecto de referencia. Para este proyecto tenemos 2 facturas debidamente aprobadas que fueron devueltas a nuestra oficina por pre intervención.
Cuando sería un buen momento para ir sobre los documentos?
Agradezco, como siempre su cooperación.

**Regina M. Suárez, RA**
URS Caribe, LLP
Operations Manager
(787) 723-3332 X 409 tel
(787) 474-5509 Direct
(787) 723-3283 Fax
regina.suarez@urs.com

This e-mail and any attachments contain URS Corporation confidential information that may be proprietary or privileged. If you
receive this message in error or are not the intended recipient, you should not retain, distribute, disclose or use any of this
information and you should destroy the e-mail and any attachments or copies.



ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Autoridad de Carreteras y Transportación

7 de julio de 2015

Sra. Regina M. Suárez
Operations Manager
URS Caribe, LLP
500 Tanca Street
Ochoa Building, Suite 401
San Juan, PR 00901

Estimada señora Suárez:

Reciba mis más cordiales saludos, me fue muy grato reunirme con usted, el Sr. René Purcell y el Lcdo. Rodríguez. Con razón a lo discutido, deseo comunicarle el estado en que se encuentran los siguientes contratos:

① El primero de los acuerdos es el Contrato de Servicios Profesionales #2014-000175 para realizar un estudio de viabilidad para el uso del antiguo Centro de Detención de Isla Grande con fecha de vigencia hasta el 30 de junio de 2015. Lamento informarle que los planes del Departamento han cambiado por múltiples razones, incluyendo la situación actual fiscal por la que está atravesando el gobierno, por lo tanto esta iniciativa no se perseguirá en estos momentos.

② El próximo a discutir es el Contrato de Servicios Profesionales para asistir al Departamento en la preparación de propuestas federales por la cantidad de $150,000.00 dólares y que no llegó a registrarse debido a que los procesos no fueron finalizados. Después de haber buscado e indagado por distintas áreas, el contrato en referencia, nunca fue firmado por el Director Ejecutivo ni el Secretario del Departamento y por ende nunca se registró. Por lo tanto, según los hechos y la extensa casuística existente sobre el tema, los contratos gubernamentales en los cuales no se siga el estricto proceso legal para su otorgamiento son nulos, por lo cual no crean una obligación del gobierno para con quien prestó el servicio.

Se ha establecido que para que exista la obligación de cumplir por parte de una agencia, el acuerdo debe constar por escrito, estar firmado por el oficial autorizado por ley para representar a

Centro Gubernamental Roberto Sánchez Vilella
Apartado 42007, San Juan, PR 00940-2007
Tel (787) 721-8787
www.dtop.gov.pr

 facebook.com/dtop    @DTOP



la agencia y registrarse en la Oficina del Contralor. De igual manera, desde Ocasio v. Alcalde Mun. de Maunabo, 121 D.P.R. 37, 54 (1988), se enumeraron por primera vez los requisitos de forma que deben cumplirse al momento de pactar acuerdos con el gobierno. Estos son: que el acuerdo se haya hecho constar por escrito; que se mantenga un registro con miras a establecer la existencia del contrato; que se remita copia de este a la Oficina del Contralor y; que se acredite la certeza de tiempo, esto es, que el contrato se otorgó quince días antes.

*"El cumplimiento con los requisitos formales mencionados tiene un carácter constitutivo respecto a la eficacia de las obligaciones contraídas."* Alco Corp. v. Mun. de Toa Alta, 2011 TSPR 180. En consecuencia, si la parte se obliga a prestar un servicio no se asegura de que se cumpla con los requerimientos antes mencionados, asume el riesgo de no poder exigirle a la agencia el cumplimiento de su obligación, en este caso el pago por los servicios pactados. De manera que, al contrato en referencia no aparecer firmado ni registrado, el mismo no procede.

③ Por otro lado, en cuanto al tercero de los acuerdos a discutir, el Contrato de Servicios Profesionales #2014-000079 para desarrollar un Protocolo Consolidado de Manejo de Emergencias, se está trabajando con el área de finanzas en la localización de las facturas para proceder con el cobro de las mismas. De necesitar alguna información adicional la contactaré para coordinar el recibo de lo requerido.

④ En relación al último de los contratos, el AC-300091 para Servicios de Ingeniería en las Marginales de la Carretera PR desde Intersección PR-3 y PR-26 hasta el puente sobre el Río Grande de Loíza, he designado personal de mi oficina para que atienda el asunto, tan pronto tenga noticias me estaré comunicando con usted. De requerir alguna información respecto a lo expresado mediante esta misiva, puede contactar a Valerie Belmont, a quien he designado como la persona contacto en estos asuntos.

Cordialmente,

Yasmín M. Santiago Zayas
Asesora Legal
Departamento de Transportación y Obras Públicas

1. Contract that was actually awarded but executed contract was received with no time

 





29 de julio de 2015


Lic. Yasmín Santiago Zayas
Asesora Legal
Departamento de Transportación y Obras Públicas
Apartado 42007
San Juan, Puerto Rico 00940-2007


**RE:    ASUNTOS PENDIENTES DE URS CON EL DTOP Y LA ACT.**

Estimada Lic. Santiago Zayas:

Primeramente quisiéramos agradecer que nos hubiera recibido el pasado 3 de junio en sus oficinas para presentarles los diferentes asunto que URS tiene pendientes con el DTOP y la ACT.

En segundo lugar acusamos recibo de su comunicación con fecha del 7 de julio de 2015 en la cual usted nos comunica el estado de los asuntos discutidos en la reunión.

En el caso del Contrato de Servicios Profesionales para asistir el Departamento en la preparación de propuestas federales entendemos los planteamientos expuestos en su comunicación, pero nos resulta curioso que se imponga al Contratista toda la responsabilidad de asegurarse que se hayan cumplido todos los procesos. Sin embargo, no se impide, o por lo menos se advierte, a la agencia o a sus representantes de solicitar, ni mucho menos, beneficiarse de un servicio cuyo contrato no ha sido debidamente formalizado.

En el caso del contrato para Desarrollar un Protocolo Consolidado de Manejo de Emergencias el pasado 14 de julio entregamos las facturas en original en la oficina de la Sra. Rosa Castro, Secretaria Auxiliar del DTOP, conforme a las instrucciones que nos impartiera Valerie Belmont mediante llamada telefónica el 10 de julio de 2015. Se incluye copia de la hoja de trámite.

Por último, en relación al Contrato AC-300091 para Servicios de Ingeniería en las Marginales de la PR-3 usted menciona en su comunicación que estaría asignando personal de su oficina para atender este asunto y menciona a Valerie Belmont como la persona de contacto pero, según me expresó la Sra. Belmont en nuestra conversación telefónica, ella se encontraba, al momento de nuestra llamada, en su último día de trabajo en el DTOP.

Ante la ausencia de la Sra. Belmont, le solicitamos que por favor nos informe quién será la persona de contacto para poder dar seguimiento a los asuntos que quedarían pendientes.

Sin nada más por el momento y ofreciéndonos a sus órdenes para aclarar cualquier duda al respecto quedo, siempre a su orden,


Regina M. Suárez, RA
Gerente de Operaciones


Anejos

URS Caribe, LLP
500 Tanca Street
Ochoa Building, Suite 401
San Juan, PR 00901
Tel: 787.723.3332
Fax: 787.723.3283
www.urscorp.com



5 de abril de 2016

Lic. Yasmín Santiago Zayas
Asesora Legal
Departamento de Transportación y Obras Públicas
Apartado 42007
San Juan, Puerto Rico 00940-2007

RE:    ASUNTOS PENDIENTES DE URS CON EL DTOP Y LA ACT.

Estimada Lic. Santiago Zayas:

En el último año, y según instrucciones del Sr. Secretario, hemos estado tratando con usted diferentes asuntos que nuestra compañía tiene pendientes con el DTOP y/o la ACT.

A la fecha de esta comunicación solo nos resta resolver el caso de la asignación de fondos al Contrato de la AC-30091.

Como recordará, para este proyecto nuestra compañía acordó con la ACT un incremento en honorarios por ajuste en el costo de construcción de $270,629.19 quedando pendiente de parte de la ACT de que se asignaran al proyecto los fondos correspondientes. En ese momento, 17 de julio de 2012, la ACT nos instruye a someter la factura correspondiente a esa cantidad. (Ver anejos)

En nuestra última conversación, el 15 de septiembre de 2015, usted nos indicó que se reconoce que corresponde el pago de la factura ya que existe el reconocimiento de la administración anterior y nos indicó también que había discutido el caso con el Ing. Arroyo y este se encontraba en el proceso interno de identificar fondos para ser asignados al proyecto.

Desde esa última reunión hemos tratado de obtener información del estatus de este asunto a través de múltiples correos electrónicos a usted y a su asistente sin que hayamos recibido ninguna respuesta a la fecha de esta comunicación.

Agradeceremos que, nuevamente nos reciba en su oficina para que nos informe del estatus de manera que podamos llevar a buen término este asunto. Estaremos a su disposición en el día y la hora que usted tenga a bien disponer.

Sin nada más por el momento y ofreciéndonos a sus órdenes para aclarar cualquier duda al respecto quedo, siempre a su orden,

Regina M. Suárez, RA
Gerente de Operaciones

Anejos

URS Caribe, LLP
500 Tanca Street
Ochoa Building, Suite 401
San Juan, PR 00901
Tel: 787.723.3332
Fax: 787.723.3283
www.urscorp.com





AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN
PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY
GOBIERNO DE PUERTO RICO

17 de julio de 2012

Ing. Luis M. Abreu
**URS Caribe, LLP**
PO Box 9024263
San Juan, PR  00902-4263

**AC-300091: Calles Marginales desde Plaza Carolina hasta la Ave. Roberto Clemente en el lado Norte de la PR-3 y al lado Sur de la PR-3 en la Calle Severo Quiñones**

**AC-301004: Calles Marginales al lado Sur de la PR-3 desde la Calle Severo Quiñones hasta el Río Grande de Loíza**

Estimado ingeniero Abreu:

En memorando fechado 12 de julio de 2012, de la Ing. Brenda L. Martínez Rivera, Directora Área de Diseño, relacionado al acuerdo de los proyectos de referencia en los porcientos de terminación, le informamos que se ha aprobado proceder con el ajuste los honorarios de diseño solicitado según discutido. Le informamos que la Oficina de Estimado y Subastas aprobó la cantidad de $4,363,433.00 el costo de construcción final del proyecto AC-300091 y $4,196,555.00 para el AC-301004. Luego de ajustar esta cantidad por la partida de movilización según estipulado por el contrato la cantidad aumenta a $8,731,198.00. Los honorarios correspondientes equivale a la cantidad de $590,072.70 qué ajustando la cantidad correspondiente al 70% de los planos finales del AC-301004 la cantidad final total de honorarios se reduce a $533,891.19. Restando la cantidad de honorarios aprobados originalmente de $263,062.00, nos requiere una cantidad adicional de $270,829.19 a ser presupuestada. Esta carta se le someterá copia a la Oficina de Presupuesto para la acción correspondiente.

El incremento en costo del proyecto representa un 49 porciento de los honorarios originales del contrato firmado el 18 de julio de 2002.

De estar de acuerdo con dicha liquidación, puede proceder con la aceptación de esta carta y someter la factura correspondiente. Con el pago de esta liquidación, queda finiquitada la cuantía final del contrato.

Cordialmente,

I. Maritza Borges Delgado, P.E.
Subdirectora Ejecutiva

Aceptado: _____        Fecha _____
Ing. Luis M. Abreu Noble

6301/BLM/RCV/eqh

c: Oficina de Presupuesta
   Oficina de Auditoría Interna
   Gilberto Robles Álvarez

PO Box 42007, San Juan, PR 00940-2007
T (787) 721-8787 • F (787) 727-5456

## Suarez, Regina

| | |
|---|---|
| **From:** | Nydia R. Daniels Vigo <ndaniels@dtop.gov.pr> |
| **Sent:** | Thursday, July 21, 2016 6:45 PM |
| **To:** | Suarez, Regina |
| **Cc:** | Javier Arroyo Rosario; Yasmin M. Santiago; Karuscha S. Krans Negrón |
| **Subject:** | RE: AC-300091 |

Saludos, no.


**Nydia R. Daniels Vigo, PE, PPL**
Directora
Area de Diseño
Autoridad de Carreteras y Transportación


**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Thursday, July 21, 2016 2:06 PM
**To:** Nydia R. Daniels Vigo
**Cc:** Javier Arroyo Rosario; Yasmin M. Santiago; Karuscha S. Krans Negrón
**Subject:** RE: AC-300091

Saludos Nydia:
Ha podido usted concluir la evaluación y trámite de esta factura?


**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Monday, July 11, 2016 4:12 PM
**To:** 'Nydia R. Daniels Vigo'
**Cc:** Javier Arroyo Rosario; Yasmin M. Santiago; Karuscha S. Krans Negrón
**Subject:** RE: AC-300091

Saludos Nydia:
Ha podido usted concluir la evaluación de esta factura?

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907

T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Nydia R. Daniels Vigo [mailto:ndaniels@dtop.gov.pr]
**Sent:** Wednesday, June 15, 2016 4:35 PM
**To:** Suarez, Regina
**Cc:** Javier Arroyo Rosario; Yasmin M. Santiago; Karuscha S. Krans Negrón
**Subject:** RE: AC-300091

*Saludos, identifique algo de información pero el personal que me pudiera ayudar no está en la oficina durante estos días por lo cual le indique a Arroyo que para responderle, necesito la asistencia de este que debe ocurrir en las próximas semanas.*

**Nydia R. Daniels Vigo, PE, PPL**
Directora
Area de Diseño
Autoridad de Carreteras y Transportación

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Wednesday, June 15, 2016 11:41 AM
**To:** Nydia R. Daniels Vigo
**Cc:** Javier Arroyo Rosario; Yasmin M. Santiago; Karuscha S. Krans Negrón
**Subject:** RE: AC-300091

Buenos días Nydia:
Ha tenido usted la oportunidad de evaluar este caso?
Conforme a la Información que me ofreciera el Ing. Arroyo el 3 de junio, se necesitaba del visto bueno del Area de Diseño para poder asignar fondos a este proyecto.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Friday, June 03, 2016 3:02 PM
**To:** Nydia R. Daniels Vigo
**Cc:** 'Javier Arroyo Rosario'; 'yasantiago@dtop.gov.pr'; 'Karuscha S. Krans Negrón'
**Subject:** RE: AC-300091

Buenas tardes Nydia:
Como usted bien sabe nuestra compañía lleva por varios años tratando de cobrar facturas de proyectos viejos que, por varias razones, nunca habían sido pagadas por la ACT y/o DTOP.
El año pasado tuve la oportunidad de reunirme con la Lic. Santiago y hemos resuelto la mayoría de los casos que le fueron presentados ante su consideración.
Debo aclarar que algunos de los casos fueron favorables a URS y otros no lo fueron.

El caso que nos ocupa, y el último pendiente de resolución, es el de un ajuste por costo de construcción en el proyecto de las marginales de la PR3. (AC-300091).

La semana pasada tuve la oportunidad de reunirme con el ing. Arroyo y él concurre con nosostros en que procede el pago de la factura, por haber documentación de la administración de turno que así lo atestigua.

En esta reunión él nos informó que el primer paso sería "confirmar las cantidades con del área de Diseño"..

Luego de la reunión referí a todos un correo electrónico con los resultados de la reunión y los documentos relacionados a este caso.

En el día de hoy me comuniqué con la oficina del ing. Arroyo y me informa su secretaria que este asunto le fue referido a usted y que esperan por una certificación de la Directora para poder asignar los fondos.

Sabe que estoy a sus órdenes de necesitar alguna información adicional o de necesitar que se le presente algún otro documento para poder concluir con este proceso.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Suarez, Regina
**Sent:** Wednesday, May 25, 2016 11:32 AM
**To:** 'Javier Arroyo Rosario'
**Cc:** Nydia R. Daniels Vigo; 'yasantiago@dtop.gov.pr'; 'Karuscha S. Krans Negrón'
**Subject:** AC-300091

Buenos días;
Les refiero para referencia los documentos relacionados a la reunión con el Sr, Arroyo en la mañana de hoy.

Conforme a lo discutido en esta reunión el Sr. Arroyo se comprometió a:
- Confirmar las cantidades con el Area de Diseño
- Asignar las fondos
- Pagar la factura

El Sr. Arroyo solicitó que le llamara el próximo martes, 31 de mayo para informarme del estatus.

Favor no duden en comunicarse con esta servidora de necesitar información adicional.

**Regina M. Suárez, RA**
Operations Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
500 Tanca Street, Ochoa Building, Suite 401, San Juan, Puerto Rico 00901
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

## Suarez, Regina

| | |
|---|---|
| **From:** | Karu <kranskaru@gmail.com> |
| **Sent:** | Tuesday, September 27, 2016 8:34 AM |
| **To:** | Suarez, Regina |
| **Cc:** | Yasmín Santiago; Yasmin M Santiago Zayas |
| **Subject:** | Re: Cita con la Asesora Legal |

Saludos,

La asesora no puede esta semana. Ayer precisamente estuvimos tratando de programar pero ella está hasta el lunes próximo como Directora Ejecutiva Interina y no tiene espacio.

Por eso no la he llamado para darle fecha.

La semana que viene cuadramos una reunión e intentaré tener una fecha esta semana para hacerle saber.

Gracias,

Karu

Sent from my iPhone

On Sep 27, 2016, at 8:30 AM, Suarez, Regina <regina.suarez@aecom.com> wrote:

> Buenos días, van a tener que perdonar mi insistencia pero para nosotros es vital que este asunto quede resuelto. Sería posible que tuvieramos la reunión esta semana?
>
> **Regina M. Suárez, RA**
> Associate Vice President
> Country Manager
> D 1-787- 723-3332 X-409
> regina.suarez@aecom.com
> **URS Caribe, LLP -  an AECOM company**
> 954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
> T 1-787-723-3332 F 1-787-723-3283
> www.aecom.com
>
> AECOM and URS have joined together as one company. Learn more
>
> **From:** Karu [mailto:kranskaru@gmail.com]
> **Sent:** Friday, September 23, 2016 11:17 AM
> **To:** Suarez, Regina
> **Cc:** Yasmín Santiago; Yasmin M Santiago Zayas
> **Subject:** Re: Cita con la Asesora Legal
>
>
> Una vez Minillas se estabilice atenderemos el asunto.
>
> Saludos.
> Sent from my iPhone
>
> On Sep 23, 2016, at 10:37 AM, Suarez, Regina <regina.suarez@aecom.com> wrote:

1

Saludos Karu;
Necesito que coordinemos la reunión con Yasmín, agradeceré que sea lo antes posible.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

## Suarez, Regina

| | |
|---|---|
| **From:** | Carmen A. Villar Prados <cvillarprados@dtop.gov.pr> |
| **Sent:** | Tuesday, December 13, 2016 11:47 AM |
| **To:** | Suarez, Regina |
| **Cc:** | Nydia R. Daniels Vigo; Yasmin M. Santiago |
| **Subject:** | RE: RE: Factura pendiente de pago AC-300091 |

Saludos Regina,
Al momento no tengo aun una partida presupuestaria identificada.

---

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Tuesday, December 13, 2016 9:40 AM
**To:** Carmen A. Villar Prados
**Cc:** Nydia R. Daniels Vigo; Yasmin M. Santiago
**Subject:** RE: RE: Factura pendiente de pago AC-300091

Buenos Días Sra. Directora:
En las pasadas semanas me comuniqué por correo electrónico con usted y el Sr. Gandiaga el asunto de nuestra factura pendiente de pago por ser ustedes a quien la Ing. Daniels refirió este asunto.
Hoy me informan en la Autoridad que el Sr. Gandiaga ya no se encuentra en la Agencia por lo que recurro nuevamente a usted para la resolución de este asunto.

Agradeceremos encarecidamente que se nos conceda una reunión para que se nos informe del estatus de nuestra solicitud y para aclarar cualquier duda que pueda usted tener para autorizar la asignación de fondos que permitan el trámite de nuestra factura.

Quedo a su entera disposición en el día y la hora que usted esté disponible.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Suarez, Regina
**Sent:** Tuesday, November 29, 2016 4:59 PM
**To:** 'cvillarprados@dtop.gov.pr'; 'cegandiaga@dtop.gov.pr'
**Cc:** 'Nydia R. Daniels Vigo'; Yasmín Santiago
**Subject:** RE: Factura pendiente de pago AC-300091

Buenas tardes a ambos:

Por los pasados dos años y medio hemos estado dando seguimiento a una factura pendiente de pago del proyecto de las Marginales de la PR-3 (AC-300091).
Esta factura corresponde al ajuste por costo de construcción que nos fuera aprobado el 17 de junio de 2012.
Esta factura fue debidamente aprobada por los oficiales de turno y nos fue devuelta por motivo de que no se habían asignado fondos.

Nuesto reclamo inició en la oficina del Secretario, pasando luego al área Legal y por ultimo al área de Diseño.
Por las muchas conversaciones que hemos sostenido con la Lic. Santiago y con la Ing. Daniels entendemos que, luego de examinar y evaluar los documentos que se sometieron, ambas entienden que procede el pago de esta factura.

Tengo entendido que en las pasadas semanas la Ing. Daniels refirió a ustedes este caso para que se autorice la asignación de fondos a este proyecto de manera que pueda procesarse para pago nuestra factura.

Solicitamos muy respetuosamente que se nos comunique el estatus de este trámite y nos ofrecemos a sus órdenes para aclarar cualquier duda al respecto.

Estamos a su entera disposición para una reunión en el momento en que ustedes lo estimen conveniente.

Contamos con su cooperación y pronta atención a este asunto que lleva tanto tiempo bajo la consideración de la Agencia.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more



**URS**

31 de enero de 2017

Ing. Carlos Contreras Aponte
Secretario / Departamento de Transportación y Obras Públicas
Director Ejecutivo / Autoridad de Carreteras
Apartado 42007
San Juan, Puerto Rico 00940-2007

RE:   ASUNTOS PENDIENTES DE URS CON EL DTOP Y LA ACT
        AC-300091

Estimada Ing. Contreras Aponte:

Primeramente quisiéramos felicitarlo por su nombramiento y desearle éxito en la dirección del DTOP y la ACT.

Nuestra compañía se place en ser un consultor de la ACT por los pasados 30 años. Durante este tiempo hemos realizado numerosos proyectos que han sido muy exitosos tanto para la ACT como para nosotros.

El motivo de esta comunicacíon es para presentarle un reclamo que hemos llevado ante el DTOP y la ACT por los pasados tres años y que aún continua sin resolución.

URS Caribe, LLP fue el consultor del proyecto de la construcción de las Marginales de la PR-3 desde la intersección de la PR-3 y PR-26 hasta el Puente sobre el Río Grande de Loiza (AC-300091). El contrato para este proyecto se firmó el 18 de julio de 2002. (Ver anejo 1)

Para este proyecto la ACT acordó con nuestra compañía un incremento en honorarios por ajuste en el costo de construcción de $270,629.19. El 17 de julio de 2012, la ACT, mediante comunicación de Maritza Borges Delgado, Sub Directora Ejecutiva, nos instruye a someter la factura correspondiente a esa cantidad, quedando pendiente de parte de la ACT de que se asignaran al proyecto los fondos correspondientes. (Ver anejo 2)

URS, conforme a las instrucciones de este mismo documento, somete a la ACT la factura 5214526 con fecha del 8 de agosto del 2012. (Ver anejo 3)  La factura fue debidamente aprobada por los oficiales de turno y posteriormente fue devuelta por el área de finanzas por motivo de que no se habían asignado fondos. (Ver anejo 4)

Nuestro reclamo inició hace tres años en la oficina del pasado Secretario, pasando luego al área Legal, al Director de Infraestructura, al área de Diseño y por último a la pasada Directora Ejecutiva.

Por las múltiples conversaciones que hemos sostenido con los representantes del área Legal, Infraestructura, con la Directora del área de Diseño y finalmente por un correo electrónico de la pasada Directora Ejecutiva (Ver anejo 5) entendemos que, luego de examinar y evaluar los documentos que se sometieron, a su consideración, todos entienden que procede el pago de esta factura.

URS Caribe, LLP
954 Ponce de León
Miramar Center Plaza, Suite 304
San Juan, PR 00907
Tel: 787.723.3332
Fax: 787.723.3283
www.urscorp.com

**URS**

31 de enero de 2017
Ing. Carlos Contreras Aponte
Asuntos Pendientes de URS con el DTOP y la ACT
AC-300091

Muy lamentablemente, y pese a nuestro continuo seguimiento en todas las dependencias consultadas, estas gestiones en la Agencia tardaron un tiempo más que razonable sin que pudiera llegarse a una resolución bajo la pasada Directora Ejecutiva.

Confiamos plenamente en que usted evaluará nuestro reclamo en un tiempo razonable y nos reiteramos en estar a su disposición en el día y la hora en que usted disponga para recibirnos y discutir los próximos pasos a seguir para llevar a buen término este asunto.

Sin nada más por el momento y ofreciéndonos a sus órdenes para aclarar cualquier duda al respecto quedo, siempre a su orden,

Regina M. Suárez, RA
Gerente de Operaciones
URS Caribe, LLP

Tel. 787 723-3332 X409
regina.suarez@aecom.com

Anejos

**Suarez, Regina**

| | |
|---|---|
| **From:** | Suarez, Regina |
| **Sent:** | Monday, May 15, 2017 10:20 AM |
| **To:** | 'Ana L. Torres Santana' |
| **Subject:** | RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091 |

Buenos días Ana, continuamos sin saber a quién le fue asignado nuestro caso en el área legal.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Wednesday, May 03, 2017 10:29 AM
**To:** 'Ana L. Torres Santana'
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenos días Ana:
Serí usted tan amable de informarme quién es la persona asignada para evaluar nuestro caso en el área legal?

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Ana L. Torres Santana [mailto:AnTorres@dtop.pr.gov]
**Sent:** Tuesday, April 25, 2017 9:18 AM
**To:** Suarez, Regina
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

En efecto, la Ing. Daniels estuvo hasta el viernes pasado. Entiendo que el referido fue aproximadamente hace 3 semanas. Le verifico quien lo está trabajando y le dejo informo.

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Tuesday, April 25, 2017 9:04 AM
**To:** Ana L. Torres Santana <AnTorres@dtop.pr.gov>
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenos días Ana:

Tengo entendido que la ingeniero Daniels ya no está en la agencia, puede usted decirme quién en la division legal está viendo este asunto?, y cuando se le refirió?

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Ana L. Torres Santana [mailto:AnTorres@dtop.pr.gov]
**Sent:** Tuesday, April 25, 2017 8:41 AM
**To:** Suarez, Regina
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenos dias

La Ing. Daniels refirió nuevamente la información al asesor legal a solicitud de este por lo que estamos en espera de su evaluación

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Monday, April 17, 2017 2:03 PM
**To:** Ana L. Torres Santana <AnTorres@dtop.pr.gov>
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenas tardes Ana, le recuerdo que esperamos por que se coordine una reunión para discutir los próximos pasos que debemos seguir para resolver nuestra reclamación.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Wednesday, April 05, 2017 10:22 AM
**To:** 'Ana L. Torres Santana'
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenos días Ana, sería posible que nos reuniéramos para discutir las alternativas que mencionó en su correo anterior y los pasos a seguir en nuestro caso?

Regina M. Suárez, RA
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Suarez, Regina
**Sent:** Monday, March 20, 2017 4:37 PM
**To:** 'Ana L. Torres Santana'
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Gracias Ana, me comunico con usted en un par de semanas.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Ana L. Torres Santana [mailto:AnTorres@dtop.pr.gov]
**Sent:** Monday, March 20, 2017 4:21 PM
**To:** Suarez, Regina
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Saludos

Los evalué pero no obstante estoy consultando y evaluando con Diseño y Finanzas las alternativas que tenemos disponibles.

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Monday, March 20, 2017 9:51 AM
**To:** Ana L. Torres Santana <AnTorres@dtop.pr.gov>
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenas días Ana:
Ha tenido usted la oportunidad de evaluar los documentos que le referí el 3-2-2017?

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP - an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Suarez, Regina
**Sent:** Monday, March 13, 2017 11:57 AM

**To:** 'Ana L. Torres Santana'
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenas tardes Ana:
Hea tenido usted la oportunidad de evaluar los documentos que le referí el 3-2-2017?

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Suarez, Regina
**Sent:** Thursday, March 02, 2017 3:31 PM
**To:** 'Ana L. Torres Santana'
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buenas tardes Ana:
Agradezco que me haya recibido esta tarde y conforme a mi compromiso, le remito los documentos que le fueran entregados al Secretario/Director Ejecutivo relacionados a este caso.

Por favor no dude en comunicarse con esta servidora de necesitar información adicional.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3332 F 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

---

**From:** Ana L. Torres Santana [mailto:AnTorres@dtop.pr.gov]
**Sent:** Monday, February 27, 2017 5:46 PM
**To:** Suarez, Regina
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Jueves a las 2 pm esta bien


**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Monday, February 27, 2017 3:13 PM
**To:** Ana L. Torres Santana <AnTorres@dtop.pr.gov>
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Jueves en la tarde no tengo compromisos,  por lo q estaré disponible a la hora que a usted le convenga.

Sent from my iPhone using Mail+ for Outlook

**From:** Ana L. Torres Santana
**Sent:** 2/27/17, 3:08 PM
**To:** Suarez, Regina
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Estaré en mi Oficina localizada en el piso 10 del Edificio Minillas Sur, martes y viernes en la mañana y Jueves en la tarde.

**From:** Suarez, Regina [mailto:regina.suarez@aecom.com]
**Sent:** Monday, February 27, 2017 2:34 PM
**To:** Ana L. Torres Santana <AnTorres@dtop.pr.gov>
**Subject:** RE: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Gracias Ana por atender nuestro correo.
He estado tratando de comunicarme con los teléfonos de ustedes y no me ha sido posible. Sería posible concertar una cita con usted?

Sent from my iPhone using Mail+ for Outlook

**From:** Ana L. Torres Santana
**Sent:** 2/27/17, 1:45 PM
**To:** Suarez, Regina
**Subject:** FW: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Saludos

Agradeceré que me de una llamada sobre este asunto para poder atenderlo.

Gracias

Ana L. Torres Santana, MCE, PE
(787) 721-8787 ext. 1061

Begin forwarded message:

**From:** "Suarez, Regina" <regina.suarez@aecom.com>
**Subject:** FW: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091
**Date:** February 13, 2017 at 11:27:55 AM AST
**To:** "ccontreras@dtop.pr.gov" <ccontreras@dtop.pr.gov>

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com
**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907

5

T 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Monday, February 13, 2017 11:22 AM
**To:** 'contreras@dtop.pr.gov'
**Subject:** FW: Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091


**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more

**From:** Suarez, Regina
**Sent:** Monday, February 13, 2017 11:17 AM
**To:** 'contreras@dtop.pr.gov'
**Cc:** 'cperaza@dtop.pr.gov'; Nydia R. Daniels Vigo
**Subject:** Asuntos Pendientes de URS con el DTOP y la ACT - AC-300091

Buen día Ing. Contreras:
Hace dos semanas dejamos en su oficina los documentos relacionados a nuestra reclamación por una factura pendiente de pago del
proyecto en referencia.

Como explicamos en nuestra comuniciación nuestra compañía lleva casi tres años persiguiendo el pago de dicha factura sin que se
haya logrado aún el pago de la misma.

Nuestra reclamación fue evaluada por los oficiales del área Legal, área de Infrestructura y área de Diseño, y por la pasada Directora
Ejecutiva y entendemos que todos concuerdan en que procede el pago de la factura.

Solicitamos que nos conceda una reunión para determinar cuales son los pasos a seguir y poder llevar a buen término este asunto.

Estaremos a su disposición en el día y la hora que usted indique.

**Regina M. Suárez, RA**
Associate Vice President
Country Manager
D 1-787- 723-3332 X-409
regina.suarez@aecom.com

**URS Caribe, LLP -  an AECOM company**
954 Ponce de León Ave. Suite 304, San Juan, Puerto Rico 00907
T 1-787-723-3283
www.aecom.com

AECOM and URS have joined together as one company. Learn more