

# Estado Libre Asociado de Puerto Rico

### Administración de Servicios Generales
### Registro Único de Licitadores

## CERTIFICADO DE ELEGIBILIDAD

| Fecha de Expedición | Número de Certificado | Fecha de Vencimiento |
|---|---|---|
| 26-Diciembre-2013 | 0262 | 26-Diciembre-2014 |

Nombre del Licitador:  INTERNATIONAL TRAFFIC SYSTEMS LLC

Seguro Social:  1994

Número de Licitador:  15735

Dirección Postal:  PONCE DE LEÓN AVE 416 SUITE 1701, SAN JUAN PR, 00918

Teléfono:  7703804235 /

Fax:

Email:  jmiller@theinsurenet.com

| Persona Autorizada a Firmar Oferta | Título que Ostenta |
|---|---|
| Jonathan Miller | Manager/President |

La vigencia de la elegibilidad está sujeta a que en 26-Junio-2014 el licitador evidencie su cumplimiento con el inciso E del Artículo 24 Plan de Reorganización Núm. 3 del 21 de noviembre de 2011 presentando la Declaración Jurada requerida por ley. Sera responsabilidad de cada Agencia Ejecutiva, Corporación Pública o Municipio validar la elegibilidad del licitador antes de adjudicar cualquier procedimiento de adquisición, órdenes de compra u otorgar contratos.

ADVERTENCIA: Cualquier alteración anula este certificado y podrá ser sancionada criminalmente conforme a las disposiciones aplicables del Código Penal de Puerto Rico. Para validar la información en este certificado, favor de acceder al portal https://serviciosenlinea.gobierno.pr/validacionelectronica/ y usar el número de certificado como código de validación.

Luis M. Castro Agú, CPA
Administrador

