

ESTADO LIBRE ASOCIADO DE
PUERTO RICO
Autoridad de Carreteras y Transportación

20 de diciembre de 2013

César M. Gandiaga Texidor, CPA
Director Ejecutivo Auxiliar para
Administración y Finanzas

Angel D. Normandia Ayala
Director de Presupuesto

CERTIFICACION DE FONDOS
Año Presupuestario 2013-2014

Luego del correspondiente análisis, certificamos que el siguiente contrato no representa erogación de fondos.

| CONCEPTO | CANTIDAD | CUENTA PRESUPUESTARIA |
|---|---|---|
| International Traffic System | $0 | N/A |

anejo: expediente

