Registro de Envío - Oficina del Contralor de Puerto Rico

Page 1 of 1

