Estimado Comerciante:

Este es su Certificado de Registro de Comerciante (Certificado de Registro). Por favor, cerciórese que la información en éste es correcta. El original del Certificado de Registro debe exhibirse al público en general y en todo momento en un lugar visible de su negocio.

Según nuestro registro contributivo, se le autoriza a retener y remitir el Impuesto sobre Ventas y Uso (IVU). Si usted radicó el Modelo SC2914D, y cualifica como revendedor o planta manufacturera, recibirá en ensobrado aparte dos Certificados de Exención en papel de seguridad color azul.

Favor ver al dorso de su Certificado de Registro, en el que se le notifica sobre el requisito de registrarse en el portal de IVU Loto.

Para comunicaciones referentes a situaciones particulares sobre su Certificado de Registro, favor de llamar al (787) 722-0216.

Cordialmente,

Angel R. Marzán Santiago
Secretario Auxiliar
Área de Rentas Internas

INT'L TRAFFIC SYSTEMS LLC
PONCE DE LEON AVE 416
SUITE 1701
SAN JUAN PR 00918-

PIN: 7015 (Este número le permitirá rendir su Planilla Mensual del IVU y remitir el IVU electrónicamente a través de nuestra página ivu.hacienda.gobierno.pr. Además utilice este número para registrarse en IVU Loto.)

Para información general sobre el IVU o IVU Loto visite nuestra página de Internet en www.hacienda.gobierno.pr o envíe un correo electrónico a ivuconsultas@hacienda.gobierno.pr.

Importante: Notifique cualquier cambio que requiera enmienda a su Certificado de Registro mediante el Modelo SC2914B. Para cambios a su registro de IVU Loto notifique los mismos a través del portal de IVU Loto o llamando al (787) 200-7900 Opción Núm. 4.

B-0000037



Modelo SC 2918
Rev. 03 ene 13

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
CERTIFICADO DE REGISTRO DE COMERCIANTE
0576635-0016
AGENTE RETENEDOR

**Nombre Localidad:**
INT'L TRAFFIC SYSTEMS LLC
PONCE DE LEON AVE. 416
SUITE 1701
SAN JUAN PR 00918

**Nombre Legal:**
INT'L TRAFFIC SYSTEMS LLC
PONCE DE LEON AVE. 416
SUITE 1701
SAN JUAN PR 00918

Código NAICS: 541600
Actividad Comercial: SERVICIOS DE ASESORIA ADMINISTRATIVA, CIENTIFICA Y TECNOLOGICA

Fecha de Emisión: 03 de febrero de 2014

Tipo de Certificado: COMERCIANTE

Yo, Melba Acosta Febo, certifico que este comerciante está inscrito en el Registro de Comerciantes del Departamento de Hacienda.

Secretaria de Hacienda

Este Certificado es intransferible y el mismo deberá exhibirse en todo momento en un lugar visible al público en la localidad arriba indicada.

El Certificado de Registro es propiedad del Estado Libre Asociado de Puerto Rico y contiene información única sobre su condición como comerciante. Es su responsabilidad proteger el mismo. Su uso o posesión no autorizada podrá dar lugar a sanciones civiles y/o criminales.

RC0059455