UPDATE OF
PROOF OF
CONCEPT OF
PILOT FOR:

# DEPARTMENTO DE TRANSPORTACIÓN DE OBRAS PÚBLICAS

A No-Cost, No-Risk, No-Fee, No-Tax

**Transportation and Public Safety Support System**

to Provide Monthly and Ongoing

Success Elements Over the Next Five

Years and for Many Decades to Come

*Presented
30 April, 2014*

**FIELD UNITS ONLY – PROOF OF CONCEPT ELEMENT OF PILOT REGARDING INCREASED SAFETY AT HIGH TRAFFIC INTERSECTIONS**

| General Title | Appearance | Current Locations | Main Focus | Benefits/ Abilities | Negatives/ Limitations | Required of DTOP |
|---|---|---|---|---|---|---|
| *Fixed Site Units – 3 ea.* |  | PR1/ Ashford | Hot Lists & BOLOs, No Registration | • 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc. | No support for…<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Classes 3-8<br>• 5.06, Street Racing,<br>• 6.04, Driving in Emergency Lane<br>• 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign | Limited assistance with traffic control when installing. We will provide team, bucket truck and all equipment but may need approvals and some limited assistance. |
| *Speed Units – 1 ea.* |  | PR177/Santa Maria Mall | Speed | • 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc.<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone | Full Support for All Other Elements | Only occasional assistance with traffic control when installing but should be very seldom. We will however need approval to mount the pole and |

**SSI** - Sensitive Security Information, not for further distribution.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | • 5.02i, Speeding by vehicles in GVWR Class 3-8<br>• 5.06, Street Racing | | assistance in connecting power. We will provide team, bucket truck and all equipment. |
| *Red Light Units – 1 ea.* |  | PR177/S anta Maria Mall | Red Light, | • 12.07e, No Registration<br>• Hot Lists/ BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc. 6.04, Driving in Emergency Lane<br>• 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign | Full Support for All Other Elements | Only occasional assistance with traffic control when installing but should be very seldom. We will however need approval to mount the pole and assistance in connecting power. We will provide team, bucket truck and all equipment. |
| *Trailers – 1 ea.* |  | Escuela Superior Gabriela Mistral | Speed | • 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc.<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Class 3-8 | No Support for…<br>• 6.04, Driving in Emergency Lane<br>• 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign<br>• Multiple Lane Use | Nothing other than providing your priorities as to where you wish these trailers so that we can best support DTOP. |

**SSI** - Sensitive Security Information, not for further distribution.

| | | | | • 5.06, Street Racing | | |
|---|---|---|---|---|---|---|
| *Mobile Units - 4* |  | DTOP Motor Pool | Hot Lists & BOLOs, No Registration | • 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc.<br>• Mobile and with four cameras sees 360°<br>• Greatly enhances officer safety | No support for...<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Classes 3-8<br>• 5.06, Street Racing,<br>• 6.04, Driving in Emergency Lane<br>• 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign | Nothing other than providing the vehicle and a time to implement. That said, use of the vehicle, especially in regards to drivers, should be discussed |

**OPTIONAL ELEMENTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Mobile Safety Cars... Scanners are hidden in hybrid vehicles* |  | Available | Hot Lists & BOLOs, No Registration, Transportation Enforcement | • **FULL TRANSPORTATION ENFORCEMENT**<br>• 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc.<br>• Mobile and with four cameras sees 360°<br>• Greatly enhances officer safety | No support for...<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Classes 3-8<br>• 5.06, Street Racing,<br>• 6.04, Driving in Emergency Lane | Nothing other than providing the vehicle and a time to implement. That said, use of the vehicle, especially in regards to drivers, should be discussed |

**SSI** - Sensitive Security Information, not for further distribution.

| | | | | | • 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign | |
|---|---|---|---|---|---|---|
| *Additional Scanners Mounted to Existing and Future DTOP Enforcement Vehicles* |  | DTOP | Hot Lists & BOLOs, No Registration | • **FULL TRANSPORTATION ENFORCEMENT**<br>• 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc.<br>• Mobile and with four cameras sees 360º<br>• Greatly enhances officer safety | No support for...<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Class 3-8<br>• 5.06, Street Racing,<br>• 6.04, Driving in Emergency Lane<br>• 8.02b, Failure to Stop at Red Light<br>• 8.02c, Yellow Light<br>• 8.02e, Flashing Red Light<br>• 8.05 Stop Sign | Nothing other than providing the vehicle and a time to implement. That said, use of the vehicle, especially in regards to drivers, should be discussed |
| *Multifunctional Roadside Assistance & Automated Enforcement Vehicles* |  | DTOP | Hot Lists & BOLOs, No Registration | • **FULL TRANSPORTATION ENFORCEMENT**<br>• **COMPLETE ROADSIDE ASSISTANCE SYSTEM**<br>• 12.07e, No Registration<br>• Hot Lists/BOLOs for Stolen cars, Child Molesters, Bank Robbers, Other Criminals, etc. | No support for...<br>• 5.02g1, Speeding<br>• 5.02g2, Speeding in excess of 100 mph<br>• 5.02h, Speeding in School Zone<br>• 5.02i, Speeding by vehicles in GVWR Class 3-8<br>• 5.06, Street Racing, | Nothing other than providing the vehicle and a time to implement. That said, use of the vehicle, especially in regards to drivers, |

**SSI** - Sensitive Security Information, not for further distribution.

| | | | | • Mobile and with four cameras sees 360° <br> • Greatly enhances officer safety | • 6.04, Driving in Emergency Lane <br> • 8.02b, Failure to Stop at Red Light <br> • 8.02c, Yellow Light <br> • 8.02e, Flashing Red Light <br> • 8.05 Stop Sign | should be discussed |
|---|---|---|---|---|---|---|

## There are Many Elements Provided as Part of the Complete Technical and Consulting Services:

### Services

 Strategy & Assessment

 Media Services

 Integration and Interface Services

 Implementation Services

 Management Services

 Cloud/NLETS Back-up Services

 Warranty Services

 Maintenance Services

### Solutions

 Mobility, Network & Security Services

 Office Control and Admin. Systems

 Unified Team & Communications Collaboration

 Data Center & Visualization Solutions

 Data Protection Solutions

 Cloud Comms/ Solutions

**SSI** - Sensitive Security Information, not for further distribution.

## Technologies and Equipment

 Desktops

 Notebooks

 Servers

 Networks

 Printers & Supplies

 Storage

 Power Management

 Software

 Weather/Smog Monitor & Reporting

 Bucket Trucks

 ALPR Trailers

 Traffic Conditions and Jurisdictional Source Reporting

 Network Ops Center

 Trailer/Support Trucks

 Fixed Site Cameras for Compliance/Hot Lists

 Mobile ALPR Units for Hot Lists/BOLOs

 4G/LTE AirCards/ Connectivity

 Enhanced NLETS Connectivity for DHS/ICE, etc.

**SSI** - Sensitive Security Information, not for further distribution.



SmartTown



ITS

1. **Equipment Status, we were to provide initially:**

- a trailer with one camera,
- a fixed site location with three cameras,
- a combined unit but with two separate sections and cameras ..... red light and speed system, and to
- equip a cruiser with four cameras.  That said, initially it was decided the cruiser would be better as a two camera system but, to further enhance results and even more important, ensure there can be no confusion, we are going to add back the other two cameras this week.  A two camera system in a jurisdiction like Puerto Rico with only rear plates works at least 90% as well as a four camera system.  The system works fine already, just as was reported by George Colon and signed-off previously.  It is an extra and separate issue that to now ensure against any confusion, we are adding two more cameras this week.

2. . The following elements are operational to the following levels at this time:

**Fixed Site at PR1/Ashford with three cameras.**

**ITS part: 100%, DTOP part: 50%**

> Our part... the equipment and communications of this element, works perfectly but while it is capable of the identification of vast numbers of vehicles, there is no Hot List/ BOLOs yet provided by DTOP and so nothing special is being identified, (stolen cars, bank robbers, terrorists, and of course thus far, also....no unregistered vehicles).  This is for the same reason, (no reliable data from DTOP) as with other elements.

DTOP   ITS

We originally had the Federal Hot List, (NCIC), pre-loaded in the system and within two hours of implementation, identified a very serious Federal Hot List vehicle but without authority, had to turn that off and wait for DTOP to provide the law enforcement Hot Lists.  It was decided that we should all wait so as to not let anyone in law enforcement know what was to be done prior to the Secretary deciding it was time to "go public."

Another way to prove this works however is....just take any vehicle and say that it is on a Hot List and drive it through this site and watch the system identify it as connected to a wanted criminal, then also see the message handed off to a unit which could be a law enforcement system.  That would at least, prior to getting the actual Hot List from DTOP, prove that our part works perfectly.  As part of that, we could also demonstrate taking the license plate number and entering it into the VISCE system which maintains all Hot Lists/BOLOs.  Of course, DTOP has provided the site and all involved with that works fine.

**Trailer, ITS part: 100%, DTOP part: 0%**

The trailer is in place and works fine but lacks the Hot Lists to use in identification of unregistered vehicles and those associated with wanted criminals.  There is an additional link we are adding between the radar and ALPR in that trailer but, it still certainly works and meets the requirements.  We just need Hot Lists and BOLOs from DTOP once we have the Hot List from DTOP.  We will then be especially keen to ensure that we have the Hot List for known child molesters to enable the Secretary to show the public how he has taken steps to protect families.  We will keep records for the media to show how many times such a person is "cruising" around schools.



DTOP   ITS

**Cruiser, ITS part: 100%, DTOP part: 50%**

Like the fixed site location, the only focus for the cruiser-mounted units involves identification of unregistered vehicles and those wanted in connection with criminal conduct. This system worked fine as soon as it was implemented and has continued to work except for the period in which the car was down for transmission repair and for a short time later prior to the cpu being changed-out.  It was agreed by everyone previously that this element is fine and it was also agreed earlier that it was only a mechanical problem with the car that would not allow it to continue functioning.  As noted elsewhere, we are, (just to ensure against any confusion), going to double the number of cameras anyway this week.



DTOP   ITS

## Speed Unit: ITS part: 100%, DTOP part: 50%

The Speed Unit has three components. The ITS part is fine and the system is in place running plates 24/7. Part of the DTOP element is ok in that we have power to the current site but part of it is not. Unhappily, we still have no updated names or addresses to actually send citations and there is no banking system in place regarding fines; (these are the main problems with all the modules).



DTOP    ITS

## Red Light Unit

This system is installed and to some degree, operational but by "operational" what we mean is that it operates as much as it can under the circumstances. Because the detailed intersection documents were not provided in advance by ACT, we were unaware of potential problems with the site. The GATSO red light unit must be about 150 feet away from the actual red light to see and synch with it. This is an important feature for many reasons. It enables us to know that the red light sequence is being constantly monitored and that the red light unit is always accurate. It also allows a quick and easy install and removal in 60-90 minutes. These units can be moved around from one site to another very easily. We have nothing in writing that allows us to construct a pole, run power and certainly, we have no ability to open the roadside cabinet, disconnect the current system mounted beside the red light cluster and then connect the new cables.



DTOP    ITS

## Citations/Banking

We are currently waiting for the latest versions to submit but we are also waiting for the details regarding the banking to finish that, along with details of the amounts of the late charges to be enforced. We have some details of alternatives that we would like to discuss. Banking is one issue but along with that is the Help Desk, ability to take payment in several forms, Spanish-English translations, and the net site to handle things. We have all that in place and ready to go provided we add a component that needs discussion. Otherwise, we must quickly support getting a resolution on the work initiated by Caesar.



DTOP    ITS

**Certification**

We will provide a proposed sign-off tomorrow for your approval. We need to ensure that the contractual requirements are met but also have a simple method to clearly show agreement has been reached.

DTOP   ITS

**Data**

We have the basic database in place of course and the fundamental grid and comms work fine. All this is hosted inside NLETS and of course, totally secure. There are a few simple questions that we assumed would be resolved by the new data which we are still waiting for. That said, perhaps we can at least demonstrate the system simply by generating citations that are not mailed based on the old data once we get answers to the questions from Nigel.

DTOP   ITS

We suggest discussions today to focus on a reduced/streamlined method of doing the demo so as to ensure we can sign-off and move forward quickly.



**AVISO DE VIOLACIÓN**
PROGRAMA DE VELOCIDAD MEDIANTE CÁMARAS AUTOMÁTICAS DE CONTROL
Generado de MM/DD/YYYY



DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

**Referencia Violación:** Ley de Vehículos y Tránsito de Puerto Rico, Ley Núm. 22, supra. Implantación de un Sistema de Control de Tráfico Automático de intersecciones de alto riesgo.

El vehículo registrado a su nombre y cuya descripción aparece en esta notificación fue detectado a una velocidad que excede el límite dispuesto en las Leyes y Ordenanzas aplicables y la rotulación establecida en dicha zona donde opera el Sistema, creado mediante la Ordenanza número 71-Serie 2002-2003. Esto representa una violación al Artículo 2.16 y o en áreas escolares Artículo 2.53, prohibición de conducir a exceso de velocidad. Por disposición del Artículo el dueño registral del vehículo es responsable de la violación aquí documentada.

Usted tiene 15 días a partir de la fecha de este aviso para solicitar una audiencia administrativa presidida por un examinador designado por el Secretario. Registrarse en XXXX@XXXX.com o llame XXX-XXX-XXXX. Esto se rige por la Ley Núm. 170 del 12 de Agosto de 1988, según enmendada, conocida como "Ley Uniforme del Estado Libre Asociado de Puerto Rico de Procedimiento Administrativo".

### INFORMACIÓN DE SU VIOLACIÓN

| | |
|---|---|
| Número de Multa   XXX-XXXXXXXXXX | Fecha   XX XX 14 |
| Placa Número/Tipo   XXXXXXXX/XX | Hora   XX.XX XM |

Ubicación   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
GPS – Lat/Lon   _XX.XXXXXX

Nombres, Segundo, Apellido   XXXX, XXXXXX, XXX
Dirección   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Municipio   XXXXXXXXXXXXXXXX, XXXXX

Velocidad Límite   XXmph
Velocidad del Vehículo   XXXmph



Placa Número
**XXXXXX**



Para ver imágenes y video (si procede) de su violación, para hacer un pago o solicitar una audiencia, visite www.viewciation.com. Para iniciar sesión, introduzca su número de citación y el PIN. Se aceptan VISA y MasterCard.

Doy fé de que soy un jurado oficial del orden público debidamente autorizado de Puerto Rico. Con base en mi inspección de las imágenes grabadas anteriormente, el vehículo de motor que se hace referencia fue operado en violación de la velocidad establecida en este lugar. Nombre: XXXXX Insignia: XXXXX



Jonathan Miller, Badge 34522448

PD Seal

Su Número de PIN: XXXXX

Haga el cheque o giro postal a nombre de: Secretario de Transportación y Obras Públicas, Número de Cuenta: XXXXXXXXXXXXXX, Banco Popular

---

Centro de Procesamiento de Citación
PO BOX 9897
SAN JUAN, PR 00908-9897



| Número de Multa | Placa Número/Tipo | |
|---|---|---|
| XXX.XXXXXXXX | XXX XXXX | |
| | **AMOUNT DUE** | $XXX.XX |
| | **DATE DUE** | MM/DD/YYYY |

Brennen Swanson
123 Any Street
San Juan, PR 009080-9897

Envíe a esta dirección:
Centro de Procesamiento de Citación
PO BOX 9897
SAN JUAN, PR 00908-9897

00142013042200011000013663554432



# OFFICER REVIEW
## Violation Processing Guide



## LOGGING IN WITH SECURE ACCESS



## HOME SCREEN

The home screen displays both a menu bar with various selections (individualized to each user) as well as a statistics box containing the number of unprocessed events and violations currently in the queue.



## OPENING WORKLOAD

Each user selects their daily workload

Select >Workload



## SELECTING EVENTS TO REVIEW

Each user can select their daily workload for review based upon time frame, number of results and sorting order.

Select >Filter; to display the list of new events that need to be reviewed.



## REVIEWING EVENTS

### Overview of Review Steps

1. Review Event Data
2. Review Image 1 (before the stop bar)
3. Review Image 2 (after the stop bar)
4. Play video recording to review evidence
5. Compare license plate crop to event data – verify match



## REVIEWING IMAGE 1

Select >Image 1; Review the image before the stop bar utilizing zoom, pan & brightness adjustments as needed, and accompanying data under image.



Page 3   Version 5.0

## REVIEWING IMAGE 2

Select >Image 2; Review the image of the vehicle after the stop bar, utilizing zoom, pan & brightness adjustments as needed.

**Note: A vehicle might not be present in image 2 for right turn on red violations, indicating that the vehicle did not stop (see video clip).**



## REVIEWING VIDEO

Review the 6 second video clip to confirm sequence of events.

Select >Video; from the right hand side of the screen.



## APPROVING THE VIOLATION

Select >Approve Violation; if you agree with the photographic and video evidence presented to you.



Page 4   Version 5.0

## REVIEWING APPROVAL SCREEN

Select >Submit; if you agree with the violation details shown in the box.



## APPROVAL CONFIRMATION

Select >Yes; to approve the violation.

**Note: Clicking yes will result in a sent citation.**



## REJECTING THE VIOLATION

Select >Reject Violation; if you do not agree with the photographic and video evidence presented to you.



## REJECTION REASONS

Choose the appropriate rejection reason and add a note if applicable.

Select >Reject; no citation will be issued.



## FIND FUNCTION

Users can also utilize the 'FIND' function to search for various queues including new events or rejected events for example.





Gatso USA
900 Cummings Center
Suite 222-T
Beverly, MA 01915
T (978) 922-7294
F (978) 922-7293
E ussales@gatso.com

www.gatso-usa.com



