

# FINAL SUMMARY REPORT

*FOR THE*

## INTELLIGENT TRAFFIC SYSTEM
## PROOF OF CONCEPT

**Department of Transportation and Public Works**

**Document Number: 2014-01**

**Revision: 0**

**June 15, 2014**

Prepared By: _____    _____
             José Luis Pabón-Venegas                Date
             *Department of Transportation and*
             *Public Works of Puerto Rico*

**dtop**
Departamento de Transportación y Obras Públicas

## Signature Page

**VRB Approval:**

| Function | Name | Signature | Date |
|---|---|---|---|
| PRHTA Technical Representative | | | |

| Function | Name | Signature | Date |
|---|---|---|---|
| PRHTA Financial Department Representative | | | |

| Function | Name | Signature | Date |
|---|---|---|---|
| Legal Department Representative | | | |

| Function | Name | Signature | Date |
|---|---|---|---|
| ITS Representative | | | |

**Management Approval:**

The review and approval of these proof of concept prior to its implementation is the joint responsibility of the following functional areas at Department of Transportation and Public Works, Puerto Rico.

| Functional Area | Name | Signature | Date |
|---|---|---|---|
| Chief Information Officer | | | |

# TABLE OF CONTENTS

                                                                         **Page**

1   PURPOSE .................................................................................................................. 4

2   OBJECTIVE .............................................................................................................. 4

3   SCOPE ....................................................................................................................... 4

4   REFERENCES .......................................................................................................... 5

5   RESPONSIBILITIES ................................................................................................ 5

6   TEST EQUIPMENT AND MATERIALS ................................................................ 6

7   EXECUTIVE SUMMARY ........................................................................................ 6

8   PROOF OF CONCEPT FUNCTIONAL QUALIFICATION (FQ) TEST RESULTS ....... 7

9   DEVIATIONS .......................................................................................................... 13

10  CONCLUSIONS ...................................................................................................... 15

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |

| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 4 of 15 |
|---|---|---|---|

# 1  PURPOSE

The purpose of this Summary Report is to summarize all the verifications and tests performed for the acceptance of the Proof of Concept activities for the Intelligence Traffic System (ITS) located in strategic controlled sites around the metropolitan area.

# 2  OBJECTIVE

The objective of this Final Summary Report is to summarize and evaluate the results of the qualification exercises which demonstrate that the proof of concept complies with the equipment installed and in accordance with the specifications provided by the vendor

# 3  SCOPE

3.1  This validation activity applied to the proof of concepts based on the following cameras / systems service installed.

- Speed Detection Cameras
- Red Light Detection Cameras
- Plate Recognition System
- Vehicle with plate and speed recognition system
- Citation generation based on violations detected by the components above described.

3.2  The Equipment were installed in strategic sites along the metro area and are identified as follows:

Reading Plate Camera - Baldorioty de Castro ave. and Dos Hermanos Bridge
Speed Camera - Jesús T. Piñero Avenue in front of Gabriela Mistral High School
Speed and Red Light Camera - PR-177 intersection with Santa María Mall
Vehicle with speed and reading plate camera – PRHTA vehicle shop in Bayamón

3.3  All equipment components were installed by ITS personnel and contractors with support from Puerto Rico Department of Public Works (PRDPW) and Puerto Rico Highway and Transportation Authority (PRHTA) personnel.

3.4  This Proof of Concept validation activities, test the operational functionalities of the equipment and services described in section 3.1. Installation and performance validation test which includes full tests of the whole system and services integration must be performed when the contractor finished the whole setup of the concept as described in the service contract agreement between ITS and PRHTA.

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |

| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 5 of 15 |

## 4 REFERENCES

4.1 GATSO Xilium Officer Review Violation Processing Manual
4.2 VISCE User Manual 3.6.6 (Rev. December 2013)
4.3 Access to GATSO Citation Processing and VICE (custom instruction document)

## 5 RESPONSIBILITIES

5.1 Department of Transportation and Public Works (DTOP) had the overall supervisory responsibility for the Validation Activities.

5.2 Intelligent Traffic Systems had responsibility for providing the operators, specialists where required (i.e. licensed electrician), software testing tools, materials, and consumables required for the operation of the system.

5.3 Department of Transportation and Public Works (DTOP) had the responsibility for the execution of this protocol, collecting the test data, signing off the test data sheets, and analysis of the test results.

5.4 Department of Transportation and Public Works (DTOP) had the responsibility of submitting a summary report describing the results of the proof of concept qualification exercise, to be approved by Department of Transportation and Public Works (DTOP) and Intelligent Traffic Systems (ITS)

5.5 DTOP and ITS had the responsibility for the review and approval of this report.

| Department of Transportation and Public Works – Puerto Rico | FINAL SUMARY REPORT FOR THE INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT | | |
|---|---|---|---|
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 6 of 15 |

## 6 TEST EQUIPMENT AND MATERIALS

6.1 Private and PRHTA official vehicles

6.2 PC running Web browser software

## 7 EXECUTIVE SUMMARY

The proof of concept functional qualification activities were successfully completed per protocols requirements and acceptance criteria. The several verifications and documentation activities were performed in accordance to Department of Transportation and Public Works and Intelligent Traffic System specifications.

Deviations attained during the execution activities were either resolved through corrective action and/or explained for their acceptance in the qualification package.

The following verifications were executed during the Qualification Activities for the ITS System

### Installation Qualification Protocol

| Test Description | Deviation No. | Test Results |
|---|---|---|
| System Documentation Verification | N/A | Pass |
| Vehicle Plate Recognition | 01 | Pass |
| Red Light Camera | N/A | Pass |
| Red Light and Speeding Camera | N/A | Pass |
| Patrol Unit with Plate Recognition and Speed Camera | N/A | Pass |
| Citation Generation | 01 | Pass |

The qualification was successfully executed, passing the acceptance criteria established in protocol. Upon reviewing test data compiled during the qualification exercise, all items in the Proof of Concept Protocol for ITS were found acceptable and variations or discrepancies have been satisfactorily resolved. Based on the results of the qualification exercises, ITS Proof of Concept system is determined to be qualified.

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |

| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 7 of 15 |

## 8  PROOF OF CONCEPT FUNCTIONAL QUALIFICATION (FQ) TEST RESULTS

The actual results with conclusion by test executed for the Functional Qualification (FQ) of ITS system are the following:

### 8.1  System Documentation Verification -

8.1.1  Objective:  The objective of this section was to provide a list of latest documentation available for the Intelligent Traffic System (ITS).

8.1.2  Procedure:  This section was completed by including a list of the latest electrical drawings, manuals, specifications, calibration. Disaster Discovery Plans and Standards Operation Procedures were not requested for this tests. However it will be requested when the complete system and operations be completed started up. All documents were reviewed to ensure they are complete, correct and current.

8.1.3  Acceptance Criteria:  *All documents shall be complete, correct and current.*

8.1.4  Deviation:  No Deviations were found in this section.

8.1.5  Conclusions:  A complete list was included with the following:

- System Operating & Maintenance Manuals
- System Specifications
- Calibration Documents

These documents were found complete, correct and current.

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |

| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 8 of 15 |

### 8.3 Vehicle Plate Recognition -

**8.3.1 Objective:** The objective of this verification was to assure that each vehicle plate can be properly identified so in case is register in a hot list or registration is not active it can be flagged for further actions.

**8.3.2 Procedure:** Officials and privates vehicles pass thru the camera located in the intersection. Driver notifies the date, time passed, vehicle plates and description.

**8.3.3 Acceptance Criteria:** *Each vehicle will be identified by the system. The correct plate ID will be showing by the system.*

**8.3.4 Deviation:** One (1) deviation was found. Plates beginning with letter "I" where identified by the system with the letter "T". Fortunately at this moment there are not plates beginning with letter "T", so it was easy to identify and correct the plate in the system. More calibration and adjustment will be necessary to better identify the plate that begin with letter "I".

It is not considered necessary to stop the process of release of these equipment. ITS company is in charge of taking the necessary measures to assure proper adjustments and necessary re-calibration of the equipment to assure proper identification of plates beginning with letter "I".

**8.3.5 Conclusion:** This camera system worked as per the system specifications. The test acceptance criteria were met.

| | | | |
|---|---|---|---|
| **dtop** Department of Transportation and Public Works – Puerto Rico | | FINAL SUMARY REPORT FOR THE INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT | |
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 9 of 15 |

**8.4 Red Light Camera Test -**

8.4.1 Objective: The objective of this verification was to ensure that every vehicle that transit at higher speed that established by law, will be positively identified including photo and its plate identification.

8.4.2 Procedure: Officials and privates vehicles pass thru the camera located in front of a Public School at speed higher that established (25 MPH). Driver notifies the date, time passed, vehicle plates and description.

8.4.3 Acceptance Criteria: *Each vehicle will be identified by the system. The correct plate ID and photo will be showing by the system*

8.4.4 Deviation: No deviations were found.

8.4.5 Conclusion: This camera system worked as per the system specifications. The test acceptance criteria were met.

| | FINAL SUMARY REPORT |
|---|---|
| dtop<br>Department of<br>Transportation and Public Works –<br>Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |

| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 10 of 15 |
|---|---|---|---|

### 8.5 Red Light and Speeding Camera -

8.5.1 Objective: The objective of this verification was to ensure that every vehicle that transit at higher speed that established by law, or to pass a red light will be positively identified including photo and its plate identification.

8.5.2 Procedure: Officials and privates vehicles pass thru the camera located near red light and a school at speed higher that established (25 MPH) and pass the red light. Driver notifies the date, time passed, vehicle plates and description.

8.5.3 Acceptance Criteria: *Each vehicle will be identified by the system. The correct plate ID and photo will be showing by the system passing the red light or moving faster that the speed limit established.*

8.5.4 Deviation: No deviations were found.

8.5.5 Conclusions: This Gatso camera system worked as per the system specifications. The test acceptance criteria were met.

| Department of Transportation and Public Works – Puerto Rico | FINAL SUMARY REPORT FOR THE INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT | | |
|---|---|---|---|
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 11 of 15 |

### 8.6 Patrol Unit with Plate Recognition and Speed Camera

8.6.1 Objective: The objective of this verification was to test a car equipped with plate recognition and speed camera. And verify that the equipment could read and identify plates and read speed for cars running in the car's range.

8.6.2 Procedure: Ride the unit in different areas and perform several reads and speed measures.

8.6.3 Acceptance Criteria: *The equipment inside the car can read and recognize license plates correctly and can measure and identify vehicles exceeding the specifying speed limits*

8.6.4 Deviation: No deviations were found.

8.6.5 Conclusions: Both systems worked as per the system specifications. The test acceptance criteria were met. It is recommended to add more cameras in the units so it can increase the coverage area.

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE |
| | INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 12 of 15 |

### 8.7 Citation Generation -

8.7.1 Objective: The objective of this test was to verify and document the proper printing of the citation based on the infraction committed. At this time three (3) citations models were generated for this proof of concept.

8.7.2 Procedure: Three (3) citations models will be printed and verifies that it contains the correct article in law for the infraction. Correct instructions indicating appeals process, payments option, WEB address for revision, Citizen Names and address.

8.7.3 Acceptance Criteria: *All test applicable to the current citations should pass.*

8.7.4 Deviation: One (1) deviation was found. Errors in some words and expressions in Spanish was incorrect. Article details in the law were omitted. Corrections for this findings were submitted to the contractor for corrections.

It is not considered necessary to stop the process of release of these equipment. ITS company is in charge of taking the necessary measures to assure proper changes in the wording of the citations forms to assure proper information submitted to the citizens.

8.7.5 Conclusions: All diagnostics for the citation printing were successfully performed, which passed the aceptance criteria. The test acceptance criteria were met.

| | |
|---|---|
| ![dtop] Department of Transportation and Public Works – Puerto Rico | **FINAL SUMMARY REPORT** **FOR THE** **INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT** |
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 13 of 15 |

## 9 DEVIATIONS

### 9.1 Deviation Number 001

**Deviation Descriptions**

One (1) deviation was found. Plates beginning with letter "I" where identified by the system with the letter "T". Fortunately at this moment there are not plates beginning with letter "T", so it was easy to identify and correct the plate in the system.

No effective date is available at this moment.

**Proposed Action Plan/Corrective Action and Responsibilities**

More calibration and adjustment will be necessary from the contractor side to better identify the plate that begin with letter "I ".

**Testing Required after Corrective Actions are implemented**

It will be verified that these adjustment and calibrations has the final approval data and effective date.

**Status/Conclusion**

It is not considered necessary to stop the process of release of these equipment. ITS company is in charge of taking the necessary measures to assure proper adjustments and necessary re-calibration of the equipment to assure proper identification of plates beginning with letter "I".

| | FINAL SUMARY REPORT |
|---|---|
| Department of Transportation and Public Works – Puerto Rico | FOR THE<br>INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 14 of 15 |

### 9.2 Deviation Number 002

#### Deviation Descriptions

One (1) deviation was found. Errors in some words and expressions in Spanish was incorrect. Article details in the law were omitted.

#### Proposed Action Plan/Corrective Action and Responsibilities

Corrections for this findings were submitted to the contractor for final insertion in the citation forms.

#### Testing Required after Corrective Actions are Implemented

It will be verified that these adjustment and has the final approval and effective date from legal department.

#### Status/Conclusion

It is not considered necessary to stop the process of release of these equipment. ITS company is in charge of taking the necessary measures to assure proper changes in the wording of the citations forms to assure proper information submitted to the citizens.

|  Department of Transportation and Public Works – Puerto Rico | FINAL SUMMARY REPORT FOR THE INTELLIGENT TRAFFIC SYSTEM PROOF OF CONCEPT |||
|---|---|---|---|
| Project No. 2014-001 | Revision: 0 | Date: June 15, 2014 | Page 15 of 15 |

## 10 CONCLUSIONS

The Functional Qualification for the Proof of Concept from ITS were performed successfully. The results have been evaluated, analyzed and reported in this report. All deviations were properly resolved and documented in the executed protocol and addendum.

Based on the results of this qualification exercise, the Proof of Concept components, is determined to be qualified.

| | | Name | Duration | Start | Finish | | Comments from ITS: |
|---|---|---|---|---|---|---|---|
| 1 | | Proof of Concept Acceptance Document | 3 days? | 6/28/14 8:00 AM | 7/2/14 5:00 PM | | This was to be provided from Colorado weeks ago. If you have made changes to this form or if any changes are now required, we are unaware of that. Please send this for review if different |
| 2 | | Document Preparation | 1 day? | 6/28/14 8:00 AM | 6/30/14 5:00 PM | | We have no idea what this references; please advise. |
| 3 | | Document Revision | 1 day? | 7/1/14 8:00 AM | 7/1/14 5:00 PM | 2 | Same as above. |
| 4 | | Final Approval and Signing | 1 day? | 7/2/14 8:00 AM | 7/2/14 5:00 PM | 3 | Please advise -- is this the Final Approval for all elements? |
| 6 | | Intersections Selection | 8 days? | 7/2/14 8:00 AM | 7/11/14 5:00 PM | | The next 10 intersections were selected, discussed and agreed months ago; are there changes that you wish? Please advise. |
| 7 | | Labeling Areas | 8 days? | 7/2/14 8:00 AM | 7/11/14 5:00 PM | | Is this for additional intersections? We now have a total of thirteen fixed sites and multiple systems for each so, the entire next wave of equipment has been placed in our opinion. At a major intersection for instance, there would be two or more GATSOs, not like with |
| 8 | | Area de Proof of Concept | 2 days? | 7/2/14 8:00 AM | 7/3/14 5:00 PM | | Not sure what this means |
| 9 | | Areas finales | 8 days? | 7/2/14 8:00 AM | 7/11/14 5:00 PM | | Same as above. |
| 10 | | Operational Command Center | 1 day? | 6/30/14 8:00 AM | 6/30/14 5:00 PM | | Requirements are clear & our responsibility; what do you wish? |
| 11 | | Facilities | 1 day? | 6/30/14 8:00 AM | 6/30/14 5:00 PM | | Our task is to demonstrate the facility and ensure your access. |
| 12 | | Personnel | 1 day? | 6/30/14 8:00 AM | 6/30/14 5:00 PM | | Our requirement is to provide you information re. our employees |
| 14 | | Discuss BPPR Alternative Payment Option | 2 days? | 7/2/14 8:00 AM | 7/3/14 5:00 PM | | Assuming this is what I think, do we really need two days? |
| 16 | | Establish a Fine Payment Alternative a... | 30 days? | 7/2/14 8:00 AM | 8/12/14 5:00 PM | | This has been referenced and clearly needs discussion but we thought this was mostly resolved. In any case, it should not be allowed to slow down the system. |
| 17 | | Quote Request | 3 days? | 7/2/14 8:00 AM | 7/4/14 5:00 PM | | See above. |
| 18 | | Quote Revision and Approval | 3 days? | 7/7/14 8:00 AM | 7/9/14 5:00 PM | 17 | See above. |
| 19 | | Equipment Acquisition | 15 days? | 7/10/14 8:00 AM | 7/30/14 5:00 PM | 18 | See above. |
| 20 | | CESCO Bayamon | 3 days? | 7/31/14 8:00 AM | 8/4/14 5:00 PM | 19 | See above. |
| 21 | | CESCO Carolina | 3 days? | 8/5/14 8:00 AM | 8/7/14 5:00 PM | 20 | See above. |
| 22 | | Personnel Training | 3 days? | 8/8/14 8:00 AM | 8/12/14 5:00 PM | 21 | See above. We have Spanish-speaking staff that can conduct payment training and assume that will be needed; happy to assist. |
| 24 | | DAVID + Integration | 11 days? | 7/1/14 8:00 AM | 7/15/14 5:00 PM | | We are unsure what this references. Everything that can be done at this stage has been accomplished by us but we are still waiting for critical data. See below. |
| 25 | | Data Base Transmissions and Updates | 11 days? | 7/1/14 8:00 AM | 7/15/14 5:00 PM | | Same as above. |
| 26 | | Database Update | 1 day? | 7/1/14 8:00 AM | 7/1/14 5:00 PM | | Same as above. |
| 27 | | Database Transmission Script | 5 days? | 7/1/14 8:00 AM | 7/7/14 5:00 PM | | Same as above. |
| 28 | | Citation Transmission | 10 days | 7/2/14 8:00 AM | 7/15/14 5:00 PM | | Same as above. |
| 29 | | Identify which 80% of data is accurate | | | | | Can't send thousands of citations to the wrong people -- please help |
| 30 | | Data Link/Feed with/from Drivers License data | | | | | Same as above. |
| 31 | | Communicate Decision re. Citing Since June 1 | | | | | Need response -- assume you do not want DTOP to lose all this $s? |
| 32 | | Ensure signs are in place | | | | | If still not up, allow us to go do it for DTOP. |
| 33 | | Banking Details re. Account | | | | | Collections set-up but must know where to send money to PRHTA. |
| 34 | | Data/List of Government Plates | | | | | Without this we will create trouble and lose money; please help. |

| 35 | List of Lien Holders w/ contacts | | | Same as above – must know we can collect and not burden them |
|---|---|---|---|---|
| 36 | Law Enforcement Hot Lists and BOLOs | | | Now time for this and will generate good PR the Secretary will need |
| 37 | Advise DTOP plans re. other agencies w/ red lights and speeding camera systems – what should we do? | | | Does not now appear to be a 'casual' enquiry so we need to check to see who is pushing this alternative system to DTOP's. |

What follows was sent June 11, then, now twice since:

**REQUIREMENTS:**

Data that is considered accurate vs. that considered inaccurate/not yet corrected. Without that, we can't complete the database...we don't know what to do....what is "right" or "wrong." We must know which 80%" is ok.

Data from drivers licenses as discussed some time ago – we still have nothing re. that - and any other sources to help clean up data. We must get as much done this way as possible prior to contracting with Pitney-Bowes to help with this problem.

Response regarding signs. We have assumed all along that the signs at PR 177 were installed as scheduled. Thousands of citations and hundreds of thousands of dollars will be lost if we can't now issue these citations. There are signs in place but not also the new ones. We must know if we can issue these citations.

Still no information on the banking. Can't finish the citations re. collections or set-up the sweep from the payment interface to ensure the money goes into the PRHTA account to be set-up.

List of government plates. If possible, please provide also, the separate list of plates associated with vehicles involved in undercover work so that under no conditions are those vehicles in any citation record.

We will begin to focus on the remainder...that additional 20% using additional outside sources to help clean data.

List of f lien holders with contact details – I think we are still waiting for that.

It remains agreed that the Law Enforcement Hot List and BOLO List will be provide as soon as the system is announced to law enforcement leadership but not before. That said, we need to get it now and load it.

We can't make "magic" happen instantly and so, must load and adjust the database once we get better data from you. Please be patient as we must adjust and yet...we are determined to issue citations this month. We simply must have the information and again...we ASSUME unless you tell us otherwise, that we are going to send these thousands of citations we have been spooling once we can clean up the data. Please help us ... to help you and thanks as always my friend.

This was just sent on 6/27. No response yet:

We continue to get calls, (Alpha 1 and now, GENESIS), from companies that wish to "partner" and install red light and speed camera systems. They reference a RFI/RPP for these systems. We get the impression that they are referencing DPS/DOJ - Public Safety. As discussed previously, this is at least disconcerting and may be confusing and possibly destructive. The long wait to get the system operational is difficult to explain and may be endangering our joint efforts. Please advise and thanks. Jonathan Miller