| | |
|---|---|
| From: | Leaders <leadersforum@gmail.com> |
| Sent: | Tuesday, June 24, 2014 9:53 AM |
| To: | Mildred Gonzalez; nigel gower; FoxVlad@aol.com; Tiffany Santini; Jorge Rivera; Edison Aviles; Ashok Sinha (asinha@nldc.net); Andrew Noble; Rich Kosina; Mike Mcgrey; Keith Poimboeuf |
| Subject: | Quick PR Update |

First a bit of good news: The Secretary has had a meeting with the DPS Director who is very excited and pleased about the system. We should now have the BOLO and Hot Lists, (or very soon) to start helping law enforcement. Now, the rest of it:

**QUICK PR UPDATE:**

I was to be in San Juan beginning yesterday but was advised to wait due to the strike action planned. I am currently at the Annual NLETS Conference in Santa Fe, New Mexico. If there is no chance to get to PR this week, I will leave Thursday and go to meetings scheduled in Sacramento with California Government then fly to San Juan over the weekend. If there is a need for me to get to San Juan sooner, that takes priority and I will be there. I am already scheduled to be in San Juan July 7-14 and will indeed, spend more not less time in San Juan over the coming weeks. All that said, one month I was there a total of 18 days and another month 16 days and got little done from the government side. There are many issues and needs that have been handled but from our side, I think that we are ready..... but need confirmation from DTOP to begin.....the sign-off/certification. I am told that will happen today. I hope so.

Few of the questions I raise appear to be answered at times. I was told that signs were up at PR177 prior to the end of May. There are indeed warning signs up and that may be adequate but that was not the plan. The signs designated for that specific purpose are not in place and the additional signs we provided also not used. Jose Pabon now says that he is about to sign the "certification" letter/note and then the signs will be up in "a couple of days." I have asked if the thousands of citations we have been spooling off since June 1st per the Secretary's instructions can be sent once we have his certification/ acceptance note. His response was "I will check." There appears to be no connection that without that, massive revenue will just be discarded. This is really absurd and clearly counter to the Secretary's specific directive. From our side...we are expected to invest how many millions.....??? and we can't depend on DTOP to put up the signs the Secretary instructed to be in place?

I have instructed new PROJECT charts to be created. I have, several times promised to send updates of the existing ones to PR. I will certainly bring them with me but need to share what I hear and why we have not yet done that. Each time I issue instructions for that to happen I have someone step in and stop it. Here s the reason: no sensible person who reviews what we have now, (and assuming this will get positive support), would fail to ask very embarrassing questions about how things got handled. The system should have gone live in March and it is almost July. Some very basic and I think, impossible to explain issues on the government side have made this far more difficult and time-consuming that it ever should have. We are re-crafting these documents to ensure the Secretary can't be embarrassed. We would never lie .....but there are things I have instructed that must be left out.

We need only three things from government for this to work: 1. Regulation and enablement. If those signs are not up and certainly, based on the fact that other issues have not been handled, loose ends remain. Despite the commitment almost three weeks ago to send us the sign-off, even that has not yet happened. We are not quite "there" yet on that element. 2. Getting paid. The bank account, as far as I know, is still not fully

1

organized and I think the Key Bank documents will not be fully accepted at DTOP prior to it clearly stating the money goes to a PRHTA bank account number XXXXXX at Banco Popular. 3. Data. We have....we think...almost enough to get started but sources like the drivers data we still do not have....for no reasons I am aware of and worse....these issue just "disappear" We raise issues, get agreement and then well....they are raised again and again and finally, are ignored. Perhaps they are being handled. I simply do not know. Perhaps we shall see when I get the stuff from Jose Pabon, hopefully today. I do not wish to pre-judge this.

We must be able to work in a very positive manner and without on-going concerns and conflict. I cannot make anyone at DTOP do anything.

I am coming back to sign contracts/hire staff and organize many things, (including paying people and much else), but again....can't be sure of the date. I was reasonably certain it would be leaving here tomorrow and arriving there Wednesday night....cancelling the rest of NLETS and the California trip. Now I just do not know. The minute I have an answer, I will contact you. That said, Tiffany, I still need to send you docs and you need to be working the rest of this week.

On another issue: "4G" connectivity in PR often isn't. The reception at the PR177 site is so bad it is choking that system. See below the report from GATSO:

Hi Jonathon, as you are aware we are accessing the Internet via cellular. We went to ATT as they told us they had LTE 4G but most of the time were only getting 3G and even as poor as 1X at times.

This small pipe is causing uploads to back up at times. While we eventually catch up, we're presently enforcing at 40mph. If we drop this to 30mph (2xs the 15mph school speed limit) the comms will not keep up. Naturally we all want to go to 30mph (if the government agrees) and later to 21 (6 over in a school zone as it is on the mainland). The lower the speed, the more violations, the more safety. To handle this anticipated increase in volume we need a bigger pipe which cable can deliver.

There are 2 cable companies in Puerto Rico that provide internet. Liberty Cable and Choice Cable.

I reached out to Liberty the other day asking if they could provide us a cable drop at the PR177 & Santa Maria Shopping Mall location. They wanted an address so I provided the SuperMax Grocery store address across the street explaining we need the drop at the intersection near the supplied address. I've heard noting back from Liberty.

I have not found an English portal to contact Choice.

Typically, the way the cable companies work on the mainland is we make an inquiry for a connection. The cable company sends out their tech do determine where the closest cable is located. This is usually on a wood utility pole running down an alley. They then come back to us advising: 1) we can provide you a connection and bring it to your pole, 2) we can provide you a connection and bring it to your pole and the construction will cost you this, 3) we can provide you a connection and you need to come to our pole to get and when you're done we'll make the final connection.

Can someone in PR use their Spanish literacy to call these folks and inquiry if we can get a cable drop?

I have sent these details to Jose Pabon as well but heard nothing back. Of course, this is not a DTOP problem but our problem. Any assistance or ideas would be most welcome.

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication