**From:** Leaders <leadersforum@gmail.com>
**Sent:** Friday, June 27, 2014 5:51 PM
**To:** Mildred Gonzalez; Vanesa Monroy; Jorge Rivera
**Subject:** Fwd: This is the list of items remaining since 11 June. I remain unaware of anything needed from us prior to this.

This was sent earlier today. I send out something almost every day to DTOP and need to return to San Juan but trying hard to force things to happen first. Very frustrating. Hopefully, see you next week.

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium

---------- Forwarded message ----------
From: **Leaders** <leadersforum@gmail.com>
Date: Fri, Jun 27, 2014 at 8:03 AM
Subject: This is the list of items remaining since 11 June. I remain unaware of anything needed from us prior to this.
To: Jose Pabon-Venegas <josepabonvenegas@gmail.com>
Cc: "José L. Monroy Gonzague" <jmonroy@dtop.gov.pr>, "Oliveras, Mario" <mario.oliveras@urs.com>, Tiffany Santini <tiffany.a.santini@gmail.com>, Edison Aviles <eavilesdeliz@msn.com>, "FoxVlad@aol.com" <FoxVlad@aol.com>, Mike Mcgrey <mike@mcgrey.net>, Andrew Noble <a.noble@gatso.com>, "Ashok Sinha (asinha@nldc.net)" <asinha@nldc.net>, nigel gower <nigel@24ondemand.com>

GOOD MORNING! LET ME KNOW HOW WE CAN HELP. OFF THE TOP OF MY HEAD....THESE ARE THE THINGS WE ARE STILL WAITING FOR IN ADDITION TO YOUR SIGN-OFF.

1. Data that is considered accurate vs. that considered inaccurate/not yet corrected. Without that, we can't complete the database...we don't know what to do....what is "right" or "wrong." We need to know "which 80%" is ok.
2. Data from drivers licenses as discussed some time ago – we still have nothing re. that - and any other sources to help clean up data. We must get as much done this way as possible prior to contracting with Pitney-Bowes to help with this problem.
3. Response regarding signs. We have assumed all along that the signs at PR 177 were installed as scheduled. Thousands of citations and hundreds of thousands of dollars will be lost if we can't now issue these citations. There are signs in place but not also the new ones. We must know if we can issue these citations.
4. Still no information on the banking. Can't finish the citations re. collections or set-up the sweep from the payment interface to ensure the money goes into the PRHTA account to be set-up.

1


5. List of government plates. As possible, please provide also, the separate list of plates associated with vehicles involved in undercover work so that under no conditions are those vehicles in any citation record.
6. We will begin to focus on the remainder...that additional 20% using perhaps, additional outside sources to help clean that data.
7. List of lien holders with contact details – I think we are still waiting for that.
8. It remains agreed that the Law Enforcement Hot List and BOLO List will be provide as soon as the system is announced to law enforcement leadership but not before. That said, we need to get it now and load it.

We can't make "magic" happen instantly and so, must load and adjust the database once we get better data from you. Please be patient as we must adjust and yet...we are determined to issue citations this month. We simply must have the information and again...we ASSUME unless you tell us otherwise, that we are going to send these thousands of citations we have been spooling once we can clean up the data. Please help us ... to help you and thanks as always my friend.

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium