**Mildred Gonzalez**

| | |
|---|---|
| **From:** | Leaders <leadersforum@gmail.com> |
| **Sent:** | Sunday, June 29, 2014 6:42 PM |
| **To:** | Vanesa Monroy; Mildred Gonzalez; Jorge Rivera; Keith Poimboeuf |
| **Subject:** | Fwd: See attached and text below |

**FYI**

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium

---------- Forwarded message ----------
From: **Leaders** <leadersforum@gmail.com>
Date: Sun, Jun 29, 2014 at 6:38 PM
Subject: Re: See attached and text below
To: Jose Pabon-Venegas <josepabonvenegas@gmail.com>
Cc: "José L. Monroy Gonzague" <jmonroy@dtop.gov.pr>, "Miguel A. Torres Díaz" <migueltorres@dtop.gov.pr>, Miguel Torres <torresdiazm@gmail.com>, "Oliveras, Mario" <mario.oliveras@urs.com>, Edison Aviles <eavilesdeliz@msn.com>, Tiffany Santini <tiffany.a.santini@gmail.com>, Hernan Lopez Baez <hernanlopez@dtop.gov.pr>, "FoxVlad@aol.com" <FoxVlad@aol.com>, Mike Mcgrey <mike@mcgrey.net>, nigel gower <nigel@24ondemand.com>, "Ashok Sinha (asinha@nldc.net)" <asinha@nldc.net>, Andrew Noble <a.noble@gatso.com>

QUICK ADDITIONAL NOTE

Please remember that this is not a program that DTOP must invest in financially. It is the responsibility of ITS to pay for all equipment, maintenance operations, mailing, and support. On that basis, and while we understand that records must be well-maintained and operations fully transparent, the dynamics of who is responsible for what change from what DTOP knows best.

If we fail in any element of our responsibilities, we are severely punished financially by that failure and so reluctant to do anything that creates problem for us, (and for DTOP). A company that sold DTOP product and/or services might be penalized but not to the same degree. In the deep South we would say this is a difference in commitment or as in breakfast.... a typical company is the chicken while we are the pig. Our commitment level is vastly different.

While this long wait has unfortunately created more cost and trauma for DTOP that it should, the intent was and remains to have an entirely positive system in place that encourages respectful, law-abiding conduct while generating dramatic new revenues. That remains our joint primary goal. Revenue generation while important, is

1

secondary. That said, DTOP has lost hundreds of thousands of dollars already and will lose far more unless we move quickly. Of course, we are also losing money and I am hard-pressed to explain that to others. I can have people creating charts around the clock for DTOP but what I cannot do is get the data elements ...to know what data can be used ....to get citations issued. Please help me to help you do whatever it takes to get this finished quickly. Count on us to do anything at all, (that is ethical and legal), to assist your efforts. JM

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium

On Sun, Jun 29, 2014 at 6:12 PM, Leaders <leadersforum@gmail.com> wrote:
At this time, I am booked to return tomorrow but will first call in the morning to see if at least the data issues can be resolved. Otherwise, there is no purpose for me to come yet again and accomplish little or nothing. I know that your time is valuable and frankly, without the data issues resolved, (and they are simple and will not take long), but without that, we cannot issue citations, no matter what is signed and a meeting without that is simply a waste of time. ITS has done all we can and has been waiting a long time now, doing almost nothing and unable to proceed.

Otherwise, I am scheduled to spend the period July 7-14 there, along with others so, will wait and handle things from here - and monitor progress with the IT Team and others as we hopefully get data elements, prior to the Holiday and then come down on the 7th.

Again.... I will be at the gate for a 9:30 flight and ready to board but will call to check status beginning at 8:30 and prior to boarding. My status allows me to cancel at will/without charge and so that is not a problem.

As you will see from the attached document in which I have responded to what I understand of your issues and added those not listed, the remaining requirements are very simple. Much of what you list has already been done and much else should not take the long periods indicated, (at least nothing we know of should have such problems).

We have said that we can cite on at least red light and speed violations but that was based on the commitment to send the following: 1. tell us WHICH 20% of the data is known to be bad/uncorrected. 2. send us drivers license, tax and any other records that are acceptable and available to help us clean up the names and addresses. 3. list of government plates, 4. lien holder information, 5. status on signs at PR177 and if now in place and/or previously and if we can send citations or, must we absorb all those massive losses, (and DTOP too), from not having the signs up in time. Frankly, after hearing in May that the signs were going up then, I am going to have a big problem if we can't send citations out that have been spooling off since June 1st as the Secretary directed. You indicated you did not wish to use those we had made but remember that they are available to you at any time.

We can provide all sorts of charts and did that earlier, especially during January - March but it did not seem to help and what has worked better is just maintaining a list of outstanding items. That list has been provided again at the end of your document and is also in blue. We are maintaining our own PROJECT versions for control but must be cautious as the long delays reflect badly and we do not wish these to be public.

We think the banking issue is now resolved and certainly hope so. We think that this latest of the five "final" versions of the citation forms is also ok and have again programmed/hard coded in the templates.

All that said, the data COULD ALSO be ok if we had the rest of what we have discussed. We certainly can't send out citations when 20% are instantly denied because they were sent to the wrong people. If even five or ten percent are sent to bad addresses, there will be many angry people and bad press/ media. We pledged to make the Secretary look GOOD...not bad!

Again, I will start calling you around 8:30 am tomorrow to ensure we are moving forward and there is reason for a meeting on Tuesday, (I would respectfully ask for that meeting Tuesday morning if possible but will make it work anytime you direct that day or the next. July 3rd and 4th are miserable travel days I am told and I have not yet even booked a return so, I would really like to leave on Wednesday evening in order to clear other issues and of course, I must be back in San Juan on the 7th.

As a separate note, we need to determine what DOJ or whoever/whatever is doing regarding speed and red light cameras. This was to be resolved but has reappeared as a potential concern. Is this the same effort we discussed previously? Is this a "live" issue and a concern to DTOP? Should we be concerned? The focus and agreement was this was to be the sole system for the Commonwealth as a viable, linked approach. Is there some other agency taking advantage of DTOP and ITS' hard work? Please advise.

Thanks as always my friend. I will call you in the morning as noted.

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium