Case:17-03283-LTS Doc#:24634-13 Filed:06/22/23 Entered:06/22/23 18:57:29 Desc: Attachment 12 Page 1 of 1

| MEETING REPORT: JULY 1, 2014 |  Serving ..... |  DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS |  |



## ACTION ITEMS AGREED TODAY – ITS RESPONSIBILITY:

1. Provide Copies of Spanish Language Payment Screens
2. Provide IACP Guidelines for Speed and Red Light Equipment Settings
3. Provide Information re. Daily Notice to DAVID of Citations Issued
4. Work with Mario to Determine Location for Next 15 Intersections
5. Physically Visit and Evaluate Sites
6. GATSO and NDI Calibration Documentation
7. Meet with Banco Popular re. Collection Offer
8. Provide Details re. Usefulness of Latest Data
9. Organize NOC and arrange for information and DTOP Access
10. Certified Training from NDI, GATSO and NPSC of Local Staff
11. Training of Government Staff
12. Media Kit and Interactive Presentation Documents for Secretary
13. Update Dataflow and Time Frame Master Documents
14. ITS to Provide Weekly Report on Revenue Lost Due to Bad/Inadequate Data
15. Binders with Common Table of Contents for Each Site with All Relevant Documents, Backed-Up in Team Room

## ACTION ITEMS AGREED TODAY – DTOP RESPONSIBILITY:

1. Mario to Help Determine Location for Next 15 Intersections
2. Resend Detailed Maps of Current Intersections
3. Assist to Determine Which 80% of Data Is Accurate
4. Ensure Drivers License Data Will Be Available Soon
5. Decide How Current Registration Data w/Names and Addresses Might Be Used to Help Further Clean Data
6. Data/List of Government Plates
7. List of Lien Holders – ITS Will Contact
8. Sign Proof of Concept Doc So Next Phase Can Begin
9. Organize Transfer of Hot Lists and BOLOs to Support Law Enforcement
10. Decide Exact Items Held in ITS Binders, Maintain Same for Reference

 *SmartTown* An ITS Smart Town Solution for DTOP        **SSI** - Sensitive Security Information, not for further distribution