**Mildred Gonzalez**

| | |
|---|---|
| **From:** | Leaders <leadersforum@gmail.com> |
| **Sent:** | Wednesday, July 02, 2014 7:54 AM |
| **To:** | Andrew Noble; Rich Kosina; Suzanne Stelmach; Vanesa Monroy; Mildred Gonzalez; Jorge Rivera; a.quinn@ndi-rs.net; Erik Cortez; sergio@sscontract.com; FoxVlad@aol.com; Mike Mcgrey |
| **Subject:** | Fwd: Quick Action Items Report from Yesterday's Meeting |

RICH: We are meeting with Mario this morning at 10 to finish the new suggested intersections list. Tiffany will then document all that and work with Mario to ensure that all are viable. Three must be in school zones.

They called the State CIO directly yesterday who personally confirmed that there is NO Commonwealth initiative of any kind re. Speed or Red Light camera units planned or will be supported other than this one. Jose Luis again stated that they have refused access to DAVID to any local system but that DTOP will, along with us, provide systems to local municipalities on the basis of a shared revenue arrangement with DTOP/ITS. Under no conditions, DTOP says, will the Commonwealth support with names, addresses or other data, systems other than those using equipment and services provided by the Consortium in conjunction with DTOP. Copying Sergio on this.

Rich and Sergio....we will have the final list of candidate sites to you NLT tomorrow am. I will be back Monday and we will drive to each of the 15 chosen to pick the best 10 NLT Tuesday. The Secretary returns tomorrow from a FED. DOT meeting in Atlanta.

The document, Jose Pabon says, is ready and we of course, agree. Each site has new additional signs up along with new bright yellow markings at PR177 and Gabriella School/ PR17. Still struggling to get approval to send out citations spooled off during June but unlikely. DTOP position is that so much revenue is being made it does not much matter. Well...that is their position not ours....I have people to hire and much to do and this has been very damaging to our efforts. That is intended perhaps, to cover the big mistake with signs.

Speed limit to be set for 30 MPH in school zones and 45 MPH for the period when school is not in session. Later, we will drop to 6 MPH over speed limit for both periods but that is perhaps three months out. Same for non School Zone areas which are normally 35 MPH but we will soon have very detailed information for you and most especially for Sergio so that his team can plan properly. Communications issues hopefully to be resolved today. Will advise later.

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is neither the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by telephone, (1.800.853.7267), and delete this communication from any computer or other databank. Thank You; The IX Group of Companies, Member-Partner of National Public Safety Consortium

---------- Forwarded message ----------
From: **Leaders** <leadersforum@gmail.com>
Date: Wed, Jul 2, 2014 at 7:32 AM