

## Signature Page

**VRB Approval**

| Function | Name | Signature | Date |
|---|---|---|---|
| PRHTA Technical Representative | Hernán López | | 7/14/14 |

| Function | Name | Signature | Date |
|---|---|---|---|
| PRHTA Financial Department Representative | Cesar Gandiaga | | 7/14/14 |

| Function | Name | Signature | Date |
|---|---|---|---|
| Legal Department Representative | Yasmin M. Santiago Toyns | | 14/7/2014 |

| Function | Name | Signature | Date |
|---|---|---|---|
| ITS Representative | Jonathan Mkleor | | 7/14/2014 |

**Management Approval:**

The review and approval of these proof of concept prior to its implementation is the joint responsibility of the following functional areas at Department of Transportation and Public Works, Puerto Rico.

| Functional Area | Name | Signature | Date |
|---|---|---|---|
| Chief Information Officer | Cesar Gandiaga | | 07/14/2014 |
| Tyn Ferres dno 07/14/2014 | José L. Rabh Venyes | | |