

ESTADO LIBRE ASOCIADO DE
**PUERTO RICO**
Departamento de Transportación
y Obras Públicas

AGENDA
DTOP & ITS Meeting
July 23, 2014 2014

8:30 a.m.

I. **Public Announcement from the Governor**
   a. **Presentation status and review**
   b. **Photographs changes on Citations**

II. **Escrow Account and Banco Popular Offer status**

III. **Status for implementations of Installations Comments submitted by Eng. Hernán López.**

IV. **Documentation Required for the Binders**

V. **NOC Status**

VI. **Support Documents for fines from the past two months**

VII. **Database status based on latest information submittal**

VIII. **Additional training**