

COMMONWEALTH OF
**PUERTO RICO**
Department of Transportation
and Public Works

September 30th, 2014

Mr. Jonathan Miller
International Traffic System, LLC
San Juan, Puerto Rico

Dear Mr. Miller:

Hereby we want to inform you of the rules that will be applied regarding the implementation of the Red Light Running, Speed Limit Enforcement and Vehicle Registration Verification Cameras (collectively, the SIMONE system) as the same is allowed under Article 23.06 of Law 22-2000, as amended. What follows are the parameters for a applying a fine and operating the system. These rules will be referred to as the *Business Rules* and can be amended as needed by the Puerto Rico Highway (PRHTA) and Transportation Authority or the Department of Transportation and Public Works (DTPW).



### I. FINES ISSUANCE:

The following rules will be applied to be able to issue a fine with the SIMONE System.

General Rules on or before the issuance of fines:

- ✓ The system will be able to detect Red Light Running or Over the Speed Limit Infractions on the intersections;
- ✓ An image of all the cars' license plate that go through an intersection will be captured by the cameras installed at the same. If the cameras cannot take the image of all cars' license plate, it will take the license plate of the cars with which infractions have been committed and then any others, at random.

Roberto Sánchez Vilella, Government Center
PO Box 41269, San Juan, PR 00940-1269
P. (787) 722.2929
www.dtop.gov.pr

 facebook.com/dtop     @DTOP



- ✓ For Red Light Running and Speed Enforcement cameras, a 6 seconds (*minimum time*) video showing the infraction will be recorded.
- ✓ Personnel from International Traffic System, LLC (hereinafter, ITS) will review the images and video for clarity and accuracy.
- ✓ A sworn officer/person designated by the Secretary of the DTPW (DTPW) will verify all the information and determine if the facts before him warrants the issuance of a fine.
- ✓ The vehicle tag will be cross referenced with the DAVID+ database system information to obtain any information necessary to issue the fine.
- ✓ The fine will be verified and signed by the sworn officer/person designated by the Secretary of the DTPW.
- ✓ *NO FINE will be issued for running a yellow light.*
- ✓ All transactions must be available for auditing at any time and must contain information like:
  - Date and Time;
  - Type of Transaction; and
  - User who perform the transaction.

INTENTIONALLY LEFT BLANK
SEE TABLE ON NEXT PAGE

Roberto Sánchez Vilella, Government Center
PO Box 41269, San Juan, PR 00940-1269
P. (787) 722.2929
www.dtop.gov.pr

 facebook.com/dtop      @DTOP



**Miscellaneous Dispositions:**

> ➤ When new intersections are to be set-up and integrated into the project, simultaneously and or before the set-up, a community outreach initiative will be agreed to and implemented in the neighborhood by ITS, DTPW, PRHTA and the Traffic Safety Commission (TSC).

> ➤ TEMPORARY PROVISION. As per the "General Rules to be applied for the issuance of fines: All fines must be processed and submitted to the owner of the vehicle, or the certified driver, in less than sixty (60) days from the date of the infraction." See, page 5 of 18. Said provision shall put into effect on January 1st 2015; up until and including December 31st 2014 the fines can be issued up to 90 days from the date of the infraction, as per §23.06 (c) 20 of Law 22-2000, as amended.

> ➤ TEMPORARY PROVISION. No Payment Plans will be processed or accepted until January 1st 2015. After that, the dispositions established in page 8 of 18 of these Business Rules regarding Payment Plans shall apply.

> ➤ Any and all amendment to the foregoing shall be done in writing by the Secretary of the DTPW and the Executive Director of the PRHTA.

If you agree to the above, please sign in the space provided below.

Regards,

Miguel A. Torres Díaz
Secretary, DTPW

Javier E. Ramos Hernández
Executive Director, PRHTA

**AGREED TO AND ACCEPTED:**

Jonathan Miller
Director, International Traffic System, LLC

Roberto Sánchez Vilella, Government Center
PO Box 41269, San Juan, PR 00940-1269
P. (787) 722.2929
www.dtop.gov.pr

 facebook.com/dtop       @DTOP

