

**COMMONWEALTH OF PUERTO RICO**
Department of Transportation and Public Works

September 30th, 2014

Mr. Johnathan Miller
Director
International Traffic System, LLC
San Juan, Puerto Rico

Dear Mr. Miller:

Pursuant Article 23.06 of Law 22-2000, as amended, your company has been contracted to operate an automatic traffic control system for high risk intersections. As part of the same, and pursuant to the powers bested in me by law, I hereby designate Juan O. Fontanez Colón and Ángel L. Colón Nieves of your team to, as part of the operation of the systems and issuance of the notifications of administrative fines, review and approve the fines to be issued pursuant to the same.

Should you have any questions or concerns, do not hesitate to contact my offices at your convenience.

Regards,

Miguel A. Torres Díaz
Secretary

Roberto Sánchez Vilella, Government Center
PO Box 41269, San Juan, PR 00940-1269
P. (787) 722.2929
www.dtop.gov.pr

 facebook.com/dtop     @DTOP

