## Minutes of Meeting, Action Items and Follow-Up
## Project Simone - October 2, 2014 – 9:00 A.M.

Attendees: Eng. Samuel Forestier – ACT Traffic Office
Mr. Jose L. Pabón – DTOP/ACT Office of Secretary
Eng. José F. Pagan – ACT Traffic Office
Eng. Juan C. Rivera Ortiz – ACT Traffic Office
Eng. Danny Roman Vera – ACT Traffic Office
Mr. Jonathan Miller - ITS
Eng. Jorge L. Rivera – ITS
Mrs. Mildred Gonzalez – ITS
Mr. Amaury Rodríguez – ITS
Mr. Sergio Sanchez – ITS
Eng. Héctor Zavala Toro

**Issues Discussed:**

1. Miller needs to know what are the next intersections of the program, so he can place an order for the equipment. He also informed that the equipment to be used is the same as at GATSO-177 and this equipment is in high demand all over the world making difficult to obtain the necessary pieces of equipment for our Simone Program. ACT Traffic Office gave ITS a list of the next intersections and informed that the next five intersections will be in one direction and the next ten on both directions.

Agreed and this has been updated by ACT, (thank you). The first intersections are scheduled to be five of these six: PR17 – Gabriela Mistral, (near where speed trailer is currently), and....

| # | PRHTA | MAIN | SECONDARY | MUNICIPALITY | REFERENCE | SCHOOL | AB? |
|---|---|---|---|---|---|---|---|
| 1 | D. Román | PR-199 | Calle Medina | Guaynabo | Burger King | Colegio Adianez | X** |
| 2 | G. Reyes | PR-176 | Calle San Javier | San Juan | St. Marys School | St. Marys School | |
| 3 | D. Román | PR-2 | Trastalleres | San Juan | Roberto H. Todd | Rafael María de Labra | X |
| 4 | G. Reyes | PR-3 | Ave. Monte Carlo | San Juan | Monte Hatillo | Gerardo Sellés Solá | X |
| 5 | B. Cotto | PR-8860 | Acceso Escuela | Trujillo Alto | Escuela | Colegio Santa María del Camino | |

I also ask, as there are several schools in the area that we consider:

| | | | | | |
|---|---|---|---|---|---|
| B. Cotto | PR-27 | Ave. Gándara | San Juan | UPR | X |

*No escuela*

Clearly and as agreed in the meeting, ITS must move quickly to ensure there are "As Builts" for sites 2 and 5. We did not see a key and so, are not aware of the designation of ** regarding site 1. While we have great guides for determining best placement, the decision grid is actually simple:

| | |
|---|---|
| Determine main flow of traffic based on volume | |
| Ensure no obstacles re. line of sight or issues underground 150 feet from red light | |
| Ensure that power – ideally Econolite Cabinet – can be reached easily and on that side of roadway. | |
| Ensure the site will not require extensive permitting and that the Municipality will be cooperative | |
| Give weight to getting units out over a broad area – not too many - too close together | |
| School zones – all these are but remember that provided there is serious traffic impact, the units need not be right in front of a school but could be around the corner. | |
| If an "As Built" is not available, go to local filings for business operations and find what is | |

2. Mr. Miller informed that ITS will have a web site to deposit all Simone Program information and would provide an access code to it to all members of the Team.

Yes and forgive us as Carol has been very ill and things have moved slowly. This site is being populated for you today. We will change the name but for now it is:
https://basecamp.com/login USER: mindwhirlmarketing@gmail.com PASS: zxcv14bnm.

We have a new marketing and social media company working for us and they did this on your behalf.

3. Based on the information gathered so far, ITS will develop a schedule for the program for next meeting.

We suggest that today, the focus be simply on sharing any additional information we collectively have about the five sites chosen and then, any additional information re. others in the list. At the next meeting we will have fully documented everything we can on at least the five chosen plus the additional one I have suggested at UPR. We will use the existing template to do so but if there are any major changes to your requirements please advise as soon as you can. I will have Carol log the template on the new site so you can make modifications as you wish. It is important we are all using the same one and that our work meets your requirements for approval. I have secured aluminum poles and much else on the Mainland for the project and those specs will also be listed so you can review and hopefully approve prior to the shipment next Tuesday. Prior to our next meeting, the kits for each site will have then been provide to our Engineer for final review and submission to DTOP. Also attending that meeting will be Nigel Gower, the Consortium's IT Director and Andrew Fox who is the Chairman and flying in from London to help ensure we have all our "loose ends" handled.

4. ACT Traffic Office informed ITS that their office will be developing the drawings for the pavement markings and signage on all intersection under the Simone Program. Furthermore the ACT Traffic Office would be performing part of the as-built drawings of the intersections.

   *ok*

   Understood and agreed. Thank you.

5. Next Monday ACT Traffic Office will provide ITS a list of all intersection that need as-builds and will mark the ones to be developed by ACT and the ones assigned to ITS.

   *Hoy se definirá y se pasará el listado faltan 7*

   Have that but re. these first five, not sure if ACT is doing the "As Builts."

6. ITS was informed that the ACT Traffic Office, was considering to do the signage and pavement marking design and installation with their staff. Eng. Zavala indicated that the capacity of the ACT Signage Shop was limited and this project could overwhelm their capacity. Mr. Pabón suggested that a schedule should be developed to see if they can handle the load of the project.

   *Coordinar Pabón y Ing. Zavala para determinar 29 próximos*

   Please advise and remember that we will assist...pay for signs to be made elsewhere or do whatever is required to support your efforts.

7. It was agreed that the electrical drawing for the installations of the cameras would be developed by ITS then reviewed and approved by the ACT Electrical Engineer. ITS will develop a standard drawing for the Program, but the content and point of connection would be on a case by case.

   We have those now and they will be loaded to the site later today.

8. All Site Plans will be submitted by ITS to the Centro de Excavaciones de PR to mark the existing underground utilities.

   *Se va a organizar*

   That will happen as soon as we have them available as a set of 5, (or 6).

9. Every month ITS will present to ACT Traffic Office an Intersection Condition Report to maintain the Certification of the Intersections. This report will also include the Certification of the cameras. *Prepararlo para el 1 de nov.*

   The first of these will be submitted next Thursday. Each will be visited and logged.

*Angel Cintrón – revisión de semáforos verificar los timing*