**AGENDA REUNIÓN** ▶ **FECHA:** October 3, 2014   **HORA:** 10:22 AM
**ASUNTO:** Proyecto SIMONE
**LUGAR:** Conference Center Piso 8

| PARTICIPANTES | COMPAÑÍA | TELÉFONO/EXT./CELULAR/CORREO ELECTRÓNICO |
|---|---|---|
| 1. Juan C. Rivera Ortiz | ACT - Transito | (787) 721-8787 x-2860 juarivera@dtop.gov.pr |
| 2. Jorge L Rivera | ITS | 787-459-5350 |
| 3. Mildred Gonzalez | ITS | 787-412-3464 |
| 4. Hector Zavala Tori | ITS | 787-640-0648 |
| 5. Sergio Sanchez | ITS | 787-360-3731 |
| 6. Amaury Rodriguez | ITS | 787-617-6353 |
| 7. Jonathan Miller | ITS | 770-380-4235 |
| 8. Danny Roman Vera | ACT - Transito | (787) 721-8787 x-2893 droman@dtop.gov.pr |
| 9. José F. Pagán | ACT - Transito | (787) 721-8787 x 2812, 2839 |
| 10. José L. Pabon Venegas | ACT/DTOP Secretariado | (787) 318-6760 - jpabon@dtop.gov.pr |
| 11. Samuel Forestier | ACT - Area Transito | 787-721-8787 x-2825 sforestier@dtop.gov.pr |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

**RESULTADOS DE LA REUNIÓN**