

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Departamento de Transportación y Obras Públicas

## HOJA DE ASISTENCIA
**Fecha:** Jueves, 6 de noviembre de 2014 / **Hora:** 10:00 AM
**Lugar:** Salón de Conferencias – Piso 17
**ASUNTO:** FOTOMULTAS

| # | NOMBRE | OFICINA | TEL./EXT. |
|---|--------|---------|-----------|
| 1. | Samuel Forestier | Área Tránsito ACT | 721-8787 x-2809 |
| 2. | Edwin Melendez Sojo | DISCO – DTOP | (787) 487-8084 |
| 3. | Luis R. Pastor Reyes | Región Metro Const | (787) 358-5973 |
| 4. | Mildred Gonzalez | ITS | (787) 412-3464 |
| 5. | Jorge L. Rivera | ITS | (787) 457-5350 |
| 6. | Kiara L. Sosa | ITS | (787) 423-0103 |
| 7. | Jonathan Miller | ITS | (770) 580-4235 |
| 8. | Javier Rangel | GATSO, USA | (787) 955-6562 |
| 9. | Jose L. Pabon | Secretariado | (787) 318-6260 |
| 10. | Ing. A. Cintron | Regulación Transito | (787) 590-4934 |
| 11. | Mario A. Maldonado | CST | (939) 475-7575 |
| 12. | Maritza Lugo | ACT - Reglamentación | (787) 721-8787 x-2859 |
| 13. | Gloria R. Reyes | ACT - Transito | (787) 721-8787 x 2899 |
| 14. | Juan C. Rivera Ortiz | ACT - Transito | (787) 721-8787 x 2876 |
| 15. | Sergio Sanchez | ITS | (787) 360-3731 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

**Observaciones:**

Centro Gubernamental Roberto Sánchez Vilella
Apartado 41269, San Juan, PR 00940-1269
Tel. (787) 722.2929
www.dtop.gov.pr

 facebook.com/dtop  @DTOP

