**COMMONWEALTH OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

December 23, 2014

Mr. Jonathan Miller
President
International Traffic Systems
San Juan Puerto Rico

*[signature]*
Javier E. Ramos Hernández, PE
Executive Director

### SIMONE Operational Rules during Academic Recess

As established on the approved business rules in October 1, 2014, between Puerto Rico Highway and Transportation Authority and International Traffic Systems, the official academic periods and recess calendar were established by the Department of Education. Copy of the official calendar can be obtained by direct contact to the Department of Education or accessing their WEB Page: http://www.de.gobierno.pr/.

In those days, were no classes are offered, because is a holiday or is in the recess period, the speed limit to be considered is the speed limit defined for Weekends (Saturday and Sundays) and after school official time (7:00 PM to 5:59 AM) for the specific intersection. Any question, please do not hesitate to contact us.

Roberto Sánchez Vilella, Government Center
PO Box 42007, San Juan, PR 00940-2007
P. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop     @DTOP


PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY