**COMMONWEALTH OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

January 1, 2015

Mr. Jonathan Miller
President
International Traffic Systems
San Juan Puerto Rico

Eng. Javier E. Ramos Hernández
Executive Director

**SIMONE Operational Rules during Academic Period**

As established on the approved business rules in October 1, 2014, between Puerto Rico Highway and Transportation Authority and International Traffic Systems, The official academic periods and recess calendar were established by the Department of Education. Copy of the official calendar can be obtained by direct contact to the Department of Education or accessing their WEB Page : http://www.de.gobierno.pr/

For the first semester of 2015 academic period begun today Thursday January 8, 2015. (teachers and administrative personnel) Students were schedule to begin classes by next Monday 12, 2015. Fines for speeding in school zones will begin to be effective next Monday 12, 2015 at 6:00 am.

If you have any questions, please don't hesitate to contact us.

Roberto Sánchez Vilella, Government Center
PO Box 42007, San Juan, PR 00940-2007
P. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop     @DTOP


PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY