

**COMMONWEALTH OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

January 7, 2015

Mr. Jonathan Miller
President
International Traffic Systems
San Juan Puerto Rico

Eng. Javier E. Ramos Hernández
Executive Director

**SIMONE Citation Registration in DAVID System**

As established on the approved business rules in October 1, 2014, between Puerto Rico Highway and Transportation Authority and International Traffic Systems, on page 5 under "General Rules to be applied for the issuance of fines" second bullet, the registration period for a citation once is submitted to the vehicle's owner to the DTOP DAVID+ system is ten (10) days. We required that this registration period will be increased to fifteen (15) days. The reason for this change responds that by law the vehicle owner has fifteen (15) calendar days to request a citation revision. If by this period the vehicle owner does not ask the revision, we assume the vehicle owner accept the citation. In that case proceed to register this citation in DTOP DAVID+ system as established by the two parts.

Any question, please don't hesitate to contact us.

Roberto Sánchez Vilella, Government Center
PO Box 42007, San Juan, PR 00940-2007
P. (787) 721.8787
www.dtop.gov.pr

 facebook.com/dtop    @DTOP

