

COMMONWEALTH OF
PUERTO RICO
Puerto Rico Highway and
Transportation Authority

January 14, 2015

Mr. Jonathan Miller
International Traffic System, LLC

Dear Mr. Miller:

After an intense evaluation of the progress of the Pilot Project for the automatic traffic control system in designated high risk intersections for drivers and pedestrians under Services Contract Number 2014-000182, executed on December 30, 2013 between the Puerto Rico Highway and Transportation Authority (PRHTA) and International Traffic Systems, LLC (ITS), the PRHTA has determined that is in its best interest to terminate the project and therefore contract.

According to the dispositions of Clause Eight of the Contract, the date of termination will be no less than thirty (30) calendar days from the Notice of Termination. Therefore, we are notifying you that the effective date of this termination will be Saturday February 14, 2015. Meanwhile, we ask you to immediately stop the issuance of any violations under the Pilot Project.

Cordially,

Javier E. Ramos Hernández, PE
Executive Director

Cf: Miguel A. Torres Díaz, PE
Secretary of the Department of Transportation
and Public Works

---

Roberto Sánchez Vilella, Government Center
PO Box 42007, San Juan, PR 00940-2007
P. (787) 721.8787
www.dtop.gov.pr
 facebook.com/dtop   @DTOP


PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY