**ITS INTERNATIONAL TRAFFIC SYSTEMS, LLC**
954 Ponce de Leon Ave. 5th floor
San Juan, PR 00907 Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and Public Safety Network


PSC Alliance Member

15 de enero de 2015

RECIBIDO
CORREO LA FORTALEZA
15 JAN 16 AM 11:27

Hon. Alejandro García Padilla
Gobernador de Puerto Rico
La Fortaleza
San Juan, Puerto Rico

Estimado señor gobernador:

Represento a International Traffic Systems, compañía que contrató el Departamento de Transportación y Obras Públicas para establecer SIMONE. Aunque somos relativamente nuevos en Puerto Rico, ITS está respaldado por el National Public Safety Consortium. Esta entidad agrupa a 17 compañías con presencia en 183 países y una experiencia extensa en sistemas de seguridad y control de tráfico. Actualmente ITS emplea a 31 empleados puertorriqueños.

Me dirijo a usted para aclarar información incorrecta que ha sido provista a los medios y que debido a nuestro contrato con DTOP estamos impedidos de corregir públicamente.

En ITS hemos cumplido cabalmente con el contrato que firmamos con DTOP para establecer SIMONE, un sistema de cámaras y sensores que detecta infracciones a la Ley de Tránsito. No solo hemos cumplido con la letra y espíritu del acuerdo, sino que hemos ido más allá para subsanar fallas en aspectos de la implantación del sistema que son responsabilidad de la agencia. Nos decepciona la decisión tomada por el secretario con relación al contrato, y la forma en que ha sido divulgada a los medios sin mediar una comunicación formal a nuestra compañía. De hecho, a esta fecha todavía no hemos recibido una comunicación oficial de la agencia.

Nos sentimos orgullosos del trabajo que ha realizado nuestro equipo de profesionales puertorriqueños y como empresa honesta y transparente estamos abiertos a contestar preguntas sobre la labor realizada. Aprovecho esta comunicación para ofrecerle algunos datos relevantes que le pueden ayudar a tener un panorama más completo de lo informado a los medios por el secretario.

**Datos relevantes**

- **Proceso de revisión** – El proceso fue establecido en su totalidad por DTOP, ITS no participó en su redacción.

- **Número de teléfono de servicio al cliente** – Desde noviembre el número de teléfono que se utiliza para servicio al cliente es el (787) 709-4614. El mismo aparece claramente en el boleto que recibe el ciudadano, bajo la sección Recurso de Revisión. Este número es un número local y es atendido por operadores en Puerto Rico. Aparece además en la www.simonepr.com y en material de orientación, aprobado por DTOP. Ese cambio es de conocimiento de la agencia.

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com



página 2

- **Proceso de orientación** – Debido al contrato, todo el proceso de orientación y comunicación del proyecto a los ciudadanos es responsabilidad del DTOP y se nos exigió que no hiciéramos declaraciones públicas. No tuvimos participación en el lanzamiento, ni en cómo se comunicó la implantación.

- **Inversiones no contempladas en el contrato** – Según el acuerdo, ITS es responsable por la instalación del equipo de cámaras, sensores, monitoreo de las intersecciones, servicio al cliente y envío de boletos. Sin embargo, a solicitud de la agencia hemos tenido que asumir el costo de acondicionamiento y señalización en las intersecciones donde se coloca SIMONE. Por ejemplo, el costo de esos trabajos para las próximas cuatro intersecciones está estimado en cerca de $70,000.

- **Burocracia y atraso en toma de decisiones** – La implantación de un sistema como SIMONE requiere una coordinación interagencial efectiva. Esta coordinación ha sido casi inoperante. Como ejemplo, la cámara fija que se requirió para la PR-17 frente a la Escuela Gabriela Mistral está en espera desde noviembre que el DTOP coordine con la Autoridad de Energía Eléctrica para trabajar la instalación eléctrica.
    - Igualmente, las cartas que se tienen que enviar a los conductores que han solicitado recursos de revisión con relación a la eliminación de las multas, pagos incorrectos, devolución de dinero y otras, no se han podido procesar debido a que DTOP no ha aprobado ni procesado los borradores que se le enviaron.

Estos solo son algunos ejemplos. Nuestro deseo es poder continuar prestando servicios al gobierno de Puerto Rico y contribuir con nuestro peritaje a la implantación de un sistema de seguridad vial que beneficie a todos los ciudadanos. A tales fines le solicitamos una reunión en la cual se nos permita aclarar y exponer nuestra posición con relación a los eventos que han llevado al secretario a tomar la determinación de proponer la cancelación del contrato y la devolución de las multas pagadas. Estas multas conforme al contrato son válidas y corresponden a violaciones de ley cometidas por los conductores.

La decisión tomada por el secretario nos causa un daño irreparable a nuestra reputación como empresa multinacional que decidió hacer negocios en Puerto Rico; además que pone a riesgo la cuantiosa inversión de capital que hemos realizado hasta esta fecha.

Nosotros confiamos en nuestro sistema, el cual ha sido reconocido como uno de los más confiables en la industria, y estamos seguros que usted actuará de una forma justa y que beneficie a todas las partes.

Cordialmente,

Jonathan Miller
Principal Oficial Ejecutivo