**INTERNATIONAL TRAFFIC SYSTEMS, LLC**
954 Ponce de Leon Ave. 5th floor
San Juan, PR 00907 Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

**PARTNER AFFILIATE:**

NLETS
International Justice and
Public Safety Network

January 16, 2015

Javier E. Ramos Hernández, PE
Executive Director
Puerto Rico Highway and
Transportation Authority
San Juan, Puerto Rico

Dear Mr. Ramos:

We acknowledge receipt of your letter dated January 14, 2015 and delivered to our offices on this date at 10:30 a.m.

We do not agree with the cancelation of the contract and will refer your communication to our legal counsel. A response will be sent within 24 business hours.

Cordially,

Jonathan Miller, CEO

*Recivido por*
*José M. [signature]*
*1/16/15*
*11:00 AM*

PSC Alliance Member

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com