**ITS INTERNATIONAL TRAFFIC SYSTEMS, LLC**
Ponce de Leon Ave. 954, 5th Floor
San Juan, PR 00907, Tel: 787.398.7498

15 JAN 22 P 5:01

21 de enero de 2015

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Miguel A. Torres Diaz,
Secretary of DTOP – Deliver by Courier

Dear Mr. Secretary,

When we met Friday I said we wanted to get the SIMONE Project back on track, and that remains my objective. We have your Clause 8 notice of cancellation effective 16th February 2015, we will use no vehicle data recorded before 10am 16th January 2015 and will also issue no moving violation citations thereafter. We await your assistance to remove the last two installations one of which, (PR177 location), recorded a murder today.

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Andrew Noble, President
GATSO USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

We have all invested time, money and reputation in what is basically a growing success story if only the Public knew it. The Government of Puerto Rico and your name as well as ours are linked to it, so if it is terminated in a manner that is both illogical and unfair there will be serious consequences. It is not an easy option as the fallout from cancellation may be far worse, so we need to work together to achieve the best outcome.

We talked then about possible 'face-saving' moves we could consider, and we remain completely open to this. We continue to resist the strong temptation to speak out in our defense. We know that the media was instructed by DTOP they could not speak with us and our countless attempts to get approval to communicate were denied. Those who understood the system had to remain silent which by now, must be seen as a miserable idea. SIMONE should have been defended long ago and we certainly tried hard to assist. Your child SIMONE may need a makeover but does not deserve decapitation without at least one warning!

**PARTNER AFFILIATE:**

NLETS
International Justice and
Public Safety Network

DTOP is a dysfunctional and inefficient bureaucracy, and you personally have consistently been let down by your people, leading directly to poor decisions by you and the Governor. Major project DTOP responsibilities have delayed SIMONE and been so comically mishandled that ITS had to take on the work and costs, (signage and intersections are but two solid examples). Where DTOP still refuses to let ITS get the job done, the results have been terrible – the publicity, data and challenges issues come to mind. Everything DTOP touches does not turn to gold. And it would have been much better if DTOP had accepted our recommendation to issue $nil citations in advance as we and GATSO recommended. Instead, month after month we dismissed citations but the public never knew or cared. That accomplished nothing.



PSC Alliance Member

In retrospect, we should have designed our workload to minimize DTOP involvement. You have said that you have little power to manage or discipline DTOP staff to make them perform, or even fire failures. Insofar as it is our business because we are impacted by DTOP failures, we respectfully suggest you evaluate the performance and job retention of the handful of DTOP managers responsible for the endless delays and costly errors with SIMONE. We have the record and the fault ....the *real* fault of SIMONE failures, is crystal clear. They have cost us all dearly and you know who I am talking about.

You know about the Consortium and their many visits to present our project to you as we moved towards a contract in December 2013. Members are deeply concerned about recent events, especially in regards to the unreliability of doing business with the Government of Puerto Rico. ITS and GATSO were forced by you to locate their people and equipment in San Juan because you rightly wanted to create local jobs in a local taxpaying business with huge export potential. GATSO people comprise half of our 33 local staff in Puerto Rico and they have invested very heavily, (another $230,000 in equipment needed for this full service operation you personally demanded, arrived today).

We monitor events closely and welcome the opportunity to assist in your consideration of options going forward. Our objective is to save SIMONE and if that means agreeing to a 'pause' to review and reconfirm the value of SIMONE then we will cooperate. Meanwhile an independent expert will soon commence the review of SIMONE as a working operational system in case this is needed later and to document our position. We also strongly suggest again the creation of an oversight committee of DTOP, press, law enforcement, privacy advocates and other interested parties.

As you approved when we met ('that is your commercial right') I have also opened confidential discussion with various 'competitors' and will talk with Municipalities as soon as we can legally do so. As a courtesy, I share two current ideas with you: (1) that ITS limits its 'street operations' to San Juan and provides full backroom services to other operators in the rest of the island and (2) that ITS grants 10% of our company to the Municipality along with representation on our Board. This is enough to meet our objective of showcasing SIMONE to interested governments in Central and Latin America as a valuable Puerto Rican success employing many additional Citizens.

I want to emphasize the importance of releasing our funds held in escrow account at Banco Popular. Our first invoice ($57,015) was produced in accordance with the contract which remains alive though the notice period. Payments continue to arrive as marbete citations replace the moving violations citations. This revenue will allow ITS to wind down operations if the cancellation stands and we have to fire all Puerto Rican staff and cancel other obligations like leases. Any such payments are deducted in full from the final settlement amount, and failure to release our funds will not be understood by the public who see so many fired and result in more public drama that DTOP does not need.

Another issue is the proposed cancellation of moving violation citations, even those already paid. We oppose this in principle and in practice. DTOP has not provided the legal basis for this idea and it creates horrible precedents making it almost impossible to execute any other project without the Commonwealth / DTOP paying upfront for equipment, systems and services. You rightly chose SIMONE exactly to avoid these massive cash burden while getting our technical expertise – and as agreed ITS has paid all costs while DTOP receives 55-70% of all revenue and ownership of the equipment free after 5 years. Is the Administration going to demand that all other "illegal" past schemes (ie. Ponce) repay citations paid by offenders? And if not, why not?

ITS and its people, the consortium members and SIMONE have been trashed in the media, unanswered, and this is on the cyber-record forever. You claim that we can participate in future tenders but is that realistic when our name is mud? And is it wise to put ITS in a position post-SIMONE where we have nothing to lose? In that case we will be forced to follow the orders of our stakeholders to tell the truth and recover what we can, whatever it takes. We have already been approached by top attorneys keen to represent us, but that is not our preference. If the cancellation stands, Mr. Secretary, can we agree a path to avoid the likely disaster facing us all as compensation is endlessly delayed, legal claims escalate and the media continues to howl?

The only way this can work is a SIMONE timeout and makeover, followed by a quick and public success with a wider group of supporting stakeholders. This may involve some short term embarrassment but is the right thing to do and will quickly provide a visible win for Puerto Rico. If the cancellation stands we expect you to commit to a binding timetable for financial settlement but, we trust in the good sense of the Administration and consequent action to save SIMONE. That is far better for DTOP, the government and the People of Puerto Rico.

Yours sincerely,

PP

*[signature]*

Andrew M Fox
Chairman, International Traffic Systems LLC