

**INTERNATIONAL**
TRAFFIC SYSTEMS, LLC

Ponce de Leon Ave. 954, 5th Floor
San Juan, PR 00907, Tel: 787.398.7498

**25 January 2015**

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Miguel A. Torres Diaz,
Secretary of DTOP – Deliver by Courier

**Dear Mr Secretary,**

I did not have a response from you to my letter of 21ˢᵗ January 2015. I know you are very busy but I also know that DTOP is not always efficient so you may not have received the letter. I attach a copy to this letter for your convenience.

We are very aware of drama around the AutoExpreso / marbete issue. It is the same as what SIMONE would face when an offender could not renew marbete without paying all SIMONE fines, and this was discussed and agreed to be the only real way to force payment of citations. We were depending on this to force fine payments but now it seems that because this is indeed a powerful political mechanism the Government needs to waive it! Yes, it is an irony-rich environment.

**Advisory Board:**

Joel Mulder Regional Director
G4S Security USA

Andrew Noble, President
GATSO USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant
Communications, Inc.

Andrew Ketterer, Esq., Special
Counsel, Former Pres., National
Assoc. of Attorneys General

### 1. Marbete citations

You know we believe the already-issued moving violation citations (red light/speeding) especially those already paid, are legal. They were issued under a valid contract after we received the authority from the authorized governmental entity. You also know that marbete violations are not at risk of legal claims regarding the issue of calibration of the cameras and the alleged entrapment. <u>My direct request is that you compromise not to void new marbete citations that we send out next week.</u> We have 7000 in the pipeline, many are ready to mail now, and we can mail over 40,000 by 16ᵗʰ February 2015. That is potentially >$10m of revenue and would force offenders to pay the marbete (bringing the Government more revenue) and most importantly take uninsured drivers off the roads. I note again that the popular (unanswered) objections to SIMONE were about moving violations, not marbete, and there cannot be 'entrapment' or 'calibration' claims here.

**PARTNER AFFILIATE:**

NLETS
International Justice and
Public Safety Network

### 2. Law enforcement buy in

Cannot transport police visit the no-marbete vehicles when parked at home to see what stickers they have on their windscreens? It is surely a serious (criminal?) matter if they are using fake stickers. Law enforcement is much more positive about SIMONE following our video capture of the PR177 murder, and will be more so when we cover >50 intersections with additional mobile units and an efficient hotlist system in place - this can all be working very quickly now we have their buy-in, and we'd expect a steady stream of public good results.


PSC
PSC Alliance Member

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com

### 3. SIMONE contract cancellation / amendment

We still request that you cancel the cancellation notice. However this could be through a 'clarification announcement' whereby the Government reconfirms cancellation of the moving violations part of our contract (the bit that caused Public outcry) pending a new open tender to be held mid-year in which we can participate (probably with new local partners to add media / lobbying strength). BUT a new addendum to the agreement would confirm ongoing operation of the marbete-only aspect of the contract on the same terms, since this is clearly an area where public safety demands action and SIMONE has all the sources to assist DTOP in getting this under control quickly. Not to do so would clearly imply that the Government is aware of the violations, but chooses to look the other way.

### 4. ITS compensation

If the ITS agreement is amended as described in 3 above, we may be able to reduce the size of our claim and we could agree that any agreed compensation is repaid to ITS through a share of future DTOP revenue split received from moving violations revenue split achieved from the newly-tendered project whether or not it involves us.

It has been a torrid week, and we wish you strength to have a better week ahead, if we can assist let us know.

Yours sincerely,

Andrew M Fox
Chairman, International Traffic Systems LLC

Enclosed

Letter from Fox to Miguel A Torres Diaz (DTOP Secretary) of 22 January 2015