

**ITS** INTERNATIONAL TRAFFIC SYSTEMS, LLC
Ponce de Leon Ave. 954, 5th Fl.,
San Juan, PR 00907,
Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant
Communications, Inc.

Andrew Ketterer, Esq., Special
Counsel, Former Pres., National
Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and
Public Safety Network

Secretary Miguel A. Torres-Díaz                     February 4, 2015
Department of Transportation and Public Works
Minillas Buildings, South Tower 17th Floor
San Juan, Puerto Rico 00907

Dear Secretary Torres-Díaz:

As you know, the DTOP contract with ITS requires that ITS is provided oversight regarding the Escrow Account in DTOP's name at Banco Popular; that oversight however, has never been provided. We remain without access to view funds and know only what funds have been sent by our efforts. We also have no control over this account; we cannot provide instructions of any kind to the Bank to release funds and must depend on DTOP to confirm our invoice, (the first of which was sent 1/15) or, failing either accepting it and providing notification to the bank to distribute the funds or questioning the invoice, the funds then become due and payable in seven working days and must be distributed as required. *DTOP can withdraw no funds without ITS also being paid.*

While DTOP has clearly acted to have the bank distribute our share of the funds from the first distribution recently of $57,015 representing ITS' 45% of collected funds and which arrived a few days ago, we must point out that the method used was not in compliance with your responsibilities or the agreed method. While the amount is very close to what was owed and appears to reflect the ITS share of all collections to that date issued, it was thus slightly more than the actual invoice. While funds continued to be collected after 16 January and the funds provided exceed the invoice amount, we have issued instructions to return the excess to BPPR to be distributed properly in the 15 February disbursement of the ITS 45%. We will provide an invoice again to DTOP on that date and hope that DTOP has corrected the problem by then.

We remind you that the escrow account survives the contract termination and in fact, ensures ITS the 45% for all citations issued. DTOP and BPPR both have clear responsibilities in this regard that must be honored. The bank takes instructions only from DTOP, not us. Of course the $57,015. will be deducted from the final settlement later. We cannot claim funds twice.

We also take this opportunity to remind you that the cancellation of the citations is without cause, or authority. We continue to await your explanation and the situation with TRANSCORE and Marbet makes this situation appear even more impossible to explain. While DTOP may do what it wishes with its own funds, and ignoring for a moment that thousands of violators have been sent the worst possible message about respect for the law, this act is quite simply, unique in the history of all such public safety support systems where sworn officers are involved. It should also be said that DTOP has also asked the People of Puerto Rico to believe that we can successfully operate such systems all around the world but not in Puerto Rico. Of course, the real reasons for this return of paid fines and contract cancelation is very clear. Remember also that we have just over 107,000 Marbet violations for the period prior to 16 January and with no response from you from any of our numerous requests, plan to mail the first 20,000+.

Cordialmente,

Jonathan Miller, Principal Oficial Ejecutivo

**PSC**
PSC Alliance Member

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com