Print                                                                                                                       Close

From: **FoxVlad@aol.com** (FoxVlad@aol.com)
Sent: Wed 2/04/15 3:27 PM
To:   krdill@hotmail.com; mildredgonzalezg@yahoo.com; tjimenezlaw@gmail.com

29 Jan 2015

Dear Secretary Torres,

I have written twice to you, letters received formally by DTOP, and have had no response.

In the absence of readiness on your part to mitigate our mutual losses, we are firing the remaining SIMONE staff (26 people) tomorrow Friday 30 January. A sad bad day.

Additionally you should fire your four personally-appointed sworn officers, so please suggest a time for them to attend your offices. They are paid by us, and although those payments are now being suspended tomorrow, you need to release them.

We once more request that you release us from our contractual enforced silence. In case you have not appreciated this nuance, I note that damage caused to us personally, ITS and Consortium members by DTOP announcements is additional to contract cancellation claims. As such we have an obligation to seek to mitigate the damages, so this request is our attempt to do so on the record.

In case you have a change of heart about cooperation, I am willing to meet you in person Wednesday 4th. As we have tried hard to explain to you, there are paths forward that could benefit DTOP while also allowing you to save face.


Kind regards,



Andrew M Fox
Chairman, ITS

===