# Teresa Jiménez Meléndez
**Attorney at Law**

tjimenezlaw@gmail.com

February 11, 2015

Yasmin Santiago, Esq.
Legal Counsel
Department of Transportation
and Public Works
San Juan, P.R.

Cancellation of SIMONE Contract

Dear Mrs. Santiago:

As you know International Traffic Systems LLC ("ITS") is part of a Consortium that includes worldwide companies dedicated to work on public safety. These are all companies with a unique expertise and reputation, and have been successful in this type of business for many years. ITS in particular spent over a year investing time, resources and a considerable amount of money before it was able to sign the contract that will terminate on February 16, 2015 due to the notice of cancellation dated January 14 but delivered on January 16, 2015. Furthermore, and as part of the agreement with DTOP, ITS's partner GATSO created a full service newly-equipped locally staffed San Juan business to support SIMONE, duplicating their Boston operations.

As we have already discussed, and the notice of cancellation sent by Mr. Javier Ramos Hernández confirms this, the termination is "for convenience", as opposed to "for cause". Regretfully, and instead of releasing the notice of cancellation to the press and the public, both Secretary Miguel Torres and Secretary Victor Suárez, through press releases, stated that ITS did not comply with the contract. Mr. Torres made this pronouncement on January 14, 2015, after an afternoon meeting with ITS **where both parties** made an agenda and agreed to work on the different matters that were discussed (the official minutes of that meeting are attached).

The damage caused by unprecedentedly decision to go to the media before any discussion with ITS, was compounded by the voiding all citations (whether paid or not). ITS protests as to the illegality of this ultra vires decision have been ignored, as have requests for any legal justification. It is a terrible precedent.

The Secretary's press release was carried on locally by El Nuevo Día, Primera Hora, Metro, Noticel, Sin Comillas, el Vocero, Notiuno 630 am, Jay Fonseca (Día a Día por Telemundo), EFE, Microjuris.com, Telemundo.com and Wapa TV. The next day, Secretary Suárez made the same statement and went further stating that since the cancellation was due to non compliance with the contract, the Government should not pay any penalty to ITS. His statements were carried on by El Nuevo Día, WKAQ, Organización de Comunicadores y Periodistas Independientes, Noticel and El Vocero. In the United States and abroad this notice was published in usnews.com, The New Zeland Herald, thenewspaper.com, Associated Press, and AFSCME website. As you are aware, the contract does not refer to a penalty, as Mr. Suarez claims, and it makes direct reference to ITS's assumption of risk for all start up costs and the cost of implementation and operation of the System, along with the compensation formula.

As a direct result of Mr. Torres and Mr. Suárez public statements, ITS and its CEO, Mr. Jonathan Miller, have been trashed by the media, causing anger and great concern to the companies'

partners on the mainland and overseas. It is unlikely that a company such as GATSO will risk investing time and money in a venture such as this after the treatment received by ITS. Neither ITS nor Mr. Miller have been able to defend themselves and state the true facts due to the confidentiality clause of the contract, as understood. In many letters that both Mr. Miller and Mr. Andrew Fox, Chairman of ITS, have sent to you and Mr. Torres, this issue has been brought up, requesting a joint press release with DTOP to state the true facts and get the record straight on the company. None of those requests has been answered, thus fueling the press speculation that ITS has something to hide in all this matter.

Last week we discussed over the phone that a joint press release would be the means to mitigate ITS damages. I proposed that in the joint statement it must be announced that ITS could compete in the bidding process that would soon be opened, thus setting aside any speculation on the companies' performance and reputation. Mr. Fox had also proposed this at his meeting with the Secretary, which we both attended, on January 16, 2015. That offer stands until the contract has come to an end on February 5, 2015. After that date, and notwithstanding the confidentiality clause, ITS will have no alternative but to go public and set the record straight.

As Mr. Fox has stated many times in the communications that have been sent to DTOP, the ITS objective is to save SIMONE, which was killed as punishment for its success. If that is not possible, then our proposal above is one means to mitigate damages caused by the unfortunate way that the Government has handled this matter.

Respectfully,

Teresa Jiménez Meléndez

cc: Mr. Miguel A. Torres Díaz
Mr. Victor Suárez Meléndez
Mrs. Carmen Alicia Villar Prados