

**INTERNATIONAL TRAFFIC SYSTEMS LLC**
Ponce de Leon Ave. 416 Suite 1701,
San Juan, PR 00918, Tel: 787.398.7498

15 de febrero de 2015

# INVOICE

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

**Advisory Board:**

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

**PARTNER AFFILIATE:**

NLETS
International Justice and
Public Safety Network

For Second Monthly Distribution Payment of **$379,350.00**

Regarding all payments scheduled to-date to be provided to DTOP account and distribution to the credit of International Traffic Systems being its 45%, (forty-five percent) share of revenues of $843,000.00, (eight hundred and forty-three thousand dollars), which would have been paid properly except for the illegal cancellation of citations by Secretary Torres. Note also that this serves notice that one of the many failures of DTOP to honor its contractual obligations with ITS involves its fiduciary responsibility to provide monitoring to ITS of the escrow account as required. ITS suspects that this invoice amount is less than actual proceeds would have been if DTOP had acted legally. We remind you that in regards to only Marbet citations that DTOP did not allow ITS to issue because of its problems with AutoExpreso and TRANSCORE, almost $27 million in citations were not issued and that ignores months of red light and speed citations that DTOP also would not allow to be issued because of its dealings with other companies and failures with DAVID data, failure to provide dates and times for hearings and all else. The losses to ITS far exceed the $7.6753 million owed plus our claim for damages regarding DTOP's intentional false statements.

If DTOP can prove another amount for this particular invoice, it must do so. DTOP has ignored its contractual obligations regarding access to ITS, and so must prove its position. Of course, that position must ignore the impact of DTOP'S illegal actions in "cancelling" fines.

*[signature]*

Jonathan Miller
Principal Oficial Ejecutivo


PSC Alliance Member

**DUE AND PAYABLE THIS DATE PER CONTRACT TERMS**

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com