

**INTERNATIONAL TRAFFIC SYSTEMS LLC**
Ponce de Leon Ave. 416 Suite 1701,
San Juan, PR 00918, Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and
Public Safety Network

15 de febrero de 2015

# INVOICE

### Payment Due of **$7,673,540.00**

After numerous unsuccessful attempts to pursue an agreement with DTOP to reinstate the service contract following its abrupt and entirely unjustified termination on January 16, 2015, we provide this invoice/demand for payment.

Due to the termination by PRHTA and DTOP of the contract for convenience after the system was declared fully operational, ITS claims the sum of $6,000,000., (six million dollars), as compensation for its initial capital investment. This amount does not include citations issued but yet unpaid at the time of termination, our share of the approximately $34.5 million in citations unissued due to DTOP failures, additional citations that would have been issued had DTOP provided permits for equipment in place and connected, claims now being prepared for Federal Court in Boston regarding the damages to the reputation of ITS, its seven Member-Partners, the seventeen Member-Partners of NPSC and Jonathan Miller from misinformation provided by DTOP to mislead the press and public to cover its own failures. These false statement provided to the press and public have caused great and irreparable harm. It also does not cover the $1,673,540 in estimated costs as defined to be reimbursable under the contract terms. That said, ITS provides now a non-binding offer of dismissal of that additional amount provided DTOP responds within ten days to provide payment of the above referenced $6 Million within thirty days.

*[signature]*

Jonathan Miller
Principal Oficial Ejecutivo


PSC Alliance Member

**DUE AND PAYABLE THIS DATE PER CONTRACT TERMS**

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com