

**INTERNATIONAL TRAFFIC SYSTEMS, LLC**
Ponce de Leon Ave. 954, 5th Fl.,
San Juan, PR 00907,
Tel: 787.398.7498

March 2, 2015

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Secretary Miguel A. Torres-Díaz
Department of Transportation and Public Works
Minillas Buildings, South Tower 17th Floor
San Juan, Puerto Rico 00907

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

**PARTNER AFFILIATE:**

NLETS
International Justice and Public Safety Network

Dear Secretary Torres-Díaz:

Please reference the letter of 4 February which is only one of several cautioning DTOP regarding both the illegal cancellation of citations and also the refusal to honor DTOP's fiduciary responsibilities regarding the Escrow Account in DTOP's name at Banco Popular. DTOP is required to either challenge with documented cause or confirm our invoices then provide notification to the bank. Otherwise, the funds then become due and payable in seven working days and must be distributed as required. *DTOP can withdraw no funds without ITS also being paid.*

While DTOP has yet again had the bank to distribute in this case, a very small share of the funds from the second distribution representing ITS' 45% of collected funds and which arrived a few days ago, we must point out that the method used was yet again not in compliance with your responsibilities or the agreed method. Please prepare to remit the remaining funds due to ITS no later than the Close of Business March 4, 2015. I will have a staff member, (Angel Rivas), there at five, (5) pm to pick up your check on the 17th Floor along with authorization on letterhead signed by me and notarized. We are also contacting Banco Popular to be certain they are aware of the situation and to remind them that their fiduciary responsibilities must also be honored in this matter.

Cordialmente,

*[signature]*

Jonathan Miller, Principal Oficial Ejecutivo


PSC Alliance Member

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com