

**INTERNATIONAL**
**TRAFFIC SYSTEMS LLC**

Ponce de Leon Ave. 954, 5th Fl.,
San Juan, PR 00907,
Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant
Communications, Inc.

Andrew Ketterer, Esq., Special
Counsel, Former Pres., National
Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and
Public Safety Network

PSC
PSC Alliance Member

March 4, 2015

Ms. Giovanna Colón,
Commercial Relationship Officer
BPPR - Public Sector - Corporate Banking Division
Popular Center
209 Ave. Ponce de León, Piso 6,
San Juan, PR 00918

**Recibido**

MAR 0 4 2015

Sector Público
Banca Corporativa

Dear Ms. Colón,

I am writing to you as I well remember your professionalism in our previous dealings and am confident you will handle this matter properly. Please feel free to provide this letter to anyone at BPPR you feel needs to be aware of it but, I would assume that should at least be legal counsel.

You will remember that there is an Escrow Account at Banco Popular set up to handle acceptance of payment from both the local collections account, (also at BPPR and handling payments from CESCO locations), and additionally, the Key Bank internet processing account at that bank. Both accounts were structured to send funds collected to the Escrow Account so that there would be a monthly distribution to both DTOP/ PRHTA and to ITS. No funds could be provided to one party without paying the other. The control of the account remained with DTOP/PRHTA. In late January, all at once, we received a sum from BPPR to the Key Bank Account, just in excess of the $57,015. which was the sum of the first invoice to be paid. As DTOP/PRHTA has sole control over the account, and would not respond to our queries about the transfer, we assumed this was the first distribution. This month the transfer happened again in the amount of $25,960. Including the difference left from the January payment. This is however, only a small portion of the $379,350. owed to ITS for February.

The SIMONE hearing fiasco is easily proven to be entirely the fault of DTOP and we are providing that proof to the media. While Secretary Torres appears to think he can create law on his own, his actions in "voiding" citations certified by sworn officers that reported only to him is entirely illegal and we will press for proper payment. In the interim, we take this opportunity to advise BPPR that fiduciary misconduct on the part of DTOP/PRHTA is being reported to the media but also the Fed and caution that it is important that BPPR not become embroiled in such matters. We can only assume that the funds provided represent 45% of what PRHTA collected due to the illegal acts of the Secretary. That said, be advised that if proper accounting is not maintained, BPPR would also be a target for investigation and possible litigation and should govern itself accordingly.

Cordialmente,

*[signatures]*

Jonathan Miller, Principal Oficial Ejecutivo

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com