

**ITS INTERNATIONAL**
Ponce de Leon Ave. 954, 5th Fl.,
San Juan, PR 00907,
Tel: 787.398.7498

5 MAR -4 P 4:57

March 4, 2015

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Secretary Miguel A. Torres-Díaz
Department of Transportation and Public Works
Minillas Buildings, South Tower 17th Floor
San Juan, Puerto Rico 00907

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

Dear Secretary Torres-Díaz:

Please accept this as legal notice of the authority vested in me to appoint Angel Rivas of our staff to accept payment in the form of a check or other negotiable instrument in the amount of $353,390. representing the difference of the $379,350. owed for the month of February, 2015, not involving other charges and debts owed by DTOP to ITS, (this is just the 45% payment of funds collected/should have been collected had you not illegally declared citations "void"), and the $25,960. provided by Banco Popular per your instructions.

**PARTNER AFFILIATE:**

NLETS
International Justice and
Public Safety Network

Cordialmente,

Jonathan Miller, Principal Oficial Ejecutivo

Affidavit # 18,859

Sworn and subscribed to before me by Jonathan Miller of legal age, married, and resident of Conyers, Georgia, USA, in his stated capacity whom I personally know in this fourth day of March, 2015 in San Juan, Puerto Rico.

Notary Public

...ty Consortium, Inc., seventeen dedicated companies operating in 183 nations. Tel: 800.665.7573. thenpsc.com