**POPULAR®**

PO Box 362708
San Juan, Puerto Rico 00936-2708
Telephone 787-765-9800

March 13, 2015

Jonathan Miller, CEO
International Traffic Systems, LLC
954 Ponce de Leon Ave., 5th Fl.
San Juan, PR 00907
jmiller@theinsurenet.com

Dear Mr. Miller:

Reference is made to your letter dated March 4, 2015 and addressed to Ms. Giovanna Colón, Commercial Relationship Officer at Banco Popular de Puerto Rico ("Popular"). Reference is also made to the Escrow Agreement entered by and among the Puerto Rico Highway and Transportation Authority ("PRHTA"), International Traffic Systems, LLC ("ITS") and BPPR as Escrow Agent, dated July 22, 2014 (the "Escrow Agreement" or the "Agreement").

Through this letter, ITS reminds Popular, as Escrow Agent, of its duty to accept payments from certain collection accounts referenced in such Agreement and to make monthly disbursements to both the PRHTA and ITS in accordance with the PRHTA's written instructions. It further informs Popular that during the months of January and February 2015, it received payments in the amounts of $57,015 and $25,350, respectively, from Popular. ITS maintains that it is currently owed disbursements amounting to $379,350. Last, ITS notifies Popular that it intends to report this alleged "fiduciary misconduct" on PRHTA's part to the media and the Federal Reserve, and warns that Popular could be made a target of whichever investigation or litigation ensues as a result of such reporting, should it surface that Popular failed to act in accordance with the terms of the Agreement.

Popular is fully aware of its duties as Escrow Agent under the Agreement and takes such responsibilities seriously. We therefore take issue with ITS' implication that Popular might "become embroiled" in any dispute that may currently exist between the PRHTA and ITS. Notwithstanding the foregoing, in the interest of addressing any concerns that ITS may have, Popular hereby informs ITS that no deposits have been made into the Escrow Account to date, and that no instructions for disbursements have been received from PRHTA since the Escrow Agreement was executed in July 2014; therefore (in accordance with the relevant provisions of the Agreement) no disbursements have been made to date.[1] We further note that pursuant to the terms of the Escrow Agreement, there is no requirement for the Escrow Agent to engage in collection efforts in connection with this Account.

---

[1] In this context, ITS's reference to the two payments it allegedly received in January and February from Popular in connection with this Escrow Agreement is admittedly, somewhat puzzling.

{00019731 2 }

Jonathan Miller, CEO
Page 2

    We urge you to address your specific concerns directly with PRHTA and to avoid making unsubstantiated insinuations regarding any possible misconduct by Popular.

    Nothing in this letter shall be considered a waiver of any rights that Popular may have under the Escrow Agreement or applicable law.

Sincerely,

*[signature]*

Angélica Toro-Lavergne
Popular Legal Division

cc:    Giovanna Colón
        Hector Rivera-Rivera

{00019731 2}