**Diversified Strategies Consulting, LLC**

26 de mayo de 2015

**POR CORREO ELECTRÓNICO**

Lcdo. Víctor D. Candelario
Quiñones & Arbona
vcandelario@qalawpr.com

  Re: <u>Compensación por Terminación Contractual</u>
     *International Traffic Systems, LLC*

Estimado licenciado Candelario:

  Reciba un cordial saludo de nuestra parte. Por la presente, acusamos formalmente recibo de la misiva cursada por sus clientes, el Departamento de Transportación y Obras Públicas ("DTOP") y la Autoridad de Carreteras y Transportación ("ACT") (conjuntamente denominados "PRHTA"), 21 de mayo de 2015. Según surge de su propio contenido, la comunicación antes mencionada fue cursada en respuesta a la misiva notificada por nuestra representada, International Traffic Systems, LLC ("ITS"), el pasado 13 de mayo de 2015.

  Según le informamos en nuestra primera comunicación escrita, resulta necesario señalar que las manifestaciones y/o aseveraciones vertidas en la presente misiva se esgrimen estrictamente para fines de la negociación extrajudicial del presente asunto y bajo ningún concepto serán admisibles dentro de ningún procedimiento judicial y/o administrativo. Por tanto, ITS expresamente establece que no autoriza la divulgación de la presente misiva a ninguna tercera persona y/o entidad adicional a las aquí incluidas.

  A la fecha de hoy, existen posiciones y/o interpretaciones divergentes sobre la naturaleza y extensión de ciertas cláusulas contractuales contenidas en el Contrato de Servicios Número 2014-000182 (el "Contrato") suscrito entre la PRHTA y ITS. Específicamente, ITS discrepa categóricamente de la exégesis contractual establecida por la PRHTA en relación a, entre otros asuntos particulares, (i) la intención de las partes al momento de establecer el requisito contractual de "fully operational"; y (ii) la interpretación de la PRHTA en cuanto al cálculo de compensación por terminación por conveniencia establecido con meridiana claridad en la sección 8.2 del Contrato.

PO Box 10051 • San Juan, PR 00908 • 787-934-0805

26 de mayo de 2015
Lcdo. Víctor D. Candelario
Página 2

Para todos los fines legales, incluyendo la presente negociación extrajudicial, ITS se sostiene en su interpretación sobre la naturaleza y extensión de las cláusulas del Contrato en cuestión, incluyendo la forma y manera en que debe calcularse la compensación por terminación contractual. A estos efectos, y en aras de que la PRHTA pueda evaluar una transacción extrajudicial del presente asunto, sirva la presente como una oferta formal transaccional con el propósito de poner fin a toda disputa presente y futura entre la PRHTA y ITS.

Por vía del perfeccionamiento de un relevo transaccional mutuo, le informamos que ITS está en posición a transigir el presente asunto a cambio de un pago de siete millones de dólares ($7,0000,000.00), calculado de la siguiente manera:

*Cálculo de Compensación por Terminación:*
$6 millones
+$1,6000,000.00 por concepto de gastos operacionales
- $600,000 por concepto valor de equipo removido
- 0, toda vez que la PRHTA no pagó cantidad alguna a ITS
$7,0000,000.00 (Compensación por Terminación Contractual)

Es necesario aclarar que las cantidades provistas para las partidas de gastos operacionales, valor de los equipos removidos y pagos recibidos por ITS constituyen estimados razonables calculados a la luz de la información y/o documentación en poder de ITS a la fecha de hoy. Los mismos se proveen a los únicos fines de la presente negociación extrajudicial. Además, en la medida en que las negociaciones existentes entre las partes progresen hacia un posible acuerdo, ITS se encuentra en posición de sufragar los gastos de contratación de una firma de contadores públicos autorizados para fines de realizar una auditoría exhaustiva que establezca la corrección exacta de las partidas estimadas aquí incluidas.

En cuanto al método y tiempo de pago, le informamos que ITS está en posición de negociar estos asuntos, tomando en consideración diversos factores, incluyendo pero no limitándose a la actual realidad fiscal del Gobierno de Puerto Rico.

Por otro lado, pero no menos importante para fines del análisis justo y adecuado del presente asunto, resulta indispensable recalcar que durante el transcurso del contrato, entre otras consideraciones:

26 de mayo de 2015
Lcdo. Víctor D. Candelario
Página 3

1. PRHTA no remitió los dineros cobrados a las cuentas creadas bajo el Contrato y privó a ITS de tener el acceso a esas cuentas, conforme lo requería el Contrato.
2. PRHTA no proveyó la totalidad de la información y asistencia requerida bajo el contrato.
3. PRHTA no permitió que ITS enviara notificaciones de multas debidamente emitidas por distintos conceptos que suman cantidades multimillonarias.
4. PRHTA se pronunció en reiteradas ocasiones de manera incorrecta en cuanto al desempeño de ITS causando daños y perjuicios sustanciales a la reputación de la empresa y sus principales.

Como hemos reiterado, lo anterior podría resultar en un pleito legal con una reclamación multimillonaria en contra de PRHTA, la cual incluye pero no se limita al reclamo de la partida de 45% correspondiente a ITS de los $34.5 millones por concepto de multas debidamente emitidas pero que, por la negligencia de la PRHTA, permanecen sin ser cobradas a la fecha de hoy. Sin embargo, ITS podría desistir de solicitar compensación por dichos conceptos en la medida que se logre un acuerdo de transacción extrajudicial basado en la fórmula de compensación aquí desglosada.

Finalmente, reiteramos nuestra disponibilidad para continuar un diálogo constante sobre este asunto en aras de finiquitar un acuerdo prontamente.

Agradeciendo su pronta atención a este asunto, quedamos de usted.

Cordialmente,

Alejandro J. Figueroa-Colón

Carlos J. Sagardía-Abreu

PO Box 10051 • San Juan, PR 00908 • 787-934-0805