**BANCO POPULAR**
Trust Division

# PRHTA & ITS ESCROW ACCOUNT

Account Number: ▮▮▮▮7-01-0
Statement Period: 06/01/15 - 06/30/15

Trust Officer
Damaris Vega Orriola
787-765-9800 Ext 505906

ITS
ATTN: JONATHAN MILLER
PO BOX 9897
SAN JUAN PR 00907

## Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | $ 0.00 | $ 0.00 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | $ 0.00 | $ 0.00 |

## Portfolio Investments

| Asset Description | Units | Market Value | Cost |
|---|---|---|---|
| **Cash & Equiv** | | | |
| Principal Cash | | 0.00 | 0.00 |
| Income Cash | | 0.00 | 0.00 |
| **Total Cash & Equiv** | | $ 0.00 | $ 0.00 |
| **Total Market Value** | | $ 0.00 | $ 0.00 |

SECURITIES PRICES CONTAINED IN THIS STATEMENT ARE OBTAINED FROM THE MOST RELIABLE SOURCES AVAILABLE BUT ARE NOT GUARANTEED BY BANCO POPULAR DE PUERTO RICO. QUOTED PRICES MAY NOT EQUAL ACTUAL PRICES BECAUSE OF SECURITY SIZE, MARKET PLACE, TIME AND DEMAND. IF YOU HAVE ANY QUESTION CONCERNING THIS STATEMENT, PLEASE CALL THE TRUST OFFICER SPECIFIED IN PAGE 1.

**BANCO POPULAR**
Trust Division

# PRHTA & ITS ESCROW ACCOUNT

**Account Number:** ▓▓▓▓7-01-0
**Statement Period:** 01/01/16 - 12/31/16

**Trust Officer**
Damaris Vega Orriola
787-765-9800 Ext 505906

ITS
ATTN: JONATHAN MILLER
PO BOX 9897
SAN JUAN PR 00907

## Market Reconciliation

| | Current Period | Year To Date |
|---|---:|---:|
| **Beginning Market Value** | $ 0.00 | $ 0.00 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | **$ 0.00** | **$ 0.00** |

## Portfolio Investments

| Asset Description | Units | Market Value | Cost |
|---|---|---:|---:|
| **Cash & Equiv** | | | |
| Principal Cash | | 0.00 | 0.00 |
| Income Cash | | 0.00 | 0.00 |
| **Total Cash & Equiv** | | **$ 0.00** | **$ 0.00** |
| **Total Market Value** | | **$ 0.00** | **$ 0.00** |

SECURITIES PRICES CONTAINED IN THIS STATEMENT ARE OBTAINED FROM THE MOST RELIABLE SOURCES AVAILABLE BUT ARE NOT GUARANTEED BY BANCO POPULAR DE PUERTO RICO. QUOTED PRICES MAY NOT EQUAL ACTUAL PRICES BECAUSE OF SECURITY SIZE, MARKET PLACE, TIME AND DEMAND. IF YOU HAVE ANY QUESTION CONCERNING THIS STATEMENT, PLEASE CALL THE TRUST OFFICER SPECIFIED IN PAGE 1.

Page 1 of 1

**BANCO POPULAR**
Trust Division

## PRHTA & ITS ESCROW ACCOUNT

**Account Number:** ▇▇▇7-01-0
**Statement Period:** 01/01/17 - 12/31/17

ITS
ATTN: JONATHAN MILLER
PO BOX 9897
SAN JUAN PR 00907

Trust Officer
Damaris Vega Orriola
787-765-9800 Ext 505906

### Market Reconcilement

| | Current Period | Year To Date |
|---|---|---|
| **Beginning Market Value** | $ 0.00 | $ 0.00 |
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | $ 0.00 | $ 0.00 |

### Portfolio Investments

| Asset Description | Units | Market Value | Cost |
|---|---|---|---|
| **Cash & Equiv** | | | |
| Principal Cash | | 0.00 | 0.00 |
| Income Cash | | 0.00 | 0.00 |
| Total Cash & Equiv | | $ 0.00 | $ 0.00 |
| **Total Market Value** | | $ 0.00 | $ 0.00 |

SECURITIES PRICES CONTAINED IN THIS STATEMENT ARE OBTAINED FROM THE MOST RELIABLE SOURCES AVAILABLE BUT ARE NOT GUARANTEED BY BANCO POPULAR DE PUERTO RICO. QUOTED PRICES MAY NOT EQUAL ACTUAL PRICES BECAUSE OF SECURITY SIZE, MARKET PLACE, TIME AND DEMAND. IF YOU HAVE ANY QUESTION CONCERNING THIS STATEMENT, PLEASE CALL THE TRUST OFFICER SPECIFIED IN PAGE 1.



002

Page 1 of 1

**BANCO POPULAR**
Trust Division

# PRHTA & ITS ESCROW ACCOUNT

**Account Number:** ▊▊▊▊7-01-
**Statement Period:** 01/01/15 - 12/31/1▊

ITS
ATTN: JONATHAN MILLER
PO BOX 9897
SAN JUAN PR 00907

Trust Officer
Damaris Vega Orriola
787-765-9800 Ext 505906

## Market Reconcilement

| Beginning Market Value | Current Period<br>$ 0.00 | Year To Date<br>$ 0.00 |
|---|---|---|
| Unrealized Appreciation/(Depreciation) | 0.00 | 0.00 |
| **Ending Market Value** | **$ 0.00** | **$ 0.00** |

## Portfolio Investments

| Asset Description | Units | Market Value | Cost |
|---|---|---|---|
| **Cash & Equiv** | | | |
| Principal Cash | | 0.00 | 0.00 |
| Income Cash | | 0.00 | 0.00 |
| **Total Cash & Equiv** | | **$ 0.00** | **$ 0.00** |
| **Total Market Value** | | **$ 0.00** | **$ 0.00** |

SECURITIES PRICES CONTAINED IN THIS STATEMENT ARE OBTAINED FROM THE MOST RELIABLE SOURCES AVAILABLE BUT ARE NOT GUARANTEED BY BANCO POPULAR DE PUERTO RICO. QUOTED PRICES MAY NOT EQUAL ACTUAL PRICES BECAUSE OF SECURITY SIZE, MARKET PLACE, TIME AND DEMAND. IF YOU HAVE ANY QUESTION CONCERNING THIS STATEMENT, PLEASE CALL THE TRUST OFFICER SPECIFIED IN PAGE 1.