12 January 2016

Attachment 44

**ITS INTERNATIONAL**
Ponce de Leon Ave. 1001, Ste.1,
San Juan, PR 00907
Tel: 787.398.7498

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant
Communications, Inc.

Andrew Ketterer, Esq., Special
Counsel, Former Pres., National
Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and
Public Safety Network

Secretary Miguel A. Torres Díaz
Departamento de Transportación y Obras Públicas, (DTOP)
Minillas Buildings, South Tower 17th Floor, Government Center,
Roberto Sánchez Vilella, PO Box 41269,
San Juan, PR 00940-1269

# INVOICE
## TRAILERS: $84,768.75

Total of 3, (three) LightCast Radar/Speed/Blue Light Alert Trailers Provided on September 1, 2014 at the personal direction of Miguel Torres, Secretary of DTOP and then later, also the direction/stated requirement of Jose Luis Monroy, the Deputy Secretary of DTOP.

Cost of each unit: $17,840. for a total of $53,520. This price included all tax, customs and related fees but not shipping charges. Shipping was, as documented previously, $8,130. and that was higher than would have otherwise been the case because of the Secretary's demand to have these units available quickly to accommodate the desire of the Governor who saw them in Orlando, and wanted to ensure that these units were seen by the public as supporting public safety. These trailers are not able to support revenue generation, cannot link to citation issuance systems and were never part of the ITS offer to DTOP.

They were purchased specifically and only on the directions of the Secretary and upon his commitment to pay for them separately and *promptly*. We are well-aware that DTOP does not always use established methods of purchase, honor its own guidelines or honor its contracts but that does not matter. The email record regarding these units is clear and they remain unpaid for. On several occasions earlier this year we offered to retrieve them and at least keep them with ITS equipment but were reminded they are DTOP property.

There can be therefore, no question that DTOP continues to retain these items, has use of them, claims ownership and yet has not paid for them. In two days, they will have been provided for an entire year. There is a 2.5% late fee per month added to the invoice amount of $61,650. The late fee then, amounts to $23,118.75, making a total of $84,768.75 as of December, 2015.

Jonathan Miller
Principal Oficial Ejecutivo



The three trailers - in your DTOP facility

PSC
PSC Alliance Member

Part of PSC.... seventeen companies dedicated to public safety and operational in 183 nations