

**INTERNATIONAL TRAFFIC SYSTEMS, LLC**
Ponce de Leon Ave. 416 Suite 1701,
San Juan, PR 00918, Tel: 787.398.7498

15 de enero de 2015

# INVOICE

Andrew Fox, Chairman

Jonathan Miller, Director, CEO

Michael McGrey, Director

Advisory Board:

Joel Mulder Regional Director
G4S Security USA

Ashok Sinha, CEO,
Northern Lakes Data Corp.

Dan Himes, CEO, Accordant Communications, Inc.

Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General

PARTNER AFFILIATE:

NLETS
International Justice and
Public Safety Network

For First Monthly Distribution Payment of **$57,015.00**

Regarding all payments collected to-date and provided to DTOP account and distribution to the credit of International Traffic Systems being its 45%, (forty-five percent) share of revenues of the first $126,700.00, (one hundred twenty-six thousand, seven hundred dollars), fully banked of collections of citations from the program regarding high risk intersections.

*[signature]*

Jonathan Miller
Principal Oficial Ejecutivo

**DUE AND PAYABLE THIS DATE PER CONTRACT TERMS**


PSC Alliance Member

Part of National Public Safety Consortium, Inc., seventeen dedicated companies operational in 183 nations. Tel: 800.755.7573. thenpsc.com