# Contract Details

| Entity | Contract Number | Amendment | PCo Number |
| --- | --- | --- | --- |
| 3125 \| Autoridad de Carreteras y Transportación ( | 2014-000182 | | |

| Registered on | Executed on | Effective From | Effective To |
| --- | --- | --- | --- |
| 14 Jan 2014 12:34 PI | 30 Dec 2013 | 30 Dec 2013 | 30 Mar 2019 |

| Amount to Pay * | Amount to Receive |
| --- | --- |
| $1.00 | $0.00 |

| Service Category | Service Type |
| --- | --- |
| TECHNICAL SERVICES | TECHNICAL SERVICES |

| Contracting Form | Funds |
| --- | --- |
| | |

**Contractor**

Privatized Goods or Services

⚪ Yes  ✅ No

| **Name** |
| --- |
| International Traffic Systems, LLC |

*\* In Contracts registered before July 14, 2021, the Amount to Pay field contains both the Amount to Pay(Disbursements) and the Amount to Receive(Income).*

Back