# BADILLO SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

**INVOICE N° 0003-00002174**
**RADIO**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1000962016    Plan No. 5180
DATE: 11/23/2016
DUE DATE: 12/23/2016
P.O. N°:

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC. | | | | |
| 00007408 | | RADIO Days:01 Month:October - 1 Spots of 30" | | 6,200.00 |
| 00007408 | | RADIO Days:01 Month:October - 1 Spots of 30" | | 5,950.00 |
| | | SUBTOTAL MEDIA NET INC. | | 12,150.00 |
| | AGENCY COMMISSION (17,65%) Of: 10,030.00 | | | 1,770.30 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias o afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

Gross Total                  12,150.00
Less Agency Commission -      2,120.00
Subtotal                     10,030.00
Service Fee                   1,770.30

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

**TOTAL USD     11,800.30**

PAGE 1 of 1

*Pending balance $200.60*

Please remit payment to:
Badillo Nazca S & S
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de León, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: ▮▮▮▮8653