**INVOICE N° 0000-00007408**
**RADIO**

# PROCESSED

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P. SILL

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: SURI OCTUBRE-NOVIEMBRE 2016
JOBNUMBER: DETIN6A10003
ID NUMBER: 1001352016   Plan No. 00005180
DATE: 11/09/2016
DUE DATE: 12/09/2016
P.O. N°:

IN 36828
#

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| | UNIVISION RECEIVABLES CO. | | | |
| R0014218 | UNIVISION PR WKAQ AM Days:04 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:05 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:06 Month:October - 3 Spots of 30" | | | 675.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:07 Month:October - 3 Spots of 30" | | | 675.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:17 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:18 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:19 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:20 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014218 | UNIVISION PR WKAQ AM Days:21 Month:October - 2 Spots of 30" | | | 450.00 |
| R0014427 | UNIVISION PR INC/ KQ 105 Days:24 Month:October - 2 Spots of 30" | | | 340.00 |
| R0014427 | UNIVISION PR INC/ KQ 105 Days:25 Month:October - 2 Spots of 30" | | | 340.00 |
| R0014427 | UNIVISION PR INC/ KQ 105 Days:26 Month:October - 2 Spots of 30" | | | 340.00 |
| R0014427 | UNIVISION PR INC/ KQ 105 Days:27 Month:October - 2 Spots of 30" | | | 340.00 |
| R0014427 | UNIVISION PR INC/ KQ 105 Days:28 Month:October - 2 Spots of 30" | | | 340.00 |
| | | SUBTOTAL UNIVISION RECEIVABLES CO. | | 6,200.00 |
| WCAD-FM | | | | |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:10 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:11 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:12 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:13 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:14 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:24 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:25 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:26 Month:October - 2 Spots of 30" | | | 130.00 |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:27 Month:October - 2 Spots of 30" | | | 130.00 |

Continues on page # 2

RECEIVED
NOV 10 2016
4:27p

Gross Total
Less Agency Commission -
Subtotal
Service Fee

**TOTAL USD**

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

# INVOICE N° 0000-00007408
## RADIO

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:

**Product group:**
**PRODUCT:** INSTITUCIONAL
**CAMPAIGN:** SURI OCTUBRE-NOVIEMBRE 2016
**JOBNUMBER:** DETIN6A10003
**ID NUMBER:** 1001352016   **Plan No.** 00005180
**DATE:** 11/09/2016
**DUE DATE:** 12/09/2016
**P.O. N°:**

| INVOICE N°. | MARKET / STATION | DESCRIPTION / N° OF AIRINGS | AMOUNT |
|---|---|---|---|
| | Sub-Total of page # 1 | | |
| 00A-7143 | WCAD-FM (ALPHA ROCK) Days:28 Month:October - 2 Spots of 30" | | 130.00 |
| | | SUBTOTAL WCAD-FM | 1,300.00 |
| **UNO RADIO GROUP** | | | |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:10 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:11 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:12 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:13 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:14 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:04 Month:October - 1 Spots of 30" | | 160.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:05 Month:October - 1 Spots of 30" | | 160.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:06 Month:October - 1 Spots of 30" | | 160.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:07 Month:October - 2 Spots of 30" | | 320.00 |
| 00110135 | WPRM-FM SALSOUL NETWORK Days:31 Month:October - 1 Spots of 30" | | 160.00 |
| | | SUBTOTAL UNO RADIO GROUP | 2,560.00 |
| **WXYX-FM/LA X NETWORK** | | | |
| 00100000 | CADENA WXYX Days:04 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:05 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:06 Month:October - 3 Spots of 30" | | 285.00 |
| 00100000 | CADENA WXYX Days:07 Month:October - 3 Spots of 30" | | 285.00 |
| 00100000 | CADENA WXYX Days:17 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:18 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:19 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:20 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:21 Month:October - 2 Spots of 30" | | 190.00 |
| 00100000 | CADENA WXYX Days:31 Month:October - 2 Spots of 30" | | 190.00 |

Continues on page # 3

**Gross Total**
**Less Agency Commission -**
**Subtotal**
**Service Fee**

**TOTAL USD**

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

# INVOICE N° 0000-00007408
## RADIO

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:

**Product group:**
**PRODUCT:** INSTITUCIONAL
**CAMPAIGN:** SURI OCTUBRE-NOVIEMBRE 2016
**JOBNUMBER:** DETIN6A10003
**ID NUMBER:** 1001352016   **Plan No.** 00005180
**DATE:** 11/09/2016
**DUE DATE:** 12/09/2016
**P.O. N°:**

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| | Sub-Total of page # 2 | | | |
| | | | SUBTOTAL WXYX-FM/LA X NETWORK | 2,090.00 |

PR8034 / RV20 / CL300G

| | |
|---|---:|
| Gross Total | 12,150.00 |
| Less Agency Commission - | 2,120.00 |
| Subtotal | 10,030.00 |
| Service Fee | 0.00 |
| **TOTAL USD** | **10,030.00** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL. PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

PAGE 3 of 3