# INVOICE #15286

Page 1 of



**Univision Receivables Co LLC**
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| PR0014218 | 10/30/16 | October 2016 | 10/01/16 - 10/28/16 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| WKAQ-AM | Betty Vazquez | Local-Puerto Rico | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Departamento De Hacienda | SURI Oct-Nov 2016 | 005180 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 10/20/16 - 10/28/16 | 136177 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

**Billing Address:**
Media Net, Inc.
Attention: Accounts Payable
PO Box 11905
San Juan, PR 00922-1905

**Send Payment To:**
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

CLIENT: Det
PRODUCT: 0305
CAMPAIGN: 5180
Entry Date: 11/4/16
Net Amount: $3,825.00

| Special Handling | | |
|---|---|---|
| Agency Code | Advertiser Code | Product 1/2 |
| Agency Ref | Advertiser Ref | |

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | WKAQA | Th | 10/20/16 | 7:02 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 1 | WKAQA | Th | 10/20/16 | 8:38 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 2 | WKAQA | Th | 10/20/16 | 9:02 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 4 | WKAQA | F | 10/21/16 | 6:31 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 6 | WKAQA | F | 10/21/16 | 8:55 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 5 | WKAQA | F | 10/21/16 | 10:03 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 9 | WKAQA | M | 10/24/16 | 6:29 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 7 | WKAQA | M | 10/24/16 | 6:59 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 8 | WKAQA | M | 10/24/16 | 9:26 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 12 | WKAQA | Tu | 10/25/16 | 6:57 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 10 | WKAQA | Tu | 10/25/16 | 8:34 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 11 | WKAQA | Tu | 10/25/16 | 9:29 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 15 | WKAQA | W | 10/26/16 | 6:45 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 13 | WKAQA | W | 10/26/16 | 8:53 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 14 | WKAQA | W | 10/26/16 | 10:02 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 18 | WKAQA | Th | 10/27/16 | 7:56 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 17 | WKAQA | Th | 10/27/16 | 8:59 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 16 | WKAQA | Th | 10/27/16 | 10:03 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 19 | WKAQA | F | 10/28/16 | 8:46 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |
| 1 | 20 | WKAQA | F | 10/28/16 | 10:05 AM | M-F 6a-10a | 6a-10a | :30 | SM SURI REGISTRO COMER 2 | $225.00 |

Total Spots: 20

**30 NET**

| | |
|---|---|
| Gross Total | $4,500.00 |
| Agency Commission | $675.00 |
| Net Amount Due | $3,825.00 |

---PLEASE MAKE NOTE OF OUR NEW REMIT TO ADDRESS---