# INVOICE

#15287

Page 1 of



**Univision Receivables Co LLC**
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| PR0014427 | 10/31/16 | October 2016 | 10/01/16 - 10/31/16 |

| Property | Account Executive | Sales Office | Sales Regio |
|---|---|---|---|
| WKAQ-FM | Betty Vazquez | Local-Puerto Ric | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Departamento De Hacienda | SURI Oct-Nov 2016 | 005180 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 10/20/16 - 11/18/16 | 136180 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

| Special Handling |
|---|
| |

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

**Billing Address:**
Media Net, Inc.
Attention: Accounts Payable
PO Box 11905
San Juan, PR 00922-1905

**Send Payment To:**
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | WKAQF | M | 10/24/16 | 12:36 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 1 | WKAQF | M | 10/24/16 | 1:53 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 3 | WKAQF | Tu | 10/25/16 | 12:56 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 4 | WKAQF | Tu | 10/25/16 | 2:39 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 5 | WKAQF | W | 10/26/16 | 1:38 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 6 | WKAQF | W | 10/26/16 | 3:00 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 8 | WKAQF | Th | 10/27/16 | 11:54 AM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 7 | WKAQF | Th | 10/27/16 | 2:58 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 9 | WKAQF | F | 10/28/16 | 1:00 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |
| 1 | 10 | WKAQF | F | 10/28/16 | 2:54 PM | M-F 10a-3p | 10a-3p | :30 | SM SURI REGISTRO COMER 2 | $170.00 |

Total Spots 10

**30 NET**

| | |
|---|---|
| Gross Total | $1,700.00 |
| Agency Commission | $255.00 |
| Net Amount Due | $1,445.00 |

CLIENT: Det
PRODUCT: 
CAMPAIG: 5180
P.O.: 0306
[illegible]: P
Entry Date: 11/4/16
Net Amount: $1,445.00

--------PLEASE MAKE NOTE OF OUR NEW REMIT TO ADDRESS--------

The supporting documents for this claim are too voluminous to include in the proof of claim PDF. They are available upon request by emailing (**puertoricoinfo@PrimeClerk.com**) or by calling **844-822-9231**.

**FedEx Express** — International Air Waybill

**1 From**
Date: 05/15/18
Sender's Name: Shuyyari Kaulos
Company: Prime Clerk - US District Court - PR
Address: Federico Degetau Federal Building
Address: 150 Carlos Chardon Street
City: San Juan
State/Province: PR
Country: US
ZIP/Postal Code: 00918
Internal Billing Reference: 1845-10 19 Package Count

**2 To**
Recipient's Name
Phone: 4725243886
Company: PRIME CLERK
Address: 850 3RD AVE STE 412
City: BROOKLYN
State/Province: NY
Country: US
ZIP/Postal Code: 11232

**3 Shipment Information**
Paper Documents 1 of 2
RECEIVED MAY 21 2018

FedEx Tracking Number: 8120 6424 4229 0402

**4 Express Package Service**
[X] FedEx Intl. Economy

**5 Packaging**
[X] FedEx Pak

**6 Special Handling and Delivery Signature Options**

**7 Payment**
Bill transportation charges to: [X] Recipient
FedEx Acct. No.: 9095-A996-7

**8 Required Signature**
Sender's Signature: [signed]

662