Attachment 7

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0003-00002174
## RADIO

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1000962016 Plan No. 5180
DATE: 11/23/2016
DUE DATE: 12/23/2016
P.O. N :

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC | | | | |
| 00007408 | RADIO Days 01 Month October - 1 Spots of 30 | | | 6,200 00 |
| 00007408 | RADIO Days 01 Month October - 1 Spots of 30 | | | 5,950 00 |
| | | SUBTOTAL MEDIA NET INC | | 12,150 00 |
| | AGENCY COMMISSION (17.65%) OF 10,030 00 | | | 1,770 30 |

Bajo pena de nulidad absoluta certifico que ningun servidor publico del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los servicios se han prestado y no han sido pagados

Firma Autorizada

| | |
|---|---|
| Gross Total | 12,150.00 |
| Less Agency Commission - | 2,120 00 |
| Subtotal | 10,030.00 |
| Service Fee | 1,770 30 |
| **TOTAL USD** | **11,800.30** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

Balance 200.60 Cash. Disc

**Please remit payment to:**
**Badilo Nazca S & S**
**P.O BOX 11905**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax. 787 782 2088

# INVOICE N° 0000-00018777

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN. MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL |
| CAMPAIGN: | PUBLICIDAD |
| JOBNUMBER: | HACIN5A10002 |
| ID NUMBER: | 1102142016 |
| DATE: | 12/09/2016 |
| DUE DATE: | 01/08/2017 |
| P.O. N°: | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA HORIZONTAL/BW- AVISO TRANSF | |
| MECHANICAL | 450.00 |
| DIGITAL FILES | 40 00 |
| DIGITAL FILES | 200.00 |

Bajo pena de nulidad abs[illegible] certifica que ningun servidor publico del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La unica consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 690.00 |
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]6653
ABA Number 21502347 SWIFT Code BSCHPRSX

# Back Up Job #110214/2016

**NUEVO DÍA / P. HORA**
Medidas: 10.87" x 5.75"

**PAUTA: Sábado, 19 noviembre 2016**
R.O.P.

## HACIENDA

### AVISO IMPORTANTE

"Regulation to incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same, and to repeal Regulation No. 6246 issued on December 22, 2000." (Reglamento para añadir Artículo 1040.09-1 al Artículo 1040.09-22, al Reglamento Núm. 8049 de 21 de julio de 2011, conocido como el "Reglamento del Código de Rentas Internas de Puerto Rico de 2011", para reglamentar la Sección 1040.09 del código de Rentas Internas de Puerto Rico de 2011, según enmendado, emitido conforme a la Sección 6051.11 de dicho Código, la cual autoriza al Secretario de Hacienda a adoptar los reglamentos necesarios para ejecutar el mismo; y para derogar el Reglamento Núm. 6246 emitido el 22 de diciembre de 2000.")

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

El reglamento propuesto tiene el propósito de establecer guías y reglas de precios de transferencia ("transfer pricing") entre organizaciones controladas y los procedimientos necesarios para la administración efectiva de las mismas, para fines de las disposiciones de la Sección 1040.09 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, (en adelante, el Código"). Este se promulga al amparo de las disposiciones de la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentotransferpricing@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Aprobado por la Comisión Estatal de Elecciones C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

"Regulation to incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same and to repeal Regulation No. 6246 issued on December 22, 2000."

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is to establish transfer pricing rules and guidelines among controlled organizations and the necessary procedures for the effective administration of such rules and guidelines, for purposes of Section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended (hereafter, the "Code"). It is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to reglamentotransferpricing@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

Approved by the State Elections Commission CEE-C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: November 21,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA HORIZONTAL/BW- AVISO TRANSF

ID Number: 110214/2016
Issue Date: 11/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | POR CONCEPTO DE MEDIA PAGINA HORIZONTAL BLANCO Y NEGRO PARA AVISO DE TRANSFER PRICING PARA HACIENDA | | | |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 450.00 | 1.00 | 450.00 |
| DIGITAL FILES | PDF HI-RES PARA PERIODICOS | 40.00 | 1.00 | 40.00 |
| | PAUTAS: SABADO 19 DE NOVIEMBRE DE 2016 END Y PH | 200.00 | 1.00 | 200.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 690.00 |
| SUBTOTAL | : | 690.00 |
| TOTAL | | 690.00 |
| INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES FIRES AND/OR OTHER CAUSES BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU | | María E. [signature] |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone. 787 622 1000 Fax 787 782 2088

# INVOICE N° 0000-00018778

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: PUBLICIDAD
JOBNUMBER: HACIN5A10002
ID NUMBER: 1102222016
DATE: 12/09/2016
DUE DATE: 01/08/2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA HORIZONTAL BW - AVISO REGLAM | |
| MECHANICAL | 450.00 |
| DIGITAL FILES | 40.00 |
| DIGITAL FILES | 200.00 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 690.00 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

**Wire Transfer to:**
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]6653
ABA Number: 21[illegible] SWIFT Code: SSCHPRSX

# Back Up Job #110222/2016

## NUEVO DÍA / P. HORA

Medidas: 10.87" x 5.75"

PAUTA: Sábado, 19 noviembre 2016

R.O.P.

## HACIENDA

### AVISO IMPORTANTE

"Reglamento para enmendar los Artículos 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4020.01-1, 4020.02-1, 4020.05-1, 4020.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-8, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 del Reglamento Núm. 8049 de 21 de julio de 2011, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" ("Reglamento"), para implantar las disposiciones de los Subtítulos D y DDD de la Ley Núm. 1-2011, según enmendada, conocida como el "Código de Rentas Internas de Puerto Rico de 2011" ("Código"), promulgado al amparo de la Sección 6051.11 de dicho Código que faculta al Secretario de Hacienda a adoptar los Reglamentos necesarios para poner en vigor el mismo."

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

Este Reglamento tiene el propósito de reglamentar las disposiciones del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código"), aplicables al Impuesto sobre Ventas y Uso (IVU) y se promulga conforme a la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico comentariosreglamentoivu@hacienda.pr.gov o a:

Secretario Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov

Aprobado por la Comisión Estatal de Elecciones C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

[Regulation to amend Articles 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4010.01[illegible], 4020.01-1, 4020.02-1, 4020.05-1, 4020.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-8, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 of Regulation No. 8049 of July 21, 2011, better known as "Regulations of the Internal Revenue Code of 2011, ("Regulation"), to implement the provisions of Subtitle D and DDD of Act No. 1-2011, better known as the "Puerto Rico Internal Revenue Code of 2011" ("Code"), promulgated under Section 6051.11 of the Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.]

The Department of the Treasury in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is regulate the provisions of the Puerto Rico Internal Revenue Code of 2011, as amended, applicable to the Sales and Use Tax (SUT) and it is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to comentariosreglamentoivu@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov.

Approved by the State Elections Commission CEE-C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: November 21,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA HORIZONTAL/BW AVISO REGLAM

ID Number: 110222/2016
Issue Date: 11/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | POR CONCEPTO DE ARTE FINAL DE MEDIA PAGINA HORIZONTAL/BW PARA AVISO REGLAMENTO AL IVU + ADATACION A VOCERO | 450.00 | 1.00 | 450.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 40.00 | 1.00 | 40.00 |
| DIGITAL FILES | PDF LOW RES PARA APROBACION | 200.00 | 1.00 | 200.00 |

NET TOTAL : 690.00
SUBTOTAL : 690.00
TOTAL 690.00
INCLUDE IVU

- ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
- THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
- IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
- WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
- PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
- TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
- THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
- UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIDOREL | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2083

# INVOICE N° 0000-00018787

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: PUBLICIDAD
JOBNUMBER: HACIN5A10002
ID NUMBER: 1103362016
DATE: 12/12/2016
DUE DATE: 01/11/2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA/BLANCO Y NEGRO AVISO SUBAST | |
| DIGITAL FILES | 200.00 |
| DIGITAL FILES | 100.00 |
| DIGITAL FILES | 800.00 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature]
Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

| TOTAL USD | 1,100.00 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR 00922

**Wire Transfer to:**
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]6653
ABA Number: 21502341 SWIFT Code: BSCHPRSX

# BackUp de Facturación
# Job. 110336/2016

## El Nuevo Día: Medidas: 5.38" x 11.5"

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y e Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Security Max and Investigation Corp.** por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp. que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
2 de diciembre de 2016

Aprobado por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## El Vocero: Medidas: 5.125" x 12.5"

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Security Max and Investigation Corp.** por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp. que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
1 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: December 08,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA/BLANCO Y NEGRO AVISO SUBAST

ID Number: 110336/2016
Issue Date: 11/30/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| DIGITAL FILES | POR CONCEPTO DE ENVIO A LOS PERIODICOS ANUNCIO ENVIADO POR CLIENTE 'AVISO- SUBASTA A LOS SIGUIENTES PERIODICOS' MEDIA PAGINA/B/N<br><br>PAUTAS:<br>EL VOCERO 1/2 PAGINA/BW- 1 DE DICIEMBRE DE 2016<br>END 1/2 PAGINA BLANCO Y NEGRO 2 DE D CIEMBRE DE 2016 | | | |
| DIGITAL FILES | 2do ENVIO A N.DIA (POR CAMBIOS SOLICITADOS POR CLIENTE | 100.00 | 1.00 | 100.00 |
| DIGITAL FILES | POR CONCEPTO DE 8 ENVIOS PARA EL 5 Y 6 DE D CIEMBRE<br>ANUNCION DE SUBASTAS<br>TULA BAY DINNER<br>COLLAZO HOLDING | 100.00 | 1.00 | 100.00 |
| | | 800.00 | 1.00 | 800.00 |

NET TOTAL : 1,100.00
SUBTOTAL : 1,100.00
TOTAL 1,100.00
INCLUDE IVU

* ANY CHANGES IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE, IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Client's Approval |
|---|---|---|
| AVIGOREU | | |

# BADILLO
## SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto R co 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

# INVOICE N° 0003-00002223

**DEPARTAMENTO DE HACIENDA DE P.R**

P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN.    MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL |
| CAMPAIGN: | FY 2016-17 OOP |
| JOBNUMBER: | HACIN6R10002 |
| ID NUMBER: | 0901532016 |
| DATE: | 12/14/2016 |
| DUE DATE: | 01/13/2017 |
| P.O N: | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: VIDEO EX-SECRETARIOS | |
| | |
| ANALYTICS | 0.00 |
| PRODUCTION | 15,795.00 |
| TALENT / MODEL | 1,000.00 |
| AGENCY COMMISSION (17.65%) Of: 16,795.00 | 2,964.32 |

Bajo pena de nulidad absoluta certifico que ningun servidor
público del Departamento de Hacienda, sus subsidiarias y afiliadas,
es parte o tiene interés alguno en las ganancias o los beneficios producto
del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias
o beneficios producto del contrato, ha mediado una dispensa previa
La única consideración para suministrar los servicios objeto del contrato,
ha sido el pago acordado con el representante autorizado de la agencia
El importe de esta factura es justo y correcto. Los servicios se han prestado
y no han sido pagados

Firma          Fecha  12/20/16

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS
BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING
WITHIN TEN (10) WORKING DAYS FROM THE RECEPT OF THIS INVOICE IF WRITTEN
NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER
THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 19,759.32 |
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

**Wire Transfer to:**
Beneficiary Name Badillo Nazca  S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number ███████653
ABA Number 215 ░░░  SWIFT Code BSCHPRSX



jammedia
producers, inc.

Po 09-0560/2016
ID 090153/2016
VGM

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/2/2016 | 207225 |

1600 Calle 2-SW Caparra Terrace
San Juan P R 00921-1433
Ph 787-782-4606 Fax 787-782-4567
www.jammedia.tv / jam@jammedia.tv
Cheque a nombre de
Jam Media Producers Inc

JSK 3/24/16

**BILL TO**

Comstat Rowland
P.O Box 11905
SJ PR 00922-1905
To: Veronica Gerardino

| P O NO | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | Video Hacienda Secretarios |

| DESCRIPTION |
|---|
| Sección de Grabación Pasados Secretarios / Incluye: Cámara Full HD 4k. Equipo basico de audio e iluminación para interior, Director fee y Crew técnico - GRABACION DURANTE LAS MAÑANAS 8AM - 11AM |
| Dia de Suite de Post-producción Incluye Edición de Video y Audio, Animación de Graficas, Efectos de Sonidos y Musica libre de regalia |
| Hora Estudio de Audio / Incluye Grabacion en Cabina, Edicion de Audio, Efectos de Sonidos, Stock Music Royalty Free - GRABACION DE LOCUTOR (PROVISTO POR CLIENTE) |
| Master en digital Hi-Res (data) |
| Master en DVD |
| SUBTOTAL |
| Descuento de Cortesía |

| All work is complete! | **TOTAL** $15,795.00 |
|---|---|

Lo facturado en este documento es solo el producto final contratado No incluye materiales utilizados para la realización del mismo Esta factura vence en el termino arriba indicado y deberá ser pagada en su totalidad. De no ser así Jam Media se reserva el derecho a imponer cargo de 5% sobre el total de la misma por cada 15 días de atraso Todo cheque devuelto tendrá un cargo de 15% sobre el costo total En caso de disputa legal por cobro el cliente será responsable del pago total de dicha factura así como de todos los costos legales o de gestión de cobro de la misma

*J Maldonado*
JMP - General Producer

**LOCUCIONES ANITA MARTINEZ**

PO 09-0561/2016
ID 090153/2016
VGM

IM #57850

# INVOICE

anita.recordings@gmail.com

Anita Martinez
787-607-6501

Alturas de Flamboyán
Calle 5, C 16
Bayamón PR 00957

Veronica Geraldino
Poject Manager
Comstat

Date: 12/02/2016

Project Title: Secretarios Hacienda
Project Description: Recordings
Invoice Number: 120216

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Grabación Video Hacienda/Jam Media | 13 | | $ 800 |
| Promts adicionales | 5 | | $ 200 |
| | | Subtotal | $ 1,000 |
| | | | $ 0 |
| | | Total | $ 1,000 |

Thanks for the opportunity to do business again with you!

Sincerely yours,

Anita Martínez

COMSTAT

Print Date: December 13,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACIN6R10002 FY 2016-17 OOP
Estimate Description : VIDEO EX-SECRETARIOS

ID Number: 090153/2016
Issue Date: 09/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRODUCTION | PRODUCCION DE VIDEO EX SECRETARIOS DE HACIENDA<br>GRABACION DURANTE LAS MAÑANAS DE 8AM-11AM<br>INCLUYE GRABACION<br>ILUMINACION BASICA PARA INTERIOR<br>DIRECTOR<br>CREW TECNICO<br>GRABACION DE LOCUTOR (CONTRATADO POR CLIENTE)<br>EDICION, ANIMACION DE GRAFICAS, SONIDOS Y MUSICA LIBRE DE REGALIAS<br>ENTREGA 20 MASTER DIGITAL HI RES | | 1.00 | 18,582.82 |
| TALENT / MODEL | LOCUTORA PARA VOICEOVER | | 1.00 | 1,176.50 |
| | | SUBTOTAL | : | 19,759.32 |
| | | TOTAL | | 19,759.32 |
| | | INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE ✓
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

Final

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| VGERARDI [signature] | | |

# COMSTAT

Print Date: November 30,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACIN6R10002 FY 2016-17 DOP
Estimate Description : VIDEO EX-SECRETARIOS

ID Number: 090153/2016
Issue Date: 09/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRODUCTION | PRODUCCION DE VIDEO EX SECRETARIOS DE HACIENDA<br>GRABACION DURANTE LAS MAÑANAS DE 8AM 11AM<br>INCLUYE GRABACION<br>ILUMINACION BASICA PARA INTERIOR<br>DIRECTOR<br>CREW TECNICO<br>GRABACION DE LOCUTOR (CONTRATADO POR CLIENTE)<br>EDICION, ANIMACION DE GRAFICAS, SONIDOS Y MUSICA LIBRE DE REGALIAS<br>ENTREGA 20 MASTER DIGITAL HI RES | | 1.00 | 18,582.82 |
| TALENT / MODEL | LOCUTORA PARA VOICEOVER | | 1.00 | 941.20 |
| | | SUBTOTAL | : | 19,524.02 |
| | | TOTAL | | 19,524.02 |
| | | INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| VGERARDI [signature] | | [signature] |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone. 787 622 1000 Fax: 787 782 2088

**INVOICE N0003-00002233**
**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1100142016 Plan No.: 5170
DATE: 12/16/2016
DUE DATE: 01/15/2017
P.O. N°:

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: SURI OCTUBRE - NOVIEMBRE 2016 | | | | |
| MEDIA NET INC | | | | |
| 00007608 | NEWSPAPER | 11/01/2016 | P5170 SURI NOV 16 | 26,163.84 |
| | | | SUBTOTAL MEDIA NET INC | 26,163.84 |
| AGENCY COMMISSION (17.65%) OF 20,931.07 | | | | 3,694.33 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas, es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] 12/20/16
Firma Fecha

| | |
|---|---|
| Gross Total | 26,163.84 |
| Less Agency Commission - | 5,232.77 |
| Subtotal | 20,931.07 |
| Service Fee | 3,694.33 |
| **TOTAL USD** | **24,625.40** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
Badillo Nazca S & S
P.O. BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de León, P.3.2.7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]6653
ABA Number: 21502341 SWIFT Code: [illegible]

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

**INVOICE N° 0003-0000223**
**RADIO**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1101122016 Plan No. 5180
DATE: 12/16/2016
DUE DATE: 01/15/2017
P.O. N :

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC | | | | |
| 00007558 | RADIO Days 01 Month November - 1 Spots of 30 | | | 7,400.00 |
| 00007558 | RADIO Days 01 Month November - 1 Spots of 30 | | | 1,700.00 |
| | | SUBTOTAL MEDIA NET INC | | 9,100.00 |
| | AGENCY COMMISSION (17.65%) Of: 7,365.00 | | | 1,299.92 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas, es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] 12/20/16
Firma Fecha

| | |
|---|---|
| Gross Total | 9,100.00 |
| Less Agency Commission - | 1,735.00 |
| Subtotal | 7,365.00 |
| Service Fee | 1,299.92 |
| **TOTAL USD** | **8,664.92** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

PAGE 1 of 1

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number 3004696653
ABA Number 21[illegible]341 SWIFT Code BSCHPRSX

PROCESSED

# INVOICE N° 0000-00007558
RADIO

#37436

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P.5111

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: SURI OCTUBRE-NOVIEMBRE 2016
JOBNUMBER: DETIN6A10003
ID NUMBER: 1100532016 Plan No. 00005180
DATE: 12/12/2016
DUE DATE: 01/11/2017
P.O. N°:

| INVOICE N°. | MARKET / STATION DESCRIPTION N° OF AIRINGS | AMOUNT |
|---|---|---|
| SPANISH BROADCASTING SYSTEMS | | |
| 431181-1 | CADENA LA ZETA Days:15 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:16 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:17 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:18 Month:November - 2 Spots of 30" | 280.00 |
| 431182-1 | CADENA LA MEGA Days:07 Month:November - 1 Spots of 30" | 150.00 |
| 431182-1 | CADENA LA MEGA Days:08 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:09 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:10 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:11 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:22 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:23 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:24 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:25 Month:November - 2 Spots of 30" | 320.00 |
| | SUBTOTAL SPANISH BROADCASTING SYSTEMS | 3,750.00 |
| UNIVISION RECEIVABLES CO. | | |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:14 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:15 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:16 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:17 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:18 Month:November - 2 Spots of 30" | 340.00 |
| | SUBTOTAL UNIVISION RECEIVABLES CO. | 1,700.00 |
| WCAD-FM | | |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:07 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:08 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:09 Month:November - 2 Spots of 30" | 130.00 |

Continues on page # 2

Gross Total
Less Agency Commission -
Subtotal
Service Fee

**TOTAL USD**

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

RECEIVED
DEC 14 2016



# INVOICE N° 0000-00007558
## RADIO

BADILLO NAZCA S&S
A-16 CALLE GÉNOVA, EXT VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: SURI OCTUBRE-NOVIEMBRE 2016
JOBNUMBER: DETIN6A10003
ID NUMBER: 1100532016 Plan No. 00005180
DATE: 12/12/2016
DUE DATE: 01/11/2017
P.O. N°:

| INVOICE N°. | MARKET / STATION DESCRIPTION N° OF AIRINGS | AMOUNT |
|---|---|---|
| | Sub-Total of page # 1 | |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days 10 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days 11 Month:November - 2 Spots of 30" | 130.00 |
| | SUBTOTAL WCAD-FM | 650.00 |
| UNO RADIO GROUP | | |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 01 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:02 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:03 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:04 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:07 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:08 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:09 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:10 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 11 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:21 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:22 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 23 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 24 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 25 Month:November - 1 Spots of 30" | 160.00 |
| | SUBTOTAL UNO RADIO GROUP | 2,240.00 |
| WXYX-FM/LA X NETWORK | | |
| 00090000 | CADENA WXYX Days:01 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days:02 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days:03 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days 04 Month:November - 2 Spots of 30" | 190.00 |
| | SUBTOTAL WXYX-FM/LA X NETWORK | 760.00 |

PR8034
RV20 / CL300G

| | |
|---|---|
| Gross Total | 9,100.00 |
| Less Agency Commission - | 1,735.00 |
| Subtotal | 7,365.00 |
| Service Fee | 0.00 |
| TOTAL USD | 7,365.00 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS



# INVOICE #16006

Page 1 of

ZETA-WZNT-WZMT-WZET
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1158

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431181-1 | 11/30/16 | November 2016 | 11/01/16 - 11/18/16 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| ZETA | Yolanda Nieves | Puerto Rico Loc | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto de Hacienda-Surl | 00005180/110112 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 11/14/16 - 11/18/16 | 431181 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

Special Handling

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

Billing Address

Medianet
Attention: Carol Ramos
A-16 Calle Génova
Ext. Villa Caparra
Guaynabo, PR 00966

CLIENT Det PRODUCT 0112 CAMPAIGN 5180

Send Payment To

ZETA-WZNT-WZMT-WZET
Spanish Broadcasting System, Inc.
7007 NW 77th Avenue
Miami, FL 33166

Entry Date
Net Amount $896.00

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/14/16 | 11/18/16 | 10A-3P M-F | 10A-3P | ------- | :30 | 0 | $130.00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/14/16 | 11/20/16 | -2222-- | 8 | $130.00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | All | Tu | 11/15/16 | 11:16 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 4 | All | Tu | 11/15/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 5 | All | W | 11/16/16 | 11:17 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 6 | All | W | 11/16/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 7 | All | Th | 11/17/16 | 11:17 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 8 | All | Th | 11/17/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 9 | All | F | 11/18/16 | 11:48 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 10 | All | F | 11/18/16 | 2:17 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 11/14/16 | 11/18/16 | Streaming | Internet | ------- | :00 | 0 | $10.00 | NS |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/14/16 | 11/20/16 | -2222-- | 8 | $10.00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | All | Tu | 11/15/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 4 | All | Tu | 11/15/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 5 | All | W | 11/16/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 6 | All | W | 11/16/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 7 | All | Th | 11/17/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 8 | All | Th | 11/17/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 9 | All | F | 11/18/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 10 | All | F | 11/18/16 | | Streaming | Internet | :00 | | $10.00 | I |

Total Spots 16

**Payment Terms 30 Days**

| | |
|---|---|
| Gross Total | $1,120.00 |
| Agency Commission | $224.00 |
| Net Amount Due | $896.00 |

We warrant that the actual broadcast information shown on this invoice was taken from the program log

# INVOICE #16007

MEGANET-WMEG-WEGM
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1158

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431182-1 | 11/30/16 | November 2016 | 11/01/16 - 11/25/16 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| MEGANET | Yolanda Nieves | Puerto Rico Loc | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto Hacienda-Surf | 00005180/110111 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 11/07/16 - 11/25/16 | 431182 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

Special Handling

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

Billing Address

Medianet
Attention: Carol Ramos
A-16 Calle Génova
Ext. Villa Caparra
Guaynabo, PR 00966

CLIENT Det PRODUCT 0111 CAMPAIGN 5180

Send Payment To

MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
7007 NW 77th Avenue
Miami, FL 33166

Entry Date

Amount $2,104.00

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/07/16 | 11/25/16 | 5:30A-10A M-F | 5:30A-10A | ------- | :30 | 0 | $140.00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/07/16 | 11/13/16 | 12222-- | 9 | $140.00 |

| Spots # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 11/07/16 | 8:53 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | NM |
| 3 | All | Tu | 11/08/16 | 5:53 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 4 | All | Tu | 11/08/16 | 6:56 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 5 | All | W | 11/09/16 | 7:28 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 6 | All | W | 11/09/16 | 8:26 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 8 | All | Th | 11/10/16 | 6:54 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 7 | All | Th | 11/10/16 | 9:54 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 10 | All | F | 11/11/16 | 6:26 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |
| 9 | All | F | 11/11/16 | 7:53 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140.00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 11/07/16 | 11/25/16 | 2P-7P | 2P-7P | ------- | :30 | 0 | $150.00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/21/16 | 11/27/16 | -2222-- | 8 | $150.00 |

| Spots # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | All | Tu | 11/22/16 | 3:26 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 1 | All | Tu | 11/22/16 | 4:27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 3 | All | W | 11/23/16 | 5:27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 4 | All | W | 11/23/16 | 6:27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 5 | All | Th | 11/24/16 | 4:56 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 6 | All | Th | 11/24/16 | 5:25 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 7 | All | F | 11/25/16 | 3:52 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |
| 8 | All | F | 11/25/16 | 6:52 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150.00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 11/07/16 | 11/25/16 | Streaming | Internet | ------- | :00 | 0 | $10.00 | NS |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/07/16 | 11/13/16 | 12222-- | 9 | $10.00 |

| Spots # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 11/07/16 | | Streaming | Internet | :00 | | $10.00 | |
| 2 | All | Tu | 11/08/16 | | Streaming | Internet | :00 | | $10.00 | |
| 3 | All | Tu | 11/08/16 | | Streaming | Internet | :00 | | $10.00 | |
| 4 | All | W | 11/09/16 | | Streaming | Internet | :00 | | $10.00 | |

We warrant that the actual broadcast information shown on this invoice was taken from the program log



# INVOICE

Send Payment To
**MEGANET-WMEG-WEGM**
**Spanish Broadcasting System, Inc.**
**7007 NW 77th Avenue**
**Miami, FL 33166**

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431182-1 | 11/30/16 | November 2016 | 11/01/16 - 11/25/16 |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto Hacienda-Suri | 00005180/110111 |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/ Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 11/07/16 | 11/25/16 | Streaming | Internet | ------- | :00 | 0 | $10.00 | NS |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Typ |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | All | W | 11/09/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 6 | All | Th | 11/10/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 7 | All | Th | 11/10/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 8 | All | F | 11/11/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 9 | All | F | 11/11/16 | | Streaming | Internet | :00 | | $10.00 | N |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/21/16 | 11/27/16 | -2222-- | 8 | $10.00 |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Typ |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | All | Tu | 11/22/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 11 | All | Tu | 11/22/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 12 | All | W | 11/23/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 13 | All | W | 11/23/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 14 | All | Th | 11/24/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 15 | All | Th | 11/24/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 16 | All | F | 11/25/16 | | Streaming | Internet | :00 | | $10.00 | N |
| 17 | All | F | 11/25/16 | | Streaming | Internet | :00 | | $10.00 | N |

Total Spots 34

**Payment Terms 30 Days**

| | |
|---|---|
| Gross Total | $2,630.00 |
| Agency Commission | $526.00 |
| Net Amount Due | $2,104.00 |

# INVOICE

#15989

**Univision Receivables Co LLC**
**Calle Carazo #64**
**Guaynabo, PR 00969-5635**
**Main: (787) 758-5800**
**Billing:**

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| PR0014886 | 11/20/16 | November 2016 | 11/01/16 - 11/18/16 |

| Property | Account Executive | Sales Office | Sales Regio |
|---|---|---|---|
| WKAQ-FM | Betty Vazquez | Local-Puerto Ric | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Departamento De Hacienda | SURI Oct-Nov 2016 | 005180 |

Billing Address

Media Net, Inc.
Attention: Accounts Payable
PO Box 11905
San Juan, PR 00922-1905

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 10/20/16 - 11/18/16 | 136180 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

CLIENT DET PRODUCT CAMPAIGN 5180

Special Handling

Send Payment To
**Univision Receivables Co LLC**
**P.O. Box 740721**
**Los Angeles, CA 90074-0721**

Batch 0113
Approved by [illegible]
Entry Date 12/7/16
Net Amount 1,445.00

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | WKAQF | M | 11/14/16 | 11:38 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 22 | WKAQF | M | 11/14/16 | 12:41 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 24 | WKAQF | Tu | 11/15/16 | 12:55 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 23 | WKAQF | Tu | 11/15/16 | 2:37 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 25 | WKAQF | W | 11/16/16 | 11:53 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 26 | WKAQF | W | 11/16/16 | 1:58 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 27 | WKAQF | Th | 11/17/16 | 11:52 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 28 | WKAQF | Th | 11/17/16 | 12:52 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 30 | WKAQF | F | 11/18/16 | 12:40 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 29 | WKAQF | F | 11/18/16 | 1:36 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| | | | | | | | Total Spots | 10 | | | |

**30 NET**

| | |
|---|---|
| Gross Total | $1,700.00 |
| Agency Commission | $255.00 |
| Net Amount Due | $1,445.00 |

PLEASE MAKE NOTE OF OUR NEW REMIT TO ADDRESS

This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the [illegible] classification ordered.

Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of [illegible] ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected.



#15897

WCAD-FM BROADCASTING & PROGRAMMING
SYSTEMS OF PUERTO RICO, INC
PO Box 9024188
San Juan, PR 00902-4188
Tel. (787) 726-6144 / Fax 268-3313
www.alfarock.com accounting@alfarock.com

Invoice Number:
**A-7159**

Invoice Date:
November 30, 2016

Page:
1

**Bill To:**

MEDIA NET
AVE. PONCE DE LEON #1311
SUITE 504
SAN JUAN, PR 00907

| Order or Contract No. | Payment Terms | Sales Rep | Due Date |
|---|---|---|---|
| 110114 | Net 30 Days | Adriana Diaz | 12/30/16 |

| Description | |
|---|---|
| DEPT. HACIENDA/DETIN6A10003 | |
| 10 (30) 7 AL 11 DE NOVIEMBRE DE 2016<br>HORARIO: 6 - 10 AM | 650.00 |
| 3 (30) 12, 13 DE NOVIEMBRE DE 2016<br>HORARIO: 10 - 7 PM | |
| 20% AGENCY COMMISSION | -130.00 |

CLIENT: Det PRODUCT: CAMPAIGN: 5180
0248
Entry Date: 12/6/16
Net Amount: $520.00

**Total Invoice Due** 520.00

CERTIFICATE OF BROADCAST

We certify that the above mentioned spots were broadcasted on the dates and hours indicated as per agreement

WCAD-FM BROADCASTING & PROGRAMMING SYSTEMS OF PUERTO RICO, INC

By: ____________________

B.P.S of P.R., Inc. and its stations WCAD do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made a part of the particular contract, is hereby rejected

#12712

SALSOUL
...con tus éxitos

PO Box 363222-3222
San Juan PR 00936-3222
787-744-3131 - 787-731-7075
Fax (787) 743-0252

# INVOICE

NUMBER 111176

CADENA SALSOUL SAN JUAN, PR

INVOICE DATE: 11/30/16
PAGE: 1 TYPE Complete
ACCOUNT 28661
CONTRACT 30160
PRODUCT

Salesperson: Edwin J. Cruz

VILMARIS DEL VALLE
MEDIA NET SMART MEDIA
EXT. VILLA CAPARRA
A-16 CALLE GENOVA
GUAYNABO, PR 00966

| PAY THIS AMOUNT: | BY: |
| --- | --- |
| $1,792.00 | 12/15/16 |

Client: DEPARTAMENTO DE HACIENDA

Contract #0030160 11/1/16 to 11/25/16
SURI OCTUBRE-NOVIEMBR Est-110115

| | | |
| --- | --- | --- |
| 11/30 | 14 30's @ $160.00 | $2,240.00 |
| 11/30 | Agency Commission Credit | -$448.00 |
| BALANCE OF INVOICE #111176 | | $1,792.00 |

| CLIENT | PRODUCT | CAMPAIGN |
| --- | --- | --- |
| Det | | 5180 |

[illegible] 0115
[illegible] 50
Entry Date 12/16/16
Net Amount $1,792.00

We warrant that the actual broadcast information shown on this invoice was taken from the official program log

#16073

RAAD BROADCASTING CORP LA X FM
HC 71 BOX 15390
BAYAMON PR 00956
(787) 785 9390

100.7 FM METRO · 101.5 FM

Please Remit To
RAAD Broadcasting Corp
WXYX-FM WELX-FM WALX-FM
HC 71 Box 15390 • Carr #174 Km 6.0
Bayamon Puerto Rico 00956 9507
Tel (787) 785 9390 • Fax 785-9177

DEPARTAMENTO DE HACIENDA
Advertiser ID 5826 Amount Paid

| 5826-00009-0000 | 11 30 2016 | 1 |
|---|---|---|
| Official Invoice | Date | Page |

5826-00009-0000 0 11 30 2016 1
For: DEPARTAMENTO DE HACIENDA
Purchase Order Number 00005180
Est Number
Co-Op
Description SERI - NOVIEMBRE
Salesperson I Rodriguez Raquel

MEDIA NET
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
GUAYNABO P.R. 00966 Puerto Rico

| Date | Day | Length | | | | Qty | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 11 1 2016 | Tue | 30 | WXYX-FM | 06 35 30 AM | 08 35 30 AM | 2 | $95 00 | $190 00 |
| 11 2 2016 | Wed | 30 | WXYX-FM | 06 35 30 AM | 09 35 30 AM | 2 | $95 00 | $190 00 |
| 11 3 2016 | Thu | 30 | WXYX-FM | 06 35 30 AM | 08 35 30 AM | 2 | $95 00 | $190 00 |
| 11 4 2016 | Fri | 30 | WXYX-FM | 06 35 30 AM | 09 35 30 AM | 2 | $95 00 | $190 00 |
| 11 4 2016 | | | | Agency Discount | | | | ($152 00 |

CLIENT Det PRODUCT CAMPAIGN 5180
0116
Entry Date
Net Amount $ 608.00

CERTIFICATE OF BROADCAST

| Quantity | 8 | Total | $760.00 |
|---|---|---|---|
| AGENCY DISCOUNT | | | $152.00 |
| Total Due | | | $608.00 |

INVOICE

Cliente: COMSTAT

Producto: Departamento de Hacienda

Campaña: SURI

Estimado de Medios

[illegible]

$ 11,375.34

Fecha de Aprobación: [illegible]

Firma de Aprobación: [signature]

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

**INVOICE N° 0003-00002240**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL |
| CAMPAIGN: | JOB RAIZ GENERICO CLIENTE DEPARTAME |
| JOBNUMBER: | HACIN*R*0001 |
| ID NUMBER: | 1202322016 |
| DATE: | 12/20/2016 |
| DUE DATE: | 01/19/2017 |
| P.O N : | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: CUOTA 6 DE FEE FIJO | |
| BILLABLE HOURS FOR PROFESSIONAL SERVICES- UNTIL DECEMBER 20, 2016 | 8,750.00 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

[signature] 12/20/16
Firma Fecha

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME. YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 8,750.00 |
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name. Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey, Puerto Rico 00917
Account Number [redacted]6653
ABA Number 215[illegible]2341 SW[illegible] C[illegible] BS[illegible]H[illegible]RSX

COMSTAT
A Division of Badillo Saatchi & Saatchi

**Reporte de Horas: 12/01/16 HASTA 12/16/16**
**Cliente: Departamento de Hacienda**

| Date | Username | BASE HOURS | Additional hours | Addicional grand total | Details |
|---|---|---|---|---|---|
| 12/01/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | edicion documental |
| 12/01/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.50 | 62.50 | STATUS VIDEOS CON MARISARA. STATUS VIDEO CON FINEES |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: ISSUES COSTO LOCUCION LR |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | DH: CONV VG EMAIL KLR. EMAIL MQ RE: COSTOS LOCUTOR DISPONIB |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 4.00 | 500.00 | editando documental |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.25 | 31.25 | conv con trafico para coordinar voice over |
| 12/05/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | Documental |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: VER. EDIT VIDEO SECRETARIOS |
| 12/05/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL MQ RE: RECOM LANZAMIENTO |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: EDIT CMU LANZAMIENTO VIDEO |
| 12/06/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | Documental |
| 12/06/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV LR RE: VIDEO COPIAS ETC |
| 12/06/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: VIDEO SECRETARIOS REVISAR MUSICALIZACION |
| 12/06/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL LILLIAN RE: CAMBIOS |
| 12/07/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 3.00 | 375.00 | copiar borrador con musica - entregar para revision |
| 12/07/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.50 | 62.50 | reunion con trafico sobre cambios en necesidades y costos fi |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL LR RE: EDIT VIDEO |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV CB RE: WIPR TRANSMISION |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL M |
| 12/08/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 2.00 | 250.00 | Pedir cotizaciones cartel y tarjetas - trabajar perfiles |
| 12/08/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: VER VIDEO CON MUSICA .ANOTAR CAMBIOS |
| 12/08/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV MQ RE: CAMBIOS |
| 12/08/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: MEMO LR RE: CAMBIOS MQ VIDEO |
| 12/09/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | perfiles de los secretarios - buscar informacion que falta - |
| 12/09/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.75 | 93.75 | task letrero para museo exsecretarios. Email para confirmar |
| 12/09/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: TEL LR RE: EDITS TEL EIL ETC |
| 12/09/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL MQ RE: FEEDBACK JZ |
| 12/12/2016 | ANA ECHENIQUE GAZTAMBIDE | 0.00 | 0.25 | 31.25 | DOCUMENTAL |
| 12/12/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | grabar entrevista adicional a secretario - editar de nuevo p |
| 12/12/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 1.00 | 125.00 | Letrero museo exsec--meet trafico. emails & calls Maribella. |
| 12/12/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: EMAIL LR RE: CAMBIOS VIDEO HOY |
| 12/12/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | DH: TEL LR RE: CAMBIOS FINALES |
| 12/13/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 2.00 | 250.00 | edicion final ver con clienta |
| 12/13/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 1.25 | 156.25 | discutir con trafico cambios de material para letrero. email |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: REPORT STATUS Y PRES NUEVO LR |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: Q & A CONF PRENSA JZ |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL RE: CAMBIOS JZ |
| 12/14/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 8.00 | 1,000.00 | edicion final con clienta - esperar render final |
| 12/14/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: MEET LR UPDATE VIDEO CAMBIOS PRESS CONF |
| 12/14/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: ENTREVISTAS JZ |
| 12/15/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | presentacion y apertura de sala de los secretarios |
| 12/15/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV LR RE: REUNION SECRETARIOS Q & A |
| 12/16/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: FEEDBACK SC RE: VIDEO |
| | TOTALES: | 0.00 | 70.00 | $ 8,750.00 | |

**Wanda Benitez**

---

**From:** Mily Hernandez
**Sent:** Tuesday, December 20, 2016 3:25 PM
**To:** Wanda Benitez
**Cc:** Orlando Gonzalez
**Subject:** RE: HORAS A FACTURAR URGENTE

Ok...procede

COMSTAT

Please consider the environment before printing this email

Mily Hernández, APR | Senior Vice President
PO Box 11905 Caparra Heights Station
San Juan, P. R. 00922-1905
Ext Villa Caparra, Calle Génova A-16, Guaynabo PR 00968
Office: 787-622-1556 | Fax: 787-793-3574
Email: mily.hernandez@comstatpr.com

**From:** Wanda Benitez
**Sent:** Tuesday, December 20, 2016 1:53 PM
**To:** Mily Hernandez <mily.hernandez@comstatpr.com>
**Cc:** Orlando Gonzalez <orlando.gonzalez@badillopr.com>
**Subject:** RE: HORAS A FACTURAR URGENTE

Mily:

Para Hacienda hasta hoy, suben 70 horas billables para un total de $8,750.

Son 5 horas más de las que tú apruebas.

Déjame saber si procedo. Gracias.



Installment detail

Accept | Cancel | Delete | Import Timesheet | Export

Installment detail - DECEMBER | Additional installment detail

| Date | Username | BASE HOURS | Additional | Additional grand | JobNumber | |
|---|---|---|---|---|---|---|
| 12/01/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS | edicion |
| 12/01/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.50 | 62.50 | FY 2016-17 HORAS | STATUS |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | FY 2016-17 HORAS | DH: ISS |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | FY 2016-17 HORAS | DH: CO |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 4.00 | 500.00 | FY 2016-17 HORAS | editand |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.25 | 31.25 | FY 2016-17 HORAS | conv cc |
| 12/05/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS | Docume |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | FY 2016-17 HORAS | DH: VEI |
| 12/05/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | FY 2016-17 HORAS | DH: TEL |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | FY 2016-17 HORAS | DH: EDI |
| 12/06/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS | Docume |

Totals

| | |
|---|---|
| BASE HOURS | 0.00 |
| Base Amount | 0.00 |
| ADDITIONAL HOURS | 70.00 |
| additional hours ammount | 8,750.00 |
| Installment to Bill | 8,750.00 |

Summary

| Username | Base Hs. | Additiona | Base Amount |
|---|---|---|---|
| ANA ECHENIQUE GAZTA | 0.00 | 0.25 | 0.00 |
| LILLIAN RIVAS FIGUERO | 0.00 | 49.75 | 0.00 |
| LOURDES HERNANDEZ L | 0.00 | 3.50 | 0.00 |
| MARISARA PONT | 0.00 | 16.50 | 0.00 |
| TOTAL | 0.00 | 70.00 | 0.00 |

Saludos,

Wanda Benitez
Billing Department
**Saatchi & Saatchi**
Extension Villa Caparra Calle Genova A-16
Tel: + 1 787 706 5102
www.saatchi.com
wanda.benitez@badillopr.com

*Nothing is Impossible*

Please think before you print

**From:** Mily Hernandez
**Sent:** Tuesday, December 20, 2016 12:17 PM
**To:** Wanda Benitez <wanda.benitez@badillopr.com>
**Cc:** Orlando Gonzalez <orlando.gonzalez@badillopr.com>; Ana Echenique <anamaria.echenique@comstatpr.com>
**Subject:** HORAS A FACTURAR URGENTE

Ayer hablé con Orlando sobre la posibilidad de facturar estas hrs de Hacienda ya!....aquí están aprobadas

Gracias!

| | | | |
|---|---|---|---|
| Total DEPARTAMENTO DE HACIENDA DE PR | 4 5 | 67 3 | 74 5 |

COMSTAT

Please consider the environment before printing this email

**Mily Hernández, APR | Senior Vice President**
**PO Box 11905 Caparra Heights Station**
**San Juan, P. R. 00922-1905**
**Ext Villa Caparra, Calle Génova A-16, Guaynabo PR 00968**
**Office: 787-622-1556 | Fax: 787-793-3574**
**Email:** mily.hernandez@comstatpr.com