Attachment 8

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

# INVOICE N° 0003-00002241

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1201492016
DATE: 12/21/2016
DUE DATE: 01/20/2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: FILMACION & EDICION ADICIONAL VIDEOS EX | |
| ANALYTICS | 0.00 |
| VIDEO EDITING | 1,980.00 |
| AGENCY COMMISSION (17.65%) OF 1,980.00 | 349.47 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] 12/23/16
Firma Fecha

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL. PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 2,329.47 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]6653
ABA Number: 21[redacted] SWIFT Code: BSCHPRSX



PO 12-0299/2016
ID 120149/2016
VGM

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/13/2016 | 207231 |

| BILL TO |
|---|
| Comstat Rowland<br>P O Box 11905<br>SJ PR 00922-1905<br>To: Veronica Gerardino |

| P O NO | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | Hacienda Secretarios Vs Adic |

| DESCRIPTION | QTY | RATE |
|---|---|---|
| Sección de Grabación Pasados Secretarios Incluye: Cámara Full HD 4k, Equipo basico de audio e iluminación para interior, Director fee y Crew técnico - GRABACION MIERCOLES 14 DIC 8:30AM - 10 AM | 1 | 950 00 |
| Dia de Suite de Post-producción, Incluye: Edición de Video y Audio, Animación de Graficas, Efectos de Sonidos y Musica libre de regalia | 1 | 1,250 00 |
| Master en digital Hi-Res (data) | | 0 00 |
| SUBTOTAL | | |
| Descuento de Cortesia | | -10.00% |

| All work is complete! | TOTAL | $1,980 00 |
|---|---|---|

Lo facturado en este documento es solo el producto final contratado No incluye materiales utilizados para la realización del mismo Esta factura vence en el termino arriba indicado y deberá ser pagada en su totalidad De no ser asi Jam Media se reserva el derecho a imponer cargo de 5% sobre el total de la misma por cada 15 dias de atraso Todo cheque devuelto tendrá un cargo de 15% sobre el costo total En caso de disputa legal por cobro el cliente será responsable del pago total de dicha factura asi como de todos los costos legales o de gestión de cobro de la misma

J Maldonado
JMP - General Producer

# COMSTAT

Print Date: December 13,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACIN6R10002 FY 2016-17 OOP
Estimate Description : FILMACION & EDICION ADICIONAL VIDEOS EX

ID Number: 120149/2016
Issue Date: 12/13/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| VIDEO EDITING | SECCION ADICIONAL DE GRABACION A EX SECRETARIOS INCLUYE EDICION EN EL VIDEO ORIGINAL | | 1.00 | 2,329.47 |
| | | SUBTOTAL | : | 2,329.47 |
| | | TOTAL | | 2,329.47 |
| | | INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE.
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| VGERARDI | | |

BADILLO
SAATCHI & SAATCHI
P.O Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax. 787 782 2088

**INVOICE N0000-00018918**
**NEWSPAPER**

**DEPARTAMENTO DE HACIENDA DE P.R**
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: MEDIOS 2016
JOBNUMBER: HACRE6A10001
ID NUMBER: 1100562016 Plan No.: 5289
DATE: 12/22/2016
DUE DATE: 01/21/2017
P.O. N°:

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: HACIENDA CONVOCATORIA 11/2 | | | | |
| MEDIA NET INC | | | | |
| 00007481 | NEWSPAPER | 11 01 2016 | PLAN 5289 NOV 16 | 1,591 26 |
| | | | SUBTOTAL MEDIA NET INC | 1,591 26 |
| AGENCY COMMISSION (17.65%) Of 1,273 01 | | | | 224 69 |

Bajo pena de nulidad abs l ta certifico que ningun servidor publ o de Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interes alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

| | |
|---|---|
| Gross Total | 1,591.26 |
| Less Agency Commission - | 318.25 |
| Subtotal | 1,273.01 |
| Service Fee | 224 69 |
| **TOTAL USD** | **1,497.70** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon P 3o 7
Hato Rey, Puerto Rico 00917
Account Number ██████6853
ABA Number 21502314 SWIFT Code BSCHPRSX

# INVOICE N° 0000-00007481
NEWSPAPER

PROCESSED

BADILLO NAZCA S&S
A-16 CALLE GÉNOVA, EXT VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P. 552

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: HACIENDA CONVOCATORIA 11/2
JOBNUMBER: DER016AF0017
ID NUMBER: 1101072016 Plan No. 00005289
DATE: 12/08/2016
DUE DATE: 01/07/2017
P.O. N :

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| GFR MEDIA LLC | | | | |
| 03687892 | EL NUEVO DIA Days:02 Month:November - 1 Spots of 1x1 | | | 1,591.26 |
| | | SUBTOTAL GFR MEDIA LLC | | 1,591.26 |

JM 37360 #

PR8034 / RV20/CL300G

| | |
|---|---|
| Gross Total | 1,591.26 |
| Less Agency Commission - | 318.25 |
| Subtotal | 1,273.01 |
| Service Fee | 0.00 |
| TOTAL USD | 1,273.01 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

RECEIVED
DEC 09 2016



#15640

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | |
|---|---|
| Invoice No: | 36878 |
| Invoice Date: | 11/2/20 |
| Order No: | 216213 |
| Salesperson No: | |
| Purchase Order: | 11010720 |
| Due Date: | Upon recei |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 11/2/2016 | CONVOCATORIA DE HACIENDA . | ROP 1/2 PAGINA VERTICAL. - Pag: 33 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528 |

CLIENT Der PRODUCT CAMPAIGN 5289
E[illegible] 0262
Entry Date
Net Amount $1,273.01

| | |
|---|---|
| Subtotal | $1,591. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| Total | $1,591 |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized represent. The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any witholdings under Section 1062 03 of the 2011 Puerto Rico Internal Revenue Code

**Please send advertisement payments to :**
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545, (787) 641-7023

**Please send subscription payments to :**
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512, (787) 641-8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

---

**Agency Name**
MEDIANET, INC

**Account**
[redacted]944

| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
|---|---|---|---|---|
| 3687892 | $1,591.26 | $318 25 | $0.00 | $1,27 |

3687892

Pese a los miles de desplazados, se calcula que en Mosul residen aún más de un millón de civiles, además de decenas de miles en las comarcas de los alrededores.

# Fuerzas iraquíes irrumpen en Mosul

## Las tropas se adentraron en la "capital" en Irak del grupo yihadista Estado Islámico

Agencia EFE

BARTALA, Irak - Las fuerzas iraquíes irrumpieron ayer en la ciudad de Mosul y tomaron el edificio de la televisión local, dos semanas después de que comenzara la ofensiva para expulsar al grupo yihadista Estado Islámico (EI) de su principal bastión en Irak.

Las fuerzas gubernamentales penetraron ayer en la mañana en el barrio periférico de Kukyeli, en el extremo oriental de la urbe y considerado la puerta de entrada a la "capital" del EI en Irak, la cual ha estado bajo su férreo control desde junio de 2014.

Pocas horas después de penetrar en Kukyeli, las tropas recuperaron el control de la televisión de Mosul, situada al final del barrio.

"Tomar la televisión de Mosul significa tomar la ciudad", aseguró a los periodistas el jefe de las operaciones conjuntas iraquíes, el teniente coronel Taleb Shagati, en la base militar de Bartala, recientemente liberada.

"En este momento, nuestras tropas están dentro del edificio de la televisión de Mosul. Es una buena noticia para el pueblo de Mosul porque es cuando realmente hemos empezado a liberar la ciudad", subrayó.

Shagati indicó que los enfrentamientos con los extremistas continuaban en Kukyeli, pero que las tropas se dirigían al siguiente barrio de la ciudad, Al Qudis.

Las fuerzas antiterroristas iraquíes están liderando este empuje por el este y, según su comandante, Abdelgani al Asadi. En paralelo, grupos armados de habitantes de Mosul se enfrentaron con miembros del EI en varios distritos orientales de la urbe.

Uno de los dirigentes de los llamados "Caballeros de Mosul", grupos de vecinos que resisten al EI en el interior de la ciudad, Abu Mohamed al Musali, explicó a Efe que sus hombres han luchado contra los extremistas en varios barrios y que el EI se ha retirado "casi totalmente" de la zona situada en la ribera oriental del río Tigris, que discurre a través de la ciudad.

Por su parte, el primer ministro iraquí, Haidar al Abadi, aseguró que el EI solo tiene la opción de "rendirse o morir", en declaraciones difundidas por la televisión oficial Al Iraquiya y efectuadas durante una inspección ayer a las unidades militares desplegadas al sur de Mosul.

Los yihadistas "no tienen salida ni (posibilidad de) huida", reiteró el jefe del Gobierno y de las Fuerzas Armadas.

Al Abadi consideró que después de la liberación de Mosul, los extremistas no podrán resistir en otros reductos: "Los eliminaremos a todos", remachó.

**18 MIL**

Total de personas desplazadas de Mosul desde que comenzó la ofensiva lanzada el pasado 17 de octubre por las tropas iraquíes y las fuerzas "peshmergas", a las que se unieron las milicias chiíes Multitud Popular

# CONVOCATORIA

**PARA PARTICIPAR EN EL PROCESO DE CERTIFICACIÓN DE PROGRAMAS DE RADICACIÓN ELECTRÓNICA DE PLANILLAS DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS PARA EL AÑO CONTRIBUTIVO 2016**

El Departamento de Hacienda (el "Departamento") continúa con su objetivo de mejorar los servicios que brinda a los contribuyentes y hacer el proceso de tramitación electrónica de Planillas de Individuos más ágil, eficiente y confiable. A tales efectos, la presente convocatoria busca hacer una preselección de Desarrolladores de Programas de preparación de planillas para el año contibutivo 2016 mediante un proceso de Certificación. Será requisito que los participantes:

- Sean dueños o representantes autorizados con derecho de mercadeo y de mejoras a los programas que serán sometidos al proceso de certificación. (Si un mismo programa es distribuido por varios representantes solo se certificará el producto ORIGINAL y no a los representantes individuales.)
- Posean los recursos especializados en el desarrollo de "web services", contribución sobre ingresos y de esquemas de transferencia de datos a ser determinados por el Departamento.
- Tengan asesoramiento en las leyes contributivas de Puerto Rico con la experiencia necesaria para participar en este Proceso.
- Deberán estar comprometidos a ofrecer gratuitamente la radicación electrónica, según los criterios que establezca el Departamento.
- Se requiere que los programas encripten toda la información de cada planilla, con el propósito de ofrecer una mayor seguridad y confiabilidad en el proceso de radicación.

Aquellos interesados que entiendan que reúnen los requisitos mencionados anteriormente, deberán comunicar por escrito su interés en participar en el Proceso mediante la presentación de una carta oficial con el membrete de la compañía desarrolladora que incluya una descripción de la plataforma de programación que utiliza para el desarrollo de su producto y detalle el nombre del programa que interesa certificar. De ser representantes autorizados se requiere una carta de los dueños de la aplicación. La comunicación debe informar el nombre del (los) programa(s) a certificar y especificar si la plataforma es "web-based" o "stand alone". Además, deberá entregar los documentos requeridos en la Carta Circular de Contabilidad Central Núm. 1300-25-14 del 10 de marzo de 2014, la cual se encuentra en nuestra página de internet (www.hacienda.gobierno.pr)

La carta deberá ser dirigida a Liliana Arroyo Valle, Subsecretaria Auxiliar del Área de Rentas Internas. La misma puede enviarse a partir del 3 de noviembre de 2016 hasta el 11 de noviembre de 2016, por correo electrónico a: Marian.Rivera@hacienda.pr.gov o personalmente de 8:00 am a 4:00 pm en la siguiente dirección:

**Secretaría Auxiliar de Rentas Internas**
**Oficina 620 - Piso 6**
**Edificio Intendente Ramírez,**
**Paseo Covadonga #10,**
**Viejo San Juan**

No se aceptarán cartas de participación luego del 11 de noviembre de 2016.
El Departamento de Hacienda seleccionará a los participantes que reúnan los requisitos anteriormente indicados.

Aprobado por la Comisión Estatal de Elecciones C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Convocatoria de Hacienda
Estimado de Prensa

| Medios | Noviembre | Total Gross |
|---|---|---|
| | Miércoles 2 | |
| **Institucional** | | |
| **El Nuevo Día** | | |
| Medio Página-Vertical/Blanco y Negro/ROP | 1 | $ 1,591.26 |
| Total Global | 1 | $ 1,591.26 |

Nota.
Todos los costos son basados en los costos actuales de Gobierno FY15-16

Fecha de Aprobación ---------------------------------------

Firma de Aprobación ---------------------------------------

BADILLO
SAATCHI & SAATCHI
P.O Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N0000-00018919**
**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: MEDIOS 2016
JOBNUMBER: HACRE6A10001
ID NUMBER: 1100572016 Plan No.: 5386
DATE: 12/22/2016
DUE DATE: 01/21/2017
P.O. N :

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: REGLAMENTO DEL IVU MES NOV 2016 | | | | |
| MEDIA NET INC. | | | | |
| 00007482 | NEWSPAPER | 11/01/2016 | PLAN 5386 NOV 16 | 2,545 98 |
| | | | SUBTOTAL MEDIA NET INC | 2 545 98 |
| AGENCY COMMISSION (17.65%) Of 2,036 78 | | | | 359 49 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justa y correcto. Los servicios se han prestado y no han sido pagados

[signature]
Firma Autorizada

| | |
|---|---|
| Gross Total | 2,545 98 |
| Less Agency Commission - | 509 20 |
| Subtotal | 2,036 78 |
| Service Fee | 359 49 |
| **TOTAL USD** | **2,396.27** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]6653
ABA Number 2150234* SWIFT Code BSCHPRSX

# INVOICE N° 0000-00007482

PROCESSED NEWSPAPER

BADILLO NAZCA S&S
A-16 CALLE GÊNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P. 5153

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: REGLAMENTO DE IVU MES NOV 2016
JOBNUMBER: DER016AF0018
ID NUMBER: 1101872016 Plan No. 00005386
DATE: 12/08/2016
DUE DATE: 01/07/2017
P.O. N :

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| GFR MEDIA LLC | | | | |
| 03690550 | EL NUEVO DIA Days:19 Month:November - 1 Spots of 1x1 | | | 1,591.26 |
| 03690558 | PRIMERA HORA Days:19 Month:November - 1 Spots of 1x1 | | | 954.72 |
| | | SUBTOTAL GFR MEDIA LLC | | 2,545.98 |

PR8034 / RV20/CL300G

| | |
|---|---|
| Gross Total | 2,545.98 |
| Less Agency Commission - | 509.19 |
| Subtotal | 2,036.79 |
| Service Fee | 0.00 |
| TOTAL USD | 2,036.79 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

RECEIVED
DEC 09 2016

#15646

Page 1 o

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | |
|---|---|
| Invoice No: | 36905 |
| Invoice Date: | 11/19/20 |
| Order No: | 216231 |
| Salesperson No: | |
| Purchase Order: | 110487/20 |
| Due Date: | Upon recei |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 11/19/2016 | REFORMA CONTRIBUTIVA. | ROP 1/2 PAGINA HORIZONTAL - Pag 51 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |

CLIENT PRODUCT CAMPAIGN
Der 5386
Batch 0487
Approved by
Entry Date
Net Amount $1,273.01

| | |
|---|---|
| Subtotal | $1,591. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0. |
| B2B 4.0% | $0. |
| Total | $1,591. |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benel resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have bee prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936 8545 (787) 641 7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512 San Juan, PR 00922 7512 (787) 641 8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a cher transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

---

Agency Name
MEDIANET, INC

Account
[redacted]944

| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
|---|---|---|---|---|
| 3690550 | $1 591 26 | $318 25 | $0 00 | $1 27 |





## HACIENDA

### AVISO IMPORTANTE

**"Reglamento para enmendar los Artículos 4010.01(j)-1, 4010.01(l)-1, 4010.01(ff)-1, 4010.01(mm)-1, 4010.01(rr)-1, 4010.01(ww)-1, 4010.01(aaa)-1, 4020.01-1, 4020.02-1, 4020.05-1, 4020.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-9, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 del Reglamento Núm. 8049 de 21 de julio de 2011, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" ("Reglamento"), para implantar las disposiciones de los Subtítulos D y DDD de la Ley Núm. 1-2011, según enmendada, conocida como el "Código de Rentas Internas de Puerto Rico de 2011" ("Código"), promulgado al amparo de la Sección 6051.11 de dicho Código que faculta al Secretario de Hacienda a adoptar los Reglamentos necesarios para poner en vigor el mismo."**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

Este Reglamento tiene el propósito de reglamentar las disposiciones del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código"), aplicables al Impuesto sobre Ventas y Uso (IVU) y se promulga conforme a la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico: comentariosreglamentoivu@hacienda.pr.gov o a:

**Secretaría Auxiliar de Asuntos Legales**
**Departamento de Hacienda**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Aprobado por la Comisión Estatal de Elecciones C-16-195.

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

**[Regulation to amend Articles 4010.01(j)-1, 4010.01(l)-1, 4010.01(ff)-1, 4010.01(mm)-1, 4010.01(rr)-1, 4010.01(ww)-1, 4010.01(aaa)-1, 4020.01-1, 4020.02-1, 4020.05-1, 4020.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-9, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 of Regulation No. 8049 of July 21, 2011, better known as "Regulations of the Internal Revenue Code of 2011, ("Regulation"), to implement the provisions of Subtitle D and DDD of Act No. 1-2011, better known as the "Puerto Rico Internal Revenue Code of 2011" ("Code"), promulgated under Section 6051.11 of the Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.]**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is regulate the provisions of the Puerto Rico Internal Revenue Code of 2011 as amended, applicable to the Sales and Use Tax (SUT) and it is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to: comentariosreglamentoivu@hacienda.pr.gov or by mail to the following address:

**Legal Affairs Area**
**Treasury Department**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

Approved by the State Elections Commission CEE C 16-195.

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Page 1 o

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

Invoice No: 36905
Invoice Date: 11/19/20
Order No: 216232
Salesperson No:
Purchase Order: 110187/20
Due Date: Upon recei

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| PH | | | | |
| | 11/19/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA HORIZONTAL Pag 15 | |
| | | Venta de anuncios (gross) | | 1,872 |
| | | Descuento en Ventas 49% | | (917. |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| Der | | 5386 |
| Batch | 0509 | |
| Approved By | | |
| Entry Date | | |
| Net Amount | $763.78 | |

| | |
|---|---|
| Subtotal | $954. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0. |
| B2B 4.0% | $0. |
| Total | $954. |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benef resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have bee prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445 San Juan, PR 00936-8545 (787) 641 7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512 San Juan, PR 00922 7512 (787) 641 8300

Important Information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a chec transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

Agency Name: MEDIANET, INC.

Account: [redacted]944

| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
|---|---|---|---|---|
| 3690558 | $954.72 | $190.94 | $0.00 | $76: |



## HACIENDA

### AVISO IMPORTANTE

"Regulation to Incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same; and to repeal Regulation No. 6246 issued on December 22, 2000." [Reglamento para añadir Artículo 1040.09-1 al Artículo 1040.09-22, al Reglamento Núm. 8049 de 21 de julio de 2011, conocido como el "Reglamento del Código de Rentas Internas de Puerto Rico de 2011", para reglamentar la Sección 1040.09 del código de Rentas Internas de Puerto Rico de 2011, según enmendado, emitido conforme a la Sección 6051.11 de dicho Código, la cual autoriza al Secretario de Hacienda a adoptar los reglamentos necesarios para ejecutar el mismo; y para derogar el Reglamento Núm. 6246 emitido el 22 de diciembre de 2000.]

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico" publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

El reglamento propuesto tiene el propósito de establecer guías y reglas de precios de transferencia ("transfer pricing") entre organizaciones controladas y los procedimientos necesarios para la administración efectiva de las mismas, para fines de las disposiciones de la Sección 1040.09 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, (en adelante, el Código"). Este se promulga al amparo de las disposiciones de la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga numero 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentotransferpricing@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Aprobado por la Comisión Estatal de Elecciones C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

"Regulation to Incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same; and to repeal Regulation No. 6246 issued on December 22, 2000."

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico" publishes this Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is to establish transfer pricing rules and guidelines among controlled organizations and the necessary procedures for the effective administration of such rules and guidelines, for purposes of Section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended (hereafter, the "Code"). It is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to reglamentotransferpricing@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov.

Approved by the State Elections Commission CEE C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### AVISO IMPORTANTE

"Reglamento para enmendar los Artículos 4010.01(j)-1, 4010.01(l)-1, 4010.01(ll)-1, 4010.01(nn)-1, 4010.01(rr)-1, 4010.01(www)-1, 4010.01(aaa)-1, 4020.01-1, 4020.02-1, 4030.05-1, 4030.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-8, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 del Reglamento Núm. 8049 de 21 de julio de 2011, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" ("Reglamento"), para implantar las disposiciones de los Subtítulos D y DDD de la Ley Núm. 1-2011, según enmendada, conocida como el "Código de Rentas Internas de Puerto Rico de 2011" ("Código"), promulgado al amparo de la Sección 6051.11 de dicho Código que faculta al Secretario de Hacienda a adoptar los Reglamentos necesarios para poner en vigor el mismo."

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

Este Reglamento tiene el propósito de reglamentar las disposiciones del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código"), aplicables al Impuesto sobre Ventas y Uso (IVU) y se promulga conforme a la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico comentariosreglamentoivu@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Aprobado por la Comisión Estatal de Elecciones C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

[Regulation to amend Articles 4010.01(j)-1, 4010.01(l)-1, 4010.01(ll)-1, 4010.01(nn)-1, 4010.01(rr)-1, 4010.01(ww)-1, 4010.01(aaa)-1, 4020.01-1, 4020.02-1, 4030.05-1, 4030.06-1, 4030.02-1, 4030.08-1, 4030.14-1, 4030.19-1, 4030.20-1, 4041.02-1, 4042.03-1, 4042.04-1, 4050.04-1, 4060.01-1, 4060.01-3, 4210.01(c)-1, 4210.01(c)-2, 4210.01(c)-3, 4210.01(c)-7, 4210.01(c)-8, 4210.01(c)-18, 4210.01(c)-22, 4210.01(c)-27, 4210.01(c)-29, 4210.01(c)-30, 4210.01(c)-31 y 4210.02(c)-1 of Regulation No. 8049 of July 21, 2011, better known as "Regulations of the Internal Revenue Code of 2011, ("Regulation"), to implement the provisions of Subtitle D and DDD of Act No. 1-2011, better known as the "Puerto Rico Internal Revenue Code of 2011" ("Code"), promulgated under Section 6051.11 of the Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.]

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is regulate the provisions of the Puerto Rico Internal Revenue Code of 2011, as amended, applicable to the Sales and Use Tax (SUT) and it is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to comentariosreglamentoivu@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov.

Approved by the State Elections Commission CEE C-16-195.

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



12/1/2016 2:50 PM

Estimado de Prensa Dept Hacienda Campaña Aviso Reglamento IVU revisado 11-18-16

Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Aviso Reglamento IVU
Estimado de Prensa

| Medios | Noviembre<br>Sábado 19 | Total Gross |
|---|---|---|
| **Institucional** | | |
| **El Nuevo Día** | | |
| Media Página-Horizotal/Blanco y Negro/ROP | 1 | $ 1,591.26 |
| **Primera Hora** | | |
| Media Página-Horizotal/Blanco y Negro/ROP | 0 | $ 954.72 |
| Total Global | 1 | $ 2,545.98 |

Nota:
Todos los costos son basados en los costos actuales de Gobierno FY15-16

Fecha de Aprobación ______________________

Firma de Aprobación [signature]

BADILLO
SAATCHI & SAATCHI
P.O Box 11905, San Juan Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N° 0000-00018928**

**DEPARTAMENTO DE HACIENDA DE P.R**
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL |
| CAMPAIGN: | PUBLICIDAD |
| JOBNUMBER: | HACINSA10002 |
| ID NUMBER: | 1201622016 |
| DATE: | 12/22/2016 |
| DUE DATE: | 01/21/2017 |
| P.O. N : | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA/BW AVISO ENMIENDAS CARGOS P | |
| LAYOUT | 200.00 |
| MECHANICAL | 550.00 |
| MECHANICAL | 75.00 |
| DIGITAL FILES | 25.00 |
| DIGITAL FILES | 200.00 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| **TOTAL USD** | 1,050.00 |
| **PAGE** | 1 of 1 |

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]6653
ABA Number 21[illegible]0341 SWIFT Code BSCHPRSX

# BackUp de Facturación
# Job. 120162/2016

## El Nuevo Día
Medidas: 10.87" x 5.75"

Pauta: El Nuevo Dia / ROP
16 de Diciembre de 2016

**HACIENDA**

AVISO IMPORTANTE

**REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 4 Y 6 DEL REGLAMENTO NÚMERO 8693 DEL 26 DE ENERO DE 2016, MEJOR CONOCIDO COMO "REGLAMENTO PARA IMPONER CARGOS POR SERVICIOS POR SOLICITUDES SOMETIDAS AL DEPARTAMENTO DE HACIENDA"**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico" publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

Este Reglamento propuesto tiene el propósito de enmendar el Artículo 4 y el Artículo 6 del Reglamento Núm. 8693, mejor conocido como el "Reglamento para imponer cargos por servicios por solicitudes sometidas al Departamento de Hacienda y para derogar los Reglamentos Núm. 6103 y 7603 de 25 de febrero de 2000 y el 30 de octubre de 2008, respectivamente", con el propósito de modificar la sección de definiciones, corregir referencias respecto a formularios del Departamento e imponer un cargo por servicio a aquellas personas que radiquen una Solicitud para Inscribirse como Patrocinador de Programas de Educación Continuada; una Solicitud de Renovación de Inscripción como Patrocinador de Programas de Educación Continuada y una Solicitud para Renovación Tardía de Inscripción como Patrocinador de Programas de Educación Continuada. Este se promulga al amparo de las disposiciones de la Ley Núm. 15 de 20 de julio de 1990, según enmendada por la Ley Núm. 236 de 16 de diciembre de 1995 y la Ley Núm. 154 de 16 de julio de 1999.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso dirigiendo su correspondencia al correo electrónico comentarioscargosporservicios@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretario de Hacienda

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

**HACIENDA**

IMPORTANT NOTICE

**REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 4 Y 6 DEL REGLAMENTO NÚMERO 8693 DEL 26 DE ENERO DE 2016, MEJOR CONOCIDO COMO "REGLAMENTO PARA IMPONER CARGOS POR SERVICIOS POR SOLICITUDES SOMETIDAS AL DEPARTAMENTO DE HACIENDA" (REGULATION TO AMEND ARTICLES 4 AND 6 OF REGULATION NO. 8693 OF JANUARY 26, 2016, BETTER KNOWN AS "REGULATION TO IMPOSE SERVICES FEES FOR APPLICATIONS SUBMITTED TO THE DEPARTMENT OF THE TREASURY)**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico" publishes the Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Article 4 and Article 6 of Regulation No. 8693, better known as "Regulation to impose service fees for applications submitted to the Department of the Treasury and to repeal Regulations No. 6103 and 7603 of February 25, 2000 and October 30, 2008, respectively", with purpose of modifying the section of definitions, correct references regarding Department's forms and impose a services fee to those persons filing the Request to Register as Sponsor of Continued Education Programs, Request to Renew the Registration as Sponsor of Continued Education Programs, and Request for Late Renewal of the Registration as Sponsor of Continued Education Programs. It is enacted pursuant to the provisions of Act No. 15 of July 20, 1990, as amended by Act No. 236 of December 16, 1995 and Act No. 154 of July 16, 1999.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to comentarioscargosporservicios@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretary of the Treasury

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## El Vocero - 1/2 Pág. Horizontal
Medidas: 10.25"w x 6.26"h

Pauta: 16-Diciembre-2016

**HACIENDA**

AVISO IMPORTANTE

**REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 4 Y 6 DEL REGLAMENTO NÚMERO 8693 DEL 26 DE ENERO DE 2016, MEJOR CONOCIDO COMO "REGLAMENTO PARA IMPONER CARGOS POR SERVICIOS POR SOLICITUDES SOMETIDAS AL DEPARTAMENTO DE HACIENDA"**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico" publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

Este Reglamento propuesto tiene el propósito de enmendar el Artículo 4 y el Artículo 6 del Reglamento Núm. 8693, mejor conocido como el "Reglamento para imponer cargos por servicios por solicitudes sometidas al Departamento de Hacienda y para derogar los Reglamentos Núm. 6103 y 7603 de 25 de febrero de 2000 y el 30 de octubre de 2008, respectivamente", con el propósito de modificar la sección de definiciones, corregir referencias respecto a formularios del Departamento e imponer un cargo por servicio a aquellas personas que radiquen una Solicitud para Inscribirse como Patrocinador de Programas de Educación Continuada; una Solicitud de Renovación de Inscripción como Patrocinador de Programas de Educación Continuada y una Solicitud para Renovación Tardía de Inscripción como Patrocinador de Programas de Educación Continuada. Este se promulga al amparo de las disposiciones de la Ley Núm. 15 de 20 de julio de 1990, según enmendada por la Ley Núm. 236 de 16 de diciembre de 1995 y la Ley Núm. 154 de 16 de julio de 1999.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso dirigiendo su correspondencia al correo electrónico comentarioscargosporservicios@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretario de Hacienda

**HACIENDA**

IMPORTANT NOTICE

**REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 4 Y 6 DEL REGLAMENTO NÚMERO 8693 DEL 26 DE ENERO DE 2016, MEJOR CONOCIDO COMO "REGLAMENTO PARA IMPONER CARGOS POR SERVICIOS POR SOLICITUDES SOMETIDAS AL DEPARTAMENTO DE HACIENDA" (REGULATION TO AMEND ARTICLES 4 AND 6 OF REGULATION NO. 8693 OF JANUARY 26, 2016, BETTER KNOWN AS "REGULATION TO IMPOSE SERVICES FEES FOR APPLICATIONS SUBMITTED TO THE DEPARTMENT OF THE TREASURY)**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico" publishes the Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Article 4 and Article 6 of Regulation No. 8693, better known as "Regulation to impose service fees for applications submitted to the Department of the Treasury and to repeal Regulations No. 6103 and 7603 of February 25, 2000 and October 30, 2008, respectively", with purpose of modifying the section of definitions, correct references regarding Department's forms and impose a services fee to those persons filing the Request to Register as Sponsor of Continued Education Programs, Request to Renew the Registration as Sponsor of Continued Education Programs, and Request for Late Renewal of the Registration as Sponsor of Continued Education Programs. It is enacted pursuant to the provisions of Act No. 15 of July 20, 1990, as amended by Act No. 236 of December 16, 1995 and Act No. 154 of July 16, 1999.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to comentarioscargosporservicios@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretary of the Treasury

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2080

Print Date: December 16,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA/BW AVISO ENMIENDAS CARGOS P

ID Number: 120162/2016
Issue Date: 12/16/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| LAYOUT MECHANICAL | LAYOUT<br>POR CONCEPTO DE ARTE FINAL DE ANUNCIO PRENSA MEDIA PAGINA HORIZONTAL/BW PARA AVISO: ENMIENDAS CARGOS POR SERVICIO | 200.00 | 1.00 | 200.00 |
| | PAUTAS:<br>END Y VOCERO- VIERNES 16 DE DICIEMBRE DE 2016 | | | |
| MECHANICAL | ADAPTACION A VOCERO | 590.00 | 1.00 | 590.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 75.00 | 1.00 | 75.00 |
| DIGITAL FILES | PDF HI-RES PARA | 25.00 | 1.00 | 25.00 |
| | PAUTAS:<br>END Y VOCERO- VIERNES 16 DE DICIEMBRE DE 2016 | 200.00 | 1.00 | 200.00 |

NET TOTAL : 1,090.00
SUBTOTAL : 1,090.00
TOTAL 1,090.00
INCLUDE IVU

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSES BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N° 0000-00018929**

**DEPARTAMENTO DE HACIENDA DE P.R**
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

| | |
|---|---|
| **PROD GROUP:** | |
| **PRODUCT:** | INSTITUCIONAL |
| **CAMPAIGN:** | PUBLICIDAD |
| **JOBNUMBER:** | HACIN5A10002 |
| **ID NUMBER:** | 1201792016 |
| **DATE:** | 12/22/2016 |
| **DUE DATE:** | 01/21/2017 |
| **P.O. N°:** | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA/BW AVISO ESPECIALISTAS | |
| LAYOUT | 200.00 |
| MECHANICAL | 550.00 |
| DIGITAL FILES | 25.00 |
| DIGITAL FILES | 200.00 |

Bajo pena de nulidad [illegible] certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| **TOTAL USD** | 975.00 |
| **PAGE** | 1 of 1 |

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]8853
ABA Number [illegible]2341 SWIFT Code BSCHPRSX

# BACK UP FACTURACION #120179/2016

## HACIENDA

### AVISO IMPORTANTE

**"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 6071.01(B)-1 Y 6071.01(C)-1 DEL REGLAMENTO NÚM. 8049 DE 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" ("REGLAMENTO") PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO."**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

Este Reglamento propuesto tiene el propósito de enmendar los Artículos 6071.01(b)-1 y 6071.01(c)-1 del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011", para fines de los cargos por servicios que deberán pagar aquellas personas que soliciten inscribirse como especialistas en planilla o patrocinadores de programas para educación continuada (en adelante, el "Patrocinador"), incluyendo la renovación. Además, se establecen requisitos adicionales para solicitar la inscripción como Patrocinador ante el Departamento y se establecen relevos al cargo por servicio aplicables a solicitudes para renovación tardía de inscripción como especialista en planilla y como patrocinador bajo ciertas circunstancias. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011", ("Código") que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico: comentariosreglamento@hacienda.pr.gov o a la siguiente dirección:

**Secretaría Auxiliar de Asuntos Legales**
**Departamento de Hacienda**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Juan Zaragoza Gómez
Secretario de Hacienda

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

**[REGULATION TO AMEND ARTICLES 6071.01(B)-1 AND 6071.01(C)-1 OF REGULATION NO. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" ("REGULATION") ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOWN AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011" ("CODE") WHICH AUTHORIZES THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATION TO ENFORCE THE CODE.]**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

This proposed Regulation has the purpose of amending Articles 6071.01(b)-1 and 6071.01(c)-1 of Regulation No. 8049 of July 21, 2011, as amended, better known as "Regulation of the Internal Revenue Code of 2011", for purposes of services fees to be paid by those persons that request to register as returns specialists or sponsors of continued education programs (hereafter, the "Sponsor"), including the renewal of the same. Also, additional requirements are established to request registration as Sponsor before the Department and for the waivers of service fees applicable to late renewals of returns specialist and sponsor, under certain circumstances. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011", ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to comentariosreglamento@hacienda.pr.gov or by mail to the following address:

**Legal Affairs Area**
**Treasury Department**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov.

Juan Zaragoza Gómez
Secretary of the Treasury

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2080

Print Date: December 16,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA/BW AVISO ESPECIALISTAS

ID Number: 120179/2016
Issue Date: 12/16/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| LAYOUT | LAYOUT | 200.00 | 1.00 | 200.00 |
| MECHANICAL | POR CONCEPTO DE ARTE FINAL DE 1/2PAG. HORIZONTAL/BW PARA AVISO "ESPECIALISTAS" | 550.00 | 1.00 | 550.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 25.00 | 1.00 | 25.00 |
| DIGITAL FILES | PDF HI RES | | | |
| | PAUTAS: | | | |
| | END Y PRIMERA HORA- SABADO 17 DE DICIEMBRE DE 2016 | 200.00 | 1.00 | 200.00 |

NET TOTAL : 975.00
SUBTOTAL : 975.00
TOTAL 975.00
INCLUDE IVU

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE.
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

Prepared by
AVIGOREU

Account Executive's Approval

Clients Approval

BADILLO
SAATCHI & SAATCHI
P.O Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2086

# INVOICE N° 0000-00018930

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL |
| CAMPAIGN: | PUBLICIDAD |
| JOBNUMBER: | HACIN5A10002 |
| ID NUMBER: | 1201802016 |
| DATE: | 12/22/2016 |
| DUE DATE: | 01/21/2017 |
| P.O N : | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA/BW- AVISO SUBASTA CUSTO BAR | |
| DIGITAL FILES | 400.00 |

Bajo pena de nulidad abs[illegible] certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 400.00 |
| PAGE | 1 of 1 |

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O BOX 11905**
**SAN JUAN, PR 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, P[illegible]
Hato Rey Puerto Rico 00917
Account Number [redacted]5653
ABA Number 21[illegible]234[illegible] SWIFT Code B[illegible]

# BackUp de Facturación
# Job. 120180/2016

**Nuevo Día: 5.38"w x 11.5"h • Pauta: 19-Dic**

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Blue Tower Puerto Rico/Cielo Barcelona, por la deuda de éste con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Ventas y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Cielo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Cielo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Galoy Ledaux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
19 de diciembre de 2016

Aprobado por la CEE [illegible]

DEPARTAMENTO DE HACIENDA

**Nuevo Día: 5.38"w x 11.5"h • Pauta: 20-Dic**

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Blue Tower Puerto Rico/Cielo Barcelona, por la deuda de éste con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Ventas y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Cielo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Cielo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Galoy Ledaux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
20 de diciembre de 2016

Aprobado por la CEE [illegible]

DEPARTAMENTO DE HACIENDA

**El Vocero: 5.125"w x 12.5"h • Pauta: 19-Dic**

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Blue Tower Puerto Rico/Cielo Barcelona, por la deuda de éste con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Ventas y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Cielo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Cielo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Galoy Ledaux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
19 de diciembre de 2016

Aprobado por la CEE [illegible]

DEPARTAMENTO DE HACIENDA

**El Vocero: 5.125"w x 12.5"h • Pauta: 20-Dic**

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Blue Tower Puerto Rico/Cielo Barcelona, por la deuda de éste con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Ventas y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Cielo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Cielo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Galoy Ledaux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
20 de diciembre de 2016

Aprobado por la CEE [illegible]

DEPARTAMENTO DE HACIENDA

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: December 16,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA/BW- AVISO SUBASTA CUSTO BAR

ID Number: 120180/2016
Issue Date: 12/16/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| DIGITAL FILES | POR CONCEPTO DE ENVIO DE ANUNCIO DE AVISO MEDIA PAGINA/BLANCO Y NEGRO, "SUBASTA CUSTO BARCELONA A LOS SIGUIENTES PERIODICOS", ENVIANDO POR CLIENTE.<br><br>PAUTAS:<br><br>END Y EL VOCERO 1/2 PAGINA/BW- 19 DE DICIEMBRE DE 2016<br>END Y VOCERO- 1/2 PAGINA BLANCO Y NEGRO- 20 DE DICIEMBRE DE 2016 | 400.00 | 1.00 | 400.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 400.00 |
| SUBTOTAL | : | 400.00 |
| TOTAL | | 400.00 |
| INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax: 787 782 2088

INVOICE N 0003-00002252
DIGITAL

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL
CAMPAIGN: APOYO DIGITAL
JOBNUMBER: HACIN6R10003
ID NUMBER: 1001012016 Plan No.: 5235
DATE: 12/23/2016
DUE DATE: 01/22/2017
P.O. N°:

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: APOYO DIGITAL | | | | |
| LATINMEDIOS COM INC | | | | |
| 16-6406A | LATINMEDIOS | 10/01/2016 | LATINMEDIOS OCTOBER | 22,159 84 |
| | | | SUBTOTAL LATINMEDIOS COM INC | 22,159 84 |
| AGENCY COMMISSION (17 65%) OI 18,835.86 | | | | 3 324 53 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas, es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] 12/27/16
Firma Fecha

| | |
|---|---|
| Gross Total | 22,159 84 |
| Less Agency Commission - | 3,323 98 |
| Subtotal | 18,835 86 |
| Service Fee | 3,324 53 |
| TOTAL USD | 22,160.39 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey, Puerto Rico 00917
Account Number [redacted]6653
ABA Number 2150[illegible] SWIFT Code BSCHPRSX

LATINMEDIOS.COM®

20900 NE 30th AVE - SUITE 200
AVENTURA, FL, 33180
PHONE : 305-466-3830 FAX: 305-418-7524

PROCESSED

# Invoice

37631

| Date | Invoice # |
|---|---|
| 10/1/2016 | 16-6406 - A |

P. 5235

| Bill To |
|---|
| Badillo Saatchi & Saatchi<br>Nilee Badillo<br>A-16 Calle Génova, Ext. Villa Caparra<br>GuaynaboPuerto Rico |

| Reference | Campaign |
|---|---|
| | HACIENDA SURI 10-2016 |
| **Terms** | **Due Date** |
| Net 15 | 10/16/2016 |

| Ref # | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| MBPR01 | 1 | MEDIA PLACEMENT<br>DSP - EL NUEVO DIA - PRIMER HORA - TELEMUNDO - YAHOO - SEM - MOBILE NETWORK - VERTICAL NETWORK -<br><br>HACIENDA SURI 10-2016<br><br>COMISION: 22,157.84 | 18,835.86 | 18,835.86 |
| **Total** | | | | **$18,835.86** |

Observations
A 1.5 Late Payment Fee and a Late Finance charges of 1.65 % per month ( 19.8% annually) are charged on all past due balances. Collection expenses or attorney fees will be added if a collection agency or an attorney is employed.

RECEIVED
DEC 21 2016
WB 2:58pm

US16 01319

LatinMedios.com, Inc. / Argentina - Colombia - Mexico - United States - Venezuela

## Recomendacion de Medios de Del Hacienda SURI

Nombre del usuario: [illegible]
Moneda: USD
Nombre del cliente: [illegible]
Agency: [illegible]
Property: United States

Media Placement
Country: Puerto Rico

| Publisher | Classification | Product | Location | Unit | Quantity | Unit Value | Total |
|---|---|---|---|---|---|---|---|
| DSP | DSP | Combo (300x250, 728x90, 160x600, 320x50) | Audience Targeted | CPM | [illegible] | $4.50 | $1,618 |
| El Vocero | News | Box (300x250) | Homepage | CPM | 85,929 | $20.00 | $1,718 |
| ENDI | News | Transitional (810x550) | Homepage | CPM | [illegible] | $15.00 | $1,918 |
| ENDI | News | Mobile (320x50) | Mobile | CPM | 181,169 | $7.00 | $1,268 |
| Mobile Network | Mobile Network | Box (320x50) | Mobile + Tablet | CPC | [illegible] | $0.50 | [illegible] |
| Primera Hora | News | Transitional (810x550) | Homepage | CPM | [illegible] | $15.00 | $1,6[illegible] |
| Primera Hora | News | Mobile (320x50) | Mobile | CPM | [illegible] | $7.00 | $1,058 |
| Telemundo | TV Portal | Combo (728x90, 320x50) | ROS – Mobile App + Mobile Site | CPM | [illegible] | $8.00 | $2,[illegible] |
| Vertical Network | Vertical Network | Combo (300x250, 728x90, 160x600) | Category Targeted | CPC | [illegible] | $0.40 | $2,9[illegible] |
| Yahoo | Horizontal Portal | Combo (300x250, 728x90, 160x600) | Targeted to internal and local news | CPC | [illegible] | $0.55 | $2,6[illegible] |
| Total (30 Days) | | | | | 1,4[illegible] | | $19,154 |

Search Engine
Country: Puerto Rico

| Publisher | Classification | Product | Location | Unit | Quantity | Unit Value | Total |
|---|---|---|---|---|---|---|---|
| Google SEM | Search Engine | Text Links | Sponsored Links Puerto Rico | CPC | 2,793 | [illegible] | [illegible] |
| Total (30 Days) | | | | | 2,793 | | $1,257 |

Este plan podría variar de acuerdo a la disponibilidad de los medios para el momento de la pauta. Las tarifas también podrían variar de acuerdo a la [illegible] de [illegible] volúmenes de compra. Los descuentos en las tarifas [illegible] corresponden a los volúmenes de compra proyectados. Estos precios no incluyen IVA y se expresan en Dólares Americanos (USD). En el caso de las compras [illegible] Sponsorship el número de [illegible] estimados [illegible] entregada por el [illegible]. El número de impresiones entregadas podrás ser [illegible] al aquí proyectado. [illegible]

Production + Monitoring Media Placement
Country: Puerto Rico

| Item | Description | Unit | Quantity | Unit Value | Total |
|---|---|---|---|---|---|
| Total Gross Media Spent | Gross media spent includes 15% | | | | $24,[illegible] |
| Agency Media Commission Fee (15%) | Agency Fees Display Search [illegible] | (Other) | $20,[illegible] | 15% | $3,622 |
| 3rd Party Ad Serving | Tracking and Monitoring of Clicks | (Other) | 1 | $967 | $967 |
| Net Media Buy | | | | | [illegible] |

Summary
Country: Puerto Rico

| | Monthly Suggested Investment | Total Suggested Investment |
|---|---|---|
| Media Placement | $19,154 | $19,154 |
| Search Engine Marketing | $1,257 | $1,257 |
| Monitoring Media Placement | $4,589 | $4,589 |
| Total (30 Days) | $25,000 | $25,000 |

BADILLO
SAATCHI & SAATCHI
P O Box 11905 San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N0000-00019159**
**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: MEDIOS 2016
JOBNUMBER: HACRE6A10001
ID NUMBER: 1200432016 Plan No.: 5501
DATE: 12/28/2016
DUE DATE: 01/27/2017
P.O. N :

| INVOICE N . | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: AVISO DE SUBASTA DIC 19 Y 20 2016 | | | | |
| MEDIA NET INC | | | | |
| 00007691 | NEWSPAPER | 12/01/2016 | PLAN 5501 DEC 16 | 6 147 52 |
| | | | SUBTOTAL MEDIA NET INC | 6 147 52 |
| AGENCY COMMISSION (17 65%) Of 4 918 02 | | | | 868 03 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

| | |
|---|---|
| Gross Total | 6,147.52 |
| Less Agency Commission - | 1,229.50 |
| Subtotal | 4,918.02 |
| Service Fee | 868.03 |
| **TOTAL USD** | **5,786.05** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number [redacted]6653
ABA Number 21[illegible] SWIFT Code BSCHPRSX

#37763

**INVOICE N° 0000-00007691**
**NEWSPAPER**

PROCESSED

BADILLO NAZCA S&S
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P. 5260

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: AVISO DE SUBASTA DIC 19 Y 20 2016
JOBNUMBER: DER016AF0021
ID NUMBER: 1201652016 Plan No. 00005501
DATE: 12/23/2016
DUE DATE: 01/22/2017
P.O. N°:

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| EL VOCERO PR | | | | |
| 00040891 | EL VOCERO PR Days:19 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| 00040948 | EL VOCERO PR Days:20 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| | | SUBTOTAL EL VOCERO PR | | 2,965.00 |
| GFR MEDIA LLC | | | | |
| 03696368 | EL NUEVO DIA Days:19 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03696445 | EL NUEVO DIA Days:20 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| | | SUBTOTAL GFR MEDIA LLC | | 3,182.52 |

PR8034 RV20/CL300G

RECEIVED
DEC 27 2016
12:00

| | |
|---|---|
| Gross Total | 6,147.52 |
| Less Agency Commission - | 1,229.50 |
| Subtotal | 4,918.02 |
| Service Fee | 0.00 |
| **TOTAL USD** | **4,918.02** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

#F16'200

# Advertising Invoice

Download Tearsheets

Vocero de Puerto Rico

PUBLI-INVERSIONES

1/1

Make payment payable to:
Publi-Inversiones

Send payment to:
P.O BOX 15074, San Juan, PR 00902
Phone 787-721-2300 Fax 787-725-7484/787-622-7496
URL http //elvocero com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | | |
|---|---|---|---|
| Customer # | 00000797 | Invoice # | 300040891 |
| Account # | 00000831 | Job # | 5501 |
| Phone # | (787) 977-4949 | | |
| Post Date | 12/19/2016 | | |
| Due | 01/18/2017 | | |
| SP/AT | MA / ASP | | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026750 | 01 | 12/19/2016 | 12/19/2016 | REFORMA | A24 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10 5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| Der | | 5501 |

Batch 0447
Approved by
Entry Date
Net Amount $1,186.00

"Bajo pena de nulidad absoluta certifico que ningun servidor publico de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

All returned check has a charge fee of $25.00

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado nos exime de cualquier retención

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Blue Tower Puerto Rico/Custo Barcelona**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Custo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Custo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
19 de diciembre de 2016

Aprobado por la CCE-C 16-95

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

EL VOCERO DE PUERTO RICO > LUNES, 19 DE DICIEMBRE DE 2016

# Baja la expectativa de vida

> Declinó también en 1993, cuando Estados Unidos estaba en medio de la epidemia de sida, y en 1980, como resultado de una temporada de influenza especialmente intensa

Mike Stobbe
> Associated Press

La tendencia de décadas de incremento de expectativa de vida en Estados Unidos pudiera estar acabando: la expectativa declinó el año pasado y no es mejor que lo que era hace cuatro años.

En la mayoría de los años desde la II Guerra Mundial, la expectativa de vida en Estados Unidos ha subido gracias a avances médicos, campañas de salud pública y mejor nutrición y educación.

Pero el año pasado declinó, algo extremamente raro en un año que no registró un brote grande de enfermedad. Otras declinaciones de un año ocurrieron en 1993, cuando el país estaba en medio de la epidemia de sida, y en 1980, como resultado de una temporada de influenza especialmente intensa.

En 2015, las tasas de 8 de las 10 principales causas de muerte subieron. Aún más preocupantes para los expertos: Estados Unidos parece estar asentándose en una tendencia al estancamiento.

"Con cuatro años, se comienzan a ver indicios de algo ominoso", dijo S. Jay Olshansky, investigador de salud pública en la Universidad de Illinois-Chicago.

Un estadounidense nacido en 2015 tiene una expectativa de vida de 78 años y nueve meses y medio, de acuerdo con datos preliminares dados a conocer por los Centros de Control y Prevención de Enfermedades. Un estadounidense nacido en 2011 puede esperar vivir como promedio aproximadamente un mes más, e incluso un estadounidense nacido en 2012 esperaría vivir un poco más. En 1950, la expectativa de vida era de 68 años.

Datos
Mayores
Causa de
Muerte

Estados Unidos está por debajo de decenas de países de altos ingresos en expectativa de vida, de acuerdo con el Banco Mundial. Japón tiene la mayor expectativa de vida, con casi 84 años.

El informe de los CDC se basa principalmente en certificados de muerte del 2015. Hubo más de 2.7 millones de muertes, unas 86,000 más que el año previo. Las cifras reflejan en parte el crecimiento y envejecimiento de la población del país.

Fue encabezada por un alza inusual en la tasa de muertes de la principal causa de fallecimientos en el país, los males cardiacos. También aumentaron las tasas de muerte por enfermedades pulmonares crónicas, heridas accidentales, apoplejía, Alzheimer, diabetes, problemas renales y suicidio. La única baja clara fue el cáncer, segunda causa de muertes en el país.

Los expertos no están seguros de las razones para la declinación. Algunos, como Olshansky, sospechan en la obesidad, factor subyacente en algunas de las principales causas de muerte, especialmente los problemas cardiacos.

#16144

# Advertising Invoice

Download Tearsheets

Vocero de Puerto Rico

PUBLI-INVERSIONES

1/1

**Make payment payable to:**
Publi-Inversiones

**Send payment to:**
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http://elvocero.com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client DEPARTAMENTO DE HACIENDA

| | | |
|---|---|---|
| Customer # | 00000797 | Invoice # 300040948 |
| Account # | 00000831 | |
| Phone # | (787) 977-4949 | Job # 5501 |
| Post Date | 12/20/2016 | |
| Due | 01/19/2017 | |
| SP/AT | MA / ASP | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026750 | 01 | 12/20/2016 | 12/20/2016 | REFORMA | A20 | 3.00 | 12.50 | 1 | 1,482.50 |
| | | | | Agency Commission 20% | | | | | -296.50 |
| | | | | State Tax 10.5% | | | | | 0.00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

CLIENT: Dep. PRODUCT: CAMPAIGN: 5501
Batch: 0447
Approved by:
Entry Date:
Net Amount: $1,186.00

"Bajo pena de nulidad absoluta certifico que ningun servidor publico de (Entidad Gubernamental) es parte o tiene algun interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

All returned check has a charge fee of $25.00

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062.03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado, nos exime de cualquier retención

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Blue Tower Puerto Rico/Custo Barcelona**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Custo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Custo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
20 de diciembre de 2016

Aprobado por la CCE-C 16-95

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Corte francesa declara culpable a jefa del FMI

Associated Press

PARÍS (AP) — Un tribunal especial francés declaró el lunes culpable a la directora del Fondo Monetario Internacional por negligencia por su papel en un arbitraje sumamente controvertido a un empresario en 2008, cuando ella era la ministra de finanzas de Francia. Sin embargo, Christine Lagarde no será castigada y el caso no se le considerará como antecedente penal.

El Tribunal de Justicia de la República, integrado por tres jueces y 12 parlamentarios trata casos de ministros por supuestos delitos en el ejercicio de su cargo.

Lagarde, quien no estuvo presente para escuchar el veredicto, mantuvo su inocencia durante el juicio de una semana. El fiscal había pedido que se le absolviera.

El caso gira en torno a un acuerdo de arbitraje de 403 millones de euros (425 millones de dólares) que se le pagó al magnate Bernard Tapie en 2008 por la frustrada venta de la fabricante de ropa deportiva Adidas en la década de 1990. La cantidad de dinero involucrada provocó indignación en Francia.

Según los investigadores, todo el proceso de arbitraje estuvo amañado para favorecer a Tapie, un magnate que goza de buenas relaciones con figuras de la alta política, entre ellas el entonces presidente Nico las Sarkozy.

Cristina Lagarde, presidenta del FMI. >AP

Desde entonces los tribunales civiles anularon el desembolso abultado, declararon fraudulento el acuerdo de arbitraje y ordenaron a Tapie que reembolsara el dinero.

El FMI, con sede en Washington, dijo tras el veredicto del lunes que su junta ejecutiva se reunirá pronto "para analizar los acontecimientos más recientes".

Lagarde fue acusada de "negligencia grave" por haber permitido a otras figuras en el caso realizar una supuesta malversación de fondos públicos. La directora del FMI, una respetada ministra y considerada líder entre mujeres en el poder, pudo haber sido sentenciada a un año de cárcel.

**United States Department of Commerce**
**Foreign-Trade Zones Board (S-159-2016)**
**Foreign-Trade Zone 61 – San Juan, Puerto Rico**
**Application for Subzone Aceros de America, Inc. San Juan, Puerto Rico**

An application has been submitted to the Foreign-Trade Zones Board (the Board) by the Puerto Rico Trade & Export Company, grantee of FTZ 61, requesting subzone status for the facility of Aceros de America, Inc., located in San Juan, Puerto Rico. The application was submitted pursuant to the provisions of the Foreign-Trade Zones Act, as amended (19 U.S.C. 81 a-81u), and the regulations of the Board (15 CFR part 400). It was formally docketed on November 10, 2016.

The proposed subzone [illegible] is located at State Road #1, Km 25.0, Quebrada Arenas Ward, San Juan. The proposed subzone would be subject to the existing activation limit of FTZ 61. No authorization for production activity has been requested at this time. In accordance with the Board's regulations, Camille Evans of the FTZ Staff is designated examiner to review the application and make recommendations to the Executive Secretary.

Public comment is invited from interested parties. Submissions shall be addressed to the Board's Executive Secretary at the address below. The closing period for their receipt is January 27, 2017.

A copy of the application will be available for public inspection at the Office of the Executive Secretary, Foreign-Trade Zones Board, Room 21013, U.S. Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230-0002, and in the "Reading Room" section of the Board's website, which is accessible via www.trade.gov/ftz.

For further information, contact Camille Evans at Camille.Evans@trade.gov or (202) 482-2350.

Dated: November 10, 2016

Elizabeth Whiteman
Acting Executive Secretary

[illegible]

PUERTO RICO TRADE
& EXPORT COMPANY

 



Page 1 o

# INVOIC

**Bill To:** MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | |
|---|---|
| Invoice No: | 36963 |
| Invoice Date: | 12/19/20 |
| Order No: | 216263 |
| Salesperson No: | |
| Purchase Order: | 12065/20 |
| Due Date: | Upon rece |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 12/19/2016 | REFORMA CONTRIBUTIVA . | ROP 1/2 PAGINA VERTICAL. - Pag: 15 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528 |

CLIENT Der PRODUCT CAMPAI 5501
Batch 0448
Approved b
Entry Date
Net Amount $1,273.01

| | |
|---|---|
| Subtotal | $1,591. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| Total | $1,591 |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized represent The amount of this invoice is fair and accurate The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any witholdings under Section 1062 03 of the 2011 Puerto Rico Internal Revenue Code

**Please send advertisement payments to :**
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545. (787) 641-7023

**Please send subscription payments to :**
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512 (787) 641 8800

Important information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction Funds may be withdrawn from your bank account on the same day we receive your payment

---

Agency Name
MEDIANET, INC

Account
[redacted]944

| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
|---|---|---|---|---|
| 3696368 | $1 591 26 | $318.25 | $0 00 | $1 27 |

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Blue Tower Puerto Rico/Custo Barcelona**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Custo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Custo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
19 de diciembre de 2016

Aprobado por la CCE-C-16-95





#F1624

Page 1 of

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

Invoice No: 369644
Invoice Date: 12/20/201
Order No: 216263(
Salesperson No:
Purchase Order: 12065/201
Due Date: Upon recei

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 12/20/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL - Pag: 27 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528.E |

CLIENT: Dex PRODUCT: 0448 CAMPAIGN: 5501
Batch:
Approved by:
Entry Date:
Net Amount: $1,273.01

| | |
|---|---|
| Subtotal | $1,591.: |
| IVU 10.5% | $0.( |
| IVU 1.0% | $0.( |
| B2B 4.0% | $0.( |
| Total | $1,591. |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benef resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have bee prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representat The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445 San Juan, PR 00936-8545 (787) 641-7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512 (787) 641-8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a chec transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET, INC. | | | | [redacted]944 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
| 3696445 | $1,591.26 | $318.25 | $0.00 | $1,27: |

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 14 de octubre de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Blue Tower Puerto Rico/Custo Barcelona**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $272,979.02, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 14 de octubre de 2016 en el local del comercio Blue Tower Puerto Rico/Custo Barcelona: trajes, camisas de mujer, camisas de hombre, carteras y accesorios.**

Mediante la publicación de este Anuncio de Subasta, quedan notificados los propietarios, herederos y/o cesionarios de Blue Tower Puerto Rico/Custo Barcelona que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 22 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, en el Viejo San Juan #157 Calle del Cristo, San Juan. Para más información y requisitos de participación, favor llamar Centro Casas Subastas al 787-287-0100.

Héctor Galay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
20 de diciembre de 2016

Aprobado por la CCE-C 16-95

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Scotiabank
SÁCALE BILLETES A TUS DEUDAS

Hoy puedes poner tus deudas a ganar

Nuestras renovadas plataformas de Scotia en Línea y Scotia Móvil[1] son más fáciles, más simples y mucho mejor. Haz la prueba hoy para pagar tu hipoteca, préstamo personal o de auto, tarjeta de crédito, utilidades o cualquier otra deuda, y estarás participando para ganar[2].

1 de 10 Grandes Premios de $3,000

3 Premios Semanales de $100 cada uno

Mientras más pagos hagas, más oportunidades tienes de ganar.

Más detalles en:
scotiabankpr.com | 787-766-4999

Scotiabank™

1 Scotiabank ofrece banca móvil sin cargo alguno. Costos regulares por mensajes inalámbricos y costos por datos aplicarán de acuerdo al plan contratado con su proveedor de servicio celular. 2. Nada que comprar para participar o ganar. Reglas del concurso disponibles en scotiabankpr.com y en todas nuestras sucursales. Ciertas restricciones aplican. Concurso válido desde el 21 de noviembre de 2016 hasta el 31 de enero de 2017 ™Marca de The Bank of Nova Scotia, utilizada bajo licencia. Miembro FDIC. OCIF Lic. 22.

Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Aviso de Subasta
Estimado de Prensa

| Medios | Diciembre,2016 | | Total | Ads | Total Gross |
|---|---|---|---|---|---|
| | Lunes 19 | Martes 20 | ADS/ SPOTS | Cost | |
| **Institucional** | | | | | |
| **El Nuevo Día** | | | | | |
| Media Página-Vertical/Blanco y Negro/ROP | 1 | 1 | 2 | $ 1,591.26 | $ 3,182.52 |
| **El Vocero** | | | | | |
| Media Página-Vertical/Blanco y Negro/ROP | 1 | 1 | 2 | $ 1,482.50 | $ 2,965.00 |
| Total Global $ | 2 | 2 | 4 | | $ 6,147.52 |

Nota:
Todos los costos son basados en los costos actuales de Gobierno FY15-16

Fecha de Aprobación: 14 diciembre 2016

Firma de Aprobación: María E. Fuentes