**Attachment 9**

BADILLO
SAATCHI & SAATCHI
PO Box 11905, San Juan, Puerto Rico 00922 1905
Telephone 787 622 1000 Fax. 787 782 2088

**INVOICE N° 0000-00019162**
**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

| | |
|---|---|
| **Product group:** | |
| **PRODUCT:** | REFORMA CONTRIBUTIVA |
| **CAMPAIGN:** | MEDIOS 2016 |
| **JOBNUMBER:** | HACRE6A10001 |
| **ID NUMBER:** | 1200462016 **Plan No.:** 5430 |
| **DATE:** | 12/28/2016 |
| **DUE DATE:** | 01/27/2017 |
| **P.O. N°:** | |

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: AVISOS MES DICIEMBRE 2016 | | | | |
| MEDIA NET INC. | | | | |
| 00007689 | NEWSPAPER | 12/01/2016 | PLAN 5430 DEC 16 | 15,368 80 |
| | | | SUBTOTAL MEDIA NET INC | 15,368 80 |
| AGENCY COMMISSION (17.65%) OI: 12,295.04 | | | | 2 170 07 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

| | |
|---|---|
| **Gross Total** | 15,368.80 |
| **Less Agency Commission -** | 3,073.76 |
| **Subtotal** | 12,295.04 |
| **Service Fee** | 2,170.07 |
| **TOTAL USD** | 14,465.11 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**PAGE 1 of 1**

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon, Piso 7
Hato Rey Puerto [redacted]917
Account Number [redacted]6653
ABA Number [illegible] SWIFT Code BSCHPRSX

#37166

PROCESSED

**INVOICE N° 0000-00007689**
**NEWSPAPER**

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P.5263

**Product group:**
**PRODUCT:** REFORMA CONTRIBUTIVA
**CAMPAIGN:** AVISOS MES DICIEMBRE 2016
**JOBNUMBER:** DER016AF0020
**ID NUMBER:** 1201032016 **Plan No.** 00005430
**DATE:** 12/23/2016
**DUE DATE:** 01/22/2017
**P.O. N°:**

| INVOICE N°. | MARKET / STATION DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|
| EL VOCERO PR | | | |
| 00039686 | EL VOCERO PR Days:01 Month:December - 1 Spots of 1x1 | | 1,482.50 |
| 00039867 | EL VOCERO PR Days:05 Month:December - 1 Spots of 1x1 | | 1,482.50 |
| 00040024 | EL VOCERO PR Days:06 Month:December - 1 Spots of 1x1 | | 1,482.50 |
| 00039870 | EL VOCERO PR Days:05 Month:December - 1 Spots of 1x1 | | 1,482.50 |
| 00040023 | EL VOCERO PR Days:06 Month:December - 1 Spots of 1x1 | | 1,482.50 |
| | SUBTOTAL EL VOCERO PR | | 7,412.50 |
| GFR MEDIA LLC | | | |
| 03693553 | EL NUEVO DIA Days:02 Month:December - 1 Spots of 1x1 | | 1,591.26 |
| 03693985 | EL NUEVO DIA Days:05 Month:December - 1 Spots of 1x1 | | 1,591.26 |
| 03694061 | EL NUEVO DIA Days:06 Month:December - 1 Spots of 1x1 | | 1,591.26 |
| 03693985 | EL NUEVO DIA Days:05 Month:December - 1 Spots of 1x1 | | 1,591.26 |
| 03694061 | EL NUEVO DIA Days:06 Month:December - 1 Spots of 1x1 | | 1,591.26 |
| | SUBTOTAL GFR MEDIA LLC | | 7,956.30 |

RECEIVED
DEC 27 2016

PR8034 RV20/CL300G

| | |
|---|---|
| Gross Total | 15,368.80 |
| Less Agency Commission - | 3,073.75 |
| Subtotal | 12,295.05 |
| Service Fee | 0.00 |
| **TOTAL USD** | **12,295.05** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS



0428 116083

# Advertising Invoice

Download Tearsheets

Vocero de Puerto Rico

PUBLI-INVERSIONES

1/1

**Make payment payable to:**
Publi-Inversiones

**Send payment to:**
P.O. BOX 15074, San Juan, PR 00902
Phone 787-721-2300 Fax 787-725-7484/787-622-7496
URL: http //elvocero com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | |
|---|---|---|
| Customer # | 00000797 | Invoice # |
| Account # | 00000831 | 300039686 |
| Phone: #. | (787) 977-4949 | Job # |
| Post Date | 12/01/2016 | |
| Due | 12/31/2016 | |
| SP/AT: | MA / ASP | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/01/2016 | 12/01/2016 | HACIENDA/REFORMA | A31 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10.5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| DER | | 5430 |

Batch 0266
[illegible] Olga L
Entry Date 12/7/16
Net Amount 1,186.00

"Bajo pena de nulidad absoluta, certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados"

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado nos exime de cualquier retención

#16093

# Advertising Invoice

1/2

Vocero de Puerto Rico
PUBLI-INVERSIONES

Make payment payable to:
Publi-Inversiones
Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http://elvocero.com

Download Tearsheets

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | | |
|---|---|---|---|
| Customer # | 00000797 | Invoice # | 300039867 |
| Account # | 00000831 | Job # | 5430 |
| Phone # | (787) 977-4949 | | |
| Post Date | 12/05/2016 | | |
| Due | 01/04/2017 | | |
| SP/AT: | MA / ASP | | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/05/2016 | 12/05/2016 | HACIENDA/REFORMA | A12 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10 5% | | | | | 0.00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

CLIENT Dex
PRODUCT 0266
CAMPAIGN 5430
Entry Date
Net Amoun $1,186.00

"Bajo pena de nulidad absoluta certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

All returned check has a charge fee of $25.00

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado nos exime de cualquier retención

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

# Capturan a pescador transportando cocaína

> Según trascendió, el hombre será procesado por el Tribunal Federal

Miguel Rivera Puig
>jrivera@elvocero.com

FAJARDO – Un supuesto pescador de 68 años de edad fue capturado en la madrugada del domingo por la tripulación de una lancha de las Fuerzas Unidas de Rápida Acción (FURA) mientras transportaba en un bote 44 bloques de cocaína al norte de la Isla de Palomino.

Los agentes adscritos a la Unidad Marítima, en Ceiba, realizaron la intervención a las 12:16 de la madrugada. El hombre, identificado como Víctor Martínez Peguero, supuestamente llevaba la droga al sector Maternillo.

La droga pasó a manos de la DEA, y el detenido será acusado en el Tribunal Federal.

Las autoridades hallaron 44 bloques de cocaína en el bote. >Suministrada

# Octogenario atropella a sus vecinos

Miguel Rivera Puig
>jrivera@elvocero.com

LARES – Un anciano de 89 años de edad que era buscado por la Policía después de que en la mañana del domingo atropellara a una vecina de 76 años y a otro de 80 años que salió en defensa de la mujer se entregó a media tarde acompañado por un hijo. Este supuestamente permaneció oculto desde horas de la mañana en un monte en el sector Campo Alegre, del barrio Pueblo, al lado del cementerio municipal.

Ramón "Don Moncho" Román Morales, cometió los hechos a las 8:30 de la mañana a pasos de su hogar en la urbanización Villa Borinquen. El anciano tiene una disputa con sus vecinos por una colindancia y estaba supuesto a comparecer hoy al Tribunal de Utuado por un caso grave de amenazas y por un desacato.

La querellante, Saturnina "Doña Nina" Marengo Ríos, de 76 años de edad, estaba frente a su hogar cuando el anciano que conducía un Mitsubishi Mirage color azul la atropelló. La mujer resultó con heridas graves.

En una casa cercana se encontraba Monserrate "Don Chato" Tafanely Rivera, de 80 años de edad, lavando su Lincoln Town Car. El hombre aparentemente caminó para auxiliar a doña Nina y Moncho lo atropelló. Tras los hechos, chocó el Mitsubishi contra el Lincoln de Tafanely Rivera.

Los vecinos salieron a ayudar a las víctimas, mientras otros procuraban llamar ambulancias y a la Policía. En este municipio, como en otros de la zona, la presencia policíaca es escasa.

**Para el récord**

> El atacante tenía cita en el Tribunal de Utuado por un caso grave de amenazas y por un desacato

# 16142

# Advertising Invoice

Download Tearsheets

Vocero de Puerto Rico

PUBLI-INVERSIONES

2/2

**Make payment payable to:**
Publi-Inversiones

**Send payment to:**
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http://elvocero.com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | |
|---|---|---|
| Customer # | 00000797 | Invoice # **300040024** |
| Account # | 00000831 | |
| Phone # | (787) 977-4949 | Job #. **5430** |
| Post Date | 12/06/2016 | |
| Due | 01/05/2017 | |
| SP/AT | MA / ASP | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026253 | 01 | 12/06/2016 | 12/06/2016 | HACIENDA/REFORMA | A21 | 3.00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10 5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

CLIENT Der PRODUCT CAMPAIGN 5430
Batch 0266
Approved by
Entry Date
Net Amount $1,186.00

"Bajo pena de nulidad absoluta, certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.0( |

La sección 1062.03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado, nos exime de cualquier retención

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Collazo Holding**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobada por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Tula Bay Dinner**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobada por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

#16044

# Advertising Invoice

Download Tearsheets

**Vocero** de Puerto Rico

**PUBLI-INVERSIONES**

2/2

**Make payment payable to:**
Publi-Inversiones

**Send payment to:**
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http //elvocero.com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | | |
|---|---|---|---|
| Customer # | 00000797 | Invoice # | 300039870 |
| Account # | 00000831 | | |
| Phone: # | (787) 977-4949 | Job # | 5430 |
| Post Date | 12/05/2016 | | |
| Due: | 01/04/2017 | | |
| SP/AT: | MA / ASP | | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026253 | 01 | 12/05/2016 | 12/05/2016 | HACIENDA/REFORMA | A21 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10.5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

CLIENT: Der PRODUCT: 0266 CAMPAIGN: 5430
Batch
Entry Date
Net Amount: $1,186.00

"Bajo pena de nulidad absoluta certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado, nos exime de cualquier retención

EL VOCERO DE PUERTO RICO > LUNES, 5 DE DICIEMBRE DE 2016 ESCENARIO 21

# Avivan con su chispa

> 'Los Cangris' regresarán al Coliseo de Puerto Rico, el 16 y 17 de diciembre

Paola Arroyo
>EL VOCERO

Con una vibra explosiva y dinámica, los veteranos reguetoneros Daddy Yankee y Nicky Jam sorprendieron a su fanaticada en el comienzo de su serie de conciertos 'Los Cangris', en el Coliseo de Puerto Rico José Miguel Agrelot.

El espectáculo recorrió la historia de ambos artistas como dúo, sus producciones como solistas y éxitos. Utilizando montaje de luces, sonido, pantallas y otros recursos escénicos lograron complacer al público. Pero, fue la chispa entre ambos lo que avivó a sus seguidores, quienes no paraban de cantar sus canciones.

Antes de comenzar el concierto recorrieron su trayectoria en el género con un montaje audiovisual y por separado recordaron cómo maduraron sus vidas escénicas. La introducción al concierto estuvo a cargo de los bailarines, quienes dieron paso al éxito de Nicky Jam, 'Travesuras'. Esta participación mantuvo al público de pie.

Nicky, quien saltó nuevamente a la fama tras años en el anonimato, interpretó 'Cheerleader', 'Ya me enteré', 'Hasta el amanecer', entre otros éxitos.

"Tienen que lucir esta noche. Muchísimas gracias por tenerme aquí otra vez en mi casa. Puerto Rico con la mano arriba ¡vamos a seguir mi gente bonita!", gritó el intérprete de 'Voy a Beber'.

Durante su participación, el publico se mantuvo de pie, pero cuando interpretó la canción 'Party' puso a su fanaticada a bailar. Esto se repitió con 'Fanática sensual' y 'Ay vamo'. Mas no fue hasta 'Si tú no estás' que el reciente ganador del Grammy contó con la presencia de De la Ghetto y pusieron a vibrar el 'Choli'. También enterneció la noche con 'El perdón'.

"Esto no para, esto sigue. Bendiciones", dijo antes de despedirse de tarima y cederle el paso a su compañero.

La apertura de la segunda parte del concierto se caracterizó por la inusual llegada de Daddy Yankee, con 'Shaky, Shaky'. Este aprovechó los elementos visuales para crear una ilusión óptica que lo hacía ver gigante en el escenario. La audiencia al ver esto, comenzó a gritar de la emoción.

El 'Big Boss' también interpretó 'Rompe', 'King Daddy' y 'Tu príncipe' entre otros.

"Buenas noches Puerto Rico les saluda Daddy Yankee. A mí me gusta intercambiar los papeles. Yo quiero que el público cante. Es más, yo voy a soltar el micrófono", expresó antes de comenzar 'Lo que pasó, pasó'.

En un sinnúmero de ocasiones optó por improvisar. En su repertorio incluyó 'Antes que te vayas'. Al mismo tiempo, utilizó su turno para cantar más de 20 éxitos de DJ Playero.

Ambas presentaciones se caracterizaron por la utilización de imágenes en el escenario, luces y efectos especiales. Pero, aunque cada exponente presentó su 'dembow' de manera individual, subieron juntos al escenario para cantar 'reguetón del viejo'. Fue así como los artistas decidieron terminar su espectáculo.

"¿Te acuerdas cuando me llamaste y me dijiste que tenías una canción bien criminal?", preguntó Yankee antes de comenzar a interpretar otro tema con su compañero. Al espectáculo también se unió Arcángel.

Las funciones continuarán el 16 y 17 de diciembre. La serie de conciertos da paso a la posibilidad de que estos exponentes del género urbano vuelvan a grabar un disco juntos y revivan sus comienzos en el mundo del reguetón.

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Tula Bay Dinner**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antiguo Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

#16146

# Advertising Invoice

Download Tearsheets

Vocero de Puerto Rico

PUBLI-INVERSIONES

1/2

**Make payment payable to:**
Publi-Inversiones

**Send payment to:**
P.O. BOX 15074, San Juan, PR 00902
Phone 787-721-2300, Fax 787-725-7484/787-622-7496
URL: http //elvocero com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client: DEPARTAMENTO DE HACIENDA

| | | |
|---|---|---|
| Customer # | 00000797 | Invoice # 300040023 |
| Account # | 00000831 | |
| Phone # | (787) 977-4949 | Job # 5430 |
| Post Date | 12/06/2016 | |
| Due: | 01/05/2017 | |
| SP/AT: | MA / ASP | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/06/2016 | 12/06/2016 | REFORMA CONTRIBUTIVA | A21 | 3 00 | 12 50 | 1 | 1 482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10.5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

CLIENT Der
PRODUCT
CAMPAIGN 5430
Batch 0266
Approved by
Entry Date
Net Amount $1,186.00

"Bajo pena de nulidad absoluta certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objecto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construccion han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM. | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 segun enmendado nos exime de cualquier retención

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Collazo Holding**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Tula Bay Dinner**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



16079

Page 1 o

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | |
|---|---|
| Invoice No: | 36935 |
| Invoice Date: | 12/2/20 |
| Order No: | 216242 |
| Salesperson No: | |
| Purchase Order: | 120267/20 |
| Due Date: | Upon rece |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 12/2/2016 | REFORMA CONTRIBUTIVA. | ROP 1/2 PAGINA VERTICAL. - Pag 72 | |
| | | Venta de anuncios (gross) | | 3,12C |
| | | Descuento en Ventas 49% | | (1,528 |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| DER | | 5430 |

Batch 02607
Approved by [signature]
Entry Date 12/7/16
Net Amount 1,273.01

| | |
|---|---|
| Subtotal | $1,591 |
| IVU 10.5% | $0 |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| Total | $1,591 |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized represent. The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545 (787) 641 7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922 7512 (787) 641 8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

---

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET INC | | | | [redacted]944 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Security Max and Investigation Corp.**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp., que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
2 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## CRUCIGRAMA

### HORIZONTAL

1. Perteneciente al vocabulario de una lengua.
7. Especie de camaroncillo de los lagos de México.
13. Abrigar, acoger.
14. Esmeralda verdemar.
15. Embustero.
17. Onda de gran amplitud en la superficie de las aguas.
20. Procedimiento o medio rápido.
21. Preposición inseparable.
24. Canapé.
26. La letra e larga del alfabeto griego.
27. Cercado, valla.
28. Del verbo atonar
30. Osadía.
31. Dícese del medicamento purgante.
32. Galería interior de las casas de Manila.
34. Anchos.
37. Instrumento músico semejante a la dulzaina.
38. Estructura en forma de arco.
40. Bermejo, carmesí.
41. Sonido agradable.
42. Robar con engaño.
44. Impar.
45. Pronunciar un discurso y hacer el resumen.
47. Período de siete días fijados por el calendario.
50. Flojos y descuidados.
54. Atascar, obstruir.
55. Tonto, simplón.

### VERTICAL

1. Nota musical.
2. Preposición.
3. Decimocuarta letra del alfabeto griego.
4. Huella que hace la cata con los pies.
5. El rostro del hombre.
6. Demente.
7. Insecto himenóptero.
8. Signo aritmético.
9. Metal precioso de color amarillo brillante.
10. Símbolo del curio.
11. Él, en francés.
12. Acusativo del pronombre personal masculino.
16. Doctrina religiosa que diviniza los seres y fenómenos naturales.
17. Hembra del oso.
18. Río del SO. de Francia.
19. Eficacia, entusiasmo.
21. Grupo pequeño de soldados.
22. Audio, ave.
23. Religiosa.
25. Paso.
27. Exceptuar, excluir
29. Aumentativo.
30. Persona que falta a la confianza depositada.
32. Isla del mar Egeo.
33. Nombre sueco de Turku.
35. Abertura de un arco de puerta.
36. Ruido, en francés.
38. Encolerizar.
39. Hermano mayor de Moisés (Biblia).
42. Capital de la provincia de Napo.
43. Manojo de flores.
45. Título de dignidad en ciertos países.
46. Río de Europa occidental, que nace en los Alpes.
47. Sur América (Abrev.).
48. Y, en francés.
49. Símbolo del molibdeno.
51. Forma reflexiva del pronombre personal.
52. Conjunto de dialectos del sur de Francia.
53. Bajo.

## CONCEPTIS SUDOKU

Sudoku es un rompecabezas matemático, cuyo objetivo es llenar cada espacio con cifras del 1 al 9 considerando los números ya dispuestos en cada cuadro. No se debe repetir ninguna cifra en una misma fila o columna. Un sudoku está bien planteado si la solución es única.



16080

Page 1 o

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

Invoice No: 36939
Invoice Date: 12/5/20
Order No: 216242
Salesperson No:
Purchase Order: 120267/20
Due Date: Upon recei

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 12/5/2016 | REFORMA CONTRIBUTIVA. | ROP 1/2 PAGINA VERTICAL. - Pag: 38 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |
| | 12/5/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL. - Pag: 60 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| DEK | | 5430 |
| Batch | 0267 | |
| Approved by | Diana | |
| Entry Date | 12/7/16 | |
| Net Amount | 2,546.08 | |

| | |
|---|---|
| Subtotal | $3,182. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0. |
| B2B 4.0% | $0. |
| Total | $3,182 |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have bee prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any withholdings under Section 1062 03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545, (787) 641-7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512, (787) 641-8800

Important information When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

---

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET, INC | | | | [redacted]944 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
| 3693985 | | | | |

LA EXTRAORDINARIA DEL 22 DE DICIEMBRE

Juégale al sorteo extraordinario de la Lotería de Puerto Rico con premios 100% libres de impuesto.

- 4 premios de $1,250,000
- 4 premios de $125,000
- 4 premios de $80,000
- 4 premios de $60,000
- 16 premios de $20,000

Juégala hoy que la suerte te está buscando.

Advertencia: Los juegos de azar pueden crear adicción. Si juega le causa problemas económicos, familiares y ocupacionales, llame a su proveedor de salud mental. Mensaje del DACO. ¿Problemas con los juegos de azar? Llame al 1-800-981-0023. Línea ASSMCA. ESTADO LIBRE ASOCIADO DE PUERTO RICO. Autorizado por la Comisión Estatal de Elecciones. CEE-SA-16-12804.

/loteriadepuertorico www.loteriasdepuertorico.com

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Tula Bay Dinner**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Galay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Collazo Holding**, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas a (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16- 95

DEPARTAMENTO DE HACIENDA

BALONCESTO

# Actividad benéfica en Trujillo Alto

Artistas y deportistas del país participarán del juego para recaudar fondos

José Ayala Gordián
jose.ayala@gfrmedia.com
Twitter: @JoseAyalaGFR

El complejo deportivo de la Urbanización Encantada en Trujillo Alto será la sede, este miércoles, del *All-Star Basketball Match* a beneficio de la paciente de tumor cerebral Nydia I. Vázquez.

Del mismo modo, las aportaciones recaudadas servirán para costear los gastos de un viaje para niños de educación especial del Instituto Modelo de Enseñanza Individualizada (IMEI) a la Administración Nacional de Aeronáutica y del Espacio (NASA, por sus siglas en inglés) en Orlando, Florida.

En la actividad verán acción el equipo compuesto por artistas y atletas de Puerto Rico, quienes se medirán a un quinteto de maestros y exalumnos de IMEI. La actividad comenzará a las 7:00 p.m.

Vázquez fue diagnosticada con un meningioma clinoideo en la base del cráneo, razón por la cual necesita una operación.

En el partido jugarán figuras como el excampeón Félix "Tito" Trinidad, el medallista olímpico Jaime Espinal, el volleibolista Héctor "Picky" Soto, el baloncelista Carlos Payano, los cantantes Banchy y Daniel Serrano y muchos otros.

Banchy Serrano (22), Jaime Espinal (23) y Picky Soto (12), serán algunas de las figuras presentes.

Héctor Berríos

RESUMEN

PRIMERA CARRERA
5 Mami Sinca H.Berrios
3 Corona Rosario J.García
4 Ya Sale A.Santiago
Win: $2.10 | Exacta: 5/3 $3.80 |

SEGUNDA CARRERA
5 Ronronora M.Molina
4 Transformada E.Ramírez
3 D'hautad J.Santiago
Win: $3.80 | Place: $2.40/2.40
Dupleta: 5/5 $2.90 | Exacta: 5.4 $7.60 |
Montante Pool de 6 $219,134.75

TERCERA CARRERA
4 Bonny Angel D.Rosario
1 Bello Cascabel J.C. Díaz
2 Concerto Pau J.García
Win: $4.70 | Place: $4.30/5.60 Dupleta 5/4 $10.30 | Trifecta: 4/1/2 $53.75 | Exacta: 4/1 $15.90 | Montante Pool de 4 $17,268.20

CUARTA CARRERA
3 Armador J.García
1 Lost Son A.Santiago
7 Señor Coll L.O.Rivera
Win: $2.20 | Place: $2.10/2.10 Dupleta 4/3 $4.50 | Exacta: 3/1 $8.60 | Montante Pool de 3 $ 10,329.92

QUINTA CARRERA
6 Corcovado E.Ramírez
4 Estrella Del Poker L.O.Rivera
2 Native Speed A.Rodríguez
Win: $4.10 | Place: $3.10/3.80 Dupleta 3/6 $5.00 | Trifecta: 6/4/2 $161.90 | Exacta: 6/4 $92.10 | Superfecta 6/4/2/3 $893.30 | Quiniela: 4/6 $38.80 | Montante Pool de 3 $ 12,581.50

SEXTA CARRERA
1 Dangerous Charlie J.A.Hernández
7 Giacomo Secret D.Rosario
6 El Nazareno D.Ortiz
5 Rabioso I.Santiago
Win: $10.00 | Place: $4.10/3.20 Dupleta 6/4 $21.00 | Trifecta: 4/7/6 $378.80 | Superfecta: 4/7/6/5 $184.15 | Quiniela 4/7 $10.40 | Pick-3: (1,3,6)-5-4) $14.70 Pick-4: (4-(3, "B")-6-4) paga con 4 de 4 $ 48.90

SEPTIMA CARRERA
2 Mitza E.Ramírez
8 Giza D. E.Castro
3 Lady Rhubarb J.J. Díaz
Win: $12.20 | Place: $4.10/2.80 Dupleta: 4/2 $81.80 | Trifecta: 2/8/3 $53.20 | Exacta: 2/8 $17.80 | Pick-3 6/4/2 $168.20 | Total Jugado W,P $ 138,214.50 / Sto. Domingo $22,844.00 Simulcast $56,548.00 / Total $ 491,588.00



16081

Page 1 o

# INVOIC

Bill To: MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | |
|---|---|
| Invoice No: | 36940 |
| Invoice Date: | 12/6/20 |
| Order No: | 216242 |
| Salesperson No: | |
| Purchase Order: | 120267/20 |
| Due Date: | Upon recei |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | | | |
| | 12/6/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL - Pag. 18 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |
| | 12/6/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL - Pag. 50 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| DER | | 5430 |

Batch: 0267
Approved by: [signature]
Entry Date: 12/7/16
Net Amount: 2,546.07

| | |
|---|---|
| Subtotal | $3,182. |
| IVU 10.5% | $0 |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| Total | $3,182 |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate. The goods were delivered the services were rendered, and payment for them has not been made

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

**Please send advertisement payments to :**
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545 (787) 641 7323

**Please send subscription payments to :**
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512 (787) 641 8800

Important Information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

---

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET, INC | | | | [redacted]944 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
| 3694081 | [illegible] | [illegible] | [illegible] | [illegible] |

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay Dinner, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195



DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones de Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobro:
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-93

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## CRUCIGRAMA

### HORIZONTAL

1. Jerga chilena hablada por ciertos delincuentes.
3. Tejido de seda aterciopelado.
7. Jábega o red.
10. Prefijo privativo latino.
12. Gran abundancia de un líquido.
14. Nombre de letra.
15. Signo de la adición.
17. Raja de madera resinosa, que sirve para alumbrar.
19. Cosmético que usan las mujeres para embellecer los ojos.
20. Parte posterior del pie.
22. Adquirir, contraer.
24. Que no pertenece a la Iglesia.
26. Canoa de los mexicanos.
27. Unidad monetaria del Japón.
29. Fogón.
30. Tratamiento de nobleza inglesa usado antes del nombre.
31. Felonía, mala jugada.
32. En Cuba, bravucón.
33. Preposición inseparable.
34. Partícula que se separa de un líquido (pl.).
36. Pronombre personal.
37. Descascarar los granos en el pilón.
38. Unidad monetaria búlgara.
40. Una mariposa.
41. Fundar, apoyar.
43. Emperador de Rusia.
44. Gran extensión de agua rodeada de tierras (pl.).
46. Terminación verbal.
48. Onomatopeya del sonido de la campana.
49. Artículo determinado del género neutro.
50. Unidad de nutrición.
51. Vender la carne de una res.
52. Rostro.

### VERTICAL

1. Servicio Secreto de los Estados Unidos.
2. Aumentativo.
4. Terminación verbal.
5. Embrollo, enredo.
6. Río de Italia.
8. Partícula del latín que significa esto.
9. Unidad monetaria rumana.
11. Matadero de reses.
13. Cruel.
15. Tratar con mucho cariño y condescencia.
16. Extraer.
17. De este modo.
18. Refugio, retiro.
19. Lluvia corta y pasajera.
21. Decadencia.
22. Hebra de estopa.
23. Mondar una fruta.
25. Volcán de Costa Rica.
27. Especie de palma.
28. Pronombre personal.
31. Exprimir la caña de azúcar.
34. Voltear, virar.
35. Firmeza, constancia.
37. Tranquilidad.
38. Prensa para estrujar uva.
39. Del verbo ir.
41. Fardo de mercaderías.
42. Todo lo que sirve para el sustento.
44. Artículo determinado plural.
45. Angostura de un valle.
47. Nota musical.
48. Nombre de letra.
49. Nota musical.

## CONCEPTIS SUDOKU

Sudoku es un rompecabezas matemático, cuyo objetivo es llenar cada espacio con cifras del 1 al 9 considerando los números ya dispuestos en cada cuadro. No se debe repetir ninguna cifra en una misma fila o columna. Un sudoku está bien planteado si la solución es única.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 5 | | 2 | | | |
| | | | | | | | 1 | 9 |
| | 6 | | | 7 | | 3 | 4 | |
| 2 | | | | 5 | | | | |
| 9 | | | 7 | | 3 | | | 8 |
| | | 7 | 2 | 9 | | | | |
| | | | | 1 | | 9 | 3 | |
| | | | | | | | 7 | 1 |
| 3 | | | | | 6 | 2 | 5 | |



Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Mes Diciembre
Estimado de Prensa

| Medios | Diciembre 2016 | | | | | | Total ADS/SPOTS | Ads Cost | Total Gross |
|---|---|---|---|---|---|---|---|---|---|
| | Jueves 1 | Viernes 2 | Sábado 3 | Domingo 4 | Lunes 5 | Martes 6 | | | |
| **Institucional** | | | | | | | | | |
| **El Nuevo Día** | | | | | | | | | |
| Media Página/[illegible] | | 1 | | | 2 | 2 | 5 | $ [illegible] | $ [illegible] |
| **El Vocero** | | | | | | | | | |
| [illegible] | 1 | | | | 2 | 2 | 5 | $ [illegible] | $ [illegible] |
| Total Global | 1 | 1 | [illegible] | 0 | 4 | 4 | [illegible] | | $ [illegible] |

Nota
Todos los costos son basados en los costos [illegible] de Gobierno [illegible]

Fecha de Aprobación

Firma de Aprobación [signature]

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0000-00019163

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: PUBLICIDAD
JOBNUMBER: HACIN5A10002
ID NUMBER: 1001842016
DATE: 12/28/2016
DUE DATE: 01/27/2017
P.O N :

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MAILCHIMP OCTUBRE-NOVIEMBRE-DICIEMBRE | |
| OTHER COST - PRINT | 50.00 |
| OTHER COST - PRINT | 50.00 |
| OTHER COST - PRINT | 50.00 |
| AGENCY COMMISSION (17.65%) OI. 150.00 | 26 48 |

Bajo pena de nulidad abs [illegible] certifico que ningun servidor publico del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 176.48 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR [illegible]

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, Piso 7
Hato Rey Puerto Rico 00917

# MailChimp Receipt MC03788917

***Issued to***

Carmen Leon
Badillo Saatchi & Saatchi
[illegible]
Office phone: 787-622-1051
A-16 Genova,
Ext. Villa Caparra
Guaynabo, P.R. 00966

***Issued by***

MailChimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave NE
Suite [illegible]
Atlanta, GA 30308

US EIN [illegible]

***Details***

Order # [illegible]
Date Paid: Oct [illegible] 2016
2:15 am Eastern Time

Job # 100184.2016

***Billing statement***

| | |
|---|---|
| **Monthly plan** 2501 - 5000 subscribers | $50.00 |
| Subtotal | $50.00 |
| Paid via **Amex** ending in **3007** which expires **09/2016** on October 17, 2016 | $50.00 |
| Balance as of October 17, 2016 | $0.00 |

Save [illegible] on future purchases by enabling

If a refund is required, it will be issued in the purchase currency for the amount of the original charge.

MailChimp is a non-EU provider with no VAT [illegible]

Dept. de Hacienda
100184.2016

# MailChimp Receipt MC03931785

***Issued to***

Carmen Leon
Badillo Saatchi & Saatchi
mercy.vigoreaux@badillop
Office phone: 787-622-1051
A-16 Genova
Ext. Villa Caparra
Guaynabo, P.R. 00966

***Issued by***

MailChimp
c/o The Rocket Science Group, LLC
675 Ponce de Leon Ave NE
Suite 5000
Atlanta, GA 30308

US EIN 58-2554149

***Details***

Order # MC03931785
Date Paid: Nov 17 2016 1:20 am Eastern Time

## *Billing statement*

| | |
|---|---|
| Monthly plan: 2801 - 5000 subscribers | $50.00 |
| Subtotal | $50.00 |
| Paid via Amex ending in 3007 which expires 09/2016 on November 17, 2016 | $50.00 |
| Balance as of November 17, 2016 | $0.00 |

Save 10% on future purchases by enabling

# MailChimp Receipt MC04077121

Hacienda
Job # 100184.2016
12/19/16

## Issued to

Carmen Leon
Badillo Saatchi & Saatchi
mercy vigoreaux@badillop
Office phone: 787-622-1051
A-16 Genova
Ext. Villa Caparra
Guaynabo, P.R 00966

## Issued by

MailChimp
c/o The Rocket Science Group LLC
675 Ponce de Leon Ave NE
Suite 5000
Atlanta, GA 30308

US EIN 58-2554149

## Details

**Order #** MC04077121
**Date Paid:** Dec 17, 2016 1 15 am Eastern Time

## Billing statement

| | |
|---|---|
| **Monthly plan** 2801 - 5000 subscribers | $50.00 |
| Subtotal | $50.00 |
| Paid via Amex ending in 3007 which expires 09/2016 on December 17, 2016 | $50.00 |
| Balance as of December 17, 2016 | $0.00 |

Save 10% on future purchases by enabling

If a refund is required, it will be issued in the purchase currency for the amount of the original charge.

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2068

Print Date: December 19,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MAILCHIMP OCTUBRE-NOVIEMBRE-DICIEMBRE

ID Number: 100184/2016
Issue Date: 10/17/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| OTHER COST - PRINT | POR CONCEPTO DE PAGO MENSUAL AL MAILCHIM POR LOS MESES DE OCTUBRE-NOVIEMBRE Y DICIEMBRE. | | | |
| OTHER COST - PRINT | OCT. MC03788917 | 50.00 | 1.00 | 58.83 |
| OTHER COST - PRINT | NOV. - MC03931785 | 50.00 | 1.00 | 58.83 |
| | DIC - MC04077121 | 50.00 | 1.00 | 58.83 |

| | | |
|---|---|---|
| NET TOTAL | : | 150.00 |
| Agency Commission | | 26.48 |
| SUBTOTAL | : | 176.48 |
| TOTAL | | 176.48 |
| INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

# INVOICE N° 0000-00019191

**DEPARTAMENTO DE HACIENDA DE P.R**
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: PUBLICIDAD
JOBNUMBER: HACIN5A10002
ID NUMBER: 1202782016
DATE: 01/05 2017
DUE DATE: 02/04 2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA HORIZONTAL/BW PARA AVISO G | |
| MECHANICAL | 450.00 |
| PRINT-OUT | 12.00 |
| DIGITAL FILES | 25.00 |
| DIGITAL FILES | 200.00 |

Bajo pena de nulidad abs[illegible] certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarios y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 687.00 |
| PAGE | 1 of 1 |

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O. BOX 11905**
**SAN JUAN PR 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [illegible]8853
ABA Number 2[illegible] SWIFT Code BSCHPRSX

# Back Up Job #120278/2016

**NUEVO DÍA / P. HORA**
Medidas: 10.87" x 5.75"

PAUTA: Sábado, 24 diciembre 2016
R.O.P.

HACIENDA

**AVISO IMPORTANTE**

"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS [illegible] AL [illegible]; Y DEROGAR LOS ARTÍCULOS [illegible] AL [illegible] DEL REGLAMENTO NÚM. 8049 DEL 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" ("REGLAMENTO") PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO; Y PARA DEROGAR EL REGLAMENTO NÚM. [illegible] DEL [illegible] DE DICIEMBRE DE 2013."

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

El Reglamento propuesto tiene el propósito de enmendar los Artículos [illegible] al [illegible] del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" (en adelante, el "Reglamento del Código"), [illegible] de automóviles. Además para derogar [illegible] los Artículos [illegible] al [illegible] del Reglamento del Código a los fines de [illegible] los mismos para enmiendas futuras. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011", que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 601 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico [illegible]@hacienda.pr.gov o a la siguiente dirección:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretario de Hacienda

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

HACIENDA

**IMPORTANT NOTICE**

"REGULATION TO AMEND ARTICLES [illegible] TO [illegible]; AND TO REPEAL ARTICLES [illegible] TO [illegible] OF REGULATION NO. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" ("REGULATION"); ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOWN AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011", ("CODE") WHICH EMPOWERS THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATIONS TO ENFORCE THE CODE AND TO REPEAL REGULATION NO. [illegible] OF DECEMBER [illegible], 2013."

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Articles [illegible] to [illegible] of Regulation No. 8049 of July 21, 2011, as amended, better known as "Regulation of the Internal Revenue Code of 2011" (hereafter, the "Regulation under the Code"), for purposes of allowing an election to determine the automobiles' use and maintenance expense deduction. In addition, to repeal Articles [illegible] to [illegible] of the Regulation under the Code, in order to reserve them for future amendments. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011", ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 601 at the sixth floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to [illegible]@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our webpage: www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretary of the Treasury

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: December 23,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACINSA10002 PUBLICIDAD
Estimate Description : MEDIA PAGINA HORIZONTAL/BW PARA AVISO- G

ID Number: 120278/2016
Issue Date: 12/23/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | ARTE FINAL DE 1/2 PAGINA HORIZONTAL/BW PARA AVISO GASTOS AUTOMOVILES PAUTAS | | | |
| PRINT-OUT | PRINT-OUT | 450.00 | 1.00 | 450.00 |
| DIGITAL FILES | PDF LOW RES EN APROBACION | 12.00 | 1.00 | 12.00 |
| DIGITAL FILES | PDF HI RES PARA PAUTA: SABADO 24 DE DICIEMBRE DE 2016 END PRIMERA HORA | 25.00 | 1 00 | 25.00 |
| | | 200.00 | 1.00 | 200.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 687.00 |
| SUBTOTAL | : | 687.00 |
| TOTAL | | 687.00 |
| INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSES BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU [signature] | | [signature] Maria E. [illegible] |

BADILLO
SAATCHI & SAATCHI
P O Box 11905, San Juan, Puerto Rico 00922 1905
Telephone 787 622 1000 Fax 787 782 2088

INVOICE N 0000-00019283
NEWSPAPER

DEPARTAMENTO DE HACIENDA DE P.R
P O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN PUERTO RICO 00902-4140

ATTN KIARA HERNANDEZ

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: MEDIOS 2016
JOBNUMBER: HACRE6A10001
ID NUMBER: 1200502016 Plan No.: 5547
DATE: 01/17/2017
DUE DATE: 02/16/2017
P.O N°:

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: AVISO GASTOS AUTOMOVILES DIC 2016 | | | | |
| MEDIA NET INC | | | | |
| 00007819 | NEWSPAPER | 12 01 2016 | PLAN 5547 DIC 16 | 2 545 98 |
| | | | SUBTOTAL MEDIA NET INC | 2 545 98 |
| AGENCY COMMISSION (17 65%) OF 2 036 78 | | | | 359 49 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los servicios se han prestado y no han sido pagados

Firma Autorizada

| | |
|---|---|
| Gross Total | 2 545 98 |
| Less Agency Commission - | 509 20 |
| Subtotal | 2 036 78 |
| Service Fee | 359 49 |
| **TOTAL USD** | **2,396.27** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
Badillo Nazca S & S
PO BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]653
ABA Number 21[illegible] SWIFT Code BSCHPRSX

# 37979

PROCESSED

## INVOICE N° 0000-00007819
NEWSPAPER

BADILLO NAZCA S&S
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P. 5266

Product group:
PRODUCT: REFORMA CONTRIBUTIVA
CAMPAIGN: AVISO GASTOS AUTOMOVILES DIC 2016
JOBNUMBER: DER016AF0024
ID NUMBER: 1202072016 Plan No. 00005547
DATE: 01/12/2017
DUE DATE: 02/11/2017
P.O. N°:

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| GFR MEDIA LLC | | | | |
| 03697211 | EL NUEVO DIA Days 24 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03697210 | PRIMERA HORA Days:24 Month:December - 1 Spots of 1x1 | | | 954.72 |
| | | SUBTOTAL GFR MEDIA LLC | | 2,545.98 |

RV20 / CL300G

RECEIVED
JAN 13 2017
11.550

| | |
|---|---|
| Gross Total | 2,545.98 |
| Less Agency Commission - | 509.19 |
| Subtotal | 2,036.79 |
| Service Fee | 0.00 |
| **TOTAL USD** | **2,036.79** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS



Page 1 of 1

# INVOICE

**Bill To:** MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

| | |
|---|---|
| Invoice No: | 3697211 |
| Invoice Date: | 12/24/2016 |
| Order No: | 21626909 |
| Salesperson No: | |
| Purchase Order: | |
| Due Date: | Upon receipt |

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| END | | | | |
| | 12/24/2016 | AVISO GASTO DE AUTOMOVILES | ROP 1/2 PAGINA HORIZONTAL. - Pag: 43 | |
| | | Venta de anuncios (gross) | | 3,120.12 |
| | | Descuento en Ventas 49% | | (1,528.86) |

| | |
|---|---|
| Subtotal | $1,591.26 |
| IVU 10.5% | $0.00 |
| IVU 1.0% | $0.00 |
| B2B 4.0% | $0.00 |
| Total | $1,591.26 |

CLIENT Der PRODUCT CAMPAIGN 5547
0561
Entry Date 1/5/17
Net Amount $1,273.01

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benefits resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have been a prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representative. The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

**Please send advertisement payments to :**
GFR Media LLC / PO Box 71445 San Juan, PR 00936-8545 (787) 641 7023

**Please send subscription payments to :**
GFR Media LLC / PO Box 9227512 San Juan, PR 00922 7512 (787) 641 8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

---

| Agency Name | | | | Account No |
|---|---|---|---|---|
| MEDIANET, INC | | | | [redacted]-44 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Payment |

Case:17-03283-LTS Doc#:24637-10 Filed:06/22/23 Entered:06/22/23 19:25:02 Desc: Attachment 9 Page 32 of 43

# FedEx está listo para Navidad

Conoce cómo la empresa se preparó para esta temporada

**Envíos entre Black Friday y Navidad**

El volumen diario de envíos se duplica durante este periodo. Se espera que los días más ocupados en la historia de FedEx, durante esta época sean los lunes.

**12M** → **25M+**

Volumen promedio normal — Últimos tres lunes de la temporada

**Crecimiento de la red desde la última temporada FedEx Express**

**30** nuevos aviones se sumaron a la flotilla

**FedEx Ground**

**4** nuevos centros de distribución

**19** estaciones totalmente automatizadas

**+1** millón de metros cuadrados de espacio para sorteo

GRÁFICA: EL NUEVO DÍA

tenía hora de salida: los choferes tienen muy presente que cargan muchos regalos que niños abrirán con ilusión la mañana de Navidad.

"No regresan hasta que logren entregar todos sus paquetes", indicó.

A nivel global, el envío diario de paquetes por FedEx se duplica durante la temporada navideña, a partir del fin de semana de Acción de Gracias. En ese periodo, los lunes suelen ser los de mayor volumen y de los 12 millones en promedio se dispara hasta 25 millones, según datos provistos por la compañía. En Puerto Rico en particular la temporada se extiende un poco más, "hasta Reyes, por supuesto", comentó Medina.

Antes de eso, el volumen comienza a aumentar el mes anterior, más por los clientes comerciales. "Mucha fábrica hace sus envíos desde octubre para el cierre de año", precisó Medina, quien acumula 27 años de labor en la compañía.

Fedex tiene 500 empleados en Puerto Rico y 1,000 en total en el distrito caribeño, que cubre 22 islas, informó Medina.

El servicio local se suple con dos aviones que salen de los aeropuertos de Isla Verde y Aguadilla, 233 vehículos, cinco estaciones y ocho centros de servicio.

Después de Puerto Rico, que este año se dirige a aumentar 10% en volumen respecto al 2015, el segundo mercado en el Caribe es República Dominicana, seguido por Trinidad y Tobago.

Mientras, a nivel global la compañía tiene 400,000 empleados, a los que está en vías de agregar otros 50,000.

**2**

**AVIONES**

FedEx mueve mercancía desde los aeropuertos de Aguadilla e Isla Verde.

FedEx
FedEx

El alimento congelado se envía dentro de neveritas de 'foam' para mantener la temperatura lo más posible.

## HACIENDA

### AVISO IMPORTANTE

**"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 1033.07(A)(3)(G)-1 AL 1033.07(A)(3)(G)-7; Y DEROGAR LOS ARTÍCULOS 1031.02(A)(3)-1 AL 1031.02(A)(3)-6 DEL REGLAMENTO NÚM. 8049 DEL 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" ("REGLAMENTO") PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO; Y PARA DEROGAR EL REGLAMENTO NÚM. 8297 DEL 18 DE DICIEMBRE DE 2012."**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

El Reglamento propuesto tiene el propósito de enmendar los Artículos 1033.07(a)(3)(G)-1 al 1033.07(a)(3)(G)-7 del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" (en adelante, el "Reglamento del Código"), a los fines de permitir una elección para determinar la deducción gastos de uso y mantenimiento de automóviles. Además, para derogar expresamente los Artículos 1031.02(a)(3)-1 al 1031.02(a)(3)-6 del Reglamento del Código a los fines de reservar los mismos para enmiendas futuras. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011" que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentogastos@hacienda.pr.gov o a la siguiente dirección:

**Secretaría Auxiliar de Asuntos Legales**
**Departamento de Hacienda**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretario de Hacienda

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

**"REGULATION TO AMEND ARTICLES 1033.07(A)(3)(G)-1 TO 1033.07(A)(3)(G)-7; AND TO REPEAL ARTICLES 1031.02(A)(3)-1 TO 1031.02(A)(3)-6 OF REGULATION NO. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" ("REGULATION") ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOW AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011", ("CODE") WHICH EMPOWERS THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATIONS TO ENFORCE THE CODE; AND TO REPEAL REGULATION NO. 8297 OF DECEMBER 18, 2012".**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Articles 1033.07(a)(3)(G)-1 to 1033.07(a)(3)(G)-7 of Regulation No. 8049 of July 21, 2011, as amended, better known as "Regulation of the Internal Revenue Code of 2011" (hereafter, the "Regulation under the Code"), for purposes of allowing an election to determine the automobiles' use and maintenance expenses deduction. In addition, to repeal Articles 1031.02(a)(3)-1 to 1031.02(a)(3)-6 of the Regulation under the Code, in order to reserve them for future amendments. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011", ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to reglamentogastos@hacienda.pr.gov or by mail to the following address:

**Legal Affairs Area**
**Treasury Department**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov.

Juan Zaragoza Gómez
Secretary of the Treasury

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



#16458

Page 1 of 1

# INVOICE

| | | | |
|---|---|---|---|
| **Bill To:** | MEDIANET, INC.<br>A-16 CALLE GENOVA<br>EXT. VILLA CAPARRA<br>Guaynabo PR 00966 | Invoice No:<br>Invoice Date:<br>Order No:<br>Salesperson No:<br>Purchase Order:<br>Due Date: | 3697210<br>12/24/2016<br>21626907<br><br><br>Upon receipt |

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| PH | | | | |
| | 12/24/2016 | AVISO GASTO AUTOMOVILES | ROP 1/2 PAGINA HORIZONTAL. - Pag: 10 | |
| | | Venta de anuncios (gross) | | 1,872.00 |
| | | Descuento en Ventas 49% | | (917.28) |
| | | | Subtotal | $954.72 |
| | | | IVU 10.5% | $0.00 |
| | | | IVU 1.0% | $0.00 |
| | | | B2B 4.0% | $0.00 |
| | | | Total | $954.72 |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| Der | | 5547 |
| | 0561 | |
| | 9 | |
| Entry Date | 1/5/17 | |
| Net Amount | $763.78 | |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benefits resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have been a prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representative. The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545 (787) 641 7223

Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512. (787) 641 8800

Important Information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Agency Name | | | | Account No |
|---|---|---|---|---|
| MEDIANET, INC | | | | [redacted]4-44 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Payment |

# FUERA LÁZARO DE AAA

## Junta de Gobierno lo despide por falta de comunicación con gobernador electo **que podría afectar la corporación**

ISTRA PACHECO
istra.pacheco@primerahora.com

El ingeniero Alberto Lázaro quedó fuera de la presidencia de la Autoridad de Acueductos y Alcantarillados (AAA), luego de que la Junta de Gobierno de esa corporación pública determinara la separación involuntaria y terminación de su nombramiento.

El anuncio se hizo a través de un comunicado en el que se explicó que las razones para la decisión fueron "la ausencia de confianza y la inexistencia de canales de comunicación entre el actual presidente y el gobernador electo (Ricardo Rosselló), lo que podría afectar los intereses y objetivos de la Autoridad".

La Junta de Gobierno aclaró que en la decisión no tuvo nada que ver su desempeño.

"Por el contrario, este ha cumplido cabalmente con sus funciones en la AAA... y bajo su liderazgo la Agencia ha tenido marcados avances y logros", indica la Resolución 3010 del 23 de diciembre del 2017.

Norma Muñoz, portavoz de prensa de la AAA dijo que Lázaro estaba triste, pero que acató la determinación.

"Había un grupo de trabajo sólido y él estuvo en la agencia por 12 años, fue subdirector y luego director del área de Infraestructura", recordó Muñoz.

No obstante, Lázaro llegó al máximo puesto dentro de la AAA en el 2012, en circunstancias muy similares a las que hoy se va. En ese entonces José Ortiz presidía la corporación pública y Alejandro García Padilla lo nombró sin que Ortiz hubiese renunciado. En ese momento, la Junta decidió quitarle la confianza a Ortiz y confirmar a Lázaro.

El ingeniero tendrá una liquidación de vacaciones y días de enfermedad, "como le corresponde", confirmó Muñoz, quien dijo desconocer la cantidad. Aclaró que Lázaro no recibirá bono de productividad como sus dos antecesores.

El designado director de la Oficina de Asuntos Públicos de la Fortaleza, Ramón Rosario, dijo que se trataba de una "burla" ya que esa liquidación de alegadamente $170,000 no se dispone en su contrato.

"La nueva administración estará estudiando la legalidad de esa liquidación y cualquier otra para, de ser necesario, pedir la devolución si se otorgó ilegalmente", dijo en comunicado de prensa.

"Me expresé públicamente con la mejor intención de culminar mi término... Entiendo la decisión de la Junta de Gobierno y la acato con la frente en alto"
ALBERTO LÁZARO /

## HACIENDA

### AVISO IMPORTANTE

**"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 1033.07(A)(3)(G)-1 AL 1033.07(A)(3)(G)-7; Y DEROGAR LOS ARTÍCULOS 1031.02(A)(33)-1 AL 1031.02(A)(33)-6 DEL REGLAMENTO NÚM. 8049 DEL 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" ("REGLAMENTO") PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO; Y PARA DEROGAR EL REGLAMENTO NÚM. 8297 DEL 18 DE DICIEMBRE DE 2012."**

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

El Reglamento propuesto tiene el propósito de enmendar los Artículos 1033.07(a)(3)(G)-1 al 1033.07(a)(3)(G)-7 del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" (en adelante, el "Reglamento del Código"), a los fines de permitir una elección para determinar la deducción gastos de uso y mantenimiento de automóviles. Además, para derogar expresamente los Artículos 1031.02(a)(33)-1 al 1031.02(a)(33)-6 del Reglamento del Código a los fines de reservar los mismos para enmiendas futuras. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011", que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentosgastos@hacienda.pr.gov o a la siguiente dirección:

**Secretaría Auxiliar de Asuntos Legales**
**Departamento de Hacienda**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretario de Hacienda

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

**"REGULATION TO AMEND ARTICLES 1033.07(A)(3)(G)-1 TO 1033.07(A)(3)(G)-7; AND TO REPEAL ARTICLES 1031.02(A)(33)-1 TO 1031.02(A)(33)-6 OF REGULATION NO. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" ("REGULATION") ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOW AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011", ("CODE") WHICH EMPOWERS THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATIONS TO ENFORCE THE CODE; AND TO REPEAL REGULATION NO. 8297 OF DECEMBER 18, 2012".**

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Articles 1033.07(a)(3)(G)-1 to 1033.07(a)(3)(G)-7 of Regulation No. 8049 of July 21, 2011, as amended, better known as "Regulation of the Internal Revenue Code of 2011" (hereafter, the "Regulation under the Code"), for purposes of allowing an election to determine the automobiles' use and maintenance expenses deduction. In addition, to repeal Articles 1031.02(a)(33)-1 to 1031.02(a)(33)-6 of the Regulation under the Code, in order to reserve them for future amendments. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011" ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website: http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to reglamentosgastos@hacienda.pr.gov or by mail to the following address:

**Legal Affairs Area**
**Treasury Department**
**P.O. Box 9024140**
**San Juan, Puerto Rico 00902-4140**

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

Juan Zaragoza Gómez
Secretary of the Treasury

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Aviso de Gastos Automóviles)
Estimado de Prensa

| Medios | Diciembre,2016 Lunes 26 | Ads Cost | Total Gross |
|---|---|---|---|
| **Institucional** | | | |
| El Nuevo Día | | | |
| Media Página-Horizontal/Blanco y Negro/ROP | 1 | $ 1,591.26 | $ 1,591.26 |
| El Vocero | | | |
| Media Página-Horizontal/Blanco y Negro/ROP | 1 | $ 1,482.50 | $ 1,482.50 |
| Total Global | 2 | | $ 3,073.76 |

Nota.
Todos los costos son basados en los costos actuales de Gobierno FY15-16

Fecha de Aprobación ----------------------------------------

Firma de Aprobación ----------------------------------------

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0000-00019429

**DEPARTAMENTO DE HACIENDA DE P.R**
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

**ATTN:** KIARA HERNANDEZ

**PROD GROUP:**
**PRODUCT:** INSTITUCIONAL
**CAMPAIGN:** ASYCUDA WEBSITE
**JOBNUMBER:** HACIN6A10006
**ID NUMBER:** 0900692016
**DATE:** 01/25/2017
**DUE DATE:** 02/24/2017
**P.O. N°:**

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: ONLINE VIDEOS ASYCUDA WEBSITE | |
| WEB INITIATIVE | 10,361.00 |
| WEB INITIATIVE | 5,200.00 |
| WEB INITIATIVE | 6,350.00 |
| WEB INITIATIVE | 625.00 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La unica consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**TOTAL USD** **22,536.00**

**PAGE** 1 of 1

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]653
ABA Number: 21502341 SWIFT Code: BSCHPRSX

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2068

Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACIN6A10006 ASYCUDA WEBSITE
Estimate Description : ONLINE VIDEOS ASYCUDA WEBSITE

ID Number: 090069/2016
Issue Date: 09/12/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| WEB INITIATIVE | DEPTO. HACIENDA \| INSTITUCIONAL \| ASYCUDA PR | | | |
| | ·Brindar diseño "Look & Feel" ASYCUDA PR-Hacienda a videos, tanto en inglés como en español<br>·Traducir al español (se subirán al portal de ASYCUDA PR tanto en inglés como en español)<br>·Videos a trabajar para los Módulos 1, 3 | | | |
| | DESIGN.<br>- Diseño y Edición de videos ( incluye música) | | 1.00 | 10,361.00 |
| | LOCUCIÓN:<br>· Locución para versión español e Ingles | | 1.00 | 5,200.00 |
| | COPY:<br>· Transcribir y traducir los videos para los Módulos<br>· Traducción de los visuales | | 1.00 | 6,350.00 |
| | PROJECT MANAGEMENT: | | 1.00 | 625.00 |
| | | SUBTOTAL | : | 22,536.00 |
| | | TOTAL | | 22,536.00 |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE.
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

**Payment term: 30 DAYS**

**NOTES:**

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| RPETERSA Rpe. | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Page N°: 01

# PRODUCTION ESTIMATE

| | |
|---|---|
| Main client | : DEPARTAMENTO DE HACIENDA DE PR |
| Billing Client | : DEPARTAMENTO DE HACIENDA DE P.R |
| Product | : INSTITUCIONAL |
| JobNumber | : HACIN6A10006 ASYCUDA WEBSITE |
| Estimate Description | : ONLINE VIDEOS ASYCUDA WEBSITE |

ID Number: 090069/2016
Issue Date: 09/12/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| WEB INITIATIVE | DEPTO. HACIENDA \| INSTITUCIONAL \| ASYCUDA PR | | | |
| | - Brindar diseño "Look & Feel " ASYCUDA PR-Hacienda a videos, tanto en inglés como en español<br>- Traducir al español (se subirán al portal de ASYCUDA PR tanto en inglés como en español)<br>- 20 Videos a trabajar para los Módulos 1, 3 y 4 | | | |
| | DESIGN: | | | |
| | - Diseño y Edición de 20 videos ( Incluye música) | | 1.00 | 12,000.00 |
| | LOCUCIÓN: | | | |
| | - Locución para versión español e ingles | | 1.00 | 5,200.00 |
| | COPY: | | | |
| | - Transcribir y traducir los 20 videos para los Módulos 1,3 y 4 | | | |
| | - Traducción de los visuales | | 1.00 | 6,750.00 |
| | PROJECT MANAGEMENT | | 1.00 | 750.00 |
| | | SUBTOTAL | : | 24,700.00 |
| | | TOTAL | | 24,700.00 |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE.
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Client's Approval |
|---|---|---|
| RPETERBA Rpr. | | Marisela Martinez |

BADILLO
SAATCHI & SAATCHI
PO Box 11905 San Juan, Puerto Rico 00922-1505
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0003-00002325

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1201172016
DATE: 02/15/2017
DUE DATE: 03 17/2017
PO N:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: BANNER EX SECRETARIOS | |
| PRINTING - E | 55 75 |
| MECHANICAL | 500 00 |
| PRINT-OUT | 20 00 |
| DIGITAL FILES | 50 00 |
| DIGITAL FILES | 100 00 |
| AGENCY COMMISSION (17.65%) Of: 55.75 | 9 84 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 735.59 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
**BADILLO NAZCA S&S**
**P.O. BOX 11905**
**SAN JUAN, PR 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number ███653
ABA Number 21502341 SWIFT Code BSCHPRSX



# Invoice

| Date | Invoice # |
|---|---|
| 12/20/2016 | 2016-3897 |

| Bill To |
|---|
| Comstat Rowland<br>P.O. Box 11905<br>San Juan, P.R. 00922 |

| Ship To |
|---|
| Job # 120117. 2017<br>PO # 120259. 2017 |

| P.O. No. | Terms | Ship Date | Ship Via | Sales |
|---|---|---|---|---|
| 12-0259/2016 | Net 30 | 12/20/2016 | Delivery | NC |

| Item | Description | Rate | Amount |
|---|---|---|---|
| Rótulo | 1 Rótulo "Hacienda"<br>Impreso full color un lado, material pvc 1/4", tamaño 22" x 18", con cadenita y cordón para colgar.<br><br>Job# 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 | 55.75 | 55.75 |
| | 0% Sales Tax | 0.00% | 0.00 |
| Thank you for your business. | | Total | $55.75 |

Reclamaciones sobre facturas

"Cualquier reclamación respecto a los cargos que aparecen en el estado de cuenta mensual y facturas, debe hacerse por escrito dentro de 10 días de facturado. De no hacerse en el término provisto, se entiende que el balance es legal, correcto y aceptado".

Para facturación y/o pagos: accounting@graphicprintingpr.com // accounting2@graphicprintingpr.com

Dirección Postal
PMB 325
35 Juan C. De Borbón #5[illegible]
Guaynabo, P.R. 00969 5375

Dirección Física
Calle 11 NE #300
Puerto Nuevo
San Juan, P.R. 00920

Tel. 787 783 6140
Fax 787 783 5135
E-mail: cotizaciones@graphicprintingpr[illegible]

Graphic
Printing

# SALA DE LOS SECRETARIOS



Bienvenidos a la Sala de los Secretarios del Departamento de Hacienda.

En esta sala se exhiben los retratos pictóricos de los exsecretarios, comenzando con el Intendente Don Alejandro Ramírez quien ocupara el cargo entre el 1813 al 1815, así como documentos históricos que recogen el acervo de Hacienda y la historia económica de Puerto Rico.

En la historia del Departamento de Hacienda se resalta la dedicada gestión de los hombres y mujeres que han dirigido esta importante instrumentalidad pública a través de los años. Desde el 1813, muchos han sido los excelentes servidores públicos que han ocupado la Secretaría. En esta sala encontrarás datos relevantes de cada uno de ellos.

Podrás disfrutar también de un documental institucional que cuenta parte de la historia de la agencia de la cual has sido partícipe. Este valioso instrumento educativo presenta la trayectoria económica reciente del país a través de entrevistas a algunos exsecretarios, quienes en sus testimonios destacan los grandes acontecimientos y aportaciones del Departamento de Hacienda a nuestro país.

# COMSTAT

Print Date: December 13,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R
Product : INSTITUCIONAL
JobNumber : HACIN6R10002 FY 2016 17 OOP
Estimate Description : BANNER EX SECRETARIOS

ID Number: 120117/2016
Issue Date: 12/12/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRINTING - E | ROTULO<br>COLOR: BLANCO Y NEGRO<br>TAMAÑO: 22"w x 18"h<br>MATERIAL: PVC 1/4"<br>CANTIDAD: 1<br>TERMINACION: UNA CADENITA PARA COLGAR | 55.75 | 1.00 | 55.59 |
| MECHANICAL | ARTE FINAL DE ROTULO | 500.00 | 1.00 | 500.00 |
| PRINT-OUT | PRINT-OUT | 20.00 | 1.00 | 20.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 50.00 | 1.00 | 50.00 |
| DIGITAL FILES | PDF HI RES FUL COLOR | 100.00 | 1.00 | 100.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 725.75 |
| Agency Commission | | 9.84 |
| SUBTOTAL | : | 735.59 |
| TOTAL | | 735.59 |
| INCLUDE IVU | | |

[illegible]

[illegible]

[illegible]

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| | | |

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922 1905
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0003-00002186

DEPARTAMENTO DE HACIENDA DE P.R
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140

ATTN MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 0803732016
DATE: 11 24 2016
DUE DATE: 12 24 2016
P.O. N :

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: 2016 EVENTO INFORMATIVO | |
| ANALYTICS | 0 00 |
| SPECIAL SERVICES - E | 12,007.93 |
| AUDIOVISUAL SERVICES | 21,355 09 |
| AUDIOVISUAL SERVICES | 829 56 |
| SPECIAL SERVICES - I | 150.00 |
| MISC. MATERIAL - E | 24 00 |
| MISC MATERIAL - E | 8 00 |
| AGENCY COMMISSION (17.65%) Of 31 226 00 | 5,511 39 |

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] 11/30/16
Firma Fecha

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

TOTAL USD 39,885.97

PAGE 1 of 1

Please remit payment to
BADILLO NAZCA S&S
PO BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de [illegible]
Bank Address [illegible]
Hato Rey, Puerto [illegible]
Account Number [redacted]
ABA Number [illegible]