**Exhibit B**

# PUERTO RICO OFFICE OF THE COMPTROLLER
# CONTRACT DETAIL

# Contract Details

**Exhibit B**

| Entity | Contract Number | Amendment | PCo Number |
|---|---|---|---|
| 1031 \| Departamento de Hacienda | 2017-000126 | | |

| Registered on | Executed on | Effective From | Effective To |
|---|---|---|---|
| 20 Jul 2016 07:03 AM | 05 Jul 2016 | 05 Jul 2016 | 30 Jun 2017 |

| Amount to Pay * | Amount to Receive |
|---|---|
| $700,000.00 | $0.00 |

| Cancelled on | Effective Cancellation on |
|---|---|
| 18 Jan 2017 | 02 Feb 2017 |

| Service Category | Service Type |
|---|---|
| ADVERTISING, REPRESENTATION, OR ARTISTIC SE | ADVERTISING SERVICES |

| Contracting Form | Funds |
|---|---|
| | |

## Contractor

| Name |
|---|
| BADILLO SAATCHI & SAATCHI |

**Privatized Goods or Services**

Yes   No

\* In Contracts registered before July 14, 2021, the Amount to Pay field contains both the Amount to Pay(Disbursements) and the Amount to Receive(Income).

Back