**EXHIBIT A**

**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|---|
| | Party Name Abbreviation | Assured |
| Attorney 1 | • Appearance Method<br>• Name<br>• Email<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance | • **In-Person NY**<br>• **William J. Natbony**<br>• bill.natbony@cwt.com<br>• Cadwalader, Wickersham & Taft LLP<br>• (212) 504 6351<br>• ECF No. 3676 |
| Attorney 2 | • Appearance Method<br>• Name<br>• Email<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance | • **In-Person NY**<br>• **Casey Servais**<br>• casey.servais@cwt.com<br>• Cadwalader, Wickersham & Taft LLP<br>• (212) 504-6193<br>• ECF No. 143 |