UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

ORDER GRANTING PHARMA BIO SERV PR INC.'S MOTION TO EXTEND DEADLINE
TO FILE A RESPONSE TO THE FIVE HUNDRED SEVENTIETH OMNIBUS OBJECTION

Upon consideration of *Motion Requesting Leave to File Claimant's Response to Omnibus Objection Because Inadequate and Incomplete Notice Was Received Late by Claimant After the Established Deadline Had Already Passed* (Docket Entry No. 24631 in Case No. 17-3283) (the "Motion") filed by Pharma Bio Serv PR Inc. ("Movant"), and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under section 306 of PROMESA, 48 U.S.C. § 2166; and venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167; and the court having reviewed the Motion and determined that the legal and factual bases set forth

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

therein establish just cause for the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is hereby granted as set forth herein.

2. Movant's deadline to file its response to the *Five Hundred Seventieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and Puerto Rico Public Buildings Authority to Claims for Which the Debtors Are Not Liable* (Docket Entry No. 24050 in Case No. 17-3283) will be **July 13, 2023**.

3. This Order resolves Docket Entry No. 24631 in Case No. 17-3283.

SO ORDERED.

Dated: June 23, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE