# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY; PUERTO RICO PUBLIC PRIVATE PARTNERSHIP AUTHORITY; and GENERA PR LLC<br><br>Defendants. | Adv. Proc. No. 23-00045-LTS |

**INFORMATIVE MOTION OF SYNCORA GUARANTEE, INC. REGARDING THE JUNE 28, 2023 HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Syncora Guarantee, Inc. ("Syncora") submits this informative motion in response to the Court's *Order Regarding Procedures for June 28, 2023, Hearing* (the "Order," ECF No. 24624)[2] and respectfully states as follows:

2. Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Syncora, will appear in person in the New York Courtroom.

3. Daniel Salinas of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for Syncora, will appear in person in the San Juan Courtroom.

4. Counsel does not intend to speak at the Hearing but reserves its right to be heard on any matter raised by or presented to the Court at the Hearing, and to respond to any statements

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order.

2

made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of Syncora.

5. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

DATED: June 23, 2023

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** */s/ Rafael Escalera* <br>**Rafael Escalera** <br>USDC No. 122609 <br>escalera@reichardescalera.com <br><br>**Sylvia M. Arizmendi** <br>USDC-PR 210714 <br>arizmendis@reichardescalera.com <br><br>**Carlos R. Rivera-Ortiz** <br>USDC-PR 303409 <br>riverac@reichardescalera.com <br><br>255 Ponce de León Avenue <br>MCS Plaza, 10th Floor <br>San Juan, Puerto Rico 00917-1913 | **Susheel Kirpalani** (*pro hac vice*) <br>susheelkirpalani@quinnemanuel.com <br><br>**Daniel Salinas** <br>USDC-PR 224006 <br>danielsalinas@quinnemanuel.com <br><br>**Eric Kay** (*pro hac vice*) <br>erickay@quinnemanuel.com <br><br>**Kate Scherling** (*pro hac vice*) <br>katescherling@quinnemanuel.com <br><br>51 Madison Avenue, 22nd Floor <br>New York, New York 10010-1603 |

*Co-Counsel for Syncora Guarantee, Inc.*

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

              */s/Carlos R. Rivera-Ortiz*
               USDC-PR 303409

# EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | Syncora Guarantee, Inc. | |
|---|---|---|
| Attorney 1 | Appearance Method | In Person/New York Courtroom |
| | Name | **Susheel Kirpalani** |
| | Email | susheelkirpalani@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 212-849-7200 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |
| Attorney 2 | Appearance Method | In Person/San Juan Courtroom |
| | Name | **Daniel Salinas** |
| | Email | danielsalinas@quinnemanuel.com |
| | Law Firm | Quinn Emanuel Urquhart & Sullivan, LLP |
| | Phone Number | 202-905-4668 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 22609 in Case No. 17-3283-LTS |
| | Zoom Screen Name | N/A |