UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO LISTING PRIMARY AMENDMENTS TO TITLE III PLAN OF ADJUSTMENT IN CONNECTION WITH CERTIFICATION OF 2023 PREPA FISCAL PLAN AND JOINT STATUS REPORT CONCERNING CONFIRMATION PROCEEDINGS

        The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan* (Docket Entry No. 24652 in Case No. 17-3283 and Docket Entry No. 3793 in Case No. 17-4780) (the "Informative Motion").

The Court previously set 5:00 p.m. (Atlantic Standard Time) on June 28, 2023, as the deadline for filing a joint status report (the "Status Report") concerning the anticipated impact, if any, of the 2023 PREPA Fiscal Plan on the confirmation proceedings and schedules, and a proposal for any changes that may be anticipated or requested. (See Docket Entry No. 24606 in Case No. 17-3283 and Docket Entry No. 3768 in Case No. 17-4780).

The deadline for filing the Status Report is hereby moved to **2:00 p.m. (Atlantic Standard Time)** on **June 27, 2023**. The Status Report must set forth the parties' respective views on the appropriate timetable and any necessary discovery and other proceedings in advance of a hearing on confirmation of the proposed Third Amended Plan of Adjustment described in the Informative Motion.

The Court will hear comments and argument concerning the proposals in the Status Report (the "Hearing") on **June 28, 2023**, following the hearing on the *Motion for Preliminary Injunction* (Docket Entry No. 2 in Adv. Proc. No. 23-00045). Counsel to parties in interest are directed to register for the Hearing by filing an informative motion in the manner set forth in the Court's *Order Regarding Procedures for June 28, 2023, Hearing* (Docket Entry No. 24624 in Case No. 17-3283 and Docket Entry No. 3779 in Case No. 17-4780) by **5:00 p.m. (Atlantic Standard Time)** on **June 26, 2023**.

SO ORDERED.

Dated: June 24, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge