**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of PUERTO RICO ELECTRIC POWER AUTHORITY; PUERTO RICO PUBLIC PRIVATE PARTNERSHIP AUTHORITY; and GENERA PR LLC<br><br>                                    Defendants. | PROMESA Title III<br><br>Adv. Proc. No. 23-00045-LTS |

**AMENDED INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE JUNE 28, 2023 HEARING**

The Ad Hoc Group of PREPA Bondholders ("**Ad Hoc Group**") submits this amended informative motion in response to the Court's (i) *Order Regarding Procedures for June 28, 2023, Hearing* [Case No. 17-3283, Docket No. 24624; Case No. 17-4780; Docket No. 3779], and (ii) *Order Concerning Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan and Joint Status Report Concerning Confirmation Proceedings* [Case No. 17-3283, Docket No. 24654; Case No. 17-4780; Docket No. 3794] (together, the "**Orders**") setting forth guidelines for parties wishing to be heard at the June 28, 2023 hearing (the "**Hearing**").

1.      Amy Caton, Alice J. Byowitz, Matthew M. Madden, and Gary A. Orseck of Kramer Levin Naftalis & Frankel LLP will appear in person in New York on behalf of the Ad Hoc Group at the Hearing and address the following matters:

- 2 -

a. *Informative Motion of Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan* [Case No. 17-3283, Docket No. 24652; Case No. 17-4780, Docket No. 3793];

b. Joint Status Report to be filed by the Oversight Board; and

c. Any objections, responses, statements, joinders, or replies to any of the foregoing.

2.      Ms. Caton, Ms. Byowitz, Mr. Madden, and Mr. Orseck reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, other interests of the Ad Hoc Group.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 26, 2023.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | **KRAMER LEVIN NAFTALIS &**<br>**FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000 |
| */s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law | */s/ Amy Caton*<br>AMY CATON*<br>MATTHEW M. MADDEN*<br>ALICE J. BYOWITZ*<br>Email: acaton@kramerlevin.com<br>       mmadden@kramerlevin.com<br>       abyowitz@kramerlevin.com |
| */s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law | |
| | *\*Admitted Pro Hac Vice* |
| */s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law | *Counsel for the Ad Hoc Group of PREPA Bondholders* |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | |

- 4 -

**EXHIBIT A**

**EXHIBIT A**

PARTY APPEARANCE SHEET

| Name of Party | | Ad Hoc Group of PREPA Bondholders |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person – New York |
| | Name | Amy Caton |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | acaton@kramerlevin.com |
| | Phone Number | (212) 715-7772 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 2 | Appearance Method | In Person – New York |
| | Name | Alice J. Byowitz |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | abyowitz@kramerlevin.com |
| | Phone Number | (212) 715-9201 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 3 | Appearance Method | In Person – New York |
| | Name | Matthew M. Madden |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | mmadden@kramerlevin.com |
| | Phone Number | (202) 775-4529 |
| | Docket Entry No. of Notice of Appearance | 73 |
| ATTORNEY 4 | Appearance Method | In Person – New York |
| | Name | Gary A. Orseck |
| | Law Firm | Kramer Levin Naftalis & Frankel LLP |
| | Email | gorseck@kramerlevin.com |
| | Phone Number | (202) 775-4504 |
| | Docket Entry No. of Notice of Appearance | 73 |