# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**Court Filing Relates Only to PREPA** |
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>    Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-4780-LTS |

**INFORMATIVE MOTION OF FUEL LINE LENDERS
REGARDING JUNE 28, 2023 CONFIRMATION PROCEEDINGS HEARING**

---

* The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

Pursuant to the Court's *Order Concerning Informative Motion of the Financial Oversight Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan* (Docket No. 3794 in Case No. 17-4780), the Fuel Line Lenders respectfully state as follows:

1. Richard G. Mason and Amy R. Wolf of Wachtell, Lipton, Rosen & Katz will appear in person in the New York Courtroom. The Fuel Line Lenders may seek to be heard in connection with the June 27, 2023 Status Report, as well as on any other matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent they impact the interests of the Fuel Line Lenders in these Title III cases.

Dated: June 26, 2023

Respectfully submitted,

/s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

/s/ Richard G. Mason
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Michael H. Cassel (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
   arwolf@wlrk.com
   eakleinhaus@wlrk.com
   akherring@wlrk.com
   mhcassel@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

**EXHIBIT A**
PARTY APPEARANCE SHEET

| Name of Party | Fuel Line Lenders | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In Person NY |
| | Name | Richard G. Mason |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | rgmason@wlrk.com |
| | Phone Number | 212-403-1252 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ATTORNEY 2 | Appearance Method | In Person NY |
| | Name | Amy R. Wolf |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | arwolf@wlrk.com |
| | Phone Number | 212-403-1245 |
| | Docket Entry No. of Notice of Appearance | Dkt. 84 in Case No. 17-4780 |
| ADDITIONAL ATTORNEY OBSERVATION 1 | Appearance Method | In Person NY |
| | Name | Angela K. Herring |
| | Law Firm | Wachtell, Lipton, Rosen & Katz |
| | Email | akherring@wlrk.com |
| | Phone Number | 212-403-1141 |