# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*, | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,
Plaintiff/Counterclaim-Defendant,

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS, UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO INC., AND SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA,

    Intervenor-Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,

    Defendant/Counterclaim-Plaintiff,

THE AD HOC GROUP OF PREPA BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AND SYNCORA GUARANTEE, INC.,

    Intervenor-Defendants/Counterclaim-Plaintiffs.

## INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING JUNE 28, 2023 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

**PLEASE TAKE NOTICE** that pursuant to the Court's pursuant to the (i) *Order Regarding Procedures for June 28, 2023 Hearing* [Bankruptcy Case No. 17 BK 4780- LTS, ECF No. 3779], and (ii) *Order Concerning Informative Motion of the Financial Oversight and Management Board For Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment*

2

*in Connection with Certification of 2023 Prepa Fiscal Plan and Joint Status Report Concerning Confirmation Proceedings* [Bankruptcy Case No. 17 BK 4780-LTS, ECF No. 3794] (together, the "Orders"), and respectfully states as follows: the PREPA Bond Trustee states as follows:

1. Clark T. Whitmore and Michael C. McCarthy from Maslon LLP will appear via Zoom on behalf of U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, in connection with the June 28 Hearing (the "**Hearing**").

2. The Trustee's legal representatives reserve the right to be heard on any matter raised by any party at the Hearing related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or any matter potentially impacting the interests of the Trustee at the Hearing.

3. The Trustee's Party Appearance Sheet is attached hereto as **Exhibit A**.

4. **RESPECTFULLY SUBMITTED,** this 26th day of June, 2023

**RESPECTFULLY SUBMITTED,**
this 28th day of June, 2023We hereby certify that, on this same date, a true and exact copy of this motion was filed with the Clerk of the Court using the CM/ECF system, which will notify the attorneys of record. .**RIVERA, TULLA AND FERRER, LLC**

By: */s Eric A. Tulla*
Eric A. Tulla, USDC-DPR No. 118313
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784
Email: etulla@riveratulla.com

**MASLON LLP**

By: */s Clark T. Whitmore*
Clark T. Whitmore (admitted *pro hac vice*)
Michael C. McCarthy (admitted *pro hac vice*)
John T. Duffey (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-642-4800
Email: clark.whitmore@maslon.com
　　　　mike.mccarthy@maslon.com
　　　　john.duffey@maslon.com
　　　　jason.reed@maslon.com

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE**

3

PARTY APPEARANCE COVER SHEET

| Name of Party | | U.S. Bank National Association as PREPA Bond Trustee |
|---|---|---|
| Attorney 1 | Appearance Method | Via Zoom |
| | Name | Clark Whitmore |
| | Law Firm | Maslon LLP |
| | Email | Clark.Whitmore@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 68 – Case 17-BK-4780 |
| | Zoom Screen Name | U.S. Bank as PREPA Bond Trustee / Whitmore, Clark / Maslon LLP |
| Attorney 2 | Appearance Method | Via Zoom |
| | Name | Michael McCarthy |
| | Law Firm | Maslon LLP |
| | Email | Mike.McCarthy@maslon.com |
| | Phone Number | 612-672-8200 |
| | Docket Entry No. of Notice of Appearance | ECF No. 3044 – Case 17-BK-4780 |
| | Zoom Screen Name | U.S. Bank as PREPA Bond Trustee / McCarthy, Michael / Maslon LLP |

4