# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

### AMENDED INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE JUNE 28, 2023, HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-2-

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this Amended Informative Motion in compliance with the *Order Regarding Procedures for June 28, 2023, Hearing* (the "Hearing Procedures Order," ECF No. 24624),[2] the *Order Concerning Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection With Certification of 2023 PREPA Fiscal Plan and Joint Status Report Concerning Confirmation Procedures* (the "Status Report Order," ECF No. 24654), and respectfully state as follows:

1. William J. Natbony (bill.natbony@cwt.com) and/or Casey J. Servais (casey.servais@cwt.com) of Cadwalader, Wickersham & Taft LLP will appear in-person in the New York Courtroom[3] and intend to speak on behalf of Assured at the June 28, 2023, Hearing regarding the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection With Certification of 2023 PREPA Fiscal Plan and Joint Status Report Concerning Confirmation Procedures* (ECF No. 24652), the anticipated June 27, 2023 Status Report,[4] and all other related papers.

2. Mr. Natbony and/or Mr. Servais further reserve the right to be heard on any matter raised by any party at the June 28, 2023, Hearing as concerns Assured related to the Title III Cases or the interests of Assured.

3. The required Party Appearance Sheet accompanies this Amended Informative Motion as Exhibit A.

---

[2] "ECF No." refers to documents filed in Case No. 17-03283-LTS, unless otherwise noted.

[3] Capitalized terms used in this Informative Motion but not defined herein shall have the meanings ascribed to them in the Hearing Procedures Order.

[4] As defined in the Status Report Order.

Dated: June 26, 2023
       New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ *Heriberto Burgos Pérez*<br>    Heriberto Burgos Pérez<br>    USDC-PR No. 204,809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR No. 203,114<br>    Diana Pérez-Seda<br>    USDC–PR No. 232,014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Tel.: (787) 756-1400<br>    Fax: (787) 756-1401<br>    E-mail: hburgos@cabprlaw.com<br>             rcasellas@cabprlaw.com<br>             dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.*<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    Casey J. Servais*<br>    William J. Natbony*<br>    Thomas J. Curtin*<br>    200 Liberty Street<br>    New York, New York 10281<br>    Tel.: (212) 504-6000<br>    Fax: (212) 406-6666<br>    Email: howard.hawkins@cwt.com<br>             mark.ellenberg@cwt.com<br>             casey.servais@cwt.com<br>             bill.natbony@cwt.com<br>             thomas.curtin@cwt.com<br><br>* Admitted pro hac vice<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, the 26th day of June, 2023.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice