# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS |

## INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING JUNE 28, 2023 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Concerning Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendments to Title III Plan of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan and Joint Status Report*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Concerning Confirmation Proceedings* [Case No. 17-BK-4780-LTS, ECF No. 3794], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully states as follows:

1. The following parties will appear on behalf of the Oversight Board and PREPA: (i) Martin J. Bienenstock, mbienenstock@proskauer.com; (ii) Margaret A. Dale, mdale@proskauer.com; (iii) Ehud Barak, ebarak@proskauer.com; and (iv) Julia D. Alonzo, jalonzo@proskauer.com of Proskauer Rose LLP.

2. Martin J. Bienenstock, Margaret A. Dale, Ehud Barak, and Julia D. Alonzo reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of the Oversight Board or any of the Debtors in these Title III cases.

[*Remainder of page intentionally left blank*]

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

**WHEREFORE**, the parties respectfully request that the Court take notice of the foregoing.

Dated: June 26, 2023
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Margaret A. Dale
Paul V. Possinger
Ehud Barak
(Admission pro hac vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

**EXHIBIT A**

PARTY APPEARANCE SHEET

**EXHIBIT A**

**PARTY APPEARANCE SHEET**

| Name of Party | Financial Oversight and Management Board for Puerto Rico | |
|---|---|---|
| ATTORNEY 1 | Appearance Method | In-Person / NY |
| | Name | Martin J. Bienenstock |
| | Law Firm | Proskauer Rose LLP |
| | Email | mbienenstock@proskauer.com |
| | Phone Number | 212-969-4530 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| ATTORNEY 2 | Appearance Method | In-Person / NY |
| | Name | Margaret A. Dale |
| | Law Firm | Proskauer Rose LLP |
| | Email | mdale@proskauer.com |
| | Phone Number | 212-969-3315 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 2486 |
| ATTORNEY 3 | Appearance Method | In-Person / NY |
| | Name | Ehud Barak |
| | Law Firm | Proskauer Rose LLP |
| | Email | ebarak@proskauer.com |
| | Phone Number | 212-969-4247 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 90 |
| ATTORNEY 4 | Appearance Method | In-Person / NY |
| | Name | Julia D. Alonzo |
| | Law Firm | Proskauer Rose LLP |
| | Email | jalonzo@proskauer.com |
| | Phone Number | 212-969-4558 |
| | Docket Entry No. of Notice of Appearance | Docket Entry No. 575 |