## Oversight Board's Proposed Confirmation Schedule for October Hearing[1]

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 06/23/2023 | Board filed list of plan amendments and 2023 PREPA Fiscal Plan |
| 06/30/2023 | Board uploads Fiscal Plan model, Legacy Charge model, and factual source material to Plan Depository |
| 07/10/2023 | Deadline for the Debtor to file a supplemental fact witness list and topics about which each witness will testify ("Debtor's Supplemental Fact Witness List"), which should identify all witnesses the parties intend to present at confirmation, including new witnesses (if any) needed based upon the Third Amended Plan.<br><br>Deadline for Debtor to file supplemental expert disclosures on experts expected to proffer opinions, limited to changes to the Third Amended POA ("Debtor's Supplemental Expert Disclosures").<br><br>Board to upload to Plan Depository documents created or relied on in connection with plan amendments other than documents provided with updated expert reports. |
| 07/14/2023 | Board files Third Amended PREPA Plan of Adjustment |
| 07/17/23 | Deadline for all parties to serve supplemental requests for production of additional documents not uploaded by Board, limited to changes in the Third Amended POA ("Supplemental Production Requests"). Parties in interest may serve Supplemental Production Requests only if they have previously filed a timely Discovery Notice. Responses and objections to any Supplemental Production Requests shall be served within seven (7) days of service of each Supplemental Production Request. |

---

[1] The Oversight Board does not believe that resolicitation of the Plan will be necessary, but is examining the point. In the event resolicitation is necessary, the Oversight Board will propose a timeframe for a motion to amend the solicitation procedures order to allow for limited resolicitation.

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 07/20/2023 | Deadline for parties in interest to file a supplemental fact witness list and topics about which each witness is expected to testify (a "Party in Interest's Supplemental Fact Witness List," and together with the Debtor's Supplemental Fact Witness List, the "Supplemental Fact Witness Lists"), which should identify all witnesses the parties intend to present at confirmation, including any new witnesses needed based upon the Third Amended POA.<br><br>Deadline for parties in interest to file supplemental expert disclosures on experts expected to proffer opinions, limited to changes to the Third Amended POA ("Party in Interest's Supplemental Expert Disclosures"). |
| 07/25/2023 | Deadline for all parties to serve supplemental notices of deposition, topics and requested times for depositions limited to changes in the Third Amended POA ("Supplemental Notices of Deposition") (three-hour time limit for each supplemental deposition). |
| 07/25/2023 | Deadline to serve expert reports on opinions, limited to changes in Third Amended POA ("Supplemental Expert Reports") |
| 08/02/2023 | Deadline for all parties to file supplemental rebuttal expert disclosures ("Supplemental Rebuttal Expert Disclosures") |
| 08/15/2023 | Deadline for all parties to file supplemental rebuttal expert reports ("Supplemental Rebuttal Expert Reports") |
| 08/18/2023 | Deadline for the Debtor to file initial proposed confirmation order for the Third Amended POA (the "Proposed Confirmation Order").<br><br>Deadline for completion of supplemental fact discovery (the "Supplemental Fact Discovery Deadline"). |
| 08/31/2023 | Deadline for completion of supplemental expert discovery (the "Supplemental Expert Discovery Deadline"). |
| 09/04/2023 | Labor Day |

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 09/06/2023 | Deadline for parties in interest to file:<br>• Objections to confirmation of the Third Amended Plan ("Plan Objections").<br>• Objections to Proposed Confirmation Order. |
| 09/08/2023 | Deadline for all parties to file supplemental Daubert motions and motions in limine. |
| 09/14/2023 | Deadline for all parties to file finalized witness lists, exhibit lists, and deposition designations.<br>Deadline for all parties to file objections to supplemental Daubert motions and motions *in limine*. |
| 09/15-17/2023 | Rosh Hashanah |
| 09/19/2023 | Deadline for all parties to file counter-designations, objections to deposition designations, or objections to exhibit lists.<br>Deadline for all parties to file replies for Daubert and in limine motions. |
| 09/24-25/2023 | Yom Kippur |
| 09/28/2023 | Deadline for all parties to file objections to counter designations.<br><br>Deadline for Debtor to file:<br>• Memorandum of law in support of confirmation.<br>• Omnibus reply to Plan Objections and objections to the Proposed Confirmation Order.<br>• Witness Declarations.<br>• Vote Tabulation.<br>• Initial proposed findings of fact and conclusions of law ("Proposed Findings of Fact and Conclusions of Law").<br>Deadline for parties in interest to file statements or joinders in support of confirmation of the Plan.<br><br>Deadline for non-Debtor parties to file witness declarations. |

3

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 10/02/2023 | Deadline for parties in interest to file objections to the (i) Vote Tabulation and/or (ii) Proposed Findings of Fact and Conclusions of Law. |
| 10/05/2023 | Deadline for Debtor to reply to objections to the (i) the Vote Tabulation and (ii) Proposed Findings of Fact and Conclusions of Law. |
| Week of 10/02/23 | Virtual hearing on motions in limine / pre-trial conference. |
| 10/09 – 10/20/2023 (at the direction of the Court) | Confirmation Hearing |