## **Proposed Confirmation Schedule for October Hearing**

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 06/23/2023 | Board filed list of plan amendments and 2023 PREPA Fiscal Plan |
| 06/30/2023 | Board uploads Fiscal Plan model, Legacy Charge model, and factual source material to Plan Depository, including but not limited to any LUMA load forecast data or model used to generate inputs for the Fiscal Plan model or the Legacy Charge model, and including data related to fixed cost assumptions. |
| 07/10/2023 | Deadline for the Debtor to file an amended preliminary fact witness list of all fact witnesses expected to testify and topics about which each witness will testify ("Debtor's Amended Preliminary Fact Witness List").<br><br>Deadline for Debtor to file amended expert disclosures on all experts expected to proffer opinions ("Debtor's Amended Expert Disclosures").<br><br>Board to upload to Plan Depository documents created or relied on in connection with plan amendments. |
| 07/14/2023 | Board files Third Amended PREPA Plan of Adjustment |
| 07/19/2023 | Deadline for the Committee to file opposition to *Debtor's Motion* in Limine *to Exclude Evidence Challenging Oversight Board's Certification Determinations* [ECF No. 3581] ("Oversight Board's Motion *in Limine*"). |
| 07/24/2023 | Deadline for the Oversight Board to file reply to the Committee's opposition to the Oversight Board's Motion *in Limine*. |
| Week of 7/24/2023 | Hearing on Oversight Board's Motion *in Limine*. |

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 07/28/2023 | Deadline for all parties to serve supplemental requests for production of additional documents not uploaded by Board ("Supplemental Production Requests"), as well as interrogatories. Parties in interest may serve Supplemental Production Requests or interrogatories only if they have previously filed a timely Discovery Notice. Responses and objections to any Supplemental Production Requests or interrogatories shall be served within seven (7) days of service of each Supplemental Production Request. |
| 07/28/2023 | Deadline for parties in interest to file an amended preliminary fact witness list of all witnesses expected to testify and topics about which each witness is expected to testify (a "Party in Interest's Amended Preliminary Fact Witness List," and together with the Debtor's Amended Preliminary Fact Witness List, the "Amended Preliminary Fact Witness Lists"). <br><br> Deadline for parties in interest to file amended expert disclosures on experts expected to proffer opinions ("Party in Interest's Amended Expert Disclosures"). |
| 08/14/2023 | Deadline to serve opening expert reports ("Expert Reports") |
| 08/21/2023 | Deadline for all parties to file rebuttal expert disclosures ("Rebuttal Expert Disclosures") <br><br> Deadline for the Debtor to file initial proposed confirmation order for the Third Amended POA (the "Proposed Confirmation Order"). |
| 08/25/2023 | Deadline for all parties to serve notices of deposition, topics and requested times for depositions ("Notices of Deposition"). |
| 09/04/2023 | Labor Day |
| 09/11/2023 | Deadline for all parties to file rebuttal expert reports ("Rebuttal Expert Reports") |
| 09/15-17/2023 | Rosh Hashanah |
| 09/29/2023 | Deadline for completion of supplemental fact and expert discovery (the "Supplemental Discovery Deadline"). |

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 09/24-25/2023 | Yom Kippur |
| 10/04/2023 | Deadline for parties in interest to file:<br>- Objections to confirmation of the Third Amended Plan ("Plan Objections").<br>- Objections to Proposed Confirmation Order.<br><br>Deadline for all parties to file supplemental Daubert motions and motions in limine. |
| 10/06/2023 | Deadline for all parties to file finalized witness lists, exhibit lists, and deposition designations.<br>Deadline for all parties to file objections to supplemental Daubert motions and motions *in limine*. |
| 10/13/2023 | Deadline for all parties to file counter-designations, objections to deposition designations, or objections to exhibit lists.<br>Deadline for all parties to file replies for Daubert and in limine motions. |
| 10/20/2023 | Deadline for all parties to file objections to counter designations.<br><br>Deadline for Debtor to file:<br>- Memorandum of law in support of confirmation.<br>- Omnibus reply to Plan Objections and objections to the Proposed Confirmation Order.<br>- Witness Declarations.<br>- Vote Tabulation.<br>- Initial proposed findings of fact and conclusions of law ("Proposed Findings of Fact and Conclusions of Law").<br><br>Deadline for parties in interest to file statements or joinders in support of confirmation of the Plan.<br><br>Deadline for non-Debtor parties to file witness declarations. |

| Revised Proposed PREPA Schedule | Event |
|---|---|
| 10/27/2023 | Deadline for parties in interest to file objections to the (i) Vote Tabulation and/or (ii) Proposed Findings of Fact and Conclusions of Law. |
| 11/01/2023 | Deadline for Debtor to reply to objections to the (i) the Vote Tabulation and (ii) Proposed Findings of Fact and Conclusions of Law. |
| Week of 10/30/2023 | Virtual hearing on motions in limine (except as noted above) / pre-trial conference. |
| 11/06 – 11/17/2023 (at the direction of the Court) | Confirmation Hearing |