# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE**, that the law firm of White & Case LLP and Lydia M Ramos Cruz, Esquire, hereby enter their appearance, through the undersigned counsel, on behalf of GoldenTree Asset Management LP, and pursuant to Rule 9010 of the Federal Rules of Bankruptcy

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight,
Management and Economic Stability Act, 48 U.S.C. § 2170, and very respectfully request that
copies of all notices and pleadings given or required to be given in these proceedings by any party
or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission,
and all papers served or required to be served in these proceedings by any party or their counsel of
record, be given and served upon:

<table>
<tr><td>

Thomas E Lauria
Glenn M. Kurtz
Thomas E. MacWright
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
tlauria@whitecase.com
gkurtz@whitecase.com
tmacwright@whitecase.com

</td><td>

John K. Cunningham
Keith H. Wofford
Michael C. Shepherd
WHITE & CASE LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
jcunningham@whitecase.com
kwofford@whitecase.com
mshepherd@whitecase.com

</td></tr>
</table>

Lydia M. Ramos Cruz
1509 López Landrón Street
American Airlines Building, PH
San Juan, Puerto Rico 00911
Tel.: (787) 508-2525
lramos@ramoscruzlegal.com

2

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of the

Court using the CM/ECF system, which will notify case participants.

Dated:  June 27, 2023
        San Juan, Puerto Rico

WHITE & CASE LLP

/s/ Lydia M. Ramos Cruz
Lydia M. Ramos Cruz
USDC-PR 214104
1509 López Landrón Street
American Airlines Building, PH
San Juan, Puerto Rico 00911
Tel.: (787) 508-2525
lramos@ramoscruzlegal.com

/s/ Thomas E Lauria
Thomas E Lauria (*pro hac vice* admission pending)
Glenn M. Kurtz (*pro hac vice* admission pending)
Thomas E. MacWright
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
tlauria@whitecase.com
gkurtz@whitecase.com
tmacwright@whitecase.com

John K. Cunningham (*pro hac vice* admission pending)
Keith H. Wofford (*pro hac vice* admission pending)
Michael C. Shepherd
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
jcunningham@whitecase.com
kwofford@whitecase.com
mshepherd@whitecase.com

*Co-Counsel for GoldenTree Asset Management LP*

3

**I HEREBY CERTIFY**, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: June 27, 2023
      San Juan, Puerto Rico

                                                      */s/ Lydia M. Ramos Cruz*
                                                      Lydia M. Ramos Cruz
                                                      USDC-PR 214104
                                                      1509 López Landrón Street
                                                      American Airlines Building, PH
                                                      San Juan, Puerto Rico 00911
                                                      Tel.: (787) 508-2525
                                                      lramos@ramoscruzlegal.com

4