# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCINAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCINAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**NOTICE OF GOLDENTREE ASSET MANAGEMENT LP'S INTENT TO PARTICIPATE IN DSICOVERY FOR CONFIRMATION OF PREPA PLAN OF ADJUSTMENT**

GoldenTree Asset Management LP (the "Participant"), on behalf of certain funds and/or accounts managed or advised by the Participant, hereby submits this notice of intent to participate

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

in discovery for confirmation of the *Modified Second Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 3296], as may be amended, modified or supplemented, pursuant to the Court's *Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 3305] and respectfully state as follows:

1. **Participant's contact information and that of its counsel:**

   **Participant's Name:**

   GoldenTree Asset Management LP

   **Participant's Address:**

   c/o White & Case LLP
   1221 Avenue of the Americas
   New York, New York 10020-1095

   **Names, Addresses and Other Contact Information of Counsel:**[2]

   Thomas E Lauria (tlauria@whitecase.com)
   Glenn M. Kurtz (gkurtz@whitecase.com)
   Thomas E. MacWright (tmacwright@whitecase.com)
   White & Case LLP
   1221 Avenue of the Americas
   New York, New York 10020-1095
   Tel.: (212) 819-8200
   Fax: (212) 354-8113

   John K. Cunningham (jcunnigham@whitecase.com)
   Keith Wofford (kwofford@whitecase.com)
   Michael C. Shepherd (mshepherd@whitecase.com)
   White & Case LLP
   200 South Biscayne Boulevard, Suite 4900
   Miami, Florida 33131-2352
   Tel.: (305) 371-2700
   Fax: (305) 358-5744

---

[2] The Participant retained White & Case LLP on June 26, 2023, and Lydia M. Romas Cruz, Esquire, on June 27, 2023, and is promptly filing this notice of its intent to participate in discovery. The Participant is a member of the Ad Hoc Group of PREPA Bondholders, which filed a notice of intent to participate in discovery [ECF No. 3295] on March 1, 2023.

       Lydia M. Ramos Cruz (lramos@ramoscruzlegal.com)
       1509 López Landrón Street
       American Airlines Building, PH
       San Juan, Puerto Rico 00911
       Tel.: (787) 508-2525

**2. Participant's Claim number and the nature of Participant's Claim**

Claim Number: 18449

Nature of Claim: Certain funds and/or accounts managed or advised by the Participant collectively own or control approximately $1.005 billion in aggregate principal amount of the Bonds issued by PREPA.[3]

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

---

[3] This amount does not include approximately $178 million aggregate principal amount of Bonds owned by Syncora Guarantee, Inc., which is owned by funds managed by the Participant.

Dated: San Juan, Puerto Rico
June 27, 2023

WHITE & CASE LLP

*/s/ Lydia M. Ramos Cruz*
Lydia M. Ramos Cruz
USDC-PR 214104
1509 López Landrón Street
American Airlines Building, PH
San Juan, Puerto Rico 00911
Tel.: (787) 508-2525
lramos@ramoscruzlegal.com

*/s/ Thomas E Lauria*
Thomas E Lauria (*pro hac vice* admission pending)
Glenn M. Kurtz (*pro hac vice* admission pending)
Thomas E. MacWright
1221 Avenue of the Americas
New York, New York 10020-1095
Tel.: (212) 819-8200
Fax: (212) 354-8113
tlauria@whitecase.com
gkurtz@whitecase.com
tmacwright@whitecase.com

John K. Cunningham (*pro hac vice* admission pending)
Keith Wofford (*pro hac vice* admission pending)
Michael C. Shepherd
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Tel.: (305) 371-2700
Fax: (305) 358-5744
jcunningham@whitecase.com
kwofford@whitecase.com
mshepherd@whitecase.com

*Co-Counsel for GoldenTree Asset Management LP*