# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCINAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCINAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17-BK-4780-LTS |

**INFORMATIVE MOTION OF GOLDENTREE ASSET
MANAGEMENT LP REGARDING THE JUNE 28, 2023
HEARING REGARDING PROPOSALS IN STATUS REPORT**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. GoldenTree Asset Management LP ("GoldenTree") submits this informative motion in response to the Court's *Order Regarding Informative Motion of the Financial Oversight and Management Board for Puerto Rico Listing Primary Amendment to Title III Plan of Adjustment in Connection with Certification of 2023 PREPA Fiscal Plan and Joint Status Report Concerning Confirmation Proceedings* (ECF No. 24654) and *Order Regarding Procedures for June 28, 2023, Hearing* (ECF No. 24624) (collectively, the "Orders")[2] and respectfully states as follows:

2. Keith Wofford of White & Case LLP, co-counsel for GoldenTree,[3] will appear in person in the New York Courtroom.

3. Thomas E Lauria of White & Case LLP may appear in person in the New York Courtroom.

4. Counsel intends to be heard on any matters raised or presented to the Court at the Hearing, and to respond to any statements made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of GoldenTree.

5. The required Party Attendance Sheet accompanies this Informative Motion as Exhibit A.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Orders, as applicable.

[3] GoldenTree retained White & Case LLP during the evening of June 26, 2023, and is promptly filing this Informative Motion following the retention of co-counsel, Lydia M. Ramos Cruz, Esquire.

DATED: June 27, 2023

Respectfully submitted,

WHITE & CASE LLP

| | |
|---|---|
| */s/ Lydia M. Ramos Cruz* | */s/ Thomas E Lauria* |
| Lydia M. Ramos Cruz | Thomas E Lauria (*pro hac vice* admission pending) |
| USDC-PR 214104 | Glenn M. Kurtz (*pro hac vice* admission pending) |
| 1509 López Landrón Street | Thomas E. MacWright |
| American Airlines Building, PH | 1221 Avenue of the Americas |
| San Juan, Puerto Rico 00911 | New York, New York 10020-1095 |
| Tel.: (787) 508-2525 | Tel.: (212) 819-8200 |
| lramos@ramoscruzlegal.com | Fax: (212) 354-8113 |
| | tlauria@whitecase.com |
| | gkurtz@whitecase.com |
| | tmacwright@whitecase.com |

John K. Cunningham (*pro hac vice* admission pending)
Keith Wofford (*pro hac vice* admission pending)
Michael C. Shepherd
White & Case LLP
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131-2352
Tel.: (305) 371-2700
Fax: (305) 358-5744
jcunningham@whitecase.com
kwofford@whitecase.com
mshepherd@whitecase.com

*Co-Counsel for GoldenTree Asset Management LP*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

               */s/ Lydia M. Ramos Cruz*
               Lydia M. Ramos Cruz
               USDC-PR 214104
               1509 López Landrón Street
               American Airlines Building, PH
               San Juan, Puerto Rico 00911
               Tel.: (787) 508-2525
               lramos@ramoscruzlegal.com

## EXHIBIT A

PARTY APPEARANCE SHEET

| Name of Party | GoldenTree Asset Management LP | |
|---|---|---|
| Attorney 1 | Appearance Method | In Person/New York Courtroom |
| | Name | **Keith Wofford** |
| | Email | kwofford@whitecase.com |
| | Law Firm | White & Case LLP |
| | Phone Number | 305-371-2700 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 3816 |
| | Zoom Screen Name | N/A |
| Attorney 2 | Appearance Method | In Person/New York Courtroom |
| | Name | **Thomas E Lauria** |
| | Email | tlauria@whitecase.com |
| | Law Firm | White & Case LLP |
| | Phone Number | 212-819-8200 |
| | Docket Entry No. of Notice of Appearance | Dkt. No. 3815 |
| | Zoom Screen Name | N/A |