# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 11:48 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**                     DATE: June 28, 2023
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Sadie Herbert / Rebecca Forman (SDNY)

| | |
|---|---|
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> The Commonwealth of Puerto Rico, *et al.*, Debtors | 3:17-BK-3283 (LTS) <br><br> PROMESA Title III <br><br> (Jointly Administered) |
| In Re: <br><br> The Financial Oversight and Management Board for Puerto Rico <br><br> *as representative of* <br><br> Puerto Rico Electric Power Authority, Debtor | 3:17-BK-4780 (LTS) <br><br> PROMESA Title III <br><br> (Jointly Administered) |

| | |
|---|---|
| Unión de Trabajadores de la Industria Eléctrica y Riego, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Puerto Rico Electric Power Authority, *et al.*, <br><br>Defendants. | 3:19-AP-00045 (LTS) <br><br>in 3:17-BK-4780 (LTS) |

**Preliminary Injunction Hearing held.**

     Arguments heard in relation to Motion for Preliminary Injunction [Case No. 23-00045, ECF No. 2]. Matter taken under advisement. Order to be issued.

**PREPA Litigation Schedule in 17-BK-4780 discussed.**

     Housekeeping and scheduling matters discussed. Parties shall meet and confer regarding a reasonable confirmation schedule.

     Arguments heard. Order setting deadlines concerning the plan depository, witness lists, and the PREPA amended plan to be issued.

**Next Scheduled Hearing:**

     Omnibus Hearing set for August 30, 2023, at 9:30 AM (AST) before Judge Laura Taylor Swain.

                                                         s/Carmen Tacoronte
                                                         Carmen Tacoronte
                                                         Courtroom Deputy