UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

ORDER SETTING INTERIM LITIGATION DEADLINES
CONCERNING PROPOSED THIRD AMENDED PLAN OF ADJUSTMENT

Having reviewed the *Joint Status Report of the Financial Oversight and Management Board for Puerto Rico and Other Parties in Interest Regarding Confirmation Schedule* (Docket Entry No. 24675 in Case No. 17-3283 and Docket Entry No. 3808 in Case No. 17-4780) and listened to the statements of counsel at the June 28, 2023, status conference, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

following deadlines shall apply in connection with the *Third Amended Plan of Adjustment of the Puerto Rico Electric Power Authority* (the "Third Amended PREPA Plan of Adjustment"):

| Date | Event |
|---|---|
| 06/30/2023 | Oversight Board uploads Fiscal Plan model, Legacy Charge model, and factual source material to Plan Depository |
| 07/10/2023 | Deadline for the Debtor to file an amended preliminary fact witness list of all fact witnesses expected to testify and topics about which each witness will testify ("Debtor's Amended Preliminary Fact Witness List"). Deadline for Debtor to file amended expert disclosures on all experts expected to proffer opinions ("Debtor's Amended Expert Disclosures"). Oversight Board to upload to Plan Depository documents created or relied upon in connection with plan amendments. |
| 07/12/2023 | Deadline for the Official Committee of Unsecured Creditors (the "Committee") to file, by 5:00 p.m. (Atlantic Standard Time), its opposition (of up to ten pages) to Debtor's *Motion* in Limine *to Exclude Evidence Challenging Oversight Board's Certification Determinations* [ECF No. 3581] ("Oversight Board's Motion *in Limine*"). |
| 07/14/2023 | Deadline for the Oversight Board to file Third Amended PREPA Plan of Adjustment. Deadline for the Oversight Board to file an informative motion concerning its position as to whether approval of an amended or supplemental disclosure statement and re-solicitation is necessary. |
| 07/19/2023 | Deadline for the parties to file joint status report with proposed litigation schedule for confirmation proceedings (including schedule for any necessary litigation concerning amended or supplemental disclosure statement and/or re-solicitation) and a proposed order implementing that proposed schedule and addressing any additional notice requirements or other procedural issues. Deadline for the Oversight Board to file, by 5:00 p.m. (Atlantic Standard Time), a reply of up to five pages to the Committee's opposition to the Oversight Board's Motion *in Limine*. The Court will thereafter take the Oversight Board's Motion *in Limine* on submission. |

SO ORDERED.

Dated: June 28, 2023

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge