# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>Title III<br><br>No. 17-BK03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK4780-LTS |

## MOTION TO WITHDRAW LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

COMES NOW Joshua Rodriguez Rivera as counsel for Syncora Guarantee, Inc. ("Syncora") and very respectfully states and prays as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. As of today, June 28, 2023, I will no longer be an associate at Reichard & Escalera LLC, and thus will no longer be able to continue my representation of Syncora.

2. Syncora is aware of and consents to my withdrawal as counsel.

3. Syncora will continue to be represented in this matter by its current counsel of record and attorneys who have entered appearances on behalf of Syncora.

**WHEREFORE** the undersigned respectfully requests from this Honorable Court leave to withdraw from her representation of Syncora.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this June 28, 2023.

**REICHARD & ESCALERA**
MCS Plaza, Suite 1000
255 Ave. Ponce de León
Hato Rey, PR 00918
P.O. Box 364148
San Juan, PR 00936-4148
Tel: (787) 777-8888/777-8812
Fax: (787) 765-4225

/S/JOSHUA RODRÍGUEZ-RIVERA
U.S.D.C. No. 308601
E-mail: jrodriguez@reichardescalera.com