# EXHIBIT 3

## Power and Utilities M&A Fee Precedents

# Power & Utilities M&A Fee Precedents

- Citi has proposed a success-based fee of $24mm (relevant comparison numbers are Sellside / Total Fee). The fee is to be realized upon a board-approved restructuring of PREPA. Milestone payments may be considered per mutual agreement
- At McKinsey & Company's estimated value range of $4.9bn - $10.6bn[1], the proposed success-based fee reflects approximately 0.23% - 0.49% of total estimated deal value
  - At the low-end of the potential value range, the percentage of deal value (0.49%) is approximately equivalent to the mean of the precedent transactions (0.47%), and at the high-end of the potential value range, the percentage (0.23%) is well below both the mean and median statistics for precedent transactions (0.47% and 0.37% respectively)

| Ann. Date | Target | Acquiror | Buyside Deal Value ($M) | Total Fee ($M) | % of Value | Sellside Deal Value ($M) | Total Fee ($M) | % of Value |
|---|---|---|---|---|---|---|---|---|
| 08/18/17 | Calpine Corp | Calpine Corp SPV | | | | $15,973 | $21.6 | 0.14% |
| 07/19/17 | Avista Corp | Hydro One Ltd | | | | 5,260 | 28.0 | 0.53 |
| 03/07/17 | TerraForm Global Inc | Brookfield Asset Mgmt Inc | | | | 1,094 | 21.1 | 1.93 |
| 03/07/17 | TerraForm Power Inc | Brookfield Asset Mgmt Inc | | | | 4,057 | 37.9 | 0.93 |
| 01/25/17 | WGL Holdings Inc | AltaGas Ltd | | | | 6,584 | 36.0 | 0.55 |
| 08/01/16 | SolarCity Corporation | Tesla Motors Inc | $5,270.0 | $7.0 | 0.13% | 5,270 | 14.4 | 0.27 |
| 06/03/16 | Talen Energy Corp | Riverstone Holdings LLC | 5,200 | 10.0 | 0.19 | 5,200 | 25.0 | 0.48 |
| 05/31/16 | Westar Energy Inc | Great Plains Energy Inc | 12,154 | 27.6 | 0.23 | 12,154 | 30.0 | 0.25 |
| 02/09/16 | Empire District Electric Co | Liberty Utilities Co | | | | 2,369 | 13.7 | 0.58 |
| 02/09/16 | ITC Holdings Corporation | Fortis Inc. | | | | 11,305 | 45.9 | 0.41 |
| 02/01/16 | Questar Corporation | Dominion Resources Inc. | | | | 6,074 | 28.7 | 0.47 |
| 10/26/15 | Piedmont Natural Gas Co Inc | Duke Energy Corp | | | | 6,578 | 24.0 | 0.36 |
| 09/04/15 | TECO Energy Inc | Emera Inc | | | | 10,361 | 34.5 | 0.33 |
| 08/24/15 | AGL Resources Inc | Southern Co | 11,797 | 33.0 | 0.28 | 11,797 | 34.5 | 0.29 |
| 07/20/15 | Vivint Solar Inc | SunEdison Inc | | | | 1,757 | 17.8 | 1.01 |
| 02/25/15 | UIL Holdings Corp | Iberdrola USA Inc | | | | 4,666 | 22.4 | 0.48 |
| 12/03/14 | Hawaiian Electric Industries | NextEra Energy Inc | 4,375 | 16.0 | 0.37 | 4,375 | 30.0 | 0.69 |
| 10/20/14 | Cleco Corp | Investor Group | | | | 4,667 | 29.0 | 0.62 |
| 06/23/14 | Integrys Energy Group Inc | Wisconsin Energy Corp | 9,120 | 22.0 | 0.24 | 9,120 | 18.5 | 0.20 |
| 04/30/14 | Pepco Holdings | Exelon Corporation | | | | 12,186 | 28.9 | 0.24 |
| 12/11/13 | UNS Energy Corp | Fortis Inc | | | | 4,489 | 16.5 | 0.37 |
| 05/29/13 | NV Energy Inc | MidAmerican Energy Holdings Co | | | | 10,366 | 21.0 | 0.20 |
| 07/22/12 | GenOn Energy Inc | NRG Energy Inc | 4,047 | 20.0 | 0.49 | 4,047 | 15.0 | 0.37 |
| 02/21/12 | CH Energy Group Inc | Cascade Acquisition Sub Inc | | | | 1,464 | 6.2 | 0.42 |
| 12/05/11 | Entergy Corp-Elec Transmission | ITC Holdings Corp | 5,575 | 30.0 | 0.54 | | | |
| 06/20/11 | Capital Power Income LP | Atlantic Power Corp | 1,964 | 12.5 | 0.64 | | | |
| 04/28/11 | Constellation Energy Group Inc | Exelon Corp | | | | 11,431 | 43.0 | 0.38 |
| 04/20/11 | DPL Inc | AES Corp | | | | 4,662 | 14.9 | 0.32 |
| 12/15/10 | Dynegy Inc | Icahn Enterprises LP | | | | 2,953 | 23.0 | 0.78 |
| 12/07/10 | Nicor Inc | AGL Resources Inc | 2,983 | 16.0 | 0.54 | 2,983 | 13.0 | 0.44 |
| 10/18/10 | NSTAR Inc | Northeast Utilities | 6,930 | 31.7 | 0.46 | 6,930 | 17.0 | 0.25 |
| 08/13/10 | Dynegy Inc | Blackstone Group LP | | | | 4,953 | 20.0 | 0.40 |
| 04/11/10 | Mirant Corp | RRI Energy Inc | 2,082 | 27.5 | 1.32 | 2,082 | 30.0 | 1.44 |
| 02/11/10 | Allegheny Energy Inc | FirstEnergy Corp | 8,944 | 35.0 | 0.39 | 8,944 | 23.0 | 0.26 |
| 10/26/07 | Puget Energy Inc | Padua Holdings LLC | | | | 6,717 | 15.0 | 0.22 |
| 06/25/07 | Energy East Corp | Iberdrola SA | | | | 8,124 | 17.0 | 0.21 |
| 02/26/07 | TXU Corp | TXU Corp SPV | | | | 44,372 | 50.5 | 0.11 |
| 02/07/07 | Aquila Inc | Great Plains Energy Inc | 2,780 | 13.0 | 0.47 | | | |
| 09/15/06 | LS Power Group | Dynegy Inc | 2,333 | 32.0 | 1.37 | | | |
| 04/25/06 | NorthWestern Corp | Babcock & Brown Infrastructure | | | | 1,972 | 17.2 | 0.87 |
| 02/27/06 | KeySpan Corp | National Grid PLC | | | | 11,872 | 30.4 | 0.26 |
| 05/09/05 | Cinergy Corp | Duke Energy Corp | | | | 14,138 | 24.0 | 0.17 |
| 12/20/04 | Public Svc Enterprise Grp Inc | Exelon Corp | 27,357 | 30.0 | 0.11 | 27,357 | 20.0 | 0.07 |
| **Mean** | | | **$7,057** | **$22.7** | **0.49%** | **$8,223** | **$24.6** | **0.47%** |
| **Median** | | | **5,235** | **24.8** | **0.42** | **6,074** | **23.0** | **0.37** |

Source: Publicly available SEC filings, McKinsey & Company.
Note: Analysis based on deals with transaction values of $1 billion+ since 2004. Excludes deals where only fee available is for a fairness opinion assignment. Fees displayed may reflect multiple advisors. Market Data as of October 31, 2017.
1. Reflects range of total estimated generation, transmission, and distribution reconstruction costs post-Hurricane Maria per a McKinsey & Company October 2017 report.