# EXHIBIT 5

**Citi Memorandum to Board Attaching Updated Power and Utilities M&A Fee Precedents**

| | |
|---|---|
| To: | FOMB / Natalie Jaresko |
| From: | Citi / John Gavin |
| Re: | Citi Advisory Engagement re: PREPA Transformation |
| Date: | November 9, 2020 |

---

On February 13, 2018, per the amendment of the original engagement letter, Citi was retained to act as lead financial advisor in connection with the restructuring and privatization process of PREPA. In the context of this assignment, Citi has committed significant time and resources represented (in summary) by the following:

- 33+ months since start of engagement
- 85+ roundtrips between New York and San Juan
- ~10,000 man hours dedicated to the transformation through November 2020
- 50+ companies proactively contacted by Citi regarding the PREPA T&D RFP
- 10+ relevant stakeholders / advisors along with 20+ PREPA employees provided input and feedback to Confidential Information Memorandum ("CIM")
- 40+ attendees from proponent teams across 3 management presentations held in Puerto Rico
- 16 days dedicated for site visits / in-person diligence meetings held in Puerto Rico hosted for proponents
- 675 responses to diligence questions submitted by proponents
- ~18,000 documents provided to proponents via data room
- 21+ technical / financial diligence calls facilitated between proponents and PREPA and its advisors
- 25+ contract discussion meetings / calls held with proponents
- 50+ briefing presentations / analyses produced by Citi for FOMB and other stakeholders
- ~15 process documents, contracts and whitepapers reviewed, commented and negotiated by Citi
- 5 parties submitted qualifications, 2 parties submitted proposals and 1 preferred proponent selected – all actively engaged by Citi throughout process

Over the course of the engagement, Citi has been critical in all aspects of the process, covering a wide range of responsibilities:

*Interactions with Stakeholders and Participants*
- Provided process status updates and various briefings to keep FOMB apprised of relevant details
- Coordinated constantly across FOMB / Puerto Rico Government principals and advisors
- Met and engaged with wide range of Puerto Rico, federal and industry stakeholders, providing process updates and feedback
- Reached out to a host of companies capable of executing transformation objectives
- Participated in numerous meetings with various stakeholders including U.S. Treasury (including Secretary Mnuchin), FEMA, DOE, NYPA and LIPA
- Served as one of four FOMB / Puerto Rico Government witnesses in the approval process for PREPA's RSA, providing multiple declarations and being deposed by creditors

*Transaction Structuring*
- Solicited market feedback through market sounding exercise on merits and key concerns of a PREPA privatization for both T&D and generation
- Evaluated T&D transaction structures – "Concession" vs. O&M – reflecting feedback from potential market participants and RSA considerations
- Reviewed and summarized LIPA precedent for application to PREPA context with particular focus on responsibilities, governance and oversight

*Transaction Documentation / P3 Process*
- Drafted Request for Qualification ("RFQ") materials, specifically positioning the opportunity and formulating threshold criteria for potential proponents, balancing desire for robust process and ensuring high-quality market participants
- Evaluated RFQ responses, focusing on financial and operational qualifications of proponents
- Drafted Request for Proposal ("RFP") materials, formulating criteria used to evaluate submissions and relative weighting
- Evaluated RFP responses, focusing on financial aspects; highlighted key points of proposal details and negotiated down several financial terms, reducing rate
- impact to Puerto Rico
- Drafted sections of O&M agreement, reviewed and commented on broader O&M agreement, providing necessary industry and market context to broader advisory team
- Reviewed and evaluated all proponent contract comments and advocated for incorporation, where appropriate, to improve probability of execution

*Due Diligence*
- Drafted CIM and constructed financial model, actively working with PREPA and its advisors to accurately describe business / opportunity
- Reviewed white papers authored by other advisors and provided to proponents
- Prepared and conducted Management Presentations held in Puerto Rico; conducted dry runs with PREPA management presenters and provided feedback to improve impact
- Facilitated site visits across Puerto Rico and in-person diligence meetings between proponents and PREPA / other key stakeholders
- Facilitated diligence calls between proponents and PREPA on range of topics
- Organized Q&A process to address proponent diligence questions

Please find enclosed two exhibits for reference. Exhibit 1 has an overview timeline of multiple aspects of the PREPA T&D transformation, within each Citi played a critical role. Exhibit 2 details precedent M&A fees for transactions in the Power & Utilities sector.

The Citi team is available at your convenience to continue discussion, as warranted.

**Exhibit 1: PREPA T&D Process Timeline Overview**

*RFP / Proposal Milestones*
- **January 25, 2019:** P3A shared non-disclosure agreement with bidders
- **February 1, 2019:** CIM finalized and RFP/Term Sheet finalized and approved by Partnership Committee for release to proponents
- **February 15, 2019:** Power Advocate platform online and Q&A process underway
- **October 15, 2019:** Bidders held meeting with PREB to discuss PREB-related matters
- **December 6, 2019:** Bidder A presented proposals to the Partnership Committee in New York City
- **December 6, 2019:** Bidder B presented proposals to the Partnership Committee in New York City
- **December 12, 2019:** Bidder A submitted a letter modifying and clarifying elements of its definitive proposal
- **December 14, 2019:** Bidder B submitted a letter modifying and clarifying elements of its definitive proposal
- **January 11, 2020:** The Partnership Committee selected Bidder A as the preferred proponent and sent notification letters to both bidders
- **January 15, 2020:** P3A and advisors met with Bidder A in New York to discuss final comments; an updated O&M Agreement was submitted to the Partnership Committee

*Meetings in Puerto Rico*
- **April 3, 2019:** Bidder B participated in PREPA management presentations
- **April 4, 2019:** O&M term sheet discussed with Bidder B; Bidder B participated in site visits
- **April 8, 2019:** Bidder C participated in PREPA management presentations
- **April 9, 2019:** Bidder C participated in site visits
- **April 9, 2019:** Bidder A participated in management presentations
- **April 10, 2019:** Bidder A participated in site visits
- **June 10, 2019:** Bidder A participated in site visits and management meetings held covering operational, financial, and regulatory topics
- **June 11, 2019:** Bidder A team members participated in site visits and management meetings held covering operational, financial, and regulatory topics
- **June 12, 2019:** Bidder A team members participated in site visits and management meetings held covering operational, financial, and regulatory topics
- **June 12, 2019:** Bidder B participated in site visits and management meetings held covering operational, financial, and regulatory topics
- **August 8, 2019:** PREPA Legal Risk Management Offices and T&D warehouses hosted site visits from Bidder A risk and insurance teams
- **August 9, 2019**: PREPA Emergency Dispatch and Fleet Management Offices hosted site visits from Bidder A risk and insurance teams
- **October 29, 2019**: Bidder B participated in site visits to call center, control room, and San Juan Power Plant

*Contract Discussions*
- **February 26, 2019:** Term Sheet meeting held with Bidder B
- **February 27, 2019:** Term Sheet meeting held with Bidder A
- **March 4, 2019:** Term Sheet meeting held with Bidder C
- **March 14, 2019:** Initial draft O&M Term Sheet shared with Bidder B, Bidder A, and Bidder C
- **June 25, 2019:** Meeting held with Bidder A to discuss comments on O&M contract
- **July 9, 2019:** Meeting held with Bidder B to discuss comments on O&M contract
- **September 23, 2019:** Conference call held with Bidder A to discuss revised O&M contract
- **September 30, 2019:** Conference call held with Bidder B to discuss revised O&M contract
- **October 7, 2019:** Conference call held with Bidder B to discuss critical issues raised in markup of revised O&M contract
- **October 10, 2019:** Meetings held with Bidders to discuss bidder markup of the O&M contract
- **November 11, 2019:** Conference call held with Bidder B to discuss revised O&M contract
- **December 3-4, 2019:** Meetings with bidders held to discuss questions and comments regarding the revised O&M contract
- **December 11, 2019:** Meeting held between P3A and Bidder A to discuss final markup of O&M agreement
- **December 19, 2019:** P3A and the FOMB submitted follow up questions to proponents
- **December 20, 2019:** Bidder A and Bidder B submitted responses to follow up questions
- **December 24, 2019:** P3A submitted additional follow up questions to Bidder A
- **December 26, 2019:** Bidder A submitted responses to additional follow up questions
- **January 15, 2020:** In person discussion in New York
- **January 30, 2020:** Title III discussion with Bidder A
- **February 13, 2020:** Bidder A contract clarification discussion
- **March 12, 2020:** Bidder A contract negotiations

*Diligence Calls*
- **March 18, 2019:** Financial model review with Bidder C
- **June 12, 2019:** Financial due diligence sessions held with Bidder A
- **June 13, 2019:** Financial due diligence sessions held with Bidder B
- **September 5, 2019:** Due diligence call held with Bidder A to discuss generation matters and demarcation work performed to date
- **September 5, 2019:** Due diligence call held with Bidder B to discuss generation matters and demarcation work performed to date
- **September 12, 2019:** Federal funding due diligence meetings held with bidders
- **October 10, 2019:** Discussion held with Bidder A to discuss generation demarcation
- **October 10, 2019:** Discussion held with Bidder B to discuss generation demarcation
- **October 10, 2019:** Conference call held with Bidder B to discuss questions regarding the 10-year Reliability Capex plan
- **October 10, 2019:** Conference call held with Bidder A to discuss questions regarding the 10-year Reliability Capex plan
- **October 14, 2019:** Conference calls held with Bidder B to discuss labor matters Title III CBAs
- **October 14, 2019:** Conference calls held with Bidder A to discuss labor matters Title III CBAs

**Exhibit 2: Power & Utilities M&A Fee Precedents**

| Ann. Date | Target | Acquirer | Buyside Deal Value ($M) | Buyside Total Fee ($M) | Buyside % of Value | Sellside Deal Value ($M) | Sellside Total Fee ($M) | Sellside % of Value |
|---|---|---|---|---|---|---|---|---|
| 06/03/19 | El Paso Electric Co | Infrastructure Investments Fund | | | | $5,866 | $25.7 | 0.44% |
| 10/18/18 | InfraREIT | Oncor Electric Delivery Company | | | | 1,275 | 13.8 | 1.08 |
| 04/23/18 | Vectren Corp | CenterPoint Energy Inc | | | | 8,089 | 32.3 | 0.40 |
| 01/03/18 | SCANA Corp | Dominion Energy Inc | | | | 14,220 | 41.0 | 0.29 |
| 10/30/17 | Dynegy Inc | Vistra Energy Corp | 10,223 | 19.0 | 0.19 | 10,223 | 39.0 | 0.38 |
| 08/18/17 | Calpine Corp | Calpine Corp SPV | | | | 15,650 | 21.6 | 0.14 |
| 07/19/17 | Avista Corp | Hydro One Ltd | | | | 5,263 | 28.0 | 0.53 |
| 03/07/17 | TerraForm Global Inc | Brookfield Asset Mgmt Inc | | | | 1,094 | 21.1 | 1.93 |
| 03/07/17 | TerraForm Power Inc | Brookfield Asset Mgmt Inc | | | | 4,057 | 37.9 | 0.93 |
| 01/25/17 | WGL Holdings Inc | AltaGas Ltd | | | | 6,584 | 36.0 | 0.55 |
| 08/01/16 | SolarCity Corporation | Tesla Motors Inc | 5,270 | 7.0 | 0.13 | 5,270 | 14.4 | 0.27 |
| 06/03/16 | Talen Energy Corp | Riverstone Holdings LLC | 5,200 | 10.0 | 0.19 | 5,200 | 25.0 | 0.48 |
| 05/31/16 | Westar Energy Inc | Great Plains Energy Inc | 12,154 | 27.6 | 0.23 | 12,154 | 30.0 | 0.25 |
| 02/09/16 | Empire District Electric Co | Liberty Utilities Co | | | | 2,369 | 13.7 | 0.58 |
| 02/09/16 | ITC Holdings Corporation | Fortis Inc. | | | | 11,305 | 45.9 | 0.41 |
| 02/01/16 | Questar Corporation | Dominion Resources Inc. | | | | 6,068 | 28.7 | 0.47 |
| 10/26/15 | Piedmont Natural Gas Co Inc | Duke Energy Corp | | | | 6,578 | 24.0 | 0.36 |
| 09/04/15 | TECO Energy Inc | Emera Inc | | | | 10,361 | 34.5 | 0.33 |
| 08/24/15 | AGL Resources Inc | Southern Co | 11,797 | 33.0 | 0.28 | 11,797 | 34.5 | 0.29 |
| 07/20/15 | Vivint Solar Inc | SunEdison Inc | | | | 1,757 | 17.8 | 1.01 |
| 02/25/15 | UIL Holdings Corp | Iberdrola USA Inc | | | | 4,666 | 22.4 | 0.48 |
| 12/03/14 | Hawaiian Electric Industries | NextEra Energy Inc | 4,375 | 16.0 | 0.37 | 4,375 | 30.0 | 0.69 |
| 10/20/14 | Cleco Corp | Investor Group | | | | 4,667 | 29.0 | 0.62 |
| 06/23/14 | Integrys Energy Group Inc | Wisconsin Energy Corp | 9,120 | 22.0 | 0.24 | 9,120 | 18.5 | 0.20 |
| 04/30/14 | Pepco Holdings | Exelon Corporation | | | | 12,186 | 28.9 | 0.24 |
| 12/11/13 | UNS Energy Corp | Fortis Inc | | | | 4,489 | 16.5 | 0.37 |
| 05/29/13 | NV Energy Inc | MidAmerican Energy Holdings Co | | | | 10,366 | 21.0 | 0.20 |
| 07/22/12 | GenOn Energy Inc | NRG Energy Inc | 4,047 | 20.0 | 0.49 | 4,047 | 15.0 | 0.37 |
| 02/21/12 | CH Energy Group Inc | Cascade Acquisition Sub Inc | | | | 1,464 | 6.2 | 0.42 |
| 12/05/11 | Entergy Corp-Elec Transmission | ITC Holdings Corp | 5,575 | 30.0 | 0.54 | | | |
| 06/20/11 | Capital Power Income LP | Atlantic Power Corp | 1,964 | 12.5 | 0.64 | | | |
| 04/28/11 | Constellation Energy Group Inc | Exelon Corp | | | | 11,431 | 43.0 | 0.38 |
| 04/20/11 | DPL Inc | AES Corp | | | | 4,662 | 14.9 | 0.32 |
| 12/15/10 | Dynegy Inc | Icahn Enterprises LP | | | | 2,953 | 23.0 | 0.78 |
| 12/07/10 | Nicor Inc | AGL Resources Inc | 2,983 | 16.0 | 0.54 | 2,983 | 13.0 | 0.44 |
| 10/18/10 | NSTAR Inc | Northeast Utilities | 6,930 | 31.7 | 0.46 | 6,930 | 17.0 | 0.25 |
| 08/13/10 | Dynegy Inc | Blackstone Group LP | | | | 4,953 | 20.0 | 0.40 |
| 04/11/10 | Mirant Corp | RRI Energy Inc | 2,082 | 27.5 | 1.32 | 2,082 | 30.0 | 1.44 |
| 02/11/10 | Allegheny Energy Inc | FirstEnergy Corp | 8,944 | 35.0 | 0.39 | 8,944 | 23.0 | 0.26 |
| 10/26/07 | Puget Energy Inc | Padua Holdings LLC | | | | 6,717 | 15.0 | 0.22 |
| 06/25/07 | Energy East Corp | Iberdrola SA | | | | 8,124 | 17.0 | 0.21 |
| 02/26/07 | TXU Corp | TXU Corp SPV | | | | 44,372 | 50.5 | 0.11 |
| 02/07/07 | Aquila Inc | Great Plains Energy Inc | 2,780 | 13.0 | 0.47 | | | |
| 09/15/06 | LS Power Group | Dynegy Inc | 2,333 | 32.0 | 1.37 | | | |
| 04/25/06 | NorthWestern Corp | Babcock & Brown Infrastructure | | | | 1,972 | 17.2 | 0.87 |
| 02/27/06 | KeySpan Corp | National Grid PLC | | | | 11,872 | 30.4 | 0.26 |
| 05/09/05 | Cinergy Corp | Duke Energy Corp | | | | 14,138 | 24.0 | 0.17 |
| 12/20/04 | Public Svc Enterprise Grp Inc | Exelon Corp | 27,357 | 30.0 | 0.11 | 27,357 | 20.0 | 0.07 |
| | | **Mean** | $7,243 | $22.5 | 0.47% | $8,183 | $25.2 | 0.47% |
| | | **Median** | 5,270 | 22.0 | 0.39 | 6,323 | 23.5 | 0.38 |

*Source: Publicly available SEC filings.*
*Note: Analysis based on deals with transaction values of $1 billion+ since 2004. Excludes deals where only fee available is for a fairness opinion assignment. Fees displayed may reflect multiple advisors.*