Estimated Hearing Date: To be determined by the Court
Objection Deadline: To be determined by the Court

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

# BELFOR USA GROUP, INC., dba BELFOR PROPERTY RESTORATION'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ECF 24589

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Estimated Hearing Date: To be determined by the Court
Objection Deadline: To be determined by the Court

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

COMES NOW, **BELFOR USA GROUP, INC., dba "BELFOR PROPERTY RESTORATION"),** represented by the undersigned attorneys, and very respectfully avers and prays as follows:

1. BELFOR USA GROUP, INC. ("BELFOR") respectfully prays for an extension of time of thirty (30) days, lapsing on July 30, 2023, to file its reply to the Financial Oversight and Management Board for Puerto Rico's ("Board") objection at ECF 24589 to the motion for payment of administrative claim filed by BELFOR.

2. The parties were having extrajudicial conversations on the matter and no response was received by BELFOR until the filing by the Board of its objection, without any prior communication to BELFOR, after the Board had requested several extensions of time to address the claim.

3. The instant request will not unduly cause prejudice or cause unjustified delay in this matter.

## **NOTICE**

5. Notice has hereby been served by CM/EF and on the Master Service List posted on the website of the Debtors' claims and noticing agent, by e-mail.

6. No prior request for the relief sought herein has been made to this Court or to any other Court.

WHEREFORE, BELFOR PROPERTY RESTORATION respectfully prays that this Honorable Court grant it until July 30, 2023, to file its reply to the Financial Oversight and Management Board for Puerto Rico's ("Board") objection at ECF 24589 to the motion for payment of administrative claim filed by BELFOR, with any other relief in its favor the Court deems proper.

Estimated Hearing Date: To be determined by the Court
Objection Deadline: To be determined by the Court

RESPECTFULLY SUBMITTED.

Dated: June 30, 2023

Respectfully submitted,

REICHARD & ESCALERA, LLC

*/s/ Fernando Van Derdys*
Fernando Van Derdys, Esq.
USDC-PR 201913
fvander@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, PR 00917-1913
Telephone: (787) 777-8888