Gualberto "Wally" Santiago, RHU  
Caguas Norte  
Quebec #AH-11  
Caguas, PR 00725

RECEIVED AND ~~FILED~~
CLERK'S OFFICE USDC PR
2023 JUN 21 PM 3:49

6/10/23

Puerto Rico Federal Bankruptcy Court  
Attn. Laura Taylor-Swain, Presiding Judge  
140 Carlos Chardon Ave.  
San Juan, PR 00918

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 30 PM 2:22

Re: Power Increase, LUMA/AEE Acct. #7252042045

Dear Judge:

*Please stop the increase.* The record will show my account is current as it always has always been. But the record will not show how difficult it has been. <u>We as citizens cannot absorb anymore of these increases.</u> These increases all have a domino effect.

Respectfully, let's have all elected & appointed politicians w/in the last (25) years pay this debt w/ their own pensions, after all they approved all this debacle, or let's have all these junk bond holders assume the risk and loses they knew they were getting into...

Very respectfully & truly,

*Gualberto Santiago*