SAN JUAN PR 009
29 JUN 2023 PM 2 L

US District Court
attn: Clerk's Office
Laura Taylor, Judge
Rm. 150 Federal Bldg.
San Juan, PR 00918 /767

Hualberto J Top.
Quebec # AH-11
Caguas, PR 00725

Confidential

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUN 30 PM 2:22