# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On June 23, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**, to be served via first class mail on the ADR CW Notice Parties Service List attached hereto as **Exhibit B**.

On June 23, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit C**, to be served via first class mail on the ADR ERS Notice Parties Service List attached hereto as **Exhibit D**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On June 23, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit E**, to be served via first class mail on the ADR HTA Notice Parties Service List attached hereto as **Exhibit F**.

Dated: June 28, 2023

/s/ *Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 28, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 70746

## **Exhibit A**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>                 Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

---

Service Date: **Friday, June 23, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
### RESPONSE DEADLINE: Monday, July 17, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll</u> <u>free for</u> <u>U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Commonwealth of Puerto Rico's Title III case.  The Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in *Thirty-First Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 24063], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully.  The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below.  Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.              : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **<u>REQUESTS FOR INFORMATION AND DOCUMENTS</u>** |

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**<u>RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, JULY 17, 2023</u>**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]


[Signature of the Designated Claimant's Authorized Representative]

By: _____
[Printed Name]

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS

Fecha de Servicio: **viernes, 23 de junio**

Reclamante(s) designado(s):

Dirección:


Número(s) de reclamo(s) designado(s):

Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:

## FECHA LÍMITE DE RESPUESTA: lunes, 17 de julio de 2023

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III del Estado Libre Asociado de Puerto Rico.  El Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Trigésimo Primer Aviso de Transferencia de Reclamos a Resolución Alternativa de Disputas* [ECF Núm. 24063], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022.  **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm.           : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

---

**Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.**

DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO

**SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS**

---

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA LUNES, 17 DE JULIO DE 2023 A LA SIGUIENTE DIRECCIÓN</u>:**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
      [Nombre en letra de molde]


[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
      [Nombre en letra de molde]

**<u>Exhibit B</u>**

Exhibit B

ADR CW Notice Parties Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 3055972 | Albino Gonzales, Juan A. | Captial Center Building, South Tower, Suite 702, 239 Artenial Hosto Ave, Hato Rey | San Juan | PR | 00918 |
| 2938592 | Alonso Fuentes, Maria Elena | Jorge L. Guerrero Calderon, USDCPR 116806, 301 Calle Recinto Sur, Suite 502 | San Juan | PR | 00901 |
| 3018671 | Ana Bosch Velez, Zwinda S. Ferreras Bosch y Angel Jose Farras Bosch | LDO JUAN CORCHADO JUARBE, AVENIDA BETANCES I-2 HERMANAS DAVILA | BAYAMON | PR | 00959 |
| 2829434 | ARROYO MORALES, ORLANDO | JULIO E GIL DE LA MADRID, A-11 CALLE GRANADA REPARTO ALHAMBRA | BAYAMON | PR | 00957 |
| 17643 | AULET RIVERA, NILDA R | COND. VEREDAS DE VENUS, 800 CALLE PIEDRAS NEGRAS, APTO 5208 | SAN JUAN | PR | 00926-4738 |
| 3395798 | Banchs Vinas, Enith A. | 1972 Jose Fidalgo Diaz, Urb. Caldas | San Juan | PR | 00926 |
| 3395853 | Banchs Vinas, Enith A. | PMB 658 Ave. Winston Churchill 138 | San Juan | PR | 00926 |
| 3038320 | Camarero Rivera, Maria Del Carmen | Bufete Quinones Vargas & Asoc., Damaris Quinones Vargas, PO Box 429 | Cabo Rojo | PR | 00623 |
| 3028408 | Camarero Rivera, Maria Del Carmen | Calle India BD 19 Urb. Santa Juanita | Bayamon | PR | 00956 |
| 3514461 | Carrera Montalvo, Raul | P.O. Box 194211 | San Juan | PR | 00919 |
| 3897506 | Carrera Montalvo, Raul | Burgos Perez CSP, 870 Calle Baldorioty de CAstro | San Juan | PR | 00925 |
| 2907864 | CORDERO JAVIER, CRISTINA | C/O LCDO. MIGUEL A. OLMEDO OTERO, PMB 914, 138 WINSTON CHURCHILL AVE | SAN JUAN | PR | 00926 |
| 3442915 | Delgado Perez, Alma R. | Urb. Santa Rita 3, 1522 Calle Santa Clara | Coto Laurel | PR | 00780-2513 |
| 424555 | DIAZ TORRES, IRIS N. | PO BOX 433 | BAYAMON | PR | 00960 |
| 3027159 | Drullard Alonso, Joselyn | PO Box 55338 | Bayamon | PR | 00960-5338 |
| 2992437 | ECHEVARRIA CORCHADO, ANGEL | RAMONITA DIEPPA GONZALEZ, ESQ., URB. ROOSEVELT, 478 CALLE JOSE CANALS STE. 1A | San Juan | PR | 00918 |
| 3971509 | FELICIANO MEDINA, MIGUEL | HC-01, BOX 9097 | PENUELAS | PR | 00624 |
| 156009 | FELICIANO RAMOS, MICHELLE MARIE | URB BONEVILLE HEIGHTS, 18 CALLE LAJAS | CAGUAS | PR | 00727-4919 |
| 2830594 | GARCIA ROSARIO, BRENDA | HAROLD J. RIVERA VAZQUEZ, 750 CALLE PIEDRAS NEGRAS #2, PORTICOS DE VENUS | SAN JUAN | PR | 00926 |
| 2908722 | Gomez Ramirez, Gloria y Otros | LCDO. Miguel A. Olmedo Otero, PMB 914 #138 Winston Churchill Ave | San Juan | PR | 00926 |
| 3580990 | Gonzalez Roman, Abimarl J | HC-01 4602 | lares | PR | 00669 |
| 3102216 | GUILLEMO-SANCHEZ, JAVIER ALBERTO | URBANIZACION LAS CASCADAS 1, 1544 AGUAS TIBIAS | TOA ALTA | PR | 00953 |
| 3102841 | GUILLERMO MOLINA, JAVIER MIGUEL | URB. LAS CASCADAS 1, 1544 AGUAS TIBIAS | TOA ALTA | PR | 00953 |
| 4068728 | Guillermo, Negron Stgo. representing minor S.N.A. | Juan C. Rodriguez Lopez-DTE, 4024 Calle Aurora | Ponce | PR | 00717-1513 |
| 4134286 | Guillermo, Negron Stgo. representing minor S.N.A. | PO Box 7498 | Ponce | PR | 00732 |
| 455819 | Guzman Arizmendi, Manuel | PO Box 367787 | San Juan | PR | 00936-7787 |
| 418949 | HERNÁNDEZ DE JESÚS, ABEL | DEMANDANTE: LUIS G. RIVERA LEON, DEMANDANTE: PMB 161 LA CUMBRE 273, SIERRA MORENA | SAN JUAN | PR | 00926-5575 |
| 133925 | LEON GIRAU, LUIS | LCDO. MANUEL PORRO VIZCARRA, CAPARRA HEIGHTS, 382 AVE ESCORIAL | SAN JUAN | PR | 00920 |
| 2830967 | LÓPEZ COTTO, MYRIAM | LUIS M. BARNECET VÉLEZ, URB SAN ANTONIO 1744 CALLE DONCELLA | PONCE | PR | 00728-1624 |
| 3022562 | Lopez Ortiz, Bamily | PO Box 635 | Rio Grande | PR | 00745 |
| 2950370 | Maritza Torres Cruz y Carlos R. Torres García | PO Box 652 | Vieques | PR | 00765 |
| 3340987 | MASSA PEREZ, MARIA M. | CALLE LAS MARÍAS B-25, URB. VISTAMAR | CAROLINA | PR | 00983 |
| 3965085 | MATOS JIMENEZ, YANIRA | SANTA JUANITA SEC 6, BD 32 CALLE INDIA | BAYAMON | PR | 00956 |
| 3965227 | MATOS JIMENEZ, YANIRA | 25 43 BLOQUE 3 | BAY | PR | 00956 |
| 2831335 | MENDEZ COLON, HARILEEN | RAMONITA DIEPPA GONZÁLEZ, URB. ROOSEVELT 478 CALLE JOSÉ, CANALS STE. 1A | SAN JUAN | PR | 00918 |
| 3224519 | Menendez Sepulveda, Jorge | Villa El Encanto, Calle 5 I 26 | Juana Díaz | PR | 00757 |
| 3088772 | Miranda Velez, Sandra | LCDO. Hector A. Cortes Babilonia, PO Box 896 | Arecibo | PR | 00613 |
| 3732659 | Molina Echevarria, Moises | HC 03 Box 33740 | Hatillo | PR | 00659-9611 |
| 1671552 | Murray-Soto, Luisa | River Glance de Caguas, 3 Carr 784 Apt 3201 | Caguas | PR | 00727 |
| 2831549 | NOVAS BEATO, JEFFREY | OLMEDO LAW OFFICES PSC, MIGUEL A. OLMEDO, PMB 914 AVE. WINSTON CHURCHILL #138 | SAN JUAN | PR | 00926 |
| 2831612 | OCASIO BRAVO, RODOLFO G | PMB 188 NÚM. 5900 AVE. ISLA VERDE | CAROLINA | PR | 00979-4901 |
| 3214789 | Ortiz Sanabria, Luis M. | Lcdo. Fermin Arraiza Navas, P.O. Box 194876 | San Juan | PR | 00919-4876 |
| 3033205 | Osorio-Collazon, Holvin | Landron Vera. LLC, Luis A. Rodriguez Muñoz, Esq., 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 2919487 | P.R. AGRO-TERRA INTERNATIONAL | LUIS P. COSTAS ELENA, ATTORNEY, URB SANTA MARIA, 34 ORQUIDEA | SAN JUAN | PR | 00927 |
| 3148438 | Padilla Velez, Jesus | PO Box 1768 | Cabo Rojo | PR | 00623 |
| 2964850 | PAGAN RIVERA , MARIA | C/O LCDO. RAMON E. SEGARRA BERRIOS, P.O. BOX 9023853 | SAN JUAN | PR | 00902-3853 |
| 3043381 | RAMOS SANTIAGO, ETS. AL, XAVIER J | CALLE ESTEBAN PADILLA 60E, (ALTOS) | BAYAMON | PR | 00959 |
| 3652319 | REYES CABRERA, HILDA B | URB MONTESORIA II, 101 CALLE CORAL | AGUIRRE | PR | 00704 |

Exhibit B
ADR CW Notice Parties Service List
Served via First Class Mail

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2925571 | Reyes Falcon, Marisol | Ramon E. Segarra Berrios, PO Box 9023853 | San Juan | PR | 00902-3853 |
| 4132997 | RIVERA DIAZ, MIGUEL A. | RR 02 Buzon 6045 | Manati | PR | 00674 |
| 2837641 | RIVERA DIAZ, MIGUEL A. | INSTITUCIÓN PONCE PRINCIPAL FASE 3:, 3793 PONCE BY PASS ANEXO A 33,SI | PONCE | PR | 00728-1504 |
| 22881 | RIVERA JIMENEZ, BENJAMIN | P O BOX 2070 | AGUADILLA | PR | 00603 |
| 3058757 | RIVERA JIMENEZ, BENJAMIN | PO Box 2070 | Aguadilla | PR | 00605 |
| 3030380 | Rodriguez Deynes, Victor | Landron Vera. LLC, Luis A. Rodriguez Muñoz, Esq., 1606 Avenida Ponce De Leon, Suite 501 | San Juan | PR | 00909 |
| 6041 | RODRIGUEZ MADERA, ALEXANDER | LAVINIA APARICIO LÓPEZ, CONDOMINIO LOS CEDROS 1687 AMARILLO ST. SUITE 6202 | SAN JUAN | PR | 00926 |
| 2832366 | RODRIGUEZ ROSARIO, WALESKA | HÉCTOR CORTÉS BABILONIA, PO BOX 896 | ARECIBO | PR | 00613 |
| 3092246 | Semprit Otero, Carmen Judith, por si y en represtacion de su hija menor G.M.A.S | Juan Corchado Juarbe, I-2 Ave Betances, Urb.Hermanas Davila | Bayamon | PR | 00951 |
| 2995424 | SHEILA MUÑOZ RODRIGUEZ, ET. ALS. | LCDA. MICHELE SILVA MARRERO, 20 AVE. LUIS MUÑOZ MARIN PMB 263 | CAGUAS | PR | 00725-1956 |
| 3085168 | TORRES PAGAN, MARIA DE LOS A. | CARLOS J. RIVERA RUIZ, 2905 AVE. EMILIO FAGOT | PONCE | PR | 00716-3613 |
| 3554371 | Torres Rosa, Melvin | Urb. Valle Bello Chalets, A5 Calle 1 | Bayamon | PR | 00956 |
| 2910195 | TORRES TORRES, YERALIS MARIE Y OTROS | LCDO. MIGUEL A. OLMEDO OTERO, PMB 914, #138 WINSTON CHURCHILL AVE | SAN JUAN | PR | 00926 |
| 3170759 | Waleska Vega es tutor de Linette Correa and as inheritor of Linette Correa | Glenn Carl James, Esq., PMB 501, 1353 Ave Luis Vigoreaux | Guaynabo | PR | 00966-2700 |

**<u>Exhibit C</u>**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
|     as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: **Friday, June 23, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Monday, July 17, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

---

**If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

---

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case. Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Thirty-First Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 24063], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] and the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

2

**Information Request**.  Debtor requests that you provide the following related to Designated Claim No.          : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| **Please attach to this form your written responses to the requests for information and the requested documentation.** |
| --- |
| YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |
| |

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim.  You **MUST** send all such information and documentation to Alvarez and Marsal.*

**<u>RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, JULY 17, 2023</u>**

**Alvarez and Marsa**l
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: **viernes, 23 de junio**
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
## FECHA LÍMITE DE RESPUESTA: lunes, 17 de julio de 2023

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

> **Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**
>
> **Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Trigésimo Primer Aviso de Transferencia de Reclamos a Resolución Alternativa de Disputas* [ECF Núm. 24063], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF Núm. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022.  **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. .             : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

> *Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL 17 DE JULIO DE 2023 A LA SIGUIENTE DIRECCIÓN</u>:**

Alvarez and Marsal
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661


[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**[Nota: Agregue líneas adicionales para la firma
según sea necesario.]**

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit D</u>**

Exhibit D

ADR ERS Notice Parties Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4038988 | LEON CARTAGENA, MARIA W | URB MANSIONES DE COAMO B17  BOX 504 | COAMO | PR | 00769 |
| 3390746 | RIVERA, MIRTA JULIA | URB. SANTA MARIA CALLE NAZARET 7835 | PONCE | PR | 00717-1005 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit E</u>**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
|     as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
|     Debtors.[1] | |

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION REQUEST

Service Date: **Friday, June 23, 2023**
Designated Claimant(s):
Address:


Designated Claim Number(s):
Amount(s) Stated in Proof(s) of Claim:
## RESPONSE DEADLINE: Monday, July 17, 2023

> **This Information Request <u>only</u> applies to the Designated Claim Number listed above. You should read the Notice carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult one.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "<u>Debtors</u>") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> **If you have any questions, please contact <u>Kroll at (844) 822-9231 (toll <u>free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)</u>, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**Why am I receiving this Information Request?** You have filed the claim(s) referenced above (which is referred to in this Notice as the "Designated Claim(s)") in the Puerto Rico Highway and Transportation Authority's Title III case. The Puerto Rico Highway and Transportation Authority (the "<u>Debtor</u>") submitted the Designated Claim in the Title III case to alternative dispute resolution in the *Thirty-First Notice of Transfer of Claims to Alternative Dispute Resolution* [ECF No. 24063], pursuant to the procedures (the "<u>ADR Procedures</u>") established by the ***Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief***, entered by the United States District Court for the District of Puerto Rico (the "<u>Title III Court</u>") on April 1, 2020 [ECF No. 12576-1] the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113-1] entered by the Title III Court on December 20, 2022. **Please review the ADR Procedures carefully. The ADR Procedures are available online at https://cases.ra.kroll.com/puertorico/.**

An **Information Request** is included below. Pursuant to the ADR Procedures, Debtor is requesting additional documentation and information related to the Designated Claim. You must respond to the Information Request providing the requested documentation and information by the date identified as the Response Deadline. *See* Section 2(f) of the ADR Procedures.

**You Must Respond to This Information Request. You must return this Information Request to Alvarez and Marsal with the requested documentation and information by no later than the Response Deadline listed above.**

**Information Request.**  Debtor requests that you provide the following related to Designated Claim No. .            : any documents responsive to the requests for documents, written responses to the requests for information, and any documents you possess supporting your written responses to the requests for information.

Information regarding Information Requests is available in Section 2(f) of the ADR Procedures.

| |
|---|
| **Please attach to this form your written responses to the requests for information and the requested documentation.**<br>YOU MUST RESPOND TO THE INFORMATION REQUEST AND RESPOND TO ANY OTHER APPLICABLE ITEMS IN THE REMAINDER OF THE FORM |
| **REQUESTS FOR INFORMATION AND DOCUMENTS** |

*Provide all documents on which you rely in support of your answers to these requests for information regarding your Designated Claim. You **MUST** send all such information and documentation to Alvarez and Marsal.*

**RETURN YOUR COMPLETED NOTICE AND ANY SUPPLEMENTAL INFORMATION IN A COUNTEROFFER TO THE FOLLOWING ADDRESS BY MONDAY, JULY 17, 2023**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

[Signature of the Designated
Claimant's Authorized Representative]

By: _____
[Printed Name]

4

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>　　　　como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>　　　　　　　　　Deudores.[2] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**SOLICITUD DE INFORMACIÓN DE RESOLUCIÓN ALTERNATIVA DE CONFLICTOS**

Fecha de Servicio: **viernes, 23 de junio**
Reclamante(s) designado(s):
Dirección:


Número(s) de reclamo(s) designado(s):
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamo:
**FECHA LÍMITE DE RESPUESTA: lunes, 17 de julio de 2023**

---

[2] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado")(Caso de Quiebras Núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebras Núm. 17 BK 3284- LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de Quiebra Núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de Quiebra Núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (Caso de Quiebra Núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3747); y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("PBA", y junto con el Estado Libre Asociado, COFINA, HTA, ERS, y PREPA, los "Deudores") (Caso de Quiebras Núm. 19 BK 5532-LTS) (últimos cuatro dígitos del número de identificación contributiva federal: 3801) (los casos al amparo del Título III figuran como números de Caso de Quiebra debido a limitaciones de programación).

**Esta solicitud de información <u>sólo</u> se aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene un abogado, puede consultar con uno.**

**Si tiene alguna pregunta, comuníquese con <u>Kroll al (844) 822-9231</u> <u>(llamada gratis para EE. UU. y Puerto Rico) o (646) 486-7944 (para llamadas</u> <u>internacionales)</u>, disponible de 10:00 a.m. a 7:00 p.m. (Hora estándar del Atlántico) (español disponible).**

**¿Por qué estoy recibiendo esta Solicitud de Información?** Usted ha presentado su(s) reclamo(s) como se menciona arriba (el/los "<u>Reclamo(s) Designado(s)</u>") en el caso del Título III de la Autoridad de Carreteras y Transportación de Puerto Rico.  La Autoridad de Carreteras y Transportación de Puerto Rico (el "<u>Deudor</u>") sometió el Reclamo Designado en el caso del Título III a resolución alternativa de conflictos en el *Trigésimo Primer Aviso de Transferencia de Reclamos a Resolución Alternativa de Disputas* [ECF Núm. 24063], de conformidad con los procedimientos (los "<u>Procedimientos de RAC</u>") establecidos por la ***Orden para (A) Autorizar Procedimientos Alternativos de Resolución de Conflictos, (B) Aprobar Forma Adicional de Aviso, y (C) Otorgar Remedio Relacionado***, emitida por el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal del Título III</u>") el día 1 de abril de 2020 [ECF No. 12576-1] y por la *Orden Autorizando la Moción para Modificar los Procedimientos Alternativos de Resolución de Disputas* [ECF Núm. 23113-1] emitida por el Tribunal del Título III el día 20 de diciembre de 2022 **Por favor, revise los Procedimientos de RAC cuidadosamente. Los Procedimientos de RAC están disponibles en línea en https://cases.ra.kroll.com/puertorico/.**

Se incluye una **Solicitud de Información** más adelante. De conformidad con los Procedimientos de RAC, el Deudor solicita documentación e información adicionales relacionadas con el Reclamo Designado. Usted debe responder a la Solicitud de Información proporcionando la documentación y la información solicitadas a más tardar en la fecha identificada como Fecha Límite de Respuesta. *Vea* la Sección 2(f) de los Procedimientos de RAC.

**Debe responder a esta Solicitud de** Información. Debe devolver esta Solicitud de Información a Alvarez and Marsal conjuntamente con **la documentación y la información solicitadas a más tardar en la Fecha Límite de Respuesta mencionada más arriba.**

**Solicitud de Información.** El Deudor le solicita que proporcione la siguiente información relacionada con la Reclamación Designada núm. .             : cualquier documento en respuesta a las solicitudes de documentos, respuestas por escrito a las solicitudes de información y cualquier documento que tenga y que respalde sus respuestas por escrito a las solicitudes de información.

La información sobre las Solicitudes de Información está disponible en la sección 2(f) de los Procedimientos de resolución alternativa de litigios.

| |
|---|
| **Adjunte a este formulario sus respuestas por escrito a las solicitudes de información y la documentación solicitada.** |
| DEBE RESPONDER A LA SOLICITUD DE INFORMACIÓN Y A CUALQUIER OTRA PREGUNTA APLICABLE EN EL RESTO DEL FORMULARIO |
| **<u>SOLICITUDES DE INFORMACIÓN Y DOCUMENTOS</u>** |
| |

*Proporcione todos los documentos que respaldan sus respuestas a estas solicitudes de información en relación con su Reclamo Designado. Usted **DEBE** enviar la totalidad de dicha información y documentación a Alvarez and Marsal.*

**<u>DEVUELVA SU AVISO COMPLETADO Y CUALQUIER INFORMACIÓN SUPLEMENTARIA EN UNA CONTRAOFERTA PARA EL LUNES, 17 DE JULIO DE 2023 A LA SIGUIENTE DIRECCIÓN:</u>**

**Alvarez and Marsal**
C/O Nikki Vander Veen
540 West Madison Street, 18th Floor
Chicago, IL 60661

[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]


[Firma del Representate Autorizado
del Reclamante Designado]

Por:_____
[Nombre en letra de molde]

**<u>Exhibit F</u>**

Exhibit F

ADR HTA Notice Parties Service List

Served via First Class Mail

| ADDRESSID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2829572 | Ana Bosch Velez, Zwinda S. Ferreras Bosch y Angel Jose Ferras Bosch | Ana Bosch Velez, LDO Juan Corchado Juarbe, Avenida Betances I-2 Hermanas Davila | Bayamon | PR | 00959 |
| 3230510 | Colon, Asuncion Quinones | Jesus R. Morales Cordero, PO Box 363085 | San Juan | PR | 00936 |
| 3230504 | Colon, Asuncion Quinones | PO Box 40177 | San Juan | PR | 00940-0177 |
| 3010384 | ECHEVARRIA CORCHADO, ANGEL | RAMONITA DIEPPA GONZALEZ, ESQ., URB. ROOSEVELT, 478 CALLE JOSE CANALS STE. 1A | SAN JUAN | PR | 00918 |
| 3120084 | Jesus Manuel Sosa Pagan y Keishla Liz Rosario Soto | c/o Juan Corchado Juarbe, I-2 Ave. Betances, Urb. Hermanas Davila | Bayamon | PR | 00959 |
| 3022638 | Mendez Colon, Harrileen | Ramonita Dieppa Gonzalez, ESQ, URB Roosevelt, 478 Calle Jose Canals Ste. 1A | San Juan | PR | 00918 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1