# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Re: ECF No. 24646 |

### INFORMATIVE MOTION AS TO SUBMISSION OF CERTIFIED TRANSLATION

To the Honorable United States District Judge Laura Taylor Swain:

**COMES NOW,** Badillo Saatchi & Saatchi Inc. ("BSS"), by and through the undersigned legal counsel, and in compliance with the Court's Order at Dkt. No 24646 granting BSS's *Motion for Leave to File Spanish Documents and Requesting a Term to File Certified Translation by July 6, 2023* at Dkt. No. 24638, respectfully submits the English version of the Spanish attachments previously submitted at Dkt. Nos. 24637-2 – 24637-4, and 24637-8 – 24637-11. *See* Exhibit Nos. 1-7.

**WHEREFORE**, BSS respectfully request this Honorable Court take notice of the filing of a certified translation of these Spanish Language attachments in compliance with the Court's Order.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of July 2023.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's CMP Order, we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

      **MCCONNELL VALDÉS LLC**
      270 Muñoz Rivera Avenue, Suite 7
      Hato Rey, Puerto Rico 00918
      P.O. Box 364225
      San Juan, PR 00936-4225
      Tel:    787-250-5619
      Fax:   787-759-9225

By:    */s/ Nayuan Zouairabani Trinidad*
          Nayuan Zouairabani Trinidad
          USDC No. 226411
          E-mail: nzt@mcvpr.com

By:    */s/ Victoria Rivera Lloréns*
          Victoria Rivera Llorens
          USDC No. 307808
          E-mail: vrll@mcvpr.com

***Attorneys for Badillo Saatchi & Saatchi Inc.***