CERTIFIED TRANSLATION:

# BADILLO SAATCHI & SAATCHI, INC

DEPARTAMENTO DE HACIENDA DE PUERTO RICO   DEPARTMENT OF THE TREASURY OF PUERTO RICO
STATEMENT OF ACCOUNT
AS OF 5/17/2018

| Date | Invoice Type | Invoice | Product | Amount |
|---|---|---|---|---|
| 11/23/2016 | INVOICE | A000300002174 | INSTITUCIONAL / INSTITUTIONAL | 200.60 |
| 12/09/2016 | INVOICE | A000000018777 | INSTITUCIONAL | 690.00 |
| 12/09/2016 | INVOICE | A000000018778 | INSTITUCIONAL | 690.00 |
| 12/12/2016 | INVOICE | A000000018787 | INSTITUCIONAL | 1,100.00 |
| 12/14/2016 | INVOICE | A000300002223 | INSTITUCIONAL | 19,759.32 |
| 12/15/2016 | INVOICE | A000300002231 | INSTITUCIONAL | 1,529.45 |
| 12/16/2016 | INVOICE | A000300002233 | INSTITUCIONAL | 1,589.64 |
| 12/16/2016 | INVOICE | A000300002234 | INSTITUCIONAL | 8,664.92 |
| 12/20/2016 | INVOICE | A000300002240 | INSTITUCIONAL | 8,750.00 |
| 12/21/2016 | INVOICE | A000300002241 | INSTITUCIONAL | 1,194.26 |
| 12/22/2016 | INVOICE | A000000018918 | REFORMA CONTRIBUTIVA / TAX REFORM | 1,497.70 |
| 12/22/2016 | INVOICE | A000000018919 | REFORMA CONTRIBUTIVA | 2,396.27 |
| 12/22/2016 | INVOICE | A000000018928 | INSTITUCIONAL | 1,050.00 |
| 12/22/2016 | INVOICE | A000000018929 | INSTITUCIONAL | 975.00 |
| 12/22/2016 | INVOICE | A000000018930 | INSTITUCIONAL | 400.00 |
| 12/23/2016 | INVOICE | A000300002252 | INSTITUCIONAL | 22,160.39 |
| 12/28/2016 | INVOICE | A000000019159 | REFORMA CONTRIBUTIVA | 5,786.05 |
| 12/28/2016 | INVOICE | A000000019162 | REFORMA CONTRIBUTIVA | 14,465.11 |
| 12/28/2016 | INVOICE | A000000019163 | INSTITUCIONAL | 176.48 |
| 01/05/2017 | INVOICE | A000000019191 | INSTITUCIONAL | 687.00 |
| 01/17/2017 | INVOICE | A000000019283 | REFORMA CONTRIBUTIVA | 2,396.27 |
| 01/25/2017 | INVOICE | A000000019429 | INSTITUCIONAL | 22,536.00 |
| 02/15/2017 | INVOICE | A000300002325 | INSTITUCIONAL | 735.59 |
| 04/24/2017 | INVOICE | A000300002286 | INSTITUCIONAL | 39,885.97 |
| | | | TOTAL | $ 159,316.02 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS