CERTIFIED TRANSLATION

# BADILLO SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

## INVOICE N° 0003-00002174
### RADIO

**DEPARTAMENTO DE HACIENDA DE P.R** [DEPARTMENT OF THE TREASURY]
P.O BOX 9024140/OFICINA DE COMUNICACIONES [COMMUNICATIONS OFFICE]
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL [INSTITUTIONAL]
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1000962016   Plan No. 5180
DATE: 11/23/2016
DUE DATE: 12/23/2016
P.O. N°:

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC. | | | | |
| 00007408 | | RADIO Days:01 Month:October - 1 Spots of 30" | | 6,200.00 |
| 00007408 | | RADIO Days:01 Month:October - 1 Spots of 30" | | 5,950.00 |
| | | SUBTOTAL MEDIA NET INC. | | 12,150.00 |
| | AGENCY COMMISSION (17.65%) Of: 10,030.00 | | | 1,770.30 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.

[Signed] Authorized Siganture

Gross Total   12,150.00
Less Agency Commission -   2,120.00
Subtotal   10,030.00
Service Fee   1,770.30

**TOTAL USD   11,800.30**

PAGE 1 of 1

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL. PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

*Pending balance $200.60*

Please remit payment to:
Badilo Nazca S & S
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: 3004696653