Attachment 7

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

# INVOICE N° 0003-00002174
RADIO

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140
Communications office

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1000962016 Plan No. 5180
DATE: 11/23/2016
DUE DATE: 12/23/2016
P.O. N :

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC | | | | |
| 00007408 | RADIO Days 01 Month October - 1 Spots of 30 | | | 6,200 00 |
| 00007408 | RADIO Days 01 Month October - 1 Spots of 30 | | | 5,950 00 |
| | | SUBTOTAL MEDIA NET INC | | 12,150 00 |
| | AGENCY COMMISSION (17.65%) Of 10,030 00 | | | 1,770 30 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

| | |
|---|---|
| Gross Total | 12,150 00 |
| Less Agency Commission - | 2,120 00 |
| Subtotal | 10,030 00 |
| Service Fee | 1,770 30 |
| **TOTAL USD** | **11,800.30** |

PAGE 1 of 1

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

Balance 200.60 Cash. Disc

**Please remit payment to:**
Badillo Nazca S & S
P.O BOX 11905

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey, Puerto Rico 00917

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax. 787 782 2088

# INVOICE N° 0000-00018777

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN. MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: PUBLICIDAD Advertising
JOBNUMBER: HACIN5A10002
ID NUMBER: 1102142016
DATE: 12/09/2016
DUE DATE: 01/08/2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA HORIZONTAL/BW- AVISO TRANSF<br>Half horizontal page/BW - Notice of Transf | |
| MECHANICAL | |
| DIGITAL FILES | 450.00 |
| DIGITAL FILES | 40.00 |
| | 200.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 690.00 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]6653
ABA Number 21502341 SWIFT Code BCHPRSJ

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# Back Up Job #110214/2016

AD INSERTION: Saturday, November 19, 2016

**NUEVO DÍA / P. HORA**

Medidas: 10.87" x 5.75"

Size: 10.87" x 5.75"

PAUTA: Sábado, 19 noviembre 2016

R.O.P.

**HACIENDA**

AVISO IMPORTANTE

"Regulation to incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same, and to repeal Regulation No. 6246 issued on December 22, 2000." (Reglamento para añadir Artículo 1040.09-1 al Artículo 1040.09-22, al Reglamento Núm. 8049 de 21 de julio de 2011, conocido como el "Reglamento del Código de Rentas Internas de Puerto Rico de 2011", para reglamentar la Sección 1040.09 del código de Rentas Internas de Puerto Rico de 2011, según enmendado, emitido conforme a la Sección 6051.11 de dicho Código, la cual autoriza al Secretario de Hacienda a adoptar los reglamentos necesarios para ejecutar el mismo; y para derogar el Reglamento Núm. 6246 emitido el 22 de diciembre de 2000.")

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento antes mencionado.

El reglamento propuesto tiene el propósito de establecer guías y reglas de precios de transferencia ("transfer pricing") entre organizaciones controladas y los procedimientos necesarios para la administración efectiva de las mismas, para fines de las disposiciones de la Sección 1040.09 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, (en adelante, el Código"). Este se promulga al amparo de las disposiciones de la Sección 6051.11 del Código.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda: http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentotransferpricing@hacienda.pr.gov o a:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov.

Aprobado por la Comisión Estatal de Elecciones C-16-195.

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

**HACIENDA**

IMPORTANT NOTICE

"Regulation to incorporate Article 1040.09-1 to Article 1040.09-22, to regulation No. 8049 of July 21, 2011, also known as the "Regulations of the Puerto Rico Internal Revenue Code of 2011", to regulate section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended, issued pursuant to Section 6051.11 of such Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to execute the same and to repeal Regulation No. 6246 issued on December 22, 2000."

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes the Notice for the enactment of the aforementioned proposed Regulation.

The purpose of the proposed Regulation is to establish transfer pricing rules and guidelines among controlled organizations and the necessary procedures for the effective administration of such rules and guidelines, for purposes of Section 1040.09 of the Puerto Rico Internal Revenue Code of 2011, as amended (hereafter, the "Code"). It is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of the Notice, by electronic means to reglamentotransferpricing@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

Approved by the State Elections Commission CEE-C-16-195

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: November 21,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury of Puerto RIco
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury of Puerto RIco
Product : INSTITUCIONAL Institutional
JobNumber : HACINSA10002 PUBLICIDAD Advertising
Estimate Description : MEDIA PAGINA HORIZONTAL/BW- AVISO TRANSF Half horizontal page/BW - Notice of Transfer

ID Number: 110214/2016
Issue Date: 11/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | POR CONCEPTO DE MEDIA PAGINA HORIZONTAL BLANCO Y NEGRO PARA AVISO DE TRANSFER PRICING PARA HACIENDA<br>For half horizontal page, black & white, for Notice of Transfer Princing for the Treasury | | | |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 150.00 | 1.00 | 150.00 |
| DIGITAL FILES | PDF HI-RES PARA PERIODICOS | 40.00 | 1.00 | 40.00 |
| | PAUTAS:<br>SABADO 19 DE NOVIEMBRE DE 2016<br>END Y PH | 200.00 | 1.00 | 200.00 |

Low Res PDF for Approval
High Res PDF for Newspapers
Ad Insertions:
Sat, November 29, 2016
El Nuevo Día and Primera Hora

| | | |
|---|---|---|
| NET TOTAL | : | 690.00 |
| SUBTOTAL | : | 690.00 |
| TOTAL | | 690.00 |
| INCLUDE IVU | | |

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES FIRES AND/OR OTHER CAUSES BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU [signature] | | [signature] |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone. 787 622 1000 Fax 787 782 2088

**INVOICE N° 0000-00018778**

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140/OFICINA DE COMUNICACIONES Communications Office
SAN JUAN, PUERTO RICO 00902-4140

ATTN: MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL Institutional |
| CAMPAIGN: | PUBLICIDAD Advertising |
| JOBNUMBER: | HACIN5A10002 |
| ID NUMBER: | 1102222016 |
| DATE: | 12/09/2016 |
| DUE DATE: | 01/08/2017 |
| P.O. N°: | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA HORIZONTAL BW- AVISO REGLAM<br>Half horizontal page - BW - Notice of Regulation | |
| MECHANICAL | 450.00 |
| DIGITAL FILES | 40.00 |
| DIGITAL FILES | 200.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| TOTAL USD | 690.00 |
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

**Wire Transfer to:**
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: [redacted]5653
ABA Number: 21[illegible] SWIFT Code: BSCHPRSX

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# Back Up Job #110222/2016

**NUEVO DÍA / P. HORA**

Medidas: 10.87" x 5.75"

Size: 10.87"x. 5.75"

AD INSERTION: Saturday, November 19, 2016

**PAUTA:** Sábado, 19 noviembre 2016

R.O.P.

## HACIENDA

AVISO IMPORTANTE

[illegible] para [illegible] los Artículos [illegible] del Reglamento Núm. [illegible] de 21 de julio de 2011, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" ("Reglamento"), para [illegible] las disposiciones de los Subtítulos D y DDD de la Ley Núm. 1-2011, según enmendada, conocida como el "Código de Rentas Internas de Puerto Rico de 2011" ("Código"), [illegible] al amparo de la Sección 6051.11 de dicho Código que faculta al Secretario de Hacienda a adoptar los [illegible] necesarios para poner en vigor el mismo."

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la [illegible] del Proyecto de Reglamento [illegible].

Este Reglamento tiene el propósito de reglamentar las disposiciones del Código de Rentas Internas de Puerto Rico de 2011 [illegible] ("Código") aplicables al Impuesto sobre Ventas y Uso (IVU) y se promulga conforme a la Sección 6051.11 del Código.

El texto del [illegible] disponible durante días y horas laborables en la oficina número 801 del Edificio [illegible], localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda [illegible] hacienda.pr.gov

Las personas interesadas podrán someter sus comentarios y argumentos por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigidos su correspondencia al correo electrónico [illegible] hacienda.pr.gov o a:

Secretario Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box [illegible]
San Juan, Puerto Rico [illegible]

Este Aviso y el texto del Reglamento propuesto se encuentran disponibles en nuestra página electrónica www.hacienda.pr.gov

Aprobado por la Comisión Estatal de Elecciones C-[illegible].

## HACIENDA

IMPORTANT NOTICE

[illegible] to amend Articles [illegible] of Regulation No. [illegible] of July 21, 2011, better known as "Regulations of the Internal Revenue Code of 2011" ("Regulation"), to implement the provisions of Subtitles D and DDD of Act No. 1-2011, better known as the "Puerto Rico Internal Revenue Code of 2011" ("Code"), promulgated under Section 6051.11 of the Code, which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The Department of the Treasury in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the [illegible] of the [illegible] proposed Regulation.

The purpose of the proposed Regulation is to regulate the provisions of the Puerto Rico Internal Revenue Code of 2011, as amended, applicable to the Sales and Use Tax (SUT) and it is enacted pursuant to the provisions of Section 6051.11 of the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eighth floor of the [illegible] Building located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department website [illegible] hacienda.pr.gov

Anyone interested in [illegible] comments and arguments may do so within thirty (30) days of the publication of the Notice by electronic means at [illegible] hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box [illegible]
San Juan, Puerto Rico [illegible]

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

Approved by the State Elections Commission CEE-C-[illegible].

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2089

Print Date: November 21,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
Product : INSTITUCIONAL Institutional
JobNumber : HACINSA10002 PUBLICIDAD Advertising
Estimate Description : MEDIA PAGINA HORIZONTAL/BW AVISO REGLAM Half horizontal page/BW Notice of Regulation

ID Number: 110222/2016
Issue Date: 11/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | POR CONCEPTO DE ARTE FINAL DE MEDIA PAGINA HORIZONTAL/BW PARA AVISO REGLAMENTO AL IVU + ADATACION A VOCERO<br>For final art of half horizontal page/BW for Notice of SUT Regulation - Adaptation for El Vocero | 450.00 | 1.00 | 450.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION<br>Low-Res PDF for appoval | 40.00 | 1.00 | 40.00 |
| DIGITAL FILES | PDF LOW RES PARA APROBACION<br>Low-Res PDF for approval | 200.00 | 1.00 | 200.00 |

NET TOTAL : 690.00
SUBTOTAL : 690.00
TOTAL 690.00
INCLUDE IVU

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIDOREL | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2038

# INVOICE N° 0000-00018787

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN: MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: PUBLICIDAD Advertising
JOBNUMBER: HACIN5A10002
ID NUMBER: 1103362016
DATE: 12/12/2016
DUE DATE: 01/11/2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: MEDIA PAGINA/BLANCO Y NEGRO AVISO SUBAST<br>Half page/black & white - Notice of Auction | |
| DIGITAL FILES | 200.00 |
| DIGITAL FILES | 100.00 |
| DIGITAL FILES | 800.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.
Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS.

TOTAL USD 1,100.00
PAGE 1 of 1

Please remit payment to:
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de Leon, Piso 7
Hato Rey, Puerto Rico 00917
Account Number: ■■■■6653
ABA Number: 21502341 SWIFT Code: BSCHPRSX

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

Billing Backup

**BackUp de Facturación**
**Job. 110336/2016**

Size: 5.38"x 11.5"

**El Nuevo Día:** Medidas: 5.38" x 11.5"

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Security Max and Investigation Corp.** por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp. que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
2 de diciembre de 2016

Aprobado por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Size: 5.125"x 12.5"

**El Vocero:** Medidas: 5.125" x 12.5"

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente **Security Max and Investigation Corp.** por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades.

**Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.**

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp. que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
1 de diciembre de 2016

Aprobado por la CCE-C 16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 3, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Security Max and Investigation Corp., for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $502,410.27 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 3, 2016, at the commercial premises of Security Max and Investigation Corp.,: computers, printers, safe deposit box, communication equipment, camera, chairs, framed artwork, and office supplies.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Security Max and Investigation Corp., are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Tuesday, December 6, 2016, at 10:00 a.m. at the site where the inventory is located, former facilities of the District of Arecibo, José A. Cedeño Ave., Government Center, Building B, Office 8, Arecibo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 1, 2016

Approved by the SEC CEE-16-195

**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: December 08,2016
Page N°: 01

# PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
Product : INSTITUCIONAL Institutional
JobNumber : HACINSA10002 PUBLICIDAD Advertising
Estimate Description : MEDIA PAGINA/BLANCO Y NEGRO AVISO SUBAST
Half page/black & white - Notice of Auction

ID Number: 110336/2016
Issue Date: 11/30/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| DIGITAL FILES | POR CONCEPTO DE ENVIO A LOS PERIODICOS ANUNCIO ENVIADO POR CLIENTE 'AVISO SUBASTA' A LOS SIGUIENTES PERIODICOS MEDIA PAGINA/B/N<br><br>PAUTAS:<br>EL VOCERO 1/2 PAGINA/BW- 1 DE DICIEMBRE DE 2016<br>END 1/2 PAGINA BLANCO Y NEGRO 2 DE DICIEMBRE DE 2016 | | | |
| DIGITAL FILES | 2do ENVIO A N.DIA (POR CAMBIOS SOLICITADOS POR CLIENTE | 200.00 | 1.00 | 200.00 |
| DIGITAL FILES | POR CONCEPTO DE 8 ENVIOS PARA EL 5 Y 6 DE DICIEMBRE<br>ANUNCIO DE SUBASTAS<br>TULA BAY DINNER<br>COLLAZO HOLDING | 100.00 | 1.00 | 100.00 |
| | | 800.00 | 1.00 | 800.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 1,100.00 |
| SUBTOTAL | : | 1,100.00 |
| TOTAL | | 1,100.00 |
| INCLUDE IVU | | |

For delivery to newspapers of advertisement sent by client "Notice of Auction" to the following newspapers
Half page/BW

Ad Insertions:
El Vocero 1/2 page/BW - December 1, 2016
El Nuevo Día 1/2 page black & white - December 2, 2016

Second Delivery to El Nuevo Día (for changes requested by client
Deliveries (8) for December 5, and 6
Notices of Auction
Tula Bay Dinner
Collazo Holding

* ANY CHANGES IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU [signature] | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax: 787 782 2080

**INVOICE N° 0003-00002223**

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 0901532016
DATE: 12/14/2016
DUE DATE: 01/13/2017
P.O N:

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: VIDEO EX-SECRETARIOS Former Secretaries Video | |
| ANALYTICS | 0.00 |
| PRODUCTION | 15,795.00 |
| TALENT / MODEL | 1,000.00 |
| AGENCY COMMISSION (17.65%) Of 16,795.00 | 2,964.32 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature 12/20/16 Date

Bajo pena de nulidad absoluta certifico que ningun servidor público del Departamento de Hacienda sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los servicios se han prestado y no han sido pagados

Firma [signature] Fecha 12/20/16

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 19,759.32 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR. 00922

**Wire Transfer to:**
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de Leon, Piso 7
Hato Rey Puerto Rico 00917
Account Number [redacted]6653
ASA Number 215[redacted] SWIFT Code BSCHPRSX

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

jammedia producers, inc.

Po 09-0560/2016
ID 090153/2016
YGM

# INVOICE

| DATE | INVOICE # |
|---|---|
| 12/2/2016 | 207225 |

JSR 3/2446

1600 Calle 2-SW Caparra Terrace
San Juan P R 00921-1433
Ph 787-782-4606 Fax 787-782-4567
www.jammedia.tv / jam@jammedia.tv
Cheque a nombre de
Jam Media Producers Inc

BILL TO

Comstat Rowland
P.O Box 11905
SJ PR 00922-1905
To: Veronica Gerardino

| P O NO | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | Video Hacienda Secretarios |

DESCRIPTION — Treasury Secretaries Video

Sección de Grabación Pasados Secretarios / Incluye Cámara Full HD 4k. Equipo basico de audio e iluminación para interior , Director fee y Crew técnico - GRABACION DURANTE LAS MAÑANAS 8AM - 11AM
Dia de Suite de Post-producción Incluye Edición de Video y Audio, Animación de Graficas, Efectos de Sonidos y Musica libre de regalia
Hora Estudio de Audio / Incluye Grabacion en Cabina, Edicion de Audio, Efectos de Sonidos, Stock Music Royalty Free - GRABACION DE LOCUTOR (PROVISTO POR CLIENTE)
Master en digital Hi-Res (data)
Master en DVD
SUBTOTAL
Descuento de Cortesía

Recording Session Former Treasury Secretaries / Includes Full Camera HD 4k. Basic audio and light equipment for interiors, Director's fee and Technical Crew - RECORDED DURING MORNING HOURS 8AM - 11AM
Post-production suite day. Includes video and audio editing, graphics animation, sound effects and royalty-free music.
Audio studio time - Includes in-cabin recording, audio editing, sound effects, royalty-free music stock - RECORDING OF NARRATOR (PROVIDED BY CLIENT)
Digital Mastering Hi-Res (data)
DVD Mastering
SUBTOTAL
Courtesy Discount

The invoice is only the final hired product. It does not include materials used for its production. This invoice is due on the date indicated above and must be paid in full. Otherwise, Jam Media reserves the right to impose a 5% charge on the total invoice for every 15 days overdue. All returned checks will be charged 15% of the total cost. In the event of a legal collection dispute, the client will be responsible for full payment of the invoice as well as all legal and collection costs.

All work is complete!

**TOTAL** $15,795.00

Lo facturado en este documento es solo el producto final contratado No incluye materiales utilizados para la realización del mismo Esta factura vence en el termino arriba indicado y deberá ser pagada en su totalidad. De no ser así Jam Media se reserva el derecho a imponer cargo de 5% sobre el total de la misma por cada 15 días de atraso Todo cheque devuelto tendrá un cargo de 15% sobre el costo total En caso de disputa legal por cobro el cliente será responsable del pago total de dicha factura así como de todos los costos legales o de gestión de cobro de la misma

J Maldonado
JMP - General Producer

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# LOCUCIONES ANITA MARTINEZ

Po 09-0561/2016
ID 090153/2016
VGM

Inv # 37850

Veronica Geraldino
Poject Manager
Comstat

## INVOICE

anita.recordings@gmail.com

Anita Martinez
787-607-6501

Alturas de Flamboyán
Calle 5, C 16
Bayamón PR 00957

Date: 12/02/2016

Treasury Secretaries
Project Title: Secretarios Hacienda
Project Description: Recordings
Invoice Number: 120216

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Grabación Video Hacienda/Jam Media<br>Recording The Treasury Video/Jam Media | 13 | | $ 800 |
| Promts adicionales<br>Additional voice prompts | 5 | | $ 200 |
| | | Subtotal | $ 1,000 |
| | | | $ 0 |
| | | Total | $ 1,000 |

Thanks for the opportunity to do business again with you!

Sincerely yours,

Anita Martinez

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

COMSTAT

Print Date: December 13,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
Product : INSTITUCIONAL Institutional
JobNumber : HACIN6R10002 FY 2016-17 OOP
Estimate Description : VIDEO EX-SECRETARIOS Former Secretaries Video

ID Number: 090153/2016
Issue Date: 09/21/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRODUCTION | PRODUCCION DE VIDEO EX SECRETARIOS DE HACIENDA<br>GRABACION DURANTE LAS MAÑANAS DE 8AM-11AM<br>INCLUYE GRABACION<br>ILUMINACION BASICA PARA INTERIOR<br>DIRECTOR<br>CREW TECNICO<br>GRABACION DE LOCUTOR (CONTRATADO POR CLIENTE)<br>EDICION, ANIMACION DE GRAFICAS, SONIDOS Y MUSICA LIBRE DE REGALIAS<br>ENTREGA 20 MASTER DIGITAL HI RES | | 1.00 | 18,582.82 |
| TALENT / MODEL | LOCUTORA PARA VOICEOVER | | 1.00 | 1,176.50 |

SUBTOTAL : 19,759.32
TOTAL 19,759.32
INCLUDE IVU

Production of Former Secretaries Video
Recording during morning hours 8AM - 11AM
Includes recording
Basic lighting for interiors
Director
Technical crew
Recording of Narrator (hired by the client)
Editing, graphic animation, sounds and royalty-free music
Delivery of hi res 20 master digital

Narrator for voiceover

- ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
- THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
- IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
- WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
- PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
- TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE ✓
- THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
- UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

Final

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| VGERARDI [signature] | | |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# COMSTAT

Print Date: November 30,2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
Product : INSTITUCIONAL Institutional
JobNumber : HACINGR10002 FY 2016-17 OOP
Estimate Description : VIDEO EX-SECRETARIOS Former Secretaries Video

ID Number: 090153/2016
Issue Date: 09/21/2016
PO:

Half page/black & white - Notice of AuctionBid

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRODUCTION | PRODUCCION DE VIDEO EX SECRETARIOS DE HACIENDA<br>GRABACION DURANTE LAS MAÑANAS DE 8AM 11AM<br>INCLUYE GRABACION<br>ILUMINACION BASICA PARA INTERIOR<br>DIRECTOR<br>CREW TECNICO<br>GRABACION DE LOCUTOR (CONTRATADO POR CLIENTE)<br>EDICION, ANIMACION DE GRAFICAS, SONIDOS Y MUSICA LIBRE DE REGALIAS<br>ENTREGA 20 MASTER DIGITAL HI RES | | 1.00 | 18,582.82 |
| TALENT / MODEL | LOCUTORA PARA VOICEOVER | | 1.00 | 941.20 |

Production of Former Secretaries Video
Recording during morning hours 8AM - 11AM Includes recording
Basic lighting for interiors
Director
Technical crew
Recording of Narrator (hired by the client)
Editing, graphic animation, sounds and royalty-free music
Delivery of hi res 20 master digital

Narrator for voiceover

SUBTOTAL : 19,524.02
TOTAL 19,524.02
INCLUDE IVU

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| VGERARDI [signature] | | [signature] |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone. 787 622 1000 Fax: 787 782 2088

**INVOICE N0003-00002233**
**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1100142016 Plan No.: 5170
DATE: 12/16/2016
DUE DATE: 01/15/2017
P.O. N°:

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: SURI OCTUBRE - NOVIEMBRE 2016 SURI OCTOBER-NOVEMBER 2016 | | | | |
| MEDIA NET INC | | | | |
| 00007608 | NEWSPAPER | 11/01/2016 | P5170 SURI NOV 16 | 26,163 84 |
| | | | SUBTOTAL MEDIA NET INC | 26,163 84 |
| AGENCY COMMISSION (17 65%) OF 20 931 07 | | | | 3,694 33 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature 12/20/16 Date

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas, es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] Firma 12/20/16 Fecha

| | |
|---|---|
| Gross Total | 26,163 84 |
| Less Agency Commission - | 5,232.77 |
| Subtotal | 20,931.07 |
| Service Fee | 3,694.33 |
| **TOTAL USD** | **24,625.40** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
Badillo Nazca S & S
P.O. BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, P.3.7
Hato Rey, Puerto Rico 00917
Account Number [redacted]6653
ABA Number 21502341 SWIFT Code [illegible]

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

**INVOICE N° 0003-0000223**
**RADIO**

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN: MARIA E QUINTERO

Product group:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: FY 2016-17 OOP
JOBNUMBER: HACIN6R10002
ID NUMBER: 1101122016 Plan No. 5180
DATE: 12/16/2016
DUE DATE: 01/15/2017
P.O. N :

| INVOICE N° | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| MEDIA NET INC | | | | |
| 00007558 | RADIO Days 01 Month November - 1 Spots of 30 | | | 7,400.00 |
| 00007558 | RADIO Days 01 Month November - 1 Spots of 30 | | | 1,700.00 |
| | | SUBTOTAL MEDIA NET INC | | 9,100.00 |
| | AGENCY COMMISSION (17.65%) Of: 7,365.00 | | | 1,299.92 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature 12/20/16 Date

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

[signature] Firma 12/20/16 Fecha

| | |
|---|---|
| Gross Total | 9,100.00 |
| Less Agency Commission - | 1,735.00 |
| Subtotal | 7,365.00 |
| Service Fee | 1,299.92 |
| **TOTAL USD** | **8,664.92** |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

PAGE 1 of 1

**Please remit payment to:**
**Badillo Nazca S & S**
**P.O. BOX 11905**
**SAN JUAN, PR. 00922**

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon P... 
Hato Rey Puerto Rico 00917
Account Number 3004696653
ABA Number 21[illegible]341 SWIFT Code BS[illegible]

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

PROCESSED **INVOICE N° 0000-00007558**
**RADIO**

#37436

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN: P.5111

**Product group:**
**PRODUCT:** INSTITUCIONAL Institutional
**CAMPAIGN:** SURI OCTUBRE-NOVIEMBRE 2016 SURI OCTOBER-NOVEMBER 2016
**JOBNUMBER:** DETIN6A10003
**ID NUMBER:** 1100532016 Plan No. 00005180
**DATE:** 12/12/2016
**DUE DATE:** 01/11/2017
**P.O. N°:**

| INVOICE N°. | MARKET / STATION DESCRIPTION N° OF AIRINGS | AMOUNT |
|---|---|---|
| SPANISH BROADCASTING SYSTEMS | | |
| 431181-1 | CADENA LA ZETA Days:15 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:16 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:17 Month:November - 2 Spots of 30" | 280.00 |
| 431181-1 | CADENA LA ZETA Days:18 Month:November - 2 Spots of 30" | 280.00 |
| 431182-1 | CADENA LA MEGA Days:07 Month:November - 1 Spots of 30" | 150.00 |
| 431182-1 | CADENA LA MEGA Days:08 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:09 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:10 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:11 Month:November - 2 Spots of 30" | 300.00 |
| 431182-1 | CADENA LA MEGA Days:22 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:23 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:24 Month:November - 2 Spots of 30" | 320.00 |
| 431182-1 | CADENA LA MEGA Days:25 Month:November - 2 Spots of 30" | 320.00 |
| | SUBTOTAL SPANISH BROADCASTING SYSTEMS | 3,750.00 |
| UNIVISION RECEIVABLES CO. | | |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:14 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:15 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:16 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:17 Month:November - 2 Spots of 30" | 340.00 |
| R0014886 | UNIVISION PR INC/ KQ 105 Days:18 Month:November - 2 Spots of 30" | 340.00 |
| | SUBTOTAL UNIVISION RECEIVABLES CO. | 1,700.00 |
| WCAD-FM | | |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:07 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:08 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days:09 Month:November - 2 Spots of 30" | 130.00 |

Continues on page # 2

**Gross Total**
**Less Agency Commission -**
**Subtotal**
**Service Fee**

**TOTAL USD**

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

RECEIVED
DEC 14 2018
WB

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# INVOICE N° 0000-00007558
## RADIO

**BADILLO NAZCA S&S**
A-16 CALLE GÉNOVA, EXT VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:

Product group:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: SURI OCTUBRE-NOVIEMBRE 2016
JOBNUMBER: DETIN6A10003 SURI OCTOBER-NOVEMBER 2016
ID NUMBER: 1100532016 Plan No. 00005180
DATE: 12/12/2016
DUE DATE: 01/11/2017
P.O. N°:

| INVOICE N°. | MARKET / STATION DESCRIPTION N° OF AIRINGS | AMOUNT |
|---|---|---|
| | Sub-Total of page # 1 | |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days 10 Month:November - 2 Spots of 30" | 130.00 |
| 00A-7159 | WCAD-FM (ALPHA ROCK) Days 11 Month:November - 2 Spots of 30" | 130.00 |
| | SUBTOTAL WCAD-FM | 650.00 |
| UNO RADIO GROUP | | |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 01 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 02 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 03 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:04 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:07 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:08 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:09 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days:10 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 11 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 21 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 22 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 23 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 24 Month:November - 1 Spots of 30" | 160.00 |
| 00111176 | WPRM-FM SALSOUL NETWORK Days 25 Month:November - 1 Spots of 30" | 160.00 |
| | SUBTOTAL UNO RADIO GROUP | 2,240.00 |
| WXYX-FM/LA X NETWORK | | |
| 00090000 | CADENA WXYX Days:01 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days:02 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days 03 Month:November - 2 Spots of 30" | 190.00 |
| 00090000 | CADENA WXYX Days 04 Month:November - 2 Spots of 30" | 190.00 |
| | SUBTOTAL WXYX-FM/LA X NETWORK | 760.00 |

PR8034
RV20 / CL300G

| | |
|---|---|
| Gross Total | 9,100.00 |
| Less Agency Commission - | 1,735.00 |
| Subtotal | 7,365.00 |
| Service Fee | 0.00 |
| TOTAL USD | 7,365.00 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# INVOICE #16006

Page 1 of

ZETA-WZNT-WZMT-WZET
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1158

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431181-1 | 11/30/16 | November 2016 | 11/01/16 - 11/18/16 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| ZETA | Yolanda Nieves | Puerto Rico Loc | Local |

Dept of the Treasury - SURI

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto de Hacienda-Suri | 00005180/110112 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 11/14/16 - 11/18/16 | 431181 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

Special Handling

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

Billing Address

Medianet
Attention: Carol Ramos
A-16 Calle Génova
Ext. Villa Caparra
Guaynabo, PR 00966

CLIENT Det PRODUCT 0112 CAMPAIGN 5180

Send Payment To
ZETA-WZNT-WZMT-WZET
Spanish Broadcasting System, Inc.
7007 NW 77th Avenue
Miami, FL 33166

Entry Date
Net Amount $896.00

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/ Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/14/16 | 11/18/16 | 10A-3P M-F | 10A-3P | ------- | :30 | 0 | $130.00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/14/16 | 11/20/16 | -2222-- | 8 | $130.00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | All | Tu | 11/15/16 | 11:16 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 4 | All | Tu | 11/15/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 5 | All | W | 11/16/16 | 11:17 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 6 | All | W | 11/16/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 7 | All | Th | 11/17/16 | 11:17 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 8 | All | Th | 11/17/16 | 1:16 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 9 | All | F | 11/18/16 | 11:48 AM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |
| | 10 | All | F | 11/18/16 | 2:17 PM | 10A-3P M-F | 10A-3P | :30 | Dept. Hacienda | $130.00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/ Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 11/14/16 | 11/18/16 | Streaming | Internet | ------- | :00 | 0 | $10.00 | NS |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/14/16 | 11/20/16 | -2222-- | 8 | $10.00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | All | Tu | 11/15/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 4 | All | Tu | 11/15/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 5 | All | W | 11/16/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 6 | All | W | 11/16/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 7 | All | Th | 11/17/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 8 | All | Th | 11/17/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 9 | All | F | 11/18/16 | | Streaming | Internet | :00 | | $10.00 | I |
| | 10 | All | F | 11/18/16 | | Streaming | Internet | :00 | | $10.00 | I |

Total Spots 16

**Payment Terms 30 Days**

| | |
|---|---|
| Gross Total | $1,120.00 |
| Agency Commission | $224.00 |
| Net Amount Due | $896.00 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

We warrant that the actual broadcast information shown on this invoice was taken from the program log

CERTIFIED TRANSLATION:

# INVOICE #16007

MEGANET-WMEG-WEGM
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1158

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431182-1 | 11/30/16 | November 2016 | 11/01/16 - 11/25/16 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| MEGANET | Yolanda Nieves | Puerto Rico Loc | Local |

Dept of the Treasury - SURI

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto Hacienda-Suri | 00005180/110111 |

Billing Address

Medianet
Attention: Carol Ramos
A-16 Calle Génova
Ext. Villa Caparra
Guaynabo, PR 00966

CLIENT Det PRODUCT 0111 CAMPAIGN 5180

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 11/07/16 - 11/25/16 | 431182 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

Special Handling

Send Payment To

MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
7007 NW 77th Avenue
Miami, FL 33166

Entry Date

Net Amount $2,104.00

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/07/16 | 11/25/16 | 5:30A-10A M-F | 5 30A-10A | ------- | :30 | 0 | $140 00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/07/16 | 11/13/16 | 12222-- | 9 | $140 00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | M | 11/07/16 | 8:53 AM | 5:30A-10A M-F | 5 30A-10A | :30 | Dept. Hacienda | $140 00 | NI |
| | 3 | All | Tu | 11/08/16 | 5:53 AM | 5.30A-10A M-F | 5 30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 4 | All | Tu | 11/08/16 | 6:56 AM | 5:30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 5 | All | W | 11/09/16 | 7:28 AM | 5 30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 6 | All | W | 11/09/16 | 8:26 AM | 5.30A-10A M-F | 5 30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 8 | All | Th | 11/10/16 | 6:54 AM | 5:30A-10A M-F | 5 30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 7 | All | Th | 11/10/16 | 9:54 AM | 5.30A-10A M-F | 5.30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 10 | All | F | 11/11/16 | 6:26 AM | 5:30A-10A M-F | 5.30A-10A | :30 | Dept. Hacienda | $140 00 | N |
| | 9 | All | F | 11/11/16 | 7:53 AM | 5.30A-10A M-F | 5:30A-10A | :30 | Dept. Hacienda | $140 00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 11/07/16 | 11/25/16 | 2P-7P | 2P-7P | ------- | :30 | 0 | $150 00 | NM |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/21/16 | 11/27/16 | -2222-- | 8 | $150.00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | All | Tu | 11/22/16 | 3 26 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 1 | All | Tu | 11/22/16 | 4.27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 3 | All | W | 11/23/16 | 5:27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 4 | All | W | 11/23/16 | 6 27 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 5 | All | Th | 11/24/16 | 4.56 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 6 | All | Th | 11/24/16 | 5 25 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 7 | All | F | 11/25/16 | 3 52 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |
| | 8 | All | F | 11/25/16 | 6 52 PM | 2P-7P | 2P-7P | :30 | Dept. Hacienda | $150 00 | N |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 11/07/16 | 11/25/16 | Streaming | Internet | ------- | :00 | 0 | $10 00 | NS |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/07/16 | 11/13/16 | 12222-- | 9 | $10 00 |

| Spots | # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | All | M | 11/07/16 | | Streaming | Internet | :00 | | $10.00 | |
| | 2 | All | Tu | 11/08/16 | | Streaming | Internet | :00 | | $10 00 | |
| | 3 | All | Tu | 11/08/16 | | Streaming | Internet | :00 | | $10 00 | |
| | 4 | All | W | 11/09/16 | | Streaming | Internet | :00 | | $10 00 | |

We warrant that the actual broadcast information shown on this invoice was taken from the program log

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# INVOICE

Send Payment To
**MEGANET-WMEG-WEGM**
**Spanish Broadcasting System, Inc.**
**7007 NW 77th Avenue**
**Miami, FL 33166**

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| 431182-1 | 11/30/16 | November 2016 | 11/01/16 - 11/25/1 |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Santa Catalina | Depto Hacienda-Suri | 00005180/110111 |

Dept of the Treasury - SURI

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/ Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 11/07/16 | 11/25/16 | Streaming | Internet | ------- | :00 | 0 | $10 00 | NS |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | All | W | 11/09/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 6 | All | Th | 11/10/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 7 | All | Th | 11/10/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 8 | All | F | 11/11/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 9 | All | F | 11/11/16 | | Streaming | Internet | :00 | | $10 00 | N |

| Weeks | Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|---|
| | 11/21/16 | 11/27/16 | -2222-- | 8 | $10.00 |

| Spots: # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Ty |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | All | Tu | 11/22/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 11 | All | Tu | 11/22/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 12 | All | W | 11/23/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 13 | All | W | 11/23/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 14 | All | Th | 11/24/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 15 | All | Th | 11/24/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 16 | All | F | 11/25/16 | | Streaming | Internet | :00 | | $10 00 | N |
| 17 | All | F | 11/25/16 | | Streaming | Internet | :00 | | $10 00 | N |

Total Spots 34

**Payment Terms 30 Days**

| | |
|---|---|
| Gross Total | $2,630.00 |
| Agency Commission | $526 00 |
| Net Amount Due | $2,104.00 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

We warrant that the actual broadcast information shown on this invoice was taken from the program log

CERTIFIED TRANSLATION:

# INVOICE

#15989

Page 1 of

Univision Receivables Co LLC
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| PR0014886 | 11/20/16 | November 2016 | 11/01/16 - 11/18/16 |

| Property | Account Executive | Sales Office | Sales Regio |
|---|---|---|---|
| WKAQ-FM | Betty Vazquez | Local-Puerto Ric | Local |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Departamento De Hacienda | SURI Oct-Nov 2016 | 005180 |

Department of the Treasury

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 10/20/16 - 11/18/16 | 136180 | |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Calendar | Cash | |

Special Handling

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

Billing Address

Media Net, Inc.
Attention: Accounts Payable
PO Box 11905
San Juan, PR 00922-1905

CLIENT DET PRODUCT CAMPAIGN 5180
Batch 0113
Approved by [signature]
Entry Date 12/7/16
Net Amount 1,445.00

Send Payment To
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21 | WKAQF | M | 11/14/16 | 11:38 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 22 | WKAQF | M | 11/14/16 | 12:41 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 24 | WKAQF | Tu | 11/15/16 | 12:55 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 23 | WKAQF | Tu | 11/15/16 | 2:37 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 25 | WKAQF | W | 11/16/16 | 11:53 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 26 | WKAQF | W | 11/16/16 | 1:58 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 27 | WKAQF | Th | 11/17/16 | 11:52 AM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 28 | WKAQF | Th | 11/17/16 | 12:52 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 30 | WKAQF | F | 11/18/16 | 12:40 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| 1 | 29 | WKAQF | F | 11/18/16 | 1:36 PM | M-F 10a-3p | 10a-3p | :30 | SH SURI REGISTRO COMER 3 | $170.00 | |
| | | | | | | | Total Spots | 10 | SURI Merchant's Registry | | |

**30 NET**

| | |
|---|---|
| Gross Total | $1,700.00 |
| Agency Commission | $255.00 |
| Net Amount Due | $1,445.00 |

PLEASE MAKE NOTE OF OUR NEW REMIT TO ADDRESS

This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the [illegible] classification ordered.

Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of r[illegible] ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

#15897

WCAD-FM BROADCASTING & PROGRAMMING SYSTEMS OF PUERTO RICO, INC
PO Box 9024188
San Juan, PR 00902-4188
Tel. (787) 726-6144 / Fax 268-3313
www.alfarock.com accounting@alfarock.com

Invoice Number: **A-7159**

Invoice Date: November 30, 2016

Page: 1

**Bill To:**

MEDIA NET
AVE. PONCE DE LEON #1311
SUITE 504
SAN JUAN, PR 00907

| Order or Contract No. | Payment Terms | Sales Rep | Due Date |
|---|---|---|---|
| 110114 | Net 30 Days | Adriana Diaz | 12/30/16 |

| Description | |
|---|---|
| Department of the Treasury<br>DEPT. HACIENDA/DETIN6A10003 | |
| November 7 - 11, 2016<br>10 (30) 7 AL 11 DE NOVIEMBRE DE 2016<br>HORARIO: 6 - 10 AM Time Slot: 6-10 a.m. | 650.00 |
| November 12 & 13, 2016<br>3 (30) 12, 13 DE NOVIEMBRE DE 2016<br>HORARIO: 10 - 7 PM Time Slot: 10-7 p.m. | |
| 20% AGENCY COMMISSION | -130.00 |

CLIENT: Det PRODUCT: CAMPAIGN: 5180
E 0248
Entry Date 12/6/16
Net Amount $520.00

**Total Invoice Due** 520.00

CERTIFICATE OF BROADCAST

We certify that the above mentioned spots were broadcasted on the dates and hours indicated as per agreement

WCAD-FM BROADCASTING & PROGRAMMING SYSTEMS OF PUERTO RICO, INC

By [signature]

B.P.S of P.R. Inc. and its stations WCAD do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made a part of the particular contract, is hereby rejected

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

#12712

PO Box 363222-3222
San Juan PR 00936-3222
787-744-3131 - 787-731-7075
Fax (787) 743-0252

**INVOICE** NUMBER 111176

CADENA SALSOUL SAN JUAN, PR

INVOICE DATE: 11/30/16
PAGE: 1 TYPE Complete
ACCOUNT 28661
CONTRACT 30160
PRODUCT

Salesperson: Edwin J. Cruz

VILMARIS DEL VALLE
MEDIA NET SMART MEDIA
EXT. VILLA CAPARRA
A-16 CALLE GENOVA
GUAYNABO, PR 00966

| PAY THIS AMOUNT: | BY: |
|---|---|
| $1,792.00 | 12/15/16 |

Department of the Treasury

Client: DEPARTAMENTO DE HACIENDA

SURI OCT-NOV

Contract #0030160 11/1/16 to 11/25/16
SURI OCTUBRE-NOVIEMBR Est 110115

| | | |
|---|---|---|
| 11/30 | 14 30's @ $160.00 | $2,240.00 |
| 11/30 | Agency Commission Credit | -$448.00 |
| BALANCE OF INVOICE #111176 | | $1,792.00 |

| CLIENT | PRODUCT | CAMPAIGN |
|---|---|---|
| Det | | 5180 |

[illegible] 0115
[illegible] 50
Entry Date 12/6/16
Net Amount $1,792.00

We warrant that the actual broadcast information shown on this invoice was taken from the official program log

Wicks Broadcast Solutions LLC Lez E Forms ™

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

#16073

RAAD BROADCASTING CORP LA X FM
HC 71 BOX 15390
BAYAMON PR 00956
(787) 785 9390

1007 FM METRO · 1015 FM

Please Remit To
RAAD Broadcasting Corp
WXYX-FM · WELX-FM · WALX-FM

Department of the Treasury
DEPARTAMENTO DE HACIENDA

Advertiser ID 5826 Amount Paid

| 5826-00009-0000 | 11 30 2016 | 1 |
|---|---|---|
| Official Invoice | Date | Page |

5826-00009-0000 0 11 30 2016 1

MEDIA NET
V-16 CALLE GENOVA
EXT. VILLA CAPARRA
GUAYNABO P.R. 00966 Puerto Rico

For: Department of the Treasury
For: DEPARTAMENTO DE HACIENDA
Purchase Order Number 0008180
Est Number
Co-Op
SURI-November
Description SURI - NOVIEMBRE
Salesperson I Rodrigu Raquel

| Date | Day | Length | | | | Qty | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 11 1 2016 | Tue | 30 | WXYX-FM | 06 35 30 AM | 08 35 30 AM | 2 | $95 00 | $190 00 |
| 11 2 2016 | Wed | 30 | WXYX-FM | 06 35 30 AM | 09 35 30 AM | 2 | $95 00 | $190 00 |
| 11 3 2016 | Thu | 30 | WXYX-FM | 06 35 30 AM | 08 35 30 AM | 2 | $95 00 | $190 00 |
| 11 4 2016 | Fri | 30 | WXYX-FM | 06 35 30 AM | 09 35 30 AM | 2 | $95 00 | $190 00 |
| 11 4 2016 | | | | Agency Discount | | | | ($152 00 |

CLIENT Det PRODUCT 0116 CAMPAIGN 5180
Entry Date
Net Amount $ 608.00

CERTIFICATE OF BROADCAST

| Quantity | 8 | Total | $760 00 |
|---|---|---|---|
| AGENCY DISCOUNT | | | $152 00 |
| Total Due | | | $608.00 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

[ILLEGIBLE TEXT]

Cliente: COMSTAT
Producto: Departamento de Hacienda
Compañía: SURI
Estimado de Medios

$ 11,375.34

CERTIFIED TRANSLATION:

BADILLO
SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1505
Telephone: 787 622 1000 Fax: 787 782 2088

# INVOICE N° 0003-00002240

DEPARTAMENTO DE HACIENDA DE P.R Department of the Treasury
P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 Communications Office

ATTN MARIA E QUINTERO

PROD GROUP:
PRODUCT: INSTITUCIONAL Institutional
CAMPAIGN: JOB RAIZ GENERICO CLIENTE DEPARTAME
JOBNUMBER: HACIN*R*0001 job root generic client department
ID NUMBER: 1202322016
DATE: 12/20/2016
DUE DATE: 01/19/2017
P.O N :

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: CUOTA 6 DE FEE FIJO Fixed Fee Installment No. 6 | |
| BILLABLE HOURS FOR PROFESSIONAL SERVICES- UNTIL DECEMBER 20, 2016 | 8,750.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature 12/20/16 Date

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura, y de ser parte o tener interés en las ganancias o beneficios producto del contrato, ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

[signature] 12/20/16
Firma Fecha

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME. YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| TOTAL USD | 8,750.00 |
|---|---|
| PAGE | 1 of 1 |

**Please remit payment to:**
BADILLO NAZCA S&S
P.O BOX 11905
SAN JUAN PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name. Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey. Puerto Rico 00917
Account Number [redacted]653
ABA Number 215 2341 SWIFT Code BSCHPRSX

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# COMSTAT

A Division of Badillo Saatchi & Saatchi

**Reporte de Horas: 12/01/16 HASTA 12/16/16**
**Cliente: Departamento de Hacienda**

| Date | Username | BASE HOURS | Additional hours | Additional grand total | Details | Translation |
|---|---|---|---|---|---|---|
| 12/01/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | edicion documental | Editing of documentary |
| 12/01/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.50 | 62.50 | STATUS VIDEOS CON MARISARA. STATUS VIDEO CON FINEES | |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: ISSUES COSTO LOCUCION LR | TD: Issues with voiceover costs |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | DH: CONV VG EMAIL KLR. EMAIL MQ RE: COSTOS LOCUTOR DISPONIB | TD: Conv.Email KLR Email MQ re: available voiceover costs |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 4.00 | 500.00 | editando documental | Edited documentary |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.25 | 31.25 | conv con trafico para coordinar voice over | Conv. with traffic to coordinate voiceover |
| 12/05/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | Documental | Documentary |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: VER. EDIT VIDEO SECRETARIOS | TD: Watch and Edit Secretaries Video |
| 12/05/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL MQ RE: RECOM LANZAMIENTO | TD: Call MQ re: Recom. for launch |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: EDIT CMU LANZAMIENTO VIDEO | TD: Edit CMU for video launch |
| 12/06/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | Documental | Documentary |
| 12/06/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV LR RE: VIDEO COPIAS ETC | TD: Conv. with LR re: copies of video |
| 12/06/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: VIDEO SECRETARIOS REVISAR MUSICALIZACION | TD: Review background music Sec Video |
| 12/06/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL LILLIAN RE: CAMBIOS | TD: Call Lillian re: Changes |
| 12/07/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 3.00 | 375.00 | copiar borrador con musica - entregar para revision | copy draft with music, sent for review |
| 12/07/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.50 | 62.50 | reunion con trafico sobre cambios en necesidades y costos fi | meeting with traffic re: change in needs & costs |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL LR RE: EDIT VIDEO | TD: Call LR re: video editing |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV CB RE: WIPR TRANSMISION | TD: Conv. wih CB re: WIPR Transmission |
| 12/07/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL M | TD: Call M |
| 12/08/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 2.00 | 250.00 | Pedir cotizaciones cartel y tarjetas - trabajar perfiles | Request quotes for poster and cards work on profiles |
| 12/08/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: VER VIDEO CON MUSICA .ANOTAR CAMBIOS | TD: Watch video with music, note changes |
| 12/08/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV MQ RE: CAMBIOS | TD: Conv with MQ re: changes |
| 12/08/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: MEMO LR RE: CAMBIOS MQ VIDEO | TD: Memo to LR re: changes MQ Video |
| 12/09/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | perfiles de los secretarios - buscar informacion que falta | profiles of secretaries, search for missing information. |
| 12/09/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.75 | 93.75 | task letrero para museo exsecretarios. Email para confirmar | Signage for former secretaries museum Email to confirm |
| 12/09/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | DH: TEL LR RE: EDITS TEL EIL ETC | TD Cal LR RE: edits |
| 12/09/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: TEL MQ RE: FEEDBACK JZ | TD: Call MQ re: feedback JZ |
| 12/12/2016 | ANA ECHENIQUE GAZTAMBIDE | 0.00 | 0.25 | 31.25 | DOCUMENTAL | Documentay |
| 12/12/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | grabar entrevista adicional a secretario - editar de nuevo p | record add. interview to secretary, edit again; |
| 12/12/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 1.00 | 125.00 | Letrero museo exsec--meet trafico. emails & calls Maribella. | Sign former sec. museum, meet with traffic |
| 12/12/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: EMAIL LR RE: CAMBIOS VIDEO HOY | TD: Email LR re: today's changes to video |
| 12/12/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | DH: TEL LR RE: CAMBIOS FINALES | TD: Call LR re: final changes |
| 12/13/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 2.00 | 250.00 | edicion final ver con clienta | final editing watch with client |
| 12/13/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 1.25 | 156.25 | discutir con trafico cambios de material para letrero. email | discuss with traffic change of material for sign, email |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: REPORT STATUS Y PRES NUEVO LR | TD: Report Status and new pres. LR |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: Q & A CONF PRENSA JZ | TD: Q&A Press conference JZ |
| 12/13/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | DH: TEL RE: CAMBIOS JZ | TD: Call re: changes JZ |
| 12/14/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 8.00 | 1,000.00 | edicion final con clienta - esperar render final | final editing with client, wait for final render |
| 12/14/2016 | MARISARA PONT | 0.00 | 1.00 | 125.00 | DH: MEET LR UPDATE VIDEO CAMBIOS PRESS CONF | TD: Meet LR update video changes |
| 12/14/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: ENTREVISTAS JZ | TD: Interviews of JZ |
| 12/15/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | presentacion y apertura de sala de los secretarios | presentation and opening of the Room of theSecretaries |
| 12/15/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: CONV LR RE: REUNION SECRETARIOS Q & A | TD: Conv. witl LR re: Q&A meeting with secretaries |
| 12/16/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | DH: FEEDBACK SC RE: VIDEO | TD: feedback from the TS re: video |
| | TOTALES: | 0.00 | 70.00 | $ 8,750.00 | | |

Totals:

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**Wanda Benitez**

**From:** Mily Hernandez
**Sent:** Tuesday, December 20, 2016 3:25 PM
**To:** Wanda Benitez
**Cc:** Orlando Gonzalez
**Subject:** RE: HORAS A FACTURAR URGENTE RE: HOURS TO BE BILLED URGENTLY

Ok...procede OK...go ahead

COMSTAT

Please consider the environment before printing this email

Mily Hernández, APR | Senior Vice President
PO Box 11905 Caparra Heights Station
San Juan, P. R. 00922-1905
Ext Villa Caparra, Calle Génova A-16, Guaynabo PR 00968
Office: 787-622-1556 | Fax: 787-793-3574
Email: mily.hernandez@comstatpr.com

**From:** Wanda Benitez
**Sent:** Tuesday, December 20, 2016 1:53 PM
**To:** Mily Hernandez <mily.hernandez@comstatpr.com>
**Cc:** Orlando Gonzalez <orlando.gonzalez@badillopr.com>
**Subject:** RE: HORAS A FACTURAR URGENTE RE: HOURS TO BE BILLED URGENTLY

Mily:

Para Hacienda hasta hoy, suben 70 horas billables para un total de $8,750.

Son 5 horas más de las que tú apruebas.

Déjame saber si procedo. Gracias.

Mily,

For the Treasury up to date, increased to 70 billable hours for a total of $8,750.

That's 5 hours more than you approve.

Let me know if I go ahead. Thanks.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS



Installment detail

Accept | Cancel | Delete | Import Timesheet | Export

Installment detail - DECEMBER | Additional installment detail

| Date | Username | BASE HOURS | Additional | Additional grand | JobNumber | |
|---|---|---|---|---|---|---|
| 12/01/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS HOURS | edicion |
| 12/01/2016 | LOURDES HERNANDEZ LOPEZ | 0.00 | 0.50 | 62.50 | FY 2016-17 HORAS | STATUS |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.50 | 62.50 | FY 2016-17 HORAS | DH: ISS |
| 12/01/2016 | MARISARA PONT | 0.00 | 0.75 | 93.75 | FY 2016-17 HORAS | DH: CO |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 4.00 | 500.00 | FY 2016-17 HORAS | editand |
| 12/02/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 0.25 | 31.25 | FY 2016-17 HORAS | conv cc |
| 12/05/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS | Docume |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | FY 2016-17 HORAS | DH: VEI |
| 12/05/2016 | MARISARA PONT | 0.00 | 0.25 | 31.25 | FY 2016-17 HORAS | DH: TEL |
| 12/05/2016 | MARISARA PONT | 0.00 | 1.50 | 187.50 | FY 2016-17 HORAS | DH: EDI |
| 12/06/2016 | LILLIAN RIVAS FIGUEROA | 0.00 | 5.00 | 625.00 | FY 2016-17 HORAS | Docume |

Totals

| | |
|---|---|
| BASE HOURS | 0.00 |
| Base Amount | 0.00 |
| ADDITIONAL HOURS | 70.00 |
| additional hours ammount | 8,750.00 |
| Installment to Bill | 8,750.00 |

Summary

| Username | Base Hs. | Additiona | Base Amount |
|---|---|---|---|
| ANA ECHENIQUE GAZTA | 0.00 | 0.25 | 0.00 |
| LILLIAN RIVAS FIGUERO | 0.00 | 49.75 | 0.00 |
| LOURDES HERNANDEZ L | 0.00 | 3.50 | 0.00 |
| MARISARA PONT | 0.00 | 16.50 | 0.00 |
| TOTAL | 0.00 | 70.00 | 0.00 |

Saludos,

Wanda Benitez
Billing Department
**Saatchi & Saatchi**
Extension Villa Caparra Calle Genova A-16
Tel: + 1 787 706 5102
www.saatchi.com
wanda.benitez@badillopr.com

*Nothing is Impossible*

Please think before you print

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

**From:** Mily Hernandez
**Sent:** Tuesday, December 20, 2016 12:17 PM
**To:** Wanda Benitez <wanda.benitez@badillopr.com>
**Cc:** Orlando Gonzalez <orlando.gonzalez@badillopr.com>; Ana Echenique <anamaria.echenique@comstatpr.com>
**Subject:** HORAS A FACTURAR URGENTE HOURS TO BE BILLED URGENTLY

Ayer hablé con Orlando sobre la posibilidad de facturar estas hrs de Hacienda ya!....aquí están aprobadas

Gracias! Yesterday I spoke with Orlando about the possibility of billing those hours to Hacienda now! ...they have been approved. Thank you!

| Total DEPARTAMENTO DE HACIENDA DE PR Department of the Treasury | 4 5 | 67 | 3 | 74 5 |
|---|---|---|---|---|

**Mily Hernández, APR | Senior Vice President**
**PO Box 11905 Caparra Heights Station**
**San Juan, P. R. 00922-1905**
**Ext Villa Caparra, Calle Génova A-16, Guaynabo PR 00968**
**Office: 787-622-1556 | Fax: 787-793-3574**
**Email: mily.hernandez@comstatpr.com**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS