CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax. 787 782 2088

**INVOICE N0000-00019162**
**NEWSPAPER**

**DEPARTAMENTO DE HACIENDA DE P.R** Department of the Treasury
P O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN PUERTO RICO 00902-4140 Communications Office

| Product group: | | |
|---|---|---|
| PRODUCT: | REFORMA CONTRIBUTIVA Tax Reform | |
| CAMPAIGN: | MEDIOS 2016 Media 2016 | |
| JOBNUMBER | HACRE6A10001 | |
| ID NUMBER: | 1200462016 | Plan No.: 5430 |
| DATE: | 12/28 2016 | |
| DUE DATE: | 01/27/2017 | |
| P.O. N : | | |

ATTN   MARIA E QUINTERO

| INVOICE N°. | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Job title: AVISOS MES DICIEMBRE 2016 Notices in November 2016 | | | | |
| MEDIA NET INC. | | | | |
| 00007689 | NEWSPAPER | 12/01/2016 | PLAN 5430 DEC 16 | 15,368.80 |
| | | | SUBTOTAL MEDIA NET INC. | 15,368.80 |
| AGENCY COMMISSION (17.65%) OI 12,295.04 | | | | 2,170.07 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

| | |
|---|---|
| Gross Total | 15,368.80 |
| Less Agency Commission - | 3,073.76 |
| Subtotal | 12,295.04 |
| Service Fee | 2,170.07 |
| **TOTAL USD** | **14,465.11** |

PAGE 1 of 1

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

I, Gladys Rodriguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

Please remit payment to:
Badillo Nazca S & S
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon, P.R.
Hato Rey Puerto Rico
Account Number
ABA No.

CERTIFIED TRANSLATION:

# 37166

PROCESSED

**INVOICE N° 0000-00007689**
**NEWSPAPER**

**BADILLO NAZCA S&S**

A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:   P. 5263

| | |
|---|---|
| **Product group:** | |
| **PRODUCT:** | REFORMA CONTRIBUTIVA *Tax Reform* |
| **CAMPAIGN:** | AVISOS MES DICIEMBRE 2016 *Notices in November 2016* |
| **JOBNUMBER:** | DER016AF0020 |
| **ID NUMBER:** | 1201032016   Plan No. 00005430 |
| **DATE:** | 12/23/2016 |
| **DUE DATE:** | 01/22/2017 |
| **P.O. N°:** | |

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| **EL VOCERO PR** | | | | |
| 00039686 | EL VOCERO PR Days:01 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| 00039867 | EL VOCERO PR Days:05 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| 00040024 | EL VOCERO PR Days:06 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| 00039870 | EL VOCERO PR Days:05 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| 00040023 | EL VOCERO PR Days:06 Month:December - 1 Spots of 1x1 | | | 1,482.50 |
| | | SUBTOTAL EL VOCERO PR | | 7,412.50 |
| **GFR MEDIA LLC** | | | | |
| 03693553 | EL NUEVO DIA Days:02 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03693985 | EL NUEVO DIA Days:05 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03694061 | EL NUEVO DIA Days:06 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03693985 | EL NUEVO DIA Days:05 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03694061 | EL NUEVO DIA Days:06 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| | | SUBTOTAL GFR MEDIA LLC | | 7,956.30 |

RECEIVED

DEC 27 2016

PR8034 RV20/CL300G

| | | |
|---|---|---|
| Gross Total | | 15,368.80 |
| Less Agency Commission - | | 3,073.75 |
| Subtotal | | 12,295.05 |
| Service Fee | | 0.00 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS
BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING
WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN
NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME. YOU MUST PAY THE INVOICE AS PER
THE AGREED PAYMENT TERMS

| TOTAL USD | 12,295.05 |
|---|---|

PAGE 1 of 1



I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:

0728                                                                              1(2083

# Advertising
# Invoice

Download Tearsheets

**Vocero** de Puerto Rico                                                      1/1

**PUBLI-INVERSIONES**

Make payment payable to:
Publi-Inversiones

Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone 787-721-2300. Fax 787-725-7484/787-622-7496
URL: http //elvocero com

| | | |
|---|---|---|
| ZENITHOPTIMEDIA | Customer # 00000797 | Invoice # |
| CAROL RAMOS | Account # 00000831 | **300039686** |
| CALLE GENOVA A-16 | Phone: #. (787) 977-4949 | Job # |
| EXT. VILLA CAPARRA | Post Date 12/01/2016 | |
| GUAYNABO | Due 12/31/2016 | |
| PR 00966-1729  Department of the Treasury | SP/AT: MA / ASP | |
| Client:  DEPARTAMENTO DE HACIENDA | | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/01/2016 | 12/01/2016 | Treasury/Tax Reform HACIENDA/REFORMA | A31 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10.5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

CLIENT        PRODUCT        CAMPAIGN
DER                          5430

Br ch            0266

            JE.      Payc

Entry Date       12/7/16

Net Amount       1,186 00

Under penalty of absolute nullity, I hereby certify that no public official of the [Government Entity] is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.

Bajo pena de nulidad absoluta, certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los bienes objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados "

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado  nos exime de cualquier retención
Section 1062.03 of the Internal Revenue Code of Puerto Rico of 2011, as amended, provides that we are exempt from any withholding.

CERTIFIED TRANSLATION:

#16093

1/2

# Advertising Invoice

Download Tearsheets

**Vocero** de Puerto Rico

**PUBLI-INVERSIONES**

Make payment payable to:
Publi-Inversiones

Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax 787-725-7484/787-622-7496
URL: http //elvocero com

ZENITHOPTIMEDIA
CAROL RAMOS
CALLE GENOVA A-16
EXT. VILLA CAPARRA
GUAYNABO
PR 00966-1729
Client:   DEPARTAMENTO DE HACIENDA

*Department of the Treasury*

| | | |
|---|---|---|
| Customer # | 00000797 | Invoice # |
| Account # | 00000831 | **300039867** |
| Phone # | (787) 977-4949 | Job # |
| Post Date | 12/05/2016 | **5430** |
| Due | 01/04/2017 | |
| SP/AT | MA / ASP | |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/05/2016 | 12/05/2016 | *Treasury/Tax Reform* HACIENDA/REFORMA | A12 | 3 00 | 12 50 | 1 | 1,482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10 5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

CLIENT   PRODUCT   CAMPAIGN
Der   5430

0266

Entry Date
Net Amoun   $1,186.00

Under penalty of absolute nullity, I hereby certify that no public official of the [Government Entity] is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.

"Bajo pena de nulidad absoluta  certifico que ningún servidor público de (Entidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa  La única consideración para suministrar los bienes objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia  El importe de esta factura es justo y correcto  Los trabajos de construcción han sido realizados  los productos han sido entregados (los servicios prestados) y no han sido pagados "

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado  nos exime de cualquier retención
*Section 1062.03 of the Internal Revenue Code of Puerto Rico of 2011, as amended, provides that we are exempt from any withholding.*

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de este con el Estado Libre Asociado de Puerto Rico y por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del Inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadera, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base de' valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arús Rivera, al lado de Cuartel de la Policía Gurabo Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16-195


DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---

12 < LEY Y ORDEN    EL VOCERO DE PUERTO RICO > LUNES, 5 DE DICIEMBRE DE 2016

# Capturan a pescador transportando cocaína

> Según trascendió, el hombre será procesado por el Tribunal Federal

Miguel Rivera Puig
> prensa@elvocero.com

FAJARDO - Un supuesto pescador de 60 años de edad fue capturado en la madrugada del domingo por la tripulación de una lancha de las Fuerzas Unidas de Rápida Acción (FURA) mientras transportaba en un bote 44 bloques de cocaína al norte de la Isla de Palomino.

Los agentes adscritos a la Unidad Marítima, en Ceiba, realizaron la intervención a las 12:15 de la madrugada. El hombre, identificado como Víctor Martínez Peguero, supuestamente llevaba la droga al sector Maternillo.

La droga pasó a manos de la DEA, y el detenido será acusado en el Tribunal Federal


Las autoridades hallaron 44 bloques de cocaína en el bote. >Suministrada

---

# Octogenario atropella a sus vecinos

Miguel Rivera Puig
> prensa@elvocero.com

LARES - Un anciano de 89 años de edad que era buscado por la Policía después de que en la mañana del domingo atropellara a una vecina de 78 años y a uno de 80 años que salió en defensa de la mujer se entregó a media tarde acompañado por un hijo. Este supuestamente permaneció oculto desde horas de la mañana en un monte en el sector Campo Alegre, del barrio Pueblo, al lado del cementerio municipal.

Ramón "Don Moncho" Román Morales, cometió los hechos a las 8:30 de la mañana a pasos de su hogar en la urbanización Villa Borinquen. El anciano tiene una disputa con sus vecinos por una colindancia y estaba supuesto a comparecer hoy al Tribunal de Utuado

por un caso grave de amenazas y por un desacato.

La querellante, Saturnina "Doña Nina" Marengo Ríos, de 76 años de edad, estaba frente a su hogar cuando el anciano que conducía un Mitsubishi Mirage color azul la atropelló.

La mujer resultó con heridas graves.

En una casa cercana se encontraba Monserrate "Don Chato" Tafanely Rivera, de 80 años de edad, lavando su Lincoln Town Car El hombre aparentemente caminó para auxiliar a doña Nina y Moncho lo atropelló Tras los hechos, chocó el Mitsubishi contra el Lincoln de Tafanely Rivera.

Los vecinos salieron a ayudar a las víctimas, mientras otros procuraban llamar ambulancias y a la Policía. En este municipio, como en otros de la zona, la presencia policíaca es escasa.

## Para el récord

> El atacante tenía cita en el Tribunal de Utuado por un caso grave de amenazas y por un desacato

Case:17-03283-LTS   Doc#:24708-6   Filed:07/06/23   Entered:07/06/23 10:36:01   Desc:
Certified Translation of Docket No. 24673-10   Page 6 of 56

Page 5 Attachment 9
CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 30, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Collazo Holding for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $315,921.24 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 30, 2016, at the commercial premises of Collazo Holding: work tables, gas stove, extraction hood, sink, ice maker, two-door refrigerator, ham slicer, coffee machine, freezer, kitchen utensils, stainless steel bar, and supplies to operate a cafeteria.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Collazo Holding are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 10:00 a.m. at the site where the inventory is located, Gurabo Government Center, Andrés Arús Rivera Street, next to the Police Department, Gurabo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 5, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# Advertising Invoice

Download Tearsheets

**Vocero** de Puerto Rico                                         2/2

**PUBLI-INVERSIONES**

Make payment payable to:
Publi-Inversiones

Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http://elvocero.com

# 16M?

| | |
|---|---|
| ZENITHOPTIMEDIA | Customer # 00000797 |
| CAROL RAMOS | Account # 00000831 |
| CALLE GENOVA A-16 | Phone # (787) 977-4949 |
| EXT. VILLA CAPARRA | Post Date 12/06/2016 |
| GUAYNABO | Due 01/05/2017 |
| PR 00966-1729 | SP/AT MA / ASP |
| Client: DEPARTAMENTO DE HACIENDA | |

Invoice #
**300040024**

Job #.
**5430**

Department of the Treasury

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026253 | 01 | 12/06/2016 | 12/06/2016 | Treasury/Tax Reform HACIENDA/REFORMA | A21 | 3.00 | 12.50 | 1 | 1,482.50 |
| | | | | Agency Commission 20% | | | | | -296.50 |
| | | | | State Tax 10.5% | | | | | 0.00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

| | | |
|---|---|---|
| CLIENT | PRODUCT | CAMPAIGN |
| Der | | 5430 |
| Batch | 0266 | |
| Approved by | | |
| Entry Date | | |
| Net Amount | $1,186.00 | |

Under penalty of absolute nullity, I hereby certify that no public official of the [Government Entity] is a party to
or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she
be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued.
The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon
with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered
and no payment has been received therefor.

"Bajo pena de nulidad absoluta, certifico que ningún servidor público de
(Entidad Gubernamental) es parte o tiene algún interés en las ganancias
o beneficios producto del contrato objeto de esta factura y de ser parte o
tener interés en las ganancias o beneficios producto del contrato ha
mediado una dispensa previa. La única consideración para suministrar los
bienes objeto del contrato ha sido el pago acordado con el representante
autorizado de la agencia. El importe de esta factura es justo y correcto.
Los trabajos de construcción han sido realizados, los productos han sido
entregados (los servicios prestados) y no han sido pagados."

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062.03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado, nos exime de cualquier retención
Section 1062.03 of the Internal Revenue Code of Puerto Rico of 2011, as amended, provides that we are exempt from any withholding.

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE
EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding. por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU). a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobada por la CCE-C-16-195

DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE
EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay Dinner, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobada por la CCE-C-16-195



DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 30, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Collazo Holding for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $315,921.24 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 30, 2016, at the commercial premises of Collazo Holding: work tables, gas stove, extraction hood, sink, ice maker, two-door refrigerator, ham slicer, coffee machine, freezer, kitchen utensils, stainless steel bar, and supplies to operate a cafeteria.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Collazo Holding are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 10:00 a.m. at the site where the inventory is located, Gurabo Government Center, Andrés Arús Rivera Street, next to the Police Department, Gurabo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

Page 7 Attachment 5
CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on August 5, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Tula Bay Dinner for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $184,355.11 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on August 5, 2016, at the commercial premises of Tula Bay Dinner: tables, chairs, stoves, food serving equipment and restaurant kitchen equipment.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Tula Bay Dinner are hereby notified that, upon expiration of the term established in the Notice of Attachment without having settled in full the assessed debts, fines, interest, surcharges, penalties, and costs owed by the owner of the attached property, the same will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 2:00 p.m. at the site where the inventory is located, Old Naval Base, Lindbergh Street, San Juan. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

#16094

# Advertising Invoice

Download Tearsheets

**Vocero** de Puerto Rico
2/2

**PUBLI-INVERSIONES**

Make payment payable to:
Publi-Inversiones
Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone: 787-721-2300, Fax: 787-725-7484/787-622-7496
URL: http://elvocero.com

| | | | |
|---|---|---|---|
| ZENITHOPTIMEDIA | Customer #: | 00000797 | Invoice #: |
| CAROL RAMOS | Account #: | 00000831 | 300039870 |
| CALLE GENOVA A-16 | Phone #: | (787) 977-4949 | Job #: |
| EXT. VILLA CAPARRA | Post Date: | 12/05/2016 | 5430 |
| GUAYNABO | Due: | 01/04/2017 | |
| PR 00966-1729 | SP/AT: | MA / ASP | |
| Client:   DEPARTAMENTO DE HACIENDA | | | |

Department of the Treasury

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026253 | 01 | 12/05/2016 | 12/05/2016 | HACIENDA/REFORMA | A21 | 3.00 | 12.50 | 1 | 1,482.50 |
| | | | | Agency Commission 20% | | | | | -296.50 |
| | | | | State Tax 10.5% | | | | | 0.00 |
| | | | | Municipal Tax 1% | | | | | 0.00 |

Treasury/Tax Reform

CLIENT        PRODUCT        CAMPAIGN
Der           0266           5430
Batch
Entry Date
Net Amount    $1,186.00

Under penalty of absolute nullity, I hereby certify that no public official of the [Government Entity] is a party to
or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she
be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued.
The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon
with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered
and no payment has been received therefor.

"Bajo pena de nulidad absoluta certifico que ningún servidor público de
(Entidad Gubernamental) es parte o tiene algún interés en las ganancias
o beneficios producto del contrato objeto de esta factura y de ser parte o
tener interés en las ganancias o beneficios producto del contrato ha
mediado una dispensa previa. La única consideración para suministrar los
bienes objeto del contrato ha sido el pago acordado con el representante
autorizado de la agencia. El importe de esta factura es justo y correcto.
Los trabajos de construcción han sido realizados, los productos han sido
entregados (los servicios prestados) y no han sido pagados."

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062.03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado, nos exime de cualquier retención
Section 1062.03 of the Internal Revenue Code of Puerto Rico of 2011, as amended, provides that we are exempt from any withholding.

EL VOCERO DE PUERTO RICO > LUNES, 5 DE DICIEMBRE DE 2016   ESCENARIO 12R





## Avivan con su chispa

> 'Los Cangris' regresarán al Coliseo de Puerto Rico, el 16 y 17 de diciembre



**Paola Arroyo**
>EL VOCERO
@paroyo

Con una vibra explosiva y dinámica, los veteranos regueletoneros Daddy Yankee y Nicky Jam sorprendieron a su fanaticada en el comienzo de su serie de conciertos 'Los Cangris', en el Coliseo de Puerto Rico José Miguel Agrelot

El espectáculo recorrió la historia de ambos artistas como dúo, sus producciones como solistas y éxitos. Utilizando montaje de luces, sonido, pantallas y otros recursos escénicos lograron complacer al público. Pero, fue la chispa entre ambos lo que avivó a sus seguidores, quienes no paraban de cantar sus canciones.

Antes de comenzar el concierto recorrieron su trayectoria en el género con un montaje audiovisual y por separado recordaron cómo maduraron sus vidas escénicas. La introducción al concierto estuvo a cargo de las bailarinas quienes dieron paso al éxito de Nicky Jam 'Travesuras'. Esta participación mantuvo al público de pie.

Nicky, quien saltó nuevamente a la fama tras años en el anonimato, interpretó 'Cheerleader'. Ya me entré, 'Hasta el amanecer', entre otros éxitos.

'Tienen que lucir esta noche muchísimas gracias por tenerme aquí otra vez en mi casa Puerto Rico con la mano arriba ¡vamos a seguir mi gente bonita!, gritó el intérprete de 'Voy a Beber'.

Durante su participación, el público se mantuvo de pie, pero cuando interpretó la canción 'Party' puso a su fanaticada a bailar. Esto se repitió con 'Fanática sensual' y 'Ay vamo'. Mas no fue hasta 'Si tú no estás' que el reciente ganador del Grammy

contó con la presencia de De la Ghetto y pusieron a vibrar el 'Choli'. También entrelazó la noche con 'El perdón'.

'Esto no para, esto sigue Bendiciones', dijo antes de despedirse de tarima y cederle el paso a su compañero

La apertura de la segunda parte del concierto se caracterizó por la inusual llegada de Daddy Yankee con 'Shaky Shaky'. Este aprovechó los elementos visuales para crear una ilusión óptica que lo hacía ver gigante en el escenario. La audiencia al ver esto, comenzó a gritar de la emoción.

El Big Boss' también interpretó 'Rompe' 'King Daddy' y 'Tu príncipe' entre otros

'Buenas noches Puerto Rico les saluda Daddy Yankee A mí me gusta intercambiar los papeles. Yo quiero que el público cante Es más, yo voy a soltar el micrófono', expresó antes de comenzar 'Lo que pasó, pasó.

En un sinnúmero de ocasiones optó por improvisar. En su repertorio incluyó 'Antes que te vayas' Al mismo tiempo, utilizó su tarima para cantar más de 20 éxitos de DJ Playero.

Ambas presentaciones se caracterizaron por la utilización de imágenes en el escenario, luces y efectos especiales Pero aunque cada exponente presentó su 'dembow' de manera individual, subieron juntos al escenario para cantar 'reguetón del viejo'. Pero así como los artistas decidieron terminar su espectáculo

'¿Te acuerdas cuando me llamaste y me dijiste que tenías una canción bien criminal?' preguntó Yankee antes de comenzar e interpretar otro tema con su compañero. Al espectáculo también se unió Arcángel

Las funciones continuaran el 18 y 17 de diciembre. La serie de conciertos da paso a la posibilidad de que estos exponentes del género urbano vuelvan a grabar un disco juntos y revivan sus comienzos en el mundo del reguetón

---

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay Dinner, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del Inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antiguo Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16-195



DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Page 9 Attachment 7
CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 3, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Security Max and Investigation Corp., for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $502,410.27 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 3, 2016, at the commercial premises of Security Max and Investigation Corp.,: computers, printers, safe deposit box, communication equipment, camera, chairs, framed artwork, and office supplies.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Security Max and Investigation Corp., are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Tuesday, December 6, 2016, at 10:00 a.m. at the site where the inventory is located, former facilities of the District of Arecibo, José A. Cedeño Ave., Government Center, Building B, Office 8, Arecibo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 1, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 3, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Security Max and Investigation Corp., for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $502,410.27 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 3, 2016, at the commercial premises of Security Max and Investigation Corp.,: computers, printers, safe deposit box, communication equipment, camera, chairs, framed artwork, and office supplies.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Security Max and Investigation Corp., are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Tuesday, December 6, 2016, at 10:00 a.m. at the site where the inventory is located, former facilities of the District of Arecibo, José A. Cedeño Ave., Government Center, Building B, Office 8, Arecibo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 2, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

#16196

# Advertising Invoice

Download Tearsheets

**Vocero** de Puerto Rico                                    1/2

**PUBLI-INVERSIONES**

Make payment payable to:
Publi-Inversiones
Send payment to:
P.O. BOX 15074, San Juan, PR 00902
Phone 787-721-2300, Fax 787-725-7484/787-622-7496
URL: http //elvocero com

| | |
|---|---|
| ZENITHOPTIMEDIA | Customer #  00000797 |
| CAROL RAMOS | Account #  00000831 |
| CALLE GENOVA A-16 | Phone #  (787) 977-4949 |
| EXT VILLA CAPARRA | Post Date  12/06/2016 |
| GUAYNABO | Due:  01/05/2017 |
| PR 00966-1729 | SP/AT:  MA / ASP |
| Client:  DEPARTAMENTO DE HACIENDA | Invoice #  300040023 |
| Department of the Treasury | Job #  5430 |

| Ad # | Pub. | Start | End | Description | Pg. | Cols. | Inches | Ins. | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00026064 | 01 | 12/06/2016 | 12/06/2016 | Treasury/Tax Reform REFORMA CONTRIBUTIVA | A21 | 3 00 | 12 50 | 1 | 1 482 50 |
| | | | | Agency Commission 20% | | | | | -296 50 |
| | | | | State Tax 10.5% | | | | | 0 00 |
| | | | | Municipal Tax 1% | | | | | 0 00 |

| | |
|---|---|
| CLIENT | Dev |
| PRODUCT | |
| CAMPAIGN | 5430 |
| Batch | 0266 |
| Approved by | |
| Entry Data | |
| Net Amount | $4186.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the [Government Entity] is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.

"Bajo pena de nulidad absoluta certifico que ningún servidor público de (Enidad Gubernamental) es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los trabajos de construcción han sido realizados, los productos han sido entregados (los servicios prestados) y no han sido pagados."

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

**All returned check has a charge fee of $25.00**

| GROSS | AGENCY COMM. | NET DUE | TAX 1 | TAX 2 | TAX 3 | PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 1482.50 | -296.50 | 1186.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1186.00 |

La sección 1062 03 del Código de Rentas Internas de Puerto Rico de 2011 según enmendado nos exime de cualquier retención
Section 1062.03 of the Internal Revenue Code of Puerto Rico of 2011, as amended, provides that we are exempt from any withholding.

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE
EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del Inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195


DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE
EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay Dinner, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del Inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m., en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195


DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY
INTERNAL REVENUE AREA
COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 30, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Collazo Holding for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $315,921.24 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 30, 2016, at the commercial premises of Collazo Holding: work tables, gas stove, extraction hood, sink, ice maker, two-door refrigerator, ham slicer, coffee machine, freezer, kitchen utensils, stainless steel bar, and supplies to operate a cafeteria.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Collazo Holding are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 10:00 a.m. at the site where the inventory is located, Gurabo Government Center, Andrés Arús Rivera Street, next to the Police Department, Gurabo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY
COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on August 5, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Tula Bay Dinner for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $184,355.11 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on August 5, 2016, at the commercial premises of Tula Bay Dinner: tables, chairs, stoves, food serving equipment and restaurant kitchen equipment.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Tula Bay Dinner are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 2:00 p.m. at the site where the inventory is located, Old Naval Base, Lindbergh Street, San Juan. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195



**DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:



10079

Page 1 o

# INVOIC

**Bill To:**   MEDIANET, INC.

A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | | |
|---|---|---|
| Invoice No: | | 36935 |
| Invoice Date: | | 12/2/20 |
| Order No: | | 216242 |
| Salesperson No: | | |
| Purchase Order: | | 120267/20 |
| Due Date: | | Upon rece |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | **TAX REFORM**<br>**Ad Sales (gross)**<br>**Sales Discount 49%**<br>REFORMA CONTRIBUTIVA | **ROP 1/2 horizontal page - p. 72**<br>ROP 1/2 PAGINA VERTICAL. - Pag 72 | |
| | 12/2/2016 | Venta de anuncios (gross) | | 3.120 |
| | | Descuento en Ventas 49% | | (1.528 |

CLIENT — PRODUCT — CAMPAIGN
DER  5430

Batch   02267
Approved by
Entry Date  12/7/16
Net Amount  1,273.01

| | |
|---|---|
| Subtotal | $1,591 |
| IVU 10.5% | $0 |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| **Total** | **$1,591** |

Under penalty of absolute nullity. I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene
resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract there would have be
prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representati
The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71449, San Juan, PR 00936-8545  (787) 641 7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512. San Juan, PR 00922 7512  (787) 641 8800

Important information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check
transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

| Agency Name | | | | | Account |
|---|---|---|---|---|---|
| MEDIANET, INC | | | | | 94 |
| Invoice No | Subtotal | Agency Discount | | Taxes | Net Paym |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, e 3 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo a contribuyente Security Max and Investigation Corp. por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU) a su vez deuda patronal más transacciones devueltas por Colecturía Virtual ascendentes a $502,410.27 incluyendo intereses, recargos y penalidades

Los siguientes bienes forman parte del Inventario tomado por el Departamento de Hacienda el 3 de junio de 2016 en el local del comercio Security Max and Investigation Corp: computadora, impresoras, caja de seguridad, equipo de comunicación, cámara fotográfica, sillas, cuadros y materiales de oficina.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Security Max and Investigation Corp que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costas adeudadas por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante

La subasta se llevará a cabo el martes, 6 de diciembre de 2016 a las 10:00 a.m., en las instalaciones donde se encuentra el inventario en las antiguas facilidades del Distrito de Arecibo Ave. José A Cedeño, Centro de Gobierno Edificio B Oficina 8, Arecibo. Para más información y requisitos de participación, favor llamar al Centro Cosas Subastas al (787) 287-0100.

Héctor Gatay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
2 de diciembre de 2016

Aprobado por la CCE-C 16-195


DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---

72 FLASH & CULTURA

EL NUEVO DÍA
Viernes, 2 de diciembre de 2016

### CRUCIGRAMA

**HORIZONTAL**

**VERTICAL**

### CONCEPTIS SUDOKU

Sudoku es un rompecabezas matemático, cuyo objetivo es llenar cada espacio con cifras del 1 al 9 considerando las números ya dispuestos en cada cuadro. No se debe repetir ninguna cifra en una misma fila o columna. Un sudoku está bien planteado si la solución es única.

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 3, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Security Max and Investigation Corp., for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $502,410.27 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 3, 2016, at the commercial premises of Security Max and Investigation Corp.,: computers, printers, safe deposit box, communication equipment, camera, chairs, framed artwork, and office supplies.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Security Max and Investigation Corp., are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Tuesday, December 6, 2016, at 10:00 a.m. at the site where the inventory is located, former facilities of the District of Arecibo, José A. Cedeño Ave., Government Center, Building B, Office 8, Arecibo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 2, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:



16090

**Page 1 o**

# INVOIC

**Bill To:** MEDIANET, INC.

A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| | | | |
|---|---|---|---|
| Invoice No: | 36939 |
| Invoice Date: | 12/5/20 |
| Order No: | 216242 |
| Salesperson No: | |
| Purchase Order: | 120267/20 |
| Due Date: | Upon recei |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | TAX REFORM<br>Ad Sales (gross)<br>Sales Discount 49%<br>REFORMA CONTRIBUTIVA. | ROP 1/2 horizontal page - p. 38 | |
| | 12/5/2016 | | ROP 1/2 PAGINA VERTICAL. - Pag: 38 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |
| | 12/5/2016 | REFORMA CONTRIBUTIVA. | ROP 1/2 horizontal page - p. 60<br>ROP 1/2 PAGINA VERTICAL. - Pag: 60 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |

CLIENT DEK
PRODUCT
CAMPAIGN 5430
Batch 0267
Approved by Diana
Entry Date 12/7/16
Net Amount 2,546.08

| | |
|---|---|
| Subtotal | $3,182. |
| IVU 10.5% | $0. |
| IVU 1.0% | $0. |
| B2B 4.0% | $0. |
| **Total** | **$3,182** |

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

**Please send advertisement payments to :**
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545. (787) 641-7023

**Please send subscription payments to :**
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512. (787) 641-8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET INC | | | | 44 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |

EL NUEVO DÍA Lunes, 5 de diciembre de 2018 38



## LA EXTRAORDINARIA DEL 22 DE DICIEMBRE

Juégale al sorteo extraordinario de la Lotería de Puerto Rico con premios 100% libres de impuesto.





- 4 premios de $1,250,000
- 4 premios de $125,000
- 4 premios de $80,000
- 4 premios de $60,000
- 16 premios de $20,000

Juégala hoy que la suerte te está buscando.

Advertencia: Los juegos de azar pueden crear adicción. Si juega te causa problemas económicos, baro ursa y organizaciones, fiera a su proveedor de salud mental. Mensaje del DACO. ¿Problemas con sus juegos de azar? Llame al 1-800-981-0023. Línea ASSMCA. ESTADO LIBRE ASOCIADO DE PUERTO RICO. Autorizada por la Comisión Estatal de Elecciones. CEE-SA-16-12804.

loteriadepuertorico   www.loteriasdepuertorico.com

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente el 5 de agosto de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay Dinner, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 5 de agosto de 2016 en el local del Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir comida y equipo de cocina restaurante.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Tula Bay Dinner que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 2:00 p.m , en las instalaciones donde se encuentra el inventario en el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gatay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobada por la CCE-C 16-195



DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY
INTERNAL REVENUE AREA
COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on August 5, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Tula Bay Dinner for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $184,355.11 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on August 5, 2016, at the commercial premises of Tula Bay Dinner: tables, chairs, stoves, food serving equipment and restaurant kitchen equipment.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Tula Bay Dinner are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 2:00 p.m. at the site where the inventory is located, Old Naval Base, Lindbergh Street, San Juan. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 5, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY
COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

## DEPARTAMENTO DE HACIENDA
### ÁREA DE RENTAS INTERNAS
### NEGOCIADO DE RECAUDACIONES

# ANUNCIO DE SUBASTA

## NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de éste con el Estado Libre Asociado de Puerto Rico por concepto de impuesto sobre Venta y Uso (IVU), a su vez deuda patronal. más transacciones devueltas por Colecturía Virtual ascendentes a $315.921.94. incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios, herederos y/o cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas, multas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente de la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10:00 a.m. en las instalaciones donde se encuentra el inventario Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Golay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
5 de diciembre de 2016

Aprobado por la CCE-C 16- 91



### DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---

## 60 DEPORTES

### BALONCESTO

# Actividad benéfica en Trujillo Alto

Artistas y deportistas del país participarán del juego para recaudar fondos

José Ayala Gordián
jose.ayala@gfrmedia.com
Twitter @JoséAyalaGFR

□ El complejo deportivo de la Urbanización Encantada en Trujillo Alto será la sede, este miércoles, del All-Star Basketball Match a beneficio de la paciente de tumor cerebral Ny da I. Vázquez.

Del mismo modo, las aportaciones recaudadas servirán para costear los gastos de un viaje para niños de educación especial del Instituto Modelo de Enseñanza Individualizada (IMEI) a la Administración Nacional de Aeronáutica y del Espacio (NASA, por sus siglas en inglés) en Orlando Florida.

En la actividad verán acción el equipo compuesto por artistas y atletas de Puerto Rico, quienes se medirán a un quinteto de maestros y exalumnos de IMEI. La actividad comenzará a las 7:00 p.m.

Vázquez fue diagnosticada con un meningioma clinoideo en la base del cráneo, razón por la cual necesita una operación.

En el partido jugarán figuras como el excampeón Félix "Tito" Trinidad, el medallista olímpico Jaime Espinal, el voleibolista Héctor "Picky" Soto, el baloncelista Carlos Payano, los cantantes Buachy y Daniel Serrano y muchos otros.



Buachy Serrano (ZI), Jaime Espinal (ZI) y Picky Soto (IZ), serán algunas de las figuras presentes.



Héctor Berríos

### RESUMEN

PRIMERA CARRERA
5 Mama Sanca H. Berríos
3 Corona Rosaria J. García
4 Y's Sôul A. Santiago
Win: $2.20 | Exacta: 5/3 $3.80 |

SEGUNDA CARRERA
5 Ramzaora M. Molina
4 Transformada E. Ramírez
3 Il hocaal J. Santiago
Win: $3.80 | Place: $2.40/2.40
Dueleta: 5/4 $2.90 | Exacta: 5.4 $7.60 |
Montanta Pool de 6 $218.134.75

TERCERA CARRERA
4 Benny Angel G. Rosario
1 Bello Cascabel J.C. Díaz
2 Concierto Paz J. García
Win: $4.10 | Place: 3.4 3/1.5.00 | Dueleta:
5.4 $10.30 | Trifecta 4.1/2 $53.75 |
Exacta: 4/13 5.80 | Montanta Pool de 4
$17.268.20

CUARTA CARRERA
3 Amaaor J. García
1 Lost Son A. Santiago
7 Señor Cali L.G. Rivera
Win: $2.20 | Place: $2.10/2.10 Dueleta:
4/3 $4.50 | Exacta: 3/1 $6.60 |
Montana Pool de 3 $ 10.329.82

QUINTA CARRERA
8 Carcovado E. Ramírez
4 Estrella Del Poker L.G. Rivera
2 Naève Speed A. Rodríguez
Win: $4.10 | Place: $3.10,8.80 Duplea:
3/6 $5.00 | Trifecta 8.4/2 $151.90 |
Exacta: 8/4 $32.10 | Superfecta:
8,4/2/3 $851.30 | Quíntela: 4/8 $38.80 |
Montama Pool de 3 $ 2.581.50

SEXTA CARRERA
1 Dangerous Charm J.A. Hernández
7 Beacoma Secret G. Rosario
6 El Nazareno G. Ortez
5 Rabaya J. Santiago
Win: $10.00 | Place: $4.10,3.20 Dupleta
6.4 $2.00 | Trifecta: 4/7.6 $378.80 |
Superfecta: 4/7,6.5 $364.15 | Quíntela
4/7 $16.40 | Pick 3: (C)4/3-6-4) $14.70
Pick-4. [4-(3. B')-6-4] paga con 4 de 4
$ 48.90

SÉPTIMA CARRERA
2 Matsyji E. Ramírez
8 Etza II. E. Castro
3 Lady Rhuberb J.J. Díaz
Win: $12.20 | Place: $4.0/2.10
Dupleta: 4/2 $51.80 | Trifecta: 2.8.3
$53.20 | Exacta: 2/8 $17.80 | Pick 3.
8.4/2 $158.20 | Total Jugado W.P. 1
138,214.50 / Sta. Domingo $22.844.00 |
ServiJcast $56.548.00/ Total 1
491,588.00

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 30, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Collazo Holding for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $315,921.24 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 30, 2016, at the commercial premises of Collazo Holding: work tables, gas stove, extraction hood, sink, ice maker, two-door refrigerator, ham slicer, coffee machine, freezer, kitchen utensils, stainless steel bar, and supplies to operate a cafeteria.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Collazo Holding are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 10:00 a.m. at the site where the inventory is located, Gurabo Government Center, Andrés Arús Rivera Street, next to the Police Department, Gurabo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 5, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

160081



**Page 1 o**

# INVOIC

**Bill To:**
MEDIANET, INC.
A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

Advertiser : DEPARTAMENTO DE HACIENDA
Account No: 15034944-44
Merchant Register No: 00279160033

| Invoice No: | 36940 |
|---|---|
| Invoice Date: | 12/6/20 |
| Order No: | 216242 |
| Salesperson No: | |
| Purchase Order: | 120267/20 |
| Due Date: | Upon recei |

| Product | Date | Description | Module | Amou |
|---|---|---|---|---|
| END | | TAX REFORM Ad Sales (gross) Sales Discount 49% | ROP 1/2 horizontal page - p. 18 | |
| | 12/6/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL - Pag. 18 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | ROP 1/2 horizontal page - p. 50 | (1,528. |
| | 12/6/2016 | REFORMA CONTRIBUTIVA | ROP 1/2 PAGINA VERTICAL - Pag. 50 | |
| | | Venta de anuncios (gross) | | 3,120 |
| | | Descuento en Ventas 49% | | (1,528. |

| | |
|---|---|
| Subtotal | $3,182. |
| IVU 10.5% | $0 |
| IVU 1.0% | $0 |
| B2B 4.0% | $0 |
| Total | $3,182 |

CLIENT   PRODUCT   CAMPAIGN
DER   5430
Batch   0267
Approved by   Rane
Entry Date   12/7/16
Net Amount   2,546.03

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or bene resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have be prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representa The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545  (787) 641 7323

Please send subscription payments to :
GFR Med a LLC / PO Box 9227512, San Juan, PR 00922-7512  (787) 641 8800

Important Information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a che transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

| Agency Name | | | | Account |
|---|---|---|---|---|
| MEDIANET, INC | | | | 944 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities. S/ GLADYS RODRÍGUEZ-FORNARIS

| Invoice No | Subtotal | Agency Discount | Taxes | Net Paym |
|---|---|---|---|---|
| 3694081 | | | | |

EL NUEVO DÍA Martes, 8 de diciembre de 2016 18

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE
EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas
Internas de Puerto Rico y el Código Político de Puerto Rico sobre el
procedimiento de apremio, embargo y venta de bienes del
contribuyente, el 5 de agosto de 2016 el Departamento de
Hacienda notificó un Aviso de Embargo al contribuyente Tula Bay
Dinner, por la deuda de este con el Estado Libre Asociado de
Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su
vez deuda patronal, más transacciones devueltas por Colecturía
Virtual ascendentes a $184,355.11, incluyendo intereses, recargos y
penalidades.

Los siguientes bienes forman parte del inventario tomado por el
Departamento de Hacienda el 5 de agosto de 2016 en el local del
Comercio Tula Bay Dinner: mesas, sillas, estufas, equipo de servir
comida y equipo de cocina restaurante.

Mediante la publicación de este Anuncio de Subasta quedan
notificados los propietarios herederos y/o cesionarios de Tula Bay
Dinner que, transcurrido el término establecido en el Aviso de
Embargo sin haberse satisfecho la totalidad de las deudas tasadas,
multas, intereses, recargos, penalidades y costos adeudados por el
dueño de la propiedad embargada, la misma será vendida en
pública subasta. La venta será por el tipo mínimo fijada a base del
valor de la equidad del contribuyente de la propiedad sujeta a
embargo o por el valor de la deuda contributiva, lo que resulte
menor. Además, queda advertido el contribuyente que deberá
pagar al Secretario de Hacienda, como parte de los costos de la
venta, el costo de los anuncios y edictos de subasta, junto con los
honorarios por la diligencia de notificación al contribuyente o a su
representante.

La subasta se llevará a cabo el jueves 8 de diciembre de 2016 a las
2:00 p.m. en las instalaciones donde se encuentra el inventario en
el local Antigua Base Naval, Calle Lindbergh, San Juan. Para más
información y requisitos de participación, favor llamar al Centro
Casas Subastas al (787) 287-0100.

Héctor Gotay Ledoux
Jefe de Cumplimiento y Cobros
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16-195



DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Page 18 Attachment 9

CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on August 5, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Tula Bay Dinner for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $184,355.11 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on August 5, 2016, at the commercial premises of Tula Bay Dinner: tables, chairs, stoves, food serving equipment and restaurant kitchen equipment.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Tula Bay Dinner are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 2:00 p.m. at the site where the inventory is located, Old Naval Base, Lindbergh Street, San Juan. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

DEPARTAMENTO DE HACIENDA
ÁREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

## ANUNCIO DE SUBASTA

### NOTIFICACIÓN SOBRE VENTA DE PROPIEDAD MUEBLE EMBARGADA PARA EL COBRO DE DEUDA IVU

De conformidad con las disposiciones del Código de Rentas Internas de Puerto Rico y el Código Político de Puerto Rico sobre el procedimiento de apremio, embargo y venta de bienes del contribuyente, el 30 de junio de 2016 el Departamento de Hacienda notificó un Aviso de Embargo al contribuyente Collazo Holding, por la deuda de este con el Estado Libre Asociado de Puerto Rico por concepto de Impuesto sobre Venta y Uso (IVU), a su vez deuda patronal, más transacciones devueltas por Colecturía Virtual ascendentes a $315,921.94 incluyendo intereses, recargos y penalidades.

Los siguientes bienes forman parte del inventario tomado por el Departamento de Hacienda el 30 de junio de 2016 en el local del Comercio Collazo Holding: mesas de trabajo, estufa de gas, campana, fregadero, máquina de hielo, nevera dos puertas, rebanadora de jamón, cafetera, freezer, utensilios de cocina, barra en stainless steel y materiales para operaciones de una cafetería.

Mediante la publicación de este Anuncio de Subasta quedan notificados los propietarios herederos y/a cesionarios de Collazo Holding que, transcurrido el término establecido en el Aviso de Embargo sin haberse satisfecho la totalidad de las deudas tasadas mutuas, intereses, recargos, penalidades y costos adeudados por el dueño de la propiedad embargada, la misma será vendida en pública subasta. La venta será por el tipo mínimo fijado a base del valor de la equidad del contribuyente o la propiedad sujeta a embargo o por el valor de la deuda contributiva, lo que resulte menor. Además, queda advertido el contribuyente que deberá pagar al Secretario de Hacienda, como parte de los costos de la venta, el costo de los anuncios y edictos de subasta, junto con los honorarios por la diligencia de notificación al contribuyente o a su representante.

La subasta se llevará a cabo el jueves, 8 de diciembre de 2016 a las 10.00 a.m. en las instalaciones donde se encuentra el inventario, Centro Gubernamental de Gurabo, Calle Andrés Arus Rivera, al lado de Cuartel de la Policía, Gurabo. Para más información y requisitos de participación, favor llamar al Centro Casas Subastas al (787) 287-0100.

Héctor Gatay Ledoux
Jefe de Cumplimiento y Cobro
Negociado de Recaudaciones
6 de diciembre de 2016

Aprobado por la CCE-C-16- 9.


DEPARTAMENTO DE HACIENDA
ESTADO LIBRE ASOCIADO DE PUERTO RICO



CERTIFIED TRANSLATION

**DEPARTMENT OF THE TRESURY**
**INTERNAL REVENUE AREA**
**COLLECTIONS BUREAU**

**NOTICE OF AUCTION**

NOTICE OF SALE OF ATTACHED PERSONAL PROPERTY TO COLLECT
OUSTANDING SALES AND USE TAX (SUT) DEBT

Pursuant to the provisions of the Internal Revenue Code of Puerto Rico and the Political Code of Puerto Rico on the procedure for seizure, attachment, and sale of property of taxpayers, on June 30, 2016, the Department of the Treasury served Notice of Attachment to taxpayer Collazo Holding for its outstanding debt with the Commonwealth of Puerto Rico consisting of Sales and Use Tax (SUT), employer's debt, and transactions returned by Colecturía Virtual amounting to $315,921.24 including interest, surcharges, and penalties.

The following assets comprise the inventory taken by the Treasury Department on June 30, 2016, at the commercial premises of Collazo Holding: work tables, gas stove, extraction hood, sink, ice maker, two-door refrigerator, ham slicer, coffee machine, freezer, kitchen utensils, stainless steel bar, and supplies to operate a cafeteria.

With the publication of this Notice of Auction, the owners, heirs, and/or assignees of Collazo Holding are hereby notified that, upon expiration of the term set forth in the Notice of Attachment without having fully satisfied the assessed debts, fines, interest, surcharges, penalties and costs owed by the owner of the attached property, this property will be sold at public auction. The sale shall be at the minimum rate fixed based on the value of the taxpayer's equity in the attached property or the value of the outstanding tax debt, whichever is less. In addition, it is hereby notified that the taxpayer shall pay to the Secretary of the Treasury, as part of the costs of the sale, the cost of the publication of the notices of auction and auction edicts, together with the fees for serving the taxpayer or its representative.

The auction will be held on Thursday, December 8, 2016, at 10:00 a.m. at the site where the inventory is located, Gurabo Government Center, Andrés Arús Rivera Street, next to the Police Department, Gurabo. For more information and participation requirements, please call Centro Casas Subastas at (787) 287-0100.

Héctor Gotay Ledoux
Chief of Compliance and Collections
Collections Bureau
December 6, 2016

Approved by the SEC CEE-16-195

 **DEPARTMENT THE TREASURY**
**COMMONWEALTH OF PUERTO RICO**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS



**CERTIFIED TRANSLATION:**

[ILLEGIBLE TEXT]

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities. S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N° 0000-00019163**

DEPARTAMENTO DE HACIENDA DE P.R   Department of the Treasury

P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140   Communications Office

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL   Institutional |
| CAMPAIGN | PUBLICIDAD   Advertising |
| JOBNUMBER: | HACIN5A10002 |
| ID NUMBER: | 1001842016 |
| DATE: | 12/28/2016 |
| DUE DATE: | 01/27/2017 |
| P.O N : | |

ATTN:   MARIA E QUINTERO

| DESCRIPTION | AMOUNT |
|---|---|
| Job Title: MAILCHIMP OCTUBRE-NOVIEMBRE-DICIEMBRE | |
| Mailchimp October-November-December | |
| OTHER COST - PRINT | 50.00 |
| OTHER COST - PRINT | 50.00 |
| OTHER COST - PRINT | 50.00 |
| AGENCY COMMISSION (17.65%) OI. 150.00 | 26 48 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad abs : ta certifico que ningun servidor publico del
Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas
us parte o tiene interés alguno en las ganancias o los beneficios producidos
del contrato objeto de esta factura y de ser parte o tener interés en las
ganancias o beneficios producto del contrato ha mediado una dispensa
previa. La única consideración para suministrar los servicios objeto del
contrato ha sido el pago acordado con el representante autorizado de
la agencia. El importe de esta factura es justo y correcto. Los servicios
se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS
BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITTING
WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN
NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME. YOU MUST PAY THE INVOICE AS PER
THE AGREED PAYMENT TERMS

| | |
|---|---|
| **TOTAL USD** | 176.48 |
| **PAGE** | 1 of 1 |

I, Gladys Rodriguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

Please remit payment to:
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:
Bank:Lary Name Badillo Nazca S & S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon Piso 7
Hato Rey, Puerto Rico 00917

Receipt for Order MC03788917 | MailChimp

Page 1 of 2

# MailChimp Receipt MC03788917

### Issued to

Carmen León
Sadulio Saxtini 2
Seatont
mercy.lagoreau-2 bedroom
Office phone 757-622-
1351
4-16 Genova
Ext. Villa Caparra
Guaynabo, P.R. 00966

### Issued by

MailChimp
c/o The Rocket Science
Group LLC
675 Ponce de León Ave.
NE
Suite 510
Atlanta, GA 30308

US EIN 53-2165149

### Details

Order # MC03788917
Date Paid: Oct 17, 2016
2 15 am Eastern Time

*Job # 100 184. 2016*

## Billing statement

Monthly plan 2801 - 5000 subscribers

|  |  |
|---|---|
| | $50.00 |
| Subtotal | $50.00 |
| Paid via Amex ending in 3007 which expires 09/2016 on October 17, 2016 | $50.00 |
| Balance as of October 17, 2016 | $0.00 |

Save 10% on future purchases by enabling

If a refund is required, it will be issued in the purchase
currency for the amount of the original charge
MailChimp is a non-E. Lprg idacwith no MT

Receipt for Order MC03931785 | MailChimp

Page 1 of 2

*Dept. de Hacienda*
*100184.20/6*

# MailChimp Receipt MC03931785

### Issued to

Carmen Leon
Badillo Saatchi &
Saatchi
mercy.vigoreaux@badillon
Office phone: 787-622-
1051
A 18 Gendva
Ext. Villa Caparra
Guaynabo, P.R. 00966

### Issued by

MailChimp
c/o The Rocket Science
Group, LLC
675 Ponce de Leon Ave
NE
Suite 5000
Atlanta, GA 30308

US EIN 58-2554149

### Details

Order # MC03931785
Date Paid: Nov 17
2016 1 20 am Eastern
Time

### Billing statement

Monthly plan 2801 - 5000 subscribers                                              $50.00

                                              Subtotal                            $50.00

                                              Paid via Amex ending in 3007 with   $50.00
                                              expires 09/2016
                                              November 17 2016

                                              Balance as of November 17 2016      $0.00

Receipt for Order MC04077121 | MailChimp                    Page 1 of 2

# MailChimp Receipt MC04077121

### Issued to

Carmen Leon
Badillo Saatchi &
Saatchi
mercy.vigoreaux@badillop
Office phone: 787-622-
1051
A-16 Genova
Ext. Villa Caparra
Guaynabo, P.R  00966

### Issued by

MailChimp
c/o The Rocket Science
Group  LLC
675 Ponce de Leon Ave
NE
Suite 5000
Atlanta, GA 30308

US EIN 58-2554149

### Details

**Order #** MC04077121

**Date Paid:** Dec 17,
2016 1 15 am Eastern
Time

*Hacienda*
*Job # 100 184.2016*
*12/19/16*

### Billing statement

**Monthly plan**  2801 - 5000 subscribers                              $50.00

Subtotal                                                              $50.00

Paid via Amex ending in 3007 which                                    $50.00
expires 09/2016
on December 17, 2016

Balance as of December 17, 2016                                        $0.00

Save 10% on future purchases by enabling

If a refund is required, it will be issued in the purchase
currency for the amount of the original charge

CERTIFIED TRANSLATION:

# BADILLO
## SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Print Date: December 19, 2016
Page N°: 01

## PRODUCTION ESTIMATE

Main client : DEPARTAMENTO DE HACIENDA DE PR  Department of the Treasury
Billing Client : DEPARTAMENTO DE HACIENDA DE P.R  Department of the Treasury
Product : INSTITUCIONAL Institutional    ID Number: 1001B4/2016
JobNumber : HACINSA10002  PUBLICIDAD   Advertising   Issue Date: 10/17/2016
Estimate Description : MAILCHIMP OCTUBRE-NOVIEMBRE-DICIEMBRE   PO:
   MailChimp October-November-December

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| OTHER COST - PRINT | POR CONCEPTO DE PAGO MENSUAL AL MAILCHIM POR LOS MESES DE OCTUBRE-NOVIEMBRE Y DICIEMBRE. For monthly payments to MailChimp in October, November, and December | | | |
| OTHER COST - PRINT | OCT. - NC03788917 | 50.00 | 1.00 | 54.83 |
| OTHER COST - PRINT | NOV. - NC03931785 | 50.00 | 1.00 | 58.83 |
| | DIC - NC04077121 | 50.00 | 1.00 | 58.83 |

NET TOTAL :  150.00
Agency Commission  26.48
SUBTOTAL :  176.48
TOTAL  176.48
INCLUDE IVU

* ANY CHANGE IN SCOPE OF WORK SPECIFICATION WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THIS PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

Prepared by
AVIGDORU

ccount Executive's Approval

Clients Approval

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

**INVOICE N° 0000-00019191**

DEPARTAMENTO DE HACIENDA DE P.R  Department of the Treasury

P.O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140  Communications Office

ATTN     MARIA E QUINTERO

PROD GROUP:
PRODUCT:     INSTITUCIONAL  Institutional
CAMPAIGN:    PUBLICIDAD  Advertising
JOBNUMBER:   HACIN5A10002
ID NUMBER:   1202782016
DATE:        01/05 2017
DUE DATE:    02/04 2017
P.O. N°:

| DESCRIPTION | AMOUNT |
|---|---|

Job title:  MEDIA PAGINA HORIZONTAL/BW PARA AVISO  G
Half horizontal page/BW for Notice E

| | |
|---|---|
| MECHANICAL | 450.00 |
| PRINT-OUT | 12.00 |
| DIGITAL FILES | 25.00 |
| DIGITAL FILES | 200.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo sena de nulidad abs l a   rtifico que  inc  n   rvd   r pub    del
Departamento de Hacienda de Puerto Rico sus subsidianos y afiladas
es parte o bene interés alguno en las ganancias o los beneficios producto
del contrato objeto de esta factura  y de ser parte o tener interes  en  tal
ganancias o beneficios producto del contrato  ha medidido una  dispensa
previa  La única consideración para suministrar los servicios  objeto  del
contrato  ha sido el pago acordado con el representante  autorizado  de
la agencia  El importe de esta factura es justo y correcto  Los servicios
se han prestado  y no han sido pagados

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS
BILL  PLEASE SEND US A WRITTEN NOTIFICATION  WE MUST HEAR FROM YOU IN WRITTING
WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE  IF WRITTEN
NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME  YOU MUST PAY THE INVOICE AS PER
THE AGREED PAYMENT TERMS

| TOTAL USD | 687.00 |
|---|---|
| PAGE | 1 of 1 |

I, Gladys Rodriguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

Please remit payment to:
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN  PR  00922

Wire Transfer to:
Beneficiary Name  Badillo Nazca  S & S
Bank Name  Banco Santander de Puerto R co
Bank Address  207 Ave  Ponce de León  Piso 7
Hato Rey  Puerto Rico 00917
Account Number ████████ 853
ABA Number  21█████41  SWIFT Code  BSCHPRSX

CERTIFIED TRANSLATION:

# Back Up Job #120278/2016

Ad Insertion: Saturday, December 24, 2016

## NUEVO DÍA / P. HORA
Medidas: 10.87" x 5.75"

Size: 10.87" x 5.75"

PAUTA: Sábado, 24 diciembre 2016

R.O.P.



### AVISO IMPORTANTE

*(Spanish notice text — illegible)*

Secretario Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Juan Zaragoza Gómez
Secretario de Hacienda

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

### IMPORTANT NOTICE

*(English notice text — illegible)*



Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Juan Zaragoza Gómez
Secretary of the Treasury

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
## SAATCHI & SAATCHI
P.O. Box 11903, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1800 Fax: 787 782 2080

Print Date: December 23, 2016
Page N°: 01

## PRODUCTION ESTIMATE

| | | |
|---|---|---|
| Main client | : DEPARTAMENTO DE HACIENDA DE PR  Department of the Treasury | |
| Billing Client | : DEPARTAMENTO DE HACIENDA DE P.R  Department of the Treasury | |
| Product | : INSTITUCIONAL  Institutional | Invoice Number: 120278/2016 |
| JobNumber | : HACIN5A10002 PUBLICIDAD  Advertising | Issue Date: 12/23/2016 |
| Estimate Description | : MEDIA PAGINA HORIZONTAL/BW PARA AVISO- G | PO: |

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| MECHANICAL | ARTE FINAL DE 1/2 PAGINA HORIZONTAL/BW PARA AVISO GASTOS AUTOMOVILES PAUTAS. | | | |
| PRINT-OUT | PRINT-OUT | 450.00 | 1.00 | 450.00 |
| DIGITAL FILES | PDF LOW RES EN APROBACION | 12.00 | 1.00 | 12.00 |
| DIGITAL FILES | PDF HI RES PARA | 25.00 | 1.00 | 25.00 |
| | PAUTA: SABADO 24 DE DICIEMBRE DE 2016 | | | |
| | END | | | |
| | PRIMERA HORA | 200.00 | 1.00 | 200.00 |

| | | |
|---|---|---|
| NET TOTAL | : | 687.00 |
| SUB TOTAL | : | 687.00 |
| TOTAL | | 687.00 |
| INCLUDE IVU | | |

Layout
For final art of 1/2 horizontal page/BW for
Ad insertions of Notice of Automobile Expenses

Print-out
Low-res PDF for approval
Hi-res PDF
Press insertions December 24, 2016
END
Primera Hora

* ANY CHANGE IN SCOPE OF WORK & PECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE MODIFIED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD PLSPONSIBLE FOR DELAYS CAUSED BY STRIKES, FINES AND/OR OTHER CAUSES BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE
* THERE IS 60% CANCELLATION FEE IN ADDITION TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY AMORES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| AVIGOREU | | María E. Quiñones |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P O Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N 0000-00019283**

**NEWSPAPER**

DEPARTAMENTO DE HACIENDA DE P.R   *Department of the Treasury*
P O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN PUERTO RICO 00902-4140   *Communications Office*

ATTN   KIARA HERNANDEZ

Product group:
PRODUCT:   REFORMA CONTRIBUTIVA   *Tax Reform*
CAMPAIGN:   MEDIOS 2016   *Media 2016*
JOBNUMBER:   HACRE6A10001
ID NUMBER:   1200502016   Plan No.:   5547
DATE:   01/17/2017
DUE DATE:   02/16/2017
P.O N :

| INVOICE N . | PUBLICATION | ISSUE DAY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|

Job title: AVISO GASTOS AUTOMOVILES DIC 2016
*Notice of Automobile Expenses Dec. 2016*

MEDIA NET INC
  00007819   NEWSPAPER          12-01-2016   PLAN 5547 DIC 16                      2 545 98
                                             SUBTOTAL MEDIA NET INC               2 545 98

      AGENCY COMMISSION (17 65%) Of 2 036 78                                        359 49

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad abs luta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidianas y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato, ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados

Firma Autorizada

| | AMOUNT |
|---|---|
| Gross Total | 2 545 98 |
| Less Agency Commission - | 509 20 |
| Subtotal | 2 036 78 |
| Service Fee | 359 49 |

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**TOTAL USD**     2,396.27

PAGE 1 of 1

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

Please remit payment to:
Badillo Nazca S & S
P O BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:

Beneficiary Name Badillo Nazca S S S
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave. Ponce de Leon P s 7
Hato Rey Puerto Rico 00917
Account Number ████████653
ABA Number 21502 T SWIFT Code BS MPR1X

CERTIFIED TRANSLATION:

CERTIFIED TRANSLATION:

# PROCESSED

# # 37979

## INVOICE N° 0000-00007819
## NEWSPAPER

**BADILLO NAZCA S&S**

A-16 CALLE GÉNOVA, EXT. VILLA CAPARRA
GUAYNABO, PR 00966

ATTN:  P. 5266

**Product group:**
**PRODUCT:** REFORMA CONTRIBUTIVA  Tax Reform
**CAMPAIGN:** AVISO GASTOS AUTOMOVILES DIC 2016
**JOBNUMBER:** DER016AF0024  Notice of Automobile Expenses Dec. 2016
**ID NUMBER:** 1202072016  Plan No.  00005547
**DATE:** 01/12/2017
**DUE DATE:** 02/11/2017
**P.O N°:**

| INVOICE N°. | MARKET / STATION | DESCRIPTION | N° OF AIRINGS | AMOUNT |
|---|---|---|---|---|
| GFR MEDIA LLC | | | | |
| 03697211 | EL NUEVO DIA Days:24 Month:December - 1 Spots of 1x1 | | | 1,591.26 |
| 03697210 | PRIMERA HORA Days:24 Month:December - 1 Spots of 1x1 | | | 954.72 |
| | | SUBTOTAL GFR MEDIA LLC | | 2,545.98 |

RV20 / CL300G

RECEIVED

JAN 1 3 2017

11.550

| | |
|---|---|
| Gross Total | 2,545.98 |
| Less Agency Commission - | 509.19 |
| Subtotal | 2,036.79 |
| Service Fee | 0.00 |

| TOTAL USD | 2,036.79 |
|---|---|

PAGE 1 of 1

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS
BILL. PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITTING
WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE. IF WRITTEN
NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER
THE AGREED PAYMENT TERMS

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:



#16459

Page 1 of 1

# INVOICE

| | | |
|---|---|---|
| **Bill To:** | MEDIANET, INC. | |
| | A-16 CALLE GENOVA | |
| | EXT. VILLA CAPARRA | |
| | Guaynabo PR 00966 | |

| | |
|---|---|
| **Invoice No:** | 3697211 |
| **Invoice Date:** | 12/24/2016 |
| **Order No:** | 21626909 |
| **Salesperson No:** | |
| **Purchase Order:** | |
| **Due Date:** | Upon receipt |

**Advertiser :** DEPARTAMENTO DE HACIENDA Department of the Treasury
**Account No:** 15034944-44
**Merchant Register No:** 00279160033

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| END | | Notice of Automobile Expenses Dec. 2016 ROP 1/2 horizontal page - p. 43 | | |
| | 12/24/2016 | AVISO GASTO DE AUTOMOVILES ROP 1/2 PAGINA HORIZONTAL - Pag: 43 | | |
| | | Venta de anuncios (gross) Ad Sales (gross) | | 3,120.12 |
| | | Descuento en Ventas 49% Sales Discount 49% | | (1,528.86) |

| | |
|---|---|
| **Subtotal** | $1,591.26 |
| **IVU 10.5%** | $0.00 |
| **IVU 1.0%** | $0.00 |
| **B2B 4.0%** | $0.00 |
| **Total** | $1,591.26 |

CLIENT  PRODUCT  CAMPAIGN
Der  0561  5547
Entry Date
Net Amount  $1,543.01  1/5/17

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benefits resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have been a prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representative The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code.
Please send advertisement payments to :
GFR Med a LLC / PO Box 71445 San Juan, PR 00936-8545 (787) 641 7023
Please send subscription payments to :
GFR Media LLC / PO Box 9227512 San Juan, PR 00922 7512 (787) 641 8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account on the same day we receive your payment

| Agency Name | | | | Account No |
|---|---|---|---|---|
| MEDIANET, INC | | | | -44 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

| Invoice No | Subtotal | Agency Discount | Taxes | Net Payment |
|---|---|---|---|---|

EL NUEVO DÍA
Sábado 24 de diciembre de 2016

NEGOCIOS **43**

# FedEx está listo para Navidad
Conoce cómo la empresa se preparó para esta temporada



## Envíos entre Black Friday y Navidad
El volumen diario de envíos se duplica durante este periodo. Se espera que los días más ocupados en la historia de FedEx, durante esta época sean los lunes.



**12M** ➡ **25M+**
Volumen promedio normal | Últimos tres lunes de la temporada

## Crecimiento de la red desde la última temporada FedEx Express



**30** nuevos aviones se sumaron a la flota

**FedEx Ground**
**4** nuevos centros de distribución
**19** estaciones coja nuevas automatizadas
**+1** millón de metros cuadrados de espacio para sorteo

GRÁFICA / NUEVO DÍA

tenía hora de salida; los choferes tienen muy presente que cargan muchos regalos que niños abrirán con ilusión la mañana de Navidad.

"No regresan hasta que logren entregar todos sus paquetes", indicó.

A nivel global, el envío diario de paquetes por FedEx se duplica durante la temporada navideña, a partir del fin de semana de Acción de Gracias. En ese periodo, los lunes suelen ser los de mayor volumen y de los 12 millones en promedio se dispara hasta 25 millones, según datos provistos por la compañía. En Puerto Rico en particular la temporada se extiende un poco más, "hasta Reyes, por supuesto", comentó Medina.

Antes de eso, el volumen comienza a aumentar el mes anterior, más por los clientes comerciales. "Mucha fábrica hace sus envíos desde octubre para el cierre de año", precisó Medina, quien acumula 27 años de labor en la compañía.

Fedex tiene 500 empleados en Puerto Rico y 1,000 en total en el distrito caribeño, que cubre 22 islas, informó Medina.

El servicio local se suple con dos aviones que salen de los aeropuertos

**2**

**AVIONES**
FedEx mueve mercancía desde los aeropuertos de Aguadilla e Isla Verde.





El alimento congelado se envía dentro de neveritas de foam para mantener la temperatura lo más posible.

de Isla Verde y Aguadilla, 233 vehículos, cinco estaciones y ocho centros de servicio.

Después de Puerto Rico, que este año se dirige a aumentar 10% en volumen respecto al 2015, el segundo mercado en el Caribe es República Dominicana, seguido por Trinidad y Tobago.

Mientras, a nivel global la compañía tiene 400,000 empleados, a los que está en vías de agregar otros 50,000.

---



## HACIENDA

### AVISO IMPORTANTE

"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 1033.07(A)(DX)2-1 AL 1033.07(A)(DX)G-7; Y DEROGAR LOS ARTÍCULOS 1031.02(A)(X)3-1 AL 1031.02(A)(X)3-6 DEL REGLAMENTO NÚM. 8049 DEL 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" ("REGLAMENTO") PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO Y PARA DEROGAR EL REGLAMENTO NÚM. 8297 DEL 18 DE DICIEMBRE DE 2012."

El Departamento de Hacienda, de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

El Reglamento propuesto tiene el propósito de enmendar los Artículos 1033.07(A)(DX)2-1 al 1033.07(A)(DX)G-7 del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" (en adelante, el "Reglamento del Código") a los fines de permitir una elección para determinar la deducción gastos de uso y mantenimiento de automóviles. Además, para derogar expresamente los Artículos 1031.02(A)(X)3-1 al 1031.02(A)(X)3-6 del Reglamento del Código a los fines de reservar los mismos para enmiendas futuras. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011" que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

El texto del Reglamento propuesto estará disponible durante días y horas laborables en la oficina número 801 del Edificio Intendente Ramírez, localizado en el Paseo Covadonga número 10, San Juan, Puerto Rico. También estará disponible en la página de Internet del Departamento de Hacienda http://www.hacienda.pr.gov.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentos.asesor@hacienda.pr.gov o a la siguiente dirección:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov

_Juan Zaragoza Gómez_
Juan Zaragoza Gómez
Secretario de Hacienda

 **DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

## HACIENDA

### IMPORTANT NOTICE

"REGULATION TO AMEND ARTICLES 1033.07(A)(DX)2-1 TO 1033.07(A)(DX)G-7; AND TO REPEAL ARTICLES 1031.02(A)(X)3-1 TO 1031.02(A)(X)3-6 OF REGULATION No. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" ("REGULATION") ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOWN AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011" ("CODE") WHICH EMPOWERS THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATIONS TO ENFORCE THE CODE; AND TO REPEAL REGULATION NO. 8297 OF DECEMBER 18, 2012".

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Articles 1033.07(A)(DX)2-1 to 1033.07(A)(DX)G-7 of Regulation No. 8049 of July 21, 2011, as amended, better known as "Regulation of the Internal Revenue Code of 2011" (hereafter, the "Regulation under the Code"), for purposes of allowing an election to determine the automobiles' use and maintenance expenses deduction. In addition, to repeal Articles 1031.02(A)(X)3-1 to 1031.02(A)(X)3-6 of the Regulation under the Code, in order to reserve them for future amendments. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011" ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eighth floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to reglamentos.asesor@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

_Juan Zaragoza Gómez_
Juan Zaragoza Gómez
Secretary of the Treasury

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

CERTIFIED TRANSLATION:



#16458

Page 1 of 1

# INVOICE

**Bill To:**

MEDIANET, INC.

A-16 CALLE GENOVA
EXT. VILLA CAPARRA
Guaynabo PR 00966

| | |
|---|---|
| Invoice No: | 3697210 |
| Invoice Date: | 12/24/2016 |
| Order No: | 21626907 |
| Salesperson No: | |
| Purchase Order: | |
| Due Date: | Upon receipt |

Advertiser : DEPARTAMENTO DE HACIENDA Department of the Treasury
Account No: 15034944-44
Merchant Register No: 00279160033

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| PH | | Notice of Automobile Expenses Dec. 2016      ROP 1/2 horizontal page - p. 10 | | |
| | 12/24/2016 | AVISO GASTO AUTOMOVILES       ROP 1/2 PAGINA HORIZONTAL. - Pag: 10 | | |
| | | Venta de anuncios (gross)   Ad Sales (gross) | | 1,872.00 |
| | | Descuento en Ventas 49%   Sales Discount 49% | | (917.28) |

| | | |
|---|---|---|
| Subtotal | | $954.72 |
| IVU 10.5% | | $0.00 |
| IVU 1.0% | | $0.00 |
| B2B 4.0% | | $0.00 |
| Total | | $954.72 |

*(handwritten)* CLIENT PRODUCT CAMP XC
Der   0561   5547
Entry Date   1/5/17
Net Amount   $763.78

Under penalty of absolute nullity, I certify that no public servant from the Department of DEPARTAMENTO DE HACIENDA is a party to or has any interest in the revenues or benefits resulting from the contract that is the subject of this invoice. If he/she is party to or has any interest in the revenues or benefits resulting from the contract, there would have been a prior waiver. The only consideration for providing goods or services that are the subject of the contract was the payment agreed upon with management's authorized representative. The amount of this invoice is fair and accurate. The goods were delivered, the services were rendered, and payment for them has not been made.

Advertising is exempt of any withholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code.
Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545. (787) 641 7023
Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512. (787) 641 8800

Important Information. When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

| Agency Name | | | | Account No |
|---|---|---|---|---|
| MEDIANET, INC | | | | 4-44 |
| Invoice No | Subtotal | Agency Discount | Taxes | Net Payment |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

**10 · TUS NOTICIAS** — facebook.com/primerahora · @primerahora — Sábado, 24 de diciembre de 2016 · **PRIMERA HORA**

# FUERA LÁZARO DE AAA

Junta de Gobierno lo despide por falta
de comunicación con gobernador electo
**que podría afectar la corporación**

ISTRA PACHECO
istra.pacheco@primerahora.com

El ingeniero Alberto Lázaro quedó fuera de la presidencia de la Autoridad de Acueductos y Alcantarillados (AAA), luego de que la Junta de Gobierno de esa corporación pública determinara la separación involuntaria y terminación de su nombramiento.

El anuncio se hizo a través de un comunicado en el que se explicó que las razones para la decisión fueron: "la ausencia de confianza y la inexistencia de canales de comunicación entre el actual presidente y el gobernador electo (Ricardo Rosselló), lo que podría afectar los intereses y objetivos de la Autoridad".

La Junta de Gobierno aclaró que en la decisión no tuvo nada que ver su desempeño.

"Por el contrario este ha cumplido cabalmente con sus funciones en la AAA... y bajo su liderazgo la Agencia ha tenido marcados avances y logros", indica la Resolución 3018 del 23 de diciembre del 2017.

Norma Muñoz, portavoz de prensa de la AAA dijo que Lázaro estaba triste, pero que acató la determinación.

"Había un grupo de trabajo sólido y él estuvo en la agencia por 12 años fue subdirector y luego director del área de la Infraestructura", recordó Muñoz.

No obstante Lázaro llegó al máximo puesto dentro de la AAA en el 2012, en circunstan-



> **Me expresé públicamente con la mejor intención de culminar mi término... Entiendo la decisión de la Junta de Gobierno y la acato con la frente en alto"**
>
> ALBERTO LÁZARO / ...

cias muy similares a las que hoy se va. En ese entonces José Ortiz presidía la corporación pública y Alejandro García Padilla lo nombró sin que Ortiz hubiese renunciado. En ese momento, la Junta decidió quitarle la confianza a Ortiz y confirmar a Lázaro.

El ingeniero tendrá una liquidación de vacaciones y días de enfermedad, "como le corresponde", confirmó Muñoz, quien dijo desconocer la cantidad. Aclaró que Lázaro no recibirá bono de productividad como sus dos antecesores.

El designado director de la Oficina de Asuntos Públicos de la Fortaleza, Ramón Rosario, dijo que se trataba de una "burla" ya que esa liquidación de alegadamente $170,000 no se dispone en su contrato.

"La nueva administración estará estudiando la legalidad de esa liquidación y cualquier otra para, de ser necesario, pedir la devolución si se otorgó ilegalmente", dijo en comunicado de prensa.

---



## HACIENDA

### AVISO IMPORTANTE

"REGLAMENTO PARA ENMENDAR LOS ARTÍCULOS 1033.07(A)(C)(G)-1 AL 1033.07(A)(C)(G)-7 Y DEROGAR LOS ARTÍCULOS 1031.03(A)(C)(I)-1 AL 1031.03(A)(C)(I)-6 DEL REGLAMENTO NÚM. 8049 DEL 21 DE JULIO DE 2011, SEGÚN ENMENDADO, MEJOR CONOCIDO COMO EL "REGLAMENTO DEL CÓDIGO DE RENTAS INTERNAS DE 2011" (REGLAMENTO) PROMULGADO AL AMPARO DE LA SECCIÓN 6051.11 DE LA LEY NÚM. 1-2011, SEGÚN ENMENDADA, CONOCIDA COMO "CÓDIGO DE RENTAS INTERNAS DE PUERTO RICO DE 2011", ("CÓDIGO") QUE FACULTA AL SECRETARIO DE HACIENDA A ADOPTAR LOS REGLAMENTOS NECESARIOS PARA PONER EN VIGOR EL MISMO; Y PARA DEROGAR EL REGLAMENTO NÚM. 6297 DEL 18 DE DICIEMBRE DE 2012."

El Departamento de Hacienda de conformidad con la Sección 2.1 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como "Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico", publica este Aviso para la promulgación del Proyecto de Reglamento arriba mencionado.

El Reglamento propuesto tiene el propósito de enmendar los Artículos 1033.07(A)(C)(G)-1 al 1033.07(A)(C)(G)-7 del Reglamento Núm. 8049 de 21 de julio de 2011, según enmendado, mejor conocido como el "Reglamento del Código de Rentas Internas de 2011" (en adelante, el "Reglamento del Código"), a los fines de permitir una elección para determinar la deducción de gastos de uso y mantenimiento de automóviles. Además, para derogar expresamente los Artículos 1031.03(A)(C)(I)-1 al 1031.03(A)(C)(I)-6 del Reglamento del Código a los fines de reservar los números para enmiendas futuras. Este se promulga al amparo de la Sección 6051.11 de la Ley Núm. 1-2011, según enmendada, conocida como "Código de Rentas Internas de Puerto Rico de 2011", que faculta al Secretario de Hacienda a adoptar los reglamentos necesarios para poner en vigor el mismo.

Las personas interesadas podrán someter sus comentarios y sugerencias, por escrito, dentro de los treinta (30) días siguientes a la publicación de este Aviso, dirigiendo su correspondencia al correo electrónico reglamentosputos@hacienda.pr.gov o a la siguiente dirección:

Secretaría Auxiliar de Asuntos Legales
Departamento de Hacienda
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Este Aviso y el texto del Reglamento propuesto se encuentra disponible en nuestra página electrónica: www.hacienda.pr.gov

*[firma]* Juan Zaragoza Gómez

Juan Zaragoza Gómez
Secretario de Hacienda

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

---



## HACIENDA

### IMPORTANT NOTICE

"REGULATION TO AMEND ARTICLES 1033.07(A)(C)(G)-1 TO 1033.07(A)(C)(G)-7; AND TO REPEAL ARTICLES 1031.03(A)(C)(I)-1 TO 1031.03(A)(C)(I)-6 OF REGULATION NO. 8049 OF JULY 21, 2011, AS AMENDED, BETTER KNOWN AS "REGULATION OF THE INTERNAL REVENUE CODE OF 2011" (REGULATION) ENACTED UNDER THE PROVISIONS OF SECTION 6051.11 OF ACT NO. 1-2011, AS AMENDED, KNOW AS THE "PUERTO RICO INTERNAL REVENUE CODE OF 2011", ("CODE") WHICH EMPOWERS THE SECRETARY OF THE TREASURY TO ADOPT THE NECESSARY REGULATIONS TO ENFORCE THIS CODE; AND TO REPEAL REGULATION NO. 8297 OF DECEMBER 18, 2012".

The Department of the Treasury, in accordance with Section 2.1 of Act No. 170 of August 12, 1988, as amended, known as the "Uniform Administrative Procedure Act of the Commonwealth of Puerto Rico", publishes this Notice for the enactment of the aforementioned proposed Regulation.

The proposed Regulation has the purpose of amending Articles 1033.07(A)(C)(G)-1 to 1033.07(A)(C)(G)-7 of Regulation No. 8049 of July 21, 2011, as amended, better known as the "Regulation of the Internal Revenue Code of 2011" (hereafter, the "Regulation under the Code"), for purposes of allowing an election to determine the automobiles' use and maintenance expenses deduction. In addition, to repeal Articles 1031.03(A)(C)(I)-1 to 1031.03(A)(C)(I)-6 of the Regulation under the Code, in order to reserve them for future amendments. It is enacted pursuant to the provisions of Section 6051.11 of Act No. 1-2011, as amended, known as the "Puerto Rico Internal Revenue Code of 2011" ("Code") which authorizes the Secretary of the Treasury to adopt the necessary regulations to enforce the Code.

The proposed Regulation will be available during working days and hours at office number 801 at the eight floor of the Intendente Ramírez Building, located at Paseo Covadonga No. 10 in San Juan, Puerto Rico. It will also be available at the Treasury Department's website http://www.hacienda.pr.gov.

Anyone interested in sending written comments and suggestions may do so, within thirty (30) days of the publication of this Notice, by electronic means to reglamentosputos@hacienda.pr.gov or by mail to the following address:

Legal Affairs Area
Treasury Department
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

This Notice and the proposed Regulation are also available at our web page: www.hacienda.pr.gov

*[firma]* Juan Zaragoza Gómez

Juan Zaragoza Gómez
Secretary of the Treasury

**DEPARTAMENTO DE HACIENDA**
ESTADO LIBRE ASOCIADO DE PUERTO RICO



Client: Badillo
Product: Department of the Treasury
Campaign: Notice of Automobile Expenses
Press Estimate

Cliente: Badillo
Producto: Departamento de Hacienda
Campaña: Aviso de Gastos Automóviles
Estimado de Prensa

| Medios / Media (Institutional) | Diciembre 2016 / lunes 26 (December 2016 / Monday 26) | Ads Cost | Total Gross |
|---|---|---|---|
| **Institucional** | | | |
| El Nuevo Día — Media Página Horizontal/Blanco y Negro/ROP (Half horizontal page/black & white/ROP) | 1 | $ 1,591.26 | $ 1,591.26 |
| El Vocero — Media Página Horizontal/Blanco y Negro/ROP | 1 | $ 1,482.50 | $ 1,482.50 |
| Total Global (Grand Total) | 2 | | $ 3,073.76 |

Press estimate Monday, 26

Nota: Todos los costos son basados en los costos actuales de Gobierno FY15-16

Note: All costs are based on current government costs for FY15-16

Fecha de Aprobación _____   Date of approval

Firma de Aprobacion _____   Signature of approval

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone  787 622 1000 Fax: 787 782 2088

**INVOICE N° 0000-00019429**

**DEPARTAMENTO DE HACIENDA DE P.R** Department of the Treasury
P.O BOX 9024140/OFICINA DE COMUNICACIONES Communications Office
SAN JUAN, PUERTO RICO 00902-4140

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL Institutional |
| CAMPAIGN: | ASYCUDA WEBSITE ASYCUDA Website |
| JOBNUMBER: | HACIN6A10006 |
| ID NUMBER: | 0900692016 |
| DATE: | 01/25/2017 |
| DUE DATE: | 02/24/2017 |
| P.O. N : | |

**ATTN:**   KIARA HERNANDEZ

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: ONLINE VIDEOS ASYCUDA WEBSITE | |
| WEB INITIATIVE   ASYCUDA: Automated System for | 10,361.00 |
| WEB INITIATIVE   Customs Data | 5,200.00 |
| WEB INITIATIVE | 6,350.00 |
| WEB INITIATIVE | 625.00 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia. El importe de esta factura es justo y correcto. Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME, YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| **TOTAL USD** | 22,536.00 |
|---|---|
| **PAGE** | 1 of 1 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

Please remit payment to:
**BADILLO NAZCA S&S**
P.O. BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name: Badillo Nazca S & S
Bank Name: Banco Santander de Puerto Rico
Bank Address: 207 Ave. Ponce de León Piso 7
Hato Rey, Puerto Rico 00917
Account Number: 555
ABA Number: 21502341  SWIFT Juan BSCHPRSX

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI
P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone: 787 622 1000 Fax: 787 782 2088

Page N°:          01

## PRODUCTION ESTIMATE

| | | |
|---|---|---|
| Main client | : DEPARTAMENTO DE HACIENDA DE PR  Department of the Treasury | |
| Billing Client | : DEPARTAMENTO DE HACIENDA DE P.R  Department of the Treasury | |
| Product | : INSTITUCIONAL  Institutional | ID Number: 090069/2016 |
| JobNumber | : HACIN6A10006   ASYCUDA WEBSITE | Issue Date: 09/12/2016 |
| Estimate Description | : ONLINE VIDEOS ASYCUDA WEBSITE | PO: |

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| WEB INITIATIVE | DEPTO. HACIENDA | INSTITUCIONAL | ASYCUDA PR  Department of the Treasury | Institutional | ASYCUDA PR | | | |
| | ·Brindar diseño `Look & Feel` ASYCUDA PR-Hacienda a videos, tanto en ingles como en español· | | | |
| | Traducir al español (se subirán al portal de ASYCUDA PR tanto en Inglés como en español) | | | |
| | ·Videos a trabajar para los Módulos 1, 3 | | | |
| | CESIGN. | | | |
| | - Diseño y Edición de videos ( incluye música) | | 1.00 | 10,361.00 |
| | LOCUCION: | | | |
| | · Locución para versión español e Ingles | | 1.00 | 5,200.00 |
| | COPY: | | | |
| | Transcribir y traducir los videos para los Módulos | | | |
| | · Traducción de los visuales | | 1.00 | 6,350.00 |
| | PROJECT MANAGEMENT: | | 1.00 | 625.00 |
| | | SUBTOTAL | : | 22,536.00 |
| | | TOTAL | | 22,536.00 |

"Look & Feel" Design for videos ASYCUDA PR-Treasury, in English and Spanish
Spanish translationi (will be uploaded to the ASYCUDA PR site, in English and Spanish
Work on videos for Modules 1, 3

DESIGN

- Design and edit video | includes music
VOICEOVER
- Voiceover for Spanish and English
versions COPY
- Transcribe and translate videos for
modules
- Translate visuals

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE
* WE ARE NOT TO BE HELD RESPONSIBLE FOR DELAYS CAUSED BY STRIKES OR ANY/AND OTHER CAUSED BEYOND OUR CONTROL
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE.
* THERE IS 50% CANCELLATION FEE IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

## Payment term: 30 DAYS

NOTES:

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| RPETERBA | | |

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI
P.O. Box 11903, San Juan, Puerto Rico 00922-1903
Telephone: 787 622 5000 Fax: 787 782 2088

Page N°:        01

## PRODUCTION ESTIMATE

| | |
|---|---|
| Main client | : DEPARTAMENTO DE HACIENDA DE PR  Department of the Treasury |
| Billing Client | : DEPARTAMENTO DE HACIENDA DE P.R  Department of the Treasury |
| Product | : INSTITUCIONAL  Institutional |
| JobNumber | : HACIN6A10006  ASYCUDA WEBSITE |
| Estimate Description | : ONLINE VIDEOS ASYCUDA WEBSITE |

ID Number:    090069/2016
Issue Date:   09/12/2016
PO:

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| WEB INITIATIVE | DEPTO. HACIENDA | INSTITUCIONAL | ASYCUDA PR  Department of the Treasury | Institutional | ASYCUDA PR | | | |
| | · Brindar diseño "Look & Feel " ASYCUDA PR-Hacienda a videos, tanto en inglés como en español | | | |
| | · Traducir al español (se subirán al portal de ASYCUDA PR tanto en inglés como en español) | | | |
| | · 20 Vídeos a trabajar para los Módulos 1, 3 y 4 | | | |
| | DESIGN: | | | |
| | - Diseño y Edición de 20 vídeos ( incluye música) | | 1.00 | 12,000.00 |
| | LOCUCIÓN: | | | |
| | - Locución para versión español e inglés | | 1.00 | 5,100.00 |
| | COPY: | | | |
| | · Transcribir y traducir los 20 vídeos para los Módulos 1,3 y 4 | | 1.00 | 6,750.00 |
| | · Traducción de los visuales | | 1.00 | 750.00 |
| | PROJECT MANAGEMENT | | | |
| | | SUBTOTAL | : | 24,700.00 |
| | | TOTAL | | 24,700.00 |

"Look & Feel" Design for videos ASYCUDA PR-Treasury, in English and Spanish
Spanish translation( will be uploaded to the ASYCUDA PR site, in English and Spanish
Work on 20 videos for Modules 1, 3, and 4

DESIGN
- Design and edit 20 videos | includes music
VOICEOVER
-Voiceover for Spanish and English versions
COPY
-Transcribe and translate 20 videos for modules 1, 3, and 4
-Translate visuals

* ANY CHANGE IN SCOPE OF WORK SPECIFICATIONS WILL REQUIRE A COMPLETE REVIEW OF THIS ESTIMATE.
* THIS IS AN ESTIMATE AND IT MAY INCLUDE ITEMS OF WHICH THE COST IS DIFFICULT TO PREDICT EXACTLY
* IT IS OUR BEST APPRAISAL OF THE COST OF THE WORK ON THE DATE SUBMITTED AND IS SUBJECT TO REASONABLE INCREASE OR DECREASE.
* WE ARE NOT TO BE HELD RESPONSIBLE IF FOR DELAYS CAUSED BY STRIKES, FIRES AND/OR OTHER CAUSES BEYOND OUR CONTROL.
* PRICES SHOWN ARE GUARANTEED FOR 30 DAYS UNLESS SPECIFIED.
* TOTAL COST OF ESTIMATE MAY VARY BY MORE OR LESS 10% DIFFERENCE.
* THERE IS 30% CANCELLATION FEE, IN ADDITIONAL TO THE REIMBURSEMENT OF INCURRED IN OUT OF POCKET EXPENSES IF THE PROJECT IS CANCELLED
* UPON SIGNATURE OF THIS ESTIMATE YOU AGREE TO PAY INVOICES AS PER AGREED UPON PAYMENT CYCLE AND TERMS

Payment term: 30 DAYS

NOTES:

| Prepared by | Account Executive's Approval | Clients Approval |
|---|---|---|
| RPETERBA  Rpe. | | Maritere Matinz |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P O Box 11905 San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N° 0003-00002325**

**DEPARTAMENTO DE HACIENDA DE P.R** Department of the Treasury

P O BOX 9024140/OFICINA DE COMUNICACIONES
SAN JUAN PUERTO RICO 00902-4140 Communications Office

ATTN MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL Institutional |
| CAMPAIGN: | FY 2016-17 OOP |
| JOB NUMBER: | HACIN6R10002 |
| ID NUMBER: | 1201172016 |
| DATE: | 02/15/2017 |
| DUE DATE | 03 17/2017 |
| PO N | |

| DESCRIPTION | AMOUNT |
|---|---|
| Job title: BANNER EX SECRETARIOS  Banner Former Treasury Secretaries | |
| PRINTING - E | 55 75 |
| MECHANICAL | 500 00 |
| PRINT-OUT | 20 00 |
| DIGITAL FILES | 50 00 |
| DIGITAL FILES | 100 00 |
| AGENCY COMMISSION (17.65%) OI. 55.75 | 9 84 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature

Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Hacienda de Puerto Rico, sus subsidiarias y afiliadas es parte o tiene interés alguno en las ganancias o los beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa La única consideración para suministrar los servicios objeto del contrato ha sido el pago acordado con el representante autorizado de la agencia El importe de esta factura es justo y correcto Los servicios se han prestado y no han sido pagados.

Firma Autorizada

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL PLEASE SEND US A WRITTEN NOTIFICATION WE MUST HEAR FROM YOU IN WRITING WITH IN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

| | |
|---|---|
| **TOTAL USD** | 735.59 |
| **PAGE** | 1 of 1 |

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

Please remit payment to:
BADILLO NAZCA S&S
P.O. BOX 11905
SAN JUAN, PR 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S.S.S.
Bank Name Banco Santander de Puerto Rico
Bank Address 207 Ave Ponce de León Piso 2
Hato Rey Puerto Rico 00917
Account Number ████████653
ABA Number 21508301 SWIFT Code BSCHPRSX

CERTIFIED TRANSLATION:



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2016 | 2016-3897 |

**Bill To**

Comstat Rowland
P.O. Box 11905
San Juan, P.R. 00922

**Ship To**

*Job # 120117. 2017*
*PO # 120259. 2017*

| P.O. No. | Terms | Ship Date | Ship Via | Sales |
|----------|-------|-----------|----------|-------|
| 12-0259/2016 | Net 30 | 12/20/2016 | Delivery | NC |

| Item | Description | Rate | Amount |
|------|-------------|------|--------|
| Rótulo | 1 Rótulo "Hacienda"<br>Impreso full color un lado, material pvc 1/4", tamaño 22" x 18", con cadenita y cordón para colgar.<br><br>Job# 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<br><br>0% Sales Tax | 55.75<br><br><br><br>0.00% | 55.75<br><br><br><br>0.00 |

1 sign "Treasury"
Full color on one side, PVC 1/4"
Size 22"x 18"with chain and cord for hanging

Thank you for your business.

**Total** **$55.75**

El saldo a mano salvo la fotas   [ILLEGIBLE TEXT]

"Cualquier reclamación respecto a los cargos que aparecen o el estado de cuenta mensual y facturas, debe hacerse por escrito, en el plazo de 10 días de la factura. De no hacerse en el término provisto, se tendrá por dicho balance o legal, correcto y aceptado".

Para facturación y/o pagos: accounting@graphicprintingpr.com // accounting2@graphicprintingpr.com

Dirección Postal
PMB 329
35 Juan C. De Borbon #67
Guaynabo, P.R. 00969-5375

Dirección Fisica
Calle 11 S/E #300
Puerto Nuevo
San Juan, P.R. 00920

Tel   787-783-6110
Fax   787-783-6135
E-mail contactmes@graphicprintingpr.com


**Graphic Printing**

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document,
as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ-FORNARIS

# SALA DE LOS SECRETARIOS



Bienvenidos a la Sala de los Secretarios del Departamento de Hacienda.

En esta sala se exhiben los retratos pictóricos de los exsecretarios, comenzando con el Intendente Don Alejandro Ramírez quien ocupara el cargo entre el 1813 al 1815, así como documentos históricos que recogen el acervo de Hacienda y la historia económica de Puerto Rico.

En la historia del Departamento de Hacienda se resalta la dedicada gestión de los hombres y mujeres que han dirigido esta importante instrumentalidad pública a través de los años. Desde el 1813, muchos han sido los excelentes servidores públicos que han ocupado la Secretaría. En esta sala encontrarás datos relevantes de cada uno de ellos.

Podrás disfrutar también de un documental institucional que cuenta parte de la historia de la agencia de la cual has sido partícipe. Este valioso instrumento educativo presenta la trayectoria económica reciente del país a través de entrevistas a algunos exsecretarios, quienes en sus testimonios destacan los grandes acontecimientos y aportaciones del Departamento de Hacienda a nuestro país.

CERTIFIED TRANSLATION

## ROOM OF THE SECRETARIES

Welcome to the Room of the Treasury Secretaries**.**

This room exhibits portrait paintings of the former secretaries, beginning with Intendant Alejandro Ramírez, who held the position between 1813 and 1815, and a collection of historical documents comprising the Treasury's heritage and the economic history of Puerto Rico.

The history of the Treasury Department highlights the devoted administration of the men and women who, over the years, have led this important public instrumentality. Since 1813, many excellent public servants have occupied the Secretariat. In this room, you will find relevant information about each one of them.

You will also be able to enjoy an institutional documentary that recounts part of the history of the agency, of which you have been a part. This valuable educational tool presents our most recent economic trajectory in interviews with some of the former Secretaries, whose testimonies focus on the main events and contributions of the Treasury Department to Puerto Rico.

THE TREASURY

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.

S/ GLADYS RODRÍGUEZ-FORNARIS

CERTIFIED TRANSLATION:

# COMSTAT

Print Date: December 13, 2016
Page N°: 01

## PRODUCTION ESTIMATE

| | | |
|---|---|---|
| Main client | : DEPARTAMENTO DE HACIENDA DE PR | Department of the Treasury |
| Billing Client | : DEPARTAMENTO DE HACIENDA DE P.R | Department of the Treasury |
| Product | : INSTITUCIONAL Institutional | Estimate Number: 120117/2016 |
| Job Number | : HACIN&R10002  FY 2016 17 OOP | Issue Date: 12/12/2016 |
| Estimate Description | : BANNER EX SECRETARIOS | PO: |

| Production Type | Detail | Amount | Quantity | Total |
|---|---|---|---|---|
| PRINTING - E | ROTULO | | | |
| | COLOR: BLANCO Y NEGRO | | | |
| | TAMAÑO: 22"w x 18"h | | | |
| | MATERIAL: PVC 1/4" | | | |
| | CANTIDAD: 1 | | | |
| MECHANICAL | TERMINACION: UNA CADENITA PARA COLGAR. | 55.75 | 1.00 | 45.59 |
| PRINT-OUT | ARTE FINAL DE ROTULO | 500.00 | 1.00 | 500.00 |
| DIGITAL FILES | PRINT-OUT | 28.02 | 1.00 | 28.00 |
| DIGITAL FILES | PDF LOW-RES PARA APROBACION | 50.00 | 1.00 | 50.00 |
| | PDF Hi RES FUL COLOR | 100.00 | 1.00 | 100.00 |

Sign
Color: Black & white
Size: 22"x 18"
Material: PVC 1/4"
Amount: 1
Finishing: chain for hanging
Final art for sign
Print-out
Low-res PDF for approval
Hi-res PDF full color

| | | |
|---|---|---|
| NET TOTAL | : | 725.73 |
| Agency Commission | | 9.84 |
| SUBTOTAL | : | 735.59 |
| TOTAL INCLUDE IVU | | 735.59 |





I, Gladys Rodríguez Fornarís, MA TI Translator (DTS #4600) DO CERTIFY that I have translated the English text appearing in the present document, as submitted in Spanish by the requesting party, and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRÍGUEZ FORNARÍS

CERTIFIED TRANSLATION:

# BADILLO
# SAATCHI & SAATCHI

P.O. Box 11905, San Juan, Puerto Rico 00922-1905
Telephone 787 622 1000 Fax 787 782 2088

**INVOICE N° 0003-00002186**

DEPARTAMENTO DE HACIENDA DE P.R — Department of the Treasury
P.O BOX 9024140 OFICINA DE COMUNICACIONES
SAN JUAN, PUERTO RICO 00902-4140 — Communications Office

ATTN    MARIA E QUINTERO

| | |
|---|---|
| PROD GROUP: | |
| PRODUCT: | INSTITUCIONAL — Institutional |
| CAMPAIGN: | FY 2016-17 OOP |
| JOB NUMBER: | HACIN6R10002 |
| ID NUMBER: | 0803732016 |
| DATE: | 11 24 2016 |
| DUE DATE: | 12 24 2016 |
| P.O. N : | |

### DESCRIPTION

Job title: 2016 EVENTO INFORMATIVO — 2016 Informative Event

|  | AMOUNT |
|---|---|
| ANALYTICS | |
| SPECIAL SERVICES - E | 0 00 |
| AUDIOVISUAL SERVICES | 12,007.93 |
| AUDIOVISUAL SERVICES | 21,355 09 |
| SPECIAL SERVICES - I | 829 56 |
| MISC. MATERIAL - E | 150.00 |
| MISC MATERIAL - E | 24 00 |
| AGENCY COMMISSION (17.65%) Of 31 226 00 | 8 00 |
| | 5,511 39 |

Under penalty of absolute nullity, I hereby certify that no public official of the Department of the Treasury, its subsidiaries and affiliates is a party to or has any interest in the profits or benefits resulting from the agreement covered by this invoice, and should he or she be a party to or have any interest in the profits or benefits resulting from the agreement, a prior waiver has been issued. The only consideration for providing the goods or services covered by the agreement has been the payment agreed upon with the agency's authorized representative. The amount of this invoice is fair and correct. The services have been rendered and no payment has been received therefor.
[Signed] Authorized Signature 11/30/16 Date

Bajo pena de nulidad absoluta certifico que ningún servidor
público del Departamento de Hacienda, sus subsidiarias y afiliadas
es parte ni tiene interés alguno en las ganancias o los beneficios producto
del contrato objeto de esta factura y de ser parte o tener interés en la ganancias
o beneficios producto del contrato ha mediado una dispensa previa.
La única consideración para suministrar los servicios objeto del contrato
ha sido el pago acordado con el representante autorizado de la agencia.
El importe de esta factura es justo y correcto. Los servicios se han prestado
y no han sido pagados.

[Signature] WBtez    11/30/16
Firma            Fecha

IF YOU NEED ADDITIONAL INFORMATION OR IF YOU HAVE A QUESTION REGARDING THIS BILL, PLEASE SEND US A WRITTEN NOTIFICATION. WE MUST HEAR FROM YOU IN WRITING WITHIN TEN (10) WORKING DAYS FROM THE RECEIPT OF THIS INVOICE IF WRITTEN NOTIFICATION IS NOT RECEIVED WITHIN SAID TIME YOU MUST PAY THE INVOICE AS PER THE AGREED PAYMENT TERMS

**TOTAL USD**  39,885.97

**PAGE**  1 of 1

I, Gladys Rodríguez-Fornaris, MA in Translation (UPR 1995), DO CERTIFY that I have translated into English the foregoing document, as submitted in Spanish by the interested party; and that said translation is true and correct to the best of my knowledge and abilities.
S/ GLADYS RODRIGUEZ-FORNARIS

Please remit payment to
BADILLO NAZCA S&S
P O BOX 11905
SAN JUAN, PR. 00922

Wire Transfer to:
Beneficiary Name Badillo Nazca S&S
Bank Name Banco Santander PR
Bank Address
Fed Routing #
Account #
ABA / Swift #