# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> As representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> Re: ECF No. 24645 |

### INFORMATIVE MOTION AS TO SUBMISSION OF CERTIFIED TRANSLATION

To the Honorable United States District Judge Laura Taylor Swain:

**COMES NOW,** International Traffic Systems, LLC ("ITS"), a creditor, by and through the undersigned legal counsel, and in compliance with the Court's Order at Dkt. No. 24645 granting ITS's *Motion for Leave to File Spanish Documents and Requesting a Term to File Certified Translation by July 6, 2023* ("the Motion") at Dkt. No. 24636, respectfully submits the English version of the Spanish documents previously submitted at Dkt. Nos. 24634-3, 24634-5 - 24634-8, 24634-20 - 24634-21, 24634-26, and 24634-40 - 24634-41.[2]

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] When submitting the attachments to the *Response To The Five Hundred Seventieth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico, The Puerto Rico Highways And Transportation Authority, And Puerto Rico Public Buildings Authority To Claims For Which The Debtors Are Not Liable* at Docket No. 24634, ITS inadvertently submitted as Attachment 5 (Docket No. 24634-6) an illegible copy in Spanish of the Delivery Record included as part of its Proof of Claim at page 54. However, in the same Proof of Claim, ITS included a more legible copy of the same document at page 91. For completeness's sake, attached please find the translation of the more legible version.

**WHEREFORE**, ITS respectfully request this Honorable Court take notice of the filing of a certified translation of these Spanish Language Exhibits in compliance with the Court's Order.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of July 2023.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's CMP Order, we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:   787-250-5619
Fax:   787-759-9225

By:   */s/ Nayuan Zouairabani Trinidad*
       Nayuan Zouairabani Trinidad
       USDC No. 226411
       E-mail: nzt@mcvpr.com

By:   */s/ Victoria Rivera Lloréns*
       Victoria Rivera Llorens
       USDC No. 307808
       E-mail: vrll@mcvpr.com

***Attorneys for International Traffic Systems, Inc.***