CERTIFIED TRANSLATION

|  |
|---|
| COMMONWEALTH OF PUERTO RICO <br> General Services Administration <br> Single Registry of Bidders <br><br> **CERTIFICATE OF ELIGIBILITY** |

| Date of Issue | Certificate Number | Effective Date |
|---|---|---|
| 26-December-2013 | 0262 | 26-December-2014 |

Name of Bidder: INTERNATIONAL TRAFFIC SYSTEMS, LLC

Social Security Number: 1994

Bidder number: 15735

Mailing Address: PONCE DE LEON AVE. 416 SUITE 1701, SAN JUAN, PR 00918

Phone: 7703804235 /

Fax:

Email: jmiller@theinsurenet.com

| Person authorized to sign bid | Title |
|---|---|
| Jonathan Miller | Manager/President |

Eligibility shall be subject to bidder showing proof that, as June 26, 2014, bidder was compliant with subsection E of Section 24 of Reorganization Plan No. 3 of November 21, 2011, by filing the affidavit required by law. Every Executive Agency, Public Corporation or Municipality shall be responsible for validating the bidder's eligibility before adjudicating any procurement procedure, purchase order or awarding a contract.

NOTICE: Any alteration shall void this certificate and may be subject to criminal sanctions in accordance with the applicable procedures of the Puerto Rico Penal Code. To validate the information contained in this certificate, please access: https://serviciosenlinea.gobierno.pr/validacionelectronica/ and use the certificate number as validation code.

[Illegible signature]                                                                                                  pr.gov
Luis M. Castro Ayala, CPA
Administrator

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.