CERTIFIED TRANSLATION

[Letterhead: Commonwealth of Puerto Rico
Highways and Transportation Authority]

December 20, 2013

César M. Gandiaga Texidor, CPA
Assistant Executive Director for
Administration and Finance

[*Illegible signature*]

Ángel D. Normandía Ayala
Director Office of Budget

CERTIFICATION OF FUND AVAILABILITY
Fiscal year 2013-2014

After the appropriate analysis, we certify that the following contract does not represent an outlay of funds.

| DESCRIPTION | AMOUNT | BUDGET ACCOUNT |
|---|---|---|
| International Traffic System | $0 | N/A |

Attachment: record

[Highway and Transportation Authority]

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.