CERTIFIED TRANSLATION

Delivery Record – Office of the Comptroller of Puerto Rico                                                            Page 1 of 1

Commonwealth of Puerto Rico
OFFICE OF THE COMPTROLLER
San Juan, Puerto Rico

Delivery Number: 326106

Entity Code: 3125   Contract, Deed and Supplemental Documents Delivery Record   Delivery generated by: Guillermo A. Mullet

Number of contracts delivered: 1   Delivery Date: 1/14/2014 5:34:53PM   Printed date: 1/14/2014 5:35:03PM

Return

| Contract | Amendment | Execution Date | Amount | Effective from | Effective through | Employer Id. number | Contactor's name | Exempt |
|---|---|---|---|---|---|---|---|---|
| 2014-000182 | | 12/30/2013 | $1.00 | 12/30/2013 | 3/302019 | 994 | International Traffic Systems, LLC | 0 |
| | | | | | | | | |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.