CERTIFIED TRANSLATION

| | |
|---|---|
| | Dear Merchant:<br>This is your Merchant Registration Certificate (Certificate of Registration). Please, make sure that the information contained in this certificate is correct. The original Certificate of Registration must be displayed to the general public at all times in a conspicuous place within your business.<br><br>According to our tax records, you are authorized to withhold and remit the Sales and Use Tax (SUT). If you filed Form SC2914D, and qualify as reseller or manufacturing plant, you will receive two Certificates of Exemption in blue security paper.<br><br>Please see the back of your Certificate of Registration, which notifies you of the requirement to register in the IVU-Loto website.<br><br>If you have specific questions regarding your Certificate of Registration, please call (787) 722-0216.<br><br>Sincerely,<br>[*Illegible Signature*]<br>Ángel R. Marzán Santiago<br>Assistant Secretary<br>Internal Revenue Area |
| INT'L TRAFFIC SYSTEMS LLC<br>416 PONCE DE LEON AVE<br>SUITE 1701<br>SAN JUAN, PR 00918 | |

**PIN:** 7015 (This number will allow you to file your monthly SUT Return and remit the SUT electronically through our website ivu.hacienda.gobierno.pr. Also use this number to register with IVU Loto.)
For general information about the SUT or IVU Loto visit our website at www.hacienda.gobierno.pr or email us at: ivuconsultas@hacienda.gobierno.pr.
**Important**: Notify any change that requires amending your Certificate of Registration using Form SC2914B. Notify any changes to your IVU Loto registration through the IVU Loto website or calling at (787) 200-7900 Option number 4.
B-0000037

| | |
|---|---|
| Form SC 2918<br>Rev. 03 JAN 13<br>Department of the Treasury<br>Commonwealth of Puerto Rico | COMMONWEALTH OF PUERTO RICO<br>DEPARTMENT OF THE TREASURY<br>**MERCHANT REGISTRATION CERTIFICATE**<br>0576635-0016<br>WITHHOLDING AGENT |

| **Location name:**<br><br>**INT'L TRAFFIC SYSTEMS LLC**<br><br>416 PONCE DE LEON AVE<br>SUITE 1701<br>SAN JUAN, PR 00918 | **Legal Name**:<br><br>**INT'L TRAFFIC SYSTEMS LLC**<br><br>416 PONCE DE LEON AVE<br>SUITE 1701<br>SAN JUAN, PR 00918 |
|---|---|
| **NAICS Code: 541600** | Date of Issue: February 03, 2014 |
| **Business Activity:** ADMINISTRATIVE, SCIENTIFIC, TECNOLOGIAL ADVISORY SERVICES | |

**Certificate Type:** MERCHANT
I, Melba Acosta Febo, certify that this merchant is registered in the Registry of Merchants of the Department of the Treasury.

[Illegible Signature]
**Secretary of the Treasury**
This Certificate is nontransferable and must be displayed at all times in a conspicuous place to the public at the location stated above.

The Certificate of Registration is property of the Commonwealth of Puerto Rico and contains exclusive information about your merchant status. It is your responsibility to protect it. Its unauthorized use or possession may give rise to civil and/or criminal penalties.


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.