CERTIFIED TRANSLATION

Attachment 20

[*Letterhead*: **Highways and Transportation Authority**
**AREA OF TRAFFIC ENGINEERING AND OPERATIONS**]

**MEETING AGENDA**  **DATE:** [*Handwritten date*: October 3, 2014]  **TIME**: [*Handwritten time:* 10:22 AM]
**RE:**  [Handwritten text: SIMONE Project]
**PLACE:**  [Handwritten text: CONFERENCE CENTER FLOOR 8]

| PARTICIPANTS | COMPANY | PHONE/EXT. MOBILE PHONE EMAIL |
|---|---|---|
| 1. Juan C. Rivera Ortiz | HTA – Traffic | juanrivera@dtop.gov.pr (787) 721-8787 x. 2860 |
| 2. Jorge L. Rivera | ITS | 787 459-5350 |
| 3. Mildred González | ITS | 787 412-3464 |
| 4. Héctor *illegible* | ITS | 787-640-0648 |
| 5. Sergio Sánchez | ITS | 787 360-3731 |
| 6. Amaury Rodríguez | ITS | (787)423-0493 |
| 7. Jonathan Miller | ITS | (770) 380-4235 |
| 8. Danny Román Vera | HTA – Traffic | droman@dtop.gov.pr (787) 721-8787 x.2893 |
| 9. José F. Pagán | HTA – Traffic | (787) 721-8787 ext. 2812,2839 |
| 10. José L. Pabón Venegas | HTA/DTOP Office of the Secretary | (787) 318-6760 jpabon@dtop.gov.pr |
| 11. Samuel Forestier | HTA – Area of Traffic | (787) 721-8787 x. 2829 sforestier@dtop.gov.pr |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

| **MEETING OUTCOME** |
|---|
| |
| |
| |
| |
| |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.