CERTIFIED TRANSLATION

ATTACHMENT 21

[*Letterhead*: Commonwealth of Puerto Rico
Department of Transportation
and Public Works]

## ATTENDANCE SHEET
**Date:** Thursday, November 6, 2014 / **Time:** 10:00 AM
**Place**: Conference Room – Floor 17
**IN RE:** CAMERA TICKETS

| | NAME | OFFICE | PHONE/EXT. |
|---|---|---|---|
| 1. | Samuel Forestier | Traffic Area HTA | 721-8787 x2829 |
| 2. | Edwin Meléndez Sojo | DISCO-DTOP | (787) 487-8084 |
| 3. | Luis R. Pastor Reyes | Metro Region Const. | (787) 358-5973 |
| 4. | Mildred González | ITS | (787) 412-3464 |
| 5. | Jorge L. Rivera | ITS | (787) 459-5350 |
| 6. | Kiara L. Sosa | ITS | (787)423-0493 |
| 7. | Jonathan Miller | ITS | (770) 380-4235 |
| 8. | Javier Rangel | GATSO, USA | (787)955-6562 |
| 9. | José L. Pabón | Office of the Secretary | (787)318-6760 |
| 10. | *Illegible* A. Cintrón | Traffic Regulation | (787)590-4934 |
| 11. | Mario A. Maldonado | CST | (939)475-7575 |
| 12. | Maritza Lugo | HTA– Regulation | (787) 721-8787 x. 2859 |
| 13. | Gloria R. Reyes | HTA – Traffic | (787) 721-8787 x. 2899 |
| 14. | Juan C. Rivera Ortiz | HTA – Traffic | (787) 721-8787 x. 2876 |
| 15. | Sergio Sánchez | ITS | (787) 360-3731 |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |

Comments:
_____
_____

Roberto Sánchez Vilella Government Center
Box 41269, San Juan, PR 00940-1269
Tel. (787) 722.2929
www.dtop.gov.pr

[Facebook logo facebook.com/dtop] [@DTOP Tweeter logo]        [dtop]



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.