CERTIFIED TRANSLATION

| | |
|---|---|
| [Letterhead: International Traffic Systems, LLC<br>954 Ponce de León Ave. 5th Floor<br>San Juan, PR 00907 Phone: 787.398.7498]<br><br>Andrew Fox, Chairman<br><br>Jonathan Miller, Director, CEO<br><br>Michael McGrey, Director<br><br><br><br>Advisory Board:<br><br>Joel Mulder, Regional Director GAS Security USA<br><br>Ashok Sinha, CEO, Northern Lakes Data Corp.<br><br>Dan Himes, CEO, Accordant Communications, Inc.<br><br>Andrew Ketterer, Esq., Special Counsel, Former Pres., National Assoc. of Attorneys General<br><br><br><br>**PARTNER AFFILIATE:**<br><br>NLETS<br>International Justice and Public Safety Network<br><br><br><br>PSC<br>PSC Alliance Member | January 15, 2015<br><br>Hon. Alejandro García Padilla<br>Governor of Puerto Rico<br>La Fortaleza<br>San Juan, Puerto Rico<br><br>[Stamp: Received<br>La Fortaleza Post Office<br>15 Jan 16  AM  11:27<br>[*illegible signature*]]<br><br>Dear Mr. Governor:<br><br>I represent International Traffic Safety Systems, a company contracted by the Department of Transportation and Public Works to establish SIMONE. Even though we established recently in Puerto Rico, ITS is supported by the National Public Safety Consortium. This entity groups 17 companies with presence in 183 countries and vast experience in traffic control and safety systems. At present, there are 31 Puerto Rican employees among ITS staff.<br><br>I am writing to you to clarify incorrect information that has been provided to the media outlets, and that due to our contract with DTOP, we are unable to publicly correct.<br><br>ITS has fully complied with the contract it executed with DTOP to establish SIMONE, a sensor camera system that detects violations of the Traffic Act. We have complied not only with the letter and spirit of the contract, but also have gone beyond our duties to address issues with the implementation of the system which are the agency's responsibility. We are disappointed by the Secretary's decision with regard to the contract and the manner in which it has been disclosed to the media outlets without formal communication from our company. In fact, to this day we have not received an official communication from the agency.<br><br>We are proud of the work performed by our team of Puerto Rican professionals and as an honest and transparent company, we are open to answer any questions regarding the work performed. I will also take this opportunity to provide you with important details that may give you more context of what has been reported by the secretary to the media.<br><br>**Relevant data:**<br><br>- **Review process** – The process was fully established by DTOP, ITS was not involved in the drafting thereof.<br><br>- **Customer Service Phone Number** – Since November, the customer service phone number has been (787) 709-4614. It is clearly shown in the notice of violation received by citizens under the Right to Request Review section. This is a local number and is serviced by operators in Puerto Rico. It is also available at www.simonepr.com and in the informative documents approved by DTOP. The agency had knowledge of that change. |

Part of the National Public Safety Consortium, Inc. seventeen dedicated companies operational in 183 nations. Phone: 800.755.7573. thenpsc.com

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Case:17-03283-LTS Doc#:24709-7 Filed:07/06/23 Entered:07/06/23 11:24:18 Desc: Certified Translation of Docket No. 24634-26 Page 2 of 2

CERTIFIED TRANSLATION

[Letterhead: International Traffic Systems, LLC]

Page 2

- **Public Awareness and Information** – Because of the contract, DTOP was in charge of the entire process of informing and raising the public's awareness of the project. We were instructed to make no public statements. We took no part in the launching or in the process of informing the people of the implementation of the project.

- **Investments not contemplated in the contract –** According to the contract, ITS is responsible for installing equipment such as cameras and sensors, monitoring intersections, providing customer service, and mailing notices of violations. However, at the agency's request, we have had to assume the cost of conditioning and signalizing the intersections where SIMONE is installed. For example, the estimated cost of these works for the next four intersections is approximately $70,000.

- **Bureaucracy and delays in decision-making** – The implementation of a system such as SIMONE requires effective interagency coordination. This coordination has been almost inoperative. For example, we have been waiting since November for DTOP to coordinate with the Electric Power Authority to work on the electrical installation of the fixed camera that was required for PR-17 in front of the Gabriela Mistral School.

    - Likewise, the letters to drivers who have requested review regarding the elimination of tickets, incorrect payments, refunds, and others, have not been mailed because DTOP has not approved or process the drafts sent thereto.

These are just a few examples. Our wish is to continue rendering services to the government of Puerto Rico and share out expertise in the implementation of a road safety system that will benefit all citizens. Thus, we request a meeting where we can clarify and state our position regarding the events that have led the secretary to propose the cancellation of the contract and refunding the fines paid. According to the contract, these are validly issued tickets for violations of the law committed by drivers.

The decision made by the Secretary causes irreparable harm to our reputation as a multinational business that decided to do business in Puerto Rico; it also endangers the substantial investment of capital we have made to date.

We trust in our system, which have been recognized as one of the most reliable systems in the industry. We are certain that you will act fairly in benefit of all parties involved.

Sincerely,

[*Illegible signature*]
Jonathan Miller
Chief Executive Officer

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.