# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtor | PROMESA Title III<br><br>No. 17-03283 -LTS<br><br>(Jointly Administered) |
| LUIS A. RIVERA SIACA<br><br>Movant,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors | **ECF No. 24711** |

## MOTION TO WITHDRAW ECF NO. 24711

**TO THE HONORABLE COURT:**

COMES NOW Charles A. Cuprill, P.S.C. Law Offices and respectfully withdraws **ECF No. 24711** to be substituted by a corrected Informative Motion.

**WHEREFORE**, it is respectfully requested that **ECF No. 24711** be deemed withdrawn.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all ECF participants.

San Juan, Puerto Rico this 7th day of July 2023

*s*/**Charles A. Cuprill-Hernández**
USDC-PR 114312
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street - Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: cacuprill@cuprill.com

2