IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                               Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

**DEBTOR'S AMENDED IDENTIFICATION OF EXPERT WITNESSES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19- BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**To the Honorable United States District Court Judge Laura Taylor Swain:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits its amended identification of expert witnesses (the "Amended Expert Identification") in accordance with the *Order Setting Interim Litigation Deadlines Concerning Proposed Third Amended Plan of Adjustment* [ECF No. 3820] (the "Order") and Federal Rules of Civil Procedure 26(a)(2)(A) and 26(a)(2)(C).

1. The Debtor provides herein the identity of the following expert witness who may provide opinion testimony on behalf of the Debtor in support of confirmation of the forthcoming *Third Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* (the "Plan"), not including any rebuttal expert witnesses,[3] pursuant to Federal Rule of Civil Procedure 26(a)(2)(B):

    a. **Glenn R. George, MBA, PE, PhD, Partner, Bates White Economic Consulting.** Dr. George may provide testimony regarding (i) the methodology applied by the Oversight Board in determining the Legacy Charge incorporated in the Plan of Adjustment for the Puerto Rico Electric Power Authority (as it may be amended, modified, or supplemented, the "Plan"), (ii) the reasonableness of the Legacy Charge in balancing stakeholder interests and risks, and (iii) the consistency of the Legacy Charge and the methodology used to determine the Legacy

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3] The Oversight Board reserves the right to identify rebuttal expert witnesses, including but not limited to Jürgen Weiss and Andrew Wolfe, at the appropriate time set by the Court and following its review of the opening expert disclosures and opening expert reports submitted by other parties in interest.

Charge with principles of just and reasonable rates.

2. Further to the disclosure made in *Debtor's Amended Preliminary List of Fact Witnesses to be Offered in Support of Confirmation of Plan of Adjustment*, filed contemporaneously herewith, the following witnesses may provide testimony on behalf of the Debtor in support of confirmation of the Plan pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):[4]

    a. David Brownstein, Managing Director at Citigroup Global Markets Inc.

    b. Sheva Levy, Principal at Ernst & Young, LLP

    c. Juan Santambrogio, Managing Director at Ernst & Young, LLP

    d. Ojas Shah, Partner at McKinsey & Company

    e. Mark Shankweiler, Managing Director of Berkeley Research Group, LLC

    f. William P. Zarakas, Principal at Brattle Group Inc.

3. The Oversight Board reserves the right to amend this Amended Expert Identification in accordance with any additional deadlines set by the Court.

[*Remainder of Page Left Intentionally Blank*]

---

[4] Disclosures required for all witnesses designated under Federal Rule of Civil Procedure 26(a)(2)(C) shall be served at the time the Court requires submission of Federal Rule of Civil Procedure 26(a)(2)(B) expert reports.

Dated: July 10, 2023
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Michael T. Mervis
Daniel S. Desatnik
Elliot R. Stevens
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, IL 60602
Tel: (312) 962-3550
Fax: (312) 962-3551

*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorney for the Financial Oversight and Management Board as representative for the Debtor*

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer