UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO

DEBTORS

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

RE: ECF NO. 23456

## INFORMATIVE MOTION:

To the Honorable United States Judge Laura Taylor Swain:

Appear the sir. Josué Torres Santiago, How the petitioner and very respectfully for right own for expose and request:

1- How the petitioner this prisioner with this procedure for own right, for it how very respectfully have interest and propose to the part debtors his legal representation it consideration from possible transaction perform procedure of communication with the petitioner toward her Transaction of her demand.

2- How the petitioner very respectfully these to it best arrangement for consider offer to Transaction concrete, how in right applicable this a minimun reazonable and just to each case separately or for it whole of them tree case. Add separately damage for reprisal according to applicable.

Certificate: The sending for mail regular of copy of this motion to it address of record to The financial oversight and management Board for Puerto Rico.

Date: June 20, 2023
Ponce, Puerto Rico

Respectfully submitted,



Mr. Josué Torres Santiago
Inst. Correccional Ponce-1000
3-P-212
3699 Ponce by Pass
Ponce, P.R., 00728-1500

UNITED STATES DISTRICT COURT
FOR DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN re<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO<br>debtors | PROMESA<br>Tittle III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>RE: ECF NO 23456 |

## Mocion Informativa:

A la Honorable Juez de los Estados Unidos Laura Taylor Swain:

Comparece el Señor Josué Torres Santiago, como peticionario y muy respetuosamente por derecho propio para exponer y alegar:

1- Que el peticionario esta preso con este tramite por derecho propio, por lo que muy respetuosamente tiene interes y propone a la parte deudores su representacion Legal la consideracion para posible Transaccion hacer tramite de comunicación con el peticionario hacia la Transacción de la demanda.

2- Que el peticionario muy respetuosamente esta a la mejor disposicion para considerar oferta de Transaccion concreta, que en derecho aplicable este un minimo razonable y Justo para cada caso por separado o para la totalidad de los tres casos. Sumar por separado daños por represalia según aplicable.

Certificado: El envio por correo regular de copia de esta mocion a la direccion de record a, The Financial oversight and management Board for Puerto Rico.

Respetuosamente Sometido
En Ponce P.R., a 20 Junio de 2023

*(Sello: Institución Ponce Adultos 1000 - Estado Libre Asociado de Puerto Rico - Record Criminal)*

/Josué Torres Santiago
Inst. Correccional Ponce-1000
3-P-212
3699 Ponce by Pass
Ponce, P.R., 00728-1500