Josué Torres Santiago
Inst. Correccional Ponce-1000
3-P-212
3699 Ponce by Pass
Ponce P.R., 00728-1500

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
ROOM 150 FEDERAL BLDG
San Juan, P.R., 00918-1767