UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Letter received July 11, 2023 from Yamil Rivera Velez, Secretary of the Senate of Puerto Rico

Dated: July 12, 2023

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).



# SENADO
Estado Libre Asociado de Puerto Rico

**EL CAPITOLIO**
**SAN JUAN, PUERTO RICO 00901**

Yo, **Yamil Rivera Vélez**, Secretario del Senado de Puerto Rico,

**CERTIFICO:**

Que la **R. del S. 755**, titulada:

## "RESOLUCIÓN

Para requerir a la Junta de Supervisión Fiscal, creada al amparo del "Puerto Rico Oversight, Management, and Economic Stability Act", conocida como "PROMESA", Pub. L. 114-187, el cumplimiento inmediato de la estipulación del 21 de julio de 2022 con el Gobierno del Estado Libre Asociado de Puerto Rico por orden del Tribunal Federal para el Distrito de Puerto Rico para la implementación parcial de la Ley 80-2020, conocida como "Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos"; solicitar que la Junta de Supervisión Fiscal provea información al Senado del Estado Libre Asociado de Puerto Rico de las razones por las que no se ha iniciado la implementación parcial de la Ley 80-2020."

ha sido aprobada por el Senado de Puerto Rico, en la Sesión del miércoles, 28 de junio de 2023, en la forma que expresa el ejemplar que se acompaña.

**PARA QUE ASI CONSTE**, y para notificar al Tribunal de Título III de la Ley PROMESA, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico, el día diez (10) del mes de julio del año dos mil veintitrés y estampo en ella el sello del Senado de Puerto Rico.

Yamil Rivera Vélez
Secretario del Senado

# R. del S. 755

## RESOLUCIÓN

Para requerir a la Junta de Supervisión Fiscal, creada al amparo del "Puerto Rico Oversight, Management, and Economic Stability Act", conocida como "PROMESA", Pub. L. 114-187, el cumplimiento inmediato de la estipulación del 21 de julio de 2022 con el Gobierno del Estado Libre Asociado de Puerto Rico por orden del Tribunal Federal para el Distrito de Puerto Rico para la implementación parcial de la Ley 80-2020, conocida como "Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos"; solicitar que la Junta de Supervisión Fiscal provea información al Senado del Estado Libre Asociado de Puerto Rico de las razones por las que no se ha iniciado la implementación parcial de la Ley 80-2020.

## EXPOSICIÓN DE MOTIVOS

El 3 de agosto de 2020 el P. del S. 1616 se convirtió en la Ley 80, conocida como "Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos". Para iniciar su implementación, el Gobierno del Estado Libre Asociado de Puerto Rico suministró información requerida por la Junta de Supervisión Fiscal (en adelante, JSF) en diversas comunicaciones entre los meses de octubre y diciembre del año 2020. A pesar de ello, la JSF presentó objeciones en cuanto a la cantidad de empleados que eran elegibles para poder acogerse al retiro incentivado. Estas objeciones, según la JSF, porque se podrían afectar servicios esenciales que presta el Gobierno.

En una misiva con fecha del 21 de octubre de 2020, la JSF condicionó la implementación de la Ley 80 a la presentación de un programa sustantivo en el que se certificara que la Ley 80 no impondría costos netos incrementales al Plan Fiscal y que se implementaría de manera fiscalmente responsable, garantizando los servicios esenciales adecuados. La Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (AAFAF) constantemente sometía información que continuaba siendo objetada por la JSF. El ente fiscal posteriormente informó que el Gobierno no implementaría la Ley 80 hasta que no se llegara a un acuerdo y solicitó al Gobierno que notificara a los empleados públicos que por el momento la Ley no sería implementada.

En una nueva carta con fecha del 22 de junio de 2021, la JSF reconoció que la Ley 80 resultaría en ahorros y estableció que el estatuto requería de algunas enmiendas técnicas para que el análisis realizado por el Gobierno del Estado Libre Asociado de Puerto Rico fuera aceptable. Además, reiteró que el Gobierno no debía implementar la Ley hasta que se alcanzaran determinados acuerdos. Durante este intercambio, los empleados continúan a la espera de que se implemente esta Ley para poder acogerse al retiro incentivado.

Luego de largos meses de comunicaciones entre el Gobierno y la JSF para suplir información y aclarar dudas relacionadas a la implementación de la Ley 80, el 20 de diciembre de 2021, la JSF radicó ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico un procedimiento adversativo solicitando que se dictaminara que la Ley PROMESA prevalece sobre la Ley 80-2020 por resultar incompatible con el Plan Fiscal. Como parte de las discusiones y negociaciones entre el Gobierno y la JSF, el 28 de diciembre de 2021 se presentó una estipulación, aprobada por la Jueza Laura Taylor Swain dirigida a resolver el litigio y trabajar en conjunto para buscar alternativas que redunden en el mejoramiento del retiro de los servidores públicos y ahorros netos al erario.

El 15 de febrero de 2022, la JSF y el Gobierno radicaron una moción informativa, solicitando tiempo adicional para satisfacer las condiciones establecidas en la Estipulación, vencederos al 11 de junio de 2022. Posteriormente, mediante comunicación del 3 de junio de 2022 la JSF indicó que permitiría la implementación parcial del Programa con respecto a aquellos empleados cuyos puestos se consideraran no esenciales para la continuación de servicios a la ciudadanía, y que por consiguiente podrían ser eliminados para lograr los ahorros necesarios, según exige la Estipulación.

Conforme a la nueva orden del Tribunal de Distrito Federal, el Gobierno debía culminar su determinación de Puestos Eliminados Propuestos y análisis de ahorros, y presentárselo a la JSF en o antes del 21 de junio de 2022. Así también se estableció en la orden que, en caso de cumplir con el plazo requerido, las partes deberían determinar si estaban o no de acuerdo con cada una de las condiciones impuestas en la Estipulación, en o antes del 14 de julio de 2022.

El 14 de julio de 2022, la Oficina de Gerencia y Presupuesto (OGP) y la Administración de los Sistemas de Retiro (ASR) remitieron una carta conjunta a la JSF, en representación del Gobierno, certificando que: (i) el Gobierno le presentó a la JSF una lista de los Puestos Eliminados Propuestos por agencia, instrumentalidad, y corporación pública, según aplicable; (ii) que cada agencia, instrumentalidad y corporación pública afirmó haber cumplido con los requerimientos de la Carta Circular 2021-01, particularmente en cuanto a la determinación de que los Puestos Eliminados Propuestos no tendrían un impacto adverso en la habilidad de la entidad para proveer servicios esenciales a la ciudadanía; y (iii) que tanto OGP como ASR dan deferencia a las determinaciones de las entidades gubernamentales correspondientes, y entienden que la eliminación de tales puestos no repercutirá de manera negativa en la capacidad de cada entidad para brindar servicios esenciales.

El 21 de julio de 2022 la JSF y el Gobierno del Estado Libre Asociado de Puerto Rico anunciaron que encontraron una vía para implementar parcialmente el programa de retiro temprano que se dispone en la Ley 80 por la orden del 28 de diciembre de 2021 del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. Parte del acuerdo incluyó que el Gobierno del Estado Libre Asociado de Puerto Rico debía

notificar a los empleados antes del 28 de julio de 2022, que sus puestos serían eliminados permanentemente conforme a su elección previa de retiro temprano a menos que opten por no participar en el programa de retiro temprano establecido en la Ley 80.

El acuerdo final permite que unos mil setecientos (1,700) empleados de la Rama Ejecutiva que fueron clasificados en sus agencias como no esenciales y que cotizaron al Retiro bajo las Leyes 447 y 1 puedan retirarse con el cincuenta por ciento (50%) de su salario calculado a base de la retribución bruta anual más alta devengada por los empleados en cualquiera de los últimos 3 años anteriores al momento de acogerse al retiro incentivado. Asimismo, los empleados que se acojan a este programa recibirán cien dólares ($100) de aportación al plan médico hasta los 62 años. A pesar de que ya han pasado casi ocho meses de la Estipulación, nada ha pasado y estos empleados continúan en incertidumbre de qué pasará con su futuro.

Presentado este resumen sobre el tracto procesal, no hay duda alguna de que la JSF avaló la implementación parcial del Programa bajo la Ley 80 para aquellos empleados que ocupen puestos no esenciales de conformidad con lo establecido en la Estipulación. Por lo que este Senado, reconociendo que, aunque el acuerdo no alcanza todos los reclamos para hacer justicia a los servidores públicos, es necesario e inminente que se cumpla con la Estipulación ante el Tribunal Federal para permitir la implementación parcial de la Ley 80 y continuar buscando alternativas para mejorar el retiro de aquellos trabajadores que no cualifican para este programa de retiro incentivado.

**RESUÉLVESE POR EL SENADO DE PUERTO RICO:**

Sección 1.- Requerir a la Junta de Supervisión Fiscal, creada al amparo de "Puerto Rico Oversight, Management, and Economic Stability Act", conocida como "PROMESA", Pub. L. 114-187, el cumplimiento inmediato de la estipulación del 21 de julio de 2022 con el Gobierno del Estado Libre Asociado de Puerto Rico por virtud de la orden del Tribunal Federal para el Distrito de Puerto Rico del 28 de diciembre de 2021 sobre la implementación parcial de la Ley 80-2020, conocida como "Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos".

Sección 2.- Se solicita a la Junta de Supervisión Fiscal que provea información al Senado del Estado Libre Asociado de Puerto Rico en un término de 15 días calendario sobre las razones por las que no se ha iniciado la implementación parcial de la Ley 80-2020.

Sección 3.- El Senado del Estado Libre Asociado de Puerto Rico reafirma su compromiso de hacer justicia a los servidores públicos y continuar buscando alternativas para mejorar el retiro de aquellos trabajadores que no cualifican para este retiro incentivado.

Sección 4.- Copia de esta Resolución será enviada a la Junta de Supervisión Fiscal, al Tribunal de Título III de la Ley PROMESA, presidido por la Jueza Laura Taylor Swain, al Gobernador del Estado Libre Asociado de Puerto Rico y divulgada a través de los medios de comunicación en Puerto Rico.

Sección 5.- Esta Resolución tendrá vigencia inmediatamente después de su aprobación.