**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

**MOTION TO WITHDRAW CECILIA M. SUAU BADIA**
**AS LEGAL COUNSEL FOR AMERINATIONAL COMMUNITY SERVICES, LLC**

TO THE HONORABLE COURT:

COMES NOW attorneys Nayuan Zouairabani and Cecilia M. Suau Badía and respectfully states and prays as follow:

1.      Cecilia M. Suau Badía has appeared before this Honorable Court as counsel for AmeriNational Community Services, LLC, in the above-captioned case.

2.      The law firm of McConell Valdés, LLC, through its other attorneys appearing in this case, including attorney Nayuan-Zouairabani-Trinidad, will continue to represent AmeriNational Community Services, LLC, in this litigation.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

WHEREFORE, the undersigned respectfully requests that this Honorable Court take notice of the foregoing, and grant leave to withdraw attorney Cecilia M. Suau Badía as counsel for AmeriNational Community Services, LLC, and henceforth serve all paper in this case through counsel Nayuan Zouairabani-Trinidad.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 12th day of July, 2023.

**CERTIFICATE OF SERVICE:** In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the *Sixteenth Amended Notice, Case Management and Administrative Procedures* Order (Docket No. 20190-2 of Case No. 17-03283 (LTS)) (the "CMP Order"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

**MCCONNELL VALDÉS LLC**
*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile: 787-759-8282

*By: /s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

By: *s/Cecilia M. Suau Badía*
Cecilia M. Suau Badía
USDC No. 229111
Email: cms@mcvpr.com