UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>　　Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING INFORMATIVE MOTION OF COBRA ACQUISITIONS LLC IN CONNECTION WITH THE ORDER REGARDING COBRA ACQUISITIONS LLC'S MOTION TO MODIFY STAY ORDER

　　　　The Court has received and reviewed the *Informative Motion of Cobra Acquisitions LLC in Connection with the Order Regarding Cobra Acquisitions LLC's Motion to Modify Stay Order* (Docket Entry No. 24717 in Case No. 17-3283 and Docket Entry No. 3834 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case No. 17-4780) (the "Cobra Informative Motion"), filed by Cobra Acquisitions LLC ("Cobra").

The Financial Oversight and Management Board for Puerto Rico, the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority (collectively, the "Government Parties") are hereby directed to file an informative motion responding to the Cobra Informative Motion by **4:00 p.m. (Atlantic Standard Time)** on **July 21, 2023**. The Government Parties' informative motion must (i) address the statements in the Cobra Informative Motion concerning the status of the review of the invoices that are the subject of the *Informative Motion of the Financial Oversight and Management Board for Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Fiscal Agency and Financial Advisory Authority Relating to Order Regarding Cobra Acquisitions LLC's Motion to Modify Stay Order* (Docket Entry No. 3754 in Case No. 17-4780) (the "June 14 Informative Motion"), (ii) explain the process applicable to PREPA's review of the invoices to the extent material remaining steps in that process were not described in the June 14 Informative Motion, and (iii) explain whether and how PREPA will meet the Expected Timeframe to Conclude Validation Process set forth in the June 14 Informative Motion.

SO ORDERED.

Dated: July 13, 2023

                                                                           /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge