**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 6/7/2018
Proof of Claim No.: 59396

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at **844.822.9231**.

PHARMA BIO SERV PR INC
6 CARR 696
DORADO, PR 00646-3306

RECEIVED AUG 1 3 2018