

# INVOICE

6 Carretera 696
Dorado, PR 00646-3306

Phone. 787-278-2709  Fax: 787-278-0030

| | |
|---|---|
| DATE: | 4/11/2013 |
| INVOICE # | 16238 |
| PROPOSAL # | 11-0052-LS-R2-03 |
| CONTRACT # | 2012-DS0427 |

**Bill To:** Janet Rios, CIO
Carlos Carrasquillo, Project Manager Ext. 2413
The Puerto Rico Department of Health
P.O. Box 70184
San Juan, PR 00936-8184

Phone. 787-765-2929
e-mail: carlos.carrasquillo@prhin.net

**Ship To:** Janet Rios, CIO
Carlos Carrasquillo, Project Manager Ext. 2413
The Puerto Rico Department of Health
P.O. Box 70184
San Juan, PR 00936-8184

Phone: 787-765-2929
e-mail: carlos.carrasquillo@prhin.net

**PROJECT NAME: HIE Systems Development**

| Account no. | Start Date | Term | Due Date | Representative |
|---|---|---|---|---|
| PRIFAS 256-0710000-081-2010-1090HT0001SUB & PeopleSoft 256-0710000-08F-2010-10001SUBHIE | October 1, 2011 | 30 days | 05/11/13 | Carlos Carrasquillo, Project Manager |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Deliverable 3: E-Labs; Phase 3: Testing (Includes testing for the EHR Integration Testing) | 44,500.00 | $ 44,500.00 |
| | SUBTOTAL | | $ 44,500.00 |
| | SALES TAX (7%) | | . |
| | SUBTOTAL | | 44,500.00 |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $ 44,500.00 |

Activities requirements, according to approved proposal # 11-0052-LS-R2-03.

**CERTIFICACION:**
Bajo pena de nulidad absoluta certifico que ningún servidor público del Departamento de Salud es parte o tiene algún interés en las ganancias o beneficios del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con los representantes autorizados, los productos han sido entregados (los servicios prestados) y no han sido pagados.

CERTIFICO CORRECTO: _____ Mariluz Plaza         4/11/13 Fecha

Please Remit your payment to:
Mail:  Integratek
(Division of Pharma-Bio Serv PR, Inc.)
6 Carretera 696
Dorado, PR 00646-3306

ACH:  Banco Popular de Puerto Rico
349 Mendez Vigo
Pabellón Comercial Rafael Hernández Colón
Dorado, PR 00646

Routing No.:  021502011
Account No.:  058252045

Please forward payment remittance details to:
Integratek
6 Carretera 696
Dorado, PR 00646-3306

Attn: Mariluz Plaza
Billings Manager
mplaza@pharmabioserv.com

Ph: 1-787-278-2709
Fax: 1-787-278-0030
www.pharmabioserv.com

**Thank You For Your Business!**

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 1 of 27 |

# System Test Case for HIE: EHR System Integration

## Proposal 11-0052-LS-R2

### Approval

| Name | Job Title /Role | Signature | Date (DD-MMM-YYYY) |
|---|---|---|---|
| The Author is signing to confirm that this document has been prepared in accordance Testing procedure. | | | |
| Authored by: Baxter Mickey Rains | Integratek PMO Manager | | 01-Nov-2012 |
| The [Developer, User] is signing to confirm, for [unit, system, acceptance] level testing, that the Test Steps adequately address the objectives of the Test Case | | | |
| Approved by: | Ruth Rios HZ T.Manager | | 10/6/12 |

Test Case Iteration Number: ☐

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE – EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 3 of 27 |

## Table of Contents

1 Test System Identifiers .................................................................................................... 5
   1.1    User Identifier ........................................................................................................... 5
   1.2    Unit/System Identifiers ............................................................................................ 5
   1.3    Document Identifiers ............................................................................................... 6
   1.4    Test Objective Identifiers ........................................................................................ 6
   1.5    Terms and Definitions ............................................................................................. 6
2 Test Objective .................................................................................................................. 8
3 Test Preconditions ........................................................................................................... 9
4 Traceability .................................................................................................................... 10
5 References .................................................................................................................... 11
6 Test Procedure .............................................................................................................. 12
   6.1    New Patient Creation ............................................................................................ 12
           New Patient Creation ............................................................................................ 12
   6.2    New Patient Creation from Existing MPI Profile .................................................... 14
           New Patient Creation from Existing MPI Profile .................................................... 14
   6.3    Prescription Creation ............................................................................................ 16
           Prescription Creation ............................................................................................ 16
   6.4    Surescripts Medication History CCD ..................................................................... 22
           New Patient Creation from Existing MPI Profile .................................................... 22
   6.5    PRHIE Prescription History CCD .......................................................................... 23
           New Patient Creation from Existing MPI Profile .................................................... 23
7 Test Outcome ................................................................................................................ 26
8 Appendix 1 – Test Data Requirements .......................................................................... 27

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 5 of 27 |

# 1 Test System Identifiers

Table 1 identifies the system where the test case is being executed.

**Table 1: System Identifier**

| System |
|---|
| Name: HIE |
| Version: *1.0* |

## 1.1 User Identifier   *Blue Utr ver 1.1.4*

The Test Manager shall identify all users and their roles, i.e. Prescriber (P) or Pharmacist (Rx), associated with the execution of this test case within Table 2.

**Table 2: User Identifier**

| Name | Role | Signature | Initial | Date (DD-MMM-YY) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## 1.2 Unit/System Identifiers

Table 3 identifies the units or system and their version being tested within this test case.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 7 of 27 |

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 9 of 27 |

## 3 Test Preconditions

The following preconditions apply to the tests in this document:

1. Data set requirements for prescribers, facilities and pharmacists. Refer to Appendix 2.
2. At least one of each category should be created prior test execution.
3. The following path will be used to access the HIE application within PRHIE:
   a. QA: https://staging.prhin.net/orders
   b. Staging - Internal: https://staging.prhin.net/orders
   c. Staging – External: https://staging.prhin.net/orders
4. Objectives 1 and 2 can be run independently.
5. Objective 4 needs Objective 3 completed.
6. Objective 5 can be run independently if prescriptions exist.
7. For allergies, Patient 3 shall be entered.
8. For Section 6.3, Prescription #7, Patient 4 shall be created. Refer to Appendix 2 section 4 for details.

| | | | Integratek | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 11 of 27 |

## 5 References

Document references referred to or relied upon by this document are as follows:

| Item | Reference ID | Description |
|---|---|---|
| 1. | HIE_UM_001 | HIE User Manual-Prescribers & Agents |

## Integratek

| Document Title: System Test Case for HIE - EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 13 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | button. | will be displayed with patient demographic data prepopulated and no search results found.<br>• The message displayed should read: "No hay resultados en el Índice Central de Pacientes. Proceder a añadir el paciente." | | 𝓈𝓊 |
| 6.2.3 | • Press "Añadir Paciente" Button | • New patient creation screen is displayed. Most fields should be prepopulated with EHR System demographic data, including Addresses, Next of Kin, Allergies and Conditions, if available. | allergies | ✓ B/w/tr |
| 6.2.4 | • Fill Remaining Patient data and press the "Guardar Paciente" button. | • A new patient profile is created in both MPI and local facility.<br>• The patient details screen is displayed. | | 𝓈𝓊 |

| 6.1 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|

| Indicate whether Expected Results were obtained (Pass/Fail) | | Comment (if required):<br>Corryz allergies |
|---|---|---|

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| Jauthio | | [signature] | 12/6/12 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| [signature] JOSE R. SAA | | [signature] | 12/6/12 |

## Integratek

| Document Title: System Test Case for HIE - EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 15 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | matching search result. | | |
| 6.4.3 | • Select the matching MPI search result | • New patient creation screen is displayed. Most fields should be prepopulated with EHR System demographic data, including Addresses, Next of Kin, Allergies and Conditions, if available. | | |
| 6.4.4 | • Fill Remaining Patient data and press the "Guardar Paciente" button. | • A new patient profile is created in local facility. • The patient details screen is displayed. | No frejo al #RC. | |

| 6.2 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|

| Indicate whether Expected Results were obtained (Pass/Fail): Pass | Comment (if required): |
|---|---|

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| Janet Rios | | | 12/6/12 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| Jose R. Sancher | | | 12/6/12 |

## Integratek

| Document Title: System Test Case for HIE-EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 17 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | "Receta" window. | display. | | |
| 6.3.9 | Enter drug in the "Nombre Comercial" from the Appendix 2. Press "Buscar Medicamento" button. | • The window will display a list of medications with the drug entered.<br>• "La búsqueda incluye genéricos (<drug name>)" message will display. | Tylenol | OK |
| 6.3.10 | Select the drug(s) from the list by pressing on it. | • The medication window will display.<br>• The medication(s) selected will display at the top of the screen. | | OK |
| 6.3.11 | Enter all drugs for the prescription.<br><br>1. Enter the "Cantidad" 30 according to the prescription.<br><br>2. Select the "Unidad" (at Tab the right) according the prescription<br><br>Press "Añadir Receta" | • The "Receta" screen will display with the medication.<br>• The medication(s) information corresponds to the one entered. | | OK |
| 6.3.12 | Select the "Definir Diagnóstico" option | The "Búsqueda de Diagnóstico" window will display. | | OK |
| 6.3.13 | Enter the word "diabet" in the "Descripción" field. Press "Buscar" button. | The window will list diagnostics with the word entered. | | OK |
| 6.3.14 | Select "Código" 253.5 from the list by clicking on the line. | The "Receta" window will display the medication with the selected diagnostic. | | OK |
| 6.3.15 | Enter the prescriber signature and press the "Firmar" button. | • The "La receta ha sido enviada exitosamente" will display.<br>• The EHR System should return to the patient record screen.<br>• The EHR System should have processed the prescription data, which should now be available in the patient's record data. | | OK |

| | | Integratek | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 7.03 | 01-Nov-12 | STC | HIE | 19 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | enviada exitosamente" will display. | | |
| | | **Prescription #3: Two Drugs – Interaction** | | |
| 6.3.25 | Repeat steps 6.3.1 – 6.3.8, eligibility should be prepopulated<br><br>Patient Name: Carlos Pony | The medication search screen is displayed | | SL |
| 6.3.26 | Enter drug in the "Nombre Comercial" from the Appendix 2.<br>Press "Buscar Medicamento" button. | • The window will display a list of medications with the drug entered.<br>• "La búsqueda incluye genéricos (<drug name>)" message will display. | | SL |
| 6.3.27 | Select the drug(s) from the list by pressing on it. | • The medication window will display.<br>• The medication(s) selected will display at the top of the screen. | Coumadin y cipro | SL |
| 6.3.28 | Enter all drugs for the prescription.<br>1. Enter the "Cantidad" according to the prescription.<br>2. Select the "Unidad" (at the right) according the prescription<br>Press "Añadir Receta" | • The "Receta" screen will display with the medication.<br>• The medication(s) information corresponds to the one entered.<br>• Alerts will display | SL | SL |
| 6.3.29 | Select the "Definir Diagnóstico" option | The "Búsqueda de Diagnóstico" window will display. | | SL |
| 6.3.30 | Enter the word "diabet" in the "Descripción" field. Press "Buscar" button. | The window will list diagnostics with the word entered. | | SL |
| 6.3.31 | Select "Código" 253.5 from the list by clicking on the line. | The "Receta" window will display the medication with the selected diagnostic. | | SL |
| 6.3.32 | Enter the prescriber signature and press the "Firmar" button. | • The "La receta ha sido enviada exitosamente" will | | SL |

## Integratek

**Document Title: System Test Case for HIE - EHR Integration**

| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
|---|---|---|---|---|---|
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 21 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
|  | "Descripción" field. Press "Buscar" button. | diagnostics with the word entered. |  | *signed* |
| 6.3.39 | Select "Código" 253.5 from the list by clicking on the line. | The "Receta" window will display the medication with the selected diagnostic. |  | *signed* |
| 6.3.40 | Enter the prescriber signature and press the "Firmar" button. | • The "No puedes enviar receta con medicamentos CONTROLADOS, sólo puedes imprimirla" message is displayed. |  | *signed* |
| 6.3.41 | Press the OK button on the message box, then press the "Imprimir" button. | • The message box closes.<br>• A popup is displayed to print the prescription. |  | *signed* |

| 6.3 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|
| Indicate whether Expected Results were obtained. (Pass/Fail) | Pass | Comment (if required): |

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| Jant Ros |  | *signed* | 12/6/10 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| José R. Sanch~ |  | *signed* | 12/6/12 |

## Integratek

| Document Title: System Test Case for HIE ; EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 02 | 01-Nov-12 | STC | HIE | 22 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | exitosamente" The EHR System should receive a CCD document with medication history and must process the data to update the patient's record with medication history. | | |
| 6.4.10 | Repeat steps 6.4.2 to 6.4.9 | The CCD must be processed again by the EHR system, discarding duplicate prescriptions. | | |

| 6.4 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|
| Indicate whether Expected Results were obtained (Pass/Fail) | N/A |
| | Comment (if required): [signature] 10/6/12 |

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| | | [signature] | |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| Jose R. Sanchez | | [signature] | 12/6/2012 |

### 6.5 PRHIE Prescription History CCD

| Test Objective | New Patient Creation from Existing MPI Profile |
|---|---|
| Acceptance Criteria | • The Surescripts-based Medication History CCD must be processed correctly even if sent multiple times |

| Station Used to Perform Test | | Test Start Date/Time (DD-MMM-YY) | | Completion Date/Time (DD-MMM-YY) | |
|---|---|---|---|---|---|
| | | | | | |

| Integratek ||||||
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration ||||||
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 25 of 27 |

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| *[signature]* Jose R. Sanchez | | *[signature]* *[signature]* | 12/6/12 12/6/12 |

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 27 of 27 |

# 8 Appendix 1 – Test Data Requirements

A spreadsheet was prepared outside this document.



**DEPARTAMENTO DE SALUD**

Oficina de Contratos
Departamento de Salud
Estado Libre Asociado de Puerto Rico
PO Box 70184, San Juan, PR. 00936-8182

## HOJA DE:

[X] Trámite   [ ] Fax

| Para: | SR. PEDRO JOSE LASANTA ROBLES<br>PHARMA-BIO SERV PR, INC.<br>6 CARR. 696<br>DORADO, PR 00646-3306 | De: | _(firma)_<br>SONIA N. CARRASQUILLO COTTO<br>DIRECTORA INTERINA<br>OFICINA DE CONTRATOS |
|---|---|---|---|
| Núm. Fax. | | Fecha: | 23 de noviembre de 2011 |
| Asunto: | DISTRIBUCION DE CONTRATO A FAVOR DE:<br>*PHARMA-BIO SERV PR, INC.   *#2012-050427   * OIAT<br>*ASESORIA Y CONSULTORIA DE PROGRAMACION DE COMP, E IMPLANTACION DE SERV. DE RECETAS - HIE | | |

### ACCIÓN A TOMAR:

[ ] Para aprobación          [ ] Para acción pertinente       [ ] Rehacer con Enmiendas señaladas
[ ] Para contestar           [ ] Para sacar copia             [ ] Para su conocimiento y archivo
[ ] Acusar Recibo            [X] Para su Información          [ ] Para retener

[ ] Contestar para la firma de _____
[ ] Devolver documento firmado a: _____
[ ] Enterarse y devolver a: _____
[ ] Evaluar y someter información a: _____

Comentarios:

Recibido por: _____   Fecha: _____

Oficina de Contratos - Advertencia sobre confidencialidad: Esta comunicación, los escritos y demás documentos que le acompañan, son para uso exclusivo del destinatario. Si el lector no es el destinatario, ni ha sido autorizado por éste para leerla, se le advierte que el contenido es CONFIDENCIAL y propiedad del Departamento de Salud y puede contener información de Salud y puede contener información de naturaleza privilegiada protegida por Ley.