Begin forwarded message:

**From:** "Mariluz Plaza - PharmaBioServ Inc." <mplaza@pharmabioserv.com>
**Date:** May 24, 2023 at 12:42:25 PM AST
**To:** "Pedro Lasanta - PharmaBioServ Inc." <plasanta@pharmabioserv.com>
**Subject: Factura pendiente de pago 16238 - sobre 3 años de vencimiento**

**From:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Sent:** Monday, May 1, 2017 4:40 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>; Mariluz Plaza - PharmaBioServ Inc. <mplaza@pharmabioserv.com>
**Subject:** RE: Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Si, lo llamamos. Mariluz estuvo presente también en la conversación.

Nos informa que lo tiene presentado en su presupuesto. Indico que en esta semana tiene reunión con las personas encargadas de presupuesto y pagos. El caso, en conjunto con otros, será presentado. Quedamos en comunicarnos nuevamente a finales de esta semana para ver que pudo lograr. Dado la situación del gobierno él no se siente en control de cuando se emiten los pagos, si alguno.

**From:** Elizabeth Plaza - PharmaBioServ Inc.
**Sent:** Monday, May 1, 2017 4:26 PM
**To:** Mariluz Plaza - PharmaBioServ Inc. <mplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** RE: Factura pendiente de pago 16238 - sobre 3 años de vencimiento

PEDRO, lo llamASTE Tu?

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Wednesday, April 19, 2017 3:44 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Buenas tardes:

Según solicitado hoy, te incluyo la informacion de la persona a cargo:

Sr. Antonio Sisco – Celular no. 787-501-4648

Durante el mes de abril 2017 le he dejado varios mensajes en su celular.  Hoy le llamé y me confirmó el recibo del e-mail con los documentos.  Me indicó que se está reuniendo cada 2 semanas con el asesor legal para discutir y tomar acción sobre los casos que tiene pendiente incluyendo el nuestro.  Que está consciente de la deuda y lo está trabajando.

Incluyo contrato y factura pendiente de pago no. 16238 por $44,500.00.  Incluyo además, seguimientos más recientes.

De necesitar información adicional, favor indicar.

Excelente tarde,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, April 03, 2017 3:57 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Buenas tardes:

Incluyo factura 16238 de Salud y contrato relacionada a la misma.  La mayor parte de las comunicaciones con el Sr. Antonio Sisco han sido por teléfono ya que los e-mail que le he enviado no han sido contestados.  Incluyo los seguimientos más recientes como referencia.  Se le está dando seguimiento cada 2 semanas y si no obtengo respuesta hago más de una llamada en la semana.

4/3/2017 Mensaje en celular
3/31/2017 Mensaje en celular
3/10/2017 El Sr. Sisco me recalcó que está consciente de la deuda y que está presupuestada.   Me solicitó que como hubo cambio en el personal de finanzas le enviara la factura y el contrato para presentarla al nuevo personal, confirmé su e-mail y así procedí, pero no me ha confirmado el recibo de la información.

Si necesitas más detalles me dejas saber.

Excelente tarde,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 10, 2017 4:24 PM
**To:** asisco@salud.pr.gov; asisco@prhin.net; asisco@prhiec.net
**Subject:** Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Buenas tardes Sr. Sisco:

Favor confirmar el recibo de este e-mail.

Le agradeceré nos informe si necesita información adicional para agilizar el pago de esta factura con sobre 3 años de vencimiento.  Nos urge resolver este asunto.

Atentamente,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 10, 2017 10:01 AM

**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Buen día Sr. Sisco:

Le adjunto factura 16238 con evidencia de servicios brindados y aceptados, pendiente de pago con sobre 3 años de vencimiento.  Le adjunto además contrato para su referencia.

En la parte inferior del e-mail hay seguimientos a la factura para su verificación y referencia.

Agradeceré la ayuda brindada al respecto, pues nos urge resolver el pago de esta factura con sobre 3 años de vencimiento.

De necesitar información adicional, favor indicar.

Se puede comunicar al teléfono 787-330-2033 directo o al cuadro 787-278-2709 Ext. 2033.

Atentamente,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Tuesday, January 31, 2017 5:45 PM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 3 años de vencimiento

Buenas tardes Sr. Sisco:

Le adjunto factura 16238 con evidencia de servicios brindados y aceptados, pendiente de pago con sobre 3 años de vencimiento.  Le adjunto además contrato para su referencia.

En la parte inferior del e-mail hay seguimientos a la factura para su verificación y referencia.

Agradeceré la ayuda brindada al respecto, pues nos urge resolver el pago de esta factura con sobre 3 años de vencimiento.

De necesitar información adicional, favor indicar.

Se puede comunicar al teléfono 787-330-2033 directo o al cuadro 787-278-2709 Ext. 2033.

Atentamente,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, August 29, 2016 12:38 PM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>

**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>; 'ccaez@salud.pr.gov' <ccaez@salud.pr.gov>
**Subject:** RE: Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buenas tardes:

Espero se encuentre bien y recuperándose de su operación.   Según e-mail abajo, necesitamos confirmar status de la factura 16238 pendiente de pago desde el año 2013.  En conversaciones con Calixta Caez ella me indica que usted tiene que comunicarse con tesorería e indicar procedimiento a seguir.

Para nosotros es urgente resolver el pago de la misma pues ya tiene sobre 3 años de vencimiento.

Agradeceré su pronta acción en este particular.

Atentamente,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, August 12, 2016 2:20 PM
**To:** 'ccaez@salud.pr.gov' <ccaez@salud.pr.gov>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>; 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buenas tardes:

En llamada telefónica el 8/9/2016 dando seguimiento a factura pendiente de pago desde el año 2013, usted me indicó que la misma estaba aprobada para pago bajo el comprobante no. 00176680.  Al preguntarle para cuando estaría disponible el pago me indicó que le diera seguimiento el jueves ya que la persona de finanzas que está a cargo no se encontraba disponible.

Ayer le llame según solicitado y cuando le indiqué el número de comprobante 00176680 se percató que el mismo pertenece a otro suplidor y que fue un error;  según solicitado le adjunto factura 16238 y copia del contrato.  La factura y toda la documentación ya se ha entregado en sinnúmeros de ocasiones.  Favor verificar la misma con el Sr. Sisco quien está consciente de la deuda y en compromiso de pago.

Agradeceré su ayuda y pronta atención a este particular ya que necesitamos resolver el pago de esta factura con más de 3 años de vencimiento.

Excelente tarde,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, August 10, 2015 11:46 AM

**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buen día:

Adjunto re-envío factura 16238 y contrato según solicitado hoy, durante llamada telefónica.

Según solicitado, este próximo jueves le daré seguimiento y el viernes le llamaré para verificar status de la misma.

Excelente día,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Tuesday, June 16, 2015 9:44 AM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Baxter M. Rains - Integratek <brains@integratek.net>; Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buen día Sr. Sisco:

Traté de comunicarme con usted pero no fue posible, dejé mensaje en su celular. Nos urge saber status de la factura 16238. Para cuando estaremos recibiendo el pago o abono de la misma.

Agradeceré su pronta respuesta.

Atentamente,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, May 08, 2015 4:51 PM
**To:** 'asisco@salud.pr.gov'; 'asisco@prhin.net'
**Cc:** 'sonia.flores@prhin.net'; Baxter M. Rains - Integratek; Pedro Lasanta - PharmaBioServ Inc.
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buenas tardes Sr. Sisco:

Favor indicar si hay algún progreso con relación al pago de la factura 16238.

Agradeceré su pronta atención a este asunto.

Excelente tarde y fin de semana,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, April 17, 2015 6:01 PM
**To:** 'asisco@salud.pr.gov'; 'asisco@prhin.net'
**Cc:** 'sonia.flores@prhin.net'; Baxter M. Rains - Integratek; Pedro Lasanta - PharmaBioServ Inc.
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buenas tardes Sr. Sisco:

Favor indicar si hay algún progreso con relación al pago de la factura 16238.

Agradeceré su pronta atención a este asunto.

Excelente tarde y fin de semana,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 06, 2015 10:57 AM
**To:** 'scastro@salud.gov.pr'
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Baxter M. Rains - Integratek; Rolando Colon - PharmaBioServ Inc.
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Buen día:

Según comunicación telefónica hoy, adjunto factura 16238 pendiente de pago con sobre 2 años de vencimiento.  Le adjunto además contrato según solicitado.

En la parte inferior del e-mail hay seguimientos a la factura para su verificación y referencia.

Agradeceré la ayuda brindada al respecto, pues nos urge resolver el pago de esta factura con sobre 2 años de vencimiento.

De necesitar información adicional, favor indicar.

Se puede comunicar al teléfono 787-330-2033 directo o al cuadro 787-278-2709 Ext. 2033.

Excelente día y fin de semana,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Thursday, September 18, 2014 1:56 PM
**To:** Pedro Lasanta - PharmaBioServ Inc.
**Cc:** Baxter M. Rains - Integratek; Rolando Colon - PharmaBioServ Inc.
**Subject:** Factura pendiente de pago 16238 - sobre 2 años de vencimiento

Llamé nuevamente hoy a Sandra I. González, ella me indicó que ella solo estaba brindando apoyo y que tiene conocimiento que esa factura se quedó pendiente de pago pero que no tiene más detalles y que me comunique con el Sr. Jose Rif ext. 2412.  Llame a esa extensión pero nadie la contesto.

Excelente tarde☺!!!!

On Sep 15, 2014, at 12:51 PM, "Mariluz Plaza - PharmaBioServ Inc." <mplaza@pharmabioserv.com> wrote:

Buen día:

Adjunto factura no. 16238 pendiente de pago con sobre 2 años de vencimiento. Según indicado por el Sr. Jose E. Ruiz, CPA en e-mail fechado agosto 12, 2014, ver e-mail abajo marcado de amarillo, el cheque ya estaba listo. Cuando el Sr. Baxter recogió el cheque nos pagaron 2 facturas, pero la factura 16238 no fue pagada (ver e-mail marcado de azul).

Necesitamos confirmar si ya el cheque por la factura 16238 está listo para proceder a recogerlo.

Agradeceré su pronta acción al respecto ya que la factura tiene sobre 2 años de vencimiento y necesitamos resolver el pago de la misma a la mayor brevedad.

Atentamente,

**From:** Baxter M. Rains - Integratek
**Sent:** Thursday, September 04, 2014 12:26 PM
**To:** Antonio Sisco; Carlos Carrasquillo HIE
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** FW: PRDOH - Integratek Invoices Status

Saludos Antonio y Carlos,
I trust you are both well. I am following up on one remaining invoice with Jose Ruiz and he indicated that he is currently renewing his contract with your office. Would you be able to provide me assistance regarding the status of the below invoice?

1. #16238, issued on 11 May 2013 for the amount of $44,500.00

I also have a contact in Finance, is this a good person to inquire about the status?
  Sandra I. Gonzalez Berrios
  sigonzalez2@salud.pr.gov
  787-765-2929 ext. 4470

Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Wednesday, September 03, 2014 4:10 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter I am in the process of renewing my contract with the PRHIN so I am not really working there for now.

I will email to Finance anyway to see if they send me more information about that Invoice….

I will let you know,


****************************************

*José Ruiz, CPA*
cpa.joseruiz@gmail.com
787-308-9181

**NOTA DE CONFIDENCIALIDAD:**
**Esta comunicación, incluyendo sus anejos, está protegida por la Ley de Privacidad de las Comunicaciones Electrónicas, 18 U.S.C. & 2510-2521, puede contener información protegida por ley y por lo tanto, confidencial. La misma está destinada únicamente a la(s) personas(s) a la(s) que va dirigida. Si usted no es el destinatario, se le notifica que está terminantemente prohibido retenerla, diseminarla, distribuirla o copiarla. Cualquier recepción no autorizada de este mensaje seria en violación a la ley federal y sujeta a sanciones penales. Si usted recibe este mensaje por error, favor de notificarlo de inmediato y borrarlo. Gracias.**

On Sep 3, 2014, at 3:57 PM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:


Buenas tardes Jose,
Please let me know the status of our outstanding invoices. Please refer to details below.


Gracias y Regards

**From:** Pedro Lasanta - PharmaBioServ Inc.
**Sent:** Wednesday, September 03, 2014 3:55 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Mariluz Plaza - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Baxter, please provide status.

**From:** Baxter M. Rains - Integratek
**Sent:** Wednesday, August 13, 2014 12:01 PM
**To:** Jose E. Ruiz CPA
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Saludos Jose,
I picked up the check today. It covered 2 invoices 19882 & 19894. Remaining is one invoice

#16238, issued on 11 May 2013 for the amount of $44,500.00

Please confirm this invoice is in the Finance office and being processed.

Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Tuesday, August 12, 2014 11:37 AM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter,

Finance called a few minutes ago saying that you have some checks ready for pickup.

Go over there before 430pm

Thanks,

****************************************

*José Ruiz, CPA*
*cpa.joseruiz@gmail.com*
787-308-9181

**NOTA DE CONFIDENCIALIDAD:**
Esta comunicación, incluyendo sus anejos, está protegida por la Ley de Privacidad de las Comunicaciones Electrónicas, 18 U.S.C. & 2510-2521, puede contener información protegida por ley y por lo tanto, confidencial. La misma está destinada únicamente a la(s) personas(s) a la(s) que va dirigida. Si usted no es el destinatario, se le notifica que está terminantemente prohibido retenerla, diseminarla, distribuirla o copiarla. Cualquier recepción no autorizada de este mensaje seria en violación a la ley federal y sujeta a sanciones penales. Si usted recibe este mensaje por error, favor de notificarlo de inmediato y borrarlo. Gracias.

On Aug 8, 2014, at 9:21 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Excelente, gracias.

Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Friday, August 08, 2014 9:18 AM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

I heard yesterday that your invoices were approved already and waiting for hacienda to issue the checks.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jose Ruiz  :-)

Sent from my iPhone

On Aug 8, 2014, at 9:07 AM, "Baxter M. Rains - Integratek" <brains@integratek.net> wrote:

Saludos Jose,
I would appreciate a status on the processing of our invoices.
Buen fin de semana.


Gracias y Regards

**From:** Baxter M. Rains - Integratek
**Sent:** Tuesday, July 22, 2014 8:37 AM
**To:** Jose E. Ruiz CPA
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Buenos dias Jose,
Muchas gracias. Let me know if you need anything from us.


Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Tuesday, July 22, 2014 8:32 AM
**To:** Baxter M. Rains - Integratek
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter your invoices are in Finance, they already open the system and are working the invoices..

I let you know when they sent the information to hacienda to issue the check.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*José Ruiz, CPA*
cpa.joseruiz@gmail.com
787-308-9181

**NOTA DE CONFIDENCIALIDAD:**
**Esta comunicación, incluyendo sus anejos, está protegida por la Ley de Privacidad de las Comunicaciones Electrónicas, 18 U.S.C. & 2510-2521, puede contener información protegida por ley y por lo tanto, confidencial. La misma está destinada únicamente a la(s) personas(s) a la(s) que va dirigida. Si usted no es el destinatario, se le notifica que está terminantemente prohibido retenerla, diseminarla, distribuirla o copiarla. Cualquier recepción no autorizada de este mensaje seria en violación a la ley federal y sujeta a sanciones penales. Si usted recibe este mensaje por error, favor de notificarlo de inmediato y borrarlo. Gracias.**

On Jul 15, 2014, at 10:56 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Saludos Jose,
I trust you enjoyed your vacation. Please let me know the status of these invoices and if you require any additional information. All of the appropriate signoff and documentation should be in the project files.

Gracias y Regards

**From:** Baxter M. Rains - Integratek
**Sent:** Thursday, July 10, 2014 6:32 AM
**To:** Jose E. Ruiz CPA
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE; Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.; Jonatan Irizarry - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Jose,
Gracias, enjoy you vacation.

Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Wednesday, July 09, 2014 11:02 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE; Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.; Jonatan Irizarry - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter,

I sent an email to our contact in Finance, and she told me that they were not able to process your invoices before the cutoff date in June when they close the books for the end of Fiscal Year.  They were supposed to open the system now in July to work on all the pending invoices, but not sure if they started already.

I am off this week but I can follow up next Monday and give you an update.

Thanks,


****************************************

*José Ruiz, CPA*
cpa.joseruiz@gmail.com
787-308-9181

**NOTA DE CONFIDENCIALIDAD:**
Esta comunicación, incluyendo sus anejos, está protegida por la Ley de Privacidad de las Comunicaciones Electrónicas, 18 U.S.C. & 2510-2521, puede contener información protegida por ley y por lo tanto, confidencial. La misma está destinada únicamente a la(s) personas(s) a la(s) que va dirigida. Si usted no es el destinatario, se le notifica que está terminantemente prohibido retenerla, diseminarla, distribuirla o copiarla. Cualquier recepción no autorizada de este mensaje seria en violación a la ley federal y sujeta a sanciones penales. Si usted recibe este mensaje por error, favor de notificarlo de inmediato y borrarlo. Gracias.

On Jul 7, 2014, at 9:04 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Buenos dias Jose,
Unfortunately we still have the following outstanding. I have attached for your review. Gracias

16238 $44,500
19882 $52,500
19894 $24,000


Gracias y Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Sunday, July 06, 2014 9:37 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE
**Subject:** Re: PRDOH - Integratek Invoices Status

Send me a list of the outstanding invoices.    I though that all invoices were paid.

I am out of the office this week but I can check the status with finance.

Thanks


*********************
Jose Ruiz  :-)

Sent from my iPhone

On Jul 6, 2014, at 8:46 AM, "Baxter M. Rains - Integratek" <brains@integratek.net> wrote:

Saludos,
I trust this email finds you well. I wanted to follow-up with you regarding the outstanding invoices and where they are in the approval and payment process. Please advise if you require any additional details from us.
Gracias y Felicidades.

Gracias y Regards

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  

www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

6 Road 696  
Dorado,PR 00646-3306  
**Tel.:**  
**Fax:**

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

6 Road 696  
Dorado,PR 00646-3306  
Tel.:  
Fax:

<Invoice 19894.pdf><Invoice 19882.pdf><16238.pdf>

---

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

---

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

6 Road 696  
Dorado,PR 00646-3306  
**Tel.:**  
**Fax:**

---

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

6 Road 696  
Dorado,PR 00646-3306  
**Tel.:**  
**Fax:**

---

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  
www.pharmabioserv.com

6 Road 696  
Dorado,PR 00646-3306  
**Tel.:**  
**Fax:**

Facebook | LinkedIn | Twitter | Youtube

---

**Baxter Rains**  
Project Manager  
**E-Mail:** brains@integratek.net  
**Mobile:** (727) 742-7428  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

6 Road 696  
Dorado,PR 00646-3306  
**Tel.:**  
**Fax:**

---

## Pedro Lasanta
CFO

**Pharma-Bio Serv**  
6 Road 696 Dorado, PR 00646-3306  
**T.** (787)396-0855  
**F.** (787) 796-5168  
**E.** plasanta@pharmabioserv.com  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

---

## Baxter Rains
Project Manager

**Integratek**  
6 Road 696 Dorado, PR 00646  
**T.** (787) 278-2709 / (727) 742-7428  
**F.** (787)796-5168  
**E.** brains@integratek.net  
www.pharmabioserv.com  
Facebook | LinkedIn | Twitter | Youtube

The following <u>disclaimer</u> applies to this message.

---

### Baxter Rains
Project Manager

**Integratek**
6 Road 696 Dorado, PR 00646
**T.** (787) 278-2709 / (727) 742-7428
**F.** (787)796-5168
**E.** <u>brains@integratek.net</u>
<u>www.pharmabioserv.com</u>
<u>Facebook</u> | <u>LinkedIn</u> | <u>Twitter</u> | <u>Youtube</u>


The following <u>disclaimer</u> applies to this message.

---

### Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168
**E.** <u>mplaza@pharmabioserv.com</u>
<u>www.pharmabioserv.com</u>
<u>Facebook</u> | <u>LinkedIn</u> | <u>Twitter</u> | <u>Youtube</u>


The following <u>disclaimer</u> applies to this message.

<16238 abril 11 13.pdf>

---

### Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** <u>plasanta@pharmabioserv.com</u>
<u>www.pharmabioserv.com</u>
<u>Facebook</u> | <u>LinkedIn</u> | <u>Twitter</u> | <u>Youtube</u>


The following <u>disclaimer</u> applies to this message.

---

### Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**

6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168
**E.** mplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

---

### Elizabeth Plaza
President of Pharma-Bio Serv

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2030
**F.** (787) 796-5168
**E.** eplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

---

### Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

---

### Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168

**E.** mplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube



The following disclaimer applies to this message.

---

Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube



The following disclaimer applies to this message.