**Estimated Hearing Date**: December 6, 2023 at 10:00 a.m. (Atlantic Standard Time)
**Objection Deadline**: August 2, 2023 at 4:00 p.m. (Atlantic Standard Time)

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                                 PROMESA
                                                                       Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO                                            Case No. 17 BK 3283-LTS
RICO,
                    as representative of                              (Jointly Administered)

THE COMMONWEALTH OF PUERTO RICO,
*et al*.,
                    Debtors.[1]
-----------------------------------------------------------x

In re:                                                                 PROMESA
                                                                       Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO                                            Case No. 17 BK 4780-LTS
RICO,
                    as representative of                              (Jointly Administered)

                                                                      **This Notice relates only to
                                                                      PREPA, and shall be filed in the
                                                                      lead Case No. 17 BK 3283-LTS,
PUERTO RICO ELECTRIC POWER                                            and PREPA's Title III Case
AUTHORITY,                                                            (Case No. 17 BK 4780-LTS)**

                    Debtor.
-----------------------------------------------------------x

### SUMMARY OF TENTH INTERIM APPLICATION OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL DEBT FINANCING COUNSEL TO PUERTO RICO ELECTRIC POWER AUTHORITY FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAY 31, 2023

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Norton Rose Fulbright US LLP ("NRF") |
| Authorized to provide professional services to: | Puerto Rico Electric Power Authority ("PREPA") |
| Period for which compensation and reimbursement are sought: | February 1, 2023 through May 31, 2023 |
| Amount of compensation (as invoiced and reported in the Monthly or Bi-Monthly Fee Statements): | $25,179.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Total compensation approved by interim order to date: | $1,133,103.05 |

This is a(n):  __ monthly   X interim  __ final application

- Blended Rate in this application for attorneys during the Compensation Period in 2023: $820.00/hr.
- Blended Rate in this application for all timekeepers during the Compensation Period in 2023: $775.00/hr.

**All Prior Monthly or Bi-Monthly Fee Statements:**

| Compensation Period | Fees Requested | Expenses Requested |
|---|---:|---:|
| September 14, 2018 – September 30, 2018 | $79,605.00 | $0.00 |
| October 1, 2018 – October 31, 2018 | $145,429.00 | $0.00 |
| November 1, 2018 – November 30, 2018 | $89,240.50 | $0.00 |
| December 1, 2018 – December 31, 2018 | $108,464.00 | $0.00 |
| January 1, 2019 – January 31, 2019 | $81,591.00 | $0.00 |
| February 1, 2019 – February 28, 2019 | $33,868.00 | $0.00 |
| March 1, 2019 – March 31, 2019 | $134,780.50 | $0.00 |
| April 1, 2019 – April 30, 2019 | $118,478.00 | $0.00 |
| May 1, 2019 – May 31, 2019 | $94,653.50 | $0.00 |
| June 1, 2019 – June 30, 2019 | $52,356.00 | $0.00 |
| October 1, 2019 – October 31, 2019 | $10,095.00 | $0.00 |
| November 1, 2019 - November 30, 2019 | $19,146.50 | $0.00 |
| December 1, 2019 – December 31, 2019 | $8,981.00 | $0.00 |
| January 1, 2020 – January 31, 2020 | $3,963.50 | $0.00 |
| February 1, 2020 – February 29, 2020 | $10,115.00 | $0.00 |
| March 1, 2020 – March 31, 2020 | $21,192.00 | $0.00 |
| April 1, 2020 – April 30, 2020 | $3,228.00 | $0.00 |
| May 1, 2020 – May 31, 2020 | $2,527.50 | $0.00 |
| June 1, 2020 – June 30, 2020 | $17,460.00 | $0.00 |
| August 1, 2021 – September 30, 2021[2] | $8,528.00 | $0.00[3] |
| October 1, 2021 – November 30, 2021 | $33,707.00 | $0.00 |
| December 1, 2021 – January 31, 2022 | $85,298.50 | $0.00 |
| February 1, 2022 – March 31, 2022 | $60,147.00 | $0.00 |
| April 1, 2022 – May 31, 2022 | $30,601.50 | $0.00 |
| June 1, 2022 – June 30, 2022 | $91,629.50 | $0.00 |
| August 30, 2022 – September 30, 2022 | $29,751.00 | $0.00 |
| October 1, 2022 – November 30, 2022 | $15,217.50 | $0.00 |
| December 1, 2022 – January 31, 2023 | $25,257.00 | $0.00 |
| February 1, 2023 – March 31, 2023 | $22,221.00 | $0.00 |
| April 1, 2023 – May 31, 2023 | $2,958.00 | $0.00 |
| **TOTAL:** | **$1,440,490.00** | **$0.00** |

[2]    The term of the 2021-2022 PSA began on July 1, 2021, although NRF did not begin providing services until the month of August, 2021.

[3]    With the approval of the Fee Examiner and beginning with the months of August and September, 2021, NRF began submitting Fee Statements on a bi-monthly basis, rather than monthly, in an effort to reduce the costs of complying with the Fee Examiner Guidelines and this Court's rules.

**All Payments Made to Date:**

| Total Payments to Date | Fees Paid | Expenses Paid |
|---|---|---|
| September 14, 2018 – July 13, 2023 | $1,205,844.59[4] | N/A |

---

[4]   This payment chart reflects all payments made through and including July 13, 2023.  The payment chart does not include any holdback amounts that may be permitted under the Interim Compensation Order or the Fee Examiner Guidelines.

## TABLE OF SCHEDULES AND EXHIBITS

Schedule A  –  List and Summary of Hours by Professional
Schedule B  –  Summary of Hours and Compensation by Matter Code
Schedule C  –  Expense Summary
Schedule D  –  Customary and Comparable Disclosures

Exhibit A  –  Attorney Certification
Exhibit B  –  Detailed Time and Expense Records for February 1, 2023 through May 31, 2023

**Schedule A**

**LIST AND SUMMARY OF HOURS AND COMPENSATION BY PROFESSIONAL**

| Name | Title or Position | Area of Practice | Home Office Location | Hourly Rate Billed in this Application (As Invoiced) | Hours Billed in this Application | Total Compensation (As Invoiced)[5] |
|---|---|---|---|---|---|---|
| Lawrence A. Bauer | Partner | Public Finance | New York | $930.00 | 7.90 | $7,347.00 |
| Rebecca J. Winthrop | Partner | Bankruptcy | Los Angeles | $780.00 | 21.40 | $16,692.00 |
| Tom Scott | Senior Paralegal | Finance | New York | $450.00 | 1.20 | $540.00 |
| Tom Burns | Case Manager | Bankruptcy | New York | $300.00 | 2.00 | $600.00 |
| **TOTAL** | | | | | 32.50 | $25,179.00 |

---

[5]   No time entries are travel-related.

**Schedule B**

**SUMMARY OF HOURS AND COMPENSATION BY MATTER CODE**

| Task Code | Task | Total Billed Hours | Total Fees Requested (As Invoiced) |
|---|---|---:|---:|
| B110 | Administration/Case Administration | .20 | $156.00 |
| B160 | Preparation of Monthly Fee Statements and Interim Fee Applications | 24.50 | $18,345.00 |
| P220 | Legacy PREPA Bonds/Other | 7.80 | $6,678.00 |
| **TOTAL** | | **32.50** | **$25,179.00** |

## <u>Schedule C</u>

**EXPENSE SUMMARY**

| Category | Amount |
|----------|-------:|
| None | $0.00 |
| **TOTAL** | **$0.00** |

**Schedule D**

**CUSTOMARY AND COMPARABLE DISCLOSURES**

| Category of Timekeeper | Blended Weighted Hourly Rate During the Compensation Period | |
| --- | --- | --- |
| | Billed NRF's Domestic Offices for FY 2023 (Excluding Attorneys Working On This Case) | Billed (in Monthly or Bi-Monthly Fee Statements) By Those Working On This Case[6] |
| Partner | $1,035.00 | $820.00 |
| Senior Paralegal/Case Managers | $355.00 | $356.00 |
| Aggregated (attorneys only) | $987.00 | $820.00 |

---

[6]   Blended rates include those hours written off or otherwise not charged to PREPA.

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
|       as representative of | **Re:  ECF Nos. 1150, 1715, 3269** |
| THE COMMONWEALTH OF PUERTO RICO, *et al*., | (Jointly Administered) |
|       Debtors.[7] | |

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
|       as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | (Jointly Administered) |
|       Debtor. | |

---------------------------------------------------------x

**TENTH INTERIM APPLICATION OF NORTON ROSE FULBRIGHT US LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL DEBT FINANCING COUNSEL TO PUERTO RICO ELECTRIC POWER AUTHORITY FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAY 31, 2023**

---

[7]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Norton Rose Fulbright US LLP ("NRF" or the "Firm"), as special debt financing counsel to Puerto Rico Electric Power Authority ("PREPA"), makes its ninth interim application (this "Application") for allowance of compensation, under sections 316 and 317 of PROMESA, of $25,179.00 and reimbursement of expenses of $0.00, for a total amount of $25,179.00, for the period from February 1, 2023 through May 31, 2023 (the "Compensation Period"), in accordance with (i) the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 8, 2017 [ECF No. 1150], as amended [ECF Nos. 1715, 3269, 20546] (together, the "Interim Compensation Order"), and (ii) the *Memorandum Regarding Fee Review – Timeline and Process*, dated November 10, 2017, and the *Memorandum to Professionals Subject to Title III Fee Review*, dated February 22, 2019 (collectively, including all amendments and supplements, the "Fee Examiner Guidelines").   In support of this Application, the Firm respectfully states as follows:

## BACKGROUND

1.      On May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

2.      On May 5, 2017, Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

3.      On May 21, 2017, Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Oversight Board, as HTA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

4.       On May 21, 2017, Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), by and through the Oversight Board, as ERS's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

5.       On July 3, 2017, Puerto Rico Electric Power Authority ("PREPA"), by and through the Oversight Board, as PREPA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

6.       Through Orders of this Court, the Commonwealth, COFINA, HTA, ERS, and PREPA Title III Cases (together, the "Title III Cases") are jointly administered for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015 [ECF Nos. 242, 537, 1417].

7.       On October 6, 2017, the Court entered the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [ECF No. 1416], appointing Brady Williamson of Godfrey & Kahn, S.C. to serve as Fee Examiner in the Title III Cases.  To date, the Firm has worked cooperatively with the Fee Examiner to ensure that PREPA is provided with cost-effective and efficient services.

## COMPENSATION REQUESTED BY THE FIRM

8.       PREPA has retained the Firm pursuant to the following services agreements:  a Professional Services Agreement, dated September 13, 2018, a Professional Services Agreement, dated September 30, 2019, a Professional Services Agreement, dated July 26, 2021, and the most recent agreement, a Professional Services Agreement, dated August 17, 2022 (collectively, the "Professional Services Agreements"), which ends by its terms on June 30, 2023.[8]

---

[8]      A copy of each of the Professional Services Agreements has been provided to the Fee Examiner.  The Firm anticipates entering into a new Professional Services Agreement for fiscal year 2023-2024 in the coming months.

9.      The Firm's hourly rates are set at a level designed to compensate NRF fairly for the work of its attorneys and paraprofessionals and are disclosed in detail in the Professional Services Agreement.  The Firm further has agreed to apply (a) its 2018 rates to all services rendered to PREPA through and including the month of June, 2019, (b) its 2019 rates to all services rendered to PREPA for the period from October, 2019 through and including June, 2020, (c) its 2021 rates, as corrected, to all services rendered to PREPA for the period from July 1, 2021 through June 30, 2022, and (d) its 2022 rates to all services rendered to PREPA for the period from August 30, 2022 through June 30, 2023.[9]

10.      The Firm's rates are appropriate for complex financing, corporate, securities, litigation, and restructuring matters, whether in court or otherwise.  The rates and rate structure reflect that such complex matters typically involve high stakes and intense time pressures.  The Firm submits that the compensation requested is reasonable in light of the nature, extent, and value of such services provided to PREPA.

11.      During the Compensation Period, the Firm did not receive any payments or promises of payment from any other source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between the Firm and any other person, other than partners of the firm, for sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF SERVICES

12.      During the Compensation Period, the Firm provided professional services to PREPA in connection with its Title III case and other finance-related matters.  Detailed descriptions of the specific services provided (redacted to preserve privilege, confidentiality and

---

[9]  The Firm did not have a professional service agreement with PREPA for the period of July 1, 2020 to July 31, 2021.

work product) and the time expended performing such services are attached as **Exhibit B**. Additionally, a summary of the services the Firm provided to PREPA during the Compensation Period is set forth below.

13.     During the Compensation Period, the Firm concentrated its efforts primarily on matters relating to (a) compliance with the administrative obligations of this case and (b) the review, preparation and filing of PREPA's annual disclosure statements with the Municipal Securities Rulemaking Board, including review, analysis and editing of certain of PREPA's audited financial statements.  As a result of the categories of services and advice provided, NRF submits that the fees and expenses for which it seeks approval were reasonable and necessary.

14.     The Firm has established Task Codes for keeping time records of the work performed for PREPA.  The following is a summary, by Task Code, of the professional services provided by NRF during the Compensation Period, and the services provided by the Firm to PREPA, organized by Task Code category.

a)     **B110 – Administration/Case Administration:  .2 hours – $156.00 fees**

15.     During the Compensation Period, services performed by the Firm in this category related to the administration of the Firm's representation of PREPA.

b)     **B160 – Preparation of Fee Applications:  24.50 hours – $18,345.00 fees**

16.     During the Compensation Period, services performed by the Firm in this category related to the Firm's preparation of bi-monthly fee statements and interim fee applications.  The Firm prepared and served the Firm's Twenty-Seventh and Twenty-Eighth (Bi-Monthly) Fee Statements (collectively, the "Statements").  Because of the confidential nature of the services being provided by the Firm to PREPA, the Firm also continued to create and serve on certain parties special invoices to support each of the Fee Statements, from which all confidential and/or

sensitive information was redacted. Additionally, the Firm completed the preparation and filing of its Eighth Interim Fee Application, and prepared and filed its Ninth Interim Fee Application, covering services rendered during a four month period from October, 2022 through and including January, 2023.

**c)      P220 – Legacy PREPA Bonds:  7.80 hours – $6,678.00 fees**

17.      This category includes all tasks performed by the Firm in connection with the review, preparation and filing of PREPA's annual disclosure statements with the Municipal Securities Rulemaking Board, as well as the Firm's review, analysis and editing of PREPA's financial statements. During the Compensation Period, the Firm reviewed and provided comments with respect to the latest draft of PREPA's FY 2021 audited financial statements in order to determine the accurateness of various financial statement note disclosures. Additionally, the Firm obtained the information and prepared a response to PREPA's audit inquiry letter, in relation to PREPA's FY 2022 financial statements.

## ATTORNEY CERTIFICATION

18.      In accordance with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4), the undersigned has reviewed the requirements of Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) and certifies to the best of his information, knowledge, and belief that this Application complies with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) except as otherwise set forth herein. In this regard, and incorporated herein by reference, the *Certification of Lawrence A. Bauer* in accordance with the U.S. Trustee Guidelines is attached hereto as **Exhibit A**.

## NO PRIOR APPLICATION

19.      No prior application for the relief requested by this Application has been made to this or any other court.

**WHEREFORE,** NORTON ROSE FULBRIGHT US LLP respectfully requests that the Court enter an order:  (a) awarding Norton Rose Fulbright US LLP compensation for professional and paraprofessional services provided during the Compensation Period in the amount of $25,179.00; (b) reimbursement of actual, reasonable and necessary expenses incurred in the Compensation Period in the amount of $0.00; and (c) granting such other relief as is appropriate under the circumstances.

Dated: July 13, 2023
      New York, NY

Respectfully submitted,

/s/ Lawrence A. Bauer
Lawrence A. Bauer
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas, Room 2813
New York, NY  10019-6022
Telephone:  (212) 318-3078
Lawrence.bauer@nortonrosefulbright.com

Special Debt Financing Counsel for Puerto Rico Electric Power Authority

**<u>Exhibit A</u>**

**<u>ATTORNEY CERTIFICATION</u>**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
|       as representative of | **Re:  ECF Nos. 1150, 1715, 3269** |
| THE COMMONWEALTH OF PUERTO RICO, *et al*., | (Jointly Administered) |
|       Debtors.[10] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
|       as representative of | (Jointly Administered) |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
|       Debtor. | |

------------------------------------------------------------x

---

[10]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## CERTIFICATION OF LAWRENCE A. BAUER PURSUANT TO PUERTO RICO LOCAL BANKRUPTCY RULE 2016-1(A)(4)

Lawrence A. Bauer, under penalty of perjury, certifies as follows:

1.      I am a partner with the law firm of Norton Rose Fulbright US LLP ("NRF").  I make this certification in accordance with Rule 2016-1(a)(4) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") regarding the contents of applications for compensation and expenses.

2.      I am familiar with the work performed by NRF for Puerto Rico Electric Power Authority (the "Debtor"), acting for or on behalf of the Debtor.

3.      I have read the *Tenth Interim Application of Norton Rose Fulbright US LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses As Special Debt Financing Counsel to Puerto Rico Electric Power Authority for the Period from February 1, 2023 through May 31, 2023* (the "Application"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

4.      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the Fee Examiner Guidelines, PROMESA, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, the Fee Examiner Guidelines, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, except as follows.  Because of the cost of preparing the monthly statement and budget, particularly when compared to the different amounts of services being provided from month to month, the Firm reached out to Leah Viola, one of the Fee Examiner's representatives, to obtain guidance regarding whether it would be beneficial to the estate for the Firm to continue to prepare monthly budgets as to anticipated NRF fees to be charged to PREPA and corresponding fee

monthly fee statements.  As a cost savings measure, with respect to the budget requirement, the Firm and Ms. Viola agreed that until the Firm was asked to either render a larger amount of services, or services on a more regular and predictable basis, the Firm would refrain from preparing monthly budgets.  With respect to the monthly fee statements, the Firm would either dispense with them if the services were minimal, or switch to bi-monthly fee statements if the services being provided were of a larger amount.  Accordingly, the Firm has not provided monthly budgets, and switched to submitting bi-monthly fee statements for the months of February, 2023 through May, 2023.  Additionally, submission of those bi-monthly fee statements has been delayed because of the time it took for PREPA to provide signed certifications of the fee statements as required by the Court.

Dated:  July 13, 2023                    */s/ Lawrence A. Bauer*
                                          Lawrence A. Bauer

## **Exhibit B**

**FEBRUARY 1, 2023 THROUGH MAY 31, 2023**
**DETAILED TIME RECORDS**

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495430889 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | March 30, 2023 |
| **PREPA Budget Acct #** | 01-4019-92303-556-673 |
| **PREPA/NRF Contract #** | 2023-P00040 |
| **Service Period** | 8/30/22 - 6/30/23 |
| **NRF Contact Your** | Lawrence A. Bauer |
| **Reference** | 17-3283 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY 10019

Tel: +1 212-318-3000
Fax: +1 212-318-3400
www.nortonrosefulbright.com

Accounts Contact:
nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P O Box 364267
San Juan, Puerto Rico 00936-4267

**PREPA - Securitization - Validation**

Professional Services Rendered to February 28, 2023

Charges
USD

**SUMMARY**

| | |
|---|---|
| Fees | 5,820.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD**    **5,820.00** |

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

Please be alert to the risks of cyber-crime and email impersonation attempts to redirect funds inappropriately. We will not under usual circumstances change our bank account details during the course of a transaction. Any communication which you receive advising otherwise could be fraudulent and should urgently be orally verified with your known contact at our firm, or a member of our Finance department.

**NORTON ROSE FULBRIGHT**

| | | | |
|---|---|---|---|
| **Invoice Date** | March 30, 2023 | **Invoice Number** | 9495430889   **Page 2** |
| **Matter Number** | 1000346472 | **PREPA Budget Acct #** 01-4019-92303-556-673 | |
| **Matter Description** | PREPA - Securitization - Validation | **PREPA/NRF Contract #** 2023-P00040 | |
| | | **Service Period:** 8/30/22 – 6/30/23 | |

---

## TIME DETAILS

### B110/PREPA-Administration/Case Administration

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 02/07/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B110/PREPA | Telephone call with L. Viola re: next deadlines and hearing dates. |
| **TOTAL** | **B110** | **0.20** | | **156.00** | | |

### B160/PREPA-Fee Applications

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 02/01/2023 | Winthrop, R | 0.40 | 780.00 | 312.00 | B160/PREPA | Continue to address calculations and gather other information needed for Eighth Interim Fee Application. |
| 02/02/2023 | Winthrop, R | 1.60 | 780.00 | 1,248.00 | B160/PREPA | Continue to revise and update descriptions of services rendered and calculations needed for fee applications. |
| 02/03/2023 | Bauer, L | 0.80 | 930.00 | 744.00 | B160/PREPA | Reviewing and sending comments on 8th Interim Fee Application to Rebecca Winthrop. |
| 02/03/2023 | Winthrop, R | 1.10 | 780.00 | 858.00 | B160/PREPA | Continue to update calculations and charts re: amounts not charged to PREPA and finish drafting Eighth Interim Fee Application. |
| 02/05/2023 | Winthrop, R | 0.40 | 780.00 | 312.00 | B160/PREPA | Implement additional changes to Eighth Interim Fee Application. |
| 02/06/2023 | Burns, T | 0.30 | 300.00 | 90.00 | B160/PREPA | Confirm accuracy and otherwise compare amounts in 8th Interim Fee Application against internal records in preparation for |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | March 30, 2023 | | | **Invoice Number** | 9495430889 | **Page 3** |
| **Matter Number** | 1000346472 | | | **PREPA Budget Acct #** 01-4019-92303-556-673 | | |
| **Matter Description** | PREPA - Securitization - Validation | | | **PREPA/NRF Contract #** 2023-P00040 | | |
| | | | | **Service Period**: 8/30/22 – 6/30/23 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | filing. |
| 02/06/2023 | Winthrop, R | 0.30 | 780.00 | 234.00 | B160/PREPA | Telephone call to and email to L.Viola re: filing of Eighth Interim Fee Application and hearing date on same; emails and telephone call with T. Burns finalizing same. |
| 02/06/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Telephone call with L. Bauer re: scope of services to be rendered. |
| 02/07/2023 | Burns, T | 0.40 | 300.00 | 120.00 | B160/PREPA | Prepare exhibits and otherwise compile the filing version of the 8th Interim Fee Application. |
| 02/07/2023 | Winthrop, R | 0.40 | 780.00 | 312.00 | B160/PREPA | Finalize and arrange for filing of Eighth Interim Fee Application with K. Bolanos. |
| 02/07/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Telephone call with T. Burns re: finalizing fee application. |
| 02/07/2023 | Winthrop, R | 0.40 | 780.00 | 312.00 | B160/PREPA | Begin preparation of Ninth Interim Fee Application. |
| 02/08/2023 | Bauer, L | 0.20 | 930.00 | 186.00 | B160/PREPA | Phone conversation with Rebecca Winthrop regarding discounting time spent on compiling data for PRRADA disclosure during period in which NRF's engagement contract was not in effect. |
| 02/14/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Review January invoice for compliance with Fee Examiner's requirements. |
| 02/15/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Emails to L. Bauer and D. Sanchez re: January 2023 Invoice and re: December Invoice. |
| 02/19/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Email to D. Sanchez and |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | March 30, 2023 | | | **Invoice Number** | 9495430889 | **Page 4** |
| **Matter Number** | 1000346472 | | | | | |
| **Matter Description** | PREPA - Securitization - Validation | | | | | |

**PREPA Budget Acct #** 01-4019-92303-556-673
**PREPA/NRF Contract #** 2023-P00040
**Service Period:** 8/30/22 – 6/30/23

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | with L. Bauer re: January Invoice. |
| 02/21/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Review revised January 2023 invoice and further revise invoice to comply with Fee Examiner's requirements and emails with D. Sanchez re: same. |
| 02/24/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Email to D. Sanchez re: January invoice. |
| **TOTAL** | **B160** | **7.70** | | **5,664.00** | | |
| **Total Hours** | | **7.70** | | **5,820.00** | | |

### TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B110 | 0.20 | $ 156.00 |
| B160 | 7.50 | $ 5,664.00 |
| **Grand Total** | **7.70** | **$ $5,820.00** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Rebecca J. Winthrop | 6.00 | $780.00 | $ 4,680.00 |
| Tom Burns | 0.70 | $300.00 | $ 210.00 |
| Lawrence Bauer | 1.00 | $930.00 | $ 930.00 |
| **Grand Total** | **7.70** | | **$ $5,820.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495435684 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | April 19, 2023 |
| **PREPA Budget Acct #** | 01-4019-92303-556-673 |
| **PREPA/NRF Contract #** | 2023-P00040 |
| **Service Period** | 8/30/22 - 6/30/23 |
| **NRF Contact** | Lawrence A. Bauer |
| **Your Reference** | 17-3283 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000
Fax: +1 212-318-3400

www.nortonrosefulbright.com

Accounts Contact:
nrfusaccountsreceivable@nortonrosefulbright.com

Puerto Rico Electric Power Authority
P O Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization - Validation**

Professional Services Rendered to March 31, 2023

Charges
USD

**SUMMARY**

| | |
|---|---|
| Fees | 16,401.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   16,401.00** |

This invoice may include fees and disbursements of the member firms of the Norton Rose Fulbright Verein.

Please be alert to the risks of cyber-crime and email impersonation attempts to redirect funds inappropriately. We will not under usual circumstances change our bank account details during the course of a transaction. Any communication which you receive advising otherwise could be fraudulent and should urgently be orally verified with your known contact at our firm, or a member of our Finance department.

**NORTON ROSE FULBRIGHT**

| | | | |
|---|---|---|---|
| **Invoice Date** | April 19, 2023 | **Invoice Number** | 9495435684   **Page 2** |
| **Matter Number** | 1000346472 | **PREPA Budget Acct #** | 01-4019-92303-556-673 |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA/NRF Contract #** | 2023-P00040 |
| | | **Service Period:** | 8/30/22 – 6/30/23 |

---

**TIME DETAILS**

**B160/PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 03/09/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Telephone call with and email to T. Burns re: 27th Monthly Fee Statement. |
| 03/10/2023 | Winthrop, R | 1.20 | 780.00 | 936.00 | B160/PREPA | Review invoices, calculations and draft 27th Monthly Fee Statement. |
| 03/10/2023 | Winthrop, R | 1.60 | 780.00 | 1,248.00 | B160/PREPA | Begin to draft Ninth Interim Fee Application. |
| 03/13/2023 | Winthrop, R | 2.30 | 780.00 | 1,794.00 | B160/PREPA | Continue to draft Ninth Interim Fee Application and gather additional information required by same. |
| 03/13/2023 | Winthrop, R | 0.50 | 780.00 | 390.00 | B160/PREPA | Revise 27th Monthly Fee Statement and email to L. Bauer re: client's approval of same. |
| 03/14/2023 | Winthrop, R | 0.40 | 780.00 | 312.00 | B160/PREPA | Review and revise February invoice for compliance with Fee Examiner's procedures. |
| 03/14/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Emails to T. Burns re: information still needed to compile fee application. |
| 03/14/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Email to T. Burns re: client's signature on 27th Fee Statement. |
| 03/14/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Email to L. Bauer re: review of Ninth Interim Fee Application needed. |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of he members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | April 19, 2023 | | | **Invoice Number** | 9495435684 **Page 3** |
| **Matter Number** | 1000346472 | | | **PREPA Budget Acct #** 01-4019-92303-556-673 | |
| **Matter Description** | PREPA - Securitization/Validation | | | **PREPA/NRF Contract #** 2023-P00040 | |
| | | | | **Service Period:** 8/30/22 – 6/30/23 | |

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 03/14/2023 | Winthrop, R | 3.20 | 780.00 | 2,496.00 | B160/PREPA Finish drafting Ninth Interim Fee Application and review and approve exhibits to be attached thereto. |
| 03/14/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA Emails to and with K. Bolanos and M. Vazquez re: filing of Ninth Interim Fee Application. |
| 03/14/2023 | Burns, T | 0.30 | 300.00 | 90.00 | B160/PREPA Reviewing amounts in 9th Interim Fee Application against internal records to confirm accuracy of calculations. |
| 03/14/2023 | Bauer, L | 0.30 | 930.00 | 279.00 | B160/PREPA Reviewing, analyzing and sending comments to R. Winthrop regarding 9th interim fee application. |
| 03/15/2023 | Burns, T | 0.40 | 300.00 | 120.00 | B160/PREPA Compile exhibits and otherwise prepare 9th Interim Fee Application for filing. |
| 03/15/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA Emails and call with T. Burns and emails with M. Vazquez re: filing Ninth Interim Fee Application. |
| 03/15/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA Emails with L. Bauer re: 27th Monthly Statement. |
| 03/16/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA Email to M. Vazquez re: filing of Ninth Interim Fee Application. |
| 03/16/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA Emails with L. Bauer re: client's signature on 27th Monthly Fee Statement. |
| 03/16/2023 | Winthrop, R | 0.80 | 780.00 | 624.00 | B160/PREPA Final review of fee application and exhibits and arrange for filing. |
| 03/17/2023 | Burns, T | 0.60 | 300.00 | 180.00 | B160/PREPA Handle service of Twenty-Seventh Monthly Fee Statement on three |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of he members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

| | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | April 19, 2023 | | | **Invoice Number** | 9495435684   **Page**   **4** |
| **Matter Number** | 1000346472 | | | **PREPA Budget Acct #** 01-4019-92303-556-673 | |
| **Matter Description** | PREPA - Securitization/Validation | | | **PREPA/NRF Contract #** 2023-P00040 | |
| | | | | **Service Period:** 8/30/22 – 6/30/23 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | different constituents, including drafting emails in connection with same. |
| 03/17/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA Emails with T. Burns re: service of 27th Bi-Monthly Fee Statement. |
| 03/17/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA Emails with M. Vazquez re: served fee application. |
| 03/27/2023 | Winthrop, R | 0.50 | 780.00 | 390.00 | B160/PREPA Review and revised February invoice for compliance with requirements and emails to D. Sanchez re: same. |
| 03/28/2023 | Winthrop, R | 0.30 | 780.00 | 234.00 | B160/PREPA Review revised invoice for February to confirm compliance with fee examiner's requirements. |
| 03/28/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA Emails with T. Burns re: Eighth Interim Fee Application. |
| **Total** | **B160** | <u>13.90</u> | | <u>10.263.00</u> | |

**P220/PREPA-Legacy PREPA Bonds - Other**

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 03/01/2023 | Bauer, L | 5.20 | 930.00 | 4,836.00 | P220/PREPA | |
| 03/14/2023 | Bauer, L | 1.40 | 930.00 | 1,302.00 | P220/PREPA | |
| **Total** | **P220** | <u>6.60</u> | | <u>6,138.00</u> | | |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | | 20.50 | | 16,401.00 |

**NORTON ROSE FULBRIGHT**

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | April 19, 2023 | **Invoice Number** | 9495435684 | **Page** 5 |
| **Matter Number** | 1000346472 | **PREPA Budget Acct #** 01-4019-92303-556-673 | | |
| **Matter Description** | PREPA - Securitization/Validation | **PREPA/NRF Contract #** 2023-P00040 | | |
| | | **Service Period:** 8/30/22 – 6/30/23 | | |

**TASK CODE SUMMARY**

| Task Code | Hours | Amount | |
|---|---|---|---|
| B160 | 13.90 | $ | 10,263.00 |
| P220 | 6.60 | $ | 6,138.00 |
| **Grand Total** | **20.50** | **$** | **$16,401.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount | |
|---|---|---|---|---|
| Rebecca J. Winthrop | 12.30 | $780.00 | $ | 9,594.00 |
| Lawrence Bauer | 6.90 | $930.00 | $ | 6,417.00 |
| Tom Burns | 1.30 | $300.00 | $ | 390.00 |
| **Grand Total** | **20.50** | | **$** | **$16,401.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495449527 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | June 16, 2023 |
| **PREPA Budget Acct #** | 01-4019-92303-556-673 |
| **PREPA/NRF Contract #** | 2023-P00040 |
| **Service Period** | 8/30/22 - 6/30/23 |
| **NRF Contact** | Lawrence A. Bauer |
| **Your Reference** | 17-3283 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000
Fax: +1 212-318-3400
www.nortonrosefulbright.com

Puerto Rico Electric Power Authority
P O Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization - Validation**

Professional Services Rendered to April 30, 2023

Charges
USD

**SUMMARY**

| | |
|---|---:|
| Fees | 2,490.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   2,490.00** |

Payable in 30 days
**PAYMENT INFORMATION – Please reference the invoice number when remitting payment.**

ELECTRONIC TRANSFER: to the account of Norton Rose Fulbright US LLP | HSBC |452 5th Avenue, New York, NY 10018 | Wire Routing Number 021001088 |

| **Invoice Date** | June 16, 2023 | | **Invoice Number** | 9495449527 | **Page   2** |

**Matter Number** 1000346472

**Matter Description** PREPA - Securitization/Validation

**PREPA Budget Acct #** 01-4019-92303-556-673
**PREPA/NRF Contract #** 2023-P00040
**Service Period:** 8/30/22 – 6/30/23

---

### TIME DETAILS

**B160/PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|------|------|-------|------|--------|-------|-------------|
| 04/04/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Email to T. Burns re: latest monthly fee statement. |
| 04/04/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Review fee application orders and documentation in light of same. |
| 04/17/2023 | Winthrop, R | 0.50 | 780.00 | 390.00 | B160/PREPA | Review and revise March invoice for compliance with the Fee Examiner's requirements and emails with D. Sanchez relating to same. |
| 04/20/2023 | Winthrop, R | 1.10 | 780.00 | 858.00 | B160/PREPA | Review and confirm calculations from D. Sanchez and draft 28th Bi-Monthly Fee Statement. |
| 04/21/2023 | Winthrop, R | 0.30 | 780.00 | 234.00 | B160/PREPA | Revise 28th Monthly Fee Application. |
| 04/24/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Emails with T. Burns and email to L. Bauer re: obtaining client approval of 28th Monthly Fee Statement. |
| 04/27/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Email to L. Bauer re: 28th Monthly Fee Statement. |
| **Total** | **B160** | **2.50** | | **1,950.00** | | |

**P220/PREPA-Legacy PREPA Bonds - Other**

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|------|------|-------|------|--------|-------|-------------|
| 04/07/2023 | Scott, T | 0.40 | 450.00 | 180.00 | P220/PREPA | ████████ |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice Date** | June 16, 2023 | | | **Invoice Number** | 9495449527 | **Page 3** |
| **Matter Number** | 1000346472 | | | **PREPA Budget Acct #** 01-4019-92303-556-673 | | |
| **Matter Description** | PREPA - Securitization/Validation | | | **PREPA/NRF Contract #** 2023-P00040 | | |
| | | | | **Service Period:** 8/30/22 – 6/30/23 | | |



| 04/07/2023 | Scott, T | 0.40 | 450.00 | 180.00 | P220/PREPA |
|---|---|---|---|---|---|
| 04/07/2023 | Scott, T | 0.40 | 450.00 | 180.00 | P220/PREPA |
| **Total** | **P220** | **1.20** | | **540.00** | |

| **Total Hours** | | **3.70** | | **2,490.00** | |

## TASK CODE SUMMARY

| Task Code | Hours | Amount |
|---|---|---|
| B160 | 2.50 | $ 1,950.00 |
| P220 | 1.20 | $ 540.00 |
| **Grand Total** | **3.70** | **$ 2,490.00** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Rebecca J. Winthrop | 2.50 | $780.00 | $ 1,950.00 |
| Tom Scott | 1.20 | $450.00 | $ 540.00 |
| **Grand Total** | **3.70** | | **$ 2,490.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.

**NORTON ROSE FULBRIGHT**

| | |
|---|---|
| **Invoice Number** | 9495449529 |
| **Matter Number** | 1000346472 |
| **Invoice Date** | June 16, 2023 |
| **PREPA Budget Acct #** | 01-4019-92303-556-673 |
| **PREPA/NRF Contract #** | 2023-P00040 |
| **Service Period** | 8/30/22 - 6/30/23 |
| **NRF Contact** | Lawrence A. Bauer |
| **Your Reference** | 17-3283 |

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York NY  10019

Tel: +1 212-318-3000
Fax: +1 212-318-3400
www.nortonrosefulbright.com

Puerto Rico Electric Power Authority
P O Box 364267
San Juan, Puerto Rico  00936-4267

**PREPA - Securitization - Validation**

Professional Services Rendered to May 31, 2023

Charges
USD

**SUMMARY**

| | |
|---|---|
| Fees | 468.00 |
| **TOTAL AMOUNT DUE AND PAYABLE** | **USD   468.00** |

Payable in 30 days
**PAYMENT INFORMATION – Please reference the invoice number when remitting payment.**

**NORTON ROSE FULBRIGHT**

| | | | | |
|---|---|---|---|---|
| **Invoice Date** | June 16, 2023 | | **Invoice Number** | 9495449529    **Page  2** |
| **Matter Number** | 1000346472 | | | |
| **Matter Description** | PREPA - Securitization/Validation | | **PREPA Budget Acct #** 01-4019-92303-556-673 | |

**PREPA/NRF Contract #** 2023-P00040
**Service Period:** 8/30/22 – 6/30/23

---

**TIME DETAILS**

**B160/PREPA-Fee Applications**

| DATE | NAME | HOURS | RATE | AMOUNT | PHASE | DESCRIPTION |
|---|---|---|---|---|---|---|
| 05/03/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Emails with D. Sanchez re: finalizing 28th Monthly Fee Statement and obtaining approval thereof from client. |
| 05/15/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Emails with D. Sanchez and L. Bauer re: client's certification of Fee Statement. |
| 05/15/2023 | Winthrop, R | 0.20 | 780.00 | 156.00 | B160/PREPA | Review invoice of April time for compliance with Fee Examiner's requirements. |
| 05/22/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Emails with L. Bauer re: client's signature on monthly fee statement. |
| 05/25/2023 | Winthrop, R | 0.10 | 780.00 | 78.00 | B160/PREPA | Review emails with L. Bauer re: signature of client on certification of Monthly Fee Statement. |
| **Total** | **B160** | **0.60** | | **468.00** | | |
| **Total Hours** | | **0.60** | | **468.00** | | |

**TASK CODE SUMMARY**

| Task Code | Hours | Amount |
|---|---|---|
| B160 | 0.60 | $    468.00 |
| **Grand Total** | **0.60** | **$ 468.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Rebecca J. Winthrop | 0.60 | $780.00 | $    468.00 |
| **Grand Total** | **0.60** | | **$468.00** |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each en ity, with certain regulatory information, are available at nortonrosefulbright.com.