IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | PROMESA<br>Title III<br>Case No.: 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, ERS, HTA, and PBA.<br><br>Claim No. 59396<br><br>Claimant: Pharma Bio Serv PR Inc. |

### MOTION REQUESTING LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS PENDING TRANSLATION TO ENGLISH, IN SUPPORT OF PHARMA-BIO SERV PR INC.'S RESPONSE TO OMNIBUS OBJECTION OF DEBTOR

TO THE HONORABLE COURT:

COME NOW creditor **Pharma Bio Serv PR Inc.** (hereinafter "Pharma" or "Claimant"), through the undersigned counsels, and very respectfully STATE and PRAY as follows:

1. Pharma filed today before this Honorable Court a document entitled: "Response by claimant Pharma-Bio Serv PR Inc. to omnibus objection of debtor." This filing was entered in the CM/ECF filing system as **Docket No. 24735.** This filing in Docket No. 24735 is **relevant to the additional Docket entries before this Honorable Court: Docket Nos.: 24050; 24631; 24642**.

2. Some of the Exhibits attached to Pharma's Response to Omnibus Objection [Docket 24735] are in Spanish language.

3. Pharma respectfully requests a period of thirty (30) days to obtain certified translations to English of the documents that are in Spanish language, and to re-file such exhibits in English before this Honorable Court.

WHEREFORE, it is respectfully requested from this Honorable Court, a period of thirty (30) days counted from the date of notification of the Court Order to obtain certified translations to English of the exhibits that are in Spanish language, and that were attached to the "Response by claimant Pharma-Bio Serv PR Inc. to omnibus objection of debtor" [Docket No. 24735], for re-filing in English before this Honorable Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of July, 2023.

WE HEREBY CERTIFY THAT the undersigned counsels electronically filed the present document with the Clerk of the Court using the CM/ECF System, which in turn will send notification of this filing to all attorneys of record.

Carlos R. Paula, Esq.
Attorney for creditor Pharma Bio Serv PR Inc.

Citibank Towers, Suite 500
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel. (787) 758-1400
Cel. (787) 460-3456
paula@laborcounsels.com

S/ CARLOS R. PAULA
USDCPR # 212009