# EXHIBIT C

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FOURTH INTERIM APPLICATION

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed In this Application | Number of Rate Increases Since Case |
|---|---|---|---|---|---|---|---|
| Arrastia, John | Partner | Litigation | 1996 | $88,377.50 | 153.7 | $575 | 0 |
| Suarez, Jesus | Partner | Bankruptcy | 2008 | $22,700.00 | 45.4 | $500 | 0 |
| | | Total Partner: | | $111,077.50 | 199.1 | | |
| Castaldi, Angelo M. | Associate | Litigation | 2015 | $44,137.50 | 117.7 | $375 | 0 |
| Alvarez, Carlos E. | Associate | Litigation | 2018 | $8,914.50 | 28.3 | $315 | 0 |
| Arellano, Marianne | Associate | Litigation | 2022 | $63.00 | .2 | $315 | 0 |
| | | Total Associate: | | $53,115.00 | 146.2 | | |
| Gray, Heather | Paralegal | | | $3,739.50 | 27.7 | $135 | 0 |
| | | Total Paraprofessional: | | $3,739.50 | 27.7 | | |
| | **Total:** | | | $167,392.00 | 373.0 | | |
| | **Blended Rate:** | | | | | $450.22 | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | $475.51 | |