# **EXHIBIT D**

# **BUDGET AND STAFFING PLAN**

# **EXHIBIT D-1**

## **BUDGETS FOR:**
*February 2023*
*March 2023*
*April 2023*
*May 2023*

# EXHIBIT D-1

## *BUDGETS*

**Period Covered:** February 1, 2023 – February 28, 2023

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | February 2023 |
|---|---|---|
| B100 | Administration | 0 |
| B110 | Case Administration | 5 |
| B112 | General Creditor Inquiries | 0 |
| B113 | Pleadings Review | 10 |
| B120 | Asset Analysis and Recovery | 0 |
| B130 | Asset Disposition | 0 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 10 |
| B160 | Employment/Fee Applications (Continental) | 10 |
| B161 | Budgeting (Case) | 1 |
| B165 | Employment / Fee Application (Other Professionals) | 0 |
| B170 | Fee and Employment Objections | 1 |
| B180 | Avoidance Action Analysis | 1 |
| B181 | Preference Analysis and Recovery Action | 0 |
| B185 | Assumption/Rejection of Leases and Contracts | 0 |
| B190 | Other Contested Matters (including GDB restructuring) | 1 |
| B191 | General Litigation | 210 |
| B195 | Non-Working Travel | 0 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits /Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings/Communications with Debtors/Oversight Board | 10 |
| B261 | Investigations | 0 |
| B300 | Claims and Plan | 0 |
| B310 | Claims Administration and Objections | 0 |

| **B312** | Objections to Claims | 0 |
|---|---|---|
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |
| **B410** | General Bankruptcy Advice and Opinions | 0 |
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 262 |
| | **TOTAL FEES:** | **$121,830** |
| | **MINUS 20% REDUCTION:** | **$24,366** |
| | **TOTAL FEES: (NET OF REDUCTION)** | **$97,464** |

## ADDITIONAL FEBRUARY 2023 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: February 1, 2023 through February 28, 2023

**A.  Contested Matters**

Continental represented the Committee with respect to several issues, including the following: matters arising from or relating to PREPA's contested confirmation process and plan discovery; matters arising from or relating to UBS Financial's Motion to Enforce the Commonwealth's Confirmed Plan of Adjustment; and anticipated, litigated contested matters that are currently under advisement by the Committee.

**Period Covered:** March 1, 2023 – March 31, 2023

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | March 2023 |
|---|---|---|
| **B100** | Administration | 0 |
| **B110** | Case Administration | 5 |
| **B112** | General Creditor Inquiries | 0 |
| **B113** | Pleadings Review | 10 |
| **B120** | Asset Analysis and Recovery | 0 |
| **B130** | Asset Disposition | 0 |
| **B140** | Relief from Stay/Adequate Protection Proceedings | 0 |
| **B150** | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| **B155** | Court Hearings (including Preparation for Court Hearings) | 10 |
| **B160** | Employment/Fee Applications (Continental) | 10 |
| **B161** | Budgeting (Case) | 1 |
| **B165** | Employment / Fee Application (Other Professionals) | 0 |
| **B170** | Fee and Employment Objections | 1 |
| **B180** | Avoidance Action Analysis | 1 |
| **B181** | Preference Analysis and Recovery Action | 0 |
| **B185** | Assumption/Rejection of Leases and Contracts | 0 |
| **B190** | Other Contested Matters (including GDB restructuring) | 1 |
| **B191** | General Litigation | 245 |
| **B195** | Non-Working Travel | 0 |
| **B210** | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| **B220** | Employee Benefits /Pensions | 0 |
| **B230** | Financing / Cash Collections | 0 |
| **B231** | Security Document Analysis | 0 |
| **B260** | Meetings/Communications with Debtors/Oversight Board | 10 |
| **B261** | Investigations | 0 |
| **B300** | Claims and Plan | 0 |
| **B310** | Claims Administration and Objections | 0 |
| **B312** | Objections to Claims | 0 |
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |

| | | |
|---|---|---|
| **B410** | General Bankruptcy Advice and Opinions | 0 |
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 297 |
| | **TOTAL FEES:** | **$138,105** |
| | **MINUS 20% REDUCTION:** | **$27,621** |
| | **TOTAL FEES: (NET OF REDUCTION)** | **$110,484** |

# ADDITIONAL MARCH 2023 SUB-BUDGETS
# FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: March 1, 2023 through March 31, 2023

**A.     Contested Matters**

Continental represented the Committee with respect to several issues, including the following: matters arising from or relating to PREPA's contested confirmation process and plan discovery; matters arising from or relating to UBS Financial's Motion to Enforce the Commonwealth's Confirmed Plan of Adjustment; and anticipated, litigated contested matters that are currently under advisement by the Committee.

**Period Covered:** April 1, 2023 – April 30, 2023

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | April 2023 |
|---|---|---|
| B100 | Administration | 0 |
| B110 | Case Administration | 5 |
| B112 | General Creditor Inquiries | 0 |
| B113 | Pleadings Review | 10 |
| B120 | Asset Analysis and Recovery | 0 |
| B130 | Asset Disposition | 0 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 10 |
| B160 | Employment/Fee Applications (Continental) | 10 |
| B161 | Budgeting (Case) | 1 |
| B165 | Employment / Fee Application (Other Professionals) | 0 |
| B170 | Fee and Employment Objections | 1 |
| B180 | Avoidance Action Analysis | 1 |
| B181 | Preference Analysis and Recovery Action | 0 |
| B185 | Assumption/Rejection of Leases and Contracts | 0 |
| B190 | Other Contested Matters (including GDB restructuring) | 1 |
| B191 | General Litigation | 265 |
| B195 | Non-Working Travel | 0 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220 | Employee Benefits /Pensions | 0 |
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings/Communications with Debtors/Oversight Board | 10 |
| B261 | Investigations | 0 |
| B300 | Claims and Plan | 0 |
| B310 | Claims Administration and Objections | 0 |
| B312 | Objections to Claims | 0 |
| B320 | Plan and Disclosure Statement | 0 |
| B321 | Business Plan | 0 |
| B410 | General Bankruptcy Advice and Opinions | 0 |

| | | |
|---|---|---|
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 317 |
| | **TOTAL FEES:** | **$147,405** |
| | **MINUS 20% REDUCTION:** | **$29,481** |
| | **TOTAL FEES:**<br>**(NET OF REDUCTION)** | **$117,924** |

# ADDITIONAL APRIL 2023 SUB-BUDGETS
# FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: April 1, 2023 through April 30, 2023

### A. Contested Matters

Continental represented the Committee with respect to several issues, including the following: matters arising from or relating to PREPA's contested confirmation process and plan discovery; matters arising from or relating to UBS Financial's Motion to Enforce the Commonwealth's Confirmed Plan of Adjustment; and anticipated, litigated contested matters that are currently under advisement by the Committee.

**Period Covered:** May 1, 2023 – May 31, 2023

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | | May 2023 |
|---|---|---|
| **B100** | Administration | 0 |
| **B110** | Case Administration | 5 |
| **B112** | General Creditor Inquiries | 0 |
| **B113** | Pleadings Review | 10 |
| **B120** | Asset Analysis and Recovery | 0 |
| **B130** | Asset Disposition | 0 |
| **B140** | Relief from Stay/Adequate Protection Proceedings | 0 |
| **B150** | Meetings of Creditors' Committee and Communications with Creditors | 3 |
| **B155** | Court Hearings (including Preparation for Court Hearings) | 10 |
| **B160** | Employment/Fee Applications (Continental) | 10 |
| **B161** | Budgeting (Case) | 1 |
| **B165** | Employment / Fee Application (Other Professionals) | 0 |
| **B170** | Fee and Employment Objections | 1 |
| **B180** | Avoidance Action Analysis | 1 |
| **B181** | Preference Analysis and Recovery Action | 0 |
| **B185** | Assumption/Rejection of Leases and Contracts | 0 |
| **B190** | Other Contested Matters (including GDB restructuring) | 1 |
| **B191** | General Litigation | 265 |
| **B195** | Non-Working Travel | 0 |
| **B210** | Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| **B220** | Employee Benefits /Pensions | 0 |
| **B230** | Financing / Cash Collections | 0 |
| **B231** | Security Document Analysis | 0 |
| **B260** | Meetings/Communications with Debtors/Oversight Board | 10 |
| **B261** | Investigations | 0 |
| **B300** | Claims and Plan | 0 |
| **B310** | Claims Administration and Objections | 0 |
| **B312** | Objections to Claims | 0 |
| **B320** | Plan and Disclosure Statement | 0 |
| **B321** | Business Plan | 0 |

| | | |
|---|---|---|
| **B410** | General Bankruptcy Advice and Opinions | 0 |
| **B420** | Restructurings | 0 |
| **L150** | Budgeting | 0 |
| | **TOTAL HOURS:** | 317 |
| | **TOTAL FEES:** | **$147,405** |
| | **MINUS 20% REDUCTION:** | **$29,481** |
| | **TOTAL FEES: (NET OF REDUCTION)** | **$117,924** |

## ADDITIONAL MAY 2023 SUB-BUDGETS
## FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

Period Covered: May 1, 2023 through May 31, 2023

    **A. Contested Matters**

Continental represented the Committee with respect to several issues, including the following: matters arising from or relating to PREPA's contested confirmation process and plan discovery; matters arising from or relating to UBS Financial's Motion to Enforce the Commonwealth's Confirmed Plan of Adjustment; and anticipated, litigated contested matters that are currently under advisement by the Committee. Continental anticipates its involvement in these matters as it relates to conflict issues.

# **EXHIBIT D-2**

## *STAFFING PLAN*

Period Covered: February 1, 2023 through February 28, 2023.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 10/1/22 through 10/31/22 | Average hourly rate for 10/1/22 through 10/31/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: March 1, 2023 through March 31, 2023.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 11/01/22 through 11/30/22 | Average hourly rate for 11/01/22 through 11/30/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: April 1, 2023 through April 30, 2023.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 12/01/22 through 12/31/22 | Average hourly rate for 12/01/22 through 12/31/22 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 2 | $375 | $300 |
| **Paraprofessionals** | 1 | $135 | $108 |

Period Covered: May 1, 2023 through May 31, 2023.

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 01/01/23 through 01/31/23 | Average hourly rate for 01/01/23 through 01/31/23 (net of 20% reduction) |
|---|---|---|---|
| **Partner (20+ Years)** | 1 | $575 | $460 |
| **Partner (10+ Years)** | 1 | $525 | $420 |
| **Associate** | 3 | $315 | $252 |
| **Paraprofessionals** | 1 | $135 | $108 |