# **EXHIBIT E**

*SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY*

**EXHIBIT E-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| U.S. TRUSTEE TASK CODE AND PROJECT CATEGORY | February 2023 | March 2023 | April 2023 | May 2023 | TOTAL |
|---|---|---|---|---|---|
| **B100** Administration | 0 | 0 | 0 | 0 | 0 |
| **B110** Case Administration | 0 | 0 | 0 | 0 | 0 |
| **B112** General Creditor Inquiries | 0 | 0 | 0 | 0 | 0 |
| **B113** Pleadings Review | .8 | 5.0 | .4 | .4 | 6.6 |
| **B120** Asset Analysis and Recovery | 0 | 0 | 0 | 0 | 0 |
| **B130** Asset Disposition | 0 | 0 | 0 | 0 | 0 |
| **B140** Relief from Stay/Adequate Protection Proceedings | 0 | 0 | 0 | 0 | 0 |
| **B150** Meetings of Creditors' Committee and Communications with Creditors | 1.5 | 2.9 | .2 | .7 | 5.3 |
| **B155** Court Hearings (including Preparation for Court Hearings) | 9.5 | 0 | 0 | 1.3 | 10.8 |
| **B160** Employment / Fee Applications (CONTINENTAL) | 19.1 | 35.2 | 2.1 | 3.3 | 59.7 |
| **B161** Budgeting (Case) | 1.1 | 1.1 | 0 | .3 | 2.5 |
| **B165** Employment / Fee Application (Other Professionals) | 0 | 0 | 0 | 0 | 0 |
| **B170** Fee and Employment Objections | 0 | 0 | 0 | 0 | 0 |
| **B180** Avoidance Action Analysis | 0 | 0 | 0 | 0 | 0 |
| **B181** Preference Analysis and Recovery Action | 0 | 0 | 0 | 0 | 0 |
| **B185** Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | 0 |
| **B190** Other Contested Matters (including GDB restructuring) | 0 | 0 | 0 | 0 | 0 |
| **B191** General Litigation | 68.4 | 65.6 | 24.5 | 112.8 | 271.3 |
| **B195** Non-Working Travel | 0 | 0 | 0 | 12.3 | 12.3 |

| | | | | | |
|---|---|---|---|---|---|
| **B210** Debtors' Financial Information | 0 | 0 | 0 | 0 | 0 |
| **B220** Employee Benefits /Pensions | 0 | 0 | 0 | 0 | 0 |
| **B230** Financing / Cash Collections | 0 | 0 | 0 | 0 | 0 |
| **B231** Security Document Analysis | 0 | 0 | 0 | 0 | 0 |
| **B260** Meetings/Communications with Debtors/ Oversight Board | 0 | 0 | 0 | 0 | 0 |
| **B261** Investigations | 0 | 0 | 0 | 0 | 0 |
| **B300** Claims and Plan | 0 | 0 | 0 | 1.7 | 1.7 |
| **B310** Claims Administration and Objections | 0 | 0 | 0 | 0 | 0 |
| **B312** Objections to Claims | 0 | 0 | 0 | 0 | 0 |
| **B320** Plan and Disclosure Statement | 2.6 | 0 | 0 | 0 | 2.6 |
| **B321** Business Plan | 0 | 0 | 0 | 0 | 0 |
| **B410** General Bankruptcy Advice and Opinions | 0 | 0 | 0 | 0 | 0 |
| **B420** Restructurings | 0 | 0 | 0 | 0 | 0 |
| **C200** Researching Law | 0 | 0 | 0 | .2 | .2 |
| **L150** Budgeting | 0 | 0 | 0 | 0 | 0 |
| **TOTAL HOURS:** | 103.0 | 109.8 | 27.2 | 133.0 | 373 |
| **TOTAL FEES:** | $43,830.00 | $44,046.00 | $11,932.00 | $68,124.00 | $167,932.00 |
| **MINUS 20% REDUCTION:** | $8,766.00 | $8,809.20 | $2,386.40 | $13,624.80 | $33,586.40 |
| **TOTAL FEES: (NET OF REDUCTION)** | $35,064.00 | $35,236.80 | $9,545.60 | $54,499.20 | $134,345.60 |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY AND BY MATTER

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 101)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 0 | $0 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 0 | $0 |

*PREPA (Matter ID 102)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 6.6 | $2,097.00 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 5.3 | $2,687.50 |
| B155 Court Hearings | 10.8 | $5,190.00 |
| B160 Employment / Fee Applications (CONTINENTAL) | 59.7 | $15,993.50 |
| B161 Budgeting (Case) | 2.5 | $1,041.50 |
| B191 General Litigation | 253.8 | $124,595.00 |
| B195 Non-Working Travel | 12.3 | $7,072.50 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 1.7 | $637.50 |
| B320 Plan and Disclosure Statement | 2.6 | $975.00 |

| | | |
|---|---|---|
| L150 Budgeting | 0 | $0 |
| **C200** Researching Law | .2 | $63.00 |
| **TOTAL** | 355.5 | $160,334.50 |

*ERS (Matter ID 103)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 17.5 | $7,597.50 |
| B260 Meetings and Communications with Board | 0 | $0 |
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 17.5 | $7,597.50 |

*HTA (Matter ID 104)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 Administration | 0 | $0 |
| B110 Case Administration | 0 | $0 |
| B113 Pleadings Review | 0 | $0 |
| B120 Asset Analysis and Recovery | 0 | $0 |
| B150 Meeting of Creditors | 0 | $0 |
| B155 Court Hearings | 0 | $0 |
| B160 Employment / Fee Applications (CONTINENTAL) | 0 | $0 |
| B161 Budgeting (Case) | 0 | $0 |
| B191 General Litigation | 0 | $0 |
| B260 Meetings and Communications with Board | 0 | $0 |

| | | |
|---|---|---|
| B300 Claims and Plan | 0 | $0 |
| B320 Plan and Disclosure Statement | 0 | $0 |
| L150 Budgeting | 0 | $0 |
| **TOTAL** | 0 | $0 |

## **EXHIBIT E-2**

### SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $980.12 |
| Travel Expenses – Lodging | $1,467.66 |
| Travel Expenses – Taxi / Ground Transportation | $321.38 |
| Travel Expenses – Parking | $0 |
| Meals (while working on Committee matters) | $40.00 |
| Court call | $0 |
| Long Distance Phone Calls | $0 |
| Process Service Fee | $0 |
| Messenger | $0 |
| Computer Search | $0 |
| Articles and Publications | $0 |
| Court Reporting Services | $0 |
| In-house Black and White Reproduction Charges | $0 |
| Outside Photocopies | $0 |
| Outside Professional Services | $0 |
| Postage/Express Mail | $0 |
| Data Management/Web Hosting | $0 |
| Miscellaneous- Website Domain and Maintenance | $0 |
| **TOTAL** | $2,809.16 |