# EXHIBIT F

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### February 2023 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $43,830.00 | $8,766.00 | $31,557.60 | $0 | $31,557.60 |
| Total for ERS (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $43,830.00 | $8,766.00 | $31,557.60 | $0 | $31,557.60 |

### March 2023 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $40,966.00 | $8,193.20 | $29,495.52 | $0 | $29,495.52 |
| Total for ERS (all outside of Puerto Rico) | $3,080.00 | $616.00 | $2,217.60 | $0 | $2,217.60 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $44,046.00 | $8,809.20 | $31,713.12 | $0 | $31,713.12 |

### April 2023 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $10,159.50 | $2,031.90 | $7,314.84 | $0 | $7,314.84 |
| Total for ERS (all outside of Puerto Rico) | $1,772.50 | $354.50 | $1,276.20 | $0 | $1,276.20 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $11,932.00 | $2,386.40 | $8,591.04 | $0 | $8,951.04 |

### May 2023 Fee Statement

|  | Fees | 20% Discount | Fees Requested to Be Paid (90%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Total for PREPA (all outside of Puerto Rico) | $65,379.00 | $13,075.80 | $47,072.88 | $2,809.16 | $49,882.04 |
| Total for ERS (all outside of Puerto Rico) | $2,745.00 | $549.00 | $1,976.40 | $0 | $1,976.40 |
| Total for HTA (all outside of Puerto Rico) | $0 | $0 | $0 | $0 | $0 |
| Grand Total | $68,124.00 | $13,624.80 | $49,049.28 | $2,809.16 | $51,858.44 |