# SCHEDULE 3

## PROPOSED ORDER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |
| _____/ | |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF
CONTINENTAL PLLC AS SPECIAL LITIGATION AND CONFLICTS
COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAY 31, 2023**

Upon consideration of the Fourth Interim Fee Application (the "Fourth Interim

Application")[2] of Continental PLLC ("Continental"), as special litigation and conflicts counsel to

the Official Committee of Unsecured Creditors of all Title III Debtors (the "Committee")[3], for an

order pursuant to sections 316 and 317 of PROMESA, section 503(b) of the Bankruptcy Code

made applicable to these cases by section 301(a) of PROMESA, Bankruptcy Rule 2016, and Local

Rule 2016-1, for allowance of compensation and reimbursement of expenses for the period from

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined shall have the meanings ascribed to them in the Fourth Interim Application.

[3] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

February 1, 2023 through May 31, 2023, the Court hereby FINDS AND DETERMINES that (i)

the Court has jurisdiction to consider the Fourth Interim Application and the relief requested therein

pursuant to section 306(a) of PROMESA; (ii) venue is proper before this Court pursuant to section

307(a) of PROMESA; (iii) due and proper notice of the Fourth Interim Application has been

provided under the particular circumstances and no other or further notice need be provided; (iv)

any objections to the Fourth Interim Application having been resolved; (v) all persons with

standing having been afforded the opportunity to be heard on the Fourth Interim Application; and

after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED THAT:**

1. The Fourth Interim Application is granted on an interim basis.

2. Continental's claim for fees and expenses for services rendered during the
Application Period and reimbursement for actual and necessary expenses incurred during the
Application Period are hereby allowed in the amounts of $167,932.00 and $2,809.16, respectively.

3. To the extent the amounts described in paragraph 2 hereof have not already been
paid pursuant to the Interim Compensation Order, (a) the Debtors are directed to pay Continental
the outstanding fees in the amount of $71,074.88 which represents 100% of the fees requested
within fourteen days of the date of this Order, and any such payment shall be made net of any
payments made by the Debtors pursuant to the Interim Compensation Order, withholding or other
applicable taxes, and (b) the Debtors are directed to reimburse Continental for its outstanding
expenses in the amount of $2,809.16, which represents 100% of the expenses requested within
fourteen days of the date of this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from
the implementation of this Order.

5. Continental is authorized and empowered to take all necessary actions to implement

the relief granted in this Order.

6.      Notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Dated:_____, 2023.


_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE