# EXHIBIT C

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**Tribunal de Primera Instancia**
Sala ☒ Superior, ☐ Municipal de San Juan

| | |
|---|---|
| **GOBIERNO DE PUERTO RICO EX REL**<br>**FRANCISCO PUJOL MENESES**<br>**HAROLD D. VICENTE GONZALEZ**<br><br>**Demandantes**<br><br>v.<br><br>**UBS BANK, USA Y**<br>**UBS FINANCIAL SERVICES, INC.**<br><br>**Demandados** | **CASO NÚMERO: SJ-2023-CV-04968**<br><br><br>**SOBRE: RECLAMACIÓN QUI TAM**<br>**(LEY 154-2018)** |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMÉRICA,
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO SS

A:  UBS BANK, USA
    95 STATE STREET
    SUITE 2200
    SALT LAKE CITY UT 84111

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los __30__ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

**LICENCIADO HAROLD D. VICENTE COLÓN**
T.S.P.R. Número 11303
VICENTE LAW, LLC
P.O. Box 11609
SAN JUAN, PR 00910-1609
Teléfono (787) 751-8000
Facsímil (787) 756-5250
Correo Electrónico: hdvc@vclawpr.com

Expedido bajo mi firma y sello del Tribunal, hoy __6__ de __Junio__ de __2023__.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL

_____  _____  _____
Nombre Secretario(a)   Firma Secretario(a)   Fecha (d/m/a)

Yesenia Camilo Nieves  [signature]          6-6-2023
_____  _____  _____
Nombre Sub-Secretario(a)  Firma Sub-Secretario(a)  Fecha (d/m/a)

SJ2023CV04968 27/06/2023 02:26:28 pm Entrada Núm. 14 Página 2 de 2

Case No. SJ2023CV04968

## CERTIFICATE OF SERVICE BY A PARTICULAR PERSON

I Lisa Rees, declare to have legal capacity pursuant to Rule 4.3 of the Puerto Rico Rules of Civil Procedure and the applicable Rules of Civil Procedure of the State of Utah, and certify that the service of the Summons and Complaint of the case of reference was done by me on June 20, 2023 by:

Personal delivery upon the defendant to the following authorized agent of the defendant at the following address: by delivering to Wendy Phippen of Corporation Service Company at 15 W South Temple, Suite 600, Salt Lake City UT 84101

Cost of the Service: _____

### Statement of the Process Server

I hereby declare under penalty of perjury, pursuant to the laws of the State of Utah, that the aforesaid information is true and correct. In witness thereof I hereby sign this declaration in Salt Lake City, Utah on June 26, 2023

_Lisa Rees_
Signature of the Process Server

285 W Tabernacle St, Suite 201
St George, UT 84770

Address of the Process Server