# EXHIBIT D

Case:17-03283-LTS Doc#:24741-4 Filed:07/14/23 Entered:07/14/23 16:42:14 Desc:
Exhibit Page 2 of 3
SJ2023CV04968 06/06/2023 09:54:22 a.m. Página 3 de 6
SJ2023CV04968 25/05/2023 01:21:19 pm Entrada Núm. 4 Página 1 de 2

Estado Libre Asociado de Puerto Rico
**TRIBUNAL GENERAL DE JUSTICIA**
Tribunal de Primera Instancia
Sala ☒ Superior, ☐ Municipal de San Juan

**RECEIVED OPERATION**
JUN 13 2023
UBS FINANCIAL SERVICES INC. OF PR - SAN JUAN, PR
By:

**GOBIERNO DE PUERTO RICO EX REL**
**FRANCISCO PUJOL MENESES**
**HAROLD D. VICENTE GONZALEZ**

Demandantes

v.

**UBS BANK, USA Y**
**UBS FINANCIAL SERVICES, INC.**

Demandados

CASO NÚMERO: SJ2023-CV-04968

SOBRE: RECLAMACIÓN QUI TAM
(LEY 154-2018)

**EMPLAZAMIENTO**

2023/06/13 12:00 46b

ESTADOS UNIDOS DE AMÉRICA,
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO SS

A: UBS FINANCIAL SERVICES, INC
250 AVE MUÑOZ RIVERA, PH
SAN JUAN PR 00918-9998

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr, salvo que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la secretaría del tribunal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

LICENCIADO HAROLD D. VICENTE COLÓN
T.S.P.R. Número 11303
VICENTE LAW, LLC
P.O. Box 11609
SAN JUAN, PR 00910-1609
Teléfono (787) 751-8000
Facsímil (787) 756-5250
Correo Electrónico: hdvc@vclawpr.com

Expedido bajo mi firma y sello del Tribunal, hoy __4__ de __Junio__ de __2023__.

**GRISELDA RODRIGUEZ COLLADO**
SECRETARIA REGIONAL

_____  _____  _____
Nombre Secretario(a)   Firma Secretario(a)    Fecha (d/m/a)

Yesenia Camilo Nieves                              6-6-2023
_____  _____  _____
Nombre Sub-Secretario(a)  Firma Sub-Secretario(a)  Fecha (d/m/a)

SJ2023CV04968 25/05/2023 01:21:19 pm Entrada Núm. 4 Página 2 de 2

Caso Núm. SJ-2023-CV-04968

---

### CERTIFICADO DE DILIGENCIAMIENTO POR ALGUACIL

Yo _____, Alguacil del Tribunal de Primera Instancia de Puerto Rico, Sala de _____

**CERTIFICO** que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el ____ de _____ de _____, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física:

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

En _____, Puerto Rico, a ____ de _____ de _____.

_____              _____
*Nombre del (de la) Alguacil Regional*       *Nombre del (de la) Alguacil de Primera Instancia y Número de Placa*

_____
*Firma del (de la) Alguacil de Primera Instancia*

---

### DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo **Alberto Roto-Ony**, declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el **13** de **Junio** de **2023**, de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física: **Ave. Muñoz Rivera PH 250 San Juan**

☒ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para recibir emplazamientos en la siguiente dirección física: **P/C Maribel Santiago (BSA)**

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:

---

### COSTOS DEL DILIGENCIAMIENTO

$ _____

---

### DECLARACIÓN DEL(DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta.

Y PARA QUE ASÍ CONSTE, suscribo la presente en _____, Puerto Rico, hoy ____ de _____

_____              _____
*Firma del (de la) emplazador(a)*              *Dirección del (de la) emplazador(a)*

AFFIDÁVIT NÚM. _____

_____ Jurado(a) y suscrito(a) ante mí por _____, de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

*(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)*

En _____, Puerto Rico, hoy día ____ de _____ de _____.

_____
NOTARIO(A) PÚBLICO