# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI):   Quiñones-Rivera, Roberto C.

USDC-PR Bar Number:   211512

Email Address:   rcq@mcvpr.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

    Plaintiff:   Government of Puerto Rico ex rel. Francisco Pujol Meneses

    Defendant:   UBS Bank, USA

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

    In re Commonwealth of Puerto Rico, jointly administered under main Case No. 17-03283.

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:   7/13/2023

rev. Dec. 2009

[ Print Form ]   [ Reset Form ]