# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). On December 20, 2022, this Court entered the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113] (the "Amended ADR Order"). The Amended ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the Amended ADR Order [ECF No. 23113-1] (the "ADR Procedures").

2. In accordance with the terms and conditions of the Amended ADR Order, the Debtors have filed thirty notices transferring claims (collectively, the "ADR Designated Claims") into the ADR Procedures (as defined in the Amended ADR Order), and have transferred approximately 1,500 claims into the ADR Procedures.

3. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4. In accordance with the terms and conditions of the ACR Order, the Debtors have filed thirty-one notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 45,317 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures. The ACR Designated Claims will be resolved utilizing the Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims and ACR Designated Claims will be most efficiently resolved via omnibus objections. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: July 14, 2023
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

4

**EXHIBIT A**

Case:17-03283-LTS Doc#:24744 Filed:07/14/23 Entered:07/14/23 18:17:54 Desc: Main
Document Page 5 of 10

Exhibit A

| Claim | Claimant | Debtor |
|---|---|---|
| 30714 | ACEVEDO CORTES, VIRGINIA | Commonwealth of Puerto Rico |
| 52082 | MELÉNDEZ NEGRÓN, MARIBEL Y. | Commonwealth of Puerto Rico |
| 8005 | WANDA RODRÍGUEZ LAUREANO Y OTROS | Commonwealth of Puerto Rico |
| 115203 | LOPEZ MATOS, MARIA E. | Commonwealth of Puerto Rico |
| 113392 | FELICIANO MEDINA, MIGUEL | Commonwealth of Puerto Rico |
| 40756 | MENDOZA GODOY, YANETT DEL CARMEN | Commonwealth of Puerto Rico |
| 43118 | MALDONADO MARTINEZ, VÍCTOR | Commonwealth of Puerto Rico |
| 50704 | MEDINA TORRES, BRENDA I. | Commonwealth of Puerto Rico |
| 56605 | MARTINEZ HERNANDEZ, BLANCA I. | Commonwealth of Puerto Rico |
| 130316 | COLON NEGRON, CARLOTA | Commonwealth of Puerto Rico |
| 60026 | RAMIREZ ALAMEDA, ISRAEL | Commonwealth of Puerto Rico |
| 167538 | TORRES QUIRINDONG, MILDRED | Commonwealth of Puerto Rico |
| 39733 | PAZ OTERO, ADY | Commonwealth of Puerto Rico |
| 96621 | COLON TORRES, TAMARA | Commonwealth of Puerto Rico |
| 149674 | RODRIGUEZ MADERA, EUNILDA | Commonwealth of Puerto Rico |
| 12748 | RAMOS CAMACHO, DINORIS | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 23186 | ALBIZU MERCED, ANTONIA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 25183 | RUIZ RIVERA, ROSA I | Commonwealth of Puerto Rico |
| 65121 | RAMÍREZ ALAMEDA, ISRAEL | Commonwealth of Puerto Rico |
| 100864 | O'NEILL OYOLA, LEIDA | Commonwealth of Puerto Rico |
| 104303 | CORREA FRANCESHINI, LISSIE L | Commonwealth of Puerto Rico |
| 111251 | FIGUEROA FIGUEROA, JOSE | Commonwealth of Puerto Rico |
| 62656 | VILLEGAS FALU, EDNA M. | Commonwealth of Puerto Rico |
| 100878 | DIAZ GONZALEZ, ILIA | Commonwealth of Puerto Rico |
| 93046 | MERCADO, MARIA M | Commonwealth of Puerto Rico |
| 47848 | TORO SANTOS, JENNY | Commonwealth of Puerto Rico |
| 40570 | CARABALLO CARABALL, RAMON L | Commonwealth of Puerto Rico |
| 34467 | GARCIA PACHECO, LEONALDO | Commonwealth of Puerto Rico |
| 30208 | LOPEZ LIBOY, NELSON | Commonwealth of Puerto Rico |
| 114294 | VARGAS ACOSTA, PABLO | Commonwealth of Puerto Rico |
| 34470 | ALVAREZ GALARZA, JOSE A | Commonwealth of Puerto Rico |
| 39398 | BETANCOURT CASTELLANO, JOSE A. | Commonwealth of Puerto Rico |
| 36398 | CRUZ MORALES, JUAN MANUEL | Commonwealth of Puerto Rico |
| 30222 | FANTAUZZI RAMOS, DOMINGO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 29836 | GARCIA SERRANO, LUIS A. | Commonwealth of Puerto Rico |
| 26996 | MORALES PAGAN, BENJAMIN | Commonwealth of Puerto Rico |
| 31812 | ORTA VAZQUEZ, HENRY | Commonwealth of Puerto Rico |
| 27622 | ORTIZ MATEO, ARNALDO L | Commonwealth of Puerto Rico |
| 26995 | OSORIO CEPEDA, JAIME LUIS | Commonwealth of Puerto Rico |
| 34471 | REYES COLON, FRANCISCO | Commonwealth of Puerto Rico |
| 31807 | RODRIQUEZ RODRIQUEZ, ROBERTO | Commonwealth of Puerto Rico |
| 28660 | RUIZ DELGADO, PEDRO | Commonwealth of Puerto Rico |
| 28904 | SANTIAGO OTERO, CARMELO | Commonwealth of Puerto Rico |
| 29773 | SANTIAGO VARGAS, ANTONIO | Commonwealth of Puerto Rico |
| 81555 | VAZQUEZ FONTAN, RAINIERO | Commonwealth of Puerto Rico |
| 21167 | VAZQUEZ PEREZ, LUIS | Commonwealth of Puerto Rico |

3

**EXHIBIT B**

Exhibit B

| Claim | Claimant | Debtor |
|---|---|---|
| 30132 | DIAZ ORTIZ, ANGEL L | Commonwealth of Puerto Rico |
| 26104 | CHAPARRO VILLANUE, SANDRA I | Commonwealth of Puerto Rico |
| 163463-1 | CEPEDA RODRIGUEZ, CARMEN R. | Commonwealth of Puerto Rico |
| 144085 | RENTAS VARGAS, EDGARDO | Commonwealth of Puerto Rico |
| 148952 | RENTAS VARGAS, ORLANDO | Commonwealth of Puerto Rico |
| 149039 | RIVERA DOMINGUEZ, OSVALDO | Commonwealth of Puerto Rico |
| 9814 | CARDOZA MARTINEZ, JOSE | Commonwealth of Puerto Rico |
| 12500 | SANTOS RODRIGUEZ, MADELINE | Commonwealth of Puerto Rico |
| 13320 | GARCIA MORALES, VICTOR R | Commonwealth of Puerto Rico |
| 15457 | SANTOS RODRIGUEZ, YANIRA | Commonwealth of Puerto Rico |
| 30999 | ALICEA VIROLA, VANESSA | Commonwealth of Puerto Rico |
| 31247 | DURAN CABAN, PALACIN | Commonwealth of Puerto Rico |
| 43253 | CRESPO PEREZ, EFRAIN | Commonwealth of Puerto Rico |
| 47314 | ARZOLA CARABALLO, LUIS E. | Commonwealth of Puerto Rico |
| 47951 | PAGAN RIOS, JUAN CARLOS | Commonwealth of Puerto Rico |
| 51351 | SANTOS RODRIGUEZ, JOSE A | Commonwealth of Puerto Rico |
| 63939 | SANTANA VARGAS, JOHNNY | Commonwealth of Puerto Rico |
| 67776 | RODRIGUEZ MORALES , RIESNER GREGORIO | Commonwealth of Puerto Rico |
| 70166 | MONTALVO VELEZ, DANILO | Commonwealth of Puerto Rico |
| 71441 | FIGUEROA TORRES, ALEXIS | Commonwealth of Puerto Rico |
| 77753 | PEREZ CRUZ, ALVIN F. | Commonwealth of Puerto Rico |
| 77871 | ROCHE RODRIGUEZ, LUIS F | Commonwealth of Puerto Rico |
| 78717 | SANCHEZ GONZALEZ, JOSE R | Commonwealth of Puerto Rico |
| 81414 | MORALES CORDERO, ROBERTO | Commonwealth of Puerto Rico |
| 83253 | NAZARIO TORRES, WILSON | Commonwealth of Puerto Rico |
| 88777 | MEDINA SANTIAGO, JOSE OGADEN | Commonwealth of Puerto Rico |
| 91396 | GONZALEZ QUIRINDONGO, EFRAIN | Commonwealth of Puerto Rico |
| 93751 | MARTINEZ TORRES, JOSE MARTIN | Commonwealth of Puerto Rico |
| 95671 | TORRES VEGA, JOSE D | Commonwealth of Puerto Rico |
| 97237 | SANTIAGO CAVONI, RAFAEL | Commonwealth of Puerto Rico |
| 98524 | NAZARIO AVILES, LUIS | Commonwealth of Puerto Rico |
| 113021 | GONZALEZ GONZALEZ, NORBERTO | Commonwealth of Puerto Rico |
| 113044 | MALDONADO MARTINEZ, NESTOR C | Commonwealth of Puerto Rico |
| 140849 | RAMIREZ-ALVAREZ, LYDIA C. | Commonwealth of Puerto Rico |
| 145635 | PEREZ JIMENEZ, LUIS DANIEL | Commonwealth of Puerto Rico |
| 157737 | TORRES GUADALUPE, JOSE L. | Commonwealth of Puerto Rico |
| 161810 | VEGA SERRANO, JOSE A | Commonwealth of Puerto Rico |
| 161861 | VELEZ CRUZ, DAISY | Commonwealth of Puerto Rico |
| 77734 | BATIZ RODRIGUEZ, ANGEL M. | Commonwealth of Puerto Rico |
| 64240 | ROMERO GARCIA, MERCEDES | Commonwealth of Puerto Rico |
| 118002 | MIRANDA RODRIGUEZ, ROSA NELLY | Commonwealth of Puerto Rico |
| 7490 | RIVERA CLEMENTE, FELIX | Commonwealth of Puerto Rico |
| 17075 | ARVELO PLUMEY, ALMA M | Commonwealth of Puerto Rico |