## Exhibit A

## February 2023 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 17.30 | $ 900.00 | $ 15,570.00 |
| Ryan Ngai | *Research Associate* | 68.30 | $ 325.00 | $ 22,197.50 |
| Luke Marham | *Research Associate* | 16.70 | $ 325.00 | $ 5,427.50 |
| **Total Professional Fees** | | **102.30** | | **$ 43,195.00** |

## March 2023 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | Total |
|---|---|---|---|---|
| AJ Goulding | *President* | 0.30 | $ 935.00 | $ 280.50 |
| Julia Frayer | *Managing Director* | 39.40 | $ 900.00 | $ 35,460.00 |
| Victor Chung | *Managing Consultant* | 8.50 | $ 635.00 | $ 5,397.50 |
| Marie Fagan | *Managing Consultant* | 13.00 | $ 635.00 | $ 8,255.00 |
| Jonathan Rincon Lopez | *Consultant* | 48.40 | $ 435.00 | $ 21,054.00 |
| Ryan Ngai | *Consultant* | 135.40 | $ 435.00 | $ 58,899.00 |
| Luke Marham | *Consultant* | 19.80 | $ 435.00 | $ 8,613.00 |
| Luna Dou | *Research Associate* | 106.70 | $ 325.00 | $ 34,677.50 |
| Julie Sharkey | *Admin* | 4.80 | $ 150.00 | $ 720.00 |
| **Total Professional Fees** | | **376.30** | | **$ 173,356.50** |

## April 2023 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 30.70 | $ | 900.00 | $ | 27,630.00 |
| Julia Frayer - travel time | *Managing Director* | 8.00 | $ | 450.00 | $ | 3,600.00 |
| Victor Chung | *Managing Consultant* | 0.20 | $ | 635.00 | $ | 127.00 |
| Ryan Ngai | *Consultant* | 184.30 | $ | 435.00 | $ | 80,170.50 |
| Luke Marham | *Consultant* | 89.10 | $ | 435.00 | $ | 38,758.50 |
| Jonathan Rincon Lopez | *Consultant* | 39.60 | $ | 435.00 | $ | 17,226.00 |
| Luna Dou | *Research Associate* | 79.20 | $ | 325.00 | $ | 25,740.00 |
| **Subtotal Professional Fees** | | **431.10** | | | $ | **193,252.00** |

**Professional Fees - services performed in Puerto Rico**

| Employee | Title | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 8.40 | $ | 900.00 | $ | 7,560.00 |
| Julia Frayer - travel time | *Managing Director* | 3.00 | $ | 450.00 | $ | 1,350.00 |
| **Subtotal Professional Fees** | | **11.40** | | | $ | **8,910.00** |
| **Total Professional Fees** | | **442.50** | | | $ | **202,162.00** |

## May 2023 Monthly Fee Statement

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|
| AJ Goulding | *President* | 0.70 | $ | 935.00 | $ | 654.50 |
| Julia Frayer | *Managing Director* | 137.40 | $ | 900.00 | $ | 123,660.00 |
| Victor Chung | *Managing Consultant* | 1.30 | $ | 635.00 | $ | 825.50 |
| Marie Fagan | *Managing Consultant* | 2.50 | $ | 635.00 | $ | 1,587.50 |
| Sayad Moudachirou | *Managing Consultant* | 2.00 | $ | 635.00 | $ | 1,270.00 |
| Shashwat Nayak | *Senior Consultant* | 0.50 | $ | 550.00 | $ | 275.00 |
| Jonathan Rincon Lopez | *Consultant* | 3.30 | $ | 435.00 | $ | 1,435.50 |
| Ryan Ngai | *Consultant* | 103.00 | $ | 435.00 | $ | 44,805.00 |
| Karl Nunoo | *Consultant* | 1.90 | $ | 435.00 | $ | 826.50 |
| Luke Marham | *Consultant* | 151.00 | $ | 435.00 | $ | 65,685.00 |
| Luna Dou | *Research Associate* | 169.90 | $ | 325.00 | $ | 55,217.50 |
| Siddarth Jaswal | *Research Associate* | 0.60 | $ | 325.00 | $ | 195.00 |
| Julie Sharkey | *Admin* | 0.70 | $ | 150.00 | $ | 105.00 |
| **Total Professional Fees** | | **574.80** | | | $ | **296,542.00** |

## Total Monthly Fee Statements

**Professional Fees - services performed outside Puerto Rico**

| Employee | Title | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| AJ Goulding | *President* | 1.00 | $ | 935.00 | $ | 935.00 |
| Julia Frayer | *Managing Director* | 224.80 | $ | 900.00 | $ | 202,320.00 |
| Julia Frayer - travel time | *Managing Director* | 8.00 | $ | 450.00 | $ | 3,600.00 |
| Victor Chung | *Managing Consultant* | 10.00 | $ | 635.00 | $ | 6,350.00 |
| Marie Fagan | *Managing Consultant* | 15.50 | $ | 635.00 | $ | 9,842.50 |
| Sayad Moudachirou | *Managing Consultant* | 2.00 | $ | 635.00 | $ | 1,270.00 |
| Shashwat Nayak | *Senior Consultant* | 0.50 | $ | 550.00 | $ | 275.00 |
| Jonathan Rincon Lopez | *Consultant* | 91.30 | $ | 435.00 | $ | 39,715.50 |
| Ryan Ngai | *Consultant* | 422.70 | $ | 435.00 | $ | 183,874.50 |
| Ryan Ngai | *Research Associate* | 68.30 | $ | 325.00 | $ | 22,197.50 |
| Karl Nunoo | *Consultant* | 1.90 | $ | 435.00 | $ | 826.50 |
| Luke Marham | *Consultant* | 259.90 | $ | 435.00 | $ | 113,056.50 |
| Luke Marham | *Research Associate* | 16.70 | $ | 325.00 | $ | 5,427.50 |
| Luna Dou | *Research Associate* | 355.80 | $ | 325.00 | $ | 115,635.00 |
| Siddarth Jaswal | *Research Associate* | 0.60 | $ | 325.00 | $ | 195.00 |
| Julie Sharkey | *Admin* | 5.50 | $ | 150.00 | $ | 825.00 |
| **Subtotal Professional Fees** | | **1,484.50** | | | **$** | **706,345.50** |

**Professional Fees - services performed inside Puerto Rico**

| Employee | Title | Hours | | Rate | | Total |
|---|---|---|---|---|---|---|
| Julia Frayer | *Managing Director* | 8.40 | $ | 900.00 | $ | 7,560.00 |
| Julia Frayer - travel time | *Managing Director* | 3.00 | $ | 450.00 | $ | 1,350.00 |
| **Subtotal Professional Fees** | | **11.40** | | | **$** | **8,910.00** |
| **Total Professional Fees** | | **1,495.90** | | | **$** | **715,255.50** |