# Exhibit C

**Reimbursable Expenses**

| | | |
|---|---|---:|
| Data Acquisition - February 2023 Monthly Fee Statement | $ | 807.75 |
| Data Acquisition - March 2023 Monthly Fee Statement | $ | 3,241.77 |
| Data Acquisition - April 2023 Monthly Fee Statement | $ | 1,724.69 |
| JF Travel Expenses - April 2023 Monthly Fee Statement | $ | 3,780.43 |
| Data Acquisition - May 2023 Monthly Fee Statement | $ | 5,545.34 |
| **Total Reimbursable Expenses** | **$** | **15,099.98** |