## Reimbursable Expenses

| Date | Employee | Trip | Vendor | Expense Description | Amt Actual | Amt Charged | Receipt Y/N |
|---|---|---|---|---|---|---|---|
| 10-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | JetBlue | Airfare: BOS - SJU | $ 263.20 | $ 263.20 | Y |
| 13-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | JetBlue | Airfare: SJU - BOS | $ 210.20 | $ 210.20 | Y |
| 10-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | ATR Limousine | Transportation: car to airport in Boston | $ 143.90 | $ 75.00 | Y |
| 10-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | SSP America | Meals: Breakfast Julia | $ 24.09 | $ 24.09 | Y |
| 11-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | Coffee Merchant | Meals: Breakfast Julia | $ 43.07 | $ 40.00 | Y |
| 11-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | Los Cidrines | Meals: Client Dinner | $ 126.60 | $ 40.00 | Y |
| 12-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | El Meson | Meals: Client Lunch | $ 54.31 | $ 40.00 | Y |
| 12-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | Los Cidrines | Meals: Julia Dinner | $ 55.08 | $ 40.00 | Y |
| 13-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | AC Hotels | Hotel: Julia (3 nights) | $ 992.01 | $ 900.00 | Y |
| 13-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | Fresh Mart | Meals: Julia Breakfast | $ 4.29 | $ 4.29 | Y |
| 13-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | Uber | Transportation: car to airport in San Juan | $ 12.91 | $ 12.91 | Y |
| 13-Apr | Julia Frayer | Apr-23 San Juan, PR Trip | ATR Limousine | Transportation: car from airport in Boston | $ 143.90 | $ 75.00 | Y |
| | | | | **Total** | **$ 2,073.56** | **$ 1,724.69** | |