# Exhibit E

**Fourth Interim Fee Period (February 1, 2023 through May 31, 2023)**

| Date Submitted | Monthly Period Covered | Total Invoiced Professional Fees | Budget Range Low | Budget Range High |
|---|---|---|---|---|
| 1/10/2023 | 02/01/23 - 02/28/23 | $43,195.00 | $77,516.00 | $335,436.00 |
| 2/10/2023 | 03/01/23 - 03/31/23 | $173,356.50 | $84,990.00 | $406,236.00 |
| 3/13/2023 | 04/01/23 - 04/30/23 | $202,162.00 | $193,220.00 | $454,418.00 |
| 4/17/2023 | 05/01/23 - 05/31/23 | $296,542.00 | $130,825.00 | $313,980.00 |
| | | $715,255.50 | $486,551.00 | $1,510,070.00 |