**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate\*** | **Hours** | **100% of Fees** |
| Martinez, Scott | Director | $ 1,020.00 | 478.4 | $ 487,968.00 |
| Kardos, Elizabeth S | Partner | $ 800.00 | 7.1 | 5,680.00 |
| Praga, Deborah | Senior Vice President | $ 655.00 | 3.9 | 2,554.50 |
| Jang, Chang Jin | Vice President | $ 605.00 | 8.4 | 5,082.00 |
| Saydah, Heather | Senior Vice President | $ 550.00 | 0.6 | 330.00 |
| **Total** | | | **498.4** | **$ 501,614.50** |
| Less: Agreed Upon Fee Reduction for 17th Interim Period | | | | $ (153.00) |
| **Grand Total** | | | | **$ 501,461.50** |