**Exhibit C**

**Detailed Description of Hours and Fees by Matter Category**

[On following page]

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Kardos, Elizabeth S | 05/04/2023 | 20000797P00001.1.16 | Internal emails re: disclosure matters | 0.4 |
| Kardos, Elizabeth S | 05/04/2023 | 20000797P00001.1.16 | Review email re: disclosure matter | 0.4 |
| Kardos, Elizabeth S | 05/04/2023 | 20000797P00001.1.16 | Call with J. Mitchell, S. Martinez (both AlixPartners) re: disclosure matter. | 0.5 |
| Kardos, Elizabeth S | 05/05/2023 | 20000797P00001.1.16 | Review email to Committee members | 0.2 |
| Kardos, Elizabeth S | 05/05/2023 | 20000797P00001.1.16 | Call S Martinez J Mitchell and others re disclosure matter | 0.5 |
| Saydah, Heather | 05/19/2023 | 20000797P00001.1.16 | Draft supplemental declaration | 0.4 |
| Saydah, Heather | 05/22/2023 | 20000797P00001.1.16 | Revise sixteenth supplemental declaration | 0.2 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.16 | Reviewed and commented on the draft supplemental declaration. | 0.2 |
| Kardos, Elizabeth S | 05/22/2023 | 20000797P00001.1.16 | Reviewed and revised supplemental disclosure declaration | 0.6 |
| Kardos, Elizabeth S | 05/22/2023 | 20000797P00001.1.16 | Telephone call with S. Martinez (AlixPartners) re: declaration comments. | 0.4 |
| Kardos, Elizabeth S | 05/22/2023 | 20000797P00001.1.16 | Reviewed and revised Martinez Declaration | 0.5 |
| Kardos, Elizabeth S | 05/24/2023 | 20000797P00001.1.16 | Reviewed letter re: disclosure matters. | 0.3 |
| **Total Hours Matter 20000797P00001.1.16** | | | | **4.6** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Kardos, Elizabeth S | 01/12/2023 | 20000797P00001.1.17 | Review Zolfo Cooper - Commonwealth of Puerto Rico - December 2022 Fee Statement | 0.5 |
| Kardos, Elizabeth S | 01/18/2023 | 20000797P00001.1.17 | Review 16th Interim Fee Application. Emails to S. Martinez (AlixPartners) re: report from fee ex | 0.4 |
| Praga, Deborah | 02/03/2023 | 20000797P00001.1.17 | Prepared January 2023 fee statement. | 0.3 |
| Martinez, Scott | 02/06/2023 | 20000797P00001.1.17 | Prepared the initial draft of the ZC 17th interim fee application. | 1.3 |
| Martinez, Scott | 02/06/2023 | 20000797P00001.1.17 | Reviewed and commented on the ZC January fee statement. | 0.3 |
| Praga, Deborah | 02/06/2023 | 20000797P00001.1.17 | Prepared January 2023 fee statement. | 0.4 |
| Martinez, Scott | 02/08/2023 | 20000797P00001.1.17 | Prepared a budget for the month of March as requested by the fee examiner. | 0.2 |
| Kardos, Elizabeth S | 02/16/2023 | 20000797P00001.1.17 | Review Zolfo Cooper's January 2023 Fee Statement | 0.4 |
| Martinez, Scott | 03/02/2023 | 20000797P00001.1.17 | Reviewed and commented on the draft exhibits for the ZC interim fee application. | 0.4 |
| Kardos, Elizabeth S | 03/02/2023 | 20000797P00001.1.17 | Emails to/from S Martinez re fee application matters and ch 11 administrative matters | 0.3 |
| Kardos, Elizabeth S | 03/07/2023 | 20000797P00001.1.17 | Review 17th Interim Fee Application | 0.6 |
| Martinez, Scott | 03/07/2023 | 20000797P00001.1.17 | Prepared and finalized the ZC 17th interim fee application. | 1.1 |
| Praga, Deborah | 03/07/2023 | 20000797P00001.1.17 | Prep 17th interim fee application. | 2.3 |
| Martinez, Scott | 03/09/2023 | 20000797P00001.1.17 | Reviewed and commented on the draft February fee statement. | 0.3 |
| Martinez, Scott | 03/09/2023 | 20000797P00001.1.17 | Prepared the April budget for ZC as required by the fee examiner. | 0.2 |
| Kardos, Elizabeth S | 03/16/2023 | 20000797P00001.1.17 | Review 17th Interim Fee Application | 0.5 |
| Praga, Deborah | 03/22/2023 | 20000797P00001.1.17 | Prepared February 2023 fee statement. | 0.6 |
| Kardos, Elizabeth S | 03/22/2023 | 20000797P00001.1.17 | Review February 2023 Monthly Fee Statement | 0.4 |
| Martinez, Scott | 03/23/2023 | 20000797P00001.1.17 | Updated the exhibits for the ZC final fee statement. | 1.2 |
| Praga, Deborah | 04/03/2023 | 20000797P00001.1.17 | Prepared March 2023 fee statement | 0.3 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.17 | Prepared the no objection statement for the ZC February fee statement. | 0.2 |
| Martinez, Scott | 04/06/2023 | 20000797P00001.1.17 | Reviewed and commented on the draft ZC March fee statement. | 0.3 |
| Martinez, Scott | 04/07/2023 | 20000797P00001.1.17 | Prepared the ZC May budget for approval by the UCC as required by the fee examiner. | 0.2 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.17 | Reviewed and commented on the ZC April fee statement. | 0.2 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.17 | Reviewed and responded to the fee examiner regarding the ZC 17th interim fee app. | 0.2 |
| **Total Hours Matter 20000797P00001.1.17** | | | | **13.1** |

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Participated in ▮ | 4.5 |
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Debrief calls with A. Bongartz (Paul Hastings) regarding ▮ | 0.6 |
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.2 |
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.3 |
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.3 |
| Martinez, Scott | 02/01/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 2.7 |
| Martinez, Scott | 02/02/2023 | 20000797P00001.1.18 | Provided ▮ | 0.3 |
| Martinez, Scott | 02/02/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.4 |
| Martinez, Scott | 02/03/2023 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▮ | 0.2 |
| Martinez, Scott | 02/03/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 4.1 |
| Martinez, Scott | 02/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 3.4 |
| Martinez, Scott | 02/03/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.7 |
| Martinez, Scott | 02/06/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/07/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.2 |
| Martinez, Scott | 02/07/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.2 |
| Martinez, Scott | 02/08/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/08/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.2 |
| Martinez, Scott | 02/09/2023 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▮ | 1.3 |
| Martinez, Scott | 02/09/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 3.8 |
| Martinez, Scott | 02/09/2023 | 20000797P00001.1.18 | Reviewed ▮ | 0.2 |
| Martinez, Scott | 02/10/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 02/10/2023 | 20000797P00001.1.18 | Reviewed | 2.3 |
| Martinez, Scott | 02/10/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.3 |
| Martinez, Scott | 02/10/2023 | 20000797P00001.1.18 | Analyzed and reviewed | 2.9 |
| Martinez, Scott | 02/10/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 5.8 |
| Martinez, Scott | 02/12/2023 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding the | 0.6 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Analyzed | 0.8 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Analyzed the | 0.6 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 2.3 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | At the request of counsel performed | 0.7 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding | 0.3 |
| Martinez, Scott | 02/13/2023 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 02/14/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.2 |
| Martinez, Scott | 02/14/2023 | 20000797P00001.1.18 | Reviewed | 1.4 |
| Martinez, Scott | 02/14/2023 | 20000797P00001.1.18 | Reviewed and commented on the | 0.2 |
| Martinez, Scott | 02/14/2023 | 20000797P00001.1.18 | Reviewed and commented on the | 0.8 |
| Martinez, Scott | 02/15/2023 | 20000797P00001.1.18 | Reviewed and commented on | 0.7 |
| Martinez, Scott | 02/15/2023 | 20000797P00001.1.18 | Reviewed and commented on | 0.9 |
| Martinez, Scott | 02/16/2023 | 20000797P00001.1.18 | Reviewed the | 0.3 |
| Martinez, Scott | 02/16/2023 | 20000797P00001.1.18 | Participated in the weekly Committee update call. | 1.0 |
| Martinez, Scott | 02/16/2023 | 20000797P00001.1.18 | Reviewed the | 0.3 |
| Martinez, Scott | 02/17/2023 | 20000797P00001.1.18 | Reviewed report regarding | 0.1 |
| Martinez, Scott | 02/17/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.4 |
| Martinez, Scott | 02/17/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.6 |
| Martinez, Scott | 02/17/2023 | 20000797P00001.1.18 | Reviewed and commented on the | 0.9 |
| Martinez, Scott | 02/18/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 1.3 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.6 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Reviewed the | 0.3 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Prepared an | 5.9 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.2 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Reviewed a | 0.1 |
| Martinez, Scott | 02/21/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Updated the | 2.3 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.4 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 2.2 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 02/22/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/23/2023 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 02/23/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.6 |
| Martinez, Scott | 02/23/2023 | 20000797P00001.1.18 | Call with Cleary, FTI, O'Melveny, Ankura, Proskauer and Paul Hastings regarding | 0.3 |
| Martinez, Scott | 02/24/2023 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 02/24/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 3.3 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Updated the | 0.8 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding | 0.6 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 02/27/2023 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 02/28/2023 | 20000797P00001.1.18 | Reviewed the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 02/28/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding the | 0.2 |
| Martinez, Scott | 02/28/2023 | 20000797P00001.1.18 | Listened to the | 6.0 |
| Martinez, Scott | 02/28/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 03/01/2023 | 20000797P00001.1.18 | Reviewed the | 0.2 |
| Martinez, Scott | 03/01/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.6 |
| Martinez, Scott | 03/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.3 |
| Martinez, Scott | 03/01/2023 | 20000797P00001.1.18 | Prepared a | 2.4 |
| Martinez, Scott | 03/01/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding | 0.8 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 03/02/2023 | 20000797P00001.1.18 | Updated the ▓ | 0.4 |
| Martinez, Scott | 03/02/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.6 |
| Martinez, Scott | 03/02/2023 | 20000797P00001.1.18 | Prepared an ▓ | 0.7 |
| Martinez, Scott | 03/02/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 1.1 |
| Martinez, Scott | 03/03/2023 | 20000797P00001.1.18 | Prepared a ▓ | 3.3 |
| Martinez, Scott | 03/03/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/03/2023 | 20000797P00001.1.18 | Analyzing ▓ | 1.3 |
| Martinez, Scott | 03/03/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding the ▓ | 0.9 |
| Martinez, Scott | 03/06/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/07/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 03/07/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.3 |
| Martinez, Scott | 03/07/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.3 |
| Martinez, Scott | 03/07/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.4 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Prepared the ▓ | 0.7 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Updated the ▓ | 2.3 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Prepared for and participated in the Committee update call. | 1.5 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▓ | 1.2 |
| Martinez, Scott | 03/08/2023 | 20000797P00001.1.18 | Prepared a ▓ | 2.2 |
| Martinez, Scott | 03/09/2023 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.1 |
| Martinez, Scott | 03/09/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/13/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.1 |
| Martinez, Scott | 03/13/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 1.8 |
| Martinez, Scott | 03/13/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.3 |
| Martinez, Scott | 03/14/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/14/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 6.8 |
| Martinez, Scott | 03/15/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/15/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.3 |
| Martinez, Scott | 03/16/2023 | 20000797P00001.1.18 | Reviewed the letter from ▓ | 0.2 |
| Martinez, Scott | 03/16/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.6 |
| Martinez, Scott | 03/16/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/16/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 3.8 |
| Martinez, Scott | 03/17/2023 | 20000797P00001.1.18 | Reviewed ▓ | 0.7 |
| Martinez, Scott | 03/17/2023 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.1 |
| Martinez, Scott | 03/19/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.4 |
| Martinez, Scott | 03/20/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 2.7 |
| Martinez, Scott | 03/20/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.1 |
| Martinez, Scott | 03/20/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/20/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 2.2 |
| Martinez, Scott | 03/21/2023 | 20000797P00001.1.18 | Provided ▓ | 0.5 |
| Martinez, Scott | 03/21/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Participated in the weekly Committee update call. | 0.5 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.1 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz, S. Maza) regarding ▓ | 0.2 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Reviewed a report regarding ▓ | 0.4 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 0.7 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding the ▓ | 0.4 |
| Martinez, Scott | 03/22/2023 | 20000797P00001.1.18 | Call with D. Barrett (Ankura) regarding ▓ | 0.4 |
| Martinez, Scott | 03/23/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▓ | 1.6 |
| Martinez, Scott | 03/24/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/24/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 1.3 |
| Martinez, Scott | 03/24/2023 | 20000797P00001.1.18 | Researched the ▓ | 0.6 |
| Martinez, Scott | 03/27/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓ | 6.6 |
| Martinez, Scott | 03/27/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓ | 0.1 |
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Reviewed the ▓ | 0.2 |
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓ | 6.3 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Reviewed a[redacted] | 0.1 |
| Martinez, Scott | 03/28/2023 | 20000797P00001.1.18 | Reviewed a report regarding a[redacted] | 0.1 |
| Martinez, Scott | 03/29/2023 | 20000797P00001.1.18 | Prepared an[redacted] | 5.3 |
| Martinez, Scott | 03/29/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 03/29/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 03/30/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 03/30/2023 | 20000797P00001.1.18 | Reviewed a report regarding[redacted] | 0.1 |
| Martinez, Scott | 03/30/2023 | 20000797P00001.1.18 | Updated the[redacted] | 2.6 |
| Martinez, Scott | 03/30/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 03/30/2023 | 20000797P00001.1.18 | Participated in the weekly Committee update call. | 0.3 |
| Martinez, Scott | 03/31/2023 | 20000797P00001.1.18 | Analyzed and reviewed[redacted] | 1.8 |
| Martinez, Scott | 03/31/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.1 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed the[redacted] | 0.2 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed[redacted] | 7.1 |
| Martinez, Scott | 04/03/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.3 |
| Martinez, Scott | 04/04/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 04/04/2023 | 20000797P00001.1.18 | Analyzed and reviewed[redacted] | 2.8 |
| Martinez, Scott | 04/04/2023 | 20000797P00001.1.18 | Reviewed and commented[redacted] | 0.1 |
| Martinez, Scott | 04/05/2023 | 20000797P00001.1.18 | Analyzed and reviewed the[redacted] | 3.1 |
| Martinez, Scott | 04/05/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding[redacted] | 0.2 |
| Martinez, Scott | 04/05/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 4.3 |
| Martinez, Scott | 04/05/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/06/2023 | 20000797P00001.1.18 | Analyzed and reviewed[redacted] | 1.1 |
| Martinez, Scott | 04/06/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.2 |
| Martinez, Scott | 04/07/2023 | 20000797P00001.1.18 | Reviewed and commented on the[redacted] | 0.2 |
| Martinez, Scott | 04/07/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.9 |
| Martinez, Scott | 04/07/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/07/2023 | 20000797P00001.1.18 | Analyzed and reviewed the[redacted] | 0.4 |
| Martinez, Scott | 04/11/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/11/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the weekly Committee update call. | 0.2 |
| Martinez, Scott | 04/12/2023 | 20000797P00001.1.18 | Analyzed and reviewed the[redacted] | 4.7 |
| Martinez, Scott | 04/12/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.2 |
| Martinez, Scott | 04/12/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.3 |
| Martinez, Scott | 04/13/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding[redacted] | 0.2 |
| Martinez, Scott | 04/13/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.1 |
| Martinez, Scott | 04/13/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 04/14/2023 | 20000797P00001.1.18 | Reviewed[redacted] | 0.6 |
| Martinez, Scott | 04/14/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/17/2023 | 20000797P00001.1.18 | Reviewed[redacted] | 1.3 |
| Martinez, Scott | 04/17/2023 | 20000797P00001.1.18 | Participated in a call with Paul Hastings (A. Bongartz, S. Maza, P. Jimenez, N. Bassett, W. Whitner, E. Stolze) regarding[redacted] | 1.0 |
| Martinez, Scott | 04/17/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.1 |
| Martinez, Scott | 04/18/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/18/2023 | 20000797P00001.1.18 | Analyzed and reviewed the[redacted] | 0.6 |
| Martinez, Scott | 04/18/2023 | 20000797P00001.1.18 | Reviewed[redacted] | 0.9 |
| Martinez, Scott | 04/18/2023 | 20000797P00001.1.18 | Researched[redacted] | 4.8 |
| Martinez, Scott | 04/18/2023 | 20000797P00001.1.18 | Reviewed and commented on the draft agenda for the Committee update call. | 0.2 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Analyzed and reviewed[redacted] | 4.3 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Email exchanges with Paul Hastings, Kroll and BRG regarding[redacted] | 0.2 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Researched the[redacted] | 0.8 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.4 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.1 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Participated in the weekly Committee update call. | 0.3 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Reviewed[redacted] | 0.4 |
| Martinez, Scott | 04/19/2023 | 20000797P00001.1.18 | Reviewed the[redacted] | 0.1 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 04/20/2023 | 20000797P00001.1.18 | Reviewed and commented on a███ | 3.3 |
| Martinez, Scott | 04/20/2023 | 20000797P00001.1.18 | Reviewed an███ | 1.4 |
| Martinez, Scott | 04/20/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.1 |
| Martinez, Scott | 04/21/2023 | 20000797P00001.1.18 | Prepared a███ | 5.8 |
| Martinez, Scott | 04/21/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.3 |
| Martinez, Scott | 04/21/2023 | 20000797P00001.1.18 | Listened to the 39th FOMB public meeting. | 2.2 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.1 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Reviewed███ | 1.3 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 6.1 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.1 |
| Martinez, Scott | 04/24/2023 | 20000797P00001.1.18 | Reviewed███ | 0.4 |
| Martinez, Scott | 04/25/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.1 |
| Martinez, Scott | 04/25/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 04/25/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 1.0 |
| Martinez, Scott | 04/25/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 0.8 |
| Martinez, Scott | 04/25/2023 | 20000797P00001.1.18 | Reviewed and commented on the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 04/26/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 0.1 |
| Martinez, Scott | 04/26/2023 | 20000797P00001.1.18 | Prepared a███ | 7.6 |
| Martinez, Scott | 04/26/2023 | 20000797P00001.1.18 | Analyzed and reviewed the███ | 0.2 |
| Martinez, Scott | 04/27/2023 | 20000797P00001.1.18 | Researched and responded to███ | 0.4 |
| Martinez, Scott | 04/27/2023 | 20000797P00001.1.18 | Reviewed the███ | 0.1 |
| Martinez, Scott | 04/27/2023 | 20000797P00001.1.18 | Prepared a███ | 4.6 |
| Martinez, Scott | 04/27/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 1.1 |
| Martinez, Scott | 04/28/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 2.9 |
| Martinez, Scott | 04/28/2023 | 20000797P00001.1.18 | Participated in a call with Paul Hastings (P. Jimenez, A. Bongartz, N. Bassett, S. Maza, K. Whitner, E. Stolze) regarding███ | 1.0 |
| Martinez, Scott | 04/28/2023 | 20000797P00001.1.18 | Reviewed the███ | 3.8 |
| Martinez, Scott | 04/29/2023 | 20000797P00001.1.18 | Prepared a███ | 0.6 |
| Martinez, Scott | 04/29/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 0.3 |
| Martinez, Scott | 04/30/2023 | 20000797P00001.1.18 | Updated the███ | 2.3 |
| Martinez, Scott | 04/30/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 3.4 |
| Martinez, Scott | 04/30/2023 | 20000797P00001.1.18 | Prepared███ | 2.7 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the███ | 5.6 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 0.3 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Email exchange with N. Bassett (Paul Hastings) regarding███ | 0.3 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 0.4 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the███ | 0.5 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Analyzed and reviewed the███ | 0.8 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Updated the███ | 2.4 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Prepared a███ | 0.8 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Prepared an███ | 2.2 |
| Martinez, Scott | 05/01/2023 | 20000797P00001.1.18 | Updated the███ | 1.9 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 3.7 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Call with Paul Hastings (E. Stolze, N. Bassett, K. Whitner, P. Jimenez, L. Despins, A. Bongartz) and LEI (J. Frayer, L. Markham). | 0.5 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Updated███ | 0.4 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Reviewed and commented on the███ | 0.3 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Call regarding███ with Paul Hastings (P. Jimenez, A. Bongartz, S. Maza, E. Stolze, K. Whitner) and LEI (J. Frayer, L. Markham, R. Ngai). | 2.2 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Analyzed and reviewed███ | 3.3 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding███ | 0.3 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | Reviewed the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 05/02/2023 | 20000797P00001.1.18 | ███ | 3.5 |
| Martinez, Scott | 05/03/2023 | 20000797P00001.1.18 | Discussions with Paul Hastings (P. Jimenez) and LEI (J. Frayer) regarding███ | 1.6 |
| Martinez, Scott | 05/03/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.3 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 05/03/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.1 |
| Martinez, Scott | 05/03/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓▓▓ | 0.2 |
| Martinez, Scott | 05/03/2023 | 20000797P00001.1.18 | Attended the ▓▓▓ | 7.0 |
| Martinez, Scott | 05/04/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding ▓▓▓ | 0.1 |
| Martinez, Scott | 05/04/2023 | 20000797P00001.1.18 | Attended ▓▓▓ | 8.0 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Call with M. Shankweiler (BRG) regarding ▓▓▓ | 0.1 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Participated in a ▓▓▓ with Paul Hastings (L. Despins, P. Jimenez, S. Maza, A. Bongartz, N. Bassett, E. Stolze, K. Whitner) and LEI (R. Ngai, L. Markham). | 1.2 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Email exchange with A. Bongartz (Paul Hastings) regarding ▓▓▓ | 0.2 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Reviewed the ▓▓▓ | 0.5 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Reviewed the ▓▓▓ | 0.1 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Analyzed and reviewed a ▓▓▓ | 0.9 |
| Martinez, Scott | 05/05/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 0.6 |
| Martinez, Scott | 05/07/2023 | 20000797P00001.1.18 | Participated in a call regarding ▓▓▓ with Paul Hastings (A. Bongartz, S. Maza, P. Jimenez, N. Bassett, K. Whitner, E. Stolze) and LEI (J. Frayer, L. Markham). | 0.9 |
| Martinez, Scott | 05/07/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 3.1 |
| Martinez, Scott | 05/07/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 4.3 |
| Martinez, Scott | 05/07/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▓▓▓ | 0.9 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Debrief with A. Bongartz (Paul Hastings) regarding ▓▓▓ | 0.4 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Prepared a ▓▓▓ | 0.5 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Calls regarding ▓▓▓ with J. Jang. | 0.9 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Call with J. Frayer (LEI) regarding ▓▓▓ | 0.4 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Participated in a call regarding ▓▓▓ with Paul Hastings (P. Jimenez, S. Maza), J. Jang. | 0.6 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Performed research regarding ▓▓▓ | 4.2 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Call with Paul Hastings (L. Despins, A. Bongartz) regarding ▓▓▓ | 0.7 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) and J. Frayer (LEI) regarding ▓▓▓ | 0.2 |
| Martinez, Scott | 05/08/2023 | 20000797P00001.1.18 | Listened to the PREPA status conference. | 1.3 |
| Jang, Chang Jin | 05/08/2023 | 20000797P00001.1.18 | Calls regarding ▓▓▓ with S. Martinez. | 0.9 |
| Jang, Chang Jin | 05/08/2023 | 20000797P00001.1.18 | Participated in a call regarding ▓▓▓ with Paul Hastings (P. Jimenez, S. Maza), S. Martinez. | 0.6 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Reviewed the ▓▓▓ | 0.1 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Participated in a meeting regarding ▓▓▓ with Paul Hastings (L. Despins, P. Jimenez, A. Bongartz, S. Maza) and LEI (J. Frayer, L. Markham). | 1.5 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Prepared a ▓▓▓ | 1.6 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Reviewed ▓▓▓ | 1.4 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▓▓▓ | 0.2 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 1.3 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Discussions regarding ▓▓▓ with J. Jang. | 0.9 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Reviewed the ▓▓▓ | 0.2 |
| Martinez, Scott | 05/09/2023 | 20000797P00001.1.18 | Researched ▓▓▓ | 2.8 |
| Jang, Chang Jin | 05/09/2023 | 20000797P00001.1.18 | Researching ▓▓▓ | 3.1 |
| Jang, Chang Jin | 05/09/2023 | 20000797P00001.1.18 | Discussions ▓▓▓ with S. Martinez. | 0.9 |
| Martinez, Scott | 05/10/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 3.8 |
| Martinez, Scott | 05/10/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.3 |
| Martinez, Scott | 05/10/2023 | 20000797P00001.1.18 | Listened to the ▓▓▓ | 4.6 |
| Martinez, Scott | 05/10/2023 | 20000797P00001.1.18 | Mediation discussion regarding ▓▓▓ with Proskauer (M. Bienenstock, E. Barak), Brattle (B. Zarakas, J. Weiss), Paul Hastings (L. Despins, A. Bongartz, N. Bassett), LEI (J. Frayer, L. Markham). | 0.9 |
| Martinez, Scott | 05/10/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Jang, Chang Jin | 05/10/2023 | 20000797P00001.1.18 | Researching ▓▓▓ | 2.9 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 0.8 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Participated in a call with LEI (J. Frayer, L. Markham) and Paul Hastings (P. Jimenez, S. Maza) regarding ▓▓▓ | 2.0 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Call with A. Bongartz (Paul Hastings) regarding a ▓▓▓ | 0.3 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 1.8 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Reviewed the ▓▓▓ | 2.2 |
| Martinez, Scott | 05/11/2023 | 20000797P00001.1.18 | Listened to ▓▓▓ | 6.0 |
| Martinez, Scott | 05/12/2023 | 20000797P00001.1.18 | Prepared an ▓▓▓ | 2.2 |
| Martinez, Scott | 05/12/2023 | 20000797P00001.1.18 | Performed research regarding the ▓▓▓ | 1.1 |
| Martinez, Scott | 05/12/2023 | 20000797P00001.1.18 | Listened to the ▓▓▓ | 6.0 |
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▓▓▓ | 4.8 |
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding ▓▓▓ | 0.2 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Calls with Paul Hastings (S. Maza, P. Jimenez) regarding ▮ | 1.5 |
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Updated the ▮ | 2.3 |
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/15/2023 | 20000797P00001.1.18 | Prepared ▮ | 0.9 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Listened to the ▮ | 8.0 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Reviewed and commented on the proposed agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 1.8 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Call with P. Jimenez (Paul Hastings) regarding the ▮ | 0.1 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▮ | 2.6 |
| Martinez, Scott | 05/16/2023 | 20000797P00001.1.18 | Call regarding ▮ with Paul Hastings (P. Jimenez, S. Maza) and LEI (J. Frayer, L. Markham). | 0.5 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Reviewed ▮ | 1.4 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Participated in the Committee update call. | 0.4 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 3.2 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Researched ▮ | 1.6 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Call with P. Jimenez (Paul Hastings) regarding ▮ | 0.3 |
| Martinez, Scott | 05/17/2023 | 20000797P00001.1.18 | Call regarding ▮ with Paul Hastings (S. Maza, P. Jimenez). | 0.5 |
| Martinez, Scott | 05/18/2023 | 20000797P00001.1.18 | Updated the ▮ | 1.3 |
| Martinez, Scott | 05/18/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.8 |
| Martinez, Scott | 05/19/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/19/2023 | 20000797P00001.1.18 | Debrief with Paul Hastings (P. Jimenez, S. Maza, E. Stolze) regarding ▮ | 0.6 |
| Martinez, Scott | 05/19/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.4 |
| Martinez, Scott | 05/19/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▮ | 1.4 |
| Martinez, Scott | 05/19/2023 | 20000797P00001.1.18 | Listened to the ▮ | 5.0 |
| Martinez, Scott | 05/20/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 3.1 |
| Martinez, Scott | 05/20/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.7 |
| Martinez, Scott | 05/20/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.9 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Call with S. Maza (Paul Hastings) regarding the ▮ | 0.3 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 1.1 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.7 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 0.8 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Call regarding the ▮ with Paul Hastings (P. Jimenez, S. Maza) and LEI (J. Frayer). | 0.9 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.7 |
| Martinez, Scott | 05/21/2023 | 20000797P00001.1.18 | Calls with A. Bongartz (Paul Hastings) regarding ▮ | 0.3 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Calls with S. Maza (Paul Hastings) regarding ▮ | 0.4 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Reviewed, commented on and ▮ | 1.9 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Listened to the M. Shankweiler (BRG) ▮ | 5.0 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Call regarding the ▮ with Paul Hastings (P. Jimenez, S. Maza), LEI (J. Frayer, L. Markham). | 1.2 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Call with E. Stolze (Paul Hastings) regarding ▮ | 1.1 |
| Martinez, Scott | 05/22/2023 | 20000797P00001.1.18 | Reviewed and commented on the ▮ | 2.7 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.9 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.4 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.1 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 1.3 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.1 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.6 |
| Martinez, Scott | 05/23/2023 | 20000797P00001.1.18 | Analyzed and reviewed the ▮ | 0.3 |
| **Martinez, Scott** | 05/23/2023 | 20000797P00001.1.18 | Performed research on ▮ | 3.4 |
| **Martinez, Scott** | **05/24/2023** | 20000797P00001.1.18 | Participated in the Committee update call. | 0.7 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.18 | Continued research on ▮ | 2.4 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.18 | Reviewed the ▮ | 0.3 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.18 | Researched and prepared a ▮ | 4.1 |
| Martinez, Scott | 05/24/2023 | 20000797P00001.1.18 | Participated in a call with Proskauer (M. Dale, E. Barak) and Paul Hastings (P. Jimenez) regarding ▮ | 0.3 |
| Martinez, Scott | 05/25/2023 | 20000797P00001.1.18 | Analyzed and reviewed ▮ | 2.8 |
| Martinez, Scott | 05/25/2023 | 20000797P00001.1.18 | Call regarding ▮ with Paul Hastings (P. Jimenez, S. Maza). | 0.5 |

## Exhibit C - Time Descriptions

| Name | Date | Matter Category | Narrative | Hours |
|---|---|---|---|---|
| Martinez, Scott | 05/25/2023 | 20000797P00001.1.18 | Prepared | 0.8 |
| Martinez, Scott | 05/25/2023 | 20000797P00001.1.18 | Researched | 4.1 |
| Martinez, Scott | 05/26/2023 | 20000797P00001.1.18 | Reviewed the | 0.1 |
| Martinez, Scott | 05/26/2023 | 20000797P00001.1.18 | Listened to the | 5.8 |
| Martinez, Scott | 05/26/2023 | 20000797P00001.1.18 | Reviewed a | 0.1 |
| Martinez, Scott | 05/26/2023 | 20000797P00001.1.18 | Reviewed | 0.8 |
| Kardos, Elizabeth S | 05/28/2023 | 20000797P00001.1.18 | Reviewed email re: | 0.2 |
| Martinez, Scott | 05/30/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/30/2023 | 20000797P00001.1.18 | Analyzed and reviewed | 2.3 |
| Martinez, Scott | 05/30/2023 | 20000797P00001.1.18 | Reviewed the draft agenda for the Committee update call. | 0.1 |
| Martinez, Scott | 05/30/2023 | 20000797P00001.1.18 | Participated in with Paul Hastings (E. Stolze, P. Jimenez, L. Despins) | 4.0 |
| Martinez, Scott | 05/31/2023 | 20000797P00001.1.18 | Reviewed email correspondence from A. Bongartz (Paul Hastings) to members of the UCC. | 0.2 |
| Martinez, Scott | 05/31/2023 | 20000797P00001.1.18 | Analyzed and reviewed the | 0.2 |
| Martinez, Scott | 05/31/2023 | 20000797P00001.1.18 | Listened to | 6.5 |
| Martinez, Scott | 05/31/2023 | 20000797P00001.1.18 | As requested by counsel | 2.9 |
| Martinez, Scott | 05/31/2023 | 20000797P00001.1.18 | Reviewed and comments on the | 1.1 |
| **Total Hours Matter 20000797P00001.1.18** | | | | **480.7** |
| **Total Hours Fee Application Period** | | | | **498.4** |