# EXHIBIT D

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

## **EXHIBIT D-1**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2023 | March 2023 | April 2023 | May 2023 | Total | February 2023 | March 2023 | April 2023 | May 2023 | Total |
| B110 | Case Administration | 30 | 30 | 30 | 30 | **120** | 0.20 | 0.70 | 4.60 | 2.40 | **7.90** |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | **20** | 0.30 | 0.00 | 0.10 | 0.00 | **0.40** |
| B113 | Pleadings Review | 15 | 15 | 15 | 15 | **60** | 6.30 | 9.20 | 8.70 | 9.80 | **34.00** |
| B120 | Asset Analysis and Recovery | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B130 | Asset Disposition | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 20 | 20 | 20 | 20 | **80** | 44.00 | 36.40 | 23.90 | 47.80 | **152.10** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 40 | 40 | 40 | 40 | **160** | 81.50 | 2.80 | 10.60 | 12.50 | **107.40** |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 50 | 50 | 50 | **200** | 6.10 | 11.50 | 4.60 | 23.60 | **45.80** |
| B161 | Budgeting (Case) | 1 | 1 | 1 | 1 | **4** | 0.20 | 0.10 | 0.10 | 0.10 | **0.50** |
| B165 | Employment / Fee Applications (Other Professionals) | 15 | 15 | 15 | 15 | **60** | 0.10 | 7.20 | 0.10 | 1.10 | **8.50** |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | **8** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B180 | Avoidance Action Analysis | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2023 | March 2023 | April 2023 | May 2023 | Total | February 2023 | March 2023 | April 2023 | May 2023 | Total |
| B185 | Assumption / Rejection of Leases and Contracts | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B190 | Other Contested Matters (including GDB restructuring) | 20 | 20 | 20 | 20 | **80** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B191 | General Litigation | 50 | 50 | 50 | 200 | **350** | 9.60 | 101.70 | 174.90 | 439.80 | **726.00** |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | **0** | 4.10 | 0.00 | 0.00 | 23.80 | **27.90** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B220 | Employee Benefits / Pensions | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B222 | Union Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B231 | Security Document Analysis | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 5 | 5 | **20** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B261 | Investigations | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| B310 | Claims Administration and Objections | 40 | 40 | 40 | 40 | **160** | 12.30 | 4.40 | 0.00 | 0.10 | **16.80** |
| B320 | Plan and Disclosure Statement | 400 | 500 | 500 | 500 | **1,900** | 194.80 | 98.10 | 312.40 | 774.90 | **1,380.20** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2023 | March 2023 | April 2023 | May 2023 | Total | February 2023 | March 2023 | April 2023 | May 2023 | Total |
| B420   Restructuring | 200 | 100 | 100 | 100 | **500** | 5.70 | 13.50 | 0.80 | 4.90 | **24.90** |
| **TOTAL HOURS** | 908 | 908 | 908 | 1,058 | **3,782** | 365.20 | 285.60 | 540.80 | 1340.80 | **2,532.40** |
| **TOTAL FEES** | $1,094,140.00[2] | $1,094,140.00[2] | $1,094,140.00[2] | $1,274,890.00[2] | **$4,557,310.00** | $ 521,817.75 | $396,368.50 | $ 771,848.00 | $1,886,716.00 | **$ 3,576,750.25** |
| *MINUS 20% REDUCTION*[3] | ($218,828.00) | ($218,828.00) | ($218,828.00) | ($254,978.00) | **($911,462.00)** | $(104,363.55) | $(79,273.70) | $(154,369.6) | $(377,343.20) | **$ (715,350.05)** |
| **TOTAL FEES (NET OF REDUCTION)** | $875,312.00 | $875,312.00 | $875,312.00 | $1,019,912.00 | **$3,645,848.00** | **$417,454.20** | **$317,094.80** | **$617,478.40** | **$1,509,372.80** | **$ 2,861,400.20** |

---

[2]  The Total Estimated Fees are calculated based on a blended hourly rate of $1,205 for the Paul Hastings attorneys who are expected to work on this matter during the Application Period. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $964.

3

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED
# BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 5.80 | $3,613.50 |
| B112   General Creditor Inquiries | 0.10 | $132.00 |
| B113   Pleadings Review | 31.60 | $26,937.50 |
| B155   Court Hearings | 11.00 | $10,389.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 45.80 | $53,651.00 |
| B161   Budgeting (Case) | 0.50 | $812.50 |
| B165   Employment / Fee Applications (Other Professionals) | 8.50 | $7,872.50 |
| B310   Claims Administration and Objections | 0.10 | $132.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 0.30 | $426.50 |
| **TOTAL** | **103.70** | **$103,967.00** |

*Communications w/Creditors/Website(Other than Comm. Members) (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 0.30 | $396.00 |
| B150   Meetings of and Communications with Creditors | 0.50 | $812.50 |
| **TOTAL** | **0.80** | **$1,208.50** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110  Case Administration | 2.10 | $1,134.00 |
| B113  Pleadings Review | 2.40 | $1,296.00 |
| B150  Meetings of and Communications with Creditors | 151.60 | $188,363.50 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

4

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B155 Court Hearings | 2.10 | $1,134.00 |
| B191 General Litigation | 2.40 | $1,296.00 |
| B195 Non-Working Travel | 151.60 | $186,233.50 |
| B310 Claims Administration and Objections | 96.40 | $152,154.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 726.00 | $1,055,737.00 |
| B420 Restructuring | 27.90 | $22,403.75 |
| **TOTAL** | **2405.80** | **$3,434,223.25** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B420 Restructuring | 22.10 | $37,351.50 |
| **TOTAL** | **22.10** | **$37,351.50** |

## EXHIBIT D-2

### SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---:|
| Airfare | $5,390.74 |
| Computer Search | $6,058.71 |
| Travel Expenses - Taxi / Ground Transportation | $1,350.46 |
| Mileage | $16.38 |
| Lodging | $3,900.00 |
| Messenger | $80.20 |
| Meals | $845.66 |
| Postage/Express Mail | $5,528.44 |
| In-house Black and White Reproduction Charges (78,540 copies at $0.08 per page) | $6,283.20 |
| In-house Color Reproduction Charges (10,018 copies at $0.25 per page) | $2,504.50 |
| Travel Expense – Parking | $115.00 |
| Courier Service | $113,97 |
| **TOTAL** | **$32,187.26** |