# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### February 2023 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $17,482.50 | $13,986.00 | $193.54 | $14,179.54 |
| Total for PREPA (total) | $504,335.25 | $403,468.20 | $7,390.49 | $410,858.69 |
| *(a) Services Rendered Outside Puerto Rico* | $466,909.75 | $373,527.80 | $7,390.49 | $380,918.29 |
| *(b) Services Rendered in Puerto Rico* | $37,425.50 | $29,940.40 | $0.00 | $29,940.40 |
| **Grand Total for all Debtors** | **$521,817.75** | **$417,454.20** | **$7,584.03** | **$425,038.25** |

**March 2023 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $31,871.00 | $25,496.80 | $548.44 | $26,045.24 |
| Total for PREPA (all outside of Puerto Rico) | $364,497.50 | $291,598.00 | $424.07 | $292,022.07 |
| **Grand Total for all Debtors** | **$396,368.50** | **$317,094.80** | **$972.51** | **$318,067.31** |

**April 2023 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $18,946.50 | $15,157.20 | $1,619.52 | $16,776.72 |
| Total for PREPA (all outside of Puerto Rico) | $710,808.63[1] | $568,646.90 | $1,081.44 | $569,728.34 |
| **Grand Total for all Debtors (net of credits)** | **$729,755.13** | **$583,804.10** | **$2,700.96** | **$586,505.06** |

---

[1] This amount reflects a credit of $42,092.87 for fee reductions pursuant to the order approving Paul Hastings' Seventeenth Interim Fee Application.

**May 2023 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $36,875.50 | $29,500.40 | $1,514.99 | $31,015.39 |
| Total for PREPA (all outside of Puerto Rico) | $1,849,840.50 | $1,479,872.40 | $19,414.77 | $1,499,287.17 |
| **Grand Total for all Debtors** | **$1,886,716.00** | **$1,509,372.80** | **$20,929.76** | **$1,530,302.56** |