# **SCHEDULE 1**

## LIST OF PROFESSIONALS BY MATTER
*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Jimenez, Pedro. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Corporate |
| Zwillinger, Zachary | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | Restructuring |
| Magzamen, Michael | Paralegal | Restructuring |
| Mohamed, David | Paralegal | Restructuring |

*Communications w/Creditors/Website(Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Partner | Corporate |
| Jimenez, Pedro | Partner | Restructuring |
| Kinnaird, Stephen | Partner | Complex Litigation & Arbitration |
| Whitner, William | Partner | Complex Litigation & Arbitration |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Sepinuck, Stephen | Counsel | Corporate |

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Stolze, Eric | Counsel | |
| Barron, Douglass E. | Associate | Restructuring |
| Catalano, Kristin | Associate | Restructuring |
| Farmer, Will | Associate | Restructuring |
| Ganapathi, Anuva | Associate | Securities Litigation |
| Gilberg, Ben | Associate | Securities Litigation |
| Glogowski, Angelika | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Miliotes, Lanie | Associate | Restructuring |
| Sutton, Ezra C. | Associate | Restructuring |
| Turnbull, Derek | Associate | Investigation & White Collar Defemse |
| Zwillinger, Zachary | Associate | Litigation |
| Ecklund, Any | | -- |
| Kuo, Jocelyn | Paralegal | Restructuring |
| Laskowski, Mat | Paralegal | Restructuring |
| Liu, Kelly | | |
| Magzamen, Michael | Paralegal | Restructuring |

*Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Maza, Shlomo | Associate | Restructuring |