# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Seventy-Eighth Omnibus Objection**

## Five Hundred Seventy-Eighth Omnibus Objection
### Exhibit A-1 - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALTAGRACIA TARDY, ANTONIO<br>URB LOMAS VERDES<br>4R34 CALLE ROBLES<br>BAYAMON, PR 00956 | 05/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13803 | $150,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Toa Baja, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AQUINO VEGA, ELBA I.<br>RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10259 | $65,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Municipality of Carolina, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ARZOLA RODRIGUEZ, ROSA ELENA<br>HC 01 BUZON 6846<br>MACANA DEL RIO<br>GUAYANILLA, PR 00656 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 132238-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Ponce District Hospital, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DIAZ PABON, RAQUEL I.<br>PALACIOS REALES #133 CALLE RICARDI<br>TOA ALTA, PR 00953-4931 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 139283 | $40,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the State Insurance Fund, which is not part of the Title III proceedings.

\*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Seventy-Eighth Omnibus Objection
### Exhibit A-1 - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | DIAZ-MORALES, ROBERT ANEL<br>C/O COTO & ASSOCIATES<br>ANGEL E. ROTGER-SABAT, ESQ.<br>PO BOX 71449<br>SAN JUAN, PR 00936-8549 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46107 | $1,600,000.00 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and individuals in their personal capacities, who are not part of the Title III proceedings. | | | | | |
| 6 | FLORIDA HOSPITAL EAST ORLANDO<br>C/O JOHN M. BRENNAN, JR.<br>P.O. BOX 3068<br>ORLANDO, FL 32802 | 05/08/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 173900 | $375,325.47 |
| | Reason: Invoice(s) totaling $375,325.47 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Health Insurance Administration, which is not part of the Title III proceedings. | | | | | |
| 7 | GONZALEZ VALENTIN, ANA N<br>COND MONTE SUR<br>180 AVE HOSTOS APT 518 B<br>SAN JUAN, PR 00918 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35704 | $280,000.00* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and The University of Puerto Rico, which is not part of the Title III proceedings. | | | | | |
| 8 | LIGHTHOUSE GROUP, LLC<br>REICHARD & ESCALERA LLC<br>PO BOX 364148<br>SAN JUAN, PR 00936-4148 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15035 | $557,311.40 |
| | Reason: Invoice(s) totaling $557,311.40 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Convention District Authority, which is not part of the Title III proceedings. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Seventy-Eighth Omnibus Objection
## Exhibit A-1 - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | NIEVES CRUZ, JAIME<br>HC-01 BOX 26350<br>CAGUAS, PR 00725-8932 | 04/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9989 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the State Insurance Fund, which is not part of the Title III proceedings.

Claim #9989 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | RIVERA FIGUEROA, MARIA<br>JARDINES DE CASE BLANCA<br>CALIFORNIA 23<br>TOA ALTA, PR 00953 | 03/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2168 | $80,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the Puerto Rico Tourist Company, which is not part of the Title III proceedings.

Claim #2168 also contained on Exhibit A to the 337th Omnibus Claims Objection for Reclassified Claims.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ GARCIA, MARIBEL<br>JARDINES DEL CARIBE<br>5311<br>ST. SAGITADA<br>PONCE, PR 00728 | 04/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5773-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Correctional Health Services, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-Eighth Omnibus Objection
## Exhibit A-1 - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | ROSADO TORRES, EDWIN<br>PO BOX 3461<br>GUAYNABO, PR 00970 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74848-1 | Undetermined* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the State Insurance Fund, which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| 13 | TECHNICAL POWER SERVICES INC.<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34216 | $8,000.00 |

Reason: Invoice(s) totaling $8,000.00 fail to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and 911 Service Governing Board, which is not part of the Title III proceedings.

| 14 | TORRES VEGA, OLGA IVETTE<br>URB. ALTURAS DEL ALBA ATARDECER 10516<br>VILLALBA, PR 00766 | 06/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 51402 | $75,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Puerto Rico Highways and Transportation Authority. Proof of Claim and supporting documentation only show liabillity between Claimant and the Municipality of Villalba, which is not part of the Title III proceedings.

| | | | | | TOTAL | $3,230,636.87* |

\*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Seventy-Eighth Omnibus Objection
## Exhibit A-2 Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | HERNANDEZ PEREZ, YAJAIRA<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966-2700 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36440 | $3,500,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the University of Puerto Rico, which is not part of the Title III proceedings.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | RODRIGUEZ DIAZ, MARIBEL<br>URB LOS ROBLES, CALLE 3, D-31<br>GURABO, PR 00778 | 05/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34077 | $123,609.80* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Association of Employees of the ELA, which is not part of the Title III proceedings.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #34077 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | YAJAIRA HERNANDEZ PEREZ EN REPRESENTACION DE MIGUEL ANGEL MONTANEZ HERNANDEZ<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966-2700 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47724 | $2,000,000.00* |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and the University of Puerto Rico, which is not part of the Title III proceedings.

| | | | | | TOTAL | $5.623.609.80* |

*Indicates claim contains unliquidated and/or undetermined amounts