## ANEXO A

**Relación de reclamación objeto de la Quingentésima septuagésima octava objeción global**

# Quingentésima Septuagésima Octava Objeción Global
## Anexo A-1: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALTAGRACIA TARDY, ANTONIO<br>URB LOMAS VERDES<br>4R34 CALLE ROBLES<br>BAYAMON, PR 00956 | 05/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13803 | $150,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Toa Baja , que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | AQUINO VEGA, ELBA I.<br>RAMON E. SEGARRA BERRIOS<br>PO BOX 9023853<br>SAN JUAN, PR 00902-3853 | 05/08/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10259 | $65,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Carolina , que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | ARZOLA RODRIGUEZ, ROSA ELENA<br>HC 01 BUZON 6846<br>MACANA DEL RIO<br>GUAYANILLA, PR 00656 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 132238-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Hospital del Distrito de Ponce , que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR , los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | DIAZ PABON, RAQUEL I.<br>PALACIOS REALES #133 CALLE RICARDI<br>TOA ALTA, PR 00953-4931 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 139283 | $40,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado , que no forma parte de los procedimientos inciados al amparo del Título III.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Septuagésima Octava Objeción Global
## Anexo A-1: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | DIAZ-MORALES, ROBERT ANEL C/O COTO & ASSOCIATES ANGEL E. ROTGER-SABAT, ESQ. PO BOX 71449 SAN JUAN, PR 00936-8549 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46107 | $1,600,000.00 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y particulares a título personal , que no forman parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | FLORIDA HOSPITAL EAST ORLANDO C/O JOHN M. BRENNAN, JR. P.O. BOX 3068 ORLANDO, FL 32802 | 05/08/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 173900 | $375,325.47 |

Base para: La o las facturas que ascienden a un total de $375,325.47 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Administración de Seguros de Salud de Puerto Rico , que no forma parte de los procedimientos inciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | GONZALEZ VALENTIN, ANA N COND MONTE SUR 180 AVE HOSTOS APT 518 B SAN JUAN, PR 00918 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35704 | $280,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Reclamante y la Universidad de Puerto Rico , que no forma parte de los procedimientos al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | LIGHTHOUSE GROUP, LLC REICHARD & ESCALERA LLC PO BOX 364148 SAN JUAN, PR 00936-4148 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15035 | $557,311.40 |

Base para: La o las facturas que ascienden a un total de $557,311.40 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Autoridad del Distrito del Centro de Convenciones , que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Septuagésima Octava Objeción Global
## Anexo A-1: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | NIEVES CRUZ, JAIME HC-01 BOX 26350 CAGUAS, PR 00725-8932 | 04/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9989 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado , que no forma parte de los procedimientos inciados al amparo del Título III.

Reclamo No. 9989 incluido también en el Anexo A de la Tricentésima Sexagésima Segunda Objeción Global por Reclamos para Reclasificar.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | RIVERA FIGUEROA, MARIA JARDINES DE CASE BLANCA CALIFORNIA 23 TOA ALTA, PR 00953 | 03/13/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 2168 | $80,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Compañía de Turismo de Puerto Rico , que no forma parte de los procedimientos iniciados al amparo del Título III.

Reclamo remanente n°. 2168 incluido en el Anexo A a la Tricentésima Trigésima Séptima Objeción Global por Reclamos a ser Reclasificados.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | RODRIGUEZ GARCIA, MARIBEL JARDINES DEL CARIBE 5311 ST. SAGITADA PONCE, PR 00728 | 04/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5773-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y los Servicios de Salud Correccional , que no forman parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos . Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR , los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Septuagésima Octava Objeción Global
## Anexo A-1: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | ROSADO TORRES, EDWIN PO BOX 3461 GUAYNABO, PR 00970 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74848-1 | Indeterminado* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no forma parte de los procedimientos inciados al amparo del Título III. Una parte de este reclamo se le transfirió al proceso de Reconciliación de Reclamos Administrativos (RRA) y se resolverá de acuerdo con sus procedimientos.  Dado que esta objeción no constituye una objeción a la parte del reclamo en el proceso de la ACR, los Deudores se reservan el derecho de objetar la parte restante del reclamo fundándose en cualquier otro motivo.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | TECHNICAL POWER SERVICES INC. PO BOX 3826 GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34216 | $8,000.00 |

Base para: La o las facturas que ascienden a un total de $8,000.00 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Junta Directiva del Servicio 911 que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | TORRES VEGA, OLGA IVETTE URB. ALTURAS DEL ALBA ATARDECER 10516 VILLALBA, PR 00766 | 06/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 51402 | $75,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Municipio de Villalba, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | TOTAL | $3.230.636.87* |
|---|---|---|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Septuagésima Octava Objeción Global
## Anexo A-2: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | HERNANDEZ PEREZ, YAJAIRA GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36440 | $3,500,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Demandante y la Universidad de Puerto Rico , que no forma parte de los procedimientos al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | RODRIGUEZ DIAZ, MARIBEL URB LOS ROBLES, CALLE 3, D-31 GURABO, PR 00778 | 05/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34077 | $123,609.80* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Asociación de Empleados de la ELA , que no forma parte de los procedimientos iniciados al amparo del Título III.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 34077 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | YAJAIRA HERNANDEZ PEREZ EN REPRESENTACION DE MIGUEL ANGEL MONTANEZ HERNANDEZ GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47724 | $2,000,000.00* |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo demuestran una obligación existente entre el Demandante y la Universidad de Puerto Rico , que no forma parte de los procedimientos al amparo del Título III.

| | | TOTAL | $5.623.609.80* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados

1