## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Five Hundred Eightieth Omnibus Objection**

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | AGUILA GEIRING, VICKIE PO BOX 2 GARROCHALES, PR 00652 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 83123 | Undetermined* | AGUILA GEIRING, VICKIE CO NORA MOLINA CRUZ PO BOX 2795 ARECIBO, PR 00613-2795 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70430 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #70430 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified | | | | | | | | | |
| 2 | ÁNGEL LÓPEZ PAGÁN, RAFAEL GRACIA MORALES AURELIO HC 72 BOX 3694 NARANJITO, PR 00719 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 30823 | $102,484.62* | LOPEZ PAGAN, RAFAEL ANGEL HC-72 BOX 3694 NARANJITO, PR 00719 | 05/18/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 14057 | $102,486.62* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | ARVELO PLUMEY, ALMA M HC 4 BOX 17263 CAMUY, PR 00627-7601 | 05/21/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 17075 | $8,943.00 | ARVELO PLUMEY, ALMA M HC4 BOX 17263 CAMUY, PR 00627-7601 | 05/17/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 16161 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | CABAN MALDONADO, NOEL JOSE ANTONIO MORALES ARROYO, ATTORNEY 452 AVENIDA PONCE DE LEON EDIF. ASOCIACION DE MAESTRO OFIC. 514 SAN JUAN, PR 00918 | 05/23/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 19656 | $46,413.90* | CABAN MALDONADO, NOEL URB VALLE DE ANDALUCIA CALLE LORCA 2919 PONCE, PR 00728-3104 | 06/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91490 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #91490 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 32443 | $17,500.00* | COLON CRUZ, JOSE  A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34877 | $28,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | COLON TORRES, TAMARA 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 96621 | Undetermined* | TORRES, TAMARA COLON 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 49762 | $56,400.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CRUZ CRUZ, ANA  R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 72562 | Undetermined* | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 106371 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8  CRUZ VELAZQUEZ, HECTOR L PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12417 | $145,514.07* | CRUZ VELAZQUEZ, HECTOR J PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10854 | $145,514.07* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9  DE JESUS MALAVE, WILFREDO ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 19146 | Undetermined* | DE JESUS MALAVE, WILFREDO GG-53 CALLE 36 URB. JARDINES DEL CARIBE PONCE, PR 00728-2612 | 06/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 140726 | $15,652.00* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10  DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 71158 | $14,000.00* | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38449 | $17,500.00* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 11  FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 66027 | $14,000.00* | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 38432 | Undetermined* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | LAJARA-MONTERO LAW FIRM JOSE JAIME LAJARA MONTERO MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 07/26/22 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180489 | $33,600.00 | LAJARA-MONTERO LAW FIRM MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 08/24/22 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180506 | $33,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | LAJARA-MONTERO LAW FIRM JOSÉ JAIME LAJARA MONTERO MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 07/27/22 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180490 | $33,600.00 | LAJARA-MONTERO LAW FIRM MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 08/24/22 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180506 | $33,600.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | OLIVENCIA VARGAS, MILAGROS 2412 BLACK POWDER LANE KISSIMMEE, FL 34743 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 92171 | $14,400.00* | OLIVENCIA VARGAS, MILAGROS HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 65736 | $14,400.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | ORTIZ NIEVES, LILLIAM I URB. ALTURAS DE RIO GRANDE CALLE 14 L 222 RIO GRANDE, PR 00745 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38949 | Undetermined* | ORTIZ NIEVES, LILLIAM I. L222 CALLE MAIN URB. ALT RÍO GRANDE RÍO GRANDE, PR 00745 | 06/05/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 47267 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 16 | PAZ OTERO, ADY PO BOX 364463 SAN JUAN, PR 00936 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 39733 | $1,500,000.00* | OTERO, ADY PAZ DAVID CARRION BARALT PO BOX 364463 SAN JUAN, PR 00936-4463 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 20833 | $1,500,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 47094 | $18,000.00* | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 39520 | $45,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | RIVERA CAMARGO, EVELYN PARCELAS INDIOS CALLE BORINQUEN # 87 HC-02 BOX 8700 GUAYANILLLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 101862 | $50,000.00* | RIVERA CAMARGO, EVELYN PARCELAS INDIOS CALLE BORINQUEN # 87 HC-02 BOX 8700 GUAYANILLLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 101246 | $50,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130294 | Undetermined* | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152436 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #152436 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| 20 | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 51735 | Undetermined* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #37567 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| 21 | ROLON ORTEGA, CARMEN M. BO MOSQUITO POLA 6 BZN - 1525 AGUIRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38583 | Undetermined* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37567 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #37567 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified and the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed.

| 22 | ROMERO CRUZ, CRYSTAL C/O LCDA. LUZ VANESSA RUIZ TORRES T.S.P.R. 12747 APOLO, 2081 HERCULES GUAYNABO, PR 00969 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26159 | $1,250,000.00* | CRYSTAL Y OTROS, ROMERO CRUZ LUZ V. RUIZ TORRES APOLO 2081 HERCULES GUAYNABO, PR 00969 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 43795 | $1,250,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 | ROSADO SANTIAGO, WILLIAM PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 62224 | $1,000,000.00* | WILLIAM ROSADO SANTIAGO AND OTHERS SIMILARLY SITUATED PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 48063 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 24 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34161 | $18,000.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 25 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 66117 | $34,380.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 34168 | $34,380.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 26 | TORRES, LESLIE M HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 151833-1 | Undetermined* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 140140 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 27 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719 | 03/16/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 3007 | Undetermined* | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 3001 | $70,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-1 - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | VERA ROLDAN, LOURDES 310 PASSAIC AVE APT 315 HARRISON, NJ 07029 | 03/12/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 173488 | $85,750.00 | VERA ROLDAN, LOURDES 310 PASSAIC AVE APT 315 HARRISON, NJ 07029 | 01/04/21 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 178996 | $113,750.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #178996 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to Be Reclassified | | | | | | | | | |
| 29 | YAJAIRA HERNANDEZ PEREZ EN REPRESENTACION DE EDWIN BRANA HERNADEZ GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 38876 | $15,000,000.00* | YAJAIRA HERNANDEZ PEREZ AS INHERITOR OF EDWIN AND HARRY BRANA HERNANDEZ GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36939 | $15,000,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CAY MORALES, MARIA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11141 | $29,951.15 | CAY MORALES, MARIA VILLA UNIVERSITARIA R24 CALLE 24 HUMACAO, PR 00791-4345 | 06/20/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 66935 | $20,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJAGUA FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137110 | Undetermined* | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 143774 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #143774 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |
| 3 | COLON NEGRON, CARLOTA CALLE 14 URB LUMAS APT 963 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 130316 | Undetermined* | NEGRON, CARLOTA COLON CALLE 14 URB LOMA APT 963 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 112436 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | COLON RIVERA, MARITZA C/49 A2-14 SANTA TERESITA BAYAMON, PR 00961 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28015 | Undetermined* | COLON RIVERA, MARITZA URB SANTA TERESIA Z 14 CALLE 49 BAYAMON, PR 00961 | 06/01/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 48796 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | COTTO GARCIA, JUAN G. PO BOX 194876 SAN JUAN, PR 00919-4876 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 52153 | $75,000.00* | COTTO GARCIA, JUAN GABRIEL BUZON 1570 B.O JUAN SANCHEZ BAYAMON, PR 00959 | 05/01/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 8448 | $75,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | CRUZ GONZALEZ, CARMEN L IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 04/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9127 | $19,988.09 | CRUZ GONZALEZ, CARMEN L. PO BOX 454 DORADO, PR 00646-0454 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 71197 | $21,156.24 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #9127 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed | | | | | | | | | |
| 7 | GONZALEZ PEREZ, YOLANDA BOX 893 SAN SEBASTIAN, PR 00685 | 07/02/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 122710 | Undetermined* | GONZALEZ PEREZ, YOLANDA BOX 893 SAN SEBASTIAN, PR 00685 | 07/06/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160082 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #160082 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |
| 8 | GONZALEZ SANCHEZ, CARMEN CORONEL IRIZARRY #12 CAYEY, PR 00736 | 06/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 86294 | Undetermined* | GONZALEZ SANCHEZ, CARMEN CORONEL IRIZARRY #12 CAYEY, PR 00736 | 06/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86363 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #86363 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | HERNANDEZ RAMIREZ, CARMEN S. URB. LOMAS VERDES 3V CALLE MIRTO BAYAMON, PR 00956-3320 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 149771 | Undetermined* | HERNANDEZ RAMIREZ, CARMEN S IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10404 | $78,137.20 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #149771 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | HERNANDEZ SANTANA, ROSA A. CALLE 20 AB-9 VILLAS DE RIO GRANDE RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 155526 | $30,000.00 | HERNANDEZ SANTANA, ROSA A. C/20 AB-9 VILLAS DE RIO CORANDE RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147683 | $30,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #147683 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A 10 CALLE YUNQUESITO CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27853 | $150,000.00* | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A-10 CALLE YUNQUESITO CAROLINA, PR 00987 | 05/30/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 39114 | $150,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #27853 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to be Reclassified

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | MALDONADO MARTINEZ, VÍCTOR URB. CASA MÍA 4824 CALLE CIGÜEÑA PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 43118 | Undetermined* | MALDONADO MARTINEZ, VICTOR URB. CASA MIA 4824 CALLE CIGUENA PONCE, PR 00728-3415 | 06/20/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 34109 | $12,340.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA PO BOX 177 LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 92209 | $30,000.00 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA P.O. BOX 177 LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165307 | $30,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #165307 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |
| 14 | MARIANI GUEVARA, VIOLETA P.O. BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137422 | Undetermined* | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 80935 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #80935 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |
| 15 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC 1 BOX 8911 GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 134616 | $30,000.00 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC-1 BOX 8911 GURABO, PR 00778 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137398 | $30,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Surviving Claim #137398 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 84096 | $20,400.00* | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 06/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91667 | $29,585.67* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #91667 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | MARTINEZ HERNANDEZ, BLANCA I. APARTADO 1504 TOA ALTA, PR 00953 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 56605 | Undetermined* | MARTINEZ HERNANDEZ, BLANCA I. APARTADO 1504 TOA ALTA, PR 00953 | 06/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 54009 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | MEDINA TORRES, BRENDA I. URB. CASAMIA 4824 CALLE CIGÜEÑA PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 50704 | Undetermined* | MEDINA TORRES, BRENDA I. URB CASA MIA 4824 CALLE CIGUENA PONCE, PR 00728-3415 | 06/20/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 33866 | $12,340.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO, PR 00718 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 147572 | $30,000.00 | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO NAGUABO, PR 00718 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154332 | $30,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #154332 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | MIRANDA ORTIZ, ANGEL L 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12048 | $21,630.17* | MIRANDA ORTIZ, ANGEL L. URB. BELLA VISTA D-20 CALLE 2 BAYAMON, PR 00957 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 160197 | $48,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 21 | MIRANDA RODRIGUEZ, ROSA NELLY 27113 CALLE ALTAMIRA JARDINES FAGOT PONCE, PR 00716-3641 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118002 | Undetermined* | MIRANDA RODRIGUEZ, ROSA NELLY 2713 CALLE ALTAMISO JARDINES FAGOT PONCE, PR 00716-3641 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 137780 | $80,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 22 | NAVEDO OTERO, NANCY PO BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29202 | Undetermined* | NAVEDO OTERO, NANCY P. O. BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 40644 | $100,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| | Claim #29202 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed | | | | | | | | | |

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23  NAVEDO OTERO, NANCY IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 9423 | $83,145.87 | NAVEDO OTERO, NANCY P. O. BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 40644 | $100,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #9423 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24  ORTIZ MIRANDA, MELVYN P.O. BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 123442 | $50,000.00* | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 121110 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #121110 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to Be Reclassified.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25  P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 27627 | $40,279.92 | DOWNTOWN DEVELOPMENT, CORP. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 34105 | $40,279.92 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26  PÉREZ BONILLA, MARÍA D. HC 02 BOX 10331 YAUCO, PR 00698 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 42394 | $31,200.00* | PÉREZ BONILLA, MARÍA D. HC 02 BOX 10331 YAUCO, PR 00698 | 06/20/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37866 | $31,200.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 RAMIREZ ALAMEDA, ISRAEL HC-02 BOX 11406 SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 60026 | $336,942.86* | RAMÍREZ ALAMEDA, ISRAEL HC-02 BOX 11406 SAN GERMÁN, PR 00683 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 65121 | $336,942.86* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #65121 also contained on Exhibit A to the 591st Omnibus Claims objection for Claims to be Reduced and Allowed

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28 RAMIREZ DE LEON, JOSE L PO BOX 190251 SAN JUAN, PR 00919-0251 | 06/27/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 54997 | $108,797.35* | JOSE L. RAMIREZ DE LEON C/O THOMAS C. YEAGER RUPPERT THOMAS C. YEAGER RUPPERT CONDOMINIO HATO REY CALLE HONDURAS 201 APT 1002 HATO REY, PR 00917 | 05/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 47498 | $108,797.35* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 REYES RODRIGUEZ, OSVALDO JARD DE CAPARRA D 1 CALLE 1 BAYAMON, PR 00959 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13137 | $125,227.92* | REYES RODRIGUEZ, OSVALDO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11293 | $165,405.73 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 30 RIVERA CLEMENTE, FELIX HC 2 BOX 9045 LOIZA, PR 00772 | 04/16/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 7490 | $18,000.00* | RIVERA CLEMENTE, FELIX HC 1 BOX 9045 LOIZA, PR 00772-9743 | 04/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 6725 | $60,000,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 31 RIVERA MELENDEZ, MARIA DE LOS ANGELES PO BOX 8283 CAGUAS, PR 00726 | 02/08/21 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 179089 | $37,200.00 | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 09/28/20 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 176138 | $75,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #176138 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32 RIVERA MOLINA, DAMARY HC 73 BOX 4379 NARANJITO, PR 00719 | 06/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 163433 | Undetermined* | RIVERA MOLINA, DAMARIS IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11129 | $11,612.92 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #163433 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to be Reclassified

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33 RIVERA RIVERA, YOLANDA COND PASEO DE LAS CUMBRES 345 CARR 852 STE 117 TRUJILLO ALTO, PR 00967 | 05/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10904 | $52,941.92* | RIVERA RIVERA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10898 | $96,785.35 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #10904 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to be Partially Disallowed and the 579th Omnibus Claims Objection for Claims to be Disallowed.

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 34 | RIVERA ROBLES, ANTONIA 208 MANZANILLA ST CANOVANAS, PR 00729-9835 | 05/25/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34058 | $92,420.67* | RIVERA ROBLES, ANTONIA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 11262 | $124,183.76 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #34058 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | RODRIGUEZ DEL VALLE, HERIBERTO C/ TRINITARIA BUCON 1008 TOA BAJA, PR 00949 | 07/06/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 160581 | $10,989.48 | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71671 | $10,989.48* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #71671 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | ROLDAN COLON, MARTIN HACIENDA SAN JOSE 616 VIA DEL GUAYABAL ASOMANTE CAGUAS, PR 00727 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26705 | $39,667.00* | GONZALEZ, ANGEL G. MARTIN ROLDAN COLON URB. ASOMANTE 114 VIA DEL GUAYABAL CAGUAS, PR 00727-3070 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 26706 | $39,667.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 37 | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 118346 | $10,000.00* | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113619 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #113619 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 38 | SANTIAGO ANTONY, DAGMAR C LA TORRECILLA J28 LOMAS DE CAROLINA CAROLINA, PR 00987 | 06/05/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 53416 | Undetermined* | SANTIAGO ANTONY, DAGMAR C LA TORRECILLA J28 LOMAS DE CAROLINA CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36926 | $5,567.04* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #53416 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | SANTIAGO GONEZ, HECTOR HC 3 BOX 15404 JUANA DIAZ, PR 00795 | 07/26/20 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 177703 | $84,000.00 | SANTIAGO GONEZ, HECTOR HC 3 BOX 15404 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95363 | $84,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Surviving Claim #95363 also contained on Exhibit A to the 572nd Omnibus Claims Objection for Claims to be Reclassified.

Five Hundred Eightieth Omnibus Objection
Exhibit A-2 Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 40  TORRES QUIRINDONG, MILDRED URB. ESTANCIAS DEL GOLF CLUB #394 CALLE ANGEL C. GARCIA PONCE, PR 00730 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 167538 | Undetermined* | TORRES QUIRINDONGO, MILDRED #394 CALLE ANGEL C. GARCIA URB. ESTANCIAS DEL GOLF CLUB PONCE, PR 00730 | 06/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 91025 | Undetermined* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 41  VELAQUEZ LEBRON, MIGUEL A IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 12704 | $154.88 | VELAZQUEZ LEBRON, MIGUEL  A. RES. LAS CASAS EDIF. 33 APT 390 SAN JUAN, PR 00915 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 42138 | $80,400.00* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 42  ZAYAS MARTINEZ, LUZ NEREIDA PO BOX 986 COMERIO, PR 00782 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 153701 | $22,000.00* | ZAYAS MARTINEZ, LUZ N. P.O. BOX 986 COMERIO, PR 00782 | 06/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 164784 | $28,000.00* |
| Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts