## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Quingentésima octogésima objeción global**

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | AGUILA GEIRING, VICKIE PO BOX 2 GARROCHALES, PR 00652 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 83123 | Indeterminado* | AGUILA GEIRING, VICKIE CO NORA MOLINA CRUZ PO BOX 2795 ARECIBO, PR 00613-2795 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70430 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 70430 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ÁNGEL LÓPEZ PAGÁN, RAFAEL GRACIA MORALES AURELIO HC 72 BOX 3694 NARANJITO, PR 00719 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 30823 | $102,484.62* | LOPEZ PAGAN, RAFAEL ANGEL HC-72 BOX 3694 NARANJITO, PR 00719 | 05/18/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 14057 | $102,486.62* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ARVELO PLUMEY, ALMA M HC 4 BOX 17263 CAMUY, PR 00627-7601 | 05/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 17075 | $8,943.00 | ARVELO PLUMEY, ALMA M HC4 BOX 17263 CAMUY, PR 00627-7601 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 16161 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4  CABAN MALDONADO, NOEL JOSE ANTONIO MORALES ARROYO, ATTORNEY 452 AVENIDA PONCE DE LEON EDIF. ASOCIACION DE MAESTRO OFIC. 514 SAN JUAN, PR 00918 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 19656 | $46,413.90* | CABAN MALDONADO, NOEL URB VALLE DE ANDALUCIA CALLE LORCA 2919 PONCE, PR 00728-3104 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 91490 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 91490 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar.

| 5  COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 32443 | $17,500.00* | COLON CRUZ, JOSE  A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34877 | $28,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 6  COLON TORRES, TAMARA 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 96621 | Indeterminado* | TORRES, TAMARA COLON 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 49762 | $56,400.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 7  CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 72562 | Indeterminado* | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 106371 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 8 | CRUZ VELAZQUEZ, HECTOR L PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12417 | $145,514.07* | CRUZ VELAZQUEZ, HECTOR J PO BOX 9613 CAGUAS, PR 00726 | 04/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10854 | $145,514.07* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 9 | DE JESUS MALAVE, WILFREDO ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 19146 | Indeterminado* | DE JESUS MALAVE, WILFREDO GG-53 CALLE 36 URB. JARDINES DEL CARIBE PONCE, PR 00728-2612 | 06/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 140726 | $15,652.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 10 | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 71158 | $14,000.00* | DIAZ QUIRINDONGO, ORLANDO PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 38449 | $17,500.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 11 | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 66027 | $14,000.00* | FLORES MIRANDA, EDWIN PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 38432 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Quingentésima Octogésima Objeción Global
Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | LAJARA-MONTERO LAW FIRM JOSE JAIME LAJARA MONTERO MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 07/26/22 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180489 | $33,600.00 | LAJARA-MONTERO LAW FIRM MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 08/24/22 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180506 | $33,600.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 13 | LAJARA-MONTERO LAW FIRM JOSÉ JAIME LAJARA MONTERO MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 07/27/22 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180490 | $33,600.00 | LAJARA-MONTERO LAW FIRM MC-22 PASEO DEL PRADO URB. PARQUE DEL MONTE TRUJILLO ALTO, PR 00976 | 08/24/22 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180506 | $33,600.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 14 | OLIVENCIA VARGAS, MILAGROS 2412 BLACK POWDER LANE KISSIMMEE, FL 34743 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 92171 | $14,400.00* | OLIVENCIA VARGAS, MILAGROS HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 65736 | $14,400.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

Quingentésima Octogésima Objeción Global
Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 | ORTIZ NIEVES, LILLIAM I URB. ALTURAS DE RIO GRANDE CALLE 14 L 222 RIO GRANDE, PR 00745 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38949 | Indeterminado* | ORTIZ NIEVES, LILLIAM I. L222 CALLE MAIN URB. ALT RÍO GRANDE RÍO GRANDE, PR 00745 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 47267 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 16 | PAZ OTERO, ADY PO BOX 364463 SAN JUAN, PR 00936 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 39733 | $1,500,000.00* | OTERO, ADY PAZ DAVID CARRION BARALT PO BOX 364463 SAN JUAN, PR 00936-4463 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 20833 | $1,500,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 17 | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 47094 | $18,000.00* | PEREZ GUILLERMETY, IRMA PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 39520 | $45,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 18 | RIVERA CAMARGO, EVELYN PARCELAS INDIOS CALLE BORINQUEN # 87 HC-02 BOX 8700 GUAYANILLLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 101862 | $50,000.00* | RIVERA CAMARGO, EVELYN PARCELAS INDIOS CALLE BORINQUEN # 87 HC-02 BOX 8700 GUAYANILLLA, PR 00656 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 101246 | $50,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 19 | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 130294 | Indeterminado* | RODRIGUEZ SANTOS, MARILYN HC 01 BOX 2238 LAS MARIAS, PR 00670 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 152436 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 152436 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar.

| 20 | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 51735 | Indeterminado* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37567 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 37567 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar y de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados.

| 21 | ROLON ORTEGA, CARMEN M. BO MOSQUITO POLA 6 BZN - 1525 AGUIRE, PR 00704 | 06/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38583 | Indeterminado* | ROLON ORTEGA, CARMEN M BO MOSQUITO PDA 6 BUZON 1525 AGUIRRE, PR 00704 | 06/04/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37567 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 37567 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar y de la Tricentésima Quincuagésima Primera Objeción Global por Reclamos para ser Parcialmente Desestimados.

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 22 | ROMERO CRUZ, CRYSTAL C/O LCDA. LUZ VANESSA RUIZ TORRES T.S.P.R. 12747 APOLO, 2081 HERCULES GUAYNABO, PR 00969 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26159 | $1,250,000.00* | CRYSTAL Y OTROS, ROMERO CRUZ LUZ V. RUIZ TORRES APOLO 2081 HERCULES GUAYNABO, PR 00969 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 43795 | $1,250,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 23 | ROSADO SANTIAGO, WILLIAM PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 62224 | $1,000,000.00* | WILLIAM ROSADO SANTIAGO AND OTHERS SIMILARLY SITUATED PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 48063 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 24 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34161 | $18,000.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34168 | $34,380.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 25 | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 66117 | $34,380.00* | STELLA DIAZ, HIRAM A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34168 | $34,380.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Objeción Global

Anexo A-1: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | TORRES, LESLIE M HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 151833-1 | Indeterminado* | TORRES, LESLIE M. HC 1 BOX 12591 PENUELAS, PR 00624 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 140140 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719 | 03/16/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 3007 | Indeterminado* | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 3001 | $70,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | VERA ROLDAN, LOURDES 310 PASSAIC AVE APT 315 HARRISON, NJ 07029 | 03/12/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 173488 | $85,750.00 | VERA ROLDAN, LOURDES 310 PASSAIC AVE APT 315 HARRISON, NJ 07029 | 01/04/21 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 178996 | $113,750.00 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 178996 incluido también en el Anexo A de la Quingentésima Septuagésima Segunda Objeción Global por Reclamos para Reclasificar.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | YAJAIRA HERNANDEZ PEREZ EN REPRESENTACION DE EDWIN BRANA HERNADEZ GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 38876 | $15,000,000.00* | YAJAIRA HERNANDEZ PEREZ AS INHERITOR OF EDWIN AND HARRY BRANA HERNANDEZ GLENN CARL JAMES, ESQ PMB 501, 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966-2700 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36939 | $15,000,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

8

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 1 CAY MORALES, MARIA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11141 | $29,951.15 | CAY MORALES, MARIA VILLA UNIVERSITARIA R24 CALLE 24 HUMACAO, PR 00791-4345 | 06/20/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 66935 | $20,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | |
| 2 CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJAGUA FAJARDO, PR 00738 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 137110 | Indeterminado* | CINTRON DIAZ, IRMA L. JJ172 TOPACIO TERRAZAS DEMAJASUA II FAJARDO, PR 00738 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 143774 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. Reclamo n.º 143774 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar | | | | | | | | |
| 3 COLON NEGRON, CARLOTA CALLE 14 URB LUMAS APT 963 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 130316 | Indeterminado* | NEGRON, CARLOTA COLON CALLE 14 URB LOMA APT 963 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 112436 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | |
| 4 COLON RIVERA, MARITZA C/49 A2-14 SANTA TERESITA BAYAMON, PR 00961 | 05/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28015 | Indeterminado* | COLON RIVERA, MARITZA URB SANTA TERESIA Z 14 CALLE 49 BAYAMON, PR 00961 | 06/01/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 48796 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Octogésima Objeción Global
Anexo A-2: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | COTTO GARCIA, JUAN G. PO BOX 194876 SAN JUAN, PR 00919-4876 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 52153 | $75,000.00* | COTTO GARCIA, JUAN GABRIEL BUZON 1570 B.O JUAN SANCHEZ BAYAMON, PR 00959 | 05/01/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 8448 | $75,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 6 | CRUZ GONZALEZ, CARMEN L IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 04/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 9127 | $19,988.09 | CRUZ GONZALEZ, CARMEN L. PO BOX 454 DORADO, PR 00646-0454 | 06/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 71197 | $21,156.24 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| | Reclamo n.º 9127 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente | | | | | | | | | |
| 7 | GONZALEZ PEREZ, YOLANDA BOX 893 SAN SEBASTIAN, PR 00685 | 07/02/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 122710 | Indeterminado* | GONZALEZ PEREZ, YOLANDA BOX 893 SAN SEBASTIAN, PR 00685 | 07/06/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 160082 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| | Reclamo restante n.º 160082 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar | | | | | | | | | |
| 8 | GONZALEZ SANCHEZ, CARMEN CORONEL IRIZARRY #12 CAYEY, PR 00736 | 06/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 86294 | Indeterminado* | GONZALEZ SANCHEZ, CARMEN CORONEL IRIZARRY #12 CAYEY, PR 00736 | 06/25/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86363 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| | Reclamo restante n.º 86363 incluido también en el Anexo A de la Objeción Global 572 por reclamos a ser reclasificados | | | | | | | | | |

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | HERNANDEZ RAMIREZ, CARMEN S. URB. LOMAS VERDES 3V CALLE MIRTO BAYAMON, PR 00956-3320 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 149771 | Indeterminado* | HERNANDEZ RAMIREZ, CARMEN S IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10404 | $78,137.20 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 149771 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | HERNANDEZ SANTANA, ROSA A. CALLE 20 AB-9 VILLAS DE RIO GRANDE RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 155526 | $30,000.00 | HERNANDEZ SANTANA, ROSA A. C/20 AB-9 VILLAS DE RIO CORANDE RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 147683 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 147683 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A 10 CALLE YUNQUESITO CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27853 | $150,000.00* | ISALES CARMONA, MARITZA URB LOMAS DE CAROLINA 2A-10 CALLE YUNQUESITO CAROLINA, PR 00987 | 05/30/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 39114 | $150,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 27853 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN* | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | MALDONADO MARTINEZ, VÍCTOR URB. CASA MÍA 4824 CALLE CIGÜEÑA PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 43118 | Indeterminado* | MALDONADO MARTINEZ, VICTOR URB. CASA MIA 4824 CALLE CIGUENA PONCE, PR 00728-3415 | 06/20/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 34109 | $12,340.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA PO BOX 177 LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 92209 | $30,000.00 | MANSO CEPEDA, WANDA L. BO. MEDIANIA BAJA P.O. BOX 177 LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 165307 | $30,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 165307 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | MARIANI GUEVARA, VIOLETA P.O. BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 137422 | Indeterminado* | MARIANI GUEVARA, VIOLETA PO BOX 138 PATILLAS, PR 00723 | 06/27/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 80935 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 80935 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC 1 BOX 8911 GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 134616 | $30,000.00 | MARQUEZ ALEJANDRO, ANA BO JAGUAS HC-1 BOX 8911 GURABO, PR 00778 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137398 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 137398 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 84096 | $20,400.00* | MARRERO SANTIAGO, GISELA PO BOX 208 DORADO, PR 00646 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 91667 | $29,585.67* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 91667 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| 17 | MARTINEZ HERNANDEZ, BLANCA I. APARTADO 1504 TOA ALTA, PR 00953 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 56605 | Indeterminado* | MARTINEZ HERNANDEZ, BLANCA I. APARTADO 1504 TOA ALTA, PR 00953 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 54009 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 18 | MEDINA TORRES, BRENDA I. URB. CASAMIA 4824 CALLE CIGÜEÑA PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 50704 | Indeterminado* | MEDINA TORRES, BRENDA I. URB CASA MIA 4824 CALLE CIGUENA PONCE, PR 00728-3415 | 06/20/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 33866 | $12,340.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 19 | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO, PR 00718 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 147572 | $30,000.00 | MELENDEZ ORTIZ, JOSE M. BOX 334 NAGUABO NAGUABO, PR 00718 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154332 | $30,000.00 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 154332 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

5

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTA CIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMA CIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | MIRANDA ORITZ, ANGEL L 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12048 | $21,630.17* | MIRANDA ORITZ, ANGEL L. URB. BELLA VISTA D-20 CALLE 2 BAYAMON, PR 00957 | 07/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 160197 | $48,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | MIRANDA RODRIGUEZ, ROSA NELLY 27113 CALLE ALTAMIRA JARDINES FAGOT PONCE, PR 00716-3641 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 118002 | Indeterminado* | MIRANDA RODRIGUEZ, ROSA NELLY 2713 CALLE ALTAMISO JARDINES FAGOT PONCE, PR 00716-3641 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 137780 | $80,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | NAVEDO OTERO, NANCY PO BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29202 | Indeterminado* | NAVEDO OTERO, NANCY P. O. BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 40644 | $100,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 29202 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

Quingentésima Octogésima Objeción Global
Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 23 NAVEDO OTERO, NANCY IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/04/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 9423 | $83,145.87 | NAVEDO OTERO, NANCY P. O. BOX 297 VEGA ALTA, PR 00692 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 40644 | $100,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 9423 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 24 ORTIZ MIRANDA, MELVYN P.O. BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 123442 | $50,000.00* | ORTIZ MIRANDA, MELVYN F. PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 121110 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 121110 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 P.D.C.M. ASSOCIATES, S.E. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 27627 | $40,279.92 | DOWNTOWN DEVELOPMENT, CORP. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 34105 | $40,279.92 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 PÉREZ BONILLA, MARÍA D. HC 02 BOX 10331 YAUCO, PR 00698 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 42394 | $31,200.00* | PÉREZ BONILLA, MARÍA D. HC 02 BOX 10331 YAUCO, PR 00698 | 06/20/18 | 17 BK 03566-LTS El Estado Libre Asociado de Puerto Rico | 37866 | $31,200.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

7

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 27 | RAMIREZ ALAMEDA, ISRAEL HC-02 BOX 11406 SAN GERMAN, PR 00683 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 60026 | $336,942.86* | RAMÍREZ ALAMEDA, ISRAEL HC-02 BOX 11406 SAN GERMÁN, PR 00683 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 65121 | $336,942.86* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| | Reclamo No. 65121 incluido también en el Anexo A a la Objeción Global 591 por reclamos a ser reducidos y admitidos | | | | | | | | | |
| 28 | RAMIREZ DE LEON, JOSE L PO BOX 190251 SAN JUAN, PR 00919-0251 | 06/27/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 54997 | $108,797.35* | JOSE L. RAMIREZ DE LEON C/O THOMAS C. YEAGER RUPPERT THOMAS C. YEAGER RUPPERT CONDOMINIO HATO REY CALLE HONDURAS 201 APT 1002 HATO REY, PR 00917 | 05/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 47498 | $108,797.35* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 29 | REYES RODRIGUEZ, OSVALDO JARD DE CAPARRA D 1 CALLE 1 BAYAMON, PR 00959 | 05/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 13137 | $125,227.92* | REYES RODRIGUEZ, OSVALDO IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11293 | $165,405.73 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 30 | RIVERA CLEMENTE, FELIX HC 2 BOX 9045 LOIZA, PR 00772 | 04/16/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 7490 | $18,000.00* | RIVERA CLEMENTE, FELIX HC 1 BOX 9045 LOIZA, PR 00772-9743 | 04/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 6725 | $60,000,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

8

Quingentésima Octogésima Objeción Global
Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 31 | RIVERA MELENDEZ, MARIA DE LOS ANGELES PO BOX 8283 CAGUAS, PR 00726 | 02/08/21 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 179089 | $37,200.00 | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 09/28/20 | 17 BK 03283-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 176138 | $75,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 176138 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| 32 | RIVERA MOLINA, DAMARY HC 73 BOX 4379 NARANJITO, PR 00719 | 06/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 163433 | Indeterminado* | RIVERA MOLINA, DAMARIS IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11129 | $11,612.92 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 163433 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| 33 | RIVERA RIVERA, YOLANDA COND PASEO DE LAS CUMBRES 345 CARR 852 STE 117 TRUJILLO ALTO, PR 00967 | 05/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10904 | $52,941.92* | RIVERA RIVERA, YOLANDA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10898 | $96,785.35 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo No. 10904 incluido también en el Anexo A a la Objeción Global 351 por Reclamos para ser Parcialmente Desestimados y la Objeción Global 579 por Reclamos para ser Desestimados.

* Indica que la reclamación contiene montos por liquidar o indeterminados

9

Quingentésima Octogésima Objeción Global

Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 34 | RIVERA ROBLES, ANTONIA 208 MANZANILLA ST CANOVANAS, PR 00729-9835 | 05/25/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 34058 | $92,420.67* | RIVERA ROBLES, ANTONIA IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/08/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 11262 | $124,183.76 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 34058 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | RODRIGUEZ DEL VALLE, HERIBERTO C/ TRINITARIA BUCON 1008 TOA BAJA, PR 00949 | 07/06/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 160581 | $10,989.48 | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 71671 | $10,989.48* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 71671 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | ROLDAN COLON, MARTIN HACIENDA SAN JOSE 616 VIA DEL GUAYABAL ASOMANTE CAGUAS, PR 00727 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26705 | $39,667.00* | GONZALEZ, ANGEL G. MARTIN ROLDAN COLON URB. ASOMANTE 114 VIA DEL GUAYABAL CAGUAS, PR 00727-3070 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 26706 | $39,667.00 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Objeción Global
Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 37 | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 118346 | $10,000.00* | ROMAN ROMAN, MINERVA PO BOX 1483 DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113619 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 113619 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

| 38 | SANTIAGO ANTONY, DAGMAR C LA TORRECILLA J28 LOMAS DE CAROLINA CAROLINA, PR 00987 | 06/05/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 53416 | Indeterminado* | SANTIAGO ANTONY, DAGMAR C LA TORRECILLA J28 LOMAS DE CAROLINA CAROLINA, PR 00987 | 05/30/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 36926 | $5,567.04* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 53416 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| 39 | SANTIAGO GONEZ, HECTOR HC 3 BOX 15404 JUANA DIAZ, PR 00795 | 07/26/20 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 177703 | $84,000.00 | SANTIAGO GONEZ, HECTOR HC 3 BOX 15404 JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95363 | $84,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo restante n.º 95363 incluido también en el Anexo A de la Objeción Global 572 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

11

Quingentésima Octogésima Objeción Global
Anexo A-2: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 40 | TORRES QUIRINDONG, MILDRED URB. ESTANCIAS DEL GOLF CLUB #394 CALLE ANGEL C. GARCIA PONCE, PR 00730 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 167538 | Indeterminado* | TORRES QUIRINDONGO, MILDRED #394 CALLE ANGEL C. GARCIA URB. ESTANCIAS DEL GOLF CLUB PONCE, PR 00730 | 06/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 91025 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 41 | VELAQUEZ LEBRON, MIGUEL A IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/09/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 12704 | $154.88 | VELAZQUEZ LEBRON, MIGUEL A. RES. LAS CASAS EDIF. 33 APT 390 SAN JUAN, PR 00915 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 42138 | $80,400.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 42 | ZAYAS MARTINEZ, LUZ NEREIDA PO BOX 986 COMERIO, PR 00782 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 153701 | $22,000.00* | ZAYAS MARTINEZ, LUZ N. P.O. BOX 986 COMERIO, PR 00782 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 164784 | $28,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

12