# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Eighty-First Omnibus Objection**

Case:17-03283-LTS Doc#:24752-1 Filed:07/14/23 Entered:07/14/23 19:44:53 Desc:
Exhibit A Page 1 of 7

## Five Hundred Eighty-First Omnibus Objection
### Exhibit A-1 - Claims to Be Reclassified and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | COLLAZO NIEVES, LUIS JOSE A. ALVAREZ NEGRON PO BOX 2525 CMB 22 UTUADO, PR 00641-0516 | 2092 | Commonwealth of Puerto Rico | 503(b)(9) | $7,931.00* | Commonwealth of Puerto Rico | Unsecured | $7,931.00 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,931.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | DAISY VELEZ ORTIZ Y JOSE MARTINEZ RODRIGUEZ LCDA. AMELIA M. CINTRON VELAZQUEZ URB. SAN ANTONIO 1939 AVE. LAS AMERICAS PONCE, PR 00728-1815 | 44455 | Commonwealth of Puerto Rico Commonwealth of Puerto Rico | Secured Unsecured Subtotal | Undetermined* $5,212.50* $5,212.50* | Commonwealth of Puerto Rico | Unsecured | $5,212.50 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,212.50 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | DISTRIBUIDORA TITAN POWER 1275 AVE JESUS T PINEIRO SAN JUAN, PR 00920 | 173972 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $645.48 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $645.48 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $645.48.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Eighty-First Omnibus Objection
### Exhibit A-1 - Claims to Be Reclassified and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ELIEZER SANTANA BAEZ CIVIL NUM.: DDP20140229 ELIEZER SANTANA BAEZ INDUSTRIAL LUCHETTI 50 CARR #5 UNIT 501 EDIF 2 J BAYAMÓN, PR 00961-7403 | 4252 | Commonwealth of Puerto Rico | Secured | $2,000.00* | Commonwealth of Puerto Rico | Unsecured | $2,000.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | MARTÍNEZ MORÁN, MANUEL HC-01 BOX 4780 CAMUY, PR 00627 | 38283 | Puerto Rico Highways and Transportation Authority | Secured | $7,500.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $7,500.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $7,500.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | MIGUEL A MIR Y ASOCIADOS P.O. BOX 240 TRUJILLO ALTO, PR 00977 | 173756 | Puerto Rico Public Buildings Authority (PBA) | Secured | $15,455.50 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $15,455.50 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $15,455.50.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eighty-First Omnibus Objection
Exhibit A-1 - Claims to Be Reclassified and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ FIGUEROA, FELIX<br>6 CALLE ANTONIO CONDE<br>ADJUNTAS, PR 00601 | 6295 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br><br>Subtotal | 503(b)(9)<br>Secured | Undetermined*<br>Undetermined*<br><br>Undetermined* | Commonwealth of Puerto Rico | Unsecured | $103,500.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim. Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $103,500.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | SANTANA BAEZ, ELIEZER<br>PRO SE ELIEZER SANTANA BÁEZ<br>50 CARR. 5 UNIDAD<br>ANEXO 501 EDIF. 3<br>J INDUSTRIAL LUCHETTI<br>BAYAMÓN, PR 00961-7403 | 4245 | Commonwealth of Puerto Rico | Secured | $75,000.00* | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $75,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | TAVAREZ GUZMAN, WANDA I<br>3407 CALLE MELODIA<br>ISABELA, PR 00662 | 70356 | Commonwealth of Puerto Rico | 503(b)(9) | $39,914.50* | Commonwealth of Puerto Rico | Unsecured | $39,914.50 |

Reason: Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $39,914.50 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Eighty-First Omnibus Objection
### Exhibit A-1 - Claims to Be Reclassified and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | MODIFIED AND ALLOWED DEBTOR | MODIFIED AND ALLOWED PRIORITY STATUS | MODIFIED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 34362 | Commonwealth of Puerto Rico | 503(b)(9) | $550.00 | Commonwealth of Puerto Rico | Unsecured | $550.00 |

Reason: Goods listed on claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $550.00.

*Indicates claim contains unliquidated and/or undetermined amounts

4

### Five Hundred Eighty-First Omnibus Objection
### Exhibit A-2 Claims to Be Reclassified and Allowed

| | | | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | CARIBBEAN DATA SYSTEM<br>URB SAN PATRICIO<br>636 AVE SAN PATRICIO<br>SAN JUAN, PR 00920-4507 | 36199 | Commonwealth of Puerto Rico | 503(b)(9) | $15,566.00 | Commonwealth of Puerto Rico | Unsecured | $14,676.00 |

Reason: Claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. §503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $14,676.00, such amount fully liquidates the Claim.

Claim #36199 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | COMPUTER ACCESSORIES DISCOUNT INC.<br>URB. MARIANI<br>2326 CALLE DR. SANTAELLA<br>PONCE, PR 00717-0210 | 146748 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Secured<br>Subtotal | Undetermined*<br>$13,000.00*<br>$13,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,581.40 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Additionally, claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. §503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $3,581.40, such amount fully liquidates the Claim.

Claim #146748 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | MECANICA TITO<br>JOSE R. GONZALEZ<br>PO BOX 310<br>CIALES, PR 00638 | 82686 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Secured<br>Subtotal | $13,572.00*<br>Undetermined*<br>$13,572.00* | Commonwealth of Puerto Rico | Unsecured | $4,533.55 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Additionally, claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. §503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $4,533.55, such amount fully liquidates the Claim.

Claim #82686 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Eighty-First Omnibus Objection
Exhibit A-2 Claims to Be Reclassified and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ROUBERT GONZALEZ, HECTOR A.<br>BO BELGICA<br>5220 CALLE CARACAS<br>PONCE, PR 00717 | 61473 | Puerto Rico Highways and Transportation Authority | Secured | $185.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $185.00 |

Reason: The claimant failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified as a general unsecured claim in the amount of $185.00, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

2