# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima octogésima primera objeción global**

Quingentésima Octogésima Primera Objeción Global

Anexo A-1 - Reclamos para Reclasificar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | COLLAZO NIEVES, LUIS JOSE A. ALVAREZ NEGRON PO BOX 2525 CMB 22 UTUADO, PR 00641-0516 | 2092 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $7,931.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,931.00 |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $7,931.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

| 2 | DAISY VELEZ ORTIZ Y JOSE MARTINEZ RODRIGUEZ LCDA. AMELIA M. CINTRON VELAZQUEZ URB. SAN ANTONIO 1939 AVE. LAS AMERICAS PONCE, PR 00728-1815 | 44455 | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,212.50 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,212.50* | | | |
| | | | | Subtotal | $5,212.50* | | | |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $5,212.50 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

| 3 | DISTRIBUIDORA TITAN POWER 1275 AVE JESUS T PINEIRO SAN JUAN, PR 00920 | 173972 | El Autoridad de Edificios Públicos de Puerto Rico | 503(b)9 | $645.48 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $645.48 |

Base para: Los bienes enumerados en el reclamo se recibieron por fuera del periodo prescrito de recepción de 20 días conforme a 11 U.S.C. § 503(b)(9) y, por lo tanto, no tienen derecho a una prioridad administrativa. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía por el monto de $645.48.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Primera Objeción Global
### Anexo A-1 - Reclamos para Reclasificar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | ELIEZER SANTANA BAEZ CIVIL NUM.: DDP20140229 ELIEZER SANTANA BAEZ INDUSTRIAL LUCHETTI 50 CARR #5 UNIT 501 EDIF 2 J BAYAMÓN, PR 00961-7403 | 4252 | El Estado Libre Asociado de Puerto Rico | Garantizada | $2,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,000.00 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $2,000.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 5 | MARTÍNEZ MORÁN, MANUEL HC-01 BOX 4780 CAMUY, PR 00627 | 38283 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $7,500.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $7,500.00 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía. La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $7,500.00 para el Reclamo, monto que liquida por completo el Reclamo. | | | | | | | |
| 6 | MIGUEL A MIR Y ASOCIADOS P.O. BOX 240 TRUJILLO ALTO, PR 00977 | 173756 | El Autoridad de Edificios Públicos de Puerto Rico | Garantizada | $15,455.50 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $15,455.50 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía por el monto de $15,455.50. | | | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Primera Objeción Global

Anexo A-1 - Reclamos para Reclasificar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 7 | RODRIGUEZ FIGUEROA, FELIX<br>6 CALLE ANTONIO CONDE<br>ADJUNTAS, PR 00601 | 6295 | El Estado Libre Asociado de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Subtotal | 503(b)9<br><br>Garantizada | Indeterminado*<br><br>Indeterminado*<br><br>Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $103,500.00 |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía. El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a una prioridad administrativa. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $103,500.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | SANTANA BAEZ, ELIEZER<br>PRO SE ELIEZER SANTANA BÁEZ<br>50 CARR. 5 UNIDAD<br>ANEXO 501 EDIF. 3<br>J INDUSTRIAL LUCHETTI<br>BAYAMÓN, PR 00961-7403 | 4245 | El Estado Libre Asociado de Puerto Rico | Garantizada | $75,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía. La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $75,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | TAVAREZ GUZMAN, WANDA I<br>3407 CALLE MELODIA<br>ISABELA, PR 00662 | 70356 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $39,914.50* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $39,914.50 |

Base para: El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $39,914.50 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Primera Objeción Global
## Anexo A-1 - Reclamos para Reclasificar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 34362 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $550.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $550.00 |

Base para: Los bienes enumerados en el reclamo se recibieron por fuera del periodo prescrito de recepción de 20 días conforme a 11 U.S.C. § 503(b)(9) y, por lo tanto, no tienen derecho a una prioridad administrativa. Por consiguiente, el reclamo se reclasificó como un reclamo general sin garantía por el monto de $550.00.

* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Quingentésima Octogésima Primera Objeción Global

Anexo A-2: Reclamos para Reclasificar y Admitir

| | | | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | CARIBBEAN DATA SYSTEM<br>URB SAN PATRICIO<br>636 AVE SAN PATRICIO<br>SAN JUAN, PR 00920-4507 | 36199 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $15,566.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,676.00 |
| | Base para: El demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se reclasificó como un crédito quirografario por el monto de $14,676.00, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| | Reclamo n.º 36199 incluido también en el Anexo A de la Objeción Global 372 por Reclamos Modificados | | | | | | | |
| 2 | COMPUTER ACCESSORIES DISCOUNT INC.<br>URB. MARIANI<br>2326 CALLE DR. SANTAELLA<br>PONCE, PR 00717-0210 | 146748 | El Estado Libre Asociado de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Subtotal | 503(b)9<br>Garantizada | Indeterminado*<br>$13,000.00*<br><br>$13,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,581.40 |
| | Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un crédito quirografario por el monto de $3,581.40, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| | Reclamo n.º 146748 incluido también en el Anexo A de la Objeción Global 372 por Reclamos Modificados | | | | | | | |
| 3 | MECANICA TITO<br>JOSE R. GONZALEZ<br>PO BOX 310<br>CIALES, PR 00638 | 82686 | El Estado Libre Asociado de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Subtotal | 503(b)9<br>Garantizada | $13,572.00*<br>Indeterminado*<br><br>$13,572.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,533.55 |
| | Base para: El demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se reclasificó como un crédito quirografario por el monto de $4,533.55, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| | Reclamo n.º 82686 incluido también en el Anexo A de la Objeción Global 391 por Reclamos Modificados | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Primera Objeción Global
### Anexo A-2: Reclamos para Reclasificar y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | ROUBERT GONZALEZ, HECTOR A. BO BELGICA 5220 CALLE CARACAS PONCE, PR 00717 | 61473 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $185.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $185.00 |

Base para: El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo garantizado. Por consiguiente, el reclamo se reclasificó como un crédito quirografario por un monto de $185.00, que liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

2