## **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

This filing relates to the
Commonwealth, PBA, and HTA.

---

ORDER GRANTING FIVE HUNDRED EIGHTY-FIRST
OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO
RICO, PUERTO RICO PUBLIC BUILDINGS AUTHORITY, AND PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY TO MISCLASSIFIED CLAIMS

---

Upon the *Five Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Public Buildings Authority, and Puerto Rico Highways and Transportation Authority to Misclassified Claims* ("Five Hundred Eighty-First Omnibus Objection")[2] of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Puerto Rico Highways and Transportation Authority ("HTA" and, together with the Commonwealth and PBA, the "Debtors"), dated July 14,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Eighty-First Omnibus Objection.

2023, entry of an order reclassifying certain claims filed against the Commonwealth, PBA, and HTA as more fully set forth in the Five Hundred Eighty-First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Five Hundred Eighty-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Five Hundred Eighty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the claims identified in the column titled "Claims to be Reclassified and Allowed" in Exhibit A to the Five Hundred Eighty-First Omnibus Objection (collectively, the "Claims to Be Reclassified and Allowed") asserting an incorrect or improper priority or classification, as set forth in Exhibit A hereto; and the Court having determined that the relief sought in the Five Hundred Eighty-First Omnibus Objection is in the best interest of the Commonwealth, PBA, and HTA, their creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Five Hundred Eighty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Five Hundred Eighty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Reclassified and Allowed are hereby reclassified and allowed, such that the Claims to Be Reclassified and Allowed shall now only be considered claims asserted as general unsecured claims, as set forth in the column titled "Modified and Allowed" in Exhibit A to the Five Hundred Eighty-First Omnibus Objection, respectively; and it is further

2

ORDERED that Kroll is authorized and directed to correct the Claims to Be Reclassified and Allowed to reflect their status as general unsecured claims on the official claims register in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## <u>ANEXO D</u>

**Orden Propuesta**

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

*In re*:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,

       como representante del

ESTADO LIBRE ASOCIADO DE PUERTO RICO *et
al.*,

                  Deudores.[1]

PROMESA
Título III

Número: 17 BK 3283-LTS

(Administrado Conjuntamente)

La presente radicación guarda
relación con el ELA, la AEP y la
ACT.

ORDEN POR LA QUE SE CONCEDE LA QUINGENTÉSIMA OCTOGÉSIMA PRIMERA
OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO
RICO, DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO Y DE LA
AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO A
RECLAMACIONES ERRÓNEAMENTE CLASIFICADAS

        Vista la *Quingentésima octogésima primera objeción global (sustantiva) del*

*Estado Libre Asociado de Puerto Rico, de la Autoridad de Edificios Públicos de Puerto Rico y de*

*la Autoridad de Carreteras y Transportación de Puerto Rico a Reclamaciones Erróneamente*

*Clasificadas* (la "Quingentésima octogésima primera objeción global")[2] del Estado Libre Asociado

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y
los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su
caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Número 17 BK 3283-
LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo
de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Número 17 BK 3284-LTS)
(Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y
Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Número 17 BK 3567-LTS) (Últimos cuatro
dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del
Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Número 17 BK 3566-
LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía
Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Número 17 BK 4780-LTS) (Últimos cuatro dígitos
de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico
(la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra
Número 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los
números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas
limitaciones en el programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que
les haya sido atribuido en la Quingentésima octogésima primera objeción global.

de Puerto Rico (el "ELA"), de la Autoridad de Edificios Públicos de Puerto Rico (la "AEP") y la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT", y junto con el ELA y la AEP, los "Deudores"), de fecha 14 de julio de 2023, en la que se solicita que se dicte una orden que reclasifique determinadas reclamaciones radicadas contra el ELA, la AEP y la ACT, según se expone con más detalle en la propia Quingentésima octogésima primera objeción global y en los anexos justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Quingentésima octogésima primera objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, sección 306(a); y siendo la sede judicial competente conforme a PROMESA, sección 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Quingentésima octogésima primera objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo alegado las reclamaciones identificadas en la columna titulada "Reclamaciones que han de ser reclasificadas y admitidas" del Anexo A de la Quingentésima octogésima primera objeción global (conjuntamente, las "Reclamaciones que han de ser reclasificadas y admitidas") una prioridad o una clasificación incorrecta o indebida, como se indica en el Anexo A del presente documento; y habiendo determinado el Tribunal que el remedio solicitado en la Quingentésima octogésima primera objeción global redunda en el mejor interés del ELA, de la AEP, de la ACT, de sus acreedores, así como de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Quingentésima octogésima primera objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio del presente,

SE ORDENA que SE CONCEDA la Quingentésima octogésima primera objeción global, según se establece en el presente documento; además

2

SE ORDENA que las Reclamaciones que han de ser reclasificadas y admitidas se reclasifiquen por la presente, de modo tal que las Reclamaciones que han de ser reclasificadas y admitidas ahora solo se consideren reclamaciones generales no garantizadas, tal como se indica en la columna titulada "Modificadas y Admitidas" en el <u>Anexo A</u> de la Quingentésima octogésima primera objeción global, respectivamente; asimismo

SE ORDENA que Kroll quede autorizada, y reciba instrucciones, para corregir las Reclamaciones que han de ser reclasificadas y admitidas para que reflejen su condición de reclamaciones generales no garantizadas en el registro oficial de reclamaciones en los Casos de Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos
(*United States District Judge*)