# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Eighty-Second Omnibus Objection**

Five Hundred Eighty-Second Omnibus Objection
Exhibit A-1 - Claims to Be Reclassified, Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES POWER DEPOT, INC.<br>WIGBERTO LUGO MENDER, ESQ.<br>100 CARR 165 SUITE 501<br>GUAYNABO, PR 00968 | 144671 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br><br>Subtotal | 503(b)(9)<br>Unsecured | $2,259.60<br>$155,976.53<br><br>$158,236.13 | Commonwealth of Puerto Rico | Unsecured | $85,191.65 |

Reason: Invoice(s) totaling $35,424.88 were paid via Checks 00235369, 00235366, 00194541, 03325149, 00016629, 00234811, and 0042808 between 10/21/2015 and 09/13/2018. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but invoices listed on proof of claim are not for goods sold and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $85,191.65.

Claim #144671 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CALERO DISTRIBUTORS INC<br>URB VENUS GARDENS<br>1674 HIDALGO<br>SAN JUAN, PR 00926-4646 | 4891 | Commonwealth of Puerto Rico | 503(b)(9) | $37,000.00 | Commonwealth of Puerto Rico | Unsecured | $42.15 |

Reason: Invoice(s) totaling $13,050.00 were paid via EFT 6550 on 07/07/2020 and Checks 348071, 84745, and 96419 on 12/22/2015, 06/12/2018, and 09/18/2018, respectively. Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $23,907.85 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $42.15.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | IMPRESOS FERNANDEZ DEL CASTILLO<br>VISTA BELLA<br>J 7 CALLE 10<br>BAYAMON, PR 00956 | 2448 | Commonwealth of Puerto Rico | 503(b)(9) | $2,704.00 | Commonwealth of Puerto Rico | Unsecured | $1,547.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but liabilities totaling $1,157.00 fail to provide sufficient supporting documentation for asserting the liabilities against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has valid liabilities against the Commonwealth of Puerto Rico or any of the other Title III debtors. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. § 503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $1,547.00.

## Five Hundred Eighty-Second Omnibus Objection
### Exhibit A-2 Claims to Be Reclassified, Reduced and Allowed

| | | | ASSERTED | | | MODIFIED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ANTILLES OFFICE SUPPLY<br>PO BOX 3474<br>MANATÍ, PR 00674 | 36221 | Commonwealth of Puerto Rico | 503(b)(9) | $9,802.24 | Commonwealth of Puerto Rico | Unsecured | $5,867.13 |

Reason: Invoice(s) totaling $1,451.86 were paid via Checks 01517829 and 002882766 on 05/13/2005 and 10/26/2012. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. §503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $5,867.13, such amount fully liquidates the Claim.

Claim #36221 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CARIBBEAN LIGHTING PRODUCTS CORP (CALIPRO)<br>PO BOX 6042<br>CAGUAS, PR 00726 | 173976 | Puerto Rico Public Buildings Authority (PBA) | 503(b)(9) | $3,475.00 | Puerto Rico Public Buildings Authority (PBA) | Unsecured | $2,690.00 |

Reason: Invoice(s) 4770 and 5320 totaling $785.00 were related to unfulfilled purchase orders. For the remaining amount, claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but goods listed on proof of claim were received outside of the prescribed 20-day receipt period under 11 U.S.C. §503(b)(9) and thus not entitled to administrative priority. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of 2,690.00, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ MADERA, EUNILDA<br>PO BOX 800377<br>COTTO LAUREL, PR 00780 | 149674 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico<br>Subtotal | 503(b)(9)<br>Secured<br>Unsecured | Undetermined*<br>Undetermined*<br>Undetermined*<br>Undetermined* | Commonwealth of Puerto Rico | Unsecured | $1,215.20 |

Reason: Claimant asserted administrative priority under 11 U.S.C. §503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant failed to provide prima facie evidence to support a secured claim. A portion of this Proof of claim asserts liabilities on the basis of case number KAC-1998-0532 but the claimant does not appear as a named plaintiff in that litigation. Another portion of this claim asserts liabilities on the basis of case number KAC-1999-0669, but the case has since been dismissed and there is no further basis for liability. The remaining portion of the claim asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1,215.20 for the Claim. Accordingly, claim has been reduced and reclassified as a general unsecured claim in the amount of $1,215.20, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts