## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima segunda objeción global**

## Quingentésima Octogésima Segunda Objeción Global
### Anexo A-1: Reclamos para Reclasificar, Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | MODIFICADOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES POWER DEPOT, INC. WIGBERTO LUGO MENDER, ESQ. 100 CARR 165 SUITE 501 GUAYNABO, PR 00968 | 144671 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $2,259.60 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,191.65 |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,976.53 | | | |
| | | | | Subtotal | $158,236.13 | | | |

Base para: La o las facturas que ascienden a un total de $35,424.88 se pagaron mediante cheques identificados con los números 00235369, 00235366, 00194541, 03325149, 00016629, 00234811 y 0042808 entre el 21/10/2015 y el 13/9/2018. Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las facturas enumeradas en la Evidencia de Reclamo no corresponden a mercancías vendidas, y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se redujo y se reclasificó como un reclamo general sin garantía por el monto de $85,191.65.

Reclamo No. 144671 incluido también en el Anexo A de la Tricentésima Nonagésima Primera Objeción Global por Reclamos Modificados.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CALERO DISTRIBUTORS INC URB VENUS GARDENS 1674 HIDALGO SAN JUAN, PR 00926-4646 | 4891 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $37,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $42.15 |

Base para: La o las facturas que ascienden a un total de $13,050.00 se pagaron mediante transferencia electrónica identificada con el número 6550 el 7/72020 y mediante cheques identificados con los números 348071, 84745 y 96419 los días 22/12/2015, 12/6/2018 y 18/9/2018 respectivamente. La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero las obligaciones que totalizan $23,907.85 no proporcionan documentación de respaldo suficiente para invocar dichas obligaciones contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se redujo y se reclasificó como un reclamo general sin garantía por el monto de $42.15.

1

## Quingentésima Octogésima Segunda Objeción Global
## Anexo A-1: Reclamos para Reclasificar, Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | IMPRESOS FERNANDEZ DEL CASTILLO VISTA BELLA J 7 CALLE 10 BAYAMON, PR 00956 | 2448 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $2,704.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,547.00 |

Base para: La Evidencia de Reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero las obligaciones que totalizan $1,157.00 no proporcionan documentación de respaldo suficiente para invocar dichas obligaciones contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III . Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa.  Por consiguiente, el reclamo se redujo y se reclasificó como un reclamo general sin garantía por el monto de $1 ,547.00.

## Quingentésima Octogésima Segunda Objeción Global
### Anexo A-2: Reclamos para Reclasificar, Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| | | | **ALEGADOS** | | | **MODIFICADOS Y ADMITIDOS** | | |
| 1 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 36221 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $9,802.24 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,867.13 |

Base para: La o las facturas que ascienden a un total de $1,451.86 se pagaron mediante cheques identificados con los números 01517829 y 002882766 los días 13 /05/2005 y 26/10/2012. Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U .S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se redujo y se reclasificó como un crédito quirografario por valor de $5,867.13, siendo que dicho monto liquida por completo el Reclamo.

Reclamo n.º 36221 incluido también en el Anexo A de la Objeción Global 391 por Reclamos Modificados

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | CARIBBEAN LIGHTING PRODUCTS CORP (CALIPRO) PO BOX 6042 CAGUAS, PR 00726 | 173976 | El Autoridad de Edificios Públicos de Puerto Rico | 503(b)9 | $3,475.00 | El Autoridad de Edificios Públicos de Puerto Rico | No Garantizada | $2,690.00 |

Base para: La o las facturas 4770 y 5320 que totalizan $785.00 se relacionaban con órdenes de compra incumplidas. Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el reclamo se redujo y se reclasificó como un crédito quirografario por valor de $2,690.00, siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | RODRIGUEZ MADERA, EUNILDA PO BOX 800377 COTTO LAUREL, PR 00780 | 149674 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,215.20 |
| | | | El Estado Libre Asociado de Puerto Rico | Garantizada | Indeterminado* | | | |
| | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | | | |
| | | | | Subtotal | Indeterminado* | | | |

Base para: El Demandante reclamó una prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U .S.C., pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado . Una parte de esta Evidencia de Reclamo invoca obligaciones con base en el caso KAC-1998-0532 , pero el demandante no aparece mencionado como tal en dicho caso . Otra parte de este reclamo invoca obligaciones con base en el caso KAC-1999-0669, pero el caso se desestimó y no existe ningún otro fundamento para invocar una obligación . La parte restante del reclamo invoca obligaciones relacionadas con el litigio 2000-06-1639 De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico , al demandante solo se le adeuda un total de $1,215.20 por el Reclamo. Por consiguiente, el reclamo se redujo y se reclasificó como un crédito quirografario por el monto de $1 ,215.20, siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1