# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $96,444.00 | 357.20 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $94.50 | 0.70 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $4,158.00 | 15.40 | $270.00 | 0 |
| | | **Total Partners:** | | **$100,696.50** | **373.30** | | |
| Christopher Rivera | Junior Partner | Corporate and Taxes | 2015 | $192.00 | 0.80 | $240.00 | 0 |
| Cristina Fernández | Junior Partner | Labor and Litigation | 2015 | $25,776.00 | 107.40 | $240.00 | 2 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $240.00 | 1.00 | $240.00 | 1 |
| Natalia Del Nido | Junior Partner | Labor and Litigation | 2011 | $1,608.00 | 6.70 | $240.00 | 1 |
| | | **Total Junior Partners:** | | **$27,816.00** | **115.90** | | |
| Paola Ayala | Associate | Labor and Litigation | 2022 | $5,491.00 | 32.30 | $170.00 | 0 |
| | | **Total Associates:** | | **$5,491.00** | **32.30** | | |

1

| Paralegal Services | Paralegal | Labor and Litigation | | $1,016.50 | 10.70 | $95.00 | 0 |
|---|---|---|---|---|---|---|---|
| | | **Total Paraprofessional:** | | **$1,016.50** | **10.70** | | |
| | **Total:** | | | **$135,020.00** | **532.20** | | |
| | **Blended Rate:** | | | | | **$253.70** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$256.96** | |