# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feb-23 | Mar-23 | Apr-23 | May-23 | Total | Feb-23 | Mar-23 | Apr-23 | May-23 | Total |
| B110 Case Administration | 10.00 | 10.00 | 5.00 | 5.00 | 30.00 | 0.30 | 1.50 | 0.00 | 0.00 | 1.80 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 80.00 | 70.00 | 65.00 | 65.00 | 280.00 | 52.90 | 55.20 | 55.30 | 64.80 | 228.20 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 15.00 | 10.00 | 10.00 | 10.00 | 45.00 | 12.20 | 11.50 | 4.00 | 3.30 | 31.00 |
| B155 Court Hearings | 25.00 | 10.00 | 20.00 | 20.00 | 75.00 | 12.40 | 0.30 | 10.60 | 1.90 | 25.20 |
| B160 Employment / Fee Applications | 5.00 | 18.00 | 3.00 | 3.00 | 29.00 | 0.00 | 15.60 | 0.00 | 0.00 | 15.60 |
| B161 Budgeting (Case) | 3.00 | 2.00 | 2.00 | 2.00 | 9.00 | 0.40 | 0.30 | 0.40 | 0.40 | 1.50 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 45.00 | 35.00 | 35.00 | 35.00 | 150.00 | 0.00 | 0.00 | 1.90 | 0.00 | 1.90 |
| B191 General Litigation | 77.00 | 65.00 | 65.00 | 75.00 | 282.00 | 12.00 | 41.90 | 49.00 | 60.90 | 163.80 |
| B195 Non-Working Travel | 4.00 | 5.00 | 5.00 | 5.00 | 19.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.70 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 5.00 | 10.00 | 10.00 | 10.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 25.00 | 40.00 | 48.00 | 50.00 | 163.00 | 24.40 | 29.50 | 3.90 | 0.10 | 57.90 |
| B420 Restructurings | 10.00 | 10.00 | 10.00 | 10.00 | 40.00 | 4.10 | 0.00 | 0.40 | 0.10 | 4.60 |
| **TOTAL HOURS** | **306.00** | **287.00** | **280.00** | **292.00** | **1,165.00** | **119.40** | **155.80** | **125.50** | **131.50** | **532.20** |
| **TOTAL FEES** | **$78,030.00** | **$73,185.00** | **$71,400.00** | **$74,460.00** | **$297,075.00** | **$30,778.00** | **$37,309.50** | **$32,461.50** | **$34,471.00** | **$135,020.00** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID: 396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 125.00 | $31,881.00 |
| B150 - Meetings of and Communications with Creditors | 6.40 | $1,728.00 |
| B155 - Court Hearings | 9.10 | $2,299.50 |
| B161 - Budgeting (Case) | 0.80 | $216.00 |
| B191 - General Litigation | 8.80 | $2,306.00 |
| B320 - Plan and Disclosure Statement | 0.90 | $243.00 |
| B420 - Restructurings | 0.20 | $54.00 |
| **Total** | **151.20** | **$38,727.50** |

### PREPA (Matter ID: 396-00006)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 1.80 | $486.00 |
| B113 - Pleadings Review | 103.20 | $27,471.00 |
| B150 - Meetings of and Communications with Creditors | 22.10 | $5,232.00 |
| B155 - Court Hearings | 16.10 | $4,224.50 |
| B190 - Other Contested Matters | 1.90 | $513.00 |
| B191 - General Litigation | 155.00 | $39,966.50 |
| B195 - Non-Working Travel | 0.70 | $94.50 |
| B320 - Plan and Disclosure Statement | 57.00 | $13,186.00 |
| B420 - Restructurings | 4.40 | $778.00 |
| **Total** | **362.20** | **$91,951.50** |

### Fee Application (Matter ID: 396-00015)

| Task Code | Hours | Amount |
|---|---:|---:|
| B150 - Meetings of and Communications with Creditors | 2.50 | $675.00 |
| B160 - Fee/Employment Applications | 15.60 | $3,477.00 |
| B161 - Budgeting (Case) | 0.70 | $189.00 |
| **Total** | **18.80** | **$4,341.00** |

3

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Delivery Expense | $21.50 |
| Photocopies Expense | $62.10 |
| Pro Hac Vice Application Fees | $600.00 |
| Transcription of Hearings Expense | $1,814.18 |
| **Total** | **$2,497.78** |

4