# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February 2023 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $5,557.50 | $5,001.75 | $286.84 | $5,288.59 |
| PREPA | $25,220.50 | $22,698.45 | $15.00 | $22,713.45 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$30,778.00** | **$27,700.20** | **$301.84** | **$28,002.04** |

### March 2023 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $14,109.50 | $12,698.55 | $404.30 | $13,102.85 |
| PREPA | $23,200.00 | $20,880.00 | $2.40 | $20,882.40 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$37,309.50** | **$33,578.55** | **$406.70** | **$33,985.25** |

**April 2023 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $12,372.00 | $11,134.80 | $1,431.41 | $12,566.21 |
| PREPA | $20,089.50 | $18,080.55 | $65.30 | $18,145.85 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$32,461.50** | **$29,215.35** | **$1,496.71** | **$30,712.06** |

**May 2023 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $11,029.50 | $9,926.55 | $189.14 | $10,115.69 |
| PREPA | $23,441.50 | $21,097.35 | $103.39 | $21,200.74 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$34,471.00** | **$31,023.90** | **$292.53** | **$31,316.43** |