# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Eighty-Sixth Omnibus Objection**

## Five Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BDO PUERTO RICO PSC<br>PO BOX 363343<br>SAN JUAN, PR 00936-3343 | 06/10/2022 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 180073 | $2,295.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DAT@ACCESS COMUNICATIONS INC.<br>HÉCTOR FIGUEROA-VINCENTY<br>30 CALLE PADIAL<br>SUITE 204<br>CAGUAS, PR 00725-3841 | 06/01/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 35669 | $28,995.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DDM PROFESSIONAL LEASING SERVICES INC<br>PO BOX 195401<br>SAN JUAN, PR 00915-401 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44496 | $29,436.98 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $25,572.38 in the agency's system. Invoice(s) totaling $3,864.60 were paid via Check 03099413 on 3/27/2014.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DOWNTOWN DEVELOPMENT, CORP.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 05/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27707 | $238,201.45 |

Reason: The support provided for the claim contained invoices in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. Invoice(s) totaling $1,785,929.06 were paid via numerous Checks between 2/20/2002 and 9/14/2018. The creditor provided duplicative invoices totaling $10,012.90 for liabilities related to invoice 'Rent Charges (05/12)'. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe there are no outstanding liabilities associated with the remaining invoices.

1

## Five Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 06/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 98027 | $1,049,522.49 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with these invoices in the agency's system.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | HL CENTROVISION GROUP HR INC.<br>AVE MUNOZ RIVERA #652<br>EL MONTE MALL SUITE 2000<br>HATO REY, PR 00918 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43066 | $517,168.60 |

Reason: The support provided for the claim was in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. Invoice(s) totaling $256,930.36 were paid via numerous Checks between 04/03/2006 and 7/30/2018. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $6,494.66, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. Additionally, based on a declaration attesting to a reasonable review of the agencies' books and records , the Debtors believe there are no outstanding liabilities associated with the remaining invoices.

Claim #43066 also contained on Exhibit A to the 391st Omnibus Claims Objection for Modified Claims

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ING CONSULTOR RUFINO RODRIGUEZ,C.S.P.<br>PO BOX 7757<br>CAROLINA, PR 00986 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28787 | $100,000.00 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records , there are no outstanding liabilities associated with these invoices in the agency's system.

## Five Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | INTELUTIONS, INC.<br>PMB 367<br>35 CALLE JUAN BORBON<br>SUITE 67<br>GUAYNABO, PR 00969 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8855 | $37,050.00 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 9 | MOROVIS COMMUNITY HEALTH CENTER<br>RENO & CAVANAUGH, PLLC<br>THOMAS T. PENNINGTON, ESQ.<br>424 CHURCH STREET, SUITE 2910<br>NASHVILLE, TN 37129 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36124 | $60,734.23 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 10 | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL<br>ATTN: KAREN CORDRY<br>1850 M ST., NW, 12TH FLOOR<br>WASHINGTON, DC 20036 | 04/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6294 | $48,343.00 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |
| 11 | ORTIZ ZAYAS, EDDIE<br>PO BOX 510<br>AIBONITO, PR 00705 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17852 | $51,718.26 |
| | Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system. | | | | | |

## Five Hundred Eighty-Sixth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 12 | QUEST DIAGNOSTICS OF PUERTO RICO, INC.<br>CAPARRA GALLERY<br>CALLE ORTEGON #107, LOCAL 105<br>GUAYNABO, PR 00966 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82484 | $55,460.27 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with invoice(s) totaling $3,312.12 in the agency's system. Invoice(s) totaling $52,148.15 were paid via Checks 00021363, 00040682, 00041994, 00054648, 00126596, 96663, 96665, and 96667 between 09/27/2016 and 06/20/2019.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | QUINONES $ SANCHEZ, P.S.C.<br>JOSÉ C. SÁNCHEZ CASTRO<br>P.O. BOX 11917<br>SAN JUAN, PR 00922-1917 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 88426 | $68,302.18 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | SAFETY ROUTE CORPORATION<br>HC 02 BOX 25520<br>SAN SEBASTIAN, PR 00685 | 05/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 21618 | $613,381.75 |

Reason: Proof of claim purports to assert liability on the basis of submitted invoice(s). Based on a declaration attesting to a reasonable review of the agency's books and records, there are no outstanding liabilities associated with these invoices in the agency's system.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | SHERIFF SECURITY SERVICES<br>100 GRAND BOULEVARD<br>LOS PASEOS 112 MCS /115<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31909 | $112,319.86 |

Reason: Invoice(s) totaling $10,626.00 were paid via ACH 9241400, 12041402, and 9221500 on 9/24/2014, 12/4/2014, and 9/22/2015. Invoice(s) totaling $675.26 fail to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. A portion of the claim asserts liabilities between Claimant and Municipal Revenue Collection Center, which is not part of the Title III proceedings. Additionally, based on a declaration attesting to a reasonable review of the agency's books and records, the Debtors believe there are no outstanding liabilities associated with the remaining invoices.

Claim #31909 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims

| | | TOTAL | $3,012,929.07 |
|---|---|---|---|