# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima sexta objeción global**

## Quingentésima Octogésima Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BDO PUERTO RICO PSC PO BOX 363343 SAN JUAN, PR 00936-3343 | 06/10/2022 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 180073 | $2,295.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DAT@ACCESS COMUNICATIONS INC. HÉCTOR FIGUEROA-VINCENTY 30 CALLE PADIAL SUITE 204 CAGUAS, PR 00725-3841 | 06/01/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 35669 | $28,995.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DDM PROFESSIONAL LEASING SERVICES INC PO BOX 195401 SAN JUAN, PR 00915-401 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44496 | $29,436.98 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $25,572.38 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $3,864.60 se pagaron con el cheque número 03099413 el 27/3/2014.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | DOWNTOWN DEVELOPMENT, CORP. PO BOX 190858 SAN JUAN, PR 00919-0858 | 05/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27707 | $238,201.45 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. Se pagaron facturas por un total de $1,785,929.06 mediante cheques fechados el 20/2/2002 y el 14/9/2018. El acreedor proporcionó facturas duplicadas que ascienden a un total de $10,012.90 por obligaciones relacionadas con la factura 'Cargos de rentas (05/12)'. Asimismo, según la declaración que testifica la revisión razonable de los libros y registros de la agencia, los Deudores consideran que no existen obligaciones pendientes asociadas a las facturas restantes.

## Quingentésima Octogésima Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | GENESIS SECURITY SERVICES, INC.<br>LUIS L. TORRES-MARRERO<br>PO BOX 195075<br>SAN JUAN, PR 00919-5075 | 06/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 98027 | $1,049,522.49 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | HL CENTROVISION GROUP HR INC.<br>AVE MUNOZ RIVERA #652<br>EL MONTE MALL SUITE 2000<br>HATO REY, PR 00918 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43066 | $517,168.60 |

Base para: El respaldo proporcionado para el reclamo superaba el monto total reclamado, como queda reflejado en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. La o las facturas que totalizan $256,930.36 se pagaron mediante varios cheques entre el 3/4/2006 y el 30/7/2018. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico por un total de $6,494.66, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo en contra de dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociad de Puerto Rico o contra cualquiera de los otro deudores al amparo del Título III. Además, según la declaración que testifica una revisión razonable de los libros y registros de las agencias, los Deudores consideran que no existen obligaciones pendientes asociadas a las facturas restantes.

Reclamo n.º 43066 incluido también en el Anexo A e la Objeción Global 391 por Reclamos Modificados

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | ING CONSULTOR RUFINO RODRIGUEZ,C.S.P.<br>PO BOX 7757<br>CAROLINA, PR 00986 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28787 | $100,000.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

## Quingentésima Octogésima Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | INTELUTIONS, INC.<br>PMB 367<br>35 CALLE JUAN BORBON<br>SUITE 67<br>GUAYNABO, PR 00969 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8855 | $37,050.00 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |
| 9 | MOROVIS COMMUNITY HEALTH CENTER<br>RENO & CAVANAUGH, PLLC<br>THOMAS T. PENNINGTON, ESQ.<br>424 CHURCH STREET, SUITE 2910<br>NASHVILLE, TN 37129 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36124 | $60,734.23 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |
| 10 | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL<br>ATTN: KAREN CORDRY<br>1850 M ST., NW, 12TH FLOOR<br>WASHINGTON, DC 20036 | 04/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6294 | $48,343.00 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |
| 11 | ORTIZ ZAYAS, EDDIE<br>PO BOX 510<br>AIBONITO, PR 00705 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17852 | $51,718.26 |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas . Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia . | | | | | |

## Quingentésima Octogésima Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | QUEST DIAGNOSTICS OF PUERTO RICO, INC. CAPARRA GALLERY CALLE ORTEGON #107, LOCAL 105 GUAYNABO, PR 00966 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82484 | $55,460.27 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $3,312.12 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $52,148.15 se pagaron mediante cheques identificados con los números 00021363, 00040682, 00041994, 00054648, 00126596, 96663, 96665 y 96667entre el 27/09/2016 y el 20/06/2019.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | QUINONES $ SANCHEZ, P.S.C. JOSÉ C. SÁNCHEZ CASTRO P.O. BOX 11917 SAN JUAN, PR 00922-1917 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 88426 | $68,302.18 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | SAFETY ROUTE CORPORATION HC 02 BOX 25520 SAN SEBASTIAN, PR 00685 | 05/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 21618 | $613,381.75 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Con base en una declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a estas facturas en el sistema de dicha agencia.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | SHERIFF SECURITY SERVICES 100 GRAND BOULEVARD LOS PASEOS 112 MCS /115 SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31909 | $112,319.86 |

Base para: Se pagaron una o más facturas por un total de $10,626.00 mediante ACH 9241400, 12041402 y 9221500, los días 24/9/2014, 4/12/2014 y 22/9/2015. Las facturas que ascienden en total a $675.26 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y el Centro de Recaudación de Ingresos Municipales, que no forma parte de los procedimientos al amparo del Título III. Asimismo, según la declaración que testifica la revisión razonable de los libros y registros de la agencia, los Deudores consideran que no existen obligaciones pendientes asociadas a las facturas restantes.

Reclamo n.º 31909 incluido también en el Anexo A de la Objeción Global 372 por Reclamos Modificados

## Quingentésima Octogésima Sexta Objeción Global
## Anexo A: Reclamos para Desestimar

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| | | | | TOTAL | $3,012,929.07 |