# **EXHIBIT C**

**Declaration of Zaida Rivera Hernandez**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**DECLARATION OF ZAIDA RIVERA HERNANDEZ IN SUPPORT OF THE FIVE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

   I, Zaida Rivera Hernández, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

   1.   I am the Financial Director at the Family and Children Administration ("ADFAN"). Some of my job responsibilities, as they relate to accounts payable review are:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Generate and maintain control of payment obligations for contracted and non-contracted services. The contracted services will use Form SC-717- Origin of Contract and Obligation. Non-contracted services will use Form SC-744 (Receipt and Inspection Report).

- Prepare payment receipts for the disbursements of all the programs attached to the Agency. 1. Contracted Services – Proof of Payment Model SC-735 is prepared. This proof will be accompanied by the certified invoice together with the required documentation. 2. Non-contracted services – Proof of Payment Model SC-735 is prepared. This proof is made once the Purchase Order (Form SC-744-Receipt and Inspection Report) is received from the Purchasing Department together with the service request, certified invoice and the fund availability evaluation sheet.

- Payments of administrative expenses such as emergency expenses, repairs, postage, tags and training registration.

- Assign the number to Form SC-1231 – Travel Order for travel expenses in Puerto Rico, to Form SC-1232 – Application and Authorization for the use of a Private Automobile and to Form SC-722 – Proof of Travel Expenses.

- Assign the number to Model SC-866 – Request for Travel Order and request for Funds as an advance for travel expenses abroad. 1. Collection or reimbursement of travel expenses abroad is established. If less than the amount allocated was spent, it is verified that a check or money order is received for the established amount in the name of the Secretary of the Treasury. If reimbursement proceeds, that is, you spent more than what was assigned, Form SC-741 is prepared in the Reimbursement of Excess Advances area. and. Process the application for the Entry

2

of Suppliers to the Suppliers Registry of the Department of the Treasury. The Model SC-730 is received. It is signed and referred to the Accounting Section for delivery to the Department of the Treasury.

- Register proofs of Payment and Obligations in the PRIFAS system of the Department of the Treasury.

- Keep control and follow up on accounts payable for the Current Fiscal Year and previous ones, in accordance with the reports sent by the Accounting Department.

2. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of ADFAN records and information provided by the team of ADFAN employees I personally supervised, as further explained below.

3. In my capacity as a Financial Director of ADFAN, the office team under my supervision are responsible for, among other things, reviewing certified invoices for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and other valid and legal obligations of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

4. I submit this declaration in support of the *Five Hundred Eighty-Sixth Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable*.[3]

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Eighty-Sixth Omnibus Objection.

3

5. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to ADFAN, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

6. At the request of AAFAF's representatives, I conducted a reasonable review of ADFAN's records to determine whether the invoices associated with the claims have been certified for payment. In the pending jobs there are no certified invoices related to the claims.

7. Based upon that review, Claim No. 8855, identified on **Exhibit A** to the Five Hundred Eighty-Sixth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 21, 2023

By: /s/ *Zaida Rivera Hernandez*
Zaida Rivera Hernandez

4

## **ANEXO C**

**Declaración de Zaida Rivera Hernandez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>  Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT, y el SRE.** |

**DECLARACIÓN DE ZAIDA RIVERA HERNÁNDEZ EN APOYO DE LA QUINGENTÉSIMA OCTOGÉSIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Zaida Rivera Hernández, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy el Director Financiero de la Administración de Familia e Infancia ("ADFAN"). Algunas de mis responsabilidades laborales, ya que se relacionan con la revisión de cuentas por pagar son:

- Generar y mantener el control de las obligaciones de pago de los servicios contratados y no contratados. Los servicios contratados utilizarán el Modelo SC-717- Origen del Contrato y Obligación. Los servicios no contratados utilizarán el Formulario SC-744 (Informe de Recibo e Inspección).

- Preparar recibos de pago para los desembolsos de todos los programas adscritos a la Agencia. 1. Servicios Contratados – Se prepara el Comprobante de Pago Modelo SC-735. Esta prueba irá acompañada de la factura certificada junto con la documentación requerida. 2. Servicios no contratados – Se prepara el Comprobante de Pago Modelo SC-735. Esta prueba se realiza una vez que se recibe la Orden de Compra (Formulario SC-744-Informe de Recibo e Inspección) del Departamento de Compras junto con la solicitud de servicio, la factura certificada y la hoja de evaluación de disponibilidad de fondos.

- Pagos de gastos administrativos como gastos de emergencia, reparaciones, franqueo, etiquetas y registro de capacitación.

- Asigne el número al Formulario SC-1231 – Orden de viaje para gastos de viaje en Puerto Rico, al Formulario SC-1232 – Solicitud y Autorización para el uso de un automóvil privado y al Formulario SC-722 – Comprobante de gastos de viaje.

- Asigne el número al Modelo SC-866 – Solicitud de Orden de Viaje y Solicitud de Fondos como anticipo para gastos de viaje al extranjero. 1. Se establece el cobro o reembolso de los gastos de viaje al extranjero. Si se gastó menos del monto

asignado, se verifica que se reciba un cheque o giro postal por el monto establecido a nombre del Secretario del Tesoro. Si el reembolso procede, es decir, gastó más de lo que se le asignó, el Formulario SC-741 se prepara en el área de Reembolso de Anticipos en exceso. y. Tramitar la solicitud de Inscripción de Proveedores al Registro de Proveedores del Departamento de Hacienda. Se recibe el modelo SC-730. Se firma y se remite a la Sección de Contabilidad para su entrega al Departamento del Tesoro.

- Registrar comprobantes de Pago y Obligaciones en el sistema PRIFAS del Departamento de Hacienda.

- Llevar el control y seguimiento de las cuentas por pagar del Ejercicio Fiscal en Curso y anteriores, de acuerdo con los informes enviados por el Departamento de Contabilidad.

2. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del ADFAN y en la información proporcionada por el equipo de empleados del ADFAN que estaba bajo mi supervisión personal, como explico más adelante.

3. En mi calidad de Director Financiero de ADFAN, el equipo de la oficina bajo mi supervisión es responsable, entre otras cosas, de revisar las facturas certificadas para el pago para garantizar el desembolso legal de fondos públicos para bienes y servicios, materiales, reclamos y otras obligaciones válidas y legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el

3

"ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

4. Realizo esta declaración en apoyo de la *Quingentésima Octogésima Sexta Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que los Deudores no son Responsables* (la "Quingentésima Octogésima Sexta Objeción Global").[3]

5. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al ADFAN, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

6. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del ADFAN para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. En los trabajos pendientes no hay facturas certificadas relacionadas con los siniestros.

7. Sobre la base de dicha revisión, las Reclamación núm. 8855, que aparecen en el **Anexo A** de la Quingentésima Octogésima Sexta Objeción Global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

8. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima Octogésima Sexta Objeción Global.

4

Fecha: 21 de junio de 2023

Por: */s/ Zaida Rivera Hernandez*
Zaida Rivera Hernandez

5