## EXHIBIT G

**Declaration of Carlos Piñeiro Morales**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

**DECLARATION OF CARLOS PIÑEIRO MORALES IN SUPPORT OF THE FIVE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Carlos Piñeiro Morales, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of

perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a Director of Budget and Finance at the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico (the "ERS"). Implementing finance and

accounting policies and procedures, ensuring prompt and accurate month-end and year-end close

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

processes, overseeing accounting operations such as accounts payable, accounts receivable, and

general ledger entries. The facts set forth herein are true and correct to the best of my knowledge

and belief as per my review of ERS records and information provided by the team of ERS

employees I personally supervised, as further explained below.

2.      In my capacity as a Director of Budget and Finance of ERS I and/or a team of ERS

employees working at my direction am responsible for, among other things, reviewing certified

invoices and processing them for payment. As a general matter, invoices are certified for payment

to ensure the legal disbursement of public funds for goods and services, materials, claims and any

other valid and legal obligation of the agency.  In addition, the Puerto Rico Fiscal Agency and

Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims

reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed

pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3.      I submit this declaration in support of the *Five Hundred Eighty-Sixth Objection

(Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Satisfied and/or

Partially Assert Amounts for Which the Debtors Are Not Liable*.[3]

4.      Representatives of AAFAF provided me with a list of claims which purport to assert

liabilities associated with invoices that have allegedly been issued to ERS, but not yet paid. That

list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5.      At the request of AAFAF's representatives, I conducted a reasonable review of

ERS's records to determine whether the invoices associated with the claims have been certified

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3]  Capitalized terms not otherwise defined herein shall have the meanings given to such terms in
the Five Hundred Eighty-Sixth Omnibus Objection.

for payment. All invoices submitted have been previously paid and certified by the Director of Budget and Finance and reconciled by Accounts Payable division.

6.      Based upon that review, Claim No. 35669 and 180073, identified on **Exhibit A** to the Five Hundred Eighty-Sixth Omnibus Objection are based upon invoices that have not been certified for payment.  It is my understanding that invoices that have not been certified for payment cannot be paid.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Dated: June 20, 2023

By: /s/ *Carlos Piñeiro Morales*

Director, Budget and Finance

3

## ANEXO G

**Declaración de Carlos Piñeiro Morales**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, la ACT, y el SRE.** |

**DECLARACIÓN DE CARLOS PIÑEIRO MORALES EN APOYO DE LA QUINGENTÉSIMA OCTOGÉSIMA SEXTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES POR LAS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Carlos Piñeiro Morales, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1.       Soy Director de Presupuesto y Finanzas en  el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "ERS").  Implementar políticas y procedimientos financieros y contables, asegurando procesos de cierre de fin de mes y fin de año rápidos y precisos, overificando operaciones contables como cuentas por pagar, cuentas por cobrar y asientos del libro mayor.  A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del ERS y en la información proporcionada por el equipo de empleados del ERS que estaba bajo mi supervisión personal, como explico más adelante.

2.       En mi calidad de Director de Presupuesto y Finanzas de ERS, yo y / o un equipo de empleados de ERS que trabajan bajo mi dirección soy responsable, entre otras cosas, de revisar las facturas certificadas y procesarlas para el pago. Como cuestión general, se certifican facturas para su pago para asegurar el desembolso legal de fondos públicos por bienes y servicios, materiales, reclamos y cualquier otra obligación válida y legal de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3.       Realizo esta declaración en apoyo de la *Quingentésima Octogésima Sexta Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones por las que los Deudores no son Responsables* (la "Quingentésima Octogésima Sexta Objeción Global").[3]

---

[2]  PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3]   Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima Octogésima Sexta Objeción Global.

4.      Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al ERS, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5.      A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del ERS para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Todas las facturas presentadas han sido previamente pagadas y certificadas por el Director de Presupuesto y Finanzas y conciliadas por la división de Cuentas por Pagar.

6.      Sobre la base de dicha revisión, las Reclamaciones núm. 35669 y 180073, que aparecen en el **Anexo A** de la Quingentésima Octogésima Sexta Objeción Global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7.      Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 20 de junio de 2023

Por: */s/ Carlos Piñeiro Morales*
       Director de Presupuesto y Finanzas