# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eighty-Seventh Omnibus Objection**

## Five Hundred Eighty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALBIZU MERCED, ANTONIA M<br>URB COVADONGA<br>2 E 4 CALLE ARRIONDAS<br>TOA BAJA, PR 00949 | 05/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23186 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

Claim #23186 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DATA ACCESS COMUNICATION INC.<br>HECTOR FIGUEROA VINCENTY ESQ.<br>30 CALLE PADIAL<br>SUITE 204<br>CAGUAS, PR 00725-3841 | 08/07/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65 | $242,118.43 |

Reason: Claimant purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $242,118.43, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | HERNANDEZ PAGAN, JOSE MANUEL Y OTROS<br>LIC MIGUEL CINTRÓN QUIROS<br>PMB 789 138 AVE WINSTON CHURCHILL<br>SAN JUAN, PR 00926-6013 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37773 | $105,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Eighty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | NATIONAL INSURANCE COMPANY EN LIQUIDACIN<br>PO BOX 270043<br>SAN JUAN, PR 00928 | 12/11/2017 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 365 | $134,339.09 |

Reason: Claimant purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority totaling $134,339.09, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | NOGUE RESTO, ZAIDA<br>JOSE R. OLMO RODRIGUEZ<br>EDIF EL CENTRO I 500 AVE MUNOZ<br>RIVERA STE 215<br>SAN JUAN, PR 00918 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48181 | $250,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | RAMOS CAMACHO, DINORIS<br>PO BOX 448<br>AGUAS BUENAS, PR 00703 | 05/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12748 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

Claim #12748 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ VIANA, HECTOR<br>URB FOREST HLS<br>H4 CALLE 3<br>BAYAMON, PR 00959-5505 | 03/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2740 | $24,260.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Eighty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RUIZ RIVERA, ROSA I<br>PO BOX 805<br>CIDRA, PR 00739 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25183 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

Claim #25183 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 05/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28404 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Highways and Transportation Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Highways and Transportation Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Highways and Transportation Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 28791 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

## Five Hundred Eighty-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | TIRADO MALDONADO, GLORINÉS<br>MILVA HOYOS SANTIAGO<br>URB SAN GERARDO 314 CALLE MONTGOMERY<br>SAN JUAN, PR 00926 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24812 | $425,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $1,180,717.52* |

*Indicates claim contains unliquidated and/or undetermined amounts