## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima séptima objeción global**

# Quingentésima Octogésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALBIZU MERCED, ANTONIA M URB COVADONGA 2 E 4 CALLE ARRIONDAS TOA BAJA, PR 00949 | 05/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23186 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores , en virtud del Título III.

Reclamo n.º 23186 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | DATA ACCESS COMUNICATION INC. HECTOR FIGUEROA VINCENTY ESQ. 30 CALLE PADIAL SUITE 204 CAGUAS, PR 00725-3841 | 08/07/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65 | $242,118.43 |

Base para: El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $242 ,118.43, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | HERNANDEZ PAGAN, JOSE MANUEL Y OTROS LIC MIGUEL CINTRÓN QUIROS PMB 789 138 AVE WINSTON CHURCHILL SAN JUAN, PR 00926-6013 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37773 | $105,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Séptima Objeción Global

Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | NATIONAL INSURANCE COMPANY EN LIQUIDACIN PO BOX 270043 SAN JUAN, PR 00928 | 12/11/2017 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 365 | $134,339.09 |

Base para: El Demandante pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico por un total de $134 ,339.09, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | NOGUE RESTO, ZAIDA JOSE R. OLMO RODRIGUEZ EDIF EL CENTRO I 500 AVE MUNOZ RIVERA STE 215 SAN JUAN, PR 00918 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48181 | $250,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | RAMOS CAMACHO, DINORIS PO BOX 448 AGUAS BUENAS, PR 00703 | 05/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12748 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

Reclamo n.º. 12748 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | RODRIGUEZ VIANA, HECTOR URB FOREST HLS H4 CALLE 3 BAYAMON, PR 00959-5505 | 03/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2740 | $24,260.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

# Quingentésima Octogésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | RUIZ RIVERA, ROSA I<br>PO BOX 805<br>CIDRA, PR 00739 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25183 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

Reclamo n.º 25183 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 05/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28404 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Carreteras y Transportación de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | THE TRAVELERS INDEMNITY COMPANY AND ITS PROPERTY CASUALTY AFFILIATES<br>MARY C. DUFFY BOARDMAN<br>TRAVELERS<br>1 TOWER SQUARE, 0000-08MSA<br>HARTFORD, CT 06183 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 28791 | Indeterminado* |

Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico , pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene un reclamo válido contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores , en virtud del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Octogésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | TIRADO MALDONADO, GLORINÉS<br>MILVA HOYOS SANTIAGO<br>URB SAN GERARDO 314 CALLE MONTGOMERY<br>SAN JUAN, PR 00926 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24812 | $425,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico , pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

| | | | | | TOTAL | $1,180,717.52* |
|---|---|---|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados