# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Eighty-Eighth Omnibus Objection**

## Five Hundred Eighty-Eighth Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | MUNICIPALITY OF ANASCO<br>PO BOX 1731<br>MAYAGUEZ, PR 00681 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82613 | $4,915,444.75 |

Reason: Municipality asserts liabilities associated with funds purportedly held at GDB on the municipality's behalf. However, pursuant to the GDB Qualifying Modification, any outstanding funds held at GDB have been setoff against outstanding loans owed to GDB, in full satisfaction, release, and accord of such claims. To the extent municipality asserts liabilities associated with funds purportedly not subject to such setoff, municipality fails to provide information sufficient to enable the Debtors to reconcile the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | MUNICIPALITY OF MAYAGUEZ<br>C/O: ALDARONDO & LOPEZ DIAZ<br>ALB PLAZA, SUITE 400<br>16 RD 199<br>GUAYNABO, PR 00969 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 154568 | $38,638,236.02 |

Reason: Municipality asserts liabilities associated with funds purportedly held at GDB on the municipality's behalf. However, pursuant to the GDB Qualifying Modification, any outstanding funds held at GDB have been setoff against outstanding loans owed to GDB, in full satisfaction, release, and accord of such claims. To the extent municipality asserts liabilities associated with funds purportedly not subject to such setoff, municipality fails to provide information sufficient to enable the Debtors to reconcile the claim.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MUNICIPIO DE LOÍZA<br>ATTN: HON. JULIA M NAZARIO FUENTES / LEGAL DEPARTMENT<br>P.O. BOX 508<br>CLARA I. PEREZ<br>LOIZA, PR 00772-0508 | 05/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12069 | $283,000.00 |

Reason: Municipality asserts liabilities associated with federal funds purportedly held at GDB on the municipality's behalf. However, those funds have already been disbursed to the municipality. To the extent municipality asserts liabilities associated with additional funds, municipality fails to provide information sufficient to enable the Debtors to reconcile the claim.

## Five Hundred Eighty-Eighth Omnibus Objection
### Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | MUNICIPIO DE SAN GERMAN<br>HON. ISIDRO A. NEGRON IRIZARRY<br>APARTADO 85<br>SAN GERMAN, PR 00683 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48801 | $6,072,718.76 |
| | Reason: Municipality asserts liabilities associated with funds purportedly held at GDB on the municipality's behalf. However, pursuant to the GDB Qualifying Modification, any outstanding funds held at GDB have been setoff against outstanding loans owed to GDB, in full satisfaction, release, and accord of such claims. In addition, federal funds held by the GDB which were not subject to setoff have already been disbursed to the municipality. To the extent municipality asserts liabilities associated with funds purportedly not subject to such setoff, municipality fails to provide information sufficient to enable the Debtors to reconcile the claim. | | | | | |
| 5 | MUNICIPIO DE SAN JUAN<br>ATTN: BRENDA L. CORDERO-ACABA, ESQ.<br>CASA ALCALDIA MUNICIPIO DE SAN JUAN<br>OFICINA DE ASUNTOS LEGALES<br>151 SAN FRANCISCO 155, PISO 3<br>SAN JUAN, PR 00901 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 91946 | $6,939,046.89 |
| | Reason: Municipality asserts liabilities associated with funds purportedly held at GDB on the municipality's behalf. However, pursuant to the GDB Qualifying Modification, any outstanding funds held at GDB have been setoff against outstanding loans owed to GDB, in full satisfaction, release, and accord of such claims. To the extent municipality asserts liabilities associated with funds purportedly not subject to such setoff, municipality fails to provide information sufficient to enable the Debtors to reconcile the claim. | | | | | |
| | | | | | TOTAL | $56,848,446.42 |