# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima octava objeción global**

Case:17-03283-LTS Doc#:24757-2 Filed:07/14/23 Entered:07/14/23 20:34:57 Desc: Anexo A Page 1 of 3

## Quingentésima Octogésima Octava Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | MUNICIPALITY OF ANASCO<br>PO BOX 1731<br>MAYAGUEZ, PR 00681 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82613 | $4,915,444.75 |
| | Base para: El municipio invoca obligaciones asociadas con fondos presuntamente en poder de GDB en representación del municipio. Sin embargo, de acuerdo con la Modificación Cualificada GDB, todos los fondos pendientes de pago en poder de GDB se han compensado con préstamos pendientes de pago adeudados a GDB, en pleno cumplimiento, acuerdo y satisfacción de tales reclamos. En la medida en que el municipio invoca obligaciones asociadas con fondos presuntamente sujetos a dicha compensación, el municipio no proporciona información suficiente para permitir que los Deudores concilien el reclamo. | | | | | |
| 2 | MUNICIPALITY OF MAYAGUEZ<br>C/O: ALDARONDO & LOPEZ DIAZ<br>ALB PLAZA, SUITE 400<br>16 RD 199<br>GUAYNABO, PR 00969 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154568 | $38,638,236.02 |
| | Base para: El municipio invoca obligaciones asociadas con fondos presuntamente en poder de GDB en representación del municipio. Sin embargo, de acuerdo con la Modificación Cualificada GDB, todos los fondos pendientes de pago en poder de GDB se han compensado con préstamos pendientes de pago adeudados a GDB, en pleno cumplimiento, acuerdo y satisfacción de tales reclamos. En la medida en que el municipio invoca obligaciones asociadas con fondos presuntamente sujetos a dicha compensación, el municipio no proporciona información suficiente para permitir que los Deudores concilien el reclamo. | | | | | |
| 3 | MUNICIPIO DE LOÍZA<br>ATTN: HON. JULIA M NAZARIO FUENTES / LEGAL DEPARTMENT<br>P.O. BOX 508<br>CLARA I. PEREZ<br>LOIZA, PR 00772-0508 | 05/07/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12069 | $283,000.00 |
| | Base para: El municipio invoca obligaciones asociadas con fondos federales presuntamente en poder de DGB en representación del municipio. Sin embargo, esos fondos ya se han desembolsado al municipio. En la medida en que el municipio invoca obligaciones asociados con fondos adicionales, el municipio no proporciona información suficiente que permita a los Deudores conciliar el reclamo. | | | | | |

## Quingentésima Octogésima Octava Objeción Global
### Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | MUNICIPIO DE SAN GERMAN<br>HON. ISIDRO A. NEGRON IRIZARRY<br>APARTADO 85<br>SAN GERMAN, PR 00683 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48801 | $6,072,718.76 |
| | Base para: El municipio invoca obligaciones asociadas con fondos presuntamente en poder de GDB en representación del municipio. Sin embargo, de acuerdo con la Modificación Cualificada GDB, todos los fondos pendientes de pago en poder de GDB se han compensado con préstamos pendientes de pago adeudados a GDB, en pleno cumplimiento, acuerdo y satisfacción de tales reclamos. Asimismo, los fondos federales en poder de GDB que no estaban sujetos a compensación ya se han desembolsado al municipio. En la medida en que el municipio invoca obligaciones asociadas con fondos presuntamente sujetos a dicha compensación, el municipio no proporciona información suficiente para permitir que los Deudores concilien el reclamo. | | | | | |
| 5 | MUNICIPIO DE SAN JUAN<br>ATTN: BRENDA L. CORDERO-ACABA, ESQ.<br>CASA ALCALDIA MUNICIPIO DE SAN JUAN<br>OFICINA DE ASUNTOS LEGALES<br>151 SAN FRANCISCO 155, PISO 3<br>SAN JUAN, PR 00901 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 91946 | $6,939,046.89 |
| | Base para: El municipio invoca obligaciones asociadas con fondos presuntamente en poder de GDB en representación del municipio. Sin embargo, de acuerdo con la Modificación Cualificada GDB, todos los fondos pendientes de pago en poder de GDB se han compensado con préstamos pendientes de pago adeudados a GDB, en pleno cumplimiento, acuerdo y satisfacción de tales reclamos. En la medida en que el municipio invoca obligaciones asociadas con fondos presuntamente sujetos a dicha compensación, el municipio no proporciona información suficiente para permitir que los Deudores concilien el reclamo. | | | | | |
| | | | | | TOTAL | $56,848,446.42 |