# **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Eighty-Ninth Omnibus Objection**

## Five Hundred Eighty-Ninth Omnibus Objection
### Exhibit A - Claims to Be Reclassified

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | DISTRIBUIDORA BLANCO INC<br>P.O. BOX 192672<br>SAN JUAN, PR 00919-2672 | 107701-1 | Commonwealth of Puerto Rico | Unsecured | $12,084.79 | Puerto Rico Electric Power Authority | Unsecured | $12,084.79 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Electric Power Authority. | | | | | | | |
| 2 | PR STORAGE FORKLIFT DIVISION INC<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 45494-1 | Commonwealth of Puerto Rico | Unsecured | $5,463.49 | Puerto Rico Electric Power Authority | Unsecured | $5,463.49 |
| | Reason: Claimant identifies obligor as the Commonwealth of Puerto Rico when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Puerto Rico Electric Power Authority. | | | | | | | |
| 3 | SALCEDO QUALITY PROYET CORP<br>URB CIUDAD REAL 568<br>VEGA BAJA, PR 00693 | 14008 | Puerto Rico Highways and Transportation Authority | Unsecured | $95,040.04 | Commonwealth of Puerto Rico | Unsecured | $95,040.04 |
| | Reason: Claimant identifies obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim and supporting documentation, show that any liability would reside, if at all, under the Commonwealth of Puerto Rico. | | | | | | | |