## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima novena objeción global**

Quingentésima Octogésima Novena Objeción Global

Anexo A: Reclamos para Reclasificar

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | CORREGIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | DISTRIBUIDORA BLANCO INC P.O. BOX 192672 SAN JUAN, PR 00919-2672 | 107701-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,084.79 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $12,084.79 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | PR STORAGE FORKLIFT DIVISION INC PO BOX 250060 AGUADILLA, PR 00604-0060 | 45494-1 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,463.49 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $5,463.49 |

Base para: El Demandante identifica al deudor como Estado Libre Asociado de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en la Autoridad de Energía Eléctrica de Puerto Rico.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | SALCEDO QUALITY PROYET CORP URB CIUDAD REAL 568 VEGA BAJA, PR 00693 | 14008 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $95,040.04 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,040.04 |

Base para: El Demandante identifica al deudor como la Autoridad de Carreteras y Transportación de Puerto Rico cuando la evidencia de reclamo y la documentación de respaldo indican que toda obligación recaería, en todo caso, en el Estado Libre Asociado de Puerto Rico.