# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Ninetieth Omnibus Objection**

## Five Hundred Ninetieth Omnibus Objection
### Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BONET ACOSTA, HILDA I.<br>PO BOX 3543<br>MAYAGUEZ, PR 00681-3543 | 109185 | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $1,136.95 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,136.95 for the Claim, such amount fully liquidates the Claim.

Claim #109185 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Reclassified Claims.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CABRERA BERRIOS, DENISE<br>P.O. BOX 194211<br>SAN JUAN, PR 00919-4211 | 84475 | Commonwealth of Puerto Rico | Unsecured | $3,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CARDONA CANDANEDO, MARIBEL<br>LCDA. HILDA ESTHER COLON RIVERA<br>PO BOX 219<br>BARRANQUITAS, PR 00794 | 47866 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVAREZ<br>SAN JUAN, PR 00926 | 25664 | Commonwealth of Puerto Rico | Unsecured | $2,000.00* | Commonwealth of Puerto Rico | Unsecured | $2,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninetieth Omnibus Objection
Exhibit A - Unliquidated Claims

| | | | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | FIGUEROA ORTIZ, ALEXIS G.<br>LCDO. PABLO LUGO LEBRON<br>REPARTO MENDOZA A-1<br>PO BOX 8051<br>HUMACAO, PR 00792 | 27395 | Commonwealth of Puerto Rico | Unsecured | $5,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $5,000.00 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 6 | OQUENDO GONZALEZ, NILDA<br>PO BOX 580<br>CAROLINA, PR 00986 | 146120 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $12.50 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $12.50 for the Claim, such amount fully liquidates the Claim. | | | | | | | |
| 7 | RAMIREZ VILLARIN, CARLOS<br>URB. MONTESOL<br>3255 CALLE HIMALAYA<br>CABO ROJO, PR 00623 | 7530 | Commonwealth of Puerto Rico | Unsecured | Undetermined* | Commonwealth of Puerto Rico | Unsecured | $1,718.92 |
| | Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,718.92 for the Claim, such amount fully liquidates the Claim. | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninetieth Omnibus Objection
Exhibit A - Unliquidated Claims

| | | | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 8 | SANTIAGO RODRIGUEZ, ZULMA<br>COND. THE RESIDENCES APT. 1-13 3500 BLVD<br>MEDIA LUNA<br>CAROLINA, PR 00987-5011 | 25837 | Commonwealth of Puerto Rico | Unsecured | $499.00* | Commonwealth of Puerto Rico | Unsecured | $1,185.80 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $1,185.80 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | TAVERAS SANCHEZ, VICTOR<br>CALLE 19 Q #40 VILLAS DE LOIZA<br>CANOVANAS, PR 00729 | 50392 | Commonwealth of Puerto Rico<br>Commonwealth of Puerto Rico | 503(b)(9)<br>Unsecured<br>Subtotal | Undetermined*<br>$3,000.00*<br>$3,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,000.00 for the Claim, such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | VARGAS FONTANEZ, PEDRO A<br>G14 CALLE BOHIO REPTO CAGUAX<br>CAGUAS, PR 00725-3310 | 65043 | Commonwealth of Puerto Rico | Unsecured | $2,945.00* | Commonwealth of Puerto Rico | Unsecured | $2,945.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $2,945.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts