# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima nonagésima objeción global**

## Quingentésima Nonagésima Objeción Global
### Anexo A: Reclamos No Liquidados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | LIQUIDADO Y ADMITIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | BONET ACOSTA, HILDA I.<br>PO BOX 3543<br>MAYAGUEZ, PR 00681-3543 | 109185 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,136.95 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $1,136.95 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo

Reclamo No. 109185 incluido también en el Anexo A a la Objeción Global 362 por reclamos a ser reclasificados

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | CABRERA BERRIOS, DENISE<br>P.O. BOX 194211<br>SAN JUAN, PR 00919-4211 | 84475 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $3,000.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | CARDONA CANDANEDO, MARIBEL<br>LCDA. HILDA ESTHER COLON RIVERA<br>PO BOX 219<br>BARRANQUITAS, PR 00794 | 47866 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $10,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVAREZ<br>SAN JUAN, PR 00926 | 25664 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $2,000.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Nonagésima Objeción Global
### Anexo A: Reclamos No Liquidados

| | | | **ALEGADOS** | | | **LIQUIDADO Y ADMITIDO** | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | FIGUEROA ORTIZ, ALEXIS G.<br>LCDO. PABLO LUGO LEBRON<br>REPARTO MENDOZA A-1<br>PO BOX 8051<br>HUMACAO, PR 00792 | 27395 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $5,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | OQUENDO GONZALEZ, NILDA<br>PO BOX 580<br>CAROLINA, PR 00986 | 146120 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12.50 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $12.50 para el Reclamo, monto que liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | RAMIREZ VILLARIN, CARLOS<br>URB. MONTESOL<br>3255 CALLE HIMALAYA<br>CABO ROJO, PR 00623 | 7530 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,718.92 |

Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $1,718.92 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Objeción Global

Anexo A: Reclamos No Liquidados

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | LIQUIDADO Y ADMITIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | SANTIAGO RODRIGUEZ , ZULMA<br>COND. THE RESIDENCES APT. 1-13 3500 BLVD MEDIA LUNA<br>CAROLINA, PR 00987-5011 | 25837 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $499.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,185.80 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $1,185.80 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 9 | TAVERAS SANCHEZ, VICTOR<br>CALLE 19 Q #40 VILLAS DE LOIZA<br>CANOVANAS, PR 00729 | 50392 | El Estado Libre Asociado de Puerto Rico<br>El Estado Libre Asociado de Puerto Rico<br><br>Subtotal | 503(b)9<br><br>No Garantizada | Indeterminado*<br><br>$3,000.00*<br><br>$3,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $3,000.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 10 | VARGAS FONTANEZ, PEDRO A<br>G14 CALLE BOHIO REPTO CAGUAX<br>CAGUAS, PR 00725-3310 | 65043 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,945.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,945.00 |
| | Base para: La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de $2,945.00 por el Reclamo, siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados