# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Ninety-Second Omnibus Objection**

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALMODOVAR QUILES, ALEJANDRO<br>#445 CALLE 6<br>EXT. SAN AGUSTIN<br>SAN JUAN, PR 00926 | 06/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 64334 | $85,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 00-1806-JP, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALVAREZ GALARZA, JOSE A<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733<br>1353 AVE. LUIS VIGOVEAUX<br>GUAUABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34470 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BARRAL FELICIANO, GREGORIO  L.<br>2674 C/TETUAN VILLA DEL CARMEN<br>PONCE, PR 00716 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162912 | $3,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BETANCOURT CASTELLANO, JOSE A.<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE. WIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 39398 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CARABALLO CARABALL, RAMON L URB BARAMAYA 847 CALLE AREYTO PONCE, PR 00728 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40570 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case numbers KAC-1998-0532 and 2000-06-1639 but the claimant does not appear as a named plaintiff in either of those litigations. Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the case has since been dismissed and there is no further basis for liability. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | CASIANO BUZANET, ISABEL PO BOX 517 MERCEDITA, PR 00715-0517 | 06/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76288 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Claim #76288 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | COMMUNICATION LEASING LEASING CORPORATION PO BOX 362526 SAN JUAN, PR 00936-2585 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27595 | $120,898.98 |

Reason: Invoice(s) totaling $26,866.44 were paid via EFTs 00099063, 00099125, 00099126, 00099127, 00099128, and 00099129 on 09/12/2018. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $94,032.54, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE AHORRO Y CREDITO DE EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA COOPAEE P.O. BOX 6416 BAYAMON, PR 00960-5416 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137480 | $22,702.66* |

Reason: The Claimant asserts liabilities associated with a personal loan, and the Debtor has no liability because it has not guaranteed or otherwise agreed to pay the loan

Claim #137480 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20738 | $7,939.48* |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21158 | $6,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2004-0803, but the records of the case indicate that the case has since been dismissed and there is no further liability.

## Five Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|------|-----------|-------------|--------|---------|------------------------|
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8000 PETERS ROAD<br>STE A-200<br>FORT LAUDERDALE, FL 33324 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21728 | $9,174.82 |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25174 | $31,975.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2011-0518, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25191 | $6,800.00* |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25237 | $10,057.12 |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25244 | $502.27 |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | Cooperativa de Seguros Multiples de Puerto Rico<br>38 Calle Nevárez<br>San Juan, PR 00927 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 80099 | $10,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FAC-2012-4213, but the records of the case indicate that the case has since been archived and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | COOPERATIVE DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 NEVÁREZ STREET<br>SAN JUAN, PR 00927 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27992 | $10,000.00* |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CORREA FRANCESHINI, LISSIE L<br>HC 1 BOX 6081<br>GUAYANILLA, PR 00656 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 104303 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | CRUZ GONZALEZ, LAURA I.<br>T-1 CALLE EUCALIPTO<br>PONCE, PR 00730 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79156 | $5,320.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 20 | CRUZ MORALES, JUAN MANUEL<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36398 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| 21 | CRUZ NIEVES, JUANA<br>EMILIO CANCIO BELLO<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33802 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number DDP-2014-0991, but the case has since been withdrawn by the claimant and there is no further basis for liability.

| 22 | DIAZ GONZALEZ, ILIA<br>BRISAS DE CANOVANAS<br>159 CALLE GAVIOTA<br>CANOVANAS, PR 00729-2975 | 06/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100878 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Five Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | ENTERTAINMENT CENTER INC. ANGEL E. GONZALEZ ORTIZ BANCO COOPERATIVO PLAZA SUITE 605-D 623 AVE. PONCE DE LEON SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19604 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case numbers EAC-2010-0374; FAC-2010-1235; FAC-2010-2205; FAC-2010-2206; FAC-2010-2850; KAC-2010-1089; KAC-2010-1396; KAC-2010-1397, but the records of the cases indicate that the cases have since been dismissed and there is no further liability.

Claim #19604 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 24 | ENTERTAINMENT CENTER, INC. ANGEL EFRAÍN GONZÁLEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEÓN, OFICINA 605-B SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16998 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2010-0928, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | ENTERTAINMENT CENTER, INC. ANGEL EFRAÍN GONZÁLEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEÓN, OFICINA 605-B SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18151 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2010-1215, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Claim #18151 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ESCRIBANO FUENTES, LUIS R. CALLE DEL PARQUE #218 APARTAMENTO 3-C SAN JUAN, PR 00912 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 89221 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #89221 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | FANTAUZZI RAMOS, DOMINGO HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE - LUIS VIGOVEAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30222 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | FEBRES ORTIZ, JOSE A. CALLE 27 NUM 488A PARCELAS FALU SAN JUAN, PR 00924 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127937 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #127937 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | FIGUEROA FIGUEROA, JOSE URB COUNTRY CLUB HE32 CALLE 222 CAROLINA, PR 00982-2642 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111251 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | FIGUEROA PIZARRO, GEORGINA CO GLORIA E ROMERO ROLON ESTUDIO DE CONSULTORIA LEGAL PMB 237 35 JUAN CARLOS DE BORB GUAYNABO, PR 00969-3515 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58465 | $67,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-0203, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | GARCIA PACHECO, LEONALDO PMB 733 1353 AVE. WIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34467 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in that litigation.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | GARCIA RODRIGUEZ, JUAN 11 A PALMA REAL ST. URB. VILLA SAGRADO CORAZON PONCE, PR 00716 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111834 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2003-3604, but the records of the case indicate that the case has since been archived and there is no further liability.
A portion of this claim has been transferred into the Alternative Dispute Resolution (ADR) process and will be resolved consistent with the ADR procedures. Because this objection does not constitute an objection to the portion of the claim in the ADR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | GARCIA SERRANO, LUIS A. I/C/O HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29836 | $267,850.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment. | | | | | |
| 34 | GONZALEZ COLLAZO, LUIS E PO BOX 121 CEIBA, PR 00735 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10565 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| | Claim #10565 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified | | | | | |
| 35 | GONZALEZ COLLAZO, LUIS E PO BOX 121 CEIBA, PR 00735 | 05/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10670 | $16,065.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 36 | HERNANDEZ SANCHEZ, DAVID 41676 CALLE PEDRO LOPEZ QUEBRADILLAS, PR 00678 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15992 | $25,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KAC-2014-0673, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | IBRAIM IBRAIM, NADER<br>LCDO FELIPE FERRER  RODRIGUEZ<br>URB CIUDAD JARDIN DECANOVANAS<br>CALLE HIGUETA BUZON 56<br>CANOVANAS, PR 00729 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19497 | $15,372.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2017-00235, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 38 | JIMEINEZ DE LA CRUZ, SONIA M<br>JRDNS. COUNTRY CLUB<br>Q-3 23 ST.<br>CAROLINA, PR 00983-1638 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130621 | $100,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2002-5357, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 39 | JIMENEZ RIVERA, JOSE J<br>URB PARKVILLE<br>AVE LOPATEGUI A5<br>GUAYNABO, PR 00969 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40150 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number JDP-2011-0341, but records indicate that the appellate court decision revokes the imposition of temerity attorneys' fees against the government. As such, there is no further liability.

| 40 | L.A.C. CONSTRUCION CORP<br>EDGARDO L. RIVERA<br>PO BOX 360764<br>SAN JUAN, PR 00936-0764 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11102 | $65,565.00 |

Reason: Proof of claim purports to assert liability on the basis of case number KCD-2012-2503, but the records of the case indicate that the case has since been resolved and there is no further liability.

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | LISANDRA COLON ROSARIO V DEPARTAMENTO DE EDUCACION CASO PAREJA MOISES MEDINA PACHECO Y LISANDRA COLON ROSARIO HC 02 BOX 50985 COMERÍO, PR 00782 | 05/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23302 | $8,000.00* |

Reason: Proof of claim purports to assert liabilities associated with attorney fees. However, according to the litigation documents, attorney fees were not awarded. As such, there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | LOPEZ BAEZ, SONIA N HC 1 BOX 4305 JUANA DIAZ, PR 00795-9703 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9984 | $3,975.49 |

Reason: Proof of Claim fails to provide a basis for asserting a claim against the Commonwealth of Puerto Rico . Proof of Claim and supporting documentation only show liability, if at all, between Claimant and the Claimant's former spouse.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | LOPEZ LIBOY, NELSON HUMBERTO GUZMAN RODRIGUEZ PMB 7333 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30208 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | LÓPEZ LÓPEZ, JANNETTE LIC. JUAN CORCHADO JUARBE URB. HERMANAS DAVILA AVE. BETENCES I-2 BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27666 | $60,000.00* |

Reason: The Claimant associated with the Claim to Be Disallowed has already received remuneration in connection with the liabilities underlying the proof of claim , and because Claimant has executed a release, the Debtor is not liable for the Claim to Be Disallowed because they have been satisfied and released

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | MERCADO, MARIA M<br>URB LAS VEGAS H21 CALLE P<br>JORGE MARTI LLORENS<br>CATANO, PR 00962 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 93046 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | MOLINA MILLER, MARIO<br>HC02 BOX 4866<br>SABANA HOYOS, PR 00688 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13510 | $50,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2014-0673, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 47 | MORALES PAGAN, BENJAMIN<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE-WIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26996 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | NAZARIO GONZALEZ, JULIO  E.<br>COOP. SAN  IGNACIO APT. 513-A<br>RIO PIEDRAS, PR 00927 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31358 | $5,292.00* |

Reason: Proof of claim purports to assert liability on the basis of case number AQ-13-0783, but the records of the case indicate that the employee completed their 27 years of service after the appropriate date and therefore there is no further liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | NEGRON MARTINEZ, MILDRED<br>EL MONTE NORTE A 207<br>SAN JUAN, PR 00918 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47051 | $22,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-00337, but the records of the case indicate that the case has since been terminated and there is no further liability.

| 50 | O'NEILL OYOLA, LEIDA<br>2007 ASTER TRL<br>FORNEY, TX 75126 | 06/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 100864 | $850,000.00* |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of case number 3:17-CV-02311, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 51 | ORTA VAZQUEZ, HENRY<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE, LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31812 | $267,850.00* |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| 52 | ORTIZ MATEO, ARNALDO L<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE LUIS VIGOVEAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27622 | $267,850.00* |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| 53 | ORTIZ RIVERA, JOSÉ E<br>DENNIS H. NÚÑEZ<br>PO BOX 1142<br>AIBONITO, PR 00705 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41294 | $55,000.00* |
|---|---|---|---|---|---|---|

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | OSORIO CEPEDA, JAIME LUIS HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE - LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26995 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | PERFETTO PERALES, VANESSA R-11 CALLE 29 BAYAMON, PR 00959 | 06/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122810 | $51,292.17* |

Reason: Proof of claim purports to assert liability on the basis of case number 2016-132, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Claim #122810 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | PONCE REAL ESTATE CORPORATION PO BOX 7071 PONCE, PR 00732 | 09/27/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 171040 | $29,022.00 |

Reason: According to the books and records of the Commonwealth of Puerto Rico, invoices totaling $29,022.00 were associated with amounts that were outside of the approved contract, where no contract was in place, or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | PR MEDICAL EMERGENCY CORPS WIGBERTO LUGO MENDER ESQ. 100 CARR 165 SUITE 501 GUAYNABO, PR 00968-8052 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 111733 | $29,479.88 |

Reason: According to the books and records of the Commonwealth of Puerto Rico, invoices totaling $29,479.88 were associated with amounts that were outside of the approved contract, where no contract was in place, or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted.

# Five Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53871 | $5,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |
| 59 | QBE SEGUROS<br>FRANCISCO SAN MIGUEL- FUXANCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55992 | $12,050.00 |
| | Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability. | | | | | |
| 60 | QUINTANA QUINONES, JENNIFER<br>C/O NORBERTO J SANTANA VELEZ<br>PO BOX 135<br>CAGUAS, PR 00726 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58198 | $40,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number JDP-2017-0089, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 61 | RAMOS TAVAREZ, ANGEL L<br>CALLE FRANCIA BUZON 2730<br>ISABELA, PR 00662 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25507 | $265,705.00* |
| | Reason: Claim purports to assert liabilities associated with the litigation ADP-2018-0014. According to the books and records the Commonwealth of Puerto Rico has no liability related to litigation ADP-2018-0014. The liability associated with this litigation has been asserted against the appropriate Debtor, Puerto Rico Electric Power Authority, on claim 23740. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | REYES COLON, FRANCISCO HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34471 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 63 | RIVERA RODRIGUEZ, LUZ A. URB SANTOSE 613 CALLE CARMELO SEGLAR PONCE, PR 00728 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99315 | $9,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2000-2568 but the records of the cases indicate that the cases have since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RIVERA RODRIGUEZ, NYLDA PO BOX 8599 PONCE, PR 00732 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70291 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | RIVERA RODRIGUEZ, SARAH I HC 3 BOX 8237 BARRANQUITAS, PR 00794 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107799 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | RIVERA VAZQUEZ, CECILIA HE32 CALLE 222 CAROLINA, PR 00982 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 77458 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Claim #77458 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | RODRIGUEZ CINTRON, EVELYN VALLE ARRIBA HTS BD2 CALLE NARANJO CAROLINA, PR 00983-3334 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94715 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 68 | RODRIGUEZ RUIZ, IRIS J URB STA. TERESITA 5033 CALLE SAN PEDRO PONCE, PR 00730-4517 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 94257 | $5,278.88* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 69 | RODRIGUEZ SEGARRA, JUANITA URB ALTA VISTA CALLE 20 PONCE, PR 00716 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90426 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 70 | RODRIQUEZ RODRIQUEZ, ROBERTO PUB733 B53 AVE LUIS VIGOREAUX GUAYUABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31807 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Ninety-Second Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | ROMAN TORO, YOLANDA<br>218 CALLE DEL PARQUE APT 3-C<br>SAN JUAN, PR 00912 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 78906 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2001-6412, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #78906 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | RUIZ DELGADO, PEDRO<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28660 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | RUIZ ITHIER, LUCILA<br>18 LUIS PALES MATOS<br>URB RMZ DE ARL<br>MAYAGUEZ, PR 00682 | 03/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4137 | $9,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2000-2568 but the records of the cases indicate that the cases have since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | SANCHEZ SEPULVEDA, ARACELIS<br>5503 CALLE SURCO<br>HACIENDA LA MATILDE<br>PONCE, PR 00728 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 106695 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446 , but the records of the case indicate that the case has since been dismissed and there is no further liability.

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 75 | SANTANA CARDONA, VICENTE<br>CIUDAD UNIVERSITARIA AVE. AA # D-17 LOCAL B<br>TRUJILLO ALTO, PR 00976 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29059 | $87,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number DDP-2015-0788, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 76 | SANTIAGO OTERO, CARMELO<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28904 | $267,850.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment. | | | | | |
| 77 | SANTIAGO VARGAS, ANTONIO<br>HUMBERTO GUZMAN RODRIGUEZ<br>PMB 733 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29773 | $267,850.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment. | | | | | |
| 78 | SEMIDEY IRIZARRY, IVETTE<br>BO. SUSUA ALTA<br>SECT. LA REPUBLICA<br>P.O. BOX 964<br>YAUCO, PR 00698-0964 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109394 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 79 | SEMIDEY IRIZARRY, IVETTE<br>PO BOX 964<br>YAUCO, PR 00698-0964 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41993 | Undetermined* |
| | Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 80 | TORO GONZALEZ, GLADYS<br>JARD DEL CARIBE<br>316 CALLE 2<br>PONCE, PR 00728-4415 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30804 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 81 | TORO SANTOS, JENNY<br>URB ALHAMBRA<br>1817 CALLE ALCAZAR<br>PONCE, PR 00716-3830 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47848 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 82 | TORRES JIMENEZ, LEONILDA<br>HC 2 BOX 12812<br>MOCA, PR 00676 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16955 | $50,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2012-1259, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 83 | TORRES ORTIZ, MAYRA<br>PO BOX 492<br>SABANA GRANDE, PR 00637 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 157003 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| 84 | TORRES TORRES , YANIRA<br>APARTADO #5<br>COAMO, PR 00769 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99572 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2006-3446, but the records of the case indicate that the case has since been dismissed and there is no further liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 85 | TRINIDAD ESCALERA, PEDRO J<br>LA PONDEROSA<br>429 CALLE LAS MARGARITAS<br>RIO GRANDE, PR 00745 | 03/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2473 | $9,775.00* |

Reason: Proof of Claim asserts claim related to litigation case AQ-15-0184. According to the Commonwealth books and records, the claimant has been paid for the 5 months of salary according to the award letter and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 86 | VARGAS ACOSTA, PABLO<br>P.O. BOX 387<br>LAJAS, PR 00667 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114294 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 87 | VARGAS ROMAN, EMILIA VERA<br>36 VILLA SERENA<br>SANTA ISABEL, PR 00757 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 166852 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2012-1259, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Claim #166852 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | VAZQUEZ FONTAN, RAINIERO<br>PMB 733 1353 AVE WIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 81555 | $267,850.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

| | | | | | | |
|---|---|---|---|---|---|---|
| 89 | VAZQUEZ PEREZ, LUIS<br>HC02 BOX 12307<br>SAN GERMAN, PR 00683 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21167 | $90,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number NSCI-2001-00036, but the claimant does not appear as a named plaintiff in the partial judgment.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Second Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 90 | VELAZQUEZ WEBB, JOSEPH 7060 CALLEJON A ROMAN QUEBRADILLAS, PR 00678 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14240 | $25,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2014-0673, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 91 | VILLEGAS FALU, EDNA M. 12 SECTOR MINAO SAN JUAN, PR 00926-8336 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62656 | $20,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

|  |  |
|---|---|
| TOTAL | $7.395.842.75* |

*Indicates claim contains unliquidated and/or undetermined amounts