## <u>ANEXO A</u>

**Relación de reclamaciones objeto de la Quingentésima nonagésima segunda objeción global**

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALMODOVAR QUILES, ALEJANDRO #445 CALLE 6 EXT. SAN AGUSTIN SAN JUAN, PR 00926 | 06/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 64334 | $85,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso 00-1806-JP , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | ALVAREZ GALARZA, JOSE A HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOVEAUX GUAUABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34470 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | BARRAL FELICIANO, GREGORIO L. 2674 C/TETUAN VILLA DEL CARMEN PONCE, PR 00716 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162912 | $3,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | BETANCOURT CASTELLANO, JOSE A. HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. WIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 39398 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

## Quingentésima Nonagésima Segunda Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | CARABALLO CARABALL, RAMON L<br>URB BARAMAYA<br>847 CALLE AREYTO<br>PONCE, PR 00728 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40570 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en los casos KAC-1998-0532 y 2000-06-1639 , pero el demandante no aparece mencionado como tal en ninguno de los dos casos. La Evidencia de Reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 , no obstante, el caso se desestimó y no existe ningún otro fundamento para invocar una obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | CASIANO BUZANET, ISABEL<br>PO BOX 517<br>MERCEDITA, PR 00715-0517 | 06/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 76288 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Reclamo n.º 76288 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COMMUNICATION LEASING LEASING CORPORATION<br>PO BOX 362526<br>SAN JUAN, PR 00936-2585 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27595 | $120,898.98 |

Base para: La o las facturas que ascienden a un total de $26,866.44 se pagaron mediante transferencias electrónicas identificadas con los números 00099063 , 00099125, 00099126, 00099127, 00099128 y 00099129 el 12/09/2018. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $94 ,032.54, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado , razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III .

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | COOPERATIVA DE AHORRO Y CREDITO DE EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA COOPAEE P.O. BOX 6416 BAYAMON, PR 00960-5416 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137480 | $22,702.66* |

Base para: El Demandante invoca obligaciones asociadas a un préstamo personal, y el Deudor no tiene ninguna obligación, pues no fue garantizado ni se acordó de otro modo su pago.

Reclamo n.º 137480 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20738 | $7,939.48* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21158 | $6,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2004-0803 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>8000 PETERS ROAD<br>STE A-200<br>FORT LAUDERDALE, FL 33324 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21728 | $9,174.82 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación . | | | | | |
| 12 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25174 | $31,975.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2011-0518 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 13 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25191 | $6,800.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación . | | | | | |
| 14 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25237 | $10,057.12 |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación . | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25244 | $502.27 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | Cooperativa de Seguros Multiples de Puerto Rico 38 Calle Nevárez San Juan, PR 00927 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 80099 | $10,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso FAC-2012-4213 , pero el expediente indica que el caso se resolvió y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | COOPERATIVE DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 NEVÁREZ STREET SAN JUAN, PR 00927 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27992 | $10,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | CORREA FRANCESHINI, LISSIE L HC 1 BOX 6081 GUAYANILLA, PR 00656 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 104303 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | CRUZ GONZALEZ, LAURA I. T-1 CALLE EUCALIPTO PONCE, PR 00730 | 06/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79156 | $5,320.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CRUZ MORALES, JUAN MANUEL HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36398 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | CRUZ NIEVES, JUANA EMILIO CANCIO BELLO 1702 SAN MATEO SANTURCE, PR 00912 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33802 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso DDP-2014-0991 , pero el demandante retiró el caso y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | DIAZ GONZALEZ, ILIA BRISAS DE CANOVANAS 159 CALLE GAVIOTA CANOVANAS, PR 00729-2975 | 06/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 100878 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | ENTERTAINMENT CENTER INC. ANGEL E. GONZALEZ ORTIZ BANCO COOPERATIVO PLAZA SUITE 605-D 623 AVE. PONCE DE LEON SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19604 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en los casos EAC-2010-0374 ; FAC-2010-1235; FAC-2010-2205; FAC-2010-2206; FAC-2010-2850; KAC-2010-1089; KAC-2010-1396; KAC-2010-1397; no obstante, los expedientes de los casos indican que se desestimaron y no existe ninguna otra obligación .

Reclamo n.º 19604 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | ENTERTAINMENT CENTER, INC. ANGEL EFRAÍN GONZÁLEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEÓN, OFICINA 605-B SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16998 | Indeterminado* |

Base para: La evidencia de Reclamo pretende invocar una obligación con base en el caso KAC-2010-0928 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | ENTERTAINMENT CENTER, INC. ANGEL EFRAÍN GONZÁLEZ ORTIZ BANCO COOPERATIVO PLAZA 623 AVE. PONCE DE LEÓN, OFICINA 605-B SAN JUAN, PR 00917-4820 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18151 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2010-1215 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Reclamo n.º 18151 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | ESCRIBANO FUENTES, LUIS R. CALLE DEL PARQUE #218 APARTAMENTO 3-C SAN JUAN, PR 00912 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 89221 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 89221 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | FANTAUZZI RAMOS, DOMINGO HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE - LUIS VIGOVEAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30222 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | FEBRES ORTIZ, JOSE A. CALLE 27 NUM 488A PARCELAS FALU SAN JUAN, PR 00924 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127937 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 127937 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | FIGUEROA FIGUEROA, JOSE<br>URB COUNTRY CLUB<br>HE32 CALLE 222<br>CAROLINA, PR 00982-2642 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111251 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | FIGUEROA PIZARRO, GEORGINA<br>CO GLORIA E ROMERO ROLON<br>ESTUDIO DE CONSULTORIA LEGAL<br>PMB 237 35 JUAN CARLOS DE BORB<br>GUAYNABO, PR 00969-3515 | 06/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58465 | $67,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso 2014-0203 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | GARCIA PACHECO, LEONALDO<br>PMB 733 1353 AVE. WIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34467 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | GARCIA RODRIGUEZ, JUAN<br>11 A PALMA REAL ST.<br>URB. VILLA SAGRADO CORAZON<br>PONCE, PR 00716 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111834 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2003-3604 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo ha pasado a un proceso de Resolución Alternativa de Disputas (ADR en inglés) y se resolverá de acuerdo con los procedimientos ADR . Como esta objeción no constituye una objeción a la parte del reclamo en el proceso ADR , los Deudores se reservan el derecho de impugnar la parte remanente del reclamo con cualquier otro fundamento .

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | GARCIA SERRANO, LUIS A. I/C/O HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29836 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | GONZALEZ COLLAZO, LUIS E PO BOX 121 CEIBA, PR 00735 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10565 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Reclamo n.º 10565 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | GONZALEZ COLLAZO, LUIS E PO BOX 121 CEIBA, PR 00735 | 05/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10670 | $16,065.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | HERNANDEZ SANCHEZ, DAVID 41676 CALLE PEDRO LOPEZ QUEBRADILLAS, PR 00678 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15992 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2014-0673 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Quingentésima Nonagésima Segunda Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | IBRAIM IBRAIM, NADER LCDO FELIPE FERRER RODRIGUEZ URB CIUDAD JARDIN DECANOVANAS CALLE HIGUETA BUZON 56 CANOVANAS, PR 00729 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19497 | $15,372.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso NSCI-2017-00235 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 38 | JIMEINEZ DE LA CRUZ, SONIA M JRDNS. COUNTRY CLUB Q-3 23 ST. CAROLINA, PR 00983-1638 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130621 | $100,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2002-5357 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 39 | JIMENEZ RIVERA, JOSE J URB PARKVILLE AVE LOPATEGUI A5 GUAYNABO, PR 00969 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40150 | $25,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el número de caso JDP-2011-0341 , pero el expediente indica que la decisión del tribunal de apelaciones revoca la imposición de honorarios de abogados por temeridad en contra del gobierno . Por tal motivo, no existe ninguna otra una obligación. | | | | | |
| 40 | L.A.C. CONSTRUCION CORP EDGARDO L. RIVERA PO BOX 360764 SAN JUAN, PR 00936-0764 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11102 | $65,565.00 |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KCD-2012-2503 , pero el expediente del caso indica que este se resolvió y que no existe ninguna otra obligación. | | | | | |

## Quingentésima Nonagésima Segunda Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | LISANDRA COLON ROSARIO V DEPARTAMENTO DE EDUCACION CASO PAREJA MOISES MEDINA PACHECO Y LISANDRA COLON ROSARIO HC 02 BOX 50985 COMERÍO, PR 00782 | 05/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23302 | $8,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a honorarios de abogados . Sin embargo, según los documentos del litigio, no se adjudicaron honorarios de abogados. Por tal motivo, no existen otros fundamentos para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | LOPEZ BAEZ, SONIA N HC 1 BOX 4305 JUANA DIAZ, PR 00795-9703 | 05/01/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9984 | $3,975.49 |

Base para: La Evidencia de Reclamo no proporciona un fundamento para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico . La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación, de existir, entre el Demandante y su ex esposa.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | LOPEZ LIBOY, NELSON HUMBERTO GUZMAN RODRIGUEZ PMB 7333 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30208 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | LÓPEZ LÓPEZ, JANNETTE LIC. JUAN CORCHADO JUARBE URB. HERMANAS DAVILA AVE. BETENCES I-2 BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27666 | $60,000.00* |

Base para: El Demandando asociado al Reclamo para Desestimar ya ha recibido una remuneración con motivo de las obligaciones subyacentes a la evidencia de reclamo , y como ejecutó una exoneración, el Deudor no es responsable por el Reclamo para Desestimar, pues ya fue satisfecho y exonerado.

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 45 | MERCADO, MARIA M URB LAS VEGAS H21 CALLE P JORGE MARTI LLORENS CATANO, PR 00962 | 07/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 93046 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | MOLINA MILLER, MARIO HC02 BOX 4866 SABANA HOYOS, PR 00688 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13510 | $50,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2014-0673 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 47 | MORALES PAGAN, BENJAMIN HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE-WIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26996 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 48 | NAZARIO GONZALEZ, JULIO  E. COOP. SAN  IGNACIO APT. 513-A RIO PIEDRAS, PR 00927 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31358 | $5,292.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso AQ-13-0783 , pero el expediente indica que el empleado cumplió 27 años de servicio después de la fecha apropiada y, por tanto, no existe ninguna otra obligación.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | NEGRON MARTINEZ, MILDRED EL MONTE NORTE A 207 SAN JUAN, PR 00918 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47051 | $22,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso 2016-00337 , pero el expediente del caso indica que este se resolvió y no existe ninguna otra obligación. | | | | | |
| 50 | O'NEILL OYOLA, LEIDA 2007 ASTER TRL FORNEY, TX 75126 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 100864 | $850,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso 3:17-CV-02311, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 51 | ORTA VAZQUEZ, HENRY HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE, LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31812 | $267,850.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |
| 52 | ORTIZ MATEO, ARNALDO L HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE LUIS VIGOVEAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27622 | $267,850.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio. | | | | | |

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | ORTIZ RIVERA, JOSÉ E DENNIS H. NÚÑEZ PO BOX 1142 AIBONITO, PR 00705 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41294 | $55,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | OSORIO CEPEDA, JAIME LUIS HUMBERTO GUZMAN RODRIGUEZ PMB733 1353 AVE - LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26995 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | PERFETTO PERALES, VANESSA R-11 CALLE 29 BAYAMON, PR 00959 | 06/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122810 | $51,292.17* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2016-132 , pero según el expediente del caso, este fue desestimado y no existe ninguna otra obligación.

Reclamo n.º 122810 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | PONCE REAL ESTATE CORPORATION PO BOX 7071 PONCE, PR 00732 | 09/27/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 171040 | $29,022.00 |

Base para: De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico , las facturas que totalizan $29,022.00 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron ; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | PR MEDICAL EMERGENCY CORPS WIGBERTO LUGO MENDER ESQ. 100 CARR 165 SUITE 501 GUAYNABO, PR 00968-8052 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 111733 | $29,479.88 |

Base para: De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico , las facturas que totalizan $29,479.88 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron ; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | QBE SEGUROS LCDO. FRANCISCO SAN MIGUEL-FUXENCH PO BOX 190406 SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53871 | $5,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | QBE SEGUROS FRANCISCO SAN MIGUEL- FUXANCH PO BOX 190406 SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55992 | $12,050.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos , pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación .

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | QUINTANA QUINONES, JENNIFER C/O NORBERTO J SANTANA VELEZ PO BOX 135 CAGUAS, PR 00726 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58198 | $40,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso JDP-2017-0089 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | RAMOS TAVAREZ, ANGEL L CALLE FRANCIA BUZON 2730 ISABELA, PR 00662 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25507 | $265,705.00* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio ADP-2018-0014. De acuerdo con los libros y registros, el Estado Libre Asociado de Puerto Rico no tiene ninguna obligación vinculada al litigio ADP-2018-0014. La obligación asociada a este litigio se invocó en contra del Deudor correspondiente, la Autoridad de Energía Eléctrica de Puerto Rico, en el reclamo 23740.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 62 | REYES COLON, FRANCISCO HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34471 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036, pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 63 | RIVERA RODRIGUEZ, LUZ A. URB SANTOSE 613 CALLE CARMELO SEGLAR PONCE, PR 00728 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99315 | $9,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2000-2568, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | RIVERA RODRIGUEZ, NYLDA PO BOX 8599 PONCE, PR 00732 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70291 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 65 | RIVERA RODRIGUEZ, SARAH I HC 3 BOX 8237 BARRANQUITAS, PR 00794 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107799 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 66 | RIVERA VAZQUEZ, CECILIA HE32 CALLE 222 CAROLINA, PR 00982 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77458 | $75,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| | Reclamo n.º 77458 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar | | | | | |
| 67 | RODRIGUEZ CINTRON, EVELYN VALLE ARRIBA HTS BD2 CALLE NARANJO CAROLINA, PR 00983-3334 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 94715 | $75,000.00* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 68 | RODRIGUEZ RUIZ, IRIS  J URB STA. TERESITA 5033 CALLE SAN PEDRO PONCE, PR 00730-4517 | 06/04/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 94257 | $5,278.88* |
| | Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |

## Quingentésima Nonagésima Segunda Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 69 | RODRIGUEZ SEGARRA, JUANITA URB ALTA VISTA CALLE 20 PONCE, PR 00716 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90426 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | RODRIQUEZ RODRIGUEZ, ROBERTO PUB733 B53 AVE LUIS VIGOREAUX GUAYUABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31807 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 71 | ROMAN TORO, YOLANDA 218 CALLE DEL PARQUE APT 3-C SAN JUAN, PR 00912 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 78906 | $75,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2001-6412 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 78906 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 72 | RUIZ DELGADO, PEDRO HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28660 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 73 | RUIZ ITHIER, LUCILA 18 LUIS PALES MATOS URB RMZ DE ARL MAYAGUEZ, PR 00682 | 03/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4137 | $9,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2000-2568 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | SANCHEZ SEPULVEDA, ARACELIS 5503 CALLE SURCO HACIENDA LA MATILDE PONCE, PR 00728 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 106695 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | SANTANA CARDONA, VICENTE CIUDAD UNIVERSITARIA AVE. AA # D-17 LOCAL B TRUJILLO ALTO, PR 00976 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29059 | $87,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso DDP-2015-0788 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | SANTIAGO OTERO, CARMELO HUMBERTO GUZMAN RODRIGUEZ PMB 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28904 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 77 | SANTIAGO VARGAS, ANTONIO HUMBERTO GUZMAN RODRIGUEZ PMB 733 1353 AVE. LUIS VIGOREAUX GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29773 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | SEMIDEY IRIZARRY, IVETTE BO. SUSUA ALTA SECT. LA REPUBLICA P.O. BOX 964 YAUCO, PR 00698-0964 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109394 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | SEMIDEY IRIZARRY, IVETTE PO BOX 964 YAUCO, PR 00698-0964 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41993 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | TORO GONZALEZ, GLADYS JARD DEL CARIBE 316 CALLE 2 PONCE, PR 00728-4415 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30804 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Segunda Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 81 | TORO SANTOS, JENNY<br>URB ALHAMBRA<br>1817 CALLE ALCAZAR<br>PONCE, PR 00716-3830 | 06/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47848 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 82 | TORRES JIMENEZ, LEONILDA<br>HC 2 BOX 12812<br>MOCA, PR 00676 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16955 | $50,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso KAC-2012-1259 , no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 83 | TORRES ORTIZ, MAYRA<br>PO BOX 492<br>SABANA GRANDE, PR 00637 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 157003 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 84 | TORRES TORRES , YANIRA<br>APARTADO #5<br>COAMO, PR 00769 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99572 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KPE-2006-3446 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 85 | TRINIDAD ESCALERA, PEDRO J<br>LA PONDEROSA<br>429 CALLE LAS MARGARITAS<br>RIO GRANDE, PR 00745 | 03/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2473 | $9,775.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio AQ-15-0184 . De acuerdo con los libros y registros del Estado Libre Asociado , el demandante recibió el pago de los 5 meses de salario conforme a la carta de adjudicación , por lo que no persiste ninguna obligación adicional.

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 86 | VARGAS ACOSTA, PABLO<br>P.O. BOX 387<br>LAJAS, PR 00667 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114294 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 87 | VARGAS ROMAN, EMILIA VERA<br>36 VILLA SERENA<br>SANTA ISABEL, PR 00757 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 166852 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso KAC-2012-1259 , no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Reclamo n.º 166852 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 88 | VAZQUEZ FONTAN, RAINIERO<br>PMB 733 1353 AVE WIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 81555 | $267,850.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 89 | VAZQUEZ PEREZ, LUIS<br>HC02 BOX 12307<br>SAN GERMAN, PR 00683 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21167 | $90,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número NSCI-2001-00036 , pero el demandante no aparece mencionado como tal en dicho litigio.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 90 | VELAZQUEZ WEBB, JOSEPH<br>7060 CALLEJON A ROMAN<br>QUEBRADILLAS, PR 00678 | 05/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14240 | $25,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-2014-0673 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

## Quingentésima Nonagésima Segunda Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 91 | VILLEGAS FALU, EDNA M.<br>12 SECTOR MINAO<br>SAN JUAN, PR 00926-8336 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62656 | $20,000.00* |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | TOTAL | $7.395.842,75* |
|---|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados