# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Ninety-Third Omnibus Objection**

## Five Hundred Ninety-Third Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GARCIA, LUIS R.<br>URB VIRGINIA VALLEY<br>615 VALLE VERDE<br>JUNCOS, PR 00777 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48906 | $18,480.00* |
| | Reason: Proof of Claim asserts claim related to litigation case 2015-01-1085. According to the Commonwealth books and records, the claimant has been issued a check on 9/30/2019 and no further liability remains. | | | | | |
| | Claim #48906 also contained on Exhibit A to the 351st Omnibus Claims Objection for Claims to Be Partially Disallowed | | | | | |
| 2 | GRUPO MANUFACTURERO VÁZQUEZ INC<br>CARR 670 BZ. 81-2<br>MANATI, PR 00674 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6596 | $4,930.00* |
| | Reason: Invoice(s) totaling $4,930.00 were paid via Checks 00211876 and 00211877 on 05/23/2018. | | | | | |
| | | | | | TOTAL | $23,410.00* |

\*Indicates claim contains unliquidated and/or undetermined amounts

1