# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima nonagésima tercera objeción global**

## Quingentésima Nonagésima Tercera Objeción Global
## Anexo A: Reclamos Satisfechos

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | GARCIA, LUIS R.<br>URB VIRGINIA VALLEY<br>615 VALLE VERDE<br>JUNCOS, PR 00777 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48906 | $18,480.00* |

Base para: La Evidencia de Reclamo invoca un reclamo relacionado con el litigio 2015-01-1085. De acuerdo con los libros y registros del Estado Libre Asociado, el demandante recibió un cheque el 30/9/2019 y no persiste ninguna otra obligación.

Reclamo n.º 48906 incluido también en el Anexo A de la Objeción Global 351 por Reclamos para Desestimar Parcialmente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | GRUPO MANUFACTURERO VÁZQUEZ INC<br>CARR 670 BZ. 81-2<br>MANATI, PR 00674 | 04/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6596 | $4,930.00* |

Base para: La o las facturas que ascienden a un total de $4,930.00 se pagaron mediante cheques identificados con los números 00211876 y 00211877 el 23/05/2018

| | | | | | TOTAL | $23,410.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados