# EXHIBIT A

**Schedule of Claims Subject to Five Hundred Eighty-Fourth Omnibus Objection**

Five Hundred Eighty-Fourth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING AMENDED CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | MANPOWERGROUP, INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 NORTH PORT WASHINGTON RD. MILWAUKEE, WI 53212 | 03/28/23 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180870 | $875,000.00 | MANPOWERGROUP, INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 NORTH PORT WASHINGTON RD. MILWAUKEE, WI 53212 | 04/19/23 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180866 | $875,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | QUEST DIAGNOSTICS OF PUERTO RICO, INC. FAEGRE DRINKER BIDDLE & REATH LLP BRETT D. FALLON 222 DELAWARE AVENUE, SUITE 1410 WILMINGTON, DE 19801 | 03/20/23 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180865 | $350,000.00 | QUEST DIAGNOSTICS OF PUERTO RICO, INC. FAEGRE DRINKER BIDDLE & REATH LLP BRETT D. FALLON 222 DELAWARE AVENUE, SUITE 1410 WILMINGTON, DE 19801 | 04/10/23 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 180867 | $350,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |