**ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima octogésima cuarta objeción global**

Quingentésima Octogésima Cuarta Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN ENMENDADAS REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | MANPOWERGROUP, INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 NORTH PORT WASHINGTON RD. MILWAUKEE, WI 53212 | 03/28/23 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180870 | $875,000.00 | MANPOWERGROUP, INC. C/O KOHNER, MANN & KAILAS, S.C. 4650 NORTH PORT WASHINGTON RD. MILWAUKEE, WI 53212 | 04/19/23 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180866 | $875,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 | QUEST DIAGNOSTICS OF PUERTO RICO, INC. FAEGRE DRINKER BIDDLE & REATH LLP BRETT D. FALLON 222 DELAWARE AVENUE, SUITE 1410 WILMINGTON, DE 19801 | 03/20/23 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180865 | $350,000.00 | QUEST DIAGNOSTICS OF PUERTO RICO, INC. FAEGRE DRINKER BIDDLE & REATH LLP BRETT D. FALLON 222 DELAWARE AVENUE, SUITE 1410 WILMINGTON, DE 19801 | 04/10/23 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 180867 | $350,000.00 |
| | Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |