# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima octogésima quinta objeción global**

Quingentésima Octogésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

|   | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ALEGADOS ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | REDUCIDOS Y ADMITIDOS ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 49926 | El Estado Libre Asociado de Puerto Rico | 503(b)9 | $231,092.97 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $18,611.44 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $159,015.11 en el sistema de dicha agencia. Se pagaron facturas por un total de $28,391.13 mediante cheques fechados el 24/08/2010 y el 02/11/2016. Para el importe restante, el demandante invocó la prioridad administrativa en virtud del artículo § 503(b)(9) del título 11 del U.S.C., pero las mercancías enumeradas en la Evidencia de Reclamo se recibieron fuera del plazo de recepción de 20 días estipulado en el artículo § 503(b)(9) del título 11 del U.S.C. y, por lo tanto, el demandante no tiene derecho a la prioridad administrativa. Por consiguiente, el Reclamo debería reducirse, reducirse a un reclamo sin garantía general y admitirse por un monto de $18,611.44, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo n.º 49926 incluido también en el Anexo A de la Objeción Global 391 por Reclamos Modificados

|   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| 2 | AT&T MOBILITY, LLC C. NICOLE GLADDEN MATTHEWS, ESQ. ASSISTANT VICE PRESIDENT - SENIOR LEGAL COUNSEL 15 E. MIDLAND AVENUE PARAMUS, NJ 07652 | 27678 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $94,410.04* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $23,823.95 |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Octogésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | | | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | |
|---|---|---|---|---|---|---|---|
| NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $7,430.14 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $4,957.35 se pagaron mediante cheques identificados con los números 1610, 1710, 029759, 029829, 164931, 154182 y 160940 entre el 11/05/2017 y el 25/07/2017. La o las facturas que ascienden a un total de $41,929.77 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, la Administración de Seguros de Salud, el Banco de Desarrollo Económico, el Centro Médico, la Corporación de Puerto Rico para la Difusión Pública, la Corporación para la Supervisión y Seguros de Cooperativas y la Universidad de Puerto Rico, que no forman parte de estos procesos al amparo del Título III. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $1,817.52, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. El acreedor invocó facturas pendientes con el Departamento de Correcciones y Rehabilitación (DCR) que totalizan $14,110.63. Con posterioridad a la presentación del reclamo, el acreedor envió al DCR un correo electrónico con fecha 13/11/2019 en el que confirmaba que la agencia no tenía ninguna factura impaga. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, las facturas que totalizan $340.68 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no están adeudadas por la agencia del Estado Libre Asociado que se invoca. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $23,823.95 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $23,823.95 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 3 | BEC CO. INC. D/B/A EMPACADORA HILL BROTHERS FERREIRA CINTRÓN LAW OFFICES, P.S.C. PMB 274,405 ESMERALDA AVENUE, SUITE 2 GUAYNABO, PR 00969 | 5240 | El Estado Libre Asociado de Puerto Rico | Garantizada | $190,176.18 | El Estado Libre Asociado de Puerto Rico | Garantizada | $53,534.24 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $117,933.10 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $18,708.84 se pagaron mediante cheques identificados con los números 1401008865 y 1401009195 los días 19/3/2018 y 7/6/2018. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $53,534.24 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $53,534.24 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Octogésima Quinta Objeción Global
Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | C E & L FIRE EXTINGUISHERS PO BOX 3092 BAYAMON, PR 00960 | 12278 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $512.35 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $6,995.00 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $692.50 se pagaron con el cheque número 00215129 el 8/6/2018. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $512.35 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $512.35 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | CARIBBEAN RESTAURANTS, LLC PO BOX 36999 SAN JUAN, PR 00936-6999 | 23283 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $192,425.88 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,158.94 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $120,078.12 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $55,188.82 se pagaron mediante transferencias electrónicas identificadas con los números 00083203 y 00091967 los días 8/6/2018 y 25/7/2018. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $17,158.94 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $17,158.94 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | CITY STATIONERY INC<br>PO BOX 9239<br>CAGUAS, PR 00726 | 19590 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $86,755.78 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,055.62 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de las agencias, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $47,569.78 en el sistema de dicha agencia. La o las facturas que totalizan $646.00 se gravaron con una retención impositiva. La o las facturas que ascienden a un total de $2,044.00 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos al amparo del Título III. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $24,623.98, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $11,055.62 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $11,055.62 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo n.º 19590 incluido también en el Anexo A de la Objeción Global 372 por Reclamos Modificados

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | CONSOLIDATED TELECOM OF PUERTO RICO,LLC D/B/A CONSO TEL OF PUERTO RICO,LLC RODRIGUEZ-MARXUACH, PSC P.O.BOX 16636 SAN JUAN, PR 00908-6636 | 26391 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $149,593.29 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,821.99 |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, los Deudores consideran que el acreedor solo tiene derecho a $3,821.99 por las facturas restantes. Por consiguiente, el Reclamo debería reducirse a $3,821.99 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo n.º 26391 incluido también en el Anexo A de la Objeción Global 391 por Reclamos Modificados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Octogésima Quinta Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | | | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | CONSOLIDATED WASTE SERVICES P.O. BOX 1322 GURABO, PR 00778 | 23140 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,367.54 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,741.46 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 7 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $1,176.65 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $1,805.00 se pagaron mediante transferencias electrónicas identificadas con los números 00071277, 00072381, 00072710, 00076496, 00079551 y 00096488 entre el 09/04/2018 y el 27/08/2018. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, las facturas que totalizan $9,150.00 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no están adeudadas por la agencia del Estado Libre Asociado que se invoca. El acreedor proporcionó varias facturas duplicadas que ascienden a $15,116.00. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $20,741.46 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $20,741.46 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados 5

Quingentésima Octogésima Quinta Objeción Global
Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | DISTRIBUIDORA BLANCO INC P.O. BOX 192672 SAN JUAN, PR 00919-2672 | 107701 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,727,495.47 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,933.38 |

Base para: El respaldo proporcionado para el reclamo superaba el monto total reclamado, como queda reflejado en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. La evidencia de reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según una declaración que testifica una revisión razonable de los libros y registros de las agencias, no existen obligaciones pendientes asociadas a la o las facturas que totalicen $1,292,997.74 en el sistema de las agencias. La o las facturas por un total de $3,601.93 se pagaron mediante el cheque número 0000140655 el 8/2/2017 y mediante las transferencias electrónicas identificadas con los números 00018672, 00046362 y 00085172 entre el 2/2/2017 y el 20/6/2018. La o las facturas que totalizan $10,363.69 omiten proporcionar un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y la Junta de Gobierno del Servicio 9-1-1, la Administración de Compensaciones por Accidentes de Automóviles, la Autoridad de Tierras, la Administración de Servicios Médicos, la Compañía de Turismo de Puerto Rico y la Autoridad de Aguas y Alcantarillados, que no forman parte de los procedimientos al amparo del Título III. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico por un total de $364,504.03, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo en contra de dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociad de Puerto Rico o contra cualquiera de los otro deudores al amparo del Título III. De acuerdo con los libros y registros del Estado Libre Asociado de Puerto Rico, las facturas que ascienden a $38,358.76 se relacionaban con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no están adeudadas por la agencia del Estado Libre Asociado que se invoca. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan un total de solo $15,933.38 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,933.38 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo

Reclamo No. 107701 incluido también en el Anexo A a la Objeción Global 391 por reclamos modificados Una parte de este reclamo se ha transferido a la Autoridad de Energía Eléctrica de Puerto Rico, los Deudores se reservan el derecho de objetar la parte remanente del reclamo por cualquier otra causal.

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | JACQUELINE MOORE AND ASSOC. 5861 S. ALBION COURT GREENWOOD VILLAGE, CO 80121 | 648 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,353.85 |

Base para: El respaldo proporcionado por el Reclamo contiene facturas por un monto superior al total reclamado, como se refleja en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. La Evidencia de Reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según la declaración que testifica la revisión razonable de los libros y registros de la agencia, no existen obligaciones pendientes asociadas a la o las facturas que totalizan $58,282.18 en el sistema de dicha agencia. La o las facturas que ascienden a un total de $13,454.08 se pagaron con el cheque número 02775012 el 02/04/2012. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $14,353.85 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $14,353.85 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Octogésima Quinta Objeción Global
### Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | O'NEILL SECURITY & CONSULTANT SERVICES, INC. PO BOX 1057 GUAYAMA, PR 00785 | 74306 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,297,174.84 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,160.00 |

Base para: De acuerdo con las pruebas aportadas por el acreedor en respuesta a nuestra solicitud de datos adicionales de correo estándar, la o las facturas que totalizan $2,359,648.44 se pagaron el 19/2/2019. La evidencia de reclamo pretende invocar una obligación con base en la o las facturas presentadas. Según una declaración que testifica una revisión razonable de los libros y registros de las agencias, no existen obligaciones pendientes asociadas a la o las facturas que ascienden a un total de $65,158.99 en el sistema de las agencias. La o las facturas que totalizan $60,161.92 se pagaron mediante el cheque número 63230 el 14/11/2017. La o las facturas que totalizan $809,690.69 no proporcionan un fundamento para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y la Compañía de Turismo de Puerto Rico, la Corporación de Puerto Rico para Difusión Pública, el Municipio de Caguas, el Municipio de Maunabo, el Campus de Ciencias Médicas y la Universidad de Puerto Rico, que no forman parte de los procedimientos al amparo del Título III. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $354.80, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra dicho Estado o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $2,160.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $2,160.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.