# **EXHIBIT H**

**Declaration of Carmen Q. Rodriguez Rodriguez**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF CARMEN Q. RODRIGUEZ RODRIGUEZ IN SUPPORT OF THE FIVE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY SATISFIED AND/OR PARTIALLY ASSERT AMOUNTS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Carmen Q. Rodriguez Rodriguez, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am an account payable director at the Department of Education (the "DE"), whose job responsibilities includes among other tasks, managing the account payable department. Within

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the managing functions, I oversee all aspects of the account payable operations, including the review of invoices to ensure that all costs have been charged correctly, reviewing reports to identify errors or other problems with payments made, required. The facts set forth herein are true and correct to the best of my knowledge and belief as per my review of DE records and information provided by the team of DE employees I personally supervised, as further explained below.

2. In my capacity as an account payable director of DE, I and/or a team of DE employees working at my direction am responsible for, among other things, reviewing certified invoices and processing them for payment. As a general matter, invoices are certified for payment to ensure the legal disbursement of public funds for goods and services, materials, claims and any other valid and legal obligation of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Eighty-Fifth Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable*.[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to DE, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Eighty-Fifth Omnibus Objection.

5.  At the request of AAFAF's representatives, I conducted a reasonable review of DE's records to determine whether the invoices associated with the claims have been certified for payment. The invoices received and registered in the account payable module are verified with the unrecorded invoice report and historical check register, in order to determine if the invoice were paid.

6.  Based upon that review, Claim No. 19590, 27678, 49926, and 107701 identified on **Exhibit A** to the Five Hundred Eighty-Fifth Omnibus Objection are based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 16, 2023

> By: /s/ Carmen Q. Rodriguez Rodriguez
> Carmen Q. Rodriguez Rodriguez
> Account Payable Director

3

# **ANEXO H**

**Declaración de Carmen Q. Rodriguez Rodriguez**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>                    Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

**DECLARACIÓN DE CARMEN Q. RODRIGUEZ RODRIGUEZ EN APOYO DE LA QUINGENTÉSIMOCTOGÉSIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y/O EN PARTE RECLAMAN UNOS MONTOS POR LOS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Carmen Q. Rodriguez Rodriguez, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy un director de cuentas por pagar en el Departamento de Educación (el "DE"), cuyas responsabilidades laborales incluyen, entre otras tareas, administrar el departamento de cuentas por pagar. Dentro de las funciones de gestión, superviso todos los aspectos de las operaciones de cuentas por pagar, incluida la revisión de facturas para garantizar que todos los costos se hayan cargado correctamente, la revisión de informes para identificar errores u otros problemas con los pagos realizados, requeridos. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del DE y en la información proporcionada por el equipo de empleados del DE que estaba bajo mi supervisión personal, como explico más adelante.

2. En mi calidad de director de cuentas por pagar de DE, yo y/o un equipo de empleados de DE que trabajan bajo mi dirección soy responsable, entre otras cosas, de revisar las facturas certificadas y procesarlas para el pago. Como cuestión general, se certifican facturas para su pago para asegurar el desembolso legal de fondos públicos para bienes y servicios, materiales, reclamaciones y cualquier otra obligación válida y legal del organismo. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Realizo esta declaración en apoyo de la *Quingentésima Octogésima Quinta Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones que*

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

2

*están en Parte Satisfechas y/o en Parte Reclaman Unos Montos por los que los Deudores No Son Responsables* (la "<u>Quingentésima Octogésima Quinta Objeción Global</u>").[3]

4. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al DE, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del DE para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Las facturas recibidas y registradas en el módulo de cuentas por pagar se verifican con el informe de facturas no registradas y el registro histórico de cheques, para determinar si la factura fue pagada.

6. Sobre la base de dicha revisión, las Reclamaciones núm. 19590, 27678, 49926 y 107701, que aparecen en el **<u>Anexo A</u>** de la Quingentésima Octogésima Quinta Objeción Global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 16 de junio de 2023

Por: /s/Carmen Q. Rodriguez Rodriguez<br>
Carmen Q. Rodriguez Rodriguez<br>
Accounts Payable Director

---

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima Octogésima Quinta Objeción Global.

3