# **EXHIBIT P**

**Declaration of Hugo R. Jiménez Arroyo**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                               Debtors.¹ | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF HUGO R. JIMÈNEZ ARROYO IN SUPPORT OF THE FIVE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS THAT ARE PARTIALLY SATISFIED AND/OR PARTIALLY ASSERT AMOUNTS FOR WHICH THE DEBTORS ARE NOT LIABLE**

I, Hugo R. Jiménez Arroyo, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Fiscal Manager at the Puerto Rico Department of Health ("PRDH"). The Fiscal Manager is responsible for the planning, coordination, and supervision of the fiscal, budgetary, and administrative activities that are developed in its division. The facts set forth herein

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

are true and correct to the best of my knowledge and belief as per my review of PRDH records and information provided by the team of PRDH employees I personally supervised, as further explained below.

2. In my capacity as a Fiscal Manager of PRDH, I and employees working at my direction at PRDH, are responsible for, among other things, supervising the Finance Director responsible for reviewing certified invoices and processing them for payments. Once the invoices are certified for payment by the appropriate officer, the team is responsible for ensuring the disbursement of public funds that are legal and for goods and services, materials, claims and other legal obligations of the agency. In addition, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") has consulted with me in connection with the claims reconciliation process for the Commonwealth of Puerto Rico's (the "Commonwealth") case filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]

3. I submit this declaration in support of the *Five Hundred Eighty-Fifth Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Satisfied and/or Partially Assert Amounts for Which the Debtors Are Not Liable*.[3]

4. Representatives of AAFAF provided me with a list of claims which purport to assert liabilities associated with invoices that have allegedly been issued to PRDH, but not yet paid. That list included a spreadsheet identifying certain invoices the claimant asserted were unpaid.

5. At the request of AAFAF's representatives, I conducted a reasonable review of PRDH's records to determine whether the invoices associated with the claims have been certified

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Five Hundred Eighty-Fifth Omnibus Objection.

2

for payment. As part of this review, we searched our Financial System and software that we call People Soft 8.4 and confirmed that we don't receive the invoice UDH-01-2017. In our system the invoice UDH-10-2017 is paid with the Check 63230 on November 14, 2017.

6.  Based upon that review, Claim No. 74306, identified on **Exhibit A** to the Five Hundred Eighty-Fifth Omnibus Objection is based upon invoices that have not been certified for payment. It is my understanding that invoices that have not been certified for payment cannot be paid.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 20, 2023

By: <u>Hugo R. Jiménez Arroyo</u><br>
Hugo R. Jiménez Arroyo<br>
Fiscal Manager<br>
Puerto Rico Department of Health

# **ANEXO P**

**Declaración de Hugo R. Jiménez Arroyo**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *En el asunto*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>                                Deudores.[1] | PROMESA<br>Título III<br>Núm.: 17 BK 3283-LTS<br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

**DECLARACIÓN DE HUGO R. JIMÈNEZ ARROYO EN APOYO DE LA QUINGENTÉSIMOCTOGÉSIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMACIONES QUE ESTÁN EN PARTE SATISFECHAS Y/O EN PARTE RECLAMAN UNOS MONTOS POR LOS QUE LOS DEUDORES NO SON RESPONSABLES**

Yo, Hugo R. Jiménez Arroyo, conforme al Título 28 U.S.C. § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi leal saber y entender:

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

1. Soy Gerente Fiscal en el Departamento de Salud de Puerto Rico ("PRDH"). El Gerente Fiscal es responsable de la planificación, coordinación y supervisión de las actividades fiscales, presupuestarias y administrativas que se desarrollan en su división. A mi leal saber y entender, los hechos aquí expuestos son veraces y correctos, basándome en el análisis que he realizado de los registros del PRDH y en la información proporcionada por el equipo de empleados del PRDH que estaba bajo mi supervisión personal, como explico más adelante.

2. En mi calidad de Gerente Fiscal de PRDH, yo y los empleados que trabajamos bajo mi dirección en PRDH, somos responsables, entre otras cosas, de supervisar al Director de Finanzas responsable de revisar las facturas certificadas y procesarlas para los pagos. Una vez que las facturas son certificadas para su pago por el funcionario correspondiente, el equipo es responsable de garantizar el desembolso de fondos públicos que son legales y para bienes y servicios, materiales, reclamos y otras obligaciones legales de la agencia. Además, la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") me ha consultado en relación con el proceso de reconciliación de reclamaciones para el caso del Estado Libre Asociado de Puerto Rico (el "ELA"), radicado conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2]

3. Realizo esta declaración en apoyo de la *Quingentésima Octogésima Quinta Objeción Global (Sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamaciones que están en Parte Satisfechas y/o en Parte Reclaman Unos Montos por los que los Deudores No Son Responsables* (la "Quingentésima Octogésima Quinta Objeción Global").[3]

---

[2] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

[3] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Quingentésima Octogésima Quinta Objeción Global.

4. Los representantes de AAFAF me han proporcionado una relación de reclamaciones que pretenden alegar responsabilidades vinculadas con facturas que supuestamente fueron emitidas al PRDH, pero que todavía no han sido pagadas. Dicha relación incluía una hoja de cálculo que identificaba determinadas facturas que el reclamante alegaba que no estaban pagadas.

5. A petición de los representantes de AAFAF, he revisado, dentro de lo razonable, los registros del PRDH para determinar si las facturas vinculadas con las reclamaciones han sido certificadas para su pago. Como parte de esta revisión, buscamos en nuestro sistema financiero y software que llamamos People Soft 8.4 y confirmamos que no recibimos la factura UDH-01-2017. En nuestro sistema la factura UDH-10-2017 se paga con el Cheque 63230 el 14 de noviembre de 2017.

6. Sobre la base de dicha revisión, las Reclamación núm. 74306, que aparecen en el **Anexo A** de la Quingentésima Octogésima Quinta Objeción Global se basan en facturas que no han sido certificadas para su pago. Tengo entendido que las facturas que no han sido certificadas para el pago no pueden pagarse.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi leal saber y entender.

Fecha: 20 de junio de 2023

                                             By: *Hugo R. Jiménez Arroyo*
                                                 Hugo R. Jiménez Arroyo
                                                 Fiscal Manager
                                                 Puerto Rico Department of Health