## **EXHIBIT A**

**Schedule of Claims Subject to the Five Hundred Ninety-First Omnibus Objection**

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BAEZ BELEN , ESPERANZA AUENIDA LIBORIO LOPEZ #48 SABANA GRANDE, PR 00637 | 131218 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $2,023.03 |

Reason: A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Another portion of this claim asserts liabilities based on litigation case KAC-1999-0669, which has been dismissed and accordingly there is no further liability. The remaining portion of the claim asserts liabilities based on litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $2,023.03 for the Claim relating to the case 2000-06-1639. Accordingly, the Claim should be reduced to $2,023.03 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | CAMACHO ECHEVARRIA, YADRIEL FJ TORRES DIAZ LAW OFFICES ATTN: FRANCISCO J TORRES DIAZ PO BOX 874 CAGUAS, PR 00726-0874 | 17329 | Commonwealth of Puerto Rico | Unsecured | $44,983.83* | Commonwealth of Puerto Rico | Unsecured | $28,725.95 |

Reason: The claimant asserts liabilities related to litigation case GDP-2010-0039. According to the books and records of the Commonwealth of Puerto Rico and the review of judgment awarded, the claimant is owed a pro rata share of the remaining award, or $28,725.95. Accordingly, the Claim should be reduced to $28,725.95 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | CAMACHO RODRIGUEZ, LUIS O.<br>FJ TORRES DIAZ LAW OFFICE<br>ATTN: FRANCISCO J. TORRES DIAZ<br>P.O. BOX 874<br>CAGUAS, PR 00726-0874 | 17383 | Commonwealth of Puerto Rico | Unsecured | $44,983.83* | Commonwealth of Puerto Rico | Unsecured | $5,809.74 |
| | Reason: The claimant asserts liabilities related to litigation case GDP-2010-0039. According to the books and records of the Commonwealth of Puerto Rico and the review of judgment awarded, the claimant is owed a pro rata share of the remaining award, or $5,809.74. Accordingly, the Claim should be reduced to $5,809.74 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim. | | | | | | | |
| 4 | CEDENO RUIZ, MYRTHA R EXR VILLA ALBA I 11<br>P O BOX 937<br>SABANA GRANDE, PR 00747 | 27177 | Commonwealth of Puerto Rico | Unsecured | $427,922.28* | Commonwealth of Puerto Rico | Unsecured | $1,323.89 |
| | Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1,323.89 for the Claim. Accordingly, the Claim should be reduced to $1,323.89 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim. | | | | | | | |
| 5 | CORREA SERRANO, IVAN<br>PO BOX 142606<br>ARECIBO, PR 00614 | 394 | Puerto Rico Highways and Transportation Authority | Unsecured | $86,250.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $43,125.00 |
| | Reason: The claimant asserts liabilities related to litigation case CDP-2008-0035. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $43,125.00 for the Claim. Accordingly, the Claim should be reduced to $43,125.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim. | | | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

2

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | CURBELO ROJAS, YOSELYN<br>PO BOX 142606<br>ARECIBO, PR 00614 | 104013 | Puerto Rico Highways and Transportation Authority | Unsecured | $500,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $250,000.00 |

Reason: The claimant asserts liabilities related to litigation case CDP-2008-0035. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $250,000.00 for the Claim. Accordingly, the Claim should be reduced to $250,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 17434 | Commonwealth of Puerto Rico | Unsecured | $48,433.39 | Commonwealth of Puerto Rico | Unsecured | $6,591.33 |

Reason: The support provided for the claim was in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. Invoice(s) totaling $4,242.45 were paid via Checks 00171820, 00174097, 000067066, 000074896, 000079201, 000079474, 000079202, 000079475, 19006640, and 00235962 between 01/19/2016 and 09/17/2018 and Credit transactions 00004142 and 00005845 on 04/30/2013 and 08/30/2016. Subsequent to filing the claim, the Department of Health reached out to the creditor regarding the liabilities asserted in the Proof of Claim. The creditor responded with confirmation that liabilities totaling $6,300.00 were already paid. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $31,384.69, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $6,591.33 for the Claim. Accordingly, the Claim should be reduced to $6,591.33 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

Claim #17434 also contained on Exhibit A to the 372nd Omnibus Claims Objection for Modified Claims

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 44531 | Commonwealth of Puerto Rico | Unsecured | $56,575.22 | Commonwealth of Puerto Rico | Unsecured | $580.86 |

Reason: Invoice(s) totaling $54,343.14 were paid via Check 83020, 85247, and 92230 on 05/24/2018, 06/12/2018, and 08/10/2018. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $1,651.22, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $580.86 for the Claim. Accordingly, the Claim should be reduced to $580.86 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

|   | NAME | CLAIM # | DEBTOR (ASSERTED) | PRIORITY STATUS | AMOUNT | DEBTOR (REDUCED AND ALLOWED) | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | ECHEVARRIA RIVERA, KATIRIA<br>FRANCISCO TORRES DÍAZ<br>B-1 CORCHADO URB PARADIS<br>CAGUAS, PR 00725 | 12060 | Commonwealth of Puerto Rico | Unsecured | $44,983.83* | Commonwealth of Puerto Rico | Unsecured | $5,809.74 |

Reason: The claimant asserts liabilities related to litigation case GDP-2010-0039. According to the books and records of the Commonwealth of Puerto Rico and the review of judgment awarded, the claimant is owed a pro rata share of the remaining award, or $5,809.74. Accordingly, the Claim should be reduced to $5,809.74 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | FELICIANO VELEZ, CATHERINE DENISSE<br>PO BOX 142606<br>ARECIBO, PR 00614 | 395 | Puerto Rico Highways and Transportation Authority | Unsecured | $1,750,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $875,000.00 |

Reason: The claimant asserts liabilities related to litigation case CDP-2008-0035. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $875,000.00 for the Claim. Accordingly, the Claim should be reduced to $875,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

|   | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | GOMEZ, OREYLIE ROSA<br>PO BOX 142606<br>ARECIBO, PR 00614 | 391 | Puerto Rico Highways and Transportation Authority | Unsecured | $20,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $10,000.00 |

Reason: The claimant asserts liabilities related to litigation case CDP-2008-0035. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $10,000.00 for the Claim. Accordingly, the Claim should be reduced to $10,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | LOPEZ MALAVE, JUAN I.<br>PO BOX 246<br>LAS PIEDRAS, PR 00771 | 388 | Commonwealth of Puerto Rico | Unsecured | $111,196.89 | Commonwealth of Puerto Rico | Unsecured | $4,190.90 |

Reason: Invoice(s) totaling $33,397.73 were paid via Checks 30368, 48798, 48799, 48800, and 48801 between 06/03/2016 and 09/11/2018. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $30,318.76, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. According to the books and records of the Commonwealth, invoices totaling $43,289.50 were associated with amounts that were outside of the approved contract, where no contract was in place, or where the invoices were never received and therefore are not due and owed by Commonwealth agency asserted. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $4,190.90 for the Claim. Accordingly, the Claim should be reduced to $4,190.90 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | MELÉNDEZ ORTIZ, GADIEL<br>ALFREDO ORTIZ RIVERA<br>PEDRO ROSARIO # 2<br>AIBONITO, PR 00705 | 4751 | Commonwealth of Puerto Rico | Unsecured | $20,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,571.75 |

Reason: The claimant asserts liabilities related to litigation case BAC-2012-0023. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15,571.75 for the Claim. Accordingly, the Claim should be reduced to $15,571.75 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14 | NEGRON GARCIA, CARMEN MAGALI<br>E-41 ST. #7 URB. COLINAS DEL OESTE<br>HORMIGUEROS, PR 00660 | 33798 | Commonwealth of Puerto Rico | Unsecured | $300,078.72* | Commonwealth of Puerto Rico | Unsecured | $1,151.84 |

Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1,151.84 for the Claim. Accordingly, the Claim should be reduced to $1,151.84 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | PADILLA ACOSTA, CARMEN ANA<br>CARR. 310 BUZ. 11236 LAS QUEBRADAS<br>CABO ROJO, PR 00623 | 58405 | Commonwealth of Puerto Rico | Unsecured | $237,569.40* | Commonwealth of Puerto Rico | Unsecured | $940.80 |

Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $940.80 for the Claim. Accordingly, the Claim should be reduced to $940.80 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | PR STORAGE FORKLIFT DIVISION INC<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 45494 | Commonwealth of Puerto Rico | Unsecured | $57,203.74 | Commonwealth of Puerto Rico | Unsecured | $2,100.00 |

Reason: Invoice(s) totaling $2,922.95 were paid via Checks 00027309, 00027394, 00027900, 00030434, 00036172, 00036847, 00037691, 00040579, and 00041699 between 10/19/2018 and 01/23/2020. Invoice(s) totaling $31,463.73 fail to provide a basis for asserting a claim against the Commonwealth of Puerto Rico. A portion of the claim asserts liabilities between Claimant and Car Accident Compensation Administration, which is not part of the Title III proceedings. Invoice(s) totaling $76.49 were withheld for taxes. According to the books and records of the Commonwealth, invoices totaling $20,640.57 were associated with amounts that were outside of the approved contract, where no contract was in place, or where the invoices were never received and therefore are not due and owed by the Commonwealth agency asserted. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $2,100.00 for the Claim. Accordingly, the Claim should be reduced to $2,100.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | RAMÍREZ ALAMEDA, ISRAEL<br>HC-02 BOX 11406<br>SAN GERMÁN, PR 00683 | 65121 | Commonwealth of Puerto Rico | Unsecured | $336,942.86* | Commonwealth of Puerto Rico | Unsecured | $754.01 |

Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $754.01 for the Claim. Accordingly, the Claim should be reduced to $754.01 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | RODRIGUEZ MORALES, REYNALDO<br>PO BOX 142606<br>ARECIBO, PR 00614 | 390 | Puerto Rico Highways and Transportation Authority | Unsecured | $173,525.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $86,762.50 |

Reason: The claimant asserts liabilities related to litigation case CDP-2008-0035. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $86,762.50 for the Claim. Accordingly, the Claim should be reduced to $86,762.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | RODRIGUEZ PAGAN, MARIA LUISA<br>HC1 BOX 16005<br>GUAYANILLA, PR 00656 | 73527 | Commonwealth of Puerto Rico | Unsecured | $376,512.98* | Commonwealth of Puerto Rico | Unsecured | $1,097.75 |

Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1,097.75 for the Claim. Accordingly, the Claim should be reduced to $1,097.75 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | TORRES, FRANCISCO J<br>PO BOX 874<br>CAGUAS, PR 00726-0874 | 13653 | Commonwealth of Puerto Rico | Unsecured | $14,844.63* | Commonwealth of Puerto Rico | Unsecured | $6,654.57 |

Reason: The claimant asserts liabilities related to litigation case GDP-2010-0039. According to the books and records of the Commonwealth of Puerto Rico and the review of judgment awarded, the claimant is owed a pro rata share of the remaining award, or $6,654.57. Accordingly, the Claim should be reduced to $6,654.57 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | WASTE LANDFILL AND RECYCLING INC<br>PO BOX 801175<br>COTO LAUREL, PR 00780-1175 | 70520 | Commonwealth of Puerto Rico | Unsecured | $48,873.49* | Commonwealth of Puerto Rico | Unsecured | $40,225.00 |

Reason: The claimant asserts liabilities related to litigation case JAC-2015-0201. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $40,225.00 for the Claim. Accordingly, the Claim should be reduced to $40,225.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 22 | WORLDNET TELECOMMUNICATIONS MARIA VIRELLA CIM, 90 CARRETERA 165, SUITES 201-202 GUAYNABO, PR 00968 | 105179 | Commonwealth of Puerto Rico | Unsecured | $491,487.11 | Commonwealth of Puerto Rico | Unsecured | $17,555.40 |

Reason: The support provided for the claim was in excess of the total claimed amount as reflected in Box 8 of the Proof of Claim. The Debtors reviewed all invoices included as support to the claim in order to complete a full reconciliation of the claim. According to evidence provided by the creditor in response to our standard additional data mailing request, invoice(s) totaling $472,527.91 were paid. Claimant also purports to assert liabilities associated with the Commonwealth of Puerto Rico totaling $10,646.45, but fails to provide sufficient supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of only $17,555.40 for the Claim. Accordingly, the Claim should be reduced to $17,555.40 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.