## **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima nonagésima primera objeción global**

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | BAEZ BELEN , ESPERANZA<br>AUENIDA LIBORIO LOPEZ #48<br>SABANA GRANDE, PR 00637 | 131218 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,023.03 |

Base para: Una parte de este reclamo se transfirió al proceso de Conciliación Reclamos Administrativos (ACR) y se resolverá de conformidad con los procedimientos de la ACR. Otra parte de este reclamo invoca obligaciones con base en el litigio KAC-1999-0669, que fue desestimado y, por consiguiente, no existe ninguna otra obligación. La parte restante del reclamo invoca obligaciones con base en el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $2,023.03 por el Reclamo, relacionado con el caso 2000-06-1639. Por consiguiente, el Reclamo debería reducirse a $2,023.03 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| 2 | CAMACHO ECHEVARRIA, YADRIEL<br>FJ TORRES DIAZ LAW OFFICES<br>ATTN: FRANCISCO J TORRES DIAZ<br>PO BOX 874<br>CAGUAS, PR 00726-0874 | 17329 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $44,983.83* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $28,725.95 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2010-0039. De acuerdo con los libros y registros del Estado Libre Asociado de Puerto Rico y la revisión del fallo adjudicado, al demandante se le adeuda una parte proporcional del fallo restante, o $28,725.95. Por consiguiente, el Reclamo debería reducirse a $28,725.95 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | CAMACHO RODRIGUEZ, LUIS O. FJ TORRES DIAZ LAW OFFICE ATTN: FRANCISCO J. TORRES DIAZ P.O. BOX 874 CAGUAS, PR 00726-0874 | 17383 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $44,983.83* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,809.74 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2010-0039. De acuerdo con los libros y registros del Estado Libre Asociado de Puerto Rico y la revisión del fallo adjudicado, al demandante se le adeuda una parte proporcional del fallo restante, o $5,809.74. Por consiguiente, el Reclamo debería reducirse a $5,809.74 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CEDENO RUIZ, MYRTHA R EXR VILLA ALBA I 11 P O BOX 937 SABANA GRANDE, PR 00747 | 27177 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $427,922.28* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,323.89 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $1,323.89 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1,323.89 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | CORREA SERRANO, IVAN PO BOX 142606 ARECIBO, PR 00614 | 394 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $86,250.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $43,125.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio CDP-2008-0035. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al demandante solo se le adeuda un total de $43,125.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $43,125.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 6 | CURBELO ROJAS, YOSELYN<br>PO BOX 142606<br>ARECIBO, PR 00614 | 104013 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $500,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $250,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio CDP-2008-0035. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al demandante solo se le adeuda un total de $250,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $250,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7 | DEYA ELEVATOR SERVICE INC<br>GPO BOX 362411<br>SAN JUAN, PR 00936-2411 | 17434 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $48,433.39 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,591.33 |

Base para: El respaldo proporcionado para el reclamo superaba el monto total reclamado, como queda reflejado en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. La o las facturas que totalizan $4,242.45 se pagaron mediante los cheques 00171820, 00174097, 000067066, 000074896, 000079201, 000079474, 000079202, 000079475, 19006640 y 00235962 entre el 19/1/2016 y el 17/9/2018, y las transacciones de crédito con los números 00004142 y 00005845 el 30/4/2013 y el 30/8/2016. Con posterioridad a la presentación del reclamo, el Departamento de Salud se contactó con el acreedor con respecto a las obligaciones invocadas en la Evidencia de Reclamo. En su respuesta, el acreedor confirmó que las obligaciones que totalizan $6,300.00 ya se pagaron. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico por un total de $31,384.69, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan un total de solo $6,591.33 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $6,591.33 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

Reclamo n.º 17434 incluido también en el Anexo A de la Objeción Global 372 por Reclamos Modificados

\* Indica que la reclamación contiene montos por liquidar o indeterminados

3

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 8 | DUENAS TRAILERS RENTAL, INC. PO BOX 194859 SAN JUAN, PR 00919 | 44531 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $56,575.22 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $580.86 |

Base para: Se pagaron una o más facturas por un total de $54,343.14 mediante los cheques identificados con los números 83020, 85247 y 92230, los días 24/05/2018, 12/06/2018 y 10/08/2018. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $1,651.22, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $580.86 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $580.86 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 9 | ECHEVARRIA RIVERA, KATIRIA FRANCISCO TORRES DÍAZ B-1 CORCHADO URB PARADIS CAGUAS, PR 00725 | 12060 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $44,983.83* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,809.74 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2010-0039. De acuerdo con los libros y registros del Estado Libre Asociado de Puerto Rico y la revisión del fallo adjudicado, al demandante se le adeuda una parte proporcional del fallo restante, o $5,809.74. Por consiguiente, el Reclamo debería reducirse a $5,809.74 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 10 | FELICIANO VELEZ, CATHERINE DENISSE PO BOX 142606 ARECIBO, PR 00614 | 395 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $1,750,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $875,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio CDP-2008-0035. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al demandante solo se le adeuda un total de $875,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $875,000.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 11 | GOMEZ, OREYLIE ROSA<br>PO BOX 142606<br>ARECIBO, PR 00614 | 391 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $20,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $10,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio CDP-2008-0035. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al demandante solo se le adeuda un total de $10,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $10,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 12 | LOPEZ MALAVE, JUAN I.<br>PO BOX 246<br>LAS PIEDRAS, PR 00771 | 388 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $111,196.89 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,190.90 |

Base para: La o las facturas que ascienden a un total de $33,397.73 se pagaron mediante cheques identificados con los números 30368, 48798, 48799, 48800 y 48801 entre el 03/06/2016 y el 11/09/2018. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $30,318.76, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, las facturas que totalizan $43,289.50 se relacionan con montos ajenos al contrato aprobado, o respecto de las cuales no existía ningún contrato o bien las facturas nunca se recibieron; por lo tanto, no son adeudadas por la agencia del Estado Libre Asociado que se invoca. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $4,190.90 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $4,190.90 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | MELÉNDEZ ORTIZ, GADIEL<br>ALFREDO ORTIZ RIVERA<br>PEDRO ROSARIO # 2<br>AIBONITO, PR 00705 | 4751 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,571.75 |

Base para: El demandante invoca obligaciones relacionadas con el litigio BAC-2012-0023. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $15,571.75 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15,571.75 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 14 | NEGRON GARCIA, CARMEN MAGALI<br>E-41 ST. #7 URB. COLINAS DEL OESTE<br>HORMIGUEROS, PR 00660 | 33798 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $300,078.72* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,151.84 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $1,151.84 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1,151.84 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15 | PADILLA ACOSTA, CARMEN ANA<br>CARR. 310 BUZ. 11236 LAS QUEBRADAS<br>CABO ROJO, PR 00623 | 58405 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $237,569.40* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $940.80 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $940.80 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $940.80 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16 | PR STORAGE FORKLIFT DIVISION INC<br>PO BOX 250060<br>AGUADILLA, PR 00604-0060 | 45494 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $57,203.74 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2,100.00 |

Base para: La o las facturas que ascienden a un total de $2,922.95 se pagaron mediante cheques identificados con los números 00027309, 00027394, 00027900, 00030434, 00036172, 00036847, 00037691, 00040579 y 00041699 entre el 19/10/2018 y el 23/01/2020. La o las facturas que ascienden a un total de $31,463.73 no proporcionan un fundamento para invocar una obligación contra el Estado Libre Asociado de Puerto Rico. Una parte del reclamo invoca obligaciones entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, que no forma parte de los procedimientos al amparo del Título III. La o las facturas que totalizan $76.49 se gravaron con una retención impositiva. Según los libros y registros del Estado Libre Asociado, las facturas que totaliza $20,640.57 estaban asociadas a montos ajenos al contrato aprobado, donde no existía un contrato celebrado o donde las facturas nunca se recibieron y, por lo tanto, la agencia alegada del Estado Libre Asociado no las adeuda. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $2,100.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $2,100.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 17 | RAMÍREZ ALAMEDA, ISRAEL<br>HC-02 BOX 11406<br>SAN GERMÁN, PR 00683 | 65121 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $336,942.86* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $754.01 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $754.01 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $754.01 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18 | RODRIGUEZ MORALES, REYNALDO<br>PO BOX 142606<br>ARECIBO, PR 00614 | 390 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $173,525.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $86,762.50 |

Base para: El demandante invoca obligaciones relacionadas con el litigio CDP-2008-0035. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al demandante solo se le adeuda un total de $86,762.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $86,762.50 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 19 | RODRIGUEZ PAGAN, MARIA LUISA<br>HC1 BOX 16005<br>GUAYANILLA, PR 00656 | 73527 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $376,512.98* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,097.75 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $1,097.75 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1,097.75 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20 | TORRES, FRANCISCO J<br>PO BOX 874<br>CAGUAS, PR 00726-0874 | 13653 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,844.63* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,654.57 |

Base para: El demandante invoca obligaciones relacionadas con el litigio GDP-2010-0039. De acuerdo con los libros y registros del Estado Libre de Puerto Rico y la revisión del fallo adjudicado, al demandante se le adeuda una porción proporcional de la adjudicación restante, o $6,654.57. Por consiguiente, el Reclamo debería reducirse a $6,654.57 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Primera Objeción Global
Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 21 | WASTE LANDFILL AND RECYCLING INC<br>PO BOX 801175<br>COTO LAUREL, PR 00780-1175 | 70520 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $48,873.49* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $40,225.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio JAC-2015-0201. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $40,225.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $40,225.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 22 | WORLDNET TELECOMMUNICATIONS<br>MARIA VIRELLA<br>CIM, 90 CARRETERA 165, SUITES 201-202<br>GUAYNABO, PR 00968 | 105179 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $491,487.11 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,555.40 |

Base para: El respaldo proporcionado para el reclamo superaba el monto total reclamado, como queda reflejado en el Casillero 8 de la Evidencia de Reclamo. Los Deudores revisaron todas las facturas proporcionadas como documentación de respaldo del reclamo a fin de realizar una conciliación completa de dicho reclamo. De acuerdo con las pruebas aportadas por el acreedor en respuesta a nuestra solicitud de datos adicionales de correo estándar, la o las facturas que totalizan $472,527.91 se pagaron. El Demandante también pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico que totalizan $10,646.45, pero omite proporcionar documentación de respaldo suficiente para invocar un reclamo contra dicho Estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. La Evidencia de Reclamo, los documentos adjuntos a esta y/o la documentación adicional aportada por el Demandante, y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico respaldan una cifra total de solo $17,555.40 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $17,555.40 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados