# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: December 16, 2022 through April 15, 2023** | | | | | | |
| 5/10/23 | 12/16/22 - 1/15/23 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 5/10/23 | 1/16/23 - 2/15/23 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 7/7/23 | 2/16/23 - 3/15/23 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| 7/7/23 | 3/16/23 - 4/15/23 | $4,500.00 | $0.00 | $4,500.00 | $0.00 | $500.00 |
| **Total** | | **$18,000.00** | **$0.00** | **$18,000.00** | **$0.00** | **$2,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 1/17/2023 | 2023-0024 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>DECEMBER 16, 2022 TO JANUARY 15, 2023<br><br>FEE MENSUAL: | 5,000.00 |// 

- Monitoring
  a. Clippings with their translation of article/news related to matters of the Committee.
  b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
     Estimated hours on this: 10

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/17/2023 | 2023-0060 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JANUARY 16, 2023 TO FEBRUARY 15, 2023<br><br>FEE MENSUAL:<br><br>Monitoring<br>- a. Clippings with their translation of article/news related to matters of the Committee.<br>- b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>    Estimated hours on this: 10 | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/17/2023 | 2023-0087 |

P.O. No.

JAN - FEB 2023

Additional Info:

**Bill To:**
UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>FEBRUARY 16, 2023 TO MARCH 15, 2023<br><br>FEE MENSUAL:<br><br>- Monitoring<br>  a. Clippings with their translation of article/news related to matters of the Committee.<br>  b. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>    Estimated hours on this: 10<br><br>- Website<br>  • Revisions to the homepage area in both languages.<br>  • Rearranged the buttons and add some new information | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/30/2023 | 2023-0115 |

P.O. No.

JAN - FEB 2023

Additional Info:

**Bill To:**

UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MARCH 16, 2023 TO APRIL 15, 2023<br><br>FEE MENSUAL: | 5,000.00 |

Media Monitoring

Media monitoring is the process of systematically tracking and analyzing various media channels such as newspapers, television, radio, online news sources, and social media platforms for specific keywords, topics, or mentions of a particular brand, product, or industry. The goal of media monitoring is to stay informed about what is being said about a company, brand, or industry in the media landscape, and to identify any emerging trends, opportunities, or potential issues.

Media monitoring involves the use of specialized software or tools to scan and analyze media content. The software may use natural language processing algorithms, machine learning, or artificial intelligence to categorize and analyze media content based on various criteria such as sentiment, topic, audience engagement, and geographical location.

What we did for UCC is:

• Monitored newspapers, television, radio, online news sources, and social media platforms for mentions of client's name and important/relevant information from March 16- April 15, 2023.
• Provided, when necessary, reports highlighting all relevant mentions and translation of some of the generated news.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209