# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. 24495 and 24660 |

**JOINT STATUS REPORT CONCERNING MOTION TO INCLUDE MEMBERS OF THE GROUP THAT WERE NOT INCLUDED (DOCKET ENTRY NO. 24477)**

To The Honorable United States District Judge Laura Taylor Swain:

      1.    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth," or the "Debtor") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and plaintiffs in the case captioned *Maggie Acevedo Sepúlveda, et al. v. Department of Health of Puerto Rico*, Case No. 2000-06-1639 (collectively, "Movants"), hereby respectfully submit this further joint status report pursuant to the Court's *Order Concerning Motion to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Include Members of the Group That Were Not Included (Docket Entry No. 24477)* [ECF No. 24495] (the "Order").

2. In the Order, the Court instructed the parties to meet and confer concerning the issues raised in Plaintiff's *Motion Asking to Include Members of the Group that Were Not Included* [ECF No. 24477] (the "Motion"). Order at 1. The Order further directed the parties to file a joint status report by June 26, 2023 at 5:00 p.m. (Atlantic Standard time) if, following that meet and confer, "Movants and/or the Oversight Board believe that action from the Court is necessary." *Id*. at 1-2.

3. In compliance with the Order, the parties (1) conferred via email and teleconference and agreed to exchange additional information regarding the parties' legal and factual positions concerning the relief requested in the Motion, and (2) on June 26, 2023, filed a joint status report [ECF No. 24660] requesting that the parties be permitted to file a further joint status report on or before July 17, 2023 to afford the parties time to engage in an information exchange and further discussions to resolve the issues raised in the Motion.

4. The parties hereby inform the Court that they remain engaged in discussions to resolve the issues raised in the Motion. Most recently, on July 14, 2023, counsel for Movants requested additional time to compile information responsive to the Oversight Board's inquires and engage in further discussions to resolve the issues raised in the Motion. The Oversight Board consents to Movants' request.

5. Accordingly, the parties respectfully request that they be permitted to file a further joint status report on or before August 18, 2023. In the event the parties require further assistance from the Court, it will be noted in such report. A proposed order granting the relief requested herein is attached hereto as **Exhibit A**.

[*Remainder of Page Intentional Left Blank*]

Dated: July 17, 2023
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Santiago A. Iturregui Del Toro*
Santiago A. Iturregui Del Toro
USDC No.225006
P.O. Box 7341
Ponce, Puerto Rico 00732-7341
saiturregui@gmail.com
(787) 298-8155

*Attorney for Movants*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
Gabriel A. Miranda-Rivera
USDC No. 306704
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*/s/ Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as sole Title III representative for the Commonwealth of Puerto Rico*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer