# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| Government of Puerto Rico EX REL. Francisco Pujol Meneses and Harold D. Vicente Gonzalez,<br><br>Plaintiff,<br><br>v.<br><br>UBS Bank USA, et al.,<br><br>Defendants. | Adv. Proc. No. 23-00058 (LTS) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

      We hereby certify that Defendants UBS Bank USA and UBS Financial Services Inc. (collectively, "UBS"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Sixteenth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 20190-1, Case No. 17-03283 (LTS)) (the "CMP Order"), served true and exact copy of the following documents by electronic mail on July 13, 2023, upon counsel for Plaintiff (documents (i)-(iii) below only); by certified first-class mail, postage prepaid, on July 14, 2023, upon counsel for Plaintiff; by electronic mail on July

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

14, 2023, upon all the parties listed in the Master Service List; and by first-class mail, postage prepaid, on July 17, 2023, upon all the Standard Parties listed in the CMP Order:

(i) *Notice of Removal* and Attachments 1-6 (Docket No. 24741, Case No. 17-03283; Docket No. 1, Adv. Proc. No. 23-00058 (LTS)),
(ii) *Rule 7.1 Disclosure Statement* on behalf of UBS Bank, USA (Docket No. 2, Adv. Proc. No. 23-00058 (LTS)),
(iii) *Rule 7.1 Disclosure Statement* on behalf of UBS Financial Service Inc (Docket No. 2, Adv. Proc. No. 23-00058 (LTS)), and
(iv) *Order* regarding *Notice of Removal* filed at Docket No. 1 (Docket No. 6, Adv. Proc. No. 23-00058 (LTS))

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 17th day of July 2023.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR No. 211512

*/s/ Myrgia M. Palacios-Cabrera*
USDC-PR No. 230807

McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282
E-mail: rcq@mcvpr.com
mpc@mcvpr.com

– and –

WILMER CUTLER PICKERING
HALE AND DORR LLP
Peter G. Neiman (*pro hac vice* to be filed)
Philip D. Anker (*pro hac vice* to be filed)
Ross E. Firsenbaum (*pro hac vice* to be filed)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
E-mail: peter.neiman@wilmerhale.com
philip.anker@wilmerhale.com
ross.firsenbaum@wilmerhale.com

*Counsel to UBS Bank USA and UBS Financial Services Inc.*