UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING JOINT STATUS REPORT (DOCKET ENTRY NO. 24768)

    Upon consideration of the *Joint Status Report Concerning Motion to Include Members of the Group That Were Not Included* (Docket Entry No. 24768 in Case No. 17-3283) (the "Joint Status Report") submitted by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth, or the "Debtor") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), and plaintiffs in the case captioned Maggie Acevedo Sepúlveda, et al. v. Department of Health of Puerto Rico, Case No. 2000-06-1639 (collectively, "Movants"), and finding good cause for the requested relief, the Court hereby ORDERS that the parties must file a further joint status report by **5:00 p.m.** on **August 18, 2023**, if the parties believe that action from the Court is necessary to address the issues raised in Movant's *Motion Asking to Include Members of the Group that Were Not*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Included* (Docket Entry No. 24477 in Case No. 17-3283).

    SO ORDERED.

Dated: July 18, 2023

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge