## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On July 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the (1) Supplemental Five Hundred Seventy-Seventh Omnibus Objection Service List attached hereto as **Exhibit A**; and (2) Cardinal Health PR 120, Inc. (Address ID: 1662154), William M. Vidal Carvajal, 7000 Cardinal Place, Dublin, OH, 43017:

- Omnibus Objection Notice (Disallowed), customized for each party, a blank copy of which is attached hereto as **Exhibit B**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On July 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Promotions & Direct, Inc. (Address ID: 3058698), c/o Andrés Porras, 880 Marietta Hwy, Suite 630 #358, Roswell, GA, 30075:

- Omnibus Objection Notice (Reduce & Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit C**

On July 5, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Cooperativa de Seguros Multiples de Puerto Rico (Address ID: 3048232) at an address that is being redacted in the interest of privacy:

- Omnibus Objection Notice (Modify & Allow), customized for each party, a blank copy of which is attached hereto as **Exhibit D**

On July 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit E**:

- Motion Submitting Revised Proposed Orders Granting the (I) Five Hundred Fiftieth Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicate Bond Claims and (II) Five Hundred Fifty-First Omnibus Objection (Non-substantive) of the Puerto Rico Electric Power Authority to Duplicative Bond Claims [Docket No. 24074]

Dated: July 19, 2023

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 19, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 71017, 71236

**<u>Exhibit A</u>**

Exhibit A

Supplemental Five Hundred Seventy-Seventh Omnibus Objection Service List
Served via first class mail

| Address ID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 3048232 | Cooperativa de Seguros Multiples de Puerto Rico | Hector E. Valdes Ortiz, Esq. | 8000 Peters Road | Ste A-200 | Fort Lauderdale | FL | 33324 |
| 3773734 | MEDINA GALINDO , RAMON | BOX 1646 | | | SAN GERMAN | PR | 00683 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                   Page 1 of 1

**<u>Exhibit B</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https:// cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit C</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS
ARE SEEKING TO RECLASSIFY YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | MODIFIED AND ALLOWED | | |
|------|---------|----------|--|--|----------------------|--|--|
|      |         | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
|      |         |        |          |        |        |          |        |

| Treatment: | Reclassify |
|------------|-----------|
| Reason: |  |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES
SOLICITAN QUE SU RECLAMO SE RECLASIFIQUE POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | CLAIM # | INVOCADO | | | MODIFICADO Y PERMITIDO | | |
|--------|---------|----------|--|--|------------------------|--|--|
|        |         | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
|        |         |        |           |       |        |           |        |

| Treatment: | Reclasificar |
|------------|-------------|
| Reason: |  |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit D</u>**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS**
**ARE SEEKING TO LIQUIDATE AND ALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
|------|---------|----------|--|--|------------------------|--|--|
| | | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| | | | | | | | |

| Treatment: | Reclassify |
|------------|------------|
| Reason: | |

**SI SU RECLAMACIÓN SE ENUMERA AQUÍ, UNO O MÁS DE LOS DEUDORES**
**ESTÁN BUSCANDO LIQUIDAR Y PERMITIR SU RECLAMACIÓN POR LA RAZÓN INDICADA A CONTINUACIÓN.**

| NOMBRE | CLAIM # | INVOCADO | | | LIQUIDADO Y ADMITIDO | | |
|--------|---------|----------|--|--|----------------------|--|--|
| | | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| | | | | | | | |

| Treatment: | Reclasificar |
|------------|--------------|
| Reason: | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**<u>Exhibit E</u>**

Exhibit E

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 3997675 | Black Diamond Credit Strategies Master Fund, Ltd. | 2187 Atlantic Street 9th Floor | | Stamford | CT | 06902 |
| 3110530 | COOPERATIVA DE AHORRO Y CREDITO DE MOCA | ARTURO GONZALEZ MARTIN | 9VWP+FH7, CLL CALAZAN LASALLE, | MOCA | PR | 00676 |
| 3044922 | Pan American Grain Company Inc | Arturo Gonzalez Martin | Amelia Park | Guaynabo | PR | 00968 |