UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER CONCERNING MEDIATION TEAM'S EIGHTH NOTICE AND REPORT

      The Court has received and reviewed the *Mediation Team's Eighth Notice and Report* (Docket Entry No. 24796 in Case No. 17-3283 and Docket Entry No. 3858 in Case No. 17-4780) (the "Notice and Report"), filed by the Hon. Shelley C. Chapman (ret.) and the Hon. Brendan Linehan Shannon (collectively, the "Mediation Team"). The Notice and Report

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requests that the Court enter an order extending the Termination Date[2] of the Mediation by three months. (Notice & Report ¶ 2.) Having found that the Mediation Team provided adequate and appropriate notice of the Notice and Request under the circumstances and that no other or further notice is required; and having found good and sufficient cause exists for granting the relief set forth herein; it is hereby ordered that

    1.    The relief sought by the Notice and Request is granted as set forth herein.

    2.    The Court extends the Termination Date through **October 30, 2023**.

    3.    The Termination Date may be further extended only upon this Court's approval after notice of such additional proposed extension to parties in interest; provided, however, that the Termination Date may be extended by the Mediation Team for purposes of its involvement in any secondary or drafting items.

    4.    The Mediation Team is directed to continue filing monthly status reports concerning whether there has been genuine engagement in the Mediation process, including the number of completed scheduled mediation sessions that occurred during the preceding month and how many are at that point scheduled for the current month.

    5.    This Order will take immediate effect and be enforceable upon its entry.

    6.    The Court retains jurisdiction to hear and determine all matters arising from implementation of this Order.

    7.    This Order resolves Docket Entry No. 24796 in Case No. 17-3283 and Docket Entry No. 3858 in Case No. 17-4780.

SO ORDERED.

Dated: July 25, 2023

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge

---

[2] Capitalized terms used but not defined herein have the meaning given to them in the Notice and Report or in the Appointment Order.