UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>PUERTO RICO TOURISM DEVELOPMENT FUND,<br><br>    Applicant. | PROMESA<br>Title VI<br><br>Case No. 23-cv-01373-LTS |

NOTICE CONCERNING OMNIBUS HEARING AND
APPROVAL HEARING REGARDING THE PUERTO RICO TOURISM
DEVELOPMENT FUND'S TITLE VI QUALIFYING MODIFICATION MOTION

    The Court will conduct the August omnibus hearing beginning on **August 30, 2023**, at **9:30 a.m. (Atlantic Standard Time)**, and resuming, if necessary, on **August 31, 2023**, at **9:30 a.m. (Atlantic Standard Time)** (the "Omnibus Hearing"). The Court will commence the hearing to consider approval of the *Motion for Entry of an Order Approving Procedures and Establishing Schedule for Approval of Qualifying Modification for the Puerto Rico Tourism*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Development Fund* (Docket Entry No. 3 in Case No. 23-cv-01373), immediately upon the conclusion of the Omnibus Hearing (the "Approval Hearing") (the "Omnibus Hearing," and together with the Approval Hearing, the "Hearings"). The Hearings will be conducted in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 (the "New York Courtroom") and by video teleconference in a courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan Courtroom"). Judge Swain will be present in the New York Courtroom and video-teleconferencing facilities will be available in the San Juan Courtroom.

Counsel who intend to participate in the Hearings must appear in the New York Courtroom or the San Juan Courtroom. Counsel who are not scheduled to present argument will have the following options to access the Hearings: (i) observe in person in the New York Courtroom, (ii) observe a video feed of the Hearings in person in the San Juan Courtroom, or (iii) listen to the Hearings on the listen-only telephone line. Any witnesses who may intend to appear in connection with the Approval Hearing, and counsel who intend to examine such witnesses, must appear in the New York Courtroom.

Members of the public and press who wish to view but not participate in the Hearings will have the option to (i) observe in person in the New York Courtroom or the San Juan Courtroom, or (ii) listen to the Hearings on the listen-only telephone line. A procedures order governing the in-person proceedings will be entered in due course.

SO ORDERED.

Dated: July 26, 2023

                                                                            /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                            United States District Judge