**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 14, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Affected Claimants Service List attached hereto as **Exhibit A**:

- Notice of Removal of Certain Claims from Alternative Dispute Resolution and Administrative Claims Reconciliation [Docket No. 24744]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: July 24, 2023

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 24, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 71308

**<u>Exhibit A</u>**

Exhibit A

Affected Claimants Service List

Served as set forth below

| ADRID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 3122261 | Acevedo Cortes, Virginia | Reparto Villa Soto, 15 Calle Higinio lopez, Hoca , PR, 00676 | Innyacoo@Gmail.Com | First Class Mail and Email |
| 13352 | ALBIZU MERCED, ANTONIA M | URB COVADONGA, 2 E 4 CALLE ARRIONDAS, TOA BAJA, PR, 00949 | Albizumerced@Hotmail.Com | First Class Mail and Email |
| 3060752 | Alvarez Galarza, Jose A | Humberto Guzman Rodriguez, PMB 733 , 1353 Ave. Luis Vigoveaux, Guauabo, PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 3227077 | Betancourt Castellano, Jose A. | Humberto Guzman Rodriguez, PMB 733 1353 Ave. Wis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 2118299 | CARABALLO CARABALL, RAMON L | URB BARAMAYA, 847 CALLE AREYTO, PONCE, PR, 00728 | | First Class Mail |
| 4057025 | COLON NEGRON, CARLOTA | 1-1A 1Y Urb Lamas , Juana Diaz, PR , 00795 | | First Class Mail |
| 3565268 | COLON NEGRON, CARLOTA | CALLE 14 URB LUMAS APT 963, JUANA DIAZ, PR, 00795 | | First Class Mail |
| 3865332 | Colon Torres, Tamara | 1391 San Lucas, Altamesa, San Juan, PR, 00921 | Cttamara@Gmail.Com | First Class Mail and Email |
| 3920702 | CORREA FRANCESHINI, LISSIE L | HC 1 BOX 6081, GUAYANILLA, PR, 00656 | Lissielinnette@Yahoo.Com | First Class Mail and Email |
| 3060885 | Cruz Morales, Juan Manuel | Humberto Guzman Rodriguez, PMB 733 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Com | First Class Mail and Email |
| 3475233 | Diaz Gonzalez, Ilia | Brisas de Canovanas, 159 Calle Gaviota, Canovanas, PR, 00729-2975 | Idg0527@Hotmail.Com | First Class Mail and Email |
| 3127589 | Fantauzzi Ramos, Domingo | Humberto Guzman Rodriguez, PMB733 1353 Ave - Luis Vigoveaux, Guaynabo , PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 3971509 | FELICIANO MEDINA, MIGUEL | HC-01 , BOX 9097, PENUELAS, PR, 00624 | Miguelloseta@Gmail.Com | First Class Mail and Email |
| 2004224 | FIGUEROA FIGUEROA, JOSE | URB COUNTRY CLUB, HE32 CALLE 222, CAROLINA, PR, 00982-2642 | Yakusacecilia@Yahoo.Com | First Class Mail and Email |
| 3060511 | Garcia Pacheco, Leonaldo | PMB 733 1353 Ave. Wis Vigoreaux, Guaynabo, PR, 00966 | Hgyzmau@Grllaw.Net | First Class Mail and Email |
| 3080799 | Garcia Serrano, Luis A. | I/C/O Humberto Guzman Rodriguez, PMB733 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3128517 | Lopez Liboy, Nelson | Humberto Guzman Rodriguez, PMB 7333 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 3764328 | LOPEZ MATOS, MARIA E. | HC 75 BOX 1813, BO. ANONES, NARANJITO, PR, 00719 | Mariaeloma123@Gmail.Com | First Class Mail and Email |

Exhibit A

Affected Claimants Service List

Served as set forth below

| ADRID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 4227768 | LOPEZ MATOS, MARIA E. | Miriam Ramos Vazquez, Apartado 123, Toa Alta, PR, 00954 | Mramosvazquez@Hotmail.Es | First Class Mail and Email |
| 3194478 | Maldonado Martinez, Víctor | Urb. Casa Mía 4824 Calle Cigüeña, Ponce, PR, 00728 | Maldonadomartinezv@Gmail.Com | First Class Mail and Email |
| 3291365 | MARTINEZ HERNANDEZ, BLANCA I. | APARTADO 1504, TOA ALTA, PR, 00953 | M_Blanquita@Yahoo.Com | First Class Mail and Email |
| 3192869 | Medina Torres, Brenda I. | Urb. Casamia 4824 Calle Cigüeña, Ponce, PR, 00728 | Medinatorresb@Gmail.Com | First Class Mail and Email |
| 3193770 | Meléndez Negrón, Maribel Y. | Urbanización Estancias de Coamo, 7 Calle Obispo, Coamo, PR, 00769 | Maribelyannism@Gmail.Com | First Class Mail and Email |
| 3170520 | MENDOZA GODOY, YANETT DEL CARMEN | 42-8 24 URB. SANTA ROSA, BAYAMON, PR, 00959 | Yanettmendoza2015@Gmail.Com | First Class Mail and Email |
| 3516837 | MENDOZA GODOY, YANETT DEL CARMEN | Apartado 191681, San Juan , PR , 00919-1681 | | First Class Mail |
| 3170498 | MENDOZA GODOY, YANETT DEL CARMEN | CALLE 23 N-25, ALTURAS DE FLAMBOYAN, BAYAMON, PR, 00959 | Yanettmendoza2015@Gmail.Com | First Class Mail and Email |
| 3594016 | MERCADO, MARIA M | URB LAS VEGAS H21 CALLE P, JORGE MARTI LLORENS, CATANO, PR, 00962 | Minervamercado@Gmail.Com | First Class Mail and Email |
| 3062701 | Morales Pagan, Benjamin | Humberto Guzman Rodriguez, PMB 733 1353 ave-wis vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3892421 | O'Neill Oyola, Leida | 2007 Aster TRL, Forney , TX, 75126 | Leydaoneill@Gmail.Com | First Class Mail and Email |
| 3137834 | Orta Vazquez, Henry | Humberto Guzman Rodriguez , PMB 733 1353 Ave, Luis Vigoreaux, Guaynabo, PR, 00966 | | First Class Mail |
| 3113383 | Ortiz Mateo, Arnaldo L | Humberto Guzman Rodriguez, PMB 733 1353 Ave Luis Vigoveaux, Guaynabo, PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 3066908 | Osorio Cepeda, Jaime Luis | Humberto Guzman Rodriguez, PMB733 1353 Ave - Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3231240 | Paz Otero, Ady | PO BOX 364463, San Juan , PR, 00936 | Davidcarrionb@Aol.Com | First Class Mail and Email |
| 3309234 | RAMIREZ ALAMEDA, ISRAEL | HC-02 , BOX 11406, SAN GERMAN , PR, 00683 | Learsi_35@Yahoo.Com | First Class Mail and Email |
| 3423394 | Ramírez Alameda, Israel | HC-02 Box 11406, San Germán, PR, 00683 | Learsi_35@Yahoo.Com | First Class Mail and Email |

Exhibit A

Affected Claimants Service List

Served as set forth below

| ADRID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 1235376 | RAMOS CAMACHO, DINORIS | PO BOX 448, AGUAS BUENAS, PR, 00703 | | First Class Mail |
| 3060833 | Reyes Colon, Francisco | Humberto Guzman Rodriguez, PMB 733 , 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Gvllaw.Net | First Class Mail and Email |
| 4074489 | Rodriguez Madera, Eunilda | PO Box 800377, Cotto Laurel, PR, 00780 | | First Class Mail |
| 3060792 | Rodriquez Rodriquez, Roberto | PUB733 B53 Ave Luis Vigoreaux, Guayuabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3120713 | Ruiz Delgado, Pedro | Humberto Guzman Rodriguez, PMB 733 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3100984 | RUIZ RIVERA, ROSA I | Apartado 805, Cidra , PR, 00739 | | First Class Mail |
| 1338065 | RUIZ RIVERA, ROSA I | PO BOX 805, CIDRA, PR, 00739 | | First Class Mail |
| 3100262 | SANTIAGO OTERO, CARMELO | HUMBERTO GUZMAN RODRIGUEZ, PMB 1353 AVE. LUIS VIGOREAUX, GUAYNABO, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3126640 | Santiago Vargas, Antonio | Humberto Guzman Rodriguez, PMB 733 1353 Ave. Luis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 1999203 | TORO SANTOS, JENNY | URB ALHAMBRA, 1817 CALLE ALCAZAR, PONCE, PR, 00716-3830 | Jennytoro44@Gmail.Com | First Class Mail and Email |
| 4154263 | Torres Quirindong, Mildred | Urb. Estancias del Golf Club, #394 Calle Angel C. Garcia, Ponce, PR, 00730 | | First Class Mail |
| 3571828 | VARGAS ACOSTA, PABLO | LCDO. CARLOS ALBERTO RUIZ, CSP, PO BOX 1228, CAGUAS , PR, 00725-1298 | Carlosalbertruizquiebras@Gmail.Com | First Class Mail and Email |
| 3570188 | VARGAS ACOSTA, PABLO | P.O. BOX 387, LAJAS, PR, 00667 | Carlosalbertoruizquiebras@Gmail.Com | First Class Mail and Email |
| 3654071 | Vazquez Fontan, Rainiero | PMB 733 1353 Ave Wis Vigoreaux, Guaynabo, PR, 00966 | Hguzman@Grllaw.Net | First Class Mail and Email |
| 3032445 | VAZQUEZ PEREZ, LUIS | AVILES, CRUZ & ASSOC., EDWIN ANTONIO AVILES-PEREZ, ABOGADO, SA 20 CALLE BUCARE, URB. VALLE HERMOSO SUR , HORMIGUEROS, PR, 00660 | Eaviles@Avilescruz.Com | First Class Mail and Email |
| 3044648 | VAZQUEZ PEREZ, LUIS | EDWIN ANTONIO AVILES-PEREZ, AVILES, CRUZ & ASSOC., SA20 CALLE BUCARE, URB. VALLE HERMOSO SUR, HORMIGUEROS, PR, 00660 | | First Class Mail |
| 2454456 | VAZQUEZ PEREZ, LUIS | HC02 BOX 12307, SAN GERMAN, PR, 00683 | Eaviles@Avilescruz.Com | First Class Mail and Email |

Exhibit A

Affected Claimants Service List

Served as set forth below

| ADRID | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| 3314880 | VILLEGAS FALU, EDNA M. | 12 SECTOR MINAO , SAN JUAN, PR, 00926-8336 | E.Villegas@Udh.Pr.Gov | First Class Mail and Email |
| 2905974 | WANDA RODRÍGUEZ LAUREANO Y OTROS | APARTADO 21400, SAN JUAN, PR, 00928 | Promesaeducacionespecial@Gmail.Com | First Class Mail and Email |
| 2920859 | WANDA RODRÍGUEZ LAUREANO Y OTROS | TORRES VALENTÍN, ESTUDIO LEGAL LLC., JOSÉ E. TORRES VALENTÍN, ABOGADO, GEORGETTI 78, SAN JUAN, PR, 00925 | | First Class Mail |