**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BORD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et als. | PROMESA<br>TITLE III<br><br><br>No. 17-BK-3283-LTS |

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUL 21 PM6:00

**MOTION TO ACCEPT AND REQUEST LIQUIDATION OF CLAIM #4691**
**MOCION PARA ACEPTAR Y SOLICITAR LA LIQUIDACION DE RECLAMACION #4691**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**
**AL HONORABLE TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS:**

Comparece la abogada que suscribe y en representación de Miriam Marrero Camacho y Daniela Nieves Marrero, quien muy respetuosamente Expone, Alega y Solicita:

1. Que, con fecha del pasado mes de junio se recibió comunicación en el presente caso, sobre la intención del deudor, Estado Libre Asociado de Puerto Rico, liquidar la reclamación (deuda por Sentencia Civil CDP2015-0012), cuyas demandantes son las antes mencionadas.

2. Que mediante la presente moción, se informa que la parte acreedora, acepta y solicita, el desembolso de la cantidad adeudada por Sentencia por el Estado Libre Asociado de Puerto Rico.

3. Que se aneja a la presente copia de la Sentencia y Estipulación en el presente caso, para el conocimiento de este Foro y acción pertinente.

**POR TODO LO CUAL**, se solicita muy respetuosamente de este Honorable

Tribunal tome conocimiento de lo antes expuesto y en su consecuencia declare **CON LUGAR** a la presente moción, se dé por cumplida la Orden, y proceda con la autorización y desembolso de la reclamación 4691 en el presente caso.

**RESPETUOSAMENTE SOMETIDA**

En Manatí, Puerto Rico, hoy 19 de julio de 2023.

**LCDA. ELENA MINET QUINTERO GARCÍA**
RUA TS - 15,885
P.O. Box 2288
Manatí, Puerto Rico 00674-9998
Tel. (787) 621-4532 y/o Fax: (787) 884-8441
Email: equinterolaw@hotmail.com
Email: estudiolegalemq@gmail.com