Five Hundred Seventy-Fourth Omnibus Objection
Exhibit A - Unliquidated Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | HERRERA DOS REIS, GENARO PO BOX 194211 SAN JUAN, PR 00919-4211 | 82286 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $10,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 45 | LINA M. TORRES RIVERA Y MANUEL E. MUÑIZ FERNEANDEZ RR 37 #1781 SAN JUAN, PR 00926 | 105874 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $20,000.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 46 | MAPFRE PRAICO CORPORATION Y RELIABLE FINANCIAL SERVICES, INC. Y AIDA GARCIA ORTIZ MIGUEL PEREZ BURGOS APARTADO 1062 GUAYAMA, PR 00785 | 20682 | Commonwealth of Puerto Rico | Unsecured | $3,275.00* | Commonwealth of Puerto Rico | Unsecured | $3,275.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $3,275.00 for the Claim, such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | LIQUIDATED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 47 | MARRERO CAMAHCO, MIRIAM ELENA M. QUINTERO PO BOX 2288 MANATI, PR 00674 | 4691 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO LIQUIDATE AND ALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| | | ASSERTED | | | LIQUIDATED AND ALLOWED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | DEBTOR | PRIORITY | AMOUNT | DEBTOR | PRIORITY | AMOUNT |
| MARRERO CAMAHCO, MIRIAM | 4691 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

**Treatment:** Reclassify

**Reason:** The Proof of Claim, documents attached to the Proof of Claim, and/or additional documentation received from the Claimant and/or the Puerto Rico Fiscal Agency and Financial Advisory Authority supports a total of $15,000.00 for the Claim, such amount fully liquidates the Claim.

## SI SU RECLAMACIÓN SE ENUMERA AQUÍ, UNO O MÁS DE LOS DEUDORES ESTÁN BUSCANDO LIQUIDAR Y PERMITIR SU RECLAMACIÓN POR LA RAZÓN INDICADA A CONTINUACIÓN.

| | | INVOCADO | | | LIQUIDADO Y ADMITIDO | | |
|---|---|---|---|---|---|---|---|
| NOMBRE | CLAIM # | DEUDOR | PRIORIDAD | MONTO | DEUDOR | PRIORIDAD | AMOUNT |
| MARRERO CAMAHCO, MIRIAM | 4691 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

**Treatment:** Reclasificar

**Reason:** La Evidencia de Reclamo, los documentos adjuntos a esta y la documentación adicional aportada por el Demandante y/o la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico avalan un total de $15,000.00 para el Reclamo, monto que liquida por completo el Reclamo.

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. **If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. **Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**