

U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR 00692
JUL 19, 2023
**$8.56**
R2305E124182-0

CERTIFIED MAIL

7016 1370 0002 0004 8584

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Lcda. Elena Minet Quintero García
P. O. Box 2288
Manatí, Puerto Rico 00674

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUL 21 PM 6:00