United States District Court for the District of Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUL 28 PM 3:55

| | |
|---|---|
| The financial oversight and management board for Puerto Rico, Estado Libre Asociado de Puerto Rico. <br><br> Demandados <br><br> VS. <br><br> Victor Fortunato Irizarry <br><br> Demandante | Promesa Title III <br><br> No. 17-BK-3283-LTS <br><br> Litigation claims <br> JDP-2012-0179 |

"Moción informativa"

Al Honorable Tribunal;

Comparece el demandante Sr. Victor Fortunato Irizarry, por derecho propio, en forma Pauperis, y muy humilde, respetuosamente Expone, alega y Solicita;

1) Que al demandante sole a estado enviando la correspondencia legal de este caso a la institución Maxima Seguridad el cual llevo aproximadamente 4 años en otra dirección,

"Pág. # 1."

y esto podria afectar alguna contestación que tenga términos ect., ya que la envian a una dirección donde No me encuentro y tarda semanas en lo que el oficial cartero busca y clasifica a donde enviarla o devolverla es un atraso.

2) Aunque este demandante a aclarado anteriormente en cambio de dirección buelco a indicar que me encuentro en la institución Ponce Principal Face S-P-Verde 104, 3699 Ponce BYP, Ponce P.R. 00728-1500.

3) Que este demandante le envia copia exacta a Kroll Restructuring Administration FDR Station, PO Box: 5293 New York, NY 10150-9998.

Direcion que aparece en el sobre que se me envio los documentos (dos sobres). Veáse marcado como Exhibits 1 y 2, Portadas (le marque Dirección erronea).

4) Que este demandante No entiende el idioma ingles Solo entiendo el idioma español y los documentos que me enviaron en los dos sobres como Exhibits # 1 y 2 son en ingles. Osea que este demandante No save, ni entiende lo que se me envie en el idioma ingles.

Pág. # 2

Muy respetuosamente solicito al Honorable Tribunal que Tome conocimiento de lo planteado aquí anteriormente para proteger mis derechos o de ambas partes.

Nombre: Victor Fortunato Irizarry
Firma: Victor Fortunato Irizarry
Fecha: 11 de julio de 2023
Dirección: Institución Ponce Principal
Face 5 - P-Verde 104.
3699 Ponce BYP.
Ponce P.R. 00728-1500

Pag. # 3