KROLL RESTRUCTURING ADMINISTRATION
FDR STATION, PO BOX 5293
NEW YORK, NY 10150-9998



NEOPOST  FIRST-CLASS MAIL
06/08/2023
US POSTAGE $001.98⁰
ZIP 90015
041M11468632

FSP
verde

"Exhibits 1."

***STAT PR 1845 SRF 70414 PackID: 81 ADRID: 3159722 SVC: 32nd ADR

Ponce Principal

"Dirección errónea"

FORTUNATO IRIZARRY, VICTOR
INST. MAXIMA SEGURIDAD
SECCION 02-2021.3699 PONCE BYP
PONCE, PR 00728-1500



LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION
OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL