KROLL RESTRUCTURING ADMINISTRATION
FDR Station, PO Box 5293
New York NY 10150-9998

FIRST CLASS MAIL
U.S. POSTAGE
PAID
Toppan Merrill

*FbP Verde*

"Exhibits #2"

"Dirección errónea"

*Ponce Principal*

\*\*\*STAT PR 1845 SRF 70635 PACKID: 678 ADRID: 3159722 SVC: ADR STATUS
FORTUNATO IRIZARRY, VICTOR
INST. MAXIMA SEGURIDAD
SECCION 02-2021.3699 PONCE BYP
PONCE PR 00728-1500



11-Jul-23
Record Criminal
Institución Ponce Principal
Estado Libre Asociado de Puerto Rico

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

FIRST CLASS



US POSTAGE
ZIP 07058
02 4W
0000354377