Victor Fortunato Irizarry
Inst. Ponce Principal
Face 5-P. verde 104.
3699 Ponce BYP.
Ponce P.R. 00728-1500.

SAN JUAN PR   009
26 JUL 2023   PM 1
FOREVER USA
Barn Swallow

2023 JUL 28 PM 3:56
RECEIVED AND FILED
CLERK'S OFFICE USDC PR

District of Puerto Rico United
States District Court.
Federico Degetau Federal
Building Room 150
carlos chardon street
San Juan P.R. 00918 #1767.