RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUL 28 PM 3:59

RADICACIÓN RÉPLICA A LA OBJECIÓN GLOBAL

SISTEMA DE RETIRO DE PUERTO RICO

CASE: 17-03283-LTS DON#14474-3 FILED:10/06/20

EXHIBIT C    PAGE 53 PAGE OF 153   NAME# 319

NÚMERO DE RECLAMACION:42345

DEUDOR: SISTEMA DE RETIROO GOBIERNO DE PUERTO RICO

MONTOO: $60,362.25

Saludos cordiales.

Mi reclamo se menciona en el Exhibit C, pero el mismo aparece mal escrito por tal razón no respondí al reclamo. Envió evidencia de lo que expongo en esta réplica.

DATOS DEL CONTACTO

Dirección postal:

PO BOX 3501 PMB 218

JUANA DÍAZ, PUERTO RICO 00795

Teléfono:

787-249-8820

Correo electrónico:

garrigalizzy@gmail.com

MOTIVO:

ESTOY RECLAMANDO E INDICANDO LA RAZON POR LA QUE NO RPONDI DICHO RECLAMO. MI NOMBRE ESTA ESCRITO DE MAANERA INCORRECTA LO CUAL A BUSCAR EL MISMO LO CUAL ES GARRIGA ORTIZ, LIZZETTE AL NOTAR QUE NO APARECIA EL MISMO NO RESPONDI. AHORA AL DARME CUENTA NOTO QUE MI NOMBRE ESTUVO SIEMPRTE MAL ESCRITO. QUIERO QUE SE CORRIJA EL MISMO Y SE ME DE LA OPORTUNIDAD DE QUE MI RECLAMO SEA CONSIDERADO Y SE PROCEDA CON EL MISMO. EL ERROR NO FUE MIO POR TAL RAZON MERESCO QUE SE ATIENDA MI RECLAMO COMO CORESPONDE. ESTOY ENVIANDO TODA LA EVIDENCIA PARA PRESENTAR EL MISMO. Y QUE EL TRIBUNAL ATIENDA MI OBJECION GLOBAL EN RELACIÓN A MI RECLAMO.

NOMBRE QUE APARECE EN EL EXHIBI C ES:

NAME

#319     ORTIZ LIZZETTE GARRIGA

EL NOMBRE CORRECTO QUE DEBE APARECER EN EL EXHIBI C ES:

NAME

#319     GARRIGA ORTIZ, LIZZETTE

SIEMPRE ME BUSQUE POR GARRIGA QUE ES MI PRIMER APELLIDO Y NO POR ORTIZ PORQUE ES INCORRECTO, ESE ES MI SEGUNDO APELLIIDO

_____        _____
FIRMA RECLAMANTE                                             FECHA

(Signature: Lizzette Garriga Ortiz)        (Date: 25 julio 2023)