**DOCUMENTOS DE JUSTIFICACIÓN**

SRF 46809

**Presentment Date:** October 14, 2020
**Objection Deadline:** October 13, 2020 at 5:00 p.m. (AST)

### UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**This filing relates to the Commonwealth, HTA, and ERS** |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER
### (A) GRANTING IN PART THE EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED, (B) APPROVING FORM OF NOTICE FOR CLAIMS TO BE SET FOR HEARING, AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 6, 2020, the Commonwealth of Puerto Rico

(the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# Exhibit C

**Schedule of Deficient Claims to Be Disallowed via Notice of Presentment**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz, Lizzette Garriga | 42345 | 6/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $60,362.25 |
| Reason: | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz, Lizzette Garriga | 42345 | 6/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $60,362.25 |
| Base para: | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

## Eighty-First Omnibus Objection
### Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 316 | ORTIZ, ANA L.<br>PO BOX 648<br>OROCOVIS, PR 00720-0648 | 6/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46505 | $ 500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 317 | ORTIZ, JOHANNA<br>227 CALLE E PARQUE ARCOIRIS 311<br>TRUJILLO ALTO, PR 00976 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41586 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 318 | ORTIZ, JOSIAN COLON<br>HC 01 BOX 3517<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47401 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 319 | ORTIZ, LIZZETTE GARRIGA<br>P.O. BOX 3501 PMB 218<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42345 | $ 60,362.25 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 320 | ORTIZ, LORIANNIE VELEZ<br>PO BOX 656<br>VICTORIA STATION<br>AGUADILLA, PR 00605 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56529 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | | |
|---|---|---|---|---|---|---|
| 321 | ORTIZ, LOURDES<br>URB. EL VEDADO 123 ALMIRANTE PINZON<br>SAN JUAN, PR 00918 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55665 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

*[Handwritten note:]* Argumento: Siempre me busque bajo Garriga y no por Ortiz

* Indicates claim contains unliquidated and/or undetermined amounts



**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

Área de Servicios de Retiro
# SOLICITUD DE RETIRO

Página 1 de 2

## I. TIPO DE PENSIÓN SOLICITADA

[ ] Mérito   [X] Años de Servicio y Edad   [ ] Edad   [ ] Diferida   [ ] Incapacidad   [ ] Suplementaria

Solicito los beneficios de retiro conforme a las disposiciones de las leyes y reglamentos aplicables a la estructura de beneficios bajo la cual he cotizado.

## II. INFORMACIÓN DEL SOLICITANTE

| Nombre | Seguro Social | Fecha Nacimiento (D-M-A) | Género | Núm. Empleado |
|---|---|---|---|---|
| LIZZETTE GARRIGA ORTIZ | 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 | 03-12-1964 | Femenino | 61350 |

| Estado Civil | Número de Teléfono y Celular | Correo Electrónico |
|---|---|---|
| Casado(a) | 7872498820 | garrigalizzy@gmail.com |

| Dirección Postal | Dirección Residencial | Igual a la Postal [ ] |
|---|---|---|
| PO BOX 3501 PMB 218 JUANA DIAZ PR 00795-3501 | BO SINGAPUR 214 CALLE 8 JUANA DIAZ PR 00795 | |

| Agencia Donde Trabaja | Pueblo Donde Trabaja | Puesto que Ocupa | Fecha de Renuncia (D-M-A) |
|---|---|---|---|
| DEPT. DE EDUCACION - DOCENTE | JUANA DIAZ | MAESTRA ARTE | 31-07-2022 |

Nombre, Dirección y Teléfono de Familiar Cercano (aplica solamente a Solicitud de Incapacidad)

| Préstamos con SRM | Si | Tipo de Préstamos | [X] Hipotecario | [ ] Personal | [ ] Viaje Cultural |
|---|---|---|---|---|---|
| Préstamos con AEELA | Si | Tipo de Préstamos | [ ] Hipotecario | [X] Personal | |

Indique si es beneficiario o está en trámite de una Pensión por Incapacidad

| | Nombre de la entidad a la cual le reclamó y/o otorgó el beneficio por incapacidad | Fecha de Otorgación (D-M-A) |
|---|---|---|
| No | | |

## III. Compra de Tiempo

Yo, **LIZZETTE GARRIGA ORTIZ**   **No**   intereso acogerme a las disposiciones del Artículo 2.11 de la Ley 26 del 29 de abril del 2017, "Ley de Cumplimiento con el Plan Fiscal". Esto, con el fin de completar el beneficio de:

[ ] 30 Años de Servicio   [ ] 10 Años de Servicio
[ ] 25 Años de Servicio   [ ] Cantidad máxima según balance de vacaciones

Es importante destacar que el tiempo certificado puede variar; de encontrarse diferencias en el Informe de Cambio enviado por el Patrono y/o de existir anulaciones futuras entre cuentas que afecten las aportaciones del SRM. De igual forma, **el Participante deberá permanecer cotizando en el SRM hasta la fecha de retiro proyectada.**

## IV. DEPÓSITO DIRECTO

| Nombre de la Institución | Número de Ruta y Tránsito | Número de Cuenta | Tipo de Cuenta |
|---|---|---|---|
| 1FIRST BANK | 221571473 | 3106423759 | Cheque |

235 Ave. Arterial Hostos, Edif. Capital Centr
Torre Norte, Hato Rey
PO Box 191879, San Juan PR 00919-1879





**GOBIERNO DE PUERTO RICO**
Sistema de Retiro para Maestros

Página 2 de 2

## V. AUTORIZACIÓN PARA LA DIVULGACIÓN DE INFORMACIÓN (INCAPACIDAD)

[No] **Autorizo** al Sistema de Retiro para Maestros a tener acceso a mi Historial Laboral o Médico que pueda constatar cualquier Agencia, Departamento Estatal, Municipal o Federal y/o Agencias Privadas o Públicas fuera de Puerto Rico para uso de una Investigación Oficial de ser necesario.

## VI. CERTIFICACIÓN

**Certifico** correcta toda la información provista en este formulario y **Autorizo** al personal del SRM a proceder conforme lo solicitado por el suscribiente. En _____JUANA DIAZ_____, Puerto Rico, hoy _____13-01-2022_____
Fecha (d-m-a)

_____Radicación Electrónica Número 5664_____
Firma

235 Ave. Arterial Hostos, Edif. Capital Centr
Torre Norte, Hato Rey
PO Box 191879, San Juan PR 00919-1879
Tel. (787)777-1414, Fax (787)759-2883 * www.srm.pr.gov





# DEPARTAMENTO DE EDUCACIÓN
## Department of Education

ESTADO LIBRE ASOCIADO DE PUERTO RICO
Commonwealth of Puerto Rico

## Certificado Vitalicio
### Life Certificate

El Secretario de Educacion por la presente confiere a
*The Secretary of Education hereby issues to*

**LIZZETTE GARRIGA ORTIZ**

el presente Certificado que lo faculta para ejercer como
*this Certificate that entitles the holder to perform as*

**MAESTRO(A) DE ARTES VISUALES**
**TEACHER OF VISUAL ARTS**

en las escuelas públicas o privadas de Puerto Rico.
*in the School System of Puerto Rico.*

Expedido el  27 de enero  de 2014
Issued on   January 27    2014

Dado en San Juan de Puerto Rico, el  27 de enero  de 2014
Given at San Juan, Puerto Rico on      January 27    2014

*Rafael Román Meléndez*
Secretario de Educación
*Secretary of Education*

Certificado: 1004475
te Number: 1004475

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
División de Certificaciones Docentes

# Carta de Certificados Docente Otorgados

Certifico que **Lissette Garriga Ortiz** (XXX-XX-6759) posee los siguientes certificados docentes:

| Tipo | Número | Categoría | Vigencia |
|---|---|---|---|
| Vitalicio | # 1004475 | MAESTRO(A) DE ARTES VISUALES | Desde el 27 de enero de 2014 |

Al momento de la expedición de este documento, los certificados en cuestión no han sido suspendidos, anulados o cancelados.

Esta certificación se expide hoy, 02 de agosto de 2022.

*[firma]*

Aixamar González Martínez
Directora
División Certificaciones Docentes

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-2584, 2561, 2461, 2573, 2459.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental; ni por ser víctima de violencia doméstica, agresión sexual o acecho.

**GOBIERNO DE PUERTO RICO**
DEPARTAMENTO DE EDUCACIÓN
Secretaría Auxiliar de Recursos Humanos

15 de febrero de 2022

A quien pueda interesar:

Certifico que **LISSETTE GARRIGA ORTIZ**, número de seguro social **XXX-XX-6759** labora en nuestra Agencia desde **23 de mayo de 1994** al **Presente**.

Actualmente, ocupa puesto en calidad de **MA. BELLAS ARTES (ARTES VISUALES) K-12** en **LUIS MUNOZ MARIN, Oficina Regional Educativa de PONCE** y devenga un salario de **$2,696.67** mensual.

De tener alguna duda o necesite alguna información adicional favor comunicarse con la División de Archivo de la Secretaria Auxiliar de Recursos Humanos.

Frances M. Pelet Román
Secretaria Auxiliar de Recursos Humanos

*La información presentada en este documento es según los datos registrados en el sistema de Recursos Humanos. Si usted entiende que hay alguna situación o discrepancia con los datos presentados, puede presentarse a la Secretaría Auxiliar de Recursos Humanos o llamar al teléfono 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



El Departamento de Educación no discrimina de ninguna manera por razón de edad, raza, color, sexo, nacimiento, condición de veterano, ideología política o religiosa, origen o condición social, orientación sexual o identidad de género, discapacidad o impedimento físico o mental;



# CERTIFICACION

Certifico la siguiente información referente a la pensión vitalicia de la profesora Lizzette Garriga Ortíz con número de seguro social que termina en 6759

| Fecha de efectividad de la pensión | 6 -agosto-2022 |
|---|---|
| Pensión mensual | $1,233.58 |
| Pensión anual | $14,802.96 |

Esta certificación se expide hoy 15 de mayo de 2023, en San Juan Puerto Rico.

*Cynthia Sanjurjo Santos*
Supervisora
Área de Servicios de Orientación

| | |
|---|---|
| 081 Dept de Educacion-Clasificados<br>Ave. Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR  00919 | Grupo de Pago: IRR-Quincenal - (Por Hora)  Aviso #: 6448566<br>Desde: 02/16/2023  Fecha Aviso: 02/28/2023<br>Hasta: 02/28/2023 |
| LIZZETTE GARRIGA ORTIZ<br>DEPARTAMENTO DE EDUCACION<br>HATO REY, PR  00917<br><br>SS:   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 | # Empleado: J582376759<br>Dept: 8105088-Ponce Reg. Ponce<br>Lugar: Region Educativa De Ponce<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $25.000000 Hourly |  DATA IMP:  Federal  PR<br>Estado Civil:  Single  Single<br>Concesiones:  0  0<br>Pct. Adcl.:<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 810.00 | | 1,530.00 |
| **Total:** | | | **810.00** | | **1,530.00** |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 11.75 | 22.19 |
| Fed OASDI/Disability - EE | 50.22 | 94.86 |
| PR Withholding | 20.24 | 27.88 |
| **Total:** | **82.21** | **144.93** |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 14.58 | 27.54 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT. FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut. Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 810.00 | 0.00 | 82.21 | 0.00 | 727.79 |
| Acumulado: | 1,530.00 | 0.00 | 144.93 | 0.00 | 1,385.07 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #6448566 | 727.79 |
| **Total:** | **727.79** |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept de Educacion-Clasificados  
Ave. Teniente Cesar Gonzalez  
Esquina Calaf  
HATO REY, PR  00919

Fecha  
02/28/2023

Aviso No.  
6448566

**Cant. Deposito:** $727.79

A la  
Cuenta(s) De

LIZZETTE GARRIGA ORTIZ  
DEPARTAMENTO DE EDUCACION  
HATO REY, PR  00917

Localizacion: Region Educativa De Ponce

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 727.79 |
| **Total:** | | **727.79** |

NO-NEGOCIABLE

| | | |
|---|---|---|
| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 03/17/2022<br>Hasta: 03/30/2022 | Aviso #: 9635541<br>Fecha Aviso: 03/14/2022 |
| LISSETTE GARRIGA ORTIZ<br>6INTERIOR SAN SEBASTIAN<br>SAN GERMAN, PR 00683<br>SS: 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 | # Empleado: 582376759<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: LUIS MUNOZ MARIN<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,696.67 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,348.34 | 318.00 | 6,741.70 |
| Total: | | | 1,348.34 | 318.00 | 6,741.70 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.55 | 97.75 |
| PR Withholding | 61.95 | 309.75 |
| Total: | 81.50 | 407.50 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.35 | 606.75 |
| Total: | 121.35 | 606.75 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 251.98 | 1,259.90 |
| AE-Asoc Emp ELA-Prest Regular | 273.93 | 1,369.65 |
| SM-First Medical Health Plan | 181.00 | 905.00 |
| CO-COOP FED MAESTRO | 44.00 | 220.00 |
| SC-TRANS OCEANIC LIFE | 26.98 | 134.90 |
| SC-MULTINATIONAL LIFE INS. | 27.88 | 139.40 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 42.50 |
| Ahorros-AEELA | 53.93 | 269.65 |
| Total: | 868.20 | 4,341.00 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 22.92 | 114.60 |
| SM-First Medical Health Plan | 0.00 | 240.00 |

* Tributable

### TOTAL BRUTO / BRUTO TRIBUT FED / TOTAL IMPUESTOS / DEDUCCIONES TOTALES / PAGA NETA

| | Total Bruto | Bruto Tribut Fed | Total Impuestos | Deducciones Totales | Paga Neta |
|---|---|---|---|---|---|
| Corriente: | 1,348.34 | 0.00 | 81.50 | 989.55 | 277.29 |
| Acumulado: | 6,741.70 | 0.00 | 407.50 | 4,947.75 | 1,386.45 |

| | Vacaciones Horas | | Enfermedad Horas | | Tiempo Comp Horas | | DISTRIBUCION PAGA NETA | |
|---|---|---|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 | Aviso #9635541 | 277.29 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 | | |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 | Total: | 277.29 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 | | |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
03/14/2022

Aviso No.
9635541

Cant. Deposito: $277.29

A la
Cuenta(s) De

LISSETTE GARRIGA ORTIZ
6INTERIOR SAN SEBASTIAN
SAN GERMAN, PR 00683

Localizacion: LUIS MUNOZ MARIN

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXX | 277.29 |
| Total: | | 277.29 |

| 080 Dept. de Educacion - Maestros<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Grupo de Pago: SM -Quincenal<br>Desde: 03/02/2022<br>Hasta: 03/16/2022 | Aviso #: 9378842<br>Fecha Aviso: 02/25/2022 |
|---|---|---|
| LISSETTE GARRIGA ORTIZ<br>6INTERIOR SAN SEBASTIAN<br>SAN GERMAN, PR 00683<br><br>SS: 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 | # Empleado: 582376759<br>Dept: 8005137-SANTA ISABEL-PONCE<br>Lugar: LUIS MUNOZ MARIN<br>Titulo: DEPARTAMENTO DE EDUCACION<br>Sueldo: $2,696.67 Monthly | DATA IMP: Federal PR<br>Estado Civil: Married Claiming no personal exem<br>Concesiones: 0<br>Pct. Adcl.: 0<br>Cant. Adcl.: |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Corriente Ingresos | Acumulado Horas | Acumulado Ingresos |
|---|---|---|---|---|---|
| Pago de Salarios Regulares | | | 1,348.34 | 258.00 | 5,393.36 |
| Total: | | | 1,348.34 | 258.00 | 5,393.36 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 19.55 | 78.20 |
| PR Withholding | 61.95 | 247.80 |
| Total: | 81.50 | 326.00 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro de Maestro | 121.35 | 485.40 |
| Total: | 121.35 | 485.40 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| RM-Pres Hipot-Retiro Maestros | 251.98 | 1,007.92 |
| AE-Asoc Emp ELA-Prest Regular | 273.93 | 1,095.72 |
| SM-First Medical Health Plan | 181.00 | 724.00 |
| CO-COOP FED MAESTRO | 44.00 | 176.00 |
| SC-TRANS OCEANIC LIFE | 26.98 | 107.92 |
| SC-MULTINATIONAL LIFE INS. | 27.88 | 111.52 |
| OS-AMPR LOCAL SIND AFIL | 8.50 | 34.00 |
| Ahorros-AEELA | 53.93 | 215.72 |
| Total: | 868.20 | 3,472.80 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 120.00 | 240.00 |
| FSED Disability Plan | 22.92 | 91.68 |

* Tributable

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 1,348.34 | 0.00 | 81.50 | 989.55 | 277.29 |
| Acumulado: | 5,393.36 | 0.00 | 326.00 | 3,958.20 | 1,109.16 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #9378842 | 277.29 |
| Total: | 277.29 |

Los balances de licencias corresponden al periodo de:

MENSAJE:

Dept. de Educacion - Maestros
Avenida Teniente Cesar Gonzalez
Esquina Calaf
HATO REY, PR 00919

Fecha
02/25/2022

Aviso No.
9378842

Cant. Deposito: $277.29

A la
Cuenta(s) De

**LISSETTE GARRIGA ORTIZ**
6INTERIOR SAN SEBASTIAN
SAN GERMAN, PR 00683

Localizacion: LUIS MUNOZ MARIN

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Checking | XXXXXXXXXXXXXXXX | 277.29 |
| Total: | | 277.29 |