Lizzette Garriga Ortiz
P.O. Box 3501 PMB 218
Juana Díaz, P.R. 00795

2023 JUL 28 PM 3:59
CLERK'S OFFICE USDC PR

RECEIVED AND FILED





9589 0710 5270 0653 7935 54

Retail

U.S. POSTAGE PAID
FCM LG ENV
MERCEDITA, PR 00715
JUL 26, 2023

RDC 99

R2303s101091-02

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RETURN RECEIPT REQUESTED