CC 1300-42-17
12-may.-17

**Exhibit 10**

## Commonwealth of Puerto Rico
Treasury Department

Statement of Account up to: **September 2017**

Name of Provider:…… **Empresas Omajede, Inc.**   Date: July 31, 2023
EIN :
Agency: ……………… **Public Services Comission**

| Invoice Number | Invoice Date | | | Amount Due | Date Received by CSP* | | | |
|---|---|---|---|---|---|---|---|---|
| | Day | Month | Year | | Day | Month | Year | |
| CSP SEP16-ADJ | 1 | 9 | 2016 | $ 20,666.66 | 20 | 10 | 2016 | $ 20,666.66 |
| CSP OCT16-ADJ | 1 | 10 | 2016 | $ 20,666.66 | 20 | 10 | 2016 | $ 41,333.32 |
| CSP NOV16 | 1 | 11 | 2016 | $ 20,666.66 | 20 | 10 | 2016 | $ 61,999.98 |
| CSP 20161129 | 29 | 11 | 2016 | $ 4,805.00 | 29 | 11 | 2016 | $ 66,804.98 |
| CSP DEC16 | 1 | 12 | 2016 | $ 20,666.66 | 16 | 11 | 2016 | $ 87,471.64 |
| CSP JAN17 | 1 | 1 | 2017 | $ 20,666.66 | 20 | 12 | 2016 | $ 108,138.30 |
| CSP FEB17 | 1 | 2 | 2017 | $ 20,666.66 | 17 | 1 | 2017 | $ 128,804.96 |
| CSP MAR17 | 1 | 3 | 2017 | $ 66,666.66 | 14 | 2 | 2017 | $ 195,471.62 |
| CSP APR17 | 1 | 4 | 2017 | $ 66,666.66 | 15 | 3 | 2017 | $ 262,138.28 |
| CSP MAY17** | 1 | 5 | 2017 | $ 66,666.66 | 18 | 4 | 2017 | $ 328,804.94 |
| CSP JUN17 | | | | $ 66,666.66 | | | | $ 395,471.60 |
| | | Total Amount Due: | | $ 395,471.60 | | | | |

**Detail of Invoices**

* The date the Invoice was received by CSP.
Unpaid balance from the original invoice of $66,666.66    **Sent by e-mail to:  cqvazquez@csp.pr.com;
                                                                                      CZZambrana@csp.pr.gov