Case:12-10113-ESL11 Doc#:481 Filed:08/01/23 Entered:08/01/23 17:46:08 Desc Main
Exhibit 11 Document 41 Page 1 of 13 Page 1 of 1
Case:12-10113-ESL11 Doc#:44 Filed:03/11/13 Entered:03/11/13 15:14:46 Desc Main
Document Page 10 of 2 Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EMPRESAS OMAJEDE INC

XXX-XX9044

Debtor(s)

CASE NO. 12-10113 ESL

Chapter 11

**FILED & ENTERED ON 03/11/2013**

ORDER

The motion filed by Debtor requesting entry of order Directing the Department of the Treasury of Puerto Rico to Deposit Rent Payments in Debtor-in-Possession Account (docket #37) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of March, 2013.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    PATRICIA I VARELA
    DEPARTMENT OF TREASURY PR