IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EMPRESAS OMAJEDE INC

XXX-XX9044

Debtor(s)

CASE NO. 12-10113 ESL

Chapter 11

FILED & ENTERED ON 10/24/2016

## ORDER

The urgent motion filed by Debtor (docket #382) is hereby granted. The Puerto Rico Department of the Treasury, the Puerto Rico Department of Corrections and the Public Service Commission of Puerto Rico shall reply and show cause within fourteen (14) days why they have failed to make the rent and utility payments to the debtor, Empresas Omajede, Inc.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of October, 2016.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   DEBTOR(S)
     GERARDO A. CARLO ALTIERI
     PR DEPT OF TREASURY
     PR DEPT. OF JUSTICE
     PR DEPT OF CORRECTIONS
     PR PUBLIC SERVICE COMMISSION
     UST