IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| EMPRESAS OMAJEDE, INC. | CASE NO. 12-10113 ESL |
| DEBTOR | CHAPTER 11 |

**MOTION TO INFORM**

**TO THE HONORABLE COURT:**

    **COMES NOW**, The Treasury Department of the Commonwealth of Puerto Rico, through the Secretary of Justice, by the undersigned counsel, and respectfully states and prays as follows:

    1. On October 24, 2016, this Honorable Court granted to the Treasury Department fourteen (14) days to show cause why they have failed to make the rent and utility payments to the debtor, Empresas Omajede, Inc.

    2. The Puerto Rico Treasury Department hereby informs to this Honorable Court that some payments were issued and sent to Debtor.

    3. On November 1, 2016 Treasury Department issued two payments: one for the amount of $46,000.00 and other for $28,000.00.

    4. The appearing party owes some other payments that are in process to be issued.

5. Treasury Department requests fourteen (14) days to inform the status of the pending payments.

**WHEREFORE**, the Puerto Rico Treasury Department respectfully prays for this Honorable Court to take notice of the aforementioned and to grant this request for an extension of time to inform the status of the pending payments.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date I filed this motion with the Clerk of the Bankruptcy court using the CM/ECF system, which will serve notice to all participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14 day of November 2016.

**CESAR R. MIRANDA RODRÍGUEZ**
Secretary of Justice of the Commonwealth of Puerto Rico

**MARTA ELISA GONZÁLEZ Y.**
Deputy Secretary of Justice
In Charge of Litigation

**WANDYMAR BURGOS VARGAS**
U.S.D.C. No. 223502
Director of Legal Affairs
Federal Litigation Division

*//S// MIGDA LIZ RODRÍGUEZ COLLAZO*
**MIGDA LIZ RODRÍGUEZ COLLAZO, ESQ**
U.S.D.C. NO. 224608
Attorney
Federal Litigation Division
DEPARTMENT OF JUSTICE OF THE
COMMONWEALTH OF PUERTO RICO
P.O. Box 9020192
San Juan, PR 00902-0192
Phone 787 721-5636/8010
Fax. (787) 723-9188
bankruptcyjusticia.gobierno.pr@gmail.com