IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| EMPRESAS OMAJEDE, INC., | : | Case No. 12-10113 (ESL) |
| | : | |
| Debtor | : | Chapter 11 |
| _____ | : | |

**MOTION REQUESTING ORDER REQUIRING THE PUERTO RICO DEPARTMENT
OF TREASURY, THE PUERTO RICO DEPARTMENT OF CORRECTIONS AND THE
PUBLIC SERVICE COMMISSION OF PUERTO RICO TO MAKE THE
RENT AND UTILITY PAYMENTS OWED TO DEBTOR**

**TO THE HONORABLE COURT:**

**COMES NOW** Empresas Omajede, Inc. (the "Debtor"), represented by the undersigned attorney, respectfully requesting that the Court enter an order requiring the Puerto Rico Department of Treasury ("Treasury"), the Puerto Rico Department of Corrections ("Corrections") and the Public Service Commission of Puerto Rico ("PSC") to make the rent and utility payments owed to Debtor. In support of this motion, the Debtor respectfully states as follows:

1. On October 24, 2016, the Debtor filed a Second Urgent Motion seeking an Order to Show Cause directed to Treasury, Corrections and the PSC for nonpayment of rent (Docket No. 382). At that time, Corrections was in arrears in the amount of $68,188.75 and PSC in the amount of $179,383.52.

2. The Court issued an Order to Show Cause on even date (Docket No. 383).

3. On November 14, 2016, Treasury filed a Motion to Inform (Docket No. 385), wherein it stated that two payments had been made and that others were being processed. Treasury requested an additional fourteen days to inform the status of pending payments.

4. On November 18, 2016, the Court granted Treasury's request for an extension of time (Docket No. 386), with a response being due on November 28, 2016.

5. Treasury failed to comply with the order of the Court.

6. One additional payment was received on December 9, 2016, on behalf of PSC. Nonetheless, significant arrears remain.

7. As of today, Corrections owes:

| | |
|---|---|
| $28,000.00 | September rent |
| $6,719.79 | September electricity |
| $28,000.00 | October rent |
| $5,093.97 | October electricity |
| $28,000.00 | November rent |
| $5,565.80 | November electricity |
| $28,000.00 | December rent |
| **$129,379.56** | **TOTAL OWED FROM CORRECTIONS** |

8. As of today, PSC owes:

| | |
|---|---|
| $20,666.66 | September rent adjustment |
| $20,666.66 | October rent adjustment |
| $66,666.66 | November rent |
| $6,594.20 | November electricity |
| $4,805.00 | Miscellaneous expenses |
| $66,666.66 | December rent |
| **$186,065.84** | **TOTAL OWED FROM PSC** |

2

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order requiring the Puerto Rico Department of Treasury, the Puerto Rico Department of Corrections and the Public Service Commission to pay the outstanding rent and electricity payments owed to Debtor, in the amount of $129,379.56 on behalf of Corrections and $186,065.84 on behalf of the PSC, and that they be ordered to make payments on a monthly basis.

**CERTIFICATE OF SERVICE:** It is hereby certified that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to all CM/ECF participants in this case, including Attorney Migda L. Rodriguez Collazo, who has appeared on behalf of the Puerto Rico Department of Justice, the Puerto Rico Department of Treasury, the Puerto Rico Department of Corrections and the Public Service Commission in this case.

**Respectfully submitted**,

In San Juan, Puerto Rico this 11th day of December, 2016.

**G.A. Carlo-Altieri & Associates**
254 San Jose St., Third Floor,
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255