**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**EMPRESAS OMAJEDE INC**<br><br>**66–0369044**<br><br>Debtor(s) | Case No. **12–10113 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 12/20/16 |

***ORDER***

The motion filed by Debtor requesting that the Puerto Rico Department of Treasury, the Puerto Rico Department of Corrections and the Public Service Commission of Puerto Rico make the rent and utility payments owed to Debtor (docket #388) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, December 20, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge