Case:17-03283-LTS   Doc#:24820-1   Filed:07/31/23   Entered:07/31/23 17:23:09   Desc:
Exhibit A   Page 1 of 2

CONTRACT #2 Cobra Acquisitions, Inc.

| Invoice | Net Amount Invoiced after Credits | FEMA APPROVED AMOUNT | AMOUNT VALIDATED BY PREPA | AMOUNT NOT VALIDATED BY PREPA | Partial Payment Amount | PAYMENT STATUS | AMOUNT OUTSTANDING | Required Supporting Documentation (Y/N) | Invoice Amount Accuracy Review (Y/N) | Purchase Order Matching Invoice Services were Requested (Contract Releases) (Y/N) | Approved by Authorized Personnel (Y/N) | Credits and Discounts were Properly Applied (Y/N) | Tax Compliance Review To Validate Tax Calculations (Tax Gross-up Not Applicable to Contract #2) | Resolution of Discrepancies Verification (Y/N) | Approval for Payment by PREPA's Executive Director & Finance Department Director (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1878 | $ 392,011.05 | $ 236,276.06 | $ 248,142.05 | $ 143,869.00 | $ 145,226.50 | PARTIALLY PAID | $ 102,915.55 | Y | Y | Y | Y | N/A | N/A | Y | N |
| 1961 | 143,903.76 | 143,903.76 | 143,903.76 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2010 | 529,720.48 | 529,720.48 | 529,720.48 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | | Y |
| 2018 | 808,055.65 | 808,055.65 | 808,055.65 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | | |
| 2019 | 701,520.44 | 701,520.44 | 701,520.44 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2020 | 313,664.40 | 313,664.40 | 313,664.40 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2021 | 673,775.61 | 673,775.61 | 673,775.61 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2026 | 1,580,469.33 | 1,580,469.33 | 1,580,469.33 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2027 | 712,192.99 | 712,192.99 | 712,192.99 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2029 | 892,661.57 | 892,661.57 | 892,661.57 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2036 | 1,403,219.28 | 975,405.21 | 1,403,219.28 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2049 | 1,265,660.54 | 1,081,704.22 | 1,265,660.54 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2053 | 816,946.73 | 546,600.85 | 816,946.73 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | Y | Y |
| 2142 | 908,645.92 | 908,645.92 | 908,645.92 | - | | PAID | | Y | Y | Y | Y | N/A | N/A | | Y |
| 2176 | 1,078,916.09 | 261,547.26 | 261,547.26 | 817,368.83 | | RECOMMENDED FOR PAYMENT | $ 261,547.26 | Y | Y | Y | Y | N/A | N/A | | N |
| 2182 | 967,296.52 | 793,578.71 | 793,578.71 | 173,717.81 | | RECOMMENDED FOR PAYMENT | $ 793,578.71 | Y | Y | Y | Y | N/A | N/A | | N |
| 2191 | 745,188.25 | 557,711.79 | 557,711.79 | 187,476.46 | | RECOMMENDED FOR PAYMENT | $ 557,711.79 | Y | Y | Y | Y | N/A | N/A | | N |
| 2199 | 442,265.38 | 339,320.80 | 339,320.80 | 102,944.58 | | RECOMMENDED FOR PAYMENT | $ 339,320.80 | Y | Y | Y | Y | N/A | N/A | | N |
| 2206 | 823,732.15 | 535,398.50 | 535,398.50 | 288,333.65 | | RECOMMENDED FOR PAYMENT | $ 535,398.50 | Y | Y | Y | Y | N/A | N/A | | N |
| 2210 | 775,460.93 | 522,744.37 | 522,744.37 | 252,716.56 | $ 161,674.63 | PARTIALLY PAID | $ 361,069.74 | Y | Y | Y | Y | Y | N/A | Y | N |
| 2212 | 855,402.20 | 855,402.20 | 855,402.20 | - | | RECOMMENDED FOR PAYMENT | $ 855,402.20 | Y | Y | Y | Y | N/A | N/A | | N |
| 2213 | 459,162.60 | 459,162.60 | 459,162.60 | - | 349,815.98 | PARTIALLY PAID | $ 109,346.62 | Y | Y | Y | Y | Y | N/A | Y | N |
| 2216 | 1,159,279.50 | 443,237.04 | 443,237.04 | 716,042.46 | | RECOMMENDED FOR PAYMENT | $ 443,237.04 | Y | Y | Y | Y | Y | N/A | Y | N |
| 2220 | 664,056.87 | 162,448.72 | 162,448.72 | 501,608.15 | 53,232.00 | PARTIALLY PAID | $ 109,216.72 | Y | Y | Y | Y | N/A | N/A | | N |
| 2222 | 1,009,518.97 | 1,009,518.97 | 1,009,518.97 | - | | RECOMMENDED FOR PAYMENT | $ 1,009,518.97 | Y | Y | Y | Y | N/A | N/A | | N |
| 2225 | 607,989.24 | 247,087.28 | 607,989.24 | - | $ 247,087.28 | PARTIALLY PAID | $ 360,901.96 | Y | Y | Y | Y | Y | N/A | Y | N |
| 2227 | 113,887.80 | 113,887.80 | 113,887.80 | - | 104,000.00 | PARTIALLY PAID | $ 9,887.80 | Y | Y | Y | Y | N/A | N/A | | N |
| 2228 | 2,061,869.90 | 2,061,869.90 | 2,061,869.90 | - | 496,832.00 | PARTIALLY PAID | $ 1,565,037.90 | Y | Y | Y | Y | N/A | N/A | | N |
| 2229 | 634,985.36 | 158,097.80 | 158,097.80 | 476,887.56 | | RECOMMENDED FOR PAYMENT | $ 158,097.80 | Y | Y | Y | Y | N/A | N/A | | N |
| 2231 | 377,382.51 | 377,382.51 | 377,382.51 | - | 79,848.00 | PARTIALLY PAID | $ 297,534.51 | Y | Y | Y | Y | N/A | N/A | | N |
| 2235 | 1,139,471.67 | 1,139,471.67 | 1,139,471.67 | - | 385,932.00 | PARTIALLY PAID | $ 753,539.67 | Y | Y | Y | Y | N/A | N/A | | N |
| 2236 | 474,293.40 | 474,293.40 | 474,293.40 | - | 186,312.00 | PARTIALLY PAID | $ 287,981.40 | Y | Y | Y | Y | N/A | N/A | | N |
| 2240 | 714,990.36 | 252,712.11 | $139,545.42 | 575,444.94 | 195,184.00 | PARTIALLY PAID | $ (55,638.58) | Y | Y | Y | Y | N/A | N/A | | N |
| 2242 | 433,937.50 | 433,937.50 | 433,937.50 | - | 173,004.00 | PARTIALLY PAID | $ 260,933.50 | Y | Y | Y | Y | N/A | N/A | | N |
| 2245 | 2,298,699.64 | 2,298,699.64 | 2,298,699.64 | - | 627,299.41 | PARTIALLY PAID | $ 1,671,400.23 | Y | Y | Y | Y | Y | N/A | | N |
| 2251 | 1,949,540.21 | 1,435,103.64 | 1,435,103.64 | 514,436.57 | 119,772.00 | PARTIALLY PAID | $ 1,315,331.64 | Y | Y | Y | Y | N/A | N/A | | N |
| 2253 | 2,013,872.35 | 2,013,872.35 | 2,013,872.35 | - | 777,019.01 | PARTIALLY PAID | $ 1,236,853.34 | Y | Y | Y | Y | Y | N/A | | N |
| 2258 | 1,639,849.10 | 1,639,849.10 | 1,381,410.50 | 258,438.60 | 301,648.00 | PARTIALLY PAID | $ 1,079,762.50 | Y | Y | Y | Y | N/A | N/A | | N |
| 2260 | 1,663,052.39 | 1,663,052.39 | 1,663,052.39 | - | 1,038,528.49 | PARTIALLY PAID | $ 624,523.90 | Y | Y | Y | Y | Y | N/A | | N |
| 2301 | 478,905.63 | 478,905.63 | 478,905.63 | - | | RECOMMENDED FOR PAYMENT | $ 478,905.63 | Y | Y | Y | Y | N/A | N/A | | N |
| 2416 | 774,474.75 | 774,474.75 | 774,474.75 | - | $ - | RECOMMENDED FOR PAYMENT | $ 774,474.75 | Y | Y | Y | Y | N/A | N/A | Y | N |
| 2475 | 932,487.29 | 932,487.29 | 680,512.85 | 251,974.44 | | RECOMMENDED FOR PAYMENT | $ 680,512.85 | Y | Y | Y | Y | N/A | N/A | | N |
| 2478 | 1,340,636.75 | 1,113,334.83 | 684,393.62 | 656,243.13 | | RECOMMENDED FOR PAYMENT | $ 684,393.62 | Y | Y | Y | Y | N/A | N/A | | N |
| 2481 | 942,745.91 | 303,230.77 | 286,402.64 | 656,343.27 | | RECOMMENDED FOR PAYMENT | $ 286,402.64 | Y | Y | Y | Y | N/A | N/A | | N |
| 2503 | 80,445.00 | 80,445.00 | 80,445.00 | - | | RECOMMENDED FOR PAYMENT | $ 80,445.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2746 | 88,631.88 | 88,631.88 | 73,860.00 | 14,771.88 | | RECOMMENDED FOR PAYMENT | $ 73,860.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2747 | 416,535.60 | 416,535.60 | 347,113.00 | 69,422.60 | | RECOMMENDED FOR PAYMENT | $ 347,113.00 | Y | Y | Y | Y | N/A | N/A | | N |

| Invoice | Net Amount Invoiced after Credits | FEMA APPROVED AMOUNT | AMOUNT VALIDATED BY PREPA | AMOUNT NOT VALIDATED BY PREPA | Partial Payment Amount | PAYMENT STATUS | AMOUNT OUTSTANDING | Required Supporting Documentation (Y/N) | Invoice Amount Accuracy Review (Y/N) | Purchase Order Matching Invoice Services were Requested (Contract Releases) (Y/N) | Approved by Authorized Personnel (Y/N) | Credits and Discounts were Properly Applied (Y/N) | Tax Compliance Review To Validate Tax Calculations (Tax Gross-up Not Applicable to Contract #2) | Resolution of Discrepancies Verification(Y/N) | Approval for Payment by PREPA's Executive Director & Finance Department Director (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2748 | $ 137,778.00 | $ 137,778.00 | $ 114,815.00 | $ 22,963.00 | | RECOMMENDED FOR PAYMENT | $ 114,815.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2749 | $ 15,375.00 | $ 15,375.00 | $ 12,812.50 | $ 2,562.50 | | RECOMMENDED FOR PAYMENT | $ 12,812.50 | Y | Y | Y | Y | N/A | N/A | | N |
| 2750 | $ 10,080.00 | $ 10,080.00 | $ 8,400.00 | $ 1,680.00 | | RECOMMENDED FOR PAYMENT | $ 8,400.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2751 | $ 12,419.84 | $ 12,419.84 | $ 9,248.64 | $ 3,171.20 | | RECOMMENDED FOR PAYMENT | $ 9,248.64 | Y | Y | Y | Y | N/A | N/A | | N |
| 2752 | $ 8,760.00 | $ 8,760.00 | $ 7,300.00 | $ 1,460.00 | | RECOMMENDED FOR PAYMENT | $ 7,300.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2753 | $ 5,064.00 | $ 5,064.00 | $ 4,220.00 | $ 844.00 | | RECOMMENDED FOR PAYMENT | $ 4,220.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2754 | $ 13,230.00 | $ 13,230.00 | $ 10,325.00 | $ 2,905.00 | | RECOMMENDED FOR PAYMENT | $ 10,325.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2755 | $ 97,140.00 | $ 97,140.00 | $ 76,372.02 | $ 20,767.98 | | RECOMMENDED FOR PAYMENT | $ 76,372.02 | Y | Y | Y | Y | N/A | N/A | | N |
| 2756 | $ 634,161.60 | $ 634,161.60 | $ 528,468.00 | $ 105,693.60 | | RECOMMENDED FOR PAYMENT | $ 528,468.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 2901 | $ 408.00 | $ 408.00 | $ 340.00 | $ 68.00 | | RECOMMENDED FOR PAYMENT | $ 340.00 | Y | Y | Y | Y | N/A | N/A | | N |
| 3217 | $ 5,399.25 | VOID (DISCOUNT) | | $ 5,399.25 | VOID (DISCOUNT) | VOID (DISCOUNT) | VOID (DISCOUNT) | | | | | | | | |
| 207 | $ 123,488,672.79 | $ 109,944,289.84 | $ 108,452,793.83 | $ 15,035,878.96 | $ 5,594,455.70 | | $ 92,107,901.43 | | | | | | | | |