UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|     Debtors.[1] | |

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR LEAVE TO AMEND EMPRESAS OMAJEDE'S PROOF OF CLAIM (KROLL CLAIM #70324), FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS, AND FOR ORDER GRANTING 30 DAYS TO OBTAIN CERTIFIED TRANSLATIONS

        The Court has received and reviewed the *Motion for Leave to Amend Empresas Omajede's Proof of Claim (Kroll Claim #70324), for Leave to File Spanish Language Documents, and for Order Granting 30 Days to Obtain Certified Translations* (the "Motion") filed by Empresas Omajede, Inc. (the "Movant"). (Docket Entry No. 24818.) Responses to the Motion, if any, must be filed by **August 10, 2023**. Movant's reply papers must be filed by **August 15, 2023**. The Court will thereafter take the Motion on submission, unless the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

determines that a hearing is necessary.

      SO ORDERED.

Dated: August 1, 2023

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge