IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF THE COMMONWEALTH<br>OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03566 (LTS) |

**NOTICE OF WITHDRAWAL OF APPEARANCES AND REQUEST TO
CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

NAI-1537176512

**PLEASE TAKE NOTICE** that the law firm of Jones Day, counsel for the ERS Bondholders[2] in the Title III Cases 17-BK-03283-LTS and 17-BK-03566-LTS, respectfully files this *Notice of Withdrawal of Appearances and Request to Cease Service of Notices, Orders, Pleadings, and Documents*, and requests that pursuant to Local Bankruptcy Rule 9010-1(d)(3), the following names, addresses and email addresses be removed from the general matrix and all special or limited mailing and service lists in these Title III Cases, as well as the Court's electronic notice system for these Title III Cases.

> Bruce Bennett
> JONES DAY
> 555 South Flower Street
> Fiftieth Floor
> Los Angeles, California 90071
> Tel. (213) 489-3939
> Fax: (213) 243-2539
> bbennett@jonesday.com
>
> Benjamin Rosenblum
> JONES DAY
> 250 Vesey Street
> New York, New York 10281
> Tel. (212) 326-3939
> Fax: (212) 755-7306
> brosenblum@jonesday.com
>
> Matthew Papez
> JONES DAY
> 51 Louisiana Ave. N.W.
> Washington, DC 20001
> Tel. (202) 879-3939
> Fax: (202) 626-1700
> mpapez@jonesday.com

---

[2] Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel), L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Huntington Investment Fund II, L.P., Oaktree Opportunities Fund X, L.P., Oaktree Opportunities Fund X (Parallel), L.P., Oaktree Opportunities Fund X (Parallel 2), L.P., Oaktree Value Opportunities Fund Holdings, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., Redwood Master Fund, Ltd., and SV Credit, L.P.

        Isel Perez
JONES DAY
600 Brickell Avenue
Miami, Florida 33131
Tel. (305) 714-9700
Fax: (305) 714-9799
iperez@jonesday.com

**PLEASE TAKE FURTHER NOTICE** that this withdrawal will not cause any disruption in these Title III Cases because the ERS Bondholders no longer have an interest in these Title III Cases.

Dated: August 2, 2023

*/s/ Bruce Bennett*
Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

*/s/ Matthew Papez*
Matthew Papez (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
mpapez@jonesday.com

*/s/ Benjamin Rosenblum*
Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, New York 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

*/s/ Isel Perez*
Isel Perez (*pro hac vice*)
JONES DAY
600 Brickell Avenue
Miami, Florida 33131
Tel. (305) 714-9700
Fax: (305) 714-9799
iperez@jonesday.com

*Counsel for the ERS Bondholders*

3

NAI-1537176512