UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT
CONSENSUAL MOTION FOR EXTENSION OF DEADLINES

Upon the *Urgent Consensual Motion for Extension of Deadlines* (Docket Entry

No. 24829 in Case No. 17-3283) (the "Extension Motion");[2] and the Court having found it has

subject matter jurisdiction over this matter pursuant to section 306 of PROMESA; and it

appearing that venue in this district is proper pursuant to section 307 of PROMESA; and the

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Extension Motion.

Court having found that the relief requested in the Extension Motion is in the best interests of the

Commonwealth and Movant; and the Court having found that the Commonwealth provided

adequate and appropriate notice of the Extension Motion under the circumstances and that no

other or further notice is required; and the Court having reviewed the Extension Motion; and the

Court having determined that the factual bases set forth in the Extension Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is hereby ORDERED that:

1.      The Extension Motion is granted as set forth herein.

2.      The deadline to respond to the Motion shall be extended to **August 16, 2023**,
        at **5:00 p.m. (Atlantic Standard Time)**.

3.      The deadline for Movant to file a reply shall be extended to **August 23, 2023**,
        at **5:00 p.m. (Atlantic Standard Time)**.

4.      The Court will thereafter take the Motion on submission, unless the Court

        determines that a hearing is necessary.

5.      This Order resolves Docket Entry No. 24829 in Case No. 17-3283.


SO ORDERED.

Dated: August 2, 2023

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge