# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO *et al.*, | Case No. 17-BK-3283 (LTS) |
| | (Jointly Administered) |
| Debtors.[1] | Adversary case no. 19-00266 |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO ACTING BY AND THROUGH ITS MEMBERS, | |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as co-trustees respectively, of | |
| THE COMMONWEALTH OF PUERTO RIO, | |
| Plaintiffs. | |
| v. | |
| FAST ENTERPRISES LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481) ("Commonwealth"), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

**COMES NOW** Fast Enterprises, LLC ("Fast Enterprises"), through the undersigned counsel as a putative defendant in connection to Adversary Proceeding No. 19-00266 (the "Action"), and very respectfully informs that the following attorney will be representing Fast Enterprises in this Action:

Nayuan Zouairabani
USDC-PR No. 226411
McCONNELL VALDÉS LLC
PO Box 364225
San Juan, P.R. 00936-4225
Telephone: (787) 250-5699/5619
Fax: (787) 759-8282
nzt@mcvpr.com

**WHEREFORE**, it is respectfully requested from this Honorable Court that it take note of the undersigned counsel's appearance on behalf of the putative defendant in this action, and that it instructs the Clerk's Office of this Honorable District Court to notify all future notices and pleadings in this proceeding to the undersigned attorney, and that the contact information be entered into the master address list of this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 3rd day of August 2023.

**I HEREBY CERTIFY** that, pursuant to Section D of the Court's Procedures Order, as amended (*See* Dkts. No. 7941 and 9476 of Case No. 17-03283 (LTS)), on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. I further certify that, on this same date, I served the foregoing upon all the Standard Parties as identified and defined in the Court's *Seventeenth Amended Notice, Case Management and Administrative Procedures Order* (Dkt. No. 24726 of Case No. 17-03283 (LTS)) (the "CMP Order"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

2

**McCONNELL VALDÉS LLC**
*Attorneys for Fast Enterprises, LLC.*
PO Box 364225
San Juan, P.R. 00936-4225
Telephone: (787) 250-5699/5619
Fax: (787) 759-8282

*s/ Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com