# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO *et al.,* | Case No. 17-BK-3283 (LTS) |
| | (Jointly Administered) |
| Debtors.[1] | Adversary case no. 19-00266 |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO ACTING BY AND THROUGH ITS MEMBERS, | |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as co-trustees respectively, of | |
| THE COMMONWEALTH OF PUERTO RIO, | |
| Plaintiffs. | |
| v. | |
| FAST ENTERPRISES LLC, | |
| Defendant. | |

## CONSENT ORDER AND JUDGMENT

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481) ("Commonwealth"), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, upon consent and agreement of the undersigned parties hereto, that judgment is entered in favor of Drivetrain, LLC, in its capacity as the trustee of the Commonwealth Avoidance Actions Trust ("**Trustee**") and against Fast Enterprises LLC ("**Defendant**") in the amount of $750,000, and, accordingly, the above-captioned Adversary Proceeding shall be, and is, dismissed with prejudice.

Dated: August \_\_\_\_, 2023

_____
Hon. Laura Taylor Swain
United States District Judge

Agreed and consented to by:

*/s/ John Arrastia*
John Arrastia, Esq.
Jesus Suarez, Esq.
Angelo Castaldi , Esq.
**CONTINENTAL PLLC**
255 Alhambra Cir, Suite 640
Coral Gables, FL 33134
Email: JArrastia@ContinentalPLLC.com
　　　　JSuarez@ContinentalPLLC.com
　　　　ACastaldi@ContinentalPLLC.com

- and -

Juan J. Casillas Ayala, Esq.
Luis F. Llach Zúñiga, Esq.
Juan C. Nieves González, Esq.
**CASILLAS, SANTIAGO & TORRES LLC**
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
Email:　jcasillas@cstlawpr.com
　　　　lllach@cstlawpr.com
　　　　jnieves@cstlawpr.com

*Counsel to the Trustee*

Agreed and consented to by:

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:　787-250-5632
Fax:　787-759-9225

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

*Counsel to the Defendant*