**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RIC0

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## SUMMARY OF THIRTEENTH INTERIM APPLICATION OF NIXON PEABODY LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAY 31, 2023

| | |
|---|---|
| Name of Applicant: | Nixon Peabody LLP |
| Authorized to Provide Professional Services to: | The Financial Oversight and Management Board for Puerto Rico, as Representative of the Puerto Rico Electric Power Authority, pursuant to Section 315(b) of PROMESA |
| Period for which compensation and reimbursement are sought: | February 1, 2023 through May 31, 2023 |

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

| | |
|---|---|
| Amount of Compensation sought as actual, reasonable, and necessary: | **$58,872.00** |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | **$0.00** |
| Total compensation subject to objection: | None |
| Total expenses subject to objection: | None |

This is a(n):  __ monthly   _X_ interim  __ final application

- Blended Rate in this application for attorneys:  $946.00/hr
- Blended Rate in this application for all timekeepers: N/A

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

**Schedule 1**
**THIRTEENTH Interim Compensation Period – Consolidated Fee Statements**
**February 1, 2023 – May 31, 2023**

| Entity | Period | Fees requested to be paid (100%) | Fee previously requested to be paid (90%) | Expenses requested to be paid (100%) | Total Fees and Expenses requested to be paid |
|---|---|---|---|---|---|
| PREPA | February 1, 2023 through May 31, 2023 | $58,872.00 | $52,984.80 | N/A | $58,872.00 |

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

**Schedule 2**
**Summary of Professional Services Rendered by Timekeeper for the Period**
**February 1, 2023 – May 31, 2023**

| Professional | Position/Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mitchell Rapaport | Partner | $990 | 5.90 | 6,425.10 |
| Carla Young | Partner | $990 | .30 | 326.70 |
| Sebastian Torres-Rodriguz | Associate | $660 | 10.20 | 6,732.00 |
| Amanda Darwin | Partner | $1,089 | 11.50 | 12,523.50 |
| Virginia Wong | Partner | $1,089 | 11.00 | 11,979.00 |
| Malik Shahzad | Partner | $1,089 | 7.60 | 8,276.40 |
| Katherine Stack | Associate | $660 | 1.20 | 792.00 |
| Brian Kenney | Associate | $660 | 15.10 | 9,966.00 |
| Bruce Serchuk | Partner | $1,089 | 1.70 | 1,851.30 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## THIRTEENTH INTERIM APPLICATION OF NIXON PEABODY LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAY 31, 2023

Nixon Peabody LLP ("Nixon"), as special counsel to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Electric Power Authority ("PREPA") and certain other public corporations and instrumentalities of the Government of Puerto Rico (collectively, the "Debtors"), pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") 48 U.S.C. §§ 2101-2241, hereby

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

submits this thirteenth interim application (the "<u>Application</u>"), pursuant to Sections 316 and 317 of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"),[2] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "<u>Local Rules</u>"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix B (the "<u>Guidelines</u>"), and in accordance with this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Dkt. No. 3269) (the "<u>Interim Compensation Order</u>"), for allowance of interim compensation for professional services performed by Nixon for the period commencing February 1, 2023 through and including May 31, 2023 (the "<u>Compensation Period</u>") in the amount of $58,872.00.  In support of the Application, Nixon respectfully states as follows:

## JURISDICTION

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction pursuant to Section 306(a) of PROMESA.

2.      Venue is proper in this district pursuant to Section 307(a) of PROMESA.

3.      Nixon submits the Application pursuant to Sections 316 and 317 of PROMESA.

## BACKGROUND

1.      On June 30, 2016, the Oversight Board was established under Section 101(b) of PROMESA.

---

[2]  The Bankruptcy Rules are made applicable to the Debtor's Title III case pursuant to Section 301 of PROMESA.

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

2.      Pursuant to Section 315 of PROMESA, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

3.      On September 30, 2016, the Oversight Board designated the Debtors as "covered entities" under Section 101(d) of PROMESA.

4.      On May 3, 2017, the Commonwealth, by and through the Oversight Board, as the Commonwealth's representative pursuant to Section 315(b) of PROMESA, filed a petition with the Court under Title III of PROMESA.

5.      On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Oversight Board, as COFINA's representative pursuant to Section 315(b) of PROMESA, filed a petition with the Court under Title III of PROMESA.

6.      On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Oversight Board, as HTA's representative pursuant to Section 315(b) of PROMESA, filed a petition with the Court under Title III of PROMESA.

7.      On May 21, 2017, the Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), by and through the Oversight Board, as ERS's representative pursuant to Section 315(b) of PROMESA, filed a petition with the Court under Title III of PROMESA.

8.      On July 3, 2017, PREPA, by and through the Oversight Board, as PREPA's representative pursuant to Section 315(b) of PROMESA, filed a petition with the Court under Title III of PROMESA.

9.      Through Orders of this Court, the Commonwealth, COFINA, HTA, ERS, and

- 3 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

PREPA Title III Cases (together, the "Title III Cases") are jointly administered for procedural purposes only, pursuant to Section 304(g) of PROMESA and Bankruptcy Rule 1015 [ECF Nos. 242, 537, 1417].

10.     On October 6, 2017, the Court entered the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [ECF No. 1416], which appointed Brady Williamson of Godfrey & Kahn, S.C. to serve as Fee Examiner in the Title III Cases.

11.     On June 12, 2023, Nixon served on the Notice Parties its monthly fee statement (Project #5 and #6) for the month of February 2023.

12.     On June 12, 2023, Nixon served on the Notice Parties its monthly fee statement (Project #5 and #6) for the month of March 2023.

13.     On July 10, 2023, Nixon served on the Notice Parties its monthly fee statement for the month of April 2023.

14.     On July 10, 2023, Nixon served on the Notice Parties its monthly fee statement for the month of May 2023.

15.     On June 22, 2023, Nixon provided the corresponding Monthly Fee Objection Statement (Project #5 and #6) for the February 2023 monthly fee statement to representatives of the Puerto Rico Treasury Department (the "Treasury") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF").

16.     On June 22, 2023, Nixon provided the corresponding Monthly Fee Objection Statement (Project #5 and #6) for the March 2023 monthly fee statement to representatives of the Treasury and AAFAF.

17.     On July 20, 2023, Nixon provided the corresponding Monthly Fee Objection

- 4 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

Statement for the April 2023 monthly fee statement to representatives of the Treasury and AAFAF.

18.     Finally, on July 20, 2023, Nixon provided the corresponding Monthly Fee Objection Statement for the May 2023 monthly fee statement to representatives of the Treasury and AAFAF.

## COMPENSATION REQUESTED

1.     On June 7, 2019, Nixon executed an Independent Contractor Services Agreement with the Oversight Board to provide advice in connection with PREPA's transactions related to its transmission, distribution and generation assets, and specifically, the tax structuring options for such transactions (the "FY19 Agreement"). The FY19 Agreement was set to expire on June 30, 2019.

2.     On July 1, 2019, Nixon executed an Independent Contractor Services Agreement with the Oversight Board to provide advice in connection with PREPA's transactions related to its transmission, distribution and generation assets, and specifically, the tax structuring options for such transactions (the "FY20 Agreement"). The FY20 Agreement was set to expire on June 30, 2020.

3.     On July 1, 2020, Nixon executed an Independent Contractor Services Agreement with the Oversight Board to provide advice in connection with PREPA's transactions related to its transmission, distribution and generation assets, and specifically, the tax structuring options for such transactions (the "FY21 Agreement"). The FY21 Agreement was set to expire on June 30, 2021.

4.     On July 1, 2021, Nixon executed an Independent Contractor Services Agreement with the Oversight Board to provide advice in connection with PREPA's transactions related to its transmission, distribution and generation assets, and specifically, the tax structuring options for

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

such transactions (the "FY22 Agreement"). The FY21 Agreement was set to expire on June 30, 2022.

5.        On July 1, 2022, Nixon executed an Independent Contractor Services Agreement with the Oversight Board to provide advice in connection with PREPA's transactions related to its transmission, distribution and generation assets, and specifically, the tax structuring options for such transactions (the "FY23 Agreement", and together with the FY19 Agreement and the FY20 Agreement, the FY21 Agreement and the FY22 Agreement, the "Agreements"). The FY23 Agreement is set to expire on June 30, 2023.

6.        In accordance with the Interim Compensation Order, Nixon has provided copies of the Agreements to the Treasury and AAFAF.

7.        Nixon's hourly rates are set at a level designed to compensate Nixon fairly for the work of its attorneys and professionals and are disclosed in the Agreements.

8.        Pursuant to PREPA's certified fiscal plan, PREPA is required to separate its transmission and distribution ("T&D") and generation functions and transfer operation and maintenance responsibilities to third-party, professional operators, leveraging private sector management, experience, and expertise to effectively deliver reliable electricity to Puerto Rico's residents.

9.        As to the T&D system, the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement and the Puerto Rico Transmission and Distribution System Supplemental Terms Agreement were entered on June 22, 2022 (the "LUMA T&D Agreements"), between, among others, PREPA, LUMA Energy, LLC and LUMA Energy ServCo, LLC (collectively, "LUMA"). As a result, PREPA transitioned its operation and maintenance functions to LUMA on June 1, 2021, along with customer service and energy operation center

- 6 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

responsibilities.

10.     Similarly, PREPA's generation assets, comprised of existing PREPA-owned generation resources, will be operated and maintained by one or more private operators until their retirement, as laid out in the Integrated Resource Plan approved by the Puerto Rico Energy Bureau.

11.     For the selection of a private operator(s) for its legacy generation assets, PREPA has been supporting the RFP process led by the Puerto Rico Public-Private Partnerships Authority ("P3A") and will work towards ensuring a timely and successful transition once the P3A completes the selection process.

12.     Nixon is a nationally recognized bond counsel firm with more than 30 years of experience in all areas of public finance. Its Public Finance practice is one of the largest in the nation with more than 40 public finance and tax attorneys. The firm consistently ranks among the top bond counsel, underwriters' counsel, and disclosure counsel firms in the nation.

13.     Nixon has advised, and will continue to, advise the Oversight Board on optimal tax structures for PREPA's restructuring and transformation of its legacy generation and T&D assets pursuant to PREPA's certified fiscal plans. In this capacity, Nixon is engaged to provide tax-exempt bond law analysis, render opinions related to federal tax issues and prepare tax-related documentation and disclosure, among other things.

14.     As of this date, Nixon has delivered three legal opinions in connection with the LUMA T&D Agreements and expects to deliver additional legal opinions with respect to the creation of one or more affiliates of PREPA to which PREPA would transfer all or a portion of its electric generation facilities.

15.     Pursuant to the Interim Compensation Order, Nixon hereby seeks an allowance of $58,872.00 as compensation for professional services rendered during the Compensation Period

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

in connection with such professional services.

16.     Nixon's itemized time records for attorneys and professionals performing services for the Oversight Board during the Compensation Period is attached hereto as **Exhibit A**.

17.     During the Compensation Period, Nixon billed the Oversight Board for time expended by its attorneys and professionals based on Nixon's hourly rate for each attorney and professional as detailed in Schedule 2 of the summary of this Application.

18.     The fees charged by Nixon are in accordance with the firm's existing billing rates and procedures in effect during the Compensation Period and are appropriate for complex securities and tax advantage financing matters. The rates and rate structure reflect that such complex matters typically involve great complexity, high stakes, and intense time pressures. Nixon submits that the compensation requested is reasonable in light of the nature, extent, and value of such services provided to the Oversight Board.

19.     The services for which Nixon is requesting approval of the Court were performed for the Oversight Board as representative of PREPA. In connection with the matter covered by this Application, Nixon received no payment and no promises of payment for services rendered, or to be rendered, from any source other than the Debtors. There is no agreement or understanding between Nixon and any other person, other than members of the firm, for the sharing of compensation received for services rendered under the Agreements.

20.     Sections 316 and 317 of PROMESA provide for interim compensation of professionals and govern the Court's award of such compensation. 48 U.S.C. §§ 2176-2177. Section 316 of PROMESA provides that a court may award a professional person employed by the Debtors or the Oversight Board under PROMESA "(1) reasonable compensation for actual, necessary services rendered by the professional person, or attorney and by any paraprofessional

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

person employed by any such person; and (2) reimbursement for actual, necessary expenses." 48 U.S.C. § 2176(a).

21.    Section 316 of PROMESA also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (6) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this subchapter or title 11.

48 U.S.C. § 2176(c).

22.    As noted above, the professional services object of this Application were necessary and beneficial to the Oversight Board as representative of PREPA.

## <u>ATTORNEY CERTIFICATION</u>

1.    In accordance with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4), the undersigned has reviewed the requirements of Puerto Rico Local Bankruptcy Rule 2016-1(a)(4)

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

and certifies to the best of his information, knowledge, and belief that this Application complies with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4). In this regard, and incorporated herein by reference, the Certification of Mitchell Rapaport in accordance with the U.S. Trustee Guidelines is attached hereto as **Exhibit B**.

## RESERVATION OF RIGHTS

1.          Nixon reserves the right to request compensation for services and reimbursement of such expenses in a future application that have not been processed in relation to the Compensation Period object of this Application.

## NOTICE

1.          Pursuant to the Interim Compensation Order, notice of this Application has been filed in the Title III Cases and served upon:

- 10 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

(a) the Financial Oversight and Management Board:

> Financial Oversight and Management Board
> 40 Washington Square South, Office 314A
> New York, NY 10012
> Attn: Professor Arthur J. Gonzalez, Oversight Board Member

(b) attorneys for the Oversight Board:

> Proskauer Rose LLP
> Eleven Times Square
> New York, NY 10036,
> Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
> Ehud Barak, Esq. (ebarak@proskauer.com)
>
> and
>
> Proskauer Rose LLP
> 70 West Madison Street
> Chicago, IL 60602
> Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com)

(c) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority:

> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square, New York, NY 10036
> Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com)
> Suzzanne Uhland, Esq. (suhland@omm.com)
> Diana M. Perez, Esq. (dperez@omm.com)

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority:

> Marini Pietrantoni Muñiz LLC
> MCS Plaza, Suite 500
> 255 Ponce de León Ave
> San Juan, PR 00917
> Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com)
> Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com)

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa:

> Office of the United States Trustee for the District of Puerto Rico,
> Edificio Ochoa
> 500 Tanca Street, Suite 301
> San Juan, PR 00901
> (re: *In re: Commonwealth of Puerto Rico*)

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

(f) attorneys for the Official Committee of Unsecured Creditors:

> Paul Hastings LLP
> 200 Park Ave.
> New York, NY 10166
> Attn:   Luc. A Despins, Esq. (lucdespins@paulhastings.com)

(g) attorneys for the Official Committee of Unsecured Creditors:

> Casillas, Santiago & Torres LLC
> El Caribe Office Building
> 53 Palmeras Street, Ste. 1601
> San Juan, PR 00901
> Attn:   Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com)
>         Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com)

(h) attorneys for the Official Committee of Retired Employees:

> Jenner & Block LLP
> 919 Third Ave.
> New York, NY 10022
> Attn:   Robert Gordon, Esq. (rgordon@jenner.com)
>         Richard Levin, Esq. (rlevin@jenner.com)

> and

> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654
> Attn:   Catherine Steege, Esq. (csteege@jenner.com)
>         Melissa Root, Esq. (mroot@jenner.com)

(i) attorneys for the Official Committee of Retired Employees:

> Bennazar, García & Milián, C.S.P.
> Edificio Union Plaza, PH-A
> 416 Ave. Ponce de León
> Hato Rey, PR 00918
> Attn:   A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org)

(j) the Puerto Rico Department of Treasury:

> Puerto Rico Department of Treasury
> PO Box 9024140
> San Juan, PR 00902-4140
> Attn:   Reylam Guerra Goderich, Deputy Assistant of Central Accounting
>           (Reylam.Guerra@hacienda.pr.gov)
>         Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central
>           Accounting (Rodriguez.Omar@hacienda.pr.gov)
>         Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal
>           Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov)
>         Francisco Parés Alicea, Secretary of the Puerto Rico Treasury

- 12 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

Department (francisco.pares@hacienda.pr.gov)
Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury
(Francisco.Pena@hacienda.pr.gov)

(k) attorneys for the Fee Examiner:

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:   Eyck O. Lugo (elugo@edgelegalpr.com)

(l)  attorneys for the Fee Examiner:

Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn:   Katherine Stadler (KStadler@gklaw.com)

(m) attorneys for AAFAF in the PREPA Title III proceeding:

Greenberg Taurig LLP
200 Park Avenue
New York, NY 10166
Attn.   Nathan A. Haynes, Esq., haynesn@gtlaw.com

(n) attorneys for the U.S. Bank National Association:

Maslon LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Attn:   Clark T. Whitmore, Esq. (clark.whitmore@maslon.com)
William Z. Pentelovitch, Esq., (bill.pentelovitch@maslon.com)
John T. Duffey, Esq. (john.duffey@maslon.com)
Jason M. Reed, Esq. (jason.reed@maslon.com)

(o) attorneys for the U.S. Bank National Association:

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn:   Eric A. Tulla, Esq. (etulla@riveratulla.com)
Iris J. Cabrera-Gómez, Esq. (icabrera@riveratulla.com).

**WHEREFORE** Nixon respectfully requests that the Court enter an order (a) allowing

interim compensation for professional services rendered during the Compensation Period in

the amount of $58,872.00 (including the 10% professional compensation holdback amount); (b)

directing the Commonwealth to pay promptly to Nixon the difference between (i) the amount of

- 13 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

interim compensation for professional services rendered, and reimbursement of expenses incurred during the Compensation Period allowed hereunder, and (ii) the amounts for such compensation and expenses previously paid to Nixon, consistent with the provisions of the Interim Compensation Order; (c) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to Nixon's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application; and (d) granting Nixon such other and further relief as is just and proper.

Dated: August 4, 2023
New York, New York

Respectfully submitted,

*/s/ Sebastian M. Torres Rodríguez*

USDC No. 301211
Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120
Telephone: (212) 940-3072
Facsimile: (833) 936-0842

- 14 -

**Exhibit A**

**ITEMIZED TIME RECORDS**

**February 2023 (Projects  #5 and #6)**

**MATTER NO.:**     **000002**          **PREPA TAX ADVICE – PROJECT #5**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| **01: Category 1** | | | |
| 02/02/23 | S. Torres-Rodriguez | 0.70 | Review Monthly Fee No Objection Statement in connection with the opinion fixed fee and provide comments to M. O'Sullivan |
| 02/02/23 | S. Torres-Rodriguez | 0.30 | Coordinate generation of LEDES files of invoices from Oct 1, 2020 through September 30, 2022 for the Fee Examiner |
| 02/02/23 | S. Torres-Rodriguez | 0.50 | Review the Monthly Fee Statement for January 2023. |
| Task Total: Category 1 | | 1.50 | Task Fees:          990.00 |
| | | | |
| 02/08/23 | M. Rapaport | 0.50 | Telephone call with D. Brownstein regarding PREPA. |
| 02/09/23 | M. Rapaport | 1.00 | Telephone calls and emails to D. Brownstein regarding PREPA bond structure (.5). Conference call with B. Serchuk regarding PREPA structure and contingent interest (.5). |
| 02/09/23 | B. Serchuk | 0.50 | Telephone call with M. Rapaport regarding contingent payment question. |
| 02/10/23 | M. Rapaport | 0.80 | Telephone call and emails with D. Brownstein. |
| 02/16/23 | C. Young | 0.30 | Emails with M. Rapaport and Cleary regarding final executed documents for our files (.3). |
| Task Total: None | | 3.10 | Task Fees:      3,375.90 |

**TOTAL HOURS:**      **4.60**

**TOTAL FEES:**          **$4,365.90**

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

**MATTER NO.:**     **000002**       **PREPA TAX ADVICE – PROJECT #6**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 02/01/23 | V. Wong | 3.70 | Review and revise Custodial Trust Agreement. |
| 02/03/23 | V. Wong | 0.30 | Call with Wachtel to discuss draft. |
| 02/09/23 | V. Wong | 1.00 | Review comments to custodial trust agreement. Correspond with A. Darwin. |
| 02/10/23 | A. Darwin | 1.10 | Preliminary review of Trust Agreement. Correspondence to Ms. Wong. |
| 02/10/23 | K. Stack | 1.20 | Conference with V. Wong; review trust agreement. |
| 02/10/23 | V. Wong | 0.80 | Call with A. Darwin. Call with K. Stack. |
| 02/13/23 | A. Darwin | 2.00 | Research regarding certain issues raised by revised Trust Agreement. Review Trust and outline comments for V. Wong. |
| 02/14/23 | A. Darwin | 1.00 | Review certain points raised in comments to Trust. Review inquiry from Wachtel and research same. Correspondence with Ms. Wong. |
| 02/15/23 | A. Darwin | 0.90 | Exchange of correspondence with tax counsel, Mr. Malik. Outline issues for Mr. Malik. |
| 02/17/23 | A. Darwin | 1.60 | Review Delaware Trust aspects of Trust Agreement, requirements of Delaware Trustee. Review summary of tax aspects from Mr. Malik. Review certain aspects of Trust Agreement. |
| 02/17/23 | S. Malik | 2.40 | Review trust agreement. Conference with S. Berger from Wachtell regarding same. Prepare summary e-mail to V. Wong regarding same. |
| 02/22/23 | S. Malik | 0.80 | Conference with A. Darwin regarding open trust issues. Attention to trust agreement. |
| 02/22/23 | A. Darwin | 0.70 | Follow up with Mr. Malik. Further outline and discuss trust issues with Mr. Malik. |
| 02/23/23 | A. Darwin | 0.70 | Review requirements of Delaware Statutory Trusts. |
| 02/23/23 | S. Malik | 1.20 | Attention to trust tax issues. |
| 02/24/23 | A. Darwin | 0.90 | Comments on trust document. Exchange of correspondence with Mr. Malik and Ms. Wong. |
| 02/24/23 | B. Kenney | 4.50 | Review latest draft of Trust Agreement and issue list from Wachtell. Conference calls and e-mails with S. Malik and A. Darwin to discuss final changes to Agreement. E-mails with S. Berger to schedule conference call for tax issues. |

- 2 -

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

| 02/24/23 | V. Wong | 1.80 | Correspond with internal team. Review revised draft agreement |
| 02/28/23 | A. Darwin | 0.30 | Preliminary review of revised trust and correspondence to Mr. Malik and Ms. Wong regarding same. |
| 02/28/23 | B. Kenney | 4.50 | Prepare for conference call with S. Berger. Review latest draft provided by WLRK from 02/20 and compare it against previous WLRK draft along with most recent NP draft. Research into general New York state trust requirements with respect to grantor trusts. |

|  |  |  | Phase Fees: | 29,818.80 |

**: Category 15**

| 02/14/23 | V. Wong | 0.50 | Correspond with S. Marshall and A. Darwin. Review revised draft of custodial trust agreement. |
| Task Total: Category 15 | | 0.50 | Task Fees: | 544.50 |

**29: Category 29**

| 02/15/23 | V. Wong | 0.30 | Call with A. Darwin and S. Malik. |
| Task Total: Category 29 | | 0.30 | Task Fees: | 326.70 |

**77: Category 77**

| 02/13/23 | V. Wong | 1.00 | Review Wachtel comments to draft. Call with A. Darwin. |
| Task Total: Category 77 | | 1.00 | Task Fees: | 1,089.00 |

**TOTAL HOURS:**   **33.20**

**TOTAL FEES:**   **$31,779.00**

4853-7626-8104.1

**March 2023 (Projects #**

**5 and #6)**

**MATTER NO.:**     **000002**          **PREPA TAX ADVICE – Project #5**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 03/20/23 | M. Rapaport | 0.80 | Telephone call and emails with D. Brownstein regarding default provisions of PREPA bonds. |
| 03/20/23 | B. Serchuk | 0.30 | Email with M. Rapaport regarding use of DSRF funds |
| 03/20/23 | B. Serchuk | 0.50 | Emails with M. Rapaport regarding PREPA debt structure. |
| 03/21/23 | M. Rapaport | 1.00 | Telephone call and emails with D. Brownstein regarding tax issues. |
| 03/22/23 | B. Serchuk | 0.40 | Email with M. Rapaport regarding PREPA structuring issues. |
| 03/22/23 | M. Rapaport | 1.10 | Telephone calls and emails to D. Brownstein regarding tax issues (.8). Emails to B. Serchuk regarding tax issues (.3). |
| 03/29/23 | M. Rapaport | 0.40 | Telephone call with D. Brownstein. |

Task Total: None                         4.50                              Task Fees:      4,900.50

**TOTAL HOURS:**          **4.50**

                                                              **TOTAL FEES:**          **$4,900.50**

**MATTER NO.:**        **000002**        **PREPA TAX ADVICE – Project #6**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 03/01/23 | A. Darwin | 0.20 | Telephone conference with Ms. Wong. |
| 03/01/23 | V. Wong | 1.30 | Call with M. DiConza. Review revised agreement. Review proposed amendment to Citi facility. |
| 03/01/23 | S. Malik | 1.80 | Work on trust agreement. Conference with Wachtell. E-mail to V. Wong regarding open issues. |
| 03/02/23 | V. Wong | 0.30 | Call with M. DiConza. |
| 03/02/23 | B. Kenney | 3.90 | Conference call with S. Berger and S. Malik to discuss tax aspects of latest draft Trust Agreement. Finalize review of trust Agreement and discussing with S. Malik. |
| 03/03/23 | S. Malik | 1.40 | Attention to open tax issues. Prepare summary of same. |
| 03/03/23 | B. Kenney | 2.20 | Finalize review of latest Trust Agreement draft. Summarize outstanding tax issues in e-mails with S. Malik and V. Wong. |
| 03/06/23 | A. Darwin | 2.10 | Review revised Trust Agreement; send comments to Ms. Wong. |

TOTAL HOURS:    13.20

TOTAL FEES:    $11,757.90

4853-7626-8104.1

**April 2023**

**MATTER NO.:**   **000002**          **PREPA TAX ADVICE**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services | | |
|------|-----------|-------|------------------------|---|---|
| 04/16/23 | M. Rapaport | 0.30 | Telephone call with D. Brownstein regarding PREPA structure. | | |
| Task Total: None | | 0.30 | | Task Fees: | 326.70 |

**TOTAL HOURS:**          **0.30**

                                                          **TOTAL FEES:**        **$326.70**

**May 2023**

**MATTER NO.:**     **000002**          **PREPA TAX ADVICE**

**For Professional Fees:**

|  | Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|---|
| **01: Category 1** | | | | |
| | 05/11/23 | S. Torres-Rodriguez | 0.40 | Review Project Assignment #6 for the FOMB engagement and coordinate execution and delivery to FOMB |
| | 05/11/23 | S. Torres-Rodriguez | 0.70 | Review February 2023 and March 2024 Monthly Fee Statement and work with M. O'Sullivan to adequately classified time entries between Project Assignment #6 and Project Assignment #5 in order to comply with the interim compensation procedures |
| | 05/11/23 | S. Torres-Rodriguez | 0.30 | Review January Monthly Fee Statement in connection with Project Assignment #6 time entries and provide comments to M. O'Sullivan |
| | 05/11/23 | S. Torres-Rodriguez | 1.00 | Review Fee Examiner Letter Report in connection with our 1st through 5th fee applications (.70); confer with V. Wong (.10), M. Rappaport (.10) and C. Desiderio (.10) regarding the same and next steps. |
| | 05/11/23 | S. Torres-Rodriguez | 0.20 | Coordinate with D. Duhl adjustment to electronic fee data files for the to filed fee application up to January 2023 to address comments raised by Fee Examiner in connection with fixed fee assignments. |
| | 05/11/23 | S. Torres-Rodriguez | 0.40 | Coordinate with M. O'Sullivan (.20) and M. Rapaport (.20) adjustments to current invoicing practices to address comments raised by Fee Examiner |
| | 05/12/23 | S. Torres-Rodriguez | 2.00 | Review the revised January 2023, February 2023 and March 2024 Monthly Fee Statement and work with M. O'Sullivan to fix billing rates in order to finalize and send the statements to client for approval |
| | 05/25/23 | S. Torres-Rodriguez | 0.70 | Review executed Project Assignment #6 and coordinate next steps with M. O'Sullivan |
| | 05/31/23 | S. Torres-Rodriguez | 1.20 | Review the Fee Examiner Report on Uncontested Professional Fee Matter in conenction with the June 8, 2023 Omnibus Hearing |

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

| | | | |
|---|---|---|---|
| 05/31/23 | S. Torres-Rodriguez | 0.60 | Review the Monthly Fee Statement for February 2023 for Project Assignment #6 and provide comments to M. O'Sullivan |
| 05/31/23 | S. Torres-Rodriguez | 0.60 | Review the Monthly Fee Statement for January 2023 for Project Assignment #5 and provide comments to M. O'Sullivan |
| 05/31/23 | S. Torres-Rodriguez | 0.30 | Call with M. O'Sullivan to discuss Monthly Fee Statement for February 2023 and next steps for the January 2023 No Objection Letter, Fee Applications to filed in June with the Title III Court and March, April and May Monthly Fee Statements |
| 05/31/23 | S. Torres-Rodriguez | 0.30 | Correspondence with I. Labarca regarding the Fee Examiner Report and our 10% hold back payment |
| Task Total: Category 1 | | 8.70 | Task Fees:     5,742.00 |

**TOTAL HOURS:**     **8.70**

**TOTAL FEES:**     **$5,742.00**

4853-7626-8104.1

**Exhibit B**

**ATTORNEY CERTIFICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATION OF MITCHELL RAPAPORT PURSUANT TO PUERTO RICO LOCAL BANKRUPTCY RULE 2016-1(a)(4)

Mitchell Rapaport, under penalty of perjury, certifies as follows:

1.  I am a partner with the law firm of Nixon Peabody LLP ("Nixon").

2.  I make this certification in accordance with Rule 2016-1(a)(4) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") regarding the contents of applications for compensation and expenses.

3.  I am familiar with the work performed by Nixon for the Financial Oversight and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

Management Board for Puerto Rico (the "Oversight Board"), acting for or on behalf of the Puerto Rico Electric Power Authority ("PREPA").

4.      I have read the *Thirteenth Interim Application of Nixon Peabody LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority, for the Period from February 1, 2023 through May 31, 2023* (the "Application"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

5.      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the Fee Examiner Guidelines, PROMESA, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "Guidelines"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico.

6.      I hereby certify that no public servant of the Puerto Rico Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To

- 2 -

4853-7626-8104.1

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

the best of my knowledge, Nixon does not have any debts owed to the Government of Puerto Rico

or its instrumentalities.


Dated:  August 4, 2023                                    */s/ Mitchell Rapaport*
                                                          Mitchell Rapaport

4853-7626-8104.1

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER APPROVING THE THIRTEENTH INTERIM FEE APPLICATION OF NIXON PEABODY LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD FROM FEBRUARY 1, 2023 THROUGH MAU 31, 2023

Upon the application (the "Application")[2] of Nixon Peabody LLP ("Nixon"), as attorneys

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") acting

as representative of the Debtors under Section 315(b) of the *Puerto Rico Oversight, Management,*

*and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) Sections 316 and 317 of

PROMESA, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1,

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.

[3]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

**Estimated Hearing Date**: Next Omnibus Hearing Date or an earlier date as ordered by the Court
**Objection Deadline**: **August 24, 2023**, at 4:00 p.m. (Atlantic Standard Time)

(d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix B, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Dkt. No. 3269)*, an allowance of interim compensation for professional services rendered for the period commencing February 1, 2023 through and including May 31, 2023 in the amount of $58,872.00; and, this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.     The Application is APPROVED as set forth herein.

2.     Compensation to Nixon for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of $58,872.00.

3.     The Debtor is authorized to pay Nixon all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

4.     The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

Dated: August 4, 2023
　　　San Juan, Puerto Rico

_____
Honorable Laura Taylor Swain
United States District Judge

4853-7626-8104.1