# EXHIBIT B



POWER CONSTRUCTORS, INC.

3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333 USA

PHONE 208-788-3456
FAX 208-788-2082

May 14, 2019

Attn: Accounts Payable
Puerto Rico Electric Power Authority (PREPA)
RD #838, KM 15.1 Barrio Monacillos
PO Box 364267
San Juan, 000936-4267
PR

Subject: 157886         Technical Services
                        Invoice No.: 308379

Dear Accounts Payable:

Enclosed is POWER Constructors, Inc. (PCI) invoice for technical services for the subject project through April 30, 2019.

| Professional Services Contract | 2019-P00092 |
|---|---|
| Budget | $406,891.00 |
| Previously Invoiced | $0.00 |
| Invoiced This Period | $405.71 |
| Invoiced to Date | $405.71 |
| % of Total Contract Invoiced | 0.10% |
| Remaining Budget | $406,485.29 |

 April 2019 Activities
- 

May 2019 Planned Activities:
- Site Visit

If you have any questions or comments regarding this status letter and invoice, please contact me at 208-788-0509.

Sincerely,


William Pott
Project Manager

Cc:
Brooke Degn (POWER)

HLY 153183 (5/14/19) BD