**EXHIBIT C**



POWER CONSTRUCTORS, INC.
3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333 USA

PHONE 208-788-3456
FAX 208-788-2082

June 21, 2019

Attn: Accounts Payable
Puerto Rico Electric Power Authority (PREPA)
RD #838, KM 15.1 Barrio Monacillos
PO Box 364267
San Juan, 000936-4267
PR

Subject:  157886              Technical Services
                              Invoice No.: 308914

Dear Accounts Payable:

Enclosed is POWER Constructors, Inc. (PCI) invoice for technical services for the subject project through May 31, 2019.

| Professional Services Contract | 2019-P00092 |
|---|---|
| Budget | $406,891.00 |
| Previously Invoiced | $405.71 |
| Invoiced This Period | $64,383.52 |
| Invoiced to Date | $64,789.23 |
| % of Total Contract Invoiced | 15.92% |
| Remaining Budget | $ |

May 2019 Activities
- Developed initial RFI, collected, reviewed, incorporated technical information
- Met with PREPA planning and operations team in San Juan (3 person-trips) to collect and review PREPA data
- Began updating and validating data for elements of PSSE and dispatch models
- Provided and reviewed June schedule, tasks, and level of effort on week-ahead and month-ahead basis

June 2019 Planned Activities:
- Continue updates and validation of economic dispatch and PSSE models
- Meet with PREPA planning and operations team in San Juan (2-3 person-trips) to collect and review PREPA data
- Present findings and next steps

HLY 153183 (5/14/19) BD

If you have any questions or comments regarding this status letter and invoice, please contact me at 917-353-9335.

Sincerely,

William Pott
Project Manager

Cc:
Brooke Degn (POWER)



| | | | | | | | **INVOICE** |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | POWER CONSTRUCTORS, INC |
| | | | | | | | 3940 GLENBROOK DRIVE |
| | | | | | | | PO BOX 1066 |
| | | | | | | | HAILEY, ID 83333 |
| | | | | | | | 208-788-3456 |

PCI Job No.: 157886 TECHNICAL SERVICES  
PROFESSIONAL SERVICES CONTRACT 2019-P00092  
Contract Period: April 12, 2019 to June 30, 2019  
PREPA's Budget Acct No.:      01-4019-92319-556-673

Invoice Number: **308914**  
Invoice Date: 6/21/2019  
Billing Start Date: 5/1/2019  
Billing End Date: 5/31/2019  
Invoice Currency: USD

Attn: , ACCOUNTS PAYABLE  
PUERTO RICO ELECTRIC POWER AUTHORITY  
RD#838, KM 15.1 BARRIO MONACILLOS  
PO BOX 364267  
SAN JUAN, 000936-4267  
PR

Wire Remittance: - BANK: WELLS FARGO BANK  
NAME ON ACCT: POWER CONSTRUCTORS, INC  
ACCT #: 4121175293  
ROUTING #: 121000248  
SWIFT CODE: WFBIUS6S  
AccountsReceivableManagement@powereng.com

| PREPA Budget Acct No. | Budget | Previous Billing | Current Invoice | Total Invoiced | % Total Contract | Remaining Budget |
| --- | --- | --- | --- | --- | --- | --- |
| 01-4019-92319-556-673 | $406,891.00 | $405.71 | $64,383.52 | $64,789.23 | 15.92% | $342,101.77 |

### DETAILS

| Professional Services | Grade | Job Title | Hours | Rate | Amount | Home Office Services | Puerto Rico Services | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Baker, Doug (Home Office) | 11 | Senior Technical Consultant | 0 | $324.57 | $0.00 | $0.00 | | |
| Baker, Doug (Field) | 11 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Degn, Brooke | 4 | Invoice Accounting | 12.5 | $0.00 | $0.00 | $0.00 | | |
| Garcia, Grester (Home Office) | 7 | Mid-Level Technical Consultant | 39.5 | $221.50 | $8,749.25 | $8,749.25 | | |
| Garcia, Grester (Field) | 7 | Mid-Level Technical Consultant | 50.5 | $281.99 | $14,240.50 | | $14,240.50 | |
| Lathrop, Steve (Home Office) | 9 | Senior Technical Consultant | 1.5 | $324.57 | $486.86 | $486.86 | | |
| Lathrop, Steve (Field) | 9 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Metayer, Junior (Home Office) | 4 | Junior Technical Consultant | 58.75 | $150.96 | $8,868.90 | $8,868.90 | | |
| Metayer, Junior (Field) | 4 | Junior Technical Consultant | 0 | $190.95 | $0.00 | | $0.00 | |
| Murray, Gerry (Home Office) | 14 | Senior Technical Consultant | 0 | $324.57 | $0.00 | $0.00 | | |
| Murray, Gerry (Field) | 14 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Pott, William (Home Office) | 10 | Project Manager | 29.5 | $324.57 | $9,574.82 | $9,574.82 | | |
| Pott, William (Field) | 10 | Project Manager | 44 | $418.32 | $18,406.08 | | $18,406.08 | |
| Pott, William | 10 | Project Administration | 19 | $0.00 | $0.00 | $0.00 | | |
| Rusciolelli, Bill (Home Office) | 9 | Senior Technical Consultant | 2.5 | $324.57 | $811.43 | $811.43 | | |
| Rusciolelli, Bill (Field) | 9 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Thompson, Beverly | 2 | Project Administration | 1 | $0.00 | $0.00 | $0.00 | | |
| Turk, Greg (Home Office) | 8 | Senior Technical Consultant | 10 | $324.57 | $3,245.70 | $3,245.70 | | |
| Turk, Greg (Field) | 8 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| | | Total Labor: | 268.75 | | $64,383.52 | $31,736.95 | $32,646.58 | $64,383.52 |

| Reimbursable Expenses | | | | | Amount | Home Office Expenses | Puerto Rico Expenses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Total Expenses: | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Current Charges: | | | $64,383.52 | $31,736.95 | $32,646.58 | $64,383.52 |

For any accounting questions please contact Brooke Degn at 1-208-788-0541.

For any other questions please contact William Pott at 1-208-788-0509.

| Act No. 48-2013 (PREPA will withhold a special contribution) | Withholding Amount | |
| --- | --- | --- |
| 1.5% of the Gross Amount | $965.75 | $965.75 |

We certify under penalty of absolute nullity that no public servant of PREPA is a party or has any interest in the benefit or project product of the Contract which is the basis of this invoice.  If such benefit or profit exists, the required waiver has been obtained prior to entering in to the contract.  The only consideration to be received in exchange for the delivery of Services provided is the agreed-upon price that has been negotiated with an authorized representative of PREPA.  The total amount shown on this invoice is ture and correct.   The services have been rendered, and no payment has been received.

Contractor's Signature