**EXHIBIT D**



**INVOICE**
POWER CONSTRUCTORS, INC
3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333
208-788-3456

PCI Job No.: 157886 TECHNICAL SERVICES  
PROFESSIONAL SERVICES CONTRACT 2019-P00092  
Contract Period: April 12, 2019 to June 30, 2019  
PREPA's Budget Acct No.:      01-4019-92319-556-673  

Invoice Number: **308918**  
Invoice Date: 6/21/2019  
Billing Start Date: 5/1/2019  
Billing End Date: 5/31/2019  
Invoice Currency: USD  

Attn: , ACCOUNTS PAYABLE  
PUERTO RICO ELECTRIC POWER AUTHORITY  
RD#838, KM 15.1 BARRIO MONACILLOS  
PO BOX 364267  
SAN JUAN,  000936-4267  
PR  

Wire Remittance: -  BANK: WELLS FARGO BANK  
NAME ON ACCT: POWER CONSTRUCTORS, INC  
ACCT #: 4121175293  
ROUTING #: 121000248  
SWIFT CODE: WFBIUS6S  
AccountsReceivableManagement@powereng.com

| PREPA Budget Acct No. | Budget | Previous Billing | Current Invoice | Total Invoiced | % Total Contract | Remaining Budget |
|---|---|---|---|---|---|---|
| 01-4019-92319-556-673 | $406,891.00 | $64,789.23 | $5,229.63 | $70,018.86 | 17.21% | $336,872.14 |

**DETAILS**

| Reimbursable Expenses | Amount | Home Office Expenses | Puerto Rico Expenses | |
|---|---|---|---|---|
| AIRFARE | $2,745.58 | | $2,745.58 | |
| LODGING | $2,140.71 | | $2,140.71 | |
| MEALS | $299.86 | | $299.86 | |
| GROUND TRANSPORTATION | $43.48 | | $43.48 | |
| Total Expenses: | $5,229.63 | $0.00 | $5,229.63 | $5,229.63 |
| | | | | |
| Current Charges: | $5,229.63 | $0.00 | $5,229.63 | $5,229.63 |

For any accounting questions please contact Brooke Degn at 1-208-788-0541.

For any other questions please contact William Pott at 1-208-788-0509.

| _Act No. 48-2013 (PREPA will withhold a special contribution)_ | _Withholding Amount_ | |
|---|---|---|
| 1.5% of the Gross Amount | $78.44 | $78.44 |

We certify under penalty of absolute nullity that no public servant of PREPA is a party or has any interest in the benefit or project product of the Contract which is the basis of this invoice.  If such benefit or profit exists, the required waiver has been obtained prior to entering in to the contract.  The only consideration to be received in exchange for the delivery of Services provided is the agreed-upon price that has been negotiated with an authorized representative of PREPA.  The total amount shown on this invoice is ture and correct.   The services have been rendered, and no payment has been received.

Contractor's Signature