**EXHIBIT E**



**INVOICE**

POWER CONSTRUCTORS, INC
3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333
208-788-3456

PCI Job No.: 157886 TECHNICAL SERVICES
PROFESSIONAL SERVICES CONTRACT 2019-P00092
Contract Period: April 12, 2019 to June 30, 2019
PREPA's Budget Acct No.:       01-4019-92319-556-673

| | |
|---|---|
| Invoice Number: | **318204** |
| Invoice Date: | 8/30/2019 |
| Billing Start Date: | 6/1/2019 |
| Billing End Date: | 6/30/2019 |
| Invoice Currency: | USD |

Attn: , ACCOUNTS PAYABLE
PUERTO RICO ELECTRIC POWER AUTHORITY
RD#838, KM 15.1 BARRIO MONACILLOS
PO BOX 364267
SAN JUAN, 000936-4267
PR

Wire Remittance: - BANK: WELLS FARGO BANK
NAME ON ACCT: POWER CONSTRUCTORS, INC
ACCT #: 4121175293
ROUTING #: 121000248
SWIFT CODE: WFBIUS6S
ARMgmt@powerneg.com

| PREPA Budget Acct No. | Budget | Previous Billing | Current Invoice | Total Invoiced | % Total Contract | Remaining Budget |
|---|---|---|---|---|---|---|
| 01-4019-92319-556-673 | $406,891.00 | $202,080.07 | $5,871.12 | $207,951.19 | 51.11% | $198,939.81 |

## DETAILS

**Reimbursable Expenses**

| | Amount | Home Office Expenses | Puerto Rico Expenses | |
|---|---|---|---|---|
| AIRFARE | $2,708.61 | | $2,708.61 | |
| LODGING | $2,870.08 | | $2,870.08 | |
| MEALS | $139.76 | | $139.76 | |
| GROUND TRANSPORTATION | $152.67 | | $152.67 | |
| Total Expenses: | $5,871.12 | $0.00 | $5,871.12 | $5,871.12 |
| | | | | |
| Current Charges: | $5,871.12 | $0.00 | $5,871.12 | $5,871.12 |

For any accounting questions please contact Brooke Degn at 1-208-788-0541.

For any other questions please contact William Pott at 1-208-788-0509.

**Act No. 48-2013 (PREPA will withhold a special contribution)**   **Withholding Amount**
1.5% of the Gross Amount                                            $88.07                  $88.07

We certify under penalty of absolute nullity that no public servant of PREPA is a party or has any interest in the benefit or project product of the Contract which is the basis of this invoice. If such benefit or profit exists, the required waiver has been obtained prior to entering in to the contract. The only consideration to be received in exchange for the delivery of Services provided is the agreed-upon price that has been negotiated with an authorized representative of PREPA. The total amount shown on this invoice is ture and correct. The services have been rendered, and no payment has been received.

Contractor's Signature