

**EXHIBIT F**

POWER CONSTRUCTORS, INC.

3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333 USA

PHONE 208-788-3456
FAX 208-788-2082

October 4, 2019

Attn: Accounts Payable
Puerto Rico Electric Power Authority (PREPA)
RD #838, KM 15.1 Barrio Monacillos
PO Box 364267
San Juan, 000936-4267
PR

Subject: 157886    Technical Services
                   Invoice No.: 316280r1

Dear Accounts Payable:

Enclosed is POWER Constructors, Inc. (PCI) invoice for technical services for the subject project through June 30, 2019.

| Professional Services Contract | 2019-P00092 |
|---|---|
| Budget | $406,891.00 |
| Previously Invoiced | $70,018.86 |
| Invoiced This Period | $148,938.85 |
| Invoiced to Date | $218,957.71 |
| % of Total Contract Invoiced | 53.81% |
| Remaining Budget | $187,933.30 |

June 2019 Activities
- Complete agreed deliverables and discussions with PREPA clients and leadership, focused on updates to PSS/E model and financial savings from improved economic dispatch.

If you have any questions or comments regarding this status letter and invoice, please contact me at 917-353-9335.

Sincerely,

William Pott
Project Manager

Cc:
Brooke Degn (POWER)

HLY 153183 (8/21/19) BD



**INVOICE**
POWER CONSTRUCTORS, INC
3940 GLENBROOK DRIVE
PO BOX 1066
HAILEY, ID 83333
208-788-3456

PCI Job No.: 157886 TECHNICAL SERVICES
PROFESSIONAL SERVICES CONTRACT 2019-P00092
Contract Period: April 12, 2019 to June 30, 2019
PREPA's Budget Acct No.:       01-4019-92319-556-673

Invoice Number:    **316280r1**
Invoice Date:    8/20/2019
Billing Start Date:    6/1/2019
Billing End Date:    6/30/2019
Invoice Currency:    USD

Attn: , ACCOUNTS PAYABLE
PUERTO RICO ELECTRIC POWER AUTHORITY
RD#838, KM 15.1 BARRIO MONACILLOS
PO BOX 364267
SAN JUAN,  000936-4267
PR

Wire Remittance: -  BANK: WELLS FARGO BANK
NAME ON ACCT: POWER CONSTRUCTORS, INC
ACCT #: 4121175293
ROUTING #: 121000248
SWIFT CODE: WFBIUS6S
ARMgmt@powereng.com

| PREPA Budget Acct No. | Budget | Previous Billing | Current Invoice | Total Invoiced | % Total Contract | Remaining Budget |
|---|---|---|---|---|---|---|
| 01-4019-92319-556-673 | $406,891.00 | $70,018.86 | $148,938.85 | $218,957.71 | 53.81% | $187,933.30 |

### DETAILS

| Professional Services | Grade | Job Title | Hours | Rate | Amount | Home Office Services | Puerto Rico Services | |
|---|---|---|---|---|---|---|---|---|
| Baker, Doug (Home Office) | 11 | Senior Technical Consultant | 0 | $324.57 | $0.00 | $0.00 | | |
| Baker, Doug (Field) | 11 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Degn, Brooke | 5 | Invoice Accounting | 16 | $0.00 | $0.00 | $0.00 | | |
| Furumasu, Brian (Home) | 10 | Project Manager | 0.5 | $324.57 | $162.29 | $162.29 | | |
| Garcia, Grester (Home Office) | 7 | Mid-Level Technical Consultant | 161.75 | $221.50 | $35,827.63 | $35,827.63 | | |
| Garcia, Grester (Field) | 7 | Mid-Level Technical Consultant | 0 | $281.99 | $0.00 | | $0.00 | |
| Graham, Mark (Home) | 10 | Senior Technical Consultant | 19 | $324.57 | $6,166.83 | $6,166.83 | | |
| Lathrop, Steve (Home Office) | 9 | Senior Technical Consultant | 11 | $324.57 | $3,570.27 | $3,570.27 | | |
| Lathrop, Steve (Field) | 9 | Senior Technical Consultant | 59.5 | $418.32 | $24,890.04 | | $24,890.04 | |
| Lathrop, Steve | 9 | Project Administration | 34 | $0.00 | $0.00 | $0.00 | | |
| Metayer, Junior (Home Office) | 4 | Junior Technical Consultant | 17.75 | $150.96 | $2,679.54 | $2,679.54 | | |
| Metayer, Junior (Field) | 4 | Junior Technical Consultant | 0 | $190.95 | $0.00 | | $0.00 | |
| Murray, Gerry (Home Office) | 14 | Senior Technical Consultant | 0 | $324.57 | $0.00 | $0.00 | | |
| Murray, Gerry (Field) | 14 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Pott, William (Home Office) | 10 | Project Manager | 40.25 | $324.57 | $13,063.94 | $13,063.94 | | |
| Pott, William (Field) | 10 | Project Manager | 21.25 | $418.32 | $8,889.30 | | $8,889.30 | |
| Pott, William | 10 | Project Administration | 2 | $0.00 | $0.00 | $0.00 | | |
| Rusciolelli, Bill (Home Office) | 9 | Senior Technical Consultant | 0 | $324.57 | $0.00 | $0.00 | | |
| Rusciolelli, Bill (Field) | 9 | Senior Technical Consultant | 0 | $418.32 | $0.00 | | $0.00 | |
| Thompson, Beverly | 2 | Project Administration | 0 | $0.00 | $0.00 | $0.00 | | |
| Turk, Greg (Home Office) | 8 | Senior Technical Consultant | 141.25 | $324.57 | $45,845.51 | $45,845.51 | | |
| Turk, Greg (Field) | 8 | Senior Technical Consultant | 18.75 | $418.32 | $7,843.50 | | $7,843.50 | |
| | | Total Labor: | 543 | | $148,938.85 | $107,316.01 | $41,622.84 | $148,938.85 |

| Reimbursable Expenses | | | | | Amount | Home Office Expenses | Puerto Rico Expenses | |
|---|---|---|---|---|---|---|---|---|
| | | Total Expenses: | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Current Charges: | | | $148,938.85 | $107,316.01 | $41,622.84 | $148,938.85 |

For any accounting questions please contact Brooke Degn at 1-208-788-0541.

For any other questions please contact William Pott at 1-208-788-0509.

| Act No. 48-2013 (PREPA will withhold a special contribution) | Withholding Amount | |
|---|---|---|
| 1.5% of the Gross Amount | $2,234.08 | $2,234.08 |

We certify under penalty of absolute nullity that no public servant of PREPA is a party or has any interest in the benefit or project product of the Contract which is the basis of this invoice.  If such benefit or profit exists, the required waiver has been obtained prior to entering in to the contract.  The only consideration to be received in exchange for the delivery of Services provided is the agreed-upon price that has been negotiated with an authorized representative of PREPA.  The total amount shown on this invoice is ture and correct.   The services have been rendered, and no payment has been received.

Contractor's Signature