# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO *et al.,* | Case No. 17-BK-3283 (LTS) |
| | (Jointly Administered) |
| Debtors.[1] | Adversary case no. 19-00266 |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO ACTING BY AND THROUGH ITS MEMBERS, | |
| and | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as co-trustees respectively, of | |
| THE COMMONWEALTH OF PUERTO RIO, | |
| Plaintiffs. | |
| v. | |
| FAST ENTERPRISES LLC, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481) ("Commonwealth"), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO THE HONORABLE COURT:**

I hereby certify that Fast Enterprises, LLC, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Seventeenth Amended Notice, Case Management and Administrative Procedures Order*, (Docket No. 24726, Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the following documents:

(i) *Notice of Appearance* ((Docket No. 24836), Case No. 17-03283 (LTS));

(ii) *Joint Motion Requesting Entry of Consent Order and Judgment*, ((Docket No. 24837), Case No. 17-03283 (LTS));

(iii) *Notice of Appearance* ((Docket No. 34), Case No. 19-00266 (LTS)); and

(iv) *Joint Motion Requesting Entry of Consent Order and Judgment*, ((Docket No. 35, Case No. 19-00266 (LTS)),

**by electronic mail upon all the parties listed in the Master Service List on August 3, 2023 and by U.S. mail upon all the Standard Parties listed therein on August 4, 2022.**

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 4th day of August 2023.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **McCONNELL VALDÉS LLC**
> ***Attorneys for Fast Enterprises, LLC.***
> PO Box 364225
> San Juan, P.R. 00936-4225
> Telephone: (787) 250-5699/5619
> Fax: (787) 759-8282
>
> *s/ Nayuan Zouairabani*
> Nayuan Zouairabani
> USDC-PR No. 226411
> nzt@mcvpr.com