IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA Title III |
| as representative of | Case No. 17-BK-03283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-03566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF TEXAS    )
                  ) SS:
COUNTY OF DALLAS  )

Christa L. Smith, being duly sworn, deposes and says:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK- 4780) (Last Four Digits of Federal Tax ID: 3747).

NAI-1537656111

1. I am employed by Jones Day, 2727 N. Harwood, Dallas, Texas. I am over eighteen years of age, and am not a party to the above-captioned cases.

2. On August 2, 2023, I caused a copy of the following to be served via the Court's electronic case filing and noticing system and by e-mail upon the parties listed on the service list attached hereto as <u>Exhibit A</u>:

- *Notice of Withdrawal of Appearances and Request to Cease Service of Notices, Orders, Pleadings and Documents* [Case No. 17-03283 (LTS), Dkt. 24827]; and

- *Notice of Withdrawal of Appearances and Request to Cease Service of Notices, Orders, Pleadings and Documents* [Case No. 17-03566 (LTS), Dkt. 1416].

Dated: August 9, 2023

                                              */s/ Christa L. Smith*
                                              Christa L. Smith

Sworn to before me on this
9th day of August, 2023

*/s/Janiece Green*
Janiece Green, Notary Public
Notary Public, State of Texas
Qualified in Dallas County
Commission Expires July 26, 2027

NAI-1537656111

**Exhibit A**

rebecabarnes@bufetebarnes.com
rburgos@adameslaw.com
ajamadeo@gmail.com
finanzas@asg.pr.gov
epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
epo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
 pjime@icepr.com
daniel.bustos@excelerateenergy.com
idizengoff@akingump.com
pdublin@akingump.com
sbaldini@akingump.com
bkahn@akingump.com
csimpson@akingump.com
sheimberg@akingump.com
athornton@akingump.com
Rivalberto@gmail.com
icastro@alblegal.net
ealdarondo@alblegal.net
drodriguez.alb@gmail.com
alexandra.bigas@gmail.com
acasepr@gmail.com
ealmeida@almeidadavila.com
zdavila@almeidadavila.com
enrique.almeida@almeidadavila.com
carlos.negron@altolenterprises.com
carlos.negron@altolenterprises.com
tpaterson@afscme.org
martz@afscme.org
mfredericks@amerinatls.com
fdearmas@ciacpr.com
acordova@juris.inter.edu
Jramirez@amrclaw.com
Kellyrivero@hotmail.com
ccabrera@amrclaw.com
antoniofuentesgonzalez@yahoo.com
mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com
asociacióngerencialescfse@gmail.com
Marieli.Paradizo@ponce.pr.gov
julian.fernandez@metropistas.com
gonzalo.alcalde@metropistas.com

yanira.belen@metropistas.com
julian.fernandez@metropistas.com
gonzalo.alcalde@metropistas.com
yanira.belen@metropistas.com
orlando.gonzalez@publicisone.com
david.powlen@btlaw.com
kevin.collins@btlaw.com
Manuel@bdlawpr.com
antonio.bauza@bioslawpr.com
gsilva@bioslawpr.com
ryan@bdo.com.pr
belkgrovas@gmail.com
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
berkanj@microjuris.com
berkanmendez@gmail.com
rdiaz@bdslawpr.com
soeurette.yoyo@fmc-na.com
rosemary.phillips@bnymellon.com
cbg@bobonislaw.com
efl@bobonislaw.com
sbest@brownrudnick.com
bchew@brownrudnick.com
sbeville@brownrudnick.com
taxelrod@brownrudnick.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com
jessica@emmanuelli.law
jessica@emmanuelli.law
jessica@emmanuelli.law
rolando@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
remmanuelli@me.com
rolando@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
zoe@emmanuelli.law
ignacio@bufetefernandezalcaraz.com

3

NAI-1537656111

mcrm100@msn.com
mitch.carrington@butlersnow.com
adam.langley@butlersnow.com
jeb.bailey@butlersnow.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
candice.carson@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
notices@condelaw.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
bill.natbony@cwt.com
jaclyn.hall@cwt.com
Jared.Stanisci@cwt.com
mark.ellenberg@cwt.com
ioliver@ccsllp.com
cvilaro@ccsllp.com
Adiaz@cnrd.com
avalencia@cnrd.com
crivera@cnr.law
jorge@capolawoffice.com
jf@cardonalaw.com
delapena.sylvia@gmail.com
carla.rodriguezbernier@yahoo.com
quilichinipazc@microjuris.com
carloscardonafe@hotmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
carlosfernandez@cfnlaw.com
cl@carloslamoutte.com
carlosvergne@aol.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
dbatlle@cstlawpr.com
emontull@cstlawpr.com
ltorres@cstlawpr.com
lllach@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
etejeda@cstlawpr.com
ifernandez@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
lramos@cstlawpr.com
lllach@cstlawpr.com
rminkoff@cedargladecapital.com
SwainDPRCorresp@nysd.uscourts.gov
cacuprill@cuprill.com
garciamirandalaw@gmail.com
cgarcia@garciariveralaw.com
ccuprill@cuprill.com
charliehernandezlaw@gmail.com
rnies@csglaw.com
gspadoro@csglaw.com
mlepelstat@csglaw.com
mcaruso@csglaw.com
softedal@choate.com
mbarulli@choate.com
jsantiago@choate.com
dgooding@choate.com
cintrongarcialaw@gmail.com
gmchg24@gmail.com
eduardo@cobianroig.com
pdechiara@cwsny.com
fecolon@colonramirez.com
fecolon@colonramirez.com
valvarados@gmail.com
ausubopr88@gmail.com
jlopez@constructorasantiago.com
jarrastia@continentalpllc.com
jsuarez@continentalpllc.com
acastaldi@continentalpllc.com
reed.smith@cooley.com
bmd@bmdcounselors.com
bmd@bmdcounselors.com
ra@calopsc.com
scriado@calopsc.com
ejcr@corretjerlaw.com
rco@crlawpr.com
rco@crlawpr.com
carlos.iguina@multinationalpr.com
dmolinalaw@gmail.com
davidcarrionb@aol.com
donald.bernstein@davispolk.com
brian.resnick@davispolk.com

4

angela.libby@davispolk.com
ben.kaminetzky@davispolk.com
marc.tobak@davispolk.com
stephanie.massman@davispolk.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
wssbankruptcy@gmail.com
cabruens@debevoise.com
eworenklein@debevoise.com
aceresney@debevoise.com
lzornberg@debevoise.com
nlabovitz@debevoise.com
eweisgerber@debevoise.com
allan.brilliant@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
rlatorre@delvallegroup.net
hreynolds@delvallegroup.net
afernandez@delgadofernandez.com
delgadomirandalaw@gmail.com
wburgos@justicia.pr.gov
lypagan@trabajo.pr.gov
gramlui@yahoo.com
rcastellanos@devconlaw.com
ventas@deya.com
m@diazmayorallaw.com
m@diazmayorallaw.com
diazsotolaw@gmail.com
corraldieg@gmail.com
dcorral@rnclawpr.com
corraldieg@gmail.com
mariana.muniz@dlapiper.com
ana.rodriguezrivera@us.dlapiper.com
jose.sosa@dlapiper.com
brett.ingerman@US.dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
Donna.Maldonado@popular.com
carloslsuarez@gmail.com
jfnevares-law@microjuris.com
larroyo@earthjustice.org
jfr@sbgblaw.com
pcruz@sbgblaw.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com

hector@elbufetedelpueblo.com
elian.escalante@gmail.com
eoinc@zellius.net
Regan.Michael@epa.gov
wmarcari@ebglaw.com
escanellas@prtc.net
cetj@maaspr.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
Rafael.Echevarria@evertecinc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
Rina.Longo@FaegreDrinker.com
pjime@icepr.com
legal.fmpr@gmail.com
beth@feganscott.com
jfeldesman@FTLF.com
fmontanezmiran@yahoo.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
cflaw.bk@gmail.com
n.tactuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
msmall@foley.com
tdolcourt@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gacarlo@carlo-altierilaw.com
ifullana@gaflegal.com
contact@genesissecuritypr.com
jgenovese@gjb-law.com
mguitian@gjb-law.com
jlgere@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com
dg@g-glawpr.com
rgv@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com

5

| | |
|---|---|
| Jnieves@gonzalezmunozlaw.com | apico@jgl.com |
| cbrown@goodwinlaw.com | rrivera@jgl.com |
| Huttonj@gtlaw.com | jlg@joselgarcia.com |
| Haynesn@gtlaw.com | bheifetz@jonesday.com |
| fingerk@gtlaw.com | cdipompeo@jonesday.com |
| haynesn@gtlaw.com | jareeder@jonesday.com |
| diazsotolaw@gmail.com | tuttieguerrero@yahoo.com |
| rdiaz@gladlawpr.com | jpsala_pr@yahoo.com |
| gramlui@yahoo.com | salalawyers@yahoo.com |
| MARKV@HBSSLAW.com | jorgequintanalajara@gmail.com |
| steve@hbsslaw.com | barrios.jl@outlook.com |
| ygc@rclopr.com | barrios.jl@outlook.com |
| ygc1@prtc.net | jnovas1@gmail.com |
| handuze@microjuris.com | jwc@jwcartagena.com |
| jmoralesb@microjuris.com | riveraroman@hotmail.com |
| corraldieg@gmail.com | javrua@gmail.com |
| hernandezrodriguezlaw@gmail.com | juan@jahrlaw.com |
| ehernandez@lawservicespr.com | jsoto@jbsblaw.com |
| erin.brady@hoganlovells.com | cortequiebra@yahoo.com |
| ronald.silverman@hoganlovells.com | ileanaortix@outlook.com |
| michael.hefter@hoganlovells.com | phammer@krcl.com |
| sara.posner@hoganlovells.com | jesther27@aol.com |
| pieter.vantol@hoganlovells.com | santos.giancarlo@gmail.com |
| katherine.lynn@hoganlovells.com | dkaron@karonllc.com |
| jesus.cuza@hklaw.com | amishaan@kasowitz.com |
| bos-bankruptcy@hklaw.com | ckelly@kasowitz.com |
| mvega@senado.pr.gov | asteinberg@kslaw.com |
| rrich2@huntonak.com | sdavidson@kslaw.com |
| Mimi.M.Wong@irscounsel.treas.gov | swisotzkey@kmksc.com |
| Mimi.M.Wong@irscounsel.treas.gov | rbillings@kmksc.com |
| Thomas.M.Rath@IRSCOUNSEL.TREAS.gov | aperez@kpmg.com |
| ifullana@gaflegal.com | Lnegron@kpmg.com |
| janebeckerwhitaker@gmail.com | mmadden@kramerlevin.com |
| irg@roldanlawpr.com | acaton@kramerlevin.com |
| irm@roldanlawpr.com | tmayer@kramerlevin.com |
| glenncarljameslawoffices@gmail.com | dblabey@kramerlevin.com |
| mroot@jenner.com | dbuckley@kramerlevin.com |
| csteege@jenner.com | nhamerman@kramerlevin.com |
| rgordon@jenner.com | abyowitz@kramerlevin.com |
| rlevin@jenner.com | ghorowitz@kramerlevin.com |
| cwedoff@jenner.com | boneill@kramerlevin.com |
| csteege@jenner.com | puertoricoteam@primeclerk.com |
| info@jesusriveradelgado.com | serviceqa@primeclerk.com |
| rrivera@jgl.com | nlandrau@landraulaw.com |
| rrivera@jgl.com | adam.goldberg@lw.com |
| | liza.burton@lw.com |

6

NAI-1537656111

christopher.harris@lw.com
jeff.bjork@lw.com
michael.reiss@lw.com
michael.reiss@lw.com
agraitfe@agraitlawpr.com
acevedovila1@gmail.com
eliaslaureano@gmail.com
pola@frankpolajr.com
herreroiLLL@herrerolaw.com
herreroiLLL@herrerolaw.com
janebeckerwhitaker@yahoo.com
johnmuddlaw@gmail.com
craigmcc@me.com
carlosalbertoruizquiebras@gmail.com
norbertocolonalvarado@yahoo.com
fpabon@lvvlaw.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
ivandialo2001@yahoo.com
alinares2020@yahoo.com
loomislegal@gmail.co
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
abehlmann@lowenstein.com
mpapandrea@lowenstein.com
wlugo@lugomender.com
lawlugo1@gmail.com
luisfredsalgado@hotmail.com
vegaramosluis@gmail.com
lramos@ramoscruzlegal.com
jorge@mlrelaw.com
emil@mlrelaw.com
jorge@mlrelaw.com
emil@mlrelaw.com
rdesoto@mapfrepr.com
mfvelezquiebras@gmail.com
marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
marimar.perezriera@yahoo.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com

mmuniz@mpmlawpr.com
rlm@martilaw.com
jnazario@martilaw.com
fjramos@martilaw.com
jnazario@martilaw.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
bill.pentelovitch@maslon.com
john.duffey@maslon.com
maxtruj@gmail.com
julia.mignuccisanchez@gmail.com
lfr@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
jam@mcvpr.com
gpv@mcvpr.com
lpp@mcvpr.com
ajg@mcvpr.com
its@mcvpr.com
lpf@mcvpr.com
vrll@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
jam@mcvpr.com
gpv@mcvpr.com
lpp@mcvpr.com
ajg@mcvpr.com
its@mcvpr.com
harlawpr@gmail.com
bqwhite@mwe.com
fperlman@mwe.com
amccollough@mcguirewoods.com
asoutherling@mcguirewoods.com
jfelicianoacosta@mcguirewoods.com
serrano.urdaz.law@hotmail.com
ddunne@milbank.com

7

amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
NFCoco@mintz.com
WKannel@mintz.com
sanchez.lebron501@gmail.com
dmonserrate@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
luislluberas@mvalaw.com
ramon.dapena@mbcdlaw.com
ramon.dapena@mbcdlaw.com
ivan.llado@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
ivan.llado@mbcdlaw.com
david.lawton@morganlewis.com
john.goodchild@morganlewis.com
andrew.gallo@morganlewis.com
JPeck@mofo.com
GLee@mofo.com
jpeck@mofo.com
glee@mofo.com
jnewton@mofo.com
lhughes@mofo.com
akissner@mofo.com
jpalmore@mofo.com
jbrugue@mbbclawyers.com
man@nblawpr.com
nroblesdiaz@gmail.com
info@NSACLAW.com
anevares@nsaclaw.com
lcancel@nsaclaw.com
ifullana@gaflegal.com
david.rosenzweig@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
hermann.bauer@oneillborges.com
ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com
carlos.valldejuly@oneillborges.com
nrivera@oeg.pr.gov
robert.graham@offitkurman.com
l.ortizsegura@ploolaw.com

lawrog@gmail.com
jrapisardi@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
mdiconza@omm.com
wsushon@omm.com
mkremer@omm.com
golivera@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
emckeen@omm.com
apavel@omm.com
ofernandez@oflawoffice.com
mmo@oronozlaw.com
rafael.ortiz.mendoza@gmail.com
gonzalezbadillo@gmail.com
toledo.bankruptcy@gmail.com
daniel.elkort@patternenergy.com
lucdespins@paulhastings.com
alexbongartz@paulhastings.com
nicholasbassett@paulhastings.com
ericstolze@paulhastings.com
kwhitner@paulhastings.com
nicholasbassett@paulhastings.com
arosenberg@paulweiss.com
kzeituni@paulweiss.com
jchoi@paulweiss.com
pbrachman@paulweiss.com
gpavia@pavialazaro.com
gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
luis.vazquez@peerlessoil.com
rgpena@penaramonlaw.com
geisenberg@perkinscoie.com
petercheinsr@gmail.com
margaritalmercado@gmail.com
oramos@pmalaw.com
mtrelles@pmalaw.com
mmartinez@pmalaw.com
lramos@plclawpr.com
bjquintana@quintanapr.com
erovira@polymerpr.com
gpaz@populicom.com

NAI-1537656111

gbrenner@proskauer.com
ckass@proskauer.com
rkim@proskauer.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
mtillem@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
BRosen@proskauer.com
dmunkittrick@proskauer.com
mmervis@proskauer.com
afarbiarz@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
lstafford@proskauer.com
ppossinger@proskauer.com
sweise@proskauer.com
LRappaport@proskauer.com
mfirestein@proskauer.com
prosol@utier.org
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
nepr@energia.pr.gov
Rocio.Valentin@aafaf.pr.gov
fsilva@claropr.com
cameronkelly@quinnemanuel.com
john.shaffer@quinnemanuel.com
johnshaffer@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com
zacharyrussell@quinnemanuel.com
debraogorman@quinnemanuel.com
vcandelario@qaclaw.com
damarisqv@bufetequinones.com

rtorres@torresrodlaw.com
rgtolaw@gmail.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
erb@rodriguezbinetlaw.com
kgwynne@reedsmith.com
lsizemore@reedsmith.com
jroach@reedsmith.com
vizcarrondo@reichardescalera.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
fvander@reichardescalera.com
riverac@reichardescalera.com
cdavila@reichardescalera.com
jrodriguez@reichardescalera.com
feliciano@reichardescalera.com
maria.baco@msn.com
mpico@rexachpico.com
prcr@mcvpr.com
rhoncat@netscape.net
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
Dzinman@perkinscoie.com
nrickenbach@rickenbachpr.com
victorriverarios@rcrtrblaw.com
victor.rivera@rcrtrblaw.com
etulla@riveratulla.com
marivera@riveratulla.com
romn1960@gmail.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
rosasegui@yahoo.com
mrm@rmlawpr.com
mrm@rmlawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
Daniel.Egan@ropesgray.com
gregg.galardi@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
lsaldana@scvrlaw.com

9

NAI-1537656111

arotger@scvrlaw.com
jsanchez@scvrlaw.com
jsalichs@splawpr.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
jdavila@sbgblaw.com
jreyes@sanchezlrv.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
santilawoffice@yahoo.com
santosberriosbk@gmail.com
sramirez@sarlaw.com
douglas.mintz@srz.com
peter.amend@srz.com
michael.cook@srz.com
eric.prather@srz.com
thomas.mott@srz.com
Rgf@mcvpr.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
epo@amgprlaw.com
acouret@smclawpr.com
adeliz@smclawpr.com
FSosnick@Shearman.com
LLarose@sheppardmullin.com
NBhatt@sheppardmullin.com
bogilbert@sheppardmullin.com
goplerud@sagwlaw.com
howie@sagwlaw.com
jmenen6666@gmail.com
bfriedman@stblaw.com
nbaker@stblaw.com
jyoungwood@stblaw.com
david.elbaum@stblaw.com
MARIAE.HERNANDEZ@prepa.com
MARIAE.HERNANDEZ@prepa.com
carmen.herrero@prepa.com
Paul.lockwood@skadden.com
shana.elberg@skadden.com
skyhighelevators@gmail.com
cmechling@stroock.com
smillman@stroock.com

cmechling@stroock.com
smillman@stroock.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com
nmanne@susmangodfrey.com
kzuniga@susmangodfrey.com
jlopez@constructorasantiago.com
tanairapadilla@yahoo.com
rebecabarnes@bufetebarnes.com
Saultoledo22@yahoo.com
Mcantor4@mac.com
rich.katz@torquepointllc.com
rfc@thefinancialattorneys.com
andres@awllaw.com
edgardo@therivera.group
edgardo@therivera.group
mfb@tcm.law
lft@tcm.law
nperez@tcm.law
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Paula.Flowers@TransCore.com
Beverly.freeney@usbank.com
rebecca.cutri-kohart@usdoj.gov
Thomas.g.ward@usdoj.gov
doman@ubarri-romanlaw.com
unionecfse@yahoo.com
migade19@hotmail.com
jaimeenriquecruzalvarez@gmail.com
christopher.connolly@usdoj.gov
Bradley.Humphreys@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
matthew.troy@usdoj.gov
stephen.pezzi@usdoj.gov
jessica.cole@usdoj.gov
deindprcorresp@mad.uscourts.gov
rtoro@universalpr.com
wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
jeva@valenzuelalaw.net

10

jose.enrico.valenzuela1@gmail.com
hernandezrodriguez.v@gmail.com
vero@ferraiuoli.pr
hvicente@vclawpr.com
victor@calderon-law.com
jvilarino@vilarinolaw.com
jvilarino@vilarinolaw.com
ctirado@vilarinolaw.com
ramonvinas@vinasllc.com
ramonvinas@vinasllc.com
Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
corey.brady@weil.com
gabriel.morgan@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
matt.barr@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
tlauria@whitecase.com
tmacwright@whitecase.com
jzakia@whitecase.com
jcunningham@whitecase.com
fdelahoz@whitecase.com
csloane@whitecase.com
jgreen@whitecase.com
kwofford@whitecase.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com
mstancil@willkie.com
chardman@winston.com

jmotto@winston.com
ldelgado@winston.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
mneiburg@ycst.com

11