RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 AUG 4 PM 5:10

July 31, 2023

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

To may it concern:

In response to the notification received related to the case PROMESA TITLE III – THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO, I included information that justifies the continuation of the case #17BK03283-LTS even though the records of the case indicate that the case has since been dismissed and there is no further liability.

On August 27,1982; law number 12 was approved. This established a salary increase for career public employees, under the responsibility of the then governor of Puerto Rico, honorable Calos Romero Barceló. The law would take effect on October 1st, 1983, with the retroactive payment of the salary increase from June 1st,1983. The salary increase was not specified by the established date, which led me to make a claim to the then head of personnel of the Health Department of Puerto Rico, Mr. José Tapia Rolon on October 1st, 1996.

In order that the claim submitted to Mr. Tapia was not resolved on December 31, 1998, I contracted the professional services of lawyers William J. Riefkohl and Alberto Aresti as representatives of any salary increase, compensation, stipend, or salary steps to which I have or may be entitled to reason for my services rendered to the government of the COMMONWEALTH OF PUERTO RICO. This contract did not resolve the claim submitted. Later, on November 8, 2002, hire the professional services of lawyer Rafael Vila Carrion, who brought the case to court. The lawyer's secretary reported that on the list of persons identified by the court as qualified to receive the money owed, I was on page 7, line 16.

Finally, convinced that the COMMONWEALTH OF PUERTO RICO owes me the amount of $5,278.88, submit the claim for compensation for the salary increase owed under the PROMESA TITLE III – THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO law on June 4, 2018.

I declare under penalty of perjury that the foregoing is true and correct,

Iris J. Rodríguez Ruiz
Urb. Sta. Teresita
5033 calle San Pedro
Ponce, PR 00730-4517
CASE NUMBER 17BK03283-LTS
CLAIM #94257