Iris Rodriguez
Urb Santa Teresita
5033 Calle San Pedro
Ponce PR 00730-4517



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767.