IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et<br><br>al.,<br><br>Debtors. | PROMESA<br>Title III<br>Case No.:  17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth, ERS, HTA, and PBA.<br><br>Claim No. 59396<br><br>Claimant: Pharma Bio Serv PR Inc. |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS TO ENGLISH OF EXHIBITS ATTACHED TO PHARMA-BIO SERV PR INC.'S RESPONSE TO OMNIBUS OBJECTION OF DEBTOR

TO THE HONORABLE COURT:

COME NOW creditor **Pharma Bio Serv PR Inc.** (hereinafter "Pharma" or "Claimant"), through the undersigned counsels, and very respectfully STATE and PRAY as follows:

1.  On July 13, 2023 Pharma filed before this Honorable Court a document entitled: "Response by claimant Pharma-Bio Serv PR Inc. to omnibus objection of debtor." [Docket No. 24735].  Some of the exhibits attached to said Response to Omnibus Objection were in Spanish language.

2. Pharma requested leave from this Court to obtain certified translations to English of the documents that were in Spanish language, and to re-file such exhibits in English before this Honorable Court.  Said request was granted by this Honorable Court. [See Docket 24739].

3. **Pharma hereby submits the certified translations of Exhibit 4, Exhibit 5, and Exhibit 6 of its "Response by claimant Pharma-Bio Serv PR Inc. to omnibus objection of debtor."**  [Docket No. 24735].

WHEREFORE, it is respectfully requested that this Honorable Court accepts and incorporate the certified translations to English of the exhibits attached to this motion, to Pharma's "Response by claimant Pharma-Bio Serv PR Inc. to omnibus objection of debtor" [Docket No. 24735].

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of August, 2023.

WE HEREBY CERTIFY THAT the undersigned counsels electronically filed the present document with the Clerk of the Court using the CM/ECF System, which in turn will send notification of this filing to all attorneys of record.

Carlos R. Paula, Esq.
Attorney for creditor Pharma Bio Serv PR Inc.

Citibank Towers, Suite 500
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel. (787) 758-1400
Cel. (787) 460-3456
paula@laborcounsels.com

S/ CARLOS R. PAULA

2

USDCPR # 212009