

# INVOICE

6 Carretera 696
Dorado, PR 00646-3306

Phone: 787-278-2709  Fax: 787-278-0030

| | |
|---|---|
| DATE: | 4/11/2013 |
| INVOICE # | 16238 |
| PROPOSAL # | 11-0052-LS-R2-03 |
| CONTRACT # | 2012-DS0427 |

Bill To:
Janet Rios, CIO
Carlos Carrasquillo, Project Manager Ext. 2413
The Puerto Rico Department of Health
P.O. Box 70184
San Juan, PR 00936-8184

Phone: 787-765-2929
e-mail: carlos.carrasquillo@prhin.net

Ship To:
Janet Rios, CIO
Carlos Carrasquillo, Project Manager Ext. 2413
The Puerto Rico Department of Health
P.O. Box 70184
San Juan, PR 00936-8184

Phone: 787-765-2929
e-mail: carlos.carrasquillo@prhin.net

**PROJECT NAME: HIE Systems Development**

| Account no. | Start Date | Term | Due Date | Representative |
|---|---|---|---|---|
| PRIFAS 256-0710000-081-2010-1090HT0001SUB & PeopleSoft 256-0710000-08F-2010-10001SUBHIE | October 1, 2011 | 30 days | 05/11/13 | Carlos Carrasquillo, Project Manager |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Deliverable 3: E-Labs; Phase 3: Testing (Includes testing for the EHR Integration Testing) | 44,500.00 | $ 44,500.00 |
| | SUBTOTAL | | $ 44,500.00 |
| | SALES TAX (7%) | | |
| | SUBTOTAL | | 44,500.00 |
| | SHIPPING & HANDLING | | |
| | TOTAL | | $ 44,500.00 |

Activities requirements, according to approved proposal # 11-0052-LS-R2-03.

**CERTIFICATION:**
Under penalty of absolute nullity, I certify that no public servant of the Department of Health is party to or has any interest in the earnings or benefits of the agreement that concerns this invoice, and that should they be party to or have an interest in the earnings or benefits, they have received a prior exemption. The only consideration for providing the goods or services that concern the agreement has been the payment agreed upon with the authorized representatives; the products have been delivered (the services provided) and they have not been paid for.

I CERTIFY THAT THIS IS CORRECT: _____Mariluz Plaza_____   _4/11/13_
                                                                          DATE

Please Remit your payment to:
Mail:  Integratek
       (Division of Pharma-Bio Serv PR, Inc.)
       6 Carretera 696
       Dorado, PR 00646-3306

ACH:   Banco Popular de Puerto Rico
       349 Méndez Vigo
       Pabellón Comercial Rafael Hernández Colón
       Dorado, PR 00646

       Routing No.: 021502011
       Account No.: 058252045

Please forward payment remittance details to:
Integratek
6 Carretera 696
Dorado, PR 00646-3306

Attn: Mariluz Plaza
Billings Manager
mplaza@pharmabioserv.com

Ph: 1-787-278-2709
Fax: 1-787-278-0030
www.pharmabioserv.com

**Thank You For Your Business!**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 1 of 27 |

# System Test Case for HIE: EHR System Integration

## Proposal 11-0052-LS-R2

### Approval

| Name | Job Title /Role | Signature | Date (DD-MMM-YYYY) |
|---|---|---|---|
| The Author is signing to confirm that this document has been prepared in accordance Testing procedure. | | | |
| Authored by: Baxter Mickey Rains | Integratek PMO Manager | | 01-Nov-2012 |
| The [Developer, User] is signing to confirm, for [unit, system, acceptance] level testing, that the Test Steps adequately address the objectives of the Test Case | | | |
| Approved by: | | [signature] H2 T Manager | 10/6/12 |

Test Case Iteration Number: [ ]

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

**Document Title:** System Test Case for HIE - EHR Integration

| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
|---|---|---|---|---|---|
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 3 of 27 |

## Table of Contents

1 Test System Identifiers ............................................................................................................ 5
  1.1 User Identifier ................................................................................................................... 5
  1.2 Unit/System Identifiers ..................................................................................................... 5
  1.3 Document Identifiers ......................................................................................................... 6
  1.4 Test Objective Identifiers .................................................................................................. 6
  1.5 Terms and Definitions ....................................................................................................... 6
2 Test Objective ........................................................................................................................... 8
3 Test Preconditions ..................................................................................................................... 9
4 Traceability ............................................................................................................................. 10
5 References .............................................................................................................................. 11
6 Test Procedure ........................................................................................................................ 12
  6.1 New Patient Creation ...................................................................................................... 12
      New Patient Creation .................................................................................................... 12
  6.2 New Patient Creation from Existing MPI Profile ........................................................... 14
      New Patient Creation from Existing MPI Profile ......................................................... 14
  6.3 Prescription Creation ...................................................................................................... 16
      Prescription Creation .................................................................................................... 16
  6.4 Surescripts Medication History CCD .............................................................................. 22
      New Patient Creation from Existing MPI Profile ......................................................... 22
  6.5 PRHIE Prescription History CCD ................................................................................... 23
      New Patient Creation from Existing MPI Profile ......................................................... 23
7 Test Outcome .......................................................................................................................... 26
8 Appendix 1 – Test Data Requirements ................................................................................... 27



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 5 of 27 |

# 1 Test System Identifiers

Table 1 identifies the system where the test case is being executed.

Table 1: System Identifier

| System |
|---|
| Name: HIE |
| Version: 1.0 |

## 1.1 User Identifier  *Blue U.tr ver 1.1.4*

The Test Manager shall identify all users and their roles, i.e. Prescriber (P) or Pharmacist (Rx), associated with the execution of this test case within Table 2.

Table 2: User Identifier

| Name | Role | Signature | Initial | Date (DD-MMM-YY) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## 1.2 Unit/System Identifiers

Table 3 identifies the units or system and their version being tested within this test case.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 7 of 27 |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 9 of 27 |

## 3 Test Preconditions

The following preconditions apply to the tests in this document:

1. Data set requirements for prescribers, facilities and pharmacists. Refer to Appendix 2.
2. At least one of each category should be created prior test execution.
3. The following path will be used to access the HIE application within PRHIE:
   a. QA: https://staging.prhin.net/orders
   b. Staging - Internal: https://staging.prhin.net/orders
   c. Staging – External: https://staging.prhin.net/orders
4. Objectives 1 and 2 can be run independently.
5. Objective 4 needs Objective 3 completed.
6. Objective 5 can be run independently if prescriptions exist.
7. For allergies, Patient 3 shall be entered.
8. For Section 6.3, Prescription #7, Patient 4 shall be created. Refer to Appendix 2 section 4 for details.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| | Integratek | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 11 of 27 |

## 5 References

Document references referred to or relied upon by this document are as follows:

| Item | Reference ID | Description |
|---|---|---|
| 1. | HIE_UM_001 | HIE User Manual-Prescribers & Agents |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

| Document Title: System Test Case for HIE - EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 13 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | button. | will be displayed with patient demographic data prepopulated and no search results found. • The message displayed should read: "There are no results in the Central Patient Index. Proceed to add the patient." | | [signature] |
| 6.2.3 | • Press "Add Patient" Button | • New patient creation screen is displayed. Most fields should be prepopulated with EHR System demographic data, including Addresses, Next of Kin, Allergies and Conditions, if available. | allergies [Allergies] | [Illegible] |
| 6.2.4 | • Fill Remaining Patient data and press the "Save Patient" button. | • A new patient profile is created in both MPI and local facility. • The patient details screen is displayed. | | [signature] |

| 6.1 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|

| Indicate whether Expected Results were obtained (Pass/Fail) | | Comment (if required): Congs. allergies [Congs.] [Allergies] |
|---|---|---|

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| JanetRio | | [signature] | 12/6/12 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| JOSE R. SAA | | [signature] | 12/6/12 |



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

| Document Title: System Test Case for HIE - EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 15 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | matching search result. | | |
| 6.4.3 | • Select the matching MPI search result | • New patient creation screen is displayed. Most fields should be prepopulated with EHR System demographic data, including Addresses, Next of Kin, Allergies and Conditions, if available. | | (signature) |
| 6.4.4 | • Fill Remaining Patient data and press the button. | • A new patient profile is created in local facility. • The patient details screen is displayed. | No trajo el #R.C. | (signature) |

[Didn't bring the #R.C.]

| 6.2 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|

| Indicate whether Expected Results were obtained (Pass/Fail): | Pass (signature) | Comment (if required): |
|---|---|---|

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| Janet Rios | | (signature) | 12/6/12 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| Jose R. Sanchez | | (signature) | 12/6/12 |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Integratek**

| Document Title: System Test Case for HIE-EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 17 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | display. | | |
| 6.3.9 | Enter drug in the "Commercial Name" from the Appendix 2. Press "Search Medication" button. | • The window will display a list of medications with the drug entered.<br>• "The search includes generics (<drug name>)" | Tylenol | *signature* |
| 6.3.10 | Select the drug(s) from the list by pressing on it. | • The medication window will display.<br>• The medication(s) selected will display at the top of the screen. | | *signature* |
| 6.3.11 | Enter all drugs for the prescription.<br>1. Enter the "Quantity" according to the prescription.<br>2. Select the "Unit" (at the right) according to the prescription<br><br>Press "Add Prescription" | • The "Prescription" screen will display with the medication.<br>• The medication(s) information corresponds to the one entered. | 30<br>Tab | *signature* |
| 6.3.12 | Select the "Define Diagnosis" option | The "Diagnosis Search" window will display. | | *signature* |
| 6.3.13 | Enter the word "diabet" in the "Description" field. Press "Search" button. | The window will list diagnostics with the word entered. | | *signature* |
| 6.3.14 | Select "Code" 253.5 from the list by clicking on the line. | The "Prescription" window will display the medication with the selected diagnostic. | | *signature* |
| 6.3.15 | "Enter the prescriber signature and press the "Sign" button. | • The "Prescription has been sent successfully" will display.<br>• The EHR System should return to the patient record screen.<br>• The EHR System should have processed the prescription data, which should now be available in the patient's record data. | | *signature* |

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

**Document Title:** System Test Case for HIE - EHR Integration

| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
|---|---|---|---|---|---|
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 19 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | sent successfully" will display. | | |
| | **Prescription #3: Two Drugs – Interaction** | | | |
| 6.3.25 | Repeat steps 6.3.1 – 6.3.8, eligibility should be prepopulated<br><br>Patient Name: Carlss Pory | The medication search screen is displayed | | Sc |
| 6.3.26 | Enter drug in the "Commercial Name" from the Appendix 2. Press "Search Medication" button. | • The window will display a list of medications with the drug entered.<br>• "The search includes generics (<drug name>)" message will display. | | Sc |
| 6.3.27 | Select the drug(s) from the list by pressing on it. | • The medication window will display.<br>• The medication(s) selected will display at the top of the screen. | Coumadin y Cipro | Sc |
| 6.3.28 | Enter all drugs for the prescription.<br>1. Enter the "Quantity" according to the prescription.<br>2. Select the "Unit" (at the right) according to the prescription<br><br>Press "Add Prescription" | • The "Prescription" screen will display with the medication.<br>• The medication(s) information corresponds to the one entered.<br>• Alerts will display | Sc | Sc |
| 6.3.29 | Select the "Define Diagnosis" option | The "Search Diagnosis" window will display | | Sc |
| 6.3.30 | Enter the word "diabet" in the "Description" field. Press "Search" button. | The window will list diagnostics with the word entered. | | Sc |
| 6.3.31 | Select "Code" 253.5 from the list by clicking on the line. | The "Prescription" window will display the medication with the selected diagnostic. | | Sc |
| 6.3.32 | "Enter the prescriber signature and press the "Sign" button. | • The "prescription has been sent successfully" will | | Sc |



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

**Document Title:** System Test Case for HIE - EHR Integration

| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
|---|---|---|---|---|---|
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 21 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
|  | "Description" field. Press "Search" button. | diagnostics with the word entered. |  | *signed* |
| 6.3.39 | Select "Code" 253.5 from the list by clicking on the line. | The window will display the medication with the selected diagnostic. |  | *signed* |
| 6.3.40 | Enter the prescriber signature and press the "Sign" button. | • The "You cannot send prescriptions with CONTROLLED medications, only print them" message is displayed. |  | *signed* |
| 6.3.41 | Press the OK button on the message box, then press the "Print" button. | • The message box closes.<br>• A popup is displayed to print the prescription. |  | *signed* |

| 6.3 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|
| Indicate whether Expected Results were obtained (Pass/Fail) | *signed* |

Comment (if required):

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| Jant Ros | | *signed* | 12/6/10 |
| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
| José R. Sanch... | | *signed* | 12/6/12 |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

| Document Title: System Test Case for HIE / EHR Integration | | | | | |
|---|---|---|---|---|---|
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 02 | 01-Nov-12 | STC | HIE | 23 of 27 |

| Test Step | Action | Expected Result | Actual Result | Pass/Fail & Initial |
|---|---|---|---|---|
| | | successfully"  The EHR System should receive a CCD document with medication history and must process the data to update the patient's record with medication history. | | |
| 6.4.10 | Repeat steps 6.4.2 to 6.4.9 | The CCD must be processed again by the EHR system, discarding duplicate prescriptions. | | |

| 6.4 Test Objective Results | The Tester is signing to confirm that the acceptance criteria for this objective have been met or not met. |
|---|---|

| Indicate whether Expected Results were obtained (Pass/Fail) | N/A | Comment (if required): _[signature]_ 10/6/12 |
|---|---|---|

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| | | _[signature]_ | |
| **Name of Tester** | **ID** | **Signature** | **Date (DD-MMM-YY)** |
| Jose R. Sanchez | | _[signature]_ | 12/6/2012 |

### 6.5 PRHIE Prescription History CCD

| Test Objective | New Patient Creation from Existing MPI Profile |
|---|---|
| Acceptance Criteria | • The Surescripts-based Medication History CCD must be processed correctly even if sent multiple times |

| Station Used to Perform Test | Test Start Date/Time (DD-MMM-YY) | | Completion Date/Time (DD-MMM-YY) | |
|---|---|---|---|---|
| | | | | |



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

## Integratek

**Document Title:** System Test Case for HIE - EHR Integration

| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
|---|---|---|---|---|---|
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 25 of 27 |

| Name of Tester | ID | Signature | Date (DD-MMM-YY) |
|---|---|---|---|
| José R. Sánchez | | | 12/6/12 |
| | | | 12/6/12 |

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| Integratek | | | | | |
|---|---|---|---|---|---|
| Document Title: System Test Case for HIE - EHR Integration | | | | | |
| Document Identifier | Version | Issue Date | Document Type | Project Number | Page No |
| HIE_STC_001 | 03 | 01-Nov-12 | STC | HIE | 27 of 27 |

# 8 Appendix 1 – Test Data Requirements

A spreadsheet was prepared outside this document.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

| | |
|---|---|
| DEPARTMENT OF HEALTH | Contracts Office<br>Department of Health<br>Commonwealth of Puerto Rico<br>PO Box 70184, San Juan, PR. 00936-8182 |

## COVER SHEET FOR:

**X** Procedure  ☐ Fax

| To: | SR. PEDRO JOSE LASANTA ROBLES<br>PHARMA-BIO SERV PR, INC.<br>6 CARR. 696<br>DORADO, PR 00646-3306 | From: | *signature*<br>SONIA N. CARRASQUILLO COTTO<br>INTERIM DIRECTOR<br>CONTRACTS OFFICE |
|---|---|---|---|
| Fax No. | | Date: | November 23, 2011 |
| Subject: | DISTRIBUTION OF CONTRACT IN FAVOR OF:<br>*PHARMA-BIO SERV PR, INC.  *#2012-050427  *OIAT<br>*COMPUTER PROGRAMMING ADVICE AND CONSULTING, AND IMPLEMENTATION OF PRESCRIPTION SERV. -HIE | | |

**ACTION TO BE TAKEN:**

☐ For approval   ☐ Take pertinent action   ☐ Remake with indicated Amendments
☐ Respond        ☐ Produce copy            ☐ For your knowledge and records
☐ Confirm Delivery  **X** For your information  ☐ To retain

☐ Respond to sign: _____
☐ Return signed document to: _____
☐ Take note and return to: _____
☐ Evaluate and submit information to: _____

Comments:

Received by: _____  Date: _____

**Contracts office - Confidentiality Notice:** This communication, the notes, and other accompanying documents are for the exclusive use of the intended recipient. If you are not the intended recipient, and you have not been authorized by them to read this communication, you are hereby advised that its contents are **CONFIDENTIAL** and property of the Department of Health, and that it may contain Health Information, and that it may contain privileged information that is protected by the Law.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.