CERTIFIED TRANSLATION

Begin forwarded message:

**From:** "Mariluz Plaza - PharmaBioServ Inc." <mplaza@pharmabioserv.com>
**Date:** May 24, 2023 at 12:42:25 PM AST
**To:** "Pedro Lasanta - PharmaBioServ Inc." <plasanta@pharmabioserv.com>
**Subject: Invoice pending payment 16238 – over 3 years overdue**

**From:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Sent:** Monday, May 1, 2017 4:40 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>; Mariluz Plaza - PharmaBioServ Inc. <mplaza@pharmabioserv.com>
**Subject:** RE: Invoice pending payment 16238 – over 3 years overdue

Yes, we called him. Mariluz was also present in the conversation.

He told us that he has it presented in his budget. He indicated that he has a meeting this week with the people in charge of the budget and payments. The case, along with others, will be presented. We agreed to talk again at the end of the week to see what he was able to achieve. Given the government's situation, he does not feel in control concerning when payments are issued, if any.

**From:** Elizabeth Plaza - PharmaBioServ Inc.
**Sent:** Monday, May 1, 2017 4:26 PM
**To:** Mariluz Plaza - PharmaBioServ Inc. <mplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** RE: Invoice pending payment 16238 – over 3 years overdue

PEDRO, did you call him?

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Wednesday, April 19, 2017 3:44 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 3 years overdue

Good afternoon:

As requested today, I am included the information of the person in charge:

Mr. Antonio Sisco – Cellphone no. 787-501-4648

During the month of April 2017, I have left several messages on his cellphone. I called today and he confirmed that he received the email with the documents. He told me that he is meeting every 2 weeks with the legal consultant to discuss and take action regarding the pending cases, including ours. That he is aware of the debt and is working on it.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

I've included the contract and invoice no. 16238 for $44,500.00, which is pending payment. I've also included the most recent follow-up attempts.

Let me know if you require additional information.

Have an excellent afternoon,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, April 03, 2017 3:57 PM
**To:** Elizabeth Plaza - PharmaBioServ Inc. <eplaza@pharmabioserv.com>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 3 years overdue

Good afternoon:

I've included invoice 16238 for the [Department of] Health and the contract connected to it. Most of the communications with Mr. Antonio Sisca have been by phone because the emails that have been sent have not been answered. I've included the most recent follow-up attempts for reference. We are following up every 2 weeks and if I don't receive a response, I make a phone call that week.

4/3/2017 Cellphone message
3/31/2017 Cellphone message
3/10/2017 Mr. Sisco reiterated that he is aware of the debt and that it has been budgeted for. Because there was a change in the finance personnel, he requested that I send the invoice and contract to present it to the new personnel, I confirmed their email and proceeded as advised, but I have not received confirmation that the information was received.

Let me know if you require further details.

Have an excellent afternoon,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 10, 2017 4:24 PM
**To:** asisco@salud.pr.gov; asisco@prhin.net; asisco@prhiec.net
**Subject:** Invoice pending payment 16238 – over 3 years overdue

Good afternoon Mr. Sisco:

Please confirm that you have received this email.

I would be grateful if you would let us know whether you require additional information to speed up the payment of this invoice that is over 3 years overdue. We urgently need to resolve this matter.

Sincerely,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 10, 2017 10:01 AM

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 3 years overdue

Good morning Mr. Sisco:

I've attached invoice 16238 along with evidence of the services provided and accepted, payment for it is pending and it is over 3 years overdue. I've also attached the contract for your reference.

At the end of the email, there are follow-ups to the invoice for your verification and reference.

I would be grateful for your support regarding this matter because we need to resolve the payment of this invoice, which is over 3 years overdue.

Please let me know if you require further information.

You may call me direct at 787-330-2033 or at the extension 787-278-2709 Ext. 2033.

Sincerely,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Tuesday, January 31, 2017 5:45 PM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 3 years overdue

Good afternoon Mr. Sisco:

I've attached invoice 16238 along with evidence of the services provided and accepted, payment for it is pending and it is over 3 years overdue. I've also attached the contract for your reference.

At the end of the email, there are follow-ups to the invoice for your verification and reference.

I would be grateful for your support regarding this matter because we need to resolve the payment of this invoice, which is over 3 years overdue.

Please let me know if you require further information.

You may call me direct at 787-330-2033 or at the extension 787-278-2709 Ext. 2033.

Sincerely,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, August 29, 2016 12:38 PM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc.
<plasanta@pharmabioserv.com>; 'ccaez@salud.pr.gov' <ccaez@salud.pr.gov>
**Subject:** RE: Invoice pending payment 16238 – over 2 years overdue

Good afternoon:

I hope that you are well and recovering from your surgery. As discussed in the email below, we need to
confirm the status of invoice 16238, the payment of which has been pending since 2013. In conversations
with Calixta Caez, she told me that you need to contact the treasurer and indicate the steps to follow.

It is urgent for us to resolve its payment because it is over 3 years overdue.

I would be grateful for your prompt action in this matter.

Sincerely,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, August 12, 2016 2:20 PM
**To:** 'ccaez@salud.pr.gov' <ccaez@salud.pr.gov>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc.
<plasanta@pharmabioserv.com>; 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net'
<asisco@prhin.net>
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good Afternoon:

In a phone call on 8/9/2016 following up on an invoice that has been pending payment since 2013, you
told me that it was approved for payment under receipt no. 00176680. When I asked when the
payment would be available, you indicated that I should follow up on Thursday because the finance
person who is in charge was not available.

Yesterday, I called as requested and, when I indicated the receipt number, 00176680, you noticed that
it belonged to another supplier and that it was an error; as requested, I have attached invoice 16238
and a copy of the agreement. The invoice and all of the documentation has already been submitted
countless times. Please verify it with Mr. Sisco, who is aware of the debt and the obligation to pay.


I would be grateful for your prompt attention to this matter because we need to resolve the
payment of this invoice that is over 3 years overdue.

Have an excellent afternoon,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Monday, August 10, 2015 11:46 AM

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Pedro Lasanta - PharmaBioServ Inc.
<plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good morning:

I'm attaching and resending invoice 16238 and the agreement as requested today during the phone call.

As requested, this next Thursday, I will be following up, and on Friday I'll call you to verify its status.


Have an excellent day,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Tuesday, June 16, 2015 9:44 AM
**To:** 'asisco@salud.pr.gov' <asisco@salud.pr.gov>; 'asisco@prhin.net' <asisco@prhin.net>
**Cc:** 'sonia.flores@prhin.net' <sonia.flores@prhin.net>; Baxter M. Rains - Integratek
<brains@integratek.net>; Pedro Lasanta - PharmaBioServ Inc. <plasanta@pharmabioserv.com>
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good morning Mr. Sisco:

I tried to contact you, but it was not possible, I left a message on your cellphone. We need to know the status of invoice 16238. When will we be receiving a full or partial payment for it?

I would be grateful for your prompt.

Sincerely,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, May 08, 2015 4:51 PM
**To:** 'asisco@salud.pr.gov'; 'asisco@prhin.net'
**Cc:** 'sonia.flores@prhin.net'; Baxter M. Rains - Integratek; Pedro Lasanta - PharmaBioServ Inc.
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good afternoon Mr. Sisco:

Please let me know if there has been any progress regarding the payment of invoice 16238.

I would be grateful for your prompt attention to this matter.

Have an excellent afternoon and weekend,


 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, April 17, 2015 6:01 PM
**To:** 'asisco@salud.pr.gov'; 'asisco@prhin.net'
**Cc:** 'sonia.flores@prhin.net'; Baxter M. Rains - Integratek; Pedro Lasanta - PharmaBioServ Inc.
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good afternoon Mr. Sisco:

Please let me know if there has been any progress regarding the payment of invoice 16238.

I would be grateful for your prompt attention to this matter.

Have an excellent afternoon and weekend,


**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Friday, March 06, 2015 10:57 AM
**To:** 'scastro@salud.gov.pr'
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Baxter M. Rains - Integratek; Rolando Colon - PharmaBioServ Inc.
**Subject:** Invoice pending payment 16238 – over 2 years overdue

Good morning:

As discussed in today's phone call, I've attached invoice 16238, the payment for which is pending and is over 2 years overdue.

At the end of the email, there are follow-ups to the invoice for your verification and reference.

I would be grateful for your support regarding this matter because we need to resolve the payment of this invoice which is over 2 years overdue.

Please let me know if you need further information.

You may call me at 787-330-2033 directly or at the extension 787-278-2709 Ext. 2033.

Have an excellent day and weekend,

**From:** Mariluz Plaza - PharmaBioServ Inc.
**Sent:** Thursday, September 18, 2014 1:56 PM
**To:** Pedro Lasanta - PharmaBioServ Inc.
**Cc:** Baxter M. Rains - Integratek; Rolando Colon - PharmaBioServ Inc.
**Subject:** Invoice pending payment 16238 – over 2 years overdue

I called Sandra I. González again today, she told me that she was only providing support and that she knows that the payment for that invoice was left pending, but that she doesn't have further details and that I should contact Mr. Jose Rif ext. 2412. I called that extension but no one answered.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Excellent afternoon ☺!!!!


On Sep 15, 2014, at 12:51 PM, "Mariluz Plaza - PharmaBioServ Inc."
<mplaza@pharmabioserv.com> wrote:

Good morning:

I've attached invoice no. 16238, which is pending payment and is has been overdue for over 2 years. As
indicated by Mr. Jose E. Ruiz, CPA in an email dated August 12, 2014, see email highlighted in yellow
below, the check was already prepared. When Mr. Baxter picked up the checks, they paid us for 2
invoices, but invoice 16238 was not paid (see email highlighted in blue).

I need to confirm whether the check for invoice 16238 is ready so I can proceed to pick it up.

I would be very grateful for your prompt action regarding this matter because the invoice is
over 2 years overdue, and we need to resolve its payment as soon as possible.

Sincerely,


**From:** Baxter M. Rains - Integratek
**Sent:** Thursday, September 04, 2014 12:26 PM
**To:** Antonio Sisco; Carlos Carrasquillo HIE
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** FW: PRDOH - Integratek Invoices Status

Hello Antonio y Carlos,
I trust you are both well. I am following up on one remaining invoice with Jose Ruiz and he indicated that
he is currently renewing his contract with your office. Would you be able to provide me assistance
regarding the status of the below invoice?
  1. #16238, issued on 11 May 2013 for the amount of $44,500.00

I also have a contact in Finance, is this a good person to inquire about the status?
      Sandra I. Gonzalez Berrios
      sigonzalez2@salud.pr.gov
      787-765-2929 ext. 4470

Thanks and  Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Wednesday, September 03, 2014 4:10 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Baxter I am in the process of renewing my contract with the PRHIN so I am not really working there for now.

I will email to Finance anyway to see if they send me more information about that Invoice….

I will let you know,


*****************************************

*José Ruiz, CPA*
*cpa.joseruiz@gmail.com*
787-308-9181


CONFIDENTIALITY NOTICE:
This communication, including its attachments, is protected by the Electronic Communications Privacy Act 18 U.S.C. & 2510-2521, may contain information that is protected by law and therefore confidential. It is solely intended for the person(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that it is strictly prohibited to retain it, disclose it, distribute it, or copy it. Receiving this message without authorization is a violation of Federal law and is subject to criminal charges. If you have received this message in error, please report and delete it immediately. Thank you.


On Sep 3, 2014, at 3:57 PM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:


Good afternoon Jose,
Please let me know the status of our outstanding invoices. Please refer to details below.


Thanks and Regards

**From:** Pedro Lasanta - PharmaBioServ Inc.
**Sent:** Wednesday, September 03, 2014 3:55 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Mariluz Plaza - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Baxter, please provide status.

**From:** Baxter M. Rains - Integratek
**Sent:** Wednesday, August 13, 2014 12:01 PM
**To:** Jose E. Ruiz CPA
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Hello Jose,
I picked up the check today. It covered 2 invoices 19882 & 19894. Remaining is one invoice

#16238, issued on 11 May 2013 for the amount of $44,500.00

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Please confirm this invoice is in the Finance office and being processed.

Thanks and Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Tuesday, August 12, 2014 11:37 AM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter,

Finance called a few minutes ago saying that you have some checks ready for pickup.

Go over there before 430pm

Thanks,

*****************************************

*José Ruiz, CPA*
*cpa.joseruiz@gmail.com*
787-308-9181

CONFIDENTIALITY NOTICE:
This communication, including its attachments, is protected by the Electronic Communications Privacy Act 18 U.S.C. & 2510-2521, may contain information that is protected by law and therefore confidential. It is solely intended for the person(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that it is strictly prohibited to retain it, disclose it, distribute it, or copy it. Receiving this message without authorization is a violation of Federal law and is subject to criminal charges. If you have received this message in error, please report and delete it immediately. Thank you.

On Aug 8, 2014, at 9:21 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Excellent, thanks.

Thanks and Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Friday, August 08, 2014 9:18 AM
**To:** Baxter M. Rains - Integratek
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; Mariluz Plaza - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

I heard yesterday that your invoices were approved already and waiting for [the department of treasury] to issue the checks.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jose Ruiz  :-)

Sent from my iPhone

On Aug 8, 2014, at 9:07 AM, "Baxter M. Rains - Integratek" <brains@integratek.net> wrote:

Hello Jose,
I would appreciate a status on the processing of our invoices.
Happy weekend.

Thanks and Regards

**From:** Baxter M. Rains - Integratek
**Sent:** Tuesday, July 22, 2014 8:37 AM
**To:** Jose E. Ruiz CPA
**Cc:** Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Good morning Jose,
Thanks a bunch. Let me know if you need anything from us.

Thanks and Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Tuesday, July 22, 2014 8:32 AM
**To:** Baxter M. Rains - Integratek
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter your invoices are in Finance, they already open the system and are working the invoices..

I let you know when they sent the information to hacienda to issue the check.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*José Ruiz, CPA*
*cpa.joseruiz@gmail.com*
787-308-9181

CONFIDENTIALITY NOTICE:
This communication, including its attachments, is protected by the Electronic Communications Privacy Act 18 U.S.C. & 2510-2521, may contain information that is protected by law and therefore confidential. It is solely intended for the person(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that it is strictly prohibited to retain it, disclose it, distribute it, or copy it. Receiving this message without authorization is a violation of Federal law and is subject to criminal charges. If you have received this message in error, please report and delete it immediately. Thank you.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

On Jul 15, 2014, at 10:56 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Hello Jose,
I trust you enjoyed your vacation. Please let me know the status of these invoices and if you require any additional information. All of the appropriate signoff and documentation should be in the project files.

Thanks and Regards

**From:** Baxter M. Rains - Integratek
**Sent:** Thursday, July 10, 2014 6:32 AM
**To:** Jose E. Ruiz CPA
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE; Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.; Jonatan Irizarry - PharmaBioServ Inc.
**Subject:** RE: PRDOH - Integratek Invoices Status

Jose,
Thanks, enjoy you vacation.

Thanks and Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Wednesday, July 09, 2014 11:02 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE; Pedro Lasanta - PharmaBioServ Inc.; William Gargano - PharmaBioServ Inc.; Jonatan Irizarry - PharmaBioServ Inc.
**Subject:** Re: PRDOH - Integratek Invoices Status

Baxter,

I sent an email to our contact in Finance, and she told me that they were not able to process your invoices before the cutoff date in June when they close the books for the end of Fiscal Year. They were supposed to open the system now in July to work on all the pending invoices, but not sure if they started already.

I am off this week but I can follow up next Monday and give you an update.

Thanks,

*****************************************

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

## *José Ruiz, CPA*
*cpa.joseruiz@gmail.com*
787-308-9181

CONFIDENTIALITY NOTICE:
This communication, including its attachments, is protected by the Electronic Communications Privacy Act 18 U.S.C. & 2510-2521, may contain information that is protected by law and therefore confidential. It is solely intended for the person(s) to which it is addressed. If you are not the intended recipient, you are hereby notified that it is strictly prohibited to retain it, disclose it, distribute it, or copy it. Receiving this message without authorization is a violation of Federal law and is subject to criminal charges. If you have received this message in error, please report and delete it immediately. Thank you.

On Jul 7, 2014, at 9:04 AM, Baxter M. Rains - Integratek <brains@integratek.net> wrote:

Good morning Jose,
Unfortunately we still have the following outstanding. I have attached for your review. Gracias

16238 $44,500
19882 $52,500
19894 $24,000

Thanks and Regards

**From:** Jose E. Ruiz CPA [mailto:cpa.joseruiz@gmail.com]
**Sent:** Sunday, July 06, 2014 9:37 PM
**To:** Baxter M. Rains - Integratek
**Cc:** Antonio Sisco; Carlos Carrasquillo HIE
**Subject:** Re: PRDOH - Integratek Invoices Status

Send me a list of the outstanding invoices.    I though that all invoices were paid.

I am out of the office this week but I can check the status with finance.

Thanks

*********************
Jose Ruiz  :-)

Sent from my iPhone

On Jul 6, 2014, at 8:46 AM, "Baxter M. Rains - Integratek" <brains@integratek.net> wrote:

Hi,
I trust this email finds you well. I wanted to follow-up with you regarding the outstanding invoices and where they are in the approval and payment process. Please advise if you require any additional details from us.
Thanks and Congratulations.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Thanks and Regards

**Baxter Rains**                                                                                  6 Road 696
Project Manager                                                                              Dorado,PR 00646-3306
**E-Mail:** brains@integratek.net                                                **Tel.:**
**Mobile:** (727) 742-7428                                                        **Fax:**

www.pharmabioserv.com

Facebook | LinkedIn | Twitter | Youtube

**Baxter Rains**                                             6 Road 696
Project Manager                                         Dorado,PR 00646-3306
**E-Mail:** brains@integratek.net           **Tel.:**
**Mobile:** (727) 742-7428                   **Fax:**
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

<Invoice 19894.pdf><Invoice 19882.pdf><16238.pdf>

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

**Baxter Rains**
Project Manager
**E-Mail:** brains@integratek.net
**Mobile:** (727) 742-7428
www.pharmabioserv.com

6 Road 696
Dorado,PR 00646-3306
**Tel.:**
**Fax:**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Facebook | LinkedIn | Twitter | Youtube

**Baxter Rains**                                            6 Road 696
Project Manager                                            Dorado,PR 00646-3306
**E-Mail:** brains@integratek.net                          **Tel.:**
**Mobile:** (727) 742-7428                                 **Fax:**
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

Baxter Rains
Project Manager

**Integratek**
6 Road 696 Dorado, PR 00646
**T.** (787) 278-2709 / (727) 742-7428
**F.** (787)796-5168
**E.** brains@integratek.net
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

The following disclaimer applies to this message.

### Baxter Rains
Project Manager

**Integratek**
6 Road 696 Dorado, PR 00646
**T.** (787) 278-2709 / (727) 742-7428
**F.** (787)796-5168
**E.** brains@integratek.net
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

### Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168
**E.** mplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

<16238 abril 11 13.pdf> (16238 April 11 13.pdf)

### Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

### Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168
**E.** mplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

Elizabeth Plaza
President of Pharma-Bio Serv

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2030
**F.** (787) 796-5168
**E.** eplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following disclaimer applies to this message.

Mariluz Plaza
Billing Manager

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646
**T.** (787) 330-2033
**F.** (787)796-5168

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**E.** mplaza@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following **disclaimer** applies to this message.

## Pedro Lasanta
CFO

**Pharma-Bio Serv**
6 Road 696 Dorado, PR 00646-3306
**T.** (787)396-0855
**F.** (787) 796-5168
**E.** plasanta@pharmabioserv.com
www.pharmabioserv.com
Facebook | LinkedIn | Twitter | Youtube

The following **disclaimer** applies to this message.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.