## Réplica a la Objeción Global

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 AUG 9 PM 4:59

De: Israel Ramírez Alameda

HC 2 Box 11406

San Germán, P.R. 00683

787-246-7024

Learsi_35@yahoo.com

Para: The Financial oversight and management board for Puerto Rico

Promesa Titulo III # 17-BLK-3283-LTS

# reclamación 2000-06-1639

Agosto 2 ,2023

La razón para oponerme a la objeción global es que llevo 23 años con este pleito donde el tribunal de Puerto Rico falló a favor de los empleados (copia enviada cuando comenzó promesa). La decisión del tribunal le indicaba al departamento de salud (gobierno ELA) a devolvernos el trabajo o pagarnos los años que dejamos de trabajar al día de la sentencia.

Al despedirme dejé de cotizar al retiro y no pude retirarme con los beneficios a los 30 años de servicio o 55 años de edad. Además, deje de recibir los aumentos que se dieron a los empleados después de la fecha de despido, los aumentos al plan médico, quinquenio y otros.

En la objeción global solo indican que me adeudan $754.01 después de 23 años de litigio y no les creo.

Atentamente,

*Israel Ramírez Alameda*

Israel Ramírez Alameda