Israel Almeier Alameda
HC 02 Box 11406
San German P.R., 00683

SAN JUAN PR
7 AUG 2023 PM 2

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos (United States District Court)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

2023 AUG 9 PM 4:59
CLERK'S OFFICE USDC PR
RECEIVED AND FILED