4 de agosto 2023

No: 17BK 3283 - LTS

Reclamante María del Carmen Vega
Caso Numero: 3258

Nuevamente me dirijo a ustedes para reclamar la Sentencia en el caso HSCI 2004-00896 del Tribunal Superior, Sala de Humacao, Puerto Rico, Sentencia Declaratoria de fecha 4 de octubre de 2016 notificada a las partes el 14 de octubre de 2016 por conducto de sus abogados dictada por el Hon. José Alberto Ramos Aponte, Juez Superior el cual habla por sí y le fue enviada copia a ustedes con el Resumen de la prueba de la vista celebrada

y representada por el Ledo. Alberto Aresti Funckeschieie la decisión obra De ajustes la cual es final y firme e inapelable no se ha pedido revisión ni se ha objetado la mesma y es final y firme e inapelable. Se solicita la ejecución de la mesma y el pago de dicha sentencia según se ha dictado.

Ahora, la Administración de los Tribunales por conducto de la Hon. Jue Administrador otorgará un aumento de sueldo a todos los empleados y a los Jueces de todos los Tribunales por eso le pedimos que le ordene para que nos paguen la Sentencia según dictada por conducto de nuestro abogado.

El gobernador Pedro A. Pierluisi debe ordenar a la Administración de Tribunales que nos pague según Sentencia ya que él le ha dado un presupuesto para que le den aumento a todos los empleados judiciales y a los Jueces del Tribunal. Nosotros dimos toda una vida trabajando para Tribunales y ahora que dictó la Sentencia desde el 4 de octubre de 2016 no la han pagado. No pidieron revisión alguna y el Tribunal Supremo y Apelativo ordenó el pago de la misma por lo que le suplicamos a ustedes ordenar el pago ya de la Sentencia

tal y como se ha dictado. Me han informado que el caso fue reclasificado y está pendiente de resolverse. Se solicita se proceda con el pago de la misma.

Estamos esperando por su determinación y estamos jubilados y el abogado está en la Sentroeja Lcdo. Alberto Areste Fernces tiene con su dirección para que le notifiquen o me envíen a mi dirección la determinación de mi reclamación.

Solicito muy respetuosamente declare ha lugar la presente carta de

se clamación conforme a la Sentencia dictada en cada una de suspartes. Esperamos la acostumbrada atención al asunto,

Quedo,

Cordialmente,

María del R. Chinea Vega
Caso 3258
Tel. 787-907-7440.

Esperando su atención,

Gracias?