Atn: Laura Taylor Swain
Tribunal de Distrito para el Distrito de P.R.
150 Avenida Carlos Chardón
Edificio Federal P.R. 00918-1767

María del R. Acosta Vega
Santa Lucia Cha. Seca.
M9-9 calle Reina
Bayamón, P.R. 00956

STAT PR 1845_SRF 6608Y PLACKID: 5419 ADRID: 3218393 SUD DIVERDIS