ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALFREDO MALDONADO RODRIGUEZ y otros<br><br>Demandantes<br>VS.<br>NYDIA M. COTTO VIVES, ADMINISTRADORA DE CORRECCION, LA ADMINISTRACION DE CORRECCION Y EL ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>Demandados | CIVIL NUM.: KAC961381<br><br>SOBRE: SENTENCIA DECLARATORIA |



DEMANDA

AL HONORABLE TRIBUNAL:

Comparecen los demandantes conforme lista que se acompaña como parte de esta demanda, por conducto de sus representantes legales que suscriben, y muy respetuosamente y conforme las Reglas 59.1 y 59.2 de las de Procedimiento Civil Vigente exponen, alegan y solicitan:

1. La reclamación se basa en la Leyes número: 12 de 27 de agosto de 1981 según posteriormente enmendada; 116 de 22 de julio de 1974; 89 de 12 de julio de 1979 y 178 de 12 de agosto de 1995.

2. Conforme las anteriores leyes, los aquí demandantes alegan no recibieron los pasos y/o aumentos a que tenían derecho por razones imputables a la parte demandada. Como consecuencia, se le adeuda el aumento de sueldos y pasos correspondientes, conforme su categoría, desde la efectividad de la Ley 89 de 12 de julio de 1979 y aquellas otras aplicables, según expuestas en el hecho primero de esta demanda.

3. Los demandantes estaban prestando servicios en los períodos requeridos por ley, según la legislación aplicable, o dejaron de prestar sus servicios dentro del período de tres años, anterior a la presente reclamación, conforme el artículo 1867, Código Civil de Puerto Rico.

1

4. Una vez determinado el monto a recibirse individualmente por cada demandante, conforme el análisis particular e independiente del récord de cada uno de ellos, se someterán al tribunal los cómputos y liquidación para su correspondiente pago.

5. Se incluyen como partes demandadas al Estado Libre Asociado de Puerto Rico y a la Administración de Corrección por estos ser responsables en unión a la administradora de la Administración de Corrección Hon. Nydia M. Cotto Vives de computo y pago de lo aquí reclamado.

6. La controversia en el presente caso se contrae a cuestiones de derecho sobre la aplicación de las leyes reseñadas en el párrafo primero de esta demanda.

7. Que conforme la Regla 59.1 de las de Procedimiento Civil, este Honorable Tribunal debe ordenar vista rápida, dándole preferencia en su calendario.

POR TODO LO CUAL, se solicita de este Honorable Tribunal declare HA LUGAR la presente demanda y en su consecuencia ORDENE el pago a favor de los demandantes de los pasos y\o aumentos que conforme la legislación aplicable ante relacionada tienen derecho, así como, cualquier otra aplicable, más los intereses legales que conforme a derecho correspondan.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico hoy 11 de octubre de 1996.

LCDA. CARMEN G. BENIQUEZ BENIQUEZ
Colegiada Número 12413
LCDO. ALBERTO ARESTI FRANCESCHINI
Colegiado Número 7251
Ave. Ponce de León 416
Edificio Unión Plaza
Oficinas 1100 y 1109
Hato Rey, Puerto Rico 00918
Teléfonos: 758-7866, 751-5740

Por: _____
LCDA. CARMEN G. BENIQUEZ BENIQUEZ

Por: _____
LCDO. ALBERTO ARESTI FRANCESCHINI