**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| **En el asunto de:** | **Caso Núm.  17-BK-3283 LTS** |
| **JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,** <br> **como representante de** <br> **ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros** | **(Administrada Conjuntamente)** <br><br> **PROMESA Title III Case** |
| **Deudores** | |

**REPLICA A "FIVE HUNDRED SEVENTY-NINTH OMNIBUS OBJECTION
(SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO AND THE PUERTO RICFO HIGHWAYS AND TRANSPORTATION
AUTHORITY LITIGATION CLAIMS FOR WHICH THE DEBTORS ARE NOT LIABLE"
(DKT. 24750)
(SOBRE: RECLAMACION #144085)**

**AL HONORABLE TRIBUNAL:**

**COMPARECE**, el acreedor **EDGARDO RENTAS VARGAS** por derecho propio y

muy respetuosamente **EXPONE, ALEGA Y SOLICITA**:

1.      La información personal del compareciente es la siguiente:

Edgardo Rentas Vargas
HC 03 Box 12038
Juana Díaz, PR 00795
(787) 604-6483
erentas2017@gmail.com

2.      El 29 de junio de 2018 el compareciente presentó la **reclamación**

**número 144085**.

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2023 AUG 11 AM 9:59

1

3.      El 14 de julio de 2023 el Omnibus presentó documento titulado "Five Hundred Seventy-Ninth Omnibus Objection (Substantive) Of The Commonwealth Of Puerto Rico, The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico And The Puerto Rico Highways And Transportation Authority Litigation Claims For Which The Debtors Are Not Liable". (Ver docket #24750) Dicha objeción comprende la reclamación número **144085** presentada por el compareciente.

4.      La objeción presentada por el Omnibus solicita que se elimine la reclamación #144085 basado en lo siguiente:

> "el reclamo pretende invocar obligaciones vinculadas al litigio Alfredo Maldonado Colón y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico,  caso núm. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que se presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado de Puerto Rico, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además aún si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un dupilcado del reclamo no. El caso 152372, la prueba principal del reclamo presentado, en nombre de todos los demandantes relacionados con el litigio denominado Maldonado Colón."

5.      Las alegaciones contenidas la objeción antes mencionada son incorrectas. En primer lugar, el demandante en el litigio KAC1996-1381 es Alfredo Maldonado Rodríguez y no Maldonado Colón como incorrectamente se denomina en la objeción presentada por el Omnibus bajo el docket #24750. En segundo lugar, contrario

2

a lo que expresa el Ominubus en dicha reclamación, el compareciente **sí es parte demandante en el litigio KAC1996-1381. (Véase Anejo 1 - página** _27_ **)**

6. En adición, el compareciente no ha sido notificado, ni ha tenido oportunidad de examinar la reclamación #144085 a la que el Omnibus hace referencia en su objeción, por lo cual se niega el hecho de que "existe un master claim que comprende la porción reclamada en mi reclamación #144085."

7. Por lo anteriormente expuesto, se solicita respetuosamente al Honorable Tribunal que declare no ha lugar la objeción del omnibus en lo que respecta a la reclamación #**144085**.

**POR TODO LO CUAL** muy respetuosamente se solicita de este Honorable Tribunal que declare no ha lugar la objeción presentada por el omnibus en lo que respecta a la reclamación #**144085**.

En Juana Díaz, Puerto Rico hoy _11_ de agosto de 2023.

**CERTIFICO** Haber presentado la presente réplica directamente a la Secretaría (Clerk's Office) Tribunal de Distrito de los Estados Unidos #150 Chardon Avenue Federal Building San Juan (Puerto Rico) 00918.

**EDGARDO RENTAS VARGAS**
HC 03 Box 12038
Juana Díaz, PR 00795
(787) 604-6483
erentas2017@gmail.com

3