Anejo 4

| NUM.PLACA | NOMBRE |
|---|---|
| 21636 | Alfredo Maldonado Rodríguez |
| 2374 | Gilberto Rodríguez Pabón |
| 4508 | Miguel A. Colón Colón |
| 21658 | Benito Miranda Reyes |
| 3146 | David Aguila Rodríguez |
| 2-2284 | Miguel A. Reyes Collazo |
| 1577 | Luis Cruz de Jesús |
| 2-1625 | Ismael Santiago Echevarría |
| 2213 | Felix B. Alicea Figueroa |
| 0539 | Tito Alberto Cruz Huertas |
| 34662 | Angel M. Hernández Perales |
| 1643 | José E. Malavé Rodríguez |
| 2636 | Edwin Rodríguez Rodríguez |
| 1620 | Victor M. Laboy Fantauzzi |
| 2889 | José Rafael Ortíz Solis |
| 4545 | Juan Rivas Baéz |
| 4980 | Flor J.Rodríguez Velázquez |
| 2546 | Miguel A. Díaz Ruíz |
| 1607 | Carlos Juan Ortíz |
| 4214 | Domingo Torres Rodríguez |
| 1635 | Hipólito Carrasquillo Robles |
| 1626 | José M. López Vequilla |
| 5541 | William Rodríguez Rivera |
| 0557 | José E. García Cintrón |
| 2231 | Angel Acevedo Ortíz |
| 2084 | Teodoro Maurás |
| 1610 | Roberto Morales Cordero |
| 1613 | José  A. Santiago Díaz |



4

| | | | |
|---|---|---|---|
| 0964 | Anibal Casillas González | | |
| 1552 | Armando Lebrón Lebrón | | |
| 1599 | Oscar Lind Muñoz | | |
| 4780 | Gilberto Rivera Ortiz | | |
| 1690 | Víctor de Jesús Rodríguez | | |
| 1505 | Antonio Gely Maurás | | |
| 2203 | Carlos Amaro González Maldonado | | |
| 0615 | Andrés González Maldonado | | |
| 0045 | Luís Alberto Ocasio Montañez | | |
| 2-1595 | Rubén D. Cruz Sánchez | | |
| 1609 | José A. Rivera Bermúdez | | |
| 4590 | Nelson Vitali Figueroa | | |
| 1646 | Héctor José Félix Torres | | |
| 1631 | José Ayala Ortiz | | |
| 0750 | José Ricardo Cardoza Martínez | | |
| 0837 | José M. Rodríguez García | | |
| 0503 | Mónico Del Valle Carrrasquillo | | |
| 1648 | Angel Colón Vázquez | | |
| 2417 | José J. Vega Rodríguez | | |
| 3-7880 | Julio E. Miranda Reyes | | |
| 2-2466 | Máximo montes Vázquez | | |
| 1598 | Carlos M. Marrero Colón | | |
| 1422 | Ismael Rodríguez Figueroa | | |
| 0457 | Félix M. Zayas Luna | | |
| 1561 | Efraín Mateo Espada | | |
| 2354 | Angel L. Ortiz Torres | | |
| 2456 | Américo Torres González | | |
| 2218 | Félix Arroyo Morales | | |
| 2-1200 | Ramón Alomar Torres | | |
| 0199 | Enrique Medina Bonilla | | |
| 2309 | Milton Malavé Matos | | |
| 2490 | Edilberto González Ortiz | | |



| | | | |
|---|---|---|---|
| 2524 | Wilson Padilla Rosado | | |
| 0555 | Carlos Franco Luna | | |
| 3-1107 | Emilio Castillo Rosado | | |
| 0861 | Jesús Jiménez Martínez | | |
| 3-0680 | Hector Alameda Sanabria | | |
| 2352 | José Luis Morales Ortiz | | |
| 7027 | Ricardo Maldonado Díaz | | |
| 2383 | Orlando Ortiz de Jesús | | |
| 1417 | Teófilo Rodríguez Colón | | |
| 2192 | José F. Díaz Rodríguez | | |
| 1436 | Edwin Ramos Rivera | | |
| 5002 | Heriberto Martínez Báez | | |
| 4418 | Rafael González Zayas | | |
| 2347 | Félix Maldonado Rodríguez | | |
| 3352 | Angel Martín González Pérez | | |
| 4796 | Eddie Rivera Burgos | | |
| 3401 | William Rivera Burgos | | |
| 2294 | Pedro S. Mercado Almodóvar | | |
| 3354 | Kermy Rodríguez Rivera | | |
| 2-1564 | Enob Vázquez Ramos | | |
| 0130 | Roberto Matos Torres | | |
| 2281 | Ernesto Castillo Vázquez | | |
| 1264 | Hortencio Rodríguez Sepúlveda | | |
| 2-4864 | Heriberto Alicea Rivera | | |
| 5796 | Sader Rodríguez Sabater | | |
| 3-1257 | Wilfredo Ortiz Guzmán | | |
| 2358 | Emerito Rivera Guzmán | | |
| 4131 | Rubén Blanco Torres | | |
| 2401 | Carlos Rodríguez Padua | | |
| 0108 | Pedro J. Ruíz Rodríguez | | |
| 3055 | José a. Ortiz Cadaredo | | |
| 4942 | Victor H. Maldonado Guzmán | | |



| | | | |
|---|---|---|---|
| 2272 | Jorge Colón Collazo | | |
| 1159 | Javier Flores Zayas | | |
| 2392 | Serafín Santiago Rodríguez | | |
| 2261 | Bernardo Figueroa Martínez | | |
| 3-1230 | Efren Ortiz Vega | | |
| 2101 | Luis R. Barrero Santiago | | |
| 2367 | Leonel Ramírez Torres | | |
| 2549 | Félix M. Colón Colón | | |
| 3431 | Hector A. Hernández Vázquez | | |
| 3059 | Melvin González Quiñones | | |
| 1277 | José R. Olivieri Matos | | |
| 2-1234 | Edwin Encarnación Cosmé | | |
| 840 | Luis G. Souchet Vázquez | | |
| 0434 | Angel L. Piñero Colón | | |
| 2-1052 | Roberto González Crespo | | |
| 1065 | Néstor E. Acevedo Rivera | | |
| 2-2216 | Néstor A. Blanco Torres | | |
| 4838 | José L. Ríos González | | |
| 2215 | Miguel Aponte Alicea | | |
| 2498 | José Luis Miranda Rodríguez | | |
| 6306 | José E. García Esmurria | | |
| 21641 | José Gil Martínez Rivera | | |
| 5872 | Jorge A. Pagán Tricoche | | |
| 2-4542 | Angel R. Toro Hernández | | |
| 8650 | Edgardo L. Vargas Pacheco | | |
| 3-1201 | Gilberto Negrón Falcón | | |
| 3357 | Humberto Santos Ríos | | |
| 5902 | Jaime Hernández Jiménez | | |
| 4521 | Gerardo Vázquez Rosado | | |
| 0963 | Angel Ariel García Correa | | |
| 5268 | Carlos Juan Almodovar Galarza | | |
| 4998 | José A. Torres Orengo | | |

7



| | | | |
|---|---|---|---|
| 4663-6 | Pedro Nuñez Montañez | | |
| 2107 | Carlos Alberto Alicea Figueroa | | |
| 2867 | Juan B. Zayas González | | |
| 5722 | Luis M. García Cruz | | |
| 3971 | Frank Reynaldo Sotomayor Torres | | |
| 5329 | Pedro Luis Baéz Fuentes | | |
| 1401 | Angel Luis Rodríguez Colón | | |
| 4487 | Roger Torres González | | |
| 500 | Carlos A. García | | |
| 1891 | Arquimedes Santiago  Maldonado | | |
| 3-1397 | Ariel Rolón Ruiz | | |
| 2414 | Víctor A. Santiago Ortiz | | |
| 2-1023 | Luis A. Planas Camacho | | |
| 3293 | Lydia E. Vázquez Alvarez | | |
| 2-1349 | Ramón Vargas Heredia | | |
| 2617 | Angel A. Meléndez Zayas | | |
| 4562 | Excel Nazario Vega | | |
| 4524 | Juan E. Toro Toledo | | |
| 4363 | Juan Rivera Arroyo | | |
| 5048 | Julio César Torres Serrano | | |
| 1044 | Rafael Centeno Alvarado | | |
| 5838 | José Angel Hernández Cosme | | |
| 2407 | Juan B. Rivera Rodríguez | | |
| 2-1280 | Fernando González Figueroa | | |
| 5748 | Julio Martínez Rivera | | |
| 2292 | Jesús Garán Albino | | |
| 1260 | Angel Alberto Ramos Ortiz | | |
| 3970 | Angel R. Torrado Morales | | |
| 3251 | Eugenio Rodríguez Echevarría | | |
| 5083 | Albert Irizarry Rivera | | |
| 2193 | Fernando Estronza Rodríguez | | |
| 2377 | Ernesto Ortiz Pomales | | |



| 4104 | José Angel Rivera García | |
|------|--------------------------|---|
| 117 | Juan B. Rivera Rodríguez | |
| 3151 | Ramón E. Cañedo Quiñones | |
| 2139 | Angel González Domínguez | |
| 1316 | Jorge Soto Sánchez | |
| 3686 | Samuel Vera López | |
| 1947 | José A. Dávila González | |
| 1359 | Ismael Rodríguez Colón | |
| 1685 | Daniel Soto Rivera | |
| S-75 | Carlos M. Navarro | |
| 1099 | William Colón Rivera | |
| 1390 | Jorge A. Carreras Coello | |
| 4054 | Juan Llanes Santos | |
| 8-11 | José J. Medina Olivera | |
| 1400 | Tomás Jiménez Ríos | |
| 0459 | Herminio Rivera Nazario | |
| 3929 | Salvador Miranda Gandía | |
| 3287 | Israel Pérez Lugo | |
| 0076 | Jaime Rodríguez Camacho | |
| 2657 | Fernando L. Santiago Arce | |
| 1930 | José Cavero Sánchez | |
| 0586 | Moises Vélez González | K |
| 4848 | Miguel A. Matos Ocasio | |
| 1371 | Angel M. Díaz Morales | |
| 1407 | Genaro Rivera Soto | |
| 0378 | Miguel Carrero Jusino | |
| 1362 | Angel L. González Rosario | |
| 0685 | Eladio Afanador Ruíz | |
| 2039 | Ismael A. López González | |
| 4-109 | Rafael Rolón Ruíz | |
| 1356 | Anselmo Burgos Medina | |
| 1364 | Noel González Torres | |



9

| | | |
|---|---|---|
| 0180 | Geraldo Maldonado Ramos | |
| 3149 | José I. Rodríguez Torres | |
| 0351 | Luis Alberto De Jesús Méndez | |
| | Luis M. Morales Sáez | |
| 20656 | Richard Hernández Maldonado | |
| 1582 | Antonio Báez Rodríguez | |
| 2690 | Carlos Rodríguez Del Valle | |
| 2950 | Marcial Marrero Caraballo | |
| 3345 | Virginio Medina Cotto | |
| 3643 | Miguel Fred Ortiz | |
| 3637 | Herminio Burgos Gómez | |
| 4303 | Miguel Castañer Colón | |
| 1818 | Felix Sabater Torres | |
| 2545 | Edgar Rivera Rodríguez | |
| 3076 | Porfirio Rodríquez Rivera. | |
| 2895 | Juan E. Pachva Vélez | |
| 4477 | William Medina Natal | |
| 3112 | Erasmo Vélez Serrano | |
| 1375 | Carmelo Torres Oquendo | |
| 4731 | Hipólito Figueroa Rodríguez | |
| 3435 | Luis A. Pagán Conde | |
| 31664 | José A. Rodríguez De León | |
| 2864 | Eduardo Zayas Collazo | |
| 0464 | Roberto Algorri Navarro | |
| 775 | José A. Torres Luciano. | |
| 1366 | Antonio Olivieri Rivera | |
| 1320 | Jorge Luis Nieves Cedeño | |
| 2448 | Félix López Rivera | |
| 4416 | Juan M. Cruz La Fontine | |
| 1867 | Eduardo Marrero Santiago | |
| 2280 | Palacín Duran Cabán | |
| 3973 | Miguel Santiago Mercado | |



12

| | | | |
|---|---|---|---|
| 1317 | José R. Pérez González | | |
| 1404 | Carlos Torres Arce | | |
| 1398 | Pedro J. González Green | | |
| 6619 | Talí Albarran Irizarry | | |
| 1394 | Eliezer Figueroa Burgos | | |
| 4896 | Jesús M. Mercado Baños | | |
| 1990 | Carlos Santiago Nazario | | |
| 2988 | Wilfredo Rosario Rodríguez | | |
| 4192 | Ramón Santiago Martínez | | |
| 4209 | Juan Carlos Vega Morales | | |
| 2731 | Doris M. Colón Lebrón | | |
| 2635 | Luis A. Amaro Rodríguez | | |
| 2547 | Gilberto Colón Lebrón | | |
| 2468 | Eliezer Allende Andino | | |
| 2725 | Ana E. Adornó Castro | | |
| 2984 | Roberto Ramírez Pérez | | |
| 2-0656 | Richard Hernández Maldonado | | |
| 3131 | Juan C. Rosado Figueroa | | |
| 2-1380 | Raúl Santiago Arce | | |
| 3023 | Roberto Pagán Gómez | | |
| 4165 | Héctor L. García Félix | | |
| 2-0975 | José A. Ortega Fonseca | | |
| 2654 | Adalberto Oriz García | | |
| 1990 | Angel M. Colón Ríos | | |
| 1593 | Rúben Morales Rivera | | |
| 0425 | Rafael Díaz Salamán | | |
| 0566 | Adalberto Pinto Dávila | | |
| 5246 | Angel C. Ortiz Rivera | | |
| 2522 | Joel Ramos Rodríguez | | |
| 0387 | José L. Castro Márquez | | |
| 1570 | Severo Laboy Sánchez | | |
| 2087 | Héctor C. Amaro Acevedo | | |



| | | |
|---|---|---|
| 3511 | Carlos R. Colón Ríos | |
| 6782 | Edgardo L. Santiago Santiago | |
| 7615 | Miriam Santiago Nieves | |
| 5221 | Maribella García Galarza | |
| 5808 | Nelson Rodríguez Torres | |
| 2667 | José A. Ramírez García | |
| 117 | Julio A. De Jesús Alers | |
| 2-1588 | Juan Carlos Falcón López | |
| 262 | Gilberto Riport Vázquez | |
| 1099 | José A. Lebrón Mirles | |
| 2334 | Jerger Medina Colón | |
| 2437 | César Vázquez De Jesús | |
| 2474 | José Luis Santiago Mora | |
| 0042 | Enrique Cedeño Cintrón | |
| 4566 | Aida Luz Pica Lynn | |
| 2-109 | Enrique Ramos Quiñones | |
| 2955 | Krishnamurti Galarza Vázquez | |
| 2-1229 | Miguel Collazo Rodríguez | |
| 4654 | Tomás Rodríguez Ocasio | |
| 4157 | Raúl Montalvo Díaz | |
| 3363 | Efraín Rodríguez Quiñones | |
| 2301 | Gilberto Luciano Correa | |
| 3791 | Samuel Cruz Vega | |
| 2336 | Luis Morales Morales | |
| 1755 | Miguel Vargas Amodóvar | |
| 2-2329 | Héctor Rodríguez Camacho | |
| 2849 | Edgardo Valle Flores | |
| 5213 | William Santiago Alicea | |
| 5867 | José M. Burgos Morales | |
| 3616 | Daniel Rodríguez Montes | |
| 1093 | Samuel Laboy Molina | |
| 4764 | Félix O. Santiago Rosario | |

| | | |
|---|---|---|
| 1365 | Palacín Durán Rodríguez | |
| 5814 | Edwin Ortiz Vázquez | |
| 4908 | Osvaldo Pérez González | |
| 2879 | Gilberto Santiago Rivera | |
| 1802 | René Nieves Vázquez | |
| 4618 | Juan Luis Santiago Collet | |
| 1018 | Iván Ayala Laureano | |
| 1833 | Luis Pérez Méndez | |
| 2645 | Rudesindo Rivera Camacho | |
| 3179 | Marcelino Miranda Barreto | |
| 2156 | José A. Cruz Santiago | |
| 2-110 | Israel Soto Pérez | |
| 2-2100 | Héctor González Cordero | |
| 5988 | Miguel Vega Santiago | |
| 1890 | Luis E. Afanador Salgado | |
| 2816 | Agapito Rodríguez Pérez | |
| 2592 | Miguel Díaz Jimenez | |
| 4989 | Ferdinand Montalvo Díaz | |
| 3261 | Antonio Cruz Cruz | |
| 3435 | Pedro J. Irizarry Santiago | |
| 0197 | Angel L. Maldonado Pérez | |
| 1-1777 | José M. Rodríguez Piñeiro | |
| 4839 | Edison Muñiz Cruz | |
| 0061 | Francisco Aponte Ayala | |
| 3245 | Héctor J. Marini Dominici | |
| 4876 | Antonio Saez Rivera | |
| 3127 | Dienicio Rodríguez Oliveros | |
| 5985 | Nelson Ramos Torres | |
| 2186 | Gilberto Silvestini Ramos | |
| 1952 | Noel F. Roman Ferrer | |
| 2887 | Jesús A. Soto Toledo | |
| 3-1237 | Luis A. Figueroa Colón | |

13



| | | | |
|---|---|---|---|
| 2752 | Carlos Ortiz Pacheco | | |
| 1797 | Jorge Luis Zeno Ramos | | |
| 1048 | Julio C. Mercado Muñiz | | |
| 4956 | Miguel Rodríguez Rivera | | |
| | Gilberto Vega Rivera | | |
| 2295 | David López Marcucci | | |
| | Edwin Vilaró López | | |
| 2551 | Ángel M. Caguias García | | |
| 4724 | René Figueroa Del Valle | | |
| 3360 | Miguel A. Torres Cruz | | |
| 1211 | José Hiriam Alvarado Cintrón | | |
| 21501 | Pedro Antonio Torres Ríos | | |
| 3833 | Samuel Varela Jiménez | | |
| 6114 | Ramón García González | | |
| 0416 | Eddie Cordero Valera | | |
| 2721 | Ángel M. Pérez Alicea | | |
| 0071 | Rafael Rivera Rodríguez | | |
| 1021 | José Luis Valle Cruz | | |
| 2277 | Efraín Cruz Cubero | | |
| 4019 | Rúben Torres Alers | | |
| 1-4734 | Carlos Santana Rodríguez | | |
| 3688 | Jesús A. Santana Rodríguez | | |
| 6139 | Alfredo Pérez Alicea | | |
| 3-1772 | Rúben Jimenez Pérez | | |
| 0534 | Edwin González Rodríguez | | |
| 2-1245 | Edwin Sánchez Feliciano | | |
| 2367 | Otilio Román Nieves | | |
| 6138 | Melvin Chaparro Pérez | | |
| 5298 | Héctor E. Reyes Rosado | | |
| 1309 | Luis F. Machado Pérez | | |
| 1935 | Luis A. Cordero Santiago | | |
| 2-1281 | Roberto Figueroa Colón | | |



14

| | | |
|---|---|---|
| 2-1460 | Antonio D. Alvarez Moa | |
| 2207 | Ramón A. Ruíz Martínez | |
| 0985 | Ramón Rosado Guzman | |
| 1036 | Neftalí Pérez Cruz | |
| 1860 | Luis A. Pérez Torres | |
| 2-1214 | Abel C. Ayala Rivera | |
| 4597 | Lorenzo O. Rodríguez Suárez | |
| 2751 | René González Ramos | |
| 0184 | Luis N. Medina Reyes | |
| 1907 | Rafael A. Perez Roman | |
| 2181 | Jaime Canabal Pérez | |
| 2-1382 | Flor Varela Pérez | |
| 3584 | Secundino Hernández Ayala | |
| 4093 | Rafael E. Vázquez Caamaño | |
| 1310 | Juan F. Román Hernández | |
| 5071 | Héctor M. Crespo Vargas | |
| 1329 | Samuel Rodríguez Santiago | |
| 2-1351 | Pedro E. Medina Acevedo | |
| 0124 | Herminio Santiago Bonilla | |
| 3768 | Miguel A. Martínez Guzman | |
| 2688 | Luis A. Sotomayor Igartúa | |
| 2043 | Rafael Cabán Martínez | |
| 4801 | José L. Acevedo González | |
| 5299 | José M. Santana Rodríguez | |
| 2053 | Medry Vélez Cancel | |
| 4739 | Alex J. Soto González | |
| 2270 | Jorge Luis Bonilla Ortíz | |
| 2823 | Edwin Torres Rosado | |
| 2823 | Melvin Sosa Rivera | |
| 4771 | Luis F. Torres Ortiz | |
| 6550 | José A. Morales Morales | |
| 2-0558 | Javier Luna Rodríguez | |



15

| | | |
|---|---|---|
| 2114 | Javier Luna López | |
| 3-1270 | Antonio Torres Sepúlveda | |
| 3652 | Antonio L. Rivera Vélez | |
| 2-2208 | Ramón Casiano Colón | |
| 1-5039 | José I. Ruiz Pérez | |
| 1508 | Luis A. Guzmán Rodríguez | |
| 4168 | Jorge L. Meletiche Ortiz | |
| 1927 | Frank R. Pabey Vélez | |
| 2214 | Noel Cruz Mercado | |
| 2487 | Nestor L. González Torres | |
| 2-171 | Angel Luis Cintrón Sánchez | |
| 4977 | William Vélez Arroyo | |
| 4810 | José M. Santos Vázquez | |
| 5614 | Gilberto Mercado Baez | |
| 0523 | Arnlicar González Santiago | |
| 2093 | Julio C. Cruz Rodríguez | |
| 1984 | Eduardo García Mercado | |
| 1339 | Ramón A. Negrón González | |
| 5598 | Héctor M. Rivera Román | |
| 1520 | Ana Lydia Cruz García | |
| 3699 | Omar Serrano Rivera | |
| 2363 | Eduardo Rodríguez Muñiz | |
| 1191 | Ismael Ruiz González | |
| 5496 | Daniel Torres Morales | |
| 1-2219 | Aurelio Cabán Ramos | |
| PENSIONADO | Antonio Marrero Dávila | |
| 1305 | Jaime Lamount Tosado | |
| 1069 | Acisdo Colón Rodríguez | |
| 3897 | Celedonio Ruiz González | |
| 1-6057 | Benito J. Marcial Reichard | |
| 2-0397 | Natanel Ruiz Vázquez | |
| 4530 | José L. Vélez Figueroa | |



16

| | | | |
|---|---|---|---|
| 795 | José J. Vera Méndez | | |
| 31162 | José A. Santana Torres | | |
| 2-1149 | Angel Rivera Cabán | | |
| 3630 | Othoniel Pérez Rodríguez | | |
| 1900 | David Maldonado González | | |
| 1363 | Héctor Orsini Heredia | | |
| 2-0158 | Miguel A. García Gutierrez | | |
| 2027 | Julio O. Pérez Rosa | | |
| 2428 | Félix L. Robles Camacho | | |
| 4757 | Luciano Vázquez Ruiz | | |
| 3310 | Carlos Muñiz Torres | | |
| 1302 | Luis D. Mangual Pérez | | |
| 3132 | Melvin Ruiz Correa | | |
| 1102 | Luis A. Bonilla Figueroa | | |
| 0192 | Rubén Maldonado González | | |
| 2337 | Luis A. Ocasio Pérez | | |
| 1566 | Luis F. Pagán Cubano | | |
| 1320 | José C. Torres Jaime | | |
| 1367 | Angel I. Rivera Acevedo | | |
| SUPER- INTEND ENTE | Eugenio Pagán Santos | | |
| 2532 | Jose A. Duran López | | |
| 5340 | Héctor J.García Vélez | | |
| 2-0350 | Luis A. Santiago Negrón | | |
| 888 | Alcides Velez Morales | | |
| 2134 | Eusebio Perez Zabala | | |
| 2819 | Carlos J. Sanchez Vega | | |
| N/A | Pedro Feliciano Rios | | |
| 2629 | Angel Otaño Hernandez | | |
| 5503 | Angel L. Aquino Peña | | |
| 3194 | Relhaldo Valentín Oliver | | |
| 0030 | Heriberto Morales Galarza | | |



17

| | | | |
|---|---|---|---|
| 1940 | Felix A. Cordero Pérez | | |
| 2-1989 | Marcelino Nieves Santiago | | |
| 2866 | Francisco Vera Cruz | | |
| 2383 | José Rivera Cabán | | |
| 1926 | Dudley Méndez Cabán | | |
| 2944 | José A. Hernandez Carrero | | |
| 2330 | Virgilio Matos Chaparro | | |
| 4982 | Francisco Rivera Torres | | |
| 2361 | José E. Rodríguez Santiago | | |
| T-66 | Hiram Rivera Román | | |
| 2661 | José M. Perez Ramos | | |
| 4804 | Carlos A. Arroyo Cortés | | |
| 4828 | Jaime Malavé Adames | | |
| 4833 | Luis Perez Tosado | | |
| 3367 | Israel Malavé Adames | | |
| 4322 | Luis Ángel Concepción Alers | | |
| 0016 | Dionisio Abreu Alvarez | | |
| 5473 | José R. Yulfo Concepción | | |
| 5043 | Roberto Pérez Román | | |
| 0040 | Nelson Nieve Herrera | | |
| 5146 | Adalberto Rodríguez Padín | | |
| 3975 | Jesús Rivera Pérez | | |
| 1303 | Miguel A. de Jesús Cruz | | |
| 2170 | Victor M. Díaz Rodríguez | | |
| 1-3173 | Tomás Colón Colón | | |
| 2513 | Edwin Lacén Carrasquillo | | |
| 0338 | Alfredo Santiago Velez | | |
| 1331 | Evangelista Figueroa Cintrón | | |
| 1374 | Abraham Martínez Rodríguez | | |
| 2195 | Wilfredo Cortés Medina | | |
| 0926 | Norberto Matos Román | | |
| 1338 | Francisco Morales Serrano | | |



| 0298 | Miguel A. Rosado Montes | | |
|---|---|---|---|
| 0715 | Carmelo Gomez Rivera | | |
| 3555 | José A. Gautier Romero | | |
| 5841 | José A. Torres Forti | | |
| 1343 | Arsenio Tavárez Amador | | |
| 1796 | Enrique Adames Romero | | |
| 2384 | Angel M. Rodríquez | | |
| 6742 | Jesús A. Ramos Lorenzo | | |
| 3-1388 | Miguel A. Rivera Rodríguez | | |
| 3130 | Felix Rodríguez Válles | | |
| 2068 | David Adames Romero | | |
| 3298 | María M. Santana Rivera | | |
| 0980 | Santo González Torres | | |
| 0983 | Elvin Cruz Pumarejo | | |
| 0255 | Dennis Malaret Morales | | |
| 3-0547 | Cesar Rodríquez Santiago | | |
| 0124 | Santiago Pellot Muñiz | | |
| 1340 | Mariano Díaz Torres | | |
| 3244 | Angel M. Caquias Torres | | |
| 5695 | Eloy J. Ortiz Fontanez | | |
| 6526 | Osvaldo Crespo Pérez | | |
| 0123 | Miguel Santiago Santiago | | |
| 4109 | Carlos J. Rivera Rivera | | |
| 2-2227 | Julio A. Ruberti Ramírez | | |
| 2-2571 | Juan Ramón Flores Dasta | | |
| 4766 | Carlos R. Martinez Jiménez | | |
| 2164 | Edgar León Aviles | | |
| 4653 | José A. Burgos León | | |
| 5-032 | Julio Forgas Lorruella | | |
| 0147 | Eladio Dones Ramirez | | |
| 2-0353 | Daniel Ocasio Torres | | |
| 3-545 | Rafael Santos Alvarado | | |



19

| | | | |
|---|---|---|---|
| 2612 | Carlos M. Mendez Mendez | | |
| 2-0296 | Luis A. Bermudez Pérez | | |
| 2-0420 | Eligio Villegas Martínez | | |
| 2853 | Oscar Torres Figueroa | | |
| 2-1226 | José L. Rivera Lopez | | |
| 1418 | Sergio Ortiz de Jesús | | |
| 5342 | Luis A Padilla Laracuente | | |
| 1-5176 | José L. Chaparro Ortiz | | |
| 2997 | Benjamín Rosado González | | |
| 0796 | Antonio García Andez | | |
| 1-1006 | Juan Colón Pérez | | |
| 2-0148 | Naphtali Rodríguez Lugó | | |
| 1864 | Edwin Colón Reyes | | |
| 0483 | Manuel Fontaney Rodriguez | | |
| 3-0611 | Marcos A. Toyens Ojeda | | |
| 1435 | Luis Valentín Soto | | |
| 4133 | Ramón L. De Jesus Velazquez | | |
| 4352 | Samuel Torres Jackson | | |
| 5592 | Carlos R. Gutierrez Romero | | |
| 2632 | Miguel A. Ruiz Noel | | |
| 2-1022 | José Rodriguez Burgos | | |
| 2-3036 | Missael Rivera Vives | | |
| 4879 | José M. Sabá Santiago | | |
| 2179 | Gerardo Rivera Figueroa | | |
| 6000 | Rodulfo Fernandez Castillo | | |
| 1278 | Radamés Martinez Caquias | | |
| 3466 | Alfredo García Cruz | | |
| 5710 | Richard Estremera Ruiz | | |
| 5435 | Norina I, Sanchez Vazquez | | |
| 3255 | William González Strago | | |
| 2-2821 | Victor Santiago De Jesus | | |
| 2-0145 | William Figueroa Maldonado | | |



2D

| 0152 | Efraín González Quirindongo |
| 2621 | Jesús E. Quiles Maldonado |
| 2453 | Benito Zapata Suarez |
| 4852 | Jorge Arroyo Quiñones |
| 2-4526 | Reinaldo Tomei Vega |
| H 2975 | Miguel A. Pérez Ruiz |
| 0435 | Javier Nuñez Figueroa |
| 2-2576 | Angel L. Ortiz Rodríguez |
| 4829 | Ezequiel Correa García |
| 5267 | Freddy Ruiz Montañez |
| 9466 | Miguel A. Medina Martinez |
| 5394 | Edwín De Jesús López |
| 2930 | Gaspar Feliciano Rivera |
| 1037 | Nelson Bermudez Torres |
| 15817 | Edwin R. Colón Colón |
| 1-5827 | Sandra De Jesús Serrano |
| 2884 | José M. Marquez Rivera |
| 2541 | Carlos R. Arroyo Díaz |
| 3499 | Luis C. Arroyo Díaz |
| 2323 | Reinaldo Casillas González |
| 6693 | Leonardo Torres Torres |
| 2-0462 | Carlos García Cruz |
| 1789 | Rafael Leon Matos |
| 3488 | José A. Ayala Rodríguez |
| 0663 | Edwin Lopez Pagán |
| 2-1583 | Miguel Angel Ramos Ayala |
| 1482 | Isidoro Mendez Rivera |
| 1767 | Francisco Ramos Hernandez |
| 1-0057 | Alberto Mercado Ramos |
| 4734 | Vilmary Cepero Castro |
| 1711 | Sigfredo Velez García |
| 3013 | Ramón L. Olivera Velázquez |



| | | | |
|---|---|---|---|
| 2249 | Zenaido Figueroa Talavera | | |
| 3789 | José M. González Pérez | | |
| 2744 | Héctor Cepero Morales | | |
| 1975 | Tomás Molina Ríos | | |
| | José De Jesus Perez | | |
| 4334 | Lionel Olivera Velaquez | | |
| 0636 | Isaac Curbal Candelaria | | |
| 1322 | José A. Tosado Nieves | | |
| 2722 | Ramón A. Montalvo Rodríguez | | |
| 4519 | José A. Viruet Maldonado | | |
| 2-1341 | Manuel González Rivera | | |
| 0992 | Angel Molina Ríos | | |
| 2-1396 | Heriberto A. Adújar Rivera | | |
| 2106 | Pedro Alameda Camacho | | |
| 1321 | José L. Román López | | |
| 2770 | Reinaldo López Loperena | | |
| | Luis A. Miranda Maldonado | | |
| 0524 | Victor M. Rivera Aponte | | |
| 4317 | Manuel A. Colón Maldonado | | |
| 1-0372 | Francisco Colón Maldonado | | |
| 2452 | Francisco J. Veléz González | | |
| | Lucila Roldan de Lopez | | |
| 4466 | José M. Maldonado Colón | | |
| 1814 | Héctor G. Reyes Alfonzo | | |
| 3093 | Miguel A. Sanchez Miranda | | |
| 3627 | Miguel A. Rosario Santiago | | |
| 2365 | Luis A. Quiles Maldonado | | |
| 5360 | Heriberto Laboy Morales | | |
| 2048 | Felipe Torres Guadalupe | | |
| 2252 | Luis E. Reyes López | | |
| 3635 | José L. Rodriguez Acosta | | |
| 4977 | Rafael Rodriguez Acosta | | |



22

| | | |
|---|---|---|
| 3469B | | Luis A. Ortiz Ortiz |
| 2483 | | Rafael De Jesus Carrasquillo |
| 3620 | | Carlos Rosa Torres |
| 2390 | | Luis A. Sanchez Molina |
| 5172 | | Jesús M. Echevarría Rivera |
| 5211 | | Carmen L. Quiñones Rodríguez |
| 2921 | | Wilson Nazario Torres |
| 2400 | | Efren Santiago García |
| | | Miguel Castro Márquez |
| | | Ernesto Quiles Arroyo |
| 2-1935 | | Fermín Rivera Ortega |
| 2907 | | Héctor L. Negrón Rivera |
| 3203 | | Eliud Ithier Collazo |
| 5026 | | Roberto March Colón |
| 4339 | | José Vázquez Arroyo |
| 2333 | | Angel L. Mendoza Sánchez |
| 2139 | | Alberto Colón Otero |
| 1-7288 | | Ricardo Morales Carrasquillo |
| 4814 | | Gilberto Rivera Rosario |
| 3689 | | José A. Ramos Montañez |
| 2-0310 | | José del C. Meléndez Santana |
| 2-0801 | | Juan L. Ramos Velázquez |
| 3-1359 | | Daniel Morales Sáez |
| 2076 | | Edgar Morales Ayala |
| 3509 | | Angel L. Estrella Joyas |
| 0482 | | Carlos Santana Vargas |
| 2320 | | José L. Cotto Rosario |
| 2157 | | Enrique Burgos Rodríguez |
| 4775 | | Efraín Ramos Lebrón |
| 0366 | | Juan B. Rey Cintrón |
| 0634 | | Félix J. Meléndez Benítez |
| 4696 | | Israel Berríos Pérez |



23

| | |
|---|---|
| 4496 | Ramón Resto Adorno |
| 5690 | Raúl E. González Olivera |
| 3390 | Amilcar Rosado Soto |
| 1481 | Ismael Soto Medina |
| 3676 | Diomedes Reyes Morales |
| 4777 | Johnny Rivera Rosado |
| 3076 | Luis Alberto Mora Martínez |
| 4610 | Edwin Fco. Vélez Pérez |
| 0931 | Pablo Ocasio Sánchez |
| 2088 | Pedro L. Negrón Rosado |
| 4758 | Efraín Vélez Pérez |
| 4931 | Rodmell Rivera del Valle |
| 0871 | Ricardo Feliciano Centeno |
| 5129 | Joseph D. Yambó Rivera |
| 2780 | Israel López Rivera |
| 1623 | Mariano González García |
| 3405 | Fernando Luis Colón Pérez |
| 0342 | Wilfredo Ocasio Ruiz |
| 4443 | Santos Rivas Báez |
| 2098 | Raúl R. Torres Bonilla |
| 4560 | Rafael Reverón Mercado |
| 3773 | Roberto Molina Molina |
| 2122 | Jorge O. Vélez Ocasio |
| 4754 | Alejandro Hernández Vélez |
| 1089 | José R. González Malavé |
| 2-2750 | Iván M. Ayala Marrero |
| 4-0763 | Sigfredo Cabrera Jiménez |
| 0159 | Héctor M. Feliciano Malavé |
| 0444 | Francisco J. Ortiz Cintrón |
| 3-1-3 | Luis A. Martes Rivera |
| T-41 | Edwin Galén Bonet |
| 1965 | Lucas Villanueva Serrano |



2 Y

| | | |
|---|---|---|
| 5121 | Dagoberto Santiago Rosado | |
| 0219 | Francisco Ocasio Silva | |
| 4295 | José L. Soto Mendez | |
| 1559 | Edwin A. Soto Nuñez | |
| 1832 | Juan C. Santiago Morales | |
| 1-0981 | Juan R. Hernández Acevedo | |
| 1-1909 | José M. Santiago Ruiz | |
| 1975 | Tomás Molina Rios | |
| 2293 | Ramón Maldonado Maldonado | |
| 3665 | José E. de Jesús Pérez | |
| 2744 | Héctor Cepero Morales | |
| 4178 | Juan C. Candelaria Class | |
| 1699 | Ismmael Carrión Meléndez | |
| 3867 | Eduardo Díaz Patrón | |
| 2708 | José L. Sierra Rivera | |
| 3787 | Antonio Colón Olivencia | |
| 8527 | José A. Alvarado Segarra | |
| 0662 | Teófilo Laboy Perdono | |
| 1858 | Héctor Velázquez Crispín | |
| 2-0363 | Víctor M. Quiñonez Montes | |
| 1531 | Efraín Lebrón Reyes | |
| 2174 | Miguel A. Fontanez Colón | |
| 2675 | Juan E. Yambó Ramos | |
| 2682 | Julio Villegas Rosario | |
| 0443 | Juan Vázquez Figueroa | |
| 1082 | Angel M. González Santiago | |
| 4-2229 | Amaury Pérez Salas | |
| 2655 | Segundo González Soto | |
| 2587 | Rolando Corchado Cubero | |
| | Agustín González Velázquez | |
| | Héctor Medina Rosado | |
| 1603 | Amador Meléndez Carattini | |



25

| | | | |
|---|---|---|---|
| 4545 | Geraldo Rivera Caraballo | | |
| 2672 | Vicente Solís Rodríguez | | |
| 0214 | Julio Torres González | | |
| 3348 | Cruz Santiago Oquendo | | |
| 4602 | Danhy Echevarría | | |
| 0894 | José A. Santiago Meléndez | | |
| 2601 | Edwin López Pabón | | |
| 2863 | Orlando L. Torres García | | |
| 0570 | Rafael Huertas Nieves | | |
| 2845 | José A. Rodríguez Rodríguez | | |
| 2909 | Julio Pérez Ortiz | | |
| 1808 | José D. Ayala López | | |
| 1004-4 | Angel M. Crespo Román | | |
| 1910 | Carlos García Arzola | | |
| 1838 | Raúl Tanco Crispín | | |
| 2416 | Israel Ayala López | | |
| 2339 | José E. Ocasio Rodríguez | | |
| 1291 | Ramón A. González Rodríguez | | |
| 3175 | Misael Vera López | | |
| 3640 | Antonio Pérez Torres | | |
| 3659 | David Centeno Medina | | |
| 3538 | José J. De Dios Peña Mejías | | |
| 3646 | Oscar Pérez Siberio | | |
| 0-1283 | Carlos L. Torres Ortiz | | |
| 3059 | José A. Bermudez Miranda | | |
| 2-0848 | Luis R. Velázquez García | | |
| 2-2007 | Mirian Santiago Ortiz | | |
| 4939 | Abraham Muñiz Estrada | | |
| 4444 | Jovino Laboy Torres | | |
| | Héctor L. Ramos Santiago | | |
| 2920 | Samuel Pérez Soler | | |
| 2659 | Manuel Valentín Meléndez | | |



26

| | | |
|---|---|---|
| 4357 | Sigfredo Cabán Rosado | |
| 2-562 | Idelfonso Cruz Arce | |
| 1303 | Emanuelli Correa Santana | |
| 3-1045 | Andrés Martínez González | |
| 0281 | Carlos Monge Vargas | |
| 0225 | Pablo Rodríguez Ortiz | |
| 5995 | Justo L. Burgos Guzmán | |
| 5702 | Gerardo Cruz Hernández | |
| 1064 | Gregorio Marrero Medina | |
| 4961 | Angel L. Román Millet | |
| 1463 | Carlos Costales Rojas | |
| 1811 | José A. Rodríguez Hernández | |
| 3015 | Miguel A. Collazo Pérez | |
| 2800 | Nelson Vélez Galarza | |
| 4765 | Jorge Torres Rodríguez | |
| 1224 | Juan Burgos Rodríguez | |
| 2776 | Eliseo Martínez Morales | |
| 0229 | Angel L. López Figueroa | |
| 4871 | Angel J. Báez Nieves | |
| 4091 | Carlos M. Torres Velázquez | |
| 4766 | Andrés Rosado Soto | |
| 2258 | Héctor E. Cruz Rodríguez | |
| 2788 | José A. López Rivera | |
| 2-1029 | Edgardo Rentas Vargas | |
| 2-3089 | Miguel A. Flores | |
| 0859 | Francisco Cruz Núñez | |
| 1957 | Jorge E. Ramos Feliciano | |
| 5042 | Franklin Torres López | |
| 0875 | Benjamín Torres Plumey | |
| 1989 | Elliot Nieves López | |
| 0185 | Pedro O. Dávila Guadarrama | |
| 0858 | Ramón Méndez de Jesús | |



27

| | |
|---|---|
| 3838 | José J. Gilbes Nieves |
| 2-2963 | Orlando Soto Rappa |
| 4859 | Lester L. Pérez González |
| 2-867 | Arcadio Feliciano Adorno |
| 0887 | Angel R. Badillo Ríos |
| 2973 | José E. Ocasio Pagán |
| 1-3629 | David Arocho Galán |
| 2326 | José L. Méndez Méndez |
| 1170 | Antonio Román Luciano |
| 1-2076 | Nazario Carrasquillo Mojica |
| 904 | Roberto Almodóvar Sánchez |
| 1334 | Pedro Velázquez Mojica |
| 5243 | Jorge L. Santiago Pérez |
| 2306 | Edwin Martínez Ruiz |
| 4006 | Melvin Pérez Cruz |
| 2550 | Freddie Alvarado Santiago |
| 0020 | Aníbal Bocachica Colón |
| 2147 | Carlos Pereira Jiménez |
| 2881 | Milton Nieves Marrero |
| 2457 | Eliezer Medina de Jesús |
| 1243 | David Tapia Hernández |
| 4-2002 | Ricardo Soto Torres |
| 4198 | Carlos Vélez Correa |
| 0999 | David Antonio Cortés Merced |
| 2-1356 | Juan Alguilar Curbelo |
| 1789 | Jesús F. Rodríguez Rosario |
| 0583 | Juan B. Pizarro Sierra |
| 4815 | Julio E. Román Millet |
| 2-1275 | Robinson Vega Báez |
| 3185 | José A. Collazo Medina |
| 3967 | Julio C. Madera Rivera |
| 0572 | Raymundo Rodríguez Gómez |



2D

| | |
|---|---|
| | José J. Segarra Guzmán |
| 4809 | Johnny Ruiz Correa |
| 0331 | Angel L. Rivera Bermudez |
| capitán | José Luis Roque Cruz |
| 1977 | Pablo Crespo Romero |
| 2563 | José R. Acevedo Aponte |
| 3077 | Javier Carrasquillo Osorio |
| 0788 | Ismael Martínez Vélez |
| 2191 | José Gil Cruz Cordova |
| 3919 | Luis M. Bonano Mercado |
| 122 | Ariel Rosa Hernández |
| 4480 | Leonides Ruiz Torres |
| 0073 | Edwin G.Collado Collado |
| 0899 | José Montalvo Martínez |
| 3-0690 | Juan Miranda Reyes |
| 2233 | Heriberto Castro Roque |
| 2413 | José M. Rodríguez Díaz |
| Pens. | Angel M. Ramos Cruz |
| 2-0324 | Wilfredo Rodríguez Vázquez |
| 0226 | Carlos R. Ortiz Figueroa |
| 4850 | Ricardo Cartagena Díaz |
| 0116 | Eddie B. Lugo Negrón |
| 4132 | Osvaldo Cordero Ramos |
| 4549 | William Madera Colón |
| 905 | Nelson Wharton Ocasio |
| 3-0185 | Rafael Castro Rodríguez |
| 413 | Angel L. Ortiz Monclova |
| 0952 | Daniel Ayala Santiago |
| 2499 | Francisco Navarro Salinas |
| 0571 | José A. Cruz Cruz |
| 2-0962 | Pedro J. Ortiz Lebrón |
| 1156 | Herodes Fernández Santiago |



29

| | |
|---|---|
| 3639 | Noel Torres Santiago |
| 302 | Luis Rodríguez Centeno |
| 3-1549 | Luis F. Pérez Cabán |
| 3-1010 | Walter L. Cruz Madera |
| 1276 | Juan T. Echevarría Pérez |
| 4750 | Ricardo Cartagena Rodríguez |
| 0685 | Félix Cabrera Alvarez |
| 3450 | Jesús Lasanta Rodríguez |
| 3675 | Héctor L. Pizarro Martínez |
| 3628 | Harry Montalvo Jiménez |
| 3492 | Benjamín Calderón Pizarro |
| 3-0486 | Luis del Valle Rodríguez |
| 2-55 | Juan González Díaz |
| 2-1176 | Juan B. Martínez Vázquez |
| 5438 | Víctor R. Ortíz Rodríguez |
| 0547 | Julio Orozco Monge |
| 3234 | Israel Acosta Hernández |
| 4715 | Jorge L. García Acabá |
| 5913 | Elney Josué Lebrón Matta |
| 0910 | Julio C. Hernández Soto |
| 0222 | Roberto Crespo Flores |
| 6096 | Henry Rivera Montalvo |
| 2817 | Jesús M. Díaz Ramos |
| 2-2544 | Juan C. González Benítez |
| 1974 | Enrique Colón Burgos |
| 7130 | Víctor M. Ortiz Torres |
| 7507 | Nobel Vega Santiago |
| 2221 | Carmelo Hernández Delgado |
| 3600 | Ferdinand Rivera Rivera |
| 5498 | Omar López Morales |
| 5008 | Heriberto Serrano Cruz |
| 1618 | Juan Quiñonez Fernández |



30

| | | |
|---|---|---|
| 2848 | Carlos R. Velázquez Martínez | |
| 3-1441 | Nelson Cruz Vázquez | |
| 4798 | José L. Martínez Rivera | |
| 2311 | Ismael Lozada Hernández | |
| 2388 | Félipe Rivera Amaro | |
| 5-4670 | Luis Alvárez Galvan | |
| 2246 | Wilson Bravo Vargas | |
| 3543 | Juan Alvarado Santiago | |
| 0330 | Rádames Rodríguez Cardona | |
| 5664 | Roberto Madera Borrero | |
| 6652 | Edwin Santiago Arocho | |
| 5848 | José O. Maldonado Rosa | |
| 3-1235 | Monserrate E. Feliciano Carabello | |
| 0894 | José Rivera Rivera | |
| 2014 | Héctor I. Velázquez Adorno | |
| | Luis Figueroa La Torre | |
| 1338 | José V. Cruz Pérez | |
| 2-1295 | Ismael Díaz Rodríguez | |
| 0808 | José M. Salgado Toro | |
| 6542 | Sonny Centeno Cagulas | |
| 1-2080 | José O. Calderón Morales | |
| 0841 | Víctor Cruz Henríquez | |
| 0842 | Tomás Matías Guevara | |
| 2-1042 | Osvaldo Rivera Domínguez | |
| 4854 | Ramón Class Machucca | |
| 4946 | Riesner G. Rodríguez Morales | |
| 1194 | Juan R. Rodríguez Albizu | |
| 0337 | Jorge L. Rivera López | |
| 3526 | Benjamín Meléndez Vélez | |
| 0922 | Pedro A. Rodríguez Sánchez | |
| 1086 | Jorge L. Burgos Vélez | |
| 1909 | Carlos F. López Torres | |

31

| | | | |
|---|---|---|---|
| 4520 | Félix N. Vargas Sandoval | | |
| 3106 | Héctor L. Maldonado Ríos | | |
| 1626 | Diego Cruz Figueroa | | |
| 125 | Herminio Vélez González | | |
| 4161 | Josué Melecio Abreu | | |
| Pens. | María L. Curbelo Zeno | | |
| 0313 | Wilber Arroyo Conde | | |
| 864 | Efraín Colón Cruz | | |
| 3-1294 | Mervin Burgos Brandi | | |
| 4073 | Josué Romero Merced | | |
| 5703 | David Alberto Alicea Pérez | | |
| 0283 | José L. Carrasquillo Orlando | | |
| 3216 | Efraín Ramos Hernández | | |
| 5399 | Edwin Miranda Matías | | |
| 8655 | Orlando Carrón Cruz | | |
| | Orlando River García | | |
| 2-1695 | Juan Rosa Jiménez | | |
| 2-1854 | Pedro L. Vélez Guzmán | | |
| 2-0609 | Héctor Lugo Cruz | | |
| 1051 | Luis A. Santiago Rivera | | |
| 4795 | Geraldo Velázquez Valcárce | | |
| 5519 | Manuel Matías González | | |
| 5382 | Félix Cruz Torres | | |
| 4519 | Eugenio Bonilla Alvárez | | |
| 6018 | Nelson López Rodríguez | | |
| 4819 | Félix Alicea Goméz | | |
| 2987 | Perfecto Rosario López | | |
| 4843 | Héctor Díaz Merced | | |
| 0198 | Efraín Velázquez López | | |
| 2176 | Ramón Centeno Torres | | |
| 1547 | Freddy Alicea Gómez | | |
| 1920 | Ernesto Alvarez Díaz | | |



32

| | | |
|---|---|---|
| 4520 | Félix N. Vargas Santos | |
| 3106 | Héctor L. Maldonado Ríos | |
| 1626 | Diego Cruz Figueroa | |
| 125 | Herminio Vélez González | |
| 4181 | Josué Melecio Abreu | |
| Pens. | María L. Curbelo Zeno | |
| 0313 | Wilber Arroyo Conde | |
| 864 | Efraín Colón Cruz | |
| S-1294 | Mervin Burgos Brandi | |
| 4073 | Josué Romero Merced | |
| 5703 | David Alberto Alicea Pérez | |
| 0283 | José L. Carrasquillo Orlando | |
| 3216 | Efraín Ramos Hernández | |
| 5399 | Edwin Miranda Matías | |
| 8655 | Orlando Carrón Cruz | |
| | Orlando River García | |
| 2-1695 | Juan Rosa Jiménez | |
| 2-1854 | Pedro L. Vélez Guzmán | |
| 2-0809 | Héctor Lugo Cruz | |
| 1051 | Luis A. Santiago Rivera | |
| 4795 | Gerardo Velázquez Valcárcel | |
| 5519 | Manuel Matías González | |
| 5382 | Félix Cruz Torres | |
| 4519 | Eugenio Bonilla Alvárez | |
| 6018 | Nelson López Rodríguez | |
| 4819 | Félix Alicea Goméz | |
| 2967 | Perfecto Rosario López | |
| 4843 | Héctor Díaz Merced | |
| 0198 | Efraín Velázquez López | |
| 2178 | Ramón Centeno Torres | |
| 1547 | Freddy Alicea Gómez | |
| 1920 | Ernesto Alvarez Díaz | |



32

| | | |
|---|---|---|
| 4520 | Félix N. Vargas Santos | |
| 3106 | Héctor L. Maldonado Ríos | |
| 1626 | Diego Cruz Figueroa | |
| 125 | Herminio Vélez González | |
| 4161 | Josué Melecio Abreu | |
| Pers. | María L. Curbelo Zeno | |
| 0313 | Wilbér Arroyo Conde | |
| 864 | Efraín Colón Cruz | |
| 3-1294 | Mervin Burgos Brandi | |
| 4073 | Josué Romero Merced | |
| 5703 | David Alberto Alicea Pérez | |
| 0293 | José L. Carrasquillo Orlando | |
| 3216 | Efraín Ramos Hernández | |
| 5399 | Edwin Miranda Matías | |
| 8655 | Orlando Carrón Cruz | |
| | Orlando River García | |
| 2-1695 | Juan Rosa Jiménez | |
| 2-1854 | Pedro L. Vélez Guzmán | |
| 2-0609 | Héctor Lugo Cruz | |
| 1051 | Luis A. Santiago Rivera | |
| 4795 | Geraldo Velázquez Valcárcel | |
| 5519 | Manuel Matías González | |
| 5382 | Félix Cruz Torres | |
| 4519 | Eugenio Bonilla Alvárez | |
| 6018 | Nelson López Rodríguez | |
| 4819 | Félix Alicea Goméz | |
| 2987 | Pefecto Rosario López | |
| 4843 | Héctor Díaz Merced | |
| 0198 | Efraín Velázquez López | |
| 2178 | Ramón Centeno Torres | |
| 1547 | Freddy Alicea Gómez | |
| 1920 | Ernesto Alvarez Díaz | |



32

| | | | |
|---|---|---|---|
| 0812 | José M. García Arzola | | |
| 1554 | Carlos Félix Pagés | | |
| 1551 | David Márquez Rivera | | |
| 4790 | Miguel Lozada Rosa | | |
| 2230 | José A. Berríos Guzmán | | |
| 4890 | José M. Báez Ortiz | | |
| 1444 | Juan R. Cedeño Silva | | |
| 2640 | Pedro J. Rivera Vega | | |
| 2128 | Samuel Ramos Valentín | | |
| 4896 | Aníbal Bermúez Brito | | |
| 0341 | Jorge A. Sollvan Colón | | |
| 4411 | Manuel González Colón | | |
| 4716 | Tomás González Colón | | |
| 2-1456 | Jorge Cruz Pérez | | |
| 2946 | Julio C. González Andino | | |
| 4064 | José Ruiz de Jesús | | |
| 1414 | Luis F. Gómez Soto | | |
| 1558 | José Luis Ampler Cintrón | | |
| 2884 | Carlos Semidey Arroyo | | |
| 2-2348 | Nerberto Soto Vázquez | | |
| 4745 | Francisco Colón Rodríguez | | |
| 1485 | Bill Ortiz Vega | | |
| 3-1497 | Manuel González Antonetti | | |
| 1513 | César Amaro Morales | | |
| 1597 | Luis Vega Cortés | | |
| 3238 | César A. Flores Silva | | |
| 0334 | José D. Vega Santiago | | |
| 2387 | Roberto Rentas Robledo | | |
| 3679 | Miguel Bonilla Vázquez | | |
| 2-2454 | Roberto Torres Rivera | | |
| 2-4159 | Adriana Rivera Rivera | | |
| 2-4685 | Agustín Súarez Hernández | | |



33