*ESTADO LIBRE ASOCIADO DE PUERTO RICO*
*TRIBUNAL DE PRIMERA INSTANCIA*
*SALA SUPERIOR DE SAN JUAN*

ALFREDO MALDONADO
RODRIGUEZ, y otros

   *Demandantes*

VS.

NYDIA M. COTTO VIVES,
ADMINISTRADORA DE
CORRECCION, LA
ADMINISTRACION DE
CORRECCION Y EL ESTADO
LIBRE ASOCIADO DE PUERTO
RICO
   *Demandados*

*CIVIL NUM.:*

*SOBRE:   SENTENCIA*
*DECLARATORIA*



*D E M A N D A*

AL HONORABLE TRIBUNAL:

   Comparecen los demandantes conforme lista que se acompaña como parte de esta demanda, por conducto de sus representantes legales que suscriben y muy respetuosamente y conforme las Reglas 59.1 y 59.2 de las de Procedimiento Civil Vigentes exponen, alegan y solicitan:

   1.   La reclamación se basa en la Leyes número: 12 de 27 de agosto de 1982, según posteriormente enmendada; 116 de 22 de julio de 1974; 89 de 12 de julio de 1979 y 178 de 12 de agosto de 1995.

   2.   Conforme las anteriores leyes, los aquí demandantes alegan no recibieron los pasos y\o aumentos a que tenían derecho por razones imputables a la parte demandada.   Como consecuencia, se le adeuda el aumento de sueldos y pasos correspondientes; conforme su categoría, desde la efectividad de la Ley 89 de 12 de julio de 1979 y aquellas otras aplicables, según expuestas en el hecho primero de esta demanda.

   3.   Los demandantes estaban prestando servicios en los períodos requeridos por ley, según la legislación aplicable, o dejaron de prestar sus servicios dentro del período de tres años, anterior a la presente reclamación, conforme el artículo 1867, Código Civil de Puerto Rico.

4.      Una vez determinado el monto a recibirse individualmente por cada demandante, conforme el análisis particular e independiente del récord de cada uno de ellos, se someterán al tribunal los cómputos y liquidación para su correspondiente pago.

5.      Se incluyen como partes demandadas al Estado Libre Asociado de Puerto Rico y a la Administración de Corrección por estos ser responsables en unión a la administradora de la Administración de Corrección Hon. Nydia M. Cotto Vives del computo y pago de lo aquí reclamado.

6.      La controversia en el presente caso se contrae a cuestiones de derecho sobre la aplicación de las leyes reseñadas en el párrafo primero de esta demanda.

7.      Que conforme la Regla 59.1 de las de Procedimiento Civil, este Honorable Tribunal debe ordenar vista rápida, dándole preferencia en su calendario.

POR TODO LO CUAL, se solicita de este Honorable Tribunal declare HA LUGAR la presente demanda y en su consecuencia ORDENE el pago a favor de los demandantes de los pasos y\o aumentos que conforme la legislación aplicable antes relacionada tienen derecho, así como, cualquier otra aplicable, más los intereses legales que conforme a derecho correspondan.

RESPETUOSAMENTE SOMETIDO.

En San Juan, Puerto Rico hoy 11 de     octubre     de 1996.



LCDA. CARMEN G. BENIQUEZ BENIQUEZ
Colegiada Número 12413
LCDO. ALBERTO ARESTI FRANCESCHINI
Colegiado Número 7251
Ave. Ponce de León 416
Edificio Unión Plaza
Oficinas 1100 y 1109
Hato Rey, Puerto Rico 00918
Teléfonos: 758-7866, 751-5740

Por: _____
LCDA. CARMEN G. BENIQUEZ BENIQUEZ

Por: _____
LCDO. ALBERTO ARESTI FRANCESCA

Anejo 1

| NUM.PLACA | NOMBRE |
|---|---|
| 21636 | Alfredo Maldonado Rodríguez |
| 2374 | Gilberto Rodríguez Pabón |
| 4508 | Miguel A. Colón Colón |
| 21658 | Benito Miranda Reyes |
| 3146 | David Aguila Rodríguez |
| 2-2284 | Miguel A. Reyes Collazo |
| 1577 | Luis Cruz de Jesús |
| 2-1625 | Ismael Santiago Echevarría |
| 2213 | Felix B. Alicea Figueroa |
| 0539 | Tito Alberto Cruz Huertas |
| 34662 | Angel M. Hernández Perales |
| 1643 | José E. Malavé Rodríguez |
| 2636 | Edwin Rodríguez Rodríguez |
| 1620 | Victor M. Laboy Fantauzzi |
| 2889 | José Rafael Ortíz Solis |
| 4545 | Juan Rivas Baéz |
| 4980 | Flor J.Rodríguez Velázquez |
| 2546 | Miguel A. Díaz Ruíz |
| 1607 | Carlos Juan Ortíz |
| 4214 | Domingo Torres Rodríguez |
| 1635 | Hipólito Carrasquillo Robles |
| 1626 | José M. López Vequilla |
| 5541 | William Rodríguez Rivera |
| 0557 | José E. García Cintrón |
| 2231 | Angel Acevedo Ortíz |
| 2084 | Teodoro Maurás |
| 1610 | Roberto Morales Cordero |
| 1613 | José A. Santiago Díaz |



4

| | | |
|---|---|---|
| 0964 | Aníbal Casillas González | |
| 1552 | Armando Lebrón Lebrón | |
| 1599 | Oscar Lind Muñoz | |
| 4780 | Gilberto Rivera Ortíz | |
| 1690 | Víctor de Jesús Rodríguez | |
| 1505 | Antonio Gely Maurás | |
| 2203 | Carlos Amaro González Maldonado | |
| 0615 | Andrés González Maldonado | |
| 0045 | Luis Alberto Ocasio Montañez | |
| 2-1595 | Rubén D. Cruz Sánchez | |
| 1609 | José A. Rivera Bermúdez | |
| 4590 | Nelson Vitali Figueroa | |
| 1648 | Héctor José Félix Torres | |
| 1631 | José Ayala Ortíz | |
| 0750 | José Ricardo Cardoza Martínez | |
| 0837 | José M. Rodríguez García | |
| 0503 | Mónico Del Valle Carrrasquillo | |
| 1648 | Angel Colón Vázquez | |
| 2417 | José J. Vega Rodríguez | |
| 3-7880 | Julio E. Miranda Reyes | |
| 2-2466 | Máximo montes Vázquez | |
| 598 | Carlos M. Marrero Colón | |
| 422 | Ismael Rodríguez Figueroa | |
| 0457 | Félix M. Zayas Luna | |
| 1561 | Efraín Mateo Espada | |
| 2354 | Angel L. Ortíz Torres | |
| 2456 | Américo Torres González | |
| 2218 | Félix Arroyo Morales | |
| 2-1200 | Ramón Alomar Torres | |
| 0199 | Enrique Medina Bonilla | |
| 2309 | Milton Malavé Matos | |
| 2490 | Ediliberto González Ortíz | |



| | | | |
|---|---|---|---|
| 2524 | Wilson Padilla Rosado | | |
| 0555 | Carlos Franco Luna | | |
| 3-1107 | Emilio Castillo Rosado | | |
| 0861 | Jesús Jiménez Martínez | | |
| 3-0680 | Hector Alaméda Sanabria | | |
| 2352 | José Luis Morales Ortiz | | |
| 7027 | Ricardo Maldonado Díaz | | |
| 2883 | Orlando Ortiz de Jesús | | |
| 1417 | Taófilo Rodríguez Colón | | |
| 2192 | José F. Díaz Rodríguez | | |
| 1438 | Edwin Ramos Rivera | | |
| 5002 | Heriberto Martínez Báez | | |
| 4418 | Rafael González Zayas | | |
| 2347 | Félix Maldonado Rodríguez | | |
| 3352 | Ángel Martín González Pérez | | |
| 4796 | Eddie Rivera Burgos | | |
| 3401 | William Rivera Burgos | | |
| 2294 | Pedro S. Mercado Almodóvar | | |
| 3354 | Kermy Rodríguez Rivera | | |
| 2-1564 | Enob Vázquez Ramos | | |
| 0130 | Roberto Matos Torres | | |
| 2281 | Ernesto Castillo Vázquez | | |
| 1264 | Hortencio Rodríguez Sepúlveda | | |
| 2-4864 | Heriberto Alicea Rivera | | |
| 5796 | Sader Rodríguez Sabater | | |
| 5-1257 | Wilfredo Ortiz Guzmán. | | |
| 2358 | Emerito Rivera Guzmán | | |
| 4131 | Rubén Blanco Torres | | |
| 2401 | Carlos Rodríguez Padua | | |
| 0108 | Pedro J. Ruíz Rodríguez | | |
| 3055 | José a. Ortiz Cadaredo | | |
| 4942 | Víctor H. Maldonado Guzmán | | |



ESTADO LIBRE ASOCIADO DE PUERTO RICO
Archivo Central Rama Judicial
TRIBUNAL GENERAL DE JUSTICIA

| | | |
|---|---|---|
| 2272 | Jorge Colón Collazo | |
| 1159 | Javier Flores Zayas | |
| 2392 | Serafín Santiago Rodríguez | |
| 2261 | Bernardo Figueroa Martínez | |
| 3-1230 | Efren Ortiz Vega | |
| 2101 | Luis R. Barrero Santiago | |
| 2357 | Leonel Ramírez Torres | |
| 2549 | Félix M. Colón Colón | |
| 3431 | Héctor A. Hernández Vázquez | |
| 3059 | Melvin González Quiñones | |
| 1277 | José R. Olivieri Matos | |
| 2-1234 | Edwin Encarnación Cosme | |
| 840 | Luis G. Souchet Vázquez | |
| 0434 | Angel L. Piñero Colón | |
| 2-1052 | Roberto González Crespo | |
| 085 | Néstor E. Acevedo Rivera | |
| 2-2216 | Néstor A. Blanco Torres | |
| 4838 | José L. Ríos González | |
| 2215 | Miguel Aponte Alicea | |
| 2498 | José Luis Miranda Rodríguez | |
| 5306 | José E. García Esmurría | |
| 21641 | José Gil Martínez Rivera | |
| 5672 | Jorge A. Pagán Tricoché | |
| 2-4542 | Angel R. Toro Hernández | |
| 6650 | Edgardo L. Vargas Pacheco | |
| 3-1201 | Gilberto Negrón Falcón | |
| 3357 | Humberto Santos Ríos | |
| 5902 | Jaime Hernández Jiménez | |
| 4521 | Gerardo Vázquez Rosado | |
| 0963 | Angel Ariel García Correa | |
| 5288 | Carlos Juan Almodovar Galarza | |
| 4998 | José A. Torres Orengo | |

7



| | | |
|---|---|---|
| 4863-6 | Pedro Nuñez Montañez | |
| 2107 | Carlos Alberto Alicea Figueroa | |
| 2867 | Juan B. Zayas González | |
| 5722 | Luis M. García Cruz | |
| 3971 | Frank Reynaldo Sotomayor Torres | |
| 5329 | Pedro Luis Baéz Fuentes | |
| 1401 | Angel Luis Rodríguez Colón | |
| 4487 | Roger Torres González | |
| 500 | Carlos A. García | |
| 891 | Arquimedes Santiago Maldonado | |
| 3-1397 | Ariel Rolón Ruiz | |
| 2414 | Víctor A. Santiago Ortiz | |
| 2-1023 | Luis A. Planas Camacho | |
| 3293 | Lydia E. Vázquez Alvarez | |
| 2-1349 | Ramón Vargas Heredia | |
| 2617 | Angel A. Meléndez Zayas | |
| 4562 | Excel Nazario Vega | |
| 4524 | Juan E. Toro Toledo | |
| 4363 | Juan Rivera Arroyo | |
| 5048 | Julio César Torres Serrano | |
| 1044 | Rafael Centeno Alvarado | |
| 5838 | José Angel Hernández Cosme | |
| 2407 | Juan B. Rivera Rodríguez | |
| 2-1280 | Fernando González Figueroa | |
| 5748 | Julio Martínez Rivera | |
| 2292 | Jesús Garán Albino | |
| 1260 | Angel Alberto Ramos Ortiz | |
| 3970 | Angel R. Torrado Morales | |
| 3251 | Eugenio Rodríguez Echevarría | |
| 5083 | Albert Irizarry Rivera | |
| 2193 | Fernando Estronza Rodríguez | |
| 2377 | Ernesto Ortiz Pomales | |



| | | |
|---|---|---|
| 4104 | José Angel Rivera García | |
| 117 | Juan B. Rivera Rodríguez | |
| 3151 | Ramón E. Cañedo Quiñones | |
| 2139 | Angel González Domínquez | |
| 1316 | Jorge Soto Sánchez | |
| 6686 | Samuel Vera López | |
| 1947 | José A. Dávila González | |
| 1369 | Ismael Rodríguez Colón | |
| 1685 | Daniel Soto Rivera | |
| S-75 | Carlos M. Navarro | |
| 1099 | William Colón Rivera | |
| 1390 | Jorge A. Carreras Coello | |
| 4054 | Juan Llanes Santos | |
| 8-11 | José J. Medina Olivera | |
| 1400 | Tomás Jiménez Ríos | |
| 0459 | Herminio Rivera Nazario | |
| 3929 | Salvador Miranda Gandía | |
| 3287 | Israel Pérez Lugo | |
| 0076 | Jaime Rodríguez Camacho | |
| 2657 | Fernando L. Santiago Arce | |
| 1930 | José Cavero Sánchez | |
| 0586 | Moises Vélez González | |
| 4848 | Miguel A. Matos Ocasio | |
| 1371 | Angel M. Díaz Morales | |
| 1407 | Genaro Rivera Soto | |
| 0378 | Miguel Carrero Jusino | |
| 1362 | Angel L. González Rosario | |
| 0885 | Eladio Afanador Ruíz | |
| 2039 | Ismael A. López González | |
| 4-109 | Rafael Rolón Ruíz | |
| 1356 | Anselmo Burgos Medina | |
| 1364 | Noel González Torres | |



| | | |
|---|---|---|
| 0 80 | Geraldo Maldonado Ramos | |
| 3 49 | José I. Rodríguez Torres | |
| 0351 | Luis Alberto De Jesús Méndez | |
| | Luis M. Morales Sáez | |
| 20656 | Richard Hernández Maldonado | |
| 1582 | Antonio Báez Rodríguez | |
| 2690 | Carlos Rodríguez Del Valle | |
| 2350 | Marcial Marrero Caraballo | |
| 3945 | Virginio Medina Cotto | |
| 3843 | Miguel Fred Ortiz | |
| 3537 | Herminio Burgos Gómez | |
| 4303 | Miguel Castañer Colón | |
| 1318 | Felix Sabater Torres | |
| 2545 | Edgar Rivera Rodríguez | |
| 3 076 | Porfirio Rodriquez Rivera. | |
| 2395 | Juan E. Pachva Vélez | |
| 4477 | William Medina Natal | |
| 3112 | Erasmo Vélez Serrano | |
| 1375 | Carmelo Torres Oquendo | |
| 4731 | Hipólito Figueroa Rodríguez | |
| 3935 | Luis A. Pagán Conde | |
| 31664 | José A. Rodríguez De León | |
| 2864 | Eduardo Zayas Collazo | |
| 0464 | Roberto Algorri Navarro | |
| 775 | José A. Torres Luciano. | |
| 1366 | Antonio Olivieri Rivera | |
| 1320 | Jorge Luis Nieves Cedeño | |
| 2448 | Félix López Rivera | |
| 4416 | Juan M. Cruz La Fontine | |
| 1867 | Eduardo Marrero Santiago | |
| 2280 | Palacín Duran Cabán | |
| 3973 | Miguel Santiago Mercado | |



10

| | | | | |
|---|---|---|---|---|
| 1377 | José R. Pérez González | | | |
| 1404 | Carlos Torres Arce | | | |
| 1398 | Pedro J. González Green | | | |
| 6619 | Tali Albarran Irizarry | | | |
| 1394 | Eliezer Figueroa Burgos | | | |
| 4896 | Jesús M. Mercado Baños | | | |
| 1960 | Carlos Santiago Nazario | | | |
| 2988 | Wilfredo Rosario Rodríguez | | | |
| 4192 | Ramón Santiago Martínez | | | |
| 4209 | Juan Carlos Vega Morales | | | |
| 2731 | Doris M. Colón Lebrón | | | |
| 2635 | Luis A. Amaro Rodríguez | | | |
| 2547 | Gilberto Colón Lebrón | | | |
| 2468 | Eliezer Allende Andino | | | |
| 2725 | Ana E. Adorno Castro | | | |
| 2984 | Roberto Ramírez Pérez | | | |
| 2-0656 | Richard Hernández Maldonado | | | |
| 3131 | Juan C. Rosado Figueroa | | | |
| 2-1380 | Raúl Santiago Arce | | | |
| 3023 | Roberto Pagán Gómez | | | |
| 4165 | Héctor L. García Félix | | | |
| 2-0975 | José A. Ortega Fonseca | | | |
| 2654 | Adalberto Oriz García | | | |
| 1890 | Angel M. Colón Ríos | | | |
| 1593 | Rúben Morales Rivera | | | |
| 0425 | Rafael Díaz Salamán | | | |
| 0566 | Adalberto Pinto Dávila | | | |
| 5246 | Angel C. Ortiz Rivera | | | |
| 2522 | Joel Ramos Rodríguez | | | |
| 0387 | José L. Castro Márquez | | | |
| 1570 | Severo Laboy Sánchez | | | |
| 2087 | Héctor C. Amaro Acevedo | | | |



| | | |
|---|---|---|
| 3511 | Carlos R. Colón Ríos | |
| 5782 | Edgardo L. Santiago Santiago | |
| 7615 | Miriam Santiago Nieves | |
| 5221 | Maribella García Galarza | |
| 5808 | Nelson Rodríguez Torres | |
| 2667 | José A. Ramírez García | |
| 117 | Julio A. De Jesús Alers | |
| 2-1588 | Juan Carlos Falcón López | |
| 262 | Gilberto Riport Vázquez | |
| 1099 | José A. Lebrón Mirias | |
| 2334 | Jerger Medina Colón | |
| 2437 | César Vázquez De Jesús | |
| 2474 | José Luis Santiago Mora | |
| 0042 | Enrique Cedeño Cintrón | |
| 4566 | Aida Luz Pica Lynn | |
| 2-109 | Enrique Ramos Quiñones | |
| 2955 | Krishnamurti Galarza Vázquez | |
| 2-1229 | Miguel Collazo Rodríguez | |
| 4654 | Tomás Rodríguez Ocasio | |
| 4157 | Raúl Montalvo Díaz | |
| 3363 | Efraín Rodríguez Quiñones | |
| 2301 | Gilberto Luciano Correa | |
| 3791 | Samuel Cruz Vega | |
| 2336 | Luis Morales Morales | |
| 1755 | Miguel Vargas Amodóvar | |
| 2-2329 | Héctor Rodríguez Camacho | |
| 2849 | Edgardo Valle Flores | |
| 5213 | William Santiago Alicea | |
| 5867 | José M. Burgos Morales | |
| 3616 | Daniel Rodríguez Montes | |
| 1093 | Samuel Laboy Molina | |
| 4764 | Félix O. Santiago Rosario | |



12

| 1365 | Palacin Durán Rodríguez |
| 5814 | Edwin Ortiz Vázquez |
| 4908 | Osvaldo Pérez González |
| 2679 | Gilberto Santiago Rivera |
| 1802 | René Nieves Vázquez |
| 4618 | Juan Luis Santiago Collet |
| 1018 | Iván Ayala Laureano |
| 1833 | Luis Pérez Méndez |
| 2645 | Rudersindo Rivera Camacho |
| 3179 | Marcelino Miranda Barreto |
| 2156 | José A. Cruz Santiago |
| 2-110 | Israel Soto Pérez |
| 2-2100 | Héctor González Cordero |
| 5988 | Miguel Vega Santiago |
| 1890 | Luis E. Afanador Salgado |
| 2816 | Agapito Rodríguez Pérez |
| 2592 | Miguel Díaz Jimenez |
| 4989 | Ferdinand Montalvo Díaz |
| 3261 | Antonio Cruz Cruz |
| 3435 | Pedro J. Irizarry Santiago |
| 0187 | Angel L. Maldonado Pérez |
| 1-1777 | José M. Rodríguez Piñeiro |
| 4839 | Edison Muñiz Cruz |
| 0051 | Francisco Aponte Ayala |
| 3245 | Héctor J. Marini Dominici |
| 4876 | Antonio Saez Rivera |
| 3127 | Dionicio Rodríguez Oliveros |
| 5965 | Nelson Ramos Torres |
| 2816 | Gilberto Silvestini Ramos |
| 1952 | Noel F. Roman Ferrer |
| 2687 | Jesús A. Soto Toledo |
| 3-1237 | Luis A. Figueroa Colón |



13

| 2752 | Carlos Ortiz Pacheco | | |
| 1797 | Jorge Luis Zeno Ramos | | |
| 1048 | Julio C. Mercado Muñiz | | |
| 4956 | Miguel Rodríguez Rivera | | |
| | Gilberto Vega Rivera | | |
| 2295 | David López Marcucci | | |
| | Edwin Vilaró López | | |
| 2551 | Ángel M. Caguías García | | |
| 4724 | René Figueroa Del Valle | | |
| 3360 | Miguel A. Torres Cruz | | |
| 1211 | José Hiram Alvarado Cintrón | | |
| 21501 | Pedro Antonio Torres Ríos | | |
| 3883 | Samuel Varela Jiménez | | |
| 6114 | Ramón García González | | |
| 0416 | Eddie Cordero Valera | | |
| 2721 | Ángel M. Pérez Alicea | | |
| 0071 | Rafael Rivera Rodríguez | | |
| 1021 | José Luis Valle Cruz | | |
| 2277 | Efraín Cruz Cubero | | |
| 4019 | Rúben Torres Alers | | |
| 1-4734 | Carlos Santana Rodríguez | | |
| 3688 | Jesús A. Santana Rodríquez | | |
| 6139 | Alfredo Pérez Alicea | | |
| 3-1772 | Rúben Jimenez Pérez | | |
| 0534 | Edwin González Rodríquez | | |
| 2-1245 | Edwin Sánchez Feliciano | | |
| 2357 | Otilio Román Nieves | | |
| 6108 | Melvin Chaparro Pérez | | |
| 5298 | Héctor E. Reyes Rosado | | |
| 1309 | Luis F. Machado Pérez | | |
| 1985 | Luis A. Cordero Santiago | | |
| 2-1261 | Roberto Figueroa Colón | | |



| | | |
|---|---|---|
| 2-1480 | Antonio D. Alvarez Moa | |
| 2297 | Ramón A. Ruíz Martínez | |
| 0985 | Ramón Rosado Guzman | |
| 1036 | Neftalí Pérez Cruz | |
| 1860 | Luis A. Pérez Torres | |
| 2-1214 | Abel C. Ayala Rivera | |
| 4597 | Lorenzo O. Rodríquez Suárez | |
| 2761 | René González Ramos | |
| 0194 | Luis N. Medina Reyes | |
| 1907 | Rafael A. Perez Roman | |
| 2181 | Jaime Canabal Pérez | |
| 2-1382 | Flor Varela Pérez | |
| 3594 | Secundino Hernández Ayala | |
| 4093 | Rafael E. Vázquez Caamaño | |
| 1310 | Juan F. Román Hernández | |
| 5071 | Héctor M. Crespo Vargas | |
| 1329 | Samuel Rodríguez Santiago | |
| 2-1351 | Pedro E. Medina Acevedo | |
| 0124 | Herminio Santiago Bonilla | |
| 3768 | Miguel A. Martínez Guzman | |
| 2688 | Luis A. Sotomayor Igartúa | |
| 2043 | Rafael Cabán Martínez | |
| 4001 | José L. Acevedo González | |
| 5299 | José M. Santana Rodríquez | |
| 2053 | Medry Vélez Cancel | |
| 4739 | Alex J. Soto González | |
| 2270 | Jorge Luis Bonilla Ortíz | |
| 2823 | Edwin Torres Rosado | |
| 2823 | Melvin Sosa Rivera | |
| 4771 | Luis F. Torres Ortíz | |
| 6550 | José A. Morales Morales | |
| 2-0558 | Javier Luna Rodríguez | |

15



| | |
|---|---|
| 2114 | Javier Luna López |
| 3-1270 | Antonio Torres Sepúlveda |
| 3652 | Antonio L. Rivera Vélez |
| 2-2206 | Ramón Casiano Colón |
| 1-5039 | José I. Ruiz Pérez |
| 1508 | Luis A. Guzmán Rodríguez |
| 4188 | Jorge L. Meletiche Ortiz |
| 1927 | Frank R. Pabey Vélez |
| 2214 | Noel Cruz Mercado |
| 2497 | Nestor L. González Torres |
| 2-171 | Angel Luis Cintrón Sánchez |
| 4977 | William Vélez Arroyo |
| 4810 | José M. Santos Vázquez |
| 5614 | Gilberto Mercado Baez |
| 0523 | Amilcar González Santiago |
| 2093 | Julio C. Cruz Rodríguez |
| 1984 | Eduardo García Mercado |
| 1339 | Ramón A. Negrón González |
| 5598 | Héctor M. Rivera Román |
| 1520 | Ana Lydia Cruz García |
| 3699 | Omar Serrano Rivera |
| 2363 | Eduardo Rodríguez Muñiz |
| 1191 | Ismael Ruíz González |
| 5496 | Daniel Torres Morales |
| 1-2219 | Aurelio Cabán Ramos |
| PENSIO NADO | Antonio Marrero Dávila |
| 1305 | Jaime Lamount Tosado |
| 1069 | Acisdo Colón Rodríguez |
| 3997 | Celedonio Ruíz González |
| 1-5057 | Benito J. Marcial Reichard |
| 2-0397 | Natanel Ruíz Vázquez |
| 4530 | José L. Vélez Figueroa |



16

| | | |
|---|---|---|
| 795 | José J. Vera Méndez | |
| 31162 | José A. Santana Torres | |
| 2-1149 | Angel Rivera Cabán | |
| 3630 | Othoniel Pérez Rodríguez | |
| 1900 | David Maldonado González | |
| 1363 | Héctor Orsini Heredia | |
| 2-0158 | Miguel A. García Gutierrez | |
| 2027 | Julio O. Pérez Rosa | |
| 2428 | Félix L. Robles Camacho | |
| 4757 | Luciano Vázquez Ruíz | |
| 3310 | Carlos Muñiz Torres | |
| 1302 | Luis D. Mangual Pérez | |
| 3132 | Melvin Ruiz Correa | |
| 1102 | Luis A. Bonilla Figueroa | |
| 0192 | Rubén Maldonado González | |
| 2337 | Luis A. Ocasio Pérez | |
| 1566 | Luis F. Pagán Cubano | |
| 1320 | José C. Torres Jaime | |
| 1367 | Angel I. Rivera Acevedo | |
| SUPER-INTENDENTE | Eugenio Pagán Santos | |
| 2532 | Jose A. Duran López | |
| 5340 | Héctor J. García Vélez | |
| 2-0350 | Luis A. Santiago Negrón | |
| 888 | Alcides Velez Morales | |
| 2134 | Eusebio Perez Zabala | |
| 2819 | Carlos J. Sanchez Vega | |
| N/A | Pedro Feliciano Rios | |
| 2629 | Angel Otaño Hernandez | |
| 5503 | Angel L. Aquino Peña | |
| 3194 | Relhaldo Valentín Oliver | |
| 0030 | Heriberto Morales Galarza | |



17

| | |
|---|---|
| 1940 | Felix A. Cordero Pérez |
| 2-1389 | Marcelino Nieves Santiago |
| 2866 | Francisco Vera Cruz |
| 2383 | José Rivera Cabán |
| 1926 | Dudley Méndez Cabán |
| 2944 | José A. Hernandez Carrero |
| 2930 | Virgilio Matos Chaparro |
| 4962 | Francisco Rivera Torres |
| 2361 | José E. Rodriguez Santiago |
| T-66 | Hiram Rivera Román |
| 2861 | José M. Perez Ramos |
| 4804 | Carlos A. Arroyo Cortés |
| 4826 | Jaime Malavé Adames |
| 4633 | Luis Perez Tosado |
| 3367 | Israel Malavé Adames |
| 4322 | Luis Ángel Concepción Alers |
| 0016 | Dionisio Abreu Alvarez |
| 5473 | José R. Yulfo Concepción |
| 5043 | Roberto Pérez Román |
| 0040 | Nelson Nieve Herrera |
| 5146 | Adalberto Rodriguez Padín |
| 3975 | Jesús Rivera Pérez |
| 1303 | Miguel A. de Jesús Cruz |
| 2170 | Victor M. Díaz Rodriguez |
| 1-3173 | Tomás Colón Colón |
| 2513 | Edwin Lacén Carrasquillo |
| 0336 | Alfredo Santiago Velez |
| 1331 | Evangelista Figueroa Cintrón |
| 1374 | Abraham Martinez Rodríguez |
| 2195 | Wilfredo Cortés Medina |
| 0925 | Norberto Matos Román |
| 1338 | Francisco Morales Serrano |



| 0298 | Miguel A. Rosado Montes | | |
| 0715 | Carmelo Gomez Rivera | | |
| 3555 | José A. Gautier Romero | | |
| 5841 | José A. Torres Fortí | | |
| 1343 | Arsenio Taváres Amador | | |
| 1798 | Enrique Adames Romero | | |
| 2384 | Angel M. Rodríquez | | |
| 6742 | Jesús A. Ramos Lorenzo | | |
| 3-1388 | Miguel A. Rivera Rodríguez | | |
| 3130 | Felix Rodríguez Válles | | |
| 2068 | David Adames Romero | | |
| 3298 | María M. Santana Rivera | | |
| 0980 | Santo González Torres | | |
| 0683 | Elvin Cruz Pumarejo | | |
| 0255 | Dennis Malaret Morales | | |
| 3-0547 | Cesar Rodríguez Santiago | | |
| 0124 | Santiago Pellot Muñiz | | |
| 1340 | Mariano Díaz Torres | | |
| 3244 | Angel M. Caquias Torres | | |
| 5695 | Eloy J. Ortiz Fontanez | | |
| 6526 | Osvaldo Crespo Pérez | | |
| 0123 | Miguel Santiago Santiago | | |
| 4109 | Carlos J. Rivera Rivera | | |
| 2-2227 | Julio A. Ruberti Ramírez | | |
| 2-2571 | Juan Ramón Flores Dasta | | |
| 4766 | Carlos R. Martinez Jiménez | | |
| 2164 | Edgar León Aviles | | |
| 4653 | José A. Burgos León | | |
| 5-032 | Julio Forgas Lorruella | | |
| 0147 | Eladio Dones Ramirez | | |
| 2-0353 | Daniel Ocasio Torres | | |
| 3-545 | Rafael Santos Alvarado | | |



19

| | | |
|---|---|---|
| 2612 | Carlos M. Mendez Mendez | |
| 2-0296 | Luis A. Bermudez Pérez | |
| 2-0420 | Eligio Villegas Martínez | |
| 2853 | Oscar Torres Figueroa | |
| 2-1226 | José L. Rivera Lopez | |
| 1418 | Sergio Ortiz de Jesús | |
| 5342 | Luis A Padilla Laracuente | |
| 1-5178 | José L. Chaparro Ortiz | |
| 2997 | Benjamín Rosado González | |
| 0796 | Antonio García Andez | |
| 1-1008 | Juan Colón Pérez | |
| 2-0148 | Naphtali Rodríguez Lugó | |
| 1864 | Edwin Colón Reyes | |
| 0483 | Manuel Fontaney Rodriguez | |
| 3-0611 | Marcos A. Toyens Ojeda | |
| 1435 | Luis Valentín Soto | |
| 4133 | Ramón L. De Jesus Velazquez | |
| 4352 | Samuel Torres Jackson | |
| 5592 | Carlos R. Gutierrez Romero | |
| 2632 | Miguel A. Ruiz Noel | |
| 2-1022 | José Rodriguez Burgos | |
| 2-3036 | Missael Rivera Vives | |
| 4879 | José M. Sabá Santiago | |
| 2179 | Gerardo Rivera Figueroa | |
| 6000 | Rodulfo Fernandez Castillo | |
| 1278 | Radamés Martínez Caquias | |
| 3466 | Alfredo García Cruz | |
| 5710 | Richard Estremera Ruiz | |
| 5435 | Norma I. Sanchez Vazquez | |
| 3255 | William González Strago | |
| 2-2821 | Victor Santiago De Jesus | |
| 2-0145 | William Figueroa Maldonado | |



20

| | |
|---|---|
| 0152 | Efraín González Quirindongo |
| 2621 | Jesús E. Quiles Maldonado |
| 2453 | Benito Zapata Suarez |
| 4852 | Jorge Arroyo Quiñones |
| 2-4526 | Reinaldo Tomei Vega |
| H 2975 | Miguel A. Pérez Ruiz |
| 0435 | Javier Nuñez Figueroa |
| 2-2570 | Angel L. Ortiz Rodríguez |
| 4829 | Ezequiel Correa García |
| 5267 | Freddy Ruiz Montañez |
| 6466 | Miguel A. Medina Martinez |
| 5394 | Edwin De Jesús López |
| 2930 | Gaspar Feliciano Rivera |
| 1037 | Nelson Bermudez Torres |
| 15817 | Edwin R. Colón Colón |
| 1-5827 | Sandra De Jesús Serrano |
| 2884 | José M. Marquez Rivera |
| 2541 | Carlos R. Arroyo Díaz |
| 3499 | Luis C. Arroyo Díaz |
| 2323 | Reinaldo Casillas González |
| 6693 | Leonardo Torres Torres |
| 2-0462 | Carlos García Cruz |
| 1789 | Rafael Leon Matos |
| 3488 | José A. Ayala Rodríguez |
| 0663 | Edwin Lopez Pagán |
| 2-1583 | Miguel Angel Ramos Ayala |
| 1482 | Isidoro Mendez Rivera |
| 1767 | Franciso Ramos Hernandez |
| 1-0057 | Alberto Mercado Ramos |
| 4734 | Vilmary Cepero Castro |
| 1711 | Sigfredo Velez García |
| 3013 | Ramón L. Olivera Velázquez |



2-1

| | | | |
|---|---|---|---|
| 2249 | Zenaido Figueroa Talavera | | |
| 3789 | José M. González Pérez | | |
| 2744 | Hector Cepero Morales | | |
| 1975 | Tomás Molina Rios | | |
| | José De Jesus Perez | | |
| 4334 | Lionel Olivera Velaquez | | |
| 0636 | Isaac Curbel Candelaria | | |
| 1322 | José A. Tosado Nieves | | |
| 2722 | Ramón A. Montalvo Rodríguez | | |
| 4519 | José A. Viruet Maldonado | | |
| 2-1341 | Manuel González Rivera | | |
| 0092 | Angel Molina Rios | | |
| 2-1396 | Heriberto A. Adújar Rivera | | |
| 2106 | Pedro Alameda Camacho | | |
| 1321 | José L. Román López | | |
| 2770 | Reinaldo López Loperena | | |
| | Luis A. Miranda Maldonado | | |
| 0524 | Victor M. Rivera Aponte | | |
| 4317 | Manuel A. Colón Maldonado | | |
| 1-0372 | Francisco Colón Maldonado | | |
| 2452 | Francisco J. Veléz González | | |
| | Lucila Roldan de Lopez | | |
| 4466 | José M. Maldonado Colón | | |
| 1914 | Héctor G. Reyes Alfonzo | | |
| 3093 | Miguel A. Sanchez Miranda | | |
| 3627 | Miguel A. Rosario Santiago | | |
| 2365 | Luis A. Quiles Maldonado | | |
| 5360 | Heriberto Laboy Morales | | |
| 2848 | Felipe Torres Guadalupe | | |
| 2252 | Luis E. Reyes López | | |
| 3635 | José L. Rodríguez Acosta | | |
| 4977 | Rafael Rodriguez Acosta | | |



22

| | | |
|---|---|---|
| 3469B | Luis A. Ortiz Ortiz | |
| 2483 | Rafael De Jesús Carrasquillo | |
| 3620 | Carlos Rosa Torres | |
| 2390 | Luis A. Sánchez Molina | |
| 5172 | Jesús M. Echevarría Rivera | |
| 5211 | Carmen L. Quiñones Rodríguez | |
| 2921 | Wilson Nazario Torres | |
| 2400 | Efrén Santiago García | |
| | Miguel Castro Márquez | |
| | Ernesto Quiles Arroyo | |
| 2-1935 | Fermín Rivera Ortega | |
| 2907 | Héctor L. Negrón Rivera | |
| 3203 | Eliud Ithier Collazo | |
| 5026 | Roberto March Colón | |
| 4339 | José Vázquez Arroyo | |
| 2333 | Angel L. Mendoza Sánchez | |
| 2139 | Alberto Colón Otero | |
| 1-7288 | Ricardo Morales Carrasquillo | |
| 4814 | Gilberto Rivera Rosario | |
| 3689 | José A. Ramos Montañez | |
| 2-0310 | José del C. Meléndez Santana | |
| 2-0801 | Juan L. Ramos Velázquez | |
| 3-1359 | Daniel Morales Sáez | |
| 2076 | Edgar Morales Ayala | |
| 3509 | Angel L. Estrella Joyas | |
| 0482 | Carlos Santana Vargas | |
| 2320 | José L. Cotto Rosario | |
| 2157 | Enrique Burgos Rodríguez | |
| 4775 | Efraín Ramos Lebrón | |
| 0366 | Juan B. Rey Cintrón | |
| 0834 | Félix J. Meléndez Benítez | |
| 4696 | Israel Berríos Pérez | |



23

| | |
|---|---|
| 4496 | Ramón Resto Adorno |
| 5690 | Raúl E. González Olivera |
| 3390 | Amílcar Rosado Soto |
| 1481 | Ismael Soto Medina |
| 3678 | Diomedes Reyes Morales |
| 4777 | Johnny Rivera Rosado |
| 3076 | Luis Alberto Mora Martínez |
| 4610 | Edwin Fco. Vélez Pérez |
| 0931 | Pablo Ocasio Sánchez |
| 2089 | Pedro L. Negrón Rosado |
| 4758 | Efraín Vélez Pérez |
| 4931 | Rodmell Rivera del Valle |
| 0871 | Ricardo Feliciano Centeno |
| 5129 | Joseph D. Yambó Rivera |
| 2780 | Israel López Rivera |
| 1623 | Mariano González García |
| 3405 | Fernando Luis Colón Pérez |
| 0342 | Wilfredo Ocasio Ruiz |
| 4446 | Santos Rivas Báez |
| 2098 | Raúl R. Torres Bonilla |
| 4569 | Rafael Reverón Mercado |
| 3779 | Roberto Molina Molina |
| 2122 | Jorge O. Vélez Ocasio |
| 4754 | Alejandro Hernández Vélez |
| 1089 | José R. González Malavé |
| 2-2750 | Iván M. Ayala Marrero |
| 4-0763 | Sigfredo Cabrera Jiménez |
| 0159 | Héctor M. Feliciano Malavé |
| 0444 | Francisco J. Ortiz Cintrón |
| 3-113 | Luis A. Martes Rivera |
| T-41 | Edwin Galén Bonet |
| 1965 | Lucas Villanueva Serrano |



2 Y

| | | | |
|---|---|---|---|
| 512 | Dogoberto Santiago Rosado | | |
| 0218 | Francisco Ocasio Silva | | |
| 4295 | José L. Soto Mendez | | |
| 1559 | Edwin A. Soto Nuñez | | |
| 1832 | Juan C. Santiago Morales | | |
| 1-0981 | Juan R. Hernández Acevedo | | |
| 1-1809 | José M. Santiago Ruiz | | |
| 1975 | Tomás Molina Rios | | |
| 2293 | Ramón Maldonado Maldonado | | |
| 3665 | José E. de Jesús Pérez | | |
| 2744 | Héctor Cepero Morales | | |
| 4178 | Juan C. Candelaria Class | | |
| 1699 | Ismina Carrión Meléndez | | |
| 3687 | Eduardo Díaz Patrón | | |
| 2708 | José L. Sierra Rivera | | |
| 3787 | Antonio  Colón Olivencia | | |
| 6527 | José  A. Alvarado Segarra | | |
| 0682 | Teófilo Laboy Perdono | | |
| 1858 | Héctor Velázquez Crispín | | |
| 2-0363 | Victor M. Quiñonez Montes | | |
| 1531 | Efraín Lebrón Reyes | | |
| 2174 | Miguel A. Fontanez Colón | | |
| 2675 | Juan E. Yambó Ramos | | |
| 2682 | Julio Villegas Rosario | | |
| 0443 | Juan Vázquez Figueroa | | |
| 1082 | Angel M. González Santiago | | |
| 4-2229 | Amaury Pérez Salas | | |
| 2655 | Segundo González Soto | | |
| 2587 | Rolando Corchado Cubero | | |
| | Agustín González Velázquez | | |
| | Héctor  Medina Rosado | | |
| 1603 | Amador Meléndez Carattini | | |



25

| | | |
|---|---|---|
| 4545 | Geraldo Rivera Caraballo | |
| 2672 | Vicente Soils Rodríguez | |
| 0214 | Julio Torres González | |
| 3346 | Cruz Santiago Oquendo | |
| 4602 | Danny Echevarría | |
| 0894 | José A. Santiago Mélendez | |
| 2601 | Edwin López Pabón | |
| 2863 | Orlando L. Torres García | |
| 0570 | Rafael Huertas Nieves | |
| 2846 | José A. Rodríguez Rodríguez | |
| 2909 | Julio Pérez Ortiz | |
| 1808 | José D. Ayala López | |
| 1004-4 | Angel M. Crespo Román | |
| 1910 | Carlos García Arzola | |
| 1838 | Raúl Tanco Crispín | |
| 2416 | Israel Ayala López | |
| 2339 | José E. Ocasio Rodríguez | |
| 1291 | Ramón A. González Rodríguez | |
| 3175 | Misael Vera López | |
| 3640 | Antonio Pérez Torres | |
| 3859 | David Centeno Medina | |
| 3538 | José J. De Dios Peña Mejías | |
| 3646 | Oscar Pérez Siberio | |
| 3-1283 | Carlos L. Torres Ortiz | |
| 3099 | José A. Bermudez Miranda | |
| 2-0848 | Luis R. Velázquez García | |
| 2-2007 | Mirian Santiago Ortiz | |
| 4939 | Abraham Muñiz Estrada | |
| 4444 | Jovino Laboy Torres | |
| | Héctor L. Ramos Santiago | |
| 2920 | Samuel Pérez Sojer | |
| 2659 | Manuel Valentín Meléndez | |



26

| | | |
|---|---|---|
| 4357 | Sigfredo Cabán Rosado | |
| 2-562 | Idelfonso Cruz Arce | |
| 1803 | Emanuelli Correa Santana | |
| 3-1045 | Andrés Martínez González | |
| 0281 | Carlos Monga Vargas | |
| 0225 | Pablo Rodríguez Ortiz | |
| 5995 | Justo L. Burgos Guzmán | |
| 5702 | Gerardo Cruz Hernández | |
| 1064 | Gregorio Marrero Medina | |
| 4961 | Angel L. Román Millet | |
| 1463 | Carlos Costales Rojas | |
| 1811 | José A. Rodríguez Hernández | |
| 3015 | Miguel A. Collazo Pérez | |
| 2800 | Nelson Vélez Galarza | |
| 4755 | Jorge Torres Rodríguez | |
| 1224 | Juan Burgos Rodríguez | |
| 2776 | Eliseo Martínez Morales | |
| 0229 | Angel L. López Figueroa | |
| 4871 | Angel J. Báez Nieves | |
| 4091 | Carlos M. Torres Velázquez | |
| 4766 | Andrés Rosado Soto | |
| 2258 | Héctor E. Cruz Rodríguez | |
| 2788 | José A. López Rivera | |
| 2-1029 | Edgardo Rentas Vargas | |
| 2-3089 | Miguel A. Flores | |
| 0859 | Francisco Cruz Núñez | |
| 1957 | Jorge L. Ramos Feliciano | |
| 5042 | Franklin Torres López | |
| 0875 | Benjamín Torres Plumey | |
| 1989 | Elliot Nieves López | |
| 0185 | Pedro O. Dávila Guadarrama | |
| 0858 | Ramón Méndez de Jesús | |



27

| | |
|---|---|
| 3638 | José J. Gilbes Nieves |
| 2-2963 | Orlando Soto Rappa |
| 4859 | Lester L. Pérez González |
| 2-887 | Arcadio Feliciano Adorno |
| 0867 | Angel R. Badillo Rios |
| 2973 | José E. Ocasio Pagán |
| 1-3629 | David Arocho Galán |
| 2326 | José L. Méndez Méndez |
| 1170 | Antonio Román Luciano |
| 1-2076 | Nazario Carrasquillo Mojica |
| 904 | Roberto Almodóvar Sánchez |
| 1334 | Pedro Velázquez Mojica |
| 5243 | Jorge L. Santiago Pérez |
| 2306 | Edwin Martínez Ruiz |
| 4006 | Melvin Pérez Cruz |
| 2550 | Freddie Alvarado Santiago |
| 0020 | Aníbal Bocachica Colón |
| 2147 | Carlos Pereira Jiménez |
| 2881 | Milton Nieves Marrero |
| 2457 | Eliezer Medina de Jesús |
| 1243 | David Tapia Hernández |
| 4-2002 | Ricardo Soto Torres |
| 4196 | Carlos Vélez Correa |
| 0999 | David Antonio Cortés Merced |
| 2-1358 | Juan Alguilar Curbelo |
| 1769 | Jesús F. Rodríguez Rosario |
| 0583 | Juan B. Pizarro Sierra |
| 4815 | Julio E. Román Millet |
| 2-1275 | Robinson Vega Báez |
| 3186 | José A. Collazo Medina |
| 3967 | Julio C. Madera Rivera |
| 0572 | Raymundo Rodríguez Gómez |



22

| | José J. Segarra Guzmán |
|---|---|
| 4809 | Johnny Ruiz Correa |
| 0331 | Angel L. Rivera Bermudez |
| capitán | José Luis Roque Cruz |
| 1977 | Pablo Crespo Romero |
| 2563 | José R. Acevedo Aponte |
| 3077 | Javier Carrasquillo Osorio |
| 0788 | Ismael Martínez Vélez |
| 2-91 | José Gil Cruz Cordova |
| 3919 | Luis M. Bonano Mercado |
| 122 | Ariel Rosa Hernández |
| 4480 | Leónides Ruiz Torres |
| 0073 | Edwin G.Collado Collado |
| 0899 | José Montalvo Martínez |
| 3-0690 | Juan Miranda Reyes |
| 2233 | Heriberto Castro Roque |
| 2413 | José M. Rodríguez Díaz |
| Pens. | Angel M. Ramos Cruz |
| 2-0324 | Wilfredo Rodríguez Vázquez |
| 0226 | Carlos R. Ortiz Figueroa |
| 4650 | Ricardo Cartagena Díaz |
| 0116 | Eddie B. Lugo Negrón |
| 4132 | Osvaldo Cordero Ramos |
| 4549 | William Madera Colón |
| 905 | Nelson Wharton Ocasio |
| 3-0185 | Rafael Castro Rodríguez |
| 413 | Angel L. Ortiz Monclova |
| 0952 | Daniel Ayala Santiago |
| 2499 | Francisco Navarro Salinas |
| 0571 | José A. Cruz Cruz |
| 2-0962 | Pedro J. Ortiz Lebrón |
| 1156 | Herodes Fernández Santiago |



29

| | |
|---|---|
| 3639 | Noel Torres Santiago |
| 302 | Luis Rodríguez Centeno |
| 3-1549 | Luis F. Pérez Cabán |
| 3-1010 | Walter L. Cruz Madera |
| 1276 | Juan T. Echevarria Pérez |
| 4750 | Ricardo Cartagena Rodríguez |
| 0865 | Félix Cabrera Alvarez |
| 3450 | Jesús Lasanta Rodríguez |
| 3675 | Héctor L. Pizarro Martínez |
| 3628 | Harry Montalvo Jiménez |
| 3492 | Benjamín Calderón Pizarro |
| 3-0466 | Luis del Valle Rodríguez |
| 2-85 | Juan González Díaz |
| 2-1176 | Juan B. Martínez Vázquez |
| 5438 | Víctor R. Ortiz Rodríguez |
| 0547 | Julio Orozco Monge |
| 3234 | Israel Acosta Hernández |
| 4715 | Jorge L. García Acabá |
| 5913 | Elney Josué Lebrón Matta |
| 0910 | Julio C. Hernández Soto |
| 0222 | Roberto Crespo Flores |
| 6096 | Henry Rivera Montalvo |
| 2817 | Jesús M. Díaz Ramos |
| 2-2644 | Juan C. González Benítez |
| 1974 | Enrique Colón Burgos |
| 7130 | Víctor M. Ortiz Torres |
| 7507 | Nobel Vega Santiago |
| 2221 | Carmelo Hernández Delgado |
| 3600 | Ferdinand Rivera Rivera |
| 5498 | Omar López Morales |
| 5006 | Heriberto Serrano Cruz |
| 1615 | Juan Quiñonez Fernández |



30

| | |
|---|---|
| 2846 | Carlos R. Velázquez Martínez |
| 3-1441 | Nelson Cruz Vázquez |
| 4798 | José L. Martínez Rivera |
| 2311 | Ismael Lozada Hernández |
| 2386 | Felipe Rivera Amaro |
| 5-4670 | Luis Alvárez Galvan |
| 2246 | Wilson Bravo Vargas |
| 3543 | Juan Alvarado Santiago |
| 0336 | Radames Rodríguez Cardona |
| 5664 | Roberto Madera Borrero |
| 6652 | Edwin Santiago Arocho |
| 5949 | José O. Maldonado Rosa |
| 3-1236 | Monserrate E. Feliciano Carabello |
| 0694 | José Rivera Rivera |
| 2014 | Héctor I. Velázquez Adorno |
| | Luis Figueroa La Torre |
| 1336 | José V. Cruz Pérez |
| 2-1295 | Ismael Díaz Rodríguez |
| 0806 | José M. Salgado Toro |
| 6542 | Sonny Centeno Cagulas |
| 1-2080 | José O. Calderón Morales |
| 0641 | Victor Cruz Henríquez |
| 0642 | Tomás Matías Guevara |
| 2-1042 | Osvaldo Rivera Domínguez |
| 4854 | Ramón Class Machucca |
| 4946 | Riesner G. Rodríguez Morales |
| 1194 | Juan R. Rodríguez Albizu |
| 0337 | Jorge L. Rivera López |
| 3526 | Benjamín Meléndez Vélez |
| 0922 | Pedro A. Rodríguez Sánchez |
| 1086 | Jorge L. Burgos Vélez |
| 1909 | Carlos F. López Torres |

31

| | | | |
|---|---|---|---|
| 4520 | Félix N. Vargas Santos | | |
| 3106 | Héctor L. Maldonado Ríos | | |
| 1626 | Diego Cruz Figueroa | | |
| 125 | Herminio Vélez González | | |
| 4161 | Josué Melecio Abreu | | |
| Pers. | María L. Curbelo Zeno | | |
| 0313 | Wilber Arroyo Conde | | |
| 864 | Efraín Colón Cruz | | |
| 3-1294 | Mervin Burgos Brandi | | |
| 4073 | Josué Romero Merced | | |
| 5703 | David Alberto Alicea Pérez | | |
| 0283 | José L. Carrasquillo Orlando | | |
| 3216 | Efraín Ramos Hernández | | |
| 5399 | Edwin Miranda Matías | | |
| 8655 | Orlando Carrón Cruz | | |
| | Orlando River García | | |
| 2-1695 | Juan Rosa Jiménez | | |
| 2-1854 | Pedro L. Vélez Guzmán | | |
| 2-0809 | Héctor  Lugo Cruz | | |
| 1051 | Luis A. Santiago Rivera | | |
| 4795 | Geraldo Velázquez Valcárcel | | |
| 5519 | Manuel Matías González | | |
| 5382 | Félix Cruz Torres | | |
| 4519 | Eugenio Bonilla Álvarez | | |
| 6018 | Nelson López Rodríguez | | |
| 4819 | Félix Alicea Gómez | | |
| 2967 | Perfecto Rosario López | | |
| 4843 | Héctor Díaz Merced | | |
| 0196 | Efraín Velázquez López | | |
| 2176 | Ramón Centeno Torres | | |
| 1547 | Freddy Alicea Gómez | | |
| 1920 | Ernesto Alvarez Díaz | | |



32

| | | |
|---|---|---|
| 4520 | Félix N. Vargas Santos | |
| 3106 | Héctor L. Maldonado Ríos | |
| 1626 | Diego Cruz Figueroa | |
| 125 | Herminio Vélez González | |
| 4181 | Josué Melecio Abreu | |
| Pens. | María L. Curbelo Zeno | |
| 0313 | Wilber Arroyo Conde | |
| 864 | Efraín Colón Cruz | |
| 3-1294 | Mervin Burgos Brandi | |
| 4073 | Josué Romero Merced | |
| 5703 | David Alberto Alicea Pérez | |
| 0233 | José L. Carrasquillo Orlando | |
| 3216 | Efraín Ramos Hernández | |
| 5399 | Edwin Miranda Matías | |
| 8655 | Orlando Carrón Cruz | |
| | Orlando River García | |
| 2-1695 | Juan Rosa Jiménez | |
| 2-1854 | Pedro L. Vélez Guzmán | |
| 2-0609 | Héctor Lugo Cruz | |
| 1051 | Luis A. Santiago Rivera | |
| 4795 | Geraldo Velázquez Valcárcel | |
| 5519 | Manuel Matías González | |
| 5382 | Félix Cruz Torres | |
| 4519 | Eugenio Bonilla Alvárez | |
| 8018 | Nelson López Rodríguez | |
| 4819 | Félix Alicea Goméz | |
| 2967 | Pérecto Rosario López | |
| 4843 | Héctor Díaz Merced | |
| 0196 | Efraín Velázquez López | |
| 2176 | Ramón Centeno Torres | |
| 1547 | Freddy Alicea Gómez | |
| 1920 | Ernesto Alvarez Díaz | |



32

| | | |
|---|---|---|
| 4520 | Félix N. Vargas Santos | |
| 3106 | Héctor L. Maldonado Ríos | |
| 1626 | Diego Cruz Figueroa | |
| 125 | Herminio Vélez González | |
| 4181 | Josué Melecio Abreu | |
| Pens. | María L. Curbelo Zeno | |
| 0313 | Wilber Arroyo Conde | |
| 864 | Efraín Colón Cruz | |
| 3-1294 | Mervin Burgos Brandi | |
| 4073 | Josué Romero Merced | |
| 5703 | David Alberto Alicea Pérez | |
| 0283 | José L. Carrasquillo Orlando | |
| 3216 | Efraín Ramos Hernández | |
| 5399 | Edwin Miranda Matías | |
| 8655 | Orlando Carrón Cruz | |
| | Orlando River García | |
| 2-1695 | Juan Rosa Jiménez | |
| 2-1854 | Pedro L. Vélez Guzmán | |
| 2-0609 | Héctor  Lugo Cruz | |
| 1051 | Luis A. Santiago Rivera | |
| 4795 | Geraldo Velázquez Valcárcel | |
| 5519 | Manuel Matías González | |
| 5382 | Félix Cruz Torres | |
| 4519 | Eugenio Bonilla Alvárez | |
| 5018 | Nelson López Rodríguez | |
| 4819 | Félix Alicea Goméz | |
| 2967 | Pefecto Rosario López | |
| 4843 | Héctor Díaz Merced | |
| 0198 | Efraín Velázquez López | |
| 2176 | Ramón Centeno Torres | |
| 1547 | Freddy Alicea Gómez | |
| 1920 | Ernesto Alvarez Díaz | |



32

| | | |
|---|---|---|
| 0812 | José M. García Arzola | |
| 1554 | Carlos Félix Pagés | |
| 1551 | David Márquez Rivera | |
| 4790 | Miguel Lozada Rosa | |
| 2230 | José A. Berríos Guzmán | |
| 4890 | José M. Báez Ortiz | |
| 1444 | Juan R. Cedeño Silva | |
| 2640 | Pedro J. Rivera Vega | |
| 2128 | Samuel Ramos Valentín | |
| 4896 | Aníbal Bermúez Brito | |
| 0341 | Jorge A. Solivan Colón | |
| 4411 | Manuel González Colón | |
| 4716 | Tomás González Colón | |
| 2-1456 | Jorge Cruz Pérez | |
| 2946 | Julio C. González Andino | |
| 4064 | José Ruiz de Jesús | |
| 1414 | Luis F. Gómez Soto | |
| 1558 | José Luis Ampler Cintrón | |
| 2884 | Carlos Semidey Arroyo | |
| 2-2348 | Nerberto Soto Vázquez | |
| 4745 | Francisco Colón Rodríguez | |
| 1485 | Bill Ortiz Vega | |
| 3-1497 | Manuel González Antonetty | |
| 1513 | César Amaro Morales | |
| 1597 | Luis Vega Cortés | |
| 3238 | César A. Flores Silva | |
| 0334 | José D. Vega Santiago | |
| 2387 | Roberto Rentas Robledo | |
| 3679 | Miguel Bonilla Vázquez | |
| 2-2454 | Roberto Torres Rivera | |
| 2-4159 | Adriana Rivera Rivera | |
| 2-4685 | Agustín Súarez Hernández | |



33