## Exhibit A

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| 1ST. QUALITY SERVICES, CORP. | 60231 | e | Litigation Claim | KCD-2015-1982 |
| A.O.M.R, A MINOR CHILD, (XIOMARA RIVERA, PARENT) | 32274 | f | Litigation Claim | 16-2469 |
| ABAD CARO, ILEANA | 40448 | d | Litigation Claim | KDP-2012-1400; KPE-2005-2588 |
| ACEVEDO PEREZ, MARILUZ | 319 | c | Litigation Claim | KPE-2010-1284 |
| ACOSTA VÉLEZ, STEVEN | 24709 | c | Litigation Claim | ISCI-2014-01345 |
| ADAMES, JISELA JIRAU | 106688 | d | Litigation Claim | 15-01727 |
| AGOSTO CLAUDIO, GLORIA | 128898 | d | Litigation Claim | DDP-2009-1092 |
| AGUSTIN CRUZ TORRES/ANA ROSADO JIMENEZ | 157663 | d | Litigation Claim | DDP-2009-1092 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ALFA & OMEGA ELECTRIC, SE | 60765 | f | AP Claim | N/A |
| ALICEA IRIZARRY, ELVIN | 326 | c | Litigation Claim | KPE-2010-1284 |
| ALMEDA CRUZ, SAUL A. | 98980 | d | Litigation Claim | 15-01727 |
| ALOMAR SANCHEZ, JOSEFINA | 98050 | a | Litigation Claim | KAC-2003-3304 |
| ALTRECHE ESPONDA, MERRY N | 101178 | c | Litigation Claim | KAC-2001-1692 |
| ALVARADO BARRIOS, FRANCISCO M. | 99783 | d | Litigation Claim | 15-01727 |
| ALVARADO SOLIVAN, JOSE ENRIQUE | 1906 | f | Litigation Claim | 16-1458 |
| ALVARADO TORRES, ANGEL O. | 54946 | e | Litigation Claim | JAC-2005-0393 |
| ANDUJAR, RAUL DARAUCHE | 14477 | d | Litigation Claim | 2004-08-0190 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ARROYO RAMÍREZ, JUAN C. | 115981 | d | Litigation Claim | 15-01727 |
| ARROYO TORRES, JOAN A. | 106094 | d | Litigation Claim | 15-01727 |
| ARTENIO AGOSTO CLAUDIO/MARGARITA RIVERA GONZALEZ | 155248 | d | Litigation Claim | DDP-2009-1092 |
| ASENCIO OTERO, YAHAIRA | 9791 | d | Litigation Claim | CDP-2016-0106 |
| AYALA RIVERA, MARIA I | 105894 | d | Litigation Claim | 15-01727 |
| BADILLO VELEZ, JUAN O. | 103311 | d | Litigation Claim | 15-01727 |
| BAEZ ELIEZER, SANTANA | 49445 | c | Litigation Claim | DDP-2013-0166 |
| BAEZ LOPEZ, EMMA I. | 56363 | e | Litigation Claim | JAC-2005-0393 |
| BAEZ ROMERO, JULIO | 104125 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| BALLESTER AROCHO, VIRGINIA  I | 96288 | c | Litigation Claim | KAC-2001-4051; KPE-2000-2568; SJ-2019-CV-07914 |
| BARBOSA ROMAN, JONATHAN | 13990 | c | Litigation Claim | ADP-2016-0067 |
| BENABE MELENDEZ, ARLENE  D. | 12318 | a | Litigation Claim | KAC-2001-1692 |
| BLANCO RESTO, IRIS Y. | 54206 | e | Litigation Claim | JAC-2005-0393 |
| BUFETE ENRIQUE UMPIERRE SUAREZ, C.S.P. | 116783 | d | AP Claim | N/A |
| BURGOS MATOS, NITZA | 30053 | d | Litigation Claim | KDP-2016-0363 |
| BURGOS ORTIZ, LUIS ANGEL | 18684 | c | Litigation Claim | 2012-09-0335 |
| CACERES MALDONADO, MIGUEL ANGEL Y RAMIREZ LLUVERAS, EVELYN | 90012 | f | Litigation Claim | HSCI-2008-01246 |
| CALDERIN GARCIA, MARIA | 36988 | a | Litigation Claim | 2014-0060 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CALIZ PABELLON, GLORIA I | 53111 | e | Litigation Claim | JAC-2005-0393 |
| CALO CALO, NORMA IVETTE | 7584 | c | Litigation Claim | 2016-0152 |
| CAMACHO RODRIGUEZ, ELSIE | 79984 | a | Litigation Claim | KAC-2001-1692 |
| CANCEL HIDALGO, ISRAEL | 109781 | d | Litigation Claim | 15-01727 |
| CARABALLO IRIZARRY, ANGEL L. | 106001 | d | Litigation Claim | 15-01727 |
| CARIBE TECNO, CRL | 63409 | d | Litigation Claim | KAC-2009-1632 |
| CARRASQUILLO CUEVAS, AXEL | 107883 | d | Litigation Claim | 15-01727 |
| CASIANO MELENDEZ, JUAN FRANCISCO | 140913 | d | Litigation Claim | DDP-2009-1092 |
| CASTRO MARQUEZ, ELVIN | 50483 | d | Litigation Claim | 2016-0034 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CASTRODAD RIVERA, LILI | 23644 | d | Litigation Claim | EAC-2017-0073 |
| CEDENO RUIZ, MYRTHA | 107410 | c | Litigation Claim | KAC-2001-1692 |
| CESPEDES GOMEZ, CARLOS R. | 138396 | d | Litigation Claim | 15-01727 |
| CLAUDIO, JUANA | 127458 | d | Litigation Claim | DDP-2009-1092 |
| CLEMENTE OSORIO, WILLIAM | 18689 | c | Litigation Claim | 2012-09-0335 |
| COLLAZO SANTIAGO, ROBERTO | 17894 | a | Litigation Claim | 1994-ACT-013; KLRA 2016-00563 |
| COLON GONZALEZ, CARLOS | 9888 | d | Litigation Claim | SJ-2018-CV-00906 |
| COLON GONZALEZ, VIRGEN DEL S. | 52301 | e | Litigation Claim | JAC-2005-0393 |
| COMULADA ORTIZ, FERNANDO A. | 20873 | c | Litigation Claim | KAC-2014-1073 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 25645 | c | Litigation Claim | HSCI2014-00655 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 23158 | b | Litigation Claim | AAC-2016-0103 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 23304 | b | Litigation Claim | BAC-2017-0002 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 23408 | b | Litigation Claim | DAC-2013-2836 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 25748 | b | Litigation Claim | DAC-2017-0029 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 24322 | b | Litigation Claim | EAC-2016-0076 |
| COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO | 23205 | c | Litigation Claim | EAC-2016-0344 |
| CORA DE JESUS, ANGEL L. | 100458 | d | Litigation Claim | 15-01727 |
| CORCHADO RODRIGUEZ, SAMUEL | 124872 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| CORDERO BONILLA, YARITZA | 117814 | d | Litigation Claim | 15-01727 |
| COTTON SANTIAGO, IRMARIAM | 4495 | b | Litigation Claim | 2015-02-3242 |
| COUVERTIER OTERO, CARLA | 9790 | d | Litigation Claim | CDP-2016-0106 |
| COUVERTIER OTERO, ZULMAYRA | 9793 | d | Litigation Claim | CDP-2016-0106 |
| CRUZ RODRÍGUEZ, ABIGAIL | 7293 | c | Litigation Claim | GDP-2017-0067 |
| CRUZ ROQUE, GLADYS | 135940 | d | Litigation Claim | DDP-2009-1092 |
| CRUZ ROSA, LUIS F. | 101630 | d | Litigation Claim | 15-01727 |
| CUEVAS-RODRÍGUEZ, GRISELL | 62507 | f | Litigation Claim | 17-CV-2249 (GAG) |
| DA SILVA OLIVEROS, EDUARDO W. | 104483 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| DAVILA RIVERA, MELISSA | 22894 | c | Litigation Claim | 2016-10-0551 |
| DAVILA VARGAS, FRANCISCO | 82717 | b | Litigation Claim | LDP-2015-0027 |
| DE JESUS REYES, MARY | 130232 | d | Litigation Claim | DDP-2009-1092 |
| DE JESUS RIVERA, VIVIAN L. | 115602 | d | Litigation Claim | 15-01727 |
| DEL SOTO SOTO, MARIA | 31199 | a | Litigation Claim | KAC-2001-1692 |
| DIAZ, JUAN MARTINEZ | 140507 | d | Litigation Claim | DDP-2009-1092 |
| DIAZ, THEANYS | 88079 | a | Litigation Claim | KPE-2015-3736 |
| DINO DEMARIO AND CHERYL STEELE | 193 | f | Litigation Claim | 16-02897 (FAB) |
| EDWIN MATOS JIMENEZ; GLORIA ESTHER RODRIGUEZ JIMENEZ; EDWIN MANUEL MATOS RODRIQUEZ; RICHARDSON | 15855 | d | Litigation Claim | CDP-2017-0093 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MATOS RODRIGUEZ; GLORIMAR MATOS RODRIGUEZ | | | | |
| EMMANUEL FERNADNEZ JORGE AND CARMEN LIDIA JORGE | 20843 | f | Litigation Claim | 11-2268 |
| FEBO CRUZ, GEVARA | 131631 | d | Litigation Claim | DDP-2009-1092 |
| FELICIANO AYALA, CARLOS | 18133 | c | Litigation Claim | 2012-09-0335 |
| FELICIANO CONCEPCION, BETZAIDA | 94389 | e | Litigation Claim | 1998-01-1369 |
| FELICIANO PABON , VIVIAN  E. | 8770 | c | Litigation Claim | KAC-2014-0959 |
| FELICIANO, OLGA M  GERENA | 18252 | c | Litigation Claim | CIDP-2017-0010 |
| FERROVIAL AGROMAN LLC | 24320 | f | Litigation Claim | KAC-2016-0393; KAC-2016-0394 |
| FERROVIAL AGROMAN, S.A. | 17738 | f | Litigation Claim | KAC-2016-0395; KAC-2016-0892 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| FIGUEROA MORALES, MORAIMA | 115950 | d | Litigation Claim | 15-01727 |
| FIGUEROA SANTIAGO, MARIA L. | 39037 | c | Litigation Claim | 2013-11-0224; 2015-05-2084; SJ-2017-CV-00542; SJ-2019-CV-07914 |
| FRANCO FLORES, DIANA | 77783 | f | Litigation Claim | FDP-2013-0323 |
| FRANCO FLORES, MANUEL | 78679 | f | Litigation Claim | FDP-2013-0323 |
| FRYE PIÑA, MILLIE | 6518 | d | Litigation Claim | KDP-2016-0272 |
| FUENTES APONTE, CLEMENTE | 38888 | c | Litigation Claim | GAC-2014-0157 |
| FURSETH PEREZ, EUGENE A | 166166 | c | Litigation Claim | KAC-2001-1692 |
| GALARZA HERMINA, ANGEL | 18688 | c | Litigation Claim | 2012-09-0335 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GARCIA ACOSTA, WANDA  M | 112655 | c | Litigation Claim | Unknown |
| GARCIA MARRERO, JOSE A. | 99629 | d | Litigation Claim | 15-01727 |
| GARCIA MESTRE, MARGUERITE | 345 | c | Litigation Claim | KPE-2010-1284 |
| GARCIA RODRIGUEZ, ALICIA | 142310 | d | Litigation Claim | DDP-2009-1092 |
| GARCIA SOTO, EDWARD | 320 | c | Litigation Claim | KPE-2010-1284 |
| GARCIA, CARLOS AYOLA | 147477 | d | Litigation Claim | DDP-2009-1092 |
| GILA, LLC | 23078 | f | AP Claim | N/A |
| GILL ENGINEERING GROUP, INC. | 27877 | d | Litigation Claim | KAC-2016-0204 |
| GONZALEZ BADILLO, MARGARITA | 166269 | c | Litigation Claim | KAC-2001-1692 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| GONZALEZ JIMENEZ, MARIA I. | 78738 | c | Litigation Claim | LDP-2015-0027 |
| GONZALEZ RAMOS, MARISOL | 52907 | b | Litigation Claim | 2013-07-0004; 2015-06-3778 |
| GONZALEZ VARGAS, MIGUEL A | 45135 | b | Litigation Claim | JA-12-021 |
| GONZALEZ VELEZ, JOSE B. | 142783 | d | Litigation Claim | 15-01727 |
| GONZALEZ VIRUET, ENRIQUE M. | 156305 | d | Litigation Claim | 15-01727 |
| GRISEL RUIZ, GOMEZ | 11986 | c | Litigation Claim | E2CI-2012-526 |
| GUZMAN NIEVES, CARLOS LUIS | 8353 | f | Litigation Claim | KDP-2017-0071 |
| GUZMAN ORTIZ, RUBEN | 130498 | d | Litigation Claim | DDP-2009-1092 |
| HBA CONTRACTORS, INC. | 174091 | f | Litigation Claim | KAC-2010-0125 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| HECTOR MANUEL RIVERA / BENEDICTA SERPA LAUREARO | 154884 | d | Litigation Claim | DDP-2009-1092 |
| HERNANDEZ CAJIGAS, GILBERTO | 109688 | d | Litigation Claim | 15-01727 |
| HERNANDEZ CASTRODAD, FIDECICOMISO | 265 | c | Litigation Claim | CG-2018-CV-02004 |
| HERNANDEZ CASTRODAD, FIDECICOMISO | 262 | e | AP Claim | N/A |
| HERNANDEZ GINES, DARYMAR | 112000 | d | Litigation Claim | 15-01727 |
| HERNANDEZ LOPEZ, CARMEN | 25456 | a | Litigation Claim | KAC-2001-1692 |
| HERNÁNDEZ, JOSÉ D. | 2753 | d | Litigation Claim | ADP-2017-0011 |
| HERNANDEZ, PROVIDENCIA | 73062 | c | Litigation Claim | KAC-2001-1692 |
| HERRERA BRAVO, DEBRA A. | 154228 | c | Litigation Claim | KAC-2001-1692 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| IRIS RAQUEL VELEZ SOTO, HECTOR CORDOVA LOPEZ AND HECTOR LUIS CORDOVA VELEZ | 46908 | c | Litigation Claim | DDP-1999-0864 |
| IRIZARRY ALICEA, GLADYS A. | 56467 | c | Litigation Claim | 2008-09-0340; 2014-03-0520 |
| IRIZARRY COLLAZO, MANUEL | 11554 | c | Litigation Claim | BDP-2016-0017 |
| JÍMENEZ RODRÍGUEZ, CELSO | 31645 | c | Litigation Claim | JDP-2014-0090 |
| JOEL MATOS ANDINO/ MARILUZ DONES RIVERA | 136848 | d | Litigation Claim | DDP-2009-1092 |
| JONHSON, OBE E. | 7137 | d | Litigation Claim | 09-1172-CCC; 14-1841 (JAG); 14-1867 (FAB/BJM); 14-5756; 15-1571 (JAG); 18-2190; 2016-01401; 2016-1400; 3:13-CV-01346-JAG; CC-2007-628; GDP-2017-0031 |
| JUSINO LUGO, JESSIE | 114480 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| L.G.C.C., MINOR, REPRESENTED BY HIS MOTHER YOLANDA CRUZ MARIN | 12315 | d | Litigation Claim | GDP-2016-0106 |
| L.P.C. & D., INC. | 17319 | f | Litigation Claim | KCD-2009-4731 |
| LABOY GONZÁLEZ, JOSÉ OSCAR | 92569 | f | Litigation Claim | KDP-2015-1363 |
| LAMBOY GONZALEZ, JOSE OSCAR | 95442 | f | Litigation Claim | KDP-2015-1363 |
| LIMA COLON, MIRIAM | 84695 | e | Litigation Claim | 1998-01-1369 |
| LISBOA GONZALEZ, SANDRA | 107152 | d | Litigation Claim | 15-01727 |
| LÓPEZ ORTIZ, VILMARIE | 30752 | c | Litigation Claim | VILMARIE LOPEZ ORTIZ V. DEPARTAMENTO DE EDUCACION |
| LOPEZ RODRIGUEZ, ARLENE | 136771 | c | Litigation Claim | JDP-2009-0500 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| LOPEZ RODRIGUEZ, MARIEL | 117345 | c | Litigation Claim | JDP-2009-0500 |
| LUCIANO COLLAZO, DENNISSE | 107925 | d | Litigation Claim | 15-01727 |
| LUGO RODRIGUEZ, AIDA IRIS | 127181 | d | Litigation Claim | DDP-2009-1092 |
| LUIS O. BARRETO PEREZ DBA LB CONSTRUCTION | 178898 | c | AP Claim | N/A |
| MAISONET ORTIZ, MIGDALIA | 15770 | a | Litigation Claim | 2008-02-0740; 2017-03-1021 |
| MALDONADO PAGÁN, MARIANO | 7564 | a | Litigation Claim | GDP-2016-0008 |
| MALDONADO RIVERA, NELLY | 104187 | d | Litigation Claim | 15-01727 |
| MALDONADO-TORRES, JAIME | 80992 | b | Litigation Claim | KPE-2015-3736 |
| MANFREDO PLICET, URSULA | 46759 | c | Litigation Claim | 2009-06-0989 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MARIANO ORTIZ TORRRES /MINERVA VELEZ DIAZ | 134547 | d | Litigation Claim | DDP-2009-1092 |
| MARITZA VILLETA MATOS; ROLANDO ISAAC VILLETA; SAMUEL ISAAC VILLETA | 11934 | c | Litigation Claim | CDP-2003-0299 |
| MARRERO CARABALLO, LUIS A | 337 | c | Litigation Claim | KPE-2010-1284 |
| MARRERO DIAZ, MAYRA | 6733 | d | Litigation Claim | DDP-2016-0149 |
| MARSH KENNERLEY, BENJAMIN J | 5264 | b | Litigation Claim | 2016-07-0058 |
| MARTE RODRIGUEZ, RAMON | 72869 | c | Litigation Claim | KAC-2001-1692 |
| MARTINEZ, ROSA SOTO | 128258 | d | Litigation Claim | DDP-2009-1092 |
| MEDINA BADILLO, VICTOR M. | 108394 | d | Litigation Claim | 15-01727 |
| MELENDEZ FERNANDEZ, JOSE D. | 44505 | b | Litigation Claim | 2016-12-0697 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MELENDEZ SAEZ, LUIS A. | 28820 | d | Litigation Claim | NSCI201000014 |
| MENDEZ GONZALEZ, ANGEL | 86454 | d | Litigation Claim | 1998-01-1369 |
| MERCADO PABON, MARIA | 144115 | d | Litigation Claim | DDP-2009-1092 |
| MERCED MERCED, NERI | 134806 | d | Litigation Claim | DDP-2009-1092 |
| MERCED-CENTENO, CARLOS LUIS | 20870 | f | Litigation Claim | 16-2469 |
| MIGUEL BERMUDEZ PAGAN Y SOCIEDAD LEGAL DE SIENES GANANCIALES | 16950 | c | Litigation Claim | JDP-2015-0329 |
| MILLER COMPACT | 27847 | c | AP Claim | N/A |
| MIRANDA PEREZ, ANIBAL | 118147 | d | Litigation Claim | 15-01727 |
| MIRANDA RODRIGUEZ, ROSA NELLY | 137780 | c | Litigation Claim | 2003-10-0450; Q-03-10-450 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MOJICA ORTIZ , GLADYS | 82764 | d | Litigation Claim | 15-01727 |
| MOLINA PEREZ, NURYS A. | 107818 | d | Litigation Claim | 15-01727 |
| MOLINA PEREZ, PAULA | 136285 | d | Litigation Claim | DDP-2009-1092 |
| MORALES DE JESUS, RAFAEL J. | 112800 | d | Litigation Claim | 15-01727 |
| MORALES LOPEZ, MIGUEL A | 10341 | d | Litigation Claim | BDP-2014-0014 |
| MORALES PEREZ, YOLANDA | 96766 | a | Litigation Claim | KAC-2001-1692 |
| MORALES RIVERA, EDGARDO | 18198 | c | Litigation Claim | 2012-09-0335 |
| MUNICIPIO DE BAYAMON | 15872 | c | Litigation Claim | DDP-2011-0567 |
| MUNIZ SOTO, GLORIA E | 135941 | c | Litigation Claim | 1999-0605 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| MUNIZ SOTO, JUAN J. | 130291 | c | Litigation Claim | 1999-0605 |
| NAVARRO RODRIGUEZ, REGINO | 106749 | d | Litigation Claim | 15-01727 |
| NIDO, INC., RAFAEL J. | 23234 | f | Litigation Claim | KDC-2009-1710 |
| NIEVES GONZALEZ, JEAN R | 12568 | c | Litigation Claim | GDP-2016-0021 |
| NIEVES SANTIAGO, AMILCAR | 166207 | d | Litigation Claim | 15-01727 |
| NIEVES TORRES, MARITZA | 97297 | b | Litigation Claim | CAC-2017-0030 |
| NOVOA GARCIA, JOSE L. | 118187 | d | Litigation Claim | 15-01727 |
| OCASIO GONZALEZ, CHERIL GISELA | 48418 | d | Litigation Claim | GDP-2016-0171 |
| OCASIO GONZALEZ, ZAIDA | 329 | c | Litigation Claim | KPE-2010-1284 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| OCASIO MONTAEZ, LUIS | 340 | c | Litigation Claim | KPE-2010-1284 |
| OLIVERA VARGAS, ZORAIDA | 20997 | a | Litigation Claim | KAC-2001-1692 |
| ORTIZ BURGOS, ORLANDO | 120861 | d | Litigation Claim | 15-01727 |
| ORTIZ GUZMAN, ZORAIDA | 156720 | d | Litigation Claim | DDP-2009-1092 |
| ORTIZ MATOS, LUZ N. | 155367 | a | Litigation Claim | KAC-2001-1692 |
| ORTIZ OLMO, PAMELA | 110068 | d | Litigation Claim | 15-01727 |
| ORTIZ PEREZ, DEBORAH | 45223 | e | Litigation Claim | JAC-2005-0393 |
| ORTIZ RIVERA, JORGE LUIS | 92483 | d | Litigation Claim | GDP-2016-0171 |
| ORTIZ RIVERA, PAULA | 140479 | d | Litigation Claim | DDP-2009-1092 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| OSORIO CRUZ, MIGUEL | 18169 | c | Litigation Claim | 2012-09-0335 |
| OTERO PADILLA, ILEANA | 107815 | d | Litigation Claim | 15-01727 |
| PACHECO SANCHEZ, SHEILA | 156553 | d | Litigation Claim | 15-01727 |
| PAGAN ALVAREZ, ANGEL MANUEL | 139304 | d | Litigation Claim | DDP-2009-1092 |
| PAGAN FLORES, ASTRID | 104685 | d | Litigation Claim | 15-01727 |
| PAGAN ORTIZ, DAPHNE Y. | 54724 | e | Litigation Claim | JAC-2005-0393 |
| PAGAN RIVERA, BRENDA E | 53122 | e | Litigation Claim | JAC-2005-0393 |
| PASTOR REYES, LUIS  R. | 107824 | d | Litigation Claim | 15-01727 |
| PEREZ CARRION, LOURDES I. | 149238 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| PEREZ DENIZA, ENID M | 97849 | a | Litigation Claim | KAC-2001-1692 |
| PEREZ LOPEZ, NYDIA | 150163 | a | Litigation Claim | KAC-2001-1692 |
| PEREZ MARQUEZ, IVELISSE | 132252 | d | Litigation Claim | 3:15-CV-01727 |
| PEREZ TALAVERA, IVELISSE | 29192 | c | Litigation Claim | APE-2016-0040 |
| PEREZ ZAPATA, DAYNA D. | 105473 | d | Litigation Claim | 15-01727 |
| PINERO DIAZ, JAMES | 21134 | c | Litigation Claim | KDP-2006-0535 |
| PIZARRO, HERIBERTO | 59974 | c | Litigation Claim | KPE-2015-3736 |
| POPULAR AUTO, INC. | 13476 | c | Litigation Claim | EAC-2011-0134 |
| QBE SEGUROS | 49230 | c | Litigation Claim | EAC-2017-0150 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| QBE SEGUROS | 60856 | b | Litigation Claim | FAC-2012-1696 |
| QUINTANA ROSADO, JANZEL DANIEL | 114288 | f | Litigation Claim | KDP-2016-0376 |
| QUIROS PAGAN, MAGDA E. | 54233 | e | Litigation Claim | JAC-2005-0393 |
| R & F ASPHALT UNLIMITED, INC. | 26698 | e | Litigation Claim | KAC-2017-0203; KCD-2017-0336 |
| R&R SERVICES INC. AKA R&R SERVICES | 43714 | c | AP Claim | N/A |
| RAFAEL ROIG Y ASOCIADOS' | 15021 | c | AP Claim | N/A |
| RAMHIL DEVELOPERS, INC. | 70616 | f | AP Claim | N/A |
| RAMHIL DEVELOPERS, INC. | 79908 | e | AP Claim | N/A |
| RAMHIL DEVELOPERS,INC. | 149878 | d | AP Claim | N/A |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RAMOS LOPEZ, GILDA | 128334 | d | Litigation Claim | DDP-2009-1092 |
| RAVARO CONSTRUCTION CORPORATION | 18570 | f | Litigation Claim | KAC-2015-0858 |
| REYES REYES , REY | 119729 | f | Litigation Claim | KDP-2016-0376 |
| REYES ROSARIO, ANDRU | 135023 | d | Litigation Claim | DDP-2009-1092 |
| RICO ROLON, ZAIDA | 15025 | c | Litigation Claim | 2011-ACT-013 |
| RIOS RIVAS, IGNACIO | 99923 | d | Litigation Claim | 15-01727 |
| RIVAS VAZQUEZ, CARMEN G | 67469 | c | Litigation Claim | 2016-05-1420 |
| RIVERA CLEMENTE, JUAN | 18158 | c | Litigation Claim | 2012-09-0335 |
| RIVERA COLON, JOSE | 107125 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERA HERNANDEZ Y OTROS, FRANCISCO | 111535 | a | Litigation Claim | KAC-1996-1381; KAC-2017-0160 |
| RIVERA ORSINI, IVONNE | 108908 | d | Litigation Claim | 15-01727 |
| RIVERA RIVAS, ARMANDO | 33403 | c | Litigation Claim | 2007-07-0046; O8AC-260 |
| RIVERA RIVAS, ARMANDO | 35034 | c | Litigation Claim | 2007-07-0046; 08-AC-260 |
| RIVERA ROSARIO, FERNANDO | 132982 | d | Litigation Claim | DDP-2009-1092 |
| RIVERA SHERPA, IRIS YOLANDA | 135361 | d | Litigation Claim | DDP-2009-1092 |
| RIVERA TORRES, WADDY  J. | 39846 | b | Litigation Claim | JAC-2015-0138; JAC-2015-0176; JAC-2015-0201 |
| RIVERA TROCHE, NILDA | 34430 | b | Litigation Claim | ISCI-2017-00053 |
| RIVERA-CRUZ, XIOMORA | 89799 | f | Litigation Claim | 16-2469 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RIVERO CONSTRUCTION CORP. | 29230 | f | Litigation Claim | KAC-2012-0418 |
| ROBERTO FELICIANO MORALES | 78 | d | Litigation Claim | KDP-2014-0460 |
| ROBLES ASPHALT CORP. | 168185 | f | Litigation Claim | KAC-2017-0204; KCD-2017-0337 |
| RODRIGUEZ DEYNES, VICTOR | 24499 | e | Litigation Claim | 16-CV-02986-PG |
| RODRIGUEZ DIAZ, MARILYN | 103312 | d | Litigation Claim | 15-01727 |
| RODRIGUEZ DIEPPA, LEANDRO | 115968 | d | Litigation Claim | 15-01727 |
| RODRIGUEZ GONZALEZ, MIGUEL | 45621 | e | Litigation Claim | JAC-2005-0393 |
| RODRIGUEZ GREY, HELEN S | 8249 | b | Litigation Claim | KDP-2015-0286 |
| RODRIGUEZ HERNANDEZ, CARLOS J. | 103396 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| RODRIGUEZ LOPEZ, BRENDA J | 90036 | c | Litigation Claim | 2014-02-0404 |
| RODRIGUEZ MORALES, RAYMOND | 18155 | c | Litigation Claim | 2012-09-0335 |
| RODRIGUEZ ROJAS, ARELIS | 16865 | a | Litigation Claim | Unknown |
| RODRIGUEZ SANTIAGO, MAHALY | 88533 | c | Litigation Claim | JDP-2015-0081 |
| RODRIGUEZ TOLEDO, MARIA LOS ANGELES | 122495 | d | Litigation Claim | 15-01727 |
| RODRIGUEZ VELAZQUEZ, ARIADNE | 55780 | e | Litigation Claim | JAC-2005-0393 |
| RODRIGUEZ, LUIS A. | 54896 | e | Litigation Claim | JAC-2005-0393 |
| ROLANDO MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS | 15557 | e | Litigation Claim | FDP-2008-0286 |
| ROLDAN HOYOS, CARLOS M | 26701 | b | Litigation Claim | 2015-03-3358 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ROMÁN ROSADO, YARIELIS | 5036 | f | Litigation Claim | CDP-2015-0171 |
| ROSA MARTINEZ, CARMEN | 140442 | d | Litigation Claim | DDP-2009-1092 |
| ROSA PABON, CARMEN | 130462 | d | Litigation Claim | DDP-2009-1092 |
| ROSADO BERRIOS, RUTH | 112389 | f | Litigation Claim | KDP-2016-0376 |
| ROSADO DE JESUS, GABRIEL | 98770 | d | Litigation Claim | 15-01727 |
| ROSADO HERNANDEZ, AWILDA | 67680 | c | Litigation Claim | KAC-2015-0135 |
| ROSADO HERNANDEZ, FRANCISCO | 6262 | c | Litigation Claim | HSCI-2012-01392 |
| ROSADO HERNANDEZ, JIMMY | 6248 | c | Litigation Claim | HSCI-2012-01392 |
| ROSADO HERNANDEZ, JUAN ORLANDO | 6208 | c | Litigation Claim | HSCI-2012-01392 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ROSADO HERNANDEZ, MAGALY | 6254 | c | Litigation Claim | HSCI-2012-01392 |
| ROSARIO MORALES, ONIX | 103257 | d | Litigation Claim | 15-01727 |
| ROSARIO RIVERA, MIGUEL J. | 121079 | d | Litigation Claim | 15-01727 |
| ROSARIO TORRES, IRMA | 71972 | d | Litigation Claim | KERVIN R COLON/ IRMA ROSARIO VS PROGRAMA DE EDUCACION ESPECIAL |
| ROSARIO, JOSE M. | 105214 | d | Litigation Claim | 15-01727 |
| ROSAS VILLANUEVA, EFRAIN | 27583 | c | Litigation Claim | AC-09-1710; AR-2019-CV-00046 |
| RUIZ VAZQUEZ, MILDRED | 140498 | b | Litigation Claim | 2013-11-0224 |
| RUIZ VELEZ, EDUARDO | 111457 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SAEZ VARGAS, ANNETTE | 41088 | e | Litigation Claim | JAC-2005-0393 |
| SALDAÑA, OLGA | 57103 | e | Litigation Claim | JAC-2005-0393 |
| SANCHEZ LEBRON, MIRIAM | 16946 | a | Litigation Claim | 17-CV-2379 CS55-732 E-84-144 |
| SANDOVAL MELENDEZ, SAUL  J. | 104331 | d | Litigation Claim | 15-01727 |
| SANTANA CLEMENTE, ANA | 131787 | d | Litigation Claim | DDP-2009-1092 |
| SANTANA VAZQUEZ, CARLOS | 15991 | a | Litigation Claim | 2016-ACT-012 |
| SANTANA VAZQUEZ, CARLOS M. | 73073 | d | Litigation Claim | 15-01727 |
| SANTIAGO CASIANO, NATIVIDAD | 167412 | d | Litigation Claim | DDP-2009-1092 |
| SANTIAGO ESPONDA, ROSA A. | 94898 | a | Litigation Claim | KAC-2001-1692 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SANTIAGO GALARZA, ANGEL L. | 105778 | d | Litigation Claim | 15-01727 |
| SANTIAGO MALDONADO, ARQUIMIDES | 20800 | d | Litigation Claim | J DP2013-0544 |
| SANTIAGO MARTINEZ, ONEL | 465 | c | Litigation Claim | JDCI 2003-00546 |
| SANTIAGO MELENDEZ, JUAN ALBERTO | 12319 | c | Litigation Claim | KAC-2016-0328 |
| SANTIAGO PACHECO, EDWIN | 130153 | d | Litigation Claim | DDP-2009-1092 |
| SANTIAGO PEREZ, SUCESION | 32788 | a | Litigation Claim | KPE-2010-1284 |
| SANTIAGO TORRES, DAMARI M | 113982 | d | Litigation Claim | 15-01727 |
| SANTOS GONZALEZ, FELIX | 15316 | c | Litigation Claim | KDP-2016-0272 |
| SEBASTIAN LOPEZ, DAMARIS E | 110899 | d | Litigation Claim | 15-01727 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| SICARDO RODRIGUEZ, JUAN A | 40501 | c | Litigation Claim | KCU-07-0214 |
| SOCIEDAD LEGAL DE BIENES GANANCIALES (COMPUESTA POR NANCY COLON COATES Y CARLOS COLON GONZALEZ) | 9976 | d | Litigation Claim | SJ-2018-CV-00906 |
| SORIANO GONZALEZ , AMERICA | 9841 | d | Litigation Claim | FDP-2015-0198 |
| SOSA GONZALEZ, MARVIN | 108564 | d | Litigation Claim | 15-01727 |
| SUCESION LUIS TORRES GONZALEZ POR CONDUCTO DE SEVERINA MALDONADO, MICHAEL TORRES, EDWIN TORRES, ELIEZER TORRES, SONIA TORRES, LILLIAM TORRES Y JOSHUA TORRES | 15807 | d | Litigation Claim | CFDP-2017-0004 |
| SUCESION SANTIAGO MORALES | 27800 | a | Litigation Claim | KPE-2010-1284 |
| TALAVERA ACEVEDO, JOSUE D | 6065 | c | Litigation Claim | Unknown |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| TAMARIZ VARGAS, CELIA I. | 104354 | d | Litigation Claim | 15-01727 |
| TAMRIO,INC. | 82891 | f | Litigation Claim | KAC-2016-1061; KAC-2017-0093; SJ-2019-CV-09368; SJ-CV-2019-09371 |
| TORO MARTINEZ, JOSE O | 167657 | d | Litigation Claim | 15-01727 |
| TORRES BURGOS, JUAN RAMON | 23866 | d | Litigation Claim | DDP-2015-0373 |
| TORRES BURGOS, JUAN RAMON | 24982 | d | Litigation Claim | DDP-2015-0373 |
| TORRES ORTIZ, GERARDO | 102180 | d | Litigation Claim | 15-01727 |
| TORRES QUILES, MARIA  JOSEFA | 89569 | a | Litigation Claim | KAC-2001-1692 |
| TORRES SANTIAGO, EMMA L. | 56484 | e | Litigation Claim | JAC-2005-0393 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| TORRES TORRES, SHARON | 6818 | b | Litigation Claim | 2013-101-054; KLRA-2014-00969 |
| TRAFON GROUP , INC. | 47942 | b | AP Claim | N/A |
| TRAFON GROUP, INC. | 65872 | d | AP Claim | N/A |
| UNIVERSIDAD CENTRAL DEL CARIBE, INC. (UCC) | 162 | e | AP Claim | N/A |
| VALCARCEL MARQUEZ, CARMEN M. | 166994 | c | Litigation Claim | KAC-1998-0532 |
| VALENTIN, MARISOL | 67918 | c | Litigation Claim | KPE-2015-3736 |
| VARGAS MONTALVO, DIXON | 116822 | d | Litigation Claim | 15-01727 |
| VARGAS PEREZ, CARMEN | 107201 | c | Litigation Claim | KAC-2001-1692 |
| VARGAS-FONTANEZ, PEDRO  A. | 52246 | b | Litigation Claim | 2006-07-0094 |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| VARGAS-FONTANEZ, PEDRO A. | 60422 | b | Litigation Claim | 2006-07-0094 |
| VAZQUEZ VELAZQUEZ, JANET | 162573 | d | Litigation Claim | 15-01727 |
| VELEZ CARRION, EDWIN | 67104 | c | Litigation Claim | KPE-2015-3736 |
| VELEZ PELLOT, LUIS | 32708 | a | Litigation Claim | KAC-2001-1692 |
| VELEZ ZAYAS, JOSE A. | 104964 | d | Litigation Claim | 15-01727 |
| VENEGAS CONSTRUCTION CORP. | 28978 | f | AP Claim | N/A |
| VERA ROSADO, VIVIANA | 142591 | c | Litigation Claim | AQ-15-0367 |
| VILEZ VILEZ, FRANCIS | 3281 | a | Litigation Claim | AQ-19-374 |
| WORLD HEALTH ORGANIZATION (WHO) | 28973 | c | AP Claim | N/A |

| Claimant | Claim | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) |
|---|---|---|---|---|
| ZAYAS SANTIAGO, ANGELITA | 95656 | a | Litigation Claim | KAC-2001-1692 |