**Exhibit A**

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 42 | FLORES, OMAR | Public Employee |
| 371 | MENDOZA-MENDEZ, ENRIQUE J | Public Employee / Union Grievance |
| 524 | BERMUDEZ PORTELA, LUIS O | Public Employee / Pension/Retiree |
| 1063 | ESPARRA MULERO, MYRA | Public Employee & Pension/Retiree |
| 1959 | COLON CENTENO, EMMA | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 1980 | REYES RODRIGUEZ, FREDESVINDA | Public Employee / Union Grievance |
| 2082 | GARCIA MARTINEZ, JUANITA | Pension/Retiree / Union Grievance |
| 2156 | FIGUEROA ROMAN, WILFREDO M | Public Employee / Pension/Retiree / Union Grievance |
| 2849 | NIEVES, LUIS ALERS | Pension/Retiree |
| 3465-1 | MORALES BERRIOS, JENNIFER | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 3760 | GONZALEZ SANTIAGO, ROBERTO | Public Employee / Union Grievance |
| 3920 | ALMODOVAR TORRES, GLORIMAR | Public Employee / Pension/Retiree / Union Grievance |
| 4091 | SANTIAGO REYES, SANTIAGO | Pension/Retiree / Union Grievance |
| 4840 | GONZALEZ PACHECO, ANGELICA | Public Employee / Union Grievance |
| 5085 | VAZQUEZ VELAZQUEZ, JANET | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 5086 | SANTIAGO GELABERT, MICKY | Public Employee / Union Grievance |
| 5142 | MEDINA SANABRIA, JOSE A | Pension/Retiree |
| 5151 | FLECHA ROMAN, MARCELINA | Public Employee / Union Grievance |
| 5405 | ACEVEDO LOPEZ, ANGEL | Public Employee / Union Grievance |
| 5484 | PACHECO GONZALEZ, LISANDRA | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 5489 | NEGRON ORTIZ, MILDRED | Public Employee / Union Grievance |
| 5565 | CESPEDES GOMEZ, CARLOS | Union Grievance |
| 5791 | PEREZ CASANOVA, MARILYN I | Public Employee / Union Grievance |
| 6160 | PÉREZ CARRIÓN, LOURDES | Public Employee / Union Grievance |
| 6233 | MORALES RODRIGUEZ Y OTROS, ANGEL E | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 6801 | MARIN RODRIGUEZ, ANGEL L. | Public Employee |
| 6990 | ECHEVARRIA BELBRU, SONIA | Public Employee |
| 7541 | CRUZ PUJALS, ORLANDO DANIEL | Union Grievance |
| 7637 | VAZQUEZ GUILBERT, NANCY  M. | Public Employee / Union Grievance |
| 8115 | JIMENEZ MONTES, JOSE | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 8558 | RODRIGUEZ COLON, JEANETTE | Public Employee / Union Grievance |
| 9034 | RODRIGUEZ COLON, JEANETTE | Public Employee / Union Grievance |
| 9527 | RODRIGUEZ COLON, JEANETTE | Public Employee / Union Grievance |
| 10139 | NAVARRO SANTANA, HARRY | Union Grievance |
| 11181 | GONZALEZ COLON, NOEMI | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 11250 | REYES RODRIGUEZ, NELSON | Public Employee / Union Grievance |
| 11364 | JUSINO ORTIZ, MIGUEL ANGEL | Public Employee / Union Grievance |
| 12556 | NAZARIO PEREZ, ZULMA | Public Employee |
| 12706 | MENDEZ, MARTA ALICEA | Public Employee / Pension/Retiree / Union Grievance |
| 12738 | CAMINERO RAMOS, CESAR | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 12922 | RODRÍGUEZ RODRÍGUEZ, CARMEN M. | Public Employee / Union Grievance |
| 13108 | TORRES CORREA, GERARDO | Public Employee / Union Grievance |
| 13299 | RAMOS, ALBERTO COLLAZO | Public Employee |
| 13328 | MARTINEZ FERNANDEZ, CARLOS | Public Employee |
| 13398 | ROSARIO ANDINO, NILDA I. | Union Grievance |
| 13440 | GONZALEZ CRUZ, VICTOR LUIS | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 13652 | FLORES MONTALVO, GRACE E | Public Employee |
| 13796 | MONTALVO VAZQUEZ, CARLOS A | Public Employee |
| 14047 | RIVERA ACEVEDO, MOISES | Union Grievance |
| 14089 | DIAZ JORGE, CARMEN | Public Employee / Pension/Retiree / Union Grievance |
| 14140 | TORRES RIVERA,  MARIA  DE L | Public Employee / Union Grievance |
| 14199 | MALDONADO VELEZ, LESTER | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 14397 | TORRES RIVERA, MARIA DE L | Public Employee / Union Grievance |
| 14499 | COLON BAEZ, FERMIN | Public Employee / Union Grievance |
| 14801 | MUNDO RODRIGUEZ, FAUSTO | Public Employee / Union Grievance |
| 15422 | TORRES RIVERA, JUAN C | Public Employee |
| 15432 | DE JESUS RIVERA, MARISOL | Public Employee / Pension/Retiree / Union Grievance |
| 15465 | SANTIAGO MALDONADO, ARQUIMIDES | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 16048 | TORRES DÁVILA, VIVIANA | Public Employee / Union Grievance |
| 16565 | CRUZ MARTINEZ, JOSUE | Public Employee / Union Grievance |
| 16590 | RIOS RAMIREZ, BEATRICE | Union Grievance |
| 17517 | REYES GUZMAN, EDWARD | Public Employee |
| 18024 | MERCADO MONTALVO, MARIBELLE | Public Employee / Union Grievance |
| 18239 | RIVERA, FRANCISCO RODRIGUEZ | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 18666 | FERRER CARABALLO, DAVID R | Public Employee / Pension/Retiree / Union Grievance |
| 18674 | VAZQUEZ MELENDEZ, KARLA | Public Employee |
| 19079 | ROSARIO ECHEVARRIA, GLORIMAR | Public Employee / Union Grievance |
| 19273 | RODRIDGUEZ DE JESUS, JOANNE CECILIA | Public Employee |
| 19466 | MELENDEZ FALU, MAGDA  I | Public Employee / Union Grievance |
| 19643 | FELICIANO FELIU (STAY ORDER SUPREME COURT NO. CC-20170138), ROSA  M | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 19717 | MARRERO MALDONADO, LEILA | Public Employee / Union Grievance |
| 20129 | COLLAZO VARGAS, LUIS | Public Employee |
| 20627 | RIVERA TORRES, RAMON JAIME | Public Employee |
| 20640 | ROMAN HUERTAS, DIEGO | Public Employee / Union Grievance |
| 20956 | GONZALEZ CRUZ, JUAN CARLOS | Pension/Retiree |
| 21315 | VILLANUEVA ACEVEDO , MARGARITA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 21954 | VILLAFANE COLON, MARIA DEL M | Public Employee |
| 22045 | RODRIGUEZ PEREZ, NANCY | Public Employee |
| 22250 | SILVA PLAJA, ROLANDO | Public Employee / Union Grievance |
| 22485 | RIOS RIVAS, IGNACIO | Public Employee / Pension/Retiree |
| 22510 | CORREA-VALES, JUAN J. | Public Employee |
| 22694 | LUZ M. LOPEZ ORTIZ, GABRIEL MARRERO LOPEZ & BRYAN MARRERO LOPEZ | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 22711 | PARRILLA PEREZ, ANA | Public Employee / Pension/Retiree |
| 23392 | MORALES DIAZ, SONIA M | Public Employee |
| 23455 | COLON QUINONES, SANTOS | Union Grievance |
| 23468 | UGT (UNIÓN GENERAL DE TRABAJADORES) | Union Grievance |
| 23687 | HERNANDEZ RIVERA, MARTA  I. | Union Grievance |
| 24657 | RENTAS LOPEZ, ELVIN J. | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 24679 | MORALES PEREZ, JOSE A | Public Employee |
| 24771 | MACHADO LOPEZ, ALISYADHIRA | Union Grievance |
| 25319 | GARCIA CRUZ, PEDRO A. | Public Employee / Pension/Retiree |
| 25995 | RODRIGUEZ COLON, WILLIAM | Public Employee |
| 26077 | COLON RIVERA, IVELISSE | Pension/Retiree / Union Grievance |
| 26213 | MATIAS MENDEZ, EVELYN | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 26238 | MORALES DIAZ, SONIA M. | Public Employee / Union Grievance |
| 26439 | RAMOS VEGA, MARISOL | Union Grievance |
| 26479 | ROLDAN HOYOS, CARLOS  M. | Union Grievance |
| 26604 | BURGOS GUTIERREZ, ELIZABETH | Union Grievance |
| 26728 | RIVERA RIVERA, SALLY | Public Employee / Pension/Retiree / Union Grievance |
| 27289 | VARGAS ROMAN, EMILIA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 27466 | ROSA DEVILLEGA, SONIAMAGALY | Public Employee / Union Grievance |
| 27865 | MALDONADO QUINONES, LESLIE CATHERINE | Public Employee |
| 27874 | RODRIGUEZ HERNANDEZ, MARIA  L | Pension/Retiree / Union Grievance |
| 27890 | GINORIO, EFRAIN VALENTIN | Public Employee |
| 28045 | RENTAS LOPEZ, ELVIN J | Public Employee |
| 28349 | RODRIGUEZ RUIZ, EDWIN O. | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 28995 | DEL VALLE MELENDEZ, ZORAIDA | Public Employee |
| 29984 | SANTIAGO ALEJANDRO, ROSA C | Public Employee |
| 30202 | CORDERO SUAREZ, WANDA I. | Public Employee / Union Grievance |
| 30522 | RAMOS ORELLANO, ANA H | Public Employee |
| 30942 | SANCHEZ NIEVES, ANGEL | Public Employee / Union Grievance |
| 30966 | RODRIGUEZ PEREZ, EDDIE | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 30968 | RIVERA RAMIREZ, CARLOS JUAN | Public Employee / Pension/Retiree |
| 32016 | CARBO FERNANDEZ, AMARILLYS | Public Employee / Union Grievance |
| 32059 | ORTIZ PEREZ, DIANA  M. | Union Grievance |
| 32376 | RAMIREZ ALVAREZ, LYDIA C. | Public Employee / Union Grievance |
| 32561 | LEBRON FLORES, MARILILIA | Public Employee |
| 33008 | CAMACHO LARTIGAUT, WANDA  I. | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 33204 | VAZQUEZ CEDENO, JUAN | Pension/Retiree |
| 33866 | MEDINA TORRES, BRENDA I. | Public Employee |
| 33878 | RIVERA RIVERA, JORGE | Pension/Retiree / Union Grievance |
| 34078 | RODRIGUEZ APONTE, NELSON | Public Employee / Union Grievance |
| 34170 | ALVAREZ MATTA, CARL | Public Employee / Union Grievance |
| 34287 | MIRANDA BERRIOS, PABLO | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 34668 | OTERO ORTIZ, CARLOS J. | Union Grievance |
| 35000 | MONTERO NEGRON, JUAN J. | Union Grievance |
| 35019 | SANTIAGO RODRIGUEZ, CARMEN L | Public Employee / Pension/Retiree |
| 35031 | MORO PEREZ, NATALIA | Public Employee / Union Grievance |
| 35276 | MARRERO VAZQUEZ, FREDDIE | Public Employee / Union Grievance |
| 35368 | GONZALEZ DE ORTIZ, MARIA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 35439 | GONZALEZ RAMOS, MARISOL | Public Employee / Union Grievance |
| 35529 | ROQUE TORRES, CARMEN R. | Union Grievance |
| 35577 | ACOSTA ACOSTA, SIFREDO J. | Public Employee / Union Grievance |
| 35652 | LOPEZ MUNDO, NANCY | Pension/Retiree |
| 35977 | ROJAS CORREA, SOPHYA | Pension/Retiree / Union Grievance |
| 36507 | RODRIGUEZ MEJIAS, OSVALDO | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 36541 | RIVERA OLIVERA, ELSA | Public Employee / Pension/Retiree |
| 36926 | SANTIAGO ANTONY, DAGMAR | Public Employee / Union Grievance |
| 36933 | VALENTIN VALENTIN, FREDESWINDA | Public Employee |
| 37360 | MELENDEZ DIAZ, MARIO E | Union Grievance |
| 37384 | REYES COLON , HECTOR LUIS | Public Employee |
| 37500 | FERNANDEZ FONTAN, LULA LUCIA | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 37738 | TOLEDO MENDEZ, FRANCISCO J | Public Employee / Pension/Retiree / Union Grievance |
| 37866 | PÉREZ BONILLA, MARÍA D. | Public Employee |
| 37921 | MERCED MIRABAL, DOLORES | Public Employee / Union Grievance |
| 37934 | CAMACHO, RAMON RAMOS | Public Employee / Union Grievance |
| 37969 | MELENDEZ VELEZ, JACKELINE | Public Employee |
| 38032 | MERCED MIRABAL, RAMONITA | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 38085 | REYES VAZQUEZ, LUIS  O. | Public Employee / Union Grievance |
| 38193 | CINTRON MEDINA, NEIDY | Public Employee / Union Grievance |
| 38360 | RIVERA SOTO, JOSE | Union Grievance |
| 38432 | FLORES MIRANDA, EDWIN | Public Employee / Union Grievance |
| 38464 | RAMOS DELGADO, MERALYS | Public Employee / Union Grievance |
| 38472 | GONZALEZ LOPEZ, LILLIAM | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 38590 | WESTERBAND MILLIAN, MANUEL | Public Employee |
| 38657 | MATIAS MENDENZ, EVELYN | Public Employee |
| 38673 | MATIAS MENDEZ, EVELYN | Public Employee / Union Grievance |
| 38674 | RAMIREZ TORRES, NORMA I. | Public Employee |
| 39228 | RODRIGUEZ RAMOS, AMPARO | Public Employee |
| 39248 | VARGAS ROMAN, EMILIA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 39520 | PEREZ GUILLERMETY, IRMA | Public Employee / Union Grievance |
| 39556 | HERNANDEZ CORREA, FELIX | Public Employee / Union Grievance |
| 39632 | SERRANO, SAMUEL SOSTRE | Union Grievance |
| 39700 | SINDICATO LE BOMBEROS UNIDOS DE PUERTO RICO (RUBEN ROSARIO SAEZ) | Union Grievance |
| 40035 | MARRERO GARCIA, PILAR | Public Employee |
| 40152 | MARQUEZ CRUZ, PRISCILLA | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 40231 | SERRANO QUILES, LILLIAN | Public Employee / Union Grievance |
| 40355 | ARRIETA ORTIZ, BELEN E | Public Employee / Pension/Retiree |
| 40613 | ESTEVES ESTEVES, OLGA | Union Grievance |
| 40646 | MEDINA SANCHEZ, MARIA | Public Employee / Union Grievance |
| 40857 | RODRIGUEZ GONZALEZ, SAMUEL | Public Employee / Union Grievance |
| 40869 | CARRASQUILLO IRIZARRY, IDALIA | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 40932 | SANTIAGO GALARZA, ALFREDO | Public Employee |
| 41162 | SINDICATO DE BOMBEROS UNIDOS DE PUERTO RICO (VER LISTADO ADJUNTO) | Union Grievance |
| 41252 | MONTERO RODRIGUEZ, MARIA  E. | Public Employee |
| 41391 | NEGRON VELEZ, RICHARD | Public Employee / Pension/Retiree / Union Grievance |
| 41504 | SANTIAGO DIAZ, YADAIRA | Public Employee / Union Grievance |
| 41526 | GOMEZ GARCIA, MARIA MAGDALENA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 41783 | RAMOS PEREZ, JOSE TRINIDAD | Public Employee |
| 41829 | MARTINEZ MATOS, ARAMIS | Public Employee / Pension/Retiree |
| 42146 | SINDICATO DE BUMBEROS UNIDOS DE PUERTO RICO | Union Grievance |
| 42511 | RIVERA CAMACHO, MYRNA LUZ | Public Employee |
| 42530 | VELEZ LEBRON, ROSA M | Public Employee / Pension/Retiree |
| 42640 | RODRIGUEZ RAMOS, AMPARO | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 42677 | RIVERA HOYOS, SYNTHIA ENID | Public Employee |
| 42727 | RODRIGUEZ GALARZA, CARLOS M | Public Employee |
| 43004 | LORENZO MUNIZ, WALESKA | Public Employee / Union Grievance |
| 43171 | HERNANDEZ MARTINEZ, PROVIDENCIA | Union Grievance |
| 43540 | ROSA CORREA, JESSICA | Union Grievance |
| 43600 | GONZALEZ RODRIGUEZ, ANGELA R | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 43704 | VELAZQUEZ CRUZ, MARILYN | Pension/Retiree / Union Grievance |
| 43745 | RAMOS DIAZ, MILDRED ANGELITA | Public Employee |
| 43924 | VELAZQUEZ CRUZ, MARILYN | Public Employee / Union Grievance |
| 43941 | RODRIGUEZ GUILBE, MARIA E. | Public Employee |
| 44040 | RIVERA RIVERA, JORGE | Public Employee / Union Grievance |
| 44091 | JIMENEZ VELEZ, GLENDALEE | Pension/Retiree / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 44184 | RODRIGUEZ RIVERA, NELSON | Public Employee |
| 44309 | ALMODOVAR TORRES, GLORIMAR | Public Employee |
| 44317 | ALMODOVAR TORRES, GLORIMAR | Public Employee |
| 44407 | ENID RIVERA HOYOS, SYNTHIA | Public Employee |
| 44425 | ROJAS CORREA, SOPHYA | Public Employee / Union Grievance |
| 44527 | MORO PEREZ, NATALIA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 44802 | MARIN RAMOS, JOSE M. | Public Employee |
| 44944 | JIMENEZ VELEZ, GLENDALEE | Public Employee / Union Grievance |
| 44996 | ISAAC CRUZ, SUHEIL | Pension/Retiree / Union Grievance |
| 45131 | MEDINA, NEIDY CINTRON | Public Employee / Union Grievance |
| 45148 | RUIZ REYES, MILDRED | Public Employee |
| 45153 | DIAZ CHAPMAN, SANDRA I | Pension/Retiree / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 45207 | VILLODAS LAURENNO, MARCOS A. | Pension/Retiree |
| 45484 | APONTE RIVERA, GONZALO | Public Employee / Union Grievance |
| 45515 | SANTIAGO ADORNO, BLANCA I. | Public Employee / Union Grievance |
| 45521 | ZAPATA RIVERA, SYLKIA | Public Employee / Union Grievance |
| 45530 | APONTE RIVERA, GONZALO | Public Employee / Union Grievance |
| 45546 | VAZQUEZ VELAZQUEZ, JANET | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 46188 | NIEVES CALDERON, WANDA L | Public Employee |
| 46381 | BERROCAL SANTIAGO, ELVIN | Public Employee |
| 46940 | FELICIANO TOLLINCHI, ELIA R | Public Employee / Union Grievance |
| 47250 | SANTIAGO ADORNO, BLANCA I. | Union Grievance |
| 47261 | ZAPATA RIVERA, SYLKIA | Union Grievance |
| 47521 | ROMERO RAMIREZ, RICARDO | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 47791 | SANTIAGO CORTES, BINDA Y. | Union Grievance |
| 47885 | HERNANDEZ LOPEZ, NOEL | Union Grievance |
| 48682 | LUNA ORTIZ, NORMA | Public Employee |
| 48796 | COLON RIVERA, MARITZA | Public Employee / Union Grievance |
| 49101 | BERRIOS RIVERA, ALEYDA | Public Employee / Union Grievance |
| 49280 | ROSADO SANTIAGO, NIXA M. | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 49316 | GUARDIOLA, ALVIN RIVERA | Pension/Retiree |
| 49418 | PROSOL-UTIER | Public Employee |
| 49656 | VIENA RODRIGUEZ, MITZY | Pension/Retiree / Union Grievance |
| 49688 | DE JESUS PEREZ, ISRAEL | Public Employee / Union Grievance |
| 49762 | TORRES, TAMARA COLON | Public Employee |
| 50164 | ROMAN AGUILAR, MARITZA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 50256 | FIGUEORA LUGO, RIGOBERTI | Public Employee / Pension/Retiree |
| 51349 | RIVERA, FERDINAND CEDENO | Public Employee |
| 51372 | CORDERO QUINONES, LUIS A. | Union Grievance |
| 51392 | BESSOM CABANILLAS, BRENDA | Public Employee |
| 51399 | ROMAN RAMIREZ, CRISTIAN  DANIEL | Public Employee / Union Grievance |
| 51422 | COLON CORREA, ISAAC | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 51431 | ORTIZ RODRIGUEZ, MIGDALIA | Union Grievance |
| 51615 | ROMAN PADILLA, RAMONITA | Public Employee / Pension/Retiree |
| 51637 | SANTIAGO ROSADO, MERCEDES | Public Employee |
| 51791 | TORRES QUIRINDONGO, MIVIAN | Public Employee / Pension/Retiree |
| 51876 | DIAZ CHAPMAN, SANDRA I. | Public Employee / Union Grievance |
| 51877 | QUESTELL MONTES, MARITZA  S. | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 52149 | LEBRON CARDONA, MARISOL | Public Employee |
| 52174 | CLASS OF HTA HIGHWAY MANAGERIAL EMPLOYEES REPRESENTED BY JOSE MALAVE DURANT AND CARMEN CARRERO TORRES | Public Employee / Union Grievance |
| 52754 | MERCADO MONTALVO, MARIBELLE | Public Employee |
| 53243 | MELENDEZ OCASIO, LUZ AMPARO | Public Employee / Pension/Retiree |
| 54009 | MARTINEZ HERNANDEZ, BLANCA I. | Public Employee / Pension/Retiree |
| 54536 | RIVERA VENES, SYLVIA M | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 54847 | RIVERA VENES, WILLIAM | Public Employee |
| 54944 | VAZQUEZ GONZALEZ, JOSE E. | Union Grievance |
| 55637 | ROSA-SIFRE, MARIA  DEL CARMEN | Union Grievance |
| 56107 | KERCADO SANCHEZ, EDNA MARIA | Public Employee |
| 56635 | COTTO ZAVALA, MILAGROS | Union Grievance |
| 56646 | CAMACHO QUINONES, CLARIBEL | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 56727 | PEREZ APONTE, LUIS  A | Public Employee |
| 56802 | DIAZ DEBIEN, MARIPROVI | Public Employee / Union Grievance |
| 56891 | VARGAS FONTANEZ, PEDRO A | Public Employee / Pension/Retiree |
| 57274 | VIERA RODRIGUEZ, MITZY | Pension/Retiree / Union Grievance |
| 57297 | ROSAS TIRADO, JUAN A. | Pension/Retiree / Union Grievance |
| 57357 | CRUZ MEDINA, EVELYN | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 57533 | AYALA, MILAGROS NIEVES | Public Employee / Pension/Retiree |
| 57604 | VAZQUEZ ROBLES, EVELYN | Public Employee |
| 57605 | FALCON AYALA, JEANNETTE | Public Employee / Union Grievance |
| 57904 | ARROYO CARABALLO, MARIA E. | Public Employee / Union Grievance |
| 58773 | SANCHEZ CARABALLO, MABEL | Pension/Retiree / Union Grievance |
| 58788 | PEREZ TORRES, BLANCA I | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 59053 | CARRASCO AYALA, WALESKA | Public Employee / Union Grievance |
| 59072 | RAMOS DIAZ, MILDRED A | Public Employee |
| 59700 | CARRASCO AYALA, WALESKA | Pension/Retiree / Union Grievance |
| 60388 | CARRERAS SANTIAGO, MARILYN | Public Employee |
| 60624 | COLON MARTINEZ, ZULMA | Public Employee |
| 60831 | HERNANDEZ RODRIGUEZ, WANDA I. | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 61016 | RODRIGUEZ OTERO, ANA | Public Employee / Pension/Retiree |
| 61246 | FELICIANO MORALES, ANDRES | Union Grievance |
| 61327 | PROSOL-UTIER | Public Employee / Union Grievance |
| 61434 | BERRIOS RIVERA, RAUL | Public Employee |
| 61696 | DOMENECH TOLEDO, SARA | Public Employee |
| 62712 | MALDONADO BLANCO, CARMEN M. | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 62975 | CONSUELO, GIERBOLINI EMANUELLI | Public Employee / Pension/Retiree |
| 63000 | MALDONADO BLANCO, CARMEN M. | Public Employee |
| 63475 | RIVERA GONZALEZ, CARLOS F. | Public Employee / Pension/Retiree / Union Grievance |
| 63635 | CINTRÓN TORRES, TERESITA | Public Employee |
| 64136 | FIGUEROA, HIPOLITO ORTIZ | Pension/Retiree |
| 66429 | ROCHE PABON, MARTA I | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 67085 | VALLEJO LOPEZ, ISABELITA | Public Employee |
| 67624 | RIOZ RAMIREZ, BEATRICE | Union Grievance |
| 69527 | BÁEZ MARTÍNEZ, ELEANOR | Union Grievance |
| 69754 | ECHEVARRIA NIEVES, NEYSA | Public Employee |
| 70841 | MALDONADO CRUZ, MARIA M | Public Employee |
| 72469 | PIZARRO CORREA, LUZ K | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 72847 | LUGO SANTANA, INES M | Public Employee / Pension/Retiree |
| 73965 | MARRERO GARCIA, MIRIAM | Public Employee / Pension/Retiree |
| 74193 | QUINONES COLON, ASUNCION | Public Employee |
| 74423 | BAEZ, ERESVITA | Public Employee / Pension/Retiree |
| 74709 | LEDESMA-MOULIER , ZENAIDA | Public Employee |
| 74805 | BANCHS LOPEZ, MINITA V | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 74891 | RODRIGUEZ OQUENDO, CATALINA | Public Employee / Pension/Retiree |
| 75139 | GONZALEZ NEGRON, WALDEMAR | Public Employee / Union Grievance |
| 75170 | MUNOZ FRANCESCHI, IRAIDA MARGARITA | Public Employee |
| 76742 | GONZÁLEZ RODRÍGUEZ, ANGELA  R. | Union Grievance |
| 76801 | PADILLA RODRIGUEZ, GLENN A. | Public Employee / Pension/Retiree |
| 78037 | MARTINEZ MENENDEZ , WILLIAM | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 78327 | COLON MALDONADO, ADELAIDA | Public Employee |
| 78390 | QUESTELL MONTES, MARITZA S. | Union Grievance |
| 78555 | HERNANDEZ RIVERA, MARCELINO | Union Grievance |
| 78700 | ADORNO CRUZADO, CARMEN R | Pension/Retiree / Union Grievance |
| 79322 | GONZALEZ RODRIGUEZ, JUANA | Public Employee |
| 79678 | RIOS CRESPO, ADA CARMEN | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 81036 | HERNANDEZ LOPEZ, NOEL A. | Union Grievance |
| 84173 | NEGRON-CORREA, RITA M | Public Employee / Union Grievance |
| 84680 | CRUZ VELEZ, SARA IVETTE | Public Employee |
| 85029 | BERMUDEZ MELENDEZ, JOHANNA | Public Employee / Union Grievance |
| 85332 | MORALES PETERSON, VICTOR H. | Union Grievance |
| 85400 | ANDINO SANCHEZ, MARIA E. | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 85533 | PEREZ RIVERA, LYDIA E. | Union Grievance |
| 85645 | ABRIL LEON, WANDA I | Public Employee / Union Grievance |
| 86448 | COLON MALDONADO, ADELAIDA | Public Employee |
| 87320 | COLON SANTIAGO, JESSICA | Union Grievance |
| 87550 | CASTELLANOS-DILONE, PENELOPE | Public Employee / Pension/Retiree |
| 89310 | MORALES FLORES, IVAN | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 89865 | NARVAEZ MILLAN, MARIA DE LOS ANGELES | Public Employee / Union Grievance |
| 90088 | RIVERA RIVERA, ESMERALDA | Public Employee |
| 90091 | SANTIAGO GOTAY, VANESSA | Public Employee / Pension/Retiree / Union Grievance |
| 90249 | MUNOZ RODRIGUEZ, ZULMA | Public Employee |
| 91025 | TORRES QUIRINDONGO, MILDRED | Public Employee |
| 91399 | PAGAN CUASCUT, LIZ A | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 91689 | RIOS CRESPO, CARMELO | Public Employee |
| 92427 | ORTIZ MIRANDA, ADELITA | Pension/Retiree |
| 92489 | MARTINEZ ALVAREZ, FRANCISCO | Public Employee / Union Grievance |
| 93166 | ORTIZ RIVERA, YAIRA | Public Employee / Union Grievance |
| 93720 | COLON NEGRON, CARLOTA | Public Employee / Pension/Retiree |
| 94112 | VAZQUEZ MASSA, MILAGROS | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 95694 | VAZQUEZ MASSA, MILAGROS | Public Employee |
| 95814 | ANDUJAR NIEVES, VIVIAN E. | Public Employee / Union Grievance |
| 96142 | VAZQUEZ CORRERA, SANDRA | Public Employee / Union Grievance |
| 97684 | MATOS HERNANDEZ, RAFAEL  A | Union Grievance |
| 97788 | BALLESTER-AROCHO, VIRGINIA I | Public Employee / Pension/Retiree / Union Grievance |
| 97969 | COLON NEGRON , CARLOTA | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 98849 | CORDERO ACEVEDO, EVELYN | Public Employee / Pension/Retiree |
| 98967 | OLIVER FRANCO, ELFREN C. | Public Employee / Pension/Retiree |
| 99225 | OLIVERAS, NORMA I. | Public Employee |
| 99411 | CASTILLO GONZALEZ, TERESA | Union Grievance |
| 99796 | TORRES VEGA, ELBA IRIS | Public Employee / Pension/Retiree |
| 100852 | MERCADO RODRIGUEZ, ISA Y. | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 101026 | TORRES FIGUEROA, YOLANDA | Public Employee |
| 101137 | ALVARADO CASIANO, ELBA L. | Public Employee |
| 101661 | ANDUJAR NIEVES, VIVIAN E | Public Employee / Union Grievance |
| 101944 | MALDONADO IRIZARRY, MINERVA | Public Employee / Union Grievance |
| 102065 | HERNANDEZ RODRIGUEZ, WALBERTO  L. | Public Employee / Union Grievance |
| 102617 | GIERBOLINI ROSA, DAVID | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 102631 | RODRIGUEZ SANTIAGO, JOSE A. | Public Employee |
| 103258 | APONTE MELENDEZ, CARMAN M. | Public Employee / Union Grievance |
| 103321 | COLON NEGRON, CARLOTA | Public Employee |
| 103772 | PEREZ LEON, ZULMA E | Public Employee / Pension/Retiree |
| 104768 | OLIVER FRANCO, ELFREN C. | Public Employee / Pension/Retiree |
| 104855 | OLIVER FRANCO, ELFREN C. | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 105188 | RAMIREZ BARLAS, CARLOS R | Public Employee |
| 106337 | MALDONADO RODRIGUEZ, NILDA | Public Employee / Union Grievance |
| 106809 | SOLIVAN CENTENO, ZULMA Y. | Public Employee / Union Grievance |
| 106827 | GONZALEZ LOPEZ, MARIA V. | Public Employee / Union Grievance |
| 106852 | VELEZ JIMENEZ, ADA  E. | Public Employee |
| 107065 | CARRERAS AMADEO, CHRISTINE | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 107838 | OTERO PADILLA, ILEANA | Union Grievance |
| 107923 | NEGRON, NYREE GEORGE | Public Employee / Union Grievance |
| 108035 | LAUREANO MERCADO, ZENAIDA | Public Employee / Union Grievance |
| 108589 | SANTIAGO RODRIGUEZ, IRIS N. | Public Employee / Union Grievance |
| 108897 | COLON VAZQUEZ, NANCY R | Public Employee / Pension/Retiree |
| 108967 | MALDONADO CANDELARIO, MARCELO | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 109430 | RIVERA MARTINEZ, JOSE A | Public Employee / Union Grievance |
| 109827 | VAZQUEZ FELCIANO, JOSE | Public Employee / Union Grievance |
| 110374 | BENITEZ-MUNOZ, ROBERTO | Public Employee / Pension/Retiree |
| 110962 | RIVERA ALONSO, MARIA M. | Public Employee |
| 111097 | RODRIGUEZ COLON, LILLIAM E. | Public Employee / Pension/Retiree |
| 111283 | PIMENTEL DE SILVERIO, DOMINICA | Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 111425 | CLAUDIO GARCIA, GLADYS | Union Grievance |
| 111489 | GONZALEZ CORPORAN, DARIO A. | Public Employee |
| 111673 | RAMOS CRUZ, MARIA | Public Employee |
| 111772 | FRANCESCHINI COLON, AWILDA | Public Employee / Union Grievance |
| 112196 | OLIVERAS, NIVEA E | Public Employee / Union Grievance |
| 112223 | MARQUEZ CRUZ, RAFAEL A. | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 112436 | NEGRON, CARLOTA COLON | Public Employee / Pension/Retiree |
| 112563 | FRANCESCHINI COLON, AWILDA | Public Employee / Union Grievance |
| 112635 | LOPEZ RODRIGUEZ, EVELYN | Public Employee / Union Grievance |
| 113415 | MELENDEZ GONZALEZ, ANGEL L. | Public Employee / Union Grievance |
| 113439 | TORRES HERMIDAS, CARMEN M. | Public Employee |
| 113700 | ROMAN GINORIO, HEDDA S | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 113799 | LEON ROSADO, PEDRO J | Public Employee / Union Grievance |
| 114139 | QUINONES RODRIGUEZ, FEMY | Pension/Retiree / Union Grievance |
| 114499 | CASIANO ALICEA, ANABELLE | Public Employee / Pension/Retiree / Union Grievance |
| 114975 | ORTIZ ROQUE, ALEJANDRA | Public Employee |
| 115150 | GUEITS ORTIZ, JULIEMARIE | Public Employee |
| 115394 | TORRES FEBO, LUZ L | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 115621 | GONZALEZ JUARBE, SONIA N | Public Employee / Union Grievance |
| 116527 | DOMINGUEZ PEREZ, GLORIMAR | Union Grievance |
| 116823 | RIVERA ROSA, LUIS O | Public Employee / Union Grievance |
| 116995 | ZAYAS NEGRON, NAYDA  E. | Public Employee |
| 117431 | LEBRON SOTO, MIRIAM | Public Employee / Pension/Retiree / Union Grievance |
| 118612 | TORRES RODRIGUEZ, MARIA MARGARITA | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 119411 | OYOLA COTTO, GLADYS | Public Employee |
| 120816 | JIMENEZ CRUZ, GLORIA | Public Employee / Pension/Retiree / Union Grievance |
| 122009 | IRIZARRY CRUZ, SARAH D | Public Employee / Union Grievance |
| 122439 | MATIAS PEREZ, JOSE A. | Public Employee |
| 123557 | LOZANO RIVERA, ARLEEN | Public Employee / Union Grievance |
| 123652 | DIAZ HERNANDEZ, JOSE E | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 125472 | FERNANDEZ RODRIGUEZ, JORGE L | Union Grievance |
| 125478 | NEGRON NEGRON, CARMEN A. | Public Employee / Pension/Retiree / Union Grievance |
| 126936 | PEREZ CORTES, ZORAIDA | Public Employee / Pension/Retiree / Union Grievance |
| 127376 | HIRALDO HUERTAS, CARLOS M. | Public Employee / Union Grievance |
| 127692 | SERRANO LESPIER, VICENTE | Public Employee |
| 128176 | QUETELL VILARINO, FRANCISCO HUMBERTO | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 128188 | CASTRO CARRERAS, ORVILLE R. | Public Employee / Union Grievance |
| 128458 | GONZALEZ MARTINEZ, MARIA V. | Public Employee |
| 128713 | TAPIA FLORES, LUIS | Union Grievance |
| 130518 | DIAZ GONZALEZ, JORGE L. | Public Employee |
| 131976 | VALCARCEL MARQUEZ, PEDRO | Public Employee |
| 132990 | SOTO ECHEVARRIA, ARNOLD | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 133470 | COLLAZO VAZQUEZ, EDGARDO | Public Employee |
| 133843 | FIGUEROA CONEA, LYDIA H. | Public Employee |
| 134043 | GUZMAN AROCHO, DIANA M. | Public Employee & Pension/Retiree |
| 134062 | RENTAS DE ROLON, WANDA I | Public Employee |
| 135156 | ROSADO SANTOS, ARNALDO L. | Public Employee / Union Grievance |
| 135326 | ORTIZ TORRES, SUHEIL | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 136957 | RODRIGUEZ AYALA, LOURDES M. | Public Employee / Union Grievance |
| 138231 | CRUZ MADERA, WALTER L. | Public Employee |
| 138419 | DISDIER RODRIGUEZ, DIANA | Public Employee / Pension/Retiree / Union Grievance |
| 138981 | RIVERA MOLINA, MAYRA YASMIN | Public Employee |
| 139523 | RODRIGUEZ, LEONOR | Union Grievance |
| 139753 | COLON TORRES, NEYSHA M | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 139807 | FEDERACION CENTRAL DE TRABAJADORES (UFCW LOCAL 481) | Union Grievance |
| 140123 | ANGULO GOMEZ, CELSA M. | Public Employee |
| 140650 | MOYA DELFONT, ANGEL M | Pension/Retiree |
| 140808 | RIVERA PENA, SONIA MARIA | Public Employee |
| 141435 | MANTILLA SIVERIO, NORMA | Pension/Retiree / Union Grievance |
| 142658 | MEDINA SANTOS, EDNA NOEMI | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 143002 | RIVERA PAGAN, IRMA | Public Employee / Pension/Retiree / Union Grievance |
| 143112 | ACOSTA VINCENTY , MILTON | Public Employee / Pension/Retiree |
| 144397 | GONZALEZ ALAVA, BERTHA I. | Public Employee |
| 144985 | RIVERA PENA, PURA A. | Public Employee / Union Grievance |
| 145359 | AGUIRRE FIGUEROA, EDWIN E. | Public Employee / Pension/Retiree |
| 146930 | RIVERA RAMOS, LEIDALIZ | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 147397 | RODRIGUEZ ALICEA, LISSETTE | Public Employee / Union Grievance |
| 147896 | RIVERA ORTIZ, NORMA L | Public Employee |
| 148230 | RODRIGUEZ AYALA, LOURDES MILAGROS | Public Employee / Union Grievance |
| 148549 | ORTIZ HERNANDEZ, GLADYS M. | Public Employee |
| 149272 | RODRIGUEZ CAMACHO, ZORAIDA | Public Employee |
| 149658 | ROLDAN BURGOS, FERNANDO | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 150322 | MUNIZ TORRES, ALICIA  I | Public Employee / Pension/Retiree / Union Grievance |
| 150402 | SANTIAGO BURGOS, IVONNE | Public Employee / Union Grievance |
| 151364 | GARCIA TORRES, MRYNA RAQUEL | Public Employee |
| 151619 | HIRALDO HUERTAS, CARLOS M. | Public Employee / Union Grievance |
| 152451 | MARTINEZ TORRES, CARMEN | Public Employee / Union Grievance |
| 152626 | SERRANO ROBLEDO, HAROLD | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 153011 | TORRES RODRIGUEZ, MYRNA | Public Employee / Pension/Retiree |
| 155032 | GONZALEZ COTTO, ADA L. | Public Employee / Union Grievance |
| 157725 | CRUZ SANTOS, AISSA D. | Public Employee |
| 160763 | CARTAGENA SANTIAGO, WALESKA | Public Employee |
| 160821 | RODRIGUEZ CASANOVA, ISABEL | Public Employee / Pension/Retiree / Union Grievance |
| 161362 | ACOSTA VINCENTY, EVELYN | Public Employee / Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 162191 | FIGUEROA FERES, DESIREE | Public Employee / Union Grievance |
| 162400 | PEREZ ELVIRA, JOSE | Public Employee / Union Grievance |
| 162662 | GUTIERREZ RIVERA, CARMEN VICTORIA | Public Employee / Union Grievance |
| 162710 | SOJO RUIZ , AIDA L. | Union Grievance |
| 163753 | MERCADO RODRIGUEZ, DANIEL | Public Employee |
| 163951 | IRIZARRY RIVERA, RAQUEL | Public Employee / Union Grievance |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 165055 | MUNIZ TORRES, ALICIA  I. | Public Employee / Pension/Retiree / Union Grievance |
| 165894 | PACHECO CALDERON, IRIS BENITA | Public Employee / Pension/Retiree |
| 166526 | COLON NEGRON, NILDA L. | Public Employee / Pension/Retiree |
| 166821 | FIGUEROA CASTRERO, ANGEL LUIS | Pension/Retiree |
| 167970 | TORRES RIVERA, HELEN | Public Employee / Pension/Retiree |
| 179785 | CARRASQUILLO SANCHEZ, EDWIN | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 179799 | RAMOS APONTE, MADELINE | Pension/Retiree |
| 179800 | RIVERA BOSQUES, MAGDALENA | Pension/Retiree |
| 179804 | RAMOS APONTE, LUIS A | Pension/Retiree |
| 179806 | RAMOS APONTE, JUAN A | Pension/Retiree |
| 179807 | FERNANDEZ DEL MORAL, MARIA M. | Pension/Retiree |
| 179810 | MERCADO RODRIGUEZ, MARIA M. | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 179985 | MELENDEZ MIRANDA, NELSON  E | Public Employee |
| 180108 | PETCO PUERTO RICO, LLC | Tax Refund |
| 180109 | JETBLUE AIRWAYS CORPORATION | Tax Refund |
| 180166 | COLOM BAEZ, MARIA  DE LOS A. | Pension/Retiree |
| 180170 | H&M HENNES & MAURITZ, L.P. | Tax Refund |
| 180259 | PHILIPS MEDICAL SYSTEMS PUERTO RICO, INC. | Tax Refund |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 180261 | PETCO PUERTO RICO, LLC | Tax Refund |
| 180285 | UBS TRUST COMPANY OF PUERTO RICO | Tax Refund |
| 180333 | UBS FINANCIAL SERVICES INC. | Tax Refund |
| 180336 | UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO | Tax Refund |
| 100878-1 | DIAZ GONZALEZ, ILIA | Public Employee |
| 111251-1 | FIGUEROA FIGUEROA, JOSE | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 127937-1 | FEBRES ORTIZ, JOSE A. | Public Employee |
| 131218-1 | BAEZ BELEN , ESPERANZA | Public Employee & Pension/Retiree |
| 146120-1 | OQUENDO GONZALEZ, NILDA | Pension/Retiree |
| 162912-1 | BARRAL FELICIANO, GREGORIO  L. | Pension/Retiree |
| 24919-1 | VEGA GARCIA, MARIBEL | Pension/Retiree |
| 29042-1 | BOURDON MALDONADO, EDGARDO | Pension/Retiree |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 34077-1 | RODRIGUEZ DIAZ, MARIBEL | Pension/Retiree |
| 35283-1 | MENDEZ MENDEZ, RUTH E | Pension/Retiree |
| 56031-1 | JAUREGUI CASTRO, NORA | Pension/Retiree |
| 65121-1 | RAMÍREZ ALAMEDA, ISRAEL | Public Employee & Union Grievance |
| 7311-1 | SANTIAGO VIENTOS, JOSE A | Public Employee |
| 78906-1 | ROMAN TORO, YOLANDA | Public Employee |

| Claim Number | Creditor Name | ACR Procedures |
|---|---|---|
| 89221-1 | ESCRIBANO FUENTES, LUIS R. | Public Employee |
| 93046-1 | MERCADO, MARIA M | Public Employee |