# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

To the Honorable United States District Judge Laura Taylor Swain:

1. On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order"). On December 20, 2022, this Court entered the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113] (the "Amended ADR Order"). The Amended ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the Amended ADR Order [ECF No. 23113-1] (the "ADR Procedures").

2. In accordance with the terms and conditions of the Amended ADR Order, the Debtors have filed thirty notices transferring claims (collectively, the "ADR Designated Claims") into the ADR Procedures (as defined in the Amended ADR Order), and have transferred approximately 1,500 claims into the ADR Procedures.

3. On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4. In accordance with the terms and conditions of the ACR Order, the Debtors have filed thirty-one notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 45,317 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures. The ACR Designated Claims will be resolved utilizing the Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5. In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims will be most efficiently resolved via the ACR Procedures and that certain ACR Designated Claims will be most efficiently resolved via the ADR Procedures. Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: August 11, 2023
    San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

**EXHIBIT A**

| Claim | Claimant | Debtor |
|---|---|---|
| 12922 | RODRÍGUEZ RODRÍGUEZ, CARMEN M. | Commonwealth of Puerto Rico |
| 13108 | TORRES CORREA, GERARDO | Commonwealth of Puerto Rico |
| 22711 | PARRILLA PEREZ, ANA | Commonwealth of Puerto Rico |
| 30966 | RODRIGUEZ PEREZ, EDDIE | Commonwealth of Puerto Rico |
| 32016 | CARBO FERNANDEZ, AMARILLYS | Commonwealth of Puerto Rico |
| 33866 | MEDINA TORRES, BRENDA I. | Commonwealth of Puerto Rico |
| 35019 | SANTIAGO RODRIGUEZ, CARMEN L | Commonwealth of Puerto Rico |
| 37866 | PÉREZ BONILLA, MARÍA D. | Commonwealth of Puerto Rico |
| 38360 | RIVERA SOTO, JOSE | Commonwealth of Puerto Rico |
| 40355 | ARRIETA ORTIZ, BELEN E | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 43745 | RAMOS DIAZ, MILDRED ANGELITA | Commonwealth of Puerto Rico |
| 46381 | BERROCAL SANTIAGO, ELVIN | Commonwealth of Puerto Rico |
| 49316 | GUARDIOLA, ALVIN RIVERA | Commonwealth of Puerto Rico |
| 49762 | TORRES, TAMARA COLON | Commonwealth of Puerto Rico |
| 51392 | BESSOM CABANILLAS, BRENDA | Commonwealth of Puerto Rico |
| 51431 | ORTIZ RODRIGUEZ, MIGDALIA | Commonwealth of Puerto Rico |
| 51615 | ROMAN PADILLA, RAMONITA | Commonwealth of Puerto Rico |
| 51791 | TORRES QUIRINDONGO, MIVIAN | Commonwealth of Puerto Rico |
| 54009 | MARTINEZ HERNANDEZ, BLANCA I. | Commonwealth of Puerto Rico |
| 56107 | KERCADO SANCHEZ, EDNA MARIA | Commonwealth of Puerto Rico |
| 56646 | CAMACHO QUINONES, CLARIBEL | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 57605 | FALCON AYALA, JEANNETTE | Commonwealth of Puerto Rico |
| 58788 | PEREZ TORRES, BLANCA I | Commonwealth of Puerto Rico |
| 59072 | RAMOS DIAZ, MILDRED A | Commonwealth of Puerto Rico |
| 60388 | CARRERAS SANTIAGO, MARILYN | Commonwealth of Puerto Rico |
| 61696 | DOMENECH TOLEDO, SARA | Commonwealth of Puerto Rico |
| 62712 | MALDONADO BLANCO, CARMEN M. | Commonwealth of Puerto Rico |
| 63000 | MALDONADO BLANCO, CARMEN M. | Commonwealth of Puerto Rico |
| 70841 | MALDONADO CRUZ, MARIA M | Commonwealth of Puerto Rico |
| 72847 | LUGO SANTANA, INES M | Commonwealth of Puerto Rico |
| 73965 | MARRERO GARCIA, MIRIAM | Commonwealth of Puerto Rico |
| 74709 | LEDESMA-MOULIER , ZENAIDA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 74891 | RODRIGUEZ OQUENDO, CATALINA | Commonwealth of Puerto Rico |
| 75170 | MUNOZ FRANCESCHI, IRAIDA MARGARITA | Commonwealth of Puerto Rico |
| 76801 | PADILLA RODRIGUEZ, GLENN A. | Commonwealth of Puerto Rico |
| 78037 | MARTINEZ MENENDEZ , WILLIAM | Commonwealth of Puerto Rico |
| 78327 | COLON MALDONADO, ADELAIDA | Commonwealth of Puerto Rico |
| 79322 | GONZALEZ RODRIGUEZ, JUANA | Commonwealth of Puerto Rico |
| 79678 | RIOS CRESPO, ADA CARMEN | Commonwealth of Puerto Rico |
| 84680 | CRUZ VELEZ, SARA IVETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 86448 | COLON MALDONADO, ADELAIDA | Commonwealth of Puerto Rico |
| 90249 | MUNOZ RODRIGUEZ, ZULMA | Commonwealth of Puerto Rico |
| 91025 | TORRES QUIRINDONGO, MILDRED | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 91689 | RIOS CRESPO, CARMELO | Commonwealth of Puerto Rico |
| 93720 | COLON NEGRON, CARLOTA | Commonwealth of Puerto Rico |
| 94112 | VAZQUEZ MASSA, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 95694 | VAZQUEZ MASSA, MILAGROS | Commonwealth of Puerto Rico |
| 97969 | COLON NEGRON , CARLOTA | Commonwealth of Puerto Rico |
| 98849 | CORDERO ACEVEDO, EVELYN | Commonwealth of Puerto Rico |
| 99225 | OLIVERAS, NORMA I. | Commonwealth of Puerto Rico |
| 99796 | TORRES VEGA, ELBA IRIS | Commonwealth of Puerto Rico |
| 101137 | ALVARADO CASIANO, ELBA L. | Commonwealth of Puerto Rico |
| 103321 | COLON NEGRON, CARLOTA | Commonwealth of Puerto Rico |
| 103772 | PEREZ LEON, ZULMA E | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 107065 | CARRERAS AMADEO, CHRISTINE | Commonwealth of Puerto Rico |
| 108897 | COLON VAZQUEZ, NANCY R | Commonwealth of Puerto Rico |
| 110374 | BENITEZ-MUNOZ, ROBERTO | Commonwealth of Puerto Rico |
| 110962 | RIVERA ALONSO, MARIA M. | Commonwealth of Puerto Rico |
| 111673 | RAMOS CRUZ, MARIA | Commonwealth of Puerto Rico |
| 112436 | NEGRON, CARLOTA COLON | Commonwealth of Puerto Rico |
| 113415 | MELENDEZ GONZALEZ, ANGEL L. | Commonwealth of Puerto Rico |
| 113439 | TORRES HERMIDAS, CARMEN M. | Commonwealth of Puerto Rico |
| 115150 | GUEITS ORTIZ, JULIEMARIE | Commonwealth of Puerto Rico |
| 122439 | MATIAS PEREZ, JOSE A. | Commonwealth of Puerto Rico |
| 128176 | QUETELL VILARINO, FRANCISCO HUMBERTO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 133843 | FIGUEROA CONEA, LYDIA H. | Commonwealth of Puerto Rico |
| 135326 | ORTIZ TORRES, SUHEIL | Commonwealth of Puerto Rico |
| 138231 | CRUZ MADERA, WALTER L. | Commonwealth of Puerto Rico |
| 140808 | RIVERA PENA, SONIA MARIA | Commonwealth of Puerto Rico |
| 143112 | ACOSTA VINCENTY, MILTON | Commonwealth of Puerto Rico |
| 144397 | GONZALEZ ALAVA, BERTHA I. | Commonwealth of Puerto Rico |
| 145359 | AGUIRRE FIGUEROA, EDWIN E. | Commonwealth of Puerto Rico |
| 148549 | ORTIZ HERNANDEZ, GLADYS M. | Commonwealth of Puerto Rico |
| 149658 | ROLDAN BURGOS, FERNANDO | Commonwealth of Puerto Rico |
| 150402 | SANTIAGO BURGOS, IVONNE | Commonwealth of Puerto Rico |
| 153011 | TORRES RODRIGUEZ, MYRNA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 160763 | CARTAGENA SANTIAGO, WALESKA | Commonwealth of Puerto Rico |
| 161362 | ACOSTA VINCENTY, EVELYN | Commonwealth of Puerto Rico |
| 166526 | COLON NEGRON, NILDA L. | Commonwealth of Puerto Rico |
| 167970 | TORRES RIVERA, HELEN | Commonwealth of Puerto Rico |

**EXHIBIT B**

| Claim | Claimant | Debtor |
|---|---|---|
| 3281 | VILEZ VILEZ, FRANCIS | Commonwealth of Puerto Rico |