**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

**ORDER GRANTING URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES TO FILE A RESPONSE TO FIVE HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION AS TO CLAIM 74306**

Upon the Urgent *Consented Motion for Extension of Deadlines to File Response to Omnibus Objection* (the "Urgent Motion");[2] filed by creditor O'Neill Security & Consultant Services, Inc. (O'Neill) and the Court has found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307, and the Court has found that the relief requested in the Urgent Motion is in the best interests of O'Neill and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein have the meanings given to such terms in the Urgent Motion.

the Commonwealth of Puerto Rico, and the Court has found that it has been provided adequate and appropriate notice of the Urgent Motion under the circumstances and no other or further notice is required, and the Court having reviewed the Urgent Motion; the Court has determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

1. ORDERED that the Urgent Consented Motion for Extension of Deadlines to File a Response to Five Hundred Eighty-Fifth Omnibus Objection as to Claim 74306 is granted as set forth herein.

2. ORDERED that the deadline to respond to the 585 Omnibus Objection by O'Neill Security & Consultant Services (Claim 74306) shall be extended by thirty (30) days, from August 14, 2023, to **September 13, 2023.**

Dated: August _____, 2023.

_____
Honorable Judge Laura Taylor Swain
United States District Judge