#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al**<br><br>**Debtors** | **PROMESA**<br>**TITLE III**<br><br>**CASE NO. 17-BK 3283 - LTS**<br><br>**(Jointly Administered)** |

#### MOTION REQUESTING BRIEF EXTENSION OF TIME UNTIL FRIDAY, AUGUST 18, 2023, TO FILE A RESPONSE TO OBJECTION TO CLAIM FILED BY THE MUNICIPALITY OF MAYAGUEZ

**COMES NOW** the undersigned attorney, who respectfully states and prays as follows:

1. The undersigned attorneys are counsel for the Municipality of Mayaguez.

2. Pending before this Honorable Court is last week the Financial Oversight and Management Board's (FOMB) objection to, among others, claim #154568 filed by the Municipality of Mayaguez, which objection was assigned to the undersigned by the Municipality last week.

3. The undersigned is currently outside the jurisdiction of Puerto Rico which had been scheduled prior to receiving the assignment from the Municipality, but planning to work on a response by the deadline set forth by the Court of August 14, 2023, at 4:00 P.M.

4. However, the undersigned while on his current stay, suffered the unexpected loss of an immediate family member, which prompted tending to that matter.

5. Additionally, information that the Municipality was in the process of clarifying to file a response, has not yet been received, and given today's afternoon deadline, and the aforementioned personal event, will be hard-pressed to comply with the response by the deadline set forth by the Court in a fashion to best oversee the interests of the Municipality of Mayaguez. The undersigned, however, is scheduled to return to Puerto Rico tomorrow, August 15th, 2023, and returning to the office on August 16th, 2023.

6. Based on the foregoing, it is respectfully requested that, on behalf of the Municipality of Mayaguez, a brief extension of time until Friday, **August 18th, 2023**, is afforded to file the corresponding response.

**WHEREFORE**, the undersigned respectfully requests from this Honorable Court to grant the instant motion, and consequently, grant the Municipality of Mayaguez the extension requested.

**IT IS HEREBY CERTIFIED** that on this date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

Respectfully submitted, this August 14th, 2023.

**ALDARONDO & LOPEZ BRAS, LLC**

*Attorneys for the Municipality of Mayaguez.*

**ALB Plaza, Suite 400**
**16 Las Cumbres Ave. (Road 199)**
**Guaynabo, Puerto Rico 00969**
**Tel. (787) 474-5447**


*/s/ Iván M. Castro -Ortiz*
**IVÁN M. CASTRO - ORTIZ**
USDCPR No. 214703
Email: icastro@alblegal.net