**From:** Angel E. Rotger-Sabat <arotger@scvrlaw.com>
**Sent:** Thursday, June 8, 2023 9:32 AM
**To:** hermann.bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; dperez@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com
**Cc:** Ramon Coto-Ojeda <rco@crlawpr.com>; Wanda Mossetty <wmm@crlawpr.com>; Lcdo. William Maisonet Rodriguez <bufetemaisonet@yahoo.com>; Yoshira Montes <ymontes@scvrlaw.com>
**Subject:** The Financial Oversight and Management Board for PR - Lift Stay Notice for Case NO. 13-1360 // O/File no. 608-1

Greetings:

As you know, counsel Ramón Coto-Ojeda, and I represent the interests of our client, Robert A. Díaz-Morales, in the matter of Case No. 13-1360 (ADC), *Robert Anel Diaz-Morales v. Limaris Cruz-Vélez, et al.* This action was stayed under the Commonwealth's PROMESA case.

We write to you because we still have not received a response to our May 5,2023-letter giving you notice of our client's intent to file a Motion for Relief from Stay. We wish to reach an agreement in the manner of some sort of monetary compensation for our client before having to file the Motion for Relief from Stay pursuant to the latest Amended Case Management Procedure Order in the matter of Case no. 17-03283 (LTS), In re the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico.

Attached is the Lift Stay Notice sent on May 5, 2023, for ease of reference.

Therefore, we ask you to meet and confer with us in order to try to reach an agreement.

Please, let us know your availability.

Truly,

Angel E. Rotger Sabat, Esq.



Saldaña, Carvajal & Vélez-Rivé, PSC
166 Ave. de la Constitución
San Juan, PR  00901
Tel. (787) 289-9250
Fax. (787) 289-9253
Cel. (787) 402-5670
e-mail: arotger@scvrlaw.com
http://www.scvrlaw.com

**Please consider the environment before printing this e-mail.**

CONFIDENTIALITY NOTE:  This communication contains information belonging to Saldaña, Carvajal & Vélez-Rivé, P.S.C., which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of said information is strictly prohibited.  If you have received this communication by error, please notify us immediately.