UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING LIGHTHOUSE GROUP LLC'S MOTION
FOR EXTENSION OF TIME TO FILE REPLY TO ECF 24749

Upon consideration of *Lighthouse Group LLC's Motion for Extension of Time to File Reply to ECF 24749* (Docket Entry No. 24874 in Case No. 17-3283) (the "Urgent Motion") filed by Lighthouse Group, LLC ("Lighthouse"), and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under section 306 of PROMESA, 48 U.S.C. § 2166; and venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167; and the court having reviewed the Urgent Motion and determined that the legal and factual bases set forth therein

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

establish just cause for the relief requested in the Urgent Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is hereby granted as set forth herein.

2. Lighthouse's deadline to file its response to the *Five Hundred Seventy-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* (Docket Entry No. 24749 in Case No. 17-3283) (the "Omnibus Objection") will be **September 1, 2023**.

3. Solely with respect to Lighthouse's proof of claim, the hearing on the Omnibus Objection is hereby adjourned to the omnibus hearing scheduled for **October 4, 2023**, at **9:30 a.m. (Atlantic Standard Time)**.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

5. This Order resolves Docket Entry No. 24874 in Case No. 17-3283.

SO ORDERED.

Dated: August 14, 2023

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE