# EXHIBIT 1

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 JUL 28 PM 3:59

FILING OF RESPONSE TO OMNIBUS OBJECTION

PUERTO RICO RETIREMENT SYSTEM

CASE: 17-03283-LTS DON#14474-3 FILED: 10/06/20

EHIBIT C      PAGE 53 PAGE OF 153 NAME# 319

CLAIM NUMBER: 42345

DEBTOR: GOVERNMENT OF PUERTO RICO RETIREMENT SYSTEM

AMOUNT: $60,362.25

Good afternoon.

My claim appears listed in Exhibit C, but it is incorrectly recorded, which is the reason why I failed to respond to the claim. I am sending evidence of what I am stating in this response.

CONTACT INFORMATION

Mailing Address:

PO BOX 3501 PMB 218

JUANA DÍAZ, PUERTO RICO 00795

Telephone:

787-249-8820

E-mail:

garrigalizzy@gmail.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

REASON:

I AM BOTH MAKING A CLAIM AND INDICATING THE REASON WHY I DID NOT RESPOND TO THE SAID CLAIM. MY NAME WAS RECORDED INCORRECTLY, SO WHEN I WAS LOOKING FOR IT—GARRIGA ORTIZ, LIZZETTE—AND NOT SEEING IT LISTED, I DID NOT RESPOND. NOW, WHEN LOOKING AT IT AGAIN, I NOTICED THAT MY NAME WAS ALWAYS RECORDED INCORRECTLY.  I WANT IT TO BE CORRECTED AND TO BE GIVEN THE OPPORTUNITY FOR MY CLAIM TO BE CONSIDERED AND PROCEED WITH IT. THE ERROR WAS NOT MINE, AND THEREFORE, I DESERVE TO HAVE MY CLAIM CONSIDERED ACCORDINGLY. I AM SENDING ALL THE EVIDENCE TO FILE IT SO THAT THE COURT MAY TAKE MY OMNIBUS OBJECTION IN RELATION TO MY CLAIM INTO ACCOUNT.

THE NAME THAT APPEARS IN EXHIBIT C

NAME

#319    ORTIZ LIZZETTE GARRIGA

THE CORRECT NAME THAT SHOULD APPEAR IN EXHIBIT C

NAME

#319    GARRIGA ORTIZ, LIZZETTE

EVERY TIME I SEARCHED I DID IT USING GARRIGA, WHICH IS MY PATERNAL LAST NAME, AND NOT ORTIZ, WHICH IS MY MATERNAL LAST NAME AND THEREFORE INCORRECT.

_[signature]_                                                                       _July 25, 2023_
CLAIMANT'S SIGNATURE                                                  DATE

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

**SUPPORTING DOCUMENTS**

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

SRF 46809

**Presentment Date**: October 14, 2020
**Objection Deadline**: October 13, 2020 at 5:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) <br><br><br> **This filing relates to the Commonwealth, HTA, and ERS** |

### NOTICE OF PRESENTMENT OF PROPOSED ORDER (A) GRANTING IN PART THE EIGHTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED ON SALARY DEMANDS, EMPLOYMENT OR SERVICES PROVIDED, (B) APPROVING FORM OF NOTICE FOR CLAIMS TO BE SET FOR HEARING, AND (C) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that, on October 6, 2020, the Commonwealth of Puerto Rico

(the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:24883-1 Filed:08/14/23 Entered:08/14/23 16:14:09 Desc:
Exhibit 1 Page 6 of 19

Case:17-03283-LTS Doc#:24817-1 Filed:07/31/23 Entered:07/31/23 13:23:07 Desc:
Exhibit Page 3 of 14

Case:17-03283-LTS Doc#:14474-3 Filed:10/06/20 Entered:10/06/20 21:20:49 Desc:
Exhibit C Page 1 of 154

# Exhibit C

## Schedule of Deficient Claims to Be Disallowed via Notice of Presentment

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Ortiz, Lizzette Garriga | 42345 | 6/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $60,362.25 |
| Reason: | | | Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Ortiz, Lizzette Garriga | 42345 | 6/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $60,362.25 |
| Base para: | | | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra dicho sistema, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

Case:17-03283-LTS Doc#:24883-1 Filed:08/14/23 Entered:08/14/23 16:14:09 Desc:
Exhibit 1 Page 8 of 19

Case:17-03283-LTS Doc#:24817-1 Filed:07/31/23 Entered:07/31/23 13:23:07 Desc:
Exhibit C Page 54 of 154
Exhibit Page 5 of 14

# Eighty-First Omnibus Objection
## Exhibit C - Schedule of Deficient Claims to be Disallowed via Notice of Presentment

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 316 | ORTIZ, ANA L.<br>PO BOX 648<br>OROCOVIS, PR 00720-0648 | 6/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46505 | $ 500.00* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 317 | ORTIZ, JOHANNA<br>227 CALLE E PARQUE ARCOIRIS 311<br>TRUJILLO ALTO, PR 00976 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41586 | $ 12,000.00 |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 318 | ORTIZ, JOSIAN COLON<br>HC 01 BOX 3517<br>VILLALBA, PR 00766 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47401 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 319 | ORTIZ, LIZZETTE GARRIGA<br>P.O. BOX 3501 PMB 218<br>JUANA DIAZ, PR 00795 | 6/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 42345 | $ 60,362.25 |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 320 | ORTIZ, LORIANNIE VELEZ<br>PO BOX 656<br>VICTORIA STATION<br>AGUADILLA, PR 00605 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56529 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 321 | ORTIZ, LOURDES<br>URB. EL VEDADO 123 ALMIRANTE PINZON<br>SAN JUAN, PR 00918 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 55665 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

**Argument: I always searched myself under Garriga, not Ortiz**

Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.



/Government of Puerto Rico. Teachers Retirement System (SRM)/

Retirement Services Area
RETIREMENT APPLICATION FORM

Page 1 of 2

| I. TYPE OF PENSION REQUESTED |||||||
|---|---|---|---|---|---|---|
| ☐ Merit | ☒ Years of Service and Age | | ☐ Age | ☐ Deferred | ☐ Disability | ☐ Supplementary |

I am requesting retirement benefits in accordance with the provisions of any laws and regulations applicable to the benefits structure under which I have contributed

| II. APPLICANT INFORMATION |||||
|---|---|---|---|---|
| Name | Social Security | Date of Birth (M-D-Y) | Gender | Employee No. |
| LIZZETTE GARRIGA ORTIZ | 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 | 12-03-1964 | Female | 61350 |
| Marital Status | Landline and Mobile Telephone Number || E-mail ||
| Married | 787-249-8820 || garrigalizzy@gmail.com ||
| Mailing Address || Residential Address | ☐ Same as Mailing ||
| PO BOX 3501 PMB 218<br>JUANA DIAZ, PR 00795-3501 || BO SINGAPUR 214 CALLE 8<br>JUANA DIAZ, PR 00795 |||
| Agency Where You Work | Town Where You Work | Job Title | Date of Resignation (M-D-Y) ||
| DEPT. OF EDUCATION – TEACHER | JUANA DIAZ | ART TEACHER | 07-31-2022 ||

| Name, Address, and Telephone Number of Close Relative (applies only to Disability Applications) |||||
|---|---|---|---|---|
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| SRM Loans | Yes | Type of Loan(s) | ☒ Mortgage | ☐ Personal | ☐ Cultural Trip |
| AEELA Loans | Yes | Type of Loan(s) | ☐ Mortgage | ☒ Personal | |

| Please, indicate if you are a beneficiary or are in the process of receiving a Disability Pension |||
|---|---|---|
| No | Name of the entity to which you made the claim and/or that granted the disability benefit | Date Granted (M-D-Y) |
| | | |

### III. Time Purchased

I, LIZZETTE GARRIGA ORTIZ   [Am Not]   interested in availing myself of the provisions under Article 2.11 of Act 26 of April 29, 2017, "Compliance with the Fiscal Plan Act." This, in order to complete the benefit of:

☐ 30 Years of Service    ☐ 10 Years of Service

☐ 25 Years of Service    ☐ Maximum amount per vacation balance

It is important to note that the certified time may vary if differences are found in the Change Report submitted by the Employer and/or if there are future cancellations between accounts that affect SRM contributions. Likewise, **the Participant must continue to contribute into the SRM until the projected retirement date**.

### IV. Direct Deposit

| Bank Name | Routing and Transit Number | Account Number | Account Type |
|---|---|---|---|
| 1FIRST BANK | 221571473 | 3106423759 | Checking |

235 Ave. Arterial Hostos, Edif. Capital Centr
Torre Norte, Hato Rey
PO Box 191879, San uan PR 00919-1879

SRM
Sistema de Retiro para Maestros

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



/Government of Puerto Rico. Teachers Retirement System (SRM)/

Page 2 of 2

### V. AUTHORIZATION FOR THE RELEASE OF INFORMATION (DISABILITY)

I [Do Not] authorize the Teachers Retirement System to access my Work or Medical History for use by any Agency; State, Municipal, or Federal Department; and/or Private or Public Agency outside of Puerto Rico for use in an Official Investigation if necessary.

### VI. CERTIFICATION

I **certify** that all the information provided in this form is true and accurate and **Authorize** the SRM personnel to proceed in accordance with the undersigned's request. Issued in  JUANA DIAZ , Puerto Rico, on this   01-13-2022   .

Date (m-d-y)

   Electronic Filing Number 5664   .
Signature

235 Ave. Arterial Hostos, Edif. Capital Centr
Torre Norte, Hato Rey
PO Box 191879, San uan PR 00919-1879
Tel. (787)777-1414, Fax (787)759-2883 * www.srm.pr.gov



*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



## DEPARTMENT OF EDUCATION
COMMONWEALTH OF PUERTO RICO

# Life Certificate

The Secretary of Education hereby issues to

LIZZETTE GARRIGA ORTIZ

This Certificate that entitles the holder to perform as

TEACHER OF VISUAL ARTS

in any public or private schools of Puerto Rico

Issued on January 27, 2014

Issued in San Juan, Puerto Rico, on January 27, 2014

Rafael Román Meléndez
*Secretary of Education*

Certificate Number: 1004475

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



GOVERNMENT OF PUERTO RICO
DEPARTMENT OF EDUCATION
Teacher Certifications Division

# Letter of Teacher Certificates Awarded

I hereby certify that **Lissette Garriga Ortiz** (XXX-XX-6759) has earned the following teaching certificates:

| Type | Number | Category | Effective Date |
|---|---|---|---|
| Lifetime | # 1004475 | TEACHER OF VISUAL ARTS | As of January 27, 2014 |

As of the date of issuance of this document, the above referenced certificates have not been suspended, annulled, or cancelled.

This certification is issued today, August 2, 2022.

*[signature]*

Aixamar González Martínez
Director
Teacher Certifications Division

*The information shown in this document is according to the data recorded in the Human Resources system. If you believe there to be an issue or discrepancy with the data shown, you may go to the Office of the Assistant Secretary of Human Resources, or call 787-773-2584, 2561, 2461, 2573, 2459.*

P.O. Box 190759, San Juan PR 00919-0759



The Department of Education does not discriminate on the basis of age, race, color, gender, birth, veteran status, political or religious ideology, national origin, social status, sexual orientation or gender identity, physical or mental disability or impediment, or status as victim of domestic violence or sexual assault or stalking.

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



**GOVERNMENT OF PUERTO RICO**

DEPARTMENT OF EDUCATION

Office of the Assistant Secretary of Human Resources

February 15, 2022

To Whom It May Concern:

I hereby certify that **LISSETTE GARRIGA ORTIZ**, social security number **XXX-XX-6759**, has worked in our Agency since **May 23, 1994 to date.**

She currently holds a position as a **K-12 Fine Arts (Visual Arts) Teacher** at **LUIS MUNOZ MARIN, PONCE Regional Educational Office** and earns a monthly salary of **$2,696.67.**

If you have any questions or need additional information, please contact the Files Division of the Office of the Assistant Secretary of Human Resources.

*[signature]*

Frances M. Pelet Román
Assistant Secretary of Human Resources

*The information shown in this document is according to the data recorded in the Human Resources system. If you believe there to be an issue or discrepancy with the data shown, you may go to the Office of the Assistant Secretary of Human Resources, or call 787-773-3074, 3025, 3051, 3035.*

P.O. Box 190759, San Juan PR 00919-0759



The Department of Education does not discriminate on the basis of age, race, color, gender, birth, veteran status, political or religious ideology, national origin, social status, sexual orientation or gender identity, physical or mental disability or impediment;

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



**GOVERNMENT OF PUERTO RICO**
RETIREMENT BOARD OF THE GOVERNMENT OF PUERTO RICO

# CERTIFICATION

I hereby certify that the following information concerning the life pension of teacher Lizzette Garriga Ortiz, social security number ending on 6759

| Pension Effective Date | August 6, 2022 |
|---|---|
| **Monthly Pension** | $1,233.58 |
| **Annual Pension** | $14,802.96 |

This certification is issued today, May 15, 2023, in San Juan, Puerto Rico.

*Cynthia Sanjurjo Santos*
Supervisor
Guidance Services Area

Avenida Arterial Hostos 235 - Capital Center - Torre Norte piso 8 | PO Box 191879, San Juan, PR 00919-1879

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

| 081 Department of Education – Classified | | Payment Group: | IRR – Biweekly (per hour) | Notice #: | 6448566 |
|---|---|---|---|---|---|
| Ave. Teniente Cesar Gonzalez | | From: | 02/16/2023 | Notice Date: | 02/28/2023 |
| Esquina Calaf | | To: | 02/28/2023 | | |
| HATO REY, PR 00919 | | | | | |

| **LIZZETTE GARRIGA ORTIZ** | Employee #: | J582376759 | DATA IMP | Federal | PR |
|---|---|---|---|---|---|
| DEPARTMENT OF EDUCATION | Department: | 8105088- Ponce Reg. Ponce | Marital Status: | Single | Single |
| HATO REY, PR 00917 | Place: | Ponce Educational Region | Concessions: | 0 | 0 |
| | Title: | DEPARTMENT OF EDUCATION | Addtl. %: | | |
| SS: 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 | Salary: | $25.000000 Hourly | Addtl. Amt.: | | |

| HOURS AND INCOME | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | -----Current----- | | -----Accrued----- | | | | |
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of regular wages | | | 810.00 | | 1,530.00 | Fed FICA Med Hospital Ins. /EE | 11.75 | 22.19 |
| | | | | | | Fed OASDI/Disability – EE | 50.22 | 94.86 |
| | | | | | | PR Withholding | 20.24 | 27.88 |
| Total: | | | 810.00 | | 1,530.00 | Total: | 82.21 | 144.93 |

| DEDUCTIONS | | | GENERAL DEDUCTIONS | | | EMPLOYER BENEFITS PAID | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
| | | | | | | FSED Disability Plan | 14.58 | 27.54 |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | * Taxable | | |

| | GROSS TOTAL | GROSS FED. TAX | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 810.00 | 0.00 | 82.21 | 0.00 | 727.79 |
| Accrued: | 1,530.00 | 0.00 | 144.93 | 0.00 | 1,385.07 |

| Vacation | Hours | Sick Days | Hours | Comp. Time | Hours | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | 0.00 | Previous Balance | 0.00 | Previous Balance | 0.00 | | Notice # 6448566 | 727.79 |
| + Accrued: | 0.00 | + Accrued: | 0.00 | + Accrued: | 0.00 | | | |
| - Used: | 0.00 | - Used: | 0.00 | - Used: | 0.00 | | Total: | 727.79 |
| Final Balance: | 0.00 | Final Balance: | 0.00 | Final Balance: | 0.00 | | | |

**Leave balances correspond to the period of:**

**MESSAGE:**

| **Department of Education – Classified** | **Date** | **Notice No.** |
|---|---|---|
| Ave. Teniente Cesar Gonzalez | 02/28/2023 | 6448566 |
| Esquina Calaf | | |
| HATO REY, PR 00919 | | |

**Deposit Amount:**      $ 727.79

**Into de Account of:**      **LIZZETTE GARRIGA ORTIZ**
DEPARTMENT OF EDUCATION
HATO REY, PR 00917

Location: Ponce Educational Region

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Checking | XXXXXXXXXX | 727.79 |
| | Total: | 727.79 |

# NON-NEGOTIABLE

Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.

| 080 Department of Education – Teachers<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Payment Group: SM – Biweekly<br>From: 03/17/2022<br>To: 03/30/2022 | Notice #: 9635541<br>Notice Date: 03/14/2022 |
|---|---|---|

| **LISSETTE GARRIGA ORTIZ**<br>6INTERIOR SAN SEBASTIAN<br>SAN GERMAN, PR 00683<br>SS: 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 | Employee #: 582376759<br>Department: 8005137- SANTA ISABEL-PONCE<br>Place: LUIS MUNOZ MARIN<br>Title: DEPARTMENT OF EDUCATION<br>Salary: $2,696.67 Monthly | **DATA IMP**   Federal   PR<br>Marital Status: Married   Claiming no personal exemp.<br>Concessions: 0<br>Addtl. %: 0<br>Addtl. Amt.: |
|---|---|---|

### HOURS AND INCOME / TAXES

| | | -----Current----- | | -----Accrued----- | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of regular wages | | | 1,384.34 | 318.00 | 6,741.70 | Fed FICA Med Hospital Ins. /EE | 19.55 | 97.75 |
| | | | | | | PR Withholding | 61.95 | 309.75 |
| Total: | | | 1,384.34 | 318.00 | 6,741.70 | Total: | 81.50 | 407.50 |

### DEDUCTIONS / GENERAL DEDUCTIONS / EMPLOYER BENEFITS PAID

| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
|---|---|---|---|---|---|---|---|---|
| GPR Teacher Retirement Plan | 121.35 | 606.75 | RM-Mort. Loan-Teacher Retirement | 251.98 | 1,259.90 | FSED Disability Plan | 22.92 | 114.60 |
| | | | AE- Comm. Emp. Assoc.-Reg. Prest | 273.93 | 1,369.65 | SM-First Medical Health Plan | 0.00 | 240.00 |
| | | | SM-First Medical Health Plan | 181.00 | 905.00 | | | |
| | | | CO-FED TEACHER COOP | 44.00 | 220.00 | | | |
| | | | SC- TRANS OCEANIC LIFE | 26.98 | 134.90 | | | |
| | | | SC-MULTINATIONAL LIFE INS | 27.88 | 139.40 | | | |
| | | | OS-AMPR LOCAL UNION MEM | 8.50 | 42.50 | | | |
| | | | Savings - AEELA | 53.93 | 269.65 | | | |
| Total: | 121.35 | 606.75 | Total: | 868.20 | 4,341.00 | * Taxable | | |

| | GROSS TOTAL | GROSS FED. TAX | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,384.34 | 0.00 | 81.50 | 989.55 | 277.29 |
| Accrued: | 6,741.70 | 0.00 | 407.50 | 4,947.75 | 1,386.45 |

| Vacation | Hours | Sick Days | Hours | Comp. Time | Hours | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|
| Previous Balance | 0.00 | Previous Balance | 0.00 | Previous Balance | 0.00 | | Notice # 9635541 | 277.29 |
| + Accrued: | 0.00 | + Accrued: | 0.00 | + Accrued: | 0.00 | | | |
| - Used: | 0.00 | - Used: | 0.00 | - Used: | 0.00 | | Total: | 277.29 |
| Final Balance: | 0.00 | Final Balance: | 0.00 | Final Balance: | 0.00 | | | |

**Leave balances correspond to the period of:**

**MESSAGE:**

| **Department of Education – Teachers**<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | **Date**<br>3/14/2022 | **Notice No.**<br>9635541 |
|---|---|---|

| **Deposit Amount:** | **$ 277.29** |
|---|---|
| **Into de Account of:** | **LISSETTE GARRIGA ORTIZ**<br>6INTERIOR SAN SEBASTIAN<br>SAN GERMAN, PR 00683<br><br>Location: LUIS MUNOZ MARIN |

| **DIRECT DEPOSIT DISTRIBUTION** | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Checking | XXXXXXXXXX | 277.29 |
| Total: | | 277.29 |

## NON-NEGOTIABLE

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*

| 080 Department of Education – Teachers<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | Payment Group: SM – Biweekly<br>From: 03/02/2022<br>To: 03/16/2022 | Notice #: 9378842<br>Notice Date: 02/25/2022 |
|---|---|---|

| **LISSETTE GARRIGA ORTIZ**<br>6INTERIOR SAN SEBASTIAN<br>SAN GERMAN, PR 00683<br>SS: 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 | Employee #: 582376759<br>Department: 8005137- SANTA ISABEL-PONCE<br>Place: LUIS MUNOZ MARIN<br>Title: DEPARTMENT OF EDUCATION<br>Salary: $2,696.67 Monthly | **DATA IMP**  Federal  PR<br>Marital Status: Married  Claiming no personal exemp.<br>Concessions: 0<br>Addtl. %: 0<br>Addtl. Amt.: |
|---|---|---|

| **HOURS AND INCOME** | | | | | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| | | -----Current----- | | -----Accrued----- | | | | |
| Description | Salary | Hours | Income | Hours | Income | Description | Current | Accrued |
| Payment of regular wages | | | 1,384.34 | 258.00 | 5,393.36 | Fed FICA Med Hospital Ins. /EE | 19.55 | 78.20 |
| | | | | | | PR Withholding | 61.95 | 247.80 |
| Total: | | | 1,384.34 | 258.00 | 5,393.36 | Total: | 81.50 | 326.00 |

| **DEDUCTIONS** | | | **GENERAL DEDUCTIONS** | | | **EMPLOYER BENEFITS PAID** | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | Accrued | Description | Current | Accrued | Description | Current | Accrued |
| GPR Teacher Retirement Plan | 121.35 | 485.40 | RM-Mort. Loan-Teacher Retirement | 251.98 | 1,007.92 | SM-First Medical Health Plan | 120.00 | 240.00 |
| | | | AE- Comm. Emp. Assoc.-Reg. Prest | 273.93 | 1,095.72 | FSED Disability Plan | 22.92 | 91.68 |
| | | | SM-First Medical Health Plan | 181.00 | 724.00 | | | |
| | | | CO-FED TEACHER COOP | 44.00 | 176.00 | | | |
| | | | SC- TRANS OCEANIC LIFE | 26.98 | 107.92 | | | |
| | | | SC-MULTINATIONAL LIFE INS | 27.88 | 111.52 | | | |
| | | | OS-AMPR LOCAL UNION MEM | 8.50 | 34.00 | | | |
| | | | Savings - AEELA | 53.93 | 215.72 | | | |
| Total: | 121.35 | 485.40 | Total: | 868.20 | 3,472.80 | * Taxable | | |

| | GROSS TOTAL | GROSS FED. TAX | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,384.34 | 0.00 | 81.50 | 989.55 | 277.29 |
| Accrued: | 5,393.36 | 0.00 | 326.00 | 3,958.20 | 1,109.16 |

| Vacation | Hours | Sick Days | Hours | Comp. Time | Hours | **NET PAY DISTRIBUTION** | |
|---|---|---|---|---|---|---|---|
| Previous Balance | 0.00 | Previous Balance | 0.00 | Previous Balance | 0.00 | Notice # 9378842 | 277.29 |
| + Accrued: | 0.00 | + Accrued: | 0.00 | + Accrued: | 0.00 | | |
| - Used: | 0.00 | - Used: | 0.00 | - Used: | 0.00 | Total: | 277.29 |
| Final Balance: | 0.00 | Final Balance: | 0.00 | Final Balance: | 0.00 | | |

**Leave balances correspond to the period of:**

**MESSAGE:**

| **Department of Education – Teachers**<br>Avenida Teniente Cesar Gonzalez<br>Esquina Calaf<br>HATO REY, PR 00919 | **Date**<br>02/25/2022 | **Notice No.**<br>9378842 |
|---|---|---|

**Deposit Amount:**   $ 277.29

**Into de Account of:**   **LISSETTE GARRIGA ORTIZ**
6INTERIOR SAN SEBASTIAN
SAN GERMAN, PR 00683

Location: LUIS MUNOZ MARIN

| **DIRECT DEPOSIT DISTRIBUTION** | | |
|---|---|---|
| Account Type | Account No. | Deposit Amount |
| Checking | XXXXXXXXXX | 277.29 |
| Total: | | 277.29 |

## NON-NEGOTIABLE

Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.



*Certified to be a correct and true translation from the source text in Spanish to the target language English. 10 / AUGUST / 2023 – PHILLIP BERRYMAN ATA-certified Spanish-English [432118] by Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Motion for Reconsideration - Lizzette Garriga Ortiz**

Signed this 10th day of August, 2023



Phillip Berryman