TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

IN RE:

JUNTA DE SUPERVISION Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO

    COMO REPESENTANTE DEL

ESTADO LIBRE ASOCIADO DE PUERTO RICO

ET AL.,

    DEUDORES,

PROMESA

TITULO III

NÚMERO: 17-BK-3283-LTS

(ADMINISTRADO CONJUNTAMENTE)

LA PRESENTE RADICACIÓN GUARDA RELACIÓN CON EL E.L.A.

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 AUG 14 PM 2:39

## MOCIÓN

MI NOMBRE ES NILDA OQUENDO GONZÁLEZ, SOY MAYOR DE EDAD, SOLTERA, RESIDENTE EN CAROLINA, PUERTO RICO Y EMPLEADA DEL GOBIERNO DE PUERTO RICO.

PRESENTÉ DEMANDA PARA COBRAR AL GOBIERNO DE PUERTO RICO MI DINERO DEL RETIRO CON LAS EVIDENCIA NECESARIAS.

ACABO DE RECIBIR UN DOCUMENTO CON **NÚMERO DE RECLAMACIÓN 146120** DONDE MENCIONA QUE ADJUDICAN $12.50 COM LIQUIDADO Y ADMITIDO.

HAGO CONSTAR QUE LOS FONDOS DESCONTADOS DE MI SUELDO POR 37 AÑOS DE SERVICIO PARA MI RETIRO DE SOBREPASAN ACTUALMENTE LOS $60,000.00 Y NO LOS QUIERO PERDER.

SOLICITO ACEPTEN MI OBJECIÓN Y DE SER POSIBLE ME ASIGNEN UN ABOGADO DE OFICIO O ALGÚN PERSONAL QUE ME ORIENTE.

EN CAROLINA, PUERTO RICO, HOY 14 DE AGOSTO DE 2023.

_____
NILDA OQUENDO GONZÁLEZ
P. O. BOX 580 CAROLINA, PUERTO RICO 00986
787-396-9882

**SECRETARÍA (CLERK'S OFFICE)**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS (UNITED STATES DISTRICT COURT)

SALA 150 EDIFICIO FEDERAL (FEDERAL BUILDING)

SAN JUAN (PUERTO RICO) 00918-1767

**ABOGADOS DE LA JUNTA DE SUPERVISIÓN (COUNSEL FOR THE OVERSIGHT BOARD)**

PROSKAUER ROSE LLP

ELEVEN TIME SQUARE

NUVA YORK, NUEVA YORK 10036-8299

ATTN: MARTIN J. BIENENSTOCK

BRIAN S. ROSEN

**ABOGADOS DEL COMITÉ DE ACREEDORES (COUNSEL FOR THE CREDITORS' COMMITTE)**

PAUL HASTINGS LLP

200 PARK AVENUE

NUEVA YORK, NUEVA YORK 10166