ASHFORD HOSPITAL

JOSE OLMO

AUG14

4:03:06 AM

FAST FT

*414416*

Favor devolver a la salida!