UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER CONCERNING MOTION FILED BY MARIA DEL R. CARRIÓN VEGA (DOCKET ENTRY NO. 24865)

       The Court has received and reviewed the motion filed on August 10, 2023 (Docket Entry No. 24865 in Case No. 17-3283) (the "Motion"), by Maria del R. Carrión Vega ("Movant") concerning payment of the claim asserted in proof of claim no. 3258.

       The Motion is written in the Spanish language, and no English language translation was provided. United States law and the Court's rules require that all documents submitted to the Court must be in English (or be translated into English). See 48 U.S.C. § 864; see also District of Puerto Rico Local Civil Rule 5(c). The Motion is therefore denied. The Court will consider the Motion if Movant submits it to the Court in English.

       The Oversight Board is hereby directed to take notice of the Motion, and the Court encourages the Oversight Board to contact Movant regarding the status of her claim prior

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to further formal motion practice.

       SO ORDERED.

Dated: August 15, 2023

                                                                   /s/ Laura Taylor Swain  
                                                                LAURA TAYLOR SWAIN  
                                                                United States District Judge