Adjuntas, PR 00601

August 3, 2023

RECEIVED AND FILED
CLERK'S OFFICE USDC PR

2023 AUG 14 PM5:03

Hon. Judge Laura Taylor Swain

United States District Judge / United States District Court

Room 150 federal BLDG / San Juan, P.R. 00918-1767

Hon. Judge Taylor Swain:

This is to let you know about the status of case no. 17-3283. By June 2022, I received
from Lic. Ignacio La Barca, information about an agreement on the request for money
related to my case in which he informed me that he will receive $4,500.00, which I sign
in agreement.  As of the date of this communication I have not received the money and I
feel disappointed and in great financial need.

For this reason, I turn to your person with the greatest respect so that my case can be
followed up and I can soon receive the money that I need so much.

Thank you in advance for your attention to this matter.

Very respectfully,

Iris Yolanda Miro Ramirez

Barrio Saltillo, Sector Los Condominios

HC 02 Box 6302

Adjuntas, P.R. 00601

June 20, 2023
Adjuntas, P.R.

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 AUG 14 PM5:03

Hon. Judge Laura Taylor Swain
Federal Court P.R.
120 Chardon Ave
San Juan, PR 00918

Hon. Judge Taylor Swain:
This is to know the status of my claim no. 1181628.
For these purposes, shift 21211 was assigned to me.
I would be very grateful for the attention you can
give to this.
Cordially,

Iris Yolanda Miro Ramirez
HC 02 Box 6302
Bo. Saltillo, Sector Los Condominios
Adjuntas, Puerto Rico 00601