Luis H. Quero Ramos
Barrio Saltillo sec.
Los Condominios
H.C. 02 BOX 6302
Adjuntas, P.R. 00601

UNITED STATES POSTAL SERVICE

RDC 99

00918

**Retail**

U.S. POSTAGE PAID
FCM LETTER
ADJUNTAS, PR 00601
AUG 11, 2023

SAN JUAN PR 009

$4.35

R2304M113614-04

AUG 11 2023
USA FOREVER
USPS

9589 0710 5270 0580 5121 98

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 0580 5121 98

To:
Clerk's Office
United States
District Court
Room. 150 Federal BLD.G
San Juan, P.R. 00918-1767
150 Ave Chardon