10 de agosto de 2023

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 AUG 14 PM 4:58

A: **Junta de Supervision Fiscal**

De: **Luis A. Figueroa Colón**

Asunto: **Envío de Documentos**

Saludos cordiales, a través de este medio le estoy enviando documentos. Estos documentos demuestran que yo, Luis A. Figueroa Colon formo parte del reclamo al Estado Libre Asociado de P.R. en el caso -KAC-96-1381(905). Este caso es conocido, demanda sobre el Romerazo. Caso contra el E.L.A. y su Departamento de Administración de Corrección.

Cordialmente,

*[firma]*
Luis A. Figueroa Colón
☎ (787)-319-9211