Luis A Figueroa Colon
P.O. Box 770
Villalba, PR 00766

**RETURN RECEIPT REQUESTED**

**CERTIFIED MAIL**

7022 2410 0001 4744 6073

U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR 00766
AUG 10, 2023
$9.73
00918
RDC 99
R2305H127753-02

Secretaria Tribunal de Distrito
de los Estados Unidos
#150 avenida Chardon
Edificio Federal
San Juan P.R. 00918

2023 AUG 14 PM4:58
CLERK'S OFFICE USDC PR
RECEIVED AND FILED

**RETURN RECEIPT REQUESTED**