LCDO. ALBERTO ARESTI FRANCESCHINI
SUITE 1109 EDIFICIO UNION PLAZA
416 AVE. PONCE DE LEON
HATO REY, PUERTO RICO 00918
TELEFONO: 751-5740

LCDO. JORGE L. AQUINO NUÑEZ
APARTADO 1426 CALLE SAN JOSE #7
LARES, PUERTO RICO 00669
TELEFONO: 897-5008
FAX: 897-7618

# MEMORANDUM

A: LOS DEMANDANTES

DE: LCDO. ALBERTO ARESTI FRANCESCHINI
LCDA. CARMEN G. BENIQUEZ BENIQUEZ

RE: REFERENCIA DE LOS CASOS

ASUNTO: INFORME SOBRE EL ESTADO DEL CASO

1- Julio Aguila de Jesús y otros vs. Cuerpo de Bomberos de Emergencias Médicas Estatal - KAC-98-0531 (902)

2- Alfredo Maldonado Rodríguez y otros vs. Administración de Corrección - KAC-96-1381 (905)

3- Felipe Serrano Tirado y otros vs. Administración de Corrección - KAC-1997-0144 (905)
Abogado: Lcdo. William Riefhol

4- Marisol Acevedo Colón y otros vs. Administración de Corrección - KAC-1998-0530 (905)

5- Palmira Acety Rosario y otros vs. ELA, Departamento de Salud - KAC-98-0532 (903)

6- Margarita de Jesús Colón vs. Departamento de Salud - KAC-2001-1692 (504)

7- José Luis Ortiz López y otros vs. Departamento de la Familia - KAC-2000-7194 (803)

8- María L. Amaro López y otros vs. Departamento de Hacienda - KAC-2002-681 (901)

9- Victor S. Lozada Burgos y otros vs. Administración de Corrección - KAC-2002-4604 (906)

En cuanto a los casos arriba enumerados 1, 2, 4 y 5, nos habíamos comunicado previamente con los demandantes mediante memorandos al efecto.

El caso con el número 3 de Felipe Serrano Tirado y otros vs. Administración de Corrección, lo estuvo litigando el Lcdo. William Riefkhol, quien falleció recientemente. Desconocemos las comunicaciones que tuvo el Lcdo. Riefkhol con los demandantes. El Lcdo. Rafael Vilá Carrión, teléfono 764-8666, alega que ahora representa a los demandantes en dicho caso. Estos deben comunicarse con él para que se enteren sobre el estado del pleito.

Sobre los demandantes en los casos de Alfredo Maldonado y otros vs. Administración de Corrección, KAC-96-1381 (905), y el de Marisol Acevedo Colón vs. Administración de Corrección KAC-1998-0530 les reiteramos que obtuvimos sentencia desde el 4 de abril de 2000. Han sido muy arduas las gestiones que hemos realizado para lograr una reunión con la parte demandada, para comenzar a examinar los expedientes de cada uno de los demandantes. Finalmente se llevó a cabo una reunión con oficiales de la agencia el día 8 de mayo de 2002. Después de esa fecha se les entregó copia de los contratos de servicios profesionales de todos los demandantes. El licenciado Aresti está gestionando la próxima reunión de trabajo. Ya estos casos están encaminados en cuanto a la revisión de expedientes. Ahora dependemos de la disponibilidad y cooperación del personal de la agencia a cargo de la coordinación con los abogados.

Sobre los casos de Julio Aguila de Jesús vs. Cuerpo de Bomberos de Emergencias Médicas KAC-98-0531 y Palmira Acety Rosario vs. Departamento de Salud, KAC-1998-0532, le informamos que tenemos sentencia a favor de los demandantes, desde el 19 de octubre de

D/MYDOC/ROMERAZO/MEMORANDO.INFORMATIVO

Rosario y otros). A pesar de las gestiones realizadas con los abogados del Departamento de Justicia, y con los jefes de las respectivas agencias, no se ha logrado coordinar una reunión para el examen de los expedientes. Se solicitó del Tribunal que expida orden para que se obligue al jefe de la agencia a proveer la información en el caso de Julio Aguila y otros; lo mismo estamos haciendo en el de Palmira Acety y otros. El proceso de ejecución de la sentencias es uno arduo, como se les ha explicado tanto por teléfono como por escrito; pues hay que evaluar los expedientes, acordar la cantidad que se les adeuda a los demandantes, si alguna. Luego el jefe de la agencia debe incluir en el próximo presupuesto las partidas para el pago de la sentencia. Cuando la Legislatura y la Gobernadora aprueben el Presupuesto; hay que coordinar el pago con el Departamento de Hacienda.

Les recordamos que estos no son casos en contra de entidades privadas o compañías de seguro. Son en contra del gobierno; y hay que trabajar dentro de la burocracia que todos ustedes conocen.

Ahora procede concertar reuniones con el Secretario de Salud, para que él designe el personal técnico de recursos humanos para efectuar la evaluación de cada uno de los expedientes de los demandantes, con un representante nuestro.

Después de la evaluación de los expedientes, y que se determine la cantidad de dinero a que cada uno tenga derecho; el Secretario de Salud deberá coordinar con el Secretario de Hacienda y con la Directora de la Oficina de Presupuesto y Gerencia; para que incluyan los pagos en el presupuesto correspondiente. Estimamos que esto será en el año fiscal 2002-2003.

Les recordamos que la sentencia aplicará sólo a las personas que demandaron.

Los casos enumerados en el epígrafe con los números 6, 7, 8 y 9 están en trámites en el Tribunal; aún no hay sentencia en los mismos. Su estado procesal es el siguiente.

- a- Margarita de Jesús Colón y otros vs. Departamento de Salud - En este caso se hizo descubrimiento de prueba. Recientemente se enmendó la demanda para incluir 158 reclamantes adicionales.

- b- José Luis Ortiz López y otros vs. Departamento de la Familia - Luego de contestada la demanda, el Tribunal ordenó a los abogados preparar estipulación de hechos, memorando de derecho y proyecto de sentencia. Nosotros los preparamos y radicamos. No así el Departamento de Justicia. Hay una vista sobre este aspecto del caso señalada para el 18 de septiembre de 2002 a las 9:00 A.M. en la Sala 803 del Centro Judicial en Hato Rey. Están invitados los que deseen comparecer y enterarse lo que ocurra en el caso.

- c- María L. Amaro López vs. Departamento de Hacienda. En este caso el Departamento de Justicia solicitó una exposición más definida del caso. Se preparó Moción en cumplimiento de orden al respecto; señalando las leyes aplicables. Solicitamos anotación de rebeldía porque el ELA no ha contestado la demanda aún. El 3 de julio solicitaron prórroga adicional para contestar la demanda a la que nos opusimos. Este caso está en s... primeras etapas procesales.

- d- Victor S. Lozada Burgos y otros vs. Administración de Corrección - Este es un caso nuevo radicado el 19 de julio de 2002. Ya se emplazó a la Secretaria de Justicia y al Administrador de Corrección. El ELA tiene 60 días a partir del 19 de julio para contestar la demanda. Seguiremos con el descubrimiento de prueba que es el próximo paso en el caso.

Es posible que algunos demandantes hayan cambiado de agencia (traslado) o que se hayan jubilado. Estos deben informarmos su nueva dirección. Igualmente los demandantes que hayan cambiado su dirección postal y/o residencial.

De necesitar información adicional, agradeceremos que se comunique con nosotros a los teléfonos del epígrafe.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

## Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   _Luis A. Figueroa Colón_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                               Proof of Claim                                page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Luis A Figueroa Colón<br>Name / Nombre<br><br>PO Box 770<br>Number / Número  Street / Calle<br><br>Villalba  PR  00766<br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>939-281-4510<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número  Street / Calle<br><br>_____<br>City / Ciudad  State / Estado  ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:**  Give information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>Administración de Corrección - KAC-96-1381<br>(905) |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |

Modified Official Form 410                          Proof of Claim                                  page 2

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $_____. Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_____ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:**   $_____<br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>_____<br><br>**Annual Interest Rate (on the Petition Date)**<br>**Tasa de interés anual (cuando se presentó el caso)____%**<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____ |

Modified Official Form 410    Proof of Claim    page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $_____ by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**  **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma *Luis A. Figueroa Colón*

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name **Luis Antonio Figueroa Colón**
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número   Street / Calle

_____
City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto _____   Email / Correo electrónico _____

Modified Official Form 410   Proof of Claim

Lcdo. Jorge L. Aquino Núñez
Lcda. Carmen G. Beníquez

Apartado 1-
Lares, P.R. 00669-1-
Tel. (787) 897-5008 • Fax: (787)897-76

22 de julio de 2002

SR(A). Luis W. Figueroa

RE: DEMANDA SOBRE EL ROMERAZO CONTRA EL ELA
Y SU DEPARTAMENTO DE Corrección
CASO NUMERO: KAC-96-1381 (905

Estimado(a) señor(a):

Con el propósito de que se mantenga informado del trámite procesal de su caso de la referencia, le enviamos copia del informe explicativo sobre dichos trámites que tiene fecha del 22 de julio de 2002.

Si su caso es uno de los que ya tiene sentencia, según se menciona en el Informe adjunto, la mayor parte de los trámites después de la sentencia son con la agencia demandada a través del Departamento de Justicia.

Cordialmente,

Jorge L. Aquino Núñez
Carmen G. Beníquez
Alberto Aresti Franceschini

Por: Lcdo. Jorge L. Aquino Núñez

JLAN/asl

D/olga/romerazo.car-envio-memo.romerazo-2002

## Quingentésima Septuagésima Novena Objeción Global
### Anexo A-1: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | FIGUEROA COLON, LUIS A.<br>PO BOX 770<br>VILLALBA, PR 00766 | 06/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99372 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. El caso 152372, la prueba principal del reclamo presentado en nombre de todos los demandantes relacionados con el litigio denominado Maldonado Colón

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | FIGUEROA TORRES, ALEXIS<br>PO BOX 616<br>VILLALBA, PR 00766 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71441 | $15,000.00* |

Base para: El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. El caso 152372, la prueba principal del reclamo presentado en nombre de todos los demandantes relacionados con el litigio denominado Maldonado Colón

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | FRED SANCHEZ, ELIZABETH<br>URB. LEVITTOWN 6TA. SECC<br>CALLE RUFINO RAMIREZ JU-16<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25905 | Indeterminado* |

Base para: El Reclamo pretende invocar obligaciones asociadas al litigio caratulado Madeline Acevedo Camacho y otros contra el Departamento de la Familia de Puerto Rico, No. 2016-05-1340 ("Acevedo Camacho"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Asimismo, aun si el Demandante fuera, en efecto, un demandante en dicho litigio, el reclamo constituiría un duplicado de los Reclamos No. 32044 y 103072, la evidencia de reclamo maestra presentada en nombre de todos los demandantes vinculados al litigio caratulado Acevedo Camacho.

* Indica que la reclamación contiene montos por liquidar o indeterminados

12

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Figueroa Colon, Luis A. | 99372 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |

| Treatment: | Claim to be Disallowed |
|---|---|
| Reason: | Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Colón et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Colón"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Colón |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Figueroa Colon, Luis A. | 99372 | 6/26/2018 | Commonwealth of Puerto Rico | $0.00 |

| Tratamiento: | Reclamo a ser desestimado |
|---|---|
| Base para: | El reclamo pretende invocar obligaciones vinculadas al litigio caratulado Alfredo Maldonado Colón y otros contra el Departamento de Correcciones y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Colón"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el demandante lo fuera efectivamente en ese litigio, esa porción del reclamo sería un duplicado del Reclamo No. El caso 152372, la prueba principal del reclamo presentado en nombre de todos los demandantes relacionados con el litigio denominado Maldonado Colón |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.ra.kroll.com/puertorico/. If you have questions, please contact Kroll Restructuring Administration LLC (formerly known as Prime Clerk LLC) at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.ra.kroll.com/puertorico/. Si tiene alguna pregunta, comuníquese con Kroll Restructuring Administracion LLC (anteriormente conocido como Prime Clerk LLC) llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

# AQUINO & BENIQUEZ



Lcdo. Jorge L. Aquino Núñez
Lcda. Carmen G. Beníquez

Calle San José #7 (Altos)
Apartado 1426
Lares, P.R. 00669-1426
Tel. (787) 897-5008 • Fax: (787)897-7618

22 de julio de 2002

SR(A). *Luis W. Figueroa*

RE: DEMANDA SOBRE EL ROMERAZO CONTRA EL ELA
Y SU DEPARTAMENTO DE *Correccion*
CASO NUMERO: *KAC-96-1381 (905*

Estimado(a) señor(a):

Con el propósito de que se mantenga informado del trámite procesal de su caso de la referencia, le enviamos copia del informe explicativo sobre dichos trámites que tiene fecha del 22 de julio de 2002.

Si su caso es uno de los que ya tiene sentencia, según se menciona en el Informe adjunto, la mayor parte de los trámites después de la sentencia son con la agencia demandada a través del Departamento de Justicia.

Cordialmente,

Jorge L. Aquino Núñez
Carmen G. Beníquez
Alberto Aresti Franceschini

Por: Lcdo. Jorge L. Aquino Núñez

JLAN/asl

D/olga/romerazo.car-envio-memo.romerazo-2002