Luis A Figueroa colon

P.O. Box 770

Villalba PR. 00766

0766

**RETURN RECEIPT REQUESTED**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 2410 0001 4744 6073



U.S. POSTAGE PAID
FCM LG ENV
VILLALBA, PR 00766
AUG 10, 2023

RDC 99          00918          **$9.73**

R2305H127753-02

**RETURN RECEIPT REQUESTED**

**RETURN RECEIPT REQUESTED**

Secretaria Tribunal de Distrito

de los Estados unidos

#150 avenida Chardon

Edificio Federal

San Juan P.R. 00918

2023 AUG 14 PM4:58

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

**RETURN RECEIPT REQUESTED**