EXHIBIT A[1]

PARTY APPEARANCE SHEET

| Name of Party | | |
|---|---|---|
| ATTORNEY 1 | Hearing | Omnibus Hearing, Title VI Hearing, **or** Both |
| | Appearance Method | In Person NY **or** In Person PR |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |
| ATTORNEY 2 | Hearing | Omnibus Hearing, Title VI Hearing, **or** Both |
| | Appearance Method | In Person NY **or** In Person PR |
| | Name | |
| | Law Firm | |
| | Email | |
| | Phone Number | |
| | Docket Entry No. of Notice of Appearance | |

---

[1] This Party Appearance Sheet must be attached to a party in interest's Informative Motion as **Exhibit A**.