### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO.: 17-03283 (LTS)** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of | |
| | **TITLE III; PUERTO RICO OVERSIGHT, MANGEMENT AND ECONOMIC STABILITY ACT (PROMESA)** |
| **COMMONWEALTH OF PUERTO RICO.**[1] | |
| **Debtor** | |
| **IN RE:** | **CASE NO.: 17-04780 (LTS)** |
| **PUERTO RICO ELECTRIC AND POWER AUTHORITY** | |
| **Debtor** | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST TO CEASE SERVICE OF NOTICE, ORDERS, PLEADINGS AND DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney and very respectfully STATES and PRAYS:

1. The undersigned attorney will no longer continue to be a member of the law firm of C. Conde & Assoc. since she will be permanently relocating, within the next months, to France. Therefore, she respectfully requests that the Honorable Court authorize her withdrawal as counsel for Whitefish Energy Holdings, LLC in this case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) and (vi) Puerto Rico Building Authority ("PBA") Bankruptcy Case No.: 19-BK-5523 (LTS) (Last Four Digits of Federal Tax ID: 3801).

2. The undersigned respectfully files this Motion to Withdraw and requests that pursuant to Local Bankruptcy Rule 9010-1(d)(3), that her name, address and email address be removed from the general matrix and all special or limited mailing and service lists in this case, as well as the Honorable Court's electronic notice system.

3. This withdrawal will not cause any disruption in the case because attorneys Carmen D. Conde Torres and William Alemañy Méndez from the law firm of C. Conde & Assoc. remain as counsel of record.

**WHEREFORE** the undersigned very respectfully requests that this Honorable Court allow her to withdraw as counsel of record in this case as requested above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 16th day of August 2023.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system including the Debtors and the US Trustee.

**C. CONDE & ASSOC.**
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
E-mail: condecarmen@condelaw.com

*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611