# REPLICA DE OBJECION GLOBAL

## (i) Datos de contacto

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 AUG 16 PM 4:08

Nombre: Tamara Cdón Torres
Dirección: 1391 San Lucas Altamesa
San Juan Puerto Rico (00921)
Teléfono: (787) 391-5171
Dirección Correo Electrónico: cttamara@gmail.com

## (ii) Epígrafe

A. Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico (00918-1767)

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283-LTS

## (iii) D. Motivos para oponerme a Objeción Global

El Tribunal no debe declarar a

# REPLICA DE OBJECION GLOBAL
## (Tamara Colón Torres P. 2)

lugar la Objeción Global debido Jes. a que no sometí las mismas reclamaciones por dos veces, la #96621 y #49762. Deseo informar que Prime Clerk duplicó mis reclamaciones ya que alteraron mis apellidos (el orden). Desde que originé estas reclamaciones he escrito correctamente mis apellidos. Así consta en cada documento enviado y en todas las evidencias que he suministrado. Estas reclamaciones corresponden a dinero adeudado por el Estado Libre Asociado de Puerto Rico.

#96621 - Ley #96 (2002) del Dr. Pedro Roselló - efectiva julio 2022
y hey #164 (2004) Sra. Sila M. Calderón - efectiva enero, 2004

#49742 - Ley #89 - Romerazo - julio 1996

(iv) Documentación Justificativa

Se incluyen documentos que evidencian este reclamo sobrenombre

REPLICA DE OBJECION GLOBAL
(Tamara Colón Torres P.3)

correcto y de esta manera realizar las acciones que correspondan.

Certificado de Nacimiento

Tamara Colón

14 de agosto de 2023

(V) Firma