Hearing Date: August 30, 2023 at 9:30AM (Atlantic Standard Time)
Response Deadline: August 14, 2023 at 4:00PM (Atlantic Standard Time)

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, and HTA.**<br><br>RECEIVED AND FILE<br>RECEIVED AND FILE.<br>CLERK'S OFFICE USDC PR |

**FIVE HUNDRED EIGHTIETH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY TO DUPLICATE CLAIMS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

voluntary petitions for relief for ERS and HTA, pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "ERS and HTA Title III Cases," and together with the Commonwealth Title III Case, the "Title III Cases"). On September 21, 2017, the Court entered an order granting the joint administration of the Title III Cases for procedural purposes only. ECF No. 537.³

4. On January 16, 2018, the Debtors filed their *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2255] (the "Bar Date Motion"). By the *Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof* [ECF No. 2521] (the "Initial Bar Date Order"), the Court granted the relief requested in the Bar Date Motion and established deadlines and procedures for filing proofs of claim in the Title III Cases. Upon the informative motion of certain creditors, and the support of the Debtors, the Court subsequently entered the *Order (A) Extending Deadlines for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 3160] (together with the Initial Bar Date Order, the "Initial Bar Date Orders") extending these deadlines to June 29, 2018 at 4:00 pm (Atlantic Time) (the "Initial Bar Date").

**B.    Confirmation of the Commonwealth, ERS, and PBA Title III Plan of Adjustment and the PRIFA and CCDA Qualifying Modifications**

5. On November 3, 2021, on behalf of the Commonwealth, ERS, and PBA, the Oversight Board filed that certain *Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as subsequently amended and modified, the "Plan") [ECF

---

³ Unless otherwise stated herein, ECF citations refer to documents filed in Bankruptcy Case No. 17 BK 3283-LTS.

Quingentésima Octogésima Objeción Global
Anexo A-1: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 | CABAN MALDONADO, NOEL JOSE ANTONIO MORALES ARROYO, ATTORNEY 452 AVENIDA PONCE DE LEON EDIF. ASOCIACION DE MAESTRO OFIC. 514 SAN JUAN, PR 00918 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 19656 | $46,413.90* | CABAN MALDONADO, NOEL URB VALLE DE ANDALUCIA CALLE LORCA 2919 PONCE, PR 00728-3104 | 06/26/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 91490 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.
Reclamo No. 91490 incluido también en el Anexo A de la Tricentésima Trigésima Séptima Objeción Global por Reclamos para Reclasificar.

| 5 | COLON CRUZ, JOSE PO BOX 40177 SAN JUAN, PR 00940-0177 | 05/24/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 32443 | $17,500.00* | COLON CRUZ, JOSE A. PO BOX 40177 SAN JUAN, PR 00940-0177 | 06/23/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 34877 | $28,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 6 | COLON TORRES, TAMARA 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 96621 | Indeterminado* | TORRES, TAMARA COLON 1391 SAN LUCAS, ALTAMESA SAN JUAN, PR 00921 | 06/15/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 49762 | $56,400.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 7 | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/19/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 72562 | Indeterminado* | CRUZ CRUZ, ANA R LOS CAOBOS CALLE COJOBA 2833 PONCE, PR 00731 | 06/27/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 106371 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

# GOVERNMENT OF PUERTO RICO

## DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE NACIMIENTO
(CERTIFICATION OF BIRTH)

NUMERO
D10827819

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
-00801248

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)
TAMARA COLON TORRES

FECHA NACIMIENTO (BIRTHDATE)
1959

FECHA INSCRIPCION (REGISTRATION DATE)
1959

LUGAR NACIMIENTO (BIRTHPLACE)
PUERTO RICO

SEXO (SEX)
F

NOMBRE DEL PADRE (FATHER'S NAME)
COLON

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
PUERTO RICO

NOMBRE DE LA MADRE (MOTHER'S NAME)
TORRES

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
10 MAR 2023

*************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE BIRTH CERTIFICATE FILED WITH THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

Departamento de Salud
Registro Demográfico

557
Certificación Oficial
Exento del Pago

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

Wanda del C. Llovet Díaz

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)



ADVERTENCIA/WARNING: No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

NO ES VALIDO SI SE ALTERA
VOID IF ALTERED