Tamara Colon Torres
calle San Lucas 1391
Urb. Altamesa
San Juan PR 00921




ZIP 00927  $001.50
02  4W
0000362890 AUG 14 2023

CLERK'S OFFICE USDC PR

RECEIVED AND FILED

2023 AUG 16 PM4:08

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
(United States Districts Court)
Sala 150 Edificio Federal (Federal Building)
San Juan P.R. (00918-1767