Nilda Oguendo González
P.O. Box 580
Carolina, P.R. 00986-0580

SAN JUAN PR 009
14 AUG 2023 PM 1 L
USA FOREVER
CLERK'S OFFICE USDC PR
2023 AUG 16 PM 4:07
RECEIVED AND FILED
0091889999

Secretaria
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767