**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 24909** |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780-LTS<br><br>**Re: ECF No. 3887** |

**OBJECTION OF GOLDENTREE ASSET MANAGEMENT, LP TO URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS DEBTOR'S TITLE III REPRESENTATIVE, REQUESTING FURTHER EXTENSION OF FILING DEADLINES (A) TO AUGUST 25, 2023 FOR SUBMISSION OF PREPA'S PROPOSED AMENDED PLAN OF ADJUSTMENT AND RELATED DOCUMENTS AND (B) TO AUGUST 30, 2023 FOR SUBMISSION OF JOINT STATUS REPORT AND PROPOSED CONFIRMATION SCHEDULE(S)**

---

[1] The Debtors in these Title III Cases along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the following: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AMERICAS 124847585 v6

To the Honorable United States District Court Judge Laura Taylor Swain:

GoldenTree Asset Management, LP ("**GoldenTree**") submits this objection (the "**Objection**") to the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Debtor's Title III Representative, Requesting Extension of Filing Deadlines (A) to August 25, 2023 for Submission of PREPA's Proposed Amended Plan of Adjustment and Related Documents and (B) to August 30, 2023 for Submission of Joint Status Report and Proposed Confirmation Schedule(s)* [Case No. 17-4780, ECF No. [3887] (the "**Urgent Motion**"). In support of the Objection, GoldenTree respectfully states as follows:

## **OBJECTION**

1.      At 9:26 p.m. Eastern Time on Wednesday, August 16, 2023, counsel to the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**") sent an email to representatives of a number of parties, including GoldenTree, indicating that the Oversight Board, acting on behalf of the Puerto Rico Electric Power Authority ("**PREPA**" or the "**Debtor**"), intended to file yet another urgent motion to extend by an additional five days the dates by which the Debtor must file its proposed third amended plan of adjustment and the parties must file their joint status report with proposed litigation schedule(s) for confirmation proceedings (together, the "**Plan Deadlines**"), and asking whether the parties to whose representatives the email was sent objected to the relief to be sought by such urgent motion. By the email, the Oversight Board requested responses by 3:00 p.m. Eastern Time on Thursday, August 16, 2023. At 10:20 a.m. Eastern Time on Thursday, August 17, 2023, counsel to the Oversight Board sent a follow-up email noting the Oversight Board's decision to increase the requested extension of the Plan Deadlines by an additional two days, for a total of one week.

2.      At approximately 12:47 p.m. Eastern Time today, undersigned counsel for GoldenTree replied to the Oversight Board by email indicating that GoldenTree objects to the relief and would request a status conference (the "**Status Conference**") regarding the path forward in this Title III case.  In last week's *Statement of GoldenTree Asset Management LP Regarding Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Debtor's Title III Representative, Requesting Extension of Filing Deadlines (A) to August 25, 2023 for Submission of PREPA's Proposed Amended Plan of Adjustment and Related Documents and (B) to August 30, 2023 for Submission of Joint Status Report and Proposed Confirmation Schedule(s)* [Case No. 17-4780, ECF No. 3882] (the "**Statement**"), filed on August 10, 2023, GoldenTree did not object to the Oversight Board's prior request to extend the Plan Deadlines, however, in refraining from objecting, GoldenTree reiterated to the Oversight Board (and disclosed to the Court in its filed Statement) its growing concerns regarding (i) GoldenTree's exclusion from settlement discussions the Oversight Board was engaging in with certain other holders of the approximately $8.4 billion in outstanding revenue bonds (collectively, the "**Bonds**") issued by the Debtor pursuant to that certain Trust Agreement, dated as of January 1, 1974 (the "**Trust Agreement**"), by and between PREPA and a predecessor of U.S. Bank National Association, and (ii) the significant prejudice the continuous delays have caused the holders of such Bonds (collectively, the "**Bondholders**").

3.      The Oversight Board simply ignored these concerns, which have been further augmented by yet another delay sought by the Oversight Board.  Last year, on September 29, 2022, this Court entered an order (the "**Stay Order**")[2] staying litigation with respect to a motion (the

---

[2]     ECF No. 3013.

AMERICAS 124847585 v6

"**Motion to Dismiss**")[3] filed by the Ad Hoc Group of PREPA Bondholders and certain monoline

insurers seeking to dismiss PREPA's Title III case or, in the alternative, for relief from the

automatic stay to obtain appointment of a receiver based upon the lack of progress made in

PREPA's Title III case and the resulting unreasonable delay and prejudice to Bondholders.  Rather

than allowing prosecution of the Motion to Dismiss, the Court opted to "establish meaningful

deadlines and require a plan proposal,"[4] and, accordingly, entered the Stay Order directing the

Oversight Board to file "a proposed plan of adjustment that it believes could be confirmable" by

December 1, 2022, accompanied by a "proposed confirmation schedule contemplating a June 2023

confirmation hearing."[5]  We are now rapidly approaching the end of August – nearing the one-

year anniversary of the Stay Order – and this original timeline has been wholly disregarded.

4.      The Debtor and the Oversight Board have kept themselves busy through the months

of endless delay – engaging in secret negotiations with some, but not all, of the Bondholders.

GoldenTree, despite holding approximately $1 billion of the Bonds, has received no engagement

whatsoever from the Debtor or the Oversight Board, nor any transparency regarding the content

of such negotiations or the resulting deal.  In light of this obstructive behavior, GoldenTree can

only expect that the proposed plan will (i) provide for disparate treatment favoring the Oversight

Board's chosen few Bondholders, and (ii) gerrymander classification accordingly.  GoldenTree

has the exact same rights under the Trust Agreement as those Bondholders that the Oversight

Board has inexplicably chosen to elevate to a higher status, therefore the separate classification of

such Bondholders in an attempt to justify their disparate treatment necessarily renders such plan

---

[3]     ECF No. 2973.

[4]     *See* Sept. 30, 2022, Hr'g Tr. at 21:17-23.

[5]     *See* ECF No. 3013.

4

unconfirmable under sections 1122, 1123(a)(4), and 1129(b)(1) of title 11 of the United States

Code (the "**Bankruptcy Code**"), made applicable to this proceeding pursuant to section 2161 of

title 48 of the United States Code. Indeed, this unfair and unequal treatment of similarly situated

creditors is exactly what Congress sought to prevent when enacting the Bankruptcy Code. *See*

*Liona Corp. v. PCH Assocs. (In re PCH Assocs.)*, 949 F.2d 585, 598 (2d Cir. 1991) (describing

"equal treatment of similarly situated creditors" as "perhaps the predominant policy objective of a

bankruptcy proceeding"). Accordingly, GoldenTree submits that the Court should hold the Status

Conference to ensure transparency and discuss with the parties the path forward.

5.        Moreover, the endless delays and now weekly "Urgent Motions" for more delay

further underscore the massive prejudice and injury to Bondholders from the passage of time while

PREPA's multitude of breaches under the Trust Agreement continue unabated and unremedied.

PREPA has collected and misappropriated, is collecting and misappropriating, and will continue

to collect and misappropriate, billions of its revenues that constitute Net Revenues (as defined in

the Trust Agreement) that should be deposited by PREPA into the Sinking Fund (as defined in the

Trust Agreement) pursuant to the Trust Agreement and become collateral of the Bondholders

under this Court's *Opinion and Order Granting in Part and Denying in Part the Financial*

*Oversight and Management Board for Puerto Rico's Motion for Summary Judgment and the*

*Defendant's and Intervenor- Defendants' Cross-Motion for Summary Judgment* (the "**Summary**

**Judgment Order**")[6]  The continuing delays are only increasing the ongoing prejudice to the

approximately $8.4 billion of outstanding Bonds, which have been in a continuous state of default

---

[6]    *See* Adv. Pro. 19-00391 (LTS), ECF No. 147 ((hereinafter cited as "**Adv. Pro. ECF No.**"). Although GoldenTree
believes that certain of the rulings set forth in the Summary Judgment Order and the *Order Concerning
Bondholders' Unsecured Net Revenue Claim Estimation* [Adv. Pro. ECF No. 315] are incorrect, it cannot
currently seek review. GoldenTree intends to appeal such rulings and reserves all rights in connection therewith.

5

since 2009, and which have not received any payment whatsoever since 2014.  With further delays

seemingly inevitable, the Bondholders need to be able to protect their property rights with respect

to the Bonds to avoid the irreparable injury that will otherwise result.

WHEREFORE, GoldenTree respectfully requests that the Court deny the Urgent Motion

and schedule a Status Conference in this Title III case to provide some measure of transparency

regarding the Oversight Board's actions and plans and to discuss the path forward in this Title III

case.

Dated:  August 17, 2023                                      Respectfully submitted,
        Miami, Florida


*/s/ Lydia M. Ramos Cruz*                       */s/ John K. Cunningham*
Lydia M. Ramos Cruz                              Thomas E Lauria (admitted *pro hac vice*)
USDC-PR 214104                                   Glenn M. Kurtz (admitted *pro hac vice*)
1509 López Landrón Street                        Thomas E. MacWright
American Airlines Building, PH                    WHITE & CASE LLP
San Juan, Puerto Rico 00911                      1221 Avenue of the Americas
Tel.:  (787) 508-2525                            New York, NY 10036
lramos@ramoscruzlegal.com                        Tel.:  (212) 819-8200
                                                 Fax:  (212) 354-8113
                                                 tlauria@whitecase.com
                                                 gkurtz@whitecase.com
                                                 tmacwright@whitecase.com

                                                 John K. Cunningham (admitted *pro hac vice*)
                                                 Keith Wofford (admitted *pro hac vice*)
                                                 Michael C. Shepherd
                                                 WHITE & CASE LLP
                                                 200 S. Biscayne Blvd., Suite 4900
                                                 Miami, FL 33131
                                                 Tel.:  (305) 371-2700
                                                 Fax:  (305) 358-5744
                                                 jcunningham@whitecase.com
                                                 kwofford@whitecase.com
                                                 mshepherd@whitecase.com

*Co-Counsel for GoldenTree Asset Management LP*

6

AMERICAS 124847585 v6