UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS<br><br>(Jointly Administered) |

ORDER PARTIALLY GRANTING URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS DEBTOR'S TITLE III REPRESENTATIVE, REQUESTING EXTENSION OF FILING DEADLINES (A) TO AUGUST 25, 2023, FOR SUBMISSION OF PREPA'S PROPOSED AMENDED PLAN OF ADJUSTMENT AND RELATED DOCUMENTS AND (B) TO AUGUST 30, 2023, FOR SUBMISSION OF JOINT STATUS REPORT AND PROPOSED CONFIRMATION SCHEDULE(S)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Debtor's Title III Representative, Requesting Extension of Filing Deadlines (A) to August 25, 2023, for Submission of PREPA's Proposed Amended Plan of Adjustment and Related Documents and (B) to August 30, 2023, for Submission of Joint Status Report and Proposed Confirmation Schedule(s)* (Docket Entry No. 24909 in Case No. 17-3283 and Docket Entry No. 3887 in Case No. 17-4780) (the "Urgent Motion");[2] and the Court having subject matter jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and due and proper notice of the Urgent Motion having been provided and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Urgent Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein, it is hereby ORDERED as follows:[3]

1. The Urgent Motion is GRANTED, in part, as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

[3] The Court has received and reviewed the objections to the relief requested in the Urgent Motion filed by GoldenTree Asset Management, LP (Docket Entry No. 24910 in Case No. 17-3283 and Docket Entry No. 3888 in Case No. 17-4780), and Assured Guaranty Corp. with Assured Guaranty Municipal Corp. (Docket Entry No. 24911 in Case No. 17-3283 and Docket Entry No. 3890 in Case No. 17-4780), as well as the statement of the Committee (Docket Entry No. 24912 in Case No. 17-3283 and Docket Entry No. 3889 in Case No. 17-4780). The objections are overruled and any relief requested therein is hereby denied. The Court expects, in light of the number of extensions and the Oversight Board's representations as to the status of its work, that there will be no further requests for extensions.

2. The deadline for the Debtor to file (a) the Third Amended Plan, and (b) an Informative Motion concerning its position as to whether approval of an amended or supplemental disclosure statement and re-solicitation is necessary, is extended to **August 25, 2023**.

3. The deadline for the parties to file the Joint Status Report with proposed litigation schedule for confirmation proceedings (including a schedule for any necessary litigation concerning amended or supplemental disclosure statement and/or re-solicitation) and a proposed order implementing that proposed schedule and addressing any additional notice requirements or other procedural issues, is extended to **August 29, 2023**, at **12:00 p.m. (Atlantic Standard Time)**. Any necessary discussion concerning the issues covered in the joint report can be heard at the August 30, 2023 omnibus hearing.

4. This Order resolves Docket Entry No. 24909 in Case No. 17-3283 and Docket Entry No. 3887 in Case No. 17-4780.

SO ORDERED.

Dated: August 18, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge