UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION FOR LEAVE TO AMEND EMPRESAS OMAJEDE'S PROOF OF CLAIM (KROLL CLAIM # 70324), FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENTS, AND FOR ORDER GRANTING 30 DAYS TO OBTAIN CERTIFIED TRANSLATIONS

        The Court has received and reviewed the *Motion for Leave to Amend Empresas Omejede's Proof of Claim (Kroll Claim #70324) for Leave to File Spanish Language Documents, and for Order Granting 30 days to Obtain Certified Translations* (Docket Entry No. 24818 in Case No. 17-3283)[2] (the "Motion"), filed by Empresas Omajede, Inc. (the "Movant"), the *Response of the Commonwealth of Puerto Rico to Motion for Leave to Amend Empresas Omajede's Proof of Claim (Kroll Claim #70324) for Leave to File Spanish Language Documents, and for Order Granting 30 days to Obtain Certified Translations* (Docket Entry No. 24854) (the "Response"), filed by the Commonwealth of Puerto Rico (the "Commonwealth"), and *Empresas Omajede's Reply to the Commonwealth's Response (Dkt. 24854)* (Docket Entry No. 24896) (the "Reply"), filed by Movant.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise noted, all references herein to Docket Entry Nos. are references to Case No. 17-3283.

The Commonwealth does not object to the Motion, but requests that the hearing regarding the Commonwealth's objection to Movant's proof of claim no. 70324 be adjourned to the October 4, 2023 omnibus hearing assuming Movant submits its amended proof of claim, supporting documentation, and certified translations no later than August 30, 2023. (Resp. ¶¶ 5-6.) Furthermore, the Commonwealth requests that the deadline to file its reply to *Empresas Omajede's Response to the Fourth Objection (Dkt. 24186) to its Proof of Claim (Claim # 70324) and to its Motion for Allowance and Payment of Administrative Expense Claim (Dkt. 23272)* (Docket Entry No. 24819) (the "Claim Objection Response") be extended to September 20, 2023. (Resp. ¶ 6.) Movant agrees to this adjournment and schedule. (Reply ¶ 4.) Therefore, it is it is hereby ORDERED THAT:

1. Movant is granted leave to amend proof of claim no. 70324.

2. Movant must file its amended proof of claim, supporting documentation and certified translations by **August 30, 2023**.

3. The Commonwealth must file its reply to Movant's Claim Objection Response by **September 20, 2023**.

4. The hearing concerning the *Objection to the Commonwealth of Puerto Rico to Proof of Claim (Claim No. 70324) of Empresas Omajede, Inc. and to Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503* (Docket Entry No. 24186) is adjourned to the next omnibus hearing, which will begin on **October 4, 2023**.

5. This Order resolves Docket Entry No. 24818 in Case No. 17-3283.

SO ORDERED.

Dated: August 18, 2023

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge