# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REMOVAL OF CERTAIN CLAIMS FROM ALTERNATIVE DISPUTE RESOLUTION AND ADMINISTRATIVE CLAIMS RECONCILIATION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

1.      On April 1, 2020, this Court entered the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12576] (the "ADR Order").  On December 20, 2022, this Court entered the *Order Granting Motion of the Financial Oversight and Management Board for Puerto Rico to Amend Alternative Dispute Resolution Procedures* [ECF No. 23113] (the "Amended ADR Order").  The Amended ADR Order authorizes the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve general unsecured claims using the procedures approved by the court in the Amended ADR Order [ECF No. 23113-1] (the "ADR Procedures").

2.      In accordance with the terms and conditions of the Amended ADR Order, the Debtors have filed thirty-four notices transferring claims (collectively, the "ADR Designated Claims") into the ADR Procedures (as defined in the Amended ADR Order), and have transferred approximately 2,500 claims into the ADR Procedures.

3.      On March 12, 2020, the Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"), authorizing the Debtors to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) utilizing the Debtors' existing administrative reconciliation processes (the "ACR Procedures").

4.      In accordance with the terms and conditions of the ACR Order, the Debtors have filed thirty-three notices transferring claims into the ACR Procedures (as defined in the ACR Order), and have transferred approximately 46,230 claims (collectively, the "ACR Designated Claims"), into the ACR Procedures.  The ACR Designated Claims will be resolved utilizing the Pension/Retiree Procedures, the Tax Refund Procedures, the Public Employee Procedures, and/or the Grievance Procedures (each as defined in the ACR Order), as set forth in the ACR Transfer Notices.

5.      In light of information received from the claimants following the transfer of claims, the Debtors have determined that certain ADR Designated Claims and ACR Designated Claims will be most efficiently resolved via omnibus objections.  Accordingly, the Debtors hereby remove from the ADR Procedures the claims identified on **Exhibit A** hereto, and remove from the ACR Procedures the claims identified on **Exhibit B** hereto.

Dated: August 18, 2023
     San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
 Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

/s/ *Brian S. Rosen*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth, HTA, ERS, PREPA, and PBA*

4

## EXHIBIT A

| Claim | Claimant | Debtor |
|---|---|---|
| 37982 | ACEVEDO CORTES, VIRGINIA | Commonwealth of Puerto Rico |
| 8451 | AIKEN UNIFORMS, INC. | Commonwealth of Puerto Rico |
| 51972 | ALBERTY MARRERO, SOCORRO | Commonwealth of Puerto Rico |
| 16489 | ALEJANDRO SOLIS LOPES & BRENDA FELICIANO | Commonwealth of Puerto Rico |
| 15829 | ALONSO FUENTES, MARIA  ELENA | Commonwealth of Puerto Rico |
| 51225 | ALONSO RIVERA, BRENDA | Commonwealth of Puerto Rico |
| 43276 | ALONSO, REYNALDO | Commonwealth of Puerto Rico |
| 63836 | ALTURET, LUCIAN | Commonwealth of Puerto Rico |
| 17461 | ALVAREZ MATTA, CARL | Commonwealth of Puerto Rico |
| 20218 | ANA BOSCH VELEZ, ZWINDA S. FERRERAS BOSCH Y ANGEL JOSE FARRAS BOSCH | Commonwealth of Puerto Rico |
| 19443 | ANA BOSCH VELEZ, ZWINDA S. FERRERAS BOSCH Y ANGEL JOSE FERRAS BOSCH | Puerto Rico Highways and Transportation Authority |
| 53070 | ANDÚJAR, ISAÍRA RODRÍGUEZ | Commonwealth of Puerto Rico |
| 11789 | ANGULO MILLAN, SAMUEL | Commonwealth of Puerto Rico |
| 10159 | APONTE RAMOS, HEIDI | Commonwealth of Puerto Rico |
| 57273 | APONTE VAZQUEZ, MADELINE | Commonwealth of Puerto Rico |
| 52627 | ARROYO MOLINA, FELIX | Commonwealth of Puerto Rico |
| 61082 | AULET RIVERA, NILDA R | Commonwealth of Puerto Rico |
| 64263 | AYALA YAMBOT, NORMA | Commonwealth of Puerto Rico |
| 69615 | AYALA, LAURA | Commonwealth of Puerto Rico |
| 109945 | BALLESTER-AROCHO, VIRGINIA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 61868 | BANCHS VINAS, ENITH A. | Commonwealth of Puerto Rico |
| 5409 | BENABE & ASOCIADOS, LLC | Commonwealth of Puerto Rico |
| 12719 | BONES DIAZ, EDWIN F | Puerto Rico Highways and Transportation Authority |
| 19104 | BUFETE CASTRO - PEREZ & CASTRO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 31867 | CABELLO ACOSTA, WILMARIE | Commonwealth of Puerto Rico |
| 81637 | CALIXTO RODRIGUEZ, GUILLERMO | Commonwealth of Puerto Rico |
| 28417 | CAMACHO PAGAN, YAHAIRA | Commonwealth of Puerto Rico |
| 20481 | CAMARERO RIVERA, MARIA DEL CARMEN | Commonwealth of Puerto Rico |
| 8776 | CANCEL DIARZA, MARILYN | Commonwealth of Puerto Rico |
| 88388 | CANO RODRIGUEZ, ROBERTO | Commonwealth of Puerto Rico |
| 2379 | CARO MORENO, CARELYN | Commonwealth of Puerto Rico |
| 37876 | CARRASQUILLO, HECTOR  VELEZ | Commonwealth of Puerto Rico |
| 127834 | CENTENO ORTEGA, JESUS M. | Puerto Rico Highways and Transportation Authority |
| 20332 | CHRISTOPHER CRUZ-RODRIGUEZ, MARIA DE LOURDES RODRIGUEZ RUIZ & NATALIA CRUZ RODRIGUEZ | Commonwealth of Puerto Rico |
| 9427 | COLON COATES, NANCY | Commonwealth of Puerto Rico |
| 38387 | COLON ORTIZ, ROSA | Commonwealth of Puerto Rico |
| 56790 | COLON RODRIGUEZ, CARLOS J. | Commonwealth of Puerto Rico |
| 39690 | COLON, ASUNCION QUINONES | Puerto Rico Highways and Transportation Authority |
| 88591 | COLON-GONZALEZ, JUAN IVAN | Commonwealth of Puerto Rico |
| 89911 | CONCEPCION OSORIO, MIRIAM A | Commonwealth of Puerto Rico |
| 22683 | CONSTRUCCIONES JOSE CARRO, S.E. | Puerto Rico Highways and Transportation Authority |
| 8681 | CORDERO JAVIER, CRISTINA | Commonwealth of Puerto Rico |
| 30144 | CORPORACION DE SERVICIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO,COROZAL, NARANJITO Y OROCOVIS, INC. | Commonwealth of Puerto Rico |
| 84542 | CORRALIZA RODRIGUEZ, CARMEN L | Commonwealth of Puerto Rico |
| 11573 | CORREA GUERRA, MARIA | Commonwealth of Puerto Rico |
| 23136 | CORREA-VALES, JUAN J. | Commonwealth of Puerto Rico |
| 18241 | CORTES, ANA MISLAN | Puerto Rico Highways and Transportation Authority |
| 144721 | CRUZ BERRIOS, JOSE JULIAN | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 47402 | CRUZ GUZMAN, TEODORO | Commonwealth of Puerto Rico |
| 122702 | CRUZ SANCHEZ, JOSE | Commonwealth of Puerto Rico |
| 43795 | CRYSTAL Y OTROS, ROMERO CRUZ | Commonwealth of Puerto Rico |
| 36099 | DAVID CRUZ / WANDA MIRANDA AND CONJUGAL PARTNERSHIP CRUZ-MIRANDA | Commonwealth of Puerto Rico |
| 16141 | DÁVILA ARZUAGA, BENITO | Commonwealth of Puerto Rico |
| 18825 | DAVILA SUAREZ, RAFAEL E | Commonwealth of Puerto Rico |
| 17687 | DAVILA SUAREZ, RAFAEL E | Puerto Rico Highways and Transportation Authority |
| 31267 | DE JESUS BERRIOS, LUCILA | Commonwealth of Puerto Rico |
| 13305 | DE JESUS SILVA, ERICK J | Commonwealth of Puerto Rico |
| 112904 | DE LOURDES RODRIGUEZ, MARIA | Commonwealth of Puerto Rico |
| 13193 | DELGADO DURAN, VILMARIE | Commonwealth of Puerto Rico |
| 16401 | DELGADO PEREZ, DIEGO | Commonwealth of Puerto Rico |
| 10253 | DELGADO SEGUI, MIGDALIA | Commonwealth of Puerto Rico |
| 11796 | DELGADO SEGUI, MIGDALIA | Puerto Rico Highways and Transportation Authority |
| 48038 | DELGADO VALENTIN, RAQUEL | Commonwealth of Puerto Rico |
| 9742 | DEMETER INTERNATIONAL INC. | Commonwealth of Puerto Rico |
| 127995 | DIAZ LOPEZ, CARMEN M. | Commonwealth of Puerto Rico |
| 137071 | DIAZ MATEO, ASTRID MARINA | Commonwealth of Puerto Rico |
| 6560 | DIAZ TORRES, IRIS N. | Commonwealth of Puerto Rico |
| 8121 | DÍAZ TORRES, ROSALINA | Commonwealth of Puerto Rico |
| 10257 | DIOGENTS INTERNATIONAL CONSULTING CORP. | Commonwealth of Puerto Rico |
| 12055 | DOMINGUEZ CABEZUDO, JOAN | Commonwealth of Puerto Rico |
| 31808 | DRULLARD ALONSO, JOSELYN | Commonwealth of Puerto Rico |
| 75959 | E ROJAS PUCCINI, SUCN BERTA | Commonwealth of Puerto Rico |
| 120417 | ECHAVARRY OCASIO, CYNTHIA | Commonwealth of Puerto Rico |
| 8011 | FALCON COLON, LUZ ELIA Y ELIA LUZ FALCON COLON | Commonwealth of Puerto Rico |
| 81994 | FELICIANO PAGAN, ANA | Commonwealth of Puerto Rico |
| 53609 | FERNÁNDEZ MUNDO, DARNES | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|-------|----------|--------|
| 14876 | FIGUEROA BERRIOS, ANGEL  F. | Commonwealth of Puerto Rico |
| 17351 | FRIAS, RAMONA  C | Commonwealth of Puerto Rico |
| 34279 | GALARZA GONZALEZ, GUARIONEX | Commonwealth of Puerto Rico |
| 114291 | GALARZA RODRIGUEZ, OMAR | Commonwealth of Puerto Rico |
| 103649 | GARCIA LOPERENA, ELISA M. | Commonwealth of Puerto Rico |
| 52966 | GARCIA PERALES, DAMARIS | Commonwealth of Puerto Rico |
| 14354 | GARCIA ROSARIO, BRENDA | Commonwealth of Puerto Rico |
| 28272 | GARCIA TORRES, JOSE A. | Commonwealth of Puerto Rico |
| 135714 | GARCIA VELEZ, HECTOR J. | Commonwealth of Puerto Rico |
| 137370 | GERENA, JULISA | Commonwealth of Puerto Rico |
| 12031 | GERONIMO PEREZ, MARIA | Commonwealth of Puerto Rico |
| 8417 | GOMEZ RAMIREZ, GLORIA Y OTROS | Commonwealth of Puerto Rico |
| 34568 | GONZALEZ LOPEZ, LILLIAM | Commonwealth of Puerto Rico |
| 9489 | GONZALEZ PLUGUEZ, HECTOR | Commonwealth of Puerto Rico |
| 53622 | GONZALEZ RAMOS, MARISOL | Commonwealth of Puerto Rico |
| 83644 | GONZALEZ ROMAN, ANA M M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 11866 | GONZALEZ SOTOMAYOR, MARIA | Puerto Rico Highways and Transportation Authority |
| 137818 | GONZALEZ, JOSE | Commonwealth of Puerto Rico |
| 21000 | GUERRERO RIVERA, JESSICA | Commonwealth of Puerto Rico |
| 38501 | GUILLEMO-SANCHEZ, JAVIER  ALBERTO | Commonwealth of Puerto Rico |
| 44349 | GUILLERMO MOLINA, JAVIER MIGUEL | Commonwealth of Puerto Rico |
| 133280 | GUILLERMO, NEGRON STGO. REPRESENTING MINOR S.N.A. | Commonwealth of Puerto Rico |
| 12420 | GUTIERREZ GOMEZ, SERGIO E. | Commonwealth of Puerto Rico |
| 63254 | GUZMAN ARIZMENDI, MANUEL | Commonwealth of Puerto Rico |
| 6069 | GUZMAN OLMEDA, CHRISTIAN | Commonwealth of Puerto Rico |
| 8199 | HERNÁNDEZ DE JESÚS, ABEL | Commonwealth of Puerto Rico |
| 131462 | HERNANDEZ RIVERA, JOSE A. | Commonwealth of Puerto Rico |
| 13327 | ILARROTA GONZALES, AIDA J. | Commonwealth of Puerto Rico |
| 10148 | IRIZARRY BENEJAM, JULIO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|-------|----------|--------|
| 5664 | IRIZARRY CALDERÓN, YAZMIN MILAGROS Y OTROS | Commonwealth of Puerto Rico |
| 3991 | IRIZARRY OTANO, LIZANDRA | Commonwealth of Puerto Rico |
| 9630 | J.A.G.T., MINOR, REPRESENTED BY HIS MOTHER MADELINE TORRES CARTAGENA | Commonwealth of Puerto Rico |
| 41675 | JIMENEZ BRACERO, MARGARITA | Commonwealth of Puerto Rico |
| 12821 | JORGE R. POZAS NET. | Commonwealth of Puerto Rico |
| 14819 | JOSE L. QUIÑONES VILLANUEVA V . ELA DE PR | Commonwealth of Puerto Rico |
| 179114 | KATHERINE FIGUEROA AND GUY SANCHEZ | Commonwealth of Puerto Rico |
| 9942 | LANDAN ARROYO, JIMMY ORLANDO Y OTROS | Commonwealth of Puerto Rico |
| 13055 | LEBRÓN FIGUEROA, NYDIA | Commonwealth of Puerto Rico |
| 136775 | LEON CARTAGENA, MARIA W | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 13410 | LEON COSME, RUBEN | Puerto Rico Highways and Transportation Authority |
| 52947 | LEYVA ROMERO, RAFAEL | Commonwealth of Puerto Rico |
| 53010 | LLOPIZ BURGOS, WANDA | Commonwealth of Puerto Rico |
| 38538 | LOPEZ , MARTHA RIVERA | Commonwealth of Puerto Rico |
| 8929 | LÓPEZ COTTO, MYRIAM | Commonwealth of Puerto Rico |
| 11704 | LOPEZ MORA, RAFAEL R. | Commonwealth of Puerto Rico |
| 36068 | LOPEZ ORTIZ, BAMILY | Commonwealth of Puerto Rico |
| 14057 | LOPEZ PAGAN, RAFAEL ANGEL | Commonwealth of Puerto Rico |
| 8307 | LOPEZ PENA, DAVID & RIVERA, CARMEN | Commonwealth of Puerto Rico |
| 51316 | LÓPEZ ROLÓN, CARMEN ALICIA | Commonwealth of Puerto Rico |
| 11123 | LOYOLA MERCADO, ANGEL I. | Commonwealth of Puerto Rico |
| 106792 | LUCENA SOTO, DIONISIO | Commonwealth of Puerto Rico |
| 22544 | LUCIANO RIVERA, ALEXANDER & JESSICA ORTIZ DIAZ | Commonwealth of Puerto Rico |
| 26647 | LUGO LEBRON, PABLO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 145264 | MALDONADO RODRIGUEZ, NILDA | Commonwealth of Puerto Rico |
| 9589 | MALDONADO, WANDA | Commonwealth of Puerto Rico |
| 114289 | MANGUAL MOJICA, JOSE B | Commonwealth of Puerto Rico |
| 114290 | MANGUAL RODRIGUEZ, YAJAIRA | Commonwealth of Puerto Rico |
| 8281 | MARIA ORTIZ, ELSA | Commonwealth of Puerto Rico |
| 29328 | MARQUEZ ESCOBAR, EVELYN T | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 46251 | MARQUEZ SANCHEZ Y OTROS, CARMELO | Commonwealth of Puerto Rico |
| 13127 | MARRERO ARCHILLA, RICHARD | Commonwealth of Puerto Rico |
| 4391 | MARTINEZ GOMEZ, ROSA | Commonwealth of Puerto Rico |
| 17068 | MARTINEZ GONZALEZ, DELIA M. | Puerto Rico Highways and Transportation Authority |
| 10500 | MARTINEZ-ECHEVARRIA, EDUARDO H | Commonwealth of Puerto Rico |
| 58801 | MASSA PEREZ, MARIA M. | Commonwealth of Puerto Rico |
| 41063 | MATEO RODRIGUEZ, JOSE | Commonwealth of Puerto Rico |
| 136507 | MATOS JIMENEZ, YANIRA | Commonwealth of Puerto Rico |
| 8810 | MATOS RODRIGUEZ, JOSE | Commonwealth of Puerto Rico |
| 28624 | MATOS, EFRAIN | Puerto Rico Highways and Transportation Authority |
| 134473 | MEDINA , AMNERIS | Commonwealth of Puerto Rico |
| 152899 | MEDINA, MIGUEL A. | Commonwealth of Puerto Rico |
| 54028 | MENENDEZ SEPULVEDA, JORGE | Commonwealth of Puerto Rico |
| 112323 | MERCADO BERRIOS, MARIA DELMA | Commonwealth of Puerto Rico |
| 25488 | MIRANDA VELEZ, SANDRA | Commonwealth of Puerto Rico |
| 38351 | MONSERRATE FLECHA, ANA I. | Commonwealth of Puerto Rico |
| 12064 | MORALES DÍAZ, NANCY | Commonwealth of Puerto Rico |
| 14725 | MORALES LOPEZ, DIANA  IRIS | Commonwealth of Puerto Rico |
| 39 | MORALES, AUGUSTO | Commonwealth of Puerto Rico |
| 29826 | MOREYMA RODRIGUEZ, CINTHIA | Commonwealth of Puerto Rico |
| 11968 | MULERO RODRIGUEZ, JENNIFER L | Commonwealth of Puerto Rico |
| 140832 | MUNIZ TORRES, ALICIA I | Commonwealth of Puerto Rico |
| 96481 | MUNOZ NEGRON, LUIS ALBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 141265 | MYRIAM BETANCOURT LOPEZ, ET ALS. | Commonwealth of Puerto Rico |
| 102523 | NELSON RAMOS & SAMUEL HERNANDEZ DIAZ | Puerto Rico Highways and Transportation Authority |
| 6600 | NIEVES DOMINGUEZ, HERIBERTO | Commonwealth of Puerto Rico |
| 79174 | NIEVES RUIZ, WENDY | Commonwealth of Puerto Rico |
| 8190 | NOVAS BEATO, JEFFREY | Commonwealth of Puerto Rico |
| 24250 | OCASIO BRAVO,  RODOLFO G | Commonwealth of Puerto Rico |
| 52161 | OCASIO MATOS, BARBARA | Commonwealth of Puerto Rico |
| 43382 | ORTIZ DAVID, VICTOR M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 4773 | ORTIZ LEGRAND, LUIS GABRIEL | Commonwealth of Puerto Rico |
| 52441 | ORTIZ MEDINA, ANITZA | Commonwealth of Puerto Rico |
| 11428 | ORTIZ MENDEZ, OLGA | Commonwealth of Puerto Rico |
| 48594 | ORTIZ SANABRIA, LUIS M. | Commonwealth of Puerto Rico |
| 12859 | ORTIZ SANCHEZ, GLORIMAR | Commonwealth of Puerto Rico |
| 12953 | ORTIZ VERAS, MARGARITA | Commonwealth of Puerto Rico |
| 28926 | OSORIO PIZARRO, NEIDA | Commonwealth of Puerto Rico |
| 20269 | OSORIO-COLLAZON, HOLVIN | Commonwealth of Puerto Rico |
| 24598 | OTERO AMEZAGA, CESAR | Commonwealth of Puerto Rico |
| 37951 | PADILLA VELEZ, ANIBAL | Commonwealth of Puerto Rico |
| 46398 | PADILLA VELEZ, JESUS | Commonwealth of Puerto Rico |
| 101777 | PAGAN BEAUCHAMP, MARIA  DESIREE | Commonwealth of Puerto Rico |
| 15124 | PAGAN RIVERA , MARIA | Commonwealth of Puerto Rico |
| 8413 | PANIAGUA BENÍTEZ, YARITZA | Commonwealth of Puerto Rico |
| 52423 | PANTOJAS, ADALBERTO | Commonwealth of Puerto Rico |
| 51228 | PASTRANA ORTIZ, PEDRO | Commonwealth of Puerto Rico |
| 111612 | PEDROSA RAMIREZ, JUAN | Puerto Rico Highways and Transportation Authority |
| 13349 | PELLOT ORIZ, YESENIA | Commonwealth of Puerto Rico |
| 9263 | PENA BETANCES, CHRISTIAN | Commonwealth of Puerto Rico |
| 76570 | PEREZ CANCHANY, YOLANDA | Commonwealth of Puerto Rico |
| 84857 | PEREZ MARCO, JONATAN | Commonwealth of Puerto Rico |
| 18 | PEREZ RIVERA, JAVIER | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 34469 | PEREZ TORRES, SANDRA | Puerto Rico Highways and Transportation Authority |
| 33634 | PIZARRO PENALOZA, ISAAC | Commonwealth of Puerto Rico |
| 57 | PIZARRO-CORREA, LUZ | Commonwealth of Puerto Rico |
| 101733 | POU MARTINEZ, ANTONIO CAYETANO | Commonwealth of Puerto Rico |
| 9557 | PROFESSION CONSULTING INTERNATIONAL GROUP, INC.AL | Commonwealth of Puerto Rico |
| 10517 | PROFESSIONAL CONSULTING INTERNATIONAL GROUP INC | Commonwealth of Puerto Rico |
| 10246 | QUESADA MORIS, ALFREDO | Commonwealth of Puerto Rico |
| 19321 | QUIÑONES BENITEZ, RAUL | Commonwealth of Puerto Rico |
| 24294 | QUINONES FLORES, ANA | Commonwealth of Puerto Rico |
| 94780 | QUINONES RIVERA, NOEL | Commonwealth of Puerto Rico |
| 17497 | RAMIREZ Y OTROS , ANGEL | Commonwealth of Puerto Rico |
| 43509 | RAMOS MUNDO, NELSON | Commonwealth of Puerto Rico |
| 9514 | RAMOS REYES, YARITZA | Commonwealth of Puerto Rico |
| 27484 | RAMOS SANTIAGO, ETS. AL, XAVIER J | Commonwealth of Puerto Rico |
| 52923 | RAMOS VAZQUEZ, NOELIA | Commonwealth of Puerto Rico |
| 32414 | RAMOS VICENTE, AGUSTIN | Puerto Rico Highways and Transportation Authority |
| 76284 | RESTO ALTURET, BRAYAN | Commonwealth of Puerto Rico |
| 111999 | RESTO PEREZ, NICOLAS | Commonwealth of Puerto Rico |
| 81439 | REYES CABRERA, HILDA B | Commonwealth of Puerto Rico |
| 10249 | REYES FALCON, MARISOL | Commonwealth of Puerto Rico |
| 116762 | REYES RIVERA, NILDA | Commonwealth of Puerto Rico |
| 82027 | RIOS VARGAS, ELISA | Commonwealth of Puerto Rico |
| 52347 | RIVAS SANTIAGO, YAITZA | Commonwealth of Puerto Rico |
| 179755 | RIVERA COLON, NESTOR | Puerto Rico Highways and Transportation Authority |
| 144752 | RIVERA DIAZ, MIGUEL  A. | Commonwealth of Puerto Rico |
| 11442 | RIVERA LOPEZ, COSME LUIS | Commonwealth of Puerto Rico |
| 109229 | RIVERA NUNEZ, GLORIA I | Commonwealth of Puerto Rico |
| 126353 | RIVERA ORTIZ, MIGDALIA | Commonwealth of Puerto Rico |
| 85059 | RIVERA PEREZ , ROBERTO | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 60661 | RIVERA, MIRTA JULIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 6296 | RODRIGUEZ CEDENO, JOSE  M | Commonwealth of Puerto Rico |
| 23941 | RODRIGUEZ DEYNES, VICTOR | Commonwealth of Puerto Rico |
| 89150 | RODRIGUEZ FLECHA, ZAIDA L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 39200 | RODRIGUEZ HERNANDEZ, RUTH N. | Commonwealth of Puerto Rico |
| 10504 | RODRIGUEZ HERNANDEZ, RUTH N. | Puerto Rico Highways and Transportation Authority |
| 16842 | RODRIGUEZ MADERA, ALEXANDER | Commonwealth of Puerto Rico |
| 27153 | RODRIGUEZ MARTINEZ, JESSICA | Commonwealth of Puerto Rico |
| 8722 | RODRIGUEZ MATOS, OLGA | Commonwealth of Puerto Rico |
| 8797 | RODRIGUEZ MATOS, OLGA | Puerto Rico Highways and Transportation Authority |
| 8654 | RODRIGUEZ MEJIA, FELIX A. | Commonwealth of Puerto Rico |
| 2535 | RODRIGUEZ MELENDEZ, JOSE M. | Puerto Rico Highways and Transportation Authority |
| 29215 | RODRIGUEZ ROSARIO, WALESKA | Commonwealth of Puerto Rico |
| 37567 | ROLON ORTEGA, CARMEN M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 130067 | ROLON RODRIGUEZ, MARIA L. | Commonwealth of Puerto Rico |
| 28804 | ROSA CASTRO, GLENDA | Commonwealth of Puerto Rico |
| 150419 | ROSA NUNEZ, HUMBERTO | Commonwealth of Puerto Rico |
| 8297 | ROSADO CHARON, MONSERRATE | Commonwealth of Puerto Rico |
| 13116 | ROSADO GONZALEZ, ROSA A. | Commonwealth of Puerto Rico |
| 12256 | RUIZ GUADARRAMA, ARNOLD D | Commonwealth of Puerto Rico |
| 147169 | RUIZ MORALES, MARIA T. | Commonwealth of Puerto Rico |
| 174289 | SALUD INTEGRAL EN LA MONTAÑA | Puerto Rico Public Buildings Authority (PBA) |
| 19529 | SANCHEZ BRETON, MAYRA | Commonwealth of Puerto Rico |
| 37151 | SANCHEZ ORTIZ, NORMA IRIS | Commonwealth of Puerto Rico |
| 25014 | SANCHEZ RAMOS, CARMEN A | Commonwealth of Puerto Rico |
| 38603 | SANCHEZ SOLDEVILLA, MARIA | Commonwealth of Puerto Rico |
| 74066 | SANCHEZ-RODRIGUEZ, FRANCISCO | Commonwealth of Puerto Rico |
| 7149 | SANTIAGO ALBALADEJO, MANUEL | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 95360 | SANTIAGO RODRIGUEZ, IRIS N. | Commonwealth of Puerto Rico |
| 99012 | SANTIAGO RODRIGUEZ, IRIS N. | Commonwealth of Puerto Rico |
| 12478 | SANTIAGO, JOSUE TORRES | Commonwealth of Puerto Rico |
| 17929 | SANTOS OLIVERAS, ELBA | Commonwealth of Puerto Rico |
| 134823 | SINDICATO DE BOMBERAS UNIDOS DE PR | Commonwealth of Puerto Rico |
| 43097 | SINDICATO DE BOMBEROS UNIDOS DE PUERTO RICO | Commonwealth of Puerto Rico |
| 53011 | SOTO CALDERON, JUDITH | Commonwealth of Puerto Rico |
| 15762 | SOTO TOLEDO, JESUS | Commonwealth of Puerto Rico |
| 13430 | SUCN. CARLOS ALBERTO LOPATEGUI ESTARELLAS | Commonwealth of Puerto Rico |
| 27052 | TORO MORALES, MIGUEL A. | Commonwealth of Puerto Rico |
| 10248 | TORRES CARTAGENA, MADELINE | Commonwealth of Puerto Rico |
| 14091 | TORRES ORTEGA, CAMILLE | Commonwealth of Puerto Rico |
| 40379 | TORRES PAGAN, MARIA  DE LOS A. | Commonwealth of Puerto Rico |
| 10900 | TORRES RIVERA, JUAN RAMON | Commonwealth of Puerto Rico |
| 12176 | TORRES RIVERA, LIDO JUAN | Commonwealth of Puerto Rico |
| 11791 | TORRES RIVERA, OLGA | Commonwealth of Puerto Rico |
| 94739 | TORRES ROSA, MELVIN | Commonwealth of Puerto Rico |
| 49 | TORRES ROSARIO, CARLOS | Commonwealth of Puerto Rico |
| 8206 | TORRES TORRES, YERALIS MARIE Y OTROS | Commonwealth of Puerto Rico |
| 14450 | TORRES VELAZQUEZ, WANDA | Commonwealth of Puerto Rico |
| 32167 | TREVINO ORTIZ, WANDA | Commonwealth of Puerto Rico |
| 164 | UNIVERSIDAD CENTRAL DEL CARIBE, INC. | Commonwealth of Puerto Rico |
| 24773 | VALENTIN-COLLAZO, ENID | Commonwealth of Puerto Rico |
| 167360 | VARGAS-FONTANEZ, PEDRO A. | Commonwealth of Puerto Rico |
| 173055 | VAZQUEZ ROJAS, RAMON L. | Commonwealth of Puerto Rico |
| 173056 | VÁZQUEZ ROJAS, RAMÓN L. | Puerto Rico Highways and Transportation Authority |
| 33282 | VILLANUEVA ACEVEDO, MARGARITA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|-------|----------|--------|
| 12252 | ZAMBRANA, CARLOS M.; ZAMBRANA, SUCN. CARLOTA | Commonwealth of Puerto Rico |
| 63702 | VARGAS FONTANEZ, PEDRO A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 10974 | SANTANA BÁEZ, ELIEZER | Commonwealth of Puerto Rico |
| 12000 | GONZALEZ TORRES, ANGEL | Commonwealth of Puerto Rico |
| 12037 | RIVERA RIVERA, ANTONIO | Commonwealth of Puerto Rico |
| 13408 | ESTRADA MIRANDA, ARMANDO | Commonwealth of Puerto Rico |
| 13562 | MALDONADO SANTANA, MARTY | Commonwealth of Puerto Rico |
| 13732 | RODRIGUEZ CASILLA, VALENTIN | Commonwealth of Puerto Rico |
| 13906 | MELENDEZ RODRIGUEZ, WILFREDO | Commonwealth of Puerto Rico |
| 14080 | GELL MARTE, RAFAEL | Commonwealth of Puerto Rico |
| 14201 | GARCIA VILLANUEVA, JUAN | Commonwealth of Puerto Rico |
| 14604 | MALDONADO MARINEZ, JOSE | Commonwealth of Puerto Rico |
| 95245 | CARRERA MONTALVO, RAUL | Commonwealth of Puerto Rico |

**EXHIBIT B**

| Claim | Claimant | Debtor |
|-------|----------|--------|
| 50373 | ADORNO ESQUILIN, MILISA | Puerto Rico Highways and Transportation Authority |
| 5544 | ALMODOVAR RAMIREZ, EDEL W | Commonwealth of Puerto Rico |
| 12941 | ALVARADO CARTAGENA, HÉCTOR | Puerto Rico Highways and Transportation Authority |
| 6171 | ANDINO VEGA, MILDRED | Puerto Rico Highways and Transportation Authority |
| 81405 | ANTONIA RUIZ TORRES SUCECION JUAN JACOB RIVERA ROSADO | Commonwealth of Puerto Rico |
| 63977 | ARMANDO JOSE MALDONADO CRIADO-EN CARACTER DE HEREDERO-SUCESION CARMEN N. CRIADO CRIADO | Commonwealth of Puerto Rico |
| 5887 | AROCHO NIEVES, JOSÉ | Puerto Rico Highways and Transportation Authority |
| 156863 | AROCHO SALTAR, CARLOS E | Commonwealth of Puerto Rico |
| 5768 | BARBOZA VELEZ, CECILIA | Puerto Rico Highways and Transportation Authority |
| 121918 | BATISTA DIAZ, MACYS H. | Commonwealth of Puerto Rico |
| 5673 | BELTRAN RODRIGUEZ, MILAGROS | Commonwealth of Puerto Rico |
| 162679 | CABALLERO RODRIGUEZ, MARITZA | Commonwealth of Puerto Rico |
| 113334 | CARRERO JUSINO, MIGUEL | Commonwealth of Puerto Rico |
| 20185 | CARTAGENA, HECTOR ALVAREZ | Puerto Rico Highways and Transportation Authority |
| 63187 | CASTRO ECHEVARRIA, ALBA J | Puerto Rico Highways and Transportation Authority |
| 178995-1 | CASTRODAD BERRIOS, ADA M. | Commonwealth of Puerto Rico |
| 47259 | CINTRON VELAZQUEZ, LUIS I | Commonwealth of Puerto Rico |
| 5540 | COLLAZO OROPEZA, GISELA | Puerto Rico Highways and Transportation Authority |
| 29492-1 | COLLAZO OTERO, MARIEL | Commonwealth of Puerto Rico |
| 38458 | COLON CRUZ, JOSE  A. | Puerto Rico Highways and Transportation Authority |

| Claim | Claimant | Debtor |
|---|---|---|
| 19990 | COLON IRIZARRY, RAMON | Puerto Rico Highways and Transportation Authority |
| 103732 | COLON PINEIRO, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 106722 | COLON PINEIRO, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 117229 | COLÓN PIÑEIRO, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 49590 | COSME RIVERA, HERIBERTO | Puerto Rico Highways and Transportation Authority |
| 163908 | CRUZ GOMEZ, ROSALIA | Commonwealth of Puerto Rico |
| 119533 | CRUZ PALMER, MELVIN J. | Commonwealth of Puerto Rico |
| 124806 | DE JESUS SOTO, MITCHELL  E. | Commonwealth of Puerto Rico |
| 59020 | DEL CARMEN ALBALADEJO, MIRNA | Commonwealth of Puerto Rico |
| 46660 | DOMINGUEZ PEREZ, JAVIER E. | Puerto Rico Highways and Transportation Authority |
| 2896 | ESCANIO QUINONES,  ALBERT | Commonwealth of Puerto Rico |
| 53495 | ESQUILIN GARCIA, TAYNA | Commonwealth of Puerto Rico |
| 12191 | ESTHER RIOS DE SANTIAGO C/P ESTHER RIOS CRESPO | Commonwealth of Puerto Rico |
| 65397 | FARGAS LLANOS, NANCY | Commonwealth of Puerto Rico |
| 5716 | FERREIRA MERCED, GIOVANNA | Puerto Rico Highways and Transportation Authority |
| 50162 | FIGUEROA LUGO, MIGUEL E | Commonwealth of Puerto Rico |
| 86604 | FOURNIER ARCE, ROSA | Commonwealth of Puerto Rico |
| 179032-1 | GALARZA FIGUEROA, MARIEVA | Commonwealth of Puerto Rico |
| 5999 | GARCIA BELTRAN, JOSE A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 3446 | GARCIA BELTRAN, LUIS A | Commonwealth of Puerto Rico |
| 5679 | GARCIA SANTIAGO, ANGEL L | Commonwealth of Puerto Rico |
| 6047 | GARCIA SANTIAGO, ANGEL L | Commonwealth of Puerto Rico |
| 7947 | GARCIA, CARMELO RONDON | Commonwealth of Puerto Rico |
| 14088 | GONZALEZ CLASS, CARMEN | Puerto Rico Highways and Transportation Authority |

| Claim | Claimant | Debtor |
|---|---|---|
| 9609 | HERNÁNDEZ OCAÑA, MANUEL G. | Commonwealth of Puerto Rico |
| 6174 | IRIZARRY TORRES, NEMESIO | Puerto Rico Highways and Transportation Authority |
| 17990 | IRIZARRY YAMBO, JOSE A | Commonwealth of Puerto Rico |
| 37749 | IRIZARRY-GALARZA, ROBERTO | Commonwealth of Puerto Rico |
| 131270 | JOSE LUIS ALVAREZ VALLE - SOLE INHERITOR OF THE LATE DAVID ALVAREZ VALLE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 30316 | LEON RIVERA, CARMEN A | Commonwealth of Puerto Rico |
| 5466 | LOPEZ ABRIL, RAFAEL | Puerto Rico Highways and Transportation Authority |
| 98830 | LOPEZ GINORIO, IVAN | Commonwealth of Puerto Rico |
| 30254 | LOPEZ SANTANA, MEILING | Commonwealth of Puerto Rico |
| 155120 | LUIS A. OLIVERA FRATICELLI- EMPLEADO FALLECIDO, CARMEN I. MARTINEZ MUNIZ VDA, VLADIMIR, LUIS A., KANYRA OLIVERA MARTINEZ (HIJOS) | Commonwealth of Puerto Rico |
| 113072 | MADERA PACHECO, ANA E. | Commonwealth of Puerto Rico |
| 136239 | MAISONAVE HERNANDEZ, JUDITH  N | Commonwealth of Puerto Rico |
| 131785 | MAISONAVE HERNANDEZ, JUDITH N | Commonwealth of Puerto Rico |
| 128281 | MARIA DOLORES ZENO - JUAN G. COLON ZENO HEREDERO | Commonwealth of Puerto Rico |
| 1059 | MARQUEZ RIVERA, JOSE L | Commonwealth of Puerto Rico |
| 48117 | MARRERO COLON, EDGARDO | Puerto Rico Highways and Transportation Authority |
| 109786 | MARRERO TORRES, ROSALINA | Commonwealth of Puerto Rico |
| 116768 | MARTINEZ COURET, LINEL | Commonwealth of Puerto Rico |
| 169779 | MARTINEZ VALENTIN, LUIS GUILLERMO | Commonwealth of Puerto Rico |
| 2676 | MAS RODRIGUEZ, CARLOS ELIZABETH | Commonwealth of Puerto Rico |
| 2873 | MASS RODRIGUEZ, CARLOS E | Commonwealth of Puerto Rico |
| 103894 | MATOS GARCED, LUIS M. | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 49167 | MIRANDA CRISTOBAL, LILLIAM | Puerto Rico Highways and Transportation Authority |
| 54700 | MORALES CORDERO, JESUS R. | Puerto Rico Highways and Transportation Authority |
| 108165 | MORALES ENCARNACIÓN, MARIA DEL MAR | Commonwealth of Puerto Rico |
| 5596 | MORALES OLMOS, SONIA | Puerto Rico Highways and Transportation Authority |
| 84184 | MORALES VAZQUEZ, MARGARITA | Commonwealth of Puerto Rico |
| 51119 | MORALES VAZQUEZ, MARGARITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 6202 | MORALES, CARMELO HERNANDEZ | Puerto Rico Highways and Transportation Authority |
| 161277 | NIEVES NIEVES, NELSON | Commonwealth of Puerto Rico |
| 143724 | NIEVES-NIEVES, NELSON | Commonwealth of Puerto Rico |
| 161064 | NIEVES-NIEVES, NELSON | Commonwealth of Puerto Rico |
| 161306 | NIEVES-NIEVES, NELSON | Commonwealth of Puerto Rico |
| 71192 | ORFILA HERNANDEZ, EDWIN | Commonwealth of Puerto Rico |
| 33856 | ORTIZ GUEVARA, LUIS R | Commonwealth of Puerto Rico |
| 6080 | ORTIZ ORTIZ, WANDA | Puerto Rico Highways and Transportation Authority |
| 5588 | ORTIZ SANCHEZ, CORALY M. | Puerto Rico Highways and Transportation Authority |
| 164861 | PEREZ FONSECA, ELIAS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 88818 | PEREZ RIVERA, JOSE  R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 64548 | POLANCO RAMOS, ROSANNA | Commonwealth of Puerto Rico |
| 39486 | QUILES, EDWIN RAMOS | Puerto Rico Highways and Transportation Authority |
| 6227 | RAMOS PITRE, DAISY | Puerto Rico Highways and Transportation Authority |
| 150525 | REYES RAMOS, AMADA | Commonwealth of Puerto Rico |
| 51886 | RIVERA ORTIZ, JOSEIRA | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 87375 | RIVERA ROSARIO, HECTOR T | Commonwealth of Puerto Rico |
| 90014 | RIVERA ROSARIO, HECTOR T | Commonwealth of Puerto Rico |
| 82422 | RIVERA ROSARIO, HECTOR T. | Commonwealth of Puerto Rico |
| 86350 | RIVERA ROSARIO, HECTOR T. | Commonwealth of Puerto Rico |
| 163071-1 | RIVERA TORRES, CARLOS A. | Commonwealth of Puerto Rico |
| 105776 | RIVERA TORRES, JOSUE D. | Commonwealth of Puerto Rico |
| 116718 | RODRIGUEZ CARABALLO, VICTORIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 101066 | RODRIGUEZ MEDINA, ESTIFANIO | Commonwealth of Puerto Rico |
| 43218 | RODRIGUEZ RAMOS, TERESITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 130636 | RODRIGUEZ SANCHEZ, LILLIAM | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 152436 | RODRIGUEZ SANTOS, MARILYN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 38969 | RUIZ ALVAREZ, JORGE A. | Puerto Rico Highways and Transportation Authority |
| 30711 | SALGADO RODRIGUEZ, ENRIQUE | Commonwealth of Puerto Rico |
| 79916 | SANTANA VAZQUEZ, CARLOS M | Puerto Rico Highways and Transportation Authority |
| 5668 | SANTIAGO LÓPEZ, MARÍA | Puerto Rico Highways and Transportation Authority |
| 33637 | SANTOS GARCIA, JUAN A | Commonwealth of Puerto Rico |
| 5892 | SEDA RIVERA, IVONNE | Puerto Rico Highways and Transportation Authority |
| 131981 | SNYDER NIEVES, LOUIS J. | Commonwealth of Puerto Rico |
| 133079 | SNYDER NIEVES, LOUIS J. | Commonwealth of Puerto Rico |
| 133162 | SNYDER NIEVES, LOUIS J. | Commonwealth of Puerto Rico |
| 133394 | SNYDER NIEVES, LOUIS J. | Commonwealth of Puerto Rico |
| 144064 | SOLIS DE JESUS, NILDA | Commonwealth of Puerto Rico |
| 140181 | SOLIS SOTO, ANGELES A. | Commonwealth of Puerto Rico |
| 6078 | TORRES CRUZ, MIGUEL E | Puerto Rico Highways and Transportation Authority |
| 12761 | TORRES FIGUEROA, JOEDDY | Commonwealth of Puerto Rico |

| Claim | Claimant | Debtor |
|---|---|---|
| 172295 | TORRES RODRIGUEZ, JORGE | Commonwealth of Puerto Rico |
| 134483 | TORRES SANTOS, NORMA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 5843 | VALENTIN TORRES, RICARDO C | Puerto Rico Highways and Transportation Authority |
| 169620 | VARGAS ALVIRA, REINALDO | Commonwealth of Puerto Rico |
| 6148 | VEGA LÓPEZ, WILLIAM | Puerto Rico Highways and Transportation Authority |
| 175586-1 | VELAZQUEZ VARGAS, DOLORES | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 120458 | VELEZ CANDELARIO; ROSEMARY ALFONSO-VELEZ, MYRNA ALFONSO-VELEZ, SHIRLEY ALFONSO-VELEZ, HEREDAS DE ROSALINA | Commonwealth of Puerto Rico |
| 20011 | VILLEGAS LEVIS, NOELIS | Puerto Rico Highways and Transportation Authority |
| 134477 | VILLEGAS NAVARRO, EDUARDO | Commonwealth of Puerto Rico |
| 539 | WILLIAMS, JAMES | Commonwealth of Puerto Rico |
| 159110 | ZAYAS MORENO, MARICELIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 127347 | JIMENEZ DE LA CRUZ, SONIA M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 24590 | CESAREO ORTIZ, EVA | Commonwealth of Puerto Rico |
| 6255 | MARRERO FIGUEROA, EVELYN | Puerto Rico Highways and Transportation Authority |
| 19092 | MATOS MORALES , ROBERT | Commonwealth of Puerto Rico |
| 152252 | MEJIAS SOTO, LISSETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico |
| 88751 | ORTIZ RAMOS, WILLIAM | Commonwealth of Puerto Rico |
| 17348 | ARVELO PLUMEY, ALMA M | Commonwealth of Puerto Rico |
| 46577-1 | IGLESIAS DE JESUS, ELIZABETH | Commonwealth of Puerto Rico |
| 67188 | TOWER ACQUISITION GROUP, LLC | Commonwealth of Puerto Rico |
| 67458 | TOWER EQUITY GROUP, LLC | Commonwealth of Puerto Rico |