# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al**<br><br>**Debtors** | **PROMESA**<br>**TITLE III**<br><br>**CASE NO.   17-BK 3283 - LTS**<br><br>**(Jointly Administered)** |

## MOTION REQUESTING FINAL EXTENSION OF TIME UNTIL FRIDAY, AUGUST 18, 2023, TO FILE A RESPONSE TO OBJECTION TO CLAIM FILED BY THE MUNICIPALITY OF MAYAGUEZ

**COMES NOW** the undersigned attorney, who respectfully states and prays as follows:

1. This Honorable Court granted the Municipality of Mayagüez until today to file a response to the Financial Oversight and Management Board's (FOMB) objection to, among others, claim #154568 filed by the Municipality of Mayaguez. See Docket No. 24879.

2. However, despite the Municipality's best efforts to provide the information necessary to address the objection, the Mayor's Office informed that much of the information had been prepared and worked on by an outside consultant back in the year 2017, a Mr. Carlos Padilla,

and who has since passed away. Consequently, said office is making efforts to locate the information through other channels and submit it to the undersigned.

3. Additionally, because today was Public Servant day observed at the Municipality, personnel necessary to assist in the matter was unavailable as it was given the day off.

4. Based on the foregoing, the undersigned has been requested that a final extension of time of one week until August 25th, 2023, be requested in order to complete the search.

**WHEREFORE**, the undersigned respectfully requests from this Honorable Court to grant the instant motion, and consequently, grant the Municipality of Mayaguez the final extension of time requested until Friday August 25th, 2023.

**IT IS HEREBY CERTIFIED** that on this date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

Respectfully submitted, this August 18th, 2023.

**ALDARONDO & LOPEZ BRAS, LLC**

*Attorneys for the Municipality of Mayaguez.*

**ALB Plaza, Suite 400
16 Las Cumbres Ave. (Road 199)
Guaynabo, Puerto Rico 00969
Tel. (787) 474-5447**

*/s/ Iván M. Castro -Ortiz*
**IVÁN M. CASTRO - ORTIZ**
USDCPR No. 214703
Email: icastro@alblegal.net