Case:17-03283-LTS Doc#:24921-1 Filed:08/18/23 Entered:08/18/23 16:31:29 Desc:
Exhibit Page 1 of 1

RECIBIDO 1 4 NOV 2022

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
## COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS

| | |
|---|---|
| Carmelo Santiago Otero, Luis A. García Serrano, José A. Álvarez Galarza, Jaime Luis Osorio Cepeda, Henry Orta Vázquez, Leonardo García Pacheco, Rainiero Vázquez Fontán, Benjamín Morales Pagán, Juan M. Cruz Morales, Domingo Fantauzzi Ramos, Antonio Santiago Vargas, Francisco Reyes Colon, José Ángel Betancourt, Nelson López, Arnaldo Ortiz Mateo, Roberto Rodríguez-Rodríguez, Pedro Ruiz Delgado, Arturo López Colón, Edgardo Mulero Esquilín, David Díaz-Díaz, Rubén Barbosa González, Elisa Cepeda Gautier, Benjamín Díaz Román, Juan De Dios Hernández Medina, Agustín González Navarro, Heriberto Peña Pagán, Benito Rosario Díaz, Eli Samuel Rodríguez León, José Maisonet Rivera, William Torres Guadalupe, Vicente Algarín, Carmen Elia Cintrón<br><br>***APELANTES***<br><br>v.<br><br>**DEPARTAMENTO DE AGRICULTURA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,**<br><br>***APELADO*** | **APELACIÓN ANTE LA COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS**<br><br><br>Número de Asunto:_____ |

CASP 14 NOV'22 AM10:36

## APELACIÓN

**A LA HONORABLE COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS:**