# TRANSLATION TO EXHIBIT 1

**[RECEIVED NOV. 14, 2022]**
**ILEGIBLE SIGNATURE**

## COMMONWEALTH OF PUERTO RICO
## APPELLATE COMMISION OF THE HUMAN RESOURCES ADMINISTRATION SYSTEM

| | |
|---|---|
| Carmelo Santiago Otero, Luis A. García Serrano, José A. Álvarez Galarza, Jaime Luis Osorio Cepeda, Henry Orta Vázquez, Leonardo García Pacheco, Rainiero Vázquez Fontán, Benjamín Morales Pagán, Juan M. Cruz Morales, Domingo Fantauzzi Ramos, Antonio Santiago Vargas, Francisco Reyes Colon, José Ángel Betancourt, Nelson López, Arnaldo Ortiz Mateo, Roberto Rodríguez-Rodríguez, Pedro Ruiz Delgado, Arturo López Colón, Edgardo Mulero Esquilín, David Díaz-Díaz, Rubén Barbosa González, Elisa Cepeda Gautier, Benjamín Díaz Román, Juan De Dios Hernández Medina, Agustín González Navarro, Heriberto Peña Pagán, Benito Rosario Díaz, Eli Samuel Rodríguez León, José Maisonet Rivera , William Torres Guadalupe, | **APPEAL BEFORE THE APPELLATE COMMISION OF THE HUMAN RESOURCES ADMINISTRATION SYSTEM**<br><br>**CASE NUMBER:** _____<br><br>**[CASP Nov. 14, 2022 10:36 a.m.]** |

| | |
|---|---|
| **Vicente Algarín, Carmen Elia Cintrón**<br><br>*APPELLANTS*<br><br>v.<br><br>**DEPARTMENT OF AGRICULTURE, COMMONWEALTH OF PUERTO RICO,**<br><br>*APPELLEE* | |

**APPEAL**

**TO: APPELLATE COMMISION OF THE HUMAN RESOURCES ADMINISTRATION SYSTEM**