## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Five Hundred Ninety-Ninth Omnibus Objection**

Five Hundred Ninety-Ninth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AGOSTO RIVERA, MARILYN<br>URB. COUNTRY CLUB<br>ON 2 CALLE 510 4TA EXT<br>CAROLINA, PR 00982 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30041 | Undetermined* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |
| 2 | ALEXIS GUZMAN CRESPO, JOSE<br>HC 04 BOX 18002<br>CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5643 | $150,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number JDP-2013-0242, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |
| 3 | ARIAS RIVERA, EVELYN<br>URB. LA INMACULADA<br>D6 CALLE SANTA FE<br>TOA BAJA, PR 00949-3972 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 117452 | $50,000.00* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |
| 4 | AVILES TORRES, IRMA NYDIA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69229 | $14,400.00* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62162 | $150,000.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | BATISTA GOMEZ, DINA S.<br>8059 PARC LAS PIEDRAS<br>QUEBRADILLAS, PR 00678 | 03/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5266 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | BERMUDEZ FIGUEROA, ANGEL<br>URB CASTELLANA GARDENS<br>N 3 CALLE 12<br>CAROLINA, PR 00983-1929 | 07/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159295 | $60,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2003-165 , but the claimant does not appear as a named plaintiff in that litigation.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BUFETE MORALES CORDERO, PSC<br>PO BOX 363085<br>SAN JUAN, PR 00936-3085 | 06/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 54615 | Undetermined* |

Reason: The claimant asserts in the POC that they are owed attorney fees pertaining to the litigation cases 2002-ACT-019 . However, according to the information provided by the government, these attorney fees must be paid by the Asociacion de Gerenciales, not the Highway and Transportation Authority. Therefore, there remains no further liability to the Puerto Rico Highways and Transportation Authority

Five Hundred Ninety-Ninth Omnibus Objection

Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | CABAN TORRES, NILSA M<br>URB JARDS SANTO DOMINGO<br>A23 CALLE 5<br>JUANA DIAZ, PR 00795 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30672 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CANDELARIO LOPEZ, CRISTINA<br>URB PUERTO NUEVO<br>518 CALLE ARABIA<br>SAN JUAN, PR 00920-4117 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49873 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CARBONELL LLANO, ARIEL<br>C/O LCDO. EMILIO CANCO-BELLO,JR<br>C - 10 HC 06<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 124575 | $75,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number SJ-2017-CV-02739, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CASTRO SAINZ, IVETTE<br>URB PUERTO NUEVO NW<br>1343 CALLE 10<br>SAN JUAN, PR 00920 | 04/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6006 | $100,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2015-0001, but the records of the case indicate that the case has since been dismissed and there is no further liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | CESAREO ORTIZ, EVA<br>PMB 795 PO BOX 2500<br>TOA BAJA, PR 00951-2500 | 06/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24590 | $57,120.00 |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-1999-0669, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | COLON HERNANDEZ, ANGELA N<br>URB SANTA JUANITA<br>GB 19 CALLE ESPA-A<br>BAYAMON, PR 00956 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110892 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | COLON NEGRON, ESMERALDA<br>HC 2 BOX 9722<br>JUANA DIAZ, PR 00795 | 06/27/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 104019 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #104019 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | COLON NIEVES, CARMEN N<br>URB COUNTRY CLUB<br>HB7 CALLE 215<br>CAROLINA, PR 00982-2613 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34841 | $34,800.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

4

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 17 | COLON ORTIZ, EVELYN<br>HC 01 BOX 9104<br>TOA BAJA, PR 00949 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 112015 | $150,000.00 |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CONJUGAL PARTNERSHIP OF ROLANDO MARTÍNEZ<br>AND LAUREN DE PABLO<br>JAMES LAW OFFICES<br>ATTN: GLENN CARL JAMES<br>PMB 501<br>1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16458 | $1,000,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2008-0286, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21830 | $12,656.49* |

Reason: Proof of claim purports to assert liability on the basis of property seized through asset forfeiture but the books and records of the Commonwealth indicate that the seized property has been returned and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CRESPO MEDINA , NORMA  I<br>HC 04 BOX 18002<br>CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7586 | $30,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number JDP-2013-0242, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | CRUZ ALVAREZ, CARMEN D<br>PARC. AMALIA MARIN<br>5647 CALLE TAINO<br>PONCE, PR 00716 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44792 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | CUEVAS SIERRA, RAFAEL<br>452 AVENIDA PONCE DE LEON EDIF<br>ASOCIACION DE MAESTRO OFIC. 514<br>SAN JUAN, PR 00918 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18142 | $60,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2012-09-0335, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | DAVILA SANTIAGO, MARIA I.<br>URB. REPARTO ROBLES<br>CALLE ACERINA D-140<br>AIBONITO, PR 00705 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 110181 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Claim #110181 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | DE PABLO , LAUREN BY HER<br>JAMES LAW OFFICES<br>ATTN: GLENN CARL JAMES<br>PMB 501<br>1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15599 | $500,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2008-0286, but the records of the case indicate that the case has since been dismissed and there is no further liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 25 | DROZ FIGUEROA, RINA URB GLENVIEW GDNS K1 CALLE E7B PONCE, PR 00730-1740 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33662 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | ESTEVA MARQUES, GLORIA M MARÍA E. VICÉNS RIVERA 1218 AVE HOSTOS STE 117 PONCE, PR 00717-0944 | 04/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5846 | $307,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CAC-2007-07616, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 27 | FABERY TORRES, AILEEN HC-01 BOX 11714 CAROLINA, PR 00985 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30481 | $14,040.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | FARGAS RODRIGUEZ, MARIBEL PO BOX 1613 VALLE ARRIBA HEIGHTS CAROLINA, PR 00984 | 05/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32955 | $58,658.96* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

Claim #32955 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | FIGUEROA RAMOS, LUIS ANTONIO PO BOX 2312 GUAYAMA, PR 00785 | 11/30/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 334 | $50,000.00 |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2003-165 , but the claimant does not appear as a named plaintiff in that litigation.
A portion of this claim has been transferred into the Alternative Dispute Resolution (ADR) process and will be resolved consistent with the ADR procedures . Because this objection does not constitute an objection to the portion of the claim in the ADR process , the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 30 | GUEITS ACOSTA, NANCY HC 2 BOX 9335 JUANA DIAZ, PR 00795-9614 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26334 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | GUEITS ACOSTA, NANCY HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71229 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | GUZMAN FORTES , JOSE HC 04 BOX 18002 CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7706 | $30,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number JDP-2013-0242 , but the records of the case indicate that the case has since been dismissed and there is no further liability.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | GUZMAN VEGA, FELIX EL MADRIGAL Q11 CALLE 23 PONCE, PR 00730 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 127841 | $11,000.40* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | GUZMAN VEGA, FELIX HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68047 | $11,040.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | JENNIFER CRUZ VILLANUEVA Y OTROS LCDO. JUAN CORCHADO JUARBE URB HERMANAS DAVILA AVE. BETANCES I-2 BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34932 | $69,000.00* |

Reason: The Claimant asserts liabilities associated with litigation case KDP-2016-1470. According to information provided by the government, the liabilities associated with this litigation have been paid by the insurance party involved in the litigation. Therefore, there remains no further liability to the Commonwealth.

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | LEON COLON, RAQUEL HC 1 BOX 7848 VILLALBA, PR 00766-9854 | 06/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62396 | $12,960.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | LOPEZ LUGO, ADELINA<br>HC 4 BOX 8195<br>JUANA DIAZ, PR 00795-9846 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28471 | $13,920.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| 38 | LOPEZ LUGO, ADELINA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 68121 | $13,920.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| 39 | LOPEZ OJEA, RENE<br>R-6 CALLE 14 URB. ALTS DE YAUCO<br>YAUCO, PR 00698 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86207 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| 40 | LUGO GUZMAN, WILLIAM<br>PO BOX 693<br>QUEBRADILLAS, PR 00678 | 05/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24535 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | LUGO ORTIZ, WANDA I<br>URB FLAMBOYANES<br>1622 CALLE LILAS<br>PONCE, PR 00716-4612 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47627 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Claim #47627 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 42 | LUGO ORTIZ, WANDA I.<br>VILLAS DEL LAUREL II<br>1412 BOULEVARD<br>COTO LAUREL, PR 00780 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26526 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 43 | MARCANO FIGUEROA, JUAN J.<br>P/O FRANCISCO J TORRES DIAZ<br>PO BOX 874<br>CAGUAS, PR 00726-0874 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16976 | $148,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number EDP-2013-0017. However, the insurance company who held legal representation is responsible for any liabilities that arises from the litigation. As such, there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 44 | MARCARIBE INVESTMENT CORPORATION<br>413 BOSTON ROAD<br>WESTON, MA 02493 | 10/23/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 254 | $1,400,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number AAC-2015-0050, but the records of the case indicate that the case has since been dismissed and there is no further liability.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 45 | MARRERO FIGUEROA, EVELYN ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 04/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6255 | Undetermined* |

Reason: Proof of claim purports to assert liability on the basis of case number 2012-ACT-019, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | MARTINEZ DE PABLO, DEIANEIRA GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16430 | $500,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2008-0286, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | MATIAS MORALES, ABNIEL LCDO. MANUEL COBIAN ROIG PO BOX 177 GUAYNABO, PR 00970 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29000 | $200,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2017-0241, but the case has since been withdrawn by the claimant and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | MATOS ALVARADO, FREDESWINDA URB LOS CAOBOS 2689 CALLE COROZO PONCE, PR 00731 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33647 | $11,040.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 49 | MATOS ALVARADO, FREDESWINDA<br>HC - 03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70614 | $11,040.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | MATOS MORALES , ROBERT<br>URB. SAN FERNANDO<br>CALLE 5 E12<br>TOA ALTA, PR 00953 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19092 | $19,000.00 |

Reason: Proof of claim purports to assert liability on the basis of case number 2014-07-0008, but the claimant does not appear as a named plaintiff in that litigation.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | MEJIAS SOTO, LISSETTE<br>COND. EL MIRADER CALLE 110 JESUS VELAGUEZ<br>WALKER APT 204<br>CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 152252 | $8,600.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KAC-2012-1259, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | MELENDEZ BRULLA, PABLO<br>LIC. BAUZA TORRES ANTONIO<br>COND LEMANS 602 AVE MUNOZ STE 402<br>SAN JUAN, PR 00918-3612 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 23448 | $455,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number AAC-2015-0050, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | MOLINA APONTE, CSAR<br>P.O. BOX 334254<br>PONCE, PR 00733 | 11/30/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 318 | $72,586.36 |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2010-1284, but the claimant does not appear as a named plaintiff in that litigation.

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | MORALES BERRIOS, JENNIFER<br>URB GLENVIEW GDNS<br>AC15 CALLE W24<br>PONCE, PR 00731 | 03/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3465 | $24,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number KPE-2000-2568, but the records of the case indicate that the case has since been dismissed and there is no further liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | NIEVES BORRERO, FLOR ILEANA<br>URB. BELLA VISTA CALLE NEVADA C-13<br>PONCE, PR 00716 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159854 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | NIEVES BORRERO, FLOR ILEANA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 70389 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA<br>FINALE CARDENAS<br>GLENN CARL JAMES, ESQ<br>LUIS VIGOREAUX<br>PMB 501, 1353 AVE.<br>GUAYNABO, PR 00966 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16523 | $1,000,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2008-0286, but the records of the case indicate that the case has since been dismissed and there is no further liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | PAGAN ORTIZ, EDWARD URB ESTANCIAS DEL MAYORAL 12102 CALLE CANAVERAL VILLALBA, PR 00766-2435 | 06/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 51815 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Claim #51815 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | PEDRO ROLANDO MARTINEZ TORRES AS INHERITOR OF OLGA FINALE JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15568 | $1,500,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number FDP-2008-0286, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | PEREZ ACEVEDO, VICENTE 15 DICKSON LN WESTON, MA 07420-2973 | 10/23/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 253 | $14,000,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number AAC-2015-0050, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | PEREZ MARRERO, OSVALDO SUITES 601 A BANCO COOPERATIVO PLAZA 623 PONCE DE LEON AVENUE SAN JUAN, PR 00917-4806 | 05/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22646 | $35,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number DKDP-2002-0319, but the case has since been withdrawn by the claimant and there is no further basis for liability.

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | PEREZ QUINTANA, MARIA D<br>691 CALLE GUARANI<br>VILLA TABAIBA<br>PONCE, PR 00716-1320 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90068 | Undetermined* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |
| 63 | POLANCO SORIANO, EVELICE<br>CALLE 30 66-13 CASTELLO GARDENS<br>CAROLINA, PR 00983 | 05/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30051 | Undetermined* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |
| 64 | PONCE DE LEON, CARMEN L<br>PO BOX 10733<br>SAN JUAN, PR 00922-0733 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37509 | $34,800.00* |
| | Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability. | | | | | |
| 65 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60533 | $12,000.00* |
| | Reason: Proof of claim purports to assert liability on the basis of case number FAC-2017-0702, but the records of the case indicate that the case has since been dismissed and there is no further liability. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 66 | RIVERA CAMARGO, EVELYN<br>PARCELAS INDIOS<br>CALLE BORINQUEN # 87<br>HC-02 BOX 8700<br>GUAYANILLLA, PR 00656 | 06/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 101246 | $50,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2004-10-0622, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 67 | RIVERA TARAZA, RAMONITA<br>URB SANTA JUANITA<br>WA15 CALLE TORRECH S<br>BAYAMON, PR 00956-5040 | 06/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 87855 | $50,000.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 68 | RIVERA VELAZQUEZ, WANDA I<br>URB. VILLA SERENA - BUZON 76<br>SANTA ISABEL, PR 00757 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56103 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Claim #56103 also contained on Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | RIVERA-LUNA, ANA C.<br>1369 CALLE 10 NO PTO NUEVO<br>SAN JUAN, PR 00920 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35159 | $38,400.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 70 | ROBERTO ALMODOVAR FEBLES/YAMIL MELÉDEZ TORRES/ATTORNEY ELIZABETH ORTIZ IRIZARY 101 VILLAS DE SAN JOSÉ CAYEY, PR 00736 | 09/11/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 393 | $5,700.00 |

Reason: The Claimant asserts liabilities associated with litigation case KCD-2016-2431. According to information provided by the government, the liabilities associated with this litigation have been paid. Therefore, there remains no further liability to the Commonwealth.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 71 | RODRIGUEZ CASILLA, ARSENIO 165 DIEGO ZALDUANDO FAJARDO, PR 00738 | 07/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 162257 | $23,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2003-165, but the claimant does not appear as a named plaintiff in that litigation.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 72 | RODRIGUEZ RODRIGUEZ, GENOVEVA 584 ALELI HDA FLORIDA YAUCO, PR 00698-4540 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 135166 | $13,440.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 73 | SANTIAGO OLIVERAS, ALTAGRACIA LCDO. VÍCTOR M. BERMÚDEZ PEREZ URB. VILLA ANDALUCIA A-22 CALLE RONDA SAN JUAN, PR 00926 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 61278 | $150,000.00* |

Reason: The claimant asserts liability on the basis of case number 2004-05-1348 asserting they were entitled to continue employment regarding a position they held with the DOJ. However, according to information provided by the government, employees occupying these positions do not acquire, under said condition, an expectation of continuity of employment, except during the period for which they were appointed. In addition, any of the candidates found on the Eligible Registry are suitable because they met the requirements of the position, and, therefore, could be selected for the position. As such, there is no further basis for liability.

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 74 | TORRES AROCHO, SONYA<br>P O BOX 140142<br>ARECIBO, PR 00614 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32943 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | TORRES HERNANDEZ, FELIX<br>HC 5 BOX 13712<br>JUANA DIAZ, PR 00795-9517 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22712 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | TORRES HERNANDEZ, FELIX  L<br>HC 5 BOX 13712<br>JUANA DIAZ, PR 00795 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36762 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 77 | TORRES NAVARRO , DANIEL<br>PO BOX 988<br>JAYUYA, PR 00664 | 07/02/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 76185 | $20,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2003-165 , but the claimant does not appear as a named plaintiff in that litigation.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

# Five Hundred Ninety-Ninth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 78 | TOWER ACQUISITION GROUP, LLC<br>REBECA VARGAS RUIZ<br>P.O. BOX 194089<br>SAN JUAN, PR 00917 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67188 | Undetermined* |

Reason: The claimant asserts in the documents attached to the proof of claim eligibility for certain tax credits.  Because the assertion is based on a precautionary reservation of rights instead of an existing liability of tax refund due to the claimant, there is no basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | TOWER EQUITY GROUP, LLC<br>REBECA VARGAS RUIZ<br>P.O. BOX 194089<br>SAN JUAN, PR 00917 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67458 | Undetermined* |

Reason: The claimant asserts in the documents attached to the proof of claim eligibility for certain tax credits.  Because the assertion is based on a precautionary reservation of rights instead of an existing liability of tax refund due to the claimant, there is no basis for liability.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | UNITED SURETY & INDEMNTY COMPANY AS SURETY FOR A & E GROUP, CORP.<br>SALDAÑA & SALDAÑA-EGOZCUE, PSC.<br>TABONUCO B-7, T-MOBILE CENTER<br>SUITE 1200<br>GUAYNABO, PR 00968 | 07/29/2020 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 174359 | $600,000.00 |

Reason: The Claimant asserts liabilities associated with litigation case KAC-2010-0949. According to information provided by the government, there is no amount owed pertaining to this litigation. Therefore, there remains no further liability to the Puerto Rico Public Buildings Authority.

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | VALENTIN MARTINEZ, MARCELINO<br>P.O. BOX 367557<br>SAN JUAN, PR 00936 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69377 | $6,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number CC-2003-165, but the claimant does not appear as a named plaintiff in that litigation.

Claim #69377 also contained on Exhibit A to the 600th Omnibus Claims Objection for Claims to Be Disallowed

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 82 | VAZQUEZ ORTEGA, YEMIMA VILLA DOS PINOS 1013 CALLE SAN FELIPE SAN JUAN, PR 00923-2651 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130648 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures . Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 83 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 3001 | $70,000.00* |

Reason: Proof of claim purports to assert liability on the basis of case number 2003-ACT-077, but the records of the case indicate that the case has since been dismissed and there is no further liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 84 | VEGA SANTOS, YOANI HC 1 BOX 8793 CANOVANAS, PR 00729 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33330 | Undetermined* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 85 | VELAZQUEZ, GERARDO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16091 | $6,466.24* |

Reason: Proof of claim purports to assert liability on the basis of case number 2004-01-0796, but the claimant does not appear as a named plaintiff in that litigation.

Five Hundred Ninety-Ninth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 86 | VELEZ CARAZO, MINERVA<br>VALLE ALTO<br>2003 CALLE COLINA<br>PONCE, PR 00730 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57358 | $20,000.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 87 | ZAYAS BARRIOS, HARRY<br>HC 2 BOX 5681<br>VILLALBA, PR 00766-9753 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34976 | $11,520.00* |

Reason: According to the books and records of the Commonwealth, this employee has been paid all the necessary salary increases associated with the underlying litigation asserted within the claims and there is no further basis for liability.

| | | | | TOTAL | $23,588,708.45* |
|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts