## ANEXO A

**Relación de reclamaciones objeto de la Quingentésima nonagésima novena objeción global**

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AGOSTO RIVERA, MARILYN URB. COUNTRY CLUB ON 2 CALLE 510 4TA EXT CAROLINA, PR 00982 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30041 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALEXIS GUZMAN CRESPO, JOSE HC 04 BOX 18002 CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5643 | $150,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso JDP-2013-0242, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ARIAS RIVERA, EVELYN URB. LA INMACULADA D6 CALLE SANTA FE TOA BAJA, PR 00949-3972 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 117452 | $50,000.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | AVILES TORRES, IRMA NYDIA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69229 | $14,400.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | BARRETO REYES, ANA M.<br>HC 2 BOX 16588<br>ARECIBO, PR 00612 | 06/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62162 | $150,000.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | BATISTA GOMEZ, DINA S.<br>8059 PARC LAS PIEDRAS<br>QUEBRADILLAS, PR 00678 | 03/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5266 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BERMUDEZ FIGUEROA, ANGEL<br>URB CASTELLANA GARDENS<br>N 3 CALLE 12<br>CAROLINA, PR 00983-1929 | 07/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159295 | $60,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número CC-2003-165 , pero el Demandante no aparece mencionado como tal en dicho litigio.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | BUFETE MORALES CORDERO, PSC<br>PO BOX 363085<br>SAN JUAN, PR 00936-3085 | 06/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 54615 | Indeterminado* |

Base para: El demandante alega en el POC que se le adeudan honorarios de abogados relacionados con los casos judiciales 2002-ACT-019 . Sin embargo, de acuerdo con la información aportada por el gobierno, estos honorarios de abogados deben ser abonados por la Asociación de Gerenciales , no por la Autoridad de Carreteras y Transportación de Puerto Rico. No obstante ello, no queda pendiente ninguna otra obligación para con la autoridad mencionada .

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | CABAN TORRES, NILSA M URB JARDS SANTO DOMINGO A23 CALLE 5 JUANA DIAZ, PR 00795 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30672 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| 10 | CANDELARIO LOPEZ, CRISTINA URB PUERTO NUEVO 518 CALLE ARABIA SAN JUAN, PR 00920-4117 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49873 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| 11 | CARBONELL LLANO, ARIEL C/O LCDO. EMILIO CANCO-BELLO,JR C - 10 HC 06 1702 SAN MATEO SANTURCE, PR 00912 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 124575 | $75,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso SJ-2017-CV-02739, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 12 | CASTRO SAINZ, IVETTE URB PUERTO NUEVO NW 1343 CALLE 10 SAN JUAN, PR 00920 | 04/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6006 | $100,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso 2015-0001; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CESAREO ORTIZ, EVA<br>PMB 795 PO BOX 2500<br>TOA BAJA, PR 00951-2500 | 06/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24590 | $57,120.00 |

Base para: La evidencia de reclamo pretende invocar una obligación con base en el caso KAC-1999-0669 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | COLON HERNANDEZ, ANGELA N<br>URB SANTA JUANITA<br>GB 19 CALLE ESPA-A<br>BAYAMON, PR 00956 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110892 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | COLON NEGRON, ESMERALDA<br>HC 2 BOX 9722<br>JUANA DIAZ, PR 00795 | 06/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104019 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 104019 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | COLON NIEVES, CARMEN N<br>URB COUNTRY CLUB<br>HB7 CALLE 215<br>CAROLINA, PR 00982-2613 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34841 | $34,800.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

Quingentésima Nonagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | COLON ORTIZ, EVELYN<br>HC 01 BOX 9104<br>TOA BAJA, PR 00949 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 112015 | $150,000.00 |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| 18 | CONJUGAL PARTNERSHIP OF ROLANDO MARTÍNEZ AND LAUREN DE PABLO<br>JAMES LAW OFFICES<br>ATTN: GLENN CARL JAMES<br>PMB 501<br>1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16458 | $1,000,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2008-0286; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| 19 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21830 | $12,656.49* |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en bienes confiscados mediante una incautación de activos, pero los libros y registros del Estado Libre Asociado indican que los bienes confiscados se devolvieron y no hay otro fundamento para invocar una obligación.

| 20 | CRESPO MEDINA , NORMA  I<br>HC 04 BOX 18002<br>CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7586 | $30,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso JDP-2013-0242, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | CRUZ ALVAREZ, CARMEN D PARC. AMALIA MARIN 5647 CALLE TAINO PONCE, PR 00716 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44792 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | CUEVAS SIERRA, RAFAEL 452 AVENIDA PONCE DE LEON EDIF ASOCIACION DE MAESTRO OFIC. 514 SAN JUAN, PR 00918 | 05/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18142 | $60,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso 2012-09-0335; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | DAVILA SANTIAGO, MARIA I. URB. REPARTO ROBLES CALLE ACERINA D-140 AIBONITO, PR 00705 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 110181 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 110181 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | DE PABLO , LAUREN BY HER JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15599 | $500,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2008-0286; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | DROZ FIGUEROA, RINA<br>URB GLENVIEW GDNS<br>K1 CALLE E7B<br>PONCE, PR 00730-1740 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33662 | $11,520.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 26 | ESTEVA MARQUES, GLORIA M<br>MARÍA E. VICÉNS RIVERA<br>1218 AVE HOSTOS STE 117<br>PONCE, PR 00717-0944 | 04/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5846 | $307,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso CAC-2007-07616; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 27 | FABERY TORRES, AILEEN<br>HC-01 BOX 11714<br>CAROLINA, PR 00985 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30481 | $14,040.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | FARGAS RODRIGUEZ, MARIBEL<br>PO BOX 1613<br>VALLE ARRIBA HEIGHTS<br>CAROLINA, PR 00984 | 05/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 32955 | $58,658.96* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

Reclamo n.º 32955 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | FIGUEROA RAMOS, LUIS ANTONIO PO BOX 2312 GUAYAMA, PR 00785 | 11/30/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 334 | $50,000.00 |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número CC-2003-165 , pero el Demandante no aparece mencionado como tal en dicho litigio.
Una parte de este reclamo ha pasado a un proceso de Resolución Alternativa de Disputas (ADR en inglés) y se resolverá de acuerdo con los procedimientos ADR . Como esta objeción no constituye una objeción a la parte del reclamo en el proceso ADR, los Deudores se reservan el derecho de impugnar la parte remanente del reclamo con cualquier otro fundamento . Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR , por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | GUEITS ACOSTA, NANCY HC 2 BOX 9335 JUANA DIAZ, PR 00795-9614 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26334 | $11,520.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | GUEITS ACOSTA, NANCY HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71229 | $11,520.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | GUZMAN FORTES , JOSE HC 04 BOX 18002 CAMUY, PR 00627 | 04/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7706 | $30,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso JDP-2013-0242 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | GUZMAN VEGA, FELIX<br>EL MADRIGAL<br>Q11 CALLE 23<br>PONCE, PR 00730 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 127841 | $11,000.40* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 34 | GUZMAN VEGA, FELIX<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68047 | $11,040.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 35 | JENNIFER CRUZ VILLANUEVA Y OTROS<br>LCDO. JUAN CORCHADO JUARBE<br>URB HERMANAS DAVILA<br>AVE. BETANCES I-2<br>BAYAMON, PR 00959 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34932 | $69,000.00* |
| | Base para: El demandante invoca obligaciones relacionadas con el litigio KDP-2016-1470. Según información aportada por el gobierno, las obligaciones asociadas a este litigio las pagó la parte del seguro que participa en el litigio. Por lo tanto, el Estado Libre Asociado no tiene ninguna obligación adicional pendiente. | | | | | |
| 36 | LEON COLON, RAQUEL<br>HC 1 BOX 7848<br>VILLALBA, PR 00766-9854 | 06/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 62396 | $12,960.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

Quingentésima Nonagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | LOPEZ LUGO, ADELINA<br>HC 4 BOX 8195<br>JUANA DIAZ, PR 00795-9846 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28471 | $13,920.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 38 | LOPEZ LUGO, ADELINA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68121 | $13,920.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 39 | LOPEZ OJEA, RENE<br>R-6 CALLE 14 URB. ALTS DE YAUCO<br>YAUCO, PR 00698 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86207 | Indeterminado* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.<br>Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | | | |
| 40 | LUGO GUZMAN, WILLIAM<br>PO BOX 693<br>QUEBRADILLAS, PR 00678 | 05/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24535 | Indeterminado* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | LUGO ORTIZ, WANDA I URB FLAMBOYANES 1622 CALLE LILAS PONCE, PR 00716-4612 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47627 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 47627 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | LUGO ORTIZ, WANDA I. VILLAS DEL LAUREL II 1412 BOULEVARD COTO LAUREL, PR 00780 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26526 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | MARCANO FIGUEROA, JUAN J. P/O FRANCISCO J TORRES DIAZ PO BOX 874 CAGUAS, PR 00726-0874 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16976 | $148,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso número EDP-2013-0017. Sin embargo, la aseguradora que tenía la representación legal es la responsable de cualquier obligación que surja del litigio. Por tal motivo, no existe ninguna otra una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | MARCARIBE INVESTMENT CORPORATION 413 BOSTON ROAD WESTON, MA 02493 | 10/23/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 254 | $1,400,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso AAC-2015-0050, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 45 | MARRERO FIGUEROA, EVELYN ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO 40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 04/10/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6255 | Indeterminado* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso 2012-ACT-019 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | MARTINEZ DE PABLO, DEIANEIRA GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16430 | $500,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2008-0286 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | MATIAS MORALES, ABNIEL LCDO. MANUEL COBIAN ROIG PO BOX 177 GUAYNABO, PR 00970 | 05/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29000 | $200,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2017-0241 , pero el Demandante lo retiró y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | MATOS ALVARADO, FREDESWINDA URB LOS CAOBOS 2689 CALLE COROZO PONCE, PR 00731 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33647 | $11,040.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

## Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | MATOS ALVARADO, FREDESWINDA<br>HC - 03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70614 | $11,040.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | MATOS MORALES , ROBERT<br>URB. SAN FERNANDO<br>CALLE 5 E12<br>TOA ALTA, PR 00953 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19092 | $19,000.00 |

Base para: La evidencia de reclamo pretende invocar una obligación fundándose en el caso número 2014-07-0008, pero el demandante no aparece mencionado como tal en dicho litigio.

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | MEJIAS SOTO, LISSETTE<br>COND. EL MIRADER CALLE 110 JESUS VELAGUEZ<br>WALKER APT 204<br>CAROLINA, PR 00987 | 06/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 152252 | $8,600.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso KAC-2012-1259; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 52 | MELENDEZ BRULLA, PABLO<br>LIC. BAUZA TORRES ANTONIO<br>COND LEMANS 602 AVE MUNOZ STE 402<br>SAN JUAN, PR 00918-3612 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23448 | $455,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso AAC-2015-0050, pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

Quingentésima Nonagésima Novena Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | MOLINA APONTE, CSAR P.O. BOX 334254 PONCE, PR 00733 | 11/30/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 318 | $72,586.36 |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número KPE-2010-1284 , pero el Demandante no aparece mencionado como tal en dicho litigio.

| 54 | MORALES BERRIOS, JENNIFER URB GLENVIEW GDNS AC15 CALLE W24 PONCE, PR 00731 | 03/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3465 | $24,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso KPE-2000-2568 , no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR.  Dado que esta objeción no constituye una objeción a los Reclamos Remanentes , los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| 55 | NIEVES BORRERO, FLOR ILEANA URB. BELLA VISTA CALLE NEVADA C-13 PONCE, PR 00716 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159854 | $11,520.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| 56 | NIEVES BORRERO, FLOR ILEANA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 70389 | $11,520.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16523 | $1,000,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2008-0286 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | PAGAN ORTIZ, EDWARD URB ESTANCIAS DEL MAYORAL 12102 CALLE CANAVERAL VILLALBA, PR 00766-2435 | 06/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 51815 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

Reclamo n.º 51815 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

| | | | | | | |
|---|---|---|---|---|---|---|
| 59 | PEDRO ROLANDO MARTINEZ TORRES AS INHERITOR OF OLGA FINALE JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15568 | $1,500,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FDP-2008-0286 ; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

## Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | PEREZ ACEVEDO, VICENTE 15 DICKSON LN WESTON, MA 07420-2973 | 10/23/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 253 | $14,000,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso AAC-2015-0050 , pero el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | PEREZ MARRERO, OSVALDO SUITES 601 A BANCO COOPERATIVO PLAZA 623 PONCE DE LEON AVENUE SAN JUAN, PR 00917-4806 | 05/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22646 | $35,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso DKDP-2002-0319 , pero el Demandante lo retiró y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 62 | PEREZ QUINTANA, MARIA D 691 CALLE GUARANI VILLA TABAIBA PONCE, PR 00716-1320 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90068 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 63 | POLANCO SORIANO, EVELICE CALLE 30 66-13 CASTELLO GARDENS CAROLINA, PR 00983 | 05/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30051 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico , a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación .

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | PONCE DE LEON, CARMEN L<br>PO BOX 10733<br>SAN JUAN, PR 00922-0733 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37509 | $34,800.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 65 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60533 | $12,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso FAC-2017-0702; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 66 | RIVERA CAMARGO, EVELYN<br>PARCELAS INDIOS<br>CALLE BORINQUEN # 87<br>HC-02 BOX 8700<br>GUAYANILLLA, PR 00656 | 06/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 101246 | $50,000.00* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso 2004-10-0622; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación. | | | | | |
| 67 | RIVERA TARAZA, RAMONITA<br>URB SANTA JUANITA<br>WA15 CALLE TORRECH S<br>BAYAMON, PR 00956-5040 | 06/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 87855 | $50,000.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 68 | RIVERA VELAZQUEZ, WANDA I URB. VILLA SERENA - BUZON 76 SANTA ISABEL, PR 00757 | 06/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56103 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

Reclamo n.º 56103 incluido también en el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 69 | RIVERA-LUNA, ANA C. 1369 CALLE 10 NO PTO NUEVO SAN JUAN, PR 00920 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 35159 | $38,400.00* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | ROBERTO ALMODOVAR FEBLES/YAMIL MELÉDEZ TORRES/ATTORNEY ELIZABETH ORTIZ IRIZARY 101 VILLAS DE SAN JOSÉ CAYEY, PR 00736 | 09/11/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 393 | $5,700.00 |

Base para: El Demandante invoca obligaciones asociadas al caso KCD-2016-2431. Se acuerdo con la información aportada por el gobierno, las obligaciones asociadas a este litigio ya se pagaron. Por consiguiente, el Estado Libre Asociado no tiene ninguna otra obligación pendiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 71 | RODRIGUEZ CASILLA, ARSENIO 165 DIEGO ZALDUANDO FAJARDO, PR 00738 | 07/09/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162257 | $23,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número CC-2003-165, pero el Demandante no aparece mencionado como tal en dicho litigio.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 72 | RODRIGUEZ RODRIGUEZ, GENOVEVA 584 ALELI HDA FLORIDA YAUCO, PR 00698-4540 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 135166 | $13,440.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 73 | SANTIAGO OLIVERAS, ALTAGRACIA LCDO. VÍCTOR M. BERMÚDEZ PEREZ URB. VILLA ANDALUCIA A-22 CALLE RONDA SAN JUAN, PR 00926 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 61278 | $150,000.00* |
| | Base para: El Demandante invoca una obligación con base en el caso 2004-05-1348 y aduce que tenían derecho a continuar con el empleo relacionado con un puesto que ocupada en el DOJ. Sin embargo, según la información aportada por el gobierno, los empleados que ocupan estos puestos no adquieren, en carácter de tales, la expectativa de continuidad en el empleo, salvo durante el período para el cual se los designó. Además, cualquiera de los candidatos que se encontraron en el Registro Elegible es idóneo, pues cumplía con los requisitos para el puesto y, por tanto, podían ser seleccionados para el cargo. Por tal motivo, no existen otros fundamentos para invocar una obligación. | | | | | |
| 74 | TORRES AROCHO, SONYA P O BOX 140142 ARECIBO, PR 00614 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32943 | Indeterminado* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |
| 75 | TORRES HERNANDEZ, FELIX HC 5 BOX 13712 JUANA DIAZ, PR 00795-9517 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22712 | Indeterminado* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación. | | | | | |

## Quingentésima Nonagésima Novena Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 76 | TORRES HERNANDEZ, FELIX L<br>HC 5 BOX 13712<br>JUANA DIAZ, PR 00795 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36762 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 77 | TORRES NAVARRO , DANIEL<br>PO BOX 988<br>JAYUYA, PR 00664 | 07/02/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 76185 | $20,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número CC-2003-165, pero el Demandante no aparece mencionado como tal en dicho litigio.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 78 | TOWER ACQUISITION GROUP, LLC<br>REBECA VARGAS RUIZ<br>P.O. BOX 194089<br>SAN JUAN, PR 00917 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67188 | Indeterminado* |

Base para: El Demandante, en los documentos adjuntos a la Evidencia de Reclamo, asevera la elegibilidad para algunos créditos fiscales. Dado que la aseveración se funda en una reserva cautelar de derechos, en lugar de la obligación existente de devolución de impuestos al Demandante, no existen fundamentos para la obligación.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 79 | TOWER EQUITY GROUP, LLC<br>REBECA VARGAS RUIZ<br>P.O. BOX 194089<br>SAN JUAN, PR 00917 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 67458 | Indeterminado* |

Base para: El Demandante, en los documentos adjuntos a la Evidencia de Reclamo, asevera la elegibilidad para algunos créditos fiscales. Dado que la aseveración se funda en una reserva cautelar de derechos, en lugar de la obligación existente de devolución de impuestos al Demandante, no existen fundamentos para la obligación.

* Indica que la reclamación contiene montos por liquidar o indeterminados

# Quingentésima Nonagésima Novena Objeción Global

## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 80 | UNITED SURETY & INDEMNTY COMPANY AS SURETY FOR A & E GROUP, CORP. SALDAÑA & SALDAÑA-EGOZCUE, PSC. TABONUCO B-7, T-MOBILE CENTER SUITE 1200 GUAYNABO, PR 00968 | 07/29/2020 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 174359 | $600,000.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio KAC-2010-0949. Según la información proporcionada por el gobierno, no existe ningún monto adeudado con motivo de este litigio. Así pues, la Autoridad de Edificios Públicos de Puerto Rico no tiene ninguna otra obligación pendiente.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 81 | VALENTIN MARTINEZ, MARCELINO P.O. BOX 367557 SAN JUAN, PR 00936 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69377 | $6,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número CC-2003-165, pero el Demandante no aparece mencionado como tal en dicho litigio.

Reclamo N.º 69377 incluido también en el Anexo A de la Objeción Global 600 por Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 82 | VAZQUEZ ORTEGA, YEMIMA VILLA DOS PINOS 1013 CALLE SAN FELIPE SAN JUAN, PR 00923-2651 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130648 | Indeterminado* |

Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 83 | VAZQUEZ RIVERA, CARLOS I HC 73 BOX 4715 NARANJITO, PR 00719-9607 | 03/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3001 | $70,000.00* |

Base para: La Evidencia de Reclamo pretende invocar una obligación con base en el caso 2003-ACT-077; no obstante, el expediente del caso indica que se desestimó y no existe ninguna otra obligación.

# Quingentésima Nonagésima Novena Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 84 | VEGA SANTOS, YOANI<br>HC 1 BOX 8793<br>CANOVANAS, PR 00729 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33330 | Indeterminado* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación . | | | | | |
| 85 | VELAZQUEZ, GERARDO<br>452 AVENIDA PONCE DE LEON, EDIF.<br>ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16091 | $6,466.24* |
| | Base para: La Evidencia de Reclamo pretende invocar una obligación fundándose en el caso número 2004-01-0796 , pero el Demandante no aparece mencionado como tal en dicho litigio. | | | | | |
| 86 | VELEZ CARAZO, MINERVA<br>VALLE ALTO<br>2003 CALLE COLINA<br>PONCE, PR 00730 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57358 | $20,000.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación . | | | | | |
| 87 | ZAYAS BARRIOS, HARRY<br>HC 2 BOX 5681<br>VILLALBA, PR 00766-9753 | 05/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34976 | $11,520.00* |
| | Base para: En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, a este empleado se le pagaron todos los aumentos salariales necesarios asociados al litigio subyacente que se reclaman y no existe ningún otro fundamento para invocar una obligación . | | | | | |
| | | | | | TOTAL | $23,588,708.45* |

* Indica que la reclamación contiene montos por liquidar o indeterminados