# EXHIBIT A

**Schedule of Claims Subject to the Six Hundred Second Omnibus Objection**

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO PEREZ, JANNETTE<br>URB MIRADOR DE CUPEY<br>E 4 CALLE 4<br>SAN JUAN, PR 00926 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63171 | $7,260.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 2 | ALEJANDRO PONCE, JOSE E<br>ALTS DE SAN PEDRO<br>N8 CALLE SAN FELIPE<br>FAJARDO, PR 00738-5002 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28786 | $7,898.50 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 3 | ARRABAL CAPELLA, MIGUEL<br>12 CALLE ORQUIDEA<br>URB SANTA MARIA<br>SAN JUAN, PR 00927 | 06/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26922 | $7,900.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 4 | BARALT SOLDEVILA, JORGE<br>G1 C7<br>ANDREAS COURT<br>TRUJILLO ALTO, PR 00976 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28756 | $5,117.20 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | CALZADILLA GONZALEZ, EDITH<br>PO BOX 3961<br>GUAYNABO, PR 00970 | 05/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29500 | $6,444.71 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CANALS VIDAL, MARCOS F<br>PO BOX 360097<br>SAN JUAN, PR 00936-0097 | 05/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16883 | $9,079.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CLAVELL GONZALEZ, WALTER<br>404 JUAN GUILBE<br>URB VILLA DE JUAN<br>PONCE, PR 00716-3523 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30282 | $6,520.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | COLÓN COLÓN, YASMIN<br>VILLA DE LAUREL I<br>1247 BLVD. SAN LUIS<br>COTO LAUREL, PR 00780 | 06/04/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18865 | $8,262.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CONAWAY LANUZA, RALPH C<br>P O BOX 362309<br>SAN JUAN, PR 00936 | 04/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8591 | $55,000.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | COSME CARTAGENA, NORMA<br>URB. VALLE DORADO<br>CALLE 8 I20<br>DORADO, PR 00646 | 05/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16628 | $5,798.50 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | CREATIVE DEVELOPMENT, CORP.<br>FRANCISCO J. RAMOS MARTINEZ<br>701 AVE PONCE DE LEON SUITE 407<br>SAN JUAN, PR 00907 | 06/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33680 | $13,882.54 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CRUHIGGER ALVAREZ, BIENVENIDO<br>PO BOX 60401<br>SAN ANTONIO, PR 00690 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29707 | $4,498.50 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ETHICON LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 04/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5797 | $439,478.83 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | FRAU ESCUDERO, JUAN ANTONIO<br>ATTN: MONIQUE J.M. DÍAZ-MAYORAL<br>PO BOX 364174<br>SAN JUAN, PR 00936-4174 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 89530 | $24,255.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | FRAU ESCUDERO, JUAN ANTONIO<br>MONIQUE J.M. DIAZ-MAYORAL<br>P.O. BOX 364174<br>SAN JUAN, PR 00936-4174 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 75580 | $24,547.48 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | GONZALEZ BURGOS, HIRAM<br>PO BOX 107<br>AGUADA, PR 00602-0107 | 03/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2300 | $3,931.20 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | JG. ORTIZ INC<br>PO BOX 3262<br>MAYAGUEZ, PR 00681 | 06/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 62219 | $92,145.33 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 18 | LBB PROPERTIES, INC.<br>FRANCISCO J. RAMOS MARTINEZ<br>701 AVE. PONCE DE LEON SUITE 407<br>SAN JUAN, PR 00907 | 06/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 35002 | $4,625.97 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 19 | LEBRON PEREZ, ISRAEL<br>HC 7 BOX 26072<br>MAYAGUEZ, PR 00680-9055 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21759 | $10,000.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 20 | LEBRON PEREZ, VICENTE<br>HC 7 BOX 26069<br>MAYAGUEZ, PR 00680-9055 | 05/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22555 | $1,000.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 21 | LLAMAS RODRIGUEZ, PRISCILLA M<br>PO BOX 369<br>CULEBRA, PR 00775 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27338 | $6,200.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |
| 22 | MARRERO RODRIGUEZ, ANA F.<br>PO BOX 1901<br>MAYAGUEZ, PR 00681-1901 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41876 | $8,950.00 |
| | Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains. | | | | | |

\*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 23 | MERGAL CARDONA, CARLOS<br>URB LA VISTA<br>CALLE VIA LAS ALTURAS K-10<br>SAN JUAN, PR 00924 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 67888 | $6,699.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MUNIZ MARRERO, ISMARY<br>CARR 348 KM 0.3<br>QUEBRADA GRANDE<br>MAYAGUEZ, PR 00680 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28193 | $4,500.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MUNOZ ROVIRA, INMARIE<br>HACIENDA BORINQUEN 1234<br>CALLE REINA DE LAS FLORES<br>CAGUAS, PR 00725 | 03/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1135 | $5,680.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | NEGRON MENDEZ, EDUARDO J.<br>#155 CALLE CRISANTEMOS<br>URB. SAN FRANCISCO<br>SAN JUAN, PR 00927-6311 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 140768 | $10,800.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

|    | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|----|------|------------|-------------|--------|---------|----------------------|
| 27 | PEREZ ROLON, JOALENNY<br>D7 C4<br>ANDREAS COURT<br>TRUJILLO ALTO, PR 00976 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26437 | $8,050.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|    | | | | | | |
|----|------|------------|-------------|--------|---------|----------------------|
| 28 | REDSUN INC / RICARDO CAMACHO ROLDOS<br>PO BOX 225<br>BOQUERON, PR 00822-0225 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29462 | $15,040.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|    | | | | | | |
|----|------|------------|-------------|--------|---------|----------------------|
| 29 | RIOS SAN MIGUEL, MIGUEL A.<br>ESTANCIAS DE LA FUENTE<br>DEL REY AA #51<br>TOA ALTA, PR 00953 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28469 | $7,110.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|    | | | | | | |
|----|------|------------|-------------|--------|---------|----------------------|
| 30 | RIVERA RAMIREZ, KARLA<br>150 CARITE ST<br>URB CROWN HILLS<br>SAN JUAN, PR 00926 | 05/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16613 | $5,092.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | RODRIGUEZ RAMIREZ, JAVIER E<br>URB. PLAZA DE LA FUENTE<br>1056 CALLE EGIPTO<br>TOA ALTA, PR 00953-3804 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28269 | $5,739.70 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 32 | ROLDAN CRESPIN, MAXIMINO<br>PO BOX 4438<br>AGUADILLA, PR 00605 | 03/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 732 | $5,386.50 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 33 | ROSA MARIN, RAUL A.<br>URB SANTA JUANA 2<br>M 9 CALLE 13<br>CAGUAS, PR 00725-2040 | 05/01/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10827 | $4,170.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | SANTANA COUVERTIER, LUIS A<br>ALLAN RIVERA FERNÁNDEZ<br>CAPITAL CENTER BUILDING SUITE 401<br>239 ARTERIAL HOSTOS AVENUE<br>HATO REY, PR 00918 | 04/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7431 | $5,000.00* |

Reason: Proof of Claim asserts claim related to litigation case DAC-2013-2843. According to the Commonwealth books and records, the claimant has been issued check number 00161841 on 7/13/2017 and no further liability remains.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 35 | SANTIAGO RAMIREZ DE ARELLANO, SANDRA<br>FRANCISCO J. RAMOS MARTINEZ<br>701 AVE. PONCE DE LEON SUITE 407<br>SAN JUAN, PR 00907 | 06/08/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33298 | $11,497.20 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | SOTO SEPULVEDA, ARNALDO<br>URB GARDEN HILLS NORTE<br>C 10 CALLE SUNVALLEY<br>GUAYNABO, PR 00966 | 05/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18965 | $22,245.60 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | SOTO SERRANO, FELIX<br>HC-8 BOX 64053<br>ARECIBO, PR 00612 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 114688 | $47,580.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | SUAREZ RUIZ, RAFAEL A<br>URB. FUENTEBELLA<br>1558 CALLE MODENA<br>TOA ALTA, PR 00953-3417 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 28755 | $8,850.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred Second Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | UAZQUCE CALDAS, AIRLYN E<br>HC-03 BOX 31051<br>AGUADA, PR 00602 | 04/09/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6711 | $1,000.00* |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | VAZQUEZ CALDAS, AIRLYN E.<br>HC-03 BOX 31051<br>AGUADA, PR 00602 | 04/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6398 | $4,860.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | VEGA PASTRANA, ORLANDO<br>URB. METROPOLIS<br>FI-10 CALLE 3<br>CAROLINA, PR 00987 | 06/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19458 | $3,945.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | ZAMORA QUINONES, SANDRA I<br>VALLE ALTO<br>31 CALLE LIBERTAD<br>PENUELAS, PR 00624 | 06/07/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71041 | $5,350.00 |

Reason: Proof of Claim asserts claim related to the Green Energy Fund incentive under Law 83-2010 for installation of solar energy system. According to the Commonwealth books and records, the liabilities asserted in the claim have been satisfied and no further liability remains.

| | | | | | TOTAL | $941,389.76* |

*Indicates claim contains unliquidated and/or undetermined amounts