# EXHIBIT A

**Schedule of Claims Subject to the Five Hundred Ninety-Sixth Omnibus Objection**

Five Hundred Ninety-Sixth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BURGOS SOTO EDSEL, FRANCISCO Y OTROS PABLO COLÓN APARTADO 801175 COTO LUREL, PR 00780-1175 | 05/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 45785 | $375,459.21* | BURGOS SOTO EDSEL FRANCISCO Y OTROS LCDO. PABLO COLÓN Y LCDO. ALEXANDRO ORTIZ PADILLA APARTADO 801175 COTO LUREL, PR 00780-1175 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 45792 | $375,459.23* |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 2 | JIMENEZ DE LA CRUZ, SONIA M JRDNS COUNTRY CLUB Q-3, 23 ST. CAROLINA, PR 00983-1638 | 06/28/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 127347 | $100,000.00 | JIMENEZ DE LA CRUZ , SONIA M. JRDNS. COUNTRY CLUB Q-3, 23 ST. CAROLINA, PR 00983-0638 | 06/28/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 127697 | $100,000.00 |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 3 | R & R SERVICES INC. PO BOX 360453 SAN JUAN, PR 00936-0453 | 05/29/18 | 17 BK 03567-LTS Puerto Rico Highways and Transportation Authority | 46915 | $49,366.35 | R&R SERVICES INC. AKA R&R SERVICES PO BOX 360453 SAN JUAN, PR 00936-0453 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 43714 | $49,366.35 |
| | Reason: Duplicate liability filed against Debtor Puerto Rico Highways and Transportation Authority. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts