# ANEXO A

**Relación de reclamaciones objeto de la Quingentésima nonagésima sexta objeción global**

Quingentésima Nonagésima Sexta Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | BURGOS SOTO EDSEL, FRANCISCO Y OTROS PABLO COLÓN APARTADO 801175 COTO LUREL, PR 00780-1175 | 05/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 45785 | $375,459.21* | BURGOS SOTO EDSEL FRANCISCO Y OTROS LCDO. PABLO COLÓN Y LCDO. ALEXANDRO ORTIZ PADILLA APARTADO 801175 COTO LUREL, PR 00780-1175 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 45792 | $375,459.23* |
| | Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 2 | JIMENEZ DE LA CRUZ, SONIA M JRDNS COUNTRY CLUB Q-3, 23 ST. CAROLINA, PR 00983-1638 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 127347 | $100,000.00 | JIMENEZ DE LA CRUZ , SONIA M. JRDNS. COUNTRY CLUB Q-3, 23 ST. CAROLINA, PR 00983-0638 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 127697 | $100,000.00 |
| | Base para: Obligación duplicada presentada contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, del Deudor. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 | R & R SERVICES INC. PO BOX 360453 SAN JUAN, PR 00936-0453 | 05/29/18 | 17 BK 03567-LTS Autoridad de Carreteras y Transportación de Puerto Rico | 46915 | $49,366.35 | R&R SERVICES INC. AKA R&R SERVICES PO BOX 360453 SAN JUAN, PR 00936-0453 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 43714 | $49,366.35 |
| | Base para: Obligación duplicada presentada contra el deudor Autoridad de Carreteras y Transportación de Puerto Rico. Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y el Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

1