**EXHIBIT A**
**Schedule of Claims Subject to the Five Hundred Ninety-Seventh Omnibus Objection**

## Five Hundred Ninety-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BETANCOURT COLON, FAUSTINO<br>CARRETERA 853 KM 7.8 BO.<br>BARRAZAS CAROLINA, PR 00897 | 05/26/2022 | 19-BK-05523-LTS | Puerto Rico Public Buildings Authority (PBA) | 179859 | $50,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Puerto Rico Public Buildings Authority, but fails to provide any basis or supporting documentation for asserting a claim against the Puerto Rico Public Buildings Authority, such that the Debtors are unable to determine whether claimant has a valid claim against the Puerto Rico Public Buildings Authority or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CRUZ LINARES, FRANKLIN<br>URB. JARDINES<br>220 CALLE JARDIN TROPICAL<br>VEGA BAJA, PR 00693 | 04/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9023 | $71,539.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | EOS EVENTS INC<br>URB HILL MANSIONS<br>BA6A CALLE 60<br>SAN JUAN, PR 00926 | 06/10/2022 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 180069 | $455,726.36* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | GODEN IZQUIERDO, MARILYN<br>HC 04<br>PO BOX 42321<br>MAYAGUEZ, PR 00680-9730 | 07/05/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161458 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Five Hundred Ninety-Seventh Omnibus Objection
## Exhibit A - Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | JOSÉ GUTIERREZ, LUIS<br>CHARLES GOMEZ LAW OFFICE, LLC<br>P.O. BOX 1360<br>TRUJILLO ALTO, PR 00977 | 06/13/2022 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 180317 | $200,000.00* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 6 | MADERA FLORES, IVETTE<br>HC04 BOX 11391<br>YAUCO, PR 00698 | 05/23/2022 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 179853 | $26,250.00 |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 7 | RIVERA ABRAMS, IVETTE V.<br>PO BOX 210<br>QUEBRADILLAS, PR 00678 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71399 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $803,515.36* |

*Indicates claim contains unliquidated and/or undetermined amounts