# **ANEXO A**

**Relación de reclamaciones objeto de la Quingentésima nonagésima séptima objeción global**

## Quingentésima Nonagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | BETANCOURT COLON, FAUSTINO<br>CARRETERA 853 KM 7.8 BO.<br>BARRAZAS CAROLINA, PR 00897 | 05/26/2022 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179859 | $50,000.00* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas a la Autoridad de Edificios Públicos de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicha autoridad, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra la citada autoridad o cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 2 | CRUZ LINARES, FRANKLIN<br>URB. JARDINES<br>220 CALLE JARDIN TROPICAL<br>VEGA BAJA, PR 00693 | 04/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9023 | $71,539.00* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 3 | EOS EVENTS INC<br>URB HILL MANSIONS<br>BA6A CALLE 60<br>SAN JUAN, PR 00926 | 06/10/2022 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 180069 | $455,726.36* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |
| 4 | GODEN IZQUIERDO, MARILYN<br>HC 04<br>PO BOX 42321<br>MAYAGUEZ, PR 00680-9730 | 07/05/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161458 | Indeterminado* |
| | Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quingentésima Nonagésima Séptima Objeción Global
## Anexo A: Reclamos Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | JOSÉ GUTIERREZ, LUIS<br>CHARLES GOMEZ LAW OFFICE, LLC<br>P.O. BOX 1360<br>TRUJILLO ALTO, PR 00977 | 06/13/2022 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 180317 | $200,000.00* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | MADERA FLORES, IVETTE<br>HC04 BOX 11391<br>YAUCO, PR 00698 | 05/23/2022 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179853 | $26,250.00 |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RIVERA ABRAMS, IVETTE V.<br>PO BOX 210<br>QUEBRADILLAS, PR 00678 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 71399 | Indeterminado* |

Base para: La evidencia de reclamo pretende invocar obligaciones asociadas al Estado Libre Asociado de Puerto Rico, pero no proporciona ningún fundamento ni documentación de respaldo para presentar un reclamo contra dicho estado, razón por la cual los Deudores no pueden determinar si el demandante tiene o no un reclamo válido contra el Estado Libre Asociado de Puerto Rico o contra cualquiera de los otros deudores al amparo del Título III.

| | | | | | TOTAL | $803,515.36* |
|---|---|---|---|---|---|---|