# **EXHIBIT A**

**Schedule of Claims Subject to the Six Hundredth Omnibus Objection**

## Six Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALGARIN FEBO, ADA NELLY<br>HC-04, BUZON 11804<br>RIO GRANDE, PR 00745 | 05/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 30798 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigations captioned Nilda Agosto Maldonado et al. v. Commonwealth of Puerto Rico Family Department et al., Civil No. KPE-2005-0608 (Agosto Maldonado). However, based on documentation submitted by the attorneys representing all plaintiffs in those litigations, Claimant is not a named plaintiff in the litigation, and there is therefore no basis for Claimant to assert liabilities associated with either litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in the litigation, the claim would be duplicative of the master proofs of claim filed on behalf of all plaintiffs associated with the Agosto Maldonado litigation.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | CINTRON RIVERA, WILLIAM<br>BO CORAZON<br>56-24 CALLE SAN PEDRO<br>GUAYAMA, PR 00784 | 05/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19821 | $58,000.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 3 | GONZALEZ RODRIGUEZ, JUANA<br>CALLE 27 II 10<br>SANTA JUANITA BAYAMON<br>BAYAMON RICO, PR 00956 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79322-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Rodriguez"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Rodriguez.
A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | HERNANDEZ RODRIGUEZ, JUAN<br>HC 8 BOX 3337<br>SABANA GRANDE, PR 00637 | 05/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33292 | $40,000.00 |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | ORTIZ COLON, BIANCA M<br>RR2 BUZON 5993<br>CIDRA, PR 00739 | 06/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 138265 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | PIETRI AGRONT, MANUEL<br>RR 4 BOX 27255<br>TOA ALTA, PR 00953 | 05/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14827 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | RESTO HUERTAS, ANGEL RAFAEL<br>3404 PASEO DEGETAU<br>CAGUAS, PR 00727-2935 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167074 | $7,200.00 |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Rodriguez"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Rodriguez.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | RIOLLANO RENTAS, CARLOS<br>PO BOX 561<br>SABANA SECA, PR 00952 | 06/06/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 48590 | $729.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundredth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 9 | SERRANO CEDENO, LUIS D<br>69 FCO. PIETRI URB. LOS MAESTROS<br>ADJUNTAS, PR 00601 | 06/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 136061-1 | Undetermined* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Alfredo Maldonado Rodriguez et al. v. Puerto Rico Department of Corrections & Rehabilitation, Case No. KAC-1996-1381 ("Maldonado Rodriguez"). However, based on documentation submitted by the attorney representing all claimants in the litigation, the claimant is not a named plaintiff in that litigation, and there is therefore no basis for the claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if the claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 152372, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned Maldonado Rodriguez.

A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 10 | VALENTIN MARTINEZ, MARCELINO<br>P.O. BOX 367557<br>SAN JUAN, PR 00936 | 06/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 69377 | $6,000.00* |

Reason: Claim purports to assert liabilities associated with the litigation captioned Frente Unido de Policías Organizados et al. v. Puerto Rico Police Department, Case No. KAC-2007-4170 ("FUPO"). However, based on documentation submitted by the attorney representing all claimants in the litigation, Claimant is not a named plaintiff in that litigation, and there is therefore no basis for claimant to assert liabilities associated with that litigation against the Commonwealth, HTA, ERS, or any other Title III debtor. Further, even if Claimant were in fact a plaintiff in that litigation, that portion of the claim would be duplicative of Claim no. 161091, the master proof of claim filed on behalf of all plaintiffs associated with the litigation captioned "FUPO".

Claim #69377 also contained on Exhibit A to the 599th Omnibus Claims Objection for Claims to Be Disallowed

| | TOTAL | $111.929.00* |
|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts

4