# ANEXO A

**Relación de reclamaciones objeto de la Sexcentésima objeción global**

## Sexcentésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALGARIN FEBO, ADA NELLY<br>HC-04, BUZON 11804<br>RIO GRANDE, PR 00745 | 05/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30798 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio caratulado Nilda Agosto Maldonado et al. contra el Departamento de Familia del Estado Libre Asociado de Puerto Rico, Caso No. KPE-2005-0608 ("Agosto Maldonado"). No obstante, sobre la base de la documentación que presentaron los abogados que patrocinan a todos los demandantes en esos litigios, el Demandante no aparece mencionado como tal en ninguno de los litigios, por lo que carece de fundamentos para invocar obligaciones vinculadas a los litigios entablados contra del Estado Libre Asociado, la ACT, el SER o cualquier otro deudor al amparo del Título III. Además, incluso si el Demandante fuese, en efecto, un demandante en el litigio, el reclamo sería un duplicado de las evidencia de reclamo maestras presentadas en nombre de todos los demandantes relacionados con el litigio Agosto Maldonado.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 2 | CINTRON RIVERA, WILLIAM<br>BO CORAZON<br>56-24 CALLE SAN PEDRO<br>GUAYAMA, PR 00784 | 05/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19821 | $58,000.00* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

## Sexcentésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 3 | GONZALEZ RODRIGUEZ, JUANA<br>CALLE 27 II 10<br>SANTA JUANITA BAYAMON<br>BAYAMON RICO, PR 00956 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79322-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas con el litigio identificado como Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Rodriguez"). Sin embargo, a juzgar por la documentación presentada por el abogado que representa a los demandantes en el litigio, el demandante no es parte en ese litigio y, por lo tanto, el demandante carece de fundamentos para invocar las obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, HTA, ERS o cualquier otro deudor conforme al Título III. Asimismo, aun si el demandante fuera de hecho parte en ese litigio, esa porción del reclamo duplicaría el Reclamo No. 152372, la evidencia maestra del reclamo presentada en nombre de los demandantes asociados con el litigio identificado como Maldonado Rodriguez.
Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | HERNANDEZ RODRIGUEZ, JUAN<br>HC 8 BOX 3337<br>SABANA GRANDE, PR 00637 | 05/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33292 | $40,000.00 |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | ORTIZ COLON, BIANCA M<br>RR2 BUZON 5993<br>CIDRA, PR 00739 | 06/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 138265 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

---

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Sexcentésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | PIETRI AGRONT, MANUEL<br>RR 4 BOX 27255<br>TOA ALTA, PR 00953 | 05/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14827 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico , Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio , el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado , la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RESTO HUERTAS, ANGEL RAFAEL<br>3404 PASEO DEGETAU<br>CAGUAS, PR 00727-2935 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167074 | $7,200.00 |

Base para: El reclamo pretende invocar obligaciones asociadas con el litigio identificado como Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Rodriguez"). Sin embargo, a juzgar por la documentación presentada por el abogado que representa a los demandantes en el litigio, el demandante no es parte en ese litigio y, por lo tanto, el demandante carece de fundamentos para invocar las obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, HTA, ERS o cualquier otro deudor conforme al Título III. Asimismo, aun si el demandante fuera de hecho parte en ese litigio, esa porción del reclamo duplicaría el Reclamo No. 152372, la evidencia maestra del reclamo presentada en nombre de los demandantes asociados con el litigio identificado como Maldonado Rodriguez.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | RIOLLANO RENTAS, CARLOS<br>PO BOX 561<br>SABANA SECA, PR 00952 | 06/06/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48590 | $729.00* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico , Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio , el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado , la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Sexcentésima Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | SERRANO CEDENO, LUIS D<br>69 FCO. PIETRI URB. LOS MAESTROS<br>ADJUNTAS, PR 00601 | 06/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 136061-1 | Indeterminado* |

Base para: El reclamo pretende invocar obligaciones asociadas con el litigio identificado como Alfredo Maldonado Rodriguez y otros contra el Departamento de Corrección y Rehabilitación de Puerto Rico, Caso No. KAC-1996-1381 ("Maldonado Rodriguez"). Sin embargo, a juzgar por la documentación presentada por el abogado que representa a los demandantes en el litigio, el demandante no es parte en ese litigio y, por lo tanto, el demandante carece de fundamentos para invocar las obligaciones asociadas con ese litigio contra el Estado Libre Asociado de Puerto Rico, HTA, ERS o cualquier otro deudor conforme al Título III. Asimismo, aun si el demandante fuera de hecho parte en ese litigio, esa porción del reclamo duplicaría el Reclamo No. 152372, la evidencia maestra del reclamo presentada en nombre de los demandantes asociados con el litigio identificado como Maldonado Rodriguez.

Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | VALENTIN MARTINEZ, MARCELINO<br>P.O. BOX 367557<br>SAN JUAN, PR 00936 | 06/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69377 | $6,000.00* |

Base para: El reclamo pretende invocar obligaciones asociadas al litigio denominado Frente Unido de Policías Organizados y otros contra el Departamento de Policía de Puerto Rico, Caso n.º KAC-2007-4170 ("FUPO"). Sin embargo, sobre la base de la documentación que presentó el abogado que patrocina a todos los demandantes en el litigio, el Demandante no está mencionado como tal en el litigio, por lo que carece de fundamentos para invocar obligaciones vinculadas a dicho litigio entablado en contra el Estado Libre Asociado, la Autoridad de Carreteras y Transportación (ACT), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (SER) o cualquier otro deudor al amparo del Título III. Además, aun si el Demandante fuera efectivamente demandante en ese litigio, esa porción del reclamo sería duplicado del Reclamo n°. 161091, la evidencia de reclamo maestra presentada en nombre de todos los demandantes asociados al litigio caratulado "FUPO".

Reclamo N.º 69377 incluido también en el Anexo A de la Objeción Global 599 por Reclamos para Desestimar

| | | | | | TOTAL | $111,929.00* |

* Indica que la reclamación contiene montos por liquidar o indeterminados

4