# **EXHIBIT A**

**Schedule of Claims Subject to the Six Hundred First Omnibus Objection**

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ARIAS RIVERA, RAMON L<br>323 CALLE LUTZ<br>SAN JUAN, PR 00915-2508 | 150380 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $54.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $54.00 for the Claim. Accordingly, the Claim should be reduced to $54.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | AVILES TORRES, ANA LUISA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 39321 | Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $163.74 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $163.74 for the Claim. Accordingly, the Claim should be reduced to $163.74 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | CAMPOS RODRIGUEZ, CORALY<br>GUILLERMO RAMOS LUIÑA<br>PO BOX 22763, UPR STATION<br>SAN JUAN, PR 00931-2763 | 28337 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |

Reason: The claimant asserts liabilities related to litigation case DDP-2013-1069. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $3,000.00 for the Claim. Accordingly, the Claim should be reduced to $3,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | CARMONA VERA, DAVID<br>EMILIO CANCIO BELLO<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 25935 | Commonwealth of Puerto Rico | Unsecured | $97,576.22 | Commonwealth of Puerto Rico | Unsecured | $95,284.50 |

Reason: The claimant asserts liabilities related to litigation case KDP-2009-0849. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $95,284.50 for the Claim. Accordingly, the Claim should be reduced to $95,284.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

\*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred First Omnibus Objection
### Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REDUCED AND ALLOWED DEBTOR | REDUCED AND ALLOWED PRIORITY STATUS | REDUCED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | CRUZ VÁZQUEZ, CRUCITA<br>IRIS Y. APONTE ANDINO<br>BANCO COOPERATIVO<br>PLAZA 404B<br>PONCE DE LEÓN 623<br>SAN JUAN, PR 00917 | 25333 | Puerto Rico Highways and Transportation Authority | Unsecured | $122,988.02* | Puerto Rico Highways and Transportation Authority | Unsecured | $61,494.01 |

Reason: The claimant asserts liabilities related to litigation case GDP-1999-0091. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $61,494.01 for the Claim. Accordingly, the Claim should be reduced to $61,494.01 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REDUCED AND ALLOWED DEBTOR | REDUCED AND ALLOWED PRIORITY STATUS | REDUCED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | DANUZ REYES, MICHAEL E.<br>JUAN HERNANDEZ LOPEZ<br>DE VICTORIA<br>PO BOX.190233<br>SAN JUAN, PR 00919-0233 | 29798 | Commonwealth of Puerto Rico | Unsecured | $1,079,419.50* | Commonwealth of Puerto Rico | Unsecured | $137,731.83 |

Reason: The claimant asserts liabilities related to litigation case 2003-08-0142. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $137,731.83 for the Claim. Accordingly, the Claim should be reduced to $137,731.83 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REDUCED AND ALLOWED DEBTOR | REDUCED AND ALLOWED PRIORITY STATUS | REDUCED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | DELERME FRANCO, INES MARIA<br>CALLE ACACIA RK-7<br>URB. LA ROSALEDA II<br>TOA BAJA, PR 00949-2604 | 34011 | Commonwealth of Puerto Rico | Unsecured | $28,800.00* | Commonwealth of Puerto Rico | Unsecured | $89.50 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $89.50 for the Claim. Accordingly, the Claim should be reduced to $89.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | DIAZ MALDONADO, CARLOS<br>HC 2 BOX 8273<br>OROCOVIS, PR 00720 | 7905 | Puerto Rico Highways and Transportation Authority | Unsecured | $7,000.00* | Puerto Rico Highways and Transportation Authority | Unsecured | $6,266.72 |

Reason: The claimant asserts liabilities related to litigation case BAC-2014-0016. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $6,266.72 for the Claim. Accordingly, the Claim should be reduced to $6,266.72 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | ESTATE OF RAMÓN DE JESÚS RIVERA<br>IRIS Y. APONTE ANDINO<br>BANCO COOPERATIVO PLAZA 404B<br>PONCE DE LEÓN 623<br>SAN JUAN, PR 00917 | 27671 | Puerto Rico Highways and Transportation Authority | Unsecured | $122,988.02* | Puerto Rico Highways and Transportation Authority | Unsecured | $61,494.01 |

Reason: The claimant asserts liabilities related to litigation case GDP-1999-0091. According to the books and records of the Puerto Rico Highways and Transportation Authority, the claimant is owed a total of only $61,494.01 for the Claim. Accordingly, the Claim should be reduced to $61,494.01 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | FELICIANO FELICIANO, CHRISTOPHER<br>LCDO. FÉLIX A. RODRÍGUEZ MEJÍA<br>253 CALLE CHILE 10-B<br>SAN JUAN, PR 00917-2111 | 8516 | Commonwealth of Puerto Rico | Unsecured | $10,000.00* | Commonwealth of Puerto Rico | Unsecured | $5,000.00 |

Reason: Claimant had asserted the claim amount as both secured and 503(b)9 which had the effect of doubling the asserted amount of the claim after the total claim was reclassified as a general unsecured claim. As such, the claim has been reduced to reflect the appropriate amount asserted by the claimant.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | REDUCED AND ALLOWED DEBTOR | REDUCED AND ALLOWED PRIORITY STATUS | REDUCED AND ALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | GARCIA-GONZALEZ, MANUEL<br>C/O M.L & R.E LAW FIRM<br>ATTN: JORGE MARTINEZ LUCIANO<br>513 JUAN J. JIMENEZ ST.<br>SAN JUAN, PR 00918 | 66143 | Commonwealth of Puerto Rico | Unsecured | $100,000.00* | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: The claimant asserts liabilities related to litigation case 10-1462 (DRD). According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $50,000.00 for the Claim. Accordingly, the Claim should be reduced to $50,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | GUZMAN RODRIGUEZ, MARIA M<br>HC 3 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 32944 | Commonwealth of Puerto Rico | Unsecured | $12,960.00* | Commonwealth of Puerto Rico | Unsecured | $533.04 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $533.04 for the Claim. Accordingly, the Claim should be reduced to $533.04 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | HERNANDEZ GONZALEZ, LUIS<br>452 AVENIDA PONCE DE LEON<br>EDIFICIO ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 28924 | Commonwealth of Puerto Rico | Unsecured | $75,614.30* | Commonwealth of Puerto Rico | Unsecured | $23,257.36 |

Reason: The claimant asserts liabilities related to litigation case 2004-01-0796. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $23,257.36 for the Claim. Accordingly, the Claim should be reduced to $23,257.36 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred First Omnibus Objection
### Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | JONATHAN CORDERO VALENTÍN, EMMA A. VALENTÍN ALICEA MOISES ABREU CORDERO 454 AVE. LUIS MUÑIZ SUFFRONT URB. LOS MAESTROS RIO PIEDRAS, PR 00923 | 35679 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: The claimant asserts liabilities related to litigation case FAC-2014-0099. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $20,000.00 for the Claim. Accordingly, the Claim should be reduced to $20,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 15 | JULIO HIRAM AYALA MENDEZ; DALY CELIS DEL VALLE; OMAR AYALA DEL VALLE LCDO. JOSE AYALA PRATS PO BOX 194571 SAN JUAN, PR 00918 | 31280 | Commonwealth of Puerto Rico | Unsecured | $117,000.00 | Commonwealth of Puerto Rico | Unsecured | $87,750.00 |

Reason: The claimant asserts liabilities related to litigation case ISCI-2013-00960. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $87,750.00 for the Claim. Accordingly, the Claim should be reduced to $87,750.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | KANOSO AUTO SALES INC PO BOX 1446 SAN GERMAN, PR 00683 | 374 | Commonwealth of Puerto Rico | Unsecured | $301,903.89 | Commonwealth of Puerto Rico | Unsecured | $226,428.00 |

Reason: The claimant asserts liabilities related to litigation case ISCI-2010-00072. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $226,428.00 for the Claim. Accordingly, the Claim should be reduced to $226,428.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | LOPEZ CARRION, MIRAIDA R.<br>VILLAS DE LOIZA JJ30<br>CALLE 42A<br>CANOVANAS, PR 00729 | 39543 | Commonwealth of Puerto Rico | Unsecured | $14,040.00* | Commonwealth of Puerto Rico | Unsecured | $31.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $31.00 for the Claim. Accordingly, the Claim should be reduced to $31.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | MARRERO LEDESMA, BLANCA<br>VILLA GEORGETTI<br>53 CALLE IGUALDAD<br>BARCELONETA, PR 00617-2804 | 105035 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $1.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1.00 for the Claim. Accordingly, the Claim should be reduced to $1.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | MIRANDA ORTIZ, ANGEL L.<br>URB. BELLA VISTA<br>D-20 CALLE 2<br>BAYAMON, PR 00957 | 160197 | Commonwealth of Puerto Rico | Unsecured | $48,000.00* | Commonwealth of Puerto Rico | Unsecured | $21,630.17 |

Reason: The claimant asserts liabilities related to litigation case 2004-01-0796. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $21,630.17 for the Claim. Accordingly, the Claim should be reduced to $21,630.17 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

## Six Hundred First Omnibus Objection
### Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | MORALES VILLAMIL, MARITZA I. URB VILLA CAPRI 565 CALLE CATANIA SAN JUAN, PR 00924-4049 | 18444 | Commonwealth of Puerto Rico | Unsecured | $31,710.83* | Commonwealth of Puerto Rico | Unsecured | $20,178.64 |

Reason: The claimant asserts liabilities related to litigation case KCD-2016-2259. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $20,178.64 for the Claim. Accordingly, the Claim should be reduced to $20,178.64 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | OLIVO KUILAN, MARIA I. PO BOX 224 VEGA ALTA, PR 00692 | 102374 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $53.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $53.00 for the Claim. Accordingly, the Claim should be reduced to $53.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | ORTIZ RAMOS, WILLIAM 425 3RD AVE. APT. 322 COLUMBUS, GA 31901 | 88751 | Commonwealth of Puerto Rico | Unsecured | $542,745.72 | Commonwealth of Puerto Rico | Unsecured | $810.24 |

Reason: The claimant asserts liabilities related to litigation case 2000-06-1639. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $810.24 for the Claim. Accordingly, the Claim should be reduced to $810.24 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | ORTIZ-COMAS, MARIAN E. PO BOX 366363 SAN JUAN, PR 00936-6363 | 34100 | Commonwealth of Puerto Rico | Unsecured | $34,800.00* | Commonwealth of Puerto Rico | Unsecured | $44.73 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $44.73 for the Claim. Accordingly, the Claim should be reduced to $44.73 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 24 | PACHECO VALDIVIESO, ABIGAIL<br>VALLE ALTO<br>1740 CALLE LLANURA<br>PONCE, PR 00730-4137 | 34743 | Commonwealth of Puerto Rico | Unsecured | $13,920.00* | Commonwealth of Puerto Rico | Unsecured | $2.50 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $2.50 for the Claim. Accordingly, the Claim should be reduced to $2.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 58892 | Commonwealth of Puerto Rico | Unsecured | $7,726.21 | Commonwealth of Puerto Rico | Unsecured | $5,235.90 |

Reason: The claimant asserts liabilities related to litigation case KAC-2014-0124. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $5,235.90 for the Claim. Accordingly, the Claim should be reduced to $5,235.90 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | RAMIREZ NEGRON, JORGE LUIS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 90674 | Commonwealth of Puerto Rico | Unsecured | $15,000.00* | Commonwealth of Puerto Rico | Unsecured | $9,750.00 |

Reason: The claimant asserts liabilities related to litigation case KAC-2013-0736. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $9,750.00 for the Claim. Accordingly, the Claim should be reduced to $9,750.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | RAMOS RODRIGUEZ, CARMEN I<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 69109 | Commonwealth of Puerto Rico | Unsecured | $14,400.00* | Commonwealth of Puerto Rico | Unsecured | $175.21 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $175.21 for the Claim. Accordingly, the Claim should be reduced to $175.21 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, REINALDO<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 13721 | Commonwealth of Puerto Rico | Unsecured | $39,282.11* | Commonwealth of Puerto Rico | Unsecured | $23,869.61 |

Reason: The claimant asserts liabilities related to litigation case 2004-01-0796. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $23,869.61 for the Claim. Accordingly, the Claim should be reduced to $23,869.61 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | RODRIGUEZ ARCHEVAL, VIOLETA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 67476 | Commonwealth of Puerto Rico | Unsecured | $11,040.00* | Commonwealth of Puerto Rico | Unsecured | $15.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $15.00 for the Claim. Accordingly, the Claim should be reduced to $15.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | ROMERO GARCIA, ALIS<br>URB VILLA LINARES<br>K2 CALLE 16<br>VEGA ALTA, PR 00692 | 64214 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $1.62 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $1.62 for the Claim. Accordingly, the Claim should be reduced to $1.62 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Six Hundred First Omnibus Objection
Exhibit A - Claims to Be Reduced and Allowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSA CASTRO, GLENDA GUILLERMO RAMOS-LUIÑA PO BOX 22763 UPR STATION SAN JUAN, PR 00931-2763 | 29645 | Commonwealth of Puerto Rico | Unsecured | $50,000.00* | Commonwealth of Puerto Rico | Unsecured | $3,000.00 |

Reason: The claimant asserts liabilities related to litigation case DDP-2013-1069. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $3,000.00 for the Claim. Accordingly, the Claim should be reduced to $3,000.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | RUIZ APONTE, JUAN R H7 CALLE A GUAYAMA, PR 00784 | 26224 | Commonwealth of Puerto Rico | Unsecured | $16,000.00* | Commonwealth of Puerto Rico | Unsecured | $66.00 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $66.00 for the Claim. Accordingly, the Claim should be reduced to $66.00 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | REDUCED AND ALLOWED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | VELEZ CRUZ, ELISA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 69322 | Commonwealth of Puerto Rico | Unsecured | $12,960.00* | Commonwealth of Puerto Rico | Unsecured | $14.50 |

Reason: The claimant asserts liabilities related to litigation case HSCI-2004-00896. According to the books and records of the Commonwealth of Puerto Rico, the claimant is owed a total of only $14.50 for the Claim. Accordingly, the Claim should be reduced to $14.50 and allowed, as set forth in the column titled "Reduced and Allowed," such amount fully liquidates the Claim.

*Indicates claim contains unliquidated and/or undetermined amounts