# ANEXO A

**Relación de reclamaciones objeto de la Sexcentésima primera objeción global**

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ARIAS RIVERA, RAMON L<br>323 CALLE LUTZ<br>SAN JUAN, PR 00915-2508 | 150380 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $54.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $54.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $54.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 2 | AVILES TORRES, ANA LUISA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 39321 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $163.74 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $163.74 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $163.74 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 3 | CAMPOS RODRIGUEZ, CORALY<br>GUILLERMO RAMOS LUIÑA<br>PO BOX 22763, UPR STATION<br>SAN JUAN, PR 00931-2763 | 28337 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio DDP-2013-1069. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $3,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $3,000.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 4 | CARMONA VERA, DAVID<br>EMILIO CANCIO BELLO<br>1702 SAN MATEO<br>SANTURCE, PR 00912 | 25935 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $97,576.22 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $95,284.50 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio KDP-2009-0849. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $95,284.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $95,284.50 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Sexcentésima Primera Objeción Global
Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 5 | CRUZ VÁZQUEZ, CRUCITA IRIS Y. APONTE ANDINO BANCO COOPERATIVO PLAZA 404B PONCE DE LEÓN 623 SAN JUAN, PR 00917 | 25333 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $122,988.02* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $61,494.01 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio GDP-1999-0091. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al Demandante solo se le adeuda un total de $61,494.01 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $61,494.01 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | DANUZ REYES, MICHAEL E. JUAN HERNANDEZ LOPEZ DE VICTORIA PO BOX.190233 SAN JUAN, PR 00919-0233 | 29798 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,079,419.50* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $137,731.83 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio 2003-08-0142. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $137,731.83 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $137,731.83 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 7 | DELERME FRANCO, INES MARIA CALLE ACACIA RK-7 URB. LA ROSALEDA II TOA BAJA, PR 00949-2604 | 34011 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $28,800.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $89.50 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $89.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $89.50 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 8 | DIAZ MALDONADO, CARLOS<br>HC 2 BOX 8273<br>OROCOVIS, PR 00720 | 7905 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $7,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $6,266.72 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio BAC-2014-0016. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al Demandante solo se le adeuda un total de $6,266.72 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $6,266.72 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | ESTATE OF RAMÓN DE JESÚS RIVERA<br>IRIS Y. APONTE ANDINO<br>BANCO COOPERATIVO<br>PLAZA 404B<br>PONCE DE LEÓN 623<br>SAN JUAN, PR 00917 | 27671 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $122,988.02* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $61,494.01 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio GDP-1999-0091. De acuerdo con los libros y los registros de la Autoridad de Carreteras y Transportación de Puerto Rico, al Demandante solo se le adeuda un total de $61,494.01 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $61,494.01 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | FELICIANO FELICIANO, CHRISTOPHER<br>LCDO. FÉLIX A. RODRÍGUEZ MEJÍA<br>253 CALLE CHILE 10-B<br>SAN JUAN, PR 00917-2111 | 8516 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El Demandante ha invocado, por un lado, que el monto del reclamo tiene garantía, y por el otro, ha invocado 503(b)9, que tenía como efecto duplicar el monto invocado del reclamo después de que el reclamo total se reclasificó como un crédito quirografario. Por lo tanto, el reclamo se redujo para reflejar el monto apropiado que invocó el Demandante.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 11 | GARCIA-GONZALEZ, MANUEL<br>C/O M.L & R.E LAW FIRM<br>ATTN: JORGE MARTINEZ LUCIANO<br>513 JUAN J. JIMENEZ ST.<br>SAN JUAN, PR 00918 | 66143 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: El demandante invoca obligaciones relacionadas con el litigio 10-1462 (DRD). Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $50,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $50,000.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 12 | GUZMAN RODRIGUEZ, MARIA M<br>HC 3 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 32944 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,960.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $533.04 |
| | Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $533.04 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $533.04 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |
| 13 | HERNANDEZ GONZALEZ, LUIS<br>452 AVENIDA PONCE DE LEON<br>EDIFICIO ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 28924 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,614.30* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $23,257.36 |
| | Base para: El Demandante invoca obligaciones relacionadas con el litigio 2004-01-0796. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $23,257.36 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $23,257.36 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Sexcentésima Primera Objeción Global
### Anexo A: Reclamos para Reducir y Admitir

| | | | ALEGADOS | | | REDUCIDOS Y ADMITIDOS | | |
|---|---|---|---|---|---|---|---|---|
| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 14 | JONATHAN CORDERO VALENTÍN, EMMA A. VALENTÍN ALICEA MOISES ABREU CORDERO 454 AVE. LUIS MUÑIZ SUFFRONT URB. LOS MAESTROS RIO PIEDRAS, PR 00923 | 35679 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio FAC-2014-0099. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $20,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $20,000.00 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | JULIO HIRAM AYALA MENDEZ; DALY CELIS DEL VALLE; OMAR AYALA DEL VALLE LCDO. JOSE AYALA PRATS PO BOX 194571 SAN JUAN, PR 00918 | 31280 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $117,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $87,750.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio ISCI-2013-00960. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $87,750.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $87,750.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | KANOSO AUTO SALES INC PO BOX 1446 SAN GERMAN, PR 00683 | 374 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $301,903.89 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $226,428.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio ISCI-2010-00072. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $226,428.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $226,428.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global
Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 17 | LOPEZ CARRION, MIRAIDA R. VILLAS DE LOIZA JJ30 CALLE 42A CANOVANAS, PR 00729 | 39543 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,040.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $31.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $31.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $31.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18 | MARRERO LEDESMA, BLANCA VILLA GEORGETTI 53 CALLE IGUALDAD BARCELONETA, PR 00617-2804 | 105035 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $1.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19 | MIRANDA ORTIZ, ANGEL L. URB. BELLA VISTA D-20 CALLE 2 BAYAMON, PR 00957 | 160197 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $48,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $21,630.17 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio 2004-01-0796. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $21,630.17 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $21,630.17 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 20 | MORALES VILLAMIL, MARITZA I. URB VILLA CAPRI 565 CALLE CATANIA SAN JUAN, PR 00924-4049 | 18444 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $31,710.83* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,178.64 |

Base para: El demandante invoca obligaciones relacionadas con el litigio KCD-2016-2259. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $20,178.64 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $20,178.64 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | OLIVO KUILAN, MARIA I. PO BOX 224 VEGA ALTA, PR 00692 | 102374 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $53.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $53.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $53.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | ORTIZ RAMOS, WILLIAM 425 3RD AVE. APT. 322 COLUMBUS, GA 31901 | 88751 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $542,745.72 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $810.24 |

Base para: El demandante invoca obligaciones relacionadas con el litigio 2000-06-1639. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $810.24 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $810.24 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | ORTIZ-COMAS, MARIAN E. PO BOX 366363 SAN JUAN, PR 00936-6363 | 34100 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $34,800.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $44.73 |

Base para: El demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $44.73 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $44.73 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Sexcentésima Primera Objeción Global
## Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 24 | PACHECO VALDIVIESO, ABIGAIL<br>VALLE ALTO<br>1740 CALLE LLANURA<br>PONCE, PR 00730-4137 | 34743 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $13,920.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $2.50 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $2.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $2.50 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | QBE SEGUROS<br>LCDO. FRANCISCO SAN MIGUEL-FUXENCH<br>PO BOX 190406<br>SAN JUAN, PR 00919 | 58892 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,726.21 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,235.90 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio KAC-2014-0124. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $5,235.90 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $5,235.90 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | RAMIREZ NEGRON, JORGE LUIS<br>PO BOX 194211<br>SAN JUAN, PR 00919-4211 | 90674 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,750.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio KAC-2013-0736. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $9,750.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $9,750.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | RAMOS RODRIGUEZ, CARMEN I<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 69109 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,400.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $175.21 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. En virtud de los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le debe un total de $175.21 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $175.21 y admitirse; conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 28 | RIVERA RODRIGUEZ, REINALDO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 13721 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $39,282.11* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $23,869.61 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio 2004-01-0796. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $23,869.61 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $23,869.61 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 29 | RODRIGUEZ ARCHEVAL, VIOLETA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 67476 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,040.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15.00 |

Base para: El demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le debe un total de $15.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $15.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| 30 | ROMERO GARCIA, ALIS URB VILLA LINARES K2 CALLE 16 VEGA ALTA, PR 00692 | 64214 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1.62 |

Base para: El demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $1.62 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $1.62 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Primera Objeción Global

Anexo A: Reclamos para Reducir y Admitir

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | REDUCIDOS Y ADMITIDOS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 31 | ROSA CASTRO, GLENDA GUILLERMO RAMOS-LUIÑA PO BOX 22763 UPR STATION SAN JUAN, PR 00931-2763 | 29645 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,000.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio DDP-2013-1069. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $3,000.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $3,000.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 32 | RUIZ APONTE, JUAN R H7 CALLE A GUAYAMA, PR 00784 | 26224 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $16,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $66.00 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. De acuerdo con los libros y los registros del Estado Libre Asociado de Puerto Rico, al Demandante solo se le adeuda un total de $66.00 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $66.00 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 33 | VELEZ CRUZ, ELISA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 69322 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,960.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14.50 |

Base para: El Demandante invoca obligaciones relacionadas con el litigio HSCI-2004-00896. Según los libros y los registros del Estado Libre Asociado de Puerto Rico, al demandante solo se le adeuda un total de $14.50 por el Reclamo. Por consiguiente, el Reclamo debería reducirse a $14.50 y admitirse, conforme se establece en la columna que se titula "Reclamos para Reducir y Admitir", siendo que dicho monto liquida por completo el Reclamo.

* Indica que la reclamación contiene montos por liquidar o indeterminados