## EXHIBIT A

**Schedule of Claims Subject to the Six Hundred Third Omnibus Objection**

Six Hundred Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALGARIN ORTIZ, OLGA IRIS<br>#33 CALLE ETIOPE<br>URB. HACIENDA PALOMA I<br>LUQUILLO, PR 00773 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 109157 | $60,000.00* | ALGARIN ORTIZ, OLGA I.<br>IVONNE GONZÁLEZ MORALES<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 10292 | $93,971.43 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | ARVELO PLUMEY, ALMA M<br>HC 4 BOX 17263<br>CAMUY, PR 00627-7601 | 05/21/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 17348 | Undetermined* | ARVELO PLUMEY, ALMA M<br>HC4 BOX 17263<br>CAMUY, PR 00627-7601 | 05/17/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 16161 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | AVILES TORRES, ANA L.<br>PO BOX 812<br>COAMO, PR 00769 | 05/24/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 47674 | $14,400.00* | AVILES TORRES, ANA LUISA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39321 | $14,400.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | CASTILLOVEITIA, LUIS M.<br>URB. PROVINCIAS DEL RIO I #188<br>CALLE PORTUGUES<br>COAMO, PR 00769 | 06/28/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66734 | Undetermined* | CASTILLOVEITA BAEZ, LUIS<br>452 AVENIDA PONCE DE LEON, EDIF ASOCIACION DE MAESTROS, OFIC 514<br>SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 15968 | $21,903.75* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Claim #66734 also contained on Exhibit A to the 337th Omnibus Claims and Exhibit A to the 362nd Omnibus Claims Objection for Claims to Be Reclassified | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Six Hundred Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | COLON ALVAREZ, JESSICA<br>PO BOX 190251<br>SAN JUAN, PR 00919-0251 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 82317 | $1,969.57 | ALVAREZ, JESSICA COLON<br>LCDO. JOSE L. RAMIREZ DE LEON<br>PO BOX 190251<br>SAN JUAN, PR 00919-0251 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 42660 | $1,969.57 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ,<br>SAN JUAN, PR 00926 | 05/23/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 25248 | $10,069.86* | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO<br>HECTOR E. VALDES ORTIZ, ESQ.<br>38 CALLE NEVÁREZ<br>SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 99076 | $10,069.86 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | GUZMAN RODRIGUEZ , MARIA M.<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 67488 | $12,960.00* | GUZMAN RODRIGUEZ, MARIA M<br>HC 3 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 05/24/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 32944 | $12,960.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | IGLESIAS DE JESUS, ELIZABETH<br>URB VILLAS DE LOIZA<br>R 31 CALLE 19<br>CANOVANAS, PR 00729 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 46577-1 | Undetermined* | IGLESIAS DE JESUS, ELIZABETH<br>PO BOX 9300825<br>SAN JUAN, PR 00928 | 06/05/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 35866 | $180,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

## Six Hundred Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 | LOPEZ MAPFRE, JESUS RAMIREZ LCDO. PABLO LUGOLEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 29243 | $14,000.00* | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36182 | $14,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36175 | $14,000.00* | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 36182 | $14,000.00 |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | MELENDEZ RODRIGUEZ, WILFREDO ALTURAS DE BAYAMON PASEO C #75 BAYAMON, PR 00956 | 04/25/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 8669 | $15,641.06* | MELENDEZ RODRIGUEZ, WILFREDO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 13906 | $15,929.04* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

*Indicates claim contains unliquidated and/or undetermined amounts

3

# Six Hundred Third Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | PACHECO VALDIVIESO, ABIGAIL<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 67957 | $13,920.00* | PACHECO VALDIVIESO, ABIGAIL<br>VALLE ALTO<br>1740 CALLE LLANURA<br>PONCE, PR 00730-4137 | 05/24/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 34743 | $13,920.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | PEREZ VALENTIN, MARGARITA<br>URB FAIR VIEW<br>CALLE 46 1901<br>SAN JUAN, PR 00926 | 05/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 39427 | Undetermined* | PEREZ VALENTIN, MARGARITA<br>URB FAIRVIEW<br>1901 CALLE 46<br>SAN JUAN, PR 00926-7636 | 05/25/18 | 17 BK 03566-LTS<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 27766 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.<br>Surviving Claim #27766 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to be Reclassified. | | | | | | | | | |
| 14 | RIVERA RODRIGUEZ, ARMANDO LUIS<br>EXT -LAS DELICIAS- 3461<br>C/O JOSEFINA MOLL<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 96655 | Undetermined* | RIVERA RODRIGUEZ, ARMANDO<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 13783 | $31,991.32* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

4

### Six Hundred Third Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | SANTANA BÁEZ, ELIEZER REPRESENTADO POR DERECHO PROPIO 50 CARR. 5 INSTITUCION ANEXO 501 EDIF 3J INDUSTRIAL LUCHETTI BAYAMON, PR 00961-7403 | 05/03/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 10974 | $75,000.00* | SANTANA BAEZ, ELIEZER MARÍA D RAIMUNDI MELENDEZ 1-B CALLE ESTACION VEGA ALTA, PR 00692 | 06/07/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 49445 | $75,000.00* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | SANTOS MARRERO, DORIS E. APARTADO 223 SAN SEBASTIAN, PR 00685 | 05/22/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 94888 | $330,000.00 | VIVIAN NEGRON RODRIGUEZ REPRESENTING DORIS SANTOS MARRERO AEELA - OFIC ASUNTOS LEGALES PO BOX 70199 SAN JUAN, PR 00936-8190 | 05/24/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 20342 | $330,048.97* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | SERRANO DE LEON, MARIA M PO BOX 140911 ARECIBO, PR 00614 | 05/29/18 | 17 BK 03566-LTS Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 37541 | $64,754.09* | SERRANO DE LEON, MARIA M. PO BOX 140911 ARECIBO, PR 00614 | 05/29/18 | 17 BK 03283-LTS Commonwealth of Puerto Rico | 37536 | Undetermined* |

Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim.

Claim #37541 also contained on Exhibit A to the 337th Omnibus Claims Objection for Claims to Be Reclassified

*Indicates claim contains unliquidated and/or undetermined amounts

5

Six Hundred Third Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | VELEZ CRUZ, ELISA<br>3201 WHITE DOVE LN<br>KISSIMMEE, FL 34746 | 06/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 139232 | $12,960.00* | VELEZ CRUZ, ELISA<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 69322 | $12,960.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | VELEZ SERRANO, ERASMO<br>HC 02 BOX 6356<br>JAYUYA, PR 00664 | 04/25/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 8495 | $44,719.29* | JOSE JUAN MEDERIE OLIVEIRA Y OTROS OS DEPARTAMENTO JUSTICIA Y OTROS<br>ATTN: MARISEL BAEZ SANTIAGO<br>BANCO COOP PLAZA SUITE 802 B<br>AVE PONCE DE LEON 623<br>SAN JUAN, PR 00917-4820 | 05/29/18 | 17 BK 03283-LTS<br>Commonwealth of Puerto Rico | 41949 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

6