# ANEXO A

**Relación de reclamaciones objeto de la Sexcentésima tercera objeción global**

Sexcentésima Tercera Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ALGARIN ORTIZ, OLGA IRIS #33 CALLE ETIOPE URB. HACIENDA PALOMA I LUQUILLO, PR 00773 | 06/26/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 109157 | $60,000.00* | ALGARIN ORTIZ, OLGA I. IVONNE GONZÁLEZ MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 05/02/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10292 | $93,971.43 |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 2 | ARVELO PLUMEY, ALMA M HC 4 BOX 17263 CAMUY, PR 00627-7601 | 05/21/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 17348 | Indeterminado* | ARVELO PLUMEY, ALMA M HC4 BOX 17263 CAMUY, PR 00627-7601 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 16161 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 3 | AVILES TORRES, ANA L. PO BOX 812 COAMO, PR 00769 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 47674 | $14,400.00* | AVILES TORRES, ANA LUISA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 39321 | $14,400.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| 4 | CASTILLOVEITIA, LUIS M. URB. PROVINCIAS DEL RIO I #188 CALLE PORTUGUES COAMO, PR 00769 | 06/28/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 66734 | Indeterminado* | CASTILLOVEITA BAEZ, LUIS 452 AVENIDA PONCE DE LEON, EDIF ASOCIACION DE MAESTROS, OFIC 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 15968 | $21,903.75* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 66734 también incluido en el Anexo A de la Objeción Global 337 y el Anexo A de la Objeción Global 362 por Reclamos para Reclasificar

* Indica que la reclamación contiene montos por liquidar o indeterminados

1

Sexcentésima Tercera Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | COLON ALVAREZ, JESSICA PO BOX 190251 SAN JUAN, PR 00919-0251 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 82317 | $1,969.57 | ALVAREZ, JESSICA COLON LCDO. JOSE L. RAMIREZ DE LEON PO BOX 190251 SAN JUAN, PR 00919-0251 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 42660 | $1,969.57 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 6 | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ, SAN JUAN, PR 00926 | 05/23/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 25248 | $10,069.86* | COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO HECTOR E. VALDES ORTIZ, ESQ. 38 CALLE NEVÁREZ SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 99076 | $10,069.86 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 7 | GUZMAN RODRIGUEZ , MARIA M. HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 67488 | $12,960.00* | GUZMAN RODRIGUEZ, MARIA M HC 3 BOX 15239 JUANA DIAZ, PR 00795-9521 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 32944 | $12,960.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 8 | IGLESIAS DE JESUS, ELIZABETH URB VILLAS DE LOIZA R 31 CALLE 19 CANOVANAS, PR 00729 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 46577-1 | Indeterminado* | IGLESIAS DE JESUS, ELIZABETH PO BOX 9300825 SAN JUAN, PR 00928 | 06/05/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 35866 | $180,000.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

2

Sexcentésima Tercera Objeción Global
Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 9 | LOPEZ MAPFRE, JESUS RAMIREZ LCDO. PABLO LUGOLEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 29243 | $14,000.00* | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36182 | $14,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 10 | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36175 | $14,000.00* | MAPFRE PRAICO CORPORATION Y RAMIREZ LOPEZ, JESUS PABLO LUGO LEBRON PO BOX 8051 URB. REPARTO MENDOZA A-1 HUMACAO, PR 00792 | 05/30/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 36182 | $14,000.00 |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 11 | MELENDEZ RODRIGUEZ, WILFREDO ALTURAS DE BAYAMON PASEO C #75 BAYAMON, PR 00956 | 04/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 8669 | $15,641.06* | MELENDEZ RODRIGUEZ, WILFREDO 452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514 SAN JUAN, PR 00918 | 05/17/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 13906 | $15,929.04* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Tercera Objeción Global
Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 12 | PACHECO VALDIVIESO, ABIGAIL<br>HC-03 BOX 15239<br>JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 67957 | $13,920.00* | PACHECO VALDIVIESO, ABIGAIL<br>VALLE ALTO<br>1740 CALLE LLANURA<br>PONCE, PR 00730-4137 | 05/24/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 34743 | $13,920.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 13 | PEREZ VALENTIN, MARGARITA<br>URB FAIR VIEW<br>CALLE 46 1901<br>SAN JUAN, PR 00926 | 05/25/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 39427 | Indeterminado* | PEREZ VALENTIN, MARGARITA<br>URB FAIRVIEW<br>1901 CALLE 46<br>SAN JUAN, PR 00926-7636 | 05/25/18 | 17 BK 03566-LTS<br>Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 27766 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| | Reclamo Restante n.º 27766 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar | | | | | | | | | |
| 14 | RIVERA RODRIGUEZ, ARMANDO LUIS<br>EXT -LAS DELICIAS- 3461<br>C/O JOSEFINA MOLL<br>PONCE, PR 00728 | 06/26/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 96655 | Indeterminado* | RIVERA RODRIGUEZ, ARMANDO<br>452 AVENIDA PONCE DE LEON, EDIF. ASOCIACION DE MAESTROS, OFIC. 514<br>SAN JUAN, PR 00918 | 05/15/18 | 17 BK 03283-LTS<br>El Estado Libre Asociado de Puerto Rico | 13783 | $31,991.32* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

4

Sexcentésima Tercera Objeción Global
Anexo A: Reclamos para Desestimar

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 | SANTANA BÁEZ, ELIEZER REPRESENTADO POR DERECHO PROPIO 50 CARR. 5 INSTITUCION ANEXO 501 EDIF 3J INDUSTRIAL LUCHETTI BAYAMON, PR 00961-7403 | 05/03/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 10974 | $75,000.00* | BAEZ ELIEZER, SANTANA MARÍA D RAIMUNDI MELENDEZ 1-B CALLE ESTACION VEGA ALTA, PR 00692 | 06/07/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 49445 | $75,000.00* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | SANTOS MARRERO, DORIS E. APARTADO 223 SAN SEBASTIAN, PR 00685 | 05/22/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 94888 | $330,000.00 | VIVIAN NEGRON RODRIGUEZ REPRESENTING DORIS SANTOS MARRERO AEELA - OFIC ASUNTOS LEGALES PO BOX 70199 SAN JUAN, PR 00936-8190 | 05/24/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 20342 | $330,048.97* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | SERRANO DE LEON, MARIA M PO BOX 140911 ARECIBO, PR 00614 | 05/29/18 | 17 BK 03566-LTS Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 37541 | $64,754.09* | SERRANO DE LEON, MARIA M. PO BOX 140911 ARECIBO, PR 00614 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 37536 | Indeterminado* |

Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante.

Reclamo n.º 37541 incluido también en el Anexo A de la Objeción Global 337 por Reclamos para Reclasificar

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Tercera Objeción Global

Anexo A: Reclamos para Desestimar

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 18 | VELEZ CRUZ, ELISA 3201 WHITE DOVE LN KISSIMMEE, FL 34746 | 06/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 139232 | $12,960.00* | VELEZ CRUZ, ELISA HC-03 BOX 15239 JUANA DIAZ, PR 00795-9521 | 06/28/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 69322 | $12,960.00* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |
| 19 | VELEZ SERRANO, ERASMO HC 02 BOX 6356 JAYUYA, PR 00664 | 04/25/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 8495 | $44,719.29* | JOSE JUAN MEDERIE OLIVEIRA Y OTROS OS DEPARTAMENTO JUSTICIA Y OTROS ATTN: MARISEL BAEZ SANTIAGO BANCO COOP PLAZA SUITE 802 B AVE PONCE DE LEON 623 SAN JUAN, PR 00917-4820 | 05/29/18 | 17 BK 03283-LTS El Estado Libre Asociado de Puerto Rico | 41949 | Indeterminado* |
| | Base para: Las obligaciones invocadas en el Reclamo para Desestimar son un duplicado de las invocadas en el Reclamo Restante. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados