# EXHIBIT A

**Schedule of Claims Subject to the Six Hundred Fourth Omnibus Objection**

## Six Hundred Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169491 | $22,944,604.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. Claimant asserts liability, in part, based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ<br>ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169507 | $3,269,189.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. The remaining bonds claimed are all expunged per Plan.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | COOPERATIVA DE AHORRO Y CREDITO DE LARES<br>PO BOX 191757<br>SAN JUAN, PR 00919 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169511 | $7,289,615.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

## Six Hundred Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169512 | $32,956,914.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169493 | $16,549,461.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169494 | $19,753,068.00 |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

## Six Hundred Fourth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE AHORRO Y CRÉDITO VEGA ALTA<br>MR. RUBÉN MORALES<br>#61 GEORGETTI STREET<br>VEGA ALTA, PR 00692 | 05/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 29506 | $19,753,068.00* |

Reason: Claimant asserts, in part, the liabilities asserted in the adversary proceeding styled Cooperativa de Ahorro y Crédito Abraham Rosa, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. No. 18-00028 (the "Cooperativas Adversary Proceeding"), which was dismissed, in its entirety, by the Title III Court, and which dismissal was affirmed on appeal. Claimant appears to assert, in part, liabilities for investment losses for bonds sold. To the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss.

| | | | | | TOTAL | $122,515,919.00* |

*Indicates claim contains unliquidated and/or undetermined amounts