# **ANEXO A**

**Relación de reclamaciones objeto de la Sexcentésima cuarta objeción global**

## Sexcentésima Cuarta Objeción Global
### Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE AHORRO Y CREDITO DE CIALES<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169491 | $22,944,604.00 |
| | Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues invoca derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están relacionadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III. El Demandante reclama, en parte, una obligación sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento sujetos a la Modificación de Calificación, que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado para determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de estos reclamos. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CRÉDITO DE JUANA DÍAZ<br>ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169507 | $3,269,189.00 |
| | Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues invoca derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están relacionadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III. Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO DE LARES<br>PO BOX 191757<br>SAN JUAN, PR 00919 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169511 | $7,289,615.00 |
| | Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de Reclamo pretende reclamar, en parte, obligaciones asociadas a uno o más bonos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular un reclamo contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                                                    1

## Sexcentésima Cuarta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 4 | COOPERATIVA DE AHORRO Y CREDITO DE RINCON<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169512 | $32,956,914.00 |

Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de Reclamo pretende reclamar, en parte, obligaciones asociadas a uno o más bonos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular un reclamo contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL ZENO GANDIA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169493 | $16,549,461.00 |

Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de Reclamo pretende reclamar, en parte, obligaciones asociadas a uno o más bonos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular un reclamo contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA<br>ENRIQUE M. ALMEIDA BERNAL, ESQ.<br>PO BOX 19757<br>SAN JUAN, PR 00919-1757 | 07/03/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169494 | $19,753,068.00 |

Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. La Evidencia de Reclamo pretende reclamar, en parte, obligaciones asociadas a uno o más bonos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular un reclamo contra el Estado Libre Asociado, de modo tal que los Deudores se ven impedidos de determinar si el demandante posee o no un reclamo válido contra el Estado Libre Asociado o cualquiera de los otros deudores al amparo del Título III.

## Sexcentésima Cuarta Objeción Global
## Anexo A: Reclamos para Desestimar

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | COOPERATIVA DE AHORRO Y CRÉDITO VEGA ALTA<br>MR. RUBÉN MORALES<br>#61 GEORGETTI STREET<br>VEGA ALTA, PR 00692 | 05/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 29506 | $19,753,068.00* |

Base para: El Demandante invoca, en parte, las obligaciones invocadas en el procedimiento contencioso caratulado Cooperativa de Ahorro y Crédito Abraham Rosa y otros contra el Estado Libre Asociado de Puerto Rico y otros; Procedimiento Contencioso N.º 18-00028 ("Procedimiento contencioso de cooperativas"), que fue desestimado en su totalidad por el Tribunal de los casos al amparo del Título III, desestimación que fue ratificada en apelación. Al parecer, el Demandante invoca, en parte, obligaciones por pérdidas de inversiones a raíz de ventas de bonos. Aunque el demandante reclama obligaciones por pérdidas de inversión, no ha proporcionado ningún fundamento para aseverar dicha pérdida.

| | | | | | TOTAL | $122,515,919.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados