# EXHIBIT A

**Schedule of Claims Subject to the Six Hundred Fifth Omnibus Objection**

Six Hundred Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | GUZMAN WEBB, DIANA<br>NELSON ROBLES-DIAZ LAW OFFICES P.S.C.<br>NELSON ROBLES-DIAZ<br>PO BOX 192302<br>SAN JUAN, PR 00919-2302 | 22175 | Puerto Rico Highways and Transportation Authority | Secured | $196,135.94 | Puerto Rico Highways and Transportation Authority | Secured | $0.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, The Puerto Rico Public Finance Corporation, that is not a Title III Debtor. Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | MONARCH DEBT RECOVERY MASTER FUND LTD<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>ATTN: MICHAEL KELLY<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | 66420 | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority | Admin<br>Secured<br><br>Subtotal | Undetermined*<br>$133,598,050.73*<br><br>$133,598,050.73* | Puerto Rico Highways and Transportation Authority<br>Puerto Rico Highways and Transportation Authority | Admin<br>Secured<br><br>Subtotal | Undetermined*<br>$132,733,983.98*<br><br>$132,733,983.98* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority. To the extent the claim seeks to assert Puerto Rico Aqueduct and Sewer Authority bond claims against HTA, it has failed to provide a basis to assert such claims against HTA arising from Puerto Rico Aqueduct and Sewer Authority Bonds. To the extent the claim was intended to assert a claim against the Commonwealth, the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Six Hundred Fifth Omnibus Objection
## Exhibit A - Claims to Be Disallowed

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66382 | Puerto Rico Highways and Transportation Authority | Admin | Undetermined* | Puerto Rico Highways and Transportation Authority | Admin | Undetermined* |
| | | | Puerto Rico Highways and Transportation Authority | Secured | $55,159,385.01* | Puerto Rico Highways and Transportation Authority | Secured | $54,969,480.23* |
| | | | | Subtotal | $55,159,385.01* | | Subtotal | $54,969,480.23* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority. To the extent the claim seeks to assert Puerto Rico Aqueduct and Sewer Authority bond claims against HTA, it has failed to provide a basis to assert such claims against HTA arising from Puerto Rico Aqueduct and Sewer Authority Bonds. To the extent the claim was intended to assert a claim against the Commonwealth, the claim is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | RHODES, DAVID 214 EAST 21ST STREET NEW YORK, NY 10010 | 6264 | Puerto Rico Highways and Transportation Authority | Unsecured | $450,000.00* | Puerto Rico Electric Power Authority | Unsecured | $100,000.00* |
| | | | | | | Puerto Rico Highways and Transportation Authority | Unsecured | $200,000.00* |
| | | | | | | | Subtotal | $300,000.00* |

Reason: Claimant purports to assert, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Corporation ("PRIFA"), which claims have been discharged pursuant to the Commonwealth Confirmation Order. To the extent the claim seeks to assert PRIFA bond claims against HTA, it has failed to provide a basis to assert such claims against HTA arising from PRIFA Bonds. Claimant identifies, in part, obligor as the Puerto Rico Highways and Transportation Authority when the proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information show that any liability would reside, if at all, under Puerto Rico Electric Power Authority. The remaining bonds claimed are all expunged per Plan.

| | NAME | CLAIM # | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED AND/OR EXPUNGED BY PLAN DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | STRICKLAND, DAVID 2 CALLAHAN PLACE HINGHAM, MA 02043 | 4015 | Puerto Rico Highways and Transportation Authority | Unsecured | $35,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |
| | | | Puerto Rico Highways and Transportation Authority | Unsecured | $80,000.00 | Puerto Rico Highways and Transportation Authority | Unsecured | $80,000.00 |
| | | | | Subtotal | $115,000.00 | | Subtotal | $100,000.00 |

Reason: Proof of claim seeks recovery, in part, for amounts for which the Commonwealth is not liable because it asserts interests in note(s) that does not constitute a debt of the Commonwealth and are associated with an entity, the Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority, that is not a Title III Debtor. The remaining bonds claimed are all expunged per Plan.

*Indicates claim contains unliquidated and/or undetermined amounts