# ANEXO A

**Relación de reclamaciones objeto de la Sexcentésima quinta objeción global**

Sexcentésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | GUZMAN WEBB, DIANA<br>NELSON ROBLES-DIAZ LAW OFFICES P.S.C.<br>NELSON ROBLES-DIAZ<br>PO BOX 192302<br>SAN JUAN, PR 00919-2302 | 22175 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $196,135.94 | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $0.00 |

Base para: La Evidencia de reclamo pretende recuperar, en parte, sumas de dinero de las cuales el Estado Libre Asociado no es responsable, pues invoca derechos sobre una o más obligaciones que no constituye(n) una deuda del Estado Libre Asociado y que están relacionadas con una entidad, la Corporación de Finanzas Públicas de Puerto Rico, que no es un deudor al amparo del Título III. El reclamante invoca, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. El reclamo pretende, por tanto, recuperar una suma de dinero por la cual el Estado Libre Asociado no es responsable pues el demandante no es "acreedor" del Estado Libre Asociado de Puerto Rico y carece de capacidad para invocar este reclamo derivativo.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | MONARCH DEBT RECOVERY MASTER FUND LTD<br>C/O MONARCH ALTERNATIVE CAPITAL LP<br>ATTN: MICHAEL KELLY<br>535 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | 66420 | Autoridad de Carreteras y Transportación de Puerto Rico<br>Autoridad de Carreteras y Transportación de Puerto Rico | Administrativa<br><br>Garantizada<br><br>Subtotal | Indeterminado*<br><br>$133,598,050.73*<br><br>$133,598,050.73* | Autoridad de Carreteras y Transportación de Puerto Rico<br>Autoridad de Carreteras y Transportación de Puerto Rico | Administrativa<br><br>Garantizada<br><br>Subtotal | Indeterminado*<br><br>$132,733,983.98*<br><br>$132,733,983.98* |

Base para: El demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Autoridad de Acueductos y Alcantarillados de Puerto Rico. Dado que el reclamo pretende invocar obligaciones por bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico contra la HTA (Autoridad de Carreteras y Transportes), dicho reclamo no proporciona un fundamento para respaldar tales reclamos contra la HTA derivados de los Bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico. Dado que el reclamo pretendía invocarse contra el Estado Libre Asociado, el reclamo es un duplicado de una o más evidencias maestras de reclamo presentadas por el fiduciario de estos bonos en el caso contra el Estado Libre Asociado. Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Sexcentésima Quinta Objeción Global

Anexo A: Reclamos para Desestimar

| | NOMBRE | N.º DE RECLAMACIÓN | ALEGADOS | | | MODIFICADO Y/O ELIMINADO SEGÚN EL PLAN | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 3 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL KELLY 535 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | 66382 | Autoridad de Carreteras y Transportación de Puerto Rico | Administrativa | Indeterminado* | Autoridad de Carreteras y Transportación de Puerto Rico | Administrativa | Indeterminado* |
| | | | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $55,159,385.01* | Autoridad de Carreteras y Transportación de Puerto Rico | Garantizada | $54,969,480.23* |
| | | | | Subtotal | $55,159,385.01* | | Subtotal | $54,969,480.23* |

Base para: El demandante pretende invocar, en parte, una obligación asociada con bono(s) emitido(s) por la Autoridad de Acueductos y Alcantarillados de Puerto Rico. Dado que el reclamo pretende invocar obligaciones por bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico contra la HTA (Autoridad de Carreteras y Transportes) , dicho reclamo no proporciona un fundamento para respaldar tales reclamos contra la HTA derivados de los Bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico. Dado que el reclamo pretendía invocarse contra el Estado Libre Asociado, el reclamo es un duplicado de una o más evidencias maestras de reclamo presentadas por el fiduciario de estos bonos en el caso contra el Estado Libre Asociado. Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 4 | RHODES, DAVID 214 EAST 21ST STREET NEW YORK, NY 10010 | 6264 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $450,000.00* | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $200,000.00* |
| | | | | | | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $100,000.00* |
| | | | | | | | Subtotal | $300,000.00* |

Base para: El demandante pretende invocar, en parte, una obligación asociada con bono(s) emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico ("PRIFA"), los cuales han sido cancelados en virtud de la Orden de Confirmación del Estado Libre Asociado. En vista de que el reclamo pretende invocar obligaciones por bonos PRIFA contra la HTA (Autoridad de Carreteras y Transportes), dicho reclamo no proporciona un fundamento para respaldar tales reclamos contra la HTA derivados de los Bonos PRIFA. El Demandante identifica, en parte, como deudor a la Autoridad de Carreteras y Transportación de Puerto Rico, cuando la evidencia de reclamo, la documentación de respaldo, el o los nombres del bono en disputa o la información del CUSIP indican que cualquier obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Los bonos restantes reclamados quedan todos eliminados de acuerdo con el Plan.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 5 | STRICKLAND, DAVID 2 CALLAHAN PLACE HINGHAM, MA 02043 | 4015 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $80,000.00 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $80,000.00 |
| | | | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $35,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |
| | | | | Subtotal | $115,000.00 | | Subtotal | $100,000.00 |

* Indica que la reclamación contiene montos por liquidar o indeterminados

2