UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

ORDER GRANTING MOTION REQUESTING
FINAL EXTENSION OF TIME TO FILE A RESPONSE TO
OBJECTION TO CLAIM FILED BY THE MUNICIPALITY OF MAYAGUEZ

Upon consideration of *Motion Requesting Final Extension of Time Until Friday, August [25], 2023, to File a Response to Objection to Claim filed by the Municipality of Mayaguez* (Docket Entry No. 24919 in Case No. 17-3283) (the "Urgent Motion") filed by the Municipality of Mayaguez ("Mayaguez"), and the Court having jurisdiction over this matter under 28 U.S.C. § 1331, and under section 306 of PROMESA, 48 U.S.C. § 2166; and venue being proper under section 307 of PROMESA, 48 U.S.C. § 2167; and the court having reviewed

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

the Urgent Motion and determined that the legal and factual bases set forth therein establish just cause for the relief requested in the Urgent Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is hereby granted as set forth herein.

2. Mayaguez's deadline to file its response to the *Five Hundred Eighty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, to Municipality Claims for Which the Commonwealth Is Not Liable* (Docket Entry No. 24757 in Case No. 17-3283) (the "Omnibus Objection") will be **August 25, 2023**.

3. Solely with respect to Mayaguez's proof of claim, the hearing on the Omnibus Objection is hereby adjourned to the omnibus hearing scheduled for **October 4, 2023**, at **9:30 a.m. (Atlantic Standard Time)**.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this Order.

5. This Order resolves Docket Entry No. 24919 in Case No. 17-3283.

SO ORDERED.

Dated: August 21, 2023

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        UNITED STATES DISTRICT JUDGE