**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On August 4, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit A**, to be served via First Class Mail on the ACR CW Notice Parties Service List attached hereto as **Exhibit B**.

    On August 4, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit C**, to be served via First Class Mail on the ACR ERS Notice Parties Service List attached hereto as **Exhibit D.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

On August 4, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit E**, to be served via First Class Mail on the ACR Public Letter Notice Parties Service List attached hereto as **Exhibit F**.

On August 4, 2023, at my direction and under my supervision, employees of Kroll caused a request for additional claim information, in the form of a customized letter, a blank copy of which is attached hereto as **Exhibit G**, to be served via First Class Mail on the ACR Tax Notice Parties Service List attached hereto as **Exhibit H**.

Dated: August 21, 2023

<div align="right">

*/s/ Nicholas Vass*
Nicholas Vass

</div>

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 21, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 71880

**<u>Exhibit A</u>**



GOVERNMENT OF PUERTO RICO
Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

19 de enero de 2023

Re:   Reclamación Núm.             - REQUIERE RESPUESTA/ FAVOR COMPLETAR
      REQUERIMIENTO DE INFORMACIÓN ADJUNTO

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Estado Libre Asociado de Puerto Rico** y registrada(s) por Kroll como Evidencia de Reclamación Núm.           (la "Reclamación").

El           , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

_____
[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll: https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo  la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 18 de febrero de 2023 enviando el Formulario de Requerimiento de Información adjunto completado,   en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente  a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

January 19, 2023

**Re: Claim No.                 - RESPONSE REQUIRED**
**COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                 against
**the Commonwealth of Puerto Rico** and logged by Kroll as Proof of Claim No.
(the "Claim").

On                , the Debtors transferred your Claim into the
Administrative Claims Reconciliation ("ACR") process. This means that your
Claim will be resolved using the Commonwealth's existing administrative
processes. Specifically, your claim will be resolved by ERS using the Pension/Retiree
Procedures, as described in the order authorizing the ACR process [Case No. 17-
bk-3283, ECF No. 12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that you
have provided. Based on the information you have provided, it appears that your Claim
is only asserting your right to receive your pension and nothing else. It does not appear that
you dispute the amount of the pension payments you are receiving or can expect to
receive upon your retirement. You can determine the pension payment amount
ERS presently expects you will receive by consulting your most recent pension benefit
statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount of
your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits. Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment.   If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before February 18, 2023 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____**

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.              NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

_____ Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.              o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO** _____

_____ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. _____ and DO NOT have an independent claim against ERS unrelated to my/ our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No. _____ or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit B</u>**

Exhibit B

ACR CW Notice Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 3943148 | Ariel Luis, Rivera Rosa | PO Box 68 | | Villalba | PR | 00766 |
| 1923812 | CASTRO MORALES, ELSIE | VALLE ALTO | 1224 CALLE PRADERA | PONCE | PR | 00730-4121 |
| 3475088 | Quirindongo Garcia, Omar A. | E25 Calle 2 Urb. Monte Real | | Guayama | PR | 00784 |
| 514670 | Quirindongo Garcia, Omar A. | Rr-1 Box 6182 | | Guayama | PR | 00784 |
| 2000697 | Reyes Quinones, Jorge D | Urb Sierra Bayamon | 453 Calle 40 | Bayamon | PR | 00961-4352 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit C**



**GOVERNMENT OF PUERTO RICO**

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

19 de enero de 2023

**Re:    Reclamación Núm.            - REQUIERE RESPUESTA/ FAVOR COMPLETAR
        REQUERIMIENTO DE INFORMACIÓN ADJUNTO**

Estimado

Le escribimos respecto a su(s) Evidencia(s) de Reclamación [*Proof(s) of Claim*], la(s) cual(es) fue(ron) presentada(s) contra **El Sistema de Retiro de Los Empleados** y registrada(s) por Kroll como Evidencia de Reclamación Núm.            (la "Reclamación").

El            , los Deudores transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones ("ACR" por sus siglas en inglés, o "Procedimiento"). Esto significa que su Reclamación se resolverá utilizando los procesos administrativos existentes del Estado Libre Asociado de Puerto Rico ("ELA"). En específico, su Reclamación se resolverá por la Administración de Sistemas de Retiro ("ASR") utilizando los procesos de revisión de pensión/retiro, según descrito en la orden autorizando el Procedimiento [Caso Núm. 17-bk-3283, ECF Núm. 12274][1].

Los agentes y representantes de los Deudores revisaron su Reclamación en conjunto con cualquier documentación suplementaria que usted haya proporcionado. Basado en la información provista por usted, aparenta que su Reclamación solo afirma su derecho a recibir pensión, sin más. Es decir, no surge de su Reclamación que usted dispute o esté impugnando el monto de los pagos de pensión que está recibiendo o que espere recibir en el futuro, al momento de su jubilación. Usted puede determinar el monto del pago de la pensión que la ASR actualmente estima que usted estará recibiendo mediante una consulta de su estado de cuenta de pensión más reciente.

---

[1] Copias de todos los escritos, alegaciones y mociones estan disponibles en la pagina electronica de Kroll: https://cases.ra.kroll.com/puertorico/

Los Deudores le envían esta carta para confirmar (1) si usted disputa o no el monto de su pensión; o (2) si usted tiene o no una reclamación independiente contra la ASR que no esté relacionada con su derecho a recibir pensión. Puede confirmar si usted está cuestionando el monto de su pensión o si tiene una reclamación independiente, completando el encasillado intitulado "Respuesta del Reclamante" en el Formulario de Requerimiento de Información adjunto y enviándolo a la dirección que se identifica más abajo.

En el caso de que usted NO esté cuestionando el monto de su pensión y NO tenga una reclamación independiente en contra de la ASR (no relacionada a su derecho de recibir pensión), entonces la ASR considerará su Reclamación resuelta. Esto, no obstante, no deberá interpretarse como una determinación de que usted no tiene derecho a recibir pensión. Sencillamente implica que el tratamiento de su pensión, se determinará por el plan de ajuste que, en su día, el Tribunal confirme. Si el plan de ajuste propuesto tuviera un impacto sobre el monto de su pensión, usted tendrá la oportunidad de participar en el proceso del plan de ajuste.

En el caso de que usted sí dispute el monto del pago de su pensión, o si tenga una reclamación independiente contra la ASR (que no esté relacionada a su derecho a recibir pensión), favor de seguir las instrucciones en el Formulario de Requerimiento de Información adjunto, y aneje toda y cualquier documentación disponible en apoyo de lo que usted entiende es el monto correcto de su pensión o de su reclamación.

**Favor de responder a esa carta en o antes de 18 de febrero 2023 enviando el Formulario de Requerimiento de Información adjunto completado, en conjunto con la información y documentación requerida.**

Favor de enviar el formulario completado y los documentos en apoyo por correo electrónico a PRACRprocess@ra.kroll.com,, o por correo, entrega personal, o correo urgente a la siguiente dirección:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Favor de acompañar a su respuesta toda y cualquier documentación disponible a usted que sustente lo que usted entiende es el monto correcto de su pensión o que apoye la reclamación independiente que tenga contra la ASR.

Para mayor información sobre el Procedimiento, los procesos de pensión/retiro, o si usted tiene cualesquiera otras preguntas sobre los casos bajo el Título III, puede contactar Kroll Restructuring Administration LLC al (844) 822-9231 (sin cargos en Estados Unidos de América y Puerto Rico) o al (646) 486-7944 (para llamada internanciones), durante el siguiente horario: 10:00 a.m. a 7:00 p.m. (Atlantic Standard Time) (Disponible en español).



GOVERNMENT OF PUERTO RICO

Puerto Rico Government Employees and
Judiciary Retirement Systems Administration

January 19, 2023

**Re: Claim No.                    - RESPONSE REQUIRED**
            **COMPLETE ATTACHED INFORMATION REQUEST**

Dear

We write with respect to your proof(s) of claim, which was filed on                    against
**The Employees Retirement System** and logged by Kroll as Proof of Claim No.
the "Claim").

On                    ,    the    Debtors    transferred    your    Claim    into    the
Administrative Claims Reconciliation ("ACR") process.    This means that your Claim
will    be    resolved    using    the    Commonwealth's    existing    administrative    processes.
Specifically, your claim will be resolved by ERS using the Pension/Retiree Procedures,
as described in the order authorizing the ACR process [Case No. 17-bk-3283, ECF No.
12274][1].

The Debtors' agents have reviewed your Claim and any supporting documentation that
you have provided.  Based on the information you have provided, it appears that your
Claim is only asserting your right to receive your pension and nothing else.  It does not
appear that you dispute the amount of the pension payments you are receiving or
can expect to receive upon your retirement.    You can determine the pension
payment amount  ERS presently expects you will receive by consulting your most recent
pension benefit statement.

The Debtors are sending this letter to confirm whether or not you dispute the amount
of your pension or whether you have any independent claim against ERS unrelated to
your right to pension benefits.  Please confirm whether or not you dispute the amount of
your pension or have an independent claim unrelated to your pension benefits by
completing the box marked

---

[1] Copies of all pleadings are available on Kroll's website,

https://cases.ra.kroll.com/puertorico/.

"Claimant Response" on the attached information request form and returning the form to the address listed below.

If you DO NOT dispute the amount of your pension payment or do not have an independent claim against ERS, then there is no further action for ERS to take, and ERS will consider your Claim resolved. This, however, shall not be interpreted as a determination that you do not have a right to receive pension. This simply implies that treatment of your pension will be determined by the plan of adjustment. If the plan of adjustment will impact the amount of your pension, you will have an opportunity to participate in the plan of adjustment process.

If you do dispute the amount of your pension payment or if you do have an independent claim against ERS unrelated to your pension benefits, please follow the instructions on the attached information request form, and attach any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

**Please respond to this letter on or before February 18, 2023 by returning the enclosed information request form with the requested information and documentation.**

Please send the completed form and any supporting documents via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

Please enclose with your response any and all documentation available to you to support what you believe to be the correct amount of your pension payment.

For more information about the ACR process, the Pension/Retiree Procedures, or if you have any other questions regarding the Title III cases, you may contact Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

*Evidencia de Reclamación:*
*Reclamante:*

## FORMULARIO DE REQUERIMIENTO DE INFORMACIÓN

Favor de confirmar si usted disputa o no el monto de su pago de pensión completando el encasillado intitulado "Respuesta del Reclamante" a continuación y siguiente las instrucciones establecidas en el mismo. Envíe este formulario completado y cualquier documentación suplementaria que sustente el monto de su pensión o su reclamación independiente por correo por correo electrónico a PRACRprocess@ra.kroll.com, o por correo, entrega personal, o correo urgente a la siguiente dirección: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

**CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO_____**

_____ Yo/nosotros NO disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.           NI tenemos reclamación independiente contra la ASR, no relacionada con mi/nuestro derecho a recibir pensión. Yo/nosotros entendemos que no hay acción ulterior a ser tomada por la ASR, y que la ASR considerará mi/nuestra reclamación resuelta.

**O**

**_____** Yo/nosotros SI disputamos el monto de mi/nuestra pensión reclamada en el formulario de Evidencia de Reclamación núm.           o SI tenemos reclamación independiente contra la ASR porque (provea todo el detalle que sea necesario. Acompañe páginas adicionales si necesario e incluya la documentación suplementaria en apoyo):

_____
_____
_____


**Nombre del Reclamante:**_____

**Firma del Reclamante:**_____

**Fecha:**_____

---

*Proof of Claim:*
*Claimant:*

### INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box.  Please return this form and any additional documentation via email to: PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

#### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO _____

_____  I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No.              and DO NOT have an independent claim against ERS unrelated to my/ our pension benefits.  I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

**OR**

_____  I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim . No.              or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____
_____
_____


**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

**<u>Exhibit D</u>**

Exhibit D

ACR ERS Notice Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 596575 | CINTRON RIVERA, WILLIAM | BO CORAZON | 56-24 CALLE SAN PEDRO | GUAYAMA | PR | 00784 |
| 4095524 | Correa Sanabria, Joann | 167 Calle - Luz Montesoria I | | Aguirre | PR | 00704 |
| 1305641 | Garcia Gonzalez, Maria S. | HC 01 Box 3663 | | Barranquitas | PR | 00794 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**Exhibit E**

**Responda a esta carta el 8 de febrero de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before February 8, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**

GOBIERNO DE PUERTO RICO
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

19 de enero de 2023

**Re:**   **Reclamación Núm.**                    **- REQUIERE RESPUESTA**

Estimado

Reciba un cordial saludo de parte de la Autoridad de Asesoría Financiera y Agencia Fiscal ("AAFAF"). En virtud de la Ley Núm. 2-2017, la AAFAF representa al Gobierno de Puerto Rico ante el Tribunal del Título III de PROMESA[1] ("Tribunal de Título III"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal de Título III.

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que la entidad gubernamental para la cual trabaja(ó) pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta una comunicación en la cual describa detalladamente la naturaleza de su Reclamación. En su carta, debe incluir: (1) número de teléfono donde se le pueda contactar directamente; (2) su número de empleado; (3) número de seguro social; (4) de su Reclamación haberse sometido a un proceso administrativo y/o judicial, indicar número de caso administrativo, judicial o ambos; y (5) toda documentación en apoyo de su reclamo. Si usted tiene pendiente un caso administrativo o judicial contra la entidad para la cual trabaja(ó) favor de así especificarlo. Si, por el contrario, el caso fue adjudicado con carácter de finalidad, favor incluya una copia de la resolución y/o sentencia final, de tenerla disponible.

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



**GOBIERNO DE PUERTO RICO**
AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con cualquier documento en apoyo a su reclamo, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico PRACRprocess@ra.kroll.com; o, por correo, a la siguiente dirección:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación.** Si tiene alguna pregunta respecto a esta carta, favor enviar un correo electrónico a acr@aafaf.pr.gov.

Respetuosamente,

La Autoridad de Asesoría Financiera
y Agencia Fiscal

Centro Gubernamental Roberto Sánchez Vilella (Minillas), Ave. De Diego, Parada 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525     contact@aafaf.pr.gov     aafaf.pr.gov

# GOVERNMENT OF PUERTO RICO
### PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

January 19, 2023

**Re:**    **Claim No.**              - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

---

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  |  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov



GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**Please send the completed form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to  PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:**

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim.** Should you have any questions regarding this letter, please write an email to acr@aafaf.pr.gov.

Respectfully,

The Puerto Rico Fiscal Agency
and Financial Advisory Authority

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907  I  PO Box 42001, San Juan, PR 00940-2001

787.722.2525          contact@aafaf.pr.gov          aafaf.pr.gov

Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

**Claim No.**                    **Creditor Name:**

| | |
|---|---|
| (1)  Nombre Completo | |
| (2)  Número de teléfono | |
| (3)  Número de empleado | |
| (4)  Agencia para la cual trabaja(ó) y fecha.     Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | |
| (5)  Correo electrónico | |
| (6)  Número de seguro social (últimos cuatro dígitos) | |
| (7)  Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8)  Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

EMPLOYEE RESPONSE LETTER

*Claim No.*                          *Creditor Name:*

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim.  **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*

## Exhibit F

# Exhibit F

ACR Public Letter Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3122261 | Acevedo Cortes, Virginia | Reparto Villa Soto | 15 Calle Higinio lopez | | | Hoca | PR | 00676 |
| 3883394 | Aguayo Pacheco, Rosa Maria | 1232 Calle Calma Urb. Buen Vista | | | | Ponce | PR | 00717-2512 |
| 3312281 | Arroyo Torres, Maria A | PO Box 414 | | | | Vega Alta | PR | 00692 |
| 112059 | AYALA RODRIGUEZ, JESSICA E | HC 67 BOX 21603 | | | | FAJARDO | PR | 00738 |
| 3851945 | BELLO ORTIZ, ILEANA R. | 2 DA. EXT. PUNTO ORO | 6357 CALLE PACIFICO | | | PONCE | PR | 00728-2409 |
| 3812647 | Caban Gueits, Nilsida | 315 Calle Rosa #315 | | | | Ponce | PR | 00721-3610 |
| 4040443 | Caban Gueits, Nilsida | Oficina Gubernamental Oficia 304 | Avenida Las Americas | | | Ponce | PR | 00717 |
| 2118299 | CARABALLO CARABALL, RAMON L | URB BARAMAYA | 847 CALLE AREYTO | | | PONCE | PR | 00728 |
| 4058441 | Carlo Rivera, Raymond | E.L.A. Sistema Patronal | M-8 11 Villa del Carmen | | | Gurabo | PR | 00778 |
| 4268197 | Castrodad Castrodad, Nilda R. | Urb. Sabanera | 139 Camino Las Trinitarias | P.O. Box 339 | | Cidra | PR | 00739 |
| 2317380 | DE JESUS DELGADO, ANNA M | HC 1 BOX 11384 | | | | TOA BAJA | PR | 00949 |
| 3511473 | DEL RIO ROSA, VANESSA | COND LAS PALMAS COURT | 1714 CALLE CAROLINA APT 202 | | | SAN JUAN | PR | 00912 |
| 3980170 | Falcon Malave, Merlyn L. | c/o LCDO. Carlos Alberto Ruiz, CSP | Attn: LCDO. Carlos Alberto Ruiz | PO Box 1298 | | Caguas | PR | 00725-1298 |
| 3609922 | Falcon Malave, Merlyn L. | PMB 485 HC 1 Box 29030 | | | | Caguas | PR | 00725-8900 |
| 3144687 | Faris Elba, Luis Alberto | 1430 Ave San Alfonso, Apt. 2903 | | | | San Juan | PR | 00921-4673 |
| 3132545 | Gonzalez Ortiz, Yisette | URB ESTANCIAS DE MANATI | 104 CALLE CALAMAR | | | MANATI | PR | 00674 |
| 3353763 | GONZALEZ SOTO, JOCELYN | URB ISLAZUL | 3335 CALLE BELICE | | | ISABELA | PR | 00662 |
| 3176925 | IGLESIAS DE JESUS, ELIZABETH | URB VILLAS DE LOIZA | R 31 CALLE 19 | | | CANOVANAS | PR | 00729 |
| 4155364 | Lopez Vazquez, Aurora | Urb. Ciudad Central II | Calle Hermanos Ruppert #705 | | | Carolina | PR | 00987 |
| 3074193 | LORENZI RODRIGUEZ, DIANA Y | 109 CALLE SEGUNDO BERNIER | | | | COAMO | PR | 00769 |
| 448675 | LUCIANO CORREA, GILBERTO | PO BOX 561747 | | | | GUAYANILLA | PR | 00656 |
| 132395 | LUGO PEREZ, EDNA I | CALLE JUANA GONZALEZ 15 | | | | ISABELA | PR | 00662 |
| 3459087 | Mangual Ferreira, Luisa | Condominio Los Cedros | 1687 Calle Amarillo, Apt 5102 | | | San Juan | PR | 00926 |
| 3002992 | Mangual Flores, Nilda | Calle I13 Estancias San Fdo. | | | | Carolina | PR | 00985 |
| 4225839 | Marcano Garcia, Luis | 839 Calle Anasco Apto. 811 | | | | San Juan | PR | 00925-2455 |
| 456153 | Marcano Garcia, Luis | Plaza Universidad 2000 | 839 Calle Anasco Apt 811 | | | San Juan | PR | 00925 |
| 460078 | MARQUEZ FIGUEROA, YESENIA | URB. EXT. DIPLO | CALLE 14 L9 | | | NAGUABO | PR | 00718 |
| 3193770 | Meléndez Negrón, Maribel Y. | Urbanización Estancias de Coamo | 7 Calle Obispo | | | Coamo | PR | 00769 |
| 4265111 | Morales Figueroa, Betsy L. | PO Box 758 | | | | Cidra | PR | 00739 |
| 3275320 | MULERO ARZUAGA, JOSE O. | HC 22 BOX 9250 | | | | JUNCOS | PR | 00777 |
| 4054357 | Ortiz Pacheco, Carlos A | Calle del Rio #17 | | | | Guayanilla | PR | 00656 |
| 3973479 | Perez Irizarry, Ana C. | Jardines Del Caribe 6623 Calle 33 | | | | Ponce | PR | 00728 |
| 522476 | REYES ROSARIO, MARIA M | BO. BUEN CONSEJO CALLE VALLEJO 1226 | | | | SAN JUAN | PR | 00926 |
| 2908633 | RIVERA CLEMENTE, FELIX | DEPARTAMENTO DE TRANSPORTACION Y OBROS PUBLICAS ES | SUPERVISOR DE TALLEERES DE ROTULOS | PISO 5 AVE | DEDIEGO EDITICIO SUR CENTRO GUB MINILLAS | SAN JUAN | PR | 00940 |
| 526035 | RIVERA CLEMENTE, FELIX | HC 2 BOX 9045 | | | | LOIZA | PR | 00772 |
| 2990000 | RIVERA COLON, ENRIQUE | 131 CALLE ZORZAL | URB BRISAS DE CANOVANAS | | | CANOVANAS | PR | 00729 |
| 3045955 | RIVERA COLON, ENRIQUE | OFICINISTA IV | ASOCIACION DESARROLLO SOCIO ECONOMICO | 131 ZORZAL URB BRISAS DE CANOVANAS | | CANOVANAS | PR | 00729 |
| 2980647 | Rivera Lopez, Maria | Urb Mariolga | X-47 Calle San Alfonso | | | Caguas | PR | 00725 |
| 2091932 | RIVERA LOPEZ, MARIA V. | URB MARIOLGA | X-47 CALLE SAN ALFONSO | | | CAGUAS | PR | 00725 |
| 4017247 | Rivera Otero, Josue | HC 01 Box 5250 | | | | Loza | PR | 00772 |
| 2438496 | RIVERA OTERO, JOSUE | MEDIANIA ALTA MINIMINI | HC 01 BOX 5250 | | | LOIZA | PR | 00772 |
| 3981045 | Rivera Roldan, Reinaldo | P.O. Box 589 | | | | Patillos | PR | 00723 |
| 4086896 | RIVERA SANTIAGO, EVELINA | 220 CALLE ROSA | FERRY BARRANCA | | | PONCE | PR | 00730 |
| 3468917 | RIVERA TORRES, CARMEN ADA | URB. GLENVIEW GARDENS | X6 FLORIMAR | | | PONCE | PR | 00730-1668 |
| 3824770 | Rivera, Nancy | HC-03 Box 31456 | | | | Aguadilla | PR | 00603 |
| 3780819 | ROMAN FIGUEROA, AUREA E. | URB. VILLA GRILLASCA | 835 AVE. DR. BIAGGI | | | PONCE | PR | 00717-0565 |
| 1243886 | ROSARIO GOMEZ, ENID | HC 01 BOX 4446 | | | | NAGUABO | PR | 00718-9716 |
| 2255434 | SIERRA MAYA, WILLIAM | 2716 BIG TIMBER DR | | | | KISSIMMEE | FL | 34758-2513 |
| 3494666 | Troche Pacheco, Ivette | 507 La Palmita Carr. 368 | | | | Yauco | PR | 00698 |
| 4255330 | Velazquez Arias, Maritza L. | P.O. Box 1071 | | | | Quebradillas | PR | 00678 |
| 3554129 | Velez Martinez, Elizabeth | 3131 Urb. Rio Canas | Calle Tamesis | | | Ponce | PR | 00728 |
| 4225896 | Velez Martinez, Elizabeth | Ana M. Narvaez Ferrer | HC-2 Box 7605 | | | Corozal | PR | 00783 |
| 4225903 | Velez Martinez, Elizabeth | Ana M. Narvaez Ferrer | HC-2 Box 7605 | | | Corozal | PR | 00783 |
| 3612594 | Velez Martinez, Elizabeth | Urb Rio Canas | 3131 Calle Tamesis | | | Ponce | PR | 00728 |
| 3880832 | Velez Martinez, Elizabeth | Urb. Rio Canas | 3131 Calle Tamesis | | | Ponce | PR | 00728 |
| 3183992 | VELEZ RODRIGUEZ, JOHN | HC 3 BOX 33856 | SECTOR BERROCAL | | | HATILLO | PR | 00659 |

## Exhibit G

**Responda a esta carta el 8 de febrero de 2023 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada**.

Tenga en cuenta que solo necesita devolver **un formulario,** ya sea en inglés **o** español.

**Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Kroll Restructuring Administration LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRACRprocess@ra.kroll.com.**

**Please respond to this letter on or before Febuary 8, 2023 by returning the enclosed questionnaire with the requested information and documentation**.

Note, you only need to return **one** form, either in English **or** Spanish.

**If you have any questions about this letter or your claim, please call: Kroll Restructuring Administration LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRACRprocess@ra.kroll.com.**



# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

January 19, 2023

**Re:**   **Claim No.**            - <u>REQUIRES RESPONSE</u>

Dear

Greetings on behalf of the Puerto Rico Department of Treasury ("Treasury"). You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court of PROMESA[1].

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve your Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for Treasury to adequately evaluate and resolve your Claim.

In consequence, we request that you submit the attached form along with any supporting documentation within a term of twenty (20) days, in which you describe in detail the nature of your Claim. In your response form, you should include: (1) full name; (2) telephone number where you can be contacted; (3) tax year for which you claimed a tax refund or tax credit in the Claim; (4) if a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year; (5) social security number or EIN number, as applicable; (6) if your Claim is or has been subject to an administrative or judicial process (not related to the Title III case), provide the case number; and (7) provide a duly stamped copy of the tax returns directly related to the tax refund or tax credit claimed in the Proof of Claim.

Please send the completed response form and any supporting documents within twenty (20) days from the date of the notice of this letter, via email to PRACRprocess@ra.kroll.com, or by mail, hand delivery, or overnight mail to the following address:

<div align="center">

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

</div>

---

[1] [1] *Puerto Rico Oversight, Management, and Economic Stability Act.*



# GOBIERNO DE PUERTO RICO
### Departamento de Hacienda

**It is of the utmost importance you reply to this letter within the twenty (20) days specified herein, for the adequate evaluation and resolution of your Claim**. Failure to respond to this letter will prevent Treasury from resolving your Claim.

Respectfully,

Puerto Rico Department of Treasury





# GOBIERNO DE PUERTO RICO
Departamento de Hacienda

19 de enero de 2023

**Re:     Reclamación Núm.              - <u>REQUIERE RESPUESTA</u>**

Estimado

Reciba un cordial saludo de parte del Departamento de Hacienda de Puerto Rico ("Hacienda"). Usted está recibiendo esta comunicación porque presentó la Evidencia de Reclamación (*Proof of Claim*) de referencia ("Reclamación") ante el Tribunal del Título III de PROMESA[1].

Como conoce, los Deudores bajo el Título III de PROMESA, por conducto de la Junta de Supervisión y Administración Financiera de Puerto Rico transfirieron su Reclamación al Procedimiento de Reconciliación Administrativa de Reclamaciones con el fin de resolver su Reclamación utilizando los procesos administrativos existentes del Gobierno de Puerto Rico. El propósito de esta misiva es notificarle que la información suministrada por usted hasta el momento, no es suficiente para que Hacienda pueda atender adecuadamente su Reclamación.

En consecuencia, se le solicita que someta el Formulario de Respuesta que se acompaña, en el cual describa detalladamente la naturaleza de su Reclamación. En el Formulario de Respuesta, debe incluir: (1) nombre completo; (2) número de teléfono donde se le pueda contactar directamente; (3) año contributivo para el cual reclamó un reintegro y/o crédito contributivo en la Evidencia de Reclamación (*proof of claim*); (4) si reclama un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la Evidencia de Reclamación (*proof of claim*) (5) número de seguro social de individuo o número de seguro social patronal; (6) en caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado al Título III), provea el número de caso administrativo, judicial o ambos; y (7) acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están relacionadas directamente con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación (*proof of claim*), así como cualquier otra documentación que apoye su reclamo.

**Favor de remitir el Formulario de Respuesta que se acompaña, junto con los documentos aquí solicitados, dentro de los próximos veinte (20) días desde la fecha de notificación de esta carta, a la siguiente dirección de correo electrónico <u>PRACRprocess@ra.kroll.com</u>; o, por correo, a la siguiente dirección:**

---

[1] *Puerto Rico Oversight, Management, and Economic Stability Act.*[d]

# GOBIERNO DE PUERTO RICO

Departamento de Hacienda

Commonwealth of Puerto Rico ACR Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Es de suma importancia que responda a esta comunicación en el periodo de veinte (20) días aquí dispuesto, para el trámite adecuado de su Reclamación. De no responder en el término aquí dispuesto, Hacienda no estará en posición de atenderla.

Respetuosamente,

Departamento de Hacienda de Puerto Rico



CLAIMANT'S RESPONSE FORM

Claim No.

Claimant Name:

| (1) | Full Name | |
|-----|-----------|---|
| (2) | Telephone Number | |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | |
| (5) | Social security number for individuals/ EIN number, as applicable | |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. **Include additional pages if necessary.** | |
| | | |

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Reclamación No.
Reclamante:

| | |
|---|---|
| (1)      Nombre completo | |
| (2)      Número de teléfono | |
| (3)      Año contributivo para el cual reclamó un reintegro y/o créditos contributivos en la Evidencia de Reclamación *(Proof of Claim)* | |
| (4)      Si en la Evidencia de Reclamación *(Proof of Claim)* reclamó un reintegro y/o crédito para más de un año contributivo, desglose la cuantía por cada año contributivo reclamado en la  Evidencia de Reclamación *(Proof of Claim)*. | |
| (5)      Número de seguro social de individuo/ número de seguro social patronal | |
| (6)      En caso de haber sometido su reclamo ante un proceso administrativo y/o judicial (no relacionado a Título III), provea el número de caso administrativo, judicial o ambos. | |
| (7)      Acompañe copia debidamente ponchada de las planillas de contribución sobre ingresos que están directamente relacionadas con el reintegro o crédito contributivo reclamado en la Evidencia de Reclamación *(Proof of Claim)*, así como cualquier otra documentación que apoye su reclamo. | |
| (8)      Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al reintegro o crédito contributivo reclamado. **Incluya páginas adicionales si es necesario.** | |

**<u>Exhibit H</u>**

Exhibit H
ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3427987 | A.L. SUAREZ MANAGEMENT COMPANY INC. | PELLOT-GONZALEZ, TAX ATTORNEYS & COUNSELORS AT LAW | 268 PONCE DE LEON, THE HATO REY CENTER, STE. 903 | | | SAN JUAN | PR | 00918 |
| 3126145 | A.L. SUAREZ MANAGEMENT COMPANY INC. | PO BOX 801060 | | | | COTO LAUREL | PR | 00780 |
| 3356075 | Abbott Healthcare (Puerto Rico) Ltd. | C/o Milagros Rivera | 9615 Ave. Los Romeros, Suite 700 | | | San Juan | PR | 00926 |
| 3059766 | Abbott Healthcare (Puerto Rico) Ltd. | McConnell Valdes LLC | C/o Nayuan Zouairabani | PO Box. 364225 | | San Juan | PR | 00936-4225 |
| 3145 | Advanced MRI Group of PR PSC | PO BOX 34187 | FORT BUCHANAN | | | SAN JUAN | PR | 00934 |
| 4127416 | AIAC International Pharma, LLC d/b/a AVARA Pharmaceutical Services | Idalia M. Garcia, VP & Arecibo Site Director/Autho | Avara Pharmaceutical Services | PO Box 6060 | | Barceloneta | PR | 00617 |
| 4047766 | AIAC International Pharma, LLC d/b/a AVARA Pharmaceutical Services | PO Box 6060 | | | | Barcelonta | PR | 00617 |
| 2938130 | AIG Insurance Company-- Puerto Rico | 250 Muñoz Rivera Avenue Suite 500 | | | | San Juan | PR | 00918 |
| 3232357 | Alberto Gallardo Villar & Maria Elena de la Cruz Echeandia | 2900 Carr 834 Aptdo. 4022 | | | | Guaynabo | PR | 00971 |
| 3125524 | ALFREDO L SUAREZ RAMIREZ & FRANCES M. SERRALLES NEVAREZ | PO BOX 801060 | | | | COTO LAUREL | PR | 00780-1060 |
| 3427509 | ALFREDO L SUAREZ RAMIREZ & FRANCES M. SERRALLES NEVAREZ | YARITZA PORTALATIN | 268 PONCE DE LEON AVE. | THE HATO REY CENTER | STE 903 | SAN JUAN | PR | 00918 |
| 2004897 | AMADOR RODRIGUEZ, JOSE L | PO BOX 131 | | | | QUEBRADILLAS | PR | 00678-0131 |
| 3819104 | American Bankers Insurance Company of Florida | c/o Temikia Montford | 260 Interstate North Circle SE | | | Atlanta | GA | 30339 |
| 3424170 | American Bankers Insurance Company of Florida | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3428785 | Amgen Worldwide Services, Inc. | Attn: Arnaldo Quinones | P.O. Box 4060 | | | Juncos | PR | 00777-4060 |
| 3020239 | Aponte Bermudez, Luis D | 1528 Calle Epifanio Vidal | Paseo Los Robles | | | Mayaguez | PR | 00682 |
| 3579588 | Aramsco, Inc. | Jose Jimenez | Ind Luchetti | 418 Calle C | | Bayamón | PR | 00961 |
| 3579469 | Aramsco, Inc. | Kate Moll-Taylor | 1480 Grandview Ave | | | Paulsboro | NJ | 08066 |
| 33161 | ARMADA PRODUCTIONS,CORP | 1095 AVE.WILSON COND. | PUERTA DEL CONDADO PH | | | SAN JUAN | PR | 00907 |
| 15670 | ARMSTRONG PETROVICH, JOSE | PO BOX 191314 | | | | SAN JUAN | PR | 00919 |
| 3377416 | AROCHO BERRIOS, MIGUEL A. | 57 AVE. LOPATEGUI | BOX 105 | | | GUAYNABO | PR | 00969 |
| 3003364 | AXA Equitable Life Insurance Company | 525 Washington Boulevard | Tax Dept. | | | Jersey City | NJ | 07310 |
| 2999623 | AXA Equitable Life Insurance Company | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3025909 | AXA Equitable Life Insurance Company | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3004078 | AXA Equitable Life Insurance Company | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3010165 | AXA Equitable Life Insurance Company | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3016762 | AxA Equitable Life Insurance Company | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3289121 | Bard Shannon Limited | Juan F. Mendez | PO Box 2001 | | | Las Piedras | PR | 00771 |
| 3032615 | Becton Dickinson Caribe Ltd., Becton Dickinson and Company, Becton Dickinson Biosciences, System and | Alejandro Blanco | State Road No. 3 km 24.3 | | | Juncos | PR | 00777 |
| 2981354 | Becton Dickinson Caribe Ltd., Becton Dickinson and Company, Becton Dickinson Biosciences, System and | Antoinette Segreto | 1 Becton Drive MC 091 | | | Franklin Lakes | NJ | 07417 |
| 3031848 | Bermudez Veve, Juan J. | 1214 Calle Magdalena apt 4 | | | | San Juan | PR | 00907 |
| 3045806 | Bermudez Veve, Juan J. | Sergio A. Ramirez de Arellano | SARLAW LLC | 209 Ave. Muñoz Rivera Banco Popular Center | Suite 1022 | San Juan | PR | 00918-1009 |
| 4036984 | Bio-Medical Applications of Arecibo, Inc. | 461 Francia Street | Suite A-401 | | | San Juan | PR | 00917 |
| 4132815 | Bio-Medical Applications of Arecibo, Inc. | c/o Sandra M. Torres | P.O. Box 195598 | | | San Juan | PR | 00919-5598 |
| 4126148 | Bio-Medical Applications of Rio Piedras Inc | 461 Francia Street Suite A-401 | | | | San Juan | PR | 00917 |
| 3902489 | BIO-MEDICAL APPLICATIONS OF SAN JUAN, INC | 461 FRANCIA STREET SUITE A-401 | | | | SAN JUAN | PR | 00917 |
| 3902611 | BIO-MEDICAL APPLICATIONS OF SAN JUAN, INC | ALVARADO TAX & BUSINESS ADVISORS LLC | PO BOX 195598 | | | SAN JUAN | PR | 00919-5598 |
| 3466543 | Biomet Orthopedics Puerto Rico, Inc. | Attn: Abby Maggard | 345 E Main St | | | Warsaw | IN | 46580 |
| 3720577 | Biomet Orthopedics Puerto Rico, Inc. | C/O Alvarado Tax & Business Advisors LLC | Attn: Juan Antonio Alvarado, Authorized Agent | PO Box 195598 | | San Juan | PR | 00919-5598 |
| 2926924 | Blue Ribbon Tag Label | AGA CPA'S Advisors LLC | Joaquin Torres Hernandez, Contador Publico Autoriz | 142 W. Lakeview Ave | Suite 2060 | Lake Mary | FL | 32746 |
| 2912231 | Blue Ribbon TaG Label | Blue Ribbon TaG & Label of PR Inc | 4035 N 29th Ave | | | Hollywood | FL | 33720 |
| 3192758 | Buena Vibra Group Inc | B5 Calle Tabonuco | Ste 216 | Pmb 261 | Ricardo E. Ferrer | Guaynabo | PR | 00968-3022 |
| 3395094 | Carlos J. Onetti Irizarry & Mariana M. Contreras Gomez | Carlos J. Onetti | 300 Blvd de la Montana APT 671 | | | San Juan | PR | 00926 |
| 3882126 | Casa Grande Interactive Communications, Inc. | 807 Ave. Ponce de Leon | | | | San Juan | PR | 00907 |
| 3813189 | Clinique Laboratories, LLC | PO Box 10993 | | | | San Juan | PR | 00922 |
| 3275229 | CM Life Insurance Company | Charles Shattuck | 1295 State Street MIP E410 | | | Springfield | MA | 01111 |
| 360409 | COLECTIVO 84 CORP | B5 CALLE TABONUCO STE 216 PMB 261 | | | | GUAYNABO | PR | 00968-3022 |

Exhibit H
ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 4135453 | Colorcon PR, LLC | P.O.BOx 195598 | | | | San Juan | PR | 00919-5598 |
| 4117443 | Colorcon PR, LLC | PO Box 979 PTA. Santiago | | | | Humacao | PR | 00791 |
| 2991907 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | 900 COTTAGE GROVE ROAD C6TAX | | | | HARTFORD | CT | 06152 |
| 3057780 | COOPERATIVA DE A/C CAMUY | 300 AVE BALTAZAR JIMENEZ MENDEZ | | | | CAMUY | PR | 00626 |
| 3088857 | COOPERATIVA DE A/C CAMUY | SANTOS BERRIOS LAW OFFICES LLC | JUAN A SANTOS BERRIOS, CREDITOR COUNSEL | PO BOX 9102 | | HUMACAO | PR | 00792-9102 |
| 4126363 | COOPERATIVA DE A/C JESUS OBRERO | Juan A Santos Berrios | PO Box 9102 | | | Humacao | PR | 00792-9102 |
| 4126361 | COOPERATIVA DE A/C JESUS OBRERO | JUAN A SANTOS BERRIOS | PO BOX 9102 | | | HUMUCAO | PR | 00792-9102 |
| 3980261 | COOPERATIVA DE A/C JESUS OBRERO | JUAN SANTOS BERRIOS | SANTOS BERRIOS LAW OFFICES LLC | P.O. BOX 9102 | | HUMACAO | PR | 00792-9102 |
| 1230533 | COOPERATIVA DE A/C JESUS OBRERO | PMB 159 HC 01 BOX 29030 | | | | CAGUAS | PR | 00725-8900 |
| 3396673 | Cooperativa de Ahorro y Credito de Aguada | Angel L. Aviles Gonzalez | PO Box 543 | | | Aguada | PR | 00602 |
| 3082084 | Cooperativa de Ahorro y Credito de Aguada | Attn: Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | | San Juan | PR | 00919-1757 |
| 3111226 | Cooperativa de Ahorro y Credito de la Asociacion de Maestros de PR | Coop A/C de la Asociacion de Maestros de PR | Avenida Ponce de Leon 501 | | | Hato Rey | PR | 00918 |
| 3140374 | CPG/GS PR NPL, LLC | 270 Ave Munoz Rivera, Suite 201 | | | | San Juan | PR | 00918 |
| 3087478 | CRISTIAN LAY DE PR, INC. | P.O. BOX 2304 | | | | GUAYNABO | PR | 00970-2304 |
| 3120556 | Dantzler, Inc. | P.O. Box 1026 | | | | Sabana Seca | PR | 00952-1026 |
| 3124678 | Dantzler, Inc. | P.O. Box 9021803 | | | | San Juan | PR | 00902-1803 |
| 3446692 | DL Hotel Company, LLC | C/O Jorge Borri | #120 Road 693 | | | Dorado | PR | 00646 |
| 3446627 | DL Hotel Company, LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | 270 Munoz Rivera Ave | | San Juan | PR | 00918 |
| 3806897 | DL, LLC | c/o Jorge Borri | #120 Road 693 | | | Dorado | PR | 00646 |
| 3806899 | DL, LLC | McConnell Valdes LLC | Attn: Patricia George, Nayuan Zouairabani | 270 Munoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| 3527414 | DL, LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936 |
| 3077698 | DuPont Agricultural Caribe Industries, LTD | P.O. Box 30000 | | | | Manati | PR | 00674-8505 |
| 3018776 | EBI PATIENT CARE, INC. | PO BOX 1359 | | | | GUAYNABO | PR | 00970 |
| 3351933 | Edwards (Shanghai)Medical Products Co. Ltd. | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3487959 | Edwards Lifesciences (Japan) Limited | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3551952 | Edwards Lifesciences (Taiwan) Corp | One Edwards Way | | | | Irvine | CA | 92614 |
| 3439258 | Edwards Lifesciences (Thailand) Ltd. | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3238743 | Edwards Lifesciences AG/SA | Attn: Robert W. A. Sellers | One Edwards Way | | | Irvine | CA | 92614 |
| 3470261 | Edwards Lifesciences Columbia S.A.S, Robert WA Sellers | One Edwards Way | | | | Irvine | CA | 92614 |
| 3539766 | Edwards Lifesciences Comerico Prudutos Medico-Cirurgicos Ltda | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3569064 | Edwards Lifesciences LLC | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3430965 | Edwards Lifesciences LLC | One Edwards Way | | | | Irvine | CA | 92614 |
| 3537522 | Edwards Lifesciences Malaysia Sdn. Bhd | Attn: Robert W. A. Sellers | Edwards Lifesciences Corporation | One Edwards Way | | Irvine | CA | 92614 |
| 3332789 | Edwards Lifesciences Mexico S.A. de C.V. | Edwards Lifesciences Corporation | Robert W. A. Sellers | One Edwards Way | | Irvine | CA | 92614 |
| 3572764 | Edwards Lifesciences New Zealand Limited | Edwards Lifesciences Corporation | One Edwards Way | | | Irvine | CA | 92614 |
| 3239449 | Edwards Lifesciences Technology Sarl | Robert W. A. Sellers, Authorized Agent | One Edwards Way | | | Irvine | CA | 92614 |
| 2879301 | El Seven Inc. | Ana Orengo | PO Box 2274 | | | Anasco | PR | 00610 |
| 3609486 | ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) | Fernando Van Derdys, Esq. | REICHARD & ESCALERA LLC | PO BOX 364148 | | SAN JUAN | PR | 00936-4148 |
| 3767604 | ELI LILLY EXPORT, S.A. (PUERTO RICO BRANCH) | Madelyn G. Perez, CPA | ELI LILLY EXPORT, S.A. (PUERTO BRANCH) | 235 FEDERICO COSTA STREET PARQUE LAS AMERICAS | SUITE 401 | SAN JUAN | PR | 00918-1342 |
| 3147520 | EMPRESAS STEWART - FUNERARIAS | 1929 ALLEN PARKWAY, 9TH FLOOR | | | | HOUSTON | TX | 77019 |
| 3145050 | EMPRESAS STEWART-CEMENTERIOS | 1929 ALLEN PARKWAY, 9TH FLOOR | | | | HOUSTON | TX | 77019 |
| 1662554 | Evyanmick, Inc. | HC01 Box 4837-2 | | | | Camuy | PR | 00627 |
| 3820202 | Federal Warranty Service Corporation | Federal Warranty Service Corporation | c/o Tamikia Montford | 260 Interstate North Circle SE | | Atlanta | GA | 30339 |
| 3219441 | Federal Warranty Service Corporation | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 4076158 | Fundacion De Diego De Diego, Inc. | 998 Ave. Munoz Rivera | | | | San Juan | PR | 00927 |
| 4014778 | FUNDACION INVESTIGACION DE DIEGO, INC. | 998 AVE. MUNOZ RIVERA | | | | SAN JUAN | PR | 00927 |
| 3005421 | General Electric Company and GE Industrial of PR LLC and Caribe GE International of Puerto Rico, Inc | Glenn Reisman, Esq | 12 Old Hollow Road | Suite B | | Trimbull | CT | 06611 |
| 3983405 | GONZALEZ TORRES & CO CPA, PSC | 1250 Ponce de León Ave. | Suite 801 | | | San Juan | PR | 00907-3912 |

Exhibit H
ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1681978 | GONZALEZ TORRES & CO CPA, PSC | URB RIO PIEDRAS HIGH | 1733 CALLE TINTO | | | SAN JUAN | PR | 00926-3252 |
| 98198 | GRUPO MEDICO SAN PABLO | B7 CALLE SANTA CRUZ | | | | BAYAMON | PR | 00961 |
| 3009301 | GRUPO MEDICO SAN PABLO | COOPER RODRIGUEZ | PO BOX 368043 | | | SAN JUAN | PR | 00936 |
| 3054249 | GRUPO NEUROLOGIA AVANZADA | CONDOMINIO PROFESSIONAL CENTER | C MUNOZ RIVERA OFIC 213 | | | CAGUAS | PR | 00725 |
| 3125315 | Guzman Rodriguez, Humberto | PMB 733, 1353 LuisVigoreaux Ave. | | | | Guyanabo | PR | 00966 |
| 3148381 | Henkel Puerto Rico, Inc. | PO Box 669 | | | | Sabana Grande | PR | 00637 |
| 3033584 | Hilton International of Puerto Rico Inc. | Scott D. Winer | Park Hotels & Resorts Inc. | 1775 Tysons Blvd | 7th Floor | Tysons | VA | 22102 |
| 4058232 | HILTON INTERNATIONAL OF PUERTO RICO, INC. | PO BOX 9021872 | | | | SAN JUAN | PR | 00902-1872 |
| 4021674 | Hilton Worldwide International Puerto Rico LLC | Attn: William Steven Standefer | Sr. Vice President - Tax | PO Box 9021872 | | San Juan | PR | 00902-1872 |
| 3351048 | Hilton Worldwide International Puerto Rico LLC | PO BOX 9021872 | | | | San Juan | PR | 00902-1872 |
| 3033555 | HLT Owned VIII Holding LLC | Park Hotels & Resorts Inc. | Scott D. Winer | 1775 Tysons Blvd, 7th Floor | | Tysons | VA | 22102 |
| 3123107 | HP International Trading B.V. (Puerto Rico Branch) LLC | HP International Trading B.V. Puerto Rico Branch) | 1701 E Mossy Oaks Rd | | | Spring | TX | 77389 |
| 3016460 | HP International Trading B.V. (Puerto Rico Branch) LLC | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3123109 | HP International Trading B.V. (Puerto Rico Branch) LLC | MCCONNELL VALDÉS LLC | Isis Carballo, Nayuan Zouairabani | 270 Muñoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| 3179128 | HPT IHG-2 PROPERTIES TRUST | Micheal Herrmann, Regional Dir Ops | 5961 Av.Isla Verde | | | Carolina | PR | 00979 |
| 3148229 | HUGH A ANDREWS-WOTOCHEK & SANDRA NAPLES DELLSANDRO | 64 WASHINGTON STREET | | | | SAN JUAN | PR | 00907 |
| 3455877 | HUGH A ANDREWS-WOTOCHEK & SANDRA NAPLES DELLSANDRO | YADIRA PORTALATIN, ATTORNEY | PELLOT-GONZALEZ, TAX ATTORNEYS | COUNSELORS AT LAW, PSC | 268 PONCE DE LEON AVE. | SAN JUAN | PR | 00918 |
| 2944817 | IRIZARRY CAMACHO, LEONCIO | PO BOX 413 | | | | LAJAS | PR | 00667-0413 |
| 4064675 | Iron Mountain Records Management (Puerto Rico), Inc. | Juan Antonio Alvarado | Po Box 195598 | | | San Juan | PR | 00919-5598 |
| 3899257 | Iron Mountain Records Management (Puerto Rico), Inc. | One Federal Street | | | | Boston | MA | 02110 |
| 110115 | J & M DEPOT INC | P O BOX 29427 | | | | SAN JUAN | PR | 00929-9427 |
| 3017865 | J R INDUSTRIAL CONTRACTOR INC | FRANCISCO R MOYA HUFF | AVE AGUAS BUENAS BLOQ 10 #17 | STE #8 SANTA ROSA | | BAYAMON | PR | 00959 |
| 1268086 | J R INDUSTRIAL CONTRACTOR INC | PO BOX 10490 | | | | PONCE | PR | 00732-0490 |
| 3123934 | J R INSULATION SALES AND SERV | FRANCISCO R MOYA HUFF | LAWYER | CARR #385 KM 2.9 | BO TALLABOA | PENUELAS | PR | 00624 |
| 426840 | J R INSULATION SALES AND SERV | PO BOX 10490 | | | | PONCE | PR | 00732-0490 |
| 3988550 | JABIL NYPRO International B.V. | Carlos Miro | Luis Munos Marin Ave. 15 Rd. Km 25.4 | | | Cayey | PR | 00737-8000 |
| 3144751 | JOSE G. PAGAN PEDRERO & NANCY A. LANSER PLUMMER | CALISTEMON NUM 61 | ESTANCIAS TORRIMAR | | | GUAYNABO | PR | 00965 |
| 3455882 | JOSE G. PAGAN PEDRERO & NANCY A. LANSER PLUMMER | YARITZA PORTALATIN, ATTORNEY | PELLOT-GONZALEZ TAX ATTORNEYS & COUNSELORS AT LAW | 268 PONCE DE LEON AVE., | THE HATO REY CENTER, STE. 903 | SAN JUAN | PR | 00918 |
| 3824105 | Kmart Corporation | c/o Matthew Joly | 3333 Beverly Road, B6-313A | | | Hoffman Estate | IL | 60179 |
| 3824179 | Kmart Corporation | c/o Matthew Joly | 3333 Beverly Road, B6-313A | | | Hoffman Estate | IL | 60179 |
| 3453083 | Kmart Corporation | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3462790 | Kmart Corporation | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3824181 | Kmart Corporation | McConnell Valdes LLC | Attn: Yamary Gonzalez Berrios | Nayuan Zouairabani | 270 Munoz Rivera Avenue, Suite 7 | Hato Rey | PR | 00918 |
| 3112947 | LABORATORY CORP OF AMERICA HOLDINGS | 231 Maple Ave. | | | | Burlington | NC | 27215 |
| 439432 | LABORATORY CORP OF AMERICA HOLDINGS | 338 S MAIN STREET 2ND FL | | | | BURLINGTON | NC | 27215 |
| 2953710 | Lennox Gardens Investments, Inc. | The Hato Rey Center | c/o Manuel F. Villalon | 268 Ponce de Leon Ave. | Suite 413 | San Juan | PR | 00918 |
| 3011048 | Life Insurance Company of North America | 900 Cottage Grove Road C6TAX | | | | Hartford | CT | 06152 |
| 3970290 | Lilly del Caribe, Inc. | PO Box 1198 | | | | Carolina | PR | 00987-1198 |
| 3593454 | Lilly del Caribe, Inc. | Reichard & Escalera LLC | Fernando Van Derdys, Esq. | PO Box 364148 | | San Juan | PR | 00936-4148 |
| 3063742 | Longo Ravelo, Adriel | Francisco J. Ramos Martinez | 701 Ave. Ponce de Leon Suite 407 | | | San Juan | PR | 00907 |
| 3200522 | Longo Ravelo, Adriel | PO Box 191213 | | | | San Juan | PR | 00919 |
| 3045010 | Longo Saladrigas, Alejandro | Francisco J. Ramos Martinez | 701 Ave Ponce De Leon Suite 407 | | | San Juan | PR | 00907 |
| 3058795 | Longo Saladrigas, Alejandro | Paseo Del Parque | 85 Parque Del Oriente | | | San Juan | PR | 00926 |
| 3354971 | M.T., INC. | MILTON PORTALATIN | P.O. BOX 901803 | | | SAN JUAN | PR | 00902-1803 |
| 2747124 | M.T., INC. | P.O. BOX 1026 | | | | SABANA SECA | PR | 00952-1026 |
| 3615181 | Macy's Puerto Rico | Fernando Van Derdys, Esq. | Reichard & Escalera LLC | P. O. Box 364148 | | San Juan | PR | 00936-4148 |
| 3615341 | Macy's Puerto Rico | Mr. Matthew Schroeder, Macy's Corp Svcs, Inc/Tax D | 7 West Seventh Street | | | Cincinnati | OH | 45202 |
| 3390544 | Massachusetts Mutual Life Insurance Company | Charles Shattuck | 1295 State Street, MIP E410 | | | Springfield | MA | 01111 |
| 2966073 | Metropolitan Tower Life Insurance Company | Attn: Jennifer Sherrel | 11330 Olive Blvd | Ste 101 | | Saint Louis | MO | 63141-7149 |

Exhibit H
ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3017504 | Metropolitan Tower Life Insurance Company | James W. Koeger | 11330 Olive Blvd | Ste 101 | | Saint Louis | MO | 63141-7149 |
| 3252110 | MiniMed Distribution Corp. | Fernando Van Derdys, Esq. | Reichard & Escalera LLC | PO Box 364148 | | San Juan | PR | 00936-4148 |
| 3963930 | MiniMed Distribution Corp. | Mr. Philip J. Albert | MiniMed Distribution Corp. | 710 Medtronic Parkway LC355 | | Minneapolis | MN | 55432 |
| 3481448 | Miranda, Julio L. | 369 Peachstone Way | | | | Lawrenceville | GA | 30042 |
| 3575437 | Miro, Carlos | Luis Muñoz Marin Ave 15 Rd Km 25.4 | | | | Cayey | PR | 00737-8000 |
| 3495092 | Molina Healthcare of Puerto Rico, Inc. | 200 Oceangate | Suite 100 | | | Long Beach | CA | 90802 |
| 3031182 | MONY Life Insurance Company | 2801 Hwy 280 South | | | | Birmingham | AL | 35223 |
| 3032530 | MONY Life Insurance Company | 2801 Hwy 280 South | | | | Birmingham | AL | 35223 |
| 3032494 | MONY Life Insurance Company | 2801 Hwy 280 South | | | | Birmingham | AL | 35223 |
| 3031182 | MONY Life Insurance Company | 2801 Hwy 280 South | | | | Birmingham | AL | 35223 |
| 2989849 | MONY Life Insurance Company of America | 525 Washington Boulevard, Tax Dept | | | | Jersey City | NJ | 07310 |
| 2987129 | MONY Life Insurance Company of America | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 2987129 | MONY Life Insurance Company of America | 525 Washington Boulevard, Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3003116 | MONY Life Insurance Company of America | 525 Washington Boulevard,Tax Dept. | | | | Jersey City | NJ | 07310 |
| 3496694 | MOTORAMBAR, INC. | PO Box 366239 | | | | SAN JUAN | PR | 00936-6239 |
| 3032447 | MPT Consulting Group, Inc | 530 Camino Los Aquinos Apt 144 | Urb Estancias del Bosque | | | Trujillo Alto | PR | 00976-7907 |
| 3477973 | MSD INTERNATIONAL GMBH (PR BRANCH)LLC | C/O Maria Caamano | P.O. Box 2011 | | | Las Piedras | PR | 00771-2011 |
| 3099307 | Nestle Puerto Rico, Inc. | Ana M. Del Rosario | PO Box 364565 | | | San Juan | PR | 00936 |
| 3146311 | Nestle Puerto Rico, Inc. | PO Box 364565 | Ana M del Rosario | | | San Juan | PR | 00936 |
| 3330749 | NESTOR L. CAMACHO SANCHEZ & MARILDA VALLEJO ROLDAN | COND. TORRE DEL CARDENAL | 675 SERGIO BUSTAMANTE, APT. 117 | | | SAN JUAN | PR | 00918 |
| 3661949 | NESTOR L. CAMACHO SANCHEZ & MARILDA VALLEJO ROLDAN | PELLOT-GONZALEZ, TAX ATTORNEYS & COUNSELORS AT LAW | C/o JANIRA BELTRAN | 268 PONCE DE LEON AVE | THE HATO REY CENTER SUITE 903 | SAN JUAN | PR | 00918 |
| 4136947 | New Century Finance Corp. | Juan Antonio Alvarado, Authorized Representative | Alvarado Tax & Business Advisors LLC | PO Box 195598 | | San Juan | PR | 00919 |
| 4099929 | New Century Finance Corp. | PO Box 191636 | | | | San Juan | PR | 00919 |
| 4134529 | OFG Bancorp | Attn: Carlos R.Baralt Suarez | Delgado Fernandez LLC | 254 Muñoz Rivera Avenue | | San Juan | PR | 00918 |
| 4080073 | OFG Bancorp | PO Box 195115 | | | | San Juan | PR | 00919 |
| 4137270 | OLYMPUS LATIN AMERICA, INC. | PO BOX 195598 | | | | SAN JUAN | PR | 00919-5598 |
| 3898724 | OLYMPUS LATIN AMERICA, INC. | URB. BALDRICH | 560 PEDRO BIGAY STREET | | | SAN JUAN | PR | 00918 |
| 3120428 | Oms Loyola, Luis J. | Urb Santa Maria 1800 Calle Diamela | | | | San Juan | PR | 00927 |
| 4134514 | Oriental Bank | Muñoz Rivera Ave | 254, Hato Rey | | | San Juan | PR | 00918 |
| 2799491 | Oriental Bank | PO Box 195115 | | | | San Juan | PR | 00919 |
| 4134525 | Oriental Financial Services Corp. | Carlos R. B. Suarez | Professional Office Park II | 254 Muñoz Rivera Avenue | | San Juan | PR | 00918 |
| 4124058 | Oriental Financial Services Corp. | PO Box 195115 | | | | San Juan | PR | 00919 |
| 187908 | PEOPLES ADVANTAGE INC | PO BOX 194000 PMB 418 | | | | SAN JUAN | PR | 00919 |
| 3510661 | PEPSI COLA PUERTO RICO DISTRIBUTING, LLC | PO BOX 2600 | | | | TOA BAJA | PR | 00951 |
| 3249667 | Pfizer Pharmaceuticals LLC | Fernando Van Derdys, Esq | Reichard Escalera LLC | PO Box 364148 | | San Juan | PR | 00936-4148 |
| 3910443 | Pfizer Pharmaceuticals LLC | Ms. Ana Agosto, Tax Manager | Pfizer Pharmaceuticals LLC | KM. 1.9 Road 689 | | Vega Baja | PR | 00694-4119 |
| 3045911 | Ponce de Leon 1403 | OJEDA & OJEDA LAW OFFICES | c/o Rafael A. Ojeda-Diez | 8546 BROADWAY ST. | STE. 125 | SAN ANTONIO | TX | 78217 |
| 3068823 | Portela Rodriguez, Ramon M. | 91 Calle 1 Paseo Las Vistas | | | | San Juan | PR | 00926 |
| 2987567 | PPG Architectural Coatings (Puerto Rico), Inc. | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3058496 | PPG Architectural Coatings (Puerto Rico), Inc. | PO Box 9179 | Plaza Carolina Station | | | Carolina | PR | 00988 |
| 3219181 | PPG Architectural Coatings PR, Inc. | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3820253 | PPG Architectural Coatings PR, Inc. | Timothy L. Hipwell | c/o Tax Administration Dept. | One PPG Place | | Pittsburgh | PA | 15272 |
| 2968495 | PRIETO GARCIA , HERACILIO R. | C/O JOSUE A. RODRIGUEZ ROBLES | P.O. BOX 190095 | | | SAN JUAN | PR | 00919-0095 |
| 3240021 | Procter & Gamble Commercial LLC | Mayra Melendez | PO Box 363187 | | | San Juan | PR | 00936-3187 |
| 3554001 | QBE Seguros | Edgardo Sanabria | Authorized Representative | Alvarado Tax & Business Advisors LLC | PO Box 195598 | San Juan | PR | 00919-5598 |
| 3554805 | QBE Seguros | PO Box 191636 | | | | San Juan | PR | 00919-1636 |
| 1749467 | RA RF INC | MONTECASINO HIGHTS | CALLE RIO GRANDE 48 | | | TOA ALTA | PR | 00953 |
| 3462455 | RAMON VIDAL CRUZ & ANA RONCHAS MENENDEZ | JANIRA BELTRAN | ATTORNEY - PELLOT-GONZALEZ TAX ATTORNEYS | COUNSELORS AT LAW, PSC | 268 PONCE DE LEON, SUITE 903 | San Juan | PR | 00918 |
| 3146180 | RAMON VIDAL CRUZ & ANA RONCHAS MENENDEZ | PO BOX 160 | | | | MAYAGUEZ | PR | 00680 |
| 2844771 | REBARBER OCASIO, FRED | 241 S RIVERWALK DRIVE | | | | PALM COAST | FL | 32137 |
| 4134866 | Renato V. Sartori Salvucci and Paola Marchita Bazzano | Edificio Capital Center 603 Ave. 239 | Arterial Hostos | | | San Juan | PR | 00911 |
| 4135547 | Renato V. Sartori Salvucci and Paola Marchita Bazzano | Rafael H. Ramirez Ball | Legal Counsel | PO Box 195492 | | San Juan | PR | 00919 |

Exhibit H
ACR Tax Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 3016055 | Ridge Top Development, Inc. | Oscar I. Rivera | PO Box 331180 | | | Miami | FL | 33233-1180 |
| 3099087 | RIVERA MARTINEZ PSC, OSCAR | GARCIA & RIVERA LLC | PO Box 9022074 | | | SAN JUAN | PR | 00902-2074 |
| 3098989 | RIVERA MARTINEZ PSC, OSCAR | OSCAR RIVERA | ATTORNEY/AUTHORIZED REPRESENTATIVE | GARCIA & RIVERA LLC | PO BOX 9022074 | San Juan | PR | 00902-2074 |
| 181618 | RIVERA MARTINEZ PSC, OSCAR | PO BOX 6299 | | | | CAGUAS | PR | 00726 |
| 3150424 | RN Promotions & Inc. | PO Box 50635 | | | | Toa Baja | PR | 00950-0635 |
| 1336864 | ROBERTO SANTANA APARICIO | 273 PONCE DE LEON AVE | PLAZA SCOTIABANK 6to PISO | | | SAN JUAN | PR | 00917-1902 |
| 3347332 | ROBERTO SANTANA APARICIO | Roberto Santana Aparicio | Plaza 273, Suite 900 | 273 Ponce de Leon Avenue | | San Juan | PR | 00917-1934 |
| 2967212 | Rodriguez Gonzalez, Angel A | 300 Blvd de la Montana | Box 646 | | | San Juan | PR | 00926-7029 |
| 3192691 | Rosa Cortes, Gilberto Santa | Mario A. Rodriguez Torres | 2001 Ave. McLeary, Urb. Ocean Park | | | San Juan | PR | 00911 |
| 552631 | RSM LAW OFFICE, PSC | PMB 361, SUITE 102 | 405 AVE ESMERALDA | | | GUAYNABO | PR | 00969 |
| 2960216 | SAN PABLO PHYSICIAN GROUP INC | Cooper Rodriguez | PO Box 368043 | | | San Juan | PR | 00936 |
| 555938 | SAN PABLO PHYSICIAN GROUP INC | URB SANTA CRUZ | B7 CALLE SANTA CRUZ | | | BAYAMON | PR | 00961-6902 |
| 3526581 | Seabourne Development, Corp | PO Box 362332 | | | | San Juan | PR | 00936-2332 |
| 3874121 | Seabourne Development, Corp | Yadira Portalatin, Attorney | Pellot-Gonzalez Attorneys & Counselors At Law, PSC | 268 Ponce De Leon Ave Ste 903 | | San Juan | PR | 00918 |
| 3823835 | Sears Holdings Corporation | c/o Matthew Joly | 3333 Beverly Road | B6-313A | | Hoffman Estate | IL | 60179 |
| 3398858 | Sears Holdings Corporation | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 3823837 | Sears Holdings Corporation | McConnell Valdes LLC | Attn: Yamary Gonzalez Berrios, Nayuan Zouairabani | 270 Munoz Rivera Avenue Suite 7 | | Hato Rey | PR | 00918 |
| 3473682 | Sears Protection Company (PR), Inc. | c/o Matthew Joly | 3333 Beverly Road, B6-313A | | | Hoffman Estate | IL | 60179 |
| 3473618 | Sears Protection Company (PR), Inc. | McConnell Valdes LLC | c/o Nayuan Zouairabani | PO Box 364225 | | San Juan | PR | 00936-4225 |
| 4009272 | Smith & Nephew, Inc. | PO Box 191952 | | | | San Juan | PR | 00919 |
| 3631183 | Sol Puerto Rico Limited | McConell Valdes LLC | Attn: Yamary Gonzalez Berrios, Nayuan Zouairabani | 270 Muñoz Rivera Avenue, Suite 7 | | Hato Rey | PR | 00918 |
| 3267583 | Sol Puerto Rico Limited | Nannette Berrios-Haddock | PO Box 366697 | | | San Juan | PR | 00936-6697 |
| 3266312 | Sun West Financial Services International, Inc. | 101 San Patricio Ave., Apt. 1320 | Maramar Building | | | Guaynabo | PR | 00968 |
| 3802998 | Surfside Hotel Corporation | ATTN: YADIRA PORTALATIN | Pellot-Gonzalez Tax Attorneys & Counselors At Law | 268 PONCE DE LEON AVE. STE. 903 | | SAN JUAN | PR | 00918 |
| 3219745 | Surfside Hotel Corporation | Po Box 6007 | Loiza Station | | | San Juan | PR | 00914 |
| 1346688 | TBLP PROPERTIES LLC | PO BOX 3229 | | | | RANCHO SANTA FE | CA | 92067-3229 |
| 4134443 | Tijereta. LLC | Manuel Felipez | 1510 FD Roosevelt Ave Piso 3 Suite 304 | | | San Juan | PR | 00968-2613 |
| 4122218 | Tijereta. LLC | Manuel Montero | PO Box 361460 | | | San Juan | PR | 00936-1460 |
| 3483424 | TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | PO Box 70176 | | | | SAN JUAN | PR | 00936 |
| 3881564 | TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. | SANDRA MARIE TORRES | ALVARADO TAX & BUSINESS ADVISORS LLC | PO BOX 195598 | | San Juan | PR | 00919-5598 |
| 263700 | TOYOTA DE PR CORP | 1064 AVE. MUNOZ RIVERA | | | | RIO PIEDRAS | PR | 00927-5016 |
| 2979533 | TOYOTA DE PR CORP. | 1064 AVE. MUNOZ RIVERA | | | | RIO PIEDRAS | PR | 00926 |
| 2979622 | TOYOTA DE PR CORP. | 645 AVE. MUNOZ RIVERA | STE 2000 | | | SAN JUAN | PR | 00918-4142 |
| 2982828 | TOYOTA DE PR CORP. | PO BOX 195467 | | | | SAN JUAN | PR | 00919-5467 |
| 2979693 | Toyota de PR Corp. | PO Box 195467 | | | | San Juan | PR | 00919-5467 |
| 3218407 | USB UNITED SOCIAL BUSINESS CORP | B5 CALLE TABONUCO STE 101 PMB 261 | | | | GUAYNABO | PR | 00968-3004 |
| 440992 | VAZQUEZ GONZALEZ, ANGEL A | URB CAPARRA TERRACE | 1410 AVE T PINERO | | | SAN JUAN | PR | 00921 |
| 3004407 | VAZQUEZ PLARD, JAIME RAFAEL | P.O Box 191213 | | | | San Juan | PR | 00919 |
| 3005032 | Vazquez Plard, Jaime Rafael | PO Box 191213 | | | | San Juan | PR | 00919 |
| 3328629 | Wert Serrano, Luisa | B 7 Calle 6 | Paseo Mayor | | | San Juan | PR | 00926 |