## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

### OLD PUERTO RICO PSC'S (F/K/A BDO PUERTO RICO, PSC) <u>INFORMATIVE MOTION</u>

TO THE HONORABLE COURT:

COMES NOW, OLD Puerto Rico, PSC, f/k/a BDO Puerto Rico, PSC ("<u>OLD</u>"), through the undersigned counsel, and respectfully informs this Court that on this same date, OLD remitted to the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of the Commonwealth of Puerto Rico, its *First Set Interrogatories and First Set for Production of Documents for the Department of Education and for the Office of Management and Budget*, through its counsel, to his email address: Ricardo Burgos Vargas, Esq. <u>rburgoslaw@gmail.com</u>, Hermann D. Bauer, Esq. to his email address: <u>hermann.bauer@oneillborges.com</u>, with courtesy copies to outside counsel for the Oversight Board, Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Brian S. Rosen, Esq., Ehud Barak,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Esq., and Maja Zerjal, Esq., through their email addresses: mbienenstock@proskauer.com,

ppossinger@proskauer.com,       brosen@proskauer.com,       ebarak@proskauer.com       and

mzerjal@proskauer.com, respectively.

WHEREFORE, it is respectfully requested that the Court takes notice of the above.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico this 21st day of August 2023.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system, which will send notification of such filing to all Next Gen CM/ECF participants in this case. I further certify, that in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's Seventieth Amended Notice, Case Management and Administrative Procedures Order (ECF No.24726) (the "CMP Order"), I notified the U.S. Trustee by U.S. mail at Office of the United States Trustee for Region 21 Edificio Ochoa, 500 Tanca Street, Suite 301 San Juan, PR 00901-1922.

**JUAN R. RIVERA FONT, LLC**
Attorneys for OLD Puerto Rico, PSC
f/k/a BDO Puerto Rico, PSC
27 González Giusti
Ave.
Suite 302
Guaynabo, PR 00968
Tel: 787-250-8040


*/s/Juan R. Rivera Font*
Juan R. Rivera-Font, Esq.
USDC-PR 221703
juan@riverafont.com