**EXHIBIT A**

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Seventeeth - Eighteenth Fee Period Applications:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)** | | | | | | | | |
| | *Investment Banker and Financial Advisor to the FOMB - PREPA* | | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 24694]** | PREPA Transaction Fee | $ 9,083,750.00 | $ - | $ - | $ - | | $ 9,083,750.00 | $ - |
| | **Eighteenth Interim Fee Period (February 1, 2023 - May 31, 2023)** | | | | | | | | |
| | *Local Counsel for the Official Committee of Retired Employees of the Commonwealth* | | | | | | | | |
| 2 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 24957]** | 2/1/2023 - 5/31/2023 | $ 28,700.00 | $ - | $ - | $ - | | $ 28,700.00 | $ - |
| | *Puerto Rico Conflicts Counsel to the FOMB acting through Special Claims Committee* | | | | | | | | |
| 3 | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 3846]** | 2/1/2023 - 5/31/2023 | $ 900.00 | $ - | $ - | $ - | | $ 900.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 4 | **Casillas, Santiago & Torres, LLC [Dkt. No. 24754]** | 2/1/2023 - 5/31/2023 | $ 135,020.00 | $ - | $ 2,497.78 | $ - | | $ 135,020.00 | $ 2,497.78 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 5 | **Continental PLLC [Dkt. No. 24740]** | 2/1/2023 - 5/31/2023 | $ 167,932.00 | $ 6,240.90 | $ 2,809.16 | $ 684.76 | | $ 161,691.10 | $ 2,124.40 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 6 | **London Economics International LLC [Dkt. No. 24745]** | 2/1/2023 - 5/31/2023 | $ 715,255.50 | $ 2,899.60 | $ 15,099.98 | $ - | | $ 712,355.90 | $ 15,099.98 |
| | *Special Debt Financing Counsel to PREPA* | | | | | | | | |
| 7 | **Norton Rose Fulbright US LLP [Dkt. No. 24736 and 17-4780 Dkt. No. 3844]** | 2/1/2023 - 5/31/2023 | $ 25,179.00 | $ - | $ - | $ - | | $ 25,179.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 8 | **Zolfo Cooper, LLC [Dkt. No. 24746]** | 2/1/2023 - 5/31/2023 | $ 501,461.50 | $ 560.47 | $ - | | FN1 | $ 500,901.03 | $ - |

**FN1** - The Fee Examiner recommends that a portion of the foregoing stipulated fee reductions ($560.47) be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.

as of 9/26/2023