In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Claims Counsel to the FOMB acting through Special Claims Committee - Commonwealth* | | | | | | | | |
| 1-a | **Brown Rudnick LLP [Dkt. No. 21499]** | 11/28/2018 - 3/15/2022 | TBD | $ - | TBD | $ - | FN1 | $ 10,076,954.37 | $ 504,034.90 |
| | *Claims Counsel to the FOMB acting through Special Claims Committee - ERS* | | | | | | | | |
| 1-b | **Brown Rudnick LLP [17-3566 Dkt. No. 1357]** | 11/28/2018 - 3/15/2022 | TBD | $ - | TBD | $ - | FN1 | $ 903,103.83 | $ 216,428.26 |
| | *Claims Counsel to the FOMB acting through Special Claims Committee - HTA* | | | | | | | | |
| 1-c | **Brown Rudnick LLP [17-3567 Dkt. No. 1491]** | 11/28/2018 - 9/30/2020 | $ 73,660.51 | $ - | $ - | $ - | | $ 73,660.51 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - Commonwealth* | | | | | | | | |
| 2-a | **DiCicco, Gulman & Company LLP [Dkt. No. 21501]** | 2/26/2019 - 3/15/2022 | $ 7,328,471.05 | $ (290,062.50) | $ - | $ - | FN2 | $ 7,618,533.55 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - ERS* | | | | | | | | |
| 2-b | **DiCicco, Gulman & Company LLP [17-3566 Dkt. No. 1358]** | 2/26/2019 - 3/15/2022 | $ 410,888.91 | $ - | $ - | $ - | | $ 410,888.91 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - PBA* | | | | | | | | |
| 2-c | **DiCicco, Gulman & Company LLP [19-5523 Dkt. No. 324]** | 2/26/2019 - 3/15/2022 | $ 75,187.50 | $ - | $ - | $ - | | $ 75,187.50 | $ - |
| | *Investment Banker and Financial Advisor to the FOMB* | | | | | | | | |
| 3 | **PJT Partners LP [Dkt. No. 24855]** | 2/1/2019 - 11/30/2022 | $ 57,500,000.00 | $ - | $ 54,383.98 | $ - | | $ 57,500,000.00 | $ 54,383.98 |

**FN1** - The Commonwealth and ERS Final Applications were filed before completion of the interim process, when several interim applications were still pending and not yet approved by interim order. Thus, those Final Applications request the total fees and expenses approved on an interim basis ("TBD"). The interim applications are no longer pending and were approved on an interim basis. *See* October 2022 and March 2023 interim compensation orders [Dkt. Nos. 22727 and 23782]. Accordingly, the Fee Examiner will now recommend final approval of the total fees and expenses previously approved by the Court on an interim basis.

**FN2** - Final fee request of $7,328,471.05 is the total fees approved by interim order at the time of filing and does not include the fees requested but not yet approved (at the time of filing). The remaining interim applications were approved in October 2022. (*See* Dkt. No. 22727) and the final recommended adjustments incorporates the additional approved fees (as adjusted on an interim basis) for the Fourteenth and Fifteenth Interim Periods of $290,062.50.