In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Twelfth - Nineteenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021), Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021), Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 1-a | **O'Melveny & Myers LLP [Dkt. No. 25445]** | 2/1/2021 - 1/30/2022 | $ 18,423,154.00 | $ 191,471.91 | $ 724,036.88 | $ - | | $ 18,231,682.09 | $ 724,036.88 |
| | *Counsel to AAFAF - ERS* | | | | | | | | |
| 1-b | **O'Melveny & Myers LLP [17-3566 Dkt. No. 1422]** | 2/1/2021 - 1/30/2022 | $ 259,649.00 | $ 5,426.20 | $ 282,971.50 | $ - | | $ 254,222.80 | $ 282,971.50 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 1-c | **O'Melveny & Myers LLP [17-3567 Dkt. No. 1530]** | 2/1/2021 - 1/30/2022 | $ 482,947.50 | $ 6,240.44 | $ 141,096.52 | $ - | | $ 476,707.06 | $ 141,096.52 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 1-d | **O'Melveny & Myers LLP [17-4780 Dkt. No. 4065]** | 2/1/2021 - 1/30/2022 | $ 2,211,790.50 | $ 26,370.76 | $ 425,285.49 | $ - | | $ 2,185,419.74 | $ 425,285.49 |
| | *Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to the FOMB - PREPA* | | | | | | | | |
| 2 | **Citigroup Global Markets Inc. [Dkt. No. 25241]** | 10/1/2022 - 1/31/2023 | $ 5,940,000.00 | $ - | $ 6,190.80 | $ - | | $ 5,940,000.00 | $ 6,190.80 |
| | *Eighteenth Interim Fee Period (February 1, 2023 - May 31, 2023)* | | | | | | | | |
| | *Economic Consultant to the FOMB - PREPA* | | | | | | | | |
| 3 | **Brattle Group, Inc., The [Dkt. No. 25001 and 17-4780 Dkt. No. 3910]** | 2/1/2023 - 5/31/2023 | $ 2,749,358.13 | $ 322.50 | $ 4,836.45 | $ 1,076.01 | | $ 2,749,035.63 | $ 3,760.44 |
| | *Claims Counsel to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 4 | **Brown Rudnick LLP [17-4780 Dkt. No. 4081]** | 2/1/2023 - 5/31/2023 | $ 16,029.00 | $ 729.60 | $ 27.00 | $ - | | $ 15,299.40 | $ 27.00 |
| | *Investment Banker and Financial Advisor to the FOMB - PREPA (Generation) and HTA* | | | | | | | | |
| 5 | **Citigroup Global Markets Inc. [Dkt. No. 25244]** | Transaction Fees | $ 8,525,000.00 | $ - | $ - | $ - | | $ 8,525,000.00 | $ - |
| | *Investment Banker and Financial Advisor to the FOMB - PREPA* | | | | | | | | |
| 6 | **Citigroup Global Markets Inc. [Dkt. No. 25242]** | 2/1/2023 - 5/31/2023 | $ 5,940,000.00 | $ - | $ 1,688.40 | $ - | | $ 5,940,000.00 | $ 1,688.40 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 7 | **Jenner & Block LLP [Dkt. No. 24956]** | 10/1/2022 - 5/31/2023 | $ 67,858.85 | $ 7,659.28 | $ 983.83 | $ 824.43 | | $ 60,199.57 | $ 159.40 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 8 | **Kroma Advertising, Inc. [Dkt. No. 24767]** | 12/16/2022 - 4/15/2023 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 9 | **Paul Hastings LLP [Dkt. No. 24747]** | 2/1/2023 - 5/31/2023 | $ 3,576,750.25 | $ 361,328.85 | $ 32,187.26 | $ - | FN1 | $ 3,215,421.40 | $ 32,187.26 |

**FN1** – The Fee Examiner recommends that, for the eighteenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $220,826.93, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $3,313,830.45 (i.e., $3,576,750.25 minus (a) the aforementioned credit of $220,826.93 and (b) a credit of $42,092.87 for a fee reduction pursuant to the order approving Paul Hastings' Seventeenth Interim Fee Application).