In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Sixth Interim Fee Period (February 1, 2019 - May 31, 2019)* | | | | | | | | |
| | *Counsel to FOMB* | | | | | | | | |
| 1 | **Gierbolini & Carroll Law Offices, PSC [Dkt. No. 8016]** | 2/1/2019 - 5/31/2019 | $ 18,984.00 | $ - | $ 520.00 | $ - | | $ 18,984.00 | $ 520.00 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 2 | **Nixon Peabody LLP [Dkt. No. 9538]** | 2/1/2019 - 5/31/2019 | $ 371,931.00 | $ 6,000.00 | $ - | $ - | | $ 365,931.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 3 | **PJT Partners LP [Dkt. No. 8014]** | 2/1/2019 - 5/31/2019 | $ 5,000,000.00 | $ - | $ 333.16 | $ 333.16 | FN1 | $ 5,000,000.00 | $ - |
| | *Seventh Interim Fee Period (June 1, 2019 - September 30, 2019)* | | | | | | | | |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 4 | **Nixon Peabody LLP [Dkt. No. 9539]** | 6/1/2019 - 9/30/2019 | $ 80,805.00 | $ 6,000.00 | $ - | $ - | | $ 74,805.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 5 | **PJT Partners LP [Dkt. No. 9215]** | 6/1/2019 - 9/30/2019 | $ 5,000,000.00 | $ - | $ 6,980.89 | $ 6,980.89 | FN1 | $ 5,000,000.00 | $ - |
| | *Eighth Interim Fee Period (October 1, 2019 - January 31, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 6-a | **Ankura Consulting Group, LLC [Dkt. No. 14031]** | 10/1/2019 - 1/31/2020 | $ 4,568,311.20 | $ 157,017.25 | $ 226,836.98 | $ 24,574.08 | | $ 4,411,293.95 | $ 202,262.90 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 6-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 1977]** | 10/1/2019 - 1/31/2020 | $ 2,129,389.00 | $ 28,799.29 | $ 170,218.54 | $ 1,773.52 | | $ 2,100,589.71 | $ 168,445.02 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 7 | **Nixon Peabody LLP [Dkt. No. 13600]** | 10/1/2019 - 1/31/2020 | $ 80,352.00 | $ 6,000.00 | $ - | $ - | | $ 74,352.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 8 | **PJT Partners LP [Dkt. No. 12401]** | 10/1/2019 - 1/31/2020 | $ 5,000,000.00 | $ - | $ 19,449.79 | $ 19,449.79 | FN1 | $ 5,000,000.00 | $ - |
| | *Ninth Interim Fee Period (February 1, 2020 - May 31, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 9-a | **Ankura Consulting Group, LLC [Dkt. No. 14924]** | 2/1/2020 - 5/31/2020 | $ 4,634,422.41 | $ 202,696.04 | $ 62,803.01 | $ 5,855.57 | | $ 4,431,726.37 | $ 56,947.44 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 9-b | **Ankura Consulting Group, LLC [Dkt. No. 15472 and 17-4780 Dkt. No. 2343]** | 2/1/2020 - 5/31/2020 | $ 2,151,665.50 | $ 20,759.72 | $ 50,582.41 | $ 184.21 | | $ 2,130,905.78 | $ 50,398.20 |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 10 | **Nixon Peabody LLP [Dkt. No. 15553]** | 2/1/2020 - 5/31/2020 | $ 145,126.50 | $ 6,000.00 | $ - | $ - | | $ 139,126.50 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 11 | **PJT Partners LP [Dkt. No. 14041]** | 2/1/2020 - 5/31/2020 | $ 5,000,000.00 | $ - | $ 30,021.86 | $ 30,021.86 | FN1 | $ 5,000,000.00 | $ - |
| | *Tenth Interim Fee Period (June 1, 2020 - September 30, 2020)* | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 12-a | **Ankura Consulting Group, LLC [Dkt. No. 18095]** | 6/1/2020 - 9/30/2020 | $ 5,079,515.26 | $ 150,733.56 | $ - | $ - | | $ 4,928,781.70 | $ - |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 12-b | **Ankura Consulting Group, LLC [17-4780 Dkt. No. 2377]** | 6/1/2020 - 9/30/2020 | $ 2,119,759.50 | $ 77,477.77 | $ - | $ - | | $ 2,042,281.73 | $ - |
| | *Special Counsel to FOMB - PREPA* | | | | | | | | |
| 13 | **Nixon Peabody LLP [Dkt. No. 15554]** | 6/1/2020 - 9/30/2020 | $ 350,033.00 | $ 6,000.00 | $ - | $ - | | $ 344,033.00 | $ - |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 14 | **PJT Partners LP [Dkt. No. 15577]** | 6/1/2020 - 9/30/2020 | $ 5,000,000.00 | $ - | $ 2,426.81 | $ 2,426.81 | FN1 | $ 5,000,000.00 | $ - |
| | *Eleventh Interim Fee Period (October 1, 2020 - January 31, 2021)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 15 | **PJT Partners LP [Dkt. No. 16945]** | 10/1/2020 - 1/31/2021 | $ 5,000,000.00 | $ - | $ - | $ - | | $ 5,000,000.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 16 | **PJT Partners LP [Dkt. No. 19494]** | 2/1/2021 - 5/31/2021 | $ 5,000,000.00 | $ - | $ 3,843.43 | $ 3,843.43 | FN1 | $ 5,000,000.00 | $ - |
| | *Thirteenth Interim Fee Period (June 1, 2021 - September 30, 2021)* | | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 17 | **PJT Partners LP [Dkt. No. 19805]** | 6/1/2021 - 9/30/2021 | $ 5,000,000.00 | $ - | $ - | $ - | FN1 | $ 5,000,000.00 | $ - |
| | *Fourteenth Interim Fee Period (October 1, 2021 - January 31, 2022)* | | | | | | | | |
| | *Financial Advisor to the FOMB* | | | | | | | | |
| 18 | **Ernst & Young LLP [Dkt. No. 21936]** | 10/1/2021 - 1/31/2022 | $ 10,962,263.15 | $ 125,724.86 | $ 42,630.73 | $ 16,652.07 | | $ 10,836,538.29 | $ 25,978.66 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 19 | **PJT Partners LP [Dkt. No. 22697]** | 10/1/2021 - 1/31/2022 | $ 5,000,000.00 | $ - | $ 3,989.43 | $ 3,989.43 | FN1 | $ 5,000,000.00 | $ - |
| | *Fifteenth Interim Fee Period (February 1, 2022 - May 31, 2022)* | | | | | | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | | |
| 20 | **Diaz & Vazquez Law Firm, P.S.C. [Dkt. No. 21898 and 17-4780 Dkt. No. 2929]** | 10/1/2021 - 5/31/2022 | $ 4,453,997.50 | $ 62,470.20 | $ 35,807.43 | $ 979.75 | FN2 | $ 4,391,527.30 | $ 34,827.68 |
| | *Financial Advisor to the FOMB* | | | | | | | | |
| 21 | **Ernst & Young LLP [Dkt. No. 21935]** | 2/1/2022 - 3/15/2022 | $ 3,639,293.65 | $ 41,876.14 | $ 40,313.49 | $ 15,746.93 | | $ 3,597,417.51 | $ 24,566.56 |
| | *Financial Advisor for the Mediation Team - PREPA* | | | | | | | | |
| 22 | **Moelis & Company LLC [Dkt. No. 22153 and 17-4780 Dkt. No. 2952]** | 4/15/2022 - 5/31/2022 | $ 375,000.00 | $ - | $ 24,450.69 | $ - | | $ 375,000.00 | $ 24,450.69 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 23 | **PJT Partners LP [Dkt. No. 22700]** | 2/1/2022 - 5/31/2022 | $ 5,000,000.00 | $ - | $ 2,153.71 | $ 2,153.71 | FN1 | $ 5,000,000.00 | $ - |
| | *Sixteenth Interim Fee Period (June 1, 2022 - September 30, 2022)* | | | | | | | | |
| | *Claims Counsel to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 24 | **Brown Rudnick LLP [17-4780 Dkt. No. 3083]** | 6/1/2022 - 9/30/2022 | $ 138,069.00 | $ 13,239.70 | $ 1,343.36 | $ 1,030.64 | | $ 124,829.30 | $ 312.72 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 25-a | **Citigroup Global Markets Inc. [Dkt. No. 23201]** | 6/1/2022 - 9/30/2022 | $ 5,115,000.00 | $ - | $ 7,718.40 | $ - | | $ 5,115,000.00 | $ 7,718.40 |
| | *Counsel to FOMB* | | | | | | | | |
| 26 | **Gierbolini & Carroll Law Offices, PSC [Dkt. No. 24211]** | 5/1/2022 - 6/30/2022 | $ 3,192.00 | $ - | $ - | $ - | | $ 3,192.00 | $ - |
| | *Financial Advisor for the Mediation Team - PREPA* | | | | | | | | |
| 27 | **Moelis & Company LLC [Dkt. No. 22859 and 17-4780 Dkt. No. 3081]** | 6/1/2022 - 9/30/2022 | $ 750,000.00 | $ - | $ 17,939.94 | $ - | | $ 750,000.00 | $ 17,939.94 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 28 | **PJT Partners LP [Dkt. No. 23388]** | 6/1/2022 - 9/30/2022 | $ 5,000,000.00 | $ - | $ 1,477.46 | $ 1,477.46 | FN1 | $ 5,000,000.00 | $ - |
| | *Seventeenth Interim Fee Period (October 1, 2022 - January 31, 2023)* | | | | | | | | |
| | *Advisor to the FOMB - HTA* | | | | | | | | |
| 29 | **Alvarez & Marsal North America, LLC [Dkt. No. 23659 and 17-3567 Dkt. No. 1474]** | 10/1/2022 - 12/6/2022 | $ 37,944.00 | $ - | $ - | $ - | | $ 37,944.00 | $ - |
| | *Local Counsel for the Official Committee of Retired Employees* | | | | | | | | |
| 30 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 23904]** | 10/1/2022 - 1/31/2023 | $ 69,187.50 | $ - | $ - | $ - | | $ 69,187.50 | $ - |
| | *Claims Counsel to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 31 | **Brown Rudnick LLP [17-4780 Dkt. No. 3331]** | 10/1/2022 - 1/31/2023 | $ 40,817.00 | $ 5,592.80 | $ 43.70 | $ 38.70 | | $ 35,224.20 | $ 5.00 |
| | *Local Conflicts Counsel to the FOMB - PREPA* | | | | | | | | |
| 32 | **Cardona Fernandez, Ileana C. [17-4780 Dkt. No. 3333]** | 10/1/2022 - 1/31/2023 | $ 3,420.00 | $ - | $ - | $ - | | $ 3,420.00 | $ - |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Sixth - Seventeenth Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Local Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 33 | **Casillas, Santiago & Torres, LLC [Dkt. No. 23817]** | 10/1/2022 - 1/31/2023 | $ 159,790.50 | $ - | $ 1,128.06 | $ - | | $ 159,790.50 | $ 1,128.06 |
| | *Special Litigation and Conflicts Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 34 | **Continental PLLC [Dkt. No. 23808]** | 10/1/2022 - 1/31/2023 | $ 143,951.20 | $ 4,135.88 | $ - | $ - | | $ 139,815.32 | $ - |
| | *Financial Advisor to the FOMB acting through Special Claims Committee - PREPA* | | | | | | | | |
| 35 | **DGC a division of PKF O'Connor Davies, LLP [17-4780 Dkt. No. 3335]** | 10/1/2022 - 1/31/2023 | $ 21,825.00 | $ 712.50 | $ - | $ - | | $ 21,112.50 | $ - |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 36 | **FTI Consulting, Inc. [Dkt. No. 23803]** | 10/1/2022 - 1/31/2023 | $ 18,532.50 | $ - | $ - | $ - | | $ 18,532.50 | $ - |
| | *Special Litigation Counsel to Official Committee of Unsecured Creditors* | | | | | | | | |
| 37 | **Genovese Joblove & Battista, P.A. [Dkt. No. 23797]** | 8/1/2022 - 12/31/2022 | $ 17,259.20 | $ - | $ 2,069.08 | $ 205.60 | FN3 | $ 17,259.20 | $ 1,863.48 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 38 | **Kroma Advertising, Inc. [Dkt. No. 23810]** | 8/16/2022 - 12/15/2022 | $ 20,000.00 | $ - | $ - | $ - | | $ 20,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 39 | **London Economics International LLC [Dkt. No. 23811]** | 10/1/2022 - 1/31/2023 | $ 134,115.00 | $ 1,852.50 | $ 2,507.95 | $ - | | $ 132,262.50 | $ 2,507.95 |
| | *Financial Advisor for the Mediation Team - PREPA* | | | | | | | | |
| 40 | **Moelis & Company LLC [Dkt. No. 23818 and 17-4780 Dkt. No. 3341]** | 10/1/2022 - 1/31/2023 | $ 600,000.00 | $ - | $ 7,408.53 | $ - | | $ 600,000.00 | $ 7,408.53 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 41 | **Paul Hastings LLP [Dkt. No. 23813]** | 10/1/2022 - 1/31/2023 | $ 1,984,534.50 | $ 84,185.73 | $ 17,118.43 | $ - | FN4 | $ 1,900,348.77 | $ 17,118.43 |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | | |
| 42 | **PJT Partners LP [Dkt. No. 24200]** | 10/1/2022 - 11/30/2022 | $ 2,500,000.00 | $ - | $ 2,880.28 | $ 2,880.28 | FN1 | $ 2,500,000.00 | $ - |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 43 | **Zolfo Cooper, LLC [Dkt. No. 23812]** | 10/1/2022 - 1/31/2023 | $ 304,511.00 | $ 247.86 | $ - | $ - | FN5 | $ 304,263.14 | $ - |

**FN 1** - PJT Partners LP expenses are recommended for interim disallowance without prejudice. The professional is compiling documentation to verify compliance with Oversight Board expense guidelines. The Fee Examiner will recommend expense allowances, with any necessary adjustments, in connection with the final fee application.

**FN 2** - The recommended fee adjustment includes $4,020.00 that was not supported by the data submitted by the professional.

**FN 3** - The application is titled as a final, however, the professional will be filing a separate final fee application to conform to the procedures set forth in the *Third Amended Compensation Order* [Dkt. No. 20546]. The fees and expenses in this application are recommended on an interim basis.

**FN 4** – The Fee Examiner recommends that, for the seventeenth interim fee period, and only this period, the foregoing stipulated fee reductions, other than $42,092.87, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,786,582.41 (i.e., $1,984,534.50 minus (a) the aforementioned credit of $42,092.87 and (b) minus credits of $155,859.22 for fee reductions pursuant to the orders approving Paul Hastings' Fourteenth, Fifteenth, and Sixteenth Interim Fee Applications).

**FN 5** - The Fee Examiner recommends that a portion of the foregoing stipulated fee reductions ($94.86) be included with the agreed overall 20 percent reduction in total fees sought by Zolfo Cooper, LLC as part of its final fee application, which fee application is subject to Court approval.