In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Consulting Services Provider to FOMB* | | | | | | | | |
| 1 | **McKinsey & Company Puerto Rico Consulting, Inc. [Dkt. No. 23789]** | 7/1/2017 - 3/15/2022 | $ 75,317,675.00 | $ - | $ - | $ - | | $ 75,317,675.00 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 2 | **Phoenix Management Services, LLC [Dkt. No. 23494]** | 8/4/2017 - 1/21/2022 | $ 2,935,747.69 | $ - | $ 84,283.34 | $ - | | $ 2,935,747.69 | $ 84,283.34 |