# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA Title III<br><br>Case No. 17-bk-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as a representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>  Debtor. | PROMESA Title III<br><br>Case No. 17-bk-4780-LTS |

**INFORMATIVE MOTION SUBMITTING SECOND CORRECTED DECLARATION OF DAVID SKEEL AND AMENDED DECLARATION OF DAVID BROWNSTEIN IN RESPECT OF CONFIRMATION OF THE MODIFIED FOURTH AMENDED TITLE III PLAN OF ADJUSTMENT OF THE PUERTO RICO ELECTRIC POWER AUTHORITY**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-bk-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-bk-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-bk-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-bk-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**To the Honorable United States District Judge Laura Taylor Swain:**

Pursuant to the Order Establishing Deadlines for Confirmation Proceedings for the Third Amended Plan of Adjustment of the Puerto Rico Electric Power Authority [ECF No. 3950][1] (the "Confirmation Scheduling Order"), which incorporates the procedures established in the Third Amended and Restated Order Establishing, Among Other Things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith [ECF No. 3565] (the "Confirmation Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA"), pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] respectfully states as follows:

1. On February 12, 2024, in accordance with the deadlines set by the Confirmation Scheduling Order, the Oversight Board filed the *Declaration of David Skeel in Respect of Confirmation of the Corrected Fourth Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 4638] (the "Skeel Declaration" or "Skeel Decl."), and the *Declaration of David Brownstein in Respect of Confirmation of the Corrected Fourth Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 4645] (the "Brownstein Declaration" or "Brownstein Decl.").

2. On February 13, 2024, in light of corrected numbers regarding certain claim amounts that the Oversight Board received after the filing of the Skeel Declaration, the Oversight Board filed the *Corrected Declaration of David Skeel in Respect of Confirmation of the Corrected*

---

[1] Unless otherwise specified, references to the docket are to Case No. 17-BK-04780-LTS.

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

*Fourth Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 4654-3] (the "Corrected Skeel Declaration").

3. On February 16, 2024, the Oversight Board filed the *Modified Fourth Amended Title III Plan of Adjustment of the Puerto Rico Electric Power Authority* [ECF No. 4680] (the "Modified Fourth Amended Plan"). Both the Skeel Declaration and the Corrected Skeel Declaration noted that the Oversight Board was considering making clarifying and other limited modifications to the then-operative plan of adjustment, and that the Oversight Board anticipated filing a modified plan of adjustment on or before February 16, 2024. *See* Skeel Decl. ¶ 2 n.3; Corrected Skeel Decl. ¶ 2 n.3. In light of the filing of the Modified Fourth Amended Plan, and in order to reflect the modifications and clarifications made therein (as well as other non-substantive or typographical corrections), the Oversight Board is hereby filing a further corrected version of the Skeel Declaration as **Exhibit A** hereto, as well as a redline showing all changes made to the Corrected Skeel Declaration as **Exhibit B** hereto.

4. Separately, as noted in the Brownstein Declaration, David Brownstein was until recently employed by Citigroup Global Markets Inc. ("Citi"). Brownstein Decl. ¶ 2. Through his employment at Citi, Mr. Brownstein had access to a municipal bond index known as the 30-year BBB Municipal Market Data ("MMD") Index, and he reviewed it in connection with his assessment of the interest rates on the Series B Bonds. *Id.* ¶ 130 n.21. Citi's license with Refinitiv, the distributor of the MMD Indices,[3] did not authorize the distribution of rates or other information derived from its indices beyond sharing with Citi's clients. *Id.*

---

[3] Refinitiv is a global provider of financial market data and infrastructure that was recently acquired by LSEG Group.

2

5. On February 1, 2024, Mr. Brownstein joined BGC Partners Advisory LLC ("BGC"), a boutique restructuring advisory firm. *Id.* ¶ 1. After the Brownstein Declaration was filed, BGC obtained express permission from Refinitiv to provide rates from the 30-year BBB MMD Index for certain specified dates to the Court in connection with the confirmation hearing on the Modified Fourth Amended Plan. In light of this recently obtained permission, the Oversight Board is hereby filing an amended version of the Brownstein Declaration that includes relevant information from the 30-year BBB MMD Index as **Exhibit C** hereto, as well as a redline showing all changes made to the Brownstein Declaration as **Exhibit D** hereto.

**WHEREFORE** the Oversight Board respectfully requests that the Court take notice of the foregoing.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 22, 2024
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Michael T. Mervis*
Martin J. Bienenstock
Ehud Barak
Michael T. Mervis
Margaret A. Dale
Julia D. Alonzo
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       ebarak@proskauer.com
       mmervis@proskauer.com
       mdale@proskauer.com
       jalonzo@proskauer.com

Michael A. Firestein
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 284-5661
Fax: (310) 557-2193
Email: mfirestein@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for PREPA*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

*Co-Attorney for the Financial Oversight and Management Board for Puerto Rico as representative of PREPA*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer